EXHIBIT B

## NEW CENTURY FINANCIAL CORP.
## FTI CONSULTING
## SUMMARY OF HOURS BY PROJECT CODE
## FOR THE PERIOD SEPTEMBER 1, 2007 THOUGH SEPTEMBER 30, 2007

| PROJECT CODE | DESCRIPTION | HOURS |
|---|---|---|
| 1 | Planning, Supervision and Review | 4.6 |
| 2 | Preparation and Review of Info. Requests and Related Matters | 0.2 |
| 8 | Analysis of Current Operating Results and Related Matters | 0.4 |
| 10 | Review of Warehouse Lender Issues | 75.5 |
| 11 | Analysis of Bankruptcy Schedules | 2.0 |
| 12 | Analysis of Tax Issues | 2.1 |
| 18 | Analyze Liabilities Subject to Compromise | 13.8 |
| 19 | Prep/Particp in Mtgs & Conf Calls with Debtor and Advisors | 4.1 |
| 20 | Prep/Particp in Creditor Committee Mtgs & Conf Calls | 36.7 |
| 29 | Other Litigation Matters | 1.2 |
| 30 | Participate in Negotiation and Formulation of Plan and Reorganization | 0.4 |
| 33 | Analyze Asset Sales Proposals | 71.4 |
| 34 | Preparation of Miscellaneous Financial Analysis | 0.3 |
| 36 | Analysis & Preparation of Short-term Cash Flow Projections | 12.8 |
| 38 | Preparation of Fee App | 1.7 |
| 39 | Preparation of Monthly Invoice and Support Schedules | 9.7 |
| Sub-Total | | 236.9 |

### Hourly Scope Projects

| PROJECT CODE | DESCRIPTION | HOURS |
|---|---|---|
| 6 | Analysis re: Potential Avoidance Actions | 118.4 |
| Sub-Total | | 118.4 |
| Total | | 355.3 |

NEW CENTURY FINANCIAL CORP.  
FTI CONSULTING  
SUMMARY OF HOURS BY PROJECT CODE  
FOR THE PERIOD SEPTEMBER 1, 2007 THOUGH SEPTEMBER 30, 2007

EXHIBIT B

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|---|---|---|---|---|---|
| 9/4/2007 | Ellis, Melissa | Director | 1 | 0.2 | Call with T. Dragelin re: work plan. |
| 9/4/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.7 | Conference call with T. Dragelin and M. Amico re: work plan. |
| 9/6/2007 | Ellis, Melissa | Director | 1 | 0.3 | Organize key files. |
| 9/7/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.3 | Telephone call with T. Dragelin re: case status. |
| 9/12/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.1 | Telephone call with T. Dragelin re: workplan. |
| 9/17/2007 | Amico, Marc | Consultant | 1 | 1.1 | Meet with M. Ellis and S. Star to discuss workplan. |
| 9/17/2007 | Ellis, Melissa | Director | 1 | 0.5 | Meeting with team re: workplan. |
| 9/17/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.4 | Conference call with team regarding workplan. |
| 9/25/2007 | Ellis, Melissa | Director | 1 | 0.1 | Review and discuss open items list. |
| 9/26/2007 | Ellis, Melissa | Director | 1 | 0.3 | Organize case files. |
| 9/27/2007 | Ellis, Melissa | Director | 1 | 0.3 | Review/respond to miscellaneous emails. |
| 9/30/2007 | Ellis, Melissa | Director | 1 | 0.3 | Review of various call coordination emails and industry articles. |
| | | | 1 Total | 4.6 | |
| 9/4/2007 | Star, Samuel | Sr Managing Dir | 2 | 0.2 | Review revised confidentiality agreement. |
| | | | 2 Total | 0.2 | |
| 9/18/2007 | Amico, Marc | Consultant | 8 | 0.4 | Review the July MOR. |
| | | | 8 Total | 0.4 | |
| 9/3/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.8 | Read and analyze various warehouse lender and Debtor correspondence and analyses. |
| 9/4/2007 | Amico, Marc | Consultant | 10 | 1.1 | Meet with FTI team members to discuss the summary analysis of the claims of the Adequate Protection parties. |
| 9/4/2007 | Amico, Marc | Consultant | 10 | 0.9 | Update the summary analysis of the claims of the Adequate Protection parties. |
| 9/4/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.0 | Review updated Debtor reconciliations. |
| 9/4/2007 | Bryant, Kristin | Sr Consultant | 10 | 2.3 | Review adequate protection claims. |
| 9/4/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.1 | Review the reconciliations provided by the Debtor. |
| 9/4/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.9 | Review Debtor warehouse lender reconciliations with prior documents and note differences. |
| 9/4/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.5 | Begin to prepare summary of the latest reconciliations. |
| 9/4/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.3 | Discuss warehouse lender reconciliations with T. Dragelin. |
| 9/4/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 1.0 | Read and analyze various analyses and correspondence between Debtor and warehouse lenders. |
| 9/4/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.7 | Call with Committee counsel regarding warehouse lenders. |
| 9/4/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.4 | Review global reconciliation summary. |
| 9/4/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.4 | Discuss warehouse lender claims with M. Amico. |
| 9/5/2007 | Amico, Marc | Consultant | 10 | 0.5 | Meet with S. Star and M. Ellis to discuss claims of the Adequate Protection parties. |
| 9/5/2007 | Amico, Marc | Consultant | 10 | 0.5 | Call with S. Star and K. Cloyd (NC) to discuss claims filed by the Adequate Protection parties. |
| 9/5/2007 | Amico, Marc | Consultant | 10 | 0.7 | Update the summary analysis of the claims of the Adequate Protection parties. |
| 9/5/2007 | Amico, Marc | Consultant | 10 | 0.8 | Call with S. Star, K. Bryant and S. Hightower to discuss the recent warehouse lender reconciliations. |
| 9/5/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.9 | Review reconciliation documents in preparation for meeting with S. Hightower. |
| 9/5/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.8 | Continue to review the Debtor's reconciliation and update summary of reconciliations. |
| 9/5/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.5 | Update summary of warehouse lender reconciliations. |
| 9/5/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.8 | Telephone call with Debtors re: adequate protections parties asserted claims. |
| 9/5/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 1.1 | Prepare analyses summarizing warehouse lender issues. |
| 9/5/2007 | Ellis, Melissa | Director | 10 | 0.7 | Review of adequate protection claims information. |
| 9/5/2007 | Star, Samuel | Sr Managing Dir | 10 | 1.0 | Review warehouse lender reconciliation analysis and discuss with Debtors. |
| 9/5/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.4 | Telephone call with Debtors re: adequate protections parties asserted claims. |
