### *PCD 1 – Planning, Supervision and Review*

Work plan development and related team discussions are included in this code. Given the fast paced nature of the case, developing and maintaining a work plan was critical to making sure all key areas were appropriately addressed in a timely and efficient manner.

### *PCD 6 – Review & Analysis of Potential Avoidance Actions*

This code includes work performed in relation to forensic accounting and potential litigation matters. FTI initiated the review of KPMG's, the Debtors independent auditors, work papers. Based on the review of these documents, FTI discussed various accounting and financial topics and related strategy with Committee counsel in connection with identifying other potential causes of action that may be pursued by the Committee. FTI also reviewed the Minutes of the Debtors' Board of Directors meetings and related financial information packages, as well as documents produced by PricewaterhouseCoopers ("PwC"), which were obtained by PwC during the course of conducting the Debtors' audit committee investigation.

### *PCD 10 – Review of Warehouse Lender Issues*

FTI spent significant time reviewing and assessing the Debtor's analysis of cash activity with various warehouse lenders and other financial institutions, both pre and post petition, to help the Committee address the various claims asserted by such institutions for monies owed. Time was also spent analyzing the claims of the Adequate Protection parties and participating in discussions to develop a potential global settlement with warehouse lenders and whole loan purchasers.

### *PCD 18 – Analyze Liabilities Subject to Compromise*

Time in this code includes review and analysis of the amount and classification of claims filed after the bar date.

### *PCD 20 – Prepare for/Participate in Meetings or Calls with the Unsecured Creditors' Committee*

FTI spent significant time meeting with or participating on conference calls with the Committee, addressing the numerous topics that arose in this fast-paced case. The development of materials and reports for the Committee is also included in this code when not specifically attributable to other project codes. In many situations it was necessary to have various FTI team members participating in meetings or on calls given the large number of topics and focus areas of the case and the division of labor required of the FTI team.

### *PCD 33 – Analyze Asset Sale Proposals*

Time spent in this project code relates to the evaluation and negotiation of various sales and asset sale proposals, including the Carrington LP/GP interests, Deutsche Bank loan portfolio and miscellaneous assets. FTI professionals reviewed sale related documents and analyzed

the potential proceeds from such sales and subsequent purchase price adjustments. It was important that FTI understood the process undertaken by the Debtors' financial advisors to sell or liquidate these different assets to ensure that all alternatives were explored, all potential interested parties were contacted and that the best deal was achieved for the estate. FTI was instrumental in attracting the winning bidder of the Deutsche Bank loan portfolio. Along with counsel, FTI also negotiated the terms of the stalkinghorse deal and streamlined the sale process which resulted in a highly competitive auction for this portfolio.

### PCD 36 – Analysis of Short Term Cash Flow Forecast

FTI spent time reviewing the updated forecast to understand how the forecast was developed and what assumptions were made. Weekly calls with AlixPartners were established to review weekly variances to the budget.