EXHIBIT D

## NEW CENTURY FINANCIAL CORP.
## FTI CONSULTING
## SUMMARY OF EXPENSES
## FOR THE PERIOD SEPTEMBER 1, 2007 THOUGH SEPTEMBER 30, 2007

| Expense Type | | Amount |
|---|---|---|
| Airfare/Train | $ | 396.31 |
| Hotel & Lodging | | 1,047.78 |
| Meals | | 57.84 |
| Mileage/Parking/Tolls | | 88.16 |
| Postage | | 40.31 |
| Taxi/Subway | | 733.13 |
| Telephone | | 16.70 |
| Total: | $ | 2,380.23 |

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**EXPENSE DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2007 THOUGH SEPTEMBER 30, 2007**

| Date | Consultant | Expense Type | Amount | Description of Expense |
|---|---|---|---|---|
| 9/9/2007 | Dragelin, Timothy J. | Airfare/Train | $ 396.31 | Coach airfare from Charlotte, NC to New York, NY. |
| | | **Airfare/Train Total** | 396.31 | |
| 9/9/2007 | Dragelin, Timothy J. | Hotel & Lodging | 1,047.78 | Lodging, New York, NY (2 nights). |
| | | **Hotel & Lodging Total** | 1,047.78 | |
| 9/5/2007 | Amico, Marc | Meals - Incurred in Office | 20.50 | Working meal/dinner for self. |
| 9/6/2007 | Ellis, Melissa | Meals - Incurred in Office | 28.15 | Working meal/dinner for self. |
| 9/19/2007 | Bryant, Kristin | Meals - Incurred in Office | 9.19 | Working meal/lunch with T. Dragelin. |
| | | **Meals - Incurred in Office Total** | 57.84 | |
| 9/11/2007 | Dragelin, Timothy J. | Mileage | 32.00 | Parking charges at airport. |
| 9/11/2007 | Sloane, Raymond | Mileage | 56.16 | Mileage - Use of personal auto to transport documents round trip between NYC and L.I. -- Mileage (56 miles @ $0.485/mi. = $27.16); parking ($21.00); and tolls ($8.00). |
| | | **Mileage Total** | 88.16 | |
| 9/11/2007 | Star, Samuel | Postage | 6.85 | Postage charges to Hahn and Hessen. |
| 9/11/2007 | Star, Samuel | Postage | 8.87 | Postage charges to FTI Consulting. |
| 9/11/2007 | Star, Samuel | Postage | 6.85 | Postage charges to Hahn and Hessen. |
| 9/18/2007 | Star, Samuel | Postage | 8.87 | Postage charges to FTI Consulting. |
| 9/25/2007 | Star, Samuel | Postage | 8.87 | Postage charges to FTI Consulting. |
| | | **Postage Total** | 40.31 | |
| 8/15/2007 | Collura, Richard | Taxi/Subway | 103.12 | Taxi from home to office (traveled later this day) |
| 8/15/2007 | Sloane, Raymond | Taxi/Subway | 115.77 | Taxi from home to office (traveled later this day) |
| 8/15/2007 | Sloane, Raymond | Taxi/Subway | 93.33 | Taxi from office to airport. |
| 8/17/2007 | Collura, Richard | Taxi/Subway | 163.81 | Taxi from airport to home. |
| 8/17/2007 | Sloane, Raymond | Taxi/Subway | 132.60 | Taxi from airport to home. |
| 9/6/2007 | Amico, Marc | Taxi/Subway | 14.00 | Taxi from office to home. |
| 9/7/2007 | Ellis, Melissa | Taxi/Subway | 17.00 | Taxi from office to home. |
| 9/11/2007 | Dragelin, Timothy J. | Taxi/Subway | 69.50 | Taxi from office to airport. |
| 9/11/2007 | Sloane, Raymond | Taxi/Subway | 13.00 | Taxi from FTI offices to Hahn and Hessen's offices. |
| 9/11/2007 | Sloane, Raymond | Taxi/Subway | 11.00 | Taxi from Hahn and Hessen's offices to FTI's offices. |
| | | **Taxi/Subway Total** | 733.13 | |
| 9/10/2007 | Dragelin, Timothy J. | Telephone | 16.70 | Telephone charges in hotel while talking to client |
| | | **Telephone Total** | 16.70 | |
| | | **Grand Total** | $ 2,380.23 | |