# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant: Consumer Solutions REO, LLC*

*D&G Reference: 210746*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000270890 | PARK | 1/5/2007 | $400,000.00 | $425,405.58 | $365,000.00 | 12777 SONORA ROAD PHELAN CA 92371 |
| 2000265865 | QUINDIAGAN | 8/15/2006 | $680,000.00 | $750,428.80 | $855,000.00 | 3207 FIELDGATE COURT SAN JOSE CA 95148 |
| 2000268243 | PAVON | 12/6/2006 | $464,000.00 | $494,948.27 | $587,000.00 | 322 320 EAST 61ST STREET LOS ANGELES CA 90003 |
| 2000270336 | SOTO | 12/29/2006 | $415,200.00 | $446,130.93 | $495,000.00 | 115 EAST 98TH STREET INGLEWOOD CA 90301 |
| 2000266043 | FRIAS | 9/1/2006 | $701,250.00 | $761,012.26 | $515,000.00 | 3270 LAFAYETTE AVENUE BRONX NY 10465 |
| 2000265962 | SWEDEN | 8/14/2006 | $271,200.00 | $298,992.95 | $270,000.00 | 5000 EMERALD BROOK WAY SACRAMENTO CA 95838 |
| 2000265119 | CINEA | 8/22/2006 | $280,000.00 | $319,533.30 | $250,000.00 | 400 NW 99 STREET MIAMI FL 33150 |
| 2000266077 | ROBLEDO | 8/29/2006 | $508,000.00 | $558,742.11 | $550,000.00 | 13076 RINCON ROAD APPLE VALLEY CA 92308 |
| 2000265802 | NGUYEN | 8/15/2006 | $332,000.00 | $332,000.00 | $395,000.00 | 80515 KEY LARGO DR INDIO CA 92201 |
| 2000266677 | PARK | 10/6/2006 | $436,000.00 | $475,061.55 | $480,000.00 | 13200 GAINSWAY CT UNIT 165 LA MIRADA CA 90638 |
| 2000270042 | SHARPE | 12/18/2006 | $404,000.00 | $434,439.38 | $320,000.00 | 210 EAST EMERSON STREET CHULA VISTA CA 91911 |
| 2000265634 | VALENCIA | 8/8/2006 | $267,200.00 | $302,107.13 | $266,000.00 | 7553 ASHWOOD WAY SACRAMENTO CA 95822 |
| 2000264393 | AQUINO | 6/21/2006 | $496,000.00 | $557,420.80 | $400,000.00 | 218 12 141 ROAD SPRINGFIELD GARDENS NY 11413 |
| 2000266668 | OPORTO | 10/10/2006 | $400,000.00 | $432,639.79 | $498,000.00 | 6133 JOHN AVENUE LONG BEACH CA 90805 |
| 2000265958 | WILSON | 8/23/2006 | $408,000.00 | $452,909.43 | $565,000.00 | 19410 GALWAY AVENUE CARSON CA 90746 |
| 2000263640 | SCOTT | 4/28/2006 | $125,460.00 | $143,888.16 | $131,000.00 | 2901 SE 44TH STREET NORMAN OK 73072 |