# EXHIBIT B

RLF1-3217994-1

| | Bar Code | Part Number | Description | Serial Number |
|---|---|---|---|---|
| | | | Exhibit B - Sale of General Office Equipment to E-Bid - Park Place Suite 340 | |
| 1 | 8029473 | | Copier Canon Image Runner 8500 | MPB07691 |
| 2 | 7013403 | | Copier Canon NP6035 | NGL04664 |
| 3 | 1271 | | Copier Canon NP6085 | NFD05931 |
| 4 | 1275 | | Copier Canon NP6085 | NFD04678 |
| 5 | 6002450 | | Copier Canon NP6085 | NFD04667 |
| 6 | 7028881 | | Copier Canon NP6085 | NFD09023 |
| 7 | 7000689 | | Copier Pitney Bowes DL36 | DL36 0110048 |
| 8 | 7009537 | | Copier Ricoh Aficio 1060 | J4225500249 |
| 9 | 7013414 | | Copier Ricoh Aficio 1060 | J4234900859 |
| 10 | 7011071 | | Copier Ricoh Aficio 1060 | J4225400255 |
| 11 | 8020274 | | Copier Ricoh Aficio 1075 | J4335500487 |
| 12 | 7013401 | | Copier Ricoh Aficio 1075 | J4325400063 |
| 13 | 7013402 | | Copier Ricoh Aficio 1075 | J4325700513 |
| 14 | 7013404 | | Copier Ricoh Aficio 1075 | J4325400107 |
| 15 | 7013405 | | Copier Ricoh Aficio 1075 | J4325500551 |
| 16 | 7009082 | | Copier Ricoh Aficio 1075 | J4325500476 |
| 17 | 7014979 | | Copier Ricoh Aficio 1075 | J4325700509 |
| 18 | 7049246 | | Copier Ricoh Aficio 2045 | 5K101105821 |
| 19 | 7043307 | | Copier Ricoh Aficio 2060 | K4555100367 |
| 20 | 7047524 | | Copier Ricoh Aficio 2075 | K4655500086 |
| 21 | 8029003 | | Copier Ricoh Aficio 2075 | K4655500093 |
| 22 | 16644 | | Copier Toshiba 7560 | UI913301 |
| 23 | 16646 | | Copier Toshiba 7560 | UH812126 |
| 24 | | SD-V393 | DVD/CD VCR COMBO | |
| 25 | 8029464 | | Fax Canon LaserClass 2060P | ZKM16926 |
| 26 | 8030437 | | Fax Canon LaserClass 3170 | UYP72626 |
| 27 | 7008604 | | Fax Canon LC3170 | UYP73908 |
| 28 | 7014238 | | Fax Canon LC3170 | UYP73993 |
| 29 | 7014239 | | Fax Canon LC3170 | YUP73966 |
| 30 | 7014247 | | Fax Canon LC3170 | UYP66884 |
| 31 | 7014248 | | Fax Canon LC3170 | UYP67837 |
| 32 | 7014229 | | Fax Canon LC3170 | UYP66894 |
| 33 | 7014936 | | Fax Canon LC3170 | UYP66917 |
| 34 | 7014948 | | Fax Canon LC3170 | UYP73990 |
| 35 | 7014956 | | Fax Canon LC3170 | UYP67209 |
| 36 | 7014253 | | Fax Canon LC3170 | UYP66916 |
| 37 | 7014254 | | Fax Canon LC3170 | UYP72535 |
| 38 | 7014259 | | Fax Canon LC3170 | UYP67796 |
| 39 | 7014957 | | Fax Canon LC3170 | UYP68189 |
| 40 | 7014231 | | Fax Canon LC710 | UZS09478 |
| 41 | 7014250 | | Fax Canon LC710 | UZS09309 |
| 42 | 7023813 | | Fax Canon LC710 | UZS20001 |
| 43 | 7023822 | | Fax Canon LC710 | UZS19999 |
| 44 | 7038790 | | Fax Canon LC710 | KAG00274 |
| 45 | 7038845 | | Fax Canon LC710 | ksg00242 |
| 46 | 7039174 | | Fax Canon LC710 | USGNS60514 |
| 47 | 7039359 | | Fax Canon LC710 | KAG02525 |
| 48 | 7038324 | | Fax Canon LC710 | KAG00519 |
| 49 | 7039620 | | Fax Canon LC710 | KAG02580 |
| 50 | 7034632 | | Fax Canon LC710 | UZS35873 |
| 51 | 7034578 | | Fax Canon LC710 | UZS36063 |
| 52 | 7034579 | | Fax Canon LC710 | UZS36087 |
| 53 | 7029535 | | Fax Canon LC710 | UZS30999 |
| 54 | 7033160 | | Fax Canon LC710 | UZS35386 |
| 55 | 7033466 | | Fax Canon LC710 | 7033466 |
| 56 | 7033467 | | Fax Canon LC710 | UZS35414 |
| 57 | 7033468 | | Fax Canon LC710 | UZS35413 |
| 58 | 7033979 | | Fax Canon LC710 | UZS35827 |
| 59 | 7033980 | | Fax Canon LC710 | UZS35828 |
| 60 | 7033985 | | Fax Canon LC710 | UZS35834 |
| 61 | 7033986 | | Fax Canon LC710 | 7033986 |
| 62 | 7033987 | | Fax Canon LC710 | UZS35762 |
| 63 | 8029127 | | Fax Canon LC710 | KAG52032 |
| 64 | 8019493 | | Fax Canon LC710 | KAG53545 |
| 65 | 8030478 | | Fax Canon LC710 | KAG52141 |
| 66 | 8030818 | | Fax Canon LC710 | KAG58908 |
| 67 | 8030819 | | Fax Canon LC710 | KAG58907 |
