# EXHIBIT B



## RICHARDS LAYTON & FINGER
A PROFESSIONAL ASSOCIATION

One Rodney Square
P.O. Box 551
Wilmington, DE  19899
Telephone:  (302) 651-7700
Fax:          (302) 651-7701
Tax I.D. No :  51-0226371

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

October 29, 2007
Invoice 279933

Page 1

Client #  727440

Matter #  157422

---

For disbursements incurred through September 30, 2007
relating to  Representation of Debtor in Chapter 11 Bankruptcy

OTHER CHARGES:

| | |
|---|---:|
| Binding | $36.00 |
| Business Meals | $372.08 |
| Document Retrieval | $1,174.48 |
| Filing Fees | $133.50 |
| Lexis/Westlaw | $3,353.28 |
| Long distance telephone charges | $2,282.95 |
| Messenger and delivery service | $1,441.15 |
| Overtime | $36.61 |
| Photocopies/Printing | $2,563.10 |
| 19,830 @ $.10/pg./11,602 @ $.05/pg. | |
| Postage | $3.38 |
| Telecopier | $779.50 |
| Travel Expenses | $186.54 |

| | |
|---|---:|
| Other Charges | $12,362.57 |

| | |
|---|---:|
| **TOTAL DUE FOR THIS INVOICE** | **$12,362.57** |

| | |
|---|---:|
| **TOTAL DUE FOR THIS MATTER** | **$12,362.57** |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 96

Client #  727440

## Unbilled Expense Entries

Client:  New Century Financial Corporation and New Century

Matter:  Representation of Debtor in Chapter 11 Bankruptcy
Case Administration
Creditor Inquiries
Meetings
Executory Contracts/Unexpired Leases
Automatic Stay/Adequate Protection
Plan of Reorganization/Disclosure Statement
Use, Sale of Assets
Cash Collateral/DIP Financing
Claims Administration
Court Hearings
General Corporate/Real Estate
Schedules/SOFA/U.S. Trustee Reports
Employee Issues
Tax Issues
Litigation/Adversary Proceedings
RLF Retention
Retention of Others
RLF Fee Applications
Fee Applications of Others
Insurance

| Date | Description | | Summary Phrase |
|------|-------------|---|----------------|
| 07/13/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $5.84 | |
| 07/16/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $0.32 | |
| 09/03/07 | Printing | | DUP.10CC |
| | | Amount =  $1.15 | |
| 09/03/07 | Printing | | DUP.10CC |
| | | Amount =  $1.15 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 97

Client #  727440

| 09/04/07 | GALLUCIO'S CAFÉ | MEALSCL |
| | Amount =  $27.48 | |
| 09/04/07 | Xroads Solutions Group LLC - Messenger and delivery | MESS |
| | Amount =  $28.92 | |
| 09/04/07 | Photocopies | DUP.10CC |
| | Amount =  $0.10 | |
| 09/04/07 | 9495171725 Long Distance | LD |
| | Amount =  $3.57 | |
| 09/04/07 | 2134307594 Long Distance | LD |
| | Amount =  $3.57 | |
| 09/04/07 | 2124082452 Long Distance | LD |
| | Amount =  $10.71 | |
| 09/04/07 | 2136941200 Long Distance | LD |
| | Amount =  $3.57 | |
| 09/04/07 | 2134887109 Long Distance | LD |
| | Amount =  $4.76 | |
| 09/04/07 | 2129053672 Long Distance | LD |
| | Amount =  $1.19 | |
| 09/04/07 | 2134306157 Long Distance | LD |
| | Amount =  $20.23 | |
| 09/04/07 | 6103489615 Long Distance | LD |
| | Amount =  $17.85 | |
| 09/04/07 | 9495172101 Long Distance | LD |
| | Amount =  $2.38 | |
| 09/04/07 | 9495171725 Long Distance | LD |
| | Amount =  $5.95 | |
| 09/04/07 | 2134228093 Long Distance | LD |
| | Amount =  $1.19 | |
| 09/04/07 | 3129527494 Long Distance | LD |
| | Amount =  $2.38 | |
| 09/04/07 | 2134228093 Long Distance | LD |
| | Amount =  $1.19 | |
| 09/04/07 | 9495171725 Long Distance | LD |
| | Amount =  $3.57 | |
| 09/04/07 | ALL PACER | DOCRETRI |
| | Amount =  $63.92 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933

Page 98

Client #  727440

| 09/04/07 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount =  $3.85 | |
| 09/04/07 | Printing | | DUP.10CC |
| | | Amount =  $4.60 | |
| 09/04/07 | Printing | | DUP.10CC |
| | | Amount =  $2.65 | |
| 09/04/07 | Printing | | DUP.10CC |
| | | Amount =  $1.15 | |
| 09/04/07 | Printing | | DUP.10CC |
| | | Amount =  $3.35 | |
| 09/05/07 | Photocopies | | DUP.10CC |
| | | Amount =  $5.20 | |
| 09/05/07 | Photocopies | | DUP.10CC |
| | | Amount =  $41.00 | |
| 09/05/07 | 3129527494 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 09/05/07 | 7723327292 Long Distance | | LD |
| | | Amount =  $3.57 | |
| 09/05/07 | 2395336018 Long Distance | | LD |
| | | Amount =  $1.19 | |
| 09/05/07 | 2147541904 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 09/05/07 | 2147541903 Long Distance | | LD |
| | | Amount =  $1.19 | |
| 09/05/07 | 9495171725 Long Distance | | LD |
| | | Amount =  $1.19 | |
| 09/05/07 | 7148921358 Long Distance | | LD |
| | | Amount =  $14.28 | |
| 09/05/07 | 2159221100 Long Distance | | LD |
| | | Amount =  $1.19 | |
| 09/05/07 | 4126677939 Long Distance | | LD |
| | | Amount =  $3.57 | |
| 09/05/07 | 6103489615 Long Distance | | LD |
| | | Amount =  $1.19 | |
| 09/05/07 | 2023835315 Long Distance | | LD |
| | | Amount =  $9.52 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 99

