# EXHIBIT B

RLF1-3218293-1

2nd Omnibus

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit B
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount ||||| 
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Accuvant Inc<br>621 17th St Ste 2425<br>Denver, CO 80293 | 07-10419 | 3277 | $0.00 | $0.00 | $0.00 | $57,155.10 | $57,155.10 |
| | | Comments: | The Debtors have no record of this liability in their Books and Records ||||| 
| Andrew Bartlow<br>2967 Michelson Dr No G185<br>Irvine, CA 92612 | 07-10419 | 150 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | $20,000.00 |
| | | Comments: | The Debtors have no record of this liability in their Books and Records ||||| 
| Appraisals By Sam<br>11970 E Stillwater Wy<br>Redding, CA 96003 | 07-10416 | 313 | $0.00 | $0.00 | $0.00 | $655.31 | $655.31 |
| | | Comments: | The Debtors have no record of this liability in their Books and Records ||||| 
| Brad Sorsabal<br>3053 Rancho Vista Blvd Ste H208<br>Palmdale, CA 93551 | 07-10417 | 320 | $0.00 | $0.00 | $252,000.00 | $0.00 | $252,000.00 |
| | | Comments: | The Debtors have no record of this liability in their Books and Records ||||| 
| Brian C Taylor<br>224 Old Cedar Mill Rd<br>Smithingtom, CT 06489 | 07-10416 | 157 | $0.00 | $0.00 | $13,259.57 | $0.00 | $13,259.57 |
| | | Comments: | The Debtors have no record of this liability in their Books and Records ||||| 
| Cameron W Petrie<br>5303 Winhawk Way<br>Lutz, FL 33558 | 07-10419 | 29 | $0.00 | $0.00 | $130,000.00 | $0.00 | $130,000.00 |
| | | Comments: | The Debtors have no record of this liability in their Books and Records ||||| 
| Cary C Lombard<br>1954 Indiana Ave<br>Kenner, LA 70062 | 07-10417 | 1552 | $0.00 | $0.00 | $1,841.92 | $0.00 | $1,841.92 |
| | | Comments: | The Debtors have no record of this liability in their Books and Records ||||| 
| Christina Gasperino<br>14017 Citrus Crest Cir<br>Tampa, FL 33625 | 07-10419 | 248 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 |
| | | Comments: | The Debtors have no record of this liability in their Books and Records ||||| 
| Compufund Aba Greater Houston III LP GH III Management LLC<br>10575 Katy Frwy Ste 100<br>Houston, TX 77024 | 07-10416 | 3102 | $0.00 | $0.00 | $0.00 | $49,417.83 | $49,417.83 |
| | | Comments: | The Debtors have no record of this liability in their Books and Records |||||

2nd Omnibus

Exhibit B
Books and Records

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Cordovan Venturers<br>1901 Central Dr Ste 740<br>Bedford, TX 76021 | 07-10421 | 694 | $0.00 | $0.00 | $0.00 | $11,270.00 | $11,270.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Diane Banks<br>6666 W Washington Ave No 660<br>Las Vegas, NV 89107 | 07-10416 | 76 | $0.00 | $0.00 | $1,240.38 | $0.00 | $1,240.38 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Diane Banks<br>6666 W Washington Ave No 660<br>Las Vegas, NV 89107 | 07-10421 | 85 | $0.00 | $0.00 | $1,240.38 | $0.00 | $1,240.38 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Dianne Rousseau<br>228 20th St Unit A<br>Huntington Beach, CA 92648 | 07-10416 | 73 | $0.00 | $0.00 | $2,842.00 | $0.00 | $2,842.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Direct Business Solutions Inc<br>13046 Racetrack Rd 123<br>Tampa, FL 33626 | 07-10416 | 1162 | $0.00 | $0.00 | $20,840.00 | $0.00 | $20,840.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Dorothy Washington<br>716 Twilight Blue Ave<br>N Las Vegas, NV 89032 | 07-10421 | 16 | $0.00 | $0.00 | $0.00 | $1,275.32 | $1,275.32 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Dorothy Washington<br>716 Twilight Blue Ave<br>N Las Vegas, NV 89032 | 07-10416 | 77 | $0.00 | $0.00 | $1,275.32 | $0.00 | $1,275.32 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Francisco Ames<br>3852 Angel Flight Dr<br>Las Vegas, NV 89115 | 07-10416 | 72 | $0.00 | $0.00 | $841.81 | $0.00 | $841.81 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Francisco Ames<br>3852 Angel Flight Dr<br>Las Vegas, NV 89115 | 07-10421 | 82 | $0.00 | $0.00 | $841.81 | $0.00 | $841.81 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |

