# EXHIBIT E

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | |

## ORDER PURSUANT TO 11 U.S.C. §§ 502 AND 507, BANKRUPTCY RULES 3007 AND 9014, AND LOCAL RULE 3007-1 DISALLOWING AND EXPUNGING CERTAIN (I) AMENDED AND SUPERSEDED CLAIMS; (II) BOOKS AND RECORDS CLAIMS; AND (III) REDUCED AND RECLASSIFIED CLAIMS

Upon the Debtors' Second Omnibus Objection to Claims: Substantive Objection Pursuant to §§ 502 and 507 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Delaware Local Bankruptcy Rules (the "Local Rules") to certain (i) amended and superseded claims; (ii) Books and Records Claims; and (iii) reduced and/or reclassified claims (the "Second Omnibus Objection");[2] and it appearing that notice of the Second Omnibus Objection was good and sufficient upon the particular circumstances, and that

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation

[2] All capitalized terms not otherwise defined herein shall have the meanings attributed to them in the Second Omnibus Objection

no other further notice need be given; and the Court having considered the Second Omnibus Objection, the Claims listed on Exhibits A, B, and C, and any responses thereto, and the Brents Declaration; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby:

FOUND AND DETERMINED THAT:

A.    This Second Omnibus Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B.    Each holder of a claim (as to each, a "Claim") listed on Exhibits A, B, and C attached to the Second Omnibus Motion was properly and timely served with a copy of the Second Omnibus Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C.    Any entity known to have an interest in the Claims subject to the Second Omnibus Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Second Omnibus Objection; and

D.    The relief requested in the Second Omnibus Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

1.    The Second Omnibus Objection is GRANTED.

2.    The Amended and Superseded Claims listed on Exhibit A are hereby disallowed and expunged in their entirety.

3.    The Books and Records Claims listed on Exhibit B are hereby disallowed and expunged in their entirety.

2

4.      The Reduced and Reclassified Claims listed on <u>Exhibit C</u> are hereby reduced and/or reclassified as set forth on <u>Exhibit C</u>.

5.      This Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Second Omnibus Objection with respect to any matters related to or arising from the Second Omnibus Objection or the implementation of this Order.

6.      Each Claim and the objections by the Debtors to such Claim, as addressed in the Second Omnibus Objection and as set forth on <u>Exhibits A</u>, <u>B</u>, and <u>C</u> hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim.  Any stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection of this Order.

Dated: November _____, 2007
        Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

*EXHIBIT A*
*(TO ORDER)*

2nd Omnibus Objection

# Exhibit A
## Multi-Debtor Amended Claims

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Appraisal Expediters | 07-10416 | 384 | 07-10421 | 1583 | $0.00 | $0.00 | $0.00 | $10,035.00 | $10,035.00 | $0.00 | $0.00 | $11,175.00 | $0.00 | $11,175.00 |
| United Virginia Title LLC | 07-10416 | 45 | 07-10421 | 864 | $0.00 | $0.00 | $0.00 | $48,600.00 | $48,600.00 | $0.00 | $0.00 | $2,425.00 | $46,175.00 | $48,600.00 |
| **Claims To Be Expunged Totals** | | | | 2 | $0.00 | $0.00 | $0.00 | $58,635.00 | $58,635.00 | $0.00 | $0.00 | $13,600.00 | $46,175.00 | $59,775.00 |

*EXHIBIT B*
*(TO ORDER)*

2nd Omnibus

# Exhibit B
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Accuvant Inc<br>621 17th St Ste 2425<br>Denver, CO 80293 | 07-10419 | 3277 | $0.00 | $0.00 | $0.00 | $57,155.10 | $57,155.10 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Andrew Bartlow<br>2967 Michelson Dr No G185<br>Irvine, CA 92612 | 07-10419 | 150 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | $20,000.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Appraisals By Sam<br>11970 E Stillwater Wy<br>Redding, CA 96003 | 07-10416 | 313 | $0.00 | $0.00 | $0.00 | $655.31 | $655.31 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Brad Sorsabal<br>3053 Rancho Vista Blvd Ste H208<br>Palmdale, CA 93551 | 07-10417 | 320 | $0.00 | $0.00 | $252,000.00 | $0.00 | $252,000.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Brian C Taylor<br>224 Old Cedar Mill Rd<br>Smithington, CT 06489 | 07-10416 | 157 | $0.00 | $0.00 | $13,259.57 | $0.00 | $13,259.57 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Cameron W Petrie<br>5303 Winhawk Way<br>Lutz, FL 33558 | 07-10419 | 29 | $0.00 | $0.00 | $130,000.00 | $0.00 | $130,000.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Cary C Lombard<br>1954 Indiana Ave<br>Kenner, LA 70062 | 07-10417 | 1552 | $0.00 | $0.00 | $1,841.92 | $0.00 | $1,841.92 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Christina Gaspenno<br>14017 Citrus Crest Cir<br>Tampa , FL 33625 | 07-10419 | 248 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Compufund Aba Greater Houston III LP GH III Management LLC<br>10575 Katy Frwy Ste 100<br>Houston, TX 77024 | 07-10416 | 3102 | $0.00 | $0.00 | $0.00 | $49,417.83 | $49,417.83 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |

