# Exhibit A

RLF1-3218459-1

3rd Omnibus

# Exhibit A
## Equity Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Arvette J Joss<br>223 Washington Ave<br>Omro, WI 54963 | 07-10416 | 1814 | $0.00 | $0.00 | $0.00 | $3,880.25 | $3,880.25 |
| Audra Byczyoski c/f Alex Hansen<br>911 9th St<br>Plover, WI 54467 | 07-10416 | 1711 | $0.00 | $0.00 | $0.00 | $7,772.11 | $7,772.11 |
| Betty J Fink<br>2024 Crestwood Dr<br>Oshkosh, WI 54904 | 07-10416 | 1745 | $0.00 | $0.00 | $0.00 | $3,432.81 | $3,432.81 |
| Billie D Higgins<br>PO Box 97<br>Santa Fe, TX 77517 | 07-10417 | 1688 | $0.00 | $0.00 | $0.00 | $12,430.08 | $12,430.08 |
| Bogdan Daniel Macovei<br>5867 Los Arcos Way<br>Buena Pk, CA 90620 | 07-10416 | 1784 | $0.00 | $0.00 | $0.00 | $540.00 | $540.00 |
| Carolyn Kees<br>1402 S Laurent No 18<br>Victoria, TX 77901 | 07-10416 | 1907 | $0.00 | $0.00 | $0.00 | $7,621.97 | $7,621.97 |
| CD Batten & Faye Batten<br>2348 Bullhead Rd<br>Bailey, NC 27807 | 07-10417 | 1642 | $0.00 | $0.00 | $0.00 | $5,395.50 | $5,395.50 |
| Cohen Moshe<br>32 Trumpet Vine<br>Irvine, CA 92603 | 07-10419 | 2099 | $0.00 | $0.00 | $1,600.00 | $4,875.12 | $6,475.12 |
| Constance C Wood<br>345 Chester Rd<br>Devor, PA 19333 | 07-10416 | 3305 | $0.00 | $0.00 | $6,749.00 | $0.00 | $6,749.00 |

Case 07-10416-BLS    Doc 3583-2    Filed 10/31/07    Page 3 of 11

3rd Omnibus

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Equity Claims

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Donald Leissring & Karen Leissring<br>13100 W Cameron Ave<br>Butler, WI 53007 | 07-10416 | 1817 | $0.00 | $0.00 | $0.00 | $15,322.05 | $15,322.05 |
| Donald W Leissring<br>13100 W Cameron Ave<br>Butler, WI 53007 | 07-10416 | 1918 | $0.00 | $0.00 | $0.00 | $10,933.06 | $10,933.06 |
| Donna Dettmann<br>484 County Rd 982<br>Iuka, MS 38852 | 07-10416 | 1789 | $0.00 | $0.00 | $0.00 | $4,442.93 | $4,442.93 |
| Donna L Wallis<br>14591 Marsh View Dr<br>Jacksonville Bch, FL 32250 | 07-10417 | 2527 | $0.00 | $0.00 | $0.00 | $1,944.45 | $1,944.45 |
| DuWayne & Nancy Beaver<br>2 Narvaez Pl<br>Hot Springs Village, AR 71909 | 07-10417 | 2001 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| E B Sims<br>W6597 County M<br>Westfield, WI 53964 | 07-10416 | 1899 | $0.00 | $0.00 | $0.00 | $29,334.94 | $29,334.94 |
| Edward Eleanore Dickhaus<br>3150 Lexington Ave No 317<br>Shoreview, MN 55126 | 07-10417 | 2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Elmer C Steger<br>57 Tiburon Way<br>Hot Springs Village, AR 71909 | 07-10417 | 1993 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Fred V Vellance & Virginia F Vellance<br>Vellance R Trust 8 21 03 Ten Com 34516 Hwy 107<br>Cabot, AR 72023 | 07-10417 | 1615 | $0.00 | $0.00 | $0.00 | $23,432.63 | $23,432.63 |

