## Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-10416 (KJC) <br><br> Jointly Administered |

## ORDER PURSUANT TO 11 U.S.C. § 502, FED R. BANKR. P. 3007 AND 9014 AND DEL. BANKR. L.R. 3007-1 DISALLOWING AND EXPUNGING CERTAIN CLAIMS SET FORTH IN DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS

Upon the Debtors' Third Omnibus Objection To Claims: Non-Substantive Objection Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain Shareholder Claims (the "Objection"),[2] filed by New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc. ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession in the above-styled case (collectively, the "Debtors"); and it appearing that notice of the objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Objection, the claims

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

listed on Exhibit A annexed hereto, and any responses thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

FOUND AND DETERMINED THAT:

A. This Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B. Each holder of a claim (as to each, a "Claim") listed on Exhibit A attached hereto was properly and timely served with a copy of the Objection, the Proposed Order, the accompanying exhibit, and the Notice; and

C. Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

D. The Claims listed on Exhibit A hereto are Claims that assert interests in, and not claims against, the Debtors' estate; and

E. The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

7. The Objection is GRANTED.

8. The Claims listed on Exhibit A are hereby disallowed and expunged in their entirety.

9. The Debtors' rights to amend, modify, or supplement this Objection, to file additional objections to the Claims or any other claims (filed or not) which may be asserted against the Debtors, and to seek further reduction of any Claim to the extent such Claim has been paid, are preserved. Additionally, should one or more of the grounds of objection stated in this

2

Objection be dismissed, the Debtors rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these cases are preserved.

10. This Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

11. Each Claim and the objections by the Debtors to such Claim, as addressed in the Objection and as set forth on <u>Exhibit A</u> hereto, constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

Dated: November ___, 2007
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

*EXHIBIT A*
*(TO ORDER)*

3rd Omnibus

Exhibit A

Equity Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Arvette J Joss<br>223 Washington Ave<br>Omro, WI 54963 | 07-10416 | 1814 | $0.00 | $0.00 | $0.00 | $3,880.25 | $3,880.25 |
| Audra Byczyoski c/f Alex Hansen<br>911 9th St<br>Plover, WI 54467 | 07-10416 | 1711 | $0.00 | $0.00 | $0.00 | $7,772.11 | $7,772.11 |
| Betty J Fink<br>2024 Crestwood Dr<br>Oshkosh, WI 54904 | 07-10416 | 1745 | $0.00 | $0.00 | $0.00 | $3,432.81 | $3,432.81 |
| Billie D Higgins<br>PO Box 97<br>Santa Fe, TX 77517 | 07-10417 | 1688 | $0.00 | $0.00 | $0.00 | $12,430.08 | $12,430.08 |
| Bogdan Daniel Macovei<br>5867 Los Arcos Way<br>Buena Pk, CA 90620 | 07-10416 | 1784 | $0.00 | $0.00 | $0.00 | $540.00 | $540.00 |
| Carolyn Kees<br>1402 S Laurent No 18<br>Victoria, TX 77901 | 07-10416 | 1907 | $0.00 | $0.00 | $0.00 | $7,621.97 | $7,621.97 |
| CD Batten & Faye Batten<br>2348 Bullhead Rd<br>Bailey, NC 27807 | 07-10417 | 1642 | $0.00 | $0.00 | $0.00 | $5,395.50 | $5,395.50 |
| Cohen Moshe<br>32 Trumpet Vine<br>Irvine, CA 92603 | 07-10419 | 2099 | $0.00 | $0.00 | $1,600.00 | $4,875.12 | $6,475.12 |
| Constance C Wood<br>345 Chester Rd<br>Devor, PA 19333 | 07-10416 | 3305 | $0.00 | $0.00 | $6,749.00 | $0.00 | $6,749.00 |

