# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
*Movant: Saxon Mortgage Services, Inc.*
*D&G Reference: 210762*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000304018 | ALLEN | 9/7/2005 | $976,00.00 | $107,963.33 | $120,000.00 | 1114 INGALLS AVE 1A<br>JOLIET IL 60435 |
| 2000264716 | GONZALEZ | 6/28/2006 | $276,000.00 | $314,540.84 | $250,000.00 | 4230 MONTALVO STREET UNIT 7<br>SAN DIEGO CA 92107 |
| 2000265900 | GOMAR | 8/22/2006 | $197,600.00 | $217,098.55 | $180,000.00 | 1505 SUNRISE ROAD<br>BARSTOW CA 92311 |
| 2000303949 | MOHAMED | 9/2/2005 | $204,000.00 | $212,172.11 | $270,000.00 | 6275 N STRAMBOAT WAY<br>NEW MARKET MD 21774 |
| 2000265327 | GUIZAR | 8/15/2006 | $223,200.00 | $245,000.20 | $215,000.00 | 644 N HARRISON AVE<br>FRESNO CA 93728 |
| 2000265879 | FLORES | 8/22/2006 | $212,000.00 | $237,699.07 | $230,000.00 | 82555 KENNER AVE<br>INDIO CA 92201 |
| 2000222490 | BARRERAS | 5/31/2006 | $343,200.00 | $387,946.81 | $320,000.00 | 700 SOUTH HAROUR ISLAND<br>TAMPA FL 33602 |
| 2000324885 | JENNINGS | 5/31/2006 | $504,000.00 | $580,976.78 | $475,000.00 | 1291 BABCOCK COURT<br>BRENTWOOD CA 94513 |
| 2000222489 | TYRON | 5/26/2006 | $395,200.00 | $446,891.00 | $385,000.00 | 11015 PENTLAND DOWNS ST<br>LAS VEGAS NV 89141 |
| 2000222476 | ANGUIANO | 5/9/2006 | $368,000.00 | $389,005.27 | $431,000.00 | 22190 EMPRESS STREET<br>MORENO VALLEY CA 92553 |
| 2000222474 | SCHROEDER | 5/10/2006 | $600,000.00 | $683,376.60 | $650,000.00 | 363-36 FOOTHILL ROAD<br>SAN DIEGO CA 92173 |