# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
*Movant: LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2007-HE1.*
*D&G Reference: 210763/Batch 15*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000206248 | NGUYEN | 6/21/2006 | $461,635.00 | $479,172.89 | $380,000.00 | 40201 STARLING STREET TEMECULA CA 92591 |
| 2000206444 | RODRIGUEZ | 6/26/2006 | $261,000.00 | $271,708.90 | $226,000.00 | 974 HARRISON AVENUE SANGER CA 93657 |