**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., et al., | |
| Debtors. | Objections due by: 11/01/07 |
| | Hrg Date: 11/06/07 @1:30 p.m. |
| _____/ | |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 3271**

The undersigned certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to RESIDENTIAL CAPITAL, LLC'S MOTION FOR RELIEF FROM STAY WITH REGARD TO 106 PROPERTIES, filed on October 11, 2007. The undersigned further certifies the he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than November 1, 2007.

It is hereby respectfully requested that the proposed order be entered at the earliest convenience of the Court.

Dated: November 2, 2007

LAW OFFICES OF DAVID J. STERN, P.A.
801 S. University Drive Suite 500
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna
_____
FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

07-05979.CNO