## CERTIFICATE OF SERVICE

I, Bonnie Glantz Fatell, hereby certify that on November 2, 2007, I caused a copy

of the following document to be served on the individuals on the attached service list in the

manner indicated.

**Committee's Objection To Motion Of Joseph & Lavon
Taylor, Individually And On Behalf Of Others Similarly
Situated, For An Order: (A) Enlarging The Bar Date;
And (B) Granting Leave To File A Class Proof Of Claim**

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (Bar No. 3809)

127340.01600/40171970v.1

*New Century TRS Holdings, Case No. 07-10416*
*Bankruptcy Rule 2002 Service List*

*Local Via Hand Delivery  -  Non-Local Via First Class Mail*

*Representing Nabih Mangoubi and Esther Mangoubi, as beneficiaries of Illinois Land Trust No. R-3679 that is landlord of premises located at 500 Peterson Road, Libertyville, IL 60048*
Elihu E. Allinson, III
William D. Sullivan
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
zeke@williamdsullivanllc.com

*Representing Positive Software Solutions, Inc.*
Daniel K. Astin
Anthony M. Saccullo
Carl D. Neff
Fox Rothschild LLP
P.O. Box 2323
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19899-2323
dastin@foxrothschild.com
asaccullo@foxrothschild.com
cneff@foxrothschild.com

*Representing KST Data, Inc.*
Richard M. Beck
Christopher A. Ward
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801  rbeck@klehr.com
cward@klehr.com

*Representing SN Servicing Corp. as Agent for Alaska Seaboard Partners Limited Partnership*
Richard M. Beck
Michael W. Yurkewicz
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

*Representing Safeco Financial Institution Solutions, Inc.*
Don A. Beskrone
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899 dbeskrone@ashby-geddes.com

*Representing CB Richard Ellis Corporate Facilities Management, Inc.*
Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801  icb@bgbde.com
gfm@bgbde.com

*Representing Washington Mutual & Daniel
J. Rubio, John Hicks, David Vizcarra,
indivuals on behalf of themselves, all others
similary situated and the general public*
Karen C. Bifferato
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
kbifferato@cblh.com
mphillips@cblh.com

*Representing UBS Real Estate Securities,
Inc.*
William P. Bowden
Gregory A. Taylor
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899 wbowden@ashby-
geddes.com
gtaylor@ashby-geddes.com

*Representing DB Structured Products, Inc.*
Robert S. Brady
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801 rbrady@ycst.com

*Representing Countrywide Home Loans,
Inc., d/b/a America's Wholesale Lender*
Charles J. Brown, III
"J" Jackson Shrum
Harvey Pennington, Ltd.
P.O. Box 1630
913 Market Street, Suite 702
Wilmington, DE 19899
cbrown@harvpenn.com
jshrum@harvpenn.com

*Representing Credit-Based Asset Servicing
and Securitization and Wells Fargo Bank,
N.A. and The Irvine Company*
Michael Busenkell
Eckert, Seamans, Cherin & Mellot, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
mbusenkell@eckertseamans.com

*Representing GMAC Commercial Finance
LLC and Countrywide Home Loans*
William E. Chipman, Jr.
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801
wchipman@eapdlaw.com

*Representing Maguire Properties-Park
Place*
Megan E. Cleghorn
Skadden, Arps, Slate, Meagher & Flom LLP
P.O. Box 636
One Rodney Square
Wilmington, DE 19899-0636
mcleghor@skadden.com

*Representing Stoney Point East*
Richard S. Cobb
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801 cobb@lrclaw.com
mcguire@lrclaw.com

*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Chun I. Jang
Christopher M. Samis
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
920 King Street
Wilmington, DE 19899  Collins@RLF.com
merchant@rlf.com
jang@rlf.com
samis@rlf.com

*Representing CSHV Denver Tech Center,*
*LLC*
Victoria Watson Counihan
Dennis A. Meloro
Greenberg Traurig, LLP
The Nemours Building, 1007 North Orange
Street, Suite 1200
Wilmington, DE 19801
counihanv@gtlaw.com
melorod@gtlaw.com

*Representing International Business*
*Machines Corporation*
Charlene D. Davis
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Representing Morgan Stanley Mortgage*
*Capital Inc.*
Robert J. Dehney
Gregory W. Werkheiser
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
P.O. Box 1347
1201 N. Market Street, 18th Floor
Wilmington, DE 19899-1347
rdehney@mnat.com
gwerkheiser@mnat.com
dbutz@mnat.com

*Representing Citigroup Global Markets*
*Realty Corp.*
Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
meskin@camlev.com
mhurford@camlev.com

*Representing Sprint Communications*
*Company L.P. d/b/a Sprint Nextel*
*Corporation and ADT Security Services,*
*Inc. & CitiMortgage*
Brett D. Fallon
Morris James LLP
P.O. Box 2306
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
bfallon@morrisjames.com

*Representing The Official Committee of*
*Unsecured Creditors*
Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
fatell@blankrome.com

*Representing General Electric Capital*
*Corporation*
Michael G. Gallerizzo
David V. Fontana
Gebhart & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801
mgall@gebsmith.com

