IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 6, 2007 AT 1:30 P.M.

## I.    CONTINUED MATTERS:

1.    Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 70; filed 4/4/07]

      Objection Deadline:    April 11, 2007 at 4:00 p.m.; Deadline to object to sale or assumption and assignment is May 14, 2007 at 4:00 p.m.; Extension deadline of May 15, 2007 granted to Union Bank of California; Deadline to object to adequate assurance of future performance under the assumed contracts is May 17, 2007

      Remaining Objections:

---

[1]    The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

A.    Objection to Assumption and Assignment (Cure Amount) filed by Data-Link Systems, L.L.C. and Fiserv Solutions, Inc. [D.I. 633; filed 5/11/07]

Related Documents:

i.    Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [D.I. 90; filed 4/5/07]

ii.    Notice of Hearing Regarding Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 120; filed 4/5/07]

iii.    Notice of Filing of Amended and Restated Asset Purchase Agreement between (among others) New Century Financial Corporation and Carrington Capital Management, LLC [D.I. 335; filed 4/19/07]

iv.    Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures, Including Break-Up Fee and Expense Reimbursement Payable to Carrington Mortgage Services, LLC for Sale of Debtors' Servicing Business; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Notice Thereof; and (III) Approving Procedures to Fix Cure Amounts Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Approving Notice Thereof [D.I. 340; filed 4/20/07]

v.    Stipulation and Order (1) Approving Agreement for the Disposition of Certain Mortgage Loans and Residual Interests, and (2) Confirming, Inter Alia, (A) That Auctions of Mortgage Loans and Residuals Conducted in Accordance with Auction Procedures Therein are Covered by Bankruptcy Code "Safe Harbor" Provisions and Are Commercially Reasonable, and (B) Absence of Need to Seek Relief from Automatic Stay [D.I. 439; filed 4/27/07]

vi.    Notice of Filing Regarding Affidavit of Publication of the Sale Notice in The Wall Street Journal (National Edition) [D.I. 570; filed 5/7/07]

vii.    Notice of Hearing Date [D.I. 640; filed 5/11/07]

viii.    Notice of Withdrawal of Supplement to Objection of Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. to Notice of Intent to Assume and Assign and Fixing of Cure Amounts Concerning Adequate Assurance of Future Performance [D.I. 766; filed 5/18/07]

    ix.    Notice of Successful Bidder, Sale Hearing and Continuance of Hearing With Respect to Timely Filed Cure Objections Other Than as to Servicing Agreements [D.I. 768; filed 5/18/07]

    x.    Notice of Withdrawal of Precautionary Objection [Re: D.I. 699] by Irwin Mortgage Corporation and Irwin Financial Corporation [D.I. 1021; filed 6/1/07]

    xi.    Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure Approving (i) the Sale of Debtors' Servicing Business to Carrington Capital Management, LLC and Carrington Mortgage Services, LLC Pursuant to the Second Amended and Restated Asset Purchase Agreement, Dated as of May 21, 2007, Free and Clear of Liens, Claims, Encumbrances, and Interests, and (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to Carrington as Part of Such Sale [D.I. 844; filed 5/23/07]

    <u>Status</u>: The Court entered an order on May 23, 2007 approving the sale to Carrington Management Services, LLC ("Carrington"). The hearing on all cure related objections filed with respect to the sale was continued to subsequent hearing dates. All outstanding cure objections have been resolved, with the exception of the objection filed by Data-Link Systems, L.L.C. and Fiserv Solutions, Inc. (the "Data-Link Objection"). The hearing on this matter as it relates to the Data-Link Objection is continued to the omnibus hearing scheduled for December 20, 2007 at 1:30 p.m.

2.    Application of Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of Susman Godfrey LLP as Special Litigation Counsel to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e), 328, 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 [D.I. 2073; filed 7/27/07]

    <u>Objection Deadline</u>: August 16, 2007 at 4:00 p.m.; extended indefinitely for the United States Trustee

    <u>Objections/Responses Received</u>: None to date

    <u>Related Documents</u>:

    i.    Supplemental Declaration of Barry Barnett in Support of Application of Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of Susman Godfrey L.L.P. as Special Ligitation Counsel to Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e), 328, 329, and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016, and 5002 [D.I. 3019; filed 9/21/07]

    <u>Status</u>: The hearing on this matter is continued to the omnibus hearing scheduled for November 20, 2007 at 10:30 a.m.

3.      Evidentiary Hearing to Determine the Amount of the Damages to Be Awarded to the Debtors on Their Cross-Motion for Positive Software Solutions, Inc.'s Violations of the Automatic Stay [D.I. 2265; filed 8/15/07]

Objection Deadline:  September 25, 2007

Objections/Responses Received:

A.      Objection of Positive Software Solutions, Inc., to Debtors' Alleged Damages [D.I. 3045; filed 9/25/07]

Related Documents:

i.      Debtors' Response to the Motion of Positive Software Solutions, Inc. for Relief from the Stay Regarding Copyright Infringement Litigation, and Cross-Motion for Sanctions for Violation of the Automatic Stay [D.I. 2101; filed 7/31/07]

ii.     Order (I) Denying the Motion of Positive Software Solutions, Inc. for Relief from the Stay Regarding Copyright Infringement Litigation and (II) Granting the Debtors' Cross-Motion for Sanctions for Violation of the Automatic Stay [D.I. 2265; filed 8/15/07]

iii.    Declaration of Russell C. Silberglied in Support of Damages Pursuant to 11 U.S.C. Section 362(k) Incurred by the Debtors Due to Positive Software Solutions, Inc.'s Violation of the Automatic Stay [D.I. 2683; filed 9/6/07]

iv.     Declaration of Barry Barnett Regarding Attorney's Fees [D.I. 2706; filed 9/7/07]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for November 20, 2007 at 10:30 a.m.

4.      Debtors' Motion for Additional Sanctions Against Positive Software Solutions, Inc. for Further Violation of the Automatic Stay [D.I. 2566; filed 8/24/07]

Objection Deadline:  September 4, 2007

Objections/Responses Received:

A.      Objection of Positive Software Solutions, Inc. to Debtors' Motion for Additional Sanctions Against Positive Software Solutions, Inc. for Further Violation of the Automatic Stay [D.I. 2656; filed 9/4/07]

B.      Amended Objection of Positive Software Solutions, Inc., to Debtors' Motion for Additional Sanctions Against Positive Software Solutions, Inc. for Further Violation of the Automatic Stay [D.I. 2667; filed 9/5/07]

Related Documents:

i.    Debtors' Supplement to Motion for Additional Sanctions Against Positive Software Solutions, Inc. for Further Violation of the Automatic Stay [D.I. 3252; filed 10/9/07]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for November 20, 2007 at 10:30 a.m.

5.    National City Commercial Capital Company LLC's Motion for Relief from Automatic Stay [D.I. 2857; filed 9/19/07]

Objection Deadline: October 18, 2007; extended to November 15, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.    Exhibits to be Attached to National City Commercial Capital Company LLC's Motion for Relief from Automatic Stay [D.I. 3022; filed 9/24/07]

ii.    Amended Notice of Motion of Stay [D.I. 3070; filed 9/26/07]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for November 20, 2007 at 10:30 a.m.

6.    Motion of ADT Security Services, Inc. to Compel the Payment of Administrative Expenses Claim Pursuant to 11 U.S.C. Section 503(b)(1) [D.I. 3229; filed 10/5/07]

Objection Deadline: October 16, 2007

Objections/Responses Received: None to date.

Related Documents: None to date.

Status: The hearing on this matter is continued to the omnibus hearing scheduled for November 20, 2007 at 10:30 a.m.

7.    Motion of Positive Software Solutions, Inc. and Edward Mandel for an Order Granting Relief from the Automatic Stay [D.I. 3320; filed 10/18/07]

Objection Deadline: October 31, 2007

Objections/Responses Received: None to date

Related Documents:

i.    Notice of Hearing [D.I. 3349; filed 10/19/07]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for November 20, 2007 at 10:30 a.m.

## II.    UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION:

8.    GMAC Mortgage, LLC's Motion for Relief from Stay with Regard to 17 Properties [D.I. 3270; filed 10/11/07]

Objection Deadline:  November 1, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.    Notice of Motion [D.I. 3276; filed 10/11/07]

ii.    Notice of Hearing [D.I. 3285; filed 10/12/07]

iii.    Certificate of No Objection [D.I. 3598; filed 11/2/07]

Status: On November 2, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

9.    Residential Capital, LLC's Motion for Relief from Automatic Stay with Regard to 106 Properties [D.I. 3271]; filed 10/11/07

Objection Deadline:  November 1, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.    Notice of Motion [D.I. 3275; filed 10/11/07]

ii.    Notice of Hearing [D.I. 3284; filed 10/12/07]

iii.    Certificate of No Objection [D.I. 3597; filed 11/2/07]

Status: On November 2, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

## III.    UNCONTESTED MATTERS GOING FORWARD:

10.    Request of CSHV Denver Tech Center, LLC for Allowance and Payment of Administrative Expense Claim [D.I. 2068; filed 7/27/07]

Objection Deadline:  August 20, 2007; extended indefinitely for Debtors

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status: The parties have resolved this matter and intend to file an appropriate form of order setting forth the resolution prior to the hearing under certification of counsel.

11.    Motion of Saxon Mortgage Services, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3272; filed 10/11/07]

Objection Deadline:  October 30, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.    Notice of Hearing [D.I. 3274; filed 10/11/07]

Status: The hearing on this matter is going forward.

12.    Motion of Saxon Mortgage Services Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3350; filed 10/19/07]

Objection Deadline:  October 30, 2007

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status: The hearing on this matter is going forward.

## IV.    CONTESTED MATTERS GOING FORWARD:

13.    Diane Oliveira Motion for Relief from Automatic Stay [D.I. 3242; filed 10/9/07]

Objection Deadline:  November 1, 2007

Objections/Responses Received:

A.    Response of Debtors and the Debtors in Possession to Motion of Diane Oliveira for Relief from Stay [D.I. 3596; filed 11/1/07]

Related Documents:

i.    Notice of Hearing [D.I. 3243 filed 10/9/07]

7

<u>Status</u>: The hearing on this matter is going forward.

14.   Countrywide Home Loans, Inc.'s Motion for Relief from Automatic Stay [D.I. 3249; filed 10/9/07]

<u>Objection Deadline</u>:  October 29, 2007; extended to November 1, 2007

<u>Objections/Responses Received</u>:

A.    Response of Debtors and the Debtors in Possession to Motion of Countrywide Home Loans, Inc. for Relief from Automatic Stay [D.I. 3595; filed 11/1/07]

<u>Related Documents</u>:

i.    Declaration of Patrice McPherson in Support of Countrywide Home Loans, Inc.'s Motion for Relief from Automatic Stay [D.I. 3250 filed 10/9/07]

<u>Status</u>: The hearing on this matter is going forward.

15.   Motion of Joseph & Lavon Taylor, Individually and on Behalf of Others Similarly Situated, for an Order:  (A) Enlarging the Bar Date; and (B) Granting Leave to File a Class Proof of Claim [D.I. 3319; filed 10/18/07]

<u>Objection Deadline</u>:  November 1, 2007

<u>Objections/Responses Received</u>:

A.    Opposition of Debtors and Debtors in Possession to Motion of Joseph & Lavon Taylor, Individually and on Behalf of Others Similarly Situated, for an Order:  (A) Enlarging the Bar Date; and (B) Granting Leave to File a Class Proof of Claim [D.I. 3594; filed 11/1/07]

B.    Committee's Objection to Motion of Joseph & Lavon Taylor, Individually and on Behalf of Others Similarly Situated, for an Order:  (A) Enlarging the Bar Date; and (B) Granting Leave to File a Class Proof of Claim [D.I. 3599; filed 11/2/07]

<u>Related Documents</u>:  None to date

<u>Status</u>:  The hearing on this matter is going forward.

## V.   <u>STATUS CONFERENCE:</u>

16.   General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 630; filed 5/11/07]

<u>Objection deadline</u>:  May 31, 2007; extended to June 7, 2007 at 4:00 p.m.

Objections/Responses Received:

A.    Limited Response of Carrington Capital Management, LLC and Carrington Mortgage Services, LLC to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1165; filed 6/7/07]

B.    Opposition of Debtors and Debtors in Possession to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1166; filed 6/7/07]

C.    Objection of the Official Committee of Unsecured Creditors to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1168; filed 6/7/07]

D.    Objection of the Examiner to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1237; filed 6/14/07]

E.    Limited Objection of Maricopa County Treasurer to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1728; filed 6/28/07]

Related Documents:

i.    Notice of General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 632; filed 5/11/07]

ii.    Certification of Counsel [D.I. 1979; filed 7/20/07]

iii.    Order Approving Stipulation and Agreement Among the Debtors and Citigroup Global Markets Realty Corp. with Respect to the Payment of Cash Collateral [D.I. 2011; filed 7/24/07]

iv.    Certification of Counsel Re:  Second Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [Docket No. 2103; filed 7/31/07]

v.    Revised Certification of Counsel Re:  Second Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [Docket No. 2119; filed 8/1/07]

vi.    Order Approving Second Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation [Docket No. 2134; filed 8/2/07]

vii.    Certification of Counsel Re: Third Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [D.I. 2461; filed 8/22/07]

viii.    Certification of Counsel Re: Fourth Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [D.I. 3176; filed 10/1/07]

Status: This matter is going forward as a status conference only. The parties will be requesting dates for an evidentiary hearing and a substantive hearing.

## VI.    ADVERSARY MATTER:

17.    Motion for a Temporary Retraining Order (New Century Mortgage Corporation, et al. v Positive Software Solutions, Inc. and Edward Mandel Adv. Pro. No. 07-51724, D.I. 4; filed 10/9/07)

Related Documents:

i.    Complaint [D.I. 1; filed 10/9/07]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for November 20, 2007 at 10:30 a.m.

Dated:  November 2, 2007
        Wilmington, Delaware

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111

RLF1-3217863-1

Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION