# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, et al.,[1] | ) Case No. 07-10416 (KJC) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: Docket No. 568** |

## NOTICE OF PARTICULAR LITIGATION MATTERS WHERE HENNIGAN, BENNETT & DORMAN LLP REPRESENTS THE DEBTORS

**PLEASE TAKE NOTICE** that pursuant to the Order Pursuant to Section 327(a) of the Bankruptcy Code Authorizing Employment of Hennigan, Bennett & Dorman LLP, as Litigation Counsel to the Debtors Nun Pro Tunc as of April 6, 2007, entered on May 7, 2007 [Docket No. 568] (the "Order"), Hennigan, Bennett & Dorman LLP ("HBD"), hereby provides notice that it is currently representing, as litigation counsel, certain of the above-captioned Debtors with respect to the following matters:

- The adversary proceeding commenced against certain of the Debtors by UBS Real Estate Securities Inc., and currently pending before this Court as Adversary No. 07-50875 (KJC), including the requests for a temporary restraining order and preliminary injunctive relief; and

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

RLF1-3219869-1

- Other matters related to the to the aforementioned adversary proceedings and potential future litigation involving the Debtors, including the negotiation and implementation of the "Order Granting Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1) and Establishing Preliminary Procedures for Resolving Certain Claims" [Docket No. 1729].

**PLEASE TAKE FURTHER NOTICE** that as required by the Order, HBD is concurrently servicing this Notice on (a) the Official Committee of Unsecured Creditors; and (b) the United States Trustee.

Dated: Wilmington, Delaware
November 2, 2007

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER. P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
Michael A. Morris
Joshua D. Morse
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200

*Litigation Counsel for Debtors and Debtors-in Possession*