IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 07-10416-KJC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2007, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code with Respect to Real Property Located at 1140 Whitefiled, Dearborn Heights, MI 48127, notice, and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: November 2, 2007  /s/ **Adam Hiller**
Wilmington, Delaware  Adam Hiller (DE No. 4105)
 Draper & Goldberg, PLLC
 1500 North French Street, 2nd Floor
 Wilmington, Delaware 19801
 (302) 339-8776 telephone
 (302) 213-0043 facsimile

*Movant: Mortgage Electronic Registration Systems, Inc. c/o Aurora Loan Services LLC*
*D&G Reference: 210633*
*Property Address: 1140 Whitefiled, Dearborn Heights, MI 48127*

New Century TRS Holdings, Inc.  
18400 Von Karman Ave.  
Irvine, CA 92612

United States Trustee  
844 King Street, Room 2207  
Lockbox #35  
Wilmington, DE 19899

Christopher M. Samis  
Chun I. Jang  
Mark D. Collins  
Michael Joseph Merchant  
Paul Noble Heath  
Richards, Layton & Finger  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899

Bonnie Glantz Fatell  
David W. Carickhoff, Jr.  
Blank Rome LLP  
1201 Market Street, Suite 800  
Wilmington, DE 19801

Suzanne S. Uhland  
Ben H. Logan  
Victoria Newmark  
Emily R. Culler  
O'Melveny & Myers LLP  
275 Battery Street  
San Francisco, CA 94111

Mark T. Power, Mark S. Indelicato  
Jeffery L. Schwartz  
Hahn & Hessen LLP  
488 Madison Ave.  
14th & 15th Floor  
New York, NY 10022

*Movant: Mortgage Electronic Registration Systems, Inc. c/o Aurora Loan Services LLC*  
*D&G Reference: 210633*  
*Property Address: 1140 Whitefiled, Dearborn Heights, MI 48127*