## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |
| | : | |

### NOTICE OF STAFFING REPORT

In accordance with the Final Order Under 11 U.S.C. §§ 105 and 363 Authorizing the Employment of AP Services, LLC as Crisis Managers for the Debtors (Docket No. 1268), dated June 15, 2007 (the "Retention Order"), AP Services, LLC ("APS") hereby files its staffing report for the period of July 1, 2007 through July 31, 2007.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and NC Warehouse Corporation, a California corporation.

Dated: November 2, 2007
      Wilmington, Delaware

_____

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Case No. 07-10416 (KJC) |
| *et al.,* | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## STAFFING REPORT BY AP SERVICES, LLC
## FOR THE PERIOD JULY 1, 2007 THROUGH JULY 31, 2007

In accordance with the Final Order Under 11 U.S.C. §§ 105 and 363 Authorizing the Employment of AP Services, LLC as Crisis Managers for the Debtors (Docket No. 1268), dated June 15, 2007 (the "Retention Order"), AP Services, LLC ("APS") hereby files its staffing report for the period of July 1, 2007 through July 31, 2007 (the "Staffing Period"), and in support of such report respectfully represents:

1.      Pursuant to APS' engagement letter with Debtors, as modified by the Retention Order, APS was retained by the Debtors to act as crisis managers. In addition, Holly Felder Etlin, of APS, was retained to serve as the Debtor's Chief Restructuring Officer, reporting to the Company's Chief Executive Officer and Board of Directors. In addition, Michael Tinsley of APS was retained as Chief Financial Officer for the Debtors. APS was engaged for, among other matters, claim reconciliation, cash management and report preparation.

2.      The Retention Order requires APS to file monthly staffing reports with the Court with copies to the United States Trustee and all official committees. The staffing report must include the names and functions filled of the individuals assigned to the case. All staffing is subject to review by the Court in the event an objection is filed.

3.     The Retention Order further provides that if APS' engagement by the Debtor materially changes, APS must file a motion to modify the retention.  APS may, however, add additional staff to the engagement provided it obtains the Company's concurrence in the staff changes.

4.     Attached as Exhibit A is a summary of temporary and full-time professionals engaged by APS in connection with this case during the Staffing Period, along with their respective functions.  In addition to the officer roles of Holly Etlin and Michael Tinsley, various professionals at APS are engaged in cash management, reporting and claims, review of executory contracts, information technology and wind-down and financial reporting.

5.     In addition to full and part-time employees, from the commencement of this case, APS has engaged Casey Kanga as an independent contractor to provide computer analysis, specifically for the warehouse lenders and service advance facility to the Debtors.  APS' standard practice is to charge for an independent contractor's services at the APS' rate for a professional of comparable skill and experience, which rate typically exceeds the compensation provided by APS to such independent contractor.

Dated: November 2, 2007          AP SERVICES, LLC

By: */s/ Todd Brents*
     Todd Brents
     Managing Director
     2000 Town Center, Suite 2500
     Southfield, MI 48075

**Exhibit A**

**AP Services, LLC**
Summary of Temporary Employees and Functions – New Century TRS Holdings, Inc., et al.
July 1, 2007 through July 31, 2007

| Temporary Staff Employees -- Full Time | | |
|---|---|---|
| **Name** | **Description of Function** | **Hourly Rate** |
| Holly Etlin | Engagement Leader | $ 695.00 |
| Todd Brents | Director - Reporting and Claims | $ 625.00 |

| Temporary Staff Employees -- Part Time | | |
|---|---|---|
| **Name** | **Description of Function** | **Hourly Rate** |
| Albert A Koch | Director - Engagement Oversight | $ 750.00 |
| Daniel Puscas | Manager - Information Technology Wind Down and IT Asset Sales | $ 525.00 |
| Eva Anderson | Manager - Executory Contracts and Estate Staffing | $ 525.00 |
| Michael G Tinsely | Manager - Financial Reporting | $ 525.00 |
| Jamie Lisac | Manager - Cash Management | $ 525.00 |
| Stacey Hightower | Manager - Servicing Division Sale and Wind Down | $ 475.00 |
| Andrew Wagner | Manager - Executory Contracts and Claims | $ 400.00 |
| Brieh Guevara | Manager - Reporting and Claims | $ 400.00 |
| Michael J Laureno | Manager - Servicing Division Sale and Servicing Cash Management | $ 400.00 |
| * Casey Kangas | Manager - Reporting and Claims | $ 350.00 |
| Clayton Gring | Manager - Reporting and Claims | $ 350.00 |
| Dennis DeBassio | Manager - Cash Management | $ 315.00 |

***Independent Contractor**