## EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | |
| | : | |

### ORDER APPROVING STIPULATION BETWEEN DEBTORS AND THE IRVINE COMPANY PROVIDING FOR AN EXTENSION OF THE PERIOD TO ASSUME OR REJECT AN UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY

Upon review and consideration of the *Stipulation Between the Debtors and The Irvine Company Providing for an Extension of the Period to Assume or Reject an Unexpired Lease of Non-Residential Real Property*, and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

1.      The Stipulation is hereby approved.

2.      The deadline to assume or reject the Lease, as reflected in the Stipulation, is extended through and including November 9, 2007.

Date: _____, 2007
            Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

---

[1]   The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | |

### STIPULATION BETWEEN DEBTORS AND THE IRVINE COMPANY PROVIDING FOR AN EXTENSION OF THE PERIOD TO ASSUME OR REJECT AN UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY

The parties to this stipulation are New Century Financial Corporation and related debtors (collectively, the "Debtors") and The Irvine Company, LLC, a Delaware limited liability company ("Landlord"). The Debtors and Landlord hereby enter into this stipulation (the "Stipulation") and agree as follows:

### RECITALS

WHEREAS, New Century Financial Corporation ("NCFC" or "Tenant"), as tenant, and Landlord, as landlord, entered into a lease that commenced on or about January 10, 2000 (as amended from time to time, the "Lease") pursuant to which NCFC was a tenant in Landlord's real property at 350 Commerce, Irvine, CA (the "Premises").

WHEREAS the deadline to assume or reject unexpired leases of nonresidential real property was October 29, 2007.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

WHEREAS, by order of this Court, the Debtors and the Landlord extended the deadline to assume or reject the Lease to November 2, 2007.

WHEREAS, the Debtors and the Landlord desire to further extend the deadline to assume or reject the Lease to November 9, 2007.

NOW THEREFORE, it is hereby stipulated and agreed by and between the Debtors and Landlord as follows:

## AGREEMENT

1.    The deadline to assume or reject the Lease is extended through and including November 9, 2007, without prejudice to further extensions by agreement between the Debtors and the Landlord.

2.    This Stipulation shall constitute Landlord's prior written consent to the extension of the assignment period as provided for herein, as required under 365(d)(4)(B)(ii) of the Bankruptcy Code.

3.    This Stipulation contains the entire agreement between the Parties and may not be amended or modified except in writing executed by the Parties.

4.    The provisions of this Stipulation shall be binding upon any Chapter 7 or Chapter 11 trustee and shall survive any conversion and/or dismissal of the this case.

5.    The Bankruptcy Court shall retain jurisdiction to hear all matters arising out of this Stipulation and the Agreement.

Dated: ~~October~~ , 2007
*November 2,*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
*Christopher M. Samis (No. 4909)*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

Attorneys for the Debtors

The Irvine Company

*November 2*
Dated: ~~October~~ , 2007

Michael G. Busenkell, Esq.
Eckert, Seamans, Cherin & Mellott, LLC
Suite 1210, 300 Delaware Avenue
Wilmington, DE 19801

- and -

Jesse S. Finlayson, Esq.
Michael R. Williams, Esq.
Finlayson, Augustini & Williams LLP
110 Newport Center Drive, Suite 100
Newport Beach, CA 92660

Attorneys for The Irvine Company, LLC