IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 07-10416-KJC |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 5, 2007, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code, notice, and proposed order were served upon the parties listed on the attached matrix in the manner indicated.

Dated: November 5, 2007
       Wilmington, Delaware

   /s/ Adam Hiller
Adam Hiller (DE No. 4105)
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

| **VIA OVERNIGHT DELIVERY** | **VIA HAND DELIVERY** |
|---|---|
| New Century TRS Holdings, Inc.<br>18400 Von Karman Ave.<br>Irvine, CA 92612 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| **VIA EMAIL\* AND OVERNIGHT DELIVERY** | **VIA HAND DELIVERY** |
| Mark T. Power<br>Mark S. Indelicato<br>Jeffery L. Schwartz<br>Hahn & Hessen LLP<br>488 Madison Ave.<br>14th & 15th Floor<br>New York, NY 10022 | Bonnie Glantz Fatell<br>David W. Carickhoff, Jr.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 |
| **VIA EMAIL\* AND OVERNIGHT DELIVERY** | **VIA EMAIL\* AND OVERNIGHT DELIVERY** |
| Suzanne S. Uhland<br>Ben H. Logan<br>Victoria Newmark<br>Emily R. Culler<br>O'Melveny & Myers LLP<br>275 Battery Street<br>San Francisco, CA 94111 | Christopher M. Samis<br>Chun I. Jang<br>Mark D. Collins<br>Michael Joseph Merchant<br>Paul Noble Heath<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |

\*Email service was made by giving notice only of the filing and service of the filing of this document in light of the volume of motions filed concurrently herewith.