IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 07-10416-KJC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2007, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code, notice, and proposed order were served upon the parties listed on the attached matrix in the manner indicated.

Dated: November 5, 2007
      Wilmington, Delaware

/s/ Adam Hiller
Adam Hiller (DE No. 4105)
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

| | |
|---|---|
| **VIA OVERNIGHT DELIVERY** | **VIA HAND DELIVERY** |
| New Century TRS Holdings, Inc. | United States Trustee |
| 18400 Von Karman Ave. | 844 King Street, Room 2207 |
| Irvine, CA 92612 | Lockbox #35 |
| | Wilmington, DE 19899 |
| | |
| **VIA EMAIL\* AND OVERNIGHT DELIVERY** | **VIA HAND DELIVERY** |
| Mark T. Power | Bonnie Glantz Fatell |
| Mark S. Indelicato | David W. Carickhoff, Jr. |
| Jeffery L. Schwartz | Blank Rome LLP |
| Hahn & Hessen LLP | 1201 Market Street, Suite 800 |
| 488 Madison Ave. | Wilmington, DE 19801 |
| 14th & 15th Floor | |
| New York, NY 10022 | |
| | |
| **VIA EMAIL\* AND OVERNIGHT DELIVERY** | **VIA EMAIL\* AND OVERNIGHT DELIVERY** |
| Suzanne S. Uhland | Christopher M. Samis |
| Ben H. Logan | Chun I. Jang |
| Victoria Newmark | Mark D. Collins |
| Emily R. Culler | Michael Joseph Merchant |
| O'Melveny & Myers LLP | Paul Noble Heath |
| 275 Battery Street | Richards, Layton & Finger |
| San Francisco, CA 94111 | One Rodney Square |
| | P.O. Box 551 |
| | Wilmington, DE 19899 |

\*Email service was made by giving notice only of the filing and service of the filing of this document in light of the volume of motions filed concurrently herewith.