**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> NEW CENTURY TRS HOLDINGS, INC., *et al.*, <br>                     Debtors. | Chapter 11 <br><br> Case No. 07-10416 (KJC) <br><br> Jointly Administered <br><br> Responses due:  11/9/07 |

**NOTICE OF INTENT TO FILE CERTIFICATION OF COUNSEL IN ACCORDANCE WITH ORDER ESTABLISHING PROCEDURE FOR RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that on or about June 7, 2007, this Court entered that certain Order Establishing Procedure for Relief From The Automatic Stay For Certain Foreclosure Proceedings Pursuant To 11 U.S.C. Sections 105(a) and 362 Of The Bankruptcy Code (the "Procedures Order").

PLEASE TAKE FURTHER NOTICE that on or about September 28, 2007, Alaska Seaboard Partners Limited Partnership ("Alaska Seaboard") provided notice and payment as required by the Procedures Order with respect to certain loans (the "Alaska Seaboard Loans") behind which the Debtors' held or hold a junior position.

PLEASE TAKE FURTHER NOTICE that the Debtors have not taken any action to prevent Alaska Seaboard from foreclosing with respect to the Alaska Seaboard Loans within the thirty (30) days provided in paragraph five (5) of the Procedures Order.

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph six (6) of the Procedures Order, the automatic stay has been lifted with respect to the Alaska Seaboard Loans.

PLEASE TAKE FURTHER NOTICE that in accordance with paragraph ten (10) of the Procedures Order, Alaska Seaboard requires additional proof that the automatic stay has been lifted with respect to the Alaska Seaboard Loans.

PLEASE TAKE FURTHER NOTICE that in accordance with paragraph ten (10) of the Procedures Order, if the Debtors do not respond to this notice within three business days, November 9, 2007, Alaska Seaboard will file a certification of counsel requesting that this Court enter an order confirming that the automatic stay has been lifted with respect to the Alaska Seaboard Loans.

                                       KLEHR, HARRISON, HARVEY,
                                         BRANZBURG & ELLERS, LLP

Dated: November 6, 2007        By:   /s/ Michael W. Yurkewicz
                                        Richard M. Beck (#3793)
                                        Michael Yurkewicz (#4165)
                                        919 Market Street, Suite 1000
                                        Wilmington, DE 19801
                                        (302) 426-1189 Telephone
                                        (302) 426-9193 Facsimile

                                        Counsel for Alaska Seaboard Partners
                                        Limited Partners