# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

*Movant: U. S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HE7, by Saxon Mortgage Services Inc. as its attorney-in-fact.*

*D&G Reference: 210766/Batch 17*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000002837 | FAULKNER | 7/14/2004 | $111,200.00 | $123,161.44 | $130,000 | 3615 WEST REGENT DRIVE BISMARCK, ND 58504 |
| 2000003408 | NESLINE | 7/12/2004 | $124,000.00 | $161,040.28 | $210,000 | 21 PINE CREST PLACE BRANDON, MS 39042 |
| 2000003699 | AKINFOLURIN | 7/16/2004 | $180,000.00 | $196,005.80 | $260,000 | 3041 SOUTH MICHIGAN AVENUE CHICAGO, IL 60616 |
| 2000031973 | BROADWAY | 12/2/2004 | $117,192.00 | $140,166.22 | $156,500 | 7857 WINDY WILLOW RD MEMPHIS, TN 38125 |
| 2000046147 | HARTLEY | 12/22/2004 | $64,000.00 | $65,495.46 | $87,000.00 | 8605 S GRACE DRIVE OKLAHOMA CITY, OK 73159 |