# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. | | |
| **Case Number:** | 07-10416-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 06, 2007 01:30 PM | CRT#5, 5TH FL. | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | LESLIE MURIN | | |

### *Matter:*

Omnibus

**R / M #:**   3,619 / 0

### *Appearances:*

See Sign in Sheet

### *Proceedings:*

Amended Agenda Item
#1 through 7 - Continued
#8 through 12 - Orders Signed
#13 - Order Due
#14 - Order Signed
#15 - Order Due
#16 and 17 - Continued