# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC  **DATE:** November 6, 2007
**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Greg Taylor | Ashby + Geddes | UBS Real Estate Securities Inc |
| Mark Power | Hahn & Hessen | Creditors Committee |
| Janine Carbone | " | " |
| Sandra Selzer | Greenberg Traurig | GSHV Denver |
| Mike Merchant | Richards Layton & Finger | Debtors |
| Russell Silberglied | " | " |
| Gabriel McFarland | Potter Anderson & Corroon | Bank of America |
| Jason Staib | Blank Rome | Creditors Committee |
| Joseph Buenker | Montgomery McCracken Walker & Rhoads | Taylor class action claimants |
| Jane Leamy | Office of the US Trustee | US Trustee |
| William Chipman | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
### #5

Calendar Date: 11/06/2007
Calendar Time: 01:30 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1961288 | David Baker | 617-367-4260 | Law Office of David Baker | Creditor, Diane Oliveria / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1958853 | Richard Agins | 860-240-2840 | Bingham McCutchen, LLP | Interested Party, DB Structed Products / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1956925 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP | Creditor, Bank of America, NA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1958856 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Credit Suisse First Boston / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1958968 | ~~Suzzane G. Uhland~~ | 415-984-8941 | ~~O'Melveny & Myers~~ | ~~Debtor, New Century TRS Holdings, Inc. / LIVE~~ |