# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

*Movant: LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2006-HE8 by: Saxon Mortgage Services, Inc. as its attorney-in-fact*
*D&G Reference: 210778/Batch 20*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000199769 | ERVIN | 6/26/2006 | $130,722.00 | $142,347.44 | $144,900.00 | 5827 BELLINGRATH WAY LITHONIA, GA 30058 |
| 2000205720 | TORRES | 6/28/2006 | $384,000.00 | $403,324.00 | $385,000.00 | 7463 PALM AVE HIGHLAND, CA 92346 |
| 2000209039 | FANNING | 8/8/2006 | $97,600.00 | $104,168.57 | $132,000.00 | 4038 WISTERIA LANE SW ATLANTA, GA 30331 |
| 2000208185 | MORELOS | 7/21/2006 | $396,000.00 | $411,785.47 | $286,000.00 | 646 MISTY MEADOW ST STOCKTON, CA 95210 |