# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
*Movant: Saxon Mortgage Services, Inc.*
*D&G Reference: 210552/Batch 4*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000240365 | GUZMAN | 7/19/2006 | $480,000.00 | $497,598.97 | $465,000.00 | 28 BRAMEN ROAD WATERFORD CT 06385 |
| 2000166337 | OLIVAS | 3/1/2006 | $446,240.00 | $485,420.02 | $505,000.00 | 175 SERENA AVENUE CLOVIS CA 93619 |
| 2000133340 | DAHLE JR | 6/8/2005 | $156,000.00 | $175,439.60 | $168,000.00 | 9470 SEDGEFIELD ROAD NORTH FORT MYERS FL 33917 |
| 2000167121 | PRESTIDGE | 3/9/2006 | $236,000.00 | $253,753.05 | $215,000.00 | 4890 E NEW YORK AVENUE LAS VEGAS NV 89104 |
| 2000166414 | CRUZ | 3/14/2006 | $292,000.00 | $311,475.18 | $300,000.00 | 3 HOLLY LANE WESTBURY NY 11590 |
| 2000232555 | WILSON | 9/21/2006 | $320,000.00 | $349,871.10 | $390,000.00 | 1686 WALES PLACE BALDWIN NY 11510 |
| 2000166196 | SCANLAN | 1/10/2006 | $333,600.00 | $360,859.98 | $322,000.00 | 26 NORLEN PARK BRIDGEWATER MA 02324 |
| 2000230436 | ROSS | 8/29/2006 | $377,600.00 | $405,880.31 | $440,000.00 | 130 24 LEFFERTS BLVD SOUTH OZONE PARK NY 11420 |
| 2000165613 | TORRES | 3/30/2006 | $439,200.00 | $474,059.10 | $525,000.00 | 2973 HARDEMAN STREET HAYWARD CA 94541 |
| 2000243111 | LOPEZ | 11/15/2006 | $544,000.00 | $564,741.07 | $680,000.00 | 102 22 87TH AVENUE RICHMOND HILL NY 11418 |
| 2000167200 | HARRIS | 3/14/2006 | $63,000.00 | $72,442.28 | $100,000.00 | 14102 SHAW AVENUE EAST CLEVELAND OH 44112 |
| 2000133428 | DUNCAN | 6/6/2005 | $115,920.00 | $126,156.27 | $120,000.00 | 2637 PREAKNESS DRIVE COOKEVILLE TN 38506 |
| 2000229245 | FURMAN | 9/7/2006 | $400,000.00 | $417,667.45 | $545,000.00 | 1410 EAST 100TH ST BROOKLYN NY 11236 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000166768 | RAMIREZ | 3/22/2006 | $104,720.00 | $111,176.17 | $218,000.00 | 4255 W HUMPHREY STREET 1722 TAMPA FL 33614 |
| 2000167000 | ELLISON | 3/10/2006 | $143,200.00 | $146,780.65 | $193,000.00 | 225 OXFORD COURT MERIDEN CT 06450 |
| 2000166816 | RIVERA | 3/2/2006 | $488,000.00 | $525,607.35 | $520,000.00 | 1214 NORTH LOMBARD DRIVE ANAHEIM CA 92801 |
| 2000230393 | MURVINE | 9/1/2006 | $337,600.00 | $352,248.05 | $370,000.00 | 2300 RAMON DR SACRAMENTO CA 95825 |
| 2000233494 | MUNOZ | 9/12/2006 | $376,000.00 | $390,221.51 | $475,000.00 | 1426 EAST 59TH STREET LOS ANGELES CA 90001 |
| 2000194961 | ALVAREZ | 6/27/2006 | $316,000.00 | $343,289.55 | $310,000.00 | 8995 COTTONWOOD AVENUE HESPERIA CA 92345 |
| 2000194472 | GUZMAN | 6/14/2006 | $448,000.00 | $484,280.16 | $560,000.00 | 13107 HAGAR STREET SYLMAR CA 91342 |
| 2000230938 | NEUBERT JR | 8/24/2006 | $186,320.00 | $198,005.75 | $220,000.00 | 3511 NORTH 12TH STREET OZARK MO 65721 |
| 2000194719 | CREWSE | 6/16/2006 | $447,120.00 | $465,977.22 | $440,000.00 | 591 SPRING DRIVE HOLLISTER CA 95023 |
| 2000206834 | GBADEGESIN | 7/24/2006 | $204,000.00 | $219,370.64 | $249,000.00 | 1322 FARMINGDALE AVENUE CAPITOL HEIGHTS MD 20743 |
| 2000194575 | CARVALHO | 6/29/2006 | $176,000.00 | $185,125.50 | $213,000.00 | 1244 S MILITARY TRAIL 723 DEERFIELD BEACH FL 33442 |
| 2000194305 | GATES | 7/7/2006 | $227,200.00 | $237,755.16 | $250,000.00 | 85 MERSELIS AVENUE CLIFTON NJ 07011 |
| 2000195032 | NGUYEN | 6/30/2006 | $223,200.00 | $243,742.43 | $230,000.00 | 210 TAYLOR BAY LANE BRANDON FL 33510 |
| 2000194595 | GOMEZ | 6/16/2006 | $276,000.00 | $289,379.08 | $238,000.00 | 611 GRAND RESERVE DRIVE DAVENPORT FL 33837 |
| 2000228414 | GUILLMENO | 6/12/2006 | $272,720.00 | $289,885.65 | $408,000.00 | 3445 STRATFORD ROAD UNIT 1803 ATLANTA GA 30326 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000194658 | MIJANGO | 6/22/2006 | $285,600.00 | $308,731.78 | $325,000.00 | 45539 BARRYMORE AVENUE<br>LANCASTER CA 93534 |
| 0011903897 | DAVIS | 8/26/2005 | $251,000.00 | $267,781.80 | $250,000.00 | 335 BRACKIN TERRACE<br>GRAYSON GA 30017 |
| 2000194255 | PLACIDO | 5/9/2006 | $439,920.00 | $471,590.01 | $405,000.00 | 1250 SOUTH GARNSEY STREET<br>SANTA ANA CA 92707 |
| 2000194952 | DAUGHTERY | 6/29/2006 | $260,400.00 | $284,974.26 | $255,000.00 | 7521 FENCEROW STREET<br>LAS VEGAS NV 89131 |
| 2000194650 | CHAVEZ | 6/27/2006 | $396,000.00 | $422,227.57 | $373,000.00 | 15135 GIORDANO STREET<br>LA PUENTE CA 91744 |
| 2000264653 | SALAZAR | 7/24/2006 | $585,000.00 | $609,832.72 | $520,000.00 | 2015 SOUTH KILSON DRIVE<br>SANTA ANA CA 92707 |