# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
*Movant: Bank of New York Trust Company , as successor to JPMorgan Chase Bank.*
*D&G Reference: 210767/Batch 18*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000016511 | ELLIOTT | 9/17/07 | $560,000.00 | $684,980.27 | $900,000.00 | 51 W. SHORE DRIVE<br>MIAMI FL 33133 |