# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
*Movant: U. S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HE5, by Saxon Mortgage Services Inc. as its attorney-in-fact.*
*D&G Reference: 210825/Batch 26*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 0001521188 | HAWKINS | 4/28/2004 | $97,500.00 | $143,607.88 | $99,000.00 | 250 ANDORRA LANE<br>HOUSTON, TX 77015 |
| 2000005546 | ROSSON | 8/2/2004 | $480,000.00 | $501,579.06 | $725,000.00 | 2753 LEVANTE STREET<br>CARLSBAD, CA 92009 |