IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br><u>et</u> <u>al.</u>,<br><br>Debtor. | Chapter 11<br>Case No. 07-10416-KJC |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2007, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code, notice, and proposed order were served upon the parties listed on the attached matrix in the manner stated.


Dated: November 6, 2007         **/s/ Adam Hiller**
       Wilmington, Delaware        Adam Hiller (DE No. 4105)
                                Draper & Goldberg, PLLC
                                1500 North French Street, 2nd Floor
                                Wilmington, Delaware 19801
                                (302) 339-8776 telephone
                                (302) 213-0043 facsimile

**VIA OVERNIGHT DELIVERY**
New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612

**VIA HAND DELIVERY**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

**VIA OVERNIGHT DELIVERY**
Mark T. Power
Mark S. Indelicato
Jeffery L. Schwartz
Hahn & Hessen LLP
488 Madison Ave.
14th & 15th Floor
New York, NY 10022

**VIA HAND DELIVERY**
Bonnie Glantz Fatell
David W. Carickhoff, Jr.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA OVERNIGHT DELIVERY**
Suzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

**VIA OVERNIGHT DELIVERY**
Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joseph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899