# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **NEW CENTURY TRS HOLDINGS, INC.** | § | |
| | § | Case No. 07-10416-KJC-11 |
| | § | |
| | § | |
| Debtor. | § | CHAPTER 11 |
| | § | JOINTLY ADMINISTERED |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Now comes CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT, herein referred to as "CFBISD," and files this notice of withdrawal of its Proof of Claim, filed August 7, 2007, in the amount of $2,496.06, and listed as Claim No. 1587 in Debtor's claims register and would show:

1. The above-referenced Proof of Claim was filed in error.

> Respectfully submitted,
>
> LAW OFFICES OF ROBERT E. LUNA, P.C.
> 4411 N. Central Expressway
> Dallas, Texas 75205
> (214) 521-8000
> (214) 521-1738 FACSIMILE
> sheehan@txschoollaw.com
>
>
> By: /s/ Andrea Sheehan
>      Andrea Sheehan
>      Texas State Bar No. 24002935
>
> Attorney for CARROLLTON-FARMERS
> BRANCH INDEPENDENT SCHOOL DISTRICT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim was served upon the parties listed below at the designated addresses, via electronic mail or first class U.S. mail this 6th day of November, 2007.

/s/ Andrea Sheehan
ANDREA SHEEHAN

Christopher M. Samis
Richards Layton & Finger, PA
920 North King St.
P.O. Box 551
Wilmington, DE 19899

United States Trustee
844 Kin Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM, PAGE 2