**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al.,[1] | : | |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Objection Deadline: November 28, 2007 at 4:00 p.m. ET** |
| | | **Hearing Date: TBD (if necessary)** |

**NOTICE OF APPLICATION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (AUGUST 1, 2007 THROUGH SEPTEMBER 30, 2007)**

**TO:   All Parties Listed On The Attached Certificate Of Service**

PLEASE TAKE NOTICE that on November 8, 2007, Skadden, Arps, Slate, Meagher & Flom LLP, special regulatory counsel for the above-captioned Debtors, filed the attached **Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred (August 1, 2007 Through September 30, 2007)** (the "Application").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application or the relief requested therein must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801, and served so as to be received by the undersigned and the following parties no later than **4:00 p.m. Eastern Time on November 28, 2007**: (i) the Debtors, New Century Mortgage Corporation, 18400 Von Karman Avenue, Suite 1000, Irvine, California 92612 (Attn: Monika L. McCarthy.); (ii) counsel for the Debtors, O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071 (Attn: Suzzanne Uhland and Emily Culler) and Richards, Layton & Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, Delaware 19899 (Attn: Mark D. Collins and Michael J. Merchant); (iii) the Debtors' crisis managers, AP Services, LLC, Nine West 57th Street, Suite 3420, New York, New York 10019 (Attn: Holly Felder Etlin); (iv) Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Joseph McMahon); (v) counsel to the Debtors' post-petition senior secured lenders, Kirkland & Ellis, 777 South Figueroa Street, Los Angeles, California 90017-5800 (Attn: Bennett L. Spiegel and Shirley S. Cho); and (vi) counsel to the Official Committee of Unsecured Creditors, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801 (Attn: Bonnie Glantz Fatell) and Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn: Mark S. Indelicato).

If an objection is properly filed and served in accordance with the above procedures, a hearing on the Application will be held at a time and date to be determined before the Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware, in the Bankruptcy Court, 5th Floor, Courtroom 5, 824 Market Street, Wilmington, Delaware 19801. Only those objections made in writing and timely filed and received will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE RELIEF REQUESTED IN THE APPLICATION WILL BE GRANTED WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: Wilmington, Delaware
       November 8, 2007

/s/  Kimberly A. LaMaina
Eric M. Davis (I.D. No. 3621)
Kimberly A. LaMaina (I.D. No. 4568)
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Special Counsel for Debtors and
   Debtors in Possession