# EXHIBIT B-1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(AUGUST 1, 2007 – AUGUST 31, 2007)**

**Bill No: 1177801**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Eric M. Davis | 1992 | $775 | 2.90 | $ 2,247.50 |
| Benjamin B. Klubes | 1990 | 790 | 5.00 | 3,950.00 |
| | **TOTAL PARTNERS** | | **7.90** | **$ 6,197.50** |
| **ASSOCIATES** | | | | |
| Valerie L. Hletko | 2002 | $535 | 34.80 | $18,618.00 |
| Kimberly A. LaMaina | 2001 | 535 | 0.50 | 267.50 |
| | **TOTAL ASSOCIATES** | | **35.30** | **$18,885.50** |
| **PARAPROFESSIONALS** | | | | |
| Cecilia M. Bisher | N/A | $225 | 0.50 | $   112.50 |
| Puja Murgai | N/A | 160 | 19.10 | 3,056.00 |
| | **TOTAL PARAPROFESSIONALS** | | **19.60** | **$ 3,168.50** |
| | | **TOTAL** | **62.80** | **$28,251.50** |
| | | | **BLENDED HOURLY RATE** | **$449.86** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(AUGUST 1, 2007 - AUGUST 31, 2007)**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Regulatory and SEC Matters | 62.80 | $28,251.50 |
| **TOTAL** | **62.80** | **$28,251.50** |

**New Century Financial Corporation (DIP)**　　　　　　　　**Bill Date: 10/24/07**
**Regulatory and SEC Matters**　　　　　　　　　　　　　　**Bill Number: 1177801**

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DAVIS EM | 08/30/07 | 1.80 | REVIEW COMPLAINT FILED BY WASHINGTON, DC AGAINST NEW CENTURY UNDER WASHINGTON, DC CONSUMER PROTECTION ACT (.7); READ REQUEST BY B. KLUBES AND LISTEN TO MESSAGE RE: SAME (.2); REVIEW SECTION 362 LAW AND SECTION 362(B)(4) IN PARTICULAR TO DETERMINE STRATEGY RE: NEED TO RESPOND/MOVE FOR INJUNCTIVE RELIEF, ETC. (.9). |
| DAVIS EM | 08/31/07 | 1.10 | RESPOND TO INTERNAL INQUIRY OF B.KLUBES AND OUTLINE MEANS OF DEFENDING WASHINGTON, DC ACTION AS SAME RELATES TO AUTO STAY (1.1). |
| | | **2.90** | |
| KLUBES BB | 08/02/07 | 0.10 | CONFERENCE WITH V. HLETKO RE: WASHINGTON DC AG RESPONSE (.1). |
| KLUBES BB | 08/06/07 | 0.40 | TELEPHONE CALL FROM MASSACHUSETTS AG RE: SUBPOENA (.1); REVIEW LETTER TO WASHINGTON, DC AG AND CONFERENCE WITH V. HLETKO RE: SAME (.3). |
| KLUBES BB | 08/08/07 | 0.30 | CONFERENCE WITH V. HLETKO RE: LETTER TO MASSACHUSETTS AG (.3). |
| KLUBES BB | 08/15/07 | 0.80 | CONFERENCE WITH V. HLETKO RE: WASHINGTON, DC AG (.2); REVIEW MASSACHUSETTS AG LETTER (.1); TELEPHONE CONFERENCE WITH F. TOPPEL ET AL RE: DOCUMENT PRESERVATION. (.5). |
| KLUBES BB | 08/16/07 | 0.30 | REVIEW AND RESPOND TO E-MAILS RE: CASE STATUS (.3). |
| KLUBES BB | 08/17/07 | 0.90 | TELEPHONE CONFERENCE WITH CLIENT RE: MASSACHUSETTS AG AND WASHINGTON, DC AG (.8); REVIEW MASSACHUSETTS AG SUBPOENA (.1). |
| KLUBES BB | 08/21/07 | 0.40 | TELEPHONE CONFERENCE WITH K. RICHMAN RE: RHODE ISLAND AND OTHER ISSUES (.4). |
| KLUBES BB | 08/23/07 | 0.10 | REVIEW LETTER TO MASSACHUSETTS AG AND CONFERENCE WITH V. HLETKO RE: SAME. (.1). |
| KLUBES BB | 08/27/07 | 0.20 | REVIEW MASSACHUSETTS AG LETTER (.1); TELEPHONE CALL TO V. HLETKO RE: MASSACHUSETTS AG LETTER (.1). |
| KLUBES BB | 08/29/07 | 0.50 | TELEPHONE CALL TO V. HLETKO AND K. RICHMAN RE: WASHINGTON, DC AG LAWSUIT (.3); TELEPHONE CALL TO B. GOTTFRIED RE: WASHINGTON, DC AG LAWSUIT (.2). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| KLUBES BB | 08/30/07 | 0.60 | REVIEW WASHINGTON, DC AG COMPLAINT (.2); DRAFT LETTER TO B. GOTTFRIED RE: COMPLAINT (.4). |
| KLUBES BB | 08/31/07 | 0.40 | TELEPHONE CALL AND E-MAILS WITH V. HLETKO AND E. DAVIS RE: WASHINGTON DC CASE (.4). |
| | | **5.00** | |
| **Total Partner** | | **7.90** | |
| HLETKO VL | 08/01/07 | 0.50 | PREPARE PURCHASER CHART FOR B. GOTTFRIED (.5). |
| HLETKO VL | 08/03/07 | 2.10 | PREPARE PURCHASER CHART AND LETTER FOR B. GOTTFRIED (2.1). |
| HLETKO VL | 08/06/07 | 1.90 | PREPARE WASHINGTON, DC AG RESPONSE (1.1); REVIEW CONNECTICUT SETTLEMENT (.8). |
| HLETKO VL | 08/07/07 | 3.50 | PREPARE WASHINGTON, DC AG LETTER AND SPREADSHEET RE: LOAN PURCHASERS (.7); REVIEW POLICIES AND PROCEDURES FOR MASSACHUSETTS CID RESPONSE (2.3); PREPARE MASSACHUSETTS LETTER RE: SUBPOENA (.5). |
| HLETKO VL | 08/08/07 | 1.10 | PREPARE MASSACHUSETTS AG PRODUCTION (1.1). |
| HLETKO VL | 08/13/07 | 2.70 | TELEPHONE CONFERENCE WITH B. GOTTFRIED RE: SUBPOENA (.4); TELEPHONE CONFERENCE WITH E. BACHELOR RE: UNDERWRITING COMMUNICATIONS (.2); REVIEW POLICIES AND PROCEDURES RE: UNDERWRITING (1.3); REVIEW RHODE ISLAND CORRESPONDENCE (.5); E-MAIL EXCHANGE WITH K. RICHMAN RE: DOCUMENT PRODUCTION (.3). |
| HLETKO VL | 08/14/07 | 0.80 | REVIEW STATUS ON WASHINGTON, DC AG ACTION (.8). |
| HLETKO VL | 08/17/07 | 4.30 | TELEPHONE CONFERENCE WITH K. RICHMAN, M. LOEWENTHAL AND B. KLUBES RE: REGULATORY MATTERS (.8); REVIEW MASSACHUSETTS CID (.4); LEGAL RESEARCH RE: LIABILITY FOR CORPORATE REGULATORY FEES (3.1). |
| HLETKO VL | 08/21/07 | 3.10 | REVIEW DOCUMENTS FOR MASSACHUSETTS PRODUCTION (2.7); TELEPHONE CONFERENCE WITH B. KLUBES AND K. RICHMAN RE: REGULATORY MATTERS (.4). |
| HLETKO VL | 08/22/07 | 2.40 | PREPARE MASSACHUSETTS PRODUCTION (1.3); TELEPHONE CONFERENCE WITH A. ENGLISH RE: CID (.3); REVIEW CONNECTICUT SETTLEMENT AGREEMENT (.8). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| HLETKO VL | 08/23/07 | 1.80 | E-MAIL EXCHANGE WITH B. GOTTFRIED RE: E-MAIL PRODUCTION (.5); PREPARE MASSACHUSETTS PRODUCTION AND DRAFT TRANSMITTAL LETTER (1.3). |
| HLETKO VL | 08/27/07 | 1.20 | PREPARE PRODUCTION FOR MASSACHUSETTS (1.2). |
| HLETKO VL | 08/29/07 | 1.60 | REVIEW COMPLAINT (1.0); TELEPHONE CONFERENCE WITH B. KLUBES AND K. RICHMAN RE: WASHINGTON, DC AG LAWSUIT (.3); TELEPHONE CONFERENCE WITH B. KLUBES AND B. GOTTFRIED RE: WASHINGTON, DC AG LAWSUIT (.3). |
| HLETKO VL | 08/30/07 | 3.40 | DRAFT LETTER TO B. GOTTFRIED RE: SUBPOENA (3.4). |
| HLETKO VL | 08/31/07 | 4.40 | TELEPHONE CONFERENCE WITH N. SAVAGE RE: SETTLEMENT AGREEMENT (.5); PREPARE E-MAIL TO N. SAVAGE RE: FEE WAIVER (1.5); REVISE RHODE ISLAND CONSENT AGREEMENT (.3); LEGAL RESEARCH RE: BANKRUPTCY STAY (2.1). |
| | | **34.80** | |
| LAMAINA KA | 08/08/07 | 0.20 | REVIEW MEMORANDUM FROM R. DENNIS ON REGULATORY SERVICES (.2). |
| LAMAINA KA | 08/30/07 | 0.30 | REVIEW WASHINGTON DC AG COMPLAINT FILED AGAINST CLIENT (.3). |
| | | **0.50** | |
| **Total Associate** | | **35.30** | |
| MURGAI P | 08/03/07 | 0.40 | DC DOCUMENT PRODUCTION (.4). |
| MURGAI P | 08/06/07 | 0.20 | DC DOCUMENT PRODUCTION (.2). |
| MURGAI P | 08/07/07 | 5.20 | DC DOCUMENT PRODUCTION (4.7); MAINTAIN FILES FOR NCDC AND NCMA DOCUMENT PRODUCTIONS (.5). |
| MURGAI P | 08/08/07 | 1.70 | DC DOCUMENT PRODUCTION (.5); MASSACHUSETTS DOCUMENT PRODUCTION (1.2). |
| MURGAI P | 08/13/07 | 2.80 | MAINTAIN FILES FOR REGULATORY CORRESPONDENCE (2.8). |
| MURGAI P | 08/20/07 | 1.90 | RESEARCH FINAL SETTLEMENT AGREEMENTS IN REGULATORY PROCEEDING (1.5); MAINTAIN IMAGEBASE (.4). |
| MURGAI P | 08/22/07 | 5.30 | MASSACHUSETTS DOCUMENT PRODUCTION (5.3). |
| MURGAI P | 08/27/07 | 1.10 | ASSEMBLE FOR ATTORNEY REVIEW THE NCMA-001-001580 - 001725 (1.1). |
| MURGAI P | 08/29/07 | 0.50 | ASSEMBLE FOR ATTORNEY REVIEW THE CD OF FILES FROM FTP ACCOUNT (.5). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

|  |  |  |  |
|---|---|---|---|
|  |  | **19.10** |  |
| **Total Legal Assistant** |  | **19.10** |  |
| BISHER CM | 08/29/07 | 0.50 | ASSIST CASE TEAM WITH REVIEW OF SPI'S FTP SITE AND DOWNLOAD OF FILES (.3); CONFERENCE WITH P. MURGAI RE SAME (.2). |
|  |  | **0.50** |  |
| **Total Legal Assistant Specialist** |  | **0.50** |  |
| **TOTAL TIME** |  | **62.80** |  |
|  |  |  |  |
| **CLIENT TOTAL** |  | **62.80** |  |