# EXHIBIT B-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(AUGUST 1, 2007 - AUGUST 31, 2007)**

| Expense Category | Total Expenses |
|---|---|
| Computer Legal Research | $1,362.31 |
| Long Distance Telephone | $9.06 |
| In-House Reproduction | $98.90 |
| Courier & Express Carriers (e.g., Federal Express) | $38.67 |
| **TOTAL** | **$1,508.94** |

| | | | |
|---|---|---|---|
| **New Century Financial Corporation (DIP)** | | | **Bill Date: 10/24/07** |
| **Litigation (General)** | | | **Bill Number: 1177801** |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 08/17/07 | Teleconferencing Services, LLC | 7.38 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$7.38** |
| | | **TOTAL MATTER** | **$7.38** |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**New Century Financial Corporation (DIP)**　　　　　　　　　　　**Bill Date: 10/24/07**
**Regulatory and SEC Matters**　　　　　　　　　　　　　　　　　**Bill Number: 1177801**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/07/07 | Copy Center, D | 0.20 |
| In-house Reproduction | 08/10/07 | Copy Center, D | 55.60 |
| In-house Reproduction | 08/24/07 | Copy Center, D | 42.30 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$98.10** |
| Westlaw | 08/20/07 | Hletko VL | 124.43 |
| Westlaw | 08/30/07 | Hletko VL | 502.34 |
| Westlaw | 08/31/07 | Hletko VL | 623.32 |
| | | **TOTAL WESTLAW** | **$1,250.09** |
| Vendor Hosted Teleconferencing | 07/11/07 | Teleconferencing Services, LLC | 1.68 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$1.68** |
| Messengers/ Courier | 08/08/07 | Dist Serv/Mail/Page, D | 9.27 |
| Messengers/ Courier | 08/27/07 | Dist Serv/Mail/Page, D | 11.06 |
| | | **TOTAL MESSENGERS/ COURIER** | **$20.33** |
| | | **TOTAL MATTER** | **$1,370.20** |

DD01

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**New Century Financial Corporation (DIP)**       **Bill Date: 10/24/07**
**Retention/Fee Matters (SASM&F)**                **Bill Number: 1177801**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/14/07 | Copy Center, D | 0.80 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$0.80** |
| Westlaw | 08/17/07 | Hletko VL | 112.22 |
| | | **TOTAL WESTLAW** | **$112.22** |
| Messengers/ Courier | 08/06/07 | Dist Serv/Mail/Page, D | 9.17 |
| Messengers/ Courier | 08/10/07 | Dist Serv/Mail/Page, D | 9.17 |
| | | **TOTAL MESSENGERS/ COURIER** | **$18.34** |
| | | **TOTAL MATTER** | **$131.36** |
| | | **TOTAL CLIENT** | **$1,508.94** |

3