# EXHIBIT C-1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(SEPTEMBER 1, 2007 – SEPTEMBER 30, 2007)**

**Bill No: 1177805**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Eric M. Davis | 1992 | $775 | 3.80 | $ 2,945.00 |
| Benjamin B. Klubes | 1990 | 870 | 6.60 | 5,742.00 |
| Andrew L. Sandler | 1983 | 895 | 0.50 | 447.50 |
| | **TOTAL PARTNERS** | | **10.90** | **$ 9,134.50** |
| **ASSOCIATES** | | | | |
| Valerie L. Hletko | 2002 | $610 | 43.30 | $26,413.00 |
| Kimberly A. LaMaina | 2001 | 610 | 38.40 | 23,424.00 |
| | **TOTAL ASSOCIATES** | | **81.70** | **$49,837.00** |
| **PARAPROFESSIONALS** | | | | |
| Cecilia M. Bisher | N/A | $260 | 0.50 | $   130.00 |
| Neil R. Canfield | N/A | 205 | 2.50 | 512.50 |
| Thinley Dorjee | N/A | 100 | 0.90 | 90.00 |
| Larry S. Morton | N/A | 265 | 3.60 | 954.00 |
| Puja Murgai | N/A | 205 | 39.80 | 8,159.00 |
| Christopher T. Speedie | N/A | 205 | 11.50 | 2,357.50 |
| Brian D. Stuebner | N/A | 265 | 14.90 | 3,948.50 |
| Shi-Shi Wang | N/A | 170 | 13.50 | 2,295.00 |
| | **TOTAL PARAPROFESSIONALS** | | **87.20** | **$18,446.50** |
| | | **TOTAL** | **179.80** | **$77,418.00** |
| | | **BLENDED HOURLY RATE** | | **$430.58** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(SEPTEMBER 1, 2007 - SEPTEMBER 30, 2007)**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Regulatory and SEC Matters | 137.30 | $52,240.00 |
| Retention/Fee Matters (SASM&F) | 42.50 | $25,178.00 |
| **TOTAL** | **179.80** | **$77,418.00** |

```
New Century Financial Corporation (DIP)                    Bill Date: 10/24/07
Regulatory and SEC Matters                                 Bill Number: 1177805
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DAVIS EM | 09/04/07 | 0.80 | CONTINUE WORK ON STRATEGY RE WASHINGTON, DC REGULATORY ACTION AND APPLICABILITY OF STAY (.8). |
| | | **0.80** | |
| KLUBES BB | 09/01/07 | 0.80 | REVISE LETTER TO B. GOTTFRIED RE: FILING OF ACTION (.8). |
| KLUBES BB | 09/02/07 | 0.20 | REVISE LETTER TO B. GOTTFRIED RE: FILING OF ACTION (.2). |
| KLUBES BB | 09/04/07 | 0.40 | CONFERENCE WITH V. HLETKO AND E. DAVIS RE: BANKRUPTCY ISSUES ON WASHINGTON, DC COMPLAINT (.4). |
| KLUBES BB | 09/07/07 | 0.20 | REVIEW LETTER FROM B. GOTTFRIED RE: LAWSUIT (WASHINGTON, DC AG) (.1); TELEPHONE CONFERENCE WITH M. LOWENTHAL RE: WASHINGTON, DC AG AND RETENTION ISSUES (.1). |
| KLUBES BB | 09/10/07 | 0.60 | TELEPHONE CONFERENCE WITH N. WILSON RE: WASHINGTON, DC AG (.3); TELEPHONE CONFERENCE WITH J. ROCHKIN RE: V. BURKE (.3). |
| KLUBES BB | 09/11/07 | 0.60 | CONFERENCE WITH G. DIBIANCO AND M. ROGERS RE: RESOLUTION OF WASHINGTON, DC AG MATTER (.3); LETTER TO B. GOTTFRIED (.1); TELEPHONE CONFERENCE WITH V. HLETKO RE: STATUS AND STRATEGY OF DC AG ACTION (.2). |
| KLUBES BB | 09/14/07 | 0.50 | TELEPHONE CONFERENCE WITH CLIENT AND BANKRUPTCY COUNSEL RE: WASHINGTON, DC AG ACTION (.5). |
| KLUBES BB | 09/19/07 | 0.20 | REVIEW CALIFORNIA LETTER FROM CALIFORNIA REGULATORY RE: REVOCATION (.2). |
| KLUBES BB | 09/20/07 | 0.40 | REVIEW CALIFORNIA REGULATOR LETTER (.2); CONFERENCE WITH V. HLETKO RE: SAME (.2). |
| KLUBES BB | 09/21/07 | 0.10 | TELEPHONE CALL TO V. BURKE COUNSEL RE: DC AG ACTION (.1). |
| KLUBES BB | 09/24/07 | 0.40 | CONFERENCE WITH V. HLETKO RE: CALIFORNIA LETTER (.2); PREPARE FOR B. GOTTFRIED MEETING RE: WASHINGTON DC AG ACTION (.2). |
| KLUBES BB | 09/25/07 | 2.00 | TELEPHONE CONFERENCE WITH V. BURKE ATTORNEY RE: WASHINGTON, DC AG (.3); ATTEND MEETING WITH WASHINGTON, DC AG RE: LAWSUIT (1.7). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| KLUBES BB | 09/26/07 | 0.20 | CONFERENCE WITH V. HLETKO RE: WASHINGTON, DC AG (.2). |
| | | **6.60** | |
| SANDLER AL | 09/04/07 | 0.50 | ANALYZE ISSUES RE: DC AG COMPLAINT (.5). |
| | | **0.50** | |
| **Total Partner** | | **7.90** | |
| HLETKO VL | 09/04/07 | 0.30 | TELEPHONE CONFERENCE WITH G. BOGIE RE: ELECTRONIC DOCUMENTS (.3). |
| HLETKO VL | 09/05/07 | 4.30 | REVIEW E-MAIL PROCEDURES AND BURKE DOCUMENTS (3.4); REVIEW LETTER TO B. GOTTFRIED RE: COMPLAINT (.9). |
| HLETKO VL | 09/06/07 | 1.20 | REVIEW METROPOLITAN MONEY STORE COMPLAINT LOANS (1.2). |
| HLETKO VL | 09/10/07 | 1.90 | TELECONFERENCE WITH B. KLUBES AND N. WILSON REGARDING DC COMPLAINT (.3); PREPARE SUMMARY ON DC COMPLAINT FOR N. WILSON (.4); PREPARE RESPONSE TO MASSACHUSETTS AG RE: CID (1.2). |
| HLETKO VL | 09/11/07 | 1.10 | PREPARE MATERIALS FOR MASSACHUSETTS CID RESPONSE (1.1). |
| HLETKO VL | 09/13/07 | 2.90 | E-MAIL WITH P. MURGAI RE: MASSACHUSETTS PRODUCTION (.2); REVIEW MASSACHUSETTS PRODUCTION WEBSITE (.9); TELEPHONE CONFERENCE WITH M. ROGERS RE: TITLE INSURERS (.5); PREPARE SUMMARY OF TITLE INSURER ISSUES (1.3). |
| HLETKO VL | 09/14/07 | 2.90 | TELEPHONE CONFERENCE WITH B. KLUBES AND K. RICHMAN RE: REGULATORY MATTERS (.5); E-MAIL WITH K. RICHMAN RE: CALIFORNIA LICENSE (.4); LEGAL RESEARCH RE: SAME (1.2); DRAFT MOTION LANGUAGE FOR REGULATORY SERVICES FOR BANKRUPTCY FILING (.8). |
| HLETKO VL | 09/17/07 | 0.60 | E-MAIL WITH B. GOTTFRIED RE: IN-PERSON MEETING IN CONNECTION WITH COMPLAINT (.3); REVIEW CALIFORNIA REVOCATION NOTICE (.3). |
| HLETKO VL | 09/18/07 | 2.70 | TELEPHONE CONFERENCE WITH K. RICHMAN RE: CALIFORNIA LICENSE (.3); LEGAL RESEARCH RE: SAME (1.2); DRAFT LETTER TO J. HARTLEY RE: SAME (.9); TELEPHONE CONFERENCE WITH B. STUEBNER AND P. MURGAI RE: MASSACHUSETTS DOCUMENT PRODUCTION (.3). |
| HLETKO VL | 09/19/07 | 1.50 | E-MAIL EXCHANGE WITH K. RICHMAN, L. MCDERMOTT AND SUGHRUE ATTORNEYS RE: ADVERTISING MATERIALS (.2); REVISE LETTER TO J. HARTLEY RE: LICENSE SURRENDER (1.3). |

2

D02B

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HLETKO VL | 09/20/07 | 1.30 | REVIEW MATERIALS FOR PRODUCTION TO MASSACHUSETTS AG (1.3). |
| HLETKO VL | 09/21/07 | 4.60 | RESEARCH LICENSE SURRENDER UNDER CALIFORNIA LAW (2.3); DRAFT LETTER TO J. HARTLEY RE: LICENSE SURRENDER UNDER CALIFORNIA LAW (2.3). |
| HLETKO VL | 09/25/07 | 7.50 | REVISE LETTER TO J. HARTLEY RE: LICENSE SURRENDER (.8); ATTEND MEETING WITH B. GOTTFRIED RE: METROPOLITAN MONEY STORE COMPLAINT (1.4); PREPARE NOTICE OF APPEARANCE (.9); REVIEW CASE ACTIVITY (.3); REVIEW DOCUMENTS FOR PRODUCTION TO MASSACHUSETTS AG (4.1). |
| HLETKO VL | 09/26/07 | 5.00 | TELEPHONE CONFERENCE WITH S. CARPENTER RE: ASSESSMENT (.4); DRAFT LETTER TO S. CARPENTER RE: SAME (.9); REVISE LETTER TO J. HARTLEY RE: LICENSE (.8); REVIEW WASHINGTON, DC AG SERVICE (1.2); DRAFT NOTICE OF APPEARANCE AND STIPULATION FOR METROPOLITAN MONEY STORE ACTION (1.7). |
| HLETKO VL | 09/27/07 | 3.10 | REVIEW DOCUMENTS FOR MASSACHUSETTS PRODUCTION AND PREPARE SAME (3.1). |
| HLETKO VL | 09/28/07 | 2.40 | PREPARE MASSACHUSETTS PRODUCTION (.9); REVIEW MASSACHUSETS PRODUCTION DOCUMENTS (1.2); TELEPHONE CONFERENCE WITH A. ENGLISH RE: CID (.3). |
| | | **43.30** | |
| LAMAINA KA | 09/10/07 | 1.50 | REVIEW NEW ACTION AS RELATED TO RETENTION (.3); REVIEW STATUS ON CAP ON FEES (.3); REVIEW CONTEMPORANEOUSLY CUSTOMER PROGRAM ORDER AND SERVICES RELATING THERETO (.9). |
| LAMAINA KA | 09/13/07 | 0.80 | REVIEW SERVICES FOR COMPLIANCE WITH COURT ORDER CAP PROVISIONS (.8). |
| LAMAINA KA | 09/14/07 | 0.20 | RESPOND TO COMPANY REQUEST ON BUDGET FOR SERVICES (.2). |
| | | **2.50** | |
| **Total Associate** | | **45.80** | |
| CANFIELD NR | 09/27/07 | 2.50 | ASSIST WITH ASSEMBLY OF MASSACHUSETTS AG DOCUMENT PRODUCTION (2.5). |
| | | **2.50** | |
| MURGAI P | 09/11/07 | 1.50 | PRINT AND ASSEMBLE SECURITIZATION DOCUMENTS FOR MASSACHUSETTS AG (1.5). |
| MURGAI P | 09/12/07 | 7.20 | PRINT AND ASSEMBLE SECURITIZATION DOCUMENTS FOR MASSACHUSETTS AG (7.2). |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| MURGAI P | 09/13/07 | 6.00 | CONFERENCE WITH C. BISHER AND V. HLETKO RE: VENDOR COST ESTIMATE FOR PRINTING PROJECT (.5); PRINT AND ASSEMBLE SECURITIZATION DOCUMENTS FOR MASSACHUSETTS AG (5.5). |
| MURGAI P | 09/14/07 | 6.70 | CONFERENCE WITH C. BISHER AND V. HLETKO RE: VENDOR COST ESTIMATE FOR PRINTING PROJECT (.7); PRINT AND ASSEMBLE SECURITIZATION DOCUMENTS FOR MASSACHUSETTS AG (6). |
| MURGAI P | 09/17/07 | 8.20 | PRINT AND ASSEMBLE SECURITIZATION DOCUMENTS FOR MASSACHUSETTS AG (8.2). |
| MURGAI P | 09/18/07 | 8.50 | CONFERENCE WITH V. HLETKO RE: SECURITIZATION DOCUMENTS FOR MASSACHUSETTS AG (.4); PRINT AND ASSEMBLE SECURITIZATION DOCUMENTS FOR MASSACHUSETTS AG (8.1). |
| MURGAI P | 09/21/07 | 1.70 | ASSEMBLE AND DELIVER CORRESPONDENCE RE: SEC INQUIRY DOCUMENTS TO V. HLETKO (.9); SEARCH FOR CORRESPONDENCE RE: 4/27/07 MEETING WITH CALIFORNIA COMMISSIONER (.8). |
| | | **39.80** | |
| SPEEDIE CT | 09/14/07 | 5.90 | PRINT AND ASSEMBLE SECURITIZATION DOCUMENTS FOR MASSACHUSETTS AG (5.9). |
| SPEEDIE CT | 09/18/07 | 5.60 | PRINT AND ASSEMBLE SECURITIZATION DOCUMENTS FOR MASSACHUSETTS AG (5.6). |
| | | **11.50** | |
| STUEBNER BD | 09/17/07 | 7.60 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION (7.6). |
| STUEBNER BD | 09/18/07 | 7.10 | PRINT AND ASSEMBLE SECURITIZATION DOCUMENTS FOR MASSACHUSETTS AG (7.1). |
| STUEBNER BD | 09/20/07 | 0.20 | ASSEMBLE SECURITIZATION DOCUMENTS FOR MASSACHUSETTS AG (.2). |
| | | **14.90** | |
| WANG S | 09/17/07 | 7.50 | PRINT AND ASSEMBLE SECURITIZATION DOCUMENTS FOR MASSACHUSETTS AG (7.5). |
| WANG S | 09/18/07 | 6.00 | PRINT AND ASSEMBLE SECURITIZATION DOCUMENTS FOR MASSACHUSETTS AG (6.0). |
| | | **13.50** | |
| **Total Legal Assistant** | | **82.20** | |
| BISHER CM | 09/13/07 | 0.50 | ASSIST CASE TEAM WITH OUTSOURCE BLOWBACK REQUEST FROM SEC'S WEBSITE. |
| | | **0.50** | |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| DORJEE T | 09/12/07 | 0.40 | PHONE CALL TO COURT RE: CASE STATUS REGARDING DC SUPERIOR COURT CASE 07CA6023 PER V. HLETKO. |
| DORJEE T | 09/25/07 | 0.50 | UPDATE AND REVIEW DOCKET ENTRIES FOR CASE 07CA6023. |
| | | **0.90** | |
| **Total Legal Assistant Specialist** | | **1.40** | |
| **TOTAL TIME** | | **137.30** | |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

```
New Century Financial Corporation (DIP)              Bill Date: 10/24/07
Retention/Fee Matters (SASM&F)                       Bill Number: 1177805
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DAVIS EM | 09/07/07 | 1.10 | BEGIN REVIEW OF TIME RECORDS AND FORM OF APPLICATION. |
| DAVIS EM | 09/13/07 | 1.90 | REVIEW, REVISE AND COMMENT ON INTERIM FEE APPLICATION. |
| | | **3.00** | |
| **Total Partner** | | **3.00** | |
| LAMAINA KA | 09/07/07 | 3.30 | PREPARE FOUR MONTHLY STATEMENTS/APPLICATIONS FOR COURT FILING (3.3). |
| LAMAINA KA | 09/11/07 | 13.30 | DRAFT COMBINED FEE APPLICATION (5.4); PREPARE/FINALIZE APRIL, MAY, JUNE, JULY STATEMENTS (4.4); DRAFT APPLICABLE SCHEDULES FOR STATEMENTS IN ACCORDANCE WITH US TRUSTEE GUIDELINES (3.5). |
| LAMAINA KA | 09/12/07 | 8.20 | PREPARE FEE APPLICATION EXHIBITS (4.4); DRAFT FEE APPLICATION (3.2); REVISE FEE APPLICATIONS (.6). |
| LAMAINA KA | 09/13/07 | 7.60 | DRAFT INTERIM FEE APPLICATION REQUEST IN ACCORDANCE WITH INTERIM COMPENSATION ORDER (.9); CORRESPONDENCE WITH ACCOUNTING ON STATEMENTS (.8); REVIEW FEE APPLICATIONS (5.9). |
| LAMAINA KA | 09/14/07 | 3.50 | DRAFT INTERIM FEE ORDER (.4); REVISE INTERIM FEE APPLICATION (.5); FINALIZE FEE APPLICATION PAPERS FOR FILING (2.6). |
| | | **35.90** | |
| **Total Associate** | | **35.90** | |
| MORTON LS | 09/12/07 | 0.90 | DRAFT NOTICE AND CERTIFICATE OF SERVICE FOR FEE APPLICATION RE: SKADDEN (.6); DISCUSSION WITH ATTORNEY REGARDING SAME (.3). |
| MORTON LS | 09/13/07 | 1.10 | SEARCH FOR PRECEDENT PLEADING RE: MONTHLY AND INTERIM FEE APPLICATIONS AND ADMINISTRATIVE ORDERS (.7); FORWARD SAME TO ATTORNEY FOR REVIEW (.1); EDIT NOTICE TO FEE APPLICATION (.3). |
| MORTON LS | 09/14/07 | 1.60 | PREPARE MONTHLY AND INTERIM FEE APPLICATIONS FOR FILING RE: SKADDEN (.6); FILE BOTH APPLICATIONS (.3); ASSIST WITH DISTRIBUTION OF FILED FEE APPLICATION AND INTERIM FEE APPLICATION (.6); DISCUSSION WITH ATTORNEY REGARDING SAME (.1). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

```
                                    3.60
 Total Legal Assistant              3.60

 TOTAL TIME                        42.50


 CLIENT TOTAL                     179.80
```