# EXHIBIT C-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(SEPTEMBER 1, 2007 - SEPTEMBER 30, 2007)**

| Expense Category | Total Expenses |
|---|---:|
| In-House Reproduction | $198.90 |
| Outside Reproduction | $2.00 |
| Courier & Express Carriers (e.g., Federal Express) | $105.58 |
| Postage | $0.82 |
| **TOTAL** | **$307.30** |

**New Century Financial Corporation (DIP)**　　　　　　　　　**Bill Date: 10/24/07**
**Litigation (General)**　　　　　　　　　　　　　　　　　　　**Bill Number: 1177805**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Non-standard/Outside Reproduction | 09/25/07 | Dorjee T | 2.00 |
|  |  | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$2.00** |
| Messengers/ Courier | 09/28/07 | Dist Serv/Mail/Page, D | 6.70 |
|  |  | **TOTAL MESSENGERS/ COURIER** | **$6.70** |
|  |  | **TOTAL MATTER** | **$8.70** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**New Century Financial Corporation (DIP)**      **Bill Date: 10/24/07**
**Regulatory and SEC Matters**      **Bill Number: 1177805**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/11/07 | Copy Center, D | 4.30 |
| In-house Reproduction | 09/18/07 | Copy Center, D | 0.40 |
| In-house Reproduction | 09/28/07 | Copy Center, D | 73.50 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$78.20** |
| Postage | 09/06/07 | Office Admin, D | 0.41 |
| Postage | 09/26/07 | Office Admin, D | 0.41 |
| | | **TOTAL POSTAGE** | **$0.82** |
| | | **TOTAL MATTER** | **$79.02** |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**New Century Financial Corporation (DIP)**  **Bill Date: 10/24/07**
**Retention/Fee Matters (SASM&F)**  **Bill Number: 1177805**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/14/07 | Copy Center, D | 11.50 |
| In-house Reproduction | 09/18/07 | Copy Center, D | 109.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$120.70** |
| Messengers/ Courier | 09/14/07 | Dist Serv/Mail/Page, D | 21.11 |
| Messengers/ Courier | 09/14/07 | Dist Serv/Mail/Page, D | 11.11 |
| Messengers/ Courier | 09/14/07 | Dist Serv/Mail/Page, D | 11.11 |
| Messengers/ Courier | 09/14/07 | Dist Serv/Mail/Page, D | 11.11 |
| Messengers/ Courier | 09/14/07 | Dist Serv/Mail/Page, D | 11.11 |
| Messengers/ Courier | 09/14/07 | Dist Serv/Mail/Page, D | 11.11 |
| Messengers/ Courier | 09/14/07 | Dist Serv/Mail/Page, D | 11.11 |
| Messengers/ Courier | 09/14/07 | Dist Serv/Mail/Page, D | 11.11 |
| | | **TOTAL MESSENGERS/ COURIER** | **$98.88** |
| | | **TOTAL MATTER** | **$219.58** |
| | | **TOTAL CLIENT** | **$307.30** |

DD01