IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**Objection Deadline: November 27, 2007 at 4:00 p.m.**

**FIFTH MONTHLY FEE APPLICATION OF BLANK ROME LLP,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF AUGUST 1, 2007 THROUGH AUGUST 31, 2007**

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Professional Services to*: | Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.* |
| *Date of Retention*: | May 31, 2007, *nunc pro tunc* to April 9, 2007 |
| *Period for which Compensation and Reimbursement is Sought*: | August 1, 2007 through August 31, 2007 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $133,883.20 (80% of $167,354.00) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $5,049.75 |

This is a:  ✓ Monthly  ___ Quarterly  ___ Final Application

1

127340.01600/6583027v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**Objection Deadline: November 27, 2007 at 4:00 p.m.**

**FIFTH MONTHLY FEE APPLICATION OF BLANK ROME LLP,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
<u>FOR THE PERIOD OF AUGUST 1, 2007 THROUGH AUGUST 31, 2007</u>**

This fifth monthly fee application for compensation and reimbursement of expenses (the *"Fee Application"*) is filed by Blank Rome LLP (*"Blank Rome"*) requesting payment for services rendered and reimbursement of costs expended as co-counsel for the Official Committee of Unsecured Creditors (the *"Committee"*) of New Century TRS Holdings, Inc., *et al.* (the *"Debtors"*) for the period of August 1, 2007 through August 31, 2007 (the *"Application Period"*). In support of this Fee Application, Blank Rome respectfully states as follows:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

## Jurisdiction

1.  The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of these chapter 11 cases in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## Background

2.  On April 2, 2007 (the *"Petition Date"*), the Debtors commenced with this Court voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an Order of this Court. The Debtors are continuing their businesses and managing their affairs as debtors and debtors in possession.

3.  On April 9, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors (the *"Committee"*): Credit Suisse First Boston Mortgage Capital LLC, Credit-Based Asset Servicing and Securitization LLC, Residential Funding Company, LLC, Deutsche Bank National Trust Co., Wells Fargo Bank, N.A. as Indenture Trustee, Fidelity National Information Services, Inc., and Maguire Properties – Park Place, LLC. Since its formation, the Committee has appointed Kodiak Funding LP as an *ex officio* member of the Committee.

4.  Hahn & Hessen LLP (*"Hahn & Hessen"*) and Blank Rome were selected by the Committee to serve as co-counsel to the Committee, and FTI Consulting, Inc. (*"FTI"*) was selected by the Committee to serve as financial advisor to the Committee.

5. On April 25, 2007, the Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the *"Administrative Order"*) (Docket No. 389).

6. On May 4, 2007, the Committee filed the Application of the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.*, for an Order Authorizing the Committee to Employ Blank Rome LLP as Its Co-Counsel Pursuant 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of April 9, 2007 (the *"Blank Rome Retention Application"*) (Docket No. 550) with the Court. On May 31, 2007, the Court entered an order approving the Blank Rome Retention Application (Docket No. 973).

7. Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors and creditors' committees.

8. Presently, the attorneys at Blank Rome having the day-to-day responsibility for representation of the Committee in the Chapter 11 Cases are Bonnie Glantz Fatell, Regina Stango Kelbon, and David Carickhoff. Blank Rome has drawn and will draw upon the knowledge and skills of other firm attorneys to provide services as the need arises.

### Relief Requested

9. Blank Rome submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the Administrative Order, and Del. Bankr. LR 2016-2. By this Fee Application, Blank Rome seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $167,354.00 for the Application Period, and seeks payment of 80% of this amount, $-

133,883.20, and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $5,049.75, in accordance with the terms of the Administrative Order.

10. Blank Rome has made all reasonable efforts to avoid duplication of work with co-counsel, Hahn & Hessen.

### Summary of Fees

11. The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 501.40 hours at a blended billing rate of $333.77 per hour. The value of these services has been computed at the rates Blank Rome customarily charges for similar services provided other clients.

12. A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**. Every effort has been made by Blank Rome to categorize daily time entries in accordance with the correct project code. However, in some instances, services overlap between project codes. Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.

13. Specifically, the services rendered by Blank Rome to the Committee during the Application Period included the following:

(Project Code 1)    Blank Rome Fee/Employment Applications:

With respect to Blank Rome's first monthly fee application for the period of April 9, 2007 through April 30, 2007, Blank Rome negotiated with the U.S. Trustee's office to address and resolve questions regarding said fee application. Blank Rome prepared and submitted a

5

revised certificate of counsel to modify the fees requested. Blank Rome also negotiated with the U.S. Trustee's office with respect to its second monthly fee application for the period of May 1, 2007 through May 30, 2007. Such work required coordination between and among the Accounting Department, paralegals, and attorneys, for retrieval and review of billing statements, and drafting and revising the requests for payment of fees and reimbursement of expenses.

**Total Hours: 5.30    Total Fees: $2,172.00**

(Project Code 2)    Other Professionals' Fee/Employment Application:

Blank Rome reviewed and prepared for filing the fourth monthly fee application of FTI, and prepared and filed papers with respect to FTI's third monthly fee application. Blank Rome also revised and filed Hahn & Hessen's first monthly fee application. Further, Blank Rome reviewed the Examiner's employment application, the Examiner's fee application, and the Debtors' fee application.

**Total Hours: 3.90    Total Fees: $1,300.00**

(Project Code 3)    Executory Contracts and Unexpired Leases

Blank Rome reviewed various motions for rejection of contracts and landlord's request to compel Debtor to comply with certain lease obligations.

**Total Hours: .20    Total Fees: $120.00**

(Project Code 4)    Claims Analysis and Objections:

Blank Rome reviewed and analyzed pleadings filed with respect to the intellectual property litigation proceedings initiated against the Debtors, and communicated with co-counsel regarding the same.

**Total Hours: 2.30    Total Fees: $1,380.00**

127340.01600/6583027v.1

(Project Code 5)    <u>Committee Business and Meetings</u>:

Blank Rome attended Committee meetings via teleconference, to discuss various matters of import to the case, and to provide general information regarding case status. Blank Rome also reviewed and revised the Committee's motion for creditor access to information.

**Total Hours: 2.50    Total Fees: $1,500.00**

(Project Code 6)    <u>Case Administration</u>:

The time billed to this category includes services of a more administrative nature, including, but not limited to, filing pleadings, calendaring hearings, reviewing orders, reviewing the docket, and circulating pertinent pleadings and updated calendars to co-counsel. This category includes time that otherwise would not comport with an identified project code.

**Total Hours: 40.60    Total Fees: $10,215.00**

(Project Code 8)    <u>Employee Benefits / General Labor</u>:

Blank Rome continued work on preparing and filing a joinder to the Debtors' reply brief in support of their motion to dismiss the adversary proceeding filed by the plan beneficiaries against the Debtors and the Committee, with respect to the Debtors' non-qualified deferred compensation plan and Rabbi Trust. Such work included revising the joinder, communicating with attorneys in its Tax and ERISA group with respect to various ERISA, WARN Act and labor issues, and coordinating with co-counsel Hahn & Hessen to finalize the joinder. Blank Rome also reviewed and analyzed the plan beneficiaries' answering brief, and communicated with co-counsel regarding the same. Finally, Blank Rome conducted legal research and analysis with respect to the issues raised in the answering brief, and began preparing an outline in response to

the answering brief.

**Total Hours: 77.80     Total Fees: $37,039.50**

(Project Code 12)     Sale of Assets/Asset Purchase Agreement

Blank Rome reviewed pleadings and orders related to the sale of loans, including the order and stipulation of DB Structured Products regarding loan sales, as well as a motion to expand the scope of miscellaneous sale procedures.

**Total Hours: 0.60     Total Fees: $360.00**

(Project Code 13)     Stay Relief Issues:

Blank Rome prepared and filed a joinder to the Debtors' objection to a motion for stay relief with respect to real property. Blank Rome also reviewed the lead plaintiff's motion for stay relief, regarding discovery in the class action securities litigation.

**Total Hours: 1.00     Total Fees: $600.00**

(Project Code 14)     Secured Creditor / Equipment Lessors:

The time billed to this matter relates to the investigation and analysis of asserted liens against and security interests in the Debtors' assets. Blank Rome communicated with co-counsel Hahn & Hessen, regarding various issues related to the provision of adequate protection to repurchase counterparties and loan purchasers.

**Total Hours: 0.90     Total Fees: $540.00**

(Project Code 16)     Asset Analysis / Recovery:

The time billed to this matter relates to the investigation and analysis performed regarding assets, including potential causes of action for the estates. In coordination with co-

8

127340.01600/6583027v.1

counsel, and FTI Consulting, and utilizing the Ringtail Program, Blank Rome's litigation team has been conducting an ongoing, extensive electronic document review and analysis of hundreds of thousands of documents produced by the Debtors. Members of the team attended regular teleconferences and in-person meetings regarding the document review. In addition, Blank Rome reviewed pleadings and orders related to the Rule 2004 motion for examination of KPMG, including KPMG's objections to the motion, and communicated with Judge Carey's Chambers and co-counsel Hahn & Hessen regarding same. Finally, Blank Rome revised the Committee's confidentiality agreement with the Debtors.

**Total Hours: 351.90    Total Fees: $105,840.50**

(Project Code 17)    <u>Hearings - Attendance / Preparation</u>:

The time billed to this matter relates to the attendance of hearings and related proceedings and includes time spent in preparation of the same. Typically time billed to this matter involves hearings on multiple matters that cannot be efficiently segregated.

**Total Hours: 14.40    Total Fees: $6,287.00**

## Actual and Necessary Costs and Expenses Incurred

14. Reimbursement of expenses in the amount of $5,049.75 is sought herein. A categorized summary of the actual and necessary costs and expenses incurred by Blank Rome during the Application Period, and an itemization of each expense within each category, is attached as **Exhibit "B"**. Blank Rome reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured to date in Blank Rome's billing system.

9

**Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules**

15. In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each attorney and paraprofessional, and a summary of hours and fees categorized by project code follow the cover sheet to this Fee Application. The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2.

16. Blank Rome submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code.

17. No agreement or understanding exists between Blank Rome and any other entity (other than members or employees of Blank Rome) for the sharing of compensation received or to be received for services rendered in or in connection with the Chapter 11 Cases.

**Notice**

18. As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee; and (d) counsel to the DIP Lender. Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

127340.01600/6583027v.1

WHEREFORE, Blank Rome respectfully requests an award of compensation for professional services rendered as co-counsel to the Committee during the Application Period in the sum of $133,883.20 (80% of $167,354.00), together with the reimbursement of expenses in the amount of $5,049.75; and such other and further relief that the Court deems just and proper.

Dated:   November 7, 2007

BLANK ROME LLP

*/s/ Bonnie Fatell*

Bonnie Glantz Fatell (No. 3809)
Regina Stango Kelbon
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:     (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*

11