IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | |
| | **Objection Deadline: November 27, 2007 at 4:00 p.m.** |

## NOTICE OF FIFTH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2007 THROUGH AUGUST 31, 2007

TO: Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On November 7, 2007, the Fifth Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of August 1, 2007 through August 31, 2007 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*). By the Fee Application, Blank Rome LLP (*"Blank Rome"*) seeks the allowance and payment of interim compensation in the amount of $133,883.20 (80% of $167,354.00) and reimbursement of expenses in the amount of $5,049.75 incurred in representation of the Official Committee of

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage

1

Unsecured Creditors (the *"Committee"*) of New Century TRS Holdings, Inc., *et al.* (the *"Debtors"*) during the period of August 1, 2007 through August 31, 2007 (the *"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **November 27, 2007 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Fee Application shall be held only in the event timely objections are filed.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, in the absence of any objection or responsive pleading to the Fee Application, Blank Rome is authorized to file a Certificate of No Objection with the Bankruptcy Court, after which the Debtors are authorized to pay Blank Rome an amount equal to 80% of the fees ($133,883.20) and 100% of the expenses ($5,049.75) requested in the Fee Application. If an objection to the Fee Application is timely filed and served, the Debtors

---

Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

127340.01600/6583027v.1

shall be authorized to pay Blank Rome 80% of the fees and 100% of the expenses not subject to the objection.

Dated:   November 7, 2007

BLANK ROME LLP

*/s/ Bonnie Fatell*
Bonnie Glantz Fatell (No. 3809)
Regina Stango Kelbon
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:    (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*

3