# Exhibit "A"

## NEW CENTURY OFFICIAL COMMITTEE
## PROJECT CODE SUMMARY
## AUGUST 1 - 31, 2007

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 5.30 | $2,172.00 |
| 2 | Other Professionals' Fee/Employment Issues | 3.90 | $1,300.00 |
| 3 | Executory Contracts and Unexpired Leases | 0.20 | $120.00 |
| 4 | Claims Analysis and Objections | 2.30 | $1,380.00 |
| 5 | Committee Business and Meetings | 2.50 | $1,500.00 |
| 6 | Case Administration | 40.60 | $10,215.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | | |
| 8 | Employee Benefits/General Labor | 77.80 | $37,039.50 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | | |
| 10 | Financing Issues | | |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.60 | $360.00 |
| 13 | Stay Relief Issues | 1.00 | $600.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.90 | $540.00 |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 351.90 | $105,840.50 |
| 17 | Hearings - Attendance/Preparation | 14.40 | $6,287.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| | **TOTALS** | **501.40** | **$167,354.00** |

NEW CENTURY OFFICIAL COMMITTEE
PROFESSIONAL BACKGROUND
AUGUST 1 - 31, 2007

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bachman, A. | Partner Since 1983, Member of PA Bar Since 1972 Area of Expertise - Employment, Benefits and Labor | $635.00 | 22.20 | $14,097.00 |
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $600.00 | 40.00 | $24,000.00 |
| Masella, J. | Partner Since 2007, Member of MA Bar Since 1993, Member of NY Bar Since 1993, Area of Expertise - Corporate Litigation | $560.00 | 4.40 | $2,464.00 |
| Kelbon, R. | Partner Since 1995, Member of NJ Bar Since 1986, Member of PA Bar Since 1985, Area of Expertise - Business Restructuring and Bankruptcy | $550.00 | 0.20 | $110.00 |
| Baumgarten, I. | Associate Since 2006, Member of NY Bar Since 2003, Member of NJ Bar Since 2003, Area of Expertise - Business Restructuring and Bankruptcy | $420.00 | 14.20 | $5,964.00 |
| Wright, S. | Partner Since 2004, Member of DC Bar Since 1998, Member of MD Bar Since 1995, Area of Expertise - Litigation | $420.00 | 30.60 | $12,852.00 |
| Staib, J. | Associate Since 2002, Member of DE Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $385.00 | 2.20 | $847.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $380.00 | 0.40 | $152.00 |
| Courtney, M. | Associate Since 2005, Member of NY Bar Since 2005, Area of Expertise - Corporate, White Collar and Condemnation | $325.00 | 44.90 | $14,592.50 |
| Vonngtama, M. | Associate Since 2006, Member of IL Bar Since 2003, Area of Expertise - Business Restructuring and Bankruptcy | $325.00 | 51.20 | $16,640.00 |
| Paz, I. | Associate Since 2004, Member of NY Bar Since 2005, Area of Expertise - General Litigation | $325.00 | 47.30 | $15,372.50 |
| Hoover, E. | Associate Since 2002, Member of NJ Bar Since 2001, Member of PA Bar Since 2001, Area of Expertise - Employee Benefits | $320.00 | 21.30 | $6,816.00 |
| Kupniewski, G. | Associate Since 2002, Member of NJ Bar Since 2003, Area of Expertise - Business Restructuring and Bankruptcy | $310.00 | 11.30 | $3,503.00 |
| Gibbons, L. | Paralegal | $260.00 | 61.40 | $15,964.00 |
| Brathwaite, K. | Paralegal | $250.00 | 11.60 | $2,900.00 |
| Davilar, K. | Paralegal | $230.00 | 102.50 | $23,575.00 |
| Senese, K. | Paralegal | $225.00 | 14.60 | $3,285.00 |
| Moody, T. | Paralegal | $200.00 | 21.10 | $4,220.00 |
| Grand Total: | | | 501.40 | $167,354.00 |
| Blended Rate: | | | | 333.77 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  1 | | | | |
| Aug 01 07 | RETRIEVE 1ST MONTHLY FEE APPLICATION; FORWARD COPY OF SAME TO B. FATELL | MOODY | 0.20 | $40.00 |
| Aug 09 07 | REVIEW AND REVISE CERTIFICATION OF COUNSEL RESOLVING U.S. TRUSTEE'S QUESTIONS REGARDING BLANK ROME FEE APPLICATION AND REVISE ORDER | FATELL | 0.30 | $180.00 |
| Aug 09 07 | REVIEW TRUSTEE'S OBJECTIONS TO 1ST MONTHLY FEE APPLICATION (.4); PREPARE CERTIFICATE OF COUNSEL AND ORDER TO SAME (.4); REVISE SAME (.8); E-MAIL SAME TO B. FATELL (.1) | MOODY | 1.70 | $340.00 |
| Aug 10 07 | SCAN, E-FILE AND COORDINATE HAND DELIVERY OF CERTIFICATE OF COUNSEL TO THE FIRST MONTHLY FEE APPLICATION; E-MAIL FILED COPY OF SAME TO TEAM | MOODY | 0.40 | $80.00 |
| Aug 19 07 | DETAILED REVIEW AND REVISE MAY FEE APPLICATION | FATELL | 1.40 | $840.00 |
| Aug 30 07 | REVISE BLANK ROME'S MAY 2007 FEE APPLICATION | CARICKHOFF | 0.40 | $152.00 |
| Aug 31 07 | REVIEW AND REVISE BLANK ROME SECOND MONTHLY FEE APPLICATION | FATELL | 0.60 | $360.00 |
| Aug 31 07 | REVIEW CERTIFICATION OF COUNSEL REGARDING BLANK ROME FEES AND E-MAIL CORRESPONDENCE TO S. UHLAND AND H. ETKIN | FATELL | 0.30 | $180.00 |
| PROJECT CODE TOTALS  1 | TOTAL VALUE: | $2,172.00 | 5.30 | |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|

PROJECT CODE:  2

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Aug 13 07 | SCAN EXAMINER APPLICATION TO RETAIN BDO SEIDMAN | FATELL | 0.10 | $60.00 |
| Aug 13 07 | REVIEW OMM SUPPLEMENTAL FEE APPLICATION REGARDING GOVERNMENT INVESTIGATIONS | FATELL | 0.20 | $120.00 |
| Aug 21 07 | PREPARE, SCAN, E-FILE, COORDINATE AND FINALIZE SERVICE OF FTI'S 4TH MONTHLY FEE APPLICATION (.4); PREPARE SCAN, E-FILE AND SERVE CERTIFICATE OF NO OBJECTION TO FTI'S 3RD MONTHLY APPLICATION (.7) | MOODY | 1.10 | $220.00 |
| Aug 28 07 | SCAN AND REVIEW HAHN & HESSEN FIRST MONTHLY FEE APPLICATION FOR FILING | FATELL | 0.40 | $240.00 |
| Aug 29 07 | PREPARE AND REVISE HAHN & HESSEN'S 1ST MONTHLY FEE APPLICATION PAPERS (1.0); REVIEW DEADLINES, DOCKET & PLEADINGS (.3); UPDATE CASE CALENDAR (.2) | MOODY | 1.50 | $300.00 |
| Aug 31 07 | REVIEW EXAMINER FEE APPLICATION | FATELL | 0.60 | $360.00 |

PROJECT CODE TOTALS  2          TOTAL VALUE:   $1,300.00    3.90

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  3 | | | | |
| Aug 31 07 | REVIEW LANDLORD MOTION TO COMPLY WITH LEASE OBLIGATIONS | FATELL | 0.20 | $120.00 |
| PROJECT CODE TOTALS  3 | TOTAL VALUE: | $120.00 | 0.20 | |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 4 | | | | |
| Aug 06 07 | TELECONFERENCE REGARDING POSITIVE SOFTWARE OBJECTION | FATELL | 0.10 | $60.00 |
| Aug 07 07 | REVIEW PLEADINGS OF POSITIVE SOFTWARE AND DEBTOR'S RESPONSE TO POSITIVE SOFTWARE REPLY | FATELL | 1.00 | $600.00 |
| Aug 31 07 | REVIEW POSITIVE SOFTWARE NOTICE OF APPEAL | FATELL | 0.20 | $120.00 |
| Aug 31 07 | REVIEW DEBTORS MOTION FOR ADDITIONAL SANCTIONS AGAINST POSITIVE SOFTWARE | FATELL | 1.00 | $600.00 |

PROJECT CODE TOTALS  4                    TOTAL VALUE:    $1,380.00        2.30

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 5 | | | | |
| Aug 02 07 | TELEPHONIC MEETING WITH COMMITTEE | FATELL | 2.00 | $1,200.00 |
| Aug 13 07 | REVIEW DRAFT MOTION, ORDER AND RELATED DOCUMENTS REGARDING COMMITTEE MOTION REGARDING CREDITOR ACCESS TO INFORMATION AND REVISE | FATELL | 0.50 | $300.00 |

PROJECT CODE TOTALS  5            TOTAL VALUE:    $1,500.00      2.50

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  6 | | | | |
| Aug 01 07 | REVIEW UPCOMING DEADLINES AND PLEADINGS; UPDATE CALENDAR | MOODY | 0.40 | $80.00 |
| Aug 01 07 | MONITOR CURRENT DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.80 | $200.00 |
| Aug 02 07 | MONITOR CURRENT DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.50 | $125.00 |
| Aug 03 07 | REVIEW LETTER FROM FANNIE MAE REGARDING ADEQUATE PROTECTION | FATELL | 0.10 | $60.00 |
| Aug 03 07 | MONITOR CURRENT DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.40 | $100.00 |
| Aug 06 07 | REVIEW HEARING AGENDA | FATELL | 0.10 | $60.00 |
| Aug 06 07 | REVIEW DOCKET TO MONITOR CASE; SCAN REVIEW PLEADINGS ASSORTED | FATELL | 0.30 | $180.00 |
| Aug 06 07 | SCAN, E-FILE AND CIRCULATE TO TEAM REGARDING COMMITTEE'S FURTHER RESPONSE IN SUPPORT OF ITS RULES 2004 AND 9016 MOTION | MOODY | 0.40 | $80.00 |
| Aug 06 07 | PREPARE AND FINALIZE SERVICE OF COMMITTEE'S RESPONSE IN FURTHER SUPPORT OF RULE 2004 MOTION; PREPARE AND REVISE AFFIDAVIT OF SERVICE FOR SAME | MOODY | 0.50 | $100.00 |
| Aug 06 07 | SCAN AND E-FILE AFFIDAVIT OF SERVICE TO OBJECTION TO MOTION FOR RELIEF FROM STAY FILED BY POSITIVE SOFTWARE | MOODY | 0.30 | $60.00 |
| Aug 06 07 | REVISE JOINDER TO THE NEW CENTURY DEFENDANTS' MOTION TO DISMISS (SCHROEDER); PREPARE SERVICE FOR SAME; SCAN, E-FILE, COORDINATE AND FINALIZE SERVICE FOR SAME | MOODY | 0.90 | $180.00 |
| Aug 06 07 | MONITOR CURRENT DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.80 | $200.00 |
| Aug 07 07 | MONITOR CURRENT DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.50 | $125.00 |
| Aug 08 07 | REVIEW DOCKET AND RECENT PLEADINGS TO MONITOR CASE | FATELL | 0.30 | $180.00 |
| Aug 08 07 | ASSIST J. BOWERS WITH RETRIEVAL OF CERTAIN FIRST DAY PLEADINGS AND RELATED ORDERS | MOODY | 0.10 | $20.00 |
| Aug 08 07 | MONITOR CURRENT DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.70 | $175.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Aug 09 07 | CONFERENCE WITH B. FATELL REGARDING UPDATE AND STATUS | KELBON | 0.20 | $110.00 |
| Aug 09 07 | PREPARE AND REVISE PRO HAC MOTIONS FOR J. CERBONE, J. MCCAHEY AND M. ARNOTT AT HAHN & HESSEN | MOODY | 0.70 | $140.00 |
| Aug 09 07 | MONITOR CURRENT DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.60 | $150.00 |
| Aug 10 07 | PREPARE CHECK REQUEST FOR J. CERBONE AND M. ARNOTT FOR PRO HAC MOTIONS; TELEPHONE CALL WITH COURT REGARDING PRO HAC FEES | MOODY | 0.40 | $80.00 |
| Aug 10 07 | MONITOR CURRENT DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.70 | $175.00 |
| Aug 13 07 | MONITOR CURRENT DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.40 | $100.00 |
| Aug 14 07 | REVIEW DOCKET, PLEADINGS AND DEADLINES | MOODY | 0.40 | $80.00 |
| Aug 14 07 | MONITOR CURRENT DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.80 | $200.00 |
| Aug 15 07 | TELECONFERENCE AND E-MAIL S. UHLAND REGARDING LIENHOLDER WITH FUNDS TO TURNOVER TO DEBTOR | FATELL | 0.10 | $60.00 |
| Aug 15 07 | FINALIZE PRO HACS FOR HAHN & HESSEN ATTORNEYS FOR FILING WITH COURT | MOODY | 0.20 | $40.00 |
| Aug 15 07 | MONITOR CURRENT DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.60 | $150.00 |
| Aug 16 07 | MONITOR CURRENT DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.50 | $125.00 |
| Aug 17 07 | SCAN AND E-MAIL PRO HACS FOR HAHN & HESSEN ATTORNEYS J. CERBONE, M. ARNOTT AND J. MCCAHEY; COORDINATE SERVICE OF SAME TO CHAMBERS | MOODY | 0.40 | $80.00 |
| Aug 19 07 | REVIEW AGENDA FOR AUGUST 21, 2007 HEARING | FATELL | 0.10 | $60.00 |
| Aug 20 07 | REVIEW DOCKET, SCAN PLEADINGS TO MONITOR CASE | FATELL | 0.20 | $120.00 |
| Aug 21 07 | MONITOR CURRENT BANKRUPTCY DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.60 | $150.00 |
| Aug 22 07 | MONITOR CURRENT BANKRUPTCY DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 1.00 | $250.00 |
| Aug 23 07 | MONITOR CURRENT BANKRUPTCY DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.70 | $175.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Aug 24 07 | REVIEW UPDATED DOCKET PLEADINGS; UPDATE CASE CALENDAR | MOODY | 1.90 | $380.00 |
| Aug 24 07 | MONITOR CURRENT BANKRUPTCY DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.50 | $125.00 |
| Aug 27 07 | REVIEW DOCKET AND CALENDAR TO MONITOR CASE | FATELL | 0.20 | $120.00 |
| Aug 27 07 | REVIEW UPDATED DOCKET AND PLEADINGS; UPDATE CASE CALENDAR | MOODY | 2.50 | $500.00 |
| Aug 28 07 | REVIEW UPDATED DOCKET AND PLEADINGS; UPDATE CASE CALENDAR AND CIRCULATE TO GROUP | MOODY | 0.80 | $160.00 |
| Aug 28 07 | MONITOR CURRENT BANKRUPTCY DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.60 | $150.00 |
| Aug 29 07 | ORGANIZATION OF PLEADINGS, CASE DOCUMENTATION; PREPARE AND EXPAND FILE INDEX | SENESE | 6.60 | $1,485.00 |
| Aug 29 07 | MONITOR CURRENT BANKRUPTCY DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.50 | $125.00 |
| Aug 30 07 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX | SENESE | 8.00 | $1,800.00 |
| Aug 31 07 | REVIEW VARIOUS PLEADINGS AND DOCKETS TO MONITOR CASE | FATELL | 0.60 | $360.00 |
| Aug 31 07 | REVIEW DRAFT ORDERS REGARDING 2004 EXAM AND REVIEW CERTIFICATION OF COUNSEL AND EFFECTUATE FILING | FATELL | 0.60 | $360.00 |
| Aug 31 07 | REVIEW CALENDAR | FATELL | 0.10 | $60.00 |
| Aug 31 07 | RETURN CALL TO T. YEAMAN AT HOOVER SLOVACEK REQUESTING ANOTHER PROOF OF CLAIM FORM | MOODY | 0.10 | $20.00 |
| Aug 31 07 | RESEARCH AND REVIEW PLEADINGS RELATING TO KPMG AND 2004 MOTIONS; REVISE CERTIFICATE OF COUNSEL RELATING TO SAME | MOODY | 1.10 | $220.00 |
| Aug 31 07 | SCAN, E-FILE AND FINALIZE HAND DELIVERY TO CHAMBERS | MOODY | 0.40 | $80.00 |
| Aug 31 07 | MONITOR CURRENT BANKRUPTCY DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.40 | $100.00 |

PROJECT CODE TOTALS  6          TOTAL VALUE:   $10,215.00       40.60

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 8 | | | | |
| Aug 01 07 | REVIEW DRAFT JOINDER TO MOTION TO DISMISS ERISA CLAIMS (.5); DISCUSS WITH A. BACHMAN AND M. OULAVONG (.4); REVISE FURTHER AND FORWARD TO HAHN & HESSEN (.9) | FATELL | 1.80 | $1,080.00 |
| Aug 01 07 | REVIEW DRAFTS OF MOTION TO DISMISS (.4); CONFERENCE WITH E. HOOVER (.3); TELEPHONE CONFERENCE WITH B. FATELL (.5); REVIEW MEMOS (.5) | BACHMAN | 1.70 | $1,079.50 |
| Aug 01 07 | REVIEW JOINDER | HOOVER | 0.60 | $192.00 |
| Aug 01 07 | CONFERENCE WITH M. OULAVONG REGARDING JOINDER | HOOVER | 0.30 | $96.00 |
| Aug 01 07 | CONFERENCES WITH A. BACHMAN REGARDING JOINDER | HOOVER | 0.30 | $96.00 |
| Aug 01 07 | DRAFT AND FINALIZE JOINDER TO DEBTORS' MOTION TO DISMISS (3.4); E-MAIL AND TELEPHONE COMMUNICATIONS WITH E. HOOVER AND B. FATELL (1.4) | VONGTAMA | 4.80 | $1,560.00 |
| Aug 02 07 | REVIEW JOINDER IN MOTION TO DISMISS (.9); REVIEW MEMOS; CONFERENCE WITH E. HOOVER (.3); SEND MEMOS (.1); TELEPHONE CALL WITH M. OULAVONG (.3); RESEARCH (1.0) | BACHMAN | 2.60 | $1,651.00 |
| Aug 02 07 | WORK ON JOINDER (1.6); TELEPHONE CONFERENCE WITH A. BACHMAN AND E. HOOVER (.5) | VONGTAMA | 2.10 | $682.50 |
| Aug 03 07 | REVIEW SCHEDULING ORDER | FATELL | 0.10 | $60.00 |
| Aug 03 07 | TELECONFERENCE WITH J. HUSTON REGARDING EXTENSION TO ANSWER COMPLAINT; E-MAIL REGARDING SAME | FATELL | 0.10 | $60.00 |
| Aug 03 07 | REVIEW REVISED JOINDER TO MOTION TO DISMISS SCHROEDER | FATELL | 0.60 | $360.00 |
| Aug 03 07 | CONFERENCE CALL WITH CO-COUNSEL REGARDING SCHROEDER LITIGATION | FATELL | 0.80 | $480.00 |
| Aug 03 07 | TELECONFERENCE WITH A. BACHMAN REGARDING REVISIONS TO BRIEF | FATELL | 0.10 | $60.00 |
| Aug 03 07 | REVIEW MEMOS (.2); CONFERENCE CALL (.8); TELEPHONE CALL WITH E. HOOVER (.3); TELEPHONE CALL WITH B. FATELL (.1); REVIEW DOCUMENTS (.2) | BACHMAN | 1.60 | $1,016.00 |
| Aug 03 07 | CONFERENCE CALL REGARDING JOINDER (.8); REVIEW AND REVISE SAME (1.0) | HOOVER | 1.80 | $576.00 |
| Aug 05 07 | REVIEW AND REVISE JOINDER | HOOVER | 1.00 | $320.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Aug 06 07 | REVIEW DRAFT SCHEDULING ORDER REGARDING SCHROEDER LITIGATION; DISCUSS WITH R. MATALAK; REVIEW JUDGE CAREY'S GENERAL ORDER REGARDING ADVERSARY PROCEEDINGS | FATELL | 0.60 | $360.00 |
| Aug 06 07 | TELEPHONIC MEETING WITH R. KEACH, R. MATALAK, B. STERN REGARDING SCHROEDER SCHEDULING ORDER | FATELL | 0.70 | $420.00 |
| Aug 06 07 | REVIEW CASES REGARDING TOP HAT PLANS AND REVIEW AND REVISE JOINDER (1.0); E-MAIL TO CO-COUNSEL (.2) | FATELL | 1.20 | $720.00 |
| Aug 06 07 | TELECONFERENCE WITH M. INDELICATO AND R. MATALAK, A. BACHMAN AND E. HOOVER REGARDING REVISIONS TO JOINDER | FATELL | 0.20 | $120.00 |
| Aug 06 07 | FINALIZE JOINDER AND EFFECTUATE FILING | FATELL | 0.20 | $120.00 |
| Aug 06 07 | FURTHER E-MAILS AND REVIEW CHANGES TO SCHEDULING ORDER | FATELL | 0.30 | $180.00 |
| Aug 06 07 | REVIEW MEMOS (.4); RESEARCH (1.2); REVIEW MOTIONS (.2); TELEPHONE CALL WITH E. HOOVER; CONFERENCE CALL (.2) | BACHMAN | 2.30 | $1,460.50 |
| Aug 06 07 | REVIEW AND REVISE JOINDER (1.1); CONFERENCE WITH A. BACHMAN REGARDING SAME (.3) | HOOVER | 1.40 | $448.00 |
| Aug 06 07 | CONFERENCE CALL REGARDING JOINDER; FOLLOW UP REGARDING SAME | HOOVER | 0.70 | $224.00 |
| Aug 21 07 | SCAN ERISA REPLY PLEADING | FATELL | 0.40 | $240.00 |
| Aug 22 07 | E-MAILS REGARDING SCHROEDER REPLY BRIEF | FATELL | 0.20 | $120.00 |
| Aug 22 07 | REVIEW MEMO AND BRIEF (1.2); TELEPHONE B. FATELL (.2) | BACHMAN | 1.40 | $889.00 |
| Aug 22 07 | REVIEW ANSWERING BRIEF | HOOVER | 0.40 | $128.00 |
| Aug 23 07 | REVIEW AND ANALYZE ANSWERING BRIEF FILED BY SCHROEDER | FATELL | 1.40 | $840.00 |
| Aug 23 07 | CONFERENCE CALL WITH TEAM FROM HAHN & HESSEN, A. BACHMAN AND E. HOOVER REGARDING ERISA | FATELL | 1.20 | $720.00 |
| Aug 23 07 | REVIEW MEMOS; CONFERENCE WITH E. HOOVER | BACHMAN | 0.50 | $317.50 |
| Aug 23 07 | CONFERENCE CALL (1.4); REVIEW BRIEF (.2); PREPARE FOR CONFERENCE CALL (.1); REVIEW MEMOS (.1); CONFERENCE WITH E. HOOVER (.1) | BACHMAN | 1.90 | $1,206.50 |
| Aug 23 07 | CONFERENCE CALL REGARDING ANSWERING BRIEF | HOOVER | 1.00 | $320.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Aug 23 07 | REVIEW ANSWERING BRIEF | HOOVER | 1.40 | $448.00 |
| Aug 24 07 | REVIEW MEMOS (.6); TELEPHONE CALL WITH E. HOOVER (.2); REVIEW ANSWER AND BRIEF (.7); TELEPHONE CALL FROM I. BAUMGARTEN (.1) | BACHMAN | 1.70 | $1,079.50 |
| Aug 27 07 | TELEPHONE CALL WITH A. BACHMAN REGARDING ERISA LITIGATION | FATELL | 0.30 | $180.00 |
| Aug 27 07 | REVIEW PLAN BENEFICIARY OBJECTION TO MOTION TO DISMISS AND NOTES FOR TEAM STRATEGY CALL | FATELL | 1.10 | $660.00 |
| Aug 27 07 | TEAM CALL WITH DEBTORS' COUNSEL REGARDING ERISA LITIGATION | FATELL | 1.30 | $780.00 |
| Aug 27 07 | RESEARCH (.8); REVIEW BRIEF (.2); ANALYZE ISSUES (.3); TELEPHONE CALLS TO/FROM B. FATELL (.3); CONFERENCE CALL (1.3); TELEPHONE CALL WITH E. HOOVER (1.0); CONFERENCE WITH I. BAUMGARTEN (.5) | BACHMAN | 4.40 | $2,794.00 |
| Aug 27 07 | CONFERENCE CALL REGARDING DEBTORS RESPONSE TO BRIEF | HOOVER | 1.00 | $320.00 |
| Aug 27 07 | CONFERENCE CALL WITH A. BACHMAN AND I. BAUMGARTEN REGARDING ERISA TOP HAT ISSUES | HOOVER | 0.50 | $160.00 |
| Aug 27 07 | MET WITH A. BACHMAN REGARDING RESEARCH OF CASES UNDER ERISA FINDING THAT "APPROPRIATE EQUITABLE RELIEF" WAS NOT AVAILABLE TO A PLAN PARTICIPANT WHERE A CLAIM FOR BENEFITS UNDER ANOTHER SECTION OF ERISA IS A VIABLE OPTION. DOWNLOADED APPLICABLE ERISA PROVISIONS AND SOME CASE LAW. | BAUMGARTEN | 1.50 | $630.00 |
| Aug 28 07 | CONFERENCE WITH E. HOOVER (1.3); REVIEW LITIGATION ISSUES (.1); TELEPHONE CALL TO B. FATELL (.2); RESEARCH (.2) | BACHMAN | 1.80 | $1,143.00 |
| Aug 28 07 | CONFERENCE WITH A. BACHMAN REGARDING ANSWERING BRIEF | HOOVER | 1.30 | $416.00 |
| Aug 28 07 | RESEARCH CASES NOT AWARDING "APPROPRIATE EQUITABLE RELIEF" UNDER ERISA WHERE CLAIM FOR BENEFITS IS AN AVAILABLE REMEDY (2.8); RESEARCH CASES MAKING ANALOGOUS ARGUMENT WITH RESPECT TO STATE LAW CLAIMS AND CASES FINDING TYPICAL EQUITABLE REMEDIES INAPPROPRIATE (2.4) | BAUMGARTEN | 5.20 | $2,184.00 |
| Aug 29 07 | TELEPHONE CALL WITH I. BAUMGARTEN REGARDING MOTION TO DISMISS | FATELL | 0.30 | $180.00 |
| Aug 29 07 | REVIEW MEMO; TELEPHONE WITH E. HOOVER | BACHMAN | 0.20 | $127.00 |
| Aug 29 07 | CONFERENCE WITH I. BAUMGARTEN REGARDING ERISA | HOOVER | 0.40 | $128.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | AND BANKRUPTCY ISSUES | | | |
| Aug 29 07 | PREPARE OUTLINE OF RESPONSE TO ANSWERING BRIEF | HOOVER | 3.10 | $992.00 |
| Aug 30 07 | REVIEW MEMOS; TELEPHONE CALL TO B. FATELL | BACHMAN | 0.30 | $190.50 |
| Aug 30 07 | PREPARE OUTLINE IN RESPONSE TO ANSWERING BRIEF | HOOVER | 5.40 | $1,728.00 |
| Aug 30 07 | CONTINUED RESEARCH REGARDING "APPROPRIATE EQUITABLE RELIEF" UNDER ERISA AND OTHER ISSUES (3.8); BEGIN DRAFTING MEMO OUTLINING FINDINGS (1.2) | BAUMGARTEN | 5.00 | $2,100.00 |
| Aug 31 07 | TELEPHONE CALL WITH A. BACHMAN REGARDING ERISA AND STATUTE OF LIMITATIONS | FATELL | 0.30 | $180.00 |
| Aug 31 07 | REVIEW AND REVISE OUTLINE (.9); REVIEW MEMOS (.3); CONFERENCE WITH E. HOOVER (.3); REVIEW MEMO (.3) | BACHMAN | 1.80 | $1,143.00 |
| Aug 31 07 | REVIEW AND REVISE OUTLINE (.4); CONFERENCE WITH A. BACHMAN REGARDING SAME (.3) | HOOVER | 0.70 | $224.00 |
| Aug 31 07 | CONTINUED REVIEW OF CASES AND BEGIN DRAFTING MEMO REGARDING "APPROPRIATE EQUITABLE RELIEF" UNDER ERISA 503(A)(2) AND OTHER ISSUES/COMMENTS | BAUMGARTEN | 2.50 | $1,050.00 |

PROJECT CODE TOTALS  8             TOTAL VALUE:   $37,039.50      77.80

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 12 | | | | |
| Aug 08 07 | REVIEW MOTION TO EXPAND SCOPE OF MISCELLANEOUS SALE PROCEDURES | FATELL | 0.30 | $180.00 |
| Aug 31 07 | REVIEW ORDER AND STIPULATION OF DB STRUCTURED PRODUCTS REGARDING LOAN SALES | FATELL | 0.30 | $180.00 |

PROJECT CODE TOTALS  12                TOTAL VALUE:    $360.00    0.60

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  13 | | | | |
| Aug 03 07 | REVIEW JOINDER IN OBJECTION TO STAY RELIEF MOTION AND EFFECTUATE FILING | FATELL | 0.30 | $180.00 |
| Aug 31 07 | REVIEW LEAD PLAINTIFF MOTION FOR STAY RELIEF FOR DISCOVERY IN CLASS ACTION SECURITIES LITIGATION | FATELL | 0.70 | $420.00 |

| | | | | |
|------|------|------|------|------|
| PROJECT CODE TOTALS  13 | | TOTAL VALUE: | $600.00 | 1.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  14 | | | | |
| Aug 15 07 | E-MAIL M. POWER REGARDING ADEQUATE PROTECTION ISSUES | FATELL | 0.10 | $60.00 |
| Aug 22 07 | CONFERENCE WITH M. POWER TO REVIEW VARIOUS ISSUES REGARDING ADEQUATE PROTECTION | FATELL | 0.50 | $300.00 |
| Aug 31 07 | REVIEW SUPPLEMENT TO ADEQUATE PROTECTION PROCEDURES AND E-MAIL CORRESPONDENCE TO M. POWER | FATELL | 0.30 | $180.00 |

PROJECT CODE TOTALS   14                    TOTAL VALUE:     $540.00        0.90

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 16 | | | | |
| Aug 01 07 | REVIEW E-MAILS AND DOCUMENTS DISTRIBUTED BY S. WRIGHT | MASELLA, I | 1.10 | $616.00 |
| Aug 01 07 | LITIGATION TEAM CONFERENCE CALL REGARDING DOCUMENT REVIEW AND ANALYSIS | WRIGHT | 0.30 | $126.00 |
| Aug 01 07 | REVIEW KPMG'S OPPOSITION TO CREDITOR COMMITTEE'S 2004 MOTION | WRIGHT | 1.50 | $630.00 |
| Aug 01 07 | LITIGATION TEAM MEETING TO DISCUSS PROTOCOL FOR DOCUMENT REVIEW | DAVILAR | 0.30 | $69.00 |
| Aug 01 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIANS: TAJ BINDRA, PATTI DODGE, KEVIN CLOYD, GEORGE ARAMBULA AND ROBERT COLE IN THE RINGTAIL DATABASE | DAVILAR | 5.70 | $1,311.00 |
| Aug 01 07 | CONFERENCE CALL WITH RULE 2004 EXAMINATION TEAM | VONGTAMA | 0.30 | $97.50 |
| Aug 01 07 | CORRESPOND WITH S. WRIGHT REGARDING DOCUMENT REVIEW | COURTNEY | 0.10 | $32.50 |
| Aug 01 07 | PARTICIPATE ON STATUS UPDATE CONFERENCE CALL | GIBBONS | 0.20 | $52.00 |
| Aug 01 07 | CODE ELECTRONIC DOCUMENTS IN THE RINGTAIL DATABASE | GIBBONS | 6.00 | $1,560.00 |
| Aug 02 07 | REVIEW KPMG OPPOSITION BRIEF AND COLLECT COMMENTS REGARDING SAME (2.5); DISCUSSION WITH S. WRIGHT REGARDING ISSUES (.3); CONVERSATION WITH I. PAZ REGARDING DOCUMENT REVIEW (.2); CONFERENCE CALL WITH S. WRIGHT AND I. PAZ REGARDING SAME (.2) | MASELLA, I | 3.20 | $1,792.00 |
| Aug 02 07 | TELEPHONE CONFERENCE WITH J. MASELLA REGARDING KPMG OPPOSITION (.5); REVIEW ENGAGEMENT LETTERS BETWEEN KPMG AND DEBTOR REGARDING ARBITRATION CLAUSE (1.8) | WRIGHT | 2.30 | $966.00 |
| Aug 02 07 | REVIEW WITNESS INTERVIEW SUMMARIES FOR D. WALKER, T. BUNDRA, D. KENNEALLY AND W. LICATA | WRIGHT | 1.40 | $588.00 |
| Aug 02 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIANS: ROBERT COLE, JENNIFER DOUGLAS, CAROL FRANCHI AND AMANDA FOWLER IN THE RINGTAIL DATABASE | DAVILAR | 5.00 | $1,150.00 |
| Aug 02 07 | MEETING WITH K. DAVILAR REGARDING DOCUMENT REVIEW; CORRESPOND WITH S. WRIGHT REGARDING SAME | COURTNEY | 0.10 | $32.50 |
| Aug 02 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 4.80 | $1,560.00 |
| Aug 03 07 | TELEPHONE CONFERENCE WITH J. MCCAHEY AND M. | WRIGHT | 0.40 | $168.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| | ARNOTT REGARDING REPLY TO KPMG OPPOSITION TO 2004 MOTION | | | |
| Aug 03 07 | REVIEW KPMG OPPOSITION TO 2004 MOTION | WRIGHT | 1.60 | $672.00 |
| Aug 03 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIAN: JOSEPH LOUIS GARDAY IN THE RINGTAIL DATABASE | DAVILAR | 4.50 | $1,035.00 |
| Aug 03 07 | CONDUCT DOCUMENT REVIEW OF HUNDREDS OF DOCUMENTS UNDER CUSTODIAN BRAD MORRICE AND MICHELLE CULLINAN | VONGTAMA | 6.50 | $2,112.50 |
| Aug 03 07 | CORRESPOND WITH I. PAZ AND M. OULAVONG REGARDING DOCUMENT REVIEW; MEETING WITH I. PAZ REGARDING DOCUMENT REVIEW | COURTNEY | 0.20 | $65.00 |
| Aug 03 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 2.80 | $910.00 |
| Aug 03 07 | CODE ELECTRONIC DOCUMENTS IN THE RINGTAIL DATABASE (6.2); REVIEW PREVIOUS CODED ELECTRONIC DOCUMENTS FOR SPELLING CORRECTIONS (.5); SEND E-MAIL CORRESPONDENCE TO FTI CONSULTING REPRESENTATIVE CONCERNING ISSUES WITH THE RINGTAIL DATABASE (.3) | GIBBONS | 7.00 | $1,820.00 |
| Aug 04 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 1.00 | $325.00 |
| Aug 05 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 2.00 | $650.00 |
| Aug 06 07 | REVIEW AND EDIT RESPONSE TO KPMG OBJECTION TO 2004 MOTION (.8); DISCUSS WITH M. ARNOTT AND J. MCCAHEY (.3); REVISE AND EFFECTUATE FILING (.4) | FATELL | 1.50 | $900.00 |
| Aug 06 07 | REVIEW KPMG OBJECTION TO CREDITOR COMMITTEE 2004 MOTION | FATELL | 0.60 | $360.00 |
| Aug 06 07 | REVIEW AND REVISE REPLY IN SUPPORT OF KPMG OPPOSITION (1.7); REVIEW ADDITIONAL COMMENTS FROM LITIGATION COUNSEL (.7) | WRIGHT | 2.40 | $1,008.00 |
| Aug 06 07 | REVIEW CORRESPONDENCE FROM DOCUMENT REVIEWER (.4); ANALYZE DOCUMENT (.7); DISCUSS WITH FTI CONSULTING AND RESPOND ACCORDINGLY (.3) | WRIGHT | 1.30 | $546.00 |
| Aug 06 07 | TELEPHONE CONFERENCE WITH A. WILBUR FROM FTI CONSULTING REGARDING LOGISTICS OF ADDITIONAL DOCUMENT REVIEW | WRIGHT | 0.40 | $168.00 |
| Aug 06 07 | REVIEW COMMUNICATION FROM DEBTOR REGARDING ADDITIONAL DOCUMENTS PRODUCED TO THE COMMITTEE | WRIGHT | 0.60 | $252.00 |
| Aug 06 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIAN JOSEPH LOUIS GARDAY IN THE RINGTAIL DATABASE | DAVILAR | 5.50 | $1,265.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| Aug 06 07 | REVIEW AND ANALYZE DOCUMENTS RECEIVED IN DISCOVERY | VONGTAMA | 11.10 | $3,607.50 |
| Aug 06 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 4.00 | $1,300.00 |
| Aug 06 07 | CORRESPOND WITH S. WRIGHT REGARDING DOCUMENT REVIEW | COURTNEY | 0.10 | $32.50 |
| Aug 06 07 | MEETING WITH M. OULAVONG REGARDING DOCUMENT REVIEW (.7); REVIEW OF BACKGROUND MATERIAL AND CODING GUIDELINES FOR DOCUMENT REVIEW PROJECT (2) | PAZ | 2.70 | $877.50 |
| Aug 06 07 | CODE ELECTRONIC DOCUMENTS IN THE RINGTAIL DATABASE (5.8); REVIEW AND CORRECT SPELLING ON PREVIOUSLY CODED ELECTRONIC DOCUMENTS IN RINGTAIL (1.2) | GIBBONS | 7.00 | $1,820.00 |
| Aug 07 07 | REVIEW E-MAILS REGARDING SCHEDULING ORDER; REVISED ORDER | FATELL | 0.20 | $120.00 |
| Aug 07 07 | REVIEW CURRENT VERSIONS OF SCHEDULING ORDER | FATELL | 0.10 | $60.00 |
| Aug 07 07 | REVIEW AMENDED AGENDA AND RELATED PLEADINGS TO PREPARE FOR HEARING | FATELL | 0.80 | $480.00 |
| Aug 07 07 | REVIEW KPMG REPLY | FATELL | 0.30 | $180.00 |
| Aug 07 07 | REVIEW DRAFT AMENDED ORDER APPOINTING EXAMINER AND DISCUSS WITH M. INDELICATO | FATELL | 0.30 | $180.00 |
| Aug 07 07 | REVIEW AND REVISE CONFIDENTIALITY AGREEMENT (1.2); REVIEW CORRESPONDENCE WITH DEBTORS REGARDING SAME (.4) | WRIGHT | 1.60 | $672.00 |
| Aug 07 07 | REVIEW BOARD OF DIRECTOR MINUTES | WRIGHT | 2.40 | $1,008.00 |
| Aug 07 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIAN JOSEPH LOUIS GARDAY IN THE RINGTAIL DATABASE | DAVILAR | 5.00 | $1,150.00 |
| Aug 07 07 | CONDUCT REVIEW AND ANALYSIS OF HUNDREDS OF DOCUMENTS | VONGTAMA | 6.10 | $1,982.50 |
| Aug 07 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 4.20 | $1,365.00 |
| Aug 07 07 | E-MAIL COMMUNICATION WITH S. WRIGHT AND M. OULAVONG REGARDING DOCUMENT REVIEW | PAZ | 0.10 | $32.50 |
| Aug 07 07 | COMPLETE REVIEW OF BACKGROUND MATERIALS | PAZ | 0.70 | $227.50 |
| Aug 08 07 | TELECONFERENCE WITH S. WRIGHT REGARDING CONFIDENTIAL ARGUMENT AND DOCUMENT REVIEW | FATELL | 0.30 | $180.00 |
| Aug 08 07 | TELEPHONE CONFERENCE WITH B. FATELL REGARDING | WRIGHT | 0.30 | $126.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | CONFIDENTIALITY AGREEMENT AND RESULTS OF THE HEARING | | | |
| Aug 08 07 | TELEPHONE CONFERENCE WITH J. MCCAHEY REGARDING REVISIONS TO CONFIDENTIALITY AGREEMENT | WRIGHT | 0.30 | $126.00 |
| Aug 08 07 | CODE ELECTRONIC DOCUMENTS UNDER CUSTODIANS JOSEPH LOUIS GARDAY, RICK COLLINS AND PATTI DODGE IN THE RINGTAIL DATABASE | DAVILAR | 5.50 | $1,265.00 |
| Aug 08 07 | CONDUCT DOCUMENT REVIEW AND ANALYSIS | VONGTAMA | 5.60 | $1,820.00 |
| Aug 08 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 4.00 | $1,300.00 |
| Aug 08 07 | CODE ELECTRONIC DOCUMENTS IN THE RINGTAIL DATABASE | GIBBONS | 3.00 | $780.00 |
| Aug 09 07 | E-MAILS REGARDING CONFIDENTIALITY AGREEMENT AND DISCUSS WITH S. WRIGHT | FATELL | 0.30 | $180.00 |
| Aug 09 07 | CODE ELECTRONIC DOCUMENTS UNDER CUSTODIANS PATTI DODGE AND RICK COLLINS IN THE RINGTAIL DATABASE | DAVILAR | 6.00 | $1,380.00 |
| Aug 09 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 7.50 | $2,437.50 |
| Aug 09 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 3.00 | $975.00 |
| Aug 09 07 | CODE ELECTRONIC DOCUMENTS IN THE RINGTAIL DATABASE | GIBBONS | 3.00 | $780.00 |
| Aug 10 07 | TELECONFERENCE WITH M. INDELICATO AND TELECONFERENCE WITH CHAMBERS REGARDING 2004 ORDER REGARDING KPMG | FATELL | 0.20 | $120.00 |
| Aug 10 07 | CODE ELECTRONIC DOCUMENTS UNDER CUSTODIAN PATTI DODGE IN THE RINGTAIL DATABASE | DAVILAR | 5.00 | $1,150.00 |
| Aug 10 07 | REVIEW AND ANALYZE DOCUMENTS | VONGTAMA | 7.20 | $2,340.00 |
| Aug 10 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 4.00 | $1,300.00 |
| Aug 10 07 | DISCUSSION WITH M. OULAVONG REGARDING DOCUMENT REVIEW SYSTEM | PAZ | 0.20 | $65.00 |
| Aug 10 07 | CODE ELECTRONIC DOCUMENTS IN THE RINGTAIL DATABASE | GIBBONS | 2.00 | $520.00 |
| Aug 13 07 | TELECONFERENCE WITH JUDGE CAREY CHAMBERS REGARDING 2004 MOTION; E-MAIL CO-COUNSEL REGARDING SAME | FATELL | 0.20 | $120.00 |
| Aug 13 07 | CODE ELECTRONIC DOCUMENTS UNDER CUSTODIANS PATTI DODGE, TRACEY MCSHANE AND JENNIFER JEWETT | DAVILAR | 4.50 | $1,035.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | IN THE RINGTAIL DATABASE | | | |
| Aug 13 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 4.50 | $1,462.50 |
| Aug 13 07 | COMMUNICATION WITH RINGTAIL TECHNICIAN REGARDING DOCUMENT REVIEW SYSTEM | PAZ | 0.20 | $65.00 |
| Aug 13 07 | CODE ELECTRONIC DOCUMENT IN THE RINGTAIL DATABASE | GIBBONS | 2.70 | $702.00 |
| Aug 14 07 | REVIEW CORRESPONDENCE FROM M. ARNOTT REGARDING ADDITIONAL CODING | WRIGHT | 0.30 | $126.00 |
| Aug 14 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIANS JENNIFER JEWETT, TONY MEOLA AND TERRY THEOLOGIDES IN THE RINGTAIL DATABASE | DAVILAR | 5.50 | $1,265.00 |
| Aug 14 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 4.00 | $1,300.00 |
| Aug 14 07 | CODE ELECTRONIC DOCUMENTS IN THE RINGTAIL DATABASE | GIBBONS | 2.00 | $520.00 |
| Aug 15 07 | PARTICIPATE IN LITIGATION TEAM CONFERENCE CALL | WRIGHT | 0.20 | $84.00 |
| Aug 15 07 | LITIGATION TEAM MEETING TO DISCUSS PROTOCOL FOR DOCUMENT REVIEW | DAVILAR | 0.10 | $23.00 |
| Aug 15 07 | CODE ELECTRONIC DOCUMENTS UNDER CUSTODIANS TERRY THEOLOGIDES AND DONNA WALKER IN THE RINGTAIL DATABASE | DAVILAR | 6.00 | $1,380.00 |
| Aug 15 07 | WEEKLY CONFERENCE CALL WITH DOCUMENT REVIEW TEAM | PAZ | 0.20 | $65.00 |
| Aug 16 07 | TELECONFERENCE WITH J. MASELLA AND S. WRIGHT REGARDING DISCOVERY STATUS CALL | FATELL | 0.20 | $120.00 |
| Aug 16 07 | TELECONFERENCE WITH J. MCCAHEY REGARDING STATUS OF DISCOVERY | FATELL | 0.20 | $120.00 |
| Aug 16 07 | CONFERENCE CALL WITH S. WRIGHT AND B. FATELL REGARDING STATUS | MASELLA, I | 0.10 | $56.00 |
| Aug 16 07 | TELEPHONE CONFERENCE WITH THE LITIGATION TEAM REGARDING STRATEGY | WRIGHT | 0.10 | $42.00 |
| Aug 16 07 | CODE ELECTRONIC DOCUMENTS UNDER CUSTODIANS TERRY THEOLOGIDES, DONNA WALKER AND BRAD MORRICE IN THE RINGTAIL DATABASE | DAVILAR | 6.10 | $1,403.00 |
| Aug 16 07 | DOCUMENT REVIEW AND CODING OF ISSUES | PAZ | 2.30 | $747.50 |
| Aug 16 07 | CODE ELECTRONIC DOCUMENTS IN THE RINGTAIL SYSTEM | GIBBONS | 2.00 | $520.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Aug 17 07 | CODE ELECTRONIC DOCUMENTS UNDER CUSTODIANS BRAD MORRICE, RUTH HERNANDEZ AND PAUL ZALLE IN THE RINGTAIL DATABASE | DAVILAR | 5.30 | $1,219.00 |
| Aug 17 07 | DOCUMENT REVIEW AND CODING | PAZ | 6.00 | $1,950.00 |
| Aug 20 07 | REVIEW ADDITIONAL INTERVIEW MEMORANDA FOR D. KENNEALLY, B. MORRICE, T. BENDRA AND J. HATCH | WRIGHT | 3.10 | $1,302.00 |
| Aug 20 07 | CODE ELECTRONIC DOCUMENTS UNDER CUSTODIAN BRAD MORRICE IN THE RINGTAIL DATABASE | DAVILAR | 6.30 | $1,449.00 |
| Aug 20 07 | CONTINUE DOCUMENT REVIEW AND CODING | PAZ | 3.70 | $1,202.50 |
| Aug 21 07 | TELEPHONE CONFERENCE WITH PARALEGALS REGARDING CODING ISSUES WITH DOCUMENT REVIEW | WRIGHT | 0.80 | $336.00 |
| Aug 21 07 | REVIEW BOARD OF DIRECTOR MINUTES IN PREPARATION AND ANALYSIS OF POTENTIAL CLAIMS | WRIGHT | 2.20 | $924.00 |
| Aug 21 07 | CODE ELECTRONIC DOCUMENTS UNDER CUSTODIAN BRAD MORRICE IN THE RINGTAIL DATABASE | DAVILAR | 2.00 | $460.00 |
| Aug 21 07 | CONFERENCE CALL WITH S. WRIGHT AND L. GIBBONS TO DISCUSS PROTOCOL FOR DOCUMENT REVIEW | DAVILAR | 0.80 | $184.00 |
| Aug 21 07 | CONTINUE TARGETED DOCUMENT REVIEW AND CODING | PAZ | 4.00 | $1,300.00 |
| Aug 21 07 | CONFERENCE CALL WITH ATTORNEY S. WRIGHT AND PARALEGAL K. DAVILAR REGARDING CODING ISSUES FOR ELECTRONIC DOCUMENTS IN RINGTAIL | GIBBONS | 0.50 | $130.00 |
| Aug 22 07 | TELEPHONE CONFERENCE WITH M. ARNOTT REGARDING DOCUMENT REVIEW | WRIGHT | 0.30 | $126.00 |
| Aug 22 07 | REVIEW BOARD OF DIRECTOR MINUTES | WRIGHT | 1.30 | $546.00 |
| Aug 22 07 | CONTINUE TARGETED DOCUMENT REVIEW AND CODING | PAZ | 4.00 | $1,300.00 |
| Aug 23 07 | REVIEW ADDITIONAL INTERVIEW SUMMARIES OF EMPLOYEES IN PREPARATION OF POSSIBLE CLAIMS AGAINST DEBTOR | WRIGHT | 3.20 | $1,344.00 |
| Aug 23 07 | CODE ELECTRONIC DOCUMENTS UNDER CUSTODIANS BRAD MORRICE AND THERESA LAM | DAVILAR | 4.50 | $1,035.00 |
| Aug 23 07 | CONTINUE DOCUMENT REVIEW AND CODING | PAZ | 1.80 | $585.00 |
| Aug 23 07 | CODE ELECTRONIC DOCUMENTS IN THE RINGTAIL DATABASE (4.6); CREATE INTERNAL MEMO TO ATTORNEY S. WRIGHT REGARDING CODING ISSUES (.9) | GIBBONS | 5.50 | $1,430.00 |
| Aug 24 07 | CODE ELECTRONIC DOCUMENTS UNDER CUSTODIAN | DAVILAR | 4.40 | $1,012.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| | THERESA LAM | | | |
| Aug 24 07 | CONTINUE DOCUMENT REVIEW AND CODING | PAZ | 5.00 | $1,625.00 |
| Aug 24 07 | CODE ELECTRONIC DOCUMENTS IN THE RINGTAIL DATABASE | GIBBONS | 4.00 | $1,040.00 |
| Aug 24 07 | REVISIONS TO INTERNAL MEMORANDUM TO ATTORNEY S. WRIGHT | GIBBONS | 1.00 | $260.00 |
| Aug 27 07 | DRAFT AND REVIEW CODING GUIDELINES MEMORANDUM; CONFERENCE WITH L. GIBBONS REGARDING SAME | DAVILAR | 1.50 | $345.00 |
| Aug 27 07 | PERFORM RESEARCH REGARDING SECTION 559 OF THE BANKRUPTCY CODE, FOR PURPOSES OF VALUATION OF POTENTIAL DAMAGES CLAIM | KUPNIEWSKI | 6.10 | $1,891.00 |
| Aug 27 07 | MEETING WITH K. DAVILAR REGARDING CODING | COURTNEY | 0.10 | $32.50 |
| Aug 27 07 | REVIEW E-MAILS PRODUCED BY DEBTOR | COURTNEY | 1.10 | $357.50 |
| Aug 27 07 | CONTINUE DOCUMENT REVIEW AND CODING | PAZ | 4.80 | $1,560.00 |
| Aug 27 07 | CODE ELECTRONIC DOCUMENTS IN THE RINGTAIL DATABASE | GIBBONS | 1.00 | $260.00 |
| Aug 27 07 | REVIEW INTERNAL MEMORANDUM; CONFERENCE WITH PARALEGAL K. DAVILAR REGARDING TERMS; E-MAIL DOCUMENT TO ATTORNEY S. WRIGHT | GIBBONS | 0.50 | $130.00 |
| Aug 28 07 | REVIEW ADDITIONAL DOCUMENTS, INCLUDING, BUT NOT LIMITED TO INTERVIEW SUMMARIES IN AID OF ANALYSIS OF POSSIBLE CLAIMS | WRIGHT | 1.40 | $588.00 |
| Aug 28 07 | CODE ELECTRONIC DOCUMENTS UNDER CUSTODIANS THERESA LAM, CARRIE MARELLI, RUTH HERNANDEZ, AND JENNIFER JEWETT IN THE RINGTAIL DATABASE | DAVILAR | 6.50 | $1,495.00 |
| Aug 28 07 | PERFORM RESEARCH REGARDING SECTION 559 OF THE BANKRUPTCY CODE, FOR PURPOSES OF VALUATION OF POTENTIAL DAMAGES CLAIM | KUPNIEWSKI | 5.20 | $1,612.00 |
| Aug 28 07 | REVIEW E-MAILS PRODUCED BY DEBTOR | COURTNEY | 2.00 | $650.00 |
| Aug 28 07 | CONTINUE DOCUMENT REVIEW AND CODING | PAZ | 5.10 | $1,657.50 |
| Aug 28 07 | CODE ELECTRONIC DOCUMENTS ON THE RINGTAIL DATABASE | GIBBONS | 1.00 | $260.00 |
| Aug 29 07 | PARTICIPATE IN LITIGATION TEAM CONFERENCE CALL REGARDING REVIEW OF DOCUMENTS | WRIGHT | 0.50 | $210.00 |
| Aug 29 07 | REVIEW AND SIGN CONFIDENTIALITY AGREEMENT WITH DEBTOR | WRIGHT | 0.40 | $168.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Aug 29 07 | LITIGATION TEAM MEETING TO DISCUSS PROTOCOL FOR DOCUMENT REVIEW | DAVILAR | 0.50 | $115.00 |
| Aug 29 07 | REVIEW E-MAILS PRODUCED BY DEBTOR | COURTNEY | 1.50 | $487.50 |
| Aug 29 07 | TELECONFERENCE WITH INTERVIEW TEAM REGARDING DOCUMENT REVIEW | COURTNEY | 0.90 | $292.50 |
| Aug 29 07 | DOCUMENT REVIEW CONFERENCE CALL (.5); CONTINUE DOCUMENT REVIEW AND CODING (1.8) | PAZ | 2.30 | $747.50 |
| Aug 29 07 | ATTEND REGULARLY SCHEDULED CONFERENCE CALL | GIBBONS | 0.30 | $78.00 |
| Aug 29 07 | CODE ELECTRONIC DOCUMENT IN THE RINGTAIL DATABASE | GIBBONS | 4.00 | $1,040.00 |
| Aug 30 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 0.40 | $130.00 |
| Aug 30 07 | TELECONFERENCE WITH K. SENESE REGARDING T. SANCHEZ DOCUMENTS | COURTNEY | 0.10 | $32.50 |
| Aug 30 07 | CONTINUE DOCUMENT REVIEW AND CODING | PAZ | 2.30 | $747.50 |
| Aug 30 07 | CODE DOCUMENTS IN THE RINGTAIL DATABASE | GIBBONS | 6.70 | $1,742.00 |
| Aug 31 07 | CODE ELECTRONIC DOCUMENTS UNDER CUSTODIANS RUTH HERNANDEZ, THERESA LAM, JENNIFER JEWETT, CARRIE MARELLI AND TONY MEOLA IN THE RINGTAIL DATABASE | DAVILAR | 6.00 | $1,380.00 |
| Aug 31 07 | DOCUMENT REVIEW AND CODING | PAZ | 1.90 | $617.50 |
| Aug 31 07 | CODE ELECTRONIC DOCUMENT IN THE RINGTAIL DATABASE | GIBBONS | 2.00 | $520.00 |

PROJECT CODE TOTALS  16                    TOTAL VALUE:  $105,840.50          351.90

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  17 | | | | |
| Aug 03 07 | PREPARE AUGUST 7, 2007 HEARING NOTEBOOK | MOODY | 1.70 | $340.00 |
| Aug 06 07 | PREPARE HEARING BINDER FOR AUGUST 7, 2007 | MOODY | 0.50 | $100.00 |
| Aug 07 07 | ATTEND OMNIBUS HEARING | FATELL | 3.80 | $2,280.00 |
| Aug 07 07 | FINALIZE AUGUST 7, 2007 HEARING NOTEBOOK | MOODY | 0.40 | $80.00 |
| Aug 07 07 | REVIEW DOCKET AND NEW PLEADINGS (.4); UPDATE CASE CALENDAR AND CIRCULATE TO TEAM (1.7) | MOODY | 2.10 | $420.00 |
| Aug 08 07 | ATTEND 341 MEETING -- CONTINUED | STAIB | 1.50 | $577.50 |
| Aug 08 07 | ATTEND 341 MEETING -- CONTINUED | STAIB | 0.70 | $269.50 |
| Aug 21 07 | E-MAIL TO M. INDELICATO REGARDING HEARING | FATELL | 0.20 | $120.00 |
| Aug 21 07 | REVIEW PLEADINGS ON AGENDA TO PREPARE FOR OMNIBUS HEARING | FATELL | 0.60 | $360.00 |
| Aug 21 07 | ATTEND OMNIBUS HEARING | FATELL | 2.90 | $1,740.00 |
| PROJECT CODE TOTALS  17 | TOTAL VALUE: | $6,287.00 | 14.40 | |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|---|------------|-------|----------------|
| REPORT TOTALS | | TOTAL VALUE: 167,354.00 | | 501.40 | |