IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., *et al.*,<br>                        Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br><br>Related to Docket Nos. 1163, 3676 |

**CERTIFICATION OF COUNSEL IN ACCORDANCE WITH ORDER ESTABLISHING PROCEDURE FOR RELIEF FROM THE AUTOMATIC STAY**

  The undersigned hereby certifies that on or about June 7, 2007, this Court entered that certain Order Establishing Procedure for Relief From The Automatic Stay For Certain Foreclosure Proceedings Pursuant To 11 U.S.C. Sections 105(a) and 362 Of The Bankruptcy Code (D.I. 1163 the "Procedures Order").

  The undersigned further certifies that on or about September 28, 2007, Alaska Seaboard Partners Limited Partnership ("Alaska Seaboard") provided notice and payment as required by the Procedures Order with respect to certain loans (the "Alaska Seaboard Loans") behind which the Debtors' held or hold a junior position.

  The undersigned further certifies that the Debtors have not taken any action to prevent Alaska Seaboard from foreclosing with respect to the Alaska Seaboard Loans within the thirty (30) days provided in paragraph five (5) of the Procedures Order.

  The undersigned further certifies that pursuant to paragraph six (6) of the Procedures Order, the automatic stay has been lifted with respect to the Alaska Seaboard Loans.

  The undersigned further certifies that on November 6, 2007, Alaska Seaboard filed its Notice of Intent to File Certification of Counsel In Accordance with Order Establishing

PHIL1 759279-1

Procedures for Relief From Automatic Stay (D.I. 3676, the "Notice of Intent"), in accordance with paragraph ten (10) of the Procedures Order, stating its intent to file a certification of counsel if the Debtors did not respond to the Notice of Intent by November 9, 2007.

The undersigned further certifies that the Debtors did not respond to the Notice of Intent on or prior to November 9, 2007.

WHEREFORE, Alaska Seaboard respectfully requests that this Court, in accordance with paragraph ten (10) of the Procedures Order, enter the proposed order annexed hereto as <u>Exhibit A</u> confirming that the automatic stay has been lifted with respect to the Alaska Seaboard Loans.

Dated: November 13, 2007

                                          KLEHR, HARRISON, HARVEY,
                                            BRANZBURG & ELLERS, LLP

By:   /s/ Michael W. Yurkewicz
       Richard M. Beck (#3793)
       Michael Yurkewicz (#4165)
       919 Market Street, Suite 1000
       Wilmington, DE 19801
       (302) 426-1189 Telephone
       (302) 426-9193 Facsimile

       Counsel for Alaska Seaboard Partners
       Limited Partners