**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., *et al.*,<br>                              Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket Nos. 1163, 3676 and _____** |

## ORDER CONFIRMING RELIEF FROM THE AUTOMATIC STAY

Upon the Certification of Counsel (the "Certification of Counsel") in Accordance with Order Establishing Procedure for Relief from the Automatic Stay, filed by Alaska Seaboard Partners Limited Partnership ("Alaska Seaboard") on November 13, 2007; and this Court having determined that procedures outlined in the Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to 11 U.S.C. Sections 105(a) and 362 of the Bankruptcy Code (D.I. 1163, the "Procedures Order") have been complied with by Alaska Seaboard; and it appearing that the relief requested in the Certification of counsel is in the best interest of the debtors, their creditors and the estate; and it appearing that proper and adequate notice has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The automatic stay has been lifted with respect to the Alaska Seaboard Loans[1] identified on the annexed Exhibit A.

Dated: Wilmington, Delaware
       November __, 2007

                                              Honorable Kevin J. Carey
                                              United States Bankruptcy Judge

---

[1] All capitalized terms contained not otherwise defined herein shall have the meaning ascribed to them in the Certification of Counsel.

PHIL1 759410-1                               2

EXHIBIT A

ALASKA SEABOARD LOANS WHERE
AUTOMATIC STAY HAS BEEN LIFTED

| Alaska Seaboard Loan Number | Prior New Century Loan Number | Property Location | State |
|---|---|---|---|
| 227483 | 1003345963 | San Bernadino | CA |
| 227530 | 1004874942 | Port Charlotte | FL |
| 227537 | 1004958503 | Huntsville | AL |
| 227591 | 1006040223 | Phoenix | AZ |
| 227608 | 1006227941 | Denver | CO |
| 227612 | 1006257392 | East Palo Alto | CA |
| 227616 | 1006329181 | Burbank | CA |
| 227618 | 1006339508 | North Hills | CA |
| 227624 | 1006406971 | Brooklyn | NY |
| 227629 | 1006434833 | Temecula | CA |
| 227631 | 1006442502 | Cape Coral | FL |
| 227634 | 1006454204 | Denver | CO |
| 227652 | 1006661560 | Roosevelt | NY |
| 227659 | 1006764352 | Springfield Gardens | NY |
| 227664 | 1006800900 | San Jacinto | CA |
| 227665 | 1006803122 | Kent | CT |
| 227666 | 1006819044 | Jacksonville | FL |
| 227671 | 1006902998 | Brooklyn | NY |
| 227676 | 1006935310 | Spartanburg | SC |
| 227687 | 1007008034 | Brooklyn | NY |
| 227691 | 1007038430 | Colorado Springs | CO |
| 227697 | 1007083531 | Long Beach | CA |
| 227702 | 1007093995 | Hamden | CT |
| 227703 | 1007094743 | Oakland | CA |
| 227724 | 1007182835 | Corona | CA |
| 227730 | 1007198196 | Las Vegas | NV |
| 227740 | 1007231907 | Wellington | FL |
| 227741 | 1007232096 | San Diego | CA |
| 227744 | 1007240880 | Adelanto | CA |
| 227749 | 1007257050 | Las Vegas | NV |
| 227755 | 1007292011 | Charlotte | NC |
| 227760 | 1007304703 | Brooklyn | NY |
| 227775 | 1007358218 | Vacaville | CA |
| 227783 | 1007381709 | Hempstead | NY |
| 227799 | 1007462523 | Las Vegas | NV |
| 227803 | 1007468135 | Silver Spring | MD |
| 227805 | 1007477606 | Oakland | CA |
| 227806 | 1007480772 | Kissimmee | FL |
| 227829 | 1007537908 | Fresno | CA |
| 227832 | 1007551623 | Houston | TX |
| 227843 | 1007638791 | Richmond | CA |
| 227848 | 1007652603 | Rancho Cucamonga | CA |
| 227850 | 1007669258 | S. Ozone Park | NY |

EXHIBIT A

ALASKA SEABOARD LOANS WHERE
AUTOMATIC STAY HAS BEEN LIFTED

| | | | |
|---|---|---|---|
| 227860 | 1007831199 | Brockton | MA |
| 227866 | 1007882990 | Coral Gables | FL |
| 227883 | 1008135332 | Lancaster | CA |
| 227884 | 1008150332 | Glen Cove | NY |
| 227886 | 1008201199 | Harris | MN |
| 227890 | 1008233182 | Beaumont | CA |
| 227903 | 1008318206 | Anaheim | CA |
| 227905 | 1008324823 | Hempstead | NY |
| 227913 | 1008392241 | Sylmar | CA |
| 227916 | 1008428784 | Pomona | CA |
| 227920 | 1008498878 | Austin | TX |
| 227922 | 1008526035 | Tampa | FL |
| 227950 | 1008753495 | Oxnard | CA |
| 227952 | 1008770378 | Jamaica | NY |
| 227957 | 1008848713 | Providence | RI |
| 227959 | 1008897143 | Delaware | OH |
| 227971 | 1009035698 | N. Providence | RI |
| 227996 | 1009490990 | San Clemente | CA |
| 228000 | 1009602753 | Rockville Centre | NY |