## CERTIFICATE OF SERVICE

I, Karen C. Bifferato, hereby certify that on the 13th day of November, 2007, I served a true and correct copy of the foregoing upon the parties listed below, in the manner indicated below.

Karen C. Bifferato (No. 3279)

**VIA HAND DELIVERY**
Mark D. Collins, Esquire
Russell C. Silberglied, Esquire
Michael J. Merchant, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**VIA FACSIMILE AND FIRST CLASS U.S. MAIL**
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
Facsimile: (415) 984-8701

#575591