IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., et al.,<br><br>    Debtors. | Case No. 07-10416-KJC, et seq.<br>(Chapter 11)<br><br>**Objections due by: November 16, 2007, 4:00 p.m.**<br>**Hearing Date: November 20, 2007, 10:30 p.m.** |

### CERTIFICATE OF NO OBJECTION
*(relates to Docket No. 3446)*

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion for Relief from Stay (Docket No. 3446) filed by Consumer Solutions REO, LLC. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than November 16, 2007, 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: November 14, 2007       Respectfully submitted,
        Wilmington, Delaware

                                        DRAPER & GOLDBERG, PLLC

                                        **/s/ Adam Hiller**
                                        Adam Hiller (DE No. 4105)
                                        1500 North French Street, 2nd Floor
                                        Wilmington, Delaware 19801
                                        (302) 339-8776 telephone
                                        (302) 213-0043 facsimile

                                        and

*Movant: Consumer Solutions REO, LLC.*
*D&G Reference: 210746/Batch 12*

-2-

Thomas D.H. Barnett (DE No. 994)
Draper & Goldberg, PLLC
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947

*Attorneys for Movant*