## CERTIFICATE OF SERVICE

I, *Bonnie Glantz Fatell*, hereby certify that on November 14, 2007, I caused a

copy of the following document to be served on the *"Notice Parties"* listed below in the manner

indicated below.

**Third Monthly Application of Hahn & Hessen LLP, Co-Counsel for the
Official Committee of Unsecured Creditors for the Period From June 1, 2007
Through June 30, 2007**

Copies of the *Notice of Application* <u>only</u> were served on the parties listed on the attached

*"2002 Service List"* in the manner indicated therein.

/s/ *Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)

**VIA FIRST CLASS MAIL**
*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

*Representing United States Trustee*
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

**VIA OVERNIGHT MAIL**
*Representing Debtors*
Suzzanne S. Uhland
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

*Representing Debtors*
Emily Culler
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*New Century Mortgage Corporation*
18400 Von Karman Avenue
Suite 1000
Irvin, CA  92612
Attn:  Monika L. McCarthy, Esq.

*Representing Debtors' Crisis Managers*
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY  10019
Attn:  Holly Felder Etlin

127340.01600/11724272v.1

*Representing Greenwich Capital Financial*
*Products, Inc. and The CIT Group/Business*
*Credit, Inc.*
Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

*Representing The Official Committee of*
*Unsecured Creditors*
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

Michael J. Missal, Esq.
*Fee Examiner*
Kirkpatrick & Lockhart Preston
Gates Ellis LLP
1601 K Street, N.W.
Washington, D.C.  20006