IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br><br>Debtor(s). | Case No. 07-10416-KJC<br>(Chapter 11)<br><br>**Objections due by: November 13, 2007, 4:00 p.m.**<br>**Hearing Date: November 20, 2007 at 1:30 p.m.** |

**CERTIFICATE OF NO OBJECTION**
*(relates to Docket No. 3637)*

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion for Relief from Stay (Docket No. 3637) filed by Bank of New York, as Trustee c/o Countrywide Home Loans. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than November 13, 2007.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: November 14, 2007    Respectfully submitted,
       Wilmington, Delaware
                             DRAPER & GOLDBERG, PLLC


                              /s/ Adam Hiller
                             Adam Hiller (DE No. 4105)
                             1500 North French Street, 2nd Floor
                             Wilmington, Delaware 19801
                             (302) 339-8776 telephone
                             (302) 213-0043 facsimile

                             and

*Movant: Bank of New York, as Trustee c/o Countrywide Home Loans*
*D&G Reference: 210525*
*Property Address: 5030 Valley Crest Drive #82, Concord, CA 94521*

-2-

        Thomas D.H. Barnett (DE No. 994)
        Draper & Goldberg, PLLC
        P.O. Box 947
        512 East Market Street
        Georgetown, Delaware 19947

*Attorneys for Movant*

-2-