FILED
2007 NOV -9 AM 10: 50
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

November 5, 2007

In re: New Century Trs Holdings, Inc.,
a Delaware corporation, et al.
Case Number 07-10416 (KJC)
Claim Number 3439

Honorable Kevin J. Carey
United States Bankruptcy Court
for the District of Delaware
824 Market Street
Fifth Floor
Wilmington, Delaware 19801

Your Honor:

The Claimants, Roland A. and Delouise H. Sawyer, residing at 1638 Kingsway Road, Norfolk, Virginia 23518, in the above styled case and claim number, respond to the "Debtors" request for relief of debt and wholly object to this request.

The claimants, Roland A. and Delouise H. Sawyer, have acted in good faith by extending one hundred and fifty-five thousand dollars ($155,000.00), United States currency, to the Debtor, New Century Trs Holdings, Inc., a Delaware corporation, et al, for stock; the "Debtor" has benefited from this transaction over a period of time, and should not be relieved of this financial obligation.

We, the undersigned, pray that this Honorable Court will rule against the "Debtors" request for relief and enter an order in favor of the claimants.

Respctfully submitted,

Roland A. Sawyer

Delouise H. Sawyer