# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : | **Case No. 07-10416 (KJC)** |
| a Delaware corporation, et al.,[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | Re: Docket Nos. 3242 & 3596 |
| | : | |

### ORDER DENYING MOTION OF
### DIANE OLIVEIRA FOR RELIEF FROM STAY

Diane Oliveira having moved the Court for relief from the automatic stay (the "Motion"); and the Court having reviewed the Motion and the Debtors' objection thereto; and the Court having held a hearing on the Motion on November 6, 2007 (the "Hearing"); and the Court determining that it had jurisdiction to hear and determine the Motion; and the Court having determined that cause had not been demonstrated with respect to the Motion;

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

NOW, THEREFORE, IT IS HEREBY ORDERED, as follows:

The Motion is denied without prejudice for the reasons set forth on the record at the Hearing.

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge