

**WENDEL
ROSEN
BLACK
& DEAN**
**L L P**
ATTORNEYS AT LAW

1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Post Office Box 2047
Oakland, CA 94604-2047

Telephone: (510) 834-6600
Fax: (510) 834-1928
mbostick@wendel.com

November 6, 2007

Clerk of the Court
U.S. Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

Re: **E-Mail Notification Removal**
**In re New Century TRS Holding, Case No. 07-10416-KJC**

Dear Clerk:

I write to request that you remove me from your e-mail notification list in the above-referenced bankruptcy case. I am no longer involved in this case. My e-mail address is: mbostick@wendel.com.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

WENDEL, ROSEN, BLACK & DEAN LLP

Mark S. Bostick

MSB/bc

013751.0001\825152.1