# The Real Estate Book
## Bakersfield/Western Kern County, Calif.
*Office # (661) 832-4245    Fax # (661) 872-4913*
*E-Mail ads@therealestatebookbak.com*

11/4/07

United States Bankruptcy Court
For the District of Delaware
824 Market Street, 5th Floor,
Wilmington, Deleware 19801

The Honorable Kevin J. Carey:

This is in response to NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation and New Century Financial Corporation ("NCF") a Maryland Corporation bankruptcy filing.

United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, DE 19801 to take place on December 5, 2007 at 1:30 p.m. (EST)
Chapter 11
Case No. 07-10416(KJC)
The Honorable Kevin J. Carey

This is my response and extreme objection to this companies Omnibus Objection to my claim for payment. (I am a local business owner in Bakersfield, California and am filling this response out to the best of my ability. I received this notice on 11/3/07 and the response is due no later than 11/08/2007 at 4:00 p.m.)
The claim I have filed against this Company is for $3,287.67 for advertising/marketing services rendered for this company in the Bakersfield, California area. I have enclosed copies of un-paid invoices and a quick books re-cap showing a steady payment history of this company to my company for advertising/marketing services. I have also enclosed copies of the actual advertisements placed by this company to run in my magazine. The amount I am claiming is the actual amount owed my company and does not include late charges/penalties or interest charged.

As a final note in your evaluation of my claim, we are a small local business that supports my family, my daughter's family and our graphic artist' family. We cannot afford to take this financial loss because a major Corporation such as this has mismanaged their business so unbelievably. There are many creditors involved in this claim and none of us deserve to be treated this way. We need to be paid in order to pay for our obligations. If I am not paid what is due me from this company, it will place an extreme financial burden on my business and family. I'm appealing to you from a struggling small business owner's standpoint. I hope that compassion and a sense of what is right will be used in making the decision to not allow this Corporation's objection with regards to paying their bills to

stand. I will consider an offer of settlement or a payment arrangement if that is what it takes to be paid what is rightfully due my company.

Thank You for Your Understanding

*Mark Lundborg* [signature]

Mark & Patti Lundborg
Owners
The Real Estate Book
4312 Elder Court
Bakersfield, California 93306
(661) 832-4245  Off.
(661) 872-4913  Fax

Cc: Mark Collins, Michael J. Merchant, Christopher M. Samis RICHARDS, LAYTON& FINGER, P.A.  The Honorable Kevin J. Carey, United States Bankruptcy Court for the District of Delaware.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**NEW CENTURY TRS HOLDINGS, INC.,**<br>a Delaware corporation, et al.,[1]<br><br>**Debtors.** | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br><br>Objection Deadline: November 28, 2007 @ 4:00 p.m.<br>Hearing Date : December 5, 2007 @ 1:30 p.m. |

## NOTICE OF DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS: SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. §§ 502 AND 507, BANKRUPTCY RULES 3007 AND 9014 AND LOCAL RULE 3007-1 TO CERTAIN (I) AMENDED AND SUPERSEDED CLAIMS; (II) BOOKS AND RECORDS CLAIMS; AND (III) REDUCED AND/OR RECLASSIFIED CLAIMS

**PLEASE TAKE NOTICE** that New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc. ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession (collectively, the "Debtors"), have today filed the Debtors' Second Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. §§ 502 and 507, Bankruptcy Rules 3007 and 9014 and Local Rule 3007-1 to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims (the "Objection"), which seeks to disallow and expunge certain (A) amended and superseded (B) books and records and (C) reduced and/or reclassified claims.

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp, a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

**PLEASE TAKE FURTHER NOTICE** THAT, IF THE CLAMANT FAILS TO TIMELY FILE AND SERVE A RESPONSE IN ACCORDANCE WITH THE ABOVE REQUIREMENTS, THE CLAIMANT WILL BE DEEMED TO HAVE CONSENTED TO THE OBJECTION AND THE RELIEF REQUESTED THEREIN, AND THE DEBTORS WILL REQUEST THAT THE COURT ENTER AN APPROPRIATE ORDER SUSTAINING THE OBJECTION AND DISALLOWING SUCH CLAIM(S) BY DEFAULT.

Dated: October 31, 2007
Wilmington, Delaware

Respectfully submitted,

_/s/ Mark Collins_
Mark Collins (No. 2981)
Michael J. Merchant (No. 3458)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

-and-

Suzzanne S. Uhland
Emily R. Culler
Ana Acevedo
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
(415) 984-8700

COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION

## The Real Estate Book

11/4/2007 2:05 PM

Register: Accounts Receivable
From 01/01/2006 through 11/04/2007
Sorted by: Date, Type, Number/Ref

| Date | Number | Customer | Memo/Description | Qty | Rate | Charge | Paid | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/08/2006 | 108746 | Home 123 | | | | | 1,080.00 | 0.00 |
| 01/10/2006 | 7563 | Home 123 | | | | 1,100.00 | | 1,100.00 |
| 02/06/2006 | 7762 | Home 123 | | | | 1,560.00 | | 2,660.00 |
| 02/08/2006 | 112355 | Home 123 | | | | | 1,100.00 | 1,560.00 |
| 03/06/2006 | 7984 | Home 123 | | | | 1,535.00 | | 3,095.00 |
| 03/30/2006 | 114939 | Home 123 | | | | | 1,560.00 | 1,535.00 |
| 04/03/2006 | 117442 | Home 123 | | | | | 1,535.00 | 0.00 |
| 04/04/2006 | 8198 | Home 123 | | | | 2,420.00 | | 2,420.00 |
| 04/28/2006 | 119772 | Home 123 | | | | | 2,420.00 | 0.00 |
| 04/30/2006 | 8407 | Home 123 | | | | 2,572.50 | | 2,572.50 |
| 05/29/2006 | 8719 | Home 123 | | | | 445.00 | | 3,017.50 |
| 06/21/2006 | 123965 | Home 123 | | | | | 2,572.50 | 445.00 |
| 06/21/2006 | 124572 | Home 123 | | | | | 445.00 | 0.00 |
| 06/25/2006 | 8897 | Home 123 | | | | 885.00 | | 885.00 |
| 07/21/2006 | 126214 | Home 123 | | | | | 885.00 | 0.00 |
| 07/26/2006 | 9105 | Home 123 | | | | 885.00 | | 885.00 |
| 08/10/2006 | 129345 | Home 123 | | | | | 885.00 | 0.00 |
| 08/20/2006 | 9332 | Home 123 | | | | 880.00 | | 880.00 |
| 09/17/2006 | 131115 | Home 123 | | | | | 880.00 | 0.00 |
| 09/19/2006 | 9540 | Home 123 | | | | 885.00 | | 885.00 |
| 10/15/2006 | 9746 | Home 123 | | | | 1,026.67 | | 1,911.67 |
| 11/02/2006 | 559413 | Home 123 | | | | | 1,911.67 | 0.00 |
| 11/15/2006 | 9931 | Home 123 | | | | 1,031.67 | | 1,031.67 |
| 12/01/2006 | 10109 | Home 123 | | | | 1,156.67 | | 2,188.34 |
| 12/26/2006 | 565862 | Home 123 | | | | | 1,031.67 | 1,156.67 |
| 01/04/2007 | 10282 | Home 123 | | | | 1,154.71 | | 2,311.38 |
| 01/31/2007 | 569274 | Home 123 | | | | | 1,156.67 | 1,154.71 |
| 02/01/2007 | 10429 | Home 123 | | | | 1,473.67 | | 2,628.38 |
| 02/24/2007 | 578446 | Home 123 | | | | | 1,473.67 | 1,154.71 |
| 02/25/2007 | 575084 | Home 123 | | | | | 1,154.71 | 0.00 |
| 03/01/2007 | 10590 | Home 123 | | | | 1,478.67 | | 1,478.67 |
| 03/27/2007 | 10747 | Home 123 | | | | 1,760.00 | | 3,238.67 |

# The Real Estate Book

Please Note
New Company
Mailing Address

4312 Elder Court
Bakersfield, Ca. 93306
(661) 832-4245   FAX (661) 872-4913

# Invoice

| Bill To |
|---|
| Home 123<br>5201 Truxtun Ave. # 100<br>Bakersfield, CA 93309 |

| Date | Invoice # |
|---|---|
| 3/27/2007 | 10747 |

| Volume / Issue | Distribution Date | Salesperson |
|---|---|---|
| 12 / 5 | 4/10/07 | ML |

| QUANTITY | ITEM CODE | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | Advertising | Full Page Ad For Home 123 | 440.00 | 440.00 |
| 1 | Advertising | Ads For Julie Dahleen | 1,320.00 | 1,320.00 |
|  |  | Balance Due on 12 # 4 $1,478.67 |  |  |
|  |  | **TOTAL NOW DUE $3,238.67** |  |  |

PAYMENT DUE UPON RECEIPT!
Thank you for your business!
If payment IN FULL is not received by
_____. Please add $_____ to your
Re-mittance.

*Customer Copy*
*Please Retain*

| Total | $1760.00 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $1760.00 |

**Payment Method:**   Cash_____   Check_____   Credit Card_____



Page 50 - Please Say You Saw It In The Real Estate Book - Vol 12, No. 5

# Home123®

5201 Truxtun, Ave Ste 100 • Bakersfield, CA 93309

**COMPETITIVE RATES**

- **First time homebuyers • FHA/VA Programs**
- **Construction Loans • Refinancing**
- **40 Year • Fixed, Adjustables, Interest Only**

| Chip Goodson | Julie Dahleen | Demetric Williams | Silvia Ponce | Virginia Santos | Paul Calvillo |
| Branch Manager | Loan Officer | Loan Officer | Loan Officer | Loan Officer | Loan Officer |

| Nick Gonzales | Karen Fox | Fred Chaves | Coleen Robidoux | Nancy Dreyer | Susan Thompson |
| Loan Officer | Loan Officer | Loan Officer | Loan Coordinator | Loan Coordinator | Office Manager |



# The Real Estate Book

**4312 Elder Court**
**Bakersfield, Ca. 93306**
**(661) 832-4245   FAX (661) 872-4913**

# Invoice

| Please Note New Company Mailing Address |
| --- |

| Bill To |
| --- |
| Home 123<br>5201 Truxtun Ave. # 100<br>Bakersfield, CA 93309 |

| Date | Invoice # |
| --- | --- |
| 3/1/2007 | 10590 |

| Volume / Issue | Distribution Date | Salesperson |
| --- | --- | --- |
| 12 / 4 | 3/13/07 | ML |

| QUANTITY | ITEM CODE | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 1 | Advertising | Full Page Office ad | 440.00 | 440.00 |
| 1 | Advertising | Ad For Julie Dahleen | 445.00 | 445.00 |
| 1 | Advertising | Ads For Robin Rossi | 593.67 | 593.67 |

PAYMENT DUE UPON RECEIPT!
Thank you for your business!
If payment IN FULL is not received by
_____. Please add $_____ to your
Re-mittance.

*Customer Copy*
*Please Retain*

| | |
| --- | --- |
| **Total** | $1478.67 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1478.67 |

**Payment Method:**   Cash_____      Check_____      Credit Card_____

















See My Listings at
dianaybarra.localispace.com

TOUCHSTONE
REAL ESTATE GROUP, INC.

*Diana* YBARRA

(661) 979-6937

**BEAUTIFUL HOME IN SEVEN OAKS!** Courtyard plan by Kyle Carter w/ 3 Bedrooms plus office 2 baths, formal living & dining rooms, family room w/ built-in bookshelves & fireplace. Upgraded kitchen appliances, granite countertops & tile floors in kitchen, entry & both Baths. Call Diana 979-6937

**IT'S YOUR TURN TO OWN!** 1, 2 & 3 Bedroom Condos from the mid to high $100,000's. Gated community w/ clubhouse, pool & BBQ area. Large landscaped common area. Central A/C & heating, stainless appliances & granite slab countertops. Minutes from downtown Bakersfield. For more details Call Diana 979-6937

**NICE SOUTHWEST HOME!** 3 Bedrooms, large backyard & 2 car detached garage w/ alley access. For more details Call Diana 979-6937

**ENJOY RELAXING SURROUNDINGS!** Located on a quiet Cul De Sac, this Laurelglen home features a serene waterfall entry & a unique floor plan. Kitchen w/ white cabinetry & marble counter tops. Game room w/ a full wet bar. Master suite w/ wood deck overlooking the rock waterfall pool & spa w/ built-in BBQ & sink. $429,000 Call Diana 979-6937

**POPULAR KYLE CARTER SPLIT-WING FLOORPLAN!** Great room, open kitchen & nook. West Bedroom has private Bath & could be as second Master Suite. Nice size backyard & priced to sell $339,950 Call Diana 979-6937

**DARLING SOUTHWEST HOME!** Tile entry way, refinished kitchen cabinets, laminated floors in kitchen & dining area w/ french doors leading to backyard. Covered patio & in-ground pool. Home has newer roof & dual pane windows thru-out, large laundry room & pantry. $269,000 Call Diana 979-6937

**GREAT INVESTMENT PROPERTY!** Two 2 Bedroom, 1 Bath units in excellent condition w/ newer roof. Located near Bakersfield Country Club. $269,950 Call Diana 979-6937

**Robin Rossi**
Mortgage Consultant
**661.243.6331**
www.robinrossi.com
Working With You And For You To Get The Best Loan!

**Home123**
Cutting through the loan clutter
Pre-Qual 7 days a week!
EQUAL HOUSING LENDER





**CHRISTOPHER MUSHRUSH**
Sales Manager
661-979-2847 Cell
661-617-3703 Direct & Fax

Chris@TouchstoneRealEstateGroup.com
www.TouchstoneRealEstateGroup.com

**EXCEPTIONAL HOME IN THE NORTHWEST!** 5 Bedrooms, 3 Baths & over 3,000 sq.ft. of living space! Divine double door entry, kitchen w/ granite counter tops, stainless steel appliances, custom light fixtures, plantation shutters, 2 tone paint & much more! Pebble-tec pool & spa, rock waterfall w/ slide, sport ct, sunken fire pit & outside bar, RV parking w/ wrought iron gate & hook-ups. $749,950

**DESIRABLE PANORAMA AREA!** This 4 Bedroom & 2 Bath home has been completely remodeled from front to back! New landscaping front & back. Located on a cul-de-sac w/ alley access, close to shopping & schools. $269,000

**LOCATED IN THE SEASONS!** 3 Bedroom & 2 Bath home w/ large great room w/ fireplace, kitchen w/ island & breakfast area, vaulted ceilings & large covered patio. Close to shopping, walking distance to parks & schools. $249,950

**PRISTINE HOME!** Very large & open kitchen w/ granite counters, stainless steel appliances & raised panel cabinets. Custom window coverings, 18x18 tile, 2-tone paint, office w/ 2 built-in desks. Tandem 3 car garage, RV parking, covered patio & fully landscaped. $459,950

**Home123** Julie Dahleen
Loan Officer
Cell: 661.319.8416 or 661.319.9055
julie.dahleen@home123.com
www.BakersfieldMortgagePro.com

**TOUCHSTONE** REAL ESTATE GROUP, INC.
9101 Camino Media
Bakersfield, CA 93311
661.716.2300
661.617.3703 Fax


