# CENTRAL VALLEY APPRAISAL GROUP
## 2222 WATT AVENUE, SUITE B-8
## SACRAMENTO, CA 95825
## P(916) 485-2877
## F(916) 485-2878

To The Bankruptcy Court of the District of Delaware,
Re: New Century Trs Holdings, Inc.

Case No. 07-10416(KJC)

In Objection to Duplicated Claims.

Central Valley Appraisal Group has no knowledge of duplicate claims being filed. We filed one claim in the amount of $2300.00 for the appraisal services we performed for New Century Trs. Holdings, Inc. We are submitting the copies of Invoices pursuant to our claim.

Thank You,

Claudia Hanna
Office Manager

Central Valley Appraisal Group
2222 Watt Avenue, Building B-8
Sacramento, CA  95825
916-485-2877

| | | |
|---|---|---|
| INVOICE | 07-06-07<br>DATE | 1020141A<br>NUMBER |

Lender or Client: VALUATION STRATEGIES, LLC.
1186 NORTH TUSTIN AVENUE
ORANGE, CA
92867

| Item | | Total |
|---|---|---|
| APPRAISAL FEE FOR SERVICES RENDERED | $ | 250.00 |

Borrower: RODRIGUEZ
428 E PINE STREET
STOCKTON, CA  95204
SEE PRELIMINARY REPORT

$

Total:    $    250.00

Please detach and include the bottom portion with your payment... Thank You!

| Inv Date | Insp Date | Appraiser | Client Case # | File # | Client Phone # |
|---|---|---|---|---|---|
| 07-06-07 | 10-27-05 | ARTHUR MARKHAM | | 1020141A | |

**FROM:**
VALUATION STRATEGIES, LLC.
1186 NORTH TUSTIN AVENUE

**PROPERTY:**
Borrower: RODRIGUEZ
428 E PINE STREET

**Amount Due**

# INVOICE

**FROM:**

CENTRAL VALLEY APPRAISAL GROUP
2222 WATT AVENUE, SUITE B-8
SACRAMENTO, CA 95825

Telephone Number: 916-485-2877  Fax Number: 916-485-2878

**TO:**

VALUATION STRATEGIES
33175 HIGHWAY 79 SOUTH
# A-433
TEMECULA, CA 92592

Telephone Number: 951 6946639  Fax Number: 951 6946639
Alternate Number:  E-Mail: GLORIAP@VALUSTRAT.COM

| INVOICE NUMBER |
|---|
| 0627159TO |
| **DATE** |
| 06/29/2006 |
| **REFERENCE** |

| | |
|---|---|
| Internal Order #: | 0627159TO |
| Lender Case #: | |
| Client File #: | 17746 |
| Main File # on form: | 0627159TO |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

Lender: EAGLE 2000  Client: VALUATION STRATEGIES
Purchaser/Borrower: FAGIANO-GLEASON, ROBERT
Property Address: 3176 N St
City: SACRAMENTO
County: SACRAMENTO  State: CA  Zip: 95816-6515
Legal Description: W 7 FT LOT 36 & E 31 FT LOT 37 J C CARLY CO CASI TA SUB

| FEES | AMOUNT |
|---|---|
| SERVICE FEES RENDERED | 250.00 |

THANK YOU

| | SUBTOTAL | 250.00 |
|---|---|---|

# Valuation Strategies, Inc.

33175 HWY 79 SOUTH #A-433 TEMECULA, CA 92592
Phone (951) 694-6639
Fax (951) 302-2052

## ORDER ASSIGNMENT

| | |
|---|---|
| Appraiser Name: CENTRAL VALLEY APPRAISAL GROUP | Order Date: 6/27/2006 |
| Phone Number: (916) 418-1310 | Order #: 17746 |
| Fax Number: (916) 485-2878 | Appraisal Type: Standard URAR |
| Requested by: Kathy Block    951-694-6639 | Minimum Value: $451,000 |

## CLIENT INFORMATION

Client Name: EAGLE 2000
Loan No:                                                                     Payment Type: COD ☐    Fee:

All COD checks made payable to:

## BORROWER and PROPERTY INFORMATION



Please rush on this order

Borrower: FAGIANO-GLEASON, ROBERT
Prop Address: 3176 N STREET
SACRAMENTO, CA 95816
Home No: (916) 508-8222
Work No:
Appt Notes:
(BORROWER ESTIMATED VALUE $451K. CALL ME IF VALUE IS LOWER)

Sq Ft: 0
Bed: 0
Bath: 0
Pool ☐
View ☐
Property Type:
Other Features:
THIS IS A RUSH - NOTE: BATHROOM ADDED AND HAS DONE A LOT OF UPGRADES

*Handwritten: Called VSI about value problem - no call back Ten*

*Handwritten: 380*

## INSTRUCTIONS

*Handwritten: Invoice your fee $250.00*

### RETURN INSTRUCTIONS:

Please prepare the report in the Client's name, as shown. Fax a copy of your report to Valuation Strategies immediately upon completion. Unless otherwise notified, please send hard copy via PRIORITY MAIL or e-mail PDF file to:    gloriap@valustrat.com

Please contact Valuation Strategies at the FIRST indication of a value problem, prior to inspection.

### STATUSING INSTRUCTIONS:

Fax Valuation Strategies with confirmation and appraisal order status within 24 hours of receipt. Please notify Valuation Strategies with the following:

Inspection Date: _____
ETA of Fax/EDI: _____
ETA of Hard Copy: _____

For your convenience, you may utilize the above area to fax the information back to us.

### APPRAISAL TYPE INSTRUCTIONS

Borrowers must be contacted within 24 hours of assignment. Notify us of delays. MUST HAVE FAX COPY WITHIN 2 DAYS AFTER INSPECTION. Must include the following: Plat & Location Maps, Bldg.sketch, TWO (2) SETS of SUBJ. FRONT, STREET, AMENITY & COMP PHOTOS.

### TECHNICAL INSTRUCTIONS:

The client for this assignment requires the report to address the following items, if relevant, in reasonable detail:
* Marketing time in excess of 6 months                    *Work-in-Progress
* Land built-up less than 24%

| FROM: | **INVOICE** | |
|---|---|---|
| CENTRAL VALLEY APPRAISAL GROUP <br> 2222 WATT AVENUE, SUITE B-8 <br> SACRAMENTO, CA 95825 <br><br> Telephone Number: 916-485-2877    Fax Number: 916-485-2878 | **INVOICE NUMBER** <br> 0404013TO <br> **DATE** <br> 04/13/2006 | |

| TO: | REFERENCE | |
|---|---|---|
| VALUATION STRATEGIES <br> 33175 HIGHWAY 79 SOUTH <br> # A-433 <br> TEMECULA , CA 92592 <br> Telephone Number: 951 6946639   Fax Number: 951 6946639 <br> Alternate Number:   E-Mail: GLORIAP@VALUSTRAT.COM | Internal Order #: | 0404013TO |
| | Lender Case #: | |
| | Client File #: | 17555 |
| | Main File # on form: | 0404013TO |
| | Other File # on form: | |
| | Federal Tax ID: | |
| | Employer ID: | |

## DESCRIPTION

Lender: NEW CENTURY MORTGAGE            Client: VALUATION STRATEGIES
Purchaser/Borrower: LOTIMA, VAIULA & MANASE
Property Address: 7424 Amherst St
City: SACRAMENTO
County: SACRAMENTO            State: CA            Zip: 95822-5139
Legal Description: CARELLA GARDENS 02 LOT 123

| FEES | AMOUNT |
|---|---:|
| SERVICE FEES RENDERED | 250.00 |

THANK YOU

| | SUBTOTAL | 250.00 |
|---|---|---:|



# Valuation Strategies, Inc.

33175 HWY 79 SOUTH #A-433 TEMECULA, CA 92592
Phone (951) 694-6639
Fax (951) 302-2052

0404013

## ORDER ASSIGNMENT

| | |
|---|---|
| Appraiser Name: CENTRAL VALLEY APPRAISAL GROUP | Order Date: 4/4/2006 |
| Phone Number: (916) 418-1310 | Order #: 17555 |
| Fax Number: (916) 485-2878 | Appraisal Type: Standard URAR |
| Requested by: Kathy Block    951-694-6639 | Minimum Value: $350,000 |

## CLIENT INFORMATION

Client Name: NEW CENTURY MORTGAGE CORP
Loan No:

Payment Type: COD ☐  Fee:

All COD checks made payable to:

## BORROWER and PROPERTY INFORMATION

Borrower: LOTIMA, MASASE AND VAIULA
Prop Address: 724 AMHERST ST.
SACRAMENTO, CA  95822

Home No: (916) 427-8243
Work No: (916) 519-4129

Appt Notes:
BORROWER ESTIMATED VALUE 350K.  PLEASE CALL IF VALUE IS LOWER.

Sq Ft: 0
Bed: 0
Bath: 0
Pool ☐
View ☐
Property Type:
Other Features:
AP#048-0021-006    THIS IS A RUSH ORDER !

*Thank you.*

*Invoice your fee $250.00*

## INSTRUCTIONS

**RETURN INSTRUCTIONS:**

Please prepare the report in the Client's name, as shown. Fax a copy of your report to Valuation Strategies immediately upon completion. Unless otherwise notified, please send hard copy via PRIORITY MAIL or e-mail PDF file to:    gloriap@valustrat.com

Please contact Valuation Strategies at the FIRST indication of a value problem, prior to inspection.

**STATUSING INSTRUCTIONS:**
Fax Valuation Strategies with confirmation and appraisal order status within 24 hours of receipt.
Please notify Valuation Strategies with the following:
*Inspection Date:* _____
*ETA of Fax/EDI:* _____
*ETA of Hard Copy:* _____
For your convenience, you may utilize the above area to fax the information back to us.

**APPRAISAL TYPE INSTRUCTIONS**
Borrowers must be contacted within 24 hours of assignment. Notify us of delays. MUST HAVE FAX COPY WITHIN 2 DAYS AFTER INSPECTION. Must Include the following: Plat & Location Maps, Bldg.sketch, TWO (2) SETS of SUBJ, FRONT, STREET, AMENITY & COMP PHOTOS.

**TECHNICAL INSTRUCTIONS:**
The client for this assignment requires the report to address the following items, if relevant, in reasonable detail:

**Central Valley Appraisal Group**
2222 Watt Avenue, Building B-8
Sacramento, CA  95825
916-485-2877

| | INVOICE | 07-06-07<br>DATE | 1013090D<br>NUMBER |
|---|---|---|---|

Lender or Client:  VALUATION STRATEGIES, LLC.
1186 NORTH TUSTIN AVENUE
ORANGE, CA
92867

| Item | Total |
|---|---|
| APPRAISAL FEE FOR SERVICES RENDERED | $ 250.00 |
| | $ |

Borrower: JIMENEZ
1138 LOS ROBLES BLVD
SACRAMENTO, CA  95838
W 50 FT LOTS 14 15 & 16 BLK 32 NORTH SACRAMENTO HEIGHTS

Total:   $   250.00

Please detach and include the bottom portion with your payment... Thank You!

| Inv Date | Insp Date | Appraiser | Client Case # | File # | Client Phone # |
|---|---|---|---|---|---|
| 07-06-07 | 10-20-05 | DAVID KAKAVAS | | 1013090D | |

**FROM:**
VALUATION STRATEGIES, LLC.
1186 NORTH TUSTIN AVENUE

**PROPERTY:**
Borrower: JIMENEZ
1138 LOS ROBLES BLVD

**Amount Due**

# Valuation Strategies, Inc.

33175 HWY 79 SOUTH #A-433 TEMECULA, CA 92592
Phone (951) 694-6639
Fax (951) 302-2052

*1013090 DK*

## ORDER ASSIGNMENT

| | |
|---|---|
| Appraiser Name: CENTRAL VALLEY APPRAISAL GROU | Order Date: 10/12/2005 |
| Phone Number: (916) 418-1310 | Order #: 17011 |
| Fax Number: (916) 485-2878 | Appraisal Type: Standard URAR |
| Requested by: Gloria Peck    (951) 694-6639 | Minimum Value: $275,000 |

## CLIENT INFORMATION

Client Name: NEW CENTURY MORTGAGE CORP
Loan No:

Payment Type: COD ☐   Fee:

All COD checks made payable to: *under*

## BORROWER and PROPERTY INFORMATION

| | |
|---|---|
| Borrower: JIMENEZ, JORGE | Sq Ft: 0 |
| Prop Address: 1138 LOS ROBLES BLVD | Bed: 0 |
| SACRAMENTO, CA 95838 | Bath: 0 |
| | Pool ☐ |
| Home No: (916) 564-7432 | View ☐ |
| Work No: (916) 879-5447 | Property Type: |
| | Other Features: |

Appt Notes:
BORROWER ESTIMATED VALUE 275K   CALL ME IF VALUE LOWER PRIOR TO SETTING THE APPT

*invoice your fee 250,-*

## INSTRUCTIONS

**RETURN INSTRUCTIONS:**

Please prepare the report in the Client's name, as shown. Fax a copy of your report to Valuation Strategies immediately upon completion. Unless otherwise notified, please send hard copy via PRIORITY MAIL or e-mail PDF file to:   gloriap@valustrat.com

Please contact Valuation Strategies at the FIRST indication of a value problem, prior to inspection.

**STATUSING INSTRUCTIONS:**
Fax Valuation Strategies with confirmation and appraisal order status within 24 hours of receipt.
Please notify Valuation Strategies with the following:
   **Inspection Date:** _____
   **ETA of Fax/EDI:** _____
   **ETA of Hard Copy:** _____
   For your convenience, you may utilize the above area to fax the information back to us.

*4M 10/14   4M 10/13*

**APPRAISAL TYPE INSTRUCTIONS:**
Borrowers must be contacted within 24 hours of assignment. Notify us of delays. MUST HAVE FAX COPY WITHIN 2 DAYS AFTER INSPECTION. Must Include the following: Plat & Location Maps, Bldg.sketch, TWO (2) SETS of SUBJ. FRONT, STREET, AMENITY & COMP PHOTOS.

**TECHNICAL INSTRUCTIONS:**
The client for this assignment requires the report to address the following items, if relevant, in reasonable detail:
*Work-in-Progress

**Central Valley Appraisal Group**
2222 Watt Avenue, Building B-8
Sacramento, CA  95825
916-485-2877

| | | |
|---|---|---|
| INVOICE | 07-06-07<br>DATE | 1020137A<br>NUMBER |

Lender or Client:  Valuation Strategies, Inc
33175 Hwy 79 South #A-433
Temecula, Ca. 92592

| Item | | Total |
|---|---|---|
| APPRAISAL FEE FOR SERVICES RENDERED | $ | 250.00 |

Borrower: GALLEGOS
1093 EL CAMINO AVENUE
STOCKTON, CA  95209
SEE PRELIMINARY REPORT

$

Total:  $  250.00

Please detach and include the bottom portion with your payment... Thank You!

| Inv Date | Insp Date | Appraiser | Client Case # | File # | Client Phone # |
|---|---|---|---|---|---|
| 07-06-07 | 10-25-05 | ARTHUR MARKHAM | | 1020137A | |

**FROM:**
Valuation Strategies, Inc

**PROPERTY:**
Borrower: GALLEGOS
1093 EL CAMINO AVENUE

**Amount Due**



# Valuation Strategies, Inc.

33175 HWY 79 SOUTH #A-433 TEMECULA, CA 92592
Phone (951) 694-6639
Fax (951) 302-2052

*10 20 13 7 AM*

## ORDER ASSIGNMENT

| | |
|---|---|
| Appraiser Name: CENTRAL VALLEY APPRAISAL GROU | Order Date: 10/19/2005 |
| Phone Number: (916) 418-1310 | Order #: 17036 |
| Fax Number: (916) 485-2878 | Appraisal Type: Standard URAR |
| Requested by: Kathy Block    951-694-6639 | Minimum Value: $430,000 |

## CLIENT INFORMATION

Client Name: NEW CENTURY MORTGAGE CORP
Loan No:

*← tender*

Payment Type: COD [ ]   Fee:

All COD checks made payable to:

## BORROWER and PROPERTY INFORMATION

Borrower: GALLEGOS, LORRAINE & MANU
Prop Address: 1093 EL CAMINO AVE
STOCKTON, CA  95209

*10/23 refaxed*

Home No: (209) 473-1300
Work No:

*10/24*

Appt Notes:
BORROWER ESTIMATED VALUE 430K. CALL ME IF VALUE IS LOWER

Sq Ft: 0
Bed: 0
Bath: 0
Pool [ ]
View [ ]
Property Type:
Other Features:

*Invoice your fee $250.00*

## INSTRUCTIONS

### RETURN INSTRUCTIONS:

Please prepare the report in the Client's name, as shown. Fax a copy of your report to Valuation Strategies immediately upon completion. Unless otherwise notified, please send hard copy via PRIORITY MAIL or e-mail PDF file to:
gloriap@valustrat.com

Please contact Valuation Strategies at the FIRST indication of a value problem, prior to inspection.

*Bud Esco*

### STATUSING INSTRUCTIONS:

Fax Valuation Strategies with confirmation and appraisal order status within 24 hours of receipt.
Please notify Valuation Strategies with the following:
   **Inspection Date:**
   **ETA of Fax/EDI:**
   **ETA of Hard Copy:**
For your convenience, you may utilize the above area to fax the information back to us.

### APPRAISAL TYPE INSTRUCTIONS:

Borrowers must be contacted within 24 hours of assignment. Notify us of delays. MUST HAVE FAX COPY WITHIN 2 DAYS AFTER INSPECTION. Must Include the following: Plat & Location Maps, Bldg.sketch, TWO (2) SETS of SUBJ. FRONT, STREET, AMENITY & COMP PHOTOS.

# INVOICE

**FROM:**

CENTRAL VALLEY APPRAISAL GROUP
2222 WATT AVENUE, SUITE B-8
SACRAMENTO, CA 95825

Telephone Number: 916-485-2877          Fax Number: 916-485-2878

**INVOICE NUMBER:** 1106030AM

**DATE:**

**REFERENCE**

Internal Order #: 1106030AM
Lender Case #:
Client File #:
Main File # on form: 1106030AM
Other File # on form:
Federal Tax ID:
Employer ID:

**TO:**

VALUATION STRATEGIES
33175 HIGHWAY 79 SOUTH
# A-433
TEMECULA , CA 92592

Telephone Number: (951) 694-6639       Fax Number: (951) 6946639
Alternate Number:                       E-Mail: GLORIAP@VALUSTRAT.COM

## DESCRIPTION

Lender: NEW CENTURY MORTGAGE          Client: VALUATION STRATEGIES
Purchaser/Borrower: YORO
Property Address: 3425 ZAMORA WAY
City: STOCKTON
County: SAN JOAQUIN                     State: CA          Zip: 95206
Legal Description: BUNGALOW PARK BLK 7 LOT 37

| FEES | AMOUNT |
|---|---|
| APPRAISAL FEES RENDERED | 250.00 |

THANK YOU

**SUBTOTAL** 250.00

PAYMENTS                                 AMOUNT

# Valuation Strategies, Inc.

33175 HWY 79 SOUTH #A-433 TEMECULA, CA 92592
Phone (951) 694-6639
Fax (951) 302-2052

## ORDER ASSIGNMENT

| | |
|---|---|
| Appraiser Name: CENTRAL VALLEY APPRAISAL GROU | Order Date: 11/2/2006 |
| Phone Number: (916) 418-1310 | Order #: 18077 |
| Fax Number: (916) 485-2878 | Appraisal Type: Standard URAR |
| Requested by: Gloria Peck    (951) 694-6639 | Minimum Value: $315,000 |

## CLIENT INFORMATION

Client Name: NEW CENTURY MORTGAGE CORP
Loan No:                                                       Payment Type: COD ☐   Fee:
All COD checks made payable to:

## BORROWER and PROPERTY INFORMATION

Borrower:       YORO, JESSICA
Prop Address:   3425 ZAMORA WAY
                STOCKTON, CA   92506
Home No:       (209) 983-9388
Work No:       (209) 598-2603
Appt Notes:
BORROWER ESTIMATED VALUE 315K

Sq Ft: 0
Bed: 0
Bath: 0
Pool ☐
View ☐
Property Type:
Other Features:
PLEASE CALL BORROWER ASAP

## INSTRUCTIONS

**RETURN INSTRUCTIONS:**

Please prepare the report in the Client's name, as shown. Fax a copy of your report to Valuation Strategies immediately upon completion. Unless otherwise notified, please send hard copy via PRIORITY MAIL or e-mail PDF file to:    gloriap@valustrat.com

Please contact Valuation Strategies at the FIRST indication of a value problem, prior to inspection.

**STATUSING INSTRUCTIONS:**
Fax Valuation Strategies with confirmation and appraisal order status within 24 hours of receipt.
Please notify Valuation Strategies with the following:
   *Inspection Date:* _____
   *ETA of Fax/EDI:* _____
   *ETA of Hard Copy:* _____
For your convenience, you may utilize the above area to fax the information back to us.

**APPRAISAL TYPE INSTRUCTIONS:**
Borrowers must be contacted within 24 hours of assignment. Notify us of delays. MUST HAVE FAX COPY WITHIN 2 DAYS AFTER INSPECTION. Must include the following: Plat & Location Maps, Bldg.sketch, TWO (2) SETS of SUBJ. FRONT, STREET, AMENITY & COMP PHOTOS.

| FROM: | INVOICE |
|---|---|
| CENTRAL VALLEY APPRAISAL GROUP<br>2222 WATT AVENUE, SUITE B-8<br>SACRAMENTO, CA 95825<br><br>Telephone Number: 916-485-2877    Fax Number: 916-485-2878 | **INVOICE NUMBER**<br>1130164AM<br>**DATE**<br><br>**REFERENCE** |
| TO:<br><br>VALUATION STRATEGIES<br><br><br>TEMECULA, CA 92592<br>Telephone Number:    Fax Number: (951) 6946639<br>Alternate Number:    E-Mail: | Internal Order #: 1130164AM<br>Lender Case #:<br>Client File #:<br>Main File # on form: 1130164AM<br>Other File # on form:<br>Federal Tax ID:<br>Employer ID: |

### DESCRIPTION

Lender: NEW CENTURY MORTGAGE          Client: VALUATION STRATEGIES
Purchaser/Borrower: MCGUIRE
Property Address: 2743 & 2767 E REDWOOD ROAD
City: CERES
County: STANILAUS          State: CA          Zip: 95307
Legal Description: 8 PM 53 LOT A

| FEES | AMOUNT |
|---|---|
| SERVICE FEES RENDERED | 550.00 |

THANK YOU

| | SUBTOTAL | 550.00 |
|---|---|---|
| **PAYMENTS** | | **AMOUNT** |

# Valuation Strategies, Inc.    11/30/16 4/9m

33175 HWY 79 SOUTH #A-433 TEMECULA, CA 92592
Phone (951) 694-6639
Fax (951) 302-2052

## ORDER ASSIGNMENT

| | |
|---|---|
| **Appraiser Name:** CENTRAL VALLEY APPRAISAL GROUP | **Order Date:** 11/28/2006 |
| **Phone Number:** (916) 418-1310 | **Order #:** 18113 |
| **Fax Number:** (916) 485-2878 | **Appraisal Type:** Standard URAR |
| **Requested by:** Gloria Peck    (951) 694-6639 | **Minimum Value:** $800,000 |

### CLIENT INFORMATION
**Client Name:** NEW CENTURY MORTGAGE CORP
**Loan No:**

**Payment Type:** COD    **Fee:** 550

All COD checks made payable to:

### BORROWER and PROPERTY INFORMATION

| | |
|---|---|
| **Borrower:** MCGUIRE, ROY & BRENDA | **Sq Ft:** 0 |
| **Prop Address:** 2767 & 2743 E REDWOOD RD CERES, CA  95307 | **Bed:** 0 |
| | **Bath:** 0 |
| **Home No:** (209) 537-2147 | **Pool** |
| **Work No:** | **View** |
| | **Property Type:** |
| **Appt Notes:** | |
| BORROWER ESTIMATED VALUE 800K | **Other Features:** |
| | IT IS OK TO SET APPT WITH SARAH, SHE IS THEIR DAUGHTER |

*handwritten: 2/22 NO M54   209-538-1477*

## INSTRUCTIONS

### RETURN INSTRUCTIONS:

Please prepare the report in the Client's name, as shown. Fax a copy of your report to Valuation Strategies immediately upon completion. Unless otherwise notified, please send hard copy via PRIORITY MAIL or e-mail PDF file to:    **gloriap@valustrat.com**

Please contact Valuation Strategies at the FIRST indication of a value problem, prior to inspection.

### STATUSING INSTRUCTIONS:
Fax Valuation Strategies with confirmation and appraisal order status within 24 hours of receipt.
Please notify Valuation Strategies with the following:
  *Inspection Date:*
  *ETA of Fax/EDI:*
  *ETA of Hard Copy:*
For your convenience, you may utilize the above area to fax the information back to us.

### APPRAISAL TYPE INSTRUCTIONS:
Borrowers must be contacted within 24 hours of assignment. Notify us of delays. MUST HAVE FAX COPY WITHIN 2 DAYS AFTER INSPECTION. Must Include the following: Plat & Location Maps, Bldg.sketch, TWO (2) SETS of SUBJ. FRONT, STREET, AMENITY & COMP PHOTOS.

### TECHNICAL INSTRUCTIONS:
The client for this assignment requires the report to address the following items, if relevant, in reasonable detail:
  *Marketing time in excess of 6 months         *Work-in-Progress
  *Land built-up less than 24%

# INVOICE

**FROM:**

CENTRAL VALLEY APPRAISAL GROUP
2222 WATT AVENUE, SUITE B-8
SACRAMENTO, CA 95825

Telephone Number: 916-485-2877     Fax Number: 916-485-2878

**TO:**

VALUATION STRATEGIES
33175 HIGHWAY 79 SOUTH
# A-433
TEMECULA , CA 92592

Telephone Number: (951) 694-6639     Fax Number: (951) 6946639
Alternate Number:     E-Mail: GLORIAP@VALUSTRAT.COM

| INVOICE NUMBER |
|---|
| 0830170TO |
| **DATE** |
| 09/06/2006 |

**REFERENCE**

| | |
|---|---|
| Internal Order #: | 0830170TO |
| Lender Case #: | |
| Client File #: | 17924 |
| Main File # on form: | 0830170TO |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

Lender: NEW CENTURY MORTGAGE       Client: VALUATION STRATEGIES
Purchaser/Borrower: PAGAN, MARCO & HEIDI
Property Address: 8260 Branchoak Ct
City: ELK GROVE
County: SACRAMENTO                  State: CA              Zip: 95758-7919
Legal Description: LAGUNA OAKS 04 LOT 68

| FEES | AMOUNT |
|---|---|
| SERCE FEES RENDERED | 250.00 |
| | |
| **SUBTOTAL** | 250.00 |



# Valuation Strategies, Inc.

33175 HWY 79 SOUTH #A-433 TEMECULA, CA 92592
Phone (951) 694-6639
Fax (951) 302-2052

## ORDER ASSIGNMENT

| | |
|---|---|
| Appraiser Name: | CENTRAL VALLEY APPRAISAL GROUP |
| Phone Number: | (916) 418-1310 |
| Fax Number: | (916) 485-2878 |
| Requested by: | Kathy Block    951-694-6639 |

| | |
|---|---|
| Order Date: | 8/30/2006 |
| Order #: | 17924 |
| Appraisal Type: | **Standard URAR** |
| Minimum Value: | $520,000 |

## CLIENT INFORMATION

Client Name: NEW CENTURY MORTGAGE CORP
Loan No:

Payment Type: COD ☐  Fee:

All COD checks made payable to:

## BORROWER and PROPERTY INFORMATION

| | |
|---|---|
| Borrower: | PAGAN, MARCO AND HEIDI |
| Prop Address: | 8260 BRANCHOAK CT. |
| | ELK GROVE, CA  95758 |
| Home No: | (209) 345-7394 |
| Work No: | |
| Appt Notes: | BORROWER ESTIMATED VALUE $520K. CALL ME IF VALUE IS LOWER. |

| | |
|---|---|
| Sq Ft: | 0 |
| Bed: | 0 |
| Bath: | 0 |
| Pool | ☐ |
| View | ☐ |
| Property Type: | |
| Other Features: | |

*Invoice your fee $250.00*

## INSTRUCTIONS

### RETURN INSTRUCTIONS:

Please prepare the report in the Client's name, as shown. Fax a copy of your report to Valuation Strategies immediately upon completion. Unless otherwise notified, please send hard copy via PRIORITY MAIL or e-mail PDF file to:    gloriap@valustrat.com

Please contact Valuation Strategies at the FIRST indication of a value problem, prior to inspection.

### STATUSING INSTRUCTIONS:

Fax Valuation Strategies with confirmation and appraisal order status within 24 hours of receipt. Please notify Valuation Strategies with the following:

    *Inspection Date:* _____
    *ETA of Fax/EDI:* _____
    *ETA of Hard Copy:* _____

For your convenience, you may utilize the above area to fax the information back to us.

### APPRAISAL TYPE INSTRUCTIONS

Borrowers must be contacted within 24 hours of assignment. Notify us of delays. MUST HAVE FAX COPY WITHIN 2 DAYS AFTER INSPECTION. Must include the following: Plat & Location Maps, Bldg.sketch, TWO (2) SETS of SUBJ. FRONT, STREET, AMENITY & COMP PHOTOS.

### TECHNICAL INSTRUCTIONS:

The client for this assignment requires the report to address the following items, if relevant, in reasonable detail: