

November 6th 2007

United States Bankruptcy Court District of Delaware
Honorable Kevin J. Carey
Case # 07-10416 (KJC)     07-10419
Objection: Debtors has no record of this liability

I was hired by the Debtor (New Century Mortgage) on January 15th, 2007. I was hired with a compensation guarantee structured package. The position I accepted was Correspondent Sales Director with a base salary of $120,000 and a guarantee incentive of $30,000 payable on March 20th thru July 20th. I did not receive the $30,000 guarantee Due in April, May, June or July ($15,000 due in July). I left a solid opportunity with another mortgage company and accepted this job with the guarantee as the deciding factor. I expect New Century to abide by their contractual obligations. I have supplied a copy of the agreement. New Century also has record as they are the ones who provided me with the agreement.

Sincerely,

Cameron W. Petrie
5303 Winhawk Way
Lutz, Florida 33558
813-908-7725

January 3, 2007

Cameron Petrie
5303 Winhawk Way
Lutz, Florida 33558

Dear Cameron;

It is my pleasure to extend the following offer of employment to you on behalf of New Century Mortgage. You have chosen a new career with one of the nation's premier mortgage finance companies.

**Position Title:** Correspondent Sales Director

**Location:** Houston, Texas will be the main branch office

**Start Date:** January 15, 2007

**Base Salary:** $120,000 annual base salary paid in the bi-weekly amount of $4,615.39 less authorized withholdings

**Quarterly Incentive Guarantee (Paid Monthly):**

- $30,000 for February (1-28), payable on March 20th.
- $30,000 for March (1-31), payable on April 20th.
- $30,000 for April (1-30), payable on May 20th.
- $30,000 for May (1-31), payable on June 20th.
- $15,000 of June (1-31), payable on July 20th.

**Sign on Bonus:**

- $30,000 to be paid on February 20th, less authorized withholdings.

**Benefits:** As a New Century Mortgage Associate, you will be eligible for medical, dental, vision, group life and disability insurance benefit programs in accordance with the policies of such programs as modified from time to time. If your hire date is on the 19th or before, you will be eligible on the first day of the following month from date of hire. For example, if your hire date is June 14th, then you will be eligible for benefits on July 1st. If your hire date is on or after the 20th of the month, you will be eligible on the first day of the month that follows after completing one (1) month of employment. For example, if your hire date is June 20th, then you will be eligible for benefits on August 1st. You will also be eligible to participate in the 401(k) plan on the first day of the month that follows after completing one (1) month of employment. For example, if your hire date was June 14th or June 20th, in both cases the eligibility date for the 401(k) Plan would be August 1st.

New Century Mortgage also offers its Associates a variety of other benefits. After 90 days of employment, you will be eligible to participate in the tuition reimbursement program, Employee Stock Purchase Plan, and a variety of other exciting benefits.

This offer is contingent upon satisfactory completion of: proof of identification, work authorization, and a satisfactory background check. On your first day of employment, please bring acceptable forms of identification, in order to comply with federal requirements.

This offer of employment and the details set forth in this letter will only be valid up to the date indicated above as the anticipated start date. Failure to begin employment by such date or mutually agree to a reasonable alternative date shall render this offer of employment null and void. Failure to return this document with your signature on or before such date or on or before a mutually agreed to alternative date shall render this offer of employment null and void.

By accepting this offer, you represent that your employment with New Century Mortgage does not in any way breach any agreement, written or oral, with any prior employer and that you will not bring or disclose any prior employer's confidential information obtained by you during the course of your employment.

This offer of employment embodies the entire agreement between you and New Century Mortgage and supersedes all prior written or oral agreements on this subject matter.

To indicate acceptance of this offer and to indicate your agreement to all of the terms contained above and below, please sign this letter in the space provided below and return to me as soon as possible but in any event on or before the start date or other mutually agreed to alternative date.

Let me be the first to welcome you to New Century Mortgage. We are excited to have you as part of the team!


Sincerely yours,



Healy MacPhail
Human Resources Manager




***All employment with New Century Mortgage is on an "at-will" basis and can be terminated, with or without cause, and with or without notice, at any time, at the option of either New Century Mortgage or the Associate.