**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 15, 2007, copies of the foregoing Certificate of No Objection were served via first-class mail, postage prepaid, upon:

| | |
|---|---|
| New Century TRS Holdings<br>18400 Von Karman Ave.<br>Irvine, CA 92612<br>*Debtor* | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| Mark D. Collins, Esquire<br>Christopher M. Samis, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>*Attorneys for the Debtor* | Bonnie Glantz Fatell, Esquire<br>David W. Carickhoff, Jr., Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>*Attorneys for the Official Committee of Unsecured Creditors* |
| Suzanne S. Uhland, Esquire<br>Ben H. Logan, Esquire<br>O'Melveny & Myers LLP<br>275 Battery Street<br>San Francisco, CA 94111<br>*Attorneys for the Debtor* | Mark T. Power, Esquire<br>Mark S. Indelicato, Esquire<br>488 Madison Ave.<br>14th & 15th Floor<br>New York, NY 10022<br>*Attorneys for the Official Committee of Unsecured Creditors* |

Dated: November 15, 2007         **/s/ Adam Hiller**
       Wilmington, Delaware       Adam Hiller (DE No. 4105)
                                  Draper & Goldberg, PLLC
                                  1500 North French Street, 2nd Floor
                                  Wilmington, Delaware 19801
                                  (302) 339-8776 telephone
                                  (302) 213-0043 facsimile

                                  and

                                  Thomas D.H. Barnett (DE No. 994)
                                  Draper & Goldberg, PLLC
                                  P.O. Box 947
                                  512 East Market Street
                                  Georgetown, Delaware 19947

                                  *Attorneys for Movant*