**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 15, 2007, copies of the foregoing Certificate of No Objection were served via first-class mail, postage prepaid, upon:

New Century TRS Holdings
18400 Von Karman Ave.
Irvine, CA 92612
*Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for the Debtor*

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee
  of Unsecured Creditors*

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for the Debtor*

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Ave.
14th & 15th Floor
New York, NY 10022
*Attorneys for the Official Committee
  of Unsecured Creditors*

Dated: November 15, 2007
       Wilmington, Delaware

 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

and

Thomas D.H. Barnett (DE No. 994)
Draper & Goldberg, PLLC
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947

*Attorneys for Movant*