# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 Case - Jointly Administered |
| NEW CENTURY TRS HOLDINGS, INC., a ) | |
| Delaware corporation, et al., ) | Case No. 07-10416 (KJC) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | **Objection Deadline: December 5, 2007 at 4:00 p.m.** |

## NOTICE OF FILING BY AP SERVICES, LLC OF
## REPORT OF COMPENSATION EARNED AND EXPENSES INCURRED
## FOR THE PERIOD FROM JULY 1, 2007 THROUGH SEPTEMBER 30, 2007

In accordance with the Final Order Under 11 U.S.C. §§ 105 and 363 Authorizing the Employment of AP Services, LLC ("APS") as Crisis Managers for the Debtors (Docket No. 1268), notice is hereby given that APS has filed a report of compensation earned and expenses incurred[1] for the period of July 1, 2007 through September 30, 2007.

PLEASE TAKE FURTHER NOTICE that objections, if any, must be filed with the Clerk of the Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by: (i) the Debtors, New Century Mortgage Corporation, 3121 Michelson Drive, Suite 600, Irvine, California 92612 (Attn: Monika L. McCarthy, Esq.); (ii) counsel for the Debtors, O'Melveny & Myers LLP, 400 S. Hope Street, Los Angeles, California 90071 (Attn: Suzzanne Uhland, Esq. and Emily Culler, Esq.) and Richards, Layton & Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, Delaware 19899 (Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.); (iii) the Debtors crisis manages, AP Services, LLC, 9 West 57th Street, Suite 3420, New York, New York 10019 (Attn: Holly Felder Etlin); (iv) Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Joseph McMahon, Esq.); (v) counsel to the Official

Committee of Unsecured Creditors, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801 (Attn: Bonnie Glantz Fatell, Esq.) and Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn: Mark S. Indelicato, Esq.) (collectively, the "Notice Parties") so as to be <u>received</u> no later than **December 5, 2007 at 4:00 p.m.** (the "Objection Deadline"). Only those objections that are timely filed, served and received will be considered by the Court.

A HEARING WILL BE HELD, only if an objection is timely filed and served, before the Honorable Kevin J. Carey, U.S. Bankruptcy Judge, 824 Market Street, Wilmington, Delaware 19801, at a date and time to be scheduled by the Court.

Dated: November 15, 2007
Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
(302) 651-7701

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
O'Melveny & Myers LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700
(415) 984-8701

*Counsel for Debtors and Debtors in Possession*

---

[1] Please e-mail Edward Duhalde at eduhalde@alixpartners.com if you desire a copy of the detail.

RLF1-3225010-1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 Case - Jointly Administered |
| NEW CENTURY TRS HOLDINGS, INC., a ) | |
| Delaware corporation, et al., ) | Case No. 07-10416 (KJC) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | **Objection Deadline: December 5, 2007 at 4:00 p.m.** |

## REPORT BY AP SERVICES, LLC
## OF COMPENSATION EARNED AND EXPENSES INCURRED
## FOR THE PERIOD FROM JULY 1, 2007 THROUGH SEPTEMBER 30, 2007

Exhibit A – Summary of Compensation and Expenses

Exhibit B – Summary of Professionals and Fees

Exhibit C – Summary of Expenses

Exhibit D – Summary of Services

Exhibit E - Detailed Time Entries for the period July 1, 2007 through September 30, 2007 (to be served upon the Office of the U.S. Trustee. Available for review upon request by other parties.)


Dated: November 15, 2007          */s/ Holly Etlin*
                                  Holly Etlin
                                  Managing Director
                                  AP Services, LLC

RLF1-3225010-1