Exhibit A

## AP Services, LLC
### Summary of Compensation and Expenses – New Century TRS Holdings, Inc., et al.
### July 1, 2007 through September 30, 2007

| Period | | | Fees | Expenses | TOTAL |
|---|---|---|---|---|---|
| July 1, 2007 | to | July 31, 2007 | 1,163,124.75 | 111,739.82 | 1,274,864.57 |
| August 1, 2007 | to | August 31, 2007 | 1,162,862.25 | 92,729.17 | 1,255,591.42 |
| September 1, 2007 | to | September 30, 2007 | 1,211,656.50 | 153,559.71 | 1,365,216.21 |
| | | Total Accrued $ | 3,537,643.50 $ | 358,028.70 $ | 3,895,672.20 |
| | | Less: Travel (50%) | (347,800.63) | | (347,800.63) |
| | | Total Invoiced $ | 3,189,842.87 $ | 358,028.70 $ | 3,547,871.57 |