Exhibit B

AP Services, LLC
## Summary of Professionals and Fees -- New Century TRS Holdings, Inc., et al.
July 1, 2007 through September 30, 2007

| Temporary Employees - Individuals With Executive Officer Positions | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name of Professional | Description of Function | Hourly Rate | Jul-07 | Aug-07 | Sep-07 | Total Hours | Total Compensation |
| Holly Etlin | Interim Chief Executive Officer | $ 695 00 | 201 90 | 214.60 | 200.40 | 616 9 | 428,745 50 |
| Michael G Tinsely | Interim Chief Financial Officer | $ 525 00 | 214.00 | 146 10 | 255.90 | 616.0 | 323,400.00 |
| | | | | | Sub Total | 1,232.9 | $ 752,145.50 |

| Additional Temporary Staff Employees - Full-Time | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name of Professional | Description of Function | Hourly Rate | Jul-07 | Aug-07 | Sep-07 | Total Hours | Total Compensation |
| Albert A Koch | Director - Engagement Oversight | $ 750.00 | 1 50 | | 39 70 | 41 2 | 30,900 00 |
| Todd Brents | Director - Reporting and Claims | $ 625.00 | 164 60 | 188 30 | 184 00 | 536 9 | 335,562 50 |
| Daniel Puscas | Director - IT Management | $ 525.00 | 225 75 | 205 70 | 218 20 | 649 7 | 341,066 25 |
| Eva Anderson | Director - Executory Contracts and Estate Staffing | $ 525.00 | 198.40 | 239 15 | 209 50 | 647 1 | 339,701 25 |
| Jamie Lisac | Director - Cash Management | $ 525.00 | 228 50 | 213 80 | 221 30 | 663 6 | 348,390.00 |
| Michelle C. Campbell | Director - Reporting and Claims | $ 495.00 | | | 29 50 | 29 5 | 14,602 50 |
| Stacey Hightower | Director - Servicing Division Sale and Wind Down | $ 475.00 | 240 30 | 182 30 | 212 30 | 634 9 | 301,577 50 |
| Andrew Wagner | Manager - Executory Contracts and Claims | $ 400.00 | 235 50 | 253 60 | 210 20 | 699 3 | 279,720 00 |
| Brieh Guevara | Manager - Servicing Division Sale and IT Management | $ 400.00 | 196 60 | 236 50 | 222 90 | 656.0 | 262,400 00 |
| Michael J Laureno | Manager - Servicing Division Sale and Cash Management | $ 400.00 | 130 90 | 183 70 | 93 60 | 408 2 | 163,280 00 |
| Casey Kangas | Manager - Servicing Division Sale | $ 350.00 | 5 00 | 10 00 | 4 00 | 19 0 | 6,650 00 |
| Clayton Gring | Manager - Reporting and Claims | $ 350.00 | 179 90 | 172 40 | 192 10 | 544 4 | 190,540 00 |
| Dennis DeBassio | Manager - Cash Management | $ 315.00 | 189 70 | 170 10 | 183 40 | 543.2 | 171,108.00 |
| | | | | | Sub Total | 6,072.9 | $ 2,785,498.00 |

GRAND TOTAL    7,305.8   $ 3,537,643.50