Exhibit C

## AP Services, LLC
### Summary of Expenses – New Century TRS Holdings, Inc., et al.
### July 1, 2007 through September 30, 2007

| Expense Categories | July-07 | August-07 | September-07 | TOTAL |
|---|---:|---:|---:|---:|
| Airfare | 58,846.83 | 33,638.16 | 62,553.08 | 155,038.07 |
| Cab Fare / Ground Transportation | 3,976.76 | 7,314.12 | 10,664.04 | 21,954.92 |
| Computer Supplies/Support | 112.48 | 30 | 51 | 193.35 |
| Lodging | 25,683.53 | 30,076.95 | 48,306.37 | 104,066.85 |
| Meals & Tips | 7,853.24 | 8,197.28 | 13,513.64 | 29,564.16 |
| Copy Costs (Outside Source) | 16.95 | | 191.57 | 208.52 |
| Mileage | 333.84 | 371.05 | | 704.89 |
| Other | 894.08 | 813.96 | 700.01 | 2,408.05 |
| Overnight Mail Charges | 40.56 | 89.14 | 226.21 | 355.91 |
| Parking & Tolls | 1,724.38 | 2,265.63 | 1,391.20 | 5,381.21 |
| Postage Charges | | | 71.99 | 71.99 |
| Rental Car | 12,225.38 | 9,916.55 | 15,783.97 | 37,925.90 |
| Supplies | 31.79 | 16.48 | 106.61 | 154.88 |
| **TOTAL** | **$ 111,739.82** | **$ 92,729.17** | **$ 153,559.71** | **$ 358,028.70** |