AP Services, LLC
Summary of Services – New Century TRS Holdings, Inc., et al.
July 1, 2007 through September 30, 2007

**Cash Management**

- Continued to develop and maintain comprehensive, consolidating 13 week cash flow forecast.
- Performed weekly variance analyses to measure the actual performance against the 13 week cash flow forecast.
- Constructed comprehensive cash flow forecast through February 2008 to supplement and support a detailed creditor recovery analysis.
- Managed the Company's cash and liquidity including the daily review and approval of all accounts payable disbursements.
- Managed the day-to-day operations and personnel of the Treasury and Finance departments.
- Constructed detailed payroll expense forecasts based on reduction-in-force estimates and various considerations on payroll, vacation, retention, and severance pay-outs in support of the 13 week cash flow forecast.
- Created and maintained an outstanding accounts payable check model to timely track the book cash balance in support of the 13 week cash flow forecast.
- Established and managed all bank depository and escrow accounts for all asset sales.
- Coordinated measures in the Treasury department to comply with the Cash Management Order.
- Monitored and maintained a daily cash report to provide the necessary level of detail in the timely reporting of cash balances in multiple operating accounts.
- Monitored and maintained a payment matrix to delineate the pre-petition payments approved for payment per the Cash Management order in support of the Servicing division's trust obligations.
- Monitored and managed the payments of approved post-petition obligations of the Servicing division in support of its trust obligations.
- Developed and managed processes to reconcile trust accounts in the Servicing division to assist in the final reconciliation of the sale of the Servicing division to Carrington.
- Monitored and managed cash management tools and communications to assist Company employees in effectuating and communicating the cash management procedures per the Court's guidelines.
- Negotiated with vendors to continue services with the Estate on a post-petition basis that was favorable to the cash management terms needed.
- Monitored the collection of Servicing advances owed to the Estate by various loan owners.
- Developed and managed procedures to reconcile open bank accounts, and identify cash available for consolidation to the Debtor.
- Identified and managed opening of investment account in compliance with local bankruptcy regulations.

AP Services, LLC
Summary of Services – New Century TRS Holdings, Inc., et al.
July 1, 2007 through September 30, 2007

- Continued to consolidate the Debtor's cash by reviewing comprehensive accounting listing and closing those accounts that were no long necessary and unencumbered.

**Branch Closings/Real Estate Exit**

- Facilitated the exit of approximately 50 remaining branches and negotiated numerous settlements with landlords regarding abandoned personal property resulting in savings to the estate in excess of $125,000.

**Asset Sales**

- Managed the execution under the Transition Services Agreement with Carrington Mortgage Services (CMS) as well as all related billing and collections.
- Continued to develop and manage data repository sites to augment the due diligence process for IT equipment and miscellaneous asset sales.
- Facilitated and supported the due diligence efforts of various potential buyers for multiple asset sales including the sale of the Servicing business, the IT platform for the Loan Origination division, Loans Not Financed Anywhere ("LNFAs") and the data center software package.

**Workforce Management**

- Reduced corporate headcount from over 200 employees at the beginning of the period to approximately 120 employees at quarter end.
- Successfully transitioned functions and responsibilities of terminated employees to the remaining employees.
- Negotiated staffing wind down plan with the UCC professionals.
- Obtained UCC support for and court approval of the Employee Wind-down Retention Plan and Amended KEIP.

**Executory Contract and Vendor Management**

- Reviewed over 500 executory contracts/equipment leases to determine whether each should be assumed or rejected. Of the 325 reviewed, approximately 335 were rejected.
- Assisted the Debtor in managing the communications management process to vendors to address deposit, terms change requests and extension of post-petition credit terms to the Debtors.

AP Services, LLC
Summary of Services – New Century TRS Holdings, Inc., et al.
July 1, 2007 through September 30, 2007

---

## Accounting and Reporting

- Performed key role in the completion and filing of approximately 175 state income tax returns with a net refund to the Debtor of approximately $13.7 million.
- Completed and filed federal income tax return with a refund due to the Debtor of approximately $66 million.
- Worked closely with O'Melveny & Myers and Grant Thornton in collecting the $66 million federal income tax refund due.
- Managed process and worked closely with Grant Thornton and O'Melveny & Myers to resolve disputed $400 million payroll tax claim filed by IRS.
- Continued to manage the tracking system used to reconcile secured lender claims to support court mandated stipulations.
- Continued to maintain the claims reconciliation database to facilitate the claims reconciliation and objection processes.
- Continued to incorporate filed claims into claims database and matched to company liability records and managed claims resolution process.
- Provided supervision to accounts payable department to manage processing of payments, segregating pre and post-petition amounts.
- Played key role in managing and completing the monthly accounting close process.
- Provided supervision and feedback to the accounting department in preparing the necessary information for the SOFAs.
- Organized bankruptcy administration sub-group which was tasked with identifying and leading the resources needed to manage specific bankruptcy administration tasks.
- Provided supervision and assistance to the accounting department in preparing the monthly operating reports to be filed with the Court.

## Information Technology

- Downsized the existing voice and data networks to reduce the monthly run-rate expense from $2 million to less than $80,000.
- Developed technology wind-down plan for the network and data center environments. Began final closing of the Itasca Disaster Recovery site.
- Completed all technical support for the TSA Servicing Agreement with Carrington
- Finalized all asset dispositions related to the separation of Servicing
- Minimized the expense of IT related vendor contracts by canceling, rejecting and re-negotiating modifying where required.
- Developed and implemented a headcount reduction program reducing the IT headcount from over 400 full-time employees to currently, approximately 50 resulting in a $3 million reduction in monthly salary expense.
- Began development of the Estate plan to support the post 2007 period.
- Supported all bankruptcy and Estate IT wind down related requirements.

Exhibit D

AP Services, LLC
Summary of Services – New Century TRS Holdings, Inc., et al.
July 1, 2007 through September 30, 2007

**Court Appointed Examiner Investigation**

- Continued to respond to information and interview requests of the Court appointed Examiner.

**General**

- Conducted weekly update calls with the Unsecured Creditor Committee's ("the UCC") advisors to discuss all aspects of the wind down of New Century ("the Company" or "the Debtors" or "the Estate")
- Performed research and provided documentation for all information requests of the UCC.
- Participated in periodic Executive Management Committee calls and meetings to provide updates and guidance on the wind down of the Estate.