Exhibit E

AP Services, LLC
Detailed Time Entries – New Century TRS Holdings, Inc., et al.
July 1, 2007 through September 30, 2007

Detailed time entries for the period July 1, 2007 through September 30, 2007 will be served upon the Office of the U.S. Trustee. These are available for review upon request by other parties.