# APPENDIX

# APPENDIX

**Ex. Tab**

26 U.S.C. § 6411 .................................................................................................................. A

26 U.S.C. § 7805 .................................................................................................................. B

26 C.F.R. § 1.6411-2T ......................................................................................................... C

26 C.F.R. § 1.6411-3T ......................................................................................................... D

Rev. Rul. 78-369, 1978-2 C.B. 324, 1978 WL 42239 (1978) .............................................. E

Rev. Rul. 2007-51, 2007-37, 2007 WL 2405237 (Aug. 24, 2007) ....................................... F

Rev. Rul. 2007-52, 2007-37, 2007 WL 2405238 (Aug. 24, 2007) ...................................... G

Rev. Rul. 2007-53, 2007-37, 2007 WL 2405239 (Aug. 24, 2007) ...................................... H

<u>Bozich v. Internal Revenue Service (In re Bozich)</u>, 1996 WL 870716
    (Bankr. D. Ariz. Dec. 11, 1996) ..................................................................................... I