# **<u>EXHIBIT A</u>**

Westlaw.

26 U.S.C.A. § 6411    Page 1
I.R.C. § 6411

▷

**Effective:[See Notes]**

United States Code Annotated Currentness
  Title 26 Internal Revenue Code (Refs & Annos)
    Subtitle F. Procedure and Administration (Refs & Annos)
      Chapter 65. Abatements, Credits, and Refunds
        Subchapter B. Rules of Special Application
          → § 6411. Tentative carryback and refund adjustments

**(a) Application for adjustment.**--A taxpayer may file an application for a tentative carryback adjustment of the tax for the prior taxable year affected by a net operating loss carryback provided in section 172(b), by a business credit carryback provided in section 39, or by a capital loss carryback provided in subsection (a)(1) or (c) of section 1212, from any taxable year. The application shall be verified in the manner prescribed by section 6065 in the case of a return of such taxpayer and shall be filed, on or after the date of filing for the return for the taxable year of the net operating loss, net capital loss, or unused business credit from which the carryback results and within a period of 12 months after such taxable year or, with respect to any portion of a business credit carryback attributable to a net operating loss carryback or a net capital loss carryback from a subsequent taxable year, within a period of 12 months from the end of such subsequent taxable year, in the manner and form required by regulations prescribed by the Secretary. The applications shall set forth in such detail and with such supporting data and explanation as such regulations shall require--

  (1) The amount of the net operating loss, net capital loss, or unused business credit;

  (2) The amount of the tax previously determined for the prior taxable year affected by such carryback, the tax previously determined being ascertained in accordance with the method prescribed in section 1314(a);

  (3) The amount of decrease in such tax, attributable to such carryback, such decrease being determined by applying the carryback in the manner provided by law to the items on the basis of which such tax was determined;

  (4) The unpaid amount of such tax, not including any amount required to be shown under paragraph (5);

  (5) The amount, with respect to the tax for the taxable year immediately preceding the taxable year from which the carryback is made, as to which an extension of time for payment under section 6164 is in effect; and

  (6) Such other information for purposes of carrying out the provisions of this section as may be required by such regulations.

Except for purposes of applying section 6611(f)(4)(B), an application under this subsection shall not constitute a claim for credit or refund.

**(b) Allowance of adjustments.**--Within a period of 90 days from the date on which an application for a tentative

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

carryback adjustment is filed under subsection (a), or from the last day of the month in which falls the last date prescribed by law (including any extension of time granted the taxpayer) for filing the return for the taxable year of the net operating loss, net capital loss, or unused business credit from which such carryback results, whichever is the later, the Secretary shall make, to the extent he deems practicable in such period, a limited examination of the application, to discover omissions and errors of computation therein, and shall determine the amount of the decrease in the tax attributable to such carryback upon the basis of the application and the examination, except that the Secretary may disallow, without further action, any application which he finds contains errors of computation which he deems cannot be corrected by him within such 90-day period or material omissions Such decrease shall be applied against any unpaid amount of the tax decreased (including any amount of such tax as to which an extension of time under section 6164 is in effect) and any remainder shall be credited against any unsatisfied amount of any tax for the taxable year immediately preceding the taxable year of the net operating loss, net capital loss, or unused business credit the time for payment of which tax is extended under section 6164. Any remainder shall, within such 90-day period, be either credited against any tax or installment thereof then due from the taxpayer, or refunded to the taxpayer.

**(c) Consolidated returns.**--If the corporation seeking a tentative carryback adjustment under this section, made or was required to make a consolidated return, either for the taxable year within which the net operating loss, net capital loss, or unused business credit arises, or for the preceding taxable year affected by such loss or credit, the provisions of this section shall apply only to such extent and subject to such conditions, limitations, and exceptions as the Secretary may by regulations prescribe.

**(d) Tentative refund of tax under claim of right adjustment.**--

  **(1) Application.**--A taxpayer may file an application for a tentative refund of any amount treated as an overpayment of tax for the taxable year under section 1341(b)(1). Such application shall be in such manner and form as the Secretary may prescribe by regulation and shall--

  (A) be verified in the same manner as an application under subsection (a),

  (B) be filed during the period beginning on the date of filing the return for such taxable year and ending on the date 12 months from the last day of such taxable year, and

  (C) set forth in such detail and with such supporting data such regulations prescribe--

   (i) the amount of the tax for such taxable year computed without regard to the deduction described in section 1341(a)(2),

   (ii) the amount of the tax for all prior taxable years for which the decrease in tax provided in section 1341(a)(5)(B) was computed,

   (iii) the amount determined under section 1341(a)(5)(B),

   (iv) the amount of the overpayment determined under section 1341(b)(1); and

   (v) such other information as the Secretary may require.

  **(2) Allowance of adjustments.**--Within a period of 90 days from the date on which an application is filed under paragraph (1) or from the date of the overpayment (determined under section 1341(b)(1)), whichever is later, the Secretary shall--

   (A) review the application,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

26 U.S.C.A. § 6411                                                                                      Page 3
I.R.C. § 6411

    **(B)** determine the amount of the overpayment, and

    **(C)** apply, credit, or refund such overpayment,

in a manner similar to the manner provided in subsection (b)

    **(3) Consolidated returns.**--The provisions of subsection (c) shall apply to an adjustment under this subsection to the same extent and manner as the Secretary may by regulations provide.

CREDIT(S)

(Aug 16, 1954, c 736, 68A Stat. 794; Nov. 2, 1966, Pub.L. 89-721, § 2(a)-(e), 80 Stat 1150; Dec. 27, 1967, Pub.L. 90-225, § 2(b), 81 Stat. 731; Dec. 30, 1969, Pub L. 91-172, Title V, § 512(d), 83 Stat. 639; Dec. 10, 1971, Pub L. 92-178, Title VI, § 601(e) (1), 85 Stat 560; Oct. 4, 1976, Pub.L. 94-455, Title XIX, § 1906(b) (13) (A), Title XXI, § 2107(g) (1), 90 Stat. 1834, 1904; May 23, 1977, Pub.L. 95-30, Title II, § 202(d) (5) (A), 91 Stat. 150; Nov 6, 1978, Pub.L. 95-600, Title V, § 504(a), (b) (1) (A), 92 Stat. 2880, 2881; Apr. 1, 1980, Pub.L. 96-222, Title I, §§ 103(a) (6) (G) (xiii), 105(a) (2), 94 Stat. 211, 218; Aug. 13, 1981, Pub. L. 97-34, Title II, § 221(b) (2) (B), Title III, § 331(d)(2)(B), 95 Stat. 247, 295; July 18, 1984, Pub.L. 98-369, Div. A, Title IV, § 474(r)(37), Title VII, § 714(n)(2)(B), 98 Stat. 846, 964; Oct. 22, 1986, Pub.L. 99-514, Title II, § 231(d)(3)(H), Title XVIII, § 1847(b)(10), 100 Stat. 2180, 2857; Nov. 10, 1988, Pub.L. 100-647, Title I, § 1002(h)(2), 102 Stat 3370; Dec. 21, 2000, Pub.L. 106-554, § 1(a)(7) [Title III, § 318(d)(1)], 114 Stat. 2763, 2763A-645; Dec. 21, 2005, Pub.L. 109-135, Title IV, § 409(a)(1), 119 Stat. 2635.)

HISTORICAL AND STATUTORY NOTES

Revision Notes and Legislative Reports

1954 Acts. House Report No 1337, Senate Report No 1622, and House Conference Report No 2543, see 1954 U.S.Code Cong. and Adm News, pp 4560, 5231.

1966 Acts. Senate Report No. 1709, see 1966 U.S.Code Cong. and Adm.News, p 3761.

1967 Acts. Senate Report No. 490 and Conference Report No. 1010, see 1967 U.S Code Cong. and Adm News, p. 2606.

1969 Acts. House Report No. 91-413, Senate Report No. 91-552, and House Conference Report No. 91-782, see 1969 U.S.Code Cong. and Adm.News, p. 1645.

1971 Acts. House Report No. 92-533, Senate Report No. 92-437, and House Conference Report No. 92-708, see 1971 U.S Code Cong. and Adm News, p. 1825

1976 Acts. House Report Nos. 94-658, 94-1380, Senate Report No. 94-938, and House Conference Report No. 94-1515, see 1976 U.S.Code Cong and Adm.News, p. 2897.

1977 Acts. Senate Report No. 95-66 and House Conference Report No. 95-263, see 1977 U S Code Cong and Adm News, p. 185.

1978 Acts. House Report No. 95-1445, Senate Report No. 95-1263, and House Conference Report No. 95-1800, see 1978 U S Code Cong. and Adm News, p. 6761.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

1980 Acts. Senate Report No. 96-498, see 1980 U.S.Code Cong. and Adm.News, p. 316

1981 Acts. Senate Report No. 97-144, House Conference Report No. 97-215, and Statements by Legislative Leaders, see 1981 U.S.Code Cong. and Adm.News, p. 105.

1984 Acts. House Report No. 98-432, House Conference Report No. 98-861, Statements by Legislative Leaders, and Two Related Reports, see 1984 U.S.Code Cong. and Adm.News, p. 697.

1986 Acts. House Conference Report No. 99-841 and Statement by President, see 1986 U.S.Code Cong. and Adm.News, p. 4075.

1988 Acts. Senate Report No. 100-445 and House Conference Report No. 100-1104, see 1988 U.S.Code Cong. and Adm.News, p. 4515.

2000 Acts. House Report No. 106-645 and Statement by President, see 2000 U.S. Code Cong. and Adm. News, p. 2459.

2005 Acts. Statement by President, see 2005 U.S. Code Cong. and Adm. News, p. S47.

Amendments

2005 Amendments. Subsec. (a). Pub.L. 109-135, § 409(a)(1), in the matter following par. (6), struck out "6611(f)(3)(B)" and inserted "6611(f)(4)(B)".

2000 Amendments. Subsec. (a). Pub.L. 106-554, § 1(a)(7) [Title III, § 318(d)(1), substituted "subsection (a)(1) or (c) of section 1212" for "section 1212(a)(1)".

1988 Amendments. Subsec. (c). Pub.L. 100-647 struck out "unused research credit," following "net capital loss".

1986 Amendments. Subsec. (a). Pub.L. 99-514, § 231(d)(3)(H), in introductory provisions, struck out "by a research credit carryback provided in section 30(g)(2)" after "carryback provided in section 39,", "unused research credit," after "net capital loss,", "a research credit carryback or" after "with respect to any portion of", and "(or, with respect to any portion of a business credit carryback attributable to a research credit carryback from a subsequent taxable year within a period of 12 months from the end of such subsequent taxable year)" after "such subsequent taxable year", and in par. (1), struck out "unused research credit," after "net capital loss,".

Pub.L. 99-514, § 1847(b)(10), substituted "unused research credit, or unused business credit" for "or unused business credit" in provision preceding par. (1).

Subsec. (b). Pub.L. 99-514, § 231(d)(3)(H)(iv), struck out "unused research credit," following "net capital loss,", in two places.

1984 Amendments. Subsec. (a). Pub.L. 98-369, § 474(r)(37)(A), substituted in provision preceding par. (1) "by a business credit carryback provided in section 39, by a research credit carryback provided in section 30(g)(2) or by a capital loss carryback provided in section 1212(a)(1), from any taxable year" for "by an investment carryback provided in section 46(b), by a work incentive program carryback provided in section 50A(b), by a new employee credit carryback provided in section 53(b), by a research credit carryback provided in section 44F(g)(2), by an

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

employee stock ownership carryback provided in section 44G(b)(2), or by a capital loss carryback provided in section 1212(a)(1), from any taxable year" "net capital loss, or unused business credit" for "net capital loss, unused investment credit, unused work incentive program credit, unused new employee credit, unused research credit, or unused employee stock ownership credit," and "or, with respect to any portion of a research credit carryback or a business credit carryback attributable to a net operating loss carryback or a net capital loss carryback or a net capital loss carryback from a subsequent taxable year, within a period of 12 months from the end of such subsequent taxable year (or, with respect to any portion of a business credit carryback attributable to a research credit carryback" for "(or, with respect to any portion of an investment credit carryback, a work incentive program carryback, a new employee credit carryback, a research credit carryback, or employee stock ownership credit carryback from a taxable year attributable to a net operating loss carryback or a capital loss carryback (or, in the case of a work incentive program carryback, to an investment credit carryback, or in the case of a new employee credit carryback, to an investment credit carryback, or a work incentive program carryback, or, in the case of a research credit carryback, to an investment credit carryback, a work incentive program carryback, or a new employee credit carryback, or, in the case of an employee stock ownership credit carryback, to an investment credit carryback, a new employee credit carryback or a research and experimental credit carryback)"

Subsec. (a)(1). Pub.L. 98-369, § 474(r)(37)(A), substituted "unused research credit, or unused business credit" for "unused investment credit, unused work incentive program credit, unused new employee credit, unused research credit, or unused employee stock ownership credit".

Pub.L. 98-369, § 714(n)(2)(B), in provision following par. (6), substituted "Except for purposes of applying section 661(f)(3)(B), an application for "An application".

Subsec. (b). Pub.L. 98-369, § 474(r)(37)(B), substituted "unused research credit, or unused business credit" for "unused investment credit, unused work incentive program credit, unused new employee credit, unused research credit, or unused employee stock ownership credit" in two places.

Subsec. (c). Pub.L. 98-369, § 474(r)(37)(B), substituted "unused research credit, or unused business credit" for "unused investment credit, unused work incentive program credit, unused new employee credit, unused research credit, or unused employee stock ownership credit".

1981 Amendments. Subsec. (a). Pub.L. 97-34, § 331(d)(2)(B), inserted in provision preceding par. (1) "by an employee stock ownership credit carryback provided by section 44G(b)(2)" following "section 44F(g)(2)," and substituted "unused research credit, or unused employee stock ownership credit" for "or unused research credit", "a research credit carryback, or employee stock ownership credit carryback" for "or a research credit carryback", and "new employee credit carryback, or, in the case of an employee stock ownership credit carryback, to an investment credit carryback, a new employee credit carryback or a research and experimental credit carryback)" for "new employee credit carryback)" and in par. (1) substituted "unused research credit, or unused employee stock ownership credit" for "or unused research credit".

Pub.L. 97-34, § 221(b)(2)(B), inserted in provision preceding par. (1) "by a research credit carryback provided in section 44F(g)(2)," following "section 53(b)," and substituted "unused new employee credit, or unused research credit" for "or unused new employee credit", "a new employee credit carryback, or a research credit carryback" for "or a new employee credit carryback", and "work incentive program carryback, or, in the case of a research credit carryback, to an investment credit carryback, a work incentive program carryback, or new employee credit carryback)" for "work incentive program carryback)" and in par. (1) substituted "unused new employee credit, or unused research credit" for "or unused new employee credit".

Subsec. (b). Pub.L. 97-34, § 331(d)(2)(B)(i), substituted "unused research credit, or unused employee stock ownership credit" for "or unused research credit".

Pub.L. 97-34, § 221(b)(2)(B)(i), substituted "unused new employee credit, or unused research credit" for "or unused

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

new employee credit".

Subsec (c) Pub L 97-34, § 331(d)(2)(B)(i), substituted "unused research credit, or unused employee stock ownership credit" for "or unused research credit".

Pub.L 97-34, § 221(b)(2)(B)(i), substituted "unused new employee credit, or unused research credit" for "or unused new employee credit".

1980 Amendments. Subsec (a). Pub.L 96-222, § 103(a) (6) (G) (xiii), substituted "section 53(b)" for "section 53(c)".

Subsec. (d) (2). Pub.L. 96-222, § 105(a) (2), substituted "the date of the overpayment (determined under section 1341(b) (1) )" for "the last day of the month in which falls the last date prescribed by law (including any extension of time granted the taxpayer) for filing the return for taxable year in which the overpayment occurs".

1978 Amendments Pub L 95-600, § 504(b) (1) (A), added "and refund" following "carryback" in section catchline.

Subsec. (d) Pub L 95-600, § 504(a), added subsec. (d).

1977 Amendments Subsec. (a) Pub.L 95-30, § 202(d) (5) (A) (i) to (iv), added references to unused new employee credits and to new employee credit carrybacks in the provisions preceding par (1) and in par (1).

Subsecs. (b), (c). Pub L 95-30, § 202(d) (5) (A) (i), added references to unused new employee credits.

1976 Amendments. Subsec. (a). Pub.L 94-455, §§ 1906(b) (13) (A), 2107(g) (1), struck out "or his delegate" following "Secretary" and inserted parenthetical text in second sentence "(or, in the case of a work incentive program carryback, to an investment credit carryback)" following "capital loss carryback".

Subsecs. (b), (c). Pub.L 94-455, § 1906(b) (13) (A), struck out "or his delegate" following "Secretary" wherever appearing.

1971 Amendments. Pub L 92-178, § 601(e)(1)(A), substituted "unused investment credit, or unused work incentive program credit" for "or unused investment credit" wherever appearing in subsecs. (a), (a)(1), (b), and (c).

Subsec. (a). Pub.L. 92-178, § 601(e)(1)(B) and (C), inserted "by a work incentive program carryback provided in section 50A(b)," following "section 46(b)," in first sentence, and "or a work incentive program carryback" following "investment credit carryback" in second sentence, respectively.

1969 Amendments. Subsec. (a) Pub.L. 91-172, § 512(d) (1), (2), provided quick refund procedure, presently available in the case of net operating loss carrybacks, to be made available in the case of the 3-year capital loss carryback, and substituted "net operating loss, net capital loss, or unused investment credit" for "net operating loss or unused investment credit" in par. (1).

Subsec. (b). Pub L. 91-172, § 512(d) (2), substituted "net operating loss, net capital loss, or unused investment credit" for "net operating loss or unused investment credit" wherever such term appears

Subsec. (c) Pub L 91-172, § 512(d) (2), substituted "net operating loss, net capital loss, or unused investment credit" for "net operating loss or unused investment credit."

1967 Amendments Subsec (a) Pub.L 90-225 added "(or, with respect to any portion of an investment credit

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

carryback from a taxable year attributable to a net operating loss carryback from a subsequent taxable, within a period of 12 months from the end of such subsequent taxable year)" following "within a period of 12 months from the end of such taxable year".

1966 Amendments. Subsec. (a). Pub.L. 89-721, § 2(a), (b), (c), provided in the introductory material for a tentative carryback adjustment based on an investment credit carryback as provided for in § 46(b) of this title and inserted "or unused investment credit" following "the taxable year of the net operating loss", inserted in par (1) "or unused investment" following "net operating loss", and struck out in par. (5) "of such loss" and inserted in lieu thereof "from which the carryback is made".

Subsec. (b). Pub.L. 89-721, § 2(d), inserted "or unused investment credit" following "net operating loss" in two instances.

Subsec. (c). Pub.L. 89-721, § 2(d), (e) inserted "or unused investment credit" following "net operating loss" and "or credit" following "such loss".

Effective and Applicability Provisions

2005 Acts. Amendment to subsec. (a) of this section made by Pub.L. 109-135, § 409, effective as if included in the provisions of the Taxpayer Relief Act of 1997, Pub.L. Pub.L. 105-34, to which it relates, see Pub.L. 109-135, § 409(d), set out as a note under 26 U.S.C.A. § 961.

2000 Acts. Pub.L. 106-554 § 1(a)(7) [Title III, § 318(d)(2)], provided that: "The amendment made by paragraph (1) [amending subsec. (a) of this section] shall take effect as if included in the amendments made by section 504 of the Economic Recovery Tax Act of 1981 [Pub.L. 97-34, Title V, § 504, Aug. 13, 1981, 95 Stat. 442, which amended section 1212 of this title]."

1988 Acts. Amendment by Pub.L. 100-647 effective as if included in the provisions of Pub.L. 99-514 to which such amendment relates, except that no addition to tax shall be made under section 6654 or 6655 of this title for any period before Apr. 16, 1989 (Mar. 16, 1989 in the case of a taxpayer subject to section 6655 of this title) with respect to any underpayment to the extent such underpayment was created or increased by any provision of Titles I or II of Pub.L. 100-647, see section 1019 of Pub.L. 100-647, set out as a note under section 1 of this title.

1986 Acts. Amendment by section 231(d)(3)(H) of Pub.L. 99-514 applicable to taxable years beginning after Dec. 31, 1985, see section 231(g) of Pub.L. 99-514, set out as a note under section 41 of this title.

Amendment by section 1847(b)(10) of Pub.L. 99-514 effective, except as otherwise provided, as if included in the provisions of the Tax Reform Act of 1984, Pub.L. 98-369, Div. A, to which such amendment relates, see section 1881 of Pub.L. 99-514, set out as a note under section 48 of this title.

Notwithstanding section 715 of Pub.L. 98-369, amendment by section 714(n)(2)(B) of Pub.L. 98-369 applicable only to applications filed after July 18, 1984, see section 1875(d)(3) of Pub.L. 99-514, set out as a note under section 6611 of this title.

1984 Acts. Amendment by section 474(r)(37) of Pub.L. 98-369 applicable to taxable years beginning after Dec. 31, 1983, and to carrybacks from such years, see section 475(a) of Pub.L. 98-369, set out as a note under section 21 of this title.

Amendment by section 714(n)(2)(B) of Pub.L. 98-369 effective as if included in the provision of the Tax Equity and

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Fiscal Responsibility Act of 1982, Pub.L. 97-248, to which such amendment relates, see section 715 of Pub.L. 98-369, set out as a note under section 31 of this title.

1981 Acts. Amendment by section 331(d) (2) (B) of Pub.L. 97-34 applicable to taxable years beginning after Dec 31, 1981, see section 339 of Pub.L. 97-34, set out as a note under section 401 of this title.

Amendment by section 221(b)(2)(B) of Pub.L. 97-34 applicable to amounts paid or incurred after June 30, 1981, and before Jan. 1, 1986, see section 221(d) of Pub.L. 97-34, set out as a note under section 41 of this title.

1980 Acts. Amendment by Pub.L. 96-222 effective, except as otherwise provided, as if it had been included in the provisions of the Revenue Act of 1978, Pub.L. 95-600, to which such amendment relates, see section 201 of Pub.L. 96-222, set out as a note under section 32 of this title.

1978 Acts. Section 504(c) of Pub.L. 95-600 provided that: "The amendments made by this section [amending subsec. (d) of this section, and sections 6213(b) (3) and 6501(m) of this title] shall apply to tentative refund claims filed on and after the date of the enactment of this Act [Nov. 6, 1978]."

1977 Acts. Amendment by Pub.L. 95-30 applicable to taxable years beginning after Dec. 31, 1976, and to credit carrybacks from such years, see section 202(e) of Pub.L. 95-30, set out as a note under section 51 of this title.

1976 Acts. Amendment by section 1906(b)(13)(A) of Pub.L. 94-455 effective the first day of the first month which begins more than 90 days after Oct. 4, 1976, see section 1906(d) of Pub.L. 94-455, set out as a note under section 6013 of this title.

1971 Acts. Amendment by Pub.L. 92-178 applicable to taxable years beginning after Dec. 31, 1971 see section 601(f) of Pub.L. 92-178, set out as a note under section 381 of this title.

1969 Acts. Amendment by Pub.L. 91-172 applicable with respect to net capital losses sustained in taxable years beginning after Dec. 31, 1969, see section 512(g) of Pub.L. 91-172, set out as a note under section 1212 of this title.

1967 Acts. Amendment by Pub.L. 90-225 applicable with respect to investment credit carrybacks attributable to net operating loss carrybacks from taxable years ending after July 31, 1967, see section 2(g) of Pub.L. 90-225, set out as a note under section 46 of this title.

1966 Acts. Section 2(g) of Pub.L. 89-721 provided that: "The amendments made by this section [to subsecs. (a), (b) and (c) of this section and section 6501(j) of this title] shall apply with respect to taxable years ending after December 31, 1961, but only in the case of applications filed after the date of the enactment of this Act [Nov. 2, 1966] The period of 12 months referred to in the second sentence of section 6411(a) of the Internal Revenue Code of 1954 (as amended by this section [subsec. (a) of this section] ) for filing an application for a tentative carryback adjustment of tax attributable to the carryback of any unused investment credit shall not expire before the close of December 31, 1966."

CROSS REFERENCES

    Extension of time for payment of taxes by corporations expecting carrybacks, see 26 USCA § 6164.
    Interest on overpayments, see 26 USCA § 6611.
    Limitations on--
        Assessment and collection, see 26 USCA § 6501
        Credit or refund, see 26 USCA § 6511
    Restrictions applicable to deficiencies; petition to Tax Court, see 26 USCA § 6213

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

26 U.S.C.A. § 6411  
I.R.C. § 6411

Page 9

LAW REVIEW COMMENTARIES

Evolution in tax shelter litigation: The tax court closes the door on generic tax shelters, but a window remains open with respect to the additions to tax and increased interest under I.R.C. § 6621(c). Kathleen O. Lier, 36 Loy.L.Rev. 275 (1990)

LIBRARY REFERENCES

American Digest System

Internal Revenue⇨3438.  
Key Number System Topic No. 220

RESEARCH REFERENCES

ALR Library

192 ALR. Fed. 215, Sufficiency and Perfection of Informal Administrative Claim for Credit or Refund of Federal Tax Overpayments.

1 ALR 6th 1, Validity and Applicability of Statutory Time Limit Concerning Taxpayer's Claim for State Tax Refund.

34 ALR 978, Rights and Remedies in Case of Overpayment of Federal Income Tax

Encyclopedias

Am. Jur. 2d Bankruptcy § 2693, Taxes.

Am. Jur. 2d Federal Tax Enforcement § 161, Summary Assessment Procedures -- Overstatement of Credits.

Am. Jur. 2d Federal Tax Enforcement § 494, Claims -- When to File.

Am. Jur. 2d Federal Tax Enforcement § 502, Claims -- Informal Claims -- Invalid Claims.

Am. Jur. 2d Federal Tax Enforcement § 518, Application for Tentative Carryback Adjustment -- Who May File.

Am. Jur. 2d Federal Tax Enforcement § 519, Application for Tentative Carryback Adjustment -- Where and When to File.

Am. Jur. 2d Federal Tax Enforcement § 520, Application for Tentative Carryback Adjustment -- Form.

Am. Jur. 2d Federal Tax Enforcement § 521, Application for Tentative Carryback Adjustment -- Content

Am. Jur. 2d Federal Tax Enforcement § 522, Application for Tentative Carryback Adjustment -- Determination

Am. Jur. 2d Federal Tax Enforcement § 523, Application for Tentative Refund Under Claim of Right Adjustment -- Who May File; Where and When to File

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Am. Jur. 2d Federal Tax Enforcement § 524, Application for Tentative Refund Under Claim of Right Adjustment -- Form

Am. Jur. 2d Federal Tax Enforcement § 525, Application for Tentative Refund Under Claim of Right Adjustment -- Content

Am. Jur. 2d Federal Tax Enforcement § 526, Application for Tentative Refund Under Claim of Right Adjustment -- Determination

Am. Jur. 2d Federal Taxation P 6429, Tentative Refund Claim Due to Repayment of Previously Reported Claim-Of-Right Income--Form 1139; Form 1045

Am. Jur. 2d Federal Taxation P 70826, Quick Refund from Net Operating Loss (Nol), Net Capital Loss, and Business Credit Carrybacks.

Am. Jur. 2d Federal Taxation P 70827, Tentative Carryback Refund Claim--Form 1045; Form 1139

Am. Jur. 2d Federal Taxation P 70828, IRS's Actions on Getting a Tentative Refund Claim

Am. Jur. 2d Federal Taxation P 70829, How IRS Credits the Tentative Carryback Adjustment

Am. Jur. 2d Federal Taxation P 70830, Effect of Tentative Carryback Refund

Forms

Nichols Cyclopedia of Legal Forms Annotated § 8.314, Tax Treatment of Releases and Settlements.

Treatises and Practice Aids

Bankruptcy Service Lawyers Edition § 25:2, Legislative History.

Casey Federal Tax Practice § 10:06, Tentative Carryback and Refund Adjustments

Casey Federal Tax Practice § 10:07, Tentative Refund of Tax Under Claim of Right Adjustment

Casey Federal Tax Practice § 10:26, Net Operating Loss or Capital Loss Carry-Backs

Casey Federal Tax Practice § 10:74, Interest on Overpayments.

Casey Federal Tax Practice § 14:23, Priority of Taxes as Administration Expenses.

Federal Procedure, Lawyers Edition § 48:494, Summary Assessment Procedures -- Overstatement of Credits.

Federal Procedure, Lawyers Edition § 48:863, Claims -- When to File

Federal Procedure, Lawyers Edition § 48:871, Claims -- Informal Claims -- Invalid Claims

Federal Procedure, Lawyers Edition § 48:887, Application for Tentative Carryback Adjustment -- Who May File

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Federal Procedure, Lawyers Edition § 48:888, Application for Tentative Carryback Adjustment -- Where and When to File.

Federal Procedure, Lawyers Edition § 48:889, Application for Tentative Carryback Adjustment -- Form

Federal Procedure, Lawyers Edition § 48:890, Application for Tentative Carryback Adjustment -- Content.

Federal Procedure, Lawyers Edition § 48:891, Application for Tentative Carryback Adjustment -- Determination.

Federal Procedure, Lawyers Edition § 48:892, Application for Tentative Refund Under Claim of Right Adjustment -- Who May File; Where and When to File.

Federal Procedure, Lawyers Edition § 48:893, Application for Tentative Refund Under Claim of Right Adjustment -- Form

Federal Procedure, Lawyers Edition § 48:894, Application for Tentative Refund Under Claim of Right Adjustment -- Content.

Federal Procedure, Lawyers Edition § 48:895, Application for Tentative Refund Under Claim of Right Adjustment -- Determination

Mertens: Law of Federal Income Taxation § 2A:59, Computation of AMT Net Operating Loss.

Mertens: Law of Federal Income Taxation § 29:05, Deduction of Net Operating Loss.

Mertens: Law of Federal Income Taxation § 29:08, Computation of Net Operating Loss Deduction.

Mertens: Law of Federal Income Taxation § 58:75, Quick Refund and Postponement of Tax Payment.

Mertens: Law of Federal Income Taxation § 58:76, Application for Tentative Carryback and Refund Adjustments

Mertens: Law of Federal Income Taxation § 58:77, Allowance of Adjustments.

Mertens: Law of Federal Income Taxation § 58:78, Tentative Refund of Tax Under Claim of Right Adjustment.

Mertens: Law of Federal Income Taxation § 44A:29, Carrybacks and Carryovers.

Mertens: Law of Federal Income Taxation § 49E:10, Extension of Time for Payment of Taxes by Corporations Expecting Carrybacks.

Mertens: Law of Federal Income Taxation § 54:132, Refund Procedures in Bankruptcy.

Norton Bankruptcy Law and Practice 2d § 507, Priorities

Norton Bankruptcy Law and Practice 2d § 42:43, Eighth Priority: Taxes and Customs Duties -- Prepetition Income or Gross Receipts Taxes

Norton Bankruptcy Law and Practice 2d § 42:50, Eighth Priority: Taxes and Customs Duties -- Erroneous Tax Refunds Under § 507(C).

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

NOTES OF DECISIONS

    Accrual of right to refund 1  
    Application for adjustment as refund claim 2  
    Finality of decision 7  
    Interest period 5  
    Joint tax payers 3  
    Set-off 4  
    Time for decision 6

  1. Accrual of right to refund

Where taxpayer which kept its records and made income tax returns on the accrual rather than on the cash basis, at close of 1947 fiscal year could determine that it had suffered a loss in that year, which it could carry back for federal income tax purposes for refund of federal income taxes for fiscal year 1945, right to recover such federal refund accrued in 1947, and was income for state income tax purposes in that year, although not received until during fiscal year 1948. Beech Aircraft Corp. v. State Commission of Revenue and Taxation, Kan.1955, 282 P.2d 432, 177 Kan. 754. Taxation 🗝 3450

  2. Application for adjustment as refund claim

Application for tentative carryback adjustment which was filed two days before expiration of statute of limitations most favorable to taxpayer and was not considered by commissioner to be refund claim and which contained essentially the same information as contained on refund claim filed some three months later was not a timely claim for refund within requirement of section 7422 of this title providing that no suit shall be maintained for allegedly excessive or wrong fully collected sum until claim for refund has been duly filed according to law and regulations Rock v. U.S., S.D.N.Y.1968, 279 F.Supp. 96. Internal Revenue 🗝 5005

  3. Joint tax payers

Where H and former W filed separate returns for 1963 and separately filed for and received refund based on tentative carryback of one-half claimed 1963 net operating loss of H's sole proprietorship to 1960-62, when joint returns were filed, H being jointly and severally liable under statute was not entitled to have deficiency determined against him reduced by refund made to former W, who was rightfully paid refund by Commissioner in absence of knowledge of any conflicting claims between H and W. Bloomfield v. Commissioner of Internal Revenue, Tax Ct.1969, 52 T.C. 745.

  4. Set-off

Doctrine that right to a tax refund depends upon principles determining an action for money had and received, in which question always is whether defendant is entitled in good conscience to keep the money, is not to be confined to occasions when refund arises out of payment of a tax arising and assessable in same years as the putative unassessed deficiency that is sought to be set off against such refund, and hence, Commissioner was free to treat as a set-off against refund of income taxes paid for year 1945 any underpayment of taxes due for that year, notwithstanding the refund itself arose out of net operating loss which had not existed in 1945, but which was carried back from taxable year 1946. C.I.R. v. Van Bergh, C.A.2 1954, 209 F.2d 23, on remand Internal Revenue 🗝 5024

This section providing that tentative carryback application shall be either credited against any tax or installment thereof due from taxpayer, or refunded to taxpayer, did not bar government from offsetting such amount against debt

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

due another agency Belgard v. U.S., W.D.La.1964, 232 F.Supp. 265. United States ⚷ 130(4)

 5. Interest period

Internal Revenue Service (IRS) was under duty either to challenge debtor's net operating loss adjustment within six months of filing of form or take steps to refund and/or offset it, and when IRS did not do so, it was deemed to have intentionally withheld funds and effected a setoff upon expiration of applicable statutory response period, and was not entitled to postpetition interest on its prepetition tax liability claim after that date. In re Rozel Industries, Inc., Bkrtcy.N.D.Ill.1990, 120 B.R. 944. Bankruptcy ⚷ 2836

Interest on refunds for net operating loss carry-backs due taxpayer filing a consolidated return for federal tax purposes, but a separate return for state tax purposes was not limited to 18-month period commencing on close of year in which tax loss carried back was incurred, but was to commence on close of tax year in which loss to be carried back was incurred and was to run thereafter until a date no earlier than 30 days before refunds corresponding to loss carry-backs were paid. Health-Chem Corp. v. State Tax Com'n, N.Y.Sup.1986, 506 N.Y.S.2d 269, 132 Misc.2d 941. Taxation ⚷ 3555

 6. Time for decision

Requests for tentative refunds of income taxes were in "processible form," for purposes of determining whether government's failure to issue refunds within 45 days after filing rendered it liable for interest, where amounts claimed were ultimately paid, content of refund request forms never changed, Internal Revenue Service (IRS) never requested any material it did not already have, and taxpayer used correct forms and included its name, address, identification number, and the required officer's signature. Columbia Gas System, Inc. v. U.S., Fed.Cl.1994, 32 Fed.Cl. 318, affirmed 70 F.3d 1244. Internal Revenue ⚷ 4958

Commissioner's failure to act within 90 days on petitioners' application under this section for tentative carryback adjustment of 1960 net operating loss did not bar his later determining deficiency for 1960, which was timely filed within consent period, since this section denominated such action as tentative and provided no sanction for failure to act. Zarnow v. C.I.R., Tax Ct.1967, 48 T.C. 213.

In contested matter arising out of Chapter 11 debtors' objection to protective administrative claim filed by the Internal Revenue Service (IRS), bankruptcy court's denial of IRS's request for continuance, for additional time to investigate whether "quickie refund" was properly paid, was not abuse of discretion, where bankruptcy court had previously given the IRS 21 more days than the 90 that it requested to conduct its investigation, and where only justification provided for continuance was the IRS's own carelessness in losing track of investigation In re Industrial Commercial Electrical, Inc., D.Mass.2005, 319 B.R. 35. Bankruptcy ⚷ 2929

 7. Finality of decision

Disallowance of tentative carryback adjustment is final and unchallengeable in any proceeding. Rock v. U.S., S.D.N.Y.1968, 279 F.Supp. 96. Internal Revenue ⚷ 4540

26 U.S.C.A. § 6411, 26 USCA § 6411

Current through P.L. 110-106 approved 10-25-07

Copr. (C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.