# EXHIBIT E

▶

Rev. Rul. 78-369, 1978-2 C.B. 324, 1978 WL 42239 (IRS RRU)

Internal Revenue Service (I.R.S.)

Revenue RulingCARRYBACK ADJUSTMENTS; NET OPERATING LOSS; REFUNDS

Published: 1978

Section 6411.-Tentative Carryback Adjustments, 26 CFR 1.6411-1: Tentative carryback adjustments.

**Carryback adjustments; net operating loss; refunds.** An application for a tentative refund from the carryback of a net operating loss timely filed on Form 1139 or Form 1045 must be allowed provided the application contains no omissions or errors of computation, even though, in the year to which the loss was carried, a deficiency had been proposed exceeding the amount of the tax plus the amount of the loss. The taxpayer is entitled to a credit or refund of the decrease in tax shown on the application even if the 90-day period described in section 6411(b) of the Code has lapsed.

FACTS

In 1977 the taxpayer had a net operating loss of 50x dollars that was carried back to 1974. The taxpayer timely filed a complete Form 1139, Corporation Application for Tentative Refund from Carryback of Net Operating Loss * * *, that contained no omissions or errors of computation. Tax of 100x dollars was shown on the 1974 income tax return but the Service examined the 1974 return and determined a proposed deficiency of 200x dollars that had not been assessed at the time the Form 1139 was filed. The 1974 return is under criminal investigation. It also is anticipated that a current examination of the 1977 return will eliminate the net operating loss.

ISSUES

Question 1

Is the Service required to refund the decrease in tax shown on the Form 1139?

Question 2

Is the Service required to allow the decrease in tax shown on the Form 1139, even if 90 days have elapsed after the Form 1139 was filed?

LAW AND ANALYSIS

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Section 6411(b) of the Internal Revenue Code of 1954 provides that the Secretary shall make, to the extent deemed practical, a limited examination of an application for a tentative carryback adjustment to discover omissions and errors of computation therein and shall determine the amount of the decrease in tax attributable to such carryback. Such examination shall be made within 90 days from the date on which an application for a tentative carryback adjustment is filed or from the last day of the month in which falls the last date prescribed by law (including any extension of time granted the taxpayer) for filing the return for the taxable year of the loss from which such carryback results, whichever is the later. Section 6411(b) also provides that the Secretary may disallow, without further action, any application that contains errors of computation that cannot be corrected within such 90-day period or material omissions. Such section further provides that the decrease in tax attributable to the carryback shall be applied against any unpaid amount of the decreased tax and any remainder shall be credited against any unsatisfied amount of any tax for the taxable year immediately preceding the taxable year of the loss, the time for payment of which tax is extended under section 6164. Any remainder shall, within such 90-day period, be either credited against any tax or installment thereof then due from the taxpayer, or refunded to the taxpayer.

Section 1.6411-2(b) of the Income Tax Regulations provides that, in determining decreases in tax attributable to a carryback, items shall be taken into account only to the extent that they were reported on the return, or were reflected in amounts assessed (or collected without assessment) as deficiencies, or in amounts abated, credited, refunded, or otherwise repaid, before the date the application for a tentative carryback adjustment was filed.

Section 1.6411-3 of the regulations provides that the District Director or Director of a Service Center, in determining decreases in tax attributable to a carryback, will not change an amount claimed on the return because the Director asserts that the taxpayer has claimed an excessive amount; likewise, the Director will not include in gross income any amount not so included by the taxpayer, even though the Director believes that such amount is subject to tax and properly should be included in gross income. If the Director determines that an application for a tentative carryback adjustment contains material omissions, or errors of computation that cannot be corrected within the 90 day period, the application may be disallowed in whole or in part without further action. The Director's action in disallowing in whole or in part, any application for a tentative carryback adjustment shall be final and may not be challenged in any proceeding. Section 1.6411-3(d)(3) of the regulations provides that any remaining decrease in tax attributable to the carryback may, within the 90-day period, in the discretion of the Director, be credited against any tax or installment thereof then due from the taxpayer, and if not so credited, shall be refunded to the taxpayer within such 90-day period.

Section 6411(b) of the Code was enacted as part of the Tax Adjustment Act of 1945, Pub. L. 172, 1945 C.B. 532, a postwar tax package designed to improve the cash position of businesses whose financial position would be strained during the reconversion period. The 90-day period was enacted to speed up refunds attributable to net operating loss carrybacks. It was not intended that the 90-day requirement would prevent such refunds from being made after the 90-day period. See *H.R. Rep. No. 849*, 79th Cong., 1st Sess. (1945), 1945 C.B. 566.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

HOLDINGS

*Question 1*

The Service is required to refund the decrease in tax shown on the Form 1139. However, see Rev. Rul. 60-215, 1960-1 C.B. 642, which holds that the 50 percent fraud penalty imposed by section 6653(b) of the Code is applicable to a deficiency assessed to recover an erroneous allowance of a tentative carryback adjustment made under the provisions of section 6411 where such allowance was induced by fraud.

*Question 2*

The Service is required to allow the decrease in tax shown on the Form 1139, even though the 90-day period has lapsed since the timely filing of the application.

This Revenue Ruling is equally applicable to the filing of Form 1045, Application for Tentative Refund from Carryback of Net Operating Loss * * *.

Rev. Rul. 78-369, 1978-2 C.B. 324, 1978 WL 42239 (IRS RRU)
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.