IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS INC,<br><br>Debtor. | Chapter 11<br>Case No. 07-10416-BLS<br><br>**Objections due by: 11/13/2007**<br>**Hearing Date: 11/20/2007** |

### NOTICE OF WITHDRAWAL OF MOTION
*(relates to Docket No.3659)*

PLEASE TAKE NOTICE that Bank of America N.A. hereby withdraws its Motion for Relief from Automatic Stay (Docket No. 3659) without prejudice.

Dated: November 16, 2007
      Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC


 **/s/ Adam Hiller**
Adam Hiller (DE No. 4105)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

and

Thomas D.H. Barnett (DE No. 994)
Draper & Goldberg, PLLC
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947

*Attorneys for Movant*

*Movant: Ameriquest Mortgage Company c/o AMC Mortgage Services, Inc.*
*D&G Reference:210717*