IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDING INC,<br><br>Debtor. | Chapter 11<br>Case No. 07-10416-BLS |

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 16, 2007, copies of the foregoing Notice of Withdrawal of Motion were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: November 16, 2007            /s/ **Adam Hiller**
      Wilmington, Delaware           Adam Hiller (DE No. 4105)
                                          Draper & Goldberg, PLLC
                                          1500 North French Street, 2nd Floor
                                          Wilmington, Delaware 19801
                                          (302) 339-8776 telephone
                                          (302) 213-0043 facsimile

Aegis Mortgage Corporation
3250 Briarpark
Suite 400
Houston, TX 77042

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Curtis A. Hehn, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young Jones
919 N. Market Street
17th Floor
Wilmington, DE 19801

David M. Bertenthal, Esquire
Joshua M. Fried, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  94111-4500

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Richard S. Cobb, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
PO Box 2087
Wilmington, DE  19899