IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

**NOTICE OF *A*GENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 20, 2007 AT 10:30 A.M.**

I.    **CONTINUED MATTERS:**

1.    General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 630; filed 5/11/07]

Objection deadline:  May 31, 2007; extended to June 7, 2007 at 4:00 p.m.

Objections/Responses Received:

A.    Limited Response of Carrington Capital Management, LLC and Carrington Mortgage Services, LLC to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1165; filed 6/7/07]

B.    Opposition of Debtors and Debtors in Possession to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1166; filed 6/7/07]

---

[1]  The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

C.     Objection of the Official Committee of Unsecured Creditors to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1168; filed 6/7/07]

D.     Objection of the Examiner to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1237; filed 6/14/07]

E.     Limited Objection of Maricopa County Treasurer to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1728; filed 6/28/07]

Related Documents:

i.     Notice of General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 632; filed 5/11/07]

ii.    Certification of Counsel [D.I. 1979; filed 7/20/07]

iii.   Order Approving Stipulation and Agreement Among the Debtors and Citigroup Global Markets Realty Corp. with Respect to the Payment of Cash Collateral [D.I. 2011; filed 7/24/07]

iv.    Certification of Counsel Re:  Second Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [Docket No. 2103; filed 7/31/07]

v.     Revised Certification of Counsel Re:  Second Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [Docket No. 2119; filed 8/1/07]

vi.    Order Approving Second Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation [Docket No. 2134; filed 8/2/07]

vii.   Certification of Counsel Re: Third Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [D.I. 2461; filed 8/22/07]

viii.  Certification of Counsel Re: Fourth Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [D.I. 3176; filed 10/1/07]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for December 5, 2007 at 1:30 p.m.

2.     Stipulation and Order Among Debtors, Official Unsecured Creditors' Committee and Deutsche Bank National Association Trust Company Regarding Reserve and Resolution Procedures for Disputed Cure Claims in Connection with Assumption

and Assignment of Certain Pooling and Servicing Agreements [D.I. 971; filed 5/31/07]

Related Documents:

i.      Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in Their Loan Servicing Business, (b) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 70; filed 4/4/07]

ii.     Deutsche Bank National Trust Company's Adequate Assurance Objection in Connection with Debtors' Proposed Sale of Servicing Business [D.I. 775; filed 5/18/07]

iii.    Joint Reply of Debtors and Debtors in Possession and Official Unsecured Creditors' Committee to (1) Objections of Wells Fargo Bank N.A. to (A) Cure Amounts and (B) Adequate Assurance of Future Performance and (2) Objection of Deutsche Bank National Trust Company to Assumption and/or Cure in Connection with Sale of Debtors' Servicing Business [D.I. 783; filed 5/18/07]

Status:  This matter is being continued to a date to be determined by the parties. The parties will supply the Court with a revised schedule as soon as they have reached an agreement.

3.      Application of Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of Susman Godfrey LLP as Special Litigation Counsel to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e), 328, 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 [D.I. 2073; filed 7/27/07]

Objection Deadline:  August 16, 2007 at 4:00 p.m.; extended indefinitely for the United States Trustee

Objections/Responses Received:  None to date

Related Documents:

i.      Supplemental Declaration of Barry Barnett in Support of Application of Debtors and Debtors in Possession for an Order Authorizing the Retention and Employment of Susman Godfrey LLP as Special Litigation Counsel to Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e), 328, 329, and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016, and 5002 [D.I. 3019; filed 9/21/07]

3

Status: The hearing on this matter is continued to the omnibus hearing scheduled for December 5, 2007 at 1:30 p.m.

## II. UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION:

4.  Motion of LaSalle Bank National Association as Trustee and Custodian for Morgan Stanley for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3389; filed 10/22/07]

    Objection Deadline: November 13, 2007

    Objections/Responses Received: None at this time.

    Related Documents:

    i.    Notice of Motion [D.I. 3392; filed 10/22/07]

    ii.   Certificate of No Objection [D.I. 3823; filed 11/15/07]

    Status: On November 15, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

5.  Motion of Debtors and Debtors in Possession for an Order Authorizing and Approving Assumption of Real Property Lease [D.I. 3422; filed 10/25/07]

    Objection Deadline: November 13, 2007

    Objections/Responses Received: None to date

    Related Documents:

    i.    Certificate of No Objection [D.I. 3828; filed 11/15/07]

    Status: On November 15, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

6.  Motion of Deutsche Bank Trust Company Americas as Trustee for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3441; filed 10/29/07]

    Objection Deadline: November 13, 2007

    Objections/Responses Received: None at this time.

    Related Documents:

    i.    Notice of Motion [D.I. 3442; filed 10/29/07]

RLF1-3223062-1

ii.    Certificate of No Objection [D.I. 3788; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

7.    Motion of Saxon Mortgage Services Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3444; filed 10/29/07]

Objection Deadline: November 13, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.    Notice of Motion [D.I. 3445; filed 10/29/07]

ii.    Certificate of No Objection [D.I. 3781; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

8.    Motion of Consumer Solutions REO, LLC for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3446; filed 10/29/07]

Objection Deadline: November 13, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.    Notice of Motion [D.I. 3447; filed 10/29/07]

ii.    Certificate of No Objection [D.I. 3789; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

9.    Motion of Saxon Mortgage Services, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3584; filed 11/1/07]

Objection Deadline: November 13, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3586; filed 11/1/07]

ii.     Certificate of No Objection [D.I. 3824 filed 11/15/07]

Status: On November 15, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

10.     Motion of Saxon Mortgage Services Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3587; filed 11/1/07]

Objection Deadline: November 13, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3588; filed 11/1/07]

ii.     Certificate of No Objection [D.I. 3790; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

11.     Motion of LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2007-HE1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3589; filed 11/1/07]

Objection Deadline: November 13, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3590; filed 11/1/07]

ii.     Certificate of No Objection [D.I. 3783; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

12.     Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 28 Willow Oak Lane, Dawsonville, GA 30534 [D.I. 3603; filed 11/2/07]

Objection Deadline: November 13, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3604; filed 11/2/07]

ii.     Amended Notice of Motion [D.I. 3678; filed 11/6/07]

iii.    Certificate of No Objection [D.I. 3806; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

13.   Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1523 North Dearborn Street, Indianapolis, IN 46201 [D.I. 3623; filed 11/5/07]

Objection Deadline: November 13, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3625; filed 11/5/07]

ii.     Amended Notice of Motion [D.I. 3678; filed 11/6/07]

iii.    Certificate of No Objection [D.I. 3797; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

14.   Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3909 Shirlene Place, La Mesa, CA 91941 [D.I. 3626; filed 11/5/07]

Objection Deadline: November 13, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3631; filed 11/5/07]

ii.     Amended Notice of Motion [D.I. 3678; filed 11/6/07]

iii.    Certificate of No Objection [D.I. 3801; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

15.     Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 44041 Palm Lane, Lancaster, CA 93535 [D.I. 3628; filed 11/5/07]

Objection Deadline: November 13, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3630; filed 11/5/07]

ii.     Amended Notice of Motion [D.I. 3678; filed 11/6/07]

iii.    Certificate of No Objection [D.I. 3807; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

16.     Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1329 Flamingo Place, El Cajon, CA 92021 [D.I. 3632; filed 11/5/07]

Objection Deadline: November 13, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3636; filed 11/5/07]

ii.     Amended Notice of Motion [D.I. 3678; filed 11/6/07]

iii.    Certificate of No Objection [D.I. 3798; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

17.     Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8609 Palmerson Drive, Antelope, CA 95843 [D.I. 3633; filed 11/5/07]

Objection Deadline: November 13, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3635; filed 11/5/07]

ii.     Amended Notice of Motion [D.I. 3678; filed 11/6/07]

iii.    Certificate of No Objection [D.I. 3811; filed 11/14/07]

Status:  On November 14, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

18.    Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5030 Valley Crest Drive #82, Concord, CA 94521 [D.I. 3637; filed 11/5/07]

Objection Deadline:  November 13, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3639; filed 11/5/07]

ii.     Amended Notice of Motion [D.I. 3678; filed 11/6/07]

iii.    Certificate of No Objection [D.I. 3812; filed 11/14/07]

Status:  On November 14, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

19.    Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1216 Normandy Drive, Modesto, CA 95351 [D.I. 3638; filed 11/5/07]

Objection Deadline:  November 13, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3641; filed 11/5/07]

ii.     Amended Notice of Motion [D.I. 3678; filed 11/6/07]

  iii.  Certificate of No Objection [D.I. 3808; filed 11/14/07]

  Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

20.  Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4605 Greenholme Drive #2, Sacramento, CA 95842 [D.I. 3642; filed 11/5/07]

  Objection Deadline: November 13, 2007

  Objections/Responses Received: None at this time.

  Related Documents:

  i.  Notice of Motion [D.I. 3643; filed 11/5/07]

  ii.  Amended Notice of Motion [D.I. 3678; filed 11/6/07]

  iii.  Certificate of No Objection [D.I. 3803; filed 11/14/07]

  Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

21.  Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 313 Condor Court, Patterson, CA 95363 [D.I. 3644; 11/5/07]

  Objection Deadline: November 13, 2007

  Objections/Responses Received: None at this time.

  Related Documents:

  i.  Notice of Motion [D.I. 3647; filed 11/5/07]

  ii.  Amended Notice of Motion [D.I. 3678; filed 11/6/07]

  iii.  Certificate of No Objection [D.I. 3813; filed 11/14/07]

  Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

22.  Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 91-1760 Paeko Street, EWA Beach, Hawaii 96706 [D.I. 3645; filed 11/5/07]

Objection Deadline: November 13, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.    Notice of Motion [D.I. 3648; filed 11/5/07]

ii.   Amended Notice of Motion [D.I. 3678; filed 11/6/07]

iii.  Certificate of No Objection [D.I. 3799; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

23.    Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8444 Farmers Lane, Bakersfield, CA 93307 [D.I. 3649; filed 11/5/07]

Objection Deadline: November 13, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.    Notice of Motion [D.I. 3650; filed 11/5/07]

ii.   Amended Notice of Motion [D.I. 3678; filed 11/6/07]

iii.  Certificate of No Objection [D.I. 3795; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

24.    Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8791 Mannington Street, Elk Grove, CA 95758 [D.I. 3651; filed 11/5/07]

Objection Deadline: November 13, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.    Notice of Motion [D.I. 3653; filed 11/5/07]

ii.   Amended Notice of Motion [D.I. 3678; filed 11/6/07]

iii.        Certificate of No Objection [D.I. 3809; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect
to this matter. Accordingly, a hearing on this matter is only necessary to
the extent the Court has any questions or concerns.

25.    Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy
Code with Respect to Real Property Located at 5 St. Judes Court, Saratoga
Springs, NY 12866 [D.I. 3652; filed 11/5/07]

Objection Deadline: November 13, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.         Notice of Motion [D.I. 3654; filed 11/5/07]

ii.        Amended Notice of Motion [D.I. 3678; filed 11/6/07]

iii.       Certificate of No Objection [D.I. 3796; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect
to this matter. Accordingly, a hearing on this matter is only necessary to
the extent the Court has any questions or concerns.

26.    Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy
Code with Respect to Real Property Located at 1140 Whitefiled, Dearborn
Heights, MI 48127 [D.I. 3655; filed 11/5/07]

Objection Deadline: November 13, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.         Notice of Motion [D.I. 3656; filed 11/5/07]

ii.        Amended Notice of Motion [D.I. 3678; filed 11/6/07]

iii.       Certificate of No Objection [D.I. 3804; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect
to this matter. Accordingly, a hearing on this matter is only necessary to
the extent the Court has any questions or concerns.

27.    Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy
Code with Respect to Real Property Located at 1636 Georgetown Way, Salinas,
CA 93906 [D.I. 3657; filed 11/5/07]

Objection Deadline:  November 13, 2007

Objections/Responses Received:  None at this time.

Related Documents:

    i.      Notice of Motion [D.I. 3660; filed 11/5/07]

    ii.     Amended Notice of Motion [D.I. 3678; filed 11/6/07]

    iii.    Certificate of No Objection [D.I. 3800; filed 11/14/07]

Status:  On November 14, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

28.    Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 11255 Big Cone Drive, Lakeside, CA 92040 [D.I. 3662; filed 11/5/07]

Objection Deadline:  November 13, 2007

Objections/Responses Received:  None at this time.

Related Documents:

    i.      Notice of Motion [D.I. 3663; filed 11/5/07]

    ii.     Amended Notice of Motion [D.I. 3678; filed 11/6/07]

    iii.    Certificate of No Objection [D.I. 3810; filed 11/14/07]

Status:  On November 14, 2007, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

29.    Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3530 Poltair Drive, Perris, CA 92571 [D.I. 3665; filed 11/5/07]

Objection Deadline:  November 13, 2007

Objections/Responses Received:  None at this time.

Related Documents:

    i.      Notice of Motion [D.I. 3664; filed 11/5/07]

    ii.     Amended Notice of Motion [D.I. 3678; filed 11/6/07]

iii.    Certificate of No Objection [D.I. 3804; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

30.    Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1927 & 1929 Colt Drive, Stockton, CA 95209 [D.I. 3667; filed 11/5/07]

Objection Deadline:  November 13, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.    Notice of Motion [D.I. 3668; filed 11/5/07]

ii.    Amended Notice of Motion [D.I. 3678; filed 11/6/07]

iii.    Certificate of No Objection [D.I. 3802; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

31.    Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 28 Willow Oak Lane, Dawsonville, GA 30534 [D.I. 3670; filed 11/5/07]

Objection Deadline:  November 13, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.    Notice of Motion [D.I. 3671; filed 11/5/07]

ii.    Certificate of No Objection [D.I. 3825; filed 11/15/07]

Status: On November 15, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

32.    Motion of Consumer Solutions LLC for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3686; filed 11/6/07]

Objection Deadline:  November 13, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.       Notice of Motion [D.I. 3688; filed 11/6/07]

ii.      Certificate of No Objection [D.I. 3773; filed 11/14/07]

Status:  On November 14, 2007, a certificate of no objection was filed with respect
to this matter.  Accordingly, a hearing on this matter is only necessary to
the extent the Court has any questions or concerns.

33.    Motion of U.S. Bank National Association, as Trustee for Home Equity Loan
Trust 2004-HE7, by Saxon Mortgage Services Inc. as its Attorney-In-Fact for
Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I.
3689; filed 11/6/07]

Objection Deadline:  November 13, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.       Notice of Motion [D.I. 3691; filed 11/6/07]

ii.      Certificate of No Objection [D.I. 3774; filed 11/14/07]

Status:  On November 14, 2007, a certificate of no objection was filed with respect
to this matter.  Accordingly, a hearing on this matter is only necessary to
the extent the Court has any questions or concerns.

34.    Motion of Deutsche Bank Trust Company Americas, as Trustee and Custodian for
HSBC Bank USA, NA ACE 2006-NC1 By:  Saxon Mortgage Services Inc. as Its
Attorney-In-Fact for Relief from Automatic Stay Under Section 362 of the
Bankruptcy Code [D.I. 3701; filed 11/6/07]

Objection Deadline:  November 13, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.       Notice of Motion [D.I. 3703; filed 11/6/07]

ii.      Certificate of No Objection [D.I. 3791; filed 11/14/07]

Status:  On November 14, 2007, a certificate of no objection was filed with respect
to this matter.  Accordingly, a hearing on this matter is only necessary to
the extent the Court has any questions or concerns.

35.    Motion of LaSalle Bank National Association, as Trustee and Custodian for
       Morgan Stanley, MSAC 2006-HE8 By: Saxon Mortgage Services, Inc. as Its
       Attorney-In-Fact for Relief from Automatic Stay Under Section 362 of the
       Bankruptcy Code [D.I. 3704; filed 11/6/07]

       Objection Deadline: November 13, 2007

       Objections/Responses Received:  None at this time.

       Related Documents:

       i.      Notice of Motion [D.I. 3705; filed 11/6/07]

       ii.     Certificate of No Objection [D.I. 3784; filed 11/14/07]

       Status: On November 14, 2007, a certificate of no objection was filed with respect
               to this matter.  Accordingly, a hearing on this matter is only necessary to
               the extent the Court has any questions or concerns.

36.    Motion of FNMA for Relief from Automatic Stay Under Section 362 of the
       Bankruptcy Code [D.I. 3706; filed 11/6/07]

       Objection Deadline: November 13, 2007

       Objections/Responses Received:  None at this time.

       Related Documents:

       i.      Notice of Motion [D.I. 3707; filed 11/6/07]

       ii.     Certificate of No Objection [D.I. 3793; filed 11/14/07]

       Status: On November 14, 2007, a certificate of no objection was filed with respect
               to this matter.  Accordingly, a hearing on this matter is only necessary to
               the extent the Court has any questions or concerns.

37.    Motion of U.S. Bank National Association, as Trustee for Home Equity Loan
       Trust 2004-HE7, by Saxon Mortgage Services Inc. As Its Attorney-In-Fact for
       Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I.
       3708; filed 11/6/07]

       Objection Deadline: November 13, 2007

       Objections/Responses Received:  None at this time.

       Related Documents:

    i.       Notice of Motion [D.I. 3709; filed 11/6/07]

    ii.     Certificate of No Objection [D.I. 3779; filed 11/14/07]

    Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

38.    Motion of Deutsche Bank Trust Company Americas, As Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1 By: Saxon Mortgage Services Inc. As Its Attorney-In-Fact for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3710; filed 11/6/07]

    Objection Deadline: November 13, 2007

    Objections/Responses Received: None at this time.

    Related Documents:

    i.       Notice of Motion [D.I. 3713; filed 11/6/07]

    ii.     Certificate of No Objection [D.I. 3785; filed 11/14/07]

    Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

39.    Motion of Saxon Mortgage Services, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3711; filed 11/6/07]

    Objection Deadline: November 13, 2007

    Objections/Responses Received: None at this time.

    Related Documents:

    i.       Notice of Motion [D.I. 3712; filed 11/6/07]

    ii.     Certificate of No Objection [D.I. 3776; filed 11/14/07]

    Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

40.    Motion of Deutsche Bank Trust Company Americas Formerly Known As Banker's Trust Company as Trustee and Custodian for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3714; filed 11/6/07]

    Objection Deadline: November 13, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3715; filed 11/6/07]

ii.     Certificate of No Objection [D.I. 3787; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

41.     Motion of US Bank National Association, as Trustee for Home Equity Loan Trust, for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3716; filed 11/6/07]

Objection Deadline: November 13, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3717; filed 11/6/07]

ii.     Certificate of No Objection [D.I. 3780; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

42.     Motion of U.S. Bank National Association as Trustee for Home Equity Loan Trust 2004-HE7, by Saxon Mortgage Services Inc. As Its Attorney-In-Fact for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3718; filed 11/6/07]

Objection Deadline: November 13, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3720; filed 11/6/07]

ii.     Certificate of No Objection [D.I. 3775; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

43.     Motion of LaSalle Bank National Association, as Trustee and Custodian for
        Morgan Stanley, MSAC 2006-HE8 By: Saxon Mortgage Services, Inc. As Its
        Attorney-In-Fact for Relief from Automatic Stay Under Section 362 of the
        Bankruptcy Code [D.I. 3719; filed 11/6/07]

        Objection Deadline: November 13, 2007

        Objections/Responses Received: None at this time.

        Related Documents:

        i.      Notice of Motion [D.I. 3721; filed 11/6/07]

        ii.     Certificate of No Objection [D.I. 3786; filed 11/14/07]

        Status: On November 14, 2007, a certificate of no objection was filed with respect
                to this matter. Accordingly, a hearing on this matter is only necessary to
                the extent the Court has any questions or concerns.

44.     Motion of Deutsche Bank Trust Company Americas Formerly Known as Banker's
        Trust Company, as Trustee and Custodian for Morgan Stanley ABS I Capital Inc.,
        MSAC 2007-HE2 By: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage
        Services, Inc. for Relief from Automatic Stay Under Section 362 of the
        Bankruptcy Code [D.I. 3722; filed 11/6/07]

        Objection Deadline: November 13, 2007

        Objections/Responses Received: None at this time.

        Related Documents:

        i.      Notice of Motion [D.I. 3723; filed 11/6/07]

        ii.     Certificate of No Objection [D.I. 3794; filed 11/14/07]

        Status: On November 14, 2007, a certificate of no objection was filed with respect
                to this matter. Accordingly, a hearing on this matter is only necessary to
                the extent the Court has any questions or concerns.

45.     Motion of Wells Fargo Bank, National Association, as Trustee for HSBC Bank
        USA, NA, ACE 2005-RM2 By: Saxon Mortgage Services, Inc. f/k/a Meritech
        Mortgage Services, Inc. As Their Attorney-In-Fact for Relief from Automatic
        Stay Under Section 362 of the Bankruptcy Code [D.I. 3724; filed 11/6/07]

        Objection Deadline: November 13, 2007

        Objections/Responses Received: None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3725; filed 11/6/07]

ii.     Certificate of No Objection [D.I. 3778; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

46.     Motion of U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HE5, by Saxon Mortgage Services, Inc. As Its Attorney-In-Fact for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3726; filed 11/6/07]

Objection Deadline: November 13, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3731; filed 11/6/07]

ii.     Certificate of No Objection [D.I. 3777; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

47.     Motion of Deutsche Bank Trust Company America, as Trustee for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3743; filed 11/7/07]

Objection Deadline: November 13, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3745; filed 11/7/07]

ii.     Certificate of No Objection [D.I. 3782; filed 11/14/07]

Status: On November 14, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

**III.    UNCONTESTED MATTERS GOING FORWARD:**

48.    National City Commercial Capital Company LLC's Motion for Relief from Automatic Stay [D.I. 2857; filed 9/19/07]

Objection Deadline:  October 18, 2007; extended to November 15, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.    Exhibits to be Attached to National City Commercial Capital Company LLC's Motion for Relief from Automatic Stay [D.I. 3022; filed 9/24/07]

ii.    Amended Notice of Motion of Stay [D.I. 3070; filed 9/26/07]

Status:  The hearing on this matter is going forward.

49.    Motion of ADT Security Services, Inc. to Compel the Payment of Administrative Expenses Claim Pursuant to 11 U.S.C. Section 503(b)(1) [D.I. 3229; filed 10/5/07]

Objection Deadline:  October 16, 2007

Objections/Responses Received:  None to date

Related Documents:  None to date.

Status:  The hearing on this matter is going forward.

50.    Household Finance Realty Corporation of New York's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) [D.I. 3399; filed 10/23/07]

Objection Deadline:  November 13, 2007

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status:  Counsel for the movant has indicated they intend to file a certificate of no objection with respect to this matter on November 16, 2007.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

51.    Debtors' Motion for Order Pursuant to Sections 105(a) and 363(b)(1) of the Bankruptcy Code Authorizing Debtors' Consent to Amendment of Certain Limited Partnership Agreement [D.I. 3614; filed 11/2/07]

Objection Deadline:  November 13, 2007; extended for U.S. Trustee to November 15, 2007 at 12:00 a.m.

Objections/Responses Received:  None to date

Related Documents:

i.      Motion of Debtors and Debtors in Possession for an Order Authorizing the Debtors to File Under Seal Certain Information Included on Exhibits A, B, C and D to the Debtors' Motion for Order Pursuant to Sections 105(a) and 363(b)(1) of the Bankruptcy Code Authorizing Debtors' Consent to Amendment of Certain Limited Partnership Agreement [D.I. 3615; filed 11/2/07]

Status:  The hearing on this matter is going forward.

## IV.    **CONTESTED MATTERS GOING FORWARD:**

52.     Motion of Debtors-In-Possession, Pursuant to Sections 362 and 363 of the Bankruptcy Code, to Authorize Termination of Captive Insurer's Remaining Obligations Under Captive Insurance Contracts, Permit Setoff and Grant Related Relief [D.I. 3612; filed 11/2/07]

Objection Deadline:  November 13, 2007

Objections/Responses Received:

A.      Limited Objection of Rubio Claimants to the Motion of Debtors-In-Possession Pursuant to Sections 362 and 363 of the Bankruptcy Code, to Authorize Termination of Captive Insurer's Remaining Obligations Under Captive Insurance Contracts, Permit Setoff and Grant Related Relief [D.I. 3770; filed 11/13/07]

Related Documents:

i.      Declaration of Michael Coulter in Reply to Limited Objection of Rubio Claimants to the Motion of Debtor-In-Possession Pursuant to Sections 362 and 363 of the Bankruptcy Code, to Authorize Termination of Captive Insurer's Remaining Obligations Under Captive Insurance Contracts, Permit Setoff and Grant Related to Relief [D.I. 3831; filed 11/16/07]

Status:  The hearing on this matter is going forward.

Dated:  November 16, 2007
       Wilmington, Delaware

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:   (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION