**EXHIBIT A**



REMIT TO ADDRESS:
222 S. MAIN STREET
AKRON, OHIO 44308-2098
(330) 376-2700
FAX (330) 376-4577
ramail@ralaw.com

FEDERAL TAX ID #34-1245415

NEW CENTURY FINANCIAL CORP.  
18400 VON KARMAN AVE.  
SUITE 1000  
IRVINE, CA 90017

Invoice: 736266  
Client/Matter: 117805.0001  
November 12, 2007

For Professional Services Rendered  
For The Period Through October 31, 2007

Total Due This Invoice    $ 12,344.14

Re: <u>LITIGATION RE TRO</u>

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **<u>582155 -Deutsche v Barton Jr.</u>** | | | | | |
| 10/01/07 | JS | Receive and review emails from Mr. Metcalf and Ms. Richman regarding Case No. 582155 and the possibilities of appearing as counsel in that case, and attention to related issues (.2); follow-up email exchange with Ms. Richman regarding service of process issues, and attention to related issues (.2). | 0.40 | 230.00 | 92.00 |
| 10/11/07 | JS | Retrieve and review updated docket (.2); attention to Mr. DeVyver's pending Motion for Leave to Withdraw (.1); receive and review email from Mr. Rooney regarding same (.1); attention to related issues, and detailed email to Mr. Rooney and Mr. Scherzer regarding status of case and strategy for proceeding (.4). | 0.80 | 230.00 | 184.00 |
| 10/12/07 | GWR | Email exchange re: Entry of Appearance. | 0.10 | 375.00 | 37.50 |
| 10/12/07 | JS | Attention to potential representation issues and email exchanges with Mr. Rooney and Mr. Scherzer regarding related issues. | 0.20 | 230.00 | 46.00 |
| 10/16/07 | JS | Receive and review email from Mr. Rooney regarding issues raised in Mr. Metcalf's email to Mr. Fulton, and attention to related issues (.2); receive and review email from Mr. Rooney regarding potential appearance as counsel in foreclosure action (.1); conference with and email to Mr. Scherzer regarding related issues | 0.80 | 230.00 | 184.00 |

**"THIS IS A CONFIDENTIAL ATTORNEY/CLIENT COMMUNICATION"**

Akron    Cincinnati    Cleveland    Columbus    Toledo    Fort Myers    Naples    Orlando    Tallahassee    Washington D.C.

www.ralaw.com



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 736266
November 12, 2007
Page 2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | (.5). | | | |
| 10/19/07 | JS | Email exchanges with Ms. Thimmig regarding Deutsche Bank's recent requests for relief from the bankruptcy stay (.3); attention to the potential impact of the same on the foreclosure actions now pending (.2). | 0.50 | 230.00 | 115.00 |
| 10/19/07 | DT | Receipt and review various certificates related to Motions for Relief filed by Deutsche Bank National Trust Company(.70); e-mail to J. Schriner re: same and determining whether relief has been obtained relative to Ohio litigation(.30); e-mail to D. Scherzer re: appointment of Fee Auditor and revisions to application process(.20) receipt, review and respond to e-mails from J. Schriner re: status of relief from stay motions and impact on Ohio litigation(.30). | 1.50 | 340.00 | 510.00 |
| 10/23/07 | JS | Retrieve and review updated docket (.1); attention to continued lack of service and Plaintiff's absence of instructions regarding service of the Amended Complaint upon New Century (.2); detailed email to Mr. Rooney and Mr. Scherzer regarding related issues (.3). | 0.60 | 230.00 | 138.00 |
| | | **Task Subtotal** | | | **1,306.50** |

**602574   -Deutsche v Wallace Jr.**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/07 | GWR | Review recent case filings (0.1); email exchange re: stay issues (0.1). | 0.20 | 375.00 | 75.00 |
| 10/10/07 | DSS | Review several e-mails regarding additional cases filed by mortgagors for which Roetzel will be come counsel of record (.3); Review notices of withdrawal filed by New Century's former counsel (.2) | 0.50 | 400.00 | 200.00 |
| 10/11/07 | GWR | Email exchange re: NC counsel motion to withdraw (0.2); email exchange re: potential stay violation (0.2). | 0.40 | 375.00 | 150.00 |
| 10/11/07 | DSS | Review e-mail from counsel for Realty Corporation of America and T. Viola regarding possible mediation (.2); Prepared e-mail to B. Metcalf, New Century's bankruptcy counsel, | 0.70 | 400.00 | 280.00 |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



**A LEGAL PROFESSIONAL ASSOCIATION**

| 117805.0001 | Invoice: 736266 |
| --- | --- |
| LITIGATION RE TRO | November 12, 2007 |
| | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| | | regarding same (.2); Exchange e-mails with G. Rooney and J. Schriner regarding various mortgage foreclosure cases in which Roetzel & Andress will appear on behalf of New Century (.3) | | | |
| 10/11/07 | JS | Retrieve and review updated docket (.2); attention to Mr. DeVyver's pending Motion for Leave to Withdraw (.1); receive and review email from Mr. Rooney regarding same (.1); attention to related issues, and detailed email to Mr. Rooney and Mr. Scherzer regarding status of case and strategy for proceeding (.4). | 0.80 | 230.00 | 184.00 |
| 10/12/07 | DSS | Review e-mail from B. Metcalf regarding preparation of response to counsel for T. Viola and Realty Corp. of America | 0.10 | 400.00 | 40.00 |
| 10/15/07 | GWR | Review letter re: mediation (0.1); email to Ms. Thimmig re: same and stay issue (0.1). | 0.20 | 375.00 | 75.00 |
| 10/15/07 | DSS | Review e-mails from J. Schriner and K. Richman regarding additional C. Wallace cases | 0.20 | 400.00 | 80.00 |
| 10/15/07 | JS | Receive and review emails from Mr. Rooney and Mr. Scherzer regarding letter suggesting Mediation and how to respond to the same (.2); attention to related issues (.1); receive and review email from Mr. Metcalf to Mr. Norman regarding violation of stay (.2). | 0.50 | 230.00 | 115.00 |
| 10/15/07 | DT | Receipt and review e-mails from G. Rooney and D. Scherzer re: response to request for mediation. | 0.20 | 340.00 | 68.00 |
| 10/16/07 | DSS | Review e-mails regarding C. Wallace cases | 0.20 | 400.00 | 80.00 |
| 10/22/07 | DSS | Review e-mail from counsel for Realty Corp. of America and T. Viola | 0.20 | 400.00 | 80.00 |
| 10/23/07 | DSS | Exchange e-mails with J. Schriner regarding status of various foreclosure actions (.2); Confer with J. Schriner regarding same (.1); | 0.30 | 400.00 | 120.00 |
| 10/23/07 | JS | Retrieve and review updated docket (.1); attention to continued stay of proceedings (.1); email to Mr. Rooney and Mr. Scherzer regarding related issues (.2). | 0.40 | 230.00 | 92.00 |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

| 117805.0001 | Invoice: 736266 |
|---|---|
| LITIGATION RE TRO | November 12, 2007 |
| | Page 4 |

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/24/07 | DSS | Exchange e-mails with K. Richman regarding status of mediation (.2); Review e-mail from counsel for T. Viola and Realty Corp. of America (.1) | 0.30 | 400.00 | 120.00 |
|  |  | **Task Subtotal** |  |  | **1,759.00** |

**604781   -Deutsche v Wallace Jr.**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 10/05/07 | GWR | Review recent case filings and settlement letter (0.2); email exchange re: stay issues (0.1). | 0.30 | 375.00 | 112.50 |
| 10/11/07 | JS | Retrieve and review updated docket (.2); attention to Mr. DeVyver's pending Motion for Leave to Withdraw (.1); receive and review email from Mr. Rooney regarding same (.1); attention to related issues, and detailed email to Mr. Rooney and Mr. Scherzer regarding status of case and strategy for proceeding (.4). | 0.80 | 230.00 | 184.00 |
| 10/12/07 | GWR | Email exchange re: Entry of Appearance. | 0.10 | 375.00 | 37.50 |
| 10/12/07 | JS | Attention to potential representation issues and email exchanges with Mr. Rooney and Mr. Scherzer regarding related issues. | 0.20 | 230.00 | 46.00 |
| 10/16/07 | GWR | Email exchange re: cross-claim and potential violation of stay (0.2). | 0.20 | 375.00 | 75.00 |
| 10/23/07 | JS | Retrieve and review updated docket (.1); attention to various recent Court Orders and their impact upon the litigation (.3); email to Mr. Rooney and Mr. Scherzer regarding related issues and potential impact of Deutsche Bank's recent requests for relief from the stay (.4). | 0.80 | 230.00 | 184.00 |
|  |  | **Task Subtotal** |  |  | **639.00** |

**606084   -Deutsche v Wallace Jr.**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 10/05/07 | GWR | Review recent case filings (0.1); email exchange re: stay issues (0.1). | 0.20 | 375.00 | 75.00 |
| 10/11/07 | JS | Retrieve and review updated docket (.2); attention to Mr. DeVyver's pending Motion for Leave to Withdraw (.1); receive and review email from Mr. Rooney regarding same (.1); attention to related issues, and detailed email to | 0.80 | 230.00 | 184.00 |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



**A LEGAL PROFESSIONAL ASSOCIATION**

| 117805.0001 | | | Invoice: 736266 |
| LITIGATION RE TRO | | | November 12, 2007 |
| | | | Page 5 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Mr. Rooney and Mr. Scherzer regarding status of case and strategy for proceeding (.4). | | | |
| 10/12/07 | GWR | Email exchange re: Entry of Appearance. | 0.10 | 375.00 | 37.50 |
| 10/12/07 | JS | Attention to potential representation issues and email exchanges with Mr. Rooney and Mr. Scherzer regarding related issues. | 0.20 | 230.00 | 46.00 |
| 10/23/07 | JS | Retrieve and review updated docket (.1); attention to various recent Court Orders and their impact upon the litigation (.3); email to Mr. Rooney and Mr. Scherzer regarding related issues and potential impact of Deutsche Bank's recent requests for relief from the stay (.4). | 0.80 | 230.00 | 184.00 |
| | | **Task Subtotal** | | | **526.50** |

**618660   -State of Ohio v New Century Mtg.**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/07 | DSS | Telephone call with R. Hart regarding M. Mills issue and reporting requirements to the credit agencies(.3); Prepared e-mail to J. Schriner regarding same (.1) | 0.40 | 400.00 | 160.00 |
| 10/02/07 | JS | Email exchange with Mr. Scherzer regarding status of Ms. Mills' loan, and attention to related issues. | 0.20 | 230.00 | 46.00 |
| 10/03/07 | DSS | Exchange e-mails with J. Schriner regarding complaint by M. Mills complaints about reports submitted by New Century to credit agencies | 0.20 | 400.00 | 80.00 |
| 10/03/07 | JS | Conference with Mr. Scherzer regarding Ms. Mills' loan (.2); review client documents and previously-filed Agreed Entries to determine that her loan has been released from the terms of the Stipulated Preliminary Injunction (.5); follow-up email to and discussion with Mr. Scherzer regarding related issues (.2). | 0.90 | 230.00 | 207.00 |
| 10/04/07 | GWR | Email exchanges re: release of DBSP loans, including attached documents (0.7). | 0.70 | 375.00 | 262.50 |
| 10/04/07 | DSS | Telephone call with K. Richman regarding credit agency issue (.2); Telephone call with K. Richman regarding continuing issues in Ohio litigation (.2); Begin drafting correspondence to | 0.60 | 400.00 | 240.00 |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



**A LEGAL PROFESSIONAL ASSOCIATION**

| 117805.0001 | | | | Invoice: 736266 |
|---|---|---|---|---|
| LITIGATION RE TRO | | | | November 12, 2007 |
| | | | | Page 6 |

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | M. Mills (.2); | | | |
| 10/04/07 | DSS | Review several e-mails from R. Hart of the Ohio Attorney General, J. Schriner, G. Rooney and K. Richman regarding the proposed release from the Stipulated Preliminary Injunction by the State of Ohio of additional loans; Respond as necessary (.5); Respond as necessary to e-mails (.2) | 0.70 | 400.00 | 280.00 |
| 10/04/07 | JS | Receive and review email from Mr. Hart and the new proposed Agreed Entry attached thereto (.2); review the Agreement for a Stay of Mortgage Loan Foreclosures, upon which the proposed Agreed Entry is based (.3); email exchange with Mr. Rooney regarding possible duplication of prior Agreed Entries (.2); review client documents and prior Agreed Entries to clarify related concerns (.4); follow-up email exchange with Mr. Rooney regarding related issues and on approval of the proposed Agreed Entry (.2); email to Mr. Scherzer regarding same (.1). | 1.40 | 230.00 | 322.00 |
| 10/05/07 | JS | Conference with Mr. Rooney regarding latest proposed Journal Entry (.1); attention to related issues and email to Ms. Richman regarding same (.2); receive and review emails from Mr. DeVyver and Ms. Richman regarding status of foreclosure actions (.1); receive and review various pleadings, Court Orders and the Pre-Trial Settlement Demand forwarded by Mr. DeVyver, and attention to issues raised therein (.8); email exchanges with Mr. Rooney regarding related issues, including the involvement of Realty Corporation of America (.4). | 1.60 | 230.00 | 368.00 |
| 10/08/07 | DSS | Exchange e-mails with M. Loewenthal regarding Ohio Attorney General (.2); Review e-mails from D. Thimmig and J. Schriner regarding additional New Century cases with which we are involved | 0.40 | 400.00 | 160.00 |
| 10/08/07 | JS | Attention to factual and legal allegations made in Pre-Trial Settlement Demand, and consider | 0.80 | 230.00 | 184.00 |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

117805.0001
LITIGATION RE TRO

Invoice: 736266
November 12, 2007
Page 7

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | the same as a potential violation of the bankruptcy stay. | | | |
| 10/10/07 | GWR | Email exchanges re: further DBSP release (0.3). | 0.40 | 375.00 | 150.00 |
| 10/10/07 | DSS | Review and respond as necessary to several e-mails from J. Schriner and E. Kraus regarding new entry to release additional loans from the Stipulated Preliminary Injunction | 0.50 | 400.00 | 200.00 |
| 10/10/07 | JS | Receive and review email from Mr. Kraus regarding his desire to present the proposed Agreed Entry to the Court (.1); attention to related issues, and email exchanges with Mr. Scherzer regarding same (.3); email exchanges with Ms. Richman regarding related issues and her approval of draft Agreed Entry (.4); email exchanges and discussion with Mr. Kraus regarding same (.4); receive and review Motions to Withdraw filed by Mr. DeVyver (.2); email exchange with Ms. Richman regarding same (.1). | 1.50 | 230.00 | 345.00 |
| 10/11/07 | DSS | Exchange several e-mails regarding Judge Gallagher's signing order to release additional loans from the Stipulated Preliminary Injunction | 0.30 | 400.00 | 120.00 |
| 10/11/07 | JS | Receive and review emails from Mr. Gallo and Mr. Rooney regarding initial Complaint filed by the Attorney General (.1); attention to related issues and follow-up email exchange with Mr. Gallo regarding related issues (.2); email exchange with Mr. Kraus regarding plan to present Court with the latest proposed Agreed Entry today (.2); prepare for and participate in meeting at the Court with Mr. Kraus, during which the Judge signed the Agreed Entry (1.5); follow-up email exchange with Ms. Richman regarding same (.1); follow up email exchanges with Mr. Kraus and Mr. Hart regarding same (.2). | 2.30 | 230.00 | 529.00 |
| 10/17/07 | DSS | Exchange e-mails with K. Richman regarding document retention issues in Ohio (.2); Review Motion to Intervene and several e-mails regarding same (.2) | 0.40 | 400.00 | 160.00 |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



**A LEGAL PROFESSIONAL ASSOCIATION**

117805.0001  
LITIGATION RE TRO

Invoice: 736266  
November 12, 2007  
Page 8

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/17/07 | JS | Receive and review Motion to Intervene and Memorandum in Support, filed on behalf of Mr. and Mrs. Moore (.4); attention to related issues and email to Ms. Richman regarding same (.4); receive and review emails from Ms. Hletko, Mr. Loewenthal, Mr. Nagy and Ms. Richman regarding document retention issues (.2); attention to related issues and email exchanges with Mr. Rooney and Ms. Richman regarding same (.2). | 1.20 | 230.00 | 276.00 |
| 10/18/07 | DSS | Telephone call with V. Hletko regarding document retention issues in the state of Ohio (.2); Review e-mail from V. Hletko regarding same (.2); Exchange e-mails with M. Loewenthal regarding same (.3); Prepared e-mail to R. Hart of the Ohio Attorney General's office regarding same (.2) | 0.90 | 400.00 | 360.00 |
| 10/18/07 | JS | Conference with Mr. Scherzer regarding Motion to Intervene and potential responses thereto, and attention to related issues (.3); receive and review emails from Mr. Scherzer, Mr. Loewenthal and Mr. Rooney regarding document retention issues, and attention to related concerns (.2). | 0.50 | 230.00 | 115.00 |
| 10/19/07 | DSS | Prepared e-mail to R. Hart regarding document retention issues | 0.20 | 400.00 | 80.00 |
| 10/23/07 | DSS | Telephone call with R. Hart regarding document retention issues (.3); Conference call with R. Hart and M. Loewenthal regarding same (.3) | 0.60 | 400.00 | 240.00 |
| 10/23/07 | JS | Strategy conference with Mr. Scherzer regarding various pending issues and strategy for proceeding (.5); Multiple follow-up messages to Mr. Scherzer regarding related issues (.3). | 0.80 | 230.00 | 184.00 |
| 10/29/07 | DSS | Exchange e-mails with R. Hart regarding issues pertaining to maintenance of electronic files only (.4); Exchange e-mails with M. Loewenthal regarding same (.4); | 0.80 | 400.00 | 320.00 |
| 10/31/07 | DSS | Exchange e-mails with R. Hart regarding document preservation issues (.2); Exchange e-mails with M. Loewenthal regarding same (.2); | 0.60 | 400.00 | 240.00 |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**  
**PLEASE REMIT PAYMENT UPON RECEIPT**



**A LEGAL PROFESSIONAL ASSOCIATION**
| | | | Invoice: 736266 |
|---|---|---|---|
| 117805.0001 | | | November 12, 2007 |
| LITIGATION RE TRO | | | Page 9 |

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Telephone call with R. Hart regarding same (.2); | | | |
| | | **Task Subtotal** | | | **5,628.50** |

**BANK -Bankruptcy Filings and Certifications**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/04/07 | DT | Telephone call with D. Scherzer re: additional case files assigned to Roetzel & Andress and recommendation for task coding each case. | 0.30 | 340.00 | 102.00 |
| 10/08/07 | JS | Receive and review email from Ms. Thimmig regarding information required for fee application (.1); retrieve and review related dockets and follow-up email exchange with Ms. Thimmig regarding same (.2). | 0.30 | 230.00 | 69.00 |
| 10/08/07 | DT | Receipt and review September Invoice (.60); prepare Sixth Monthly Fee Application including, Summary, Application (1.6), Notice (.20), Certification and Certificate of Service (.20); e-mail to and from J. Schriner re: caption list (.10); finalize same and request back up for expenses (.10). | 2.80 | 340.00 | 952.00 |
| 10/11/07 | DT | Receipt and review Amended Certification of Counsel Regarding Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications. | 0.60 | 340.00 | 204.00 |
| 10/12/07 | DT | Receipt and review e-mail from C. Samis re: NC fee auditor order. | 0.30 | 340.00 | 102.00 |
| 10/19/07 | DSS | Review several e-mails regarding the filing of Motions to Lift Stay filed in Bankruptcy Court | 0.20 | 400.00 | 80.00 |
| 10/24/07 | DT | Review of docket (.80); prepare and finalize Certification of No Objection Regarding Fifth Monthly Application of Roetzel & Andress for Allowance of Compensation for Services Rendered and For Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2007 through August 31, 2007 (.40) ; e-mails from and to A. Parlen re: Fee Auditor Order and compliance with same; e-mail to D. Scherzer re: | 1.30 | 340.00 | 442.00 |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**PLEASE REMIT PAYMENT UPON RECEIPT**



**A LEGAL PROFESSIONAL ASSOCIATION**

117805.0001  
LITIGATION RE TRO

Invoice: 736266  
November 12, 2007  
Page 10

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
|  |  | case status and claims bar date (.10). |  |  |  |
|  |  | **Task Subtotal** |  |  | 1,951.00 |

**SUMMIT  -2006-11-7797 Summit County**

| Date | TK | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/12/07 | DSS | Review Complaint in Summit County Case (.2); Exchange e-mails with G. Rooney and J. Schriner regarding same (.2) | 0.40 | 400.00 | 160.00 |
| 10/12/07 | JS | Receive and review Complaint (.4); attention to related issues and email exchanges with Mr. Rooney and Mr. Scherzer regarding same (.4). | 0.80 | 230.00 | 184.00 |
| 10/23/07 | JS | Retrieve and review updated docket (.1); attention to Plaintiff's dismissal of her claims against New Century and her request to return the case to the active docket (.3); email to Mr. Rooney and Mr. Scherzer regarding related issues (.2). | 0.60 | 230.00 | 138.00 |
|  |  | **Task Subtotal** |  |  | 482.00 |

**Professional Services**                                                                                           $   **12,292.50**

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** |  |  |  |
| Diana Thimmig | 7.00 | 340.00 | 2,380.00 |
| Donald S Scherzer | 9.70 | 400.00 | 3,880.00 |
| George W Rooney, | 2.90 | 375.00 | 1,087.50 |
| **ASSOCIATE** |  |  |  |
| John Schriner | 21.50 | 230.00 | 4,945.00 |
| Totals | 41.10 |  | 12,292.50 |

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**  
**PLEASE REMIT PAYMENT UPON RECEIPT**



A LEGAL PROFESSIONAL ASSOCIATION

117805.0001  
LITIGATION RE TRO

Invoice: 736266  
November 12, 2007  
Page 11

## COSTS ADVANCED

| Date | Description | | Amount |
|---|---|---|---|
| 10/19/07 | Copy Charge - PRINT JOB | 69 @ 0.20 | 13.80 |
| 09/30/07 | Other Online services | | 37.84 |

Total Costs Advanced $ 51.64

### COST SUMMARY

| Code | Category | Amount |
|---|---|---|
| 1 | Copy Charges | 13.80 |
| 17 | Other Online services | 37.84 |
| | Total | 51.64 |

**Invoice Total** $ **12,344.14**

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**  
**PLEASE REMIT PAYMENT UPON RECEIPT**



| | REMIT TO ADDRESS: |
|---|---|
| | 222 S. MAIN STREET |
| | AKRON, OHIO 44308-2098 |
| | (330) 376-2700 |
| | FAX (330) 376-4577 |
| | ramail@ralaw.com |

FEDERAL TAX ID #34-1245415

## REMITTANCE PAGE
For Professional Services Rendered

NEW CENTURY FINANCIAL CORP.
18400 VON KARMAN AVE.
SUITE 1000
IRVINE, CA 90017

PLEASE INDICATE INVOICE NUMBER ON REMITTANCE
Invoice: 736266
Client/Matter: 117805.0001
Billing Atty: DSS
November 12, 2007

Remit To Address:
222 S. Main Street
Akron, OH 44143-2098

Wire/ACH Instructions
Chase Bank
50 S. Main Street
Akron, OH 44143
ACH Routing Number 044000037
Wire Routing Number 021000021
Swift Code CHASUS33

**Invoice Total**                                                                                     $   12,344.14

Akron    Cincinnati    Cleveland    Columbus    Toledo    Fort Myers    Naples    Orlando    Tallahassee    Washington D.C.

www.ralaw.com

# EXHIBIT B

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Copies | | $13.80 |
| On-line charges | | $37.84 |
| **TOTAL** | | **$51.64** |