IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, ) | |
| INC., a Delaware Corporation, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | |

**NOTICE OF ENTRY OF APPEARANCE FOR**
**JAN M. GEHT AS COUNSEL FOR THE UNITED STATES**

TO THE CLERK OF THE COURT:

PLEASE enter the appearance of Jan M. Geht as counsel for the United States in the above captioned case.

DATE: November 16, 2007

Respectfully submitted,

 /s/Jan M. Geht
JAN M. GEHT
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
Telephone: (202) 307-6449
Fax: (202) 514-6866
E-mail: jan.m.geht@usdoj.gov
*Counsel for the United States*

2878957.1

# CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE FOR JAN M. GEHT AS COUNSEL FOR THE UNITED STATES was served on November 16, 2007, by ECF and by placing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

MARK D. COLLINS
MICHAEL J. MERCHANT
CHRISTOPHER M. SAMIS
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

SUZANNE S. UHLAND
BEN H. LOGAN
VICTORIA NEWMARK
EMILY R. CULLER
O'Melveny & Meyers LLP
275 Battery Street
San Francisco, CA 94111

    /s/ Jan M. Geht
JAN M. GEHT

2878957.1