IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>et al.,<br><br>              Debtor. | Chapter 11<br>Case No. 07-10416-KJC<br><br>**Objections due by: November 28, 2007, 4:00 p.m.**<br>**Hearing Date: December 5, 2007, 1:30 p.m.** |

# NOTICE OF MOTION OF SAXON MORTGAGE SERVICES, INC. FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:

| | |
|---|---|
| New Century TRS Holdings<br>18400 Von Karman Ave.<br>Irvine, CA 92612<br>*Debtor* | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| Mark D. Collins, Esquire<br>Christopher M. Samis, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>*Attorneys for the Debtor* | Bonnie Glantz Fatell, Esquire<br>David W. Carickhoff, Jr., Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>*Attorneys for the Official Committee<br>  of Unsecured Creditors* |
| Suzanne S. Uhland, Esquire<br>Ben H. Logan, Esquire<br>O'Melveny & Myers LLP<br>275 Battery Street<br>San Francisco, CA 94111<br>*Attorneys for the Debtor* | Mark T. Power, Esquire<br>Mark S. Indelicato, Esquire<br>488 Madison Ave.<br>14th & 15th Floor<br>New York, NY 10022<br>*Attorneys for the Official Committee<br>  of Unsecured Creditors* |

    Saxon Mortgage Services, Inc. has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to certain real property in which the above-captioned debtor may hold an interest. A complete list of the real property to which the motion relates is attached to the motion as Exhibit A.

**HEARING ON THE MOTION WILL BE HELD ON NOVEMBER 20, 2007, 10:30 A.M.**

*Movant: Saxon Mortgage Services, Inc..*
*D&G Reference: 210822/Batch 24*

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at lease five business days before the above hearing date. At the same time, you must also serve a copy of the response upon movant's attorneys:

| | | |
|---|---|---|
| James E. Clarke, Esquire | Thomas D.H. Barnett, Esquire | Adam Hiller, Esquire |
| Draper & Goldberg, PLLC | Draper & Goldberg, PLLC | Draper & Goldberg, PLLC |
| 803 Sycolin Road, Suite 301 | P.O. Box 947 | 1500 North French Street |
| Leesburg, VA 20175 | 512 East Market Street | 2nd Floor |
| | Georgetown, DE 19947 | Wilmington, DE 19801 |
| | | (302) 339-8776 telephone |

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTING IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 14, 2007                     Respectfully submitted,
       Wilmington, Delaware

                                                       DRAPER & GOLDBERG, PLLC

                                                       **/s/ Adam Hiller**
                                                       Adam Hiller (DE No. 4105)
                                                       1500 North French Street, 2nd Floor
                                                       Wilmington, Delaware 19801
                                                       (302) 339-8776 telephone
                                                       (302) 213-0043 facsimile

                                                       and

                                                       James E. Clarke, Esquire
                                                       Draper & Goldberg, PLLC
                                                       803 Sycolin Road, Suite 301
                                                       Leesburg, VA 20175

                                                       and

Thomas D.H. Barnett (DE No. 994)
Draper & Goldberg, PLLC
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947

*Attorneys for Movant*