# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
*Movant: LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2006-HE8*
*by: Saxon Mortgage Services, Inc. as its attorney-in-fact.*
*D&G Reference: 210823/Batch 25*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000200632 | BROOKS | 7/5/2006 | $88,000.00 | $93,317.61 | $92,900.00 | 6214 VALLEYDALE DRIVE<br>MEMPHIS, TN 38141 |
| 2000202486 | COOKE | 7/31/2006 | $96,800.00 | $99,012.83 | $100,000.00 | 218 DENNIS AVENUE<br>WINTER HAVEN, FL 33880 |
| 2000208393 | PETERSON | 7/29/2006 | $268,000.00 | $291,938.66 | $255,000.00 | 841 MAPLE COURT<br>LIVINGSTON, CA 95334 |