**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Case No. 07-10416-KJC |
| ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., ) | |
| *et. al.,* ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | Related to Docket No.: 2171 |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NUMBER 2171**

On August 6, 2007, Positive Software Solutions, Inc. ("Positive Software"), by and through counsel, filed its *Motion of Positive Software Solutions Inc. to File Under Seal its Reply Regarding its Motion for Relief from the Stay and Response to Debtors' Cross-motion for Alleged Stay Violation* (the "Motion").

The undersigned hereby certifies that, as of the date hereof, there has been no answer, objection or other responsive pleading to the Motion. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Accordingly, the Positive Software respectfully requests that the Court enter the Order attached hereto approving the Motion.

Dated: November 16, 2007
       Wilmington, Delaware

**FOX ROTHSCHILD LLP**

/s/ Carl D. Neff
Daniel K. Astin (Bar No. 4068)
Anthony M. Saccullo (Bar No. 4141)
Carl D. Neff (Bar No. 4895)
Citizens Bank Center, P.O. Box 2323
919 North Market Street, Suite 1300
Wilmington, Delaware 19899-2323
(302) 654-7444
dastin@foxrothschild.com
asaccullo@foxrothschild.com
cneff@foxrothschild.com

and

WM1A 139034v1 11/16/07

Mark H. Ralston, Esq.
Texas Bar No. 16489460
THE RALSTON LAW FIRM
2603 Oak Lawn Avenue
Suite 230, LB 2
Dallas, Texas 75219-9109
Telephone: (214) 295-6416
ralstonlaw@gmail.com

Counsel to Positive Software Solutions, Inc.