# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CASE NO. 07-10416-KJC |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC., | § | Chapter 11 |
| ET. AL., | § | |
| | § | Jointly Administered |
| Debtors. | § | Objection Deadline: TBD |
| | § | Hearing Date: TBD |

## ORDER AUTHORIZING POSITIVE SOFTWARE SOLUTIONS, INC. TO FILE UNDER SEAL ITS REPLY REGARDING ITS MOTION FOR RELIEF FROM THE STAY AND RESPONSE TO DEBTORS' CROSS-MOTION FOR ALLEGED STAY VIOLATION

Upon consideration of the Seal Motion[1] by Positive Software seeking the issuance and entry of an order authorizing Positive Software to File Under Seal its Reply Regarding its Motion for Relief from the Stay and Response to Debtors' Cross-Motion for Alleged Stay Violation pursuant to section 107(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9018; all as more fully set forth in the Seal Motion; and the Court having jurisdiction to consider the Seal Motion and relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due notice of the Seal Motion having been provided to the Office of the United States Trustee, Counsel to the Debtors, and all creditors pursuant to Fed. R. Bankr. P. 2002; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Seal Motion is in the best interests of the Debtors' estates, all creditors, and all other parties in interest; and that the requirements of 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 have been met; and upon the Seal Motion and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore:

It is hereby ORDERED that:

1. The Seal Motion is hereby GRANTED.

2. Positive Software is hereby authorized to file the Reply under seal.

3. The Clerk of the Court is hereby directed to file the Reply under seal.

 

THE HONORABLE KEVIN J. CAREY
United States Bankruptcy Judge

Dated: August \_\_\_\_, 2007

---

[1] All capitalized terms not defined herein shall have the meanings ascribed in the Motion.

WM1A 104017v1 08/06/07