CHRISTINE A. ROBERTS, ESQ.
Nevada Bar No.: 6472
OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
Email: bankruptcy@rocgd.com
Counsel for Clark County

E-FILED ON: 11-16-07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

In Re:

NEW CENTURY TRS HOLDINGS, INC.

    Debtor.

) CASE NO.: 07-10416-KJC
) Chapter 11
)
)
) **HEARING:**
) Date: N/A
) Time: N/A

### REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING MATRIX

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT\DEBTORS' ATTORNEYS**

PLEASE TAKE NOTICE that CHRISTINE A. ROBERTS, ESQ. and OLSON, CANNON, GORMLEY & DESRUISSEAUX, as attorney of record for Clark County in the above-entitled proceeding, does hereby request that its address as listed below be added to the Master Mailing Matrix in this case and, as said attorney of record, that I receive notice of all proceedings in this matter.

DATED this ___ day of November, 2007.

Respectfully Submitted By:

_____
CHRISTINE A. ROBERTS, ESQ.
Nevada Bar No.: 6472
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Telephone (702) 384-4012
Facsimile (702) 383-0701
Email: bankruptcy@rocgd.com
Attorney for Clark County

G:\Bankruptcy\Clients\DA\LV Water District\New Century TRS Holdings\Pleadings\RSN\RSN.wpd