IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS; | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Regarding Docket Item: 2766 |

## CERTIFICATION OF COUNSEL

The undersigned, counsel for the Debtors and Debtors in Possession and for Plaza America Office Development II, LLC ("Plaza America"), hereby submit for the Court's review and approval, the **Order Allowing Administrative Claim of Plaza America Office Development II, LLC for July 2007 Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)** (the "Order"). The Debtors and Plaza America have conferred and reached agreement upon the proper amount of Plaza America's claim, as set forth in the attached Order.

Therefore, the undersigned submit that the Court may enter the Order without further notice or hearing. A hard copy of this certification is being submitted to Chambers along with the Order for its entry.

Date: November 16, 2007

Respectfully submitted,

[Signature page follows]

_[signature]_
MCCARTER & ENGLISH, LLP
William F. Taylor, Jr., Esq. ( No. 2936)
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300

and

ARNOLD & PORTER LLP
Charles A. Malloy
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5000

*Counsel to Plaza America Office Development II, LLC*

_[signature]_
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

and

O'MELVENY & MYERS LLP
Shannon Lowry Nagle
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000

*Counsel to the Debtors and Debtors in Possession*