| EXHIBIT A |
|---|---|---|---|---|---|---|

| EXHIBIT A In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11) Movant: DLJ Mortgage Capital, Inc. |||||||
|---|---|---|---|---|---|---|
| LOAN # | Mortgagors | Loan Date | Original Loan Amt. | Current Payoff | Current Value | Property Address |
| 10704575 | Hartman | Feb. 6, 2007 | $67,200 | $71,119.62 | $35,000 | 1215 West Lenawee Street, Lansing, MI 48915 |
| 10549087 | Hernandez | Dec. 26, 2006 | $360,000 | $390,408.27 | $250,000 | 2743 Willowbrook Road, Palmdale, CA 93551 |
| 9315276 | Hendricks | Mar. 28, 2006 | $388,500 | $431,476.28 | $515,000 | 7278 Riley Drive, Fontana, CA 92336 |
| 9329715 | Schierhoff | Mar. 31, 2006 | $94,500.00 | $106,137.83 | $122,000 | 7563 Flora Avenue, Maplewood, Missouri 63143 |
| 10695161 | Myrie | Dec.22, 2005 | $1,087,500 | $1,227,015.60 | $1,300,000 | 1707 Malvern Hill Place, Duluth, GA 30097 |
| 10556181 | Vasquez | Nov. 2, 2006 | $688,000 | $734,007.69 | $639,950 | 2201 Romey Lane, Hayward, CA 94541 |
| 9923707 | Pinc | Jul. 10, 2006 | $62,600 | $70,093.42 | $75,000 | 1 Croston Lane, Bella Vista, Arkansas 72715 |
| 10783173 | Krzeminski | Sept. 29, 2006 | $64,800.00 | $70,013.30 | $59,000 | 1505 Red River Street, Dayton, Ohio 45427 |