IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | Re: Docket Nos. 630, 1979, 2011, 2103, 2134, 2119, 2461, 2534, 3176 and 3204 |

### CERTIFICATION OF COUNSEL RE: FIFTH STIPULATION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF GENERAL ELECTRIC CAPITAL CORPORATION AND ORDER THEREON

On May 11, General Electric Capital Corporation ("GECC") filed a motion requesting, among other things, relief from the automatic stay to recover possession of certain personal property equipment leased by GECC to certain of the above-captioned debtors and debtors in possession (the "Debtors") and/or owned by the Debtors and purportedly encumbered by first priority liens on behalf of GECC ("Relief Stay Motion"). On June 7, 2007, the Debtors filed an objection to the Relief Stay Motion. Also, on June 7, 2007, the Official Committee of Unsecured Creditors (the "Creditors' Committee") filed an objection to the Relief Stay Motion. The Examiner filed an objection on June 14, 2007.

The Debtors and GECC are still attempting to reach a global resolution of the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

issues raised in the Relief Stay Motion. The Debtors and GECC, however, need additional time within which to negotiate such a global resolution. Accordingly, the Debtors and GECC have entered the stipulation attached hereto as Exhibit A (the "Fifth Stipulation") agreeing to continue the hearing scheduled on GECC's Relief Stay Motion from November 20, 2007 at 10:30 a.m. to and until December 5, 2007 at 1:30 p.m. The Fifth Stipulation also grants GECC immediate relief from the automatic stay of Section 362 of the United States Bankruptcy Code with respect to Subject Equipment[2] as is more specifically described in the Fifth Stipulation.

---

[2] Capitalized terms not otherwise defined shall have the meanings ascribed to them in the Fifth Stipulation.

RLF1-3225647-1

2

WHEREFORE, the Debtors respectfully request that the Court enter an order, in substantially the form attached hereto as Exhibit B, approving the Fifth Stipulation.

Dated: November 19, 2007
       Wilmington, Delaware

*/s/ Christopher M. Samis*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION