## **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,**[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| **Debtors.** | : |
| | : |

## FIFTH STIPULATION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF GENERAL ELECTRIC CAPITAL CORPORATION

This Fifth Stipulation ("Fifth Stipulation") is entered into by and among New Century Financial Corporation, a Maryland corporation, New Century Mortgage Corporation, a California Corporation, New Century TRS Holdings, Inc., a Delaware corporation, and their direct and indirect subsidiaries, each as debtor and debtor in possession in the above-captioned chapter 11 cases (collectively, "Debtors") and General Electric Capital Corporation ("GECC"), by their respective counsel.

## RECITALS

A.   The Debtors commenced these cases by filing voluntary petitions under Title 11 of the United States Code, 11 U.S.C. §§101-1532, (the "Bankruptcy Code"), on April 2, 2007.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership, and New Century Warehouse Corporation, a California corporation.

B. On May 11, 2007, GECC filed a motion requesting, among other things, relief from the automatic stay to recover possession of certain personal property equipment leased by GECC to certain of the Debtors and certain personal property equipment owned by the Debtors and purportedly encumbered by first priority liens in favor of GECC (Docket No. 630) ("Relief Stay Motion"). On June 7, 2007, the Debtors filed an objection to the Relief Stay Motion (Docket No. 1166). Also, on June 7, 2007, the Official Committee of Unsecured Creditors filed an objection to the Relief Stay Motion (Docket No. 1168). The Examiner filed an objection on June 14, 2007 (Docket No. 1237) and the Maricopa County Treasurer's Office filed an objection on June 28, 2007 (Docket No. 1728).

C. On July 20, 2007, the Debtors and GECC entered into a Stipulation relating to the Relief Stay Motion ("First Stipulation") which provided, among other things, for a limited modification of the automatic stay in the Debtors' bankruptcy case so as to permit GECC to take possession of certain of its collateral from the Debtors pursuant to and as is more specifically described in the First Stipulation. The First Stipulation specifically indicated that except as expressly provided for therein, the parties thereto specifically reserved and preserved all of their respective rights and remedies and any and all issues and disputes related to or arising in connection with the Relief Stay Motion including, without limitation (i) the validity and priority of any security interest or lien; and (ii) any and all claims, remedies, defenses and other rights of any party (including the Debtors, their estates, GECC and the Official Committee of Unsecured Creditors). The First Stipulation was approved by an Order of the Bankruptcy Court dated July 23, 2007 (Docket No. 2011).

D. On or about July 31, 2007, the Debtors and GECC entered into a Second Stipulation relating to the Relief Stay Motion ("Second Stipulation") which provided, among other things, for a continuance of the scheduled hearing on the Relief Stay Motion to and until August 21, 2007, at 1:30 p.m., and for certain payments from the Debtors to GECC. The Second Stipulation specifically indicated that except as expressly provided for therein, the parties

thereto specifically reserved and preserved all of their respective rights and remedies and any all issues and disputes related to or arising in connection with the Relief Stay Motion including, without limitation: (i) the validity and priority of any security interest or lien; and (ii) any and all claims, remedies, defenses and other rights of any party (including the Debtors, their estates, GECC and the Official Committee of Unsecured Creditors. The Second Stipulation was approved by an Order of the Bankruptcy Court dated August 2, 2007 (Docket No. 2134).

  E. On or about August 22, 2007, the Debtors and GECC entered into a Third Stipulation relating to the Relief Stay Motion ("Third Stipulation") which provided, among other things, for a continuance of the scheduled hearing on the Relief Stay Motion to and until October 2, 2007, at 1:30 p.m. and for certain payments from the Debtors to GECC and for other relief. The Third Stipulation specifically indicated that except as expressly provided for therein, the parties thereto specifically reserved and preserved all of their respective rights and remedies and any all issues and disputes related to or arising in connection with the Relief Stay Motion including, without limitation: (i) the validity and priority of any security interest or lien; and (ii) any and all claims, remedies, defenses and other rights of any party (including the Debtors, their estates, GECC and the Official Committee of Unsecured Creditors. The Third Stipulation was approved by an Order of the Bankruptcy Court dated August 23, 2007 (Docket No. 2534).

  F. On or about September 28, 2007, the Debtors and GECC entered into a Fourth Stipulation relating to the Relief Stay Motion ("Fourth Stipulation") which provided, among other things, for a continuance of the scheduled hearing on the Relief Stay Motion to and until November 6, 2007, at 1:30 p.m., for a $100,000.00 payment from the Debtors to GECC and for other relief. The Fourth Stipulation specifically indicated that except as expressly provided for therein, the parties thereto specifically reserved and preserved all of their respective rights and remedies and any all issues and disputes related to or arising in connection with the Relief Stay Motion including, without limitation: (i) the validity and priority of any security interest or lien; and (ii) any and all claims, remedies, defenses and other rights of any party (including the Debtors,

their estates, GECC and the Official Committee of Unsecured Creditors. The Fourth Stipulation was approved by an Order of the Bankruptcy Court dated October 2, 2007 (Docket No. 3204).

G.  The Debtors and GECC are attempting to reach a global resolution of the issues raised in the Relief Stay Motion. The Debtors and GECC, however, need additional time within which to negotiate such a global resolution. The Debtors and GECC, therefore, have agreed to continue the hearing presently scheduled on GECC's Relief Stay Motion from November 6, 2007 at 1:30 p.m. to and until December 5, 2007 at 1:30 p.m. In exchange for GECC's agreement to continue the hearing, the Debtors have agreed to the terms and conditions set forth below.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties to this Fifth Stipulation, through their undersigned counsel or representatives, that:

## AGREEMENT

1.  The hearing presently scheduled on GECC's Relief Stay Motion is continued to and until December 5, 2007 at 1:30 p.m.

2.  GECC is hereby granted immediate relief from the automatic stay of Section 362 of the United States Bankruptcy Code and such automatic stay is hereby immediately terminated as to all equipment and other assets of the Debtors or GECC which the Debtors provided GECC with possession of since September 28, 2007 including, without limitation, the equipment and other assets described in Schedule "A" attached hereto and made a part hereof (collectively, the "Subject Equipment"). GECC shall be immediately entitled to exercise and enforce its various rights and remedies as a secured creditor or lessor of the Subject Equipment pursuant to the terms and conditions of the loan and lease documentation between certain of the Debtors and GECC and applicable law.

3. The parties will continue their discussions towards a global resolution of GECC's claims, and GECC and the Debtors shall cooperate with each other in the return to GECC of the equipment which GECC was supposed to take possession of pursuant to the First Stipulation, the Third Stipulation and the Fourth Stipulation, to the extent that GECC has not obtained possession of any such equipment to date.

4. Except as expressly provided herein, the parties reserve all of their respective rights and remedies, and any and all issues and disputes are hereby preserved, in connection with the Relief Stay Motion, including, without limitation (i) the validity and priority of any security interest or lien and (ii) any and all claims, remedies, defenses and any other right of any party (including the Debtors, their estates, GECC and the Official Committee of Unsecured Creditors). In addition, GECC specifically reserves and shall retain all of its rights and remedies in connection with its financed equipment claims, lease claims and all other claims GECC holds against the Debtors.

5. The Court shall retain jurisdiction over any such issues and disputes.

6. This Fifth Stipulation shall be effective and enforceable immediately upon approval by the Court, and any stay otherwise imposed by Federal Rule of Bankruptcy Procedure 4001(a) is hereby waived. The Bankruptcy Court's approval of this Fifth Stipulation is without prejudice to GECC's right to claim higher adequate projection payments than the payments called for in the Second Stipulation, the Third Stipulation and the Fourth Stipulation at the November 20, 2007 hearing, any other hearing held in connection with GECC's Relief Stay Motion or claims, or otherwise.

7. The parties agree to and will cooperate fully with each other in the performance of this Fifth Stipulation, and will execute such additional agreements, documents or instruments and take such further action as may reasonably be required to carry out the intent of this Fifth Stipulation.

**STIPULATED AND AGREED**

*/s/ Christopher M. Samis*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854) — Christopher M. Samis (No. 4709)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700
ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

AND

*/s/ Michael G. Gallerizzo*

Michael G. Gallerizzo (No. 4550)
Eric Schuster
GEBHARDT & SMITH LLP
One South Street, Ste. 2200
Baltimore, Maryland 21202-3281
(410) 385-5048
ATTORNEYS FOR GENERAL ELECTRIC CAPITAL CORPORATION

Dated November 19, 2007

## Schedule "A"

NCEN Confidential                                                                                11/16/2007                                                                                Page 1

| | Servers/Switch | Internal Description | Description | Serial Number | Model | Asset Tag |
|---|---|---|---|---|---|---|
| 1 | Medusa | | 1x1.4GHz PIII, 1GB, 2x18.2GB 10K | 6J32JNT140FL | HP DL360G2 | 7030090 |
| 2 | Apollo | | 1x1.4GHz PIII, 1GB, 2x18.2GB 10K | 6J32JNT140B5 | HP DL360G2 | 7030089 |
| 3 | ACS-DR-01 | | 1x3.06GHz Xeon, 1GB, 2x72.8GB 10K | 6J34LGP4P020 | HP DL360G3 | 7043778 |
| 4 | drsqlcommn1 | | 2x2.8GHz Xeon, 4GB, 2x18.2GB 15K | D311LDN1K736 | HP DL380G3 | 7023716 |
| 5 | drsqlcommn2 | | 2x2.8GHz Xeon, 4GB, 2x18.2GB 15K | D310LDN1J254 | HP DL380G3 | 7023715 |
| 6 | Lab-01 | | 2x2.8GHz Xeon, 4GB, 2x18.2GB 15K, 4x72.8 | EA56LDN72B | HP DL380G3 | 7038759 |
| 7 | Lab-Altiris | | 2x2.8GHz Xeon, 4GB, 2x18.2GB 10K, 4x72.8 | D311LDN1K665 | HP DL380G3 | 7023600 |
| 8 | drsqlappscorp | | 2x2.8GHz Xeon, 4GB, 2x36.4GB 15K, 4x146 | EBYYLDN72J | HP DL380G3 | 7033988 |
| 9 | drjaguar | | 2x2.8GHz Xeon, 4GB, 2x18.2GB 15K, 4x72.6 | EAPKLDN72K | HP DL380G3 | 7034000 |
| 10 | fp-itadi-02 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 4x72.8 | D304LDN1D017 | HP DL380G3 | 7023606 |
| 11 | drldrps | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 10K | D334LDN1J010 | HP DL380G3 | 7030086 |
| 12 | drpurplehaze | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 4x72.8 | D312LDN1H195 | HP DL380G3 | 7023633 |
| 13 | drex35001 | | 2x2.8GHz Xeon, 4GB, 2x18.2GB 15K, 2x36.4 | D312LDN1H099 | HP DL380G3 | 7023631 |
| 14 | <available> (was drexcorp02) | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 2x36.4 | D312LDN1H100 | HP DL380G3 | 7023630 |
| 15 | drowa01 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H231 | HP DL380G3 | 7023627 |
| 16 | drprofessor | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 4x72.8 | D311LDN1K750 | HP DL380G3 | 7023625 |
| 17 | drskipper | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H174 | HP DL380G3 | 7023624 |
| 18 | drmfcomm21 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H430 | HP DL380G3 | 7023648 |
| 19 | drmfcomm22 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H760 | HP DL380G3 | 7023647 |
| 20 | drmfcomm23 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H358 | HP DL380G3 | 7023646 |
| 21 | drmfcomm24 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H317 | HP DL380G3 | 7023645 |
| 22 | drmfcomm25 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H295 | HP DL380G3 | 7023644 |
| 23 | drmfcomm26 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H246 | HP DL380G3 | 7023643 |
| 24 | drmfcomm27 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H264 | HP DL380G3 | 7023642 |
| 25 | drmfcomm28 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D310LDN1J207 | HP DL380G3 | 7023641 |
| 26 | drmfcomm29 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H218 | HP DL380G3 | 7023640 |
| 27 | drmfcomm31 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H563 | HP DL380G3 | 7023638 |
| 28 | drmfcomm32 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H547 | HP DL380G3 | 7023637 |
| 29 | drmfcomm33 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H221 | HP DL380G3 | 7023636 |
| 30 | drmfcomm34 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H066 | HP DL380G3 | 7023635 |
| 31 | drmfcomm35 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H734 | HP DL380G3 | 7023634 |
| 32 | driappscomm01 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 4x72.8 | D311LDN1J389 | HP DL380G3 | 7023678 |
| 33 | <available> (was drnaus35001) | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 2x36.4 | D304LDN1F298 | HP DL380G3 | 7023675 |
| 34 | drapp35008 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 4x72.8 | D312LDN1H555 | HP DL380G3 | 7023847 |
| 35 | drmfwebsrv | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H274 | HP DL380G3 | 7023873 |
| 36 | drappworkflow01 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 4x72.8 | D312LDN1H320 | HP DL380G3 | 7023672 |
| 37 | drepicor | | 2x2.8GHz Xeon, 4GB, 2x18.2GB 15K, 4x72.8 | D312LDN1H380 | HP DL380G3 | 7023670 |
| 38 | drsecondary | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 4x72.8 | D312LDN1H166 | HP DL380G3 | 7023669 |
| 39 | drmfcomm123 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H759 | HP DL380G3 | 7023623 |
| 40 | drmfcomm124 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H758 | HP DL380G3 | 7023622 |
| 41 | drmfcomm126 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H335 | HP DL380G3 | 7023620 |
| 42 | drmfcomm127 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D310LDN1H986 | HP DL380G3 | 7023619 |
| 43 | drmfcomm128 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D310LDN1H686 | HP DL380G3 | 7023618 |
| 44 | drmfcomm129 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D310LDN1J272 | HP DL380G3 | 7023617 |

NCEN Confidential                                                                                                              11/16/2007                                                                Page 2

| # | Name | Specs | Serial | Model | Asset |
|---|---|---|---|---|---|
| 45 | drmfcomm130 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H401 | HP DL380G3 | 7023616 |
| 46 | drmfcomm131 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H404 | HP DL380G3 | 7023615 |
| 47 | drmfcomm132 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H797 | HP DL380G3 | 7023614 |
| 48 | drmfcomm133 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H509 | HP DL380G3 | 7023613 |
| 49 | drmfcomm121 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H514 | HP DL380G3 | 7023612 |
| 50 | drmfcomm122 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H315 | HP DL380G3 | 7023611 |
| 51 | drmfsqlcomm01 | 2x2.8GHz Xeon, 4GB, 2x18.2GB 15K, 2x36.4 | D312LDN1H373 | HP DL380G3 | 7023609 |
| 52 | drmfcomm01 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H669 | HP DL380G3 | 7023605 |
| 53 | drmfcomm02 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H670 | HP DL380G3 | 7023604 |
| 54 | drmfcomm03 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H671 | HP DL380G3 | 7023603 |
| 55 | drcpswl01 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H363 | HP DL380G3 | 7023593 |
| 56 | drfrpt21001 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H313 | HP DL380G3 | 7023594 |
| 57 | drmfcomm01 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H314 | HP DL380G3 | 7023605 |
| 58 | drmfcommx1 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H271 | HP DL380G3 | 7023601 |
| 59 | drqueen | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H796 | HP DL380G3 | 7023591 |
| 60 | drsdcdb01 | 2x2.8GHz Xeon, 2GB, 2x36.4GB 15K | D312LDN1H554 | HP DL380G3 | 7023656 |
| 61 | drmvs-03 | 2x2.8GHz Xeon, 6GB, 2x18.2GB 15K, 4x72.8 | D312LDN1H391 | HP DL380G3 | 7023655 |
| 62 | drcecrops2 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 2x72.8 | D312LDN1H879 | HP DL380G3 | 7023654 |
| 63 | nmg-itasca-20 | 2x2.4GHz Xeon, 2GB, 2x18.2GB 15K, 4x72.8 | D312LDN1H552 | HP DL380G3 | 7023853 |
| 64 | drmimbus35001 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 4x72.8 | D308LDN1H611 | HP DL380G3 | 7023652 |
| 65 | nmg-itasca-31 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 4x72.8 | D309LDN1H114 | HP DL380G3 | 7023650 |
| 66 | fp-chicago-01 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 10K, 4x146 | D312LDN1H710 | HP DL380G3 | 7023592 |
| 67 | ex-bb-03 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H229 | HP DL380G3 | 7023628 |
| 68 | <available> | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 2x36.4 | D312LDN1H287 | HP DL380G3 | 7023597 |
| 69 | drfpcomm1 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H566 | HP DL380G3 | 7023722 |
| 70 | drfpcomm2 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H244 | HP DL380G3 | 7023721 |
| 71 | drfpcorpn1 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H242 | HP DL380G3 | 7023720 |
| 72 | drfpcorpn2 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 4x72.8 | D312LDN1H406 | HP DL380G3 | 7023671 |
| 73 | ait-li-01 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 4x72.8 | D312LDN1H685 | HP DL380G3 | 7023718 |
| 74 | drdbbiztalk01 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 2x72.8 | D312LDN1H340 | HP DL380G3 | 7023717 |
| 75 | <available> | 2x2.8GHz Xeon, 4GB, 2x18.2GB 15K, 2x36.4 | EA93LDN72D | HP DL380G3 | 7033992 |
| 76 | <available> | 2x2.8GHz Xeon, 4GB, 2x18.2GB 15K, 4x36.4 | D311LDN1K710 | HP DL380G3 | 7023719 |
| 77 | drapps-350n1 | 2x2.8GHz Xeon, 4GB, 2x18.2GB 15K | D310LDN1N253 | HP DL380G3 | 7023714 |
| 78 | drapps-350n2 | 2x2.8GHz Xeon, 4GB, 2x18.2GB 15K | D310LDN1J282 | HP DL380G3 | 7023713 |
| 79 | <available> (was drnortoniegw) | 2x2.8GHz Xeon, 2GB, NO HD's | D304LDN1F404 | HP DL380G3 | 7023712 |
| 80 | drns2 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H556 | HP DL380G3 | 7023711 |
| 81 | drns1 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H230 | HP DL380G3 | 7023710 |
| 82 | drcloneme | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 2x72.8 | D312LDN1H466 | HP DL380G3 | 7023709 |
| 83 | drdccorp01 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H069 | HP DL380G3 | 7023708 |
| 84 | drrtl21002 | 2x2.8GHz Xeon, 8GB, 2x18.2GB 15K | D312LDN1H873 | HP DL380G3 | 7023707 |
| 85 | drrtl21003 | 2x2.8GHz Xeon, 8GB, 2x18.2GB 15K | D312LDN1H875 | HP DL380G3 | 7023706 |
| 86 | drapps35004 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 2x72.8 | D312LDN1H223 | HP DL380G3 | 7023704 |
| 87 | drweb1 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H247 | HP DL380G3 | 7023703 |
| 88 | drweb2 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H559 | HP DL380G3 | 7023702 |
| 89 | driiscomm01 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H334 | HP DL380G3 | 7023701 |
| 90 | driiscomm02 | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | D312LDN1H298 | HP DL380G3 | 7023700 |

NCEN Confidential                    11/16/2007                    Page 3

| | | | | Model | Serial Number | Asset Tag |
|---|---|---|---|---|---|---|
| 89 | driiscomm01 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | | D312LDN1H334 | HP DL380G3 | 7023701 |
| 90 | driiscomm02 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | | D312LDN1H298 | HP DL380G3 | 7023700 |
| 91 | drapp34001 | | 2x2.8GHz Xeon, 4GB, 2x18.2GB 15K, 2x36.4 | | D312LDN1H297 | HP DL380G3 | 7023699 |
| 92 | drsqlapps | | 2x2.8GHz Xeon, 4GB, 2x18.2GB 15K, 4x36.4 | | D312LDN1H077 | HP DL380G3 | 7023698 |
| 93 | drfpiit02 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | | D312LDN1H085 | HP DL380G3 | 7023697 |
| 94 | drrfit21001 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K, 2x72.8 | | D312LDN1H283 | HP DL380G3 | 7023696 |
| 95 | drappelas01 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | | D312LDN1H163 | HP DL380G3 | 7023695 |
| 96 | drappnlas02 | | 2x2.8GHz Xeon, 2GB, 2x18.2GB 15K | | D312LDN1H245 | HP DL380G3 | 7023694 |
| 97 | Fabric Switch 1A | | | | 3A33KTX1A01-K | HP San Switch 2/16 EL | 7023735 |
| 98 | Fabric Switch 1B | | | | 3A33KTX13003 | HP San Switch 2/16 EL | 7023734 |
| 99 | Fabric Switch 2A | | | | 3A33KTX1A010 | HP San Switch 2/16 EL | 7023733 |
| 100 | Fabric Switch 2B | | | | 3A33KTX1A01H | HP San Switch 2/16 EL | 7023732 |
| 101 | KVM | | | | 9X44JT8F253 | HP TFT5600 RKM | 7038766 |
| **Servers** | | | | | | | |
| 102 | drecmapp03 | | 2x3.4GHz Xeon, 4GB, 2x36.4GB 15K, 2x72.8 | | USE433A0M0 | HP DL380G4 | 7037403 |
| 103 | drecmapp14 | | 2x3.4GHz Xeon, 4GB, 2x36.4GB 15K, 2x72.8 | | USE433A0M2 | HP DL380G4 | 7037399 |
| 104 | drdbecm03 | | 2x3.4GHz Xeon, 4GB, 2x36.4GB 15K, 2x72.8 | | USE433A0MZ | HP DL380G4 | 7037400 |
| 105 | druincompass02 | | 2x3.4GHz Xeon, 2GB, 2x36.4GB 15K | | USE432A06G | HP DL380G4 | 7037406 |
| 106 | drecmweb02 | | 2x3.4GHz Xeon, 2GB, 2x36.4GB 15K, 2x72.8 | | USE432A04G | HP DL380G4 | 7037405 |
| 107 | drecmweb03 | | 2x3.4GHz Xeon, 2GB, 2x36.4GB 15K, 2x72.8 | | USE433A0LY | HP DL380G4 | 7037404 |
| 108 | drappecm02 | | 2x3.4GHz Xeon, 2GB, 2x36.4GB 15K | | USE433A0KY | HP DL380G4 | 7037402 |
| 109 | drappecm03 | | 2x3.4GHz Xeon, 2GB, 2x36.4GB 15K | | USE433A0LV | HP DL380G4 | 7037401 |
| **Network Switches** | | | | | | | |
| | notems | | | | | | |
| **Network/Cisco** | | | | | | | |
| 110 | CISCO CSS 11000 | | | | JAB073006VZ | CSS-11052-AC | 7022789 |
| 111 | Chicago Termserv | | | | JMX0723L351 | Cisco2621XM | 7030127 |
| 112 | VPN SEC | | | | FHK0728Z202 | Cisco WS-2950-24 | 7022794 |
| 113 | VPN PRI | | | | FHK0728W1ZK | Cisco WS-2950-24 | 7022793 |
| 114 | FISERV-SW2 | | | | FHK0728Z207 | Cisco WS-2950-24 | 7022792 |
| 115 | FISERV-SW1 | | | | FHK0728Y1V0 | Cisco WS-2950-24 | 7022791 |
| **General Office Equipment Items** | | | | | | | |
| | Category | | | Model | Serial Number | Asset Tag | |
| 116 | Printer | | | HP LaserJet 4200tn | USDNX09516 | 7020653 | |
| 117 | Phone | | | Avaya | A216590I1372 | | |
| 118 | Tape Library | | | STK L180 Tape Library | 368000009287 | | |
| 119 | Desktop | | | HP d530S | 2UB34202P5 | 7032719 | |

GECC Itasca Asset pick up final 10 31.xls

## GECC - Park Place CN-340 PCs and Laptops

| | Bar Code | Description | Serial Number |
|---|---|---|---|

### Desktop Computers

| | Bar Code | Description | Serial Number |
|---|---|---|---|
| 1 | 7007473 | Desktop Computer Compaq EVO 51S / D510 | 6X26KN9ZB0JK |
| 2 | 7007911 | Desktop Computer Compaq EVO 51S / D510 | USC3210G3F |
| 3 | 7009326 | Desktop Computer Compaq EVO 51S / D510 | W243KN9ZB794 |
| 4 | 7009655 | Desktop Computer Compaq EVO 51S / D510 | W245KN9ZD185 |
| 5 | 7012457 | Desktop Computer Compaq EVO 51S / D510 | W302KN9ZF637 |
| 6 | 7012459 | Desktop Computer Compaq EVO 51S / D510 | W302KN9ZF636 |
| 7 | 7012998 | Desktop Computer Compaq EVO 51S / D510 | W302KN9ZD114 |
| 8 | 7012999 | Desktop Computer Compaq EVO 51S / D510 | W302KN9ZD102 |
| 9 | 7013000 | Desktop Computer Compaq EVO 51S / D510 | W302KN9ZD145 |
| 10 | 7012948 | Desktop Computer Compaq EVO 51S / D510 | W302KN9ZD081 |
| 11 | 7012950 | Desktop Computer Compaq EVO 51S / D510 | W302KN9ZD156 |
| 12 | 7012465 | Desktop Computer Compaq EVO 51S / D510 | 6X31KN9Z60A8 |
| 13 | 7012462 | Desktop Computer Compaq EVO 51S / D510 | 6X31KN9Z60A9 |
| 14 | 7007927 | Desktop Computer Compaq EVO 51S / D510 | W307KN9ZE239 |
| 15 | 7012593 | Desktop Computer Compaq EVO 51S / D510 | W307KN9ZE247 |
| 16 | 7012648 | Desktop Computer Compaq EVO 51S / D510 | W308KN9ZC952 |
| 17 | 7012663 | Desktop Computer Compaq EVO 51S / D510 | 6X32KN9ZH04L |
| 18 | 7010685 | Desktop Computer Compaq EVO 51S / D510 | W308KN9ZC868 |
| 19 | 7012580 | Desktop Computer Compaq EVO 51S / D510 | W309KN9ZG080 |
| 20 | 7010035 | Desktop Computer Compaq EVO 51S / D510 | W309KN9ZG114 |
| 21 | 7010692 | Desktop Computer Compaq EVO 51S / D510 | W308KN9ZC941 |
| 22 | 7010720 | Desktop Computer Compaq EVO 51S / D510 | W309KN9ZG165 |
| 23 | 7010376 | Desktop Computer Compaq EVO 51S / D510 | 6X33KN9ZE247 |
| 24 | 7022143 | Desktop Computer Compaq EVO 51S / D510 | USH3110CGW |
| 25 | 7013457 | Desktop Computer Compaq EVO 51S / D510 | USH3120FZS |
| 26 | 7014966 | Desktop Computer Compaq EVO 51S / D510 | USW31909CV |
| 27 | 7014967 | Desktop Computer Compaq EVO 51S / D510 | USW31909CS |
| 28 | 7014968 | Desktop Computer Compaq EVO 51S / D510 | USW31909CW |
| 29 | 7013421 | Desktop Computer Compaq EVO 51S / D510 | USW31909CT |
| 30 | 7013422 | Desktop Computer Compaq EVO 51S / D510 | USW31909WK |
| 31 | 7013430 | Desktop Computer Compaq EVO 51S / D510 | USC3150N5M |
| 32 | 7014169 | Desktop Computer Compaq EVO 51S / D510 | USW3160961 |
| 33 | 7014209 | Desktop Computer Compaq EVO 51S / D510 | USW31505C4 |
| 34 | 7015035 | Desktop Computer Compaq EVO 51S / D510 | W235KN9ZB704 |
| 35 | 7016388 | Desktop Computer Compaq EVO 51S / D510 | USW32100W2 |
| 36 | 7016627 | Desktop Computer Compaq EVO 51S / D510 | USW321009Y |
| 37 | 7016632 | Desktop Computer Compaq EVO 51S / D510 | USC32004YJ |
| 38 | 7016633 | Desktop Computer Compaq EVO 51S / D510 | USC32004YD |
| 39 | 7016599 | Desktop Computer Compaq EVO 51S / D510 | USW32100ZM |
| 40 | 7016700 | Desktop Computer Compaq EVO 51S / D510 | USC320053T |
| 41 | 7016746 | Desktop Computer Compaq EVO 51S / D510 | USC3220VP9 |
| 42 | 7016747 | Desktop Computer Compaq EVO 51S / D510 | USC3220VMZ |
| 43 | 7016749 | Desktop Computer Compaq EVO 51S / D510 | USC3220VHV |
| 44 | 7016750 | Desktop Computer Compaq EVO 51S / D510 | USC3220TLF |
| 45 | 7016751 | Desktop Computer Compaq EVO 51S / D510 | USC3220TL9 |
| 46 | 7016772 | Desktop Computer Compaq EVO 51S / D510 | USW32309F8 |
| 47 | 7019147 | Desktop Computer Compaq EVO 51S / D510 | USC3220VJP |
| 48 | 5000165 | Desktop Computer Compaq EVO 51S / D510 | USC3200407 |
| 49 | 7019374 | Desktop Computer Compaq EVO 51S / D510 | USC3200402 |
| 50 | 7019375 | Desktop Computer Compaq EVO 51S / D510 | USC320041F |
| 51 | 7019376 | Desktop Computer Compaq EVO 51S / D510 | USC320040D |
| 52 | 7019377 | Desktop Computer Compaq EVO 51S / D510 | USC32004YT |
| 53 | 7019378 | Desktop Computer Compaq EVO 51S / D510 | USC320041G |
| 54 | 7019379 | Desktop Computer Compaq EVO 51S / D510 | USC320041L |
| 55 | 7019733 | Desktop Computer Compaq EVO 51S / D510 | USW3250620 |
| 56 | 7019718 | Desktop Computer Compaq EVO 51S / D510 | USW324080R |
| 57 | 7019790 | Desktop Computer Compaq EVO 51S / D510 | USC320041N |
| 58 | 7019791 | Desktop Computer Compaq EVO 51S / D510 | USC3220TJC |

## GECC - Park Place CN-340 PCs and Laptops

|     | Bar Code | Description | Serial Number |
| --- | --- | --- | --- |
| 59  | 7019793 | Desktop Computer Compaq EVO 51S / D510 | USC3220T4N |
| 60  | 7019794 | Desktop Computer Compaq EVO 51S / D510 | USC32004Y9 |
| 61  | 7019795 | Desktop Computer Compaq EVO 51S / D510 | USC3220TJL |
| 62  | 7019796 | Desktop Computer Compaq EVO 51S / D510 | USC32003MM |
| 63  | 7019797 | Desktop Computer Compaq EVO 51S / D510 | USC32004YL |
| 64  | 7015312 | Desktop Computer Compaq EVO 51S / D510 | USC324068T |
| 65  | 7017004 | Desktop Computer Compaq EVO 51S / D510 | USC3240691 |
| 66  | 7017014 | Desktop Computer Compaq EVO 51S / D510 | USC3240698 |
| 67  | 7017019 | Desktop Computer Compaq EVO 51S / D510 | USC324060T |
| 68  | 7020233 | Desktop Computer Compaq EVO 51S / D510 | USC3210BYN |
| 69  | 7020251 | Desktop Computer Compaq EVO 51S / D510 | USC3210G3H |
| 70  | 7020257 | Desktop Computer Compaq EVO 51S / D510 | USC321098M |
| 71  | 7020258 | Desktop Computer Compaq EVO 51S / D510 | USC3210BCP |
| 72  | 7020352 | Desktop Computer Compaq EVO 51S / D510 | USC3210G7L |
| 73  | 7020353 | Desktop Computer Compaq EVO 51S / D510 | USC3210FWC |
| 74  | 7020354 | Desktop Computer Compaq EVO 51S / D510 | USC3210G31 |
| 75  | 7020356 | Desktop Computer Compaq EVO 51S / D510 | USC3210G3N |
| 76  | 7020359 | Desktop Computer Compaq EVO 51S / D510 | USC3210G7W |
| 77  | 7020281 | Desktop Computer Compaq EVO 51S / D510 | USC3210G87 |
| 78  | 7020285 | Desktop Computer Compaq EVO 51S / D510 | USC3210FV6 |
| 79  | 7020540 | Desktop Computer Compaq EVO 51S / D510 | USC3210BFG |
| 80  | 7020541 | Desktop Computer Compaq EVO 51S / D510 | USC321098G |
| 81  | 7020542 | Desktop Computer Compaq EVO 51S / D510 | USC3210985 |
| 82  | 7020543 | Desktop Computer Compaq EVO 51S / D510 | USC3210984 |
| 83  | 7020544 | Desktop Computer Compaq EVO 51S / D510 | USC3210BXF |
| 84  | 7020584 | Desktop Computer Compaq EVO 51S / D510 | USC3210GMH |
| 85  | 7020585 | Desktop Computer Compaq EVO 51S / D510 | USC3210BZK |
| 86  | 7020588 | Desktop Computer Compaq EVO 51S / D510 | USC3210BDQ |
| 87  | 7020589 | Desktop Computer Compaq EVO 51S / D510 | USC3210BJ8 |
| 88  | 7020629 | Desktop Computer Compaq EVO 51S / D510 | USC3210GKQ |
| 89  | 7020890 | Desktop Computer Compaq EVO 51S / D510 | USC3210GMW |
| 90  | 7020899 | Desktop Computer Compaq EVO 51S / D510 | USC3250LZG |
| 91  | 7020898 | Desktop Computer Compaq EVO 51S / D510 | USC3250L9W |
| 92  | 7020897 | Desktop Computer Compaq EVO 51S / D510 | USC3210G44 |
| 93  | 7020896 | Desktop Computer Compaq EVO 51S / D510 | USC3210G5Y |
| 94  | 7020941 | Desktop Computer Compaq EVO 51S / D510 | USC3240JQN |
| 95  | 7021060 | Desktop Computer Compaq EVO 51S / D510 | 6X31KN9Z618S |
| 96  | 7021537 | Desktop Computer Compaq EVO 51S / D510 | USC325070L |
| 97  | 7021569 | Desktop Computer Compaq EVO 51S / D510 | USC3250711 |
| 98  | 7021571 | Desktop Computer Compaq EVO 51S / D510 | USC325070Q |
| 99  | 7021152 | Desktop Computer Compaq EVO 51S / D510 | 6X31KN9ZA035 |
| 100 | 7021505 | Desktop Computer Compaq EVO 51S / D510 | USC325071C |
| 101 | 7017561 | Desktop Computer Compaq EVO 51S / D510 | 6X31KN9Z618R |
| 102 | 7017572 | Desktop Computer Compaq EVO 51S / D510 | 6X31KN9Z61PK |
| 103 | 7022145 | Desktop Computer Compaq EVO 51S / D510 | 6X31KN9Z618V |
| 104 | 7022263 | Desktop Computer Compaq EVO 51S / D510 | USW33108L8 |
| 105 | 7022045 | Desktop Computer Compaq EVO 51S / D510 | USC3220VN5 |
| 106 | 7022054 | Desktop Computer Compaq EVO 51S / D510 | USW33108LB |
| 107 | 7022228 | Desktop Computer Compaq EVO 51S / D510 | 6X31KN9Z61PE |
| 108 | 7022232 | Desktop Computer Compaq EVO 51S / D510 | 6X31KN9Z61R1 |
| 109 | 7022245 | Desktop Computer Compaq EVO 51S / D510 | 6X31KN9Z61PH |
| 110 | 7022246 | Desktop Computer Compaq EVO 51S / D510 | 6X31KN9Z61R8 |
| 111 | 7022260 | Desktop Computer Compaq EVO 51S / D510 | USW33108L7 |
| 112 | 7022717 | Desktop Computer Compaq EVO 51S / D510 | USC3210G53 |
| 113 | 7022382 | Desktop Computer Compaq EVO 51S / D510 | USW332093N |
| 114 | 7022383 | Desktop Computer Compaq EVO 51S / D510 | USW332093P |
| 115 | 7043070 | Desktop Computer Compaq EVO 51S / D510 | 6X31KN9ZA03E |
| 116 | 7023385 | Desktop Computer Compaq EVO 51S / D510 | USC3250J85 |
| 117 | 7008609 | Desktop Computer Compaq EVO 51S / D510 | V237KN9ZC520 |
| 118 | 7018728 | Desktop Computer Compaq EVO 51S / D510 | 6X31KN9Z61PJ |
| 119 | 7045410 | Desktop Computer Compaq EVO 51S / D510 | USH311023V |

## GECC - Park Place CN-340 PCs and Laptops

|     | Bar Code | Description | Serial Number |
| --- | --- | --- | --- |
| 120 | 8028810 | Desktop Computer Compaq EVO 51S / D510 | 6X31KN9Z60ER |
| 121 | 7016801 | Desktop Computer Compaq EVO 51S / D510 | W305KN9ZA949 |
| 122 | W302KN9ZG120 | Desktop Computer Compaq EVO 51S / D510 | W302KN9ZG120 |
| 123 | 5000342 | Desktop Computer Compaq EVO D510 | 6X31KN9Z609Z |
| 124 | 7023490 | Desktop Computer HP D530S | USV33203TL |
| 125 | 7023492 | Desktop Computer HP D530S | USV33203QG |
| 126 | 7023415 | Desktop Computer HP D530S | USW3330CNC |
| 127 | 7023775 | Desktop Computer HP D530S | USW3330CPJ |
| 128 | 7023782 | Desktop Computer HP D530S | USW3330CPC |
| 129 | 7023785 | Desktop Computer HP D530S | USW3330CPS |
| 130 | 7023825 | Desktop Computer HP D530S | USW335044M |
| 131 | 7023576 | Desktop Computer HP D530S | USW33404QT |
| 132 | 7024049 | Desktop Computer HP D530S | USW33404SV |
| 133 | 7024221 | Desktop Computer HP D530S | 2UB3340263 |
| 134 | 7024222 | Desktop Computer HP D530S | 2UB334026R |
| 135 | 7024232 | Desktop Computer HP D530S | 2UB3340269 |
| 136 | 7024355 | Desktop Computer HP D530S | USW33404QC |
| 137 | 7024356 | Desktop Computer HP D530S | USW335042S |
| 138 | 7024373 | Desktop Computer HP D530S | USW33404T6 |
| 139 | 7024432 | Desktop Computer HP D530S | 2UB335047Q |
| 140 | 7024575 | Desktop Computer HP D530S | 2UB33504JL |
| 141 | 7024580 | Desktop Computer HP D530S | 2UA3350CBC |
| 142 | 7024593 | Desktop Computer HP D530S | 2UB33601MR |
| 143 | 7024610 | Desktop Computer HP D530S | 2UB33601M6 |
| 144 | 7024959 | Desktop Computer HP D530S | 2UB34105BG |
| 145 | 7024962 | Desktop Computer HP D530S | 2UB341058F |
| 146 | 7024966 | Desktop Computer HP D530S | 2UB34105JG |
| 147 | 7025076 | Desktop Computer HP D530S | 2UB34105GB |
| 148 | 7025186 | Desktop Computer HP D530S | 2UB341057N |
| 149 | 7025308 | Desktop Computer HP D530S | 2UA34305CK |
| 150 | 7025260 | Desktop Computer HP D530S | 2UA3360JH5 |
| 151 | 7025273 | Desktop Computer HP D530S | 2UA3350CHT |
| 152 | 7025292 | Desktop Computer HP D530S | 2UA3360G25 |
| 153 | 7025470 | Desktop Computer HP D530S | 2UA33902ZQ |
| 154 | 7025472 | Desktop Computer HP D530S | 2UA339035G |
| 155 | 7025485 | Desktop Computer HP D530S | 2UA33902V0 |
| 156 | 7025489 | Desktop Computer HP D530S | 2UA33503WX |
| 157 | 7025497 | Desktop Computer HP D530S | 2UA33902L0 |
| 158 | 7025499 | Desktop Computer HP D530S | 2UA3390236 |
| 159 | 7025500 | Desktop Computer HP D530S | 2UA3390304 |
| 160 | 7025501 | Desktop Computer HP D530S | 2UA339025P |
| 161 | 7025502 | Desktop Computer HP D530S | 2UA33503ZX |
| 162 | 7025479 | Desktop Computer HP D530S | 2UA33902K2 |
| 163 | 7025480 | Desktop Computer HP D530S | 2UA33902KF |
| 164 | 7025504 | Desktop Computer HP D530S | 2UA3360GRP |
| 165 | 7025425 | Desktop Computer HP D530S | 2UA3360GD0 |
| 166 | 5000161 | Desktop Computer HP D530S | USC33301T4 |
| 167 | 7025204 | Desktop Computer HP D530S | 2UB34404KS |
| 168 | 7025678 | Desktop Computer HP D530S | USU348016J |
| 169 | 7025683 | Desktop Computer HP D530S | USU34801V5 |
| 170 | 7025765 | Desktop Computer HP D530S | 2UB34102XM |
| 171 | 7025769 | Desktop Computer HP D530S | 2UA34102P7 |
| 172 | 7025771 | Desktop Computer HP D530S | 2UA34102P4 |
| 173 | 7025772 | Desktop Computer HP D530S | 2UA34102PK |
| 174 | 7025776 | Desktop Computer HP D530S | 2UA34102P9 |
| 175 | 7025778 | Desktop Computer HP D530S | 2UA34102PP |
| 176 | 7025779 | Desktop Computer HP D530S | 2UA34102P3 |
| 177 | 7025899 | Desktop Computer HP D530S | 2UB33703XK |
| 178 | 7025900 | Desktop Computer HP D530S | 2UB33703YK |
| 179 | 7025901 | Desktop Computer HP D530S | 2UB34202PG |
| 180 | 7025903 | Desktop Computer HP D530S | 2UB33703ZB |

## GECC - Park Place CN-340 PCs and Laptops

|     | Bar Code | Description | Serial Number |
|-----|----------|-------------|---------------|
| 181 | 7025904 | Desktop Computer HP D530S | 2UB33703ZC |
| 182 | 7025906 | Desktop Computer HP D530S | 2UB33703WG |
| 183 | 7025907 | Desktop Computer HP D530S | 2UB33703X8 |
| 184 | 7025908 | Desktop Computer HP D530S | 2UB33703YL |
| 185 | 7025920 | Desktop Computer HP D530S | 2UB34202PD |
| 186 | 7025923 | Desktop Computer HP D530S | 2UB34202NS |
| 187 | 7025616 | Desktop Computer HP D530S | 2UA33503TG |
| 188 | 7025982 | Desktop Computer HP D530S | 2UB33703Z5 |
| 189 | 7025987 | Desktop Computer HP D530S | 2UB33703V3 |
| 190 | 7026043 | Desktop Computer HP D530S | 2UB34202NV |
| 191 | 7026340 | Desktop Computer HP D530S | 2UA34107WW |
| 192 | 7027481 | Desktop Computer HP D530S | 2UB40302J9 |
| 193 | 7027495 | Desktop Computer HP D530S | 2UB402001B |
| 194 | 7027547 | Desktop Computer HP D530S | 2UB4010522 |
| 195 | 7027746 | Desktop Computer HP D530S | 2UB34202PR |
| 196 | 7027862 | Desktop Computer HP D530S | 2UA33902YW |
| 197 | 7027866 | Desktop Computer HP D530S | 2UA33902WZ |
| 198 | 7027871 | Desktop Computer HP D530S | 2UA33902RH |
| 199 | 7027957 | Desktop Computer HP D530S | 2UA339035Q |
| 200 | 7027958 | Desktop Computer HP D530S | 2UA33902SZ |
| 201 | 7027629 | Desktop Computer HP D530S | 2UB34202PK |
| 202 | 7028306 | Desktop Computer HP D530S | 2UB33702F7 |
| 203 | 7023028 | Desktop Computer HP D530S | 2UB40302J4 |
| 204 | 7015799 | Desktop Computer HP D530S | 2UB40800PC |
| 205 | 7015800 | Desktop Computer HP D530S | 2UB40302HX |
| 206 | 7015802 | Desktop Computer HP D530S | 2UB40800M1 |
| 207 | 7015803 | Desktop Computer HP D530S | 2UB40302K7 |
| 208 | 7015804 | Desktop Computer HP D530S | 2UB40302HW |
| 209 | 7029312 | Desktop Computer HP D530S | 2UB3370B25 |
| 210 | 7029313 | Desktop Computer HP D530S | 2UB3370B1Z |
| 211 | 7029314 | Desktop Computer HP D530S | 2UB3370B29 |
| 212 | 7029315 | Desktop Computer HP D530S | 2UB3370B2C |
| 213 | 7029316 | Desktop Computer HP D530S | 2UB33709ST |
| 214 | 7029317 | Desktop Computer HP D530S | 2UB3370B28 |
| 215 | 7029318 | Desktop Computer HP D530S | 2UB3370B22 |
| 216 | 7029323 | Desktop Computer HP D530S | 2UB41006F4 |
| 217 | 7029256 | Desktop Computer HP D530S | 2UB40302HF |
| 218 | 7029257 | Desktop Computer HP D530S | 2UA4070D4S |
| 219 | 7029265 | Desktop Computer HP D530S | 2UB3370B87 |
| 220 | 7029266 | Desktop Computer HP D530S | 2UA4070D5B |
| 221 | 7029287 | Desktop Computer HP D530S | 2UA4070D6C |
| 222 | 7029379 | Desktop Computer HP D530S | 2UB33709SQ |
| 223 | 7029403 | Desktop Computer HP D530S | 2UA4100970 |
| 224 | 7022764 | Desktop Computer HP D530S | USW3330CP4 |
| 225 | 7029494 | Desktop Computer HP D530S | USU408050Z |
| 226 | 7029549 | Desktop Computer HP D530S | 2UB41202HB |
| 227 | 7029577 | Desktop Computer HP D530S | 2UB41403S8 |
| 228 | 7029578 | Desktop Computer HP D530S | 2UB41405TZ |
| 229 | 7029801 | Desktop Computer HP D530S | 2UB41202GX |
| 230 | 7029961 | Desktop Computer HP D530S | 2UB41403T7 |
| 231 | 7029848 | Desktop Computer HP D530S | 2UB41403SP |
| 232 | 7029850 | Desktop Computer HP D530S | 2UB41403Q4 |
| 233 | 7029879 | Desktop Computer HP D530S | 2UB41403R9 |
| 234 | 7029880 | Desktop Computer HP D530S | 2UB41403SY |
| 235 | 7032422 | Desktop Computer HP D530S | USW4170BCX |
| 236 | 7032424 | Desktop Computer HP D530S | USW4170BCY |
| 237 | 7032425 | Desktop Computer HP D530S | USW4170BCZ |
| 238 | 7032475 | Desktop Computer HP D530S | 2UB415084Z |
| 239 | 7047414 | Desktop Computer HP D530S | 2UB41508LX |
| 240 | 7032477 | Desktop Computer HP D530S | 2UB415084T |
| 241 | 7032479 | Desktop Computer HP D530S | 2UB41508QL |

## GECC - Park Place CN-340 PCs and Laptops

|     | Bar Code | Description | Serial Number |
| --- | --- | --- | --- |
| 242 | 7032657 | Desktop Computer HP D530S | 2UB41800C8 |
| 243 | 7032661 | Desktop Computer HP D530S | 2UB41606P4 |
| 244 | 7032662 | Desktop Computer HP D530S | 2UB41202GG |
| 245 | 7032663 | Desktop Computer HP D530S | 2UB41202GF |
| 246 | 7032664 | Desktop Computer HP D530S | 2UB41202HF |
| 247 | 7032665 | Desktop Computer HP D530S | 2UB41202GN |
| 248 | 7032666 | Desktop Computer HP D530S | 2UB41202FF |
| 249 | 7032667 | Desktop Computer HP D530S | 2UB41202FC |
| 250 | 7032668 | Desktop Computer HP D530S | 2UB41202HH |
| 251 | 7032669 | Desktop Computer HP D530S | 2UB41202HJ |
| 252 | 7032671 | Desktop Computer HP D530S | 2UB41202HG |
| 253 | 7032675 | Desktop Computer HP D530S | 2UB41508NV |
| 254 | 7032677 | Desktop Computer HP D530S | 2UB41508KP |
| 255 | 7032679 | Desktop Computer HP D530S | 2UB41508L3 |
| 256 | 7032680 | Desktop Computer HP D530S | 2UB415083T |
| 257 | 7032802 | Desktop Computer HP D530S | 2UA41904C1 |
| 258 | 7032816 | Desktop Computer HP D530S | 2UB41900YN |
| 259 | 7032817 | Desktop Computer HP D530S | 2UB41900XB |
| 260 | 8027950 | Desktop Computer HP D530S | 2UA416056J |
| 261 | 7032888 | Desktop Computer HP D530S | 2UA41606QY |
| 262 | 7032890 | Desktop Computer HP D530S | 2UA416056P |
| 263 | 7032891 | Desktop Computer HP D530S | 2UA4160544 |
| 264 | 7032895 | Desktop Computer HP D530S | 2UB41403R2 |
| 265 | 7032899 | Desktop Computer HP D530S | 2UB41403RT |
| 266 | 7032900 | Desktop Computer HP D530S | 2UB41403RQ |
| 267 | 7032931 | Desktop Computer HP D530S | 2UB41900TN |
| 268 | 7032934 | Desktop Computer HP D530S | 2UB41900RZ |
| 269 | 7032952 | Desktop Computer HP D530S | 2UB4150839 |
| 270 | 7032954 | Desktop Computer HP D530S | 2UB41701PZ |
| 271 | 7032961 | Desktop Computer HP D530S | 2UB41701TJ |
| 272 | 7032963 | Desktop Computer HP D530S | 2UB41508Q8 |
| 273 | 7032974 | Desktop Computer HP D530S | 2UB41701T7 |
| 274 | 7032976 | Desktop Computer HP D530S | 2UB41701SX |
| 275 | 7032977 | Desktop Computer HP D530S | 2UB41606VM |
| 276 | 7032980 | Desktop Computer HP D530S | 2UB41701DV |
| 277 | 7032982 | Desktop Computer HP D530S | 2UB41701P5 |
| 278 | 7032983 | Desktop Computer HP D530S | 2UB41701Q7 |
| 279 | 7033051 | Desktop Computer HP D530S | 2UB42003P5 |
| 280 | 7033208 | Desktop Computer HP D530S | 2UB42003G0 |
| 281 | 7030573 | Desktop Computer HP D530S | 2UB42102XK |
| 282 | 7022772 | Desktop Computer HP D530S | USW3330CP7 |
| 283 | 7024727 | Desktop Computer HP D530S | USV33203TG |
| 284 | 7034377 | Desktop Computer HP DC5000S | MXL43000M0 |
| 285 | 7034492 | Desktop Computer HP DC5000S | MXL432002C |
| 286 | 7034498 | Desktop Computer HP DC5000S | MXL432000B |
| 287 | 7034500 | Desktop Computer HP DC5000S | MXL4320039 |
| 288 | 7034503 | Desktop Computer HP DC5000S | MXL432005K |
| 289 | 7034573 | Desktop Computer HP DC5000S | MXL43103JF |
| 290 | 7034599 | Desktop Computer HP DC5000S | MXL432006L |
| 291 | 7034697 | Desktop Computer HP DC5000S | MXL432000R |
| 292 | 7036936 | Desktop Computer HP DC5000S | MXL43103JL |
| 293 | 7036942 | Desktop Computer HP DC5000S | MXL43405BV |
| 294 | 7036491 | Desktop Computer HP DC5000S | MXL43103JQ |
| 295 | 7036657 | Desktop Computer HP DC5000S | MXL43502C2 |
| 296 | 7036658 | Desktop Computer HP DC5000S | MXL43502BK |
| 297 | 7036660 | Desktop Computer HP DC5000S | MXL43502BD |
| 298 | 7036709 | Desktop Computer HP DC5000S | MXL43502BN |
| 299 | 7036713 | Desktop Computer HP DC5000S | MXL4330BCV |
| 300 | 7036716 | Desktop Computer HP DC5000S | MXL43502B6 |
| 301 | 7036719 | Desktop Computer HP DC5000S | MXL43502BR |
| 302 | 7036720 | Desktop Computer HP DC5000S | MXL43502DK |

## GECC - Park Place CN-340 PCs and Laptops

|     | Bar Code | Description | Serial Number |
| --- | --- | --- | --- |
| 303 | 7036721 | Desktop Computer HP DC5000S | MXL435028P |
| 304 | 7036722 | Desktop Computer HP DC5000S | MXL435028D |
| 305 | 7036785 | Desktop Computer HP DC5000S | MXL43607NV |
| 306 | 7038652 | Desktop Computer HP DC5000S | MXL4350B9C |
| 307 | 7038735 | Desktop Computer HP DC5000S | MXL4370577 |
| 308 | 7040316 | Desktop Computer HP DC5000S | MXL43908CP |
| 309 | 7043597 | Desktop Computer HP DC5000S | USC332015C |
| 310 | 7046377 | Desktop Computer HP DC5000S | MXL534043S |
| 311 | 7049593 | Desktop Computer HP DC5100 | MXL6070WF1 |
| 312 | 8028482 | Desktop Computer HP Vectra VL420 | W305KN9ZB305 |

## Laptop Computers

|     | Bar Code | Description | Serial Number |
| --- | --- | --- | --- |
| 1 | 7010986 | Laptop Computer Compaq EVO N800C | 5Y32KLMZF14W |
| 2 | 7011849 | Laptop Computer Compaq EVO N800C | 5Y31KLMZT0XM |
| 3 | 7013450 | Laptop Computer Compaq EVO N800C | 5Y31KLMZT0YR |
| 4 | 7016579 | Laptop Computer Compaq EVO N800C | KRD3210CRS |
| 5 | 7016581 | Laptop Computer Compaq EVO N800C | KRD3210CMB |
| 6 | 7016771 | Laptop Computer Compaq EVO N800C | KRD320034L |
| 7 | 7020579 | Laptop Computer Compaq EVO N800C | KRD3210CKC |
| 8 | 5000098 | Laptop Computer Compaq EVO N800C | 5Y32KLMZF14S |
| 9 | 7022783 | Laptop Computer Compaq EVO N800C | KRD32407VX |
| 10 | 7019400 | Laptop Computer Dell Inspiron | 1THRX21 |
| 11 | 7020349 | Laptop Computer Dell Inspiron | 4063131 |
| 12 | 5000102 | Laptop Computer Dell Inspiron | BX3NP21 |
| 13 | 7016351 | Laptop Computer Dell Inspiron 8500 | GHYNT21 |
| 14 | 5000812 | Laptop Computer IBM Thinkpad T40 | 1S23738CUKPKAGVN |
| 15 | 5000816 | Laptop Computer IBM Thinkpad T40 | 1S23738CU99FYZXV |
| 16 | 5001131 | Laptop Computer IBM Thinkpad T40 | 1S23738CU99FZDPZ |
| 17 | 5001158 | Laptop Computer IBM Thinkpad T40 | 1S23738CU99FYYTY |
| 18 | 5001172 | Laptop Computer IBM Thinkpad T40 | 1S23738CU99ZFGKT |
| 19 | 5001184 | Laptop Computer IBM Thinkpad T40 | 1S23738CU99ZFVMZ |
| 20 | 5001211 | Laptop Computer IBM Thinkpad T40 | 1S23738CU999LP2D |
| 21 | 5001181 | Laptop Computer IBM Thinkpad T40 | 1S23738CUKPYHVBD |
| 22 | 5000370 | Laptop Computer IBM Thinkpad T40 | 1S23738CU990YLTM |
| 23 | 5000376 | Laptop Computer IBM Thinkpad T40 | 1S23738CU999HAFX |
| 24 | 5000380 | Laptop Computer IBM Thinkpad T40 | 1S23738CU990YGZV |
| 25 | 5000011 | Laptop Computer IBM Thinkpad T40 | 1S23738CU999GNWX |
| 26 | 5000021 | Laptop Computer IBM Thinkpad T40 | 1S23738CU990XPXR |
| 27 | 5000018 | Laptop Computer IBM Thinkpad T40 | 1S23738CU999GNVN |
| 28 | 5000025 | Laptop Computer IBM Thinkpad T40 | 1S23738CU990XMXR |
| 29 | 5000031 | Laptop Computer IBM Thinkpad T40 | 1S23738CU990XMZY |
| 30 | 5000026 | Laptop Computer IBM Thinkpad T40 | 1S23738CU990XPHT |
| 31 | 5000039 | Laptop Computer IBM Thinkpad T40 | 1S23738CU999HTGN |
| 32 | 5000041 | Laptop Computer IBM Thinkpad T40 | 1S23738CU999HTFW |
| 33 | 5000046 | Laptop Computer IBM Thinkpad T40 | 1S23738CU999HTRT |
| 34 | 5000044 | Laptop Computer IBM Thinkpad T40 | 1S23738CU999HTXK |
| 35 | 5000778 | Laptop Computer IBM Thinkpad T40 | 1S23738CU99NM040 |
| 36 | 5001320 | Laptop Computer IBM Thinkpad T40 | 1S23738CU99F0B0G |
| 37 | 5001319 | Laptop Computer IBM Thinkpad T40 | 1S23738CU999HDCV |
| 38 | 5000780 | Laptop Computer IBM Thinkpad T40 | 1S23738CU99NM087 |
| 39 | 5000785 | Laptop Computer IBM Thinkpad T40 | 1S23738CU99NM163 |
| 40 | 5000784 | Laptop Computer IBM Thinkpad T40 | 1S23738CU99NM142 |
| 41 | 5001334 | Laptop Computer IBM Thinkpad T42 | 1S2373C0399M4PWY |
| 42 | 5001344 | Laptop Computer IBM Thinkpad T42 | 1S2373C0399M4PXL |
| 43 | 5001335 | Laptop Computer IBM Thinkpad T42 | 1S2373C0399M4PVY |
| 44 | 5001365 | Laptop Computer IBM Thinkpad T42 | 1S2373C0399M4PYC |

|    | category | Manufacturer | Description | Model # | Serial # |
|----|----------|--------------|-------------|---------|----------|
| 1  | copier | Ricoh | Copier Aficio 1075 | AF1075 | J4325400353 |
| 2  | copier | Ricoh | Copier Aficio 1075 | AF1075 | J4325900766 |
| 3  | copier | Ricoh | Copier Aficio 1075 | AF1075 | J4335100617 |
| 4  | copier | Ricoh | Copier Aficio 1075 | AF1075 | J4335900386 |
| 5  | copier | Ricoh | Copier Aficio 2045 | AF2045 | J8046100168 |
| 6  | digital sender | HP | Flatbed Digital Sender | 9100C | JP16003738 |
| 7  | scanner | HP | Scanner Digital Sender | 9100C | JP26015339 |
| 8  | Printer | HP | Printer 8150N | 8150N | JPBLR13470 |
| 9  | Printer | HP | Printer 9000DN | 9000DN | JPBRY09850 |
| 10 | Printer | HP | Printer 4600DN | 4600DN | JPGMC49853 |