**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., <br> Debtors, | ) Case No. 07-10416 KJC <br> ) Chapter 11 <br> ) Jointly Administered <br> ) Ref. No. 3399 |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO 440 NORTH MAIN STREET, LIBERTY, NEW YORK, 12754**

AND NOW, TO WIT, this _____ day of _____ A.D., 2007, Household Finance Realty Corporation of New York's Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause so as to permit Household Finance Realty Corporation of New York and/or the holder of the first mortgage, as recorded in the Office of the County Clerk in Book 3186, Page 138 in Sullivan County, State of New York for 440 North Main Street, Liberty, New York, 12754 to enforce its security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale of the property and any other legal remedies against the property which may be available to Household Finance Realty Corporation of New York under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that Household Finance Realty Corporation of New York may immediately enforce and implement this Order granting relief from the automatic stay.

_____
J.