# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: U. S. Bank National Association, as Trustee for Home Equity Loan Trust
D&G Reference: 210568 / Batch 5

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 0001466487 | BOWEN | 4/27/2004 | $100,000.00 | $109,451.21 | $102,000.00 | 205 KELLY DRIVE MOORE OK 73160 |
| 0001475101 | HASKIN | 4/27/2004 | $52,000.00 | $53,553.66 | $78,000.00 | 742 KILPATRICK STREET CHANNELVIEW TX 77530 |
| 0001533814 | BAGWELL | 4/30/2004 | $133,600.00 | $144,216.24 | $170,000.00 | 6701 MONTGENUEVER DRIVE KNOXVILLE TN 37918 |
| 2000004309 | GETTS | 7/15/2004 | $143,200.00 | $147,895.42 | $160,000.00 | 35252 W CHICAGO STREET LIVONIA MI 48150 |
| 2000003521 | TAGOVAILOA JR | 7/6/2004 | $120,000.00 | $121,993.76 | $158,000.00 | 1602 TWIN BIRCH DRIVE KALKASKA MI 49646 |
| 2000005909 | SHIPLEY | 8/2/2004 | $260,000.00 | $286,863.42 | $305,000.00 | 1390 ANTHONY ROAD WHEELING IL 60090 |
| 2000000273 | MARTIN | 7/23/2004 | $99,900.00 | $105,641.11 | $144,000.00 | 10724 SOUTHEAST 3RD STREET MIDWEST CITY OK 73130 |
| 2000001923 | MUTESASIRA | 7/21/2004 | $279,920.00 | $310,977.73 | $270,000.00 | 51-53 ANDERSON STREET LOWELL MA 01852 |
| 2000005269 | TURNER | 8/3/2004 | $99,200.00 | $112,251.80 | $120,000.00 | 626 MADISON COURT DUNCANVILLE TX 75137 |
| 2000004642 | POMERLEAU | 7/30/2004 | $114,800.00 | $124,690.57 | $122,000.00 | 8 DALE STREET SANFORD ME 04073 |
| 2000030349 | RIZO JR | 12/2/2004 | $256,000.00 | $267,952.50 | $310,000.00 | 14722 CLYDESDALE CIRCLE VICTORVILLE CA 92394 |
| 2000044813 | PRESA | 12/20/2004 | $359,200.00 | $399,502.26 | $469,000.00 | 667 H E STREET ONTARIO CA 91764 |
| 2000047563 | MOORE | 12/30/2004 | $50,000.00 | $55,157.49 | $54,000.00 | 8317 BEMAN AVENUE CLEVELAND OH 44105 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000044755 | JARVIS | 11/18/2004 | $182,400.00 | $207,784.48 | $245,000.00 | 1842 HAZEL ST BIRMINGHAM MI 48009 |
| 2000044020 | DOLGIN | 11/30/2004 | $256,000.00 | $262,874.08 | $275,000.00 | 75 6081 ALII DRIVE UNIT N102 KAILUA KONA HI 96740 |
| 2000046599 | PEREA | 12/23/2004 | $505,600.00 | $558,590.84 | $530,000.00 | 2869 RED ROCK CYN ROAD CHULA VISTA CA 91915 |
| 2000047547 | SANCHEZ | 12/22/2004 | $388,000.00 | $434,120.82 | $515,000.00 | 1316 WOODCREST AVENUE FULLERTON CA 92833 |