# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

*Movant: LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2006-HE8 by: Saxon Mortgage Services, Inc. as its attorney-in-fact*
*D&G Reference: 210828/Batch 29*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000201186 | BRIDGEWATER | 6/29/2006 | $439,200.00 | $475,566.08 | $560,000.00 | 5222 WOODRUFF AVENUE LAKEWOOD, CA 90713 |
| 2000202694 | DICKERSON | 7/27/2006 | $571,200.00 | $619,798.11 | $699,000.00 | 372 NORTH GREENMEADOW AVENUE NEWBURY PARK, CA 91320 |
| 2000206525 | CABRAL | 7/7/2006 | $516,000.00 | $550,091.94 | $400,000.00 | 1941 EAST 29 STREET BROOKLYN, NY 11229 |