# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: *Wells Fargo Bank, National Association, as Trustee for HSBC Bank USA, N.A, ACE 2005-RM2 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as their attorney-in-fact.*
*DeoG Reference: 210826/Batch 27*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000109440 | LEYVA | 3/21/2005 | $309,600.00 | $326,318.19 | $340,000.00 | 26856 DAYBREAK DRIVE AREA OF CORONA, CA 92883 |