### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x

In re:                                                       :
                                                             :  **Chapter 11**
NEW CENTURY TRS HOLDINGS, INC.,                              :
a Delaware Corporation, *et al.*,                           :  **Case No. 07-10416 (KJC)**
                                                             :
                                  **Debtors.**               :  **Jointly Administered**
                                                             :
                                                             :  Related to Docket Nos. 3430 and 3431
                                                             :
-------------------------------------------------------x

### CERTIFICATION OF NO OBJECTION REGARDING THIRD MONTHLY APPLICATION OF MICHAEL J. MISSAL, THE COURT-APPROVED EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007
### NO ORDER REQUIRED

The undersigned, counsel to Michael J. Missal, the Court-Appointed Examiner (the "Examiner") for New Century TRS Holdings, Inc., *et al.*, hereby certifies that:

1.        On October 26, 2007, the **Third Monthly Application of Michael J. Missal, the Court-Approved Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from September 1, 2007 Through September 30, 2007** (the "Third Application") [Docket No. 3430] and the **Notice of Third Monthly Application of Michael J. Missal, the Court-Approved Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from September 1, 2007 Through September 30, 2007** (the "Notice") [Docket No. 3431] were filed with the Court.

2.        In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007,

objections, if any, to the Application were due on or before 4:00 p.m. on November 15, 2007 (the "Objection Deadline").

3.     The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

4.     Accordingly, the Third Application may be granted.

Dated:  November 19, 2007                    SAUL EWING LLP

By: _____

Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

Co-Counsel to Michael J. Missal, Examiner