UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
In re:                                                    :
                                                          : Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,                           :
a Delaware Corporation, *et al.*,                         : Case No. 07-10416 (KJC)
                                                          :
                    Debtors.                              : Jointly Administered
                                                          :
                                                          : Related to Docket Nos. 3434 and 3435
                                                          :
-------------------------------------------------------x

**CERTIFICATION OF NO OBJECTION REGARDING THIRD MONTHLY APPLICATION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP, COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007 INCLUDING REQUEST FOR LIMITED WAIVER OF INFORMATION REQUIREMENTS OF LOCAL BANKRUPTCY RULE 2016-2(d)**
<u>**NO ORDER REQUIRED**</u>

The undersigned, counsel to Michael J. Missal, the Court-Appointed Examiner (the "Examiner") for New Century TRS Holdings, Inc., *et al.*, hereby certifies that:

1.    On October 26, 2007, the **Third Monthly Application of Kirkpatrick & Lockhart Preston Gates Ellis LLP, Counsel to the Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred From September 1, 2007 Through September 30, 2007 Including Request for Limited Waiver of Information Requirements of Local Bankruptcy Rule 2016-2(d)** (the "<u>Third Application</u>") [Docket No. 3434] and the **Notice of Third Monthly Application of Kirkpatrick & Lockhart Preston Gates Ellis LLP, Counsel to the Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred From September 1, 2007 Through September 30, 2007 Including Request for**

553553.1 11/15/07

**Limited Waiver of Information Requirements of Local Bankruptcy Rule 2016-2(d)** (the "Notice") [Docket No. 3435] were filed with the Court.

2.  In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, objections, if any, to the Application were due on or before 4:00 p.m. on November 15, 2007 (the "Objection Deadline").

3.  The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

4.  Accordingly, the Third Application may be granted.

Dated: November 19, 2007                         SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

Co-Counsel to Michael J. Missal, Examiner