**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Case No. 07-10416-KJC |
| ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., ) | |
| *et. al.,* ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | Related to Docket No.: 3844 |

**AFFIDAVIT OF SERVICE**

I, Valerie Frew, certify that I am a paralegal employed by the law firm of Fox Rothschild LLP.

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that true and correct copies of the following document(s) were served on all parties receiving electronic notice upon filing, and additionally to all parties on the attached service list in the manner indicated, on November 16, 2007:

1. Certificate of No Objection to Motion of Positive Software Solutions Inc., to File Under Seal its Reply Regarding its Motion for Relief from the Stay and Response to Debtors' Cross-motion for Alleged Stay Violation.

I certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

**FOX ROTHSCHILD LLP**

Dated: November 19, 2007    By:    /s/ *Valerie Frew*
                                            Valerie Frew

Sworn to and subscribed before
me this 19th day of November, 2007.

*/s/ Mary Rutkowski*    , Notary Public
My commission expires: August 21, 2011

WM1A 140395v1 11/19/07

SERVICE LIST

New Century TRS Holdings  
18400 Von Karman Ave.  
Irvine, CA 92612  
Wilmington, DE 19899

United States Trustee  
844 King Street, Room 2207  
Lockbox #35  
Wilmington, DE 19899

Mark D. Collins, Esquire  
Christopher M. Samis, Esquire  
Richards, Layton & Finger  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899

Bonnie Glantz Fatell, Esquire  
David W. Carickhoff, Jr., Esquire  
Blank Rome LLP  
1201 Market Street, Suite 800  
Wilmington, DE 19801

Suzanne S. Uhland, Esquire  
Ben H. Logan, Esquire  
O'Melveny & Myers LLP  
275 Battery Street  
San Francisco, CA 94111

Mark T. Power, Esquire  
Mark S. Indelicato, Esquire  
488 Madison, Ave.  
14th & 15th Floor  
New York, NY 10022

WM1A 140395v1 11/19/07