EXHIBIT A

ALASKA SEABOARD LOANS WHERE
AUTOMATIC STAY HAS BEEN LIFTED

| Alaska Seaboard Loan Number | Prior New Century Loan Number | Property Location | State |
|---|---|---|---|
| 227483 | 1003345963 | San Bernadino | CA |
| 227530 | 1004874942 | Port Charlotte | FL |
| 227537 | 1004958503 | Huntsville | AL |
| 227591 | 1006040223 | Phoenix | AZ |
| 227608 | 1006227941 | Denver | CO |
| 227612 | 1006257392 | East Palo Alto | CA |
| 227616 | 1006329181 | Burbank | CA |
| 227618 | 1006339508 | North Hills | CA |
| 227624 | 1006406971 | Brooklyn | NY |
| 227629 | 1006434833 | Temecula | CA |
| 227631 | 1006442502 | Cape Coral | FL |
| 227634 | 1006454204 | Denver | CO |
| 227652 | 1006661560 | Roosevelt | NY |
| 227659 | 1006764352 | Springfield Gardens | NY |
| 227664 | 1006800900 | San Jacinto | CA |
| 227665 | 1006803122 | Kent | CT |
| 227666 | 1006819044 | Jacksonville | FL |
| 227671 | 1006902998 | Brooklyn | NY |
| 227676 | 1006935310 | Spartanburg | SC |
| 227687 | 1007008034 | Brooklyn | NY |
| 227691 | 1007038430 | Colorado Springs | CO |
| 227697 | 1007083531 | Long Beach | CA |
| 227702 | 1007093995 | Hamden | CT |
| 227703 | 1007094743 | Oakland | CA |
| 227724 | 1007182835 | Corona | CA |
| 227730 | 1007198196 | Las Vegas | NV |
| 227740 | 1007231907 | Wellington | FL |
| 227741 | 1007232096 | San Diego | CA |
| 227744 | 1007240880 | Adelanto | CA |
| 227749 | 1007257050 | Las Vegas | NV |
| 227755 | 1007292011 | Charlotte | NC |
| 227760 | 1007304703 | Brooklyn | NY |
| 227775 | 1007358218 | Vacaville | CA |
| 227783 | 1007381709 | Hempstead | NY |
| 227799 | 1007462523 | Las Vegas | NV |
| 227803 | 1007468135 | Silver Spring | MD |
| 227805 | 1007477606 | Oakland | CA |
| 227806 | 1007480772 | Kissimmee | FL |
| 227829 | 1007537908 | Fresno | CA |
| 227832 | 1007551623 | Houston | TX |
| 227843 | 1007638791 | Richmond | CA |
| 227848 | 1007652603 | Rancho Cucamonga | CA |
| 227850 | 1007669258 | S. Ozone Park | NY |

## EXHIBIT A

## ALASKA SEABOARD LOANS WHERE AUTOMATIC STAY HAS BEEN LIFTED

| | | | |
|---|---|---|---|
| 227860 | 1007831199 | Brockton | MA |
| 227866 | 1007882990 | Coral Gables | FL |
| 227883 | 1008135332 | Lancaster | CA |
| 227884 | 1008150332 | Glen Cove | NY |
| 227886 | 1008201199 | Harris | MN |
| 227890 | 1008233182 | Beaumont | CA |
| 227903 | 1008318206 | Anaheim | CA |
| 227905 | 1008324823 | Hempstead | NY |
| 227913 | 1008392241 | Sylmar | CA |
| 227916 | 1008428784 | Pomona | CA |
| 227920 | 1008498878 | Austin | TX |
| 227922 | 1008526035 | Tampa | FL |
| 227950 | 1008753495 | Oxnard | CA |
| 227952 | 1008770378 | Jamaica | NY |
| 227957 | 1008848713 | Providence | RI |
| 227959 | 1008897143 | Delaware | OH |
| 227971 | 1009035698 | N. Providence | RI |
| 227996 | 1009490990 | San Clemente | CA |
| 228000 | 1009602753 | Rockville Centre | NY |