## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NEW CENTURY TRS HOLDINGS, INC., ) | |
| A Delaware corporation, et al.,[1] ) | Case No. 07-10416 (KJC) |
| ) | (Jointly Administered) |
| Debtors ) | |
| ) | Reference: Docket No. 3319 |

### ORDER APPROVING STIPULATION AND ORDER REGARDING MOTION OF JOSEPH & LAVON TAYLOR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, FOR AN ORDER: (A) ENLARGING THE BAR DATE; AND (B) GRANTING LEAVE TO FILE A CLASS PROOF OF CLAIM

Upon review and consideration of the Stipulation and Order ("Stipulation") Resolving Motion of Joseph & Lavon Taylor, Individually and on Behalf of Others Similarly Situated, For Entry of an Order: (a) Enlarging the Bar Date to Allow the Filing of a Late Proof of Claim Pursuant to Rules 3003(c)(3) and 9006(b)(1) of the Federal Rules of Bankruptcy Procedure; and (b) Granting Leave to File a Class Proof of Claim Pursuant To Bankruptcy Rule 9014 [Docket No. 3319], attached hereto as Exhibit A, and sufficient cause appearing therefore, it is

---

[1] The "Debtors" or "New Century" are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; Ncoral, L.P., a Delaware limited partnership.

2240992v1

SO ORDERED, ADJUDGED AND DECREED that

1. The Stipulation is hereby APPROVED.

_____  11-19-07
The Honorable Kevin J. Carey,
U.S. Bankruptcy Judge