# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: Consumer Solutions LLC*
*D&G Reference: 210765*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000209133 | CURTIS | 2/2/2006 | $336,000.00 | $336,000.00 | $440,000.00 | 219-27 112TH AVE QUEENS VILLAGE NY 11429 |
| 2000265164 | BOYD | 7/11/2006 | $544,000.00 | $544,000.00 | $555,000.00 | 2935 RAINDROP COURT TRACY CA 95377 |