# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

*Movant: Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1 by: Saxon Mortgage Services Inc. as its attorney-in-fact.*
*D&G Reference: 210776/Batch 19*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000153247 | FERNANDEZ | 8/29/2005 | $230,400.00 | $246,728.61 | $235,000.00 | 4004 MARIS COURT BAKERSFIELD, CA 93313 |