# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

*Movant: FNMA*

*D&G Reference: 210779/Batch 21*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000304103 | VAN HANDEL | 9/8/2005 | $98,400.00 | $115,062.93 | $75,000.00 | 1700 N RICHMOND ST APPLETON, WI 54911 |