# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: U. S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HE7, by Saxon Mortgage Services Inc. as its attorney-in-fact.

D&G Reference: 210780 / Batch 22

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000003755 | YOUNG | 7/21/2004 | $200,900.00 | $231,652.84 | $270,000.00 | 7951 DEXTER FALLS STREET LAS VEGAS, NV 89149 |
| 2000003276 | KOSTADINOVA | 7/6/2004 | $249,600.00 | $280,709.31 | $275,000.00 | 10 COURTNEY DRIVE DUANESBURGH, NY 12053 |
| 2000044137 | MIQUELI | 12/10/2004 | $90,250.00 | $101,135.11 | $103,000.00 | 2201 EAST RENO STREET BROKEN ARROW, OK 74012 |