# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

*Movant: Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, N.A. ACE 2006-NC1 by: Saxon Mortgage Services Inc. as its attorney-in-fact.*
*DeYG Reference: 210821/Batch 23*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000152139 | CISSEL | 9/2/2005 | $400,000.00 | $423,939.06 | $450,000.00 | 490 MORRO AVENUE UNIT 4 MORRO BAY, CA 93442 |
| 2000154546 | KNISSEL | 9/15/2005 | $184,800.00 | $195,513.88 | $184,500.00 | 7725 WEST SHINING MOON WAY TUCSON, AZ 85743 |
| 2000155534 | SAITAS | 9/23/2005 | $264,000.00 | $293,128.06 | $292,000.00 | 307 CRESTVIEW DRIVE MANCHESTER, NH 03104 |
| 2000153672 | DOLLINGER | 9/7/2005 | $312,000.00 | $332,248.17 | $275,000.00 | 153 GRANVILLE AVE VALLEJO, CA 94591 |
| 2000153406 | GARIN | 9/12/2005 | $356,000.00 | $388,973.92 | $300,000.00 | 7628 WINTERTHUR CT LAS VEGAS, NV 89129 |
| 2000152276 | RODRIGUEZ | 9/6/2005 | $346,800.00 | $360,047.30 | $282,200.00 | 4309 FARA BIUNDO DR MODESTO, CA 95355 |
| 2000254703 | FLOWERS | 12/15/2006 | $132,800.00 | $137,834.39 | $193,000.00 | 2925 BLUE HAVEN CINCINNATI, OH 45238 |
| 2000194668 | FAVELA | 6/16/2006 | $468,000.00 | $514,954.90 | $540,000.00 | 16760 ASH DRIVE FONTANA, CA 92337 |
| 2000194185 | SONCEAU | 7/5/2006 | $184,692.00 | $197,231.75 | $150,000.00 | 1817 VAUXHALL ST NW PALM BAY, FL 32907 |
| 2000166760 | NGUYEN | 3/13/2006 | $160,000.00 | $175,799.52 | $100,000.00 | 5101 HUNTER AVENUE UNIT 4 BAKERSFIELD, CA 93309 |
| 2000140069 | FARIAS | 2/11/2005 | $433,600.00 | $472,198.57 | $300,000.00 | 1097 JENNINGS AVENUE SANTA ROSA, CA 95401 |
| 2000229585 | FAUSTO | 8/22/2006 | $255,920.00 | $274,520.10 | $295,000.00 | 1101 EAST OCEAN BOULEVARD UNIT 9 LONG BEACH, CA 90802 |