| Lease ID | Lease Location | Landlord Contact Information: | Lease Commencement Date | Lease Termination Date | Monthly Rental Obligation | Cure Amount |
|---|---|---|---|---|---|---|
| CA064 | 2601 Walnut Ave, Tustin, CA 92780 | Shannon Fujimura Rossherm Properties PO Box 19068 Irvine CA 92623-9068 | 02/01/2006 | 01/31/2008 | $15631.63 | $0.00 |

LA3:1140634.3
RLF1-3217111-1