# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

*Mount Saxon Mortgage Services, Inc.*

*D&G Reference: 210695*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000155924 | GODSEY | 9/30/2005 | $158,760.00 | $168,991.72 | $204,900.00 | 65 ARDEN DR LONDON KY 40741 |
| 2000155667 | PENA | 9/30/2005 | $231,200.00 | $250,057.39 | $185,000.00 | 2708 NW 1ST STREET CAPE CORAL FL 33993 |
| 2000150021 | KINGSBURY | 9/2/2005 | $245,003.00 | $256,300.06 | $299,900.00 | 14612 POLO ROAD VICTORVILLE CA 92394 |
| 2000154555 | NUNEZ | 9/20/2005 | $191,960.00 | $197,235.74 | $215,000.00 | 4839 BIRDIE LN BAKERSFIELD CA 93308 |
| 200053731 | LIS | 12/7/2006 | $225,600.00 | $231,813.83 | $275,000.00 | 27 RICKY LANE POUGHKEEPSIE NY 12601 |
| 2000231706 | PEREZ | 8/30/2006 | $380,000.00 | $418,498.05 | $329,000.00 | 39248 ARROWHEAD COURT PALMDALE CA 93551 |
| 2000232678 | WAY | 9/8/2006 | $432,000.00 | $466,742.16 | $450,000.00 | 5765 JACKSON DR LA MESA CA 91942 |
| 2000233316 | HERNANDEZ | 9/19/2006 | $520,000.00 | $542,709.08 | $410,000.00 | 335 TOMPKINS AVENUE BROOKLYN NY 11216 |
| 2000228485 | NGUYEN | 6/30/2006 | $327,200.00 | $349,241.74 | $349,000.00 | 12887 ALBRIGHT COURT VICTORVILLE CA 92392 |
| 2000232168 | ZUNIGA | 8/31/2006 | $416,000.00 | $445,526.09 | $540,000.00 | 7766 LAKESIDE DRIVE RIVERSIDE CA 92509 |
| 2000269576 | OBERG | 12/19/2006 | $202,500.00 | $213,525.00 | $210,000.00 | 8200 IVYWOOD AVE SO COTTAGE GROVE MN 55016 |
| 2000194590 | THAI | 6/20/2006 | $281,600.00 | $294,595.94 | $300,000.00 | 6022 PIONEER WAY EAST PUYALLUP WA 98371 |
| 2000166822 | RECINOS | 3/3/2006 | $196,000.00 | $201,864.84 | $240,000.00 | 1507 WEST KINGMAN STREET SAN BERNARDINO CA 92411 |
| 2000166293 | VALDEZ | 1/30/2006 | $182,076.00 | $195,405.18 | $179,000.00 | 7649 MERCHANTVILLE CIRCLE ZEPHYRHILLS FL 33540 |
| 2000166432 | CONNER | 3/2/2006 | $153,200.00 | $163,412.28 | $150,000.00 | 44412 15TH STREET EAST NO 8 LANCASTER CA 93535 |
| 2000273372 | SHEPARD | 2/13/2007 | $348,000.00 | $363,372.32 | 419000 | 74 HILLSIDE AVENUE FREEPORT NY 11520 |