# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Morsani Saxon Mortgage Services, Inc.*
*D&G Reference: 210714*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000264805 | CALVIN | 6/30/2006 | $488,000.00 | $548,513.69 | $325,000.00 | 2305 E BELLAMY ROAD PALM SPRINGS CA 92262 |
| 2000266694 | LOBATO | 10/5/2006 | $482,400.00 | $522,463.98 | $510,000.00 | 2181 SANDRA DRIVE RIVERSIDE CA 92509 |
| 2000266736 | GARCIA | 10/2/2006 | $392,000.00 | $427,456.41 | $490,000.00 | 1127 E ALHAMBRA CT LONG BEACH CA 90813 |
| 2000304041 | BAISDEN | 9/9/2005 | $92,000.00 | $103,394.82 | $120,000-125,000 | 14700 EDBROOKE AVE DOLTON IL 60419 |
| 2000263125 | FLORES | 3/2/2006 | $439,600.00 | $485,277.40 | $507,000.00 | 10413 MEADOW RD NORWALK CA 90650 |
| 2000262751 | CRAIG | 9/29/2005 | $308,000.00 | $338,070.66 | $365,000.00 | 23837 GREEN HAVEN LANE RAMONA CA 92065 |
| 2000263611 | FORTUNE | 5/5/2006 | $700,000.00 | $768,241.86 | $665,000.00 | 1405 SILVER LAKE BOULAVARD LOS ANGELES CA 90026 |
| 2000222495 | BRYANT | 2/24/2006 | $73,600.00 | $875,18.28 | $85,000.00 | 720 ELLISON GOOLSBY LANE BLOOMINGTON SPRINGS TN 38545 |