# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
*Movant: Saxon Mortgage Services, Inc.*
*DC&G Reference: 210831/Batch 30*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000264054 | CRUZ | 6/8/2006 | $376,000.00 | $427,607.70 | $460,000.00 | 1525 EAST HARDWICK STREET LONG BEACH, CA 90807 |
| 2000251990 | HERNANDEZ | 11/16/2006 | $395,200.00 | $420,688.46 | $442,000.00 | 13081 FELLOWS AVENUE SYLMAR, CA 91342 |