**ORIGINAL**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS INC., a Delaware corporation, et al.,[1] | : : | Case No. 07-10416 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | Re: Docket No. 3614 |

### ORDER AUTHORIZING DEBTORS' CONSENT TO AMENDMENT OF CERTAIN LIMITED PARTNERSHIP AGREEMENT PURSUANT TO SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE

Upon the motion (the "Motion") of the Debtors for an order, under Bankruptcy Code sections 105(a) and 363(b) of the Bankruptcy Code authorizing the Debtors to grant their consent to the Amendment No. 1 dated as of September 30, 2007 to that certain Carrington Investment Partners (US), LP - Second Amended and Restated Agreement of Limited Partnership dated as of March 31, 2006 upon the terms and conditions of the Consent to Amendment No. 1 dated September 19, 2007 (the "Consent"); and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that authorizing the Debtors to enter into and to perform under the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f1k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (Okla JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L. P (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O Corp, a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LW (cl/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership and NC Warehouse Corporation, a California corporation.

LA3:1141052.1
RLF1-3220063-1

Consent is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**[2]

1. The Motion is hereby GRANTED.

2. The Debtors are authorized to enter into the Consent and to perform thereunder, retroactive to September 19, 2007.

3. This Court shall retain jurisdiction over this Order.

SO ORDERED,
this 20th day of November, 2007

_____
HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

LA3:1141052.1
RLF1-3220063-1