IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS; | ) | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Regarding Docket Item: 2766 |

### ORDER ALLOWING ADMINISTRATIVE CLAIM OF PLAZA AMERICA OFFICE DEVELOPMENT II, LLC FOR JULY 2007 PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b)

Upon the Motion of Plaza America Office Development II, LLC ("Plaza America") for (1) Allowance and Payment of Administrative Expenses and (2) an Order Requiring Debtors' Performance of Postpetition Lease Obligations under 11 U.S.C. § 365(d)(3) (the "Motion"), the Court having held a hearing on the Motion on October 2, 2007; and having considered the evidence presented by the parties and the arguments of counsel,

IT IS ORDERED as follows:

1. Plaza America is hereby allowed an administrative priority claim pursuant to 11 U.S.C. § 503(b) in the amount of $67,806.03 for postpetition obligations of the Debtors for the month of July 2007 arising under a lease of nonresidential real property (the "Lease") between Plaza America, as lessor, and certain of the Debtors, as lessees.

2. The Motion is DENIED to the extent that the relief requested therein is inconsistent with the provisions of this Order.

Dated: __Nov. 20__, 2007
Wilmington, DE

_____
Hon. Kevin J. Carey
United States Bankruptcy Judge

2