IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**ORIGINAL**

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | Re: Docket No. 3615 |

### ORDER GRANTING THE MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL CERTAIN INFORMATION INCLUDED ON EXHIBITS A, B, C, AND D TO THE DEBTORS' MOTION FOR ORDER PURSUANT TO SECTIONS 105(a) AND 363(b)(1) OF THE BANKRUPTCY CODE AUTHORIZING DEBTORS' CONSENT TO AMENDMENT OF CERTAIN LIMITED PARTNERSHIP AGREEMENT

Upon the motion (the "Motion") of the debtors and debtors in possession (the

"Debtors") for the entry of an order pursuant to section 107(b) of title 11 of the United States

Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 9018 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") (a) authorizing the Debtors to file under seal:

(1) Summary of Terms of the Amendment No. 1 to Limited Partnership Agreement;

(2) Limited Partnership Agreement;

---

[1]  The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

(3) Amendment No. 1 to Limited Partnership Agreement; and

(4) Debtors' Consent

(the "Confidential Information") included on Exhibits A, B, C, and D (collectively, the "Exhibits") to the *Debtors' Motion for an Order Pursuant to Section 105(a) and 363(b)(1) of the Bankruptcy Code Authorizing Debtor's Consent to Amendment of Certain Limited Partnership Agreement* (the "Amendment Motion") and (b) ordering that any portions of pleadings with respect to the Amendment Motion filed by any party that reference the Confidential Information included on the Exhibits to the Amendment Motion be filed under seal; and the Court finding that (a) the Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334; (b) this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and (c) capitalized terms used but not otherwise defined herein shall be ascribed the same meaning given to them in the Motion; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    The Debtors are authorized to file the Confidential Information included on the Exhibits to the Amendment Motion under seal.

3.    Any portions of pleadings filed with respect to the Amendment Motion by any party that references the Confidential Information contained in the Exhibits to the Amendment Motion must be filed under seal.

4.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

2

RLF1-3213489-1

5.      This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: _____NOV 20_____, 2007

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

3