FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                          Chapter 11

NEW CENTURY TRS HOLDINGS, INC., a       :  Case No. 07-10416 (KJC)
Delaware corporation, et al.,[1]                     :
                                                                    :  Jointly Administered
                                                                    :
                       Debtors.                            :  Re: Docket No. 3614 & 3615

## CONFIDENTIAL DOCUMENTS
## REQUESTED TO BE FILED UNDER SEAL

The materials herein are requested to be filed <u>under seal</u>, pursuant to entry of an order approving a *Motion of Debtors and Debtors in Possession for an Order Authorizing the Debtors to File Under Seal Certain Information Included on Exhibits A, B, C and D to the Debtors' Motion for Order Pursuant to Sections 105(a) and 363(b)(1) of the Bankruptcy Code Authorizing Debtors' Consent to Amendment of Certain Limited Partnership Agreement* filed contemporaneously herewith. The enclosed materials are confidential and, except as otherwise ordered by the Court, may be viewed only by the Court and certain other parties entitled to review such materials.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership and NC Warehouse Corporation, a California corporation.

RLF1-3220066-1

<u>Enclosed documents</u>:  Exhibits A, B, C & D to Debtors' Motion for Order Pursuant to Sections 105(a) and 363(b)(1) of the Bankruptcy Code Authorizing Debtors' Consent to Amendment of Certain Limited Partnership Agreement.

Dated: November 2, 2007
Wilmington, Delaware

*/s/ Mark D. Collins*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION