IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | Re: Docket No. 3612 |

## CERTIFICATION OF COUNSEL RE:  ORDER APPROVING MOTION OF DEBTORS-IN-POSSESSION, PURSUANT TO SECTIONS 362 AND 363 OF THE BANKRUPTCY CODE, TO AUTHORIZE TERMINATION OF CAPTIVE INSURER'S REMAINING OBLIGATIONS UNDER CAPTIVE INSURANCE CONTRACTS, PERMIT SETOFF AND GRANT RELATED RELIEF

On November 2, 2007, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion (the "Motion") for the entry of an order, pursuant to sections 362 and 363 of the United States Bankruptcy Code, authorizing the Debtors to terminate all of the remaining contractual obligations of NCMC Insurance Corporation ("NCMC Insurance"), a wholly-owned, non-debtor subsidiary of Debtor New Century Mortgage Corp., under "captive" insurance policies entered by and between the Debtors and NCMC Insurance. On November 13, 2007, Daniel J. Rubio, John Hicks and David Vizcarra, individuals on behalf of themselves, all other similarly situated and the general public (collectively, the "Rubio

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Claimants") filed an objection (the "Rubio Objection") to the Motion.  A hearing (the "Hearing")
on the Motion was held on November 20, 2007.

        At the Hearing, the Court approved the relief requested in the Motion, subject to
the Debtors submitting an acceptable form of order.  Specifically, the Court directed the Debtors
to amend the form of order to reflect that (i) the Debtors shall comply with all applicable
requirements under Hawaii corporate and/or insurance law in connection with the dissolution of
NCMC Insurance and (ii) notwithstanding the scope of any notice requirements under Hawaii
corporate and/or insurance law to the contrary, the Debtors shall provide notice of the Hawaii
dissolution proceedings to counsel to the Rubio Claimants (without conferring any rights upon
the Rubio Claimants to which they are not entitled under Hawaii law).  The Debtors have
modified the form or order to reflect the changes requested by the Court.  A revised form of
order is attached hereto as Exhibit A (the "Revised Order").  A blackline comparing the Revised
order with the form of order filed with the Motion is attached hereto as Exhibit B.  Counsel to the
Rubio Claimants has reviewed the Revised Order and agrees that it reflects the Court's ruling at
the Hearing.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed

Order, substantially in the form attached hereto as Exhibit A.

Dated:  November 20, 2007
       Wilmington, Delaware

Respectfully submitted,

Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California  94111
(415) 984-8700

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION