# EXHIBIT A

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Adams County Special Assessments 450 South Forth Aven Brighton, CO 80601 | 07-10416 | 1205 | $5,988.82 | $0.00 | $0.00 | $0.00 | $5,988.82 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Alpena City 208 N First Ave Alpena, MI 49707 | 07-10416 | 976 | $1,076.57 | $0.00 | $0.00 | $0.00 | $1,076.57 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Arlington Independent School District Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 228 | $21,844.43 | $0.00 | $0.00 | $0.00 | $21,844.43 |
| Comments: The Debtors have no record of this liability in their Books and Records as the propety is not serviced by the Debtors | | | | | | | |
| Beaver Falls City Tax Collector Dan Cellini 715 15th St Beaver Falls, PA 15010 | 07-10416 | 1658 | $1,789.92 | $0.00 | $0.00 | $0.00 | $1,789.92 |
| Comments: The Debtors have no record of this liability in their Books and Records as the obligor is New Century Homes of Carolina Inc. which is not a party to the bankruptcy filing | | | | | | | |
| Big Beaver Falls Sd/beaver Falls 715 15th St Municipal Buildin Beaver Falls, PA 15010 | 07-10416 | 1665 | $3,000.15 | $0.00 | $0.00 | $0.00 | $3,000.15 |
| Comments: The Debtors have no record of this liability in their Books and Records as the obligor is New Century Homes of Carolina Inc. which is not a party to the bankruptcy filing | | | | | | | |
| Black Hawk County 316 E 5th St Waterloo, IA 50703 | 07-10419 | 1121 | $0.00 | $0.00 | $418.00 | $0.00 | $418.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Brevard County Tax Collector 400 South St 6th Fl PO Box 2500 Titusville, FL 32781-2500 | 07-10416 | 433 | $3,172.89 | $0.00 | $0.00 | $0.00 | $3,172.89 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Brevard County Tax Collector 400 South St 6th Fl PO Box 2500 Titusville, FL 32781-2500 | 07-10416 | 272 | $3,080.48 | $0.00 | $0.00 | $0.00 | $3,080.48 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Brevard County Tax Collector 400 South St 6th Fl PO Box 2500 Titusville, FL 32781-2500 | 07-10416 | 273 | $58.71 | $0.00 | $0.00 | $0.00 | $58.71 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Brevard County Tax Collector 400 South St 6th Fl PO Box 2500 Titusville, FL 32781-2500 | 07-10416 | 274 | $57.00 | $0.00 | $0.00 | $0.00 | $57.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Castleberry Independent School District Bruce Medley Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 229 | $1,214.82 | $0.00 | $0.00 | $0.00 | $1,214.82 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Cedar Hill Independent School District Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 173 | $19,990.47 | $0.00 | $0.00 | $0.00 | $19,990.47 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property not serviced by the Debtors | | | | | | | |
| Celina Independent School District Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 222 | $5,887.90 | $0.00 | $0.00 | $0.00 | $5,887.90 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Chatham County Tax Commissioner PO Box 8231 Savannah, GA 31412 | 07-10419 | 415 | $0.00 | $0.00 | $1,176.05 | $0.00 | $1,176.05 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| City of Cedar Hill Bruce Medley Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 241 | $7,354.95 | $0.00 | $0.00 | $0.00 | $7,354.95 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| City of DeSoto Linebarger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600 Dallas , TX 75201 | 07-10419 | 1753 | $9,127.64 | $0.00 | $0.00 | $0.00 | $9,127.64 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| City of Frisco Linebarger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600 Dallas, TX 75201 | 07-10419 | 342 | $7,063.58 | $0.00 | $0.00 | $0.00 | $7,063.58 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

**Exhibit A**
**Books and Records**

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| City of Garland Tax, 777 E 15th St, Plano, TX 75074 | 07-10419 | 603 | $6,145.43 | $0.00 | $0.00 | $0.00 | $6,145.43 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| City of Garland Tax, 777 E 15th St, Plano, TX 75074 | 07-10419 | 605 | $1,393.57 | $0.00 | $0.00 | $0.00 | $1,393.57 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| City of Garland Tax, 777 E 15th St, Plano, TX 75074 | 07-10419 | 636 | $782.23 | $0.00 | $0.00 | $0.00 | $782.23 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| City of Garland Tax, 777 E 15th St, Plano, TX 75074 | 07-10419 | 604 | $758.11 | $0.00 | $0.00 | $0.00 | $758.11 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| City of Garland Tax, 777 E 15th St, Plano, TX 75074 | 07-10419 | 609 | $586.11 | $0.00 | $0.00 | $0.00 | $586.11 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| City of Memphis TN, Linebarger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600 Dallas, TX 75201 | 07-10419 | 344 | $6,500.68 | $0.00 | $0.00 | $0.00 | $6,500.68 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| City of Mesquite and or Mesquite Independent School District C O Schuerenberg & Grimes P C Gary Allman Grimes Wells Fargo Bank Building 120 W Main 201 Mesquite , TX 75149 | 07-10419 | 612 | $8,817.52 | $0.00 | $0.00 | $0.00 | $8,817.52 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| City of Mesquite and or Mesquite Independent School District C O Schuerenberg & Grimes P C Gary Allman Grimes Wells Fargo Bank Building 120 W Main 201 Mesquite , TX 75149 | 07-10419 | 614 | $5,511.87 | $0.00 | $0.00 | $0.00 | $5,511.87 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| City of Mesquite and or Mesquite Independent School District C O Schuerenberg & Grimes P C Gary Allmon Grimes Wells Fargo Bank Building 120 W Main 201 Mesquite , TX 75149 | 07-10419 | 613 | $2,195.67 | $0.00 | $0.00 | $0.00 | $2,195.67 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| City of Mesquite and or Mesquite Independent School District C O Schuerenberg & Grimes P C Gary Allmon Grimes Wells Fargo Bank Building 120 W Main 201 Mesquite , TX 75149 | 07-10419 | 615 | $1,336.07 | $0.00 | $0.00 | $0.00 | $1,336.07 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| City of Princeton Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington , TX 76094-0430 | 07-10419 | 225 | $2,472.24 | $0.00 | $0.00 | $0.00 | $2,472.24 |
| Comments: The Debtors have no record of this liability in their Books and Records as the propety is not serviced by the Debtors | | | | | | | |
| City of Richardson Lineberger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600 Dallas, TX 75201 | 07-10419 | 194 | $1,797.27 | $0.00 | $0.00 | $0.00 | $1,797.27 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| City of Whitewright Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington , TX 76094-0430 | 07-10419 | 224 | $573.24 | $0.00 | $0.00 | $0.00 | $573.24 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Clark County Treasurer 500 S Grand Central Pky PO Box 551220 Las Vegas, NV 89155-1220 | 07-10419 | 1294 | $2,480.97 | $0.00 | $0.00 | $0.00 | $2,480.97 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Collin County Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 651 | $35,345.75 | $0.00 | $0.00 | $0.00 | $35,345.75 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Collin County Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 600 | $16,518.98 | $0.00 | $0.00 | $0.00 | $16,518.98 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Collin County Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 644 | $13,266.76 | $0.00 | $0.00 | $0.00 | $13,266.76 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Collin County Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 602 | $3,408.65 | $0.00 | $0.00 | $0.00 | $3,408.65 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Collin County Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 601 | $1,305.11 | $0.00 | $0.00 | $0.00 | $1,305.11 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Collin County Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 650 | $1,216.98 | $0.00 | $0.00 | $0.00 | $1,216.98 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Concordia City of 618 Main St PO Box 847 Concordia, MO 64020 | 07-10416 | 1757 | $233.94 | $0.00 | $0.00 | $0.00 | $233.94 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| County of Denton Denton County Fresh Water District No 6 700 Jeffrey Way Ste 100 PO Box 1269 Round Rock, TX 78680 | 07-10416 | 472 | $15,200.30 | $0.00 | $0.00 | $0.00 | $15,200.30 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| County of Lehigh Fiscal Office Government Center 17 S Seventh St Rm 119 Allentown, PA 18101-2400 | 07-10416 | 1572 | $482.01 | $0.00 | $0.00 | $0.00 | $482.01 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| County of Santa Clara Tax Collections Division County Government Center E Wing 70 W Hedding St San Jose, CA 95110 | 07-10416 | 440 | $0.00 | $16,695.93 | $0.00 | $0.00 | $16,695.93 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| County of Santa Clara | 07-10416 | 441 | $3,949.66 | $0.00 | $0.00 | $0.00 | $3,949.66 | |
| Tax Collections Division County Government Center E Wing 70 W Hedding St San Jose, CA 95110 | | Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| County of Williamson Leander Independent School District | 07-10416 | 473 | $15,238.21 | $0.00 | $0.00 | $0.00 | $15,238.21 | |
| 700 Jeffrey Way Ste 100 PO Box 1269 Round Rock, TX 78680 | | Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Cumberland Co Tax Collector | 07-10426 | 1167 | $1,472.14 | $0.00 | $0.00 | $0.00 | $1,472.14 | |
| PO Box 449 Fayetteville, NC 28302-0449 | | Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Cypress Fairbanks ISD | 07-10416 | 1307 | $3,283.32 | $0.00 | $0.00 | $0.00 | $3,283.32 | |
| Linebarger Goggan Blair & Sampson LLP PO Box 3064 Houston, TX 77253-3064 | | Comments: | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | |
| Dallas County | 07-10419 | 296 | $114,998.35 | $0.00 | $0.00 | $0.00 | $114,998.35 | |
| Linebarger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600 Dallas, TX 75201 | | Comments: | The Debtors have no record of this liability in their Books and Records as the propety is not serviced by the Debtors | | | | | |
| Danielson Boro | 07-10416 | 1062 | $180.96 | $0.00 | $0.00 | $0.00 | $180.96 | |
| PO Box 117 Danielson, CT 06239 | | Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Dekalb County | 07-10416 | 1191 | $6,153.58 | $0.00 | $0.00 | $0.00 | $6,153.58 | |
| 4380 Memorial Dr Decatur, GA 30032 | | Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Denton Independent School District | 07-10419 | 610 | $16,494.02 | $0.00 | $0.00 | $0.00 | $16,494.02 | |
| 1100 Dallas Dr Ste 100 Denton, TX 76205 | | Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |

Page 6

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Derry Town<br>14 Manning St<br>Derry, NH 03038 | 07-10416 | 1388 | $0.00 | $0.00 | $9,042.66 | $0.00 | $9,042.66 |
| Comments: | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| DeSoto ISD<br>Lineburger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600<br>Dallas, TX 75201 | 07-10419 | 1754 | $21,237.71 | $0.00 | $0.00 | $0.00 | $21,237.71 |
| Comments: | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Dodge County Treasurer<br>127 E Oak St<br>Juneau, WI 53039 | 07-10419 | 1336 | $2,093.54 | $0.00 | $0.00 | $0.00 | $2,093.54 |
| Comments: | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Edcouch Elsa ISD<br>Lineburger Goggan Blair & Sampson LLP 1949 S IH 35 78741 PO Box 17428<br>Austin, TX 78760-7428 | 07-10419 | 447 | $2,210.74 | $0.00 | $0.00 | $0.00 | $2,210.74 |
| Comments: | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Floyd County Central Appraisal District<br>Perdue Brandon Fielder Collins & Mott LLP Po Box 9132<br>Amarillo, TX 79105-9132 | 07-10419 | 537 | $1,652.29 | $0.00 | $0.00 | $0.00 | $1,652.29 |
| Comments: | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Fort Bend County<br>Lineburger Goggan Blair & Sampson LLP PO Box 3064<br>Houston, TX 77253-3064 | 07-10416 | 528 | $31,447.89 | $0.00 | $0.00 | $0.00 | $31,447.89 |
| Comments: | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors and New Century Homes Inc. is not a party to the bankruptcy filing | | | | | |
| Frederick County<br>PO Box 220<br>Winchester, VA 22604 | 07-10419 | 962 | $1,527.07 | $0.00 | $0.00 | $0.00 | $1,527.07 |
| Comments: | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Frisco ISD Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 648 | $17,642.38 | $0.00 | $0.00 | $0.00 | $17,642.38 |
| Comments: | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.

Case No.07-10416 (KJC)

# Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Frisco ISD Tax PO Box 547 Frisco, TX 75034 | 07-10419 | 647 | $11,340.87 | $0.00 | $0.00 | $0.00 | $11,340.87 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | |
| Frisco ISD Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 637 | $2,709.15 | $0.00 | $0.00 | $0.00 | $2,709.15 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX 75205 | 07-10419 | 1598 | $7,624.86 | $0.00 | $0.00 | $0.00 | $7,624.86 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX 75205 | 07-10419 | 1597 | $3,933.78 | $0.00 | $0.00 | $0.00 | $3,933.78 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX 75205 | 07-10419 | 1593 | $2,940.87 | $0.00 | $0.00 | $0.00 | $2,940.87 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX 75205 | 07-10419 | 1594 | $1,426.19 | $0.00 | $0.00 | $0.00 | $1,426.19 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX 75205 | 07-10419 | 1595 | $1,102.60 | $0.00 | $0.00 | $0.00 | $1,102.60 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX 75205 | 07-10419 | 1596 | $735.06 | $0.00 | $0.00 | $0.00 | $735.06 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Gilpin County Treasurer<br>PO Box 368<br>Central City, CO 80427 | 07-10419 | 260 | $0.00 | $0.00 | $812.02 | $0.00 | $812.02 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | |
| Ginger Franklin Jefferson County Trustee<br>PO Box 38<br>Dandridge, TN 37725 | 07-10416 | 1495 | $988.00 | $0.00 | $0.00 | $0.00 | $988.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Grayson County<br>Linebarger Goggan Blair & Sampson LLP 2323 bryan St Ste 1600<br>Dallas, TX 75201 | 07-10419 | 561 | $2,212.91 | $0.00 | $0.00 | $0.00 | $2,212.91 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | |
| Hamilton County<br>Deliquent Tax Office 625 Georgia Ave Rm 210<br>Chattanooga, TN 37402 | 07-10416 | 734 | $558.62 | $0.00 | $0.00 | $0.00 | $558.62 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Hamilton County<br>Deliquent Tax Office 625 Georgia Ave Rm 210<br>Chattanooga, TN 37402 | 07-10416 | 733 | $196.00 | $0.00 | $0.00 | $0.00 | $196.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Harris County et al<br>Linebarger Goggan Blair & Sampson LLP PO Box 3064<br>Houston, TX 77253-3064 | 07-10416 | 1314 | $54,203.91 | $0.00 | $0.00 | $0.00 | $54,203.91 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | |
| Hidalgo County<br>Perdue Brandon Fielder Collins & Mott LLP 3301 Northland Dr Ste 505<br>Austin, TX 78731 | 07-10416 | 700 | $4,846.17 | $0.00 | $0.00 | $0.00 | $4,846.17 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Hubbard County<br>301 Court Ave<br>Park Rapids, MN 56470 | 07-10419 | 1290 | $1,653.28 | $0.00 | $0.00 | $0.00 | $1,653.28 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |

Page 9

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Hunt County | 07-10419 | 690 | $1,543.71 | $0.00 | $0.00 | $0.00 | $1,543.71 |
| Linebarger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600 Dallas, TX 75201 | | | | | | | |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Hunt County | 07-10419 | 662 | $1,543.71 | $0.00 | $0.00 | $0.00 | $1,543.71 |
| Linebarger Goggan Blair & Sampson LLP 2323 Bryan Street Ste 1600 Dallas, TX 75201 | | | | | | | |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Imperial County Unsecured Tax Col | 07-10419 | 1315 | $2,219.11 | $0.00 | $0.00 | $0.00 | $2,219.11 |
| County Administration Ctr 940 W Main St Ste 106 El Centro, CA 92243 | | | | | | | |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Joe G Tedder CFC Tax Collector for Polk County Florida | 07-10416 | 246 | $5,140.22 | $0.00 | $0.00 | $0.00 | $5,140.22 |
| Delinquency and Enforcement Office of Joe G Tedder Post Office Box 2016 Bartow, FL 33831 | | | | | | | |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Joe G Tedder CFC Tax Collector for Polk County Florida | 07-10416 | 277 | $1,780.70 | $0.00 | $0.00 | $0.00 | $1,780.70 |
| Delinquency and Enforcement Office of Joe G Tedder Post Office Box 2016 Bartow, FL 33831 | | | | | | | |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Kern County Treasurer Tax Collector | 07-10419 | 1509 | $2,587.02 | $0.00 | $0.00 | $0.00 | $2,587.02 |
| PO Box 579 Bakersfield, CA 93302-0579 | | | | | | | |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| La Joya ISD | 07-10416 | 680 | $5,161.80 | $0.00 | $0.00 | $0.00 | $5,161.80 |
| Perdue Brandon Fielder Collins & Mott LLP 3301 Northland Dr Ste 505 Austin, TX 78731 | | | | | | | |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Lee County Tax Collector | 07-10416 | 1697 | $1,533.07 | $0.00 | $0.00 | $0.00 | $1,533.07 |
| PO Box 850 Fort Myers, FL 33902-0850 | | | | | | | |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

Page 10

**5th Omnibus Objection**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Lehigh County Tax Claim Room 119 17 South 7th St Allentown, PA 18101 | 07-10416 | 1450 | $528.73 | $0.00 | $0.00 | $0.00 | $528.73 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Limestone County Linebarger Goggan Blair & Sampson LLP 1949 S IH 35 78741 PO Box 17428 Austin, TX 78760-7428 | 07-10419 | 343 | $1,207.26 | $0.00 | $0.00 | $0.00 | $1,207.26 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Little Elm 1100 Dallas Dr Ste 100 Denton, Texas 78205 | 07-10419 | 560 | $805.88 | $0.00 | $0.00 | $0.00 | $805.88 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Lubbock Central Appraisal District Perdue Brandon Fielder Collins & Mott LLP PO Box 817 Lubbock, TX 79408 | 07-10416 | 1617 | $5,946.43 | $0.00 | $0.00 | $0.00 | $5,946.43 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mansfield Independent School District Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 268 | $7,089.54 | $0.00 | $0.00 | $0.00 | $7,089.54 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Maricopa County Treasurer 201 E Washington Ste 800 Phoenix, AZ 85004 | 07-10419 | 290 | $4,820.17 | $0.00 | $0.00 | $0.00 | $4,820.17 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1189 | $1,441.64 | $0.00 | $0.00 | $0.00 | $1,441.64 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1233 | $1,205.27 | $0.00 | $0.00 | $0.00 | $1,205.27 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

# Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1194 | $1,190.24 | $0.00 | $0.00 | $0.00 | $1,190.24 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1193 | $1,151.66 | $0.00 | $0.00 | $0.00 | $1,151.66 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1179 | $1,132.73 | $0.00 | $0.00 | $0.00 | $1,132.73 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10416 | 1202 | $1,117.12 | $0.00 | $0.00 | $0.00 | $1,117.12 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1210 | $937.23 | $0.00 | $0.00 | $0.00 | $937.23 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1209 | $936.21 | $0.00 | $0.00 | $0.00 | $936.21 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1207 | $829.87 | $0.00 | $0.00 | $0.00 | $829.87 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1178 | $808.81 | $0.00 | $0.00 | $0.00 | $808.81 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1187 | $756.44 | $0.00 | $0.00 | $0.00 | $756.44 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records

5th Omnibus Objection

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1204 | $644.27 | $0.00 | $0.00 | $0.00 | $644.27 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1234 | $615.44 | $0.00 | $0.00 | $0.00 | $615.44 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1190 | $600.22 | $0.00 | $0.00 | $0.00 | $600.22 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1231 | $561.81 | $0.00 | $0.00 | $0.00 | $561.81 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1206 | $537.05 | $0.00 | $0.00 | $0.00 | $537.05 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1174 | $464.19 | $0.00 | $0.00 | $0.00 | $464.19 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1176 | $250.74 | $0.00 | $0.00 | $0.00 | $250.74 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| McLennan County Linebarger Goggan Blair & Sampson LLP 1949 S IH 35 78741 PO Box 17428 Austin, TX 78760-7428 | 07-10419 | 439 | $2,237.30 | $0.00 | $0.00 | $0.00 | $2,237.30 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mexia Independent School District McCreary Veselka Bragg & Allen PC 700 Jeffrey Way Ste 100 PO Box 1269 Round Rock, TX 78680 | 07-10416 | 457 | $2,998.73 | $0.00 | $0.00 | $0.00 | $2,998.73 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

**Exhibit A**
**Books and Records**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Montgomery County, Linebarger Goggan Blair & Sampson LLP PO Box 3064, Houston, TX 77253-3064 | 07-10416 | 526 | $5,172.61 | $0.00 | $0.00 | $0.00 | $5,172.61 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Parker CAD, Linebarger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600, Dallas, TX 75201 | 07-10419 | 295 | $7,148.81 | $0.00 | $0.00 | $0.00 | $7,148.81 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Pawtucket City, 137 Roosevelt Ave, Pawtucket, RI 02860 | 07-10416 | 806 | $0.00 | $0.00 | $4,555.00 | $0.00 | $4,554.52 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Pend Oreille County Treasurer, PO Box 5080, Newport, WA 99156-5080 | 07-10419 | 817 | $271.45 | $0.00 | $0.00 | $0.00 | $271.45 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Princeton Independent School District, Perdue Brandon Fielder Collins & Mott LLP PO Box 13430, Arlington, TX 76094-0430 | 07-10419 | 227 | $6,055.66 | $0.00 | $0.00 | $0.00 | $6,055.66 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Richardson Independent School District, Perdue Brandon Fielder Collins & Mott LLP PO Box 13430, Arlington, TX 76094-0430 | 07-10419 | 174 | $5,602.93 | $0.00 | $0.00 | $0.00 | $5,602.93 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Richmond County, PO Box 1644, Rockingham, NC 28379 | 07-10416 | 1107 | $437.59 | $0.00 | $0.00 | $0.00 | $437.59 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Sacramento County Tax Collector, 700 H St Rm 1710, Sacramento, CA 95814 | 07-10416 | 973 | $60,111.94 | $0.00 | $0.00 | $0.00 | $60,111.94 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

# Exhibit A
## Books and Records

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

5th Omnibus Objection

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Scott County Tax Collector<br>600 W 4th St<br>Davenport, IA 52801 | 07-10422 | 891 | $0.00 | $0.00 | $1,807.20 | $0.00 | $1,807.20 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Scott County Taxation Dept<br>200 4th Ave W<br>Shakopee, MN 55379 | 07-10419 | 958 | $2,005.00 | $0.00 | $0.00 | $0.00 | $2,005.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Scott County Taxation Dept<br>200 4th Ave W<br>Shakopee, MN 55379 | 07-10419 | 957 | $1,063.00 | $0.00 | $0.00 | $0.00 | $1,063.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| South Texas College<br>Linebarger Goggan Blair & Sampson LLP 1949 South IH 35 78741 PO Box 17428 Austin, TX 78760-7428 | 07-10419 | 547 | $805.63 | $0.00 | $0.00 | $0.00 | $805.63 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| South Texas ISD Hidalgo Co<br>Linebarger Goggan Blair & Sampson LLP 1949 South IH 35 78741 PO Box 17428 Austin, TX 78760-7428 | 07-10419 | 597 | $127.93 | $0.00 | $0.00 | $0.00 | $127.93 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| St Louis County Auditor<br>100 North 5th Ave W Rm 214<br>Duluth, MN 55802-1287 | 07-10419 | 469 | $510.87 | $0.00 | $0.00 | $0.00 | $510.87 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| St Louis County Auditor<br>100 North 5th Ave W Rm 214<br>Duluth, MN 55802-1287 | 07-10419 | 468 | $502.75 | $0.00 | $0.00 | $0.00 | $502.75 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Stafford Town<br>PO Box 111<br>Stafford Springs, CT 06076 | 07-10419 | 902 | $2,003.40 | $0.00 | $0.00 | $0.00 | $2,003.40 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Tax Appraisal District of Bell County<br>700 Jeffrey Way Ste 100 PO Box 1269<br>Round Rock, TX 78680 | 07-10416 | 471 | $8,898.71 | $0.00 | $0.00 | $0.00 | $8,898.71 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

**Exhibit A**
**Books and Records**

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Tax Collector Manatee County PO Box 25300 Bradenton, FL 34206-5300 | 07-10416 | 372 | $6,239.45 | $0.00 | $0.00 | $0.00 | $6,239.45 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | |
| Tax Collector Manatee County PO Box 25300 Bradenton, FL 34206-5300 | 07-10416 | 371 | $6,051.89 | $0.00 | $0.00 | $0.00 | $6,051.89 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | |
| Tax Collector Manatee County PO Box 25300 Bradenton, FL 34206-5300 | 07-10416 | 324 | $2,002.20 | $0.00 | $0.00 | $0.00 | $2,002.20 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Tax Collector Manatee County PO Box 25300 Bradenton, FL 34206-5300 | 07-10416 | 323 | $1,938.06 | $0.00 | $0.00 | $0.00 | $1,938.06 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| TWP of Bloomfield 1 Municipal Plaza Bloomfield, NJ 07003 | 07-10419 | 677 | $3,553.80 | $0.00 | $0.00 | $0.00 | $3,553.80 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Walker County Appraisal District Perdue Brandon Fielder Collins & Mott LLP 1235 N Loop W Ste 600 Houston, TX 77008 | 07-10416 | 1203 | $3,364.46 | $0.00 | $0.00 | $0.00 | $3,364.46 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Whitewright Independent School District Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 226 | $1,860.97 | $0.00 | $0.00 | $0.00 | $1,860.97 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | |
| Wilson County Linebarger Goggan Blair & Sampson LLP 711 Navarro Ste 300 San Antonio, TX 78205 | 07-10416 | 466 | $12,170.18 | $0.00 | $0.00 | $0.00 | $12,170.18 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Woodbury County<br>620 Douglas St<br>Sioux City, IA 51101 | 07-10416 | 1674 | $0.00 | $0.00 | $1,925.00 | $0.00 | $1,925.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Wright County<br>10 2nd St Nw Rm 230<br>Buffalo, MN 55313 | 07-10416 | 1392 | $0.00 | $0.00 | $3,652.89 | $0.00 | $3,652.89 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Claims To Be Expunged Totals | | 134 | $755,315.53 | $16,695.93 | $23,388.82 | $0.00 | $795,399.80 |