# **EXHIBIT B**

5th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit B
## Reduce / Reclassify

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Bexar County<br>Linebarger Goggan Blair & Sampson LLP 711 Navarro Ste 300<br>San Antonio, TX 78205 | 07-10416 | 307 | $4,028.87 | $0.00 | $0.00 | $0.00 | $4,028.87 | $1,339.78 | $0.00 | $0.00 | $0.00 | $1,339.78 |
| **Comments:** | Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | | |
| City and County of Denver Treasury<br>McNichols Civic Center Bldg 144 W Colfax Ave Rm 384<br>Denver, CO 80202-5391 | 07-10419 | 1522 | $1,536.83 | $0.00 | $846.60 | $0.00 | $2,383.43 | $0.00 | $0.00 | $846.60 | $0.00 | $846.60 |
| **Comments:** | Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | | |
| County of Santa Clara<br>Tax Collections Division County Government Center E Wing 70 W Hedding St<br>San Jose, CA 95110 | 07-10416 | 442 | $1,572.50 | $0.00 | $0.00 | $0.00 | $1,572.50 | $582.88 | $0.00 | $0.00 | $0.00 | $582.88 |
| **Comments:** | Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | | |
| Fort Worth Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP PO Box 13430<br>Arlington, TX 76094-0430 | 07-10419 | 1263 | $8,997.16 | $0.00 | $0.00 | $0.00 | $8,997.16 | $784.97 | $0.00 | $0.00 | $0.00 | $784.97 |
| **Comments:** | Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | | |
| Los Angeles County Treasurer and Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90051-0110 | 07-10416 | 1304 | $0.00 | $0.00 | $1,068.27 | $0.00 | $1,068.27 | $0.00 | $0.00 | $548.14 | $0.00 | $548.14 |
| **Comments:** | Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | | |
| Nueces County<br>Linebarger Goggan Blair & Sampson LLP 1949 South IH 35 78741 PO Box 17428<br>Austin, TX 78760-7428 | 07-10419 | 596 | $7,675.25 | $0.00 | $0.00 | $0.00 | $7,675.25 | $797.91 | $0.00 | $0.00 | $0.00 | $797.91 |
| **Comments:** | Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | | |
| Orange County Treasurer Tax Collector<br>PO Box 1438<br>Santa Ana, CA 92702 | 07-10416 | 3339 | $56,216.50 | $0.00 | $474.15 | $0.00 | $56,690.65 | $0.00 | $0.00 | $474.00 | $0.00 | $474.00 |
| **Comments:** | Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | | |
| Tarrant County<br>Linebarger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600<br>Dallas, TX 75201 | 07-10419 | 294 | $51,652.43 | $0.00 | $0.00 | $0.00 | $51,652.43 | $1,299.56 | $0.00 | $0.00 | $0.00 | $1,299.56 |
| **Comments:** | Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | | |
| **Claims To Be Expunged Totals** | | 8 | $131,679.54 | $0.00 | $2,389.02 | $0.00 | $134,068.56 | $4,805.10 | $0.00 | $1,868.74 | $0.00 | $6,673.84 |

Page 1