| 9/5/2007 | Star, Samuel | Sr Managing Dir | 10 | 1.6 | Meetings with M. Amico to review asserted claims by adequate protection parties. |
| 9/6/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.2 | Telephone call with K. Bryant re: warehouse lender accounting. |
| 9/6/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.7 | Review warehouse lender issues memo. |
| 9/6/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.3 | Telephone call with T. Dragelin re: warehouse lender issues. |
| 9/7/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 1.1 | Call with Blank Rome and S. Star regarding warehouse lenders and adequate protection issues. |
| 9/7/2007 | Star, Samuel | Sr Managing Dir | 10 | 1.0 | Conference call with Committee Counsel re: warehouse lenders issues and claims. |
| 9/12/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.6 | Call with counsel re: warehouse lender related issues. |
| 9/13/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.6 | Call with counsel re: warehouse lender related issues. |
| 9/17/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 1.2 | Calls with counsel and Debtor to discuss warehouse lender proposals. |
| 9/17/2007 | Star, Samuel | Sr Managing Dir | 10 | 1.5 | Conference call with Debtors re: warehouse lender global settlement. |
| 9/17/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.6 | Conference call with Debtors re: warehouse lender global settlement. |
| 9/18/2007 | Bryant, Kristin | Sr Consultant | 10 | 2.8 | Review documents received from Debtor regarding claims and settlements and begin to create summary document of the information. |
| 9/18/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 2.7 | Participate on calls re: warehouse lender settlement. |
| 9/18/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 2.1 | Review and make comments on analysis re: the warehouse lender settlement. |
| 9/18/2007 | Star, Samuel | Sr Managing Dir | 10 | 1.6 | Conference call with Debtors regarding warehouse lender settlement. |
| 9/18/2007 | Star, Samuel | Sr Managing Dir | 10 | 1.3 | Conference call with committee Counsel regarding global settlement proposal. |
| 9/18/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.7 | Review global settlement presentation. |
| 9/19/2007 | Bryant, Kristin | Sr Consultant | 10 | 3.3 | Review Debtor's analysis of the trust fund claims, deficiency claims and EPD/breach claims and create summary of Debtor's view and alternative settlement options. |
| 9/19/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.4 | Continue to review Debtor's analysis of the trust fund claims, deficiency claims and EPD/breach claims and create summary of Debtor's view and alternative settlement options. |
| 9/19/2007 | Bryant, Kristin | Sr Consultant | 10 | 1.9 | Participate in conference call regarding the trust fund claims, deficiency claims and EPD / breach claims. |
| 9/19/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.5 | Meet with T. Dragelin regarding the Debtor's analysis of trust fund claims, deficiency claims and EPD/breach claims. |
| 9/19/2007 | Bryant, Kristin | Sr Consultant | 10 | 0.6 | Discuss claims and settlement summary with T. Dragelin and make revisions to summary document. |
| 9/19/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 1.1 | Participate on call with counsel re: warehouse lenders. |
| 9/19/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 1.8 | Participate on call with Debtor re: warehouse lenders. |
| 9/19/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 2.4 | Prepare analysis of warehouse lenders settlement proposal. |
| 9/19/2007 | Star, Samuel | Sr Managing Dir | 10 | 1.1 | Review global settlement analysis. |
| 9/19/2007 | Star, Samuel | Sr Managing Dir | 10 | 2.1 | Conference call with Counsel re: global settlement analysis. |
| 9/20/2007 | Amico, Marc | Consultant | 10 | 1.7 | Prepare summary chart on Debtor and Committee proposals for the warehouse lender claimants. |
| 9/20/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 2.2 | Committee call regarding warehouse lenders related issues. |
| 9/20/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 1.9 | Discussions with FTI team re: the warehouse lenders settlement proposal. |
| 9/20/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 1.1 | Discussions with counsel and Debtor re: the warehouse lenders settlement proposal. |
| 9/20/2007 | Ellis, Melissa | Director | 10 | 0.4 | Review of global settlement document from Alix. |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | |
|---|---|---|---|---|---|---|
| | | | | | | EXHIBIT B |
| 9/20/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.4 | Conference call with Debtors regarding warehouse lender settlement. | |
| 9/20/2007 | Star, Samuel | Sr Managing Dir | 10 | 1.2 | Develop summary of global settlement proposals and discuss with M. Power. | |
| 9/20/2007 | Wolf, James | Sr Consultant | 10 | 1.3 | Review and analyze the Summary of Proposed Settlement file. | |
| 9/21/2007 | Amico, Marc | Consultant | 10 | 0.6 | Read and analyze email correspondence and summary of warehouse lender claims and proposals. | |
| 9/21/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 1.4 | Review draft global settlement and provide comments to counsel. | |
| 9/21/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.6 | Meet with K. Bryant re: the analysis on the warehouse lender settlement. | |
| 9/21/2007 | Ellis, Melissa | Director | 10 | 0.3 | Review of settlement email documents from H&H. | |
| 9/21/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.8 | Review draft global settlement and provide comment to counsel. | |
| 9/21/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.1 | Telephone call with T. Dragelin re: global settlement and industrial lender economics. | |
| 9/25/2007 | Ellis, Melissa | Director | 10 | 0.2 | Review of Morgan Stanley trust account reconciliation. | |
| 9/27/2007 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.5 | Call regarding warehouse lenders. | |
| 9/27/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.7 | Conference call with Debtors re: global settlement. | |
| 9/27/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.2 | Telephone call with T. Dragelin re: global settlement. | |
| | | | 10 Total | 75.5 | | |
| 9/14/2007 | Dragelin, Timothy | Sr Managing Dir | 11 | 0.7 | Analyze SOFA and SOALs. | |
| 9/20/2007 | Ellis, Melissa | Director | 11 | 1.3 | Prepare SOFA question file for distribution to Alix | |
| | | | 11 Total | 2.0 | | |
| 9/6/2007 | Ellis, Melissa | Director | 12 | 0.3 | Review tax language and related emails. | |
| 9/6/2007 | Joffe, Steven | Sr Managing Dir | 12 | 0.5 | Review of new IRS rules regarding tax refunds to bankrupt companies. | |
| 9/17/2007 | Amico, Marc | Consultant | 12 | 0.3 | Coordinate with FTI team and Hahn and Hessen to set up a call re: the status of tax issues. | |
| 9/17/2007 | Amico, Marc | Consultant | 12 | 0.5 | Review minutes of past meetings re: the status on tax related issues. | |
| 9/18/2007 | Ellis, Melissa | Director | 12 | 0.2 | Review and distribute article on REIT tax in other subprime case. | |
| 9/27/2007 | Amico, Marc | Consultant | 12 | 0.3 | Email correspondence with FTI and AlixPartners re: coordination of a tax call. | |
| | | | 12 Total | 2.1 | | |
| 9/2/2007 | Amico, Marc | Consultant | 18 | 3.4 | Draft summary analysis of the claims of the Adequate Protection parties. | |
| 9/5/2007 | Ellis, Melissa | Director | 18 | 0.9 | Review Xroads website for claims info. | |
| 9/6/2007 | Ellis, Melissa | Director | 18 | 2.6 | Review XRoads website for claims info and prepare summary by class of claims. | |
| 9/6/2007 | Ellis, Melissa | Director | 18 | 0.2 | Review claims related emails. | |
| 9/13/2007 | Ellis, Melissa | Director | 18 | 0.9 | Review of claims register. | |
| 9/14/2007 | Amico, Marc | Consultant | 18 | 0.3 | Correspond with FTI team members re: a Committee member's inquiry into the claim amounts. | |
| 9/17/2007 | Ellis, Melissa | Director | 18 | 1.2 | Prepare summary of claims and other cash related information for S. Star. | |
| 9/17/2007 | Greenspan, Ronald | Sr Managing Dir | 18 | 1.4 | Call with Debtor and counsel re: claims analysis. | |
| 9/18/2007 | Bryant, Kristin | Sr Consultant | 18 | 0.8 | Participate in conference call regarding claims and settlements. | |
| 9/18/2007 | Bryant, Kristin | Sr Consultant | 18 | 0.7 | Participate in internal conference call regarding claims and settlements | |
| 9/20/2007 | Amico, Marc | Consultant | 18 | 0.3 | Review updated claims summary sent from the Debtor. | |
| 9/20/2007 | Ellis, Melissa | Director | 18 | 0.5 | Review of claims materials from Alix. | |
| 9/20/2007 | Star, Samuel | Sr Managing Dir | 18 | 0.6 | Meet with M. Ellis re: claims analysis and cash flow. | |
| | | | 18 Total | 13.8 | | |
| 9/5/2007 | Amico, Marc | Consultant | 19 | 0.5 | Prepare agenda for the weekly call with Debtor professionals. | |
| 9/5/2007 | Ellis, Melissa | Director | 19 | 0.5 | Prepare for weekly NC call. | |
| 9/6/2007 | Ellis, Melissa | Director | 19 | 0.5 | Call with AlixPartners re: outstanding items. | |
| 9/12/2007 | Amico, Marc | Consultant | 19 | 0.6 | Prepare for weekly call with Debtor by drafting agenda. | |
| 9/12/2007 | Ellis, Melissa | Director | 19 | 0.6 | Prepare open items / inquiry list for NC call with Alix and discuss with M. Amico. | |
| 9/12/2007 | Ellis, Melissa | Director | 19 | 0.5 | Participate on weekly call with AlixPartners. | |
| 9/25/2007 | Ellis, Melissa | Director | 19 | 0.7 | Call with AlixPartners re: latest cash flow, professional fees and other outstanding items. | |
| 9/25/2007 | Ellis, Melissa | Director | 19 | 0.2 | Call with M Amico re: upcoming Debtor call agenda. | |
| | | | 19 Total | 4.1 | | |
| 9/4/2007 | Amico, Marc | Consultant | 20 | 0.3 | Draft email to J. Lisac re: items needed for the upcoming Committee call. | |
| 9/4/2007 | Star, Samuel | Sr Managing Dir | 20 | 0.5 | Conference call with Hahn & Hessen re: agenda for Committee call. | |
| 9/5/2007 | Amico, Marc | Consultant | 20 | 1.2 | Draft preliminary Committee report re: warehouse lender related issues. | |
| 9/5/2007 | Bryant, Kristin | Sr Consultant | 20 | 0.3 | Participate in call with S. Star regarding preparation for committee meeting. | |
| 9/5/2007 | Bryant, Kristin | Sr Consultant | 20 | 1.8 | Continue to prepare summary document for use with the committee meeting. | |
| 9/5/2007 | Ellis, Melissa | Director | 20 | 0.3 | Meeting with S. Star and M. Amico re: committee call. | |
| 9/5/2007 | Ellis, Melissa | Director | 20 | 0.4 | Prepare for Committee call re: cash balance and other items. | |
| 9/5/2007 | Star, Samuel | Sr Managing Dir | 20 | 0.5 | Meet with team re: Committee presentation. | |
| 9/5/2007 | Star, Samuel | Sr Managing Dir | 20 | 0.1 | Review proposed agenda for Committee meeting. | |
| 9/6/2007 | Amico, Marc | Consultant | 20 | 1.0 | Call with Committee professionals to discuss the agenda of the upcoming Committee call. | |
| 9/6/2007 | Amico, Marc | Consultant | 20 | 1.3 | Prepare and distribute the final version of the Committee report. | |
| 9/6/2007 | Amico, Marc | Consultant | 20 | 1.2 | Participate on Committee call. | |
| 9/6/2007 | Bryant, Kristin | Sr Consultant | 20 | 0.8 | Participate in conference call with Hahn and Hessen and FTI in preparation for the committee call. | |
| 9/6/2007 | Bryant, Kristin | Sr Consultant | 20 | 0.8 | Prepare for conference call with FTI and Hahn and Hessen. | |
| 9/6/2007 | Bryant, Kristin | Sr Consultant | 20 | 0.3 | Participate in conference call with S. Star and M. Amico regarding documents for the committee meeting. | |
| 9/6/2007 | Bryant, Kristin | Sr Consultant | 20 | 2.1 | Prepare and update summary of Debtor reconciliations in preparation for the committee call on 9/06/07. | |
| 9/6/2007 | Dragelin, Timothy | Sr Managing Dir | 20 | 1.8 | Participate and prepare for Committee call. | |
| 9/6/2007 | Dragelin, Timothy | Sr Managing Dir | 20 | 0.9 | Preparation for Committee call with HH counsel. | |
| 9/6/2007 | Ellis, Melissa | Director | 20 | 0.8 | Participate on professionals call in advance of call with Committee. | |
| 9/6/2007 | Ellis, Melissa | Director | 20 | 0.5 | Prepare notes to discuss with Committee. | |
| 9/6/2007 | Ellis, Melissa | Director | 20 | 1.0 | Call with Committee. | |
| 9/6/2007 | Star, Samuel | Sr Managing Dir | 20 | 0.7 | Review revised drafts of Committee presentation. | |
| 9/6/2007 | Star, Samuel | Sr Managing Dir | 20 | 1.0 | Conference call with Hahn and Hessen re: agenda and Committee presentation. | |
| 9/6/2007 | Star, Samuel | Sr Managing Dir | 20 | 2.3 | Preparation for and participation in conference call with Committee re: claims, cash position, Rabbi Trust, adequate protection issues, and examiner request. | |
| 9/11/2007 | Amico, Marc | Consultant | 20 | 0.2 | Review agenda of 9/11/07 Committee call. | |
| 9/12/2007 | Dragelin, Timothy | Sr Managing Dir | 20 | 1.3 | Prep for and participate in call with Committee and counsel | |
| 9/12/2007 | Ellis, Melissa | Director | 20 | 1.0 | Call with Committee and FTI to discuss plan of action. | |
| 9/12/2007 | Ellis, Melissa | Director | 20 | 0.5 | Internal meeting to prepare for Committee call. | |
| 9/12/2007 | Greenspan, Ronald | Sr Managing Dir | 20 | 1.1 | Call with counsel. | |
| 9/12/2007 | Star, Samuel | Sr Managing Dir | 20 | 1.5 | Preparation for and participation in Committee call re: examiner status, Carrington negotiation, DB loan sale and warehouse lender settlement. | |
| 9/20/2007 | Amico, Marc | Consultant | 20 | 2.2 | Participate on Committee call. | |
| 9/20/2007 | Ellis, Melissa | Director | 20 | 0.6 | Prepare for call with Committee. | |
| 9/20/2007 | Ellis, Melissa | Director | 20 | 2.1 | Participate on call with Committee re: Carrington and global settlement. | |
| 9/20/2007 | Greenspan, Ronald | Sr Managing Dir | 20 | 1.9 | Call with Committee. | |

EXHIBIT B

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|---|---|---|---|---|---|
| 9/20/2007 | Star, Samuel | Sr Managing Dir | 20 | 2.2 | Participate in call with Committee re: Carrington status, warehouse lender proposal and examiner scope. |
| 9/28/2007 | Ellis, Melissa | Director | 20 | 0.2 | Meeting with S. Star re: call with Committee. |
| | | | 20 Total | 36.7 | |
| 9/5/2007 | Ellis, Melissa | Director | 29 | 0.4 | Retrieve, review and discuss Examiner motion. |
| 9/11/2007 | Ellis, Melissa | Director | 29 | 0.2 | Review of Examiner limited objection. |
| 9/12/2007 | Ellis, Melissa | Director | 29 | 0.6 | Meeting with R. Collura to discuss status and financial treatment of certain assets |
| | | | 29 Total | 1.2 | |
| 9/4/2007 | Star, Samuel | Sr Managing Dir | 30 | 0.4 | Review recovery model. |
| | | | 30 Total | 0.4 | |
| 9/5/2007 | Amico, Marc | Consultant | 33 | 0.8 | Call with S. Star and Debtor to discuss redemption of the Carrington interests. |
| 9/5/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.7 | Conference call with Debtors and Committee Counsel re: Carrington term sheet. |
| 9/6/2007 | Amico, Marc | Consultant | 33 | 1.4 | Review and analyze files received from Alix re: the Carrington interests. |
| 9/6/2007 | Amico, Marc | Consultant | 33 | 0.6 | Create a binder index of the files received from Alix re: the Carrington interests. |
| 9/6/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.6 | Calls with Debtor and correspondence regarding DB loan sale. |
| 9/6/2007 | Ellis, Melissa | Director | 33 | 2.9 | Review of Carrington related documents, including cash flow and term sheet and binder. |
| 9/6/2007 | Ellis, Melissa | Director | 33 | 0.2 | Call with M. Amico re: Carrington. |
| 9/6/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.5 | Discussion with M. Ellis re: Carrington term sheet. |
| 9/7/2007 | Ellis, Melissa | Director | 33 | 1.3 | Continue review of Carrington binder. |
| 9/7/2007 | Ellis, Melissa | Director | 33 | 0.4 | Meeting with S. Star to review Carrington term sheet open items. |
| 9/7/2007 | Ellis, Melissa | Director | 33 | 0.5 | Additional call re: Carrington proposal and term sheet. |
| 9/7/2007 | Ellis, Melissa | Director | 33 | 2.3 | Call with Debtor professionals and Hahn and Hessen to discuss Carrington investment strategy and term sheet |
| 9/7/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.7 | Meeting with M. Ellis re: Carrington interests. |
| 9/7/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.5 | Conference call with Committee Counsel re: monetization of Carrington interests. |
| 9/7/2007 | Star, Samuel | Sr Managing Dir | 33 | 2.1 | Conference call with Debtors re: Carrington term sheet and LP amendment. |
| 9/10/2007 | Amico, Marc | Consultant | 33 | 0.1 | Read email correspondence re: the DB loan sale. |
| 9/10/2007 | Bryant, Kristin | Sr Consultant | 33 | 0.8 | Review documents received from Alix regarding the miscellaneous asset sales and lease obligations. |
| 9/10/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 4.8 | Prepare for, attend and follow-up on DB Loan Auction. |
| 9/10/2007 | Ellis, Melissa | Director | 33 | 0.7 | Review of Carrington response to term sheet and other materials, including comments |
| 9/10/2007 | Ellis, Melissa | Director | 33 | 1.5 | Call with Debtors and counsel re: Carrington term sheet. |
| 9/10/2007 | Ellis, Melissa | Director | 33 | 0.6 | Prepare for call with Debtors re: Carrington and develop question list re: same. |
| 9/10/2007 | Star, Samuel | Sr Managing Dir | 33 | 1.2 | Review Carrington term sheet drafts and provide comments to team |
| 9/10/2007 | Star, Samuel | Sr Managing Dir | 33 | 1.5 | Conference call with Debtors and Committee Counsel re: Carrington term sheet and amendment. |
| 9/11/2007 | Bryant, Kristin | Sr Consultant | 33 | 1.3 | Review documents received from Alix regarding the miscellaneous asset sales and remaining lease obligations. |
| 9/11/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.4 | Prepare analysis of loan sale proceeds and follow-up with counsel. |
| 9/11/2007 | Ellis, Melissa | Director | 33 | 1.1 | Participate on call with Debtors and counsel re: Carrington term sheet and consent letter. |
| 9/11/2007 | Ellis, Melissa | Director | 33 | 0.3 | Review various emails re: asset sales. |
| 9/11/2007 | Ellis, Melissa | Director | 33 | 0.3 | Review revised term sheet and consent letter |
| 9/11/2007 | Ellis, Melissa | Director | 33 | 1.1 | Summary of publicly available or Debtor provided information on Carrington interest. |
| 9/11/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.8 | Conference call with Debtors re: Carrington term sheet and amendment. |
| 9/11/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.2 | Review Ellington term sheet and discuss with S. Joffe |
| 9/11/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.4 | Review Carrington term sheet drafts. |
| 9/11/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.2 | Telephone call with T. Dragelin re: sale of DB loans. |
| 9/11/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.4 | Conference call with Committee Counsel re: Carrington term sheet / amendment. |
| 9/12/2007 | Amico, Marc | Consultant | 33 | 0.4 | Review DB loan summary files and compare to what will be sent to the Committee. |
| 9/12/2007 | Amico, Marc | Consultant | 33 | 0.3 | Distribute and draft explanation of summary of DB loan auction to Committee. |
| 9/12/2007 | Amico, Marc | Consultant | 33 | 0.7 | Meet with M. Ellis and S. Star to discuss the Carrington LP interests. |
| 9/12/2007 | Bryant, Kristin | Sr Consultant | 33 | 0.8 | Participate in conference call with E. Anderson regarding the miscellaneous asset sales and real estate leases. |
| 9/12/2007 | Bryant, Kristin | Sr Consultant | 33 | 1.5 | Review materials in preparation for conference call with Alix regarding the miscellaneous asset sales and lease obligations. |
| 9/12/2007 | Collura, Richard | Director | 33 | 0.4 | Communications with M. Ellis (FTI) regarding valuation of Carrington Capital Management's investments in Carrington Investment Partners. |
| 9/13/2007 | Bryant, Kristin | Sr Consultant | 33 | 2.3 | Review additional documents received from Alix regarding the miscellaneous asset sales and lease obligations and create summary of current status. |
| 9/14/2007 | Bryant, Kristin | Sr Consultant | 33 | 0.5 | Continue to update summary of asset sales and lease obligations per documents received from Alix. |
| 9/14/2007 | Bryant, Kristin | Sr Consultant | 33 | 1.2 | Review August Access Lending report. |
| 9/14/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.3 | Review Access Lending proceeds. |
| 9/17/2007 | Ellis, Melissa | Director | 33 | 0.6 | Call with Debtors, OMM & H&H re: Carrington amendment. |
| 9/17/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.8 | Review revised Carrington amendment term sheet and consent. |
| 9/18/2007 | Collura, Richard | Director | 33 | 0.4 | Meeting with J. Gosik (FTI) to discuss accounting research to be performed with respect to New Century's Carrington investments. |
| 9/18/2007 | Gosik, Jaime | Director | 33 | 2.7 | Prepare analysis comparing Carrington's accounting treatment for loans to New Century's treatment. |
| 9/18/2007 | Gosik, Jaime | Director | 33 | 2.1 | Continue to prepare analysis comparing Carrington's accounting treatment for loans to New Century's treatment. |
| 9/19/2007 | Collura, Richard | Director | 33 | 2.2 | Review New Century and Carrington Investment Partners financial statements. |
| 9/19/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.1 | Review Carrington consent letter. |
| 9/20/2007 | Gosik, Jaime | Director | 33 | 2.4 | Continue to prepare analysis comparing Carrington's accounting treatment for loans to New Century's treatment |
| 9/20/2007 | Gosik, Jaime | Director | 33 | 2.9 | Further prepare analysis comparing Carrington's accounting treatment for loans to New Century's treatment. |
| 9/21/2007 | Collura, Richard | Director | 33 | 2.1 | Review and update memo regarding accounting treatment of Carrington investments |
| 9/21/2007 | Collura, Richard | Director | 33 | 2.6 | Update memo regarding accounting treatment for New Century and Carrington residual interest. |
| 9/21/2007 | Ellis, Melissa | Director | 33 | 0.2 | Review of pricing matrix emails |
| 9/21/2007 | Ellis, Melissa | Director | 33 | 0.2 | Review article re: hedge fund withdrawal limitations. |
| 9/22/2007 | Collura, Richard | Director | 33 | 0.8 | Review Carrington's financial statements in connection with reviewing accounting treatment of investments. |
| 9/24/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.7 | Review of miscellaneous asset sales status. |
| 9/24/2007 | Ellis, Melissa | Director | 33 | 0.2 | Call with Debtors re: Carrington settlement. |
| 9/24/2007 | Ellis, Melissa | Director | 33 | 0.5 | Follow up call with S. Hightower re: Carrington. |
| 9/24/2007 | Ellis, Melissa | Director | 33 | 0.4 | Review of spreadsheet from Alix re: Carrington. |
| 9/24/2007 | Ellis, Melissa | Director | 33 | 1.2 | Prepare chart summarizing post-closing adjustments with Carrington and draft summary email to FTI team. |
| 9/25/2007 | Ellis, Melissa | Director | 33 | 1.3 | Revise Carrington post-closing adjustments summary and respond to team re: changes from original letter to CMS |
| 9/25/2007 | Ellis, Melissa | Director | 33 | 0.5 | Prepare additional changes to summary of post-closing adjustments and distribute to counsel/team. |
| 9/25/2007 | Ellis, Melissa | Director | 33 | 0.4 | Email correspondence with H&H and S. Hightower re: Carrington post-closing adjustments. |
| 9/25/2007 | Greenspan, Ronald | Sr Managing Dir | 33 | 0.8 | Review Deutsche Bank claim report and memo to counsel |
| 9/27/2007 | Ellis, Melissa | Director | 33 | 0.3 | Review post-closing adjustments summary from H&H |
| 9/28/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.8 | Review Carrington and Ellington PPA analyses. |
| 9/28/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.8 | Review Carrington LP/GP counter proposal. |
| 9/28/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.8 | Review Carrington LP financial statements. |
| | | | 33 Total | 71.4 | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|---|---|---|---|---|---|
| 9/11/2007 | Ellis, Melissa | Director | 34 | 0.1 | Draft email to R. Collura re: GAAP treatment. |
| 9/24/2007 | Ellis, Melissa | Director | 34 | 0.2 | Review of document re: GAAP treatment from R. Collura. |
| | | | 34 Total | 0.3 | |
| 9/6/2007 | Ellis, Melissa | Director | 36 | 0.2 | Review of latest variance analysis. |
| 9/12/2007 | Amico, Marc | Consultant | 36 | 0.9 | Participate on weekly call with Debtor to discuss the weekly variance analysis and open items. |
| 9/12/2007 | Star, Samuel | Sr Managing Dir | 36 | 0.2 | Discussion with M. Ellis and M. Amico re: cash flash report. |
| 9/13/2007 | Amico, Marc | Consultant | 36 | 0.3 | Review recent weekly variance analysis sent from the Debtor. |
| 9/13/2007 | Amico, Marc | Consultant | 36 | 0.3 | Prepare summary of cash activity since filing and through the end of the year for Committee distribution. |
| 9/13/2007 | Ellis, Melissa | Director | 36 | 0.4 | Review new cash information. |
| 9/13/2007 | Ellis, Melissa | Director | 36 | 1.3 | Prepare cash report to committee. |
| 9/14/2007 | Amico, Marc | Consultant | 36 | 0.4 | Review and check the accuracy of the weekly cash update to Committee. |
| 9/14/2007 | Ellis, Melissa | Director | 36 | 0.8 | Discuss and respond to emails re: cash flow info for committee and prepare changes to the summary sheet for committee. |
| 9/17/2007 | Amico, Marc | Consultant | 36 | 0.4 | Review and analyze the professional fees detail in the cash flow forecast. |
| 9/17/2007 | Star, Samuel | Sr Managing Dir | 36 | 0.1 | Review cash analysis. |
| 9/19/2007 | Ellis, Melissa | Director | 36 | 1.2 | Review and summarize revised 13-week cash flow forecast in advance of discussion with Committee. |
| 9/19/2007 | Star, Samuel | Sr Managing Dir | 36 | 0.2 | Review cash forecast. |
| 9/20/2007 | Amico, Marc | Consultant | 36 | 0.3 | Review and distribute the weekly cash update to Committee. |
| 9/20/2007 | Amico, Marc | Consultant | 36 | 0.5 | Review the latest weekly variance analysis prepared by Debtor. |
| 9/20/2007 | Ellis, Melissa | Director | 36 | 1.4 | Prepare changes to weekly cash report and review with S. Star. |
| 9/21/2007 | Amico, Marc | Consultant | 36 | 0.4 | Correspond with FTI team members re: a Committee member's inquiry into the professional fee amounts in the cash flow forecast. |
| 9/21/2007 | Ellis, Melissa | Director | 36 | 0.3 | Review of cash flow information. |
| 9/24/2007 | Ellis, Melissa | Director | 36 | 0.7 | Review and respond to cash flow projected professional fee emails. |
| 9/25/2007 | Amico, Marc | Consultant | 36 | 1.0 | Participate on weekly call with Debtor to discuss the weekly variance analysis and open items. |
| 9/25/2007 | Ellis, Melissa | Director | 36 | 0.5 | Review docket filings and professional fee applications for impact on cash flow forecast. |
| 9/26/2007 | Ellis, Melissa | Director | 36 | 0.4 | Prepare response to committee chairs re: professional fee forecast and review of information from Alix. |
| 9/27/2007 | Ellis, Melissa | Director | 36 | 0.2 | Email correspondence re: professional fees for cash flow forecast. |
| 9/28/2007 | Ellis, Melissa | Director | 36 | 0.2 | Follow up emails to Alix re: claims and cash. |
| 9/28/2007 | Star, Samuel | Sr Managing Dir | 36 | 0.2 | Meet with M. Ellis re: cash analysis for Committee call. |
| | | | 36 Total | 12.8 | |
| 9/7/2007 | Amico, Marc | Consultant | 38 | 0.4 | Prepare FTI's fee application. |
| 9/10/2007 | Amico, Marc | Consultant | 38 | 0.4 | Draft initial quarterly fee application. |
| 9/10/2007 | Ellis, Melissa | Director | 38 | 0.3 | Review of fee application and billing summary; emails re: same. |
| 9/12/2007 | Amico, Marc | Consultant | 38 | 0.6 | Make final edits to FTI quarterly fee application and send to counsel to file to docket. |
| | | | 38 Total | 1.7 | |
| 9/4/2007 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. |
| 9/5/2007 | Pearson, Linda | Administrative | 39 | 0.3 | Preparation of documents and printing/binding. |
| 9/11/2007 | Amico, Marc | Consultant | 39 | 0.3 | Reconcile July payment to fee statement reconciliation. |
| 9/11/2007 | Amico, Marc | Consultant | 39 | 0.3 | Review WIPs displaying August time recorded for FTI professionals. |
| 9/11/2007 | Amico, Marc | Consultant | 39 | 2.4 | Read and analyze time detail for the August fee statement. |
| 9/11/2007 | Amico, Marc | Consultant | 39 | 0.3 | Read and analyze expense detail for the August fee statement. |
| 9/11/2007 | Amico, Marc | Consultant | 39 | 0.5 | Correspond with various FTI professionals re: their time and expense entries. |
| 9/18/2007 | Amico, Marc | Consultant | 39 | 0.9 | Review and analyze time detail for the August fee statement. |
| 9/18/2007 | Ellis, Melissa | Director | 39 | 0.5 | Review of August invoice. |
| 9/19/2007 | Amico, Marc | Consultant | 39 | 1.0 | Make edits to the August fee statement per M. Ellis's comments. |
| 9/20/2007 | Star, Samuel | Sr Managing Dir | 39 | 0.8 | Review August Bill. |
| 9/21/2007 | Amico, Marc | Consultant | 39 | 1.5 | Make final edits to FTI August fee application and send to counsel to file to docket. |
| 9/21/2007 | Star, Samuel | Sr Managing Dir | 39 | 0.7 | Discuss August bill with M. Amico. |
| 9/27/2007 | Amico, Marc | Consultant | 39 | 0.1 | Email correspondence with AlixPartners re: FTI payment. |
| | | | 39 Total | 9.7 | |
| | | | Sub-Total | 236.9 | |

**Hourly Scope Projects**

| | | | | | |
|---|---|---|---|---|---|
| 9/4/2007 | Collura, Richard | Director | 6 | 1.7 | Review additional document productions, update index and prepare data for processing. |
| 9/4/2007 | Collura, Richard | Director | 6 | 1.3 | Review and organize additional electronic information produced by counsel. |
| 9/4/2007 | Collura, Richard | Director | 6 | 2.2 | Review New Century 2005 and 2006 data related to repurchase claims and repurchases. |
| 9/4/2007 | Collura, Richard | Director | 6 | 1.8 | Review Key Indicator reports to determine the types of information available for further financial analyses. |
| 9/4/2007 | Collura, Richard | Director | 6 | 0.4 | Communications with Ringtail team regarding status of data processing and additional document productions. |
| 9/5/2007 | Collura, Richard | Director | 6 | 1.2 | Meeting with J. Gosik (FTI) to discuss case background and planning for review of financial information. |
| 9/5/2007 | Collura, Richard | Director | 6 | 0.2 | Review payments to creditors reflected in SOFA schedules. |
| 9/5/2007 | Collura, Richard | Director | 6 | 0.1 | Review order directing the production of documents from KPMG pursuant to Bankruptcy Rules 2004 and 9016. |
| 9/5/2007 | Collura, Richard | Director | 6 | 2.6 | Review support binders produced by PwC including information reviewed during the audit committee investigation. |
| 9/5/2007 | Collura, Richard | Director | 6 | 1.4 | Review industry comparison of significant accounting policies prepared by New Century. |
| 9/5/2007 | Collura, Richard | Director | 6 | 0.6 | Update index of electronic information based on additional document productions received from the Debtors. |
| 9/5/2007 | Collura, Richard | Director | 6 | 0.7 | Review New Century reports related to increased repurchase activity. |
| 9/5/2007 | Gosik, Jaime | Director | 6 | 1.2 | Meet with R. Collura to discuss case background and plan for review of financial information. |
| 9/6/2007 | Collura, Richard | Director | 6 | 0.4 | Review Examiner's motion for requesting an extension to submit report. |
| 9/6/2007 | Collura, Richard | Director | 6 | 0.2 | Communication with counsel regarding Examiner's motion. |
| 9/6/2007 | Collura, Richard | Director | 6 | 1.6 | Review New Century documents regarding liquidity and repurchases. |
| 9/6/2007 | Collura, Richard | Director | 6 | 0.8 | Review email correspondence included in the audit committee investigation binders. |
| 9/6/2007 | Collura, Richard | Director | 6 | 0.1 | Communications with team regarding the Examiner's motion for requesting an extension to submit report. |
| 9/6/2007 | Collura, Richard | Director | 6 | 0.2 | Review information produced by KPMG in connection with the 2004 through 2006 audit work papers. |
| 9/6/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.4 | Review and analyze new documents received and discuss with R. Collura. |
| 9/7/2007 | Collura, Richard | Director | 6 | 0.8 | Review KPMG information relating to audit, tax and other non-audit engagements. |
| 9/7/2007 | Collura, Richard | Director | 6 | 0.2 | Communications with J. McCahey (Hahn & Hessen) regarding the Examiner's application for an extension to submit his report. |
| 9/7/2007 | Collura, Richard | Director | 6 | 0.2 | Communications with J. McCahey (Hahn & Hessen) regarding the KPMG document productions. |
| 9/7/2007 | Collura, Richard | Director | 6 | 1.4 | Review information related to loan sales and repurchase activity included in New Century reporting packages. |

EXHIBIT B

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 9/7/2007 | Collura, Richard | Director | 6 | 1.8 | Review documents included in the PwC production specifically related to the work performed during the audit committee investigation. | |
| 9/7/2007 | Collura, Richard | Director | 6 | 0.2 | Review communications from counsel regarding the Debtors document productions. | |
| 9/10/2007 | Collura, Richard | Director | 6 | 0.6 | Update index of documents received from Debtors and KPMG. | |
| 9/10/2007 | Collura, Richard | Director | 6 | 0.3 | Coordinate technology team's review of KPMG document production for OCR text availability. | |
| 9/11/2007 | Collura, Richard | Director | 6 | 2.2 | Attend meeting at Hahn & Hessen to discuss litigation strategy and next steps. | |
| 9/11/2007 | Collura, Richard | Director | 6 | 1.4 | Review KPMG documents in preparation for meeting with counsel. | |
| 9/11/2007 | Collura, Richard | Director | 6 | 2.2 | Review emails related to New Century stock buy backs and liquidity concerns. | |
| 9/11/2007 | Collura, Richard | Director | 6 | 0.6 | Prepare email communications to counsel regarding summary of New Century stock buy backs and liquidity concerns. | |
| 9/11/2007 | Collura, Richard | Director | 6 | 0.2 | Communications with staff regarding review of Board of Directors packages. | |
| 9/11/2007 | Gosik, Jaime | Director | 6 | 0.4 | Meet with R. Collura to discuss further steps to be performed pursuant to meeting with counsel. | |
| 9/11/2007 | Gosik, Jaime | Director | 6 | 1.8 | Prepare analysis of New Century secondary market transactions. | |
| 9/11/2007 | Gosik, Jaime | Director | 6 | 1.6 | Further prepare analysis of New Century secondary market transactions. | |
| 9/11/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 3.2 | Review documents in preparation for meeting with Counsel for Committee. | |
| 9/11/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 2.3 | Meeting with Counsel for Committee at Hahn & Hessen and follow-up discussions with R. Collura (FTI) afterwards. | |
| 9/12/2007 | Collura, Richard | Director | 6 | 0.2 | Communications with J. McCahey (Hahn & Hessen) regarding the KPMG document production. | |
| 9/12/2007 | Collura, Richard | Director | 6 | 0.1 | Communications with P. Grewal (Hahn & Hessen) to discuss KPMG document productions. | |
| 9/12/2007 | Collura, Richard | Director | 6 | 0.1 | Communications with M. Arnott (Hahn & Hessen) regarding information contained on hard drive provided by SPi. | |
| 9/12/2007 | Collura, Richard | Director | 6 | 0.7 | Review summary of New Century accounting policies specifically related to secondary market transactions. | |
| 9/12/2007 | Gosik, Jaime | Director | 6 | 0.6 | Discuss review of audit committee documents with R. Collura. | |
| 9/12/2007 | Gosik, Jaime | Director | 6 | 2.3 | Continue to prepare analysis of New Century secondary market transactions. | |
| 9/12/2007 | Gosik, Jaime | Director | 6 | 2.8 | Further review board packages and prepare analysis of New Century secondary market transactions. | |
| 9/12/2007 | Gosik, Jaime | Director | 6 | 1.7 | Analyze board meeting packages and prepare summary of relevant issues. | |
| 9/12/2007 | Levenberg, Hal | Project Asst | 6 | 1.8 | Converted 10-Q's into hard copy for the year 2006 and organized into a binder for review and analysis. | |
| 9/12/2007 | Levenberg, Hal | Project Asst | 6 | 2.0 | Converted companies financial statements into hard copy and organized into a binder for review and analysis. | |
| 9/14/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.2 | Review audit work papers received from Counsel. | |
| 9/17/2007 | Gosik, Jaime | Director | 6 | 0.2 | Record receipt of CDs received from the Debtors in tracking spreadsheet. | |
| 9/17/2007 | Gosik, Jaime | Director | 6 | 2.4 | Review and analyze Board Packages and prepare summary of relevant issues. | |
| 9/18/2007 | Collura, Richard | Director | 6 | 0.2 | Communications with J. McCahey regarding the KPMG document productions. | |
| 9/18/2007 | Collura, Richard | Director | 6 | 0.4 | Review New Century accounting treatment summary. | |
| 9/18/2007 | Collura, Richard | Director | 6 | 0.6 | Meeting with J. Gosik (FTI) to discuss board package information and status of related summary. | |
| 9/18/2007 | Collura, Richard | Director | 6 | 0.2 | Review time detail and prepare description of work performed during August 2007. | |
| 9/18/2007 | Gosik, Jaime | Director | 6 | 0.8 | Meet with R. Collura and discuss financial analyses to be performed in advance of meeting with counsel. | |
| 9/18/2007 | Gosik, Jaime | Director | 6 | 2.3 | Continue to review and analyze Board Packages and prepare summary of relevant issues for potential further investigation. | |
| 9/18/2007 | Gosik, Jaime | Director | 6 | 1.9 | Further perform review and analysis of Board Packages and prepare summary of relevant issues for potential further investigation. | |
| 9/19/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 2.1 | Review and analyze documents in preparation for call with Counsel to the Committee. | |
| 9/20/2007 | Gosik, Jaime | Director | 6 | 0.3 | Log CDs received from counsel into tracking spreadsheet. | |
| 9/20/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 2.3 | Continue review and analysis of documents provided by Counsel for Committee. | |
| 9/21/2007 | Collura, Richard | Director | 6 | 0.7 | Review FAS 140 and update accounting memo. | |
| 9/21/2007 | Gosik, Jaime | Director | 6 | 0.2 | Log CDs received from counsel into tracking spreadsheet. | |
| 9/21/2007 | Gosik, Jaime | Director | 6 | 0.8 | Update analysis of New Century secondary market transactions. | |
| 9/21/2007 | Gosik, Jaime | Director | 6 | 0.7 | Update summary and analysis of New Century Board packages. | |
| 9/21/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.3 | Discuss with R. Collura (FTI) re: preparation for call with Counsel to the Committee. | |
| 9/22/2007 | Collura, Richard | Director | 6 | 1.2 | Perform accounting research related to residual interests in securitization. | |
| 9/22/2007 | Collura, Richard | Director | 6 | 1.6 | Update accounting memo related to residual interests. | |
| 9/23/2007 | Collura, Richard | Director | 6 | 2.3 | Review board package information. | |
| 9/24/2007 | Collura, Richard | Director | 6 | 2.2 | Review and update summary of board packages. | |
| 9/24/2007 | Collura, Richard | Director | 6 | 1.7 | Prepare potential next steps to perform in connection with identifying potential causes of action. | |
| 9/24/2007 | Collura, Richard | Director | 6 | 0.4 | Status update with R. Sloane in preparation for call with litigation counsel. | |
| 9/24/2007 | Collura, Richard | Director | 6 | 1.8 | Continue to review board package summaries and related support documentation. | |
| 9/24/2007 | Gosik, Jaime | Director | 6 | 1.2 | Flag relevant board packages and related documents for R. Collura review. | |
| 9/24/2007 | Gosik, Jaime | Director | 6 | 0.8 | Meet with R. Collura and discuss review of board packages to date. | |
| 9/24/2007 | Gosik, Jaime | Director | 6 | 2.3 | Revise summary of Board of Directors meeting packages based on R. Collura comments. | |
| 9/24/2007 | Gosik, Jaime | Director | 6 | 1.7 | Continue to revise summary of Board of Directors meeting packages based on R. Collura comments. | |
| 9/24/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.5 | Meeting with R. Collura (FTI) re: preparation for call with Counsel to the Committee. | |
| 9/24/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.5 | Continue review and analysis of auditors' work papers provided. | |
| 9/25/2007 | Collura, Richard | Director | 6 | 2.2 | Draft summary of board packages and prepare exhibits section. | |
| 9/25/2007 | Collura, Richard | Director | 6 | 2.4 | Review Board of Directors minutes and packages including various presentation prepared by New Century management. | |
| 9/25/2007 | Collura, Richard | Director | 6 | 0.8 | Review Goldman Sachs presentation regarding REIT structure and potential alternatives. | |
| 9/25/2007 | Collura, Richard | Director | 6 | 0.6 | Review minutes related to Greenlight Capital presentation and related documents. | |
| 9/25/2007 | Collura, Richard | Director | 6 | 1.2 | Review New Century's capital markets and liquidity strategies. | |
| 9/25/2007 | Collura, Richard | Director | 6 | 0.8 | Review and update summary of Board minutes and financial packages. | |
| 9/25/2007 | Gosik, Jaime | Director | 6 | 1.4 | Prepare summary of advantages/disadvantages of REIT structure. | |
| 9/25/2007 | Gosik, Jaime | Director | 6 | 1.1 | Prepare summary of the Company's requirements with respect to target liquidity. | |
| 9/25/2007 | Gosik, Jaime | Director | 6 | 1.4 | Prepare PDF document with board summaries to be sent to counsel in advance of conference call. | |
| 9/25/2007 | Gosik, Jaime | Director | 6 | 0.4 | Research amount of share repurchases per 2006 10-Qs. | |
| 9/25/2007 | Gosik, Jaime | Director | 6 | 0.3 | Provide R. Collura with documents from board packages as requested. | |
| 9/25/2007 | Gosik, Jaime | Director | 6 | 0.3 | Review summary of board packages and proposed action steps before sending to counsel. | |
| 9/26/2007 | Collura, Richard | Director | 6 | 0.8 | Planning and strategy meeting with A. Friedler (FTI) regarding the KPMG document review. | |
| 9/26/2007 | Collura, Richard | Director | 6 | 1.4 | Review Board summaries and proposed next steps in preparation for call with counsel. | |
| 9/26/2007 | Collura, Richard | Director | 6 | 1.3 | Participate in call with counsel to discuss proposed next steps, Board package summaries and KPMG document review. | |
| 9/26/2007 | Friedler, Andrew | Director | 6 | 0.8 | Team meeting to get case information and background on case and accounting issues. | |
| 9/26/2007 | Gosik, Jaime | Director | 6 | 1.3 | Participate on update conference call with FTI and Hahn and Hessen. | |
| 9/26/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.2 | Continue review and analysis of documents in preparation for conference call with counsel. | |
| 9/26/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.8 | Prepare for and participate in conference call with counsel and internal follow-up call. | |
| 9/27/2007 | Collura, Richard | Director | 6 | 1.4 | Review email correspondence related to accounting policy regarding the repurchase reserve. | |
| 9/27/2007 | Collura, Richard | Director | 6 | 1.6 | Review various New Century financial reports related to securitizations and whole loan sale scenarios. | |
| 9/27/2007 | Collura, Richard | Director | 6 | 0.8 | Review summary of various New Century accounting policies. | |
| 9/28/2007 | Collura, Richard | Director | 6 | 1.7 | Review PwC documents and organize by various accounting categories. | |
| 9/28/2007 | Gosik, Jaime | Director | 6 | 0.2 | Meet with R. Collura and discuss strategy for review of emails and board packages. | |
| 9/28/2007 | Gosik, Jaime | Director | 6 | 0.8 | Participate in meeting with D. Pelavin related to overview of key issues to be reviewed. | |
| 9/28/2007 | Pelavin, David | Sr Consultant | 6 | 0.8 | Meeting with JG related to overview of key issues to be reviewed. | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| | | | 6 Total | 118.4 | | |
| | | | Sub-Total | 118.4 | | |
| | | | Grand | 355.3 | | |