| 68 | 8045523 | | Fax Canon LC710 | 8045523 |

| | | | | |
|---|---|---|---|---|
| 69 | 8046433 | | Fax Canon LC710 | KAG60293 |
| 70 | 8033085 | | Fax Canon LC710 | kag58606 |
| 71 | 7046306 | | Fax Canon LC710 | KAG21695 |
| 72 | 7046267 | | Fax Canon LC710 | KAG23059 |
| 73 | 7046107 | | Fax Canon LC710 | KAG21350 |
| 74 | 7046158 | | Fax Canon LC710 | KAG21399 |
| 75 | 7044503 | | Fax Canon LC710 | KAG15677 |
| 76 | 7044504 | | Fax Canon LC710 | KAG15800 |
| 77 | 7044508 | | Fax Canon LC710 | KAG15678 |
| 78 | 7044472 | | Fax Canon LC710 | KAG13763 |
| 79 | 7045180 | | Fax Canon LC710 | KAG17028 |
| 80 | 7045334 | | Fax Canon LC710 | KAG16849 |
| 81 | 7041701 | | Fax Canon LC710 | KAG08210 |
| 82 | 7041702 | | Fax Canon LC710 | KAG08575 |
| 83 | 7041576 | | Fax Canon LC710 | KAG06149 |
| 84 | 7041632 | | Fax Canon LC710 | KAG08127 |
| 85 | 7043803 | | Fax Canon LC710 | KAG07904 |
| 86 | 7043764 | | Fax Canon LC710 | KAG02702 |
| 87 | 7043569 | | Fax Canon LC710 | KAG07387 |
| 88 | 7044096 | | Fax Canon LC710 | KAG11647 |
| 89 | 7040911 | | Fax Canon LC710 | KAG02414 |
| 90 | 7040121 | | Fax Canon LC710 | KAG01374 |
| 91 | 7040122 | | Fax Canon LC710 | KAG01382 |
| 92 | 7039860 | | Fax Canon LC710 | KAG02716 |
| 93 | 7040742 | | Fax Canon LC710 | KAG05722 |
| 94 | 7035991 | | Fax Canon LC710 | KAG06385 |
| 95 | 7040868 | | Fax Canon LC710 | KAG02275 |
| 96 | 8028954 | | Fax Canon LC710 | KAG31267 |
| 97 | 8028955 | | Fax Canon LC710 | KAG31270 |
| 98 | 7042425 | | Fax Canon LC710 | UZS14155 |
| 99 | | | Fax Canon LC710 | KAG64605 |
| 100 | 1355 | | Fax Canon LC7500 | 7873 |
| 101 | 1256 | | Fax Canon LC9500 | UFL04326 |
| 102 | 8030879 | | Fax Canon LC9500 | UFL03030 |
| 103 | 1354 | | Fax Canon LC9500 | UFL05240 |
| 104 | 16643 | | Fax Canon LC9500 | UFL05937 |
| 105 | 7014227 | | Fax Toshiba DP120F | 2010323 |
| 106 | 7015009 | | Fax Toshiba DP120F | 7015009 |
| 107 | 7014234 | | Fax Toshiba DP120F | 3010229 |
| 108 | 7021493 | | Fax Toshiba DP120F | 7021493 |
| 109 | 7024052 | | Fax Toshiba DP120F | 7024052 |
| 110 | 7024053 | | Fax Toshiba DP120F | 3050495 |
| 111 | 7025221 | | Fax Toshiba DP120F | 3110008 |
| 112 | 7025837 | | Fax Toshiba DP120F | 3100012 |
| 113 | 7025343 | | Fax Toshiba DP120F | 7025343 |
| 114 | 7025344 | | Fax Toshiba DP120F | 3050111 |
| 115 | 7025345 | | Fax Toshiba DP120F | 7025345 |
| 116 | 7045002 | | Fax Toshiba DP120F | 3040175 |
| 117 | 7042442 | | Fax Toshiba DP120F | 3050012 |
| 118 | 7014935 | | Fax Toshiba DP125F | 2020056 |
| 119 | 7014949 | | Fax Toshiba DP125F | 2020018 |
| 120 | 7014256 | | Fax Toshiba DP125F | 3010247 |
| 121 | 7014257 | | Fax Toshiba DP125F | 7014257 |
| 122 | 7014249 | | Fax Toshiba DP125F | 7014249 |
| 123 | 8030338 | | Fax Toshiba DP125F | 3050003 |
| 124 | 14528 | | Fax Toshiba TF831 | 99050005 |
| 125 | 14525 | | Fax Toshiba TF831 | 99050007 |
| 126 | 1327 | | Fax Toshiba TF831 | 97120069 |
| 127 | 7047438 | | Fax Toshiba TF831 | 97090344 |
| 128 | 1291 | | Fax Toshiba TF831 | 98010141 |
| 129 | 14510 | | Fax Toshiba TF831 | 99050003 |
| 130 | 14511 | | Fax Toshiba TF831 | 99060042 |
| 131 | 7042456 | | Fax Toshiba TF831 | 99050006 |
| 132 | 14516 | | Fax Toshiba TF831 | 99070153 |
| 133 | 14519 | | Fax Toshiba TF831 | 99090036 |
| 134 | 14521 | | Fax Toshiba TF831 | 99070058 |
| 135 | 12732 | | Fax Toshiba TF831 | 98110069 |
| 136 | 12966 | | Fax Toshiba TF831 | 98110088 |
| 137 | 16629 | | Fax Toshiba TF831 | 99060120 |
| 138 | 16640 | | Fax Toshiba TF831 | 99080025 |
| 139 | 16641 | | Fax Toshiba TF831 | 99090150 |

| | | | | |
|---|---|---|---|---|
| 140 | 16805 | | Fax Toshiba TF831 | 99060180 |
| 141 | 16809 | | Fax Toshiba TF831 | 99090149 |
| 142 | 6002442 | | Fax Toshiba TF831 | 98060067 |
| 143 | 6000397 | | Fax Toshiba TF831 | 99120018 |
| 144 | 6000399 | | Fax Toshiba TF831 | 99120014 |
| 145 | 2265 | | Fax Toshiba TF831 | 98040052 |
| 146 | 1301 | | Fax Toshiba TF831 | 98010099 |
| 147 | 8029091 | | Printer Copier Fax HP 4345 MFP All in One | CNJYF16153 |
| 148 | 7041602 | | Inkjet HP 1200DN | C8155A |
| 149 | 7012157 | | Inkjet HP 2500C | SG13L1108TPG |
| 150 | 7039935 | | Plotter HP Designjet 500 | G4948201MBK |
| 151 | 7006175 | | Plottter HP Designjet 800 | SG18R320295N |
| 152 | 8041384 | | Printer HP Color Laserjet 3800DN | CNWCH43171 |
| 153 | 28030 | | Printer HP Color Laserjet 4500N | JPHAF04768 |
| 154 | 7043305 | | Printer HP Color Laserjet 4550DN | C7086A |
| 155 | 28411 | | Printer HP Color Laserjet 4550DN | JPNAB21804 |
| 156 | 7021481 | | Printer HP Color Laserjet 4600DN | JPDKD42166 |
| 157 | 7021960 | | Printer HP Color Laserjet 4600DN | JPDKF39929 |
| 158 | 7012992 | | Printer HP Color Laserjet 4600DN | JPBGD16244 |
| 159 | 7013390 | | Printer HP Color Laserjet 4600DN | JPBKC14278 |
| 160 | 5000715 | | Printer HP Color Laserjet 4600DN | JPBGD33231 |
| 161 | 7022356 | | Printer HP Color Laserjet 4600DN | JPDKB41309 |
| 162 | 7022649 | | Printer HP Color Laserjet 4600DN | JPBGD03868 |
| 163 | 7028296 | | Printer HP Color Laserjet 4600DN | JPFMD56354 |
| 164 | 7027726 | | Printer HP Color Laserjet 4600DN | JPBGB51617 |
| 165 | 7025851 | | Printer HP Color Laserjet 4600DN | JPGMC51477 |
| 166 | 7032848 | | Printer HP Color Laserjet 4600DN | JPHMD57993 |
| 167 | 7029534 | | Printer HP Color Laserjet 4600DN | C9662A |
| 168 | 7023024 | | Printer HP Color Laserjet 4600DN | JPFKB33705 |
| 169 | 7029102 | | Printer HP Color Laserjet 4600DN | JPBKF28274 |
| 170 | 7040869 | | Printer HP Color Laserjet 4600DN | JPBKD24493 |
| 171 | 7040864 | | Printer HP Color Laserjet 4600DN | JPBGC20112 |
| 172 | 8030952 | | Printer HP Color Laserjet 4600DN | JPBKF19194 |
| 173 | 7043137 | | Printer HP Color Laserjet 4600DN | JPBGB43196 |
| 174 | 7033714 | | Printer HP Color Laserjet 4650DN | JPDAB04832 |
| 175 | 7033715 | | Printer HP Color Laserjet 4650DN | JPDAC04015 |
| 176 | 7039320 | | Printer HP Color Laserjet 4650DN | JPHAB16676 |
| 177 | 7040375 | | Printer HP Color Laserjet 4650DN | JPGAD10180 |
| 178 | 7041321 | | Printer HP Color Laserjet 4650DN | JPBGC20310 |
| 179 | 7041414 | | Printer HP Color Laserjet 4650DN | JPHAC18647 |
| 180 | 7044650 | | Printer HP Color Laserjet 4650DN | JPBGC31469 |
| 181 | 7041698 | | Printer HP Color Laserjet 4650DN | JPHAC17158 |
| 182 | 7044235 | | Printer HP Color Laserjet 4650DN | JPHAD15199 |
| 183 | 7044478 | | Printer HP Color Laserjet 4650DN | JPBGD24433 |
| 184 | 7044755 | | Printer HP Color Laserjet 4650DN | JPBGC32316 |
| 185 | 7043581 | | Printer HP Color Laserjet 4650DN | JPHAD13184 |
| 186 | 7043644 | | Printer HP Color Laserjet 4650DN | JPBGD13185 |
| 187 | 7046152 | | Printer HP Color Laserjet 4650DN | JPKAD40110 |
| 188 | 7046194 | | Printer HP Color Laserjet 4650DN | JPBGC48194 |
| 189 | 7046245 | | Printer HP Color Laserjet 4650DN | JPBGD45390 |
| 190 | 7010673 | | Printer HP Color Laserjet 4660 | JPAKC08685 |
| 191 | 7009522 | | Printer HP Color Laserjet 4660 | JPBKB09813 |
| 192 | 7009017 | | Printer HP Color Laserjet 4660 | JPBGF10085 |
| 193 | 7014226 | | Printer HP Color Laserjet 4660DN | JPBGF41151 |
| 194 | 8041381 | | Printer HP Color Laserjet 4700 | JPTLB44961 |
| 195 | 8028964 | | Printer HP Color Laserjet 4700 | JPJLC01131 |
| 196 | 8033142 | | Printer HP Color Laserjet 4700 | JPTLB53138 |
| 197 | 7047424 | | Printer HP Color Laserjet 9500hdn | JPFJB00115 |
| 198 | 7008613 | | Printer HP Laserjet 1000 | CNBR826052 |
| 199 | 8029540 | | Printer HP Laserjet 1200 | CNCB694376 |
| 200 | 8029081 | | Printer HP Laserjet 2430TN | CNGKK21852 |
| 201 | 8029082 | | Printer HP Laserjet 2430TN | CNGKJ21080 |
| 202 | 8029099 | | Printer HP Laserjet 2430TN | CNGKJ00371 |
| 203 | 8018797 | | Printer HP Laserjet 2430TN | CNGKJ80966 |
| 204 | 7047892 | | Printer HP Laserjet 2430TN | CNGKK00892 |
| 205 | 7047893 | | Printer HP Laserjet 2430TN | CNGKK00897 |
| 206 | 7047897 | | Printer HP Laserjet 2430TN | CNGKC99972 |
| 207 | 8030481 | | Printer HP Laserjet 2430TN | CNGKK91351 |
| 208 | 7044599 | | Printer HP Laserjet 2430TN | CNGJC94004 |
| 209 | 7046866 | | Printer HP Laserjet 2430TN | CNGKC80751 |
| 210 | 8028626 | | Printer HP Laserjet 2430TN | CNGKK23720 |

| | | | | |
|---|---|---|---|---|
| 211 | 7047173 | | Printer HP Laserjet 2430TN | CNGKJ19094 |
| 212 | 7047248 | | Printer HP Laserjet 2430TN | CNGKK19085 |
| 213 | 8028972 | | Printer HP Laserjet 2430TN | CNGKK36550 |
| 214 | 8046735 | | Printer HP Laserjet 3000 Series Models | CND1R19931 |
| 215 | 6003578 | | Printer HP Laserjet 4000N | USQL036065 |
| 216 | 7004314 | | Printer HP Laserjet 4000N | USEB015300 |
| 217 | 7997 | | Printer HP Laserjet 4000N | USEX033919 |
| 218 | 8960 | | Printer HP Laserjet 4000TN | USNC126948 |
| 219 | 10558 | | Printer HP Laserjet 4000TN | USEX032000 |
| 220 | 6125 | | Printer HP Laserjet 4000TN | USEF126480 |
| 221 | 6524 | | Printer HP Laserjet 4000TN | USEB028067 |
| 222 | 6694 | | Printer HP Laserjet 4000TN | USEX031998 |
| 223 | 2963 | | Printer HP Laserjet 4000TN | USNC095159 |
| 224 | 3211 | | Printer HP Laserjet 4000TN | USEL004433 |
| 225 | 3977 | | Printer HP Laserjet 4000TN | USEF162223 |
| 226 | 7047421 | | Printer HP Laserjet 4000TN | USEC003977 |
| 227 | 5249 | | Printer HP Laserjet 4000TN | USNC126856 |
| 228 | 19011 | | Printer HP Laserjet 4000TN | USQC036691 |
| 229 | 19058 | | Printer HP Laserjet 4000TN | USNC154642 |
| 230 | 19191 | | Printer HP Laserjet 4000TN | USNC189894 |
| 231 | 7000473 | | Printer HP Laserjet 4000TN | USNC141859 |
| 232 | 6001997 | | Printer HP Laserjet 4000TN | USNC136698 |
| 233 | 7009649 | | Printer HP Laserjet 4000TN | USNC111489 |
| 234 | 22065 | | Printer HP Laserjet 4050 | USCC076908 |
| 235 | 28216 | | Printer HP Laserjet 4050TN | USCC156946 |
| 236 | 8030455 | | Printer HP Laserjet 4050TN | USCF039113 |
| 237 | 6003579 | | Printer HP Laserjet 4050TN | USQB031273 |
| 238 | 6003705 | | Printer HP Laserjet 4050TN | USQX056839 |
| 239 | 16650 | | Printer HP Laserjet 4050TN | USQF074644 |
| 240 | 19321 | | Printer HP Laserjet 4050TN | USQF025354 |
| 241 | 19322 | | Printer HP Laserjet 4050TN | USQF025357 |
| 242 | 16810 | | Printer HP Laserjet 4050TN | USQX056735 |
| 243 | 8028818 | | Printer HP Laserjet 4100 | JPLGC17098 |
| 244 | 7043142 | | Printer HP Laserjet 4100 | JPLGF11140 |
| 245 | 7009073 | | Printer HP Laserjet 4100TN | USLNG27803 |
| 246 | 7009523 | | Printer HP Laserjet 4100TN | JPLGF00921 |
| 247 | 7009524 | | Printer HP Laserjet 4100TN | JPLGC04301 |
| 248 | 7009481 | | Printer HP Laserjet 4100TN | JPLGD04044 |
| 249 | 7009301 | | Printer HP Laserjet 4100TN | JPLGD10191 |
| 250 | 7009282 | | Printer HP Laserjet 4100TN | JPLGD34578 |
| 251 | 7010200 | | Printer HP Laserjet 4100TN | USBNN02562 |
| 252 | 7010468 | | Printer HP Laserjet 4100TN | USJNF19654 |
| 253 | 7012164 | | Printer HP Laserjet 4100TN | USJNK32049 |
| 254 | 7008705 | | Printer HP Laserjet 4100TN | JPLGF02660 |
| 255 | 7042444 | | Printer HP Laserjet 4100TN | USBNN01787 |
| 256 | 7015057 | | Printer HP Laserjet 4100TN | USJNK40327 |
| 257 | 7021758 | | Printer HP Laserjet 4100TN | JPLGC04950 |
| 258 | 7022543 | | Printer HP Laserjet 4100TN | USLNK26736 |
| 259 | 7021977 | | Printer HP Laserjet 4100TN | JPLGD36102 |
| 260 | 7022116 | | Printer HP Laserjet 4100TN | JPLGD34628 |
| 261 | 7022493 | | Printer HP Laserjet 4100TN | JPLGD19704 |
| 262 | 8030335 | | Printer HP Laserjet 4100TN | JPLGC17286 |
| 263 | 7043140 | | Printer HP Laserjet 4100TN | JPLGD34048 |
| 264 | 8030949 | | Printer HP Laserjet 4100TN | JPLGD27128 |
| 265 | 8030940 | | Printer HP Laserjet 4100TN | JPLGF00265 |
| 266 | 7043383 | | Printer HP Laserjet 4100TN | JPLGC19371 |
| 267 | 7040867 | | Printer HP Laserjet 4100TN | USJNJ36043 |
| 268 | 7043304 | | Printer HP Laserjet 4100TN | USJNK38531 |
| 269 | 7042457 | | Printer HP Laserjet 4100TN | USJNJ30176 |
| 270 | 7042443 | | Printer HP Laserjet 4100TN | USJNK31909 |
| 271 | 6003767 | | Printer HP Laserjet 4100TN | USBNJ20547 |
| 272 | 6001669 | | Printer HP Laserjet 4100TN | USEF196572 |
| 273 | 7002450 | | Printer HP Laserjet 4100TN | USBNF33081 |
| 274 | 7003287 | | Printer HP Laserjet 4100TN | USBNJ46369 |
| 275 | 7003423 | | Printer HP Laserjet 4100TN | USBNF13362 |
| 276 | 7003669 | | Printer HP Laserjet 4100TN | USBNF33089 |
| 277 | 7043139 | | Printer HP Laserjet 4101 | USLGY35541 |
| 278 | 8029469 | | Printer HP Laserjet 4200 | USDNP22750 |
| 279 | 8029470 | | Printer HP Laserjet 4200 | USDNS22678 |
| 280 | 8029465 | | Printer HP Laserjet 4200N | CNDX606953 |
| 281 | 8029466 | | Printer HP Laserjet 4200N | CNGX306536 |

| | | | | |
|---|---|---|---|---|
| 282 | 8029467 | | Printer HP Laserjet 4200N | CNGX306505 |
| 283 | 8029468 | | Printer HP Laserjet 4200N | CNDX606971 |
| 284 | 7023328 | | Printer HP Laserjet 4200TN | CNBX105493 |
| 285 | 7022265 | | Printer HP Laserjet 4200TN | USBNM03294 |
| 286 | 7022357 | | Printer HP Laserjet 4200TN | USDNX06554 |
| 287 | 7023521 | | Printer HP Laserjet 4200TN | USDNN15496 |
| 288 | 7023788 | | Printer HP Laserjet 4200TN | USDNM09295 |
| 289 | 7023590 | | Printer HP Laserjet 4200TN | USBNN23487 |
| 290 | 7024419 | | Printer HP Laserjet 4200TN | USDNX06014 |
| 291 | 7024394 | | Printer HP Laserjet 4200TN | USDNS18461 |
| 292 | 7024439 | | Printer HP Laserjet 4200TN | USDNS05937 |
| 293 | 7021479 | | Printer HP Laserjet 4200TN | USDNL10579 |
| 294 | 7021275 | | Printer HP Laserjet 4200TN | USDNP09339 |
| 295 | 7020603 | | Printer HP Laserjet 4200TN | USBNM07179 |
| 296 | 7020582 | | Printer HP Laserjet 4200TN | USDNM06618 |
| 297 | 7015276 | | Printer HP Laserjet 4200TN | CNBX238913 |
| 298 | 7015016 | | Printer HP Laserjet 4200TN | USBNL00536 |
| 299 | 7019408 | | Printer HP Laserjet 4200TN | CNBX300915 |
| 300 | 7010199 | | Printer HP Laserjet 4200TN | USBNL02864 |
| 301 | 7013382 | | Printer HP Laserjet 4200TN | USBNN07814 |
| 302 | 7011576 | | Printer HP Laserjet 4200TN | USBNN01133 |
| 303 | 7012640 | | Printer HP Laserjet 4200TN | USBNL03672 |
| 304 | 7039094 | | Printer HP Laserjet 4200TN | USGNX26501 |
| 305 | 7038365 | | Printer HP Laserjet 4200TN | USGNX61225 |
| 306 | 7038690 | | Printer HP Laserjet 4200TN | USGNN60511 |
| 307 | 7038691 | | Printer HP Laserjet 4200TN | USGNX59155 |
| 308 | 7038692 | | Printer HP Laserjet 4200TN | USGNS59127 |
| 309 | 7034241 | | Printer HP Laserjet 4200TN | USGNP35186 |
| 310 | 7034348 | | Printer HP Laserjet 4200TN | CNGX305035 |
| 311 | 7034479 | | Printer HP Laserjet 4200TN | USGNX41570 |
| 312 | 7034480 | | Printer HP Laserjet 4200TN | USGNP41028 |
| 313 | 7034481 | | Printer HP Laserjet 4200TN | USGNX41561 |
| 314 | 7034482 | | Printer HP Laserjet 4200TN | USGNX41560 |
| 315 | 7035593 | | Printer HP Laserjet 4200TN | USGNP50216 |
| 316 | 7036643 | | Printer HP Laserjet 4200TN | USGNN60463 |
| 317 | 7036877 | | Printer HP Laserjet 4200TN | USGNN58753 |
| 318 | 7036930 | | Printer HP Laserjet 4200TN | USGNS51348 |
| 319 | 7034709 | | Printer HP Laserjet 4200TN | USGNM52756 |
| 320 | 7034509 | | Printer HP Laserjet 4200TN | USGNP45661 |
| 321 | 7029339 | | Printer HP Laserjet 4200TN | CNDX410390 |
| 322 | 7029493 | | Printer HP Laserjet 4200TN | CNDX611582 |
| 323 | 7029514 | | Printer HP Laserjet 4200TN | CNDX611696 |
| 324 | 7018159 | | Printer HP Laserjet 4200TN | USGNN21971 |
| 325 | 7032485 | | Printer HP Laserjet 4200TN | USGNM10886 |
| 326 | 7033192 | | Printer HP Laserjet 4200TN | CNDX612464 |
| 327 | 7033427 | | Printer HP Laserjet 4200TN | USGNP27884 |
| 328 | 7033968 | | Printer HP Laserjet 4200TN | USGNN24434 |
| 329 | 7033970 | | Printer HP Laserjet 4200TN | USGNN24429 |
| 330 | 7033971 | | Printer HP Laserjet 4200TN | USGNX24241 |
| 331 | 7018175 | | Printer HP Laserjet 4200TN | CNDX608037 |
| 332 | 7018176 | | Printer HP Laserjet 4200TN | CNDX609417 |
| 333 | 7031198 | | Printer HP Laserjet 4200TN | CNDX610682 |
| 334 | 7024892 | | Printer HP Laserjet 4200TN | USGNS00810 |
| 335 | 7029248 | | Printer HP Laserjet 4200TN | USGNN08826 |
| 336 | 7027625 | | Printer HP Laserjet 4200TN | USGNX09448 |
| 337 | 7027832 | | Printer HP Laserjet 4200TN | CNDX204545 |
| 338 | 7027738 | | Printer HP Laserjet 4200TN | CNDX310155 |
| 339 | 7027725 | | Printer HP Laserjet 4200TN | USGNP14158 |
| 340 | 7027567 | | Printer HP Laserjet 4200TN | CNDX311354 |
| 341 | 7027568 | | Printer HP Laserjet 4200TN | CNDX204879 |
| 342 | 7025225 | | Printer HP Laserjet 4200TN | CNDX205146 |
| 343 | 7026448 | | Printer HP Laserjet 4200TN | USGNN09398 |
| 344 | 7044331 | | Printer HP Laserjet 4200TN | CNDXC00374 |
| 345 | 7047531 | | Printer HP Laserjet 4200TN | CNBX106433 |
| 346 | 7022281 | | Printer HP Laserjet 4200TN | Q2427A |
| 347 | 7044911 | | Printer HP Laserjet 4200TN | USDXN00960 |
| 348 | 7041608 | | Printer HP Laserjet 4200TN | USBXM11503 |
| 349 | 7027636 | | Printer HP Laserjet 4200TN | USGNM12763 |
| 350 | 8030444 | | Printer HP Laserjet 4200TN | USDNN10677 |
| 351 | 7039179 | | Printer HP Laserjet 4250TN | CNBC48L02P |
| 352 | 8029061 | | Printer HP Laserjet 4250TN | CNGXF22885 |

| | | | | |
|---|---|---|---|---|
| 353 | 8029062 | | Printer HP Laserjet 4250TN | CNGXJ08248 |
| 354 | 8030322 | | Printer HP Laserjet 4250TN | CNDXC11273 |
| 355 | 8019503 | | Printer HP Laserjet 4250TN | CNGXB45796 |
| 356 | 8019487 | | Printer HP Laserjet 4250TN | CNGXD50913 |
| 357 | 8030489 | | Printer HP Laserjet 4250TN | CNGXF88552 |
| 358 | 8030503 | | Printer HP Laserjet 4250TN | CNGXB55746 |
| 359 | 8030772 | | Printer HP Laserjet 4250TN | CNGXF81339 |
| 360 | 7049258 | | Printer HP Laserjet 4250TN | CNGXF93369 |
| 361 | 8030788 | | Printer HP Laserjet 4250TN | CNGXD89831 |
| 362 | 8033033 | | Printer HP Laserjet 4250TN | CNGXH25543 |
| 363 | 8045508 | | Printer HP Laserjet 4250TN | CNGXJ34982 |
| 364 | 7041693 | | Printer HP Laserjet 4250TN | CNBXD07329 |
| 365 | 7041694 | | Printer HP Laserjet 4250TN | CNBXD07506 |
| 366 | 7041696 | | Printer HP Laserjet 4250TN | CNBXD07524 |
| 367 | 7043436 | | Printer HP Laserjet 4250TN | USBXS13138 |
| 368 | 7043626 | | Printer HP Laserjet 4250TN | CNBXD09588 |
| 369 | 7044358 | | Printer HP Laserjet 4250TN | CNBXJ01635 |
| 370 | 7044127 | | Printer HP Laserjet 4250TN | USBXP23198 |
| 371 | 7044239 | | Printer HP Laserjet 4250TN | USBXS25480 |
| 372 | 7044240 | | Printer HP Laserjet 4250TN | USBXS25479 |
| 373 | 7044246 | | Printer HP Laserjet 4250TN | USBXX23158 |
| 374 | 7041415 | | Printer HP Laserjet 4250TN | CNBXF03494 |
| 375 | 7041416 | | Printer HP Laserjet 4250TN | CNBXB00580 |
| 376 | 7037010 | | Printer HP Laserjet 4250TN | CNBXB02651 |
| 377 | 7037009 | | Printer HP Laserjet 4250TN | CNBXC03338 |
| 378 | 7037008 | | Printer HP Laserjet 4250TN | CNBXC01802 |
| 379 | 7040646 | | Printer HP Laserjet 4250TN | CNBXC02248 |
| 380 | 7040925 | | Printer HP Laserjet 4250TN | CNBXD03740 |
| 381 | 7040859 | | Printer HP Laserjet 4250TN | CNBXC01735 |
| 382 | 7040860 | | Printer HP Laserjet 4250TN | USGNM34841 |
| 383 | 7040370 | | Printer HP Laserjet 4250TN | CNBXC01734 |
| 384 | 7039864 | | Printer HP Laserjet 4250TN | CNBXD03731 |
| 385 | 7045736 | | Printer HP Laserjet 4250TN | CNBXB31632 |
| 386 | 7045198 | | Printer HP Laserjet 4250TN | JPDLR57431 |
| 387 | 7045199 | | Printer HP Laserjet 4250TN | JPDLR57299 |
| 388 | 7017617 | | Printer HP Laserjet 4250TN | CNBXD09269 |
| 389 | 7045846 | | Printer HP Laserjet 4250TN | CNDXB13856 |
| 390 | 7045787 | | Printer HP Laserjet 4250TN | CNBXC39055 |
| 391 | 7046447 | | Printer HP Laserjet 4250TN | CNGXJ01408 |
| 392 | 7046939 | | Printer HP Laserjet 4250TN | CNGXC04625 |
| 393 | 8046724 | | Printer HP Laserjet 4250TN | CNRXG59253 |
| 394 | 8046425 | | Printer HP Laserjet 4250TN | CNGXL10016 |
| 395 | 4060 | | Printer HP Laserjet 5 | USDK166838 |
| 396 | 7021759 | | Printer HP Laserjet 5100 | CNBF201625 |
| 397 | 8030337 | | Printer HP Laserjet 5M | USKC104190 |
| 398 | 6040 | | Printer HP Laserjet 5M | USBD065675 |
| 399 | 3815 | | Printer HP Laserjet 5SIMX | USDK007642 |
| 400 | 5394 | | Printer HP Laserjet 5SIMX | USDG039414 |
| 401 | 8455 | | Printer HP Laserjet 5SIMX | USBD051538 |
| 402 | 6987 | | Printer HP Laserjet 5SIMX | USDG027187 |
| 403 | 19272 | | Printer HP Laserjet 6MP | USDF024345 |
| 404 | 19464 | | Printer HP Laserjet 6MP | USDF026250 |
| 405 | 19465 | | Printer HP Laserjet 6MP | USDF040329 |
| 406 | 2467 | | Printer HP Laserjet 6MP | USBB002990 |
| 407 | 7021974 | | Printer HP Laserjet 8000DN | USGH017390 |
| 408 | 7003510 | | Printer HP Laserjet 8000DN | JPBTM00269 |
| 409 | 7003511 | | Printer HP Laserjet 8000DN | JPBTM19151 |
| 410 | 6002894 | | Printer HP Laserjet 8000DN | USDD043445 |
| 411 | 28149 | | Printer HP Laserjet 8000DN | USHH016257 |
| 412 | 7016613 | | Printer HP Laserjet 8150DN | JPBLR14090 |
| 413 | 7015042 | | Printer HP Laserjet 8150DN | JPBTM22237 |
| 414 | 7022566 | | Printer HP Laserjet 8150DN | JPBTM19265 |
| 415 | 7034276 | | Printer HP Laserjet 8150DN | JPDLR30131 |
| 416 | 7025339 | | Printer HP Laserjet 8150DN | JPBLR17835 |
| 417 | 7025340 | | Printer HP Laserjet 8150DN | JPBLR17836 |
| 418 | 7025341 | | Printer HP Laserjet 8150DN | JPBLM78341 |
| 419 | 7033464 | | Printer HP Laserjet 8150DN | JPBLR22241 |
| 420 | 7033465 | | Printer HP Laserjet 8150DN | JPBLR22242 |
| 421 | 16806 | | Printer HP Laserjet 8150DN | USBE018618 |
| 422 | 8030935 | | Printer HP Laserjet 8150DN | JPBTM19503 |
| 423 | 8030951 | | Printer HP Laserjet 8150DN | JPBLM45077 |

| | | | | |
|---|---|---|---|---|
| 424 | 7045698 | | Printer HP Laserjet 8150DN | JPBDR57752 |
| 425 | 7044827 | | Printer HP Laserjet 8150DN | JPBLL64175 |
| 426 | 7040764 | | Printer HP Laserjet 8150DN | JPDLR42203 |
| 427 | 7044479 | | Printer HP Laserjet 8150DN | JPDLR44794 |
| 428 | 7044480 | | Printer HP Laserjet 8150DN | JPDLR44838 |
| 429 | 7043505 | | Printer HP Laserjet 8150DN | JPDLR51619 |
| 430 | 7009450 | | Printer HP Laserjet 8150N | JPBTL24262 |
| 431 | 7024859 | | Printer HP Laserjet 8150N | JPBLM83653 |
| 432 | 8030342 | | Printer HP Laserjet 8150N | JPDLM92512 |
| 433 | 7019023 | | Printer HP Laserjet 8150N | JPDLR27932 |
| 434 | 7040863 | | Printer HP Laserjet 8150N | JPBLL53777 |
| 435 | 7040865 | | Printer HP Laserjet 8150N | C4266A |
| 436 | 7043195 | | Printer HP Laserjet 8150N | JPBLL80926 |
| 437 | 7043143 | | Printer HP Laserjet 8150N | JPBTM21389 |
| 438 | 7043138 | | Printer HP Laserjet 8150N | JPBTL24675 |
| 439 | 7013389 | | Printer HP Laserjet 9000DN | JPBLP12467 |
| 440 | 7021968 | | Printer HP Laserjet 9000DN | JPBLP14185 |
| 441 | 7021971 | | Printer HP Laserjet 9000DN | JPBLP00712 |
| 442 | 7021917 | | Printer HP Laserjet 9000DN | JPBLP01138 |
| 443 | 7023325 | | Printer HP Laserjet 9000DN | JPBLP17927 |
| 444 | 7034562 | | Printer HP Laserjet 9000DN | JPBSY12339 |
| 445 | 8020265 | | Printer HP Laserjet 9000DN | C8521A |
| 446 | 7043197 | | Printer HP Laserjet 9000DN | JPBMN02051 |
| 447 | 7040195 | | Printer HP Laserjet 9000DN | JPBSN07392 |
| 448 | 7044088 | | Printer HP Laserjet 9050DN | JPCL52900K |
| 449 | 7046935 | | Printer HP Laserjet 9050DN | JPCL5BN028 |
| 450 | 7027984 | | Printer HP Officejet 7110 | MY3C3F10QH6G |
| 451 | 7045723 | | Projector Epson Powerlite 715C | CWQ0290013Z |
| 452 | 7003805 | | Projector LCD 3M MP8745 | G0E204857 |
| 453 | 7029776 | | Projector LCD Epson PowerLite 735C | E2VG430163F |
| 454 | 7047163 | | Projector LCD Epson PowerLite 765c | GWAG5X0020F |
| 455 | 7034362 | | Projector Overhead Dukane Image Pro 8755A | RT4F004674 |
| 456 | 7022820 | | Projector Overhead In Focus | 7KN31390511 |
| 457 | 7029907 | | Scanner Canon DR-3060 | CE308078 |
| 458 | 7029500 | | Scanner Canon DR-3060 | CE308649 |
| 459 | 7029501 | | Scanner Canon DR-3060 | CE308076 |
| 460 | 7044837 | | Scanner Canon DR-3060 | CE302876 |
| 461 | 7044175 | | Scanner Canon DR-3060 | 7044175 |
| 462 | 7039867 | | Scanner Canon DR-3060 | CE310579 |
| 463 | 7040372 | | Scanner Canon DR-3060 | CE311425 |
| 464 | 8046782 | | Scanner Canon DR-3080 | 919673A00292AC21DF316077 |
| 465 | 7021961 | | Scanner HP Digital Sender 9100C | JPR6000551 |
| 466 | 7012159 | | Scanner HP Digital Sender 9100C | JPR6005050 |
| 467 | 7029513 | | Scanner HP Digital Sender 9100C | JP26015461 |
| 468 | 7029388 | | Scanner HP Digital Sender 9100C | JP26013220 |
| 469 | 7025208 | | Scanner HP Digital Sender 9100C | USR3001784 |
| 470 | 7033003 | | Scanner HP Digital Sender 9100C | JP16002589 |
| 471 | 7028305 | | Scanner HP Digital Sender 9100C | JP26011499 |
| 472 | 7036793 | | Scanner HP Digital Sender 9100C | JP26008762 |
| 473 | 7040861 | | Scanner HP Digital Sender 9100C | USR9000088 |
| 474 | 7040862 | | Scanner HP Digital Sender 9100C | JPT6000309 |
| 475 | 7017628 | | Scanner HP Digital Sender 9100C | JP26015679 |
| 476 | 7040746 | | Scanner HP Digital Sender 9100C | JP26014734 |
| 477 | 7041549 | | Scanner HP Digital Sender 9100C | JP26015676 |
| 478 | 7043544 | | Scanner HP Digital Sender 9100C | USQ1000003 |
| 479 | 7044884 | | Scanner HP Digital Sender 9100C | JP13001619 |
| 480 | 7043196 | | Scanner HP Digital Sender 9100C | JPR6003013 |
| 481 | 7043899 | | Scanner HP Digital Sender 9200C | CN11004901 |
| 482 | 7025192 | | Scanner HP Scanjet 8200 | CN3431304R5P |
| 483 | 7029979 | | Scanner HP Scanjet 8290 | SCN3AST027472 |
| 484 | 7024183 | | Switch Belkin F1D104 | 3013315546 |
| 485 | 7001779 | | Switch Belkin Omniview | |
| 486 | 7018180 | | Switch Belkin Omniview 8 port KVM | 3041250601 |
| 487 | 7047010 | | Typewriter Brother Various | U53081H5P257024 |
| 488 | 8028007 | | Typewriter Brother Various | U53080M3E753751 |
| 489 | 7024142 | | Typewriter IBM Selectric III | ibmtypewriter |
| 490 | | USR5686E | US ROBOTICS V92 56K FAX MODEM | |
| | | | | $ 34,541 |