Client #  727440

| Date | Description | | Amount | Code |
|------|-------------|---|--------|------|
| 09/05/07 | 9495172101 Long Distance | | | LD |
| | | Amount = | $7.14 | |
| 09/05/07 | 2128376375 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 09/05/07 | 9735497082 Long Distance | | | LD |
| | | Amount = | $1.19 | |
| 09/05/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $40.40 | |
| 09/05/07 | Printing | | | DUP.10CC |
| | | Amount = | $1.05 | |
| 09/05/07 | Printing | | | DUP.10CC |
| | | Amount = | $2.70 | |
| 09/05/07 | Printing | | | DUP.10CC |
| | | Amount = | $3.20 | |
| 09/05/07 | Printing | | | DUP.10CC |
| | | Amount = | $57.55 | |
| 09/05/07 | Printing | | | DUP.10CC |
| | | Amount = | $1.10 | |
| 09/05/07 | Westlaw | | | LEXIS |
| | | Amount = | $60.94 | |
| 09/05/07 | Westlaw | | | LEXIS |
| | | Amount = | $294.53 | |
| 09/06/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $3.40 | |
| 09/06/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $2.40 | |
| 09/06/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $9.30 | |
| 09/06/07 | 3055962300 Long Distance | | | LD |
| | | Amount = | $5.95 | |
| 09/06/07 | 9735497082 Long Distance | | | LD |
| | | Amount = | $3.57 | |
| 09/06/07 | 9014348461 Long Distance | | | LD |
| | | Amount = | $4.76 | |
| 09/06/07 | 6095862311 Long Distance | | | LD |
| | | Amount = | $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 100

Client #  727440

| | | | |
|---|---|---|---|
| 09/06/07 | 2146954147 Long Distance | | LD |
| | Amount = | $1.19 | |
| 09/06/07 | 7723327292 Long Distance | | LD |
| | Amount = | $3.57 | |
| 09/06/07 | 3142592057 Long Distance | | LD |
| | Amount = | $11.90 | |
| 09/06/07 | ALL PACER | | DOCRETRI |
| | Amount = | $68.80 | |
| 09/06/07 | Postage | | POST |
| | Amount = | $1.14 | |
| 09/06/07 | Postage | | POST |
| | Amount = | $2.24 | |
| 09/06/07 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 09/06/07 | Printing | | DUP.10CC |
| | Amount = | $0.05 | |
| 09/06/07 | Printing | | DUP.10CC |
| | Amount = | $3.80 | |
| 09/06/07 | Printing | | DUP.10CC |
| | Amount = | $3.90 | |
| 09/06/07 | Printing | | DUP.10CC |
| | Amount = | $13.20 | |
| 09/06/07 | Printing | | DUP.10CC |
| | Amount = | $11.05 | |
| 09/06/07 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 09/06/07 | Westlaw | | LEXIS |
| | Amount = | $78.24 | |
| 09/07/07 | GROTTO PIZZA, INC | | MEALSCL |
| | Amount = | $29.34 | |
| 09/07/07 | IKON OFFICE SOLUTIONS | | TELC |
| | Amount = | $233.75 | |
| 09/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $10.40 | |
| 09/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.10 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 101

Client #  727440

| Date | Description | | Code |
|------|-------------|--|------|
| 09/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.40 | |
| 09/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $7.20 | |
| 09/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $7.60 | |
| 09/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $32.40 | |
| 09/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $305.60 | |
| 09/07/07 | Photocopies | | DUP.10CC |
| | Amount = | $267.20 | |
| 09/07/07 | 2023835315 Long Distance | | LD |
| | Amount = | $1.19 | |
| 09/07/07 | 2023835315 Long Distance | | LD |
| | Amount = | $2.38 | |
| 09/07/07 | 2077741200 Long Distance | | LD |
| | Amount = | $3.57 | |
| 09/07/07 | 2023835315 Long Distance | | LD |
| | Amount = | $8.33 | |
| 09/07/07 | 2023835315 Long Distance | | LD |
| | Amount = | $4.76 | |
| 09/07/07 | 9285051080 Long Distance | | LD |
| | Amount = | $2.38 | |
| 09/07/07 | 9167144400 Long Distance | | LD |
| | Amount = | $3.57 | |
| 09/07/07 | 8454825522 Long Distance | | LD |
| | Amount = | $2.38 | |
| 09/07/07 | 2073385834 Long Distance | | LD |
| | Amount = | $2.38 | |
| 09/07/07 | 2146954147 Long Distance | | LD |
| | Amount = | $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 102

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 09/07/07 | 2514338100 Long Distance | | LD |
| | Amount = | $2.38 | |
| 09/07/07 | 2134306049 Long Distance | | LD |
| | Amount = | $10.71 | |
| 09/07/07 | 2023835315 Long Distance | | LD |
| | Amount = | $11.90 | |
| 09/07/07 | 6098826200 Long Distance | | LD |
| | Amount = | $1.19 | |
| 09/07/07 | 3124697085 Long Distance | | LD |
| | Amount = | $2.38 | |
| 09/07/07 | Lexis | | LEXIS |
| | Amount = | $4.87 | |
| 09/07/07 | Messenger and delivery, 9/6/07, US TRUSTEE, AJ/RR | | MESS |
| | Amount = | $5.50 | |
| 09/07/07 | Messenger and delivery, 9/6/07, 18 AFTER HOURS DELIVERIES, BJW | | MESS |
| | Amount = | $99.00 | |
| 09/07/07 | ALL PACER | | DOCRETRI |
| | Amount = | $46.24 | |
| 09/07/07 | Printing | | DUP.10CC |
| | Amount = | $2.55 | |
| 09/07/07 | Printing | | DUP.10CC |
| | Amount = | $56.15 | |
| 09/07/07 | Printing | | DUP.10CC |
| | Amount = | $20.95 | |
| 09/07/07 | Westlaw | | LEXIS |
| | Amount = | $91.16 | |
| 09/09/07 | ALL PACER | | DOCRETRI |
| | Amount = | $123.20 | |
| 09/10/07 | INTERCALL | | LD |
| | Amount = | $64.89 | |
| 09/10/07 | IKON OFFICE SOLUTIONS | | TELC |
| | Amount = | $233.75 | |
| 09/10/07 | BINDING 9/1-9/9 | | BIND |
| | Amount = | $22.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

October 29, 2007
Invoice 279933
Page 103
Client #  727440

| | | |
|---|---|---|
| 09/10/07 | Photocopies | DUP.10CC |
| | Amount =  $0.50 | |
| 09/10/07 | Photocopies | DUP.10CC |
| | Amount =  $1.40 | |
| 09/10/07 | Photocopies | DUP.10CC |
| | Amount =  $0.30 | |
| 09/10/07 | Photocopies | DUP.10CC |
| | Amount =  $10.20 | |
| 09/10/07 | Photocopies | DUP.10CC |
| | Amount =  $9.20 | |
| 09/10/07 | Photocopies | DUP.10CC |
| | Amount =  $1.10 | |
| 09/10/07 | Photocopies | DUP.10CC |
| | Amount =  $1.50 | |
| 09/10/07 | Photocopies | DUP.10CC |
| | Amount =  $0.40 | |
| 09/10/07 | Photocopies | DUP.10CC |
| | Amount =  $1.10 | |
| 09/10/07 | Photocopies | DUP.10CC |
| | Amount =  $0.90 | |
| 09/10/07 | 13024256464 Telecopier Charges | TELC |
| | Amount =  $6.00 | |
| 09/10/07 | 13025736497 Telecopier Charges | TELC |
| | Amount =  $6.00 | |
| 09/10/07 | 13024215873 Telecopier Charges | TELC |
| | Amount =  $6.00 | |
| 09/10/07 | 3104793411 Long Distance | LD |
| | Amount =  $1.19 | |
| 09/10/07 | 2023835315 Long Distance | LD |
| | Amount =  $4.76 | |
| 09/10/07 | 9495171725 Long Distance | LD |
| | Amount =  $2.38 | |
| 09/10/07 | 3055962300 Long Distance | LD |
| | Amount =  $5.95 | |
| 09/10/07 | 3055962300 Long Distance | LD |
| | Amount =  $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 104

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 09/10/07 | 2134306049 Long Distance | | LD |
| | Amount = | $30.94 | |
| 09/10/07 | 4126677939 Long Distance | | LD |
| | Amount = | $2.38 | |
| 09/10/07 | 9735497078 Long Distance | | LD |
| | Amount = | $5.95 | |
| 09/10/07 | 2134887100 Long Distance | | LD |
| | Amount = | $2.38 | |
| 09/10/07 | 4159848922 Long Distance | | LD |
| | Amount = | $2.38 | |
| 09/10/07 | Messenger and delivery 9/7/07, BANKRUPTCY COURT, BJW | | MESS |
| | Amount = | $4.50 | |
| 09/10/07 | Messenger and delivery 9/7/07, BANKRUPTCY COURT, RJS | | MESS |
| | Amount = | $4.50 | |
| 09/10/07 | ALL PACER | | DOCRETRI |
| | Amount = | $46.32 | |
| 09/10/07 | Printing | | DUP.10CC |
| | Amount = | $61.70 | |
| 09/10/07 | Printing | | DUP.10CC |
| | Amount = | $1.65 | |
| 09/10/07 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 09/10/07 | Printing | | DUP.10CC |
| | Amount = | $3.30 | |
| 09/10/07 | Westlaw | | LEXIS |
| | Amount = | $95.04 | |
| 09/10/07 | Westlaw | | LEXIS |
| | Amount = | $85.01 | |
| 09/10/07 | Westlaw | | LEXIS |
| | Amount = | $17.56 | |
| 09/10/07 | Westlaw | | LEXIS |
| | Amount = | $72.17 | |
| 09/11/07 | CAVANAUGH'S RESTAURANT | | MEALSCL |
| | Amount = | $146.05 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 105

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 09/11/07 | THE GREENERY CATERERS | | MEALSCL |
| | Amount =  $18.32 | | |
| 09/11/07 | EAGLE TRANSPORTATION SERVICES | | TRAV |
| | Amount =  $186.54 | | |
| 09/11/07 | OMELVENYand MYERS - Messenger and delivery | | MESS |
| | Amount =  $14.71 | | |
| 09/11/07 | Photocopies | | DUP.10CC |
| | Amount =  $0.60 | | |
| 09/11/07 | Photocopies | | DUP.10CC |
| | Amount =  $0.90 | | |
| 09/11/07 | Photocopies | | DUP.10CC |
| | Amount =  $3.60 | | |
| 09/11/07 | Photocopies | | DUP.10CC |
| | Amount =  $16.50 | | |
| 09/11/07 | Photocopies | | DUP.10CC |
| | Amount =  $4.50 | | |
| 09/11/07 | Photocopies | | DUP.10CC |
| | Amount =  $7.20 | | |
| 09/11/07 | Photocopies | | DUP.10CC |
| | Amount =  $5.40 | | |
| 09/11/07 | Photocopies | | DUP.10CC |
| | Amount =  $3.00 | | |
| 09/11/07 | 2124787320 Long Distance | | LD |
| | Amount =  $13.09 | | |
| 09/11/07 | 2514338100 Long Distance | | LD |
| | Amount =  $17.85 | | |
| 09/11/07 | 2514338100 Long Distance | | LD |
| | Amount =  $10.71 | | |
| 09/11/07 | 2124082452 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 09/11/07 | 4159848933 Long Distance | | LD |
| | Amount =  $2.38 | | |
| 09/11/07 | 4159848922 Long Distance | | LD |
| | Amount =  $2.38 | | |
| 09/11/07 | 8582431491 Long Distance | | LD |
| | Amount =  $1.19 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 106

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 09/11/07 | 9/10/07, BANKRUPTCY COURT, CXG | | MESS |
| | | Amount = $4.50 | |
| 09/11/07 | ALL PACER | | DOCRETRI |
| | | Amount = $52.00 | |
| 09/11/07 | Printing | | DUP.10CC |
| | | Amount = $9.75 | |
| 09/11/07 | Printing | | DUP.10CC |
| | | Amount = $1.40 | |
| 09/11/07 | Printing | | DUP.10CC |
| | | Amount = $5.25 | |
| 09/11/07 | Westlaw | | LEXIS |
| | | Amount = $9.31 | |
| 09/11/07 | Westlaw | | LEXIS |
| | | Amount = $108.90 | |
| 09/12/07 | CAVANAUGH'S RESTAURANT | | MEALSCL |
| | | Amount = $36.60 | |
| 09/12/07 | Photocopies | | DUP.10CC |
| | | Amount = $1.60 | |
| 09/12/07 | 6512906911 Long Distance | | LD |
| | | Amount = $2.38 | |
| 09/12/07 | 6785641426 Long Distance | | LD |
| | | Amount = $4.76 | |
| 09/12/07 | 4159848933 Long Distance | | LD |
| | | Amount = $8.33 | |
| 09/12/07 | 2146983868 Long Distance | | LD |
| | | Amount = $2.38 | |
| 09/12/07 | 7024811355 Long Distance | | LD |
| | | Amount = $1.19 | |
| 09/12/07 | 7025624288 Long Distance | | LD |
| | | Amount = $1.19 | |
| 09/12/07 | 9/11/07, BANKRUPTCY COURT (2), CXG | | MESS |
| | | Amount = $9.00 | |
| 09/12/07 | ALL PACER | | DOCRETRI |
| | | Amount = $47.04 | |
| 09/12/07 | Printing | | DUP.10CC |
| | | Amount = $1.10 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

October 29, 2007
Invoice 279933
Page 107

Client #  727440

| 09/12/07 | Printing | DUP.10CC |
|---|---|---|
| | Amount =  $1.50 | |
| 09/12/07 | Westlaw | LEXIS |
| | Amount =  $37.62 | |
| 09/12/07 | Westlaw | LEXIS |
| | Amount =  $197.22 | |
| 09/13/07 | NEW CENTURY MORTGAGE CORP - Messenger and delivery | MESS |
| | Amount =  $14.71 | |
| 09/13/07 | HAHN AND HESSEN - Messenger and delivery | MESS |
| | Amount =  $9.63 | |
| 09/13/07 | OFFICE OF THE US TRUSTEE - Messenger and delivery | MESS |
| | Amount =  $9.63 | |
| 09/13/07 | OMELVENY AND MYERS - Messenger and delivery | MESS |
| | Amount =  $14.71 | |
| 09/13/07 | BLANK ROME - Messenger and delivery | MESS |
| | Amount =  $9.63 | |
| 09/13/07 | AP SERVICES - Messenger and delivery | MESS |
| | Amount =  $9.63 | |
| 09/13/07 | Photocopies | DUP.10CC |
| | Amount =  $28.20 | |
| 09/13/07 | Photocopies | DUP.10CC |
| | Amount =  $7.40 | |
| 09/13/07 | Photocopies | DUP.10CC |
| | Amount =  $1.00 | |
| 09/13/07 | 2128211980 Long Distance | LD |
| | Amount =  $2.38 | |
| 09/13/07 | 2023835310 Long Distance | LD |
| | Amount =  $2.38 | |
| 09/13/07 | 3102468459 Long Distance | LD |
| | Amount =  $1.19 | |
| 09/13/07 | 3102468459 Long Distance | LD |
| | Amount =  $4.76 | |
| 09/13/07 | 4029357733 Long Distance | LD |
| | Amount =  $41.65 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

October 29, 2007
Invoice 279933
Page 108

Client #  727440

| | | |
|---|---|---|
| 09/13/07 | 9495171725 Long Distance | LD |
| | Amount =  $2.38 | |
| 09/13/07 | 2138922527 Long Distance | LD |
| | Amount =  $7.14 | |
| 09/13/07 | 4349776222 Long Distance | LD |
| | Amount =  $2.38 | |
| 09/13/07 | Lexis | LEXIS |
| | Amount =  $40.59 | |
| 09/13/07 | Lexis | LEXIS |
| | Amount =  $90.83 | |
| 09/13/07 | 9/12/07, BANKRUPTCY COURT, CXG | MESS |
| | Amount =  $4.50 | |
| 09/13/07 | ADMIN OT THRU 9/14/07 | OT |
| | Amount =  $36.61 | |
| 09/13/07 | ALL PACER | DOCRETRI |
| | Amount =  $65.92 | |
| 09/13/07 | Printing | DUP.10CC |
| | Amount =  $0.05 | |
| 09/13/07 | Printing | DUP.10CC |
| | Amount =  $3.65 | |
| 09/13/07 | Printing | DUP.10CC |
| | Amount =  $2.40 | |
| 09/13/07 | Printing | DUP.10CC |
| | Amount =  $2.70 | |
| 09/13/07 | Westlaw | LEXIS |
| | Amount =  $326.65 | |
| 09/13/07 | Westlaw | LEXIS |
| | Amount =  $105.42 | |
| 09/13/07 | Westlaw | LEXIS |
| | Amount =  $55.00 | |
| 09/13/07 | Westlaw | LEXIS |
| | Amount =  $45.25 | |
| 09/14/07 | GALLUCIO'S CAFÉ | MEALSCL |
| | Amount =  $22.48 | |
| 09/14/07 | NEW CENTURY MORTGAGE CORP - Messenger and delivery | MESS |
| | Amount =  $14.71 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 109

Client #  727440

| | | |
|---|---|---|
| 09/14/07 | OFFICE OF THE US TRUSTEE - Messenger and delivery | MESS |
| | Amount = $9.63 | |
| 09/14/07 | HAHN AND HESSEN - Messenger and delivery | MESS |
| | Amount = $9.63 | |
| 09/14/07 | OMELVENY AND MYERS - Messenger and delivery | MESS |
| | Amount = $14.71 | |
| 09/14/07 | AP SERVICES - Messenger and delivery | MESS |
| | Amount = $9.63 | |
| 09/14/07 | BLANK ROME - Messenger and delivery | MESS |
| | Amount = $9.63 | |
| 09/14/07 | Photocopies | DUP.10CC |
| | Amount = $25.80 | |
| 09/14/07 | 9735497078 Long Distance | LD |
| | Amount = $2.38 | |
| 09/14/07 | 2134306049 Long Distance | LD |
| | Amount = $26.18 | |
| 09/14/07 | Lexis | LEXIS |
| | Amount = $58.66 | |
| 09/14/07 | ALL PACER | DOCRETRI |
| | Amount = $104.72 | |
| 09/14/07 | Printing | DUP.10CC |
| | Amount = $1.05 | |
| 09/14/07 | Printing | DUP.10CC |
| | Amount = $13.15 | |
| 09/14/07 | Printing | DUP.10CC |
| | Amount = $0.30 | |
| 09/14/07 | Westlaw | LEXIS |
| | Amount = $409.85 | |
| 09/14/07 | Westlaw | LEXIS |
| | Amount = $39.09 | |
| 09/17/07 | GALLUCIO'S CAFÉ | MEALSCL |
| | Amount = $16.75 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 110

Client #  727440

| | | | |
|---|---|---|---|
| 09/17/07 | Xroads Solutions Group LLC - Messenger and delivery | | MESS |
| | Amount = | $11.55 | |
| 09/17/07 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $52.62 | |
| 09/17/07 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $47.55 | |
| 09/17/07 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $50.17 | |
| 09/17/07 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $34.30 | |
| 09/17/07 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $50.17 | |
| 09/17/07 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $47.55 | |
| 09/17/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.50 | |
| 09/17/07 | 2027789328 Long Distance | | LD |
| | Amount = | $2.38 | |
| 09/17/07 | 2485532000 Long Distance | | LD |
| | Amount = | $1.19 | |
| 09/17/07 | 3104793411 Long Distance | | LD |
| | Amount = | $2.38 | |
| 09/17/07 | 8133422200 Long Distance | | LD |
| | Amount = | $1.19 | |
| 09/17/07 | 2134306262 Long Distance | | LD |
| | Amount = | $2.38 | |
| 09/17/07 | 2134306262 Long Distance | | LD |
| | Amount = | $3.57 | |
| 09/17/07 | 2124787200 Long Distance | | LD |
| | Amount = | $3.57 | |

New Century Financial Corporation and New Century Mortgage C                    October 29, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel                     Invoice 279933
New Century Financial Corporation                                              Page 111
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                                              Client #  727440

| | | | |
|---|---|---|---|
| 09/17/07 | 2136175501 Long Distance | | LD |
| | Amount = | $3.57 | |
| 09/17/07 | 2126349401 Long Distance | | LD |
| | Amount = | $1.19 | |
| 09/17/07 | 30246506322022 Long Distance | | LD |
| | Amount = | $0.18 | |
| 09/17/07 | 9495171625 Long Distance | | LD |
| | Amount = | $2.38 | |
| 09/17/07 | 2027789328 Long Distance | | LD |
| | Amount = | $1.19 | |
| 09/17/07 | Lexis | | LEXIS |
| | Amount = | $0.00 | |
| 09/17/07 | Messenger and delivery 9/13/07, FROM CAVANAUGH'S, JMM | | MESS |
| | Amount = | $58.40 | |
| 09/17/07 | Messenger and delivery 9/14/07, BANKRUPTCY COURT, KZS | | MESS |
| | Amount = | $4.50 | |
| 09/17/07 | ALL PACER | | DOCRETRI |
| | Amount = | $21.36 | |
| 09/17/07 | Printing | | DUP.10CC |
| | Amount = | $2.05 | |
| 09/17/07 | Printing | | DUP.10CC |
| | Amount = | $3.10 | |
| 09/17/07 | Printing | | DUP.10CC |
| | Amount = | $42.50 | |
| 09/17/07 | Printing | | DUP.10CC |
| | Amount = | $5.30 | |
| 09/17/07 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/17/07 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 09/17/07 | Printing | | DUP.10CC |
| | Amount = | $8.55 | |
| 09/17/07 | Westlaw | | LEXIS |
| | Amount = | $348.89 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 112

Client #  727440

| 09/17/07 | Westlaw | | | LEXIS |
|---|---|---|---|---|
| | | Amount = | $50.33 | |
| 09/18/07 | GALLUCIO'S CAFÉ | | | MEALSCL |
| | | Amount = | $18.75 | |
| 09/18/07 | New Century Mortgage Corporation - Messenger and delivery | | | MESS |
| | | Amount = | $74.48 | |
| 09/18/07 | New Century Mortgage Corporation - Messenger and delivery | | | MESS |
| | | Amount = | $71.20 | |
| 09/18/07 | New Century Mortgage Corporation - Messenger and delivery | | | MESS |
| | | Amount = | $74.48 | |
| 09/18/07 | Long distance 9/10-9/16 | | | LD |
| | | Amount = | $2.38 | |
| 09/18/07 | 40829517000 Long Distance | | | LD |
| | | Amount = | $3.57 | |
| 09/18/07 | 9143237000 Long Distance | | | LD |
| | | Amount = | $4.76 | |
| 09/18/07 | 2134307875 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 09/18/07 | 3107146646 Long Distance | | | LD |
| | | Amount = | $3.57 | |
| 09/18/07 | 2027789328 Long Distance | | | LD |
| | | Amount = | $14.28 | |
| 09/18/07 | Lexis | | | LEXIS |
| | | Amount = | $78.87 | |
| 09/18/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $114.40 | |
| 09/18/07 | Printing | | | DUP.10CC |
| | | Amount = | $1.20 | |
| 09/18/07 | Printing | | | DUP.10CC |
| | | Amount = | $42.50 | |
| 09/18/07 | Printing | | | DUP.10CC |
| | | Amount = | $30.55 | |
| 09/18/07 | Printing | | | DUP.10CC |
| | | Amount = | $1.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

October 29, 2007
Invoice 279933
Page 113

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 09/18/07 | Westlaw | | LEXIS |
| | | Amount =  $56.94 | |
| 09/18/07 | Westlaw | | LEXIS |
| | | Amount =  $197.46 | |
| 09/18/07 | Westlaw | | LEXIS |
| | | Amount =  $161.21 | |
| 09/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $12.40 | |
| 09/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $1.40 | |
| 09/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.80 | |
| 09/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $2.20 | |
| 09/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.60 | |
| 09/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.50 | |
| 09/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.40 | |
| 09/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.60 | |
| 09/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $1.80 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 114

Client #  727440

| Date | Description | | Amount | Code |
|------|-------------|---|--------|------|
| 09/19/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 09/19/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $2.20 | |
| 09/19/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $2.10 | |
| 09/19/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 09/19/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $2.80 | |
| 09/19/07 | 5056264219 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 09/19/07 | 2132232231 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 09/19/07 | 2134307704 Long Distance | | | LD |
| | | Amount = | $38.08 | |
| 09/19/07 | 2134306493 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 09/19/07 | 2026596710 Long Distance | | | LD |
| | | Amount = | $4.76 | |
| 09/19/07 | 2027789328 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 09/19/07 | 6499465004 Long Distance | | | LD |
| | | Amount = | $88.44 | |
| 09/19/07 | 6499465004 Long Distance | | | LD |
| | | Amount = | $1,350.70 | |
| 09/19/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $15.60 | |
| 09/19/07 | Printing | | | DUP.10CC |
| | | Amount = | $0.05 | |
| 09/19/07 | Printing | | | DUP.10CC |
| | | Amount = | $1.05 | |
| 09/19/07 | Westlaw | | | LEXIS |
| | | Amount = | $38.65 | |
| 09/20/07 | GALLUCIO'S CAFÉ | | | MEALSCL |
| | | Amount = | $42.06 | |

New Century Financial Corporation and New Century Mortgage C          October 29, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel           Invoice 279933
New Century Financial Corporation                                     Page 115
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                                     Client #  727440

| 09/20/07 | Messenger and delivery 9/17/07, PA, CXG | MESS |
| | Amount = $2.52 | |
| 09/20/07 | 4029357733 Long Distance | LD |
| | Amount = $32.13 | |
| 09/20/07 | 2134307551 Long Distance | LD |
| | Amount = $1.19 | |
| 09/20/07 | 2134307551 Long Distance | LD |
| | Amount = $7.14 | |
| 09/20/07 | 2023835317 Long Distance | LD |
| | Amount = $40.46 | |
| 09/20/07 | 2134307551 Long Distance | LD |
| | Amount = $4.76 | |
| 09/20/07 | 8165501546 Long Distance | LD |
| | Amount = $2.38 | |
| 09/20/07 | ALL PACER | DOCRETRI |
| | Amount = $40.40 | |
| 09/20/07 | Printing | DUP.10CC |
| | Amount = $1.70 | |
| 09/21/07 | Photocopies | DUP.10CC |
| | Amount = $1.60 | |
| 09/21/07 | Photocopies | DUP.10CC |
| | Amount = $2.30 | |
| 09/21/07 | Photocopies | DUP.10CC |
| | Amount = $6.10 | |
| 09/21/07 | Photocopies | DUP.10CC |
| | Amount = $3.20 | |
| 09/21/07 | Photocopies | DUP.10CC |
| | Amount = $6.80 | |
| 09/21/07 | Photocopies | DUP.10CC |
| | Amount = $9.00 | |
| 09/21/07 | Photocopies | DUP.10CC |
| | Amount = $0.20 | |
| 09/21/07 | Photocopies | DUP.10CC |
| | Amount = $4.40 | |
| 09/21/07 | Photocopies | DUP.10CC |
| | Amount = $2.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 116

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 09/21/07 | 2027789328 Long Distance | | LD |
| | Amount = | $2.38 | |
| 09/21/07 | 9143237000 Long Distance | | LD |
| | Amount = | $5.95 | |
| 09/21/07 | 2166157410 Long Distance | | LD |
| | Amount = | $2.38 | |
| 09/21/07 | 8189068300 Long Distance | | LD |
| | Amount = | $8.33 | |
| 09/21/07 | Lexis | | LEXIS |
| | Amount = | $85.14 | |
| 09/21/07 | ALL PACER | | DOCRETRI |
| | Amount = | $17.76 | |
| 09/21/07 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 09/23/07 | ALL PACER | | DOCRETRI |
| | Amount = | $5.52 | |
| 09/23/07 | Printing | | DUP.10CC |
| | Amount = | $2.80 | |
| 09/24/07 | NEW CENTURY MORTGAGE CORP - Messenger and delivery | | MESS |
| | Amount = | $14.71 | |
| 09/24/07 | OFFICE OF THE UNITED STATES TRUSTEE - Messenger and delivery | | MESS |
| | Amount = | $9.63 | |
| 09/24/07 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | Amount = | $9.63 | |
| 09/24/07 | OMELVENYand MYERS - Messenger and delivery | | MESS |
| | Amount = | $14.71 | |
| 09/24/07 | AP SERVICES - Messenger and delivery | | MESS |
| | Amount = | $9.63 | |
| 09/24/07 | Bernstein Shur Sawyer and Nelson - Messenger and delivery | | MESS |
| | Amount = | $17.83 | |
| 09/24/07 | Mayer Brown Rowe and Maw LLP - Messenger and delivery | | MESS |
| | Amount = | $11.55 | |

New Century Financial Corporation and New Century Mortgage C      October 29, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel     Invoice 279933
New Century Financial Corporation                            Page 117
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                      Client #  727440

| Date | Description | | Code |
|------|-------------|--|------|
| 09/24/07 | BLANK ROME - Messenger and delivery | | MESS |
| | Amount = | $9.63 | |
| 09/24/07 | Photocopies | | DUP.10CC |
| | Amount = | $220.80 | |
| 09/24/07 | Photocopies | | DUP.10CC |
| | Amount = | $4.60 | |
| 09/24/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.60 | |
| 09/24/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.30 | |
| 09/24/07 | Photocopies | | DUP.10CC |
| | Amount = | $3.00 | |
| 09/24/07 | Photocopies | | DUP.10CC |
| | Amount = | $4.00 | |
| 09/24/07 | Photocopies | | DUP.10CC |
| | Amount = | $3.00 | |
| 09/24/07 | Photocopies | | DUP.10CC |
| | Amount = | $4.00 | |
| 09/24/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/24/07 | Photocopies | | DUP.10CC |
| | Amount = | $26.40 | |
| 09/24/07 | 9496085278 Long Distance | | LD |
| | Amount = | $1.19 | |
| 09/24/07 | 2134306262 Long Distance | | LD |
| | Amount = | $7.14 | |
| 09/24/07 | 2147541903 Long Distance | | LD |
| | Amount = | $1.19 | |
| 09/24/07 | 3039943021 Long Distance | | LD |
| | Amount = | $2.38 | |
| 09/24/07 | 5045962804 Long Distance | | LD |
| | Amount = | $2.38 | |
| 09/24/07 | 6106447800 Long Distance | | LD |
| | Amount = | $4.76 | |
| 09/24/07 | 2486426377 Long Distance | | LD |
| | Amount = | $3.57 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

October 29, 2007
Invoice 279933
Page 118

Client #  727440

| 09/24/07 | 9495171725 Long Distance | LD |
| | Amount = $4.76 | |
| 09/24/07 | 2134306262 Long Distance | LD |
| | Amount = $5.95 | |
| 09/24/07 | 9/21/07, BANKRUPTCY COURT, CXG | MESS |
| | Amount = $4.50 | |
| 09/24/07 | ALL PACER | DOCRETRI |
| | Amount = $31.12 | |
| 09/24/07 | Printing | DUP.10CC |
| | Amount = $2.30 | |
| 09/24/07 | Printing | DUP.10CC |
| | Amount = $1.05 | |
| 09/24/07 | Printing | DUP.10CC |
| | Amount = $16.75 | |
| 09/24/07 | Printing | DUP.10CC |
| | Amount = $1.15 | |
| 09/25/07 | New Century Mortgage Corporation - Messenger and delivery | MESS |
| | Amount = $67.88 | |
| 09/25/07 | New Century Mortgage Corporation - Messenger and delivery | MESS |
| | Amount = $61.59 | |
| 09/25/07 | 2027789328 Long Distance | LD |
| | Amount = $1.19 | |
| 09/25/07 | 9495172101 Long Distance | LD |
| | Amount = $2.38 | |
| 09/25/07 | 2149693673 Long Distance | LD |
| | Amount = $1.19 | |
| 09/25/07 | 2134307704 Long Distance | LD |
| | Amount = $4.76 | |
| 09/25/07 | 2136175501 Long Distance | LD |
| | Amount = $4.76 | |
| 09/25/07 | 9495171725 Long Distance | LD |
| | Amount = $4.76 | |
| 09/25/07 | 2134306262 Long Distance | LD |
| | Amount = $4.76 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 119

Client #  727440

| Date | Description | | Code |
|------|-------------|--|------|
| 09/25/07 | Messenger and delivery  9/24/07 | | MESS |
| | Amount = | $12.80 | |
| 09/25/07 | Messenger and delivery 9/24/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 09/25/07 | ALL PACER | | DOCRETRI |
| | Amount = | $68.08 | |
| 09/25/07 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 09/25/07 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 09/25/07 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 09/26/07 | COURTCALL LLC | | FLFEE |
| | Amount = | $133.50 | |
| 09/26/07 | AP SERVICES - Messenger and delivery | | MESS |
| | Amount = | $9.63 | |
| 09/26/07 | BLANK ROME - Messenger and delivery | | MESS |
| | Amount = | $9.63 | |
| 09/26/07 | OMELVENY and MYERS LLP - Messenger and delivery | | MESS |
| | Amount = | $50.17 | |
| 09/26/07 | NEW CENTURY MORTGAGE CORP - Messenger and delivery | | MESS |
| | Amount = | $14.71 | |
| 09/26/07 | OFFICE OF THE  US TRUSTEE - Messenger and delivery | | MESS |
| | Amount = | $9.63 | |
| 09/26/07 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | Amount = | $9.63 | |
| 09/26/07 | OMELVENY AND MYERS - Messenger and delivery | | MESS |
| | Amount = | $14.71 | |
| 09/26/07 | Photocopies | | DUP.10CC |
| | Amount = | $53.40 | |
| 09/26/07 | 7323290191 Long Distance | | LD |
| | Amount = | $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 120

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 09/26/07 | 7323290191 Long Distance | | LD |
| | Amount = | $5.95 | |
| 09/26/07 | 2027789328 Long Distance | | LD |
| | Amount = | $1.19 | |
| 09/26/07 | 2134307704 Long Distance | | LD |
| | Amount = | $30.94 | |
| 09/26/07 | 9/25/07, FROM WASHINGTON STREET ALE  HOUSE, KZS/CXS | | MESS |
| | Amount = | $42.30 | |
| 09/26/07 | ALL PACER | | DOCRETRI |
| | Amount = | $55.68 | |
| 09/26/07 | Printing | | DUP.10CC |
| | Amount = | $2.95 | |
| 09/26/07 | Printing | | DUP.10CC |
| | Amount = | $2.95 | |
| 09/26/07 | Printing | | DUP.10CC |
| | Amount = | $7.50 | |
| 09/26/07 | Printing | | DUP.10CC |
| | Amount = | $4.35 | |
| 09/26/07 | Printing | | DUP.10CC |
| | Amount = | $8.80 | |
| 09/26/07 | Printing | | DUP.10CC |
| | Amount = | $1.75 | |
| 09/26/07 | Printing | | DUP.10CC |
| | Amount = | $1.75 | |
| 09/26/07 | Westlaw | | LEXIS |
| | Amount = | $11.88 | |
| 09/27/07 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | Amount = | $14.71 | |
| 09/27/07 | OFFICE OF THE UNITED STATES TRUSTEE - Messenger and delivery | | MESS |
| | Amount = | $9.63 | |
| 09/27/07 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | Amount = | $9.63 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 121

Client #  727440

| Date | Description | Code |
|------|-------------|------|
| 09/27/07 | OMELVENYand MYERS - Messenger and delivery | MESS |
| | Amount = $14.71 | |
| 09/27/07 | AP SERVICES - Messenger and delivery | MESS |
| | Amount = $9.63 | |
| 09/27/07 | BLANK ROME - Messenger and delivery | MESS |
| | Amount = $9.63 | |
| 09/27/07 | New Century Mortgage Corporation - Messenger and delivery | MESS |
| | Amount = $52.62 | |
| 09/27/07 | Photocopies | DUP.10CC |
| | Amount = $105.60 | |
| 09/27/07 | Photocopies | DUP.10CC |
| | Amount = $6.30 | |
| 09/27/07 | Photocopies | DUP.10CC |
| | Amount = $61.20 | |
| 09/27/07 | Photocopies | DUP.10CC |
| | Amount = $90.60 | |
| 09/27/07 | Photocopies | DUP.10CC |
| | Amount = $486.00 | |
| 09/27/07 | 3027393077 Long Distance | LD |
| | Amount = $1.04 | |
| 09/27/07 | 3135686895 Long Distance | LD |
| | Amount = $3.57 | |
| 09/27/07 | 2124787320 Long Distance | LD |
| | Amount = $1.19 | |
| 09/27/07 | 2134306049 Long Distance | LD |
| | Amount = $2.38 | |
| 09/27/07 | 2124787320 Long Distance | LD |
| | Amount = $1.19 | |
| 09/27/07 | 9/26/07, BANKRUPTCY COURTS (2), CXG | MESS |
| | Amount = $9.00 | |
| 09/27/07 | ALL PACER | DOCRETRI |
| | Amount = $47.92 | |
| 09/27/07 | Printing | DUP.10CC |
| | Amount = $1.10 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

October 29, 2007
Invoice 279933
Page 122
Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 09/27/07 | Printing | | DUP.10CC |
| | | Amount = $15.70 | |
| 09/28/07 | GALLUCIO'S CAFÉ | | MEALSCL |
| | | Amount = $14.25 | |
| 09/28/07 | IKON OFFICE SOLUTIONS | | TELC |
| | | Amount = $294.00 | |
| 09/28/07 | Photocopies 8/29-9/16 | | DUP.10CC |
| | | Amount = $3.00 | |
| 09/28/07 | Photocopies | | DUP.10CC |
| | | Amount = $1.80 | |
| 09/28/07 | Photocopies | | DUP.10CC |
| | | Amount = $17.20 | |
| 09/28/07 | 3023398090 Long Distance | | LD |
| | | Amount = $0.26 | |
| 09/28/07 | 3023398090 Long Distance | | LD |
| | | Amount = $0.52 | |
| 09/28/07 | 3023398090 Long Distance | | LD |
| | | Amount = $0.52 | |
| 09/28/07 | 3023398090 Long Distance | | LD |
| | | Amount = $0.52 | |
| 09/28/07 | 7035546406 Long Distance | | LD |
| | | Amount = $1.19 | |
| 09/28/07 | 2124787320 Long Distance | | LD |
| | | Amount = $3.57 | |
| 09/28/07 | ALL PACER | | DOCRETRI |
| | | Amount = $86.24 | |
| 09/28/07 | Printing | | DUP.10CC |
| | | Amount = $41.55 | |
| 09/28/07 | Printing | | DUP.10CC |
| | | Amount = $5.20 | |
| 09/28/07 | Printing | | DUP.10CC |
| | | Amount = $1.30 | |
| 09/29/07 | ALL PACER | | DOCRETRI |
| | | Amount = $0.16 | |
| 09/30/07 | BINDING 9/24-9/30 | | BIND |
| | | Amount = $14.00 | |

| 09/30/07 | 9/26/07, CA, RCS | | MESS |
| | | Amount = $5.02 | |
| 09/30/07 | 9/27/07, CA, CXG | | MESS |
| | | Amount = $2.57 | |
| 09/30/07 | 9/28/07, BANKRUPTCY COURT, MJM | | MESS |
| | | Amount = $4.50 | |
| 09/30/07 | ALL PACER | | DOCRETRI |
| | | Amount = $5.52 | |
| 09/30/07 | Printing | | DUP.10CC |
| | | Amount = $7.65 | |

TOTALS FOR   727440          New Century Financial Corporation and New Century

Expenses    $12,362.57