2nd Omnibus

Exhibit B

**Books and Records**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | \multicolumn{5}{c}{To Be Expunged Claim Amount} | |
| Girard Brian Keith<br>1401 W Balboa Blvd B<br>Newport Beach, CA 92661 | 07-10419<br>Comments: The Debtors have no record of this liability in their Books and Records | 1073 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Horizon Research Corporation<br>5455 Wilshire Blvd Ste 1010<br>Los Angeles, CA 90036 | 07-10419<br>Comments: The Debtors have no record of this liability in their Books and Records | 1257 | $0.00 | $0.00 | $0.00 | $118,635.55 | $118,635.55 |
| Irene Boydstun<br>5105 Harvard<br>Amarillo, TX 79109 | 07-10416<br>Comments: The Debtors have no record of this liability in their Books and Records | 1650 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| James Sanclemente<br>40 E Walnut St<br>Milford, MA 01757 | 07-10416<br>Comments: The Debtors have no record of this liability in their Books and Records | 476 | $0.00 | $0.00 | $0.00 | $2,095.51 | $2,095.51 |
| Jandera Troy Scott<br>123 Pleasant Ln<br>White House, TN 37188 | 07-10419<br>Comments: The Debtors have no record of this liability in their Books and Records | 1659 | $0.00 | $0.00 | $1,672.99 | $0.00 | $1,672.99 |
| Jeff M Neal<br>1166 Adele Ln<br>San Marcos, CA 92078 | 07-10416<br>Comments: The Debtors have no record of this liability in their Books and Records | 1577 | $0.00 | $0.00 | $0.00 | $18,750.00 | $18,750.00 |
| Jeff M Shaken<br>2005 Ivy Hill Ln<br>Orange, CA 92867 | 07-10417<br>Comments: The Debtors have no record of this liability in their Books and Records | 1459 | $0.00 | $0.00 | $1,634.23 | $0.00 | $1,634.23 |
| Jeffrey M Bonnear<br>42 Brentwood St<br>Springfield, MA 01108 | 07-10416<br>Comments: The Debtors have no record of this liability in their Books and Records | 158 | $0.00 | $0.00 | $143,412.00 | $0.00 | $143,412.00 |
| Jessica Lynne Chiappone<br>707 East Pk Ave<br>Long Beach, NY 11561 | 07-10416<br>Comments: The Debtors have no record of this liability in their Books and Records | 1310 | $0.00 | $0.00 | $3,600.00 | $0.00 | $3,600.00 |

2nd Omnibus

**Exhibit B**

**Books and Records**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Jodi C Fait 58 W Washington Ave Murray, UT 84107 | 07-10416 | 999 | $0.00 | $0.00 | $861.80 | $0.00 | $861.80 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Kathy Kanemitsu 565 Halemitsu Pl Wailuku, HI 96793 | 07-10416 | 126 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Kristopher C Krebbs 6504 W Tunto Dr Glendale, AZ 55308 | 07-10421 | 43 | $0.00 | $0.00 | $1,250.00 | $0.00 | $1,250.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Leda Kelly Barbosa 6220 Agate Ave NW Albuquerque, NM 87120 | 07-10421 | 15 | $0.00 | $0.00 | $2,801.14 | $0.00 | $2,801.14 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lisa Lou Diehl 9259 Tulip Trestle Ave Las Vegas, NV 89148 | 07-10421 | 17 | $0.00 | $0.00 | $456.22 | $0.00 | $456.22 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lisa Lou Diehl 9259 Tulip Trestle Ave Las Vegas, NV 89148 | 07-10416 | 74 | $0.00 | $0.00 | $456.22 | $0.00 | $456.22 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lisa M Luft 29225 Allan Lake Elsinore, CA 92532 | 07-10416 | 1451 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lois Tunison 4921 Sparkling Sky Las Vegas, NV 89130 | 07-10421 | 39 | $0.00 | $0.00 | $1,051.50 | $0.00 | $1,051.50 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lois Tunison 4921 Sparkling Sky Las Vegas, NV 89130 | 07-10416 | 47 | $0.00 | $0.00 | $1,051.50 | $0.00 | $1,051.50 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

2nd Omnibus

**Exhibit B**

**Books and Records**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Mark Lundborg dba The Real Estate Book<br>4312 Elder Ct<br>Bakersfield, CA 93306 | 07-10421 | 102 | $0.00 | $0.00 | $3,238.67 | $3,238.67 | $6,477.34 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Mark Lundborg dba The Real Estate Book<br>4312 Elder Ct<br>Bakersfield, CA 93306 | 07-10420 | 101 | $0.00 | $0.00 | $3,238.67 | $0.00 | $3,238.67 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Mark Lundborg dba The Real Estate Book<br>4312 Elder Ct<br>Bakersfield, CA 93306 | 07-10419 | 138 | $0.00 | $0.00 | $3,238.67 | $0.00 | $3,238.67 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Mark Lundborg dba The Real Estate Book<br>4312 Elder Ct<br>Bakersfield, CA 93306 | 07-10416 | 137 | $0.00 | $0.00 | $3,238.67 | $0.00 | $3,238.67 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Mark Lundborg dba The Real Estate Book<br>4312 Elder Ct<br>Bakersfield, CA 93306 | 07-10417 | 136 | $0.00 | $0.00 | $3,238.67 | $0.00 | $3,238.67 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Michael D Smith<br>6621 Charter Hills Rd<br>Charlotte, NC 28277 | 07-10416 | 557 | $0.00 | $0.00 | $27,035.00 | $0.00 | $27,035.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Mortgage Plus Funding Inc<br>2001 Butterfield Rd Ste 1115<br>Downers Grove, IL 60515 | 07-10416 | 57 | $0.00 | $0.00 | $10,864.00 | $0.00 | $10,864.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| National Field Representatives<br>PO Box 1440<br>Claremont, NH 03743 | 07-10416 | 59 | $0.00 | $0.00 | $0.00 | $875,109.03 | $875,109.03 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Noah J Seymour<br>25 Kaalea Wy No 11D<br>Wailuku, HI 96793 | 07-10417 | 125 | $0.00 | $0.00 | $4,000.00 | $0.00 | $4,000.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |

2nd Omnibus

Exhibit B

Books and Records

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Patty Geryk<br>7619 Weatherhill<br>Houston, TX 77041 | 07-10416 | 731 | $0.00 | $0.00 | $880.00 | $0.00 | $880.00 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Pima Appraisal Group Llc<br>7851 E Wrightstown Rd<br>Tucson, AZ 85715 | 07-10417 | 66 | $0.00 | $0.00 | $0.00 | $10,450.00 | $10,450.00 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Pima Appraisal Group Llc<br>7851 E Wrightstown Rd<br>Tucson, AZ 85715 | 07-10417 | 794 | $0.00 | $0.00 | $0.00 | $10,400.00 | $10,400.00 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Pima Appraisal Group Llc<br>7851 E Wrightstown Rd<br>Tucson, AZ 85715 | 07-10421 | 752 | $0.00 | $0.00 | $0.00 | $10,400.00 | $10,400.00 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Puerta Wbermar Freddy<br>119 Arnot Pl<br>Woodridge, NJ 07075 | 07-10421 | 2294 | $0.00 | $0.00 | $337.78 | $0.00 | $337.78 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Ramy Rebuly<br>5233 Giallo Vista Ct<br>Las Vegas, NV 89031 | 07-10421 | 38 | $0.00 | $0.00 | $361.39 | $0.00 | $361.39 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Ramy Rebuly<br>5233 Giallo Vista Ct<br>Las Vegas, NV 89031 | 07-10416 | 50 | $0.00 | $0.00 | $361.39 | $0.00 | $361.39 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Rebecca Lynn Bell<br>3010 Edgewood Dr<br>Lake Havasu City, AZ 86406 | 07-10421 | 9 | $0.00 | $0.00 | $2,746.73 | $0.00 | $2,746.73 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Rebecca Lynn Bell<br>3010 Edgewood Dr<br>Lake Havasu City, AZ 86406 | 07-10416 | 90 | $0.00 | $0.00 | $2,746.73 | $0.00 | $2,746.73 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |

Case 07-10416-BLS   Doc 3582-3   Filed 10/31/07   Page 8 of 9

2nd Omnibus

Exhibit B

Books and Records

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount ||||| 
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Robert S Freedman<br>42713 Fontainbleau<br>Fremont, CA 94538 | 07-10416<br>Comments: | 1135<br>The Debtors have no record of this liability in their Books and Records | $8,628.99 | $0.00 | $0.00 | $0.00 | $8,628.99 |
| Ryan Michael Nye<br>1171 W Silver Creek Rd<br>Gilbert, AZ 85233 | 07-10416<br>Comments: | 239<br>The Debtors have no record of this liability in their Books and Records | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 |
| Schablin Vivian<br>6 Hines Ln<br>Riverside, CT 06878 | 07-10419<br>Comments: | 2095<br>The Debtors have no record of this liability in their Books and Records | $0.00 | $0.00 | $10,950.00 | $611,439.56 | $622,389.56 |
| Sharon A Ferline<br>5087 Raintree Rd<br>Pittsburgh, PA 15236 | 07-10419<br>Comments: | 21<br>The Debtors have no record of this liability in their Books and Records | $0.00 | $0.00 | $130,000.00 | $0.00 | $130,000.00 |
| Sharon Maghew<br>1019 N W 79th Circle<br>Vancouver, WA 98665 | 07-10416<br>Comments: | 168<br>The Debtors have no record of this liability in their Books and Records | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 |
| Silver Key Property Corp<br>1646 N California Blvd Ste 250<br>Walnut Creek, CA 94596 | 07-10419<br>Comments: | 3245<br>The Debtors have no record of this liability in their Books and Records | $0.00 | $0.00 | $0.00 | $120,551.20 | $120,551.20 |
| Susan Borozan<br>5 Marston Rd<br>Flanders, NJ 07836 | 07-10416<br>Comments: | 1639<br>The Debtors have no record of this liability in their Books and Records | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vital Signing Inc<br>5905 Brockton Ave Ste E<br>Riverside, CA 92506 | 07-10421<br>Comments: | 64<br>The Debtors have no record of this liability in their Books and Records | $0.00 | $0.00 | $0.00 | $96.19 | $96.19 |
| Vivian Schablin<br>6 Hines Ln<br>Riverside, CT 06878 | 07-10416<br>Comments: | 2125<br>The Debtors have no record of this liability in their Books and Records | $0.00 | $0.00 | $10,950.00 | $611,439.56 | $622,389.56 |

2nd Omnibus

Exhibit B

Books and Records

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Webb Mason<br>10830 Gilroy Rd<br>Hunt Valley, MD 21031 | 07-10421 | 340 | $0.00 | $0.00 | $0.00 | $234,176.92 | $234,176.92 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| William M Woodward<br>3958 Mediterranean Ln<br>Lake Havasu City, AZ 86406 | 07-10416 | 7 | $0.00 | $0.00 | $2,866.15 | $0.00 | $2,866.15 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| William M Woodward<br>3958 Mediterranean Ln<br>Lake Havasu City, AZ 86406 | 07-10421 | 8 | $0.00 | $0.00 | $2,866.15 | $0.00 | $2,866.15 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Claims To Be Expunged Totals | | 66 | $8,628.99 | $0.00 | $833,629.46 | $2,756,555.75 | $3,598,814.20 |