2nd Omnibus

# Exhibit B
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Cordovan Venturers 1901 Central Dr Ste 740 Bedford, TX 76021 | 07-10421 | 694 | $0.00 | $0.00 | $0.00 | $11,270.00 | $11,270.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Diane Banks 6666 W Washington Ave No 660 Las Vegas, NV 89107 | 07-10416 | 76 | $0.00 | $0.00 | $1,240.38 | $0.00 | $1,240.38 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Diane Banks 6666 W Washington Ave No 660 Las Vegas, NV 89107 | 07-10421 | 85 | $0.00 | $0.00 | $1,240.38 | $0.00 | $1,240.38 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Dianne Rousseau 228 20th St Unit A Huntington Beach, CA 92648 | 07-10416 | 73 | $0.00 | $0.00 | $2,842.00 | $0.00 | $2,842.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Direct Business Solutions inc 13046 Racetrack Rd 123 Tampa, FL 33626 | 07-10416 | 1162 | $0.00 | $0.00 | $20,840.00 | $0.00 | $20,840.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Dorothy Washington 716 Twilight Blue Ave N Las Vegas, NV 89032 | 07-10421 | 16 | $0.00 | $0.00 | $0.00 | $1,275.32 | $1,275.32 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Dorothy Washington 716 Twilight Blue Ave N Las Vegas, NV 89032 | 07-10416 | 77 | $0.00 | $0.00 | $1,275.32 | $0.00 | $1,275.32 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Francisco Ames 3852 Angel Flight Dr Las Vegas, NV 89115 | 07-10416 | 72 | $0.00 | $0.00 | $841.81 | $0.00 | $841.81 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Francisco Ames 3852 Angel Flight Dr Las Vegas, NV 89115 | 07-10421 | 82 | $0.00 | $0.00 | $841.81 | $0.00 | $841.81 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |

2nd Omnibus

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

# Exhibit B
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Girard Brian Keith<br>1401 W Balboa Blvd B<br>Newport Beach, CA  92661 | 07-10419 | 1073 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Horizon Research Corporation<br>5455 Wilshire Blvd Ste 1010<br>Los Angeles, CA  90036 | 07-10419 | 1257 | $0.00 | $0.00 | $0.00 | $118,635 55 | $118,635 55 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Irene Boydstun<br>5105 Harvard<br>Amarillo, TX  79109 | 07-10416 | 1650 | $0.00 | $0.00 | $0.00 | $0.00 | $0 00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| James Sanclemente<br>40 E Walnut St<br>Milford, MA  01757 | 07-10416 | 476 | $0.00 | $0 00 | $0.00 | $2,095 51 | $2,095 51 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Jandera Troy Scott<br>123 Pleasant Ln<br>White House, TN  37188 | 07-10419 | 1659 | $0.00 | $0 00 | $1,672.99 | $0 00 | $1,672.99 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Jeff M Neal<br>1166 Adele Ln<br>San Marcos, CA  92078 | 07-10416 | 1577 | $0.00 | $0 00 | $0.00 | $18,750.00 | $18,750.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Jeff M Shaken<br>2005 Ivy Hill Ln<br>Orange, CA  92867 | 07-10417 | 1459 | $0.00 | $0 00 | $1,634.23 | $0.00 | $1,634.23 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Jeffrey M Bonnear<br>42 Brentwood St<br>Springfield, MA  01108 | 07-10416 | 158 | $0.00 | $0 00 | $143,412.00 | $0.00 | $143,412.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Jessica Lynne Chiappone<br>707 East Pk Ave<br>Long Beach, NY  11561 | 07-10416 | 1310 | $0.00 | $0 00 | $3,600.00 | $0.00 | $3,600.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |

2nd Omnibus

**Exhibit B**

**Books and Records**

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Jodi C Fait<br>58 W Washington Ave<br>Murray, UT 84107 | 07-10416 | 999 | $0.00 | $0.00 | $861 80 | $0.00 | $861 80 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Kathy Kanemitsu<br>565 Halemitsu Pl<br>Wailuku, HI 96793 | 07-10416 | 126 | $0 00 | $0.00 | $3,000 00 | $0.00 | $3,000.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Kristopher C Krebbs<br>6504 W Tunto Dr<br>Glendale, AZ 55308 | 07-10421 | 43 | $0 00 | $0.00 | $1,250 00 | $0.00 | $1,250.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Leda Kelly Barbosa<br>6220 Agate Ave NW<br>Albuquerque, NM 87120 | 07-10421 | 15 | $0 00 | $0.00 | $2,801 14 | $0 00 | $2,801 14 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Lisa Lou Diehl<br>9259 Tulip Trestle Ave<br>Las Vegas, NV 89148 | 07-10421 | 17 | $0 00 | $0.00 | $456 22 | $0 00 | $456.22 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Lisa Lou Diehl<br>9259 Tulip Trestle Ave<br>Las Vegas, NV 89148 | 07-10416 | 74 | $0 00 | $0.00 | $456 22 | $0 00 | $456.22 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Lisa M Luft<br>29225 Allan<br>Lake Elsinore, CA 92532 | 07-10416 | 1451 | $0 00 | $0.00 | $0.00 | $0 00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Lois Tunison<br>4921 Sparkling Sky<br>Las Vegas, NV 89130 | 07-10421 | 39 | $0 00 | $0.00 | $1,051.50 | $0 00 | $1,051.50 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Lois Tunison<br>4921 Sparkling Sky<br>Las Vegas, NV 89130 | 07-10416 | 47 | $0 00 | $0.00 | $1,051 50 | $0 00 | $1,051.50 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |

2nd Omnibus

**Exhibit B**

**Books and Records**

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Mark Lundborg dba The Real Estate Book<br>4312 Elder Ct<br>Bakersfield, CA 93306 | 07-10421 | 102 | $0.00 | $0.00 | $3,238 67 | $3,238 67 | $6,477.34 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Mark Lundborg dba The Real Estate Book<br>4312 Elder Ct<br>Bakersfield, CA 93306 | 07-10420 | 101 | $0.00 | $0.00 | $3,238 67 | $0.00 | $3,238 67 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Mark Lundborg dba The Real Estate Book<br>4312 Elder Ct<br>Bakersfield, CA 93306 | 07-10419 | 138 | $0.00 | $0.00 | $3,238 67 | $0.00 | $3,238.67 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Mark Lundborg dba The Real Estate Book<br>4312 Elder Ct<br>Bakersfield, CA 93306 | 07-10416 | 137 | $0.00 | $0.00 | $3,238 67 | $0.00 | $3,238.67 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Mark Lundborg dba The Real Estate Book<br>4312 Elder Ct<br>Bakersfield, CA 93306 | 07-10417 | 136 | $0.00 | $0.00 | $3,238 67 | $0.00 | $3,238.67 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Michael D Smith<br>6621 Charter Hills Rd<br>Charlotte, NC 28277 | 07-10416 | 557 | $0.00 | $0.00 | $27,035 00 | $0.00 | $27,035.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Mortgage Plus Funding Inc<br>2001 Butterfield Rd Ste 1115<br>Downers Grove, IL 60515 | 07-10416 | 57 | $0.00 | $0.00 | $10,864 00 | $0.00 | $10,864.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| National Field Representatives<br>PO Box 1440<br>Claremont, NH 03743 | 07-10416 | 59 | $0.00 | $0.00 | $0.00 | $875,109 03 | $875,109.03 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Noah J Seymour<br>25 Kaalea Wy No 11D<br>Wailuku, HI 96793 | 07-10417 | 125 | $0.00 | $0.00 | $4,000 00 | $0.00 | $4,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

2nd Omnibus

**Exhibit B**

**Books and Records**

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Patty Geryk | 07-10416 | 731 | $0.00 | $0.00 | $880 00 | $0.00 | $880 00 |
| 7619 Weatherlull | | | | | | | |
| Houston, TX 77041 | | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | |
| Pima Appraisal Group Llc | 07-10417 | 66 | $0.00 | $0.00 | $0 00 | $10,450.00 | $10,450.00 |
| 7851 E Wrightstown Rd | | | | | | | |
| Tucson, AZ 85715 | | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | |
| Pima Appraisal Group Llc | 07-10417 | 794 | $0.00 | $0.00 | $0 00 | $10,400 00 | $10,400.00 |
| 7851 E Wrightstown Rd | | | | | | | |
| Tucson, AZ 85715 | | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | |
| Pima Appraisal Group Llc | 07-10421 | 752 | $0.00 | $0.00 | $0 00 | $10,400 00 | $10,400.00 |
| 7851 E Wrightstown Rd | | | | | | | |
| Tucson, AZ 85715 | | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | |
| Puerta Wbermar Freddy | 07-10421 | 2294 | $0.00 | $0.00 | $337 78 | $0 00 | $337.78 |
| 119 Arnot Pl | | | | | | | |
| Woodridge, NJ 07075 | | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | |
| Ramy Rebuly | 07-10421 | 38 | $0.00 | $0.00 | $361 39 | $0 00 | $361.39 |
| 5233 Giallo Vista Ct | | | | | | | |
| Las Vegas, NV 89031 | | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | |
| Ramy Rebuly | 07-10416 | 50 | $0.00 | $0.00 | $361 39 | $0 00 | $361.39 |
| 5233 Giallo Vista Ct | | | | | | | |
| Las Vegas, NV 89031 | | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | |
| Rebecca Lynn Bell | 07-10421 | 9 | $0.00 | $0.00 | $2,746 73 | $0 00 | $2,746.73 |
| 3010 Edgewood Dr | | | | | | | |
| Lake Havasu City, AZ 86406 | | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | |
| Rebecca Lynn Bell | 07-10416 | 90 | $0.00 | $0.00 | $2,746 73 | $0 00 | $2,746.73 |
| 3010 Edgewood Dr | | | | | | | |
| Lake Havasu City, AZ 86406 | | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | |

2nd Omnibus

## Exhibit B
### Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Robert S Freedman | 07-10416 | 1135 | $8,628.99 | $0.00 | $0.00 | $0.00 | $8,628.99 |
| 42713 Fontainbleau | | | | | | | |
| Fremont, CA  94538 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Ryan Michael Nve | 07-10416 | 239 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 |
| 1171 W Silver Creek Rd | | | | | | | |
| Gilbert, AZ  85233 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Schablin Vivian | 07-10419 | 2095 | $0.00 | $0.00 | $10,950.00 | $611,439.56 | $622,389.56 |
| 6 Hines Ln | | | | | | | |
| Riverside, CT  06878 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Sharon A Ferline | 07-10419 | 21 | $0.00 | $0.00 | $130,000.00 | $0.00 | $130,000.00 |
| 5087 Raintree Rd | | | | | | | |
| Pittsburgh, PA  15236 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Sharon Maghew | 07-10416 | 168 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 |
| 1019 N W 79th Circle | | | | | | | |
| Vancouver, WA  98665 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Silver Key Property Corp | 07-10419 | 3245 | $0.00 | $0.00 | $0.00 | $120,551.20 | $120,551.20 |
| 1646 N California Blvd Ste 250 | | | | | | | |
| Walnut Creek, CA  94596 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Susan Borozan | 07-10416 | 1639 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 Marston Rd | | | | | | | |
| Flanders, NJ  07836 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Vital Signing Inc | 07-10421 | 64 | $0.00 | $0.00 | $0.00 | $96.19 | $96.19 |
| 5905 Brockton Ave Ste E | | | | | | | |
| Riverside, CA  92506 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Vivian Schablin | 07-10416 | 2125 | $0.00 | $0.00 | $10,950.00 | $611,439.56 | $622,389.56 |
| 6 Hines Ln | | | | | | | |
| Riverside, CT  06878 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |

2nd Omnibus

**Exhibit B**

Books and Records

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Webb Mason | 07-10421 | 340 | $0.00 | $0 00 | $0 00 | $234,176 92 | $234,176 92 |
| 10830 Gilroy Rd | | | | | | | |
| Hunt Valley, MD  21031 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| William M Woodward | 07-10416 | 7 | $0.00 | $0 00 | $2,866 15 | $0.00 | $2,866 15 |
| 3958 Mediterranean Ln | | | | | | | |
| Lake Havasu City, AZ  8640o | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| William M Woodward | 07-10421 | 8 | $0.00 | $0 00 | $2,866 15 | $0.00 | $2,866 15 |
| 3958 Mediterranean Ln | | | | | | | |
| Lake Havasu City, AZ  8640o | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| **Claims To Be Expunged Totals** | | 66 | $8,628.99 | $0 00 | $833,o29 4o | $2,756,555 75 | $3,598,814.20 |

*EXHIBIT C*
*(TO ORDER)*

2nd Omnibus

# Exhibit C

## Reduce / Reclassify

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Adecco USA Inc Successor to the Assets of Corelink Staffing Services Inc | 07-10419 | 437 | $0.00 | $0.00 | $0.00 | $79,129.69 | $79,129.69 | $0.00 | $0.00 | $0.00 | $78,734.49 | $78,734.49 |
| 175 Broad Hollow Rd | | | | | | | | | | | | |
| Melville, NY 11747-8905 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Aerotek Inc | 07-10419 | 259 | $0.00 | $0.00 | $0.00 | $43,247.26 | $43,247.26 | $0.00 | $0.00 | $0.00 | $37,273.50 | $37,273.50 |
| 7301 Parkway Dr | | | | | | | | | | | | |
| Hanover, MD 21076 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Albert M Roth | 07-10419 | 165 | $0.00 | $0.00 | $20,048.26 | $0.00 | $20,048.26 | $0.00 | $0.00 | $10,950.00 | $9,091.70 | $20,041.70 |
| 1467 23rd St | | | | | | | | | | | | |
| Manhattan Beach, CA 90266 | **Comments:** | Claim is in excess of statutory priority cap | | | | | | | | | | |
| Alexandra T Piacenza | 07-10416 | 75 | $0.00 | $0.00 | $16,893.94 | $0.00 | $16,893.94 | $0.00 | $0.00 | $10,950.00 | $5,943.94 | $16,893.94 |
| 37 Fillmore | | | | | | | | | | | | |
| Irvine, CA 92620 | **Comments:** | Claim is in excess of statutory priority cap | | | | | | | | | | |
| American Heritage Lending Corporation | 07-10416 | 646 | $0.00 | $0.00 | $0.00 | $17,620.50 | $17,620.50 | $0.00 | $0.00 | $0.00 | $13,715.25 | $13,715.25 |
| 65 Enterprise No 420 | | | | | | | | | | | | |
| Aliso Viejo, CA 92656 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| American Ventures Property Fund I Ltd | 07-10421 | 2625 | $2,800.00 | $0.00 | $0.00 | $36,709.56 | $39,509.56 | $0.00 | $0.00 | $0.00 | $33,909.56 | $33,909.56 |
| Hunton & Williams LLP 1111 Brickell Ave Ste 2500 | | | | | | | | | | | | |
| Miami, Fl 33131 | **Comments:** | Claim should be reduced and allowed because landlord is currently holding a security deposit that can be applied to offset landlords rejection damage calculation | | | | | | | | | | |
| Appraisal Expediters | 07-10421 | 1583 | $0.00 | $0.00 | $11,175.00 | $0.00 | $11,175.00 | $0.00 | $0.00 | $0.00 | $9,450.00 | $9,450.00 |
| 1925 Helen Rd | | | | | | | | | | | | |
| Pleasant Hill, CA 94523-2711 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Ascent Home Loans Inc | 07-10419 | 1119 | $0.00 | $0.00 | $0.00 | $21,137.90 | $21,137.90 | $0.00 | $0.00 | $0.00 | $18,853.65 | $18,853.65 |
| 6465 S Greenwood Plz Blvd 800 | | | | | | | | | | | | |
| Englewood, CO 80111 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Beverley Stewart | 07-10421 | 40 | $0.00 | $0.00 | $17,741.93 | $0.00 | $17,741.93 | $0.00 | $0.00 | $5,681.82 | $0.00 | $5,681.82 |
| 5590 Madrid Ct | | | | | | | | | | | | |
| Sparks, NV 89436 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |

2nd Omnibus

# Exhibit C

## Reduce / Reclassify

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Bonny O Neill | 07-10419 | 1354 | $0.00 | $0.00 | $752.25 | $0.00 | $752.25 | $0.00 | $0.00 | $593.64 | $0.00 | $593.64 |
| 524 Clubhouse Ave Apt C | | | | | | | | | | | | |
| Newport Beach, CA 92663 | | Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| Briceida Almaraz | 07-10419 | 1288 | $0.00 | $0.00 | $1,051.20 | $0.00 | $1,051.20 | $0.00 | $0.00 | $905.10 | $0.00 | $905.10 |
| 2426 E 113th St | | | | | | | | | | | | |
| Los Angeles, CA 90059 | | Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| Brookwood Century Springs East LLP | 07-10421 | 3108 | $0.00 | $0.00 | $0.00 | $27,495.65 | $27,495.65 | $0.00 | $0.00 | $0.00 | $23,603.99 | $23,603.99 |
| Smith Gambrell & Russell LLP 1230 Peachtree St Ste 3100 | | | | | | | | | | | | |
| Atlanta, GA 30309 | | Comments: | Claim should be reduced and allowed because landlord is currently holding a security deposit that can be applied to offset landlords rejection damage calculation | | | | | | | | | |
| Bruce P Ironmonger | 07-10416 | 627 | $0.00 | $0.00 | $0.00 | $18,750.00 | $18,750.00 | $0.00 | $0.00 | $0.00 | $16,050.00 | $16,050.00 |
| PO Box 754 | | | | | | | | | | | | |
| Bonsall, CA 92003 | | Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| Camel Square LLC | 07-10421 | 1781 | $0.00 | $0.00 | $0.00 | $93,127.89 | $93,127.89 | $0.00 | $0.00 | $0.00 | $87,446.89 | $87,446.89 |
| 2400 E Arizona Biltmore Cir No 1300 | | | | | | | | | | | | |
| Phoenix, AZ 85016 | | Comments: | Claim should be reduced and allowed because landlord is currently holding a security deposit that can be applied to offset landlords rejection damage calculation | | | | | | | | | |
| Century West Associates LLC | 07-10419 | 105 | $0.00 | $0.00 | $12,350.00 | $0.00 | $12,350.00 | $0.00 | $0.00 | $0.00 | $6,695.00 | $6,695.00 |
| 1158 26th St Ste 111 | | | | | | | | | | | | |
| Santa Monica, CA 90403 | | Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| Chandy C Nhean | 07-10419 | 590 | $0.00 | $0.00 | $6,937.90 | $0.00 | $6,937.90 | $0.00 | $0.00 | $5,987.47 | $0.00 | $5,987.47 |
| 6703 E Stearns St | | | | | | | | | | | | |
| Long Beach, CA 90815 | | Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| Charlene P Murphy | 07-10416 | 574 | $0.00 | $0.00 | $3,429.73 | $0.00 | $3,429.73 | $0.00 | $0.00 | $1,986.35 | $0.00 | $1,986.35 |
| 2701 Chert Cove | | | | | | | | | | | | |
| Round Rock, TX 78681 | | Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| Christne Emeterio | 07-10421 | 41 | $0.00 | $0.00 | $1,258.64 | $0.00 | $1,258.64 | $0.00 | $0.00 | $752.55 | $0.00 | $752.55 |
| 1001 Rook Way | | | | | | | | | | | | |
| Sparks, NV 89441 | | Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |

2nd Omnibus

In re: New Century TRS Holdigs, Inc. et al .

Case No.07-10416 (KJC)

## Exhibit C
## Reduce / Reclassify

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Control Point Solutions Msa & Sow | 07-10416 | 2353 | $0.00 | $0.00 | $0.00 | $39,223.20 | $39,223.20 | $0.00 | $0.00 | $0.00 | $35,692.20 | $35,692.20 |
| 201 Route 17 North | | | | | | | | | | | | |
| Rutherford, NJ 07070 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Corestaff Services LP | 07-10416 | 608 | $0.00 | $0.00 | $0.00 | $255,233.50 | $255,233.50 | $0.00 | $0.00 | $0.00 | $250,510.51 | $250,510.51 |
| 1175 St James Pl No 300 | | | | | | | | | | | | |
| Houston, TX 77056 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Damon S Lam | 07-10416 | 592 | $0.00 | $0.00 | $3,961.08 | $0.00 | $3,961.08 | $0.00 | $0.00 | $3,741.66 | $0.00 | $3,741.66 |
| 8792 Friendship Ave | | | | | | | | | | | | |
| Pico Rivera, CA 90660 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Douglas Appraisal Associates inc | 07-10416 | 396 | $0.00 | $0.00 | $0.00 | $11,550.00 | $11,550.00 | $0.00 | $0.00 | $0.00 | $11,000.00 | $11,000.00 |
| 18459 Pines Blvd Ste 320 | | | | | | | | | | | | |
| Pembroke Pines, FL 33029 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Egil Rian | 07-10419 | 599 | $0.00 | $0.00 | $2,924.60 | $0.00 | $2,924.60 | $0.00 | $0.00 | $2,495.59 | $0.00 | $2,495.59 |
| 18642 Silver Maple Way | | | | | | | | | | | | |
| Santa Ana, CA 92705 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Elisa Hernandez | 07-10416 | 511 | $0.00 | $0.00 | $2,582.85 | $0.00 | $2,582.85 | $0.00 | $0.00 | $1,493.89 | $0.00 | $1,493.89 |
| 13600 Crooked Creek Dr | | | | | | | | | | | | |
| Pflugerville, TX 78660 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Ellison Appraisal Service | 07-10416 | 407 | $0.00 | $0.00 | $400.00 | $0.00 | $400.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 |
| PO Box 580 | | | | | | | | | | | | |
| Battle Ground, WA 98604-0580 | **Comments:** | No basis for priority status | | | | | | | | | | |
| EMC Corporation | 07-10419 | 2599 | $0.00 | $0.00 | $12,553.41 | $131,654.65 | $144,208.06 | $0.00 | $0.00 | $0.00 | $131,651.65 | $131,651.65 |
| PO Box 5126 | | | | | | | | | | | | |
| Timonium, MD 21094 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Equifax | 07-10416 | 1609 | $0.00 | $0.00 | $0.00 | $93,716.19 | $93,716.19 | $0.00 | $0.00 | $0.00 | $77,754.23 | $77,754.23 |
| 1100 Abernathy Rd Ste 300 Mail Drop 52D | | | | | | | | | | | | |
| Atlanta, GA 30328 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |

2nd Omnibus

# Exhibit C
## Reduce / Reclassify

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Financial Capital Inc<br>1123 Hilltop Dr<br>Redding, CA 96003 | 07-10419 | 425 | $0.00 | $0.00 | $0.00 | $33,978.50 | $33,978.50 | $0.00 | $0.00 | $0.00 | $14,128.50 | $14,128.50 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| First Advantage Credco<br>12395 First American Way 11<br>Poway , CA 92064 | 07-10416 | 683 | $0.00 | $0.00 | $0.00 | $2,837.00 | $2,837.00 | $0.00 | $0.00 | $0.00 | $2,659.00 | $2,659.00 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| First American Home Loans inc<br>500 N State College Blvd No 1150<br>Orange, CA 92868 | 07-10419 | 207 | $0.00 | $0.00 | $0.00 | $143,591.94 | $143,591.94 | $0.00 | $0.00 | $0.00 | $59,708.03 | $59,708.03 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Frost Brown Todd LLC<br>P O Box 70087<br>Louisville, KY 40270 | 07-10416 | 1585 | $0.00 | $0.00 | $44,216.11 | $0.00 | $44,216.11 | $0.00 | $0.00 | $0.00 | $23,309.90 | $23,309.90 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Gail A English And Michael P English Trust<br>1172 S Main St Pmb 363<br>Salinas, CA 93901-2204 | 07-10416 | 2158 | $0.00 | $0.00 | $0.00 | $93,959.98 | $93,959.98 | $0.00 | $0.00 | $0.00 | $88,372.48 | $88,372.48 |
| Comments: | | Claim should be reduced and allowed because landlord is currently holding a security deposit that can be applied to offset landlords rejection damage calculation | | | | | | | | | | |
| Hacienda Md 7901 Llc<br>7901 Stoneridge Dr<br>Pleasanton, CA 94588 | 07-10419 | 2637 | $7,969.31 | $0.00 | $0.00 | $7,551.29 | $15,520.60 | $0.00 | $0.00 | $0.00 | $7,524.53 | $7,524.53 |
| Comments: | | Claim should be reduced and allowed because landlord is currently holding a security deposit that can be applied to offset landlords rejection damage calculation | | | | | | | | | | |
| Hanh My Paquette<br>7957 E Quinn Dr<br>Anaheim Hills, CA 92808 | 07-10419 | 190 | $0.00 | $0.00 | $10,210.00 | $0.00 | $10,210.00 | $0.00 | $0.00 | $8,482.76 | $0.00 | $8,482.76 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Horizon Research Corporation<br>5455 Wilshire Blvd Ste 1010<br>Los Angeles, CA 90036 | 07-10421 | 1252 | $0.00 | $0.00 | $0.00 | $261,747.23 | $261,747.23 | $0.00 | $0.00 | $0.00 | $205,182.76 | $205,182.76 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| iDirect Marketing Inc<br>9880 Research Dr Ste 100<br>Irvine, CA 92618 | 07-10421 | 198 | $0.00 | $0.00 | $0.00 | $264,280.00 | $264,280.00 | $0.00 | $0.00 | $0.00 | $212,796.62 | $212,796.62 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |

2nd Omnibus

# Exhibit C
## Reduce / Reclassify

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Ikon Office Solutions | 07-10417 | 580 | $0.00 | $0.00 | $0.00 | $5,426.92 | $5,426.92 | $0.00 | $0.00 | $0.00 | $4,850.00 | $4,850.00 |
| Accounts Receivable Center 3920 Arkwright Rd Ste 400 Macon, GA  31210 | Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Intellidyn Corp | 07-10416 | 1262 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 |
| 175 Derby St Unit 40 Hingham, MA  02043 | Comments: | No basis for priority status | | | | | | | | | | |
| Jeff B Magy | 07-10419 | 406 | $0.00 | $0.00 | $813.69 | $0.00 | $813.69 | $0.00 | $0.00 | $742.79 | $0.00 | $742.79 |
| 26041 Buena Vista Ct Laguna Hills, CA  92653 | Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Jennifer M Zalle | 07-10421 | 382 | $0.00 | $0.00 | $10,950.00 | $0.00 | $10,950.00 | $0.00 | $0.00 | $10,015.12 | $0.00 | $10,015.12 |
| 56 Vela Ct Coto De Caza, CA  92679 | Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Joann Fanucchi | 07-10419 | 349 | $0.00 | $0.00 | $14,029.05 | $0.00 | $14,029.05 | $0.00 | $0.00 | $9,057.87 | $0.00 | $9,057.87 |
| 28016 Oxenberg Mission Viejo, CA  92692 | Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Judi A Clark | 07-10416 | 149 | $0.00 | $0.00 | $2,708.12 | $0.00 | $2,708.12 | $0.00 | $0.00 | $1,644.33 | $0.00 | $1,644.33 |
| 19321 103rd Ave Ct E Graham, WA  98338 | Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Julie Ann Owen | 07-10421 | 391 | $0.00 | $0.00 | $1,238.70 | $957.82 | $2,196.52 | $0.00 | $0.00 | $1,081.70 | $0.00 | $1,081.70 |
| 2753 North Rio De Flag Flagstaff, AZ  86004 | Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Keane inc | 07-10417 | 712 | $0.00 | $0.00 | $0.00 | $89,673.50 | $89,673.50 | $0.00 | $0.00 | $0.00 | $86,993.50 | $86,993.50 |
| 100 City Square Boston, MA  02129 | Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Kelly Oneal | 07-10417 | 787 | $0.00 | $0.00 | $3,567.00 | $3,861.00 | $7,427.13 | $0.00 | $0.00 | $3,691.36 | $0.00 | $3,691.36 |
| 52 Orsinger Hill San Antonio, TX  78230 | Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |

2nd Omnibus

## Exhibit C
### Reduce / Reclassify

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Kelly Trinh | 07-10417 | 774 | $0.00 | $0.00 | $5,441.00 | $5,441.00 | $10,882.68 | $0.00 | $0.00 | $5,441.34 | $0.00 | $5,441.34 |
| 9440 Sabre Lane | | | | | | | | | | | | |
| Westminster, CA 92683 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Koala Miami Realty Holding Co | 07-10419 | 2479 | $0.00 | $0.00 | $0.00 | $60,935.32 | $60,935.32 | $0.00 | $0.00 | $0.00 | $55,636.42 | $55,636.42 |
| Akerman Senterfitt 350 E Las Olas Blvd STE 1600 | | | | | | | | | | | | |
| Fort Lauderdale, FL 33301 | **Comments:** | Claim should be reduced and allowed because landlord is currently holding a security deposit that can be applied to offset landlords rejection damage calculation | | | | | | | | | | |
| Kuhn Heidi C | 07-10421 | 1851 | $0.00 | $0.00 | $2,329.12 | $0.00 | $2,329.12 | $0.00 | $0.00 | $2,149.96 | $0.00 | $2,149.96 |
| PO Box 3821 | | | | | | | | | | | | |
| Long Beach, CA 90853 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| KW Fund II 1860 Howe LP | 07-10416 | 582 | $5,383.90 | $0.00 | $0.00 | $135,559.70 | $140,943.60 | $0.00 | $0.00 | $0.00 | $135,559.70 | $135,559.70 |
| KW Properties Ltd c o Trainor Fairbrook 980 Fulton Ave | | | | | | | | | | | | |
| Sacramento, CA 95825 | **Comments:** | Claim should be reduced and allowed because landlord is currently holding a security deposit that can be applied to offset landlords rejection damage calculation | | | | | | | | | | |
| Leslie K Hill dba Farallon Enterprises | 07-10416 | 60 | $0.00 | $0.00 | $21,900.00 | $28,100.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 |
| 7756 Dos Palos Ln | | | | | | | | | | | | |
| Sebastopol, CA 95472-5315 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Loanleaders of America inc | 07-10419 | 22 | $0.00 | $0.00 | $0.00 | $37,015.15 | $37,015.15 | $0.00 | $0.00 | $0.00 | $22,425.00 | $22,425.00 |
| 2081 Business Ctr Dr No 150 | | | | | | | | | | | | |
| Irvine, CA 92612 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Love Appraisal Service | 07-10421 | 201 | $0.00 | $0.00 | $2,475.00 | $0.00 | $2,475.00 | $0.00 | $0.00 | $0.00 | $2,475.00 | $2,475.00 |
| 2 Auburn Way N Ste 207 | | | | | | | | | | | | |
| Auburn, WA 98002 | **Comments:** | No basis for priority status | | | | | | | | | | |
| LowerMyBills.com | 07-10421 | 673 | $0.00 | $0.00 | $0.00 | $2,005,107.00 | $2,005,107.00 | $0.00 | $0.00 | $0.00 | $1,241,871.00 | $1,241,871.00 |
| Frank Gecker LLP 325 N LaSalle Ste 625 | | | | | | | | | | | | |
| Chicago, IL 60610 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| MacLeod Appraisal | 07-10419 | 188 | $0.00 | $0.00 | $0.00 | $1,825.00 | $1,825.00 | $0.00 | $0.00 | $0.00 | $1,550.00 | $1,550.00 |
| 925 Reservoir Ave | | | | | | | | | | | | |
| Cranston, RI 02910 | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |

2nd Omnibus

# Exhibit C
## Reduce / Reclassify

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Michelle Imperial 718 S Camino Grando Anaheim, CA 92807 | 07-10416 | 283 | $0.00 | $0.00 | $10,950.00 | $0.00 | $10,950.00 | $0.00 | $0.00 | $5,280.92 | $0.00 | $5,280.92 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Nancy J Dreyer 9220 Lacroix Ct Bakersfield, CA 93311 | 07-10416 | 300 | $0.00 | $0.00 | $3,838.97 | $0.00 | $3,838.97 | $0.00 | $0.00 | $2,275.17 | $0.00 | $2,275.17 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| New World Mortgage Inc 27455 Tierra Alta Way Temecula, CA 92590 | 07-10416 | 288 | $0.00 | $0.00 | $0.00 | $134,332.50 | $134,332.50 | $0.00 | $0.00 | $0.00 | $106,076.09 | $106,076.09 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| OR Kruse Woods LLC Attn Cindy Laurila 5335 Meadows Rd Ste 275 Lake Oswego, OR 97035 | 07-10419 | 1966 | $9,573.90 | $0.00 | $0.00 | $36,382.00 | $45,955.90 | $0.00 | $0.00 | $0.00 | $36,382.00 | $36,382.00 |
| **Comments:** Claim should be reduced and allowed because landlord is currently holding a security deposit that can be applied to offset landlords rejection damage calculation | | | | | | | | | | | | |
| Outsource Technical LLC 3700 Campus Dr Ste 100 Newport Beach, CA 92660 | 07-10419 | 175 | $0.00 | $0.00 | $27,037.71 | $0.00 | $27,037.71 | $0.00 | $0.00 | $0.00 | $27,037.71 | $27,037.71 |
| **Comments:** No basis for priority status | | | | | | | | | | | | |
| Pacific Communities Builder inc 1000 Dove St Ste 100 Newport Beach, CA 92660 | 07-10421 | 725 | $0.00 | $0.00 | $0.00 | $120,000.00 | $120,000.00 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Patricia Waters 13460 Sagewood Dr Poway, CA 92064 | 07-10417 | 640 | $0.00 | $0.00 | $13,759.32 | $0.00 | $13,759.32 | $0.00 | $0.00 | $10,950.00 | $2,809.32 | $13,759.32 |
| **Comments:** Claim is in excess of statutory priority cap | | | | | | | | | | | | |
| Paula Paetzold dba The Appraisal Group South 3102 N Ocean Blvd Myrtle Beach, SC 29577 | 07-10416 | 54 | $0.00 | $0.00 | $900.00 | $0.00 | $900.00 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| PFS Markewyse 409 Minnisink Rd Totowa, NJ 07512 | 07-10417 | 450 | $0.00 | $0.00 | $0.00 | $134,770.00 | $134,770.00 | $0.00 | $0.00 | $0.00 | $132,775.00 | $132,775.00 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |

2nd Omnibus

# Exhibit C
## Reduce / Reclassify

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Rev H Biedgolv<br>2042 Seminole<br>Tustin, CA 92782 | 07-10416 | 453 | $0.00 | $0.00 | $3,088.80 | $0.00 | $3,088.80 | $0.00 | $0.00 | $0.00 | $1,727.43 | $1,727.43 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Robert Joseph Conners<br>100 Stony Point Rd Ste 245<br>Santa Rosa, CA 95401 | 07-10416 | 113 | $0.00 | $0.00 | $0.00 | $1,075.00 | $1,075.00 | $0.00 | $0.00 | $0.00 | $725.00 | $725.00 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Ronald Niko<br>20259 Wyn Terrace<br>Walnut, CA 91789 | 07-10419 | 53 | $0.00 | $0.00 | $18,134.39 | $0.00 | $18,134.39 | $0.00 | $0.00 | $10,950.00 | $7,184.39 | $18,134.39 |
| Comments: | | Claim is in excess of statutory priority cap | | | | | | | | | | |
| Rusty C Phanvong<br>16 Appomattox<br>Irvine, CA 92620 | 07-10419 | 682 | $0.00 | $0.00 | $6,025.06 | $0.00 | $6,025.06 | $0.00 | $0.00 | $5,990.88 | $0.00 | $5,990.88 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| State Financial Services Llc<br>2400 N Central Ave Ste No 305<br>Phoenix, AZ 85004 | 07-10416 | 231 | $0.00 | $0.00 | $0.00 | $28,065.75 | $28,065.75 | $0.00 | $0.00 | $0.00 | $26,947.00 | $26,947.00 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Stephen R Bradley<br>20222 Poplar Bluff Court<br>Yorba Linda, CA 92886 | 07-10416 | 589 | $0.00 | $0.00 | $5,020.86 | $0.00 | $5,020.86 | $0.00 | $0.00 | $4,664.57 | $0.00 | $4,664.57 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Strategic Capital Mortgage<br>700 Tower Dr 7th Fl<br>Troy, MI 48098 | 07-10419 | 2007 | $0.00 | $0.00 | $10,950.00 | $26,401.79 | $37,351.79 | $0.00 | $0.00 | $0.00 | $35,823.14 | $35,823.14 |
| Comments: | | No basis for priority status; Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Sungard Availability Services LP<br>680 E Swedesford Rd<br>Wayne, PA 19087 | 07-10416 | 428 | $0.00 | $54,628.00 | $0.00 | $614.00 | $55,242.00 | $0.00 | $0.00 | $0.00 | $36,828.00 | $36,828.00 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Synergy Capital Mortgage Corp<br>27130A Paseo Espada No 1424<br>San Juan Capistrano, CA 92675 | 07-10419 | 147 | $0.00 | $0.00 | $0.00 | $88,029.85 | $88,029.85 | $0.00 | $0.00 | $0.00 | $32,448.79 | $32,448.79 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |

2nd Omnibus

# Exhibit C
## Reduce / Reclassify

In re: New Century TRS Holdigs, Inc. et al .

Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| The Lending Connection Inc<br>949 South Coast Dr Ste 200<br>Costa Mesa, CA 92626 | 07-10419 | 196 | $0.00 | $0.00 | $0.00 | $129,915.56 | $129,915.56 | $0.00 | $0.00 | $0.00 | $70,706.97 | $70,706.97 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| Tiffany L Whitford<br>17044 427th Ave SE<br>North Bend, WA 98045 | 07-10419 | 616 | $0.00 | $0.00 | $2,957.53 | $0.00 | $2,957.53 | $0.00 | $0.00 | $1,462.03 | $0.00 | $1,462.03 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| Traci Nocito<br>2211 Black Birch Ln<br>Furlong, PA 18925 | 07-10421 | 217 | $0.00 | $0.00 | $7,038.19 | $0.00 | $7,038.19 | $0.00 | $0.00 | $5,115.87 | $0.00 | $5,115.87 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| Trimark Funding Inc<br>5101 E La Palma Ave Ste 206<br>Anaheim, CA 92807 | 07-10416 | 171 | $0.00 | $0.00 | $0.00 | $60,201.50 | $60,201.50 | $0.00 | $0.00 | $0.00 | $36,877.30 | $36,877.30 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| United Virginia Title Llc<br>315 S Washington St<br>Alexandria, VA 22314 | 07-10421 | 864 | $0.00 | $0.00 | $2,425.00 | $46,175.00 | $48,600.00 | $0.00 | $0.00 | $0.00 | $34,347.50 | $34,347.50 |
| Comments: | | | No basis for priority status; Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| US Financial Funding Inc<br>2100 W Orangewood Ave Ste 200<br>Orange, CA 92868 | 07-10419 | 203 | $0.00 | $0.00 | $0.00 | $36,679.01 | $36,679.01 | $0.00 | $0.00 | $0.00 | $32,456.09 | $32,456.09 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| Valuation Strategies<br>33175 Hwy 79 South No A 433<br>Temecula, CA 92592 | 07-10419 | 726 | $0.00 | $0.00 | $0.00 | $34,725.00 | $34,725.00 | $0.00 | $0.00 | $0.00 | $31,875.00 | $31,875.00 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| Vicki Cho Estrada<br>24217 Nottingham Court<br>Valencia, CA 91355 | 07-10417 | 1104 | $0.00 | $0.00 | $4,687.50 | $0.00 | $4,687.50 | $0.00 | $0.00 | $0.00 | $4,687.50 | $4,687.50 |
| Comments: | | | No basis for priority status | | | | | | | | | |
| Vital Signing Inc<br>5905 Brockton Ave Ste E<br>Riverside, CA 92506 | 07-10421 | 65 | $0.00 | $0.00 | $0.00 | $421.34 | $421.34 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |

2nd Omnibus

## Exhibit C

### Reduce / Reclassify

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Webb mason Inc<br>PO Box 37289<br>Baltimore, MD 21297-3289 | 07-10421 | 858 | $0.00 | $0.00 | $0.00 | $245,496 00 | $245,495 74 | $0.00 | $0.00 | $0 00 | $203,981 01 | $203,981 01 |
| | **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| **Claims To Be Expunged Totals** | | 82 | $25,727 11 | $54,628 00 | $360,751.91 | $5,173,728.64 | $5,614,835.21 | $0.00 | $0 00 | $134,534 74 | $3,935,414.24 | $4,069,948.98 |