Case 07-10416-BLS   Doc 3583-2   Filed 10/31/07   Page 4 of 11

3rd Omnibus

Exhibit A

Equity Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | |
| Fred W & Margarette Wintermantel<br>514 E Roosevelt Ave<br>New Castle, DE 19720 | 07-10417 | 2468 | $0.00 | $0.00 | $0.00 | $3,536.88 | $3,536.88 |
| Gayle R Bacon<br>4694 7th Ln<br>Hancock, WI 54943 | 07-10416 | 1743 | $0.00 | $0.00 | $0.00 | $13,345.56 | $13,345.56 |
| Gayle R Bacon and Linda M Bacon<br>N4694 7th Ln<br>Hancock, WI 54943 | 07-10416 | 1744 | $0.00 | $0.00 | $0.00 | $7,367.76 | $7,367.76 |
| Gennice Jenail Willis<br>12017 Dahoon Dr<br>Oklahoma City, OK 73120 | 07-10416 | 1843 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| Gerard G & Luanne G Prescher<br>6610 Wood Ave<br>Wisconsin Rapids, WI 54494 | 07-10416 | 3262 | $0.00 | $0.00 | $0.00 | $7,378.01 | $7,378.01 |
| Gerard G Prescher<br>6610 Wood Ave<br>Wisconsin Rapids, WI 54494 | 07-10416 | 3260 | $0.00 | $0.00 | $0.00 | $9,689.90 | $9,689.90 |
| Gertrude & Monty Matrisciani<br>164 County Rd 537 W<br>Colts Neck, NJ 07722-2118 | 07-10417 | 1677 | $0.00 | $0.00 | $0.00 | $17,476.03 | $17,476.03 |
| Gertrude Matrisciani<br>164 County Rd 537 W<br>Colts Neck, NJ 07722-2118 | 07-10417 | 1681 | $0.00 | $0.00 | $0.00 | $609.50 | $609.50 |
| Greenlight Capital LP<br>140 E 45th St 24th Fl<br>New York, NY 10017-7142 | 07-10417 | 3109 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Case 07-10416-BLS    Doc 3583-2    Filed 10/31/07    Page 5 of 11

3rd Omnibus

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Equity Claims

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| 
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Greenlight Capital Offshore Ltd<br>140 East 45th St 24th Fl<br>New York, NY 10017-7142 | 07-10417 | 2686 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Greenlight Capital Qualified L P<br>140 E 45th St 24th Fl<br>New York, NY 10017-7142 | 07-10417 | 3004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Greenlight Reinsurance Ltd<br>140 East 45th St 2nd Fl<br>New York, NY 10017-7142 | 07-10417 | 2684 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| J William Reinhard<br>6678 E Valle Di Cadore<br>Tucson, AZ 85750 | 07-10417 | 3308 | $0.00 | $0.00 | $18,560.00 | $0.00 | $18,560.00 |
| Janice McLay<br>W 12083 Cumberland Ave<br>Coloma, WI 54930 | 07-10416 | 2064 | $0.00 | $0.00 | $0.00 | $17,491.23 | $17,491.23 |
| Jay Sims<br>2963 Pennsylvania Ave Apt 7<br>Charleston, WV 25302 | 07-10416 | 2273 | $0.00 | $0.00 | $0.00 | $9,775.30 | $9,775.30 |
| Jeffrey P Nennig<br>1225 N Lake St<br>Neenah, WI 54956 | 07-10416 | 2472 | $0.00 | $0.00 | $0.00 | $18,631.76 | $18,631.76 |
| Jeffrey P Nennig<br>1225 N Lake St<br>Neenah, WI 54956 | 07-10416 | 2470 | $0.00 | $0.00 | $0.00 | $6,068.99 | $6,068.99 |
| John A Tomasko<br>1253 Lake Breeze Rd<br>OshKosh, WI 54904 | 07-10416 | 2066 | $0.00 | $0.00 | $0.00 | $19,995.87 | $19,995.87 |

3rd Omnibus

**Exhibit A**
**Equity Claims**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| John D Kampen<br>W5838 Grouse Dr<br>Endeavor, WI 53930 | 07-10416 | 1821 | $0.00 | $0.00 | $0.00 | $17,631.30 | $17,631.30 |
| Kay E Cline<br>W11054 W Harmony Dr<br>Lodi, WI 53555 | 07-10416 | 1792 | $0.00 | $0.00 | $0.00 | $11,919.09 | $11,919.09 |
| Kay E Cline<br>W11054 Harmony Dr<br>Lodi, WI 53555 | 07-10416 | 1793 | $0.00 | $0.00 | $0.00 | $5,343.00 | $5,343.00 |
| Keith E Schilder<br>59 Zarpa Way<br>Hot Springs Valley, AR 71909 | 07-10417 | 1992 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kenneth W Potterton<br>1541 Repp Ave<br>Oshkosh, WI 54902 | 07-10416 | 1710 | $0.00 | $0.00 | $0.00 | $17,019.33 | $17,019.33 |
| Kevin & Debra Lichtenberg<br>1781 Hunters Glen<br>OshKosh, WI 54904 | 07-10416 | 2023 | $0.00 | $0.00 | $0.00 | $3,186.61 | $3,186.61 |
| Krupinski Ronald J<br>45 Devine Dr<br>Mahwah, NJ 07430 | 07-10419 | 1946 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lee & Joyce Roberts<br>969 Honeycreek Rd<br>OshKosh, WI 54904 | 07-10416 | 2065 | $0.00 | $0.00 | $0.00 | $11,241.40 | $11,241.40 |
| Leroy Honeyager<br>531 19th St N<br>Wisconsin Rapids, WI 54494 | 07-10416 | 1893 | $0.00 | $0.00 | $0.00 | $8,219.52 | $8,219.52 |

3rd Omnibus

**Exhibit A**
**Equity Claims**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Lisa Marie Meszaros<br>22 Thunder Trl<br>Irvine, CA 92614 | 07-10416 | 3240 | $0.00 | $0.00 | $650.00 | $0.00 | $650.00 |
| Lopez Gloria A<br>8009 Nazareth Dr<br>Corpus Christi, TX 78413 | 07-10421 | 1726 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Macovei Bogdan Daniel<br>5867 Los Arcos Way<br>Buena Pk, CA 90620 | 07-10419 | 1785 | $0.00 | $0.00 | $0.00 | $596.70 | $596.70 |
| Manuel R Alicea<br>5382 Black Pine Dr<br>Tampa, FL 33624 | 07-10417 | 1037 | $0.00 | $0.00 | $8,701.80 | $0.00 | $8,701.80 |
| Marta R Vizcarra<br>4864 S Wild Rose Dr<br>Tucson, AZ 85730 | 07-10416 | 3417 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Michael Crawford<br>PO Box 220<br>Westfield, WI 53964 | 07-10416 | 1991 | $0.00 | $0.00 | $0.00 | $849.50 | $849.50 |
| Michael N McLay<br>W 12083 Cumberland Ave<br>Coloma, WI 54930 | 07-10416 | 2062 | $0.00 | $0.00 | $0.00 | $11,636.51 | $11,636.51 |
| Monty Matrisciani<br>164 County Rd 537 W<br>Colts Neck, NJ 07722-2118 | 07-10417 | 1682 | $0.00 | $0.00 | $0.00 | $2,476.36 | $2,476.36 |
| Pam Colella<br>47017 Metz Rd<br>New Waterford, OH 44445 | 07-10416 | 1803 | $0.00 | $0.00 | $0.00 | $3,968.52 | $3,968.52 |

3rd Omnibus

**Exhibit A**

**Equity Claims**

In re: New Century TRS Holdgs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| 
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Pamela J Honnold<br>PO Box 271<br>Westfield, WI 53964 | 07-10416 | 1796 | $0.00 | $0.00 | $0.00 | $5,044.81 | $5,044.81 |
| Paul M Kees<br>1402 S Laurent No 18<br>Victoria, TX 77901 | 07-10416 | 1906 | $0.00 | $0.00 | $0.00 | $15,125.60 | $15,125.60 |
| Penny D Clark<br>227 N Westhaven Dr Apt X105<br>Osh Kosh, WI 54904 | 07-10416 | 1963 | $0.00 | $0.00 | $0.00 | $4,673.51 | $4,673.51 |
| Phyllis B Ibach<br>290 Chapman Rd<br>Doylestown, PA 18901 | 07-10417 | 2137 | $0.00 | $0.00 | $0.00 | $4,151.89 | $4,151.89 |
| Phyllis Rudig<br>128 Sunset Cove Ln<br>Palm Beach Gardens, FL 33418 | 07-10417 | 1708 | $0.00 | $0.00 | $0.00 | $9,425.93 | $9,425.93 |
| Ravuri Anjali Hemant<br>1270 S Springwood Dr<br>Anaheim Hills, CA 92808 | 07-10419 | 1409 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Renee Lietz<br>PO Box 18<br>Coloma, WI 54930 | 07-10416 | 1790 | $0.00 | $0.00 | $0.00 | $4,720.19 | $4,720.19 |
| Richard H Fink<br>2024 Crestwood Dr<br>Oshkosh, WI 54904 | 07-10416 | 1759 | $0.00 | $0.00 | $0.00 | $9,034.78 | $9,034.78 |
| Richard Jason Balzar<br>1157 State Hwy 26<br>Oshkosh, WI 54904 | 07-10416 | 3264 | $0.00 | $0.00 | $0.00 | $21,626.71 | $21,626.71 |

Case 07-10416-BLS   Doc 3583-2   Filed 10/31/07   Page 9 of 11

3rd Omnibus

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Equity Claims

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| 
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Robert Crawford<br>PO Box 220<br>Westfield, WI 53964 | 07-10416 | 1801 | $0.00 | $0.00 | $0.00 | $26,296.03 | $26,296.03 |
| Robert D Brown<br>226 Jefferies<br>Lindale, TX 75771-3253 | 07-10417 | 3320 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Robert Joss & Arvette Joss<br>223 Washington Ave<br>Omro, WI 54963 | 07-10416 | 1815 | $0.00 | $0.00 | $0.00 | $7,759.17 | $7,759.17 |
| Robert M Staples<br>100 Lehane Terrace 1<br>No Palm Beach, FL 33408 | 07-10417 | 3443 | $0.00 | $0.00 | $33,750.00 | $0.00 | $33,750.00 |
| Roland A & Delouise H Sawyer JTWROS<br>1638 Kingsway Rd<br>Norfolk, VA 23518 | 07-10416 | 3439 | $0.00 | $0.00 | $0.00 | $155,000.00 | $155,000.00 |
| Ronald & Jeanne Young<br>3251 County Rd G<br>Oxford, WI 53952 | 07-10416 | 1850 | $0.00 | $0.00 | $0.00 | $10,918.06 | $10,918.06 |
| Ronald E Gray & Adelina Gray<br>3480 Mill Run Dr<br>Beavercreek, OH 45432-2334 | 07-10416 | 3488 | $0.00 | $0.00 | $0.00 | $4,584.00 | $4,584.00 |
| Roy & Julia Conlisk<br>121 Cortez Rd Apt 234<br>Hot Springs Village, AR 71909 | 07-10417 | 2002 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ruth E McKerrow<br>3301 S 93rd St Apt 208<br>Milwaukee, WI 53227 | 07-10417 | 3344 | $0.00 | $0.00 | $2,809.54 | $0.00 | $2,809.54 |

3rd Omnibus

Exhibit A
Equity Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Sally Ernestine Mcvicker<br>10616 Mellow Meadows 8A<br>Austin, TX 78750 | 07-10419 | 3213 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sanlyn & Associates<br>Box 38597<br>Germantown, TN 38183 | 07-10417 | 2466 | $18,260.67 | $0.00 | $0.00 | $0.00 | $18,260.67 |
| Theresa & Joseph Zoromski<br>217 Crestview Ave<br>Neenah, WI 54956 | 07-10416 | 1901 | $0.00 | $0.00 | $0.00 | $4,595.78 | $4,595.78 |
| Thushari Ariyaratna<br>24907 Alicante Dr<br>Calabasas, CA 91302 | 07-10416 | 1141 | $0.00 | $0.00 | $60,000.00 | $0.00 | $60,000.00 |
| Timothy Hickey<br>165 Randolph Ave<br>Dumont, NJ 07628 | 07-10416 | 2653 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Valli K Feldman<br>136 E 76 St 11B<br>New York, NY 10021 | 07-10417 | 1707 | $0.00 | $0.00 | $0.00 | $8,001.66 | $8,001.66 |
| Valli K Feldman and Sandy K Feldman Ttees Bernard S Feldman Trust<br>136 East 76th St 11B<br>New York, NY 10021-2832 | 07-10417 | 1709 | $0.00 | $0.00 | $0.00 | $26,967.18 | $26,967.18 |
| Vizcarra Marta R<br>4864 S Wild Rose Dr<br>Tucson, AZ 85730 | 07-10421 | 3418 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| William Crank CF Madison Crank<br>HC 89 Box 41B<br>Henderson, WV 25106 | 07-10416 | 2068 | $0.00 | $0.00 | $0.00 | $1,469.60 | $1,469.60 |

3rd Omnibus

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Equity Claims

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| 
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| William R Crank<br>HC 89 Box 41B<br>Henderson, WV 25106 | 07-10416 | 2067 | $0.00 | $0.00 | $0.00 | $4,697.06 | $4,697.06 |
| Willis Gennice Jenail<br>12017 Dahoon Dr<br>Oklahoma City, OK 73120 | 07-10421 | 1842 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| **Claims To Be Expunged Totals** | | 83 | $28,260.67 | $0.00 | $132,820.34 | $680,904.49 | $841,985.50 |