3rd Omnibus

Exhibit A

Equity Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Donald Leissring & Karen Leissring<br>13100 W Cameron Ave<br>Butler, WI 53007 | 07-10416 | 1817 | $0.00 | $0.00 | $0.00 | $15,322.05 | $15,322.05 |
| Donald W Leissring<br>13100 W Cameron Ave<br>Butler, WI 53007 | 07-10416 | 1918 | $0.00 | $0.00 | $0.00 | $10,933.06 | $10,933.06 |
| Donna Dettmann<br>484 County Rd 982<br>Iuka, MS 38852 | 07-10416 | 1789 | $0.00 | $0.00 | $0.00 | $4,442.93 | $4,442.93 |
| Donna L Wallis<br>14591 Marsh View Dr<br>Jacksonville Bch, FL 32250 | 07-10417 | 2527 | $0.00 | $0.00 | $0.00 | $1,944.45 | $1,944.45 |
| DuWayne & Nancy Beaver<br>2 Narvaez Pl<br>Hot Springs Village, AR 71909 | 07-10417 | 2001 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| E B Sims<br>W6597 County M<br>Westfield, WI 53964 | 07-10416 | 1899 | $0.00 | $0.00 | $0.00 | $29,334.94 | $29,334.94 |
| Edward Eleanore Dickhaus<br>3150 Lexington Ave No 317<br>Shoreview, MN 55126 | 07-10417 | 2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Elmer C Steger<br>57 Tiburon Way<br>Hot Springs Village, AR 71909 | 07-10417 | 1993 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Fred V Vellance & Virginia F Vellance<br>Vellance R Trust 8 21 03 Ten Com 34516 Hwy 107<br>Cabot, AR 72023 | 07-10417 | 1615 | $0.00 | $0.00 | $0.00 | $23,432.03 | $23,432.03 |

Case 07-10416-BLS   Doc 3583-4   Filed 10/31/07   Page 8 of 15

3rd Omnibus

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

Exhibit A
Equity Claims

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Fred W & Margarette Wintermantel<br>514 E Roosevelt Ave<br>New Castle, DE 19720 | 07-10417 | 2468 | $0.00 | $0.00 | $0.00 | $3,536.88 | $3,536.88 |
| Gayle R Bacon<br>4694 7th Ln<br>Hancock, WI 54943 | 07-10416 | 1743 | $0.00 | $0.00 | $0.00 | $13,345.56 | $13,345.56 |
| Gayle R Bacon and Linda M Bacon<br>N4694 7th Ln<br>Hancock, WI 54943 | 07-10416 | 1744 | $0.00 | $0.00 | $0.00 | $7,367.76 | $7,367.76 |
| Gennice Jenail Willis<br>12017 Dahoon Dr<br>Oklahoma City, OK 73120 | 07-10416 | 1843 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| Gerard G & Luanne G Prescher<br>6610 Wood Ave<br>Wisconsin Rapids, WI 54494 | 07-10416 | 3262 | $0.00 | $0.00 | $0.00 | $7,378.01 | $7,378.01 |
| Gerard G Prescher<br>6610 Wood Ave<br>Wisconsin Rapids, WI 54494 | 07-10416 | 3260 | $0.00 | $0.00 | $0.00 | $9,689.90 | $9,689.90 |
| Gertrude & Monty Matnsciani<br>164 County Rd 537 W<br>Colts Neck, NJ 07722-2118 | 07-10417 | 1677 | $0.00 | $0.00 | $0.00 | $17,476.03 | $17,476.03 |
| Gertrude Matnsciani<br>164 County Rd 537 W<br>Colts Neck, NJ 07722-2118 | 07-10417 | 1681 | $0.00 | $0.00 | $0.00 | $609.50 | $609.50 |
| Greenlight Capital LP<br>140 E 45th St 24th Fl<br>New York, NY 10017-7142 | 07-10417 | 3109 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Case 07-10416-BLS   Doc 3583-4   Filed 10/31/07   Page 9 of 15

3rd Omnibus

Exhibit A

Equity Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Greenlight Capital Offshore Ltd<br>140 East 45th St 24th Fl<br>New York, NY 10017-7142 | 07-10417 | 2686 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Greenlight Capital Qualified L P<br>140 E 45th St 24th Fl<br>New York, NY 10017-7142 | 07-10417 | 3004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Greenlight Reinsurance Ltd<br>140 East 45th St 2nd Fl<br>New York, NY 10017-7142 | 07-10417 | 2684 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| I William Reinhard<br>6678 E Valle Di Cadore<br>Tucson, AZ 85750 | 07-10417 | 3308 | $0.00 | $0.00 | $18,560.00 | $0.00 | $18,560.00 |
| Janice McLay<br>W 12083 Cumberland Ave<br>Coloma, WI 54930 | 07-10416 | 2064 | $0.00 | $0.00 | $0.00 | $17,491.23 | $17,491.23 |
| Jay Sims<br>2963 Pennsylvania Ave Apt 7<br>Charleston, WV 25302 | 07-10416 | 2273 | $0.00 | $0.00 | $0.00 | $9,775.30 | $9,775.30 |
| Jeffrey P Nennig<br>1225 N Lake St<br>Neenah, WI 54956 | 07-10416 | 2472 | $0.00 | $0.00 | $0.00 | $18,631.76 | $18,631.76 |
| Jeffrey P Nennig<br>1225 N Lake St<br>Neenah, WI 54956 | 07-10416 | 2470 | $0.00 | $0.00 | $0.00 | $6,068.99 | $6,068.99 |
| John A Tomasko<br>1253 Lake Breeze Rd<br>OshKosh, WI 54904 | 07-10416 | 2066 | $0.00 | $0.00 | $0.00 | $19,995.87 | $19,995.87 |

3rd Omnibus

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
# Equity Claims

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | |
| John D Kampen<br>W5838 Grouse Dr<br>Endeavor, WI 53930 | 07-10416 | 1821 | $0.00 | $0.00 | $0.00 | $17,631.30 | $17,631.30 |
| Kay E Cline<br>W11054 W Harmony Dr<br>Lodi, WI 53555 | 07-10416 | 1792 | $0.00 | $0.00 | $0.00 | $11,919.09 | $11,919.09 |
| Kay E Cline<br>W11054 Harmony Dr<br>Lodi, WI 53555 | 07-10416 | 1793 | $0.00 | $0.00 | $0.00 | $5,343.00 | $5,343.00 |
| Keith E Schilder<br>59 Zarpa Way<br>Hot Springs Valley, AR 71909 | 07-10417 | 1992 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kenneth W Potterton<br>1541 Repp Ave<br>Oshkosh, WI 54902 | 07-10416 | 1710 | $0.00 | $0.00 | $0.00 | $17,019.33 | $17,019.33 |
| Kevin & Debra Lichtenberg<br>1781 Hunters Glen<br>OshKosh, WI 54904 | 07-10416 | 2023 | $0.00 | $0.00 | $0.00 | $3,186.61 | $3,186.61 |
| Krupinski Ronald J<br>45 Devine Dr<br>Mahwah, NJ 07430 | 07-10419 | 1946 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lee & Joyce Roberts<br>969 Honeycreek Rd<br>OshKosh, WI 54904 | 07-10416 | 2065 | $0.00 | $0.00 | $0.00 | $11,241.40 | $11,241.40 |
| Leroy Honeyager<br>531 19th St N<br>Wisconsin Rapids, WI 54494 | 07-10416 | 1893 | $0.00 | $0.00 | $0.00 | $8,219.52 | $8,219.52 |

3rd Omnibus

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Equity Claims

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Lisa Marie Meszaros<br>22 Thunder Trl<br>Irvine, CA 92614 | 07-10416 | 3240 | $0.00 | $0.00 | $650.00 | $0.00 | $650.00 |
| Lopez Gloria A<br>8009 Nazareth Dr<br>Corpus Christi, TX 78413 | 07-10421 | 1726 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Macovei Bogdan Daniel<br>5867 Los Arcos Way<br>Buena Pk, CA 90620 | 07-10419 | 1785 | $0.00 | $0.00 | $0.00 | $596.70 | $596.70 |
| Manuel R Alicea<br>5382 Black Pine Dr<br>Tampa, FL 33624 | 07-10417 | 1037 | $0.00 | $0.00 | $8,701.80 | $0.00 | $8,701.80 |
| Marta R Vizcarra<br>4864 S Wild Rose Dr<br>Tucson, AZ 85730 | 07-10416 | 3417 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Michael Crawford<br>PO Box 220<br>Westfield, WI 53964 | 07-10416 | 1991 | $0.00 | $0.00 | $0.00 | $849.50 | $849.50 |
| Michael N McLav<br>W 12083Cumberland Ave<br>Coloma, WI 54930 | 07-10416 | 2062 | $0.00 | $0.00 | $0.00 | $11,636.51 | $11,636.51 |
| Monty Matriscianí<br>164 County Rd 537 W<br>Colts Neck, NJ 07722-2118 | 07-10417 | 1682 | $0.00 | $0.00 | $0.00 | $2,476.36 | $2,476.36 |
| Pam Colella<br>47017 Metz Rd<br>New Waterford, OH 44445 | 07-10416 | 1803 | $0.00 | $0.00 | $0.00 | $3,968.52 | $3,968.52 |

Case 07-10416-BLS   Doc 3583-4   Filed 10/31/07   Page 12 of 15

3rd Omnibus

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Equity Claims

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| 
|---|---|---|---|---|---|---|---|
|  |  |  | Secured | Admin | Priority | Unsecured | Total |
| Pamela J Honnold<br>PO Box 271<br>Westfield, WI 53964 | 07-10416 | 1796 | $0.00 | $0.00 | $0.00 | $5,044.81 | $5,044.81 |
| Paul M Kees<br>1402 S Laurent No 18<br>Victoria, TX 77901 | 07-10416 | 1906 | $0.00 | $0.00 | $0.00 | $15,125.60 | $15,125.60 |
| Penny D Clark<br>227 N Westhaven Dr Apt X105<br>Osh Kosh, WI 54904 | 07-10416 | 1963 | $0.00 | $0.00 | $0.00 | $4,673.51 | $4,673.51 |
| Phyllis B Ibach<br>290 Chapman Rd<br>Doylestown, PA 18901 | 07-10417 | 2137 | $0.00 | $0.00 | $0.00 | $4,151.89 | $4,151.89 |
| Phyllis Rudig<br>128 Sunset Cove Ln<br>Palm Beach Gardens, FL 33418 | 07-10417 | 1708 | $0.00 | $0.00 | $0.00 | $9,425.93 | $9,425.93 |
| Ravuri Anjali Hemant<br>1270 S Springwood Dr<br>Anaheim Hills, CA 92808 | 07-10419 | 1409 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Renee Lietz<br>PO Box 18<br>Coloma, WI 54930 | 07-10416 | 1790 | $0.00 | $0.00 | $0.00 | $4,720.19 | $4,720.19 |
| Richard H Fink<br>2024 Crestwood Dr<br>Oshkosh, WI 54904 | 07-10416 | 1759 | $0.00 | $0.00 | $0.00 | $9,034.78 | $9,034.78 |
| Richard Jason Balzar<br>1157 State Hwy 26<br>Oshkosh, WI 54904 | 07-10416 | 3264 | $0.00 | $0.00 | $0.00 | $21,026.71 | $21,026.71 |

3rd Omnibus

Exhibit A

Equity Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Robert Crawford<br>PO Box 220<br>Westfield, WI 53964 | 07-10416 | 1801 | $0.00 | $0.00 | $0.00 | $26,296.03 | $26,296.03 |
| Robert D Brown<br>226 Jefferies<br>Lindale, TX 75771-3253 | 07-10417 | 3320 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Robert Joss & Arvette Joss<br>223 Washington Ave<br>Omro, WI 54963 | 07-10416 | 1815 | $0.00 | $0.00 | $0.00 | $7,759.17 | $7,759.17 |
| Robert M Staples<br>100 Lehane Terrace 1<br>No Palm Beach, FL 33408 | 07-10417 | 3443 | $0.00 | $0.00 | $33,750.00 | $0.00 | $33,750.00 |
| Roland A & Delouise H Sawyer JTWROS<br>1638 Kingsway Rd<br>Norfolk, VA 23518 | 07-10416 | 3439 | $0.00 | $0.00 | $0.00 | $155,000.00 | $155,000.00 |
| Ronald & Jeanne Young<br>3251 County Rd G<br>Oxford, WI 53952 | 07-10416 | 1850 | $0.00 | $0.00 | $0.00 | $10,918.06 | $10,918.06 |
| Ronald E Gray & Adelina Gray<br>3480 Mill Run Dr<br>Beavercreek, OH 45432-2334 | 07-10416 | 3488 | $0.00 | $0.00 | $0.00 | $4,584.00 | $4,584.00 |
| Roy & Julia Conlisk<br>121 Cortez Rd Apt 234<br>Hot Springs Village, AR 71909 | 07-10417 | 2002 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ruth E McKerrow<br>3301 S 93rd St Apt 208<br>Milwaukee, WI 53227 | 07-10417 | 3344 | $0.00 | $0.00 | $2,809.54 | $0.00 | $2,809.54 |

Case 07-10416-BLS    Doc 3583-4    Filed 10/31/07    Page 14 of 15

3rd Omnibus

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Equity Claims

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| 
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Sally Ernestine Mcvicker<br>10616 Mellow Meadows 8A<br>Austin, TX 78750 | 07-10419 | 3213 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sanlyn & Associates<br>Box 38597<br>Germantown, TN 38183 | 07-10417 | 2466 | $18,260.67 | $0.00 | $0.00 | $0.00 | $18,260.67 |
| Theresa & Joseph Zoromski<br>217 Crestview Ave<br>Neenah, WI 54956 | 07-10416 | 1901 | $0.00 | $0.00 | $0.00 | $4,595.78 | $4,595.78 |
| Thushan Arivaratna<br>24907 Alicante Dr<br>Calabasas, CA 91302 | 07-10416 | 1141 | $0.00 | $0.00 | $60,000.00 | $0.00 | $60,000.00 |
| Timothy Hickey<br>165 Randolph Ave<br>Dumont, NJ 07628 | 07-10416 | 2653 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Valli K Feldman<br>136 E 76 St 11B<br>New York, NY 10021 | 07-10417 | 1707 | $0.00 | $0.00 | $0.00 | $8,001.66 | $8,001.66 |
| Valli K Feldman and Sandy K Feldman Ttees Bernard S Feldman Trust<br>136 East 76th St 11B<br>New York, NY 10021-2832 | 07-10417 | 1709 | $0.00 | $0.00 | $0.00 | $26,967.18 | $26,967.18 |
| Vizcarra Marta R<br>4864 S Wild Rose Dr<br>Tucson, AZ 85730 | 07-10421 | 3418 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| William Crank CF Madison Crank<br>HC 89 Box 41B<br>Henderson, WV 25106 | 07-10416 | 2068 | $0.00 | $0.00 | $0.00 | $1,469.60 | $1,469.60 |

3rd Omnibus

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Equity Claims

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| William R Crank<br>HC 89 Box 41B<br>Henderson, WV 25106 | 07-10416 | 2067 | $0.00 | $0.00 | $0.00 | $4,697.06 | $4,697.06 |
| Willis Gennice Jenail<br>12017 Dahoon Dr<br>Oklahoma City, OK 73120 | 07-10421 | 1842 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| Claims To Be Expunged Totals | | 83 | $28,260.67 | $0.00 | $132,820.34 | $680,904.49 | $841,985.50 |

Case No.07-10416 (KJC)