*Representing Natixis Real Estate Capital,*
*Inc.*
Neil B. Glassman
Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Representing Premier Print and Services*
*Group, Inc.*
Joseph Grey
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801  jg@stevenslee.com

*Representing IndyMac Bank, F.S.B. and*
*Qwest Corporation*
Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
kgwynne@reedsmith.com

*Representing Walz Postal Solutions, Inc.,*
*also known as Walz Secured Outsourcing*
William A. Hazeltine
Law Offices of William A. Hazeltine LLC
The Brandywine Building, 1000 N. West
Street, Suite 1200
1000 N. West Street
Wilmington, DE 19801
wahazeltine@whazeltinelaw.com

*Representing Richard S. Austin, Lauren V.*
*Liva, Michael Vandall, Scott Rasmussen,*
*Martha F. Moreland and Carla Lyes*
James E. Huggett
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801
jhuggett@margolisedelstein.com

*Representing Ellington Management Group*
David R. Hurst
Christopher S. Chow
Douglas D. Hermann
Skadden Arps Slate Meagher & Flom LLP
P.O. Box 636
One Rodney Square
Wilmington, DE 19899-0636
dhurst@skadden.com

*Representing Barclays Bank PLC*
Henry Jaffe
Pepper Hamilton LLP
P.O. Box 1709
Hercules Plaza, Suite 5100
Wilmington, DE 19899-1709

*Representing HSBC Bank USA, National
Association, HSBC Mortgage Corporation
USA*
Andrew C. Kassner
Howard A. Cohen
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

*Representing Carrington Mortgage
Services, LLC and Carrington Capital
Management, LLC*
Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
skortanek@wcsr.com

*Representing JP Morgan Chase Bank, NA*
Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801  landis@lrclaw.com

*Representing Hartford Fire Insurance
Company*
Michael R. Lastowski
Christopher M. Lastowski
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
mlastowski@duanemorris.com
cmwinter@duanemorris.com

*Representing Union Bank of California*
David M. Fournier
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street,  Suite 5100
Wilmington, DE 19801

*Representing P.C. Associates*
Christopher P. Mann
Kevin S. Mann
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, De 19899-1380
csimon@crosslaw.com

*Representing LandAmerica Default Services
Company*
Katherine L. Mayer
McCarter & English LLP
P.O. Box 111
919 Market Street, Suite 1800
Wilmington, DE 19899

*Representing United States Trustee*
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
Joseph.McMahon@usdoj.gov

*Representing Adfitech, Inc.*
Evelyn J. Meltzer
Pepper Hamilton LLP
P.O. Box 1709
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

*Representing Village at Camp Bowie I, L.P.*
Stephen M. Miller
Morris James LLP
P.O. Box 2306
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
smiller@morrisjames.com

*Representing Examiner, Michael J. Missal*
Mark M. Minuti
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801  mminuti@saul.com

*Representing RBC Mortgage Company,*
*Royal Bank of Canada and RBC Centura*
*Bank*
Francis A. Monaco, Jr.
Monzack and Monaco, P.A.
P.O. Box 2031
1201 N. Orange Street, Suite 400
Wilmington, DE 19899
fmonaco@monlaw.com

*Representing Kodiak Funding LP and*
*Kodiak CDO I, Ltd.*
Norman M. Monhait
Rosenthal, Monhait & Goddess, P.A.
P.O. Box 1070
919 Market Street, Suite 1401
Wilmington, DE 19899-1070
nmonhait@rmgglaw.com

*Representing Credit Suisse First Boston*
*Mortgage Capital LLC and DLJ Mortgage*
*Capital, Inc.*
Michael R. Nestor
Young Conaway Stargatt & Taylor, LLP
P.O. Box 391
The Brandywine Bldg
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
mnestor@ycst.com

*Representing Bank of America, N.A.*
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
lsilverstein@potteranderson.com

*Representing Government Agency*
Ellen W. Slights
U.S. Attorney's Office
P.O. Box 2046
1007 Orange Street, 7th Floor
Wilmington, DE 19899-2046
USADE.ecfbankruptcy@usdoj.gov

*Representing Deutsche Bank National Trust*
*Company*
David B. Stratton
Pepper Hamilton LLP
P.O. Box 1709
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899
strattond@pepperlaw.com

*Representing Mills Enterprises*
Brian A. Sullivan
Amy D. Brown
Werb & Sullivan
Thirteenth Floor, 300 Delaware Avenue
Wilmington, DE 19801

*Representing LandAmerica Default Services
Company; Tamares Real Estate Holdings,
Inc., Plaza America Office Development,
LLC and Plaza Office Realty II, LLC*
William F. Taylor, Jr.
Katherine L. Mayer
McCarter & English, LLP
P.O. Box 111
919 N. Market Street, Suite 1800
Wilmington, DE 19899

*Representing ABN AMRO Bank N.V.*
Joanne B. Wills
Michael W. Yurkewicz
Klehr, Harrison, Harvey, Branzburg &
Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801  jwills@klehr.com
myurkewicz@klehr.com

*Representing Coremetrics, Inc.*
Jeffrey C. Wisler
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
The Nemours Building
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899  jwisler@cblh.com
mphillips@cblh.com

XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295

Bill Beaver
US Dept of Labor

Employee Benefits Security Admin LA
Regional Office
1055 E Colorado Blvd Ste 200
Pasadena, CA 91106-2341

IKON Office Solutions
Recovery & Bankruptcy
3920 Ark Wright Road, Suite 400
Macon, GA 31210

State Treasurer's Office
Bankruptcy Department
915 Capitol Mall Suite 110
Sacramento, CA 95814

Northeast Regional Office
Bankruptcy Department
Mark Schonfield Regional Director
3 World Financial Ctr, Room 4300
New York, NY 10281  newyork@secgov

*Representing Government Agency*
Secretary of the Treasury
P.O. Box 7040
Dover, DE 19903

*Representing Government Agency*
Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

 Delaware Department of Natural Resources
& Environmental
Bankruptcy Department, John A. Huges
Secretary
89 Kings Highway
Dover, DE 19901

State of Delaware Division of Revenue
Bankruptcy Department
Carvel State Office Bldg
820 N French St
Wilmington, DE 19801

*Representing Government Agency*
Division of Unemployment Insurance
Department of Labor
4425 N. Market Street
Wilmington, DE 19802

*Representing Government Agency*
Delaware Secretary of State
Division of Corporations
Franchise Tax Division
P.O. Box 7040
Dover, DE 19903

IRS Local Office, Insolvency Section
844 King Street
Wilmington, DE 19801

Delaware Department of Justice
Bankruptcy Department
Division of Securities
820 N French St 5th Fl
Wilmington, DE 19801

State Board of Equalization Bankruptcy
Department
PO Box 942879
Sacramento, CA 94279-0001

*Representing Bexar County and City of El Paso*
David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
Travis Building, 711 Navarro, Suite 300
San Antonio, TX 78205

*Representing DB Structured Products, Inc.*
Richard H. Agins
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
richard.agins@bingham.com

*Representing Eschelon Telecom, Inc.*
Dennis Ahlers
Eschelon Telecom, Inc.
c/o Dennis D. Ahlers, 730 Second Ave.
South Suite 900
Minneapolis, MN 55402
ddahlers@eschelon.com

*Representing State of New Jersey*
Heather L. Anderson
Deputy Attorney General
Attorney General of New Jersey
P.O. Box 119
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625-0119

*Representing CSHV Denver Tech Center, LLC*
Daniel Ansell
Kenneth Philbin
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166 anselld@gtlaw.com
philbink@gtlaw.com

RLF1-3201227-1

*Representing Pennsbury Village Borough*
John J. Arminas
Goldberg, Kamin & Garvin
1806 Frick Building, 437 Grant Street
Pittsburgh, PA 15219
johna@gkgattorneys.com

*Representing GMAC Commercial Finance LLC*
Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075
hazarcon@gmaccf.com

*Representing New Falls Corporation*
James F. Bailey
Law Offices of James F. Bailey, P.A.
Three Mill Road, Suite 306A
Wilmington, DE 19806

*Representing Maguire Properties-Park Place*
D.J. Baker
Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

*Representing Diane Oliveria*
David G. Baker
105 Union Wharf
Boston, MA 02109

*Representing Mansfield ISD, Castleberry ISD, Arlington ISD, City of Hurst, City of Whitewright, Whitewright ISD, City of Cedar Hill, Cedar Hill ISD, Richardson ISD, City of Princeton, Princeton ISD, Celina ISD*
Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430
arlbank@pbfcm.com

*Representing Hidalgo County*
John Banks
Perdue Brandon Fielder Collins & Mott LLP
3301 Northland Drive, Suite 505
Austin, TX 78731

*Representing Citigroup Global Markets Realty Corp.*
Paul M. Basta
Joshua A. Sussberg
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
pbasta@kirkland.com
jsussberg@kirkland.com

*Representing American Home Mortgage Corp.*
Ted A. Berkowitz
Farrell Fritz, P.C.
1320 Reckson Plaza
Uniondale, NY 11556-1320
tberkowitz@farrellfritz.com

*Representing Deutsche Bank National Trust Company*
Mark N. Berman
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832
mberman@nixonpeabody.com

*Representing Litton Loan Servicing, LLP*
Hilary B. Bonial
Tyler B. Jones
Brice Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243 notice@bkcylaw.com

*Representing Kodiak Funding LP and Kodiak CDO I, Ltd.*
Matthew Botica
David Wirt
Grayson Walter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601 Mbotica@winston.com
Dwirt@winston.com
Gwalter@winston.com

*Representing QKC Maui Owner, LLC*
Mark Browning
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*Representing Safeco Financial Institution Solutions, Inc.*
Frank G. Burt
Raul A. Cuervo
W. Glenn Merten
Jorden Burt LLP
1025 Thomas Jefferson Street, NW

Suite 400 East
Washington, DC 20007-5208
fgb@jordenusa.com
rac@jordenusa.com
wgm@jordenusa.com

*Representing Residential Funding Company, LLC*
Mary F. Caloway
Eric Lopez Schnabel
Buchanan Ingersoll & Rooney PC
The Brandywine Building, 1000 West
Street, Suite 1410
Wilmington, DE 19801
mary.caloway@bipc.com
eric.schnabel@bipc.com

Mabel Capolongo
Employee Benefits Security Administration
Philadelphia Regional Office
Curtis Center
170 S. Independence Mall West
Suite 870 West
Philadelphia, PA 19106-3317

Elaine Chao, Secretary
US Department of Labor
Administrative Review Board
Benefits Review Board
Frances Perkins Building
200 Constitution Avenue NW
Washington, DC 20210

*Representing UBS Real Estate Securities,*
*Inc.*
Richard A. Chesley
Kimberly D. Newmarch
Paul, Hastings, Janofsy & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
richardchesley@paulhastings.com
kimberlynewmarch@paulhastings.com

*Representing Theresa A. Davis*
Robert P. Cocco
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106  rcocco@rcn.com

*Representing Barclays Bank PLC and*
*Barclays Capital*
Ken Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

*Representing QKC Maui Owner LLC*
Andrew S. Conway
Honigman Miller Schwartz & Cohn LLP
28500 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
aconway@honigman.com

*Representing State of Michigan -*
*Department of Treasury*
Michael A. Cox
Attorney General
Julius O. Curling
Assistant Attorney General
Department of Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

*Representing Oklahoma County Treasurer*
Gretchen Crawford
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102

*Representing ABN AMRO Bank N.V.*
Raniero D'Aversa, Jr.
Laura D. Metzger
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
rdaversa@mayerbrown.com
ldmetzger@mayerbrown.com

*Representing Gwinnett Center, LLC*
Heather D. Dawson
Kitchens Kelley Gaynes, P.C.
Suite 900, 11 Piedmont Center
3495 Piedmont Road, N.E.
Atlanta, GA 30305  hdawson@kkgpc.com

Bankruptcy Department
Maryland State Department of Assessments
and Taxation
301 W. Preston St
Baltimore, MD 21201

*Representing Morgan Stanley Mortgage*
*Capital Inc.*
Luc A. Despins
Wilbur F. Foster
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
ldespins@milbank.com
wfoster@milbank.com

*Representing Wharton County Taxing Authority*
John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

*Representing DB Structured Products, Inc.*
Robert M. Dombroff
Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
robert.dombroff@bingham.com
steven.wilamowsky@bingham.com

Rosa Dominy
IKON Financial Services
P.O. Box 13708
1738 Bass Road
Macon, GA 31208-3708

*Representing Oracle USA*
Amish R. Doshi
Day Pitney LLP
7 Times Square
New York, NY 10036-7311
adoshi@daypitney.com

*Representing Deutsche Bank National Trust Company*
Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
ddrebsky@nixonpeabody.com

*Representing Ellington Management Group*
Van C. Durrer II
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3500
Los Angeles, CA 90071

*Representing ADT Security Services, Inc.*
Sally E. Edison
McGuire Woods LLP
Dominion Tower
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222-3142

*Representing Clear Capital.com, Inc.*
Cy Epstein
General Counsel
Clear Capital
6030 Orchard Avenue
Richmond, CA 94804
cy.epstein@clearcapital.com

*Representing New York State Teachers' Retirement System*
Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
metkin@lowenstein.com
ilevee@lowenstein.com

*Representing Federal Express Corporation*
Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510  charles@filardi-law.com

*Representing Party-in-Interest*
T. Robert Finlay
Donna L. La Porte
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
rfinlay@wrightlegal.net
dlaporte@wrightlegal.net

*Representing The Irvine Company*
Jesse S. Finlayson
Michael R. Williams
Finlayson, Augustini & Williams LLP
110 Newport Center Drive, Suite 100
Newport Beach, CA 92660
jfinlayson@faw-law.com
mwilliams@faw-law.com

*Representing Examiner, Michael J. Missal*
Edward M. Fox
Kirkpatrick & Lockhart Preston Gates Ellis
LLP
599 Lexington Avenue
New York, NY 10022-6030
edward.fox@klgates.com

California Franchise Tax Board
Bankruptcy Division, Chapter 11
P.O. Box 2952
Sacramento, CA 95812-2952

*Representing Speedpay, Inc.*
Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street, Ste 625
Chicago, Illinois 60610  jfrank@fgllp.com

*Representing Travelers*
Scot Freeman
Account Resolution
Travelers

National Accounts
1 Tower Square - 5MN
Hartford, CT 06183-4044

*Representing Union Bank of California*
Barry Freeman
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

*Representing Government Agency*
Nathan Fuchs
Securities & Exchange Commission
233 Broadway
New York, NY 10279

*Representing Aldine Independent School
District*
Susan R. Fuertes
Aldine Independent School District
14910 Aldine Westfield Road
Houston, TX 77032

*Representing DB Structured Products, Inc.*
Andrew J. Gallo
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
andrew.gallo@bingham.com

*Representing The County of Imperial,
California*
Flora Garcia
Imperial County Treasurer - Tax Collector
940 West Main Street, Suite 106
El Centro, CA 92243

*Representing 500 Eagles Landing, LLC*
Robert P. Gates
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA 94104
bob@erskinetulley.com

*Representing eMortgage Logic LLC*
Jeffrey I. Golden
Hutchison B. Meltzer
Weiland, Golden, Smiley, Wang Ekvall &
Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
Jgolden@wgllp.com

*Representing Government Agency*
Alberto P. Gonzales
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

*Representing SunTrust Leasing Corporation*
Robert Goodrich
Stites& Harison, PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN 37219-2376
robert.goodrich@stites.com

Bruce Gordon
IBM Credit LLC
Special Handling Group-MD NC322
North Castle Dr
Armonk, NY 10504

*Representing GMAC Commercial Finance
LLC and Countrywide Home Loans*
Lawrence P. Gottesman
Sukyong Suh
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
lawrence.gottesman@bryancave.com
sukyong.suh@bryancave.com

Arlene Gray
Wilshire Credit Corporation
P.O. Box 1650
Portland, OR 97207-1650

*Representing New York State Teachers'
Retirement System*
Salvatore J. Graziano
Bernstein Litowitz Berger & Grossmann
LLP
1285 Avenue of the Americas
New York, NY 10019
sgraziano@blbglaw.com

*Representing The Realty Associates Fund
VII, LP*
Robert E. Greenberg
Friedlander, Misler, Sloan, Kletzkin &
Ochsman, PLLC
1101 Seventeenth Street, N.W. Suite 700
Washington, DC 20036-4704

*Representing Alireza Nazmi and Golden Key
Mortgage*
Charles A. Hansen
Mark S. Bostick
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
chansen@wendel.com
bankruptcy@wendel.com

Jed Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167
jhart@angelogordon.com

*Representing America's Servicing Company*
*& CitiMortgage, Inc.*
A. Michelle Hart
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

*Representing Morgan Stanley Mortgage*
*Capital Inc.*
Howard R. Hawkins, Jr.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
howard.hawkins@cwt.com

*Representing EMC Corporation*
Phyllis A. Hayes
Receivable Management Services
307 International Circle, Suite 270
Hunt Valley, MD 21030
Phyllis.Hayes@rmsna.com

Kurt Henry
Property Management Professionals LLC
1512 Royce Drive
Locust Grove, GA 30248
kurthenry@hotmail.com

*Representing Huntington Quadrangle 2 LLC*
Sheldon I. Hirshon
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
shirshon@proskauer.com

*Representing Wells Fargo Bank, N.A., As*
*Indenture Trustee and Property Trustee*
Jonathan Hook
David Retter
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
jhook@kelleydrye.com
dretter@kelleydrye.com

*Representing KW Properties Ltd.*
Nancy Hotchkiss
Trainor Fairbrook
P.O. Box 255824
980 Fulton Avenue
Sacramento, CA 95865
nhotchkiss@trainorfairbrook.com

*Representing Delaware Department of*
*Natural Resources & Environmental*
*Control*
John A. Hughes, Secretary
DNREC - Bankruptcy Department
89 Kings Highway
Dover, DE 19901

*Representing The Official Committee of*
*Unsecured Creditors*
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022
mindelicato@hahnhessen.com
mpower@hahnhessen.com
jschwartz@hahnhessen.com

*Representing Qwest Corporation*
Mitchell W. Katz
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO 80202
mitchell.katz@qwest.com

*Representing Carrington Mortgage*
*Services, LLC and Carrington Capital*
*Management, LLC*
Thomas S. Kiriakos
Sean T. Scott
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
tkiriakos@mayerbrownrowe.com
stscott@mayerbrownrowe.com

Gregg S. Kleiner
Cooley Godward Kronish LLP
101 California Street, 5th F.
San Francisco, CA 94111-2222

*Representing Examiner, Michael J. Missal*
Rebecca L. Kline Dubill
Kirkpatrick & Lockhart Preston Gates Ellis
LLP
1601 K Street, NW
Washington, DC 20006-1600
becky.klinedubill@klgates.com

*Representing Microsoft Corporation &*
*Microsoft Licensing, GP*
John R. Knapp
Cairncross & Hempelmann, P.S.
524 2nd Avenue, Suite 500
Seattle, WA 98104-2323
jknapp@cairncross.com

*Representing Wells Fargo Bank, N.A. as*
*Indenture Trustee and Property Trustee*
Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479
thomas.m.korsman@wellsfargo.com

*Representing State of Ohio ex rel. Marc*
*Dann, Attorney General*
Matthew J. Lampke
Assistant Chief
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH 43215-4200

*Representing Contrarian Capital
Management, L.L.C.*
Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830
mlee@contrariancapital.com

*Representing KST Data, Inc.*
Randall S. Leff
Eric M. Heller
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974
rleff@ecjlaw.com
eheller@ecjlaw.com

*Representing Residential Funding Company,
LLC*
Chris Lenhart
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
lenhart.chris@dorsey.com

*Representing Hartford Fire Insurance
Company*
T. Scott Leo
Grace Winkler Cranley
Leo & Weber PC
One N. LaSalle Street, Suite 3600
Chicago, IL 60602 sleo@leoweber.com
gcranley@leoweber.com

*Representing Affiliated Computer Services,
Inc. and ACS Commercial Solutions, Inc.*
Larry A. Levick
Michelle E. Shriro
Gerard Singer Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001 levick@gsl-texas.com
mshriro@gsl-texas.com

*Representing Countrywide Home Loans,
Inc.*
Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302
paul_liu@countrywide.com
john_guerry@countrywide.com

*Representing National City Commercial
Capital Company, LLC, successor by
merger with National City Vendor Finance,
LLC f/k/a Charter One Vendor Finance,
LLC, Assignee of General Electric Capital
Corporation; National City Commercial
Capital Company, LLC,*
Sherry D. Lowe
Lamm Rubenstone Lesavoy Butz & David
LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053
sdlowe@lammrubenstone.com

*Representing Tamares Real Estate
Holdings, Inc., Plaza America Office
Development, LLC and Plaza Office Realty
II, LLC*
Richard M. Lucas
Charles A. Malloy
Arnold & Potter
555 Twelfth Street, NW
Washington, DC 20004

*Representing Party-in-Interest*
William G. Malcolm
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612  bill@mclaw.org

*Representing Mack-Cali Realty Corporation*
Carlos G. Manalansan
Wolff & Samson, PC
The Offices of Crystal Lake
One Boland Drive
West Orange, NJ 07052
cmanalansan@wolffsamson.com

*Representing United HealthCare Insurance Company*
Julie A. Manning
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
bankruptcy@goodwin.com

Mark Manski
Barclays Bank PLC
200 Park Avenue
New York, NY 10166

*Representing Pro Se*
Leslie Marks
3099 Sutter Street
Oakland, CA 94602  blaqrubi@yahoo.com

Richard F. Martin
8109 Santa Luz Village Green South
San Diego, CA 92127
richfmartin@gmail.com

*Representing National Field Representatives, Inc.*
Thomas D. Maxson
Cohen & Grigsby PC
11 Stanwix St, 15th Floor
Pittsburgh, PA 15222-1319
tmaxson@cohenlaw.com

*Representing Counsel for First Fidelity Appraisal Services of New England*
Michael McArdle
Law Offices of Michael McArdle
204 Lafayette St
Salem, MA 01970

*Representing The Collin County Tax Assessor/Collector*
David McCall
Gay, McCall, Isaacks, Gordon & Roberts, P.C.
777 East 15th Street
Plano, TX 75074

Laura L. McCloud
Tennessee Department of Labor & Workforce Development-Unemployment Ins.
c/o TN Attorney General's Office, Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207
icdelaware@state.tn.us

*Representing Iron Mountain Information Management, Inc.*
Frank F McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Fl.
Boston, MA 02110
ffm@bostonbusinesslaw.com

*Representing Mack-Cali Realty Corporation*
Lisa C. McLaughlin
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806 lcm@pgslaw.com

Sari E. Meador
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016
sarimeador@polktaxes.com

David A. Meskan
500 Eagles Landing, LLC
2100 Green Street, Apt. 404
San Francisco, CA 94123
dmeskan@pacbell.net

Anne Milgram
State of New Jersey Division of Taxation &
Department of Labor
P.O. Box 119
25 Market St
Trenton, NJ 08625-0119

*Representing WARN Act Claimants*
Stuart J. Miller
Lankenau & Miller LLP
1775 Broadway Suite 610
New York, NY 10019

*Representing UBS Real Estate Securities,*
*Inc.*
Keith W. Miller
James R. Bliss
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower

75 East 55th Street, First Floor
New York, NY 10022
keithmiller@paulhastings.com
jamesbliss@paulhastings.com

Susan Mills
Bobbie Theivakumaran
Citgroup Global Markets Realty Corp
390 Greenwich St, 6th Floor
New York, NY 10013

*Representing Examiner*
Michael J. Missal
Kirkpatrick & Lockhart Preston Gates Ellis
LLP
1601 K Street, NW
Washington, DC 20006
michael.missal@klgates.com

*Representing CB Richard Ellis Corporate*
*Facilities Management, Inc.*
John E. Mitchell
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201 jmitchell@velaw.com

*Representing Pacifica Paradise Valley, LLC*
Steven R. Morasse
Desmond J. Collins
Grant & Morasse
4921 Birch Street, Suite 120
Newport Beach, CA 92660

*Representing Missouri Department of
Revenue*
Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105-0475

*Representing State of Washington,
Department of Revenue*
Zachary Mosner
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

Vicky Namken
IBM Corporation
13800 Diplomat Drive
Dallas, TX 75234

*Representing Village at Camp Bowie I, L.P.*
Fielder F. Nelms
Smith, Stern, Friedman & Nelms, P.C.
6688 North Central Expressway
Dallas, TX 75206  fnelms@ssfnlaw.com

*Representing United Insurance Company of
America*
Victoria L. Nelson
Ogonna M. Atamoh
Santoro, Driggs, Walch, Kearney, Johnson
& Thompson
400 South Fourth St., Third Floor
Las Vegas, Nevada 89101

*Representing Broadway Center Associates,
L.P.*
Steven H. Newman
Katsky Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158
snewman@katskykorins.com

*Representing Broward County Revenue
Collection Division*
Jeffrey J. Newton
County Attorney for Broward County
Government Center
115 South Andrews Ave
Ft. Lauerdale, FL 33301

*Representing New York State Teachers'
Retirement System*
Blair A. Nicholas
Bernstein Litowitz Berger & Grossmann
LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130  blairn@blbglaw.com

Gene O'Bannon
Executive Vice President
eMortgage Logic LLC
8317 Whitley Road
Forth Worth, TX 76148
gobannon@emortgagelogic.com

Comptroller of Public Accounts
Bankruptcy Department
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, TX 78774
ombudsman@cpastatetx.us

*Representing Richard D. Austin, Lauren V.*
*Liva, Michael Vandall, Scott Rasmussen,*
*Martha F. Moreland and Carla Lyles*
Mary E. Olsen
M. Vance McCrary
J. Cecil Gardner
The Gardner Firm, P.C.
1119 Government Street
Mobile, AL 36652

*Representing American Contractors*
*Indemnity Co.*
R. Gibson Pagter
Harlene Miller
Misty Perry Isaacson
Pagter and Miller
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
gibson@pagterandmiller.com

*Representing Natixis Real Estate Capital,*
*Inc.*
Gregory M. Petrick
Angela Somers
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

*Representing CitiMortgage, Inc.*
Andrew J. Petrie
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400S
Denver, CO 80202-5424
apetrie@featherstonelaw.com

*Representing International Business*
*Machines Corporation*
Leo D. Plotkin
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049-1633 lplotkin@lsl-
la.com

*Representing Union Bank of California*
David M. Poitras
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
dpoitras@jmbm.com

*Representing Creditor*
Daniel T. Powers
Chatham County Tax Commissioner
P.O. Box 8321
Savannah, GA 31412

Susan D. Profant
Ken Burton Jr.
Manatee County Tax Collector
P.O. Box 25300
819 US 301 Blvd W.
Bradenton, FL 34206-5300
susanp@taxcollector.com

*Representing Positive Software Solutions,*
*Inc.*
Mark H. Ralston
The Ralston Law Firm
2603 Oak Lawn Avenue
Suite 230, LB 2
Dallas, TX 751219-6416
ralstonlaw@gmail.com

*Representing Directors Mortgage, Inc.*
Anna S. Raman
Ashcroft Wiles Ammann LLP
1000 SW Broadway, Suite 1500
Portland, OR 97205

*Representing Claimants, Tax Appraisal
District of Bell County, County of Denton,
Mexia Independent School District, County
of Williamson*
Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

*Representing SRIVA Relocation*
Glenn M. Reisman
Two Corporate Drive, Suite 234
Shelton, CT 06484  glenn.reisman@ge.com

*Representing MTC Financial Inc., dba
Trustee Corps*
Richard J. Reynolds
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618  rreynolds@trlawyers.com

*Representing Canpro Investments Ltd.*
Robert F. Reynolds
Slatkin & Reynolds, P.A.
One East Broward Boulevard, Suite 700
Fort Lauerdale, FL 33301

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071

*Representing Lehman Brothers Banks, FSB,
Lehman Brothers Holdings Inc. and Aurora
Loan Services, LLC*
Michael J. Riela
Latham & Watkins LLP
53rd at Third, Suite 1000
885 Third Avenue
New York, NY 10022-4068
michael.riela@lw.com

Judith T. Romano
Phelan Hallinan and Schmeig LLP
1617 JFK Blvd, Suite 1400
Philadelphia, PA 19103

*Representing Cranbrook Realty Investment
Fund, L.P. dba Muir Parkway Office Center*
Julie S. Rome-Banks
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050
julie@bindermalter.com

*Representing City of Edinburg, Edcouch-
Elsa ISD, Nueces County and South Texas
College*
Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
1949 South I.H. 35
Austin, TX 78760

*Representing ChoicePoint Inc.*
James R. Savin
David M. Dunn
Joanna F. Newdeck
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, DC 20036
jsavin@akingump.com
ddunn@akingump.com
jnewdeck@akingump.com

*Representing Residential Funding Company, LLC*
Eric Lopez Schabel
Doresey & Whitney (Delaware) LLP
1105 North Market Street
16th Floor
Wilmington, DE 19801
schnabel.eric@dorsey.com

*Representing Bank of America, N.A.*
Margot B. Schonholtz
Mark F. Liscio
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
mschonholtz@kayescholer.com
mliscio@kayescholer.com

Employee Benefits Security Administration
US Department of Labor
Frances Perkins Building
200 Constitution Avenue NW, Sute S2524
Washington, DC 20210

*Representing QKC Maui Owner, LLC*
Bruce L. Segal
Honigman Miller Schwartz & Cohn LLP
Suite 100

38500 Woodward Avenue
Bloomfield Hills, MI 48304
bsegal@honigman.com

*Representing Scott Morris and Angela Morris*
Felix A. Seidler
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA 94501-4633
attyseidler@netscape.net

*Representing Government Agency*
Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

*Representing Carrollton-Farmers Branch ISD, Garland ISD and Lewisville ISD*
Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, TX 75205
sheehan@txschoollaw.com

*Representing 816 Connecticut Avenue L.P.*
Bryn H. Sherman
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD 20814
bsherman@decklebaum.com

*Representing Douglas Emett 2000, LLC*
Don C. Sherwood
Sherwood and Hardgrove
11812 San Vicente Blvd., Suite 210
Los Angeles, CA 90049-6622

Renee Singer
The CIT Group Business Credit Inc.
505 Fifth Avenue, 3rd Floor
New York, NY 10017

Frank Skibo
General Counsel
Greenwich Capital Financial Products
600 Steamboat Road
Greenwich, CT 06830

*Representing Credit-Based Asset Servicing
and Securitization and Wells Fargo Bank,
N.A.*
J.R. Smith
Jason W. Harbour
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

*Representing Credit Suisse First Boston
Mortgage Capital LLC and DLJ Mortgage
Capital, Inc.*
Joseph H. Smolinsky
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
jsmolinsky@chadbourne.com
ddeutsch@chadbourne.com

*Representing IndyMac Bank, F.S.B.*
Claudia Z. Springer
Reed Smith LLP
2500 One Liberty Place, 1650 Market St.
Philadelphia, PA 19103-7301
cspringer@reedsmith.com

*Representing Sprint Communications
Company L.P. d/b/a Sprint Nextel
Corporation*
David I. Swan
Kenneth M. Misken
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215
dswan@mcguirewoods.com

*Representing Speedpay, Inc.*
Larry Thomas
Integrated Payment Systems, Inc.
Meridian Building, 12500 E Belford Ave.,
Mail Stop M12B
Englewood, CA 80112
larry.thomas@westernunion.com

*Representing Yellow Book USA*
Philip Thompson
Yellow Book USA
2560 Renaissance Blvd
King of Prussia, PA 19406
Philip.Thompson@Yellowbook.com

*Representing Ellington Management Group,
Inc.*
Patricia B. Tomasco
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701  ptomasco@mailbmc.com

*Representing Examiner, Michael J. Missal*
Stephen G. Topetzes
Kirkpatrick & Lockhart Preston Gates Ellis
LLP
1601 K Street, NW
Washington, DC 20006-1600
stephen.topetzes@klgates.com

RLFl-3201227-1

*Representing Daniel J. Rubio, John Hicks,*
*David Vizcarra, individuals on behalf of*
*themselves, all others similary situation and*
*the general public*
James M. Trush
Trush Law Office
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7187
jtrush@earthlink.net

*Representing Debtors*
Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
suhland@omm.com
blogan@omm.com
vnewmark@omm.com
eculler@omm.com

*Representing Bank of the West*
Susan L. Vaage
Graham Vaage & Cisneros
500 North Brand Voulevard
Suite 100
Glendale, CA 912003

*Representing Creditor*
John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Madeleine C. Wanslee
Gust Rosenfeld PLC
201 E. Washington, Suite 800
Phoenix, AZ 85004-2327

Michael Weinstock
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY 10152
michael.weinstock@quadranglegroup.com

*Representing American Express Travel*
*Related Svcs Co Inc Corp Card*
Gilbert B. Weisman
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701 notices@becket-lee.com

*Representing Coremetrics, Inc.*
Seth R. Weissman
V.P. & General Counsel
Coremetrics, Inc.
1840 Gateway Drive, Suite 320
San Mateo, CA 94404
sweissman@coremetrics.com

Randy Weller
State of Delaware, Division of Revenue
820 N French St, 8th Fl
Wilmington, DE 19801-0820

*Representing Dallas County*
Elizabeth Weller
Linebarger Googan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644
dallas.bankruptcy@publicans.com

*Representing GMAC Commercial Finance
LLC and Countrywide Home Loans*
Katherine M. Windler
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
katherine.windler@bryancave.com

*Representing Wolfe & Wyman LLP*
Stuart B. Wolfe
Yaron Shaham
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

*Representing DRA CRT Post Oak, L.P.*
Brian D. Womac
Denise H. Mitchell
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX 77024  brianwomac@aol.com

*Representing Fidelity National Information
Services*
Donald A. Workman

Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036
dworkman@bakerlaw.com

*Representing Pima County, Arizona*
German Yusufov
Terri A. Roberts
Deputy County Attorneys
Pima County Attorney, Civil Division
32 N. Stone, Suite 2100
Tuscon, AZ 85701

David H. Zielke
Vice President & Assistant General Counsel

Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA 98101
David.Zielke@wamu.net

**<u>Via Hand Delivery</u>**
Richard G. Placey
Noel C. Burnham
Laurie A. Krepto
Montgomery, McCracekn,
Walker & Rhoads, LLP
1105 Market Street, 15th Floor
Wilmington, DE  19801

**<u>Via Overnight Mail</u>**
Richard G. Placey
Laurie A. Krepto
Montgomery, McCracekn,
Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109