# EXHIBIT D

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,[1]** | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | |

**ORDER PURSUANT TO 11 U.S.C. §§ 502 AND 507, BANKRUPTCY**
**RULES 3007 AND 9014, AND LOCAL RULE 3007-1 DISALLOWING**
**AND EXPUNGING CERTAIN (I) BOOKS AND RECORDS CLAIMS,**
**AND (II) REDUCED AND RECLASSIFIED CLAIMS**

Upon the Debtors' Fifth Omnibus Objection to Claims:  Substantive Objection

Pursuant to §§ 502 and 507 of Title 11 of the United States Code (the "Bankruptcy Code"),

Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

and Rule 3007-1 of the Delaware Local Bankruptcy Rules (the "Local Rules") to certain (i)

Books and Records Claims, and (ii) Reduced and/or Reclassified Claims (the "Fifth Omnibus

Objection");[2] and it appearing that notice of the Fifth Omnibus Objection was good and

sufficient upon the particular circumstances, and that no other further notice need be given; and

the Court having considered the Fifth Omnibus Objection, the Claims listed on Exhibits A and B,

---

[1] The debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

and any responses thereto, and the Brents Declaration; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby:

FOUND AND DETERMINED THAT:

A.    This Fifth Omnibus Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B.    Each holder of a claim (as to each, a "Claim") listed on Exhibits A and B attached to the Fifth Omnibus Motion was properly and timely served with a copy of the Fifth Omnibus Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C.    Any entity known to have an interest in the Claims subject to the Fifth Omnibus Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Fifth Omnibus Objection; and

D.    The relief requested in the Fifth Omnibus Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

1.    The Fifth Omnibus Objection is GRANTED.

2.    The Books and Records Claims listed on Exhibit A attached hereto are hereby disallowed and expunged in their entirety.

3.    The Reduced and Reclassified Claims listed on Exhibit B attached hereto are hereby reduced and/or reclassified as set forth on Exhibit B.

4.    This Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Fifth Omnibus Objection with respect to any matters related to or arising from the Fifth Omnibus Objection or the implementation of this Order.

---

[2] All capitalized terms not otherwise defined herein shall have the meanings attributed to them in the Fifth

(Continued)

2

5.    Each Claim and the objections by the Debtors to such Claim, as addressed in the Fifth Omnibus Objection and as set forth on Exhibits A and B hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection of this Order.

Dated: December _____, 2007
       Wilmington, Delaware

                                                 _____
                                                 THE HONORABLE KEVIN J. CAREY
                                                 UNITED STATES BANKRUPTCY JUDGE

---

Omnibus Objection.

# EXHIBIT A

**5th Omnibus Objection**

**Exhibit A**

**Books and Records**

In re: New Century TRS Holdings, Inc. **et al.**
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Adams County Special Assessments 450 South Forth Aven Brighton, CO 80601 | 07-10416 | 1205 | $5,988.82 | $0.00 | $0.00 | $0.00 | $5,988.82 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Alpena City 208 N First Ave Alpena, MI 49707 | 07-10416 | 976 | $1,076.57 | $0.00 | $0.00 | $0.00 | $1,076.57 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Arlington Independent School District Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 228 | $21,844.43 | $0.00 | $0.00 | $0.00 | $21,844.43 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Beaver Falls City Tax Collector Dan Collini 715 15th St Beaver Falls, PA 15010 | 07-10416 | 1658 | $1,789.92 | $0.00 | $0.00 | $0.00 | $1,789.92 |
| Comments: The Debtors have no record of this liability in their Books and Records as the obligor is New Century Homes of Carolina Inc. which is not a party to the bankruptcy filing | | | | | | | |
| Big Beaver Falls S/d/beaver Falls 715 15th St Municipal Buildin Beaver Falls, PA 15010 | 07-10416 | 1665 | $3,000.15 | $0.00 | $0.00 | $0.00 | $3,000.15 |
| Comments: The Debtors have no record of this liability in their Books and Records as the obligor is New Century Homes of Carolina Inc. which is not a party to the bankruptcy filing | | | | | | | |
| Black Hawk County 316 E 5th St Waterloo, IA 50703 | 07-10419 | 1121 | $0.00 | $0.00 | $418.00 | $0.00 | $418.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Brevard County Tax Collector 400 South St 6th Fl PO Box 2500 Titusville, FL 32781-2500 | 07-10416 | 433 | $3,172.89 | $0.00 | $0.00 | $0.00 | $3,172.89 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Brevard County Tax Collector 400 South St 6th Fl PO Box 2500 Titusville, FL 32781-2500 | 07-10416 | 272 | $3,080.48 | $0.00 | $0.00 | $0.00 | $3,080.48 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Brevard County Tax Collector 400 South St 6th Fl PO Box 2500 Titusville, FL 32781-2500 | 07-10416 | 273 | $58.71 | $0.00 | $0.00 | $0.00 | $58.71 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

Exhibit A
Books and Records

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Brevard County Tax Collector<br>400 South St 6th Fl PO Box 2500<br>Titusville, FL 32781-2500 | 07-10416 | 274 | $57.00 | $0.00 | $0.00 | $0.00 | $57.00 |
| | **Comments:** | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Castleberry Independent School District<br>Bruce Medley Perdue Brandon Fielder Collins &<br>Mott LLP PO Box 13430<br>Arlington, TX 76094-0430 | 07-10419 | 229 | $1,214.82 | $0.00 | $0.00 | $0.00 | $1,214.82 |
| | **Comments:** | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | |
| Cedar Hill Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP PO<br>Box 13430<br>Arlington, TX 76094-0430 | 07-10419 | 173 | $19,990.47 | $0.00 | $0.00 | $0.00 | $19,990.47 |
| | **Comments:** | The Debtors have no record of this liability in their Books and Records as the property not serviced by the Debtors | | | | | |
| Celina Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP PO<br>Box 13430<br>Arlington, TX 76094-0430 | 07-10419 | 222 | $5,887.90 | $0.00 | $0.00 | $0.00 | $5,887.90 |
| | **Comments:** | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Chatham County Tax Commissioner<br>PO Box 8321<br>Savannah, GA 31412 | 07-10419 | 415 | $0.00 | $0.00 | $1,176.05 | $0.00 | $1,176.05 |
| | **Comments:** | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| City of Cedar Hill<br>Bruce Medley Perdue Brandon Fielder Collins &<br>Mott LLP PO Box 13430<br>Arlington, TX 76094-0430 | 07-10419 | 241 | $7,354.95 | $0.00 | $0.00 | $0.00 | $7,354.95 |
| | **Comments:** | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| City of DeSoto<br>Linebarger Goggan Blair & Sampson LLP 2323<br>Bryan St Ste 1600<br>Dallas, TX 75201 | 07-10419 | 1753 | $9,127.64 | $0.00 | $0.00 | $0.00 | $9,127.64 |
| | **Comments:** | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | |
| City of Frisco<br>Linebarger Goggan Blair & Sampson LLP 2323<br>Bryan St Ste 1600<br>Dallas, TX 75201 | 07-10419 | 342 | $7,063.58 | $0.00 | $0.00 | $0.00 | $7,063.58 |
| | **Comments:** | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | |

5th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

**Exhibit A**
**Books and Records**

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| City of Garland Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 603 | $6,145.43 | $0.00 | $0.00 | $0.00 | $6,145.43 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | |
| City of Garland Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 605 | $1,393.57 | $0.00 | $0.00 | $0.00 | $1,393.57 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | |
| City of Garland Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 636 | $782.23 | $0.00 | $0.00 | $0.00 | $782.23 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | |
| City of Garland Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 604 | $758.11 | $0.00 | $0.00 | $0.00 | $758.11 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| City of Garland Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 609 | $586.11 | $0.00 | $0.00 | $0.00 | $586.11 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | |
| City of Memphis TN Linebarger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600 Dallas, TX 75201 | 07-10419 | 344 | $6,500.68 | $0.00 | $0.00 | $0.00 | $6,500.68 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| City of Mesquite and or Mesquite Independent School District C O Schauernberg & Grimes P C Gary Allison Grimes Wells Fargo Bank Building 120 W Main 201 Mesquite, TX 75149 | 07-10419 | 612 | $8,817.52 | $0.00 | $0.00 | $0.00 | $8,817.52 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| City of Mesquite and or Mesquite Independent School District C O Schauernberg & Grimes P C Gary Allison Grimes Wells Fargo Bank Building 120 W Main 201 Mesquite , TX 75149 | 07-10419 | 614 | $5,511.87 | $0.00 | $0.00 | $0.00 | $5,511.87 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |

5th Omnibus Objection

Exhibit A

**Books and Records**

In re: New Century TRS Holdings, Inc. _et al_.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| City of Mesquite and or Mesquite Independent School District C O Schuerenberg & Grimes P C Gary Allison Grimes Wells Fargo Bank Building 120 W Main 201 Mesquite , TX 75149 | 07-10419 | 613 | $2,195.67 | $0.00 | $0.00 | $0.00 | $2,195.67 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| City of Mesquite and or Mesquite Independent School District C O Schuerenberg & Grimes P C Gary Allison Grimes Wells Fargo Bank Building 120 W Main 201 Mesquite , TX 75149 | 07-10419 | 615 | $1,336.07 | $0.00 | $0.00 | $0.00 | $1,336.07 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| City of Princeton Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington , TX 76094-0430 | 07-10419 | 225 | $2,472.24 | $0.00 | $0.00 | $0.00 | $2,472.24 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| City of Richardson Linebarger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600 Dallas, TX 75201 | 07-10419 | 194 | $1,797.27 | $0.00 | $0.00 | $0.00 | $1,797.27 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | |
| City of Whitewright Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington , TX 76094-0430 | 07-10419 | 224 | $573.24 | $0.00 | $0.00 | $0.00 | $573.24 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | |
| Clark County Treasurer 500 S Grand Central Pky PO Box 551220 Las Vegas, NV 89155-1220 | 07-10419 | 1294 | $2,480.97 | $0.00 | $0.00 | $0.00 | $2,480.97 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Collin County Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 651 | $35,345.75 | $0.00 | $0.00 | $0.00 | $35,345.75 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | |
| Collin County Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 600 | $16,518.98 | $0.00 | $0.00 | $0.00 | $16,518.98 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | |

Page 4

5th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | To Be Expunged Claim Amount Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Collin County Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 644 | $13,266.76 | $0.00 | $0.00 | $0.00 | $13,266.76 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Collin County Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 602 | $3,408.65 | $0.00 | $0.00 | $0.00 | $3,408.65 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Collin County Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 601 | $1,305.11 | $0.00 | $0.00 | $0.00 | $1,305.11 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Collin County Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 650 | $1,216.98 | $0.00 | $0.00 | $0.00 | $1,216.98 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Concordia City of<br>618 Main St PO Box 847<br>Concordia, MO 64020 | 07-10416 | 1757 | $233.94 | $0.00 | $0.00 | $0.00 | $233.94 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| County of Denton Denton County Fresh Water District No 6<br>700 Jeffrey Way Ste 100 PO Box 1269<br>Round Rock, TX 78680 | 07-10416 | 472 | $15,200.30 | $0.00 | $0.00 | $0.00 | $15,200.30 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | |
| County of Lehigh Fiscal Office<br>Government Center 17 S Seventh St Rm 119<br>Allentown, PA 18101-2400 | 07-10416 | 1572 | $482.01 | $0.00 | $0.00 | $0.00 | $482.01 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | |
| County of Santa Clara<br>Tax Collectors Division County Government Center E Wing 70 W Hedding St<br>San Jose, CA 95110 | 07-10416 | 440 | $0.00 | $16,695.53 | $0.00 | $0.00 | $16,695.53 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |

5th Omnibus Objection

## Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| County of Santa Clara | 07-10416 | 441 | $3,949.66 | $0.00 | $0.00 | $0.00 | $3,949.66 |
| Tax Collection Division County Government Center E Wing 70 W Hedding St San Jose, CA 95110 | | | | | | | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| County of Williamson Leander Independent School District | 07-10416 | 473 | $15,238.21 | $0.00 | $0.00 | $0.00 | $15,238.21 |
| 700 Jeffrey Way Ste 100 PO Box 1269 Round Rock, TX 78680 | | | | | | | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Cumberland Co Tax Collector | 07-10426 | 1167 | $1,472.14 | $0.00 | $0.00 | $0.00 | $1,472.14 |
| PO Box 449 Fayetteville, NC 28302-0449 | | | | | | | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Cypress Fairbanks ISD | 07-10416 | 1307 | $3,283.32 | $0.00 | $0.00 | $0.00 | $3,283.32 |
| Linebarger Goggan Blair & Sampson LLP PO Box 3064 Houston, TX 77253-3064 | | | | | | | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | |
| Dallas County | 07-10419 | 296 | $114,998.35 | $0.00 | $0.00 | $0.00 | $114,998.35 |
| Linebarger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600 Dallas, TX 75201 | | | | | | | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Danielson Boro | 07-10416 | 1062 | $180.96 | $0.00 | $0.00 | $0.00 | $180.96 |
| PO Box 117 Danielson, CT 06239 | | | | | | | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Dekalb County | 07-10416 | 1191 | $6,153.58 | $0.00 | $0.00 | $0.00 | $6,153.58 |
| 4380 Memorial Dr Decatur, GA 30032 | | | | | | | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Denton Independent School District | 07-10419 | 610 | $16,494.02 | $0.00 | $0.00 | $0.00 | $16,494.02 |
| 1100 Dallas Dr Ste 100 Denton, TX 76205 | | | | | | | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |

5th Omnibus Objection

Exhibit A

**Books and Records**

In re: New Century TRS Holdings, Inc. et al .
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Derry Town 14 Manning St Derry, NH 03038 | 07-10416 | 1388 | $0.00 | $0.00 | $9,042.66 | $0.00 | $9,042.66 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| DeSoto ISD Linebarger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600 Dallas , TX 75201 | 07-10419 | 1754 | $21,237.71 | $0.00 | $0.00 | $0.00 | $21,237.71 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Dodge County Treasurer 127 E Oak St Juneau, WI 53039 | 07-10419 | 1336 | $2,093.54 | $0.00 | $0.00 | $0.00 | $2,093.54 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Edcouch Elsa ISD Linebarger Goggan Blair & Sampson LLP 1949 S IH 35 78741 PO Box 17428 Austin, TX 78760-7428 | 07-10419 | 447 | $2,210.74 | $0.00 | $0.00 | $0.00 | $2,210.74 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Floyd County Central Appraisal District Perdue Brandon Fielder Collins & Mott LLP Po Box 9132 Amarillo, TX 79105-9132 | 07-10419 | 537 | $1,652.29 | $0.00 | $0.00 | $0.00 | $1,652.29 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Fort Bend County Linebarger Goggan Blair & Sampson LLP PO Box 3064 Houston, TX 77253-3064 | 07-10416 | 528 | $31,447.89 | $0.00 | $0.00 | $0.00 | $31,447.89 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors and New Century Homes Inc. is not a party to the bankruptcy filing | | | | | | | |
| Frederick County PO Box 220 Winchester, VA 22604 | 07-10419 | 962 | $1,527.07 | $0.00 | $0.00 | $0.00 | $1,527.07 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Frisco ISD Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 648 | $17,642.38 | $0.00 | $0.00 | $0.00 | $17,642.38 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc.  et al .
Case No.07-10416 (KJC)

**Exhibit A**
**Books and Records**

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Frisco ISD Tax PO Box 547 Frisco, TX 75034 | 07-10419 | 647 | $11,340.87 | $0.00 | $0.00 | $0.00 | $11,340.87 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Frisco ISD Tax 777 E 15th St Plano, TX  75074 | 07-10419 | 637 | $2,709.15 | $0.00 | $0.00 | $0.00 | $2,709.15 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX  75205 | 07-10419 | 1598 | $7,624.86 | $0.00 | $0.00 | $0.00 | $7,624.86 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX  75205 | 07-10419 | 1597 | $3,933.78 | $0.00 | $0.00 | $0.00 | $3,933.78 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX  75205 | 07-10419 | 1593 | $2,940.87 | $0.00 | $0.00 | $0.00 | $2,940.87 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX  75205 | 07-10419 | 1594 | $1,426.19 | $0.00 | $0.00 | $0.00 | $1,426.19 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX  75205 | 07-10419 | 1595 | $1,102.60 | $0.00 | $0.00 | $0.00 | $1,102.60 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX  75205 | 07-10419 | 1596 | $735.06 | $0.00 | $0.00 | $0.00 | $735.06 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

**Exhibit A**
**Books and Records**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Gilpin County Treasurer PO Box 368 Central City, CO 80427 | 07-10419 | 260 | $0.00 | $0.00 | $812.02 | $0.00 | $812.02 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Ginger Franklin Jefferson County Trustee PO Box 38 Dandridge, TN 37725 | 07-10416 | 1495 | $988.00 | $0.00 | $0.00 | $0.00 | $988.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Grayson County Linebarger Goggan Blair & Sampson LLP 2323 bryan St Ste 1600 Dallas, TX 75201 | 07-10419 | 561 | $2,212.91 | $0.00 | $0.00 | $0.00 | $2,212.91 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Hamilton County Delinquent Tax Office 625 Georgia Ave Rm 210 Chattanooga, TN 37402 | 07-10416 | 734 | $558.62 | $0.00 | $0.00 | $0.00 | $558.62 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Hamilton County Delinquent Tax Office 625 Georgia Ave Rm 210 Chattanooga, TN 37402 | 07-10416 | 733 | $196.00 | $0.00 | $0.00 | $0.00 | $196.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Harris County et al Linebarger Goggan Blair & Sampson LLP PO Box 3064 Houston , TX 77253-3064 | 07-10416 | 1314 | $54,203.91 | $0.00 | $0.00 | $0.00 | $54,203.91 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Hidalgo County Perdue Brandon Fielder Collins & Mott LLP 3301 Northland Dr Ste 505 Austin, TX 78731 | 07-10416 | 700 | $4,846.17 | $0.00 | $0.00 | $0.00 | $4,846.17 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Hubbard County 301 Court Ave Park Rapids, MN 56470 | 07-10419 | 1290 | $1,653.28 | $0.00 | $0.00 | $0.00 | $1,653.28 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Hunt County | 07-10419 | 690 | $1,543.71 | $0.00 | $0.00 | $0.00 | $1,543.71 |
| Linebarger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600 Dallas, TX 75201 | **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | |
| Hunt County | 07-10419 | 662 | $1,543.71 | $0.00 | $0.00 | $0.00 | $1,543.71 |
| Linebarger Goggan Blair & Sampson LLP 2323 Bryan Street Ste 1600 Dallas, TX 75201 | **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | |
| Imperial County Unsecured Tax Col | 07-10419 | 1315 | $2,219.11 | $0.00 | $0.00 | $0.00 | $2,219.11 |
| County Administration Ctr 940 W Main St Ste 106 El Centro, CA 92243 | **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Joe G Tedder CFC Tax Collector for Polk County Florida | 07-10416 | 246 | $5,140.22 | $0.00 | $0.00 | $0.00 | $5,140.22 |
| Delinquency and Enforcement Office of Joe G Tedder Post Office Box 2016 Bartow, FL 33831 | **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Joe G Tedder CFC Tax Collector for Polk County Florida | 07-10416 | 277 | $1,780.70 | $0.00 | $0.00 | $0.00 | $1,780.70 |
| Delinquency and Enforcement Office of Joe G Tedder Post Office Box 2016 Bartow, FL 33831 | **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Kern County Treasurer Tax Collector | 07-10419 | 1509 | $2,587.02 | $0.00 | $0.00 | $0.00 | $2,587.02 |
| PO Box 579 Bakersfield, CA 93302-0579 | **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| La Joya ISD | 07-10416 | 680 | $5,161.80 | $0.00 | $0.00 | $0.00 | $5,161.80 |
| Perdue Brandon Fielder Collins & Mott LLP 3301 Northland Dr Ste 505 Austin, TX 78731 | **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Lee County Tax Collector | 07-10416 | 1697 | $1,533.07 | $0.00 | $0.00 | $0.00 | $1,533.07 |
| PO Box 850 Fort Myers, FL 33902-0850 | **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

**Exhibit A**
**Books and Records**

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Lehigh County<br>Tax Claim Room 119 17 South 7th St<br>Allentown, PA 18101 | 07-10416 | 1450 | $528.73 | $0.00 | $0.00 | $0.00 | $528.73 |
| **Comments:** | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | |
| Limestone County<br>Linsbarger Goorgan Blair & Sampson LLP 1949 S<br>IH 35 78741 PO Box 17428<br>Austin, TX 78760-7428 | 07-10419 | 343 | $1,207.26 | $0.00 | $0.00 | $0.00 | $1,207.26 |
| **Comments:** | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | |
| Little Elm<br>1100 Dallas Dr Ste 100<br>Denton, Texas 78205 | 07-10419 | 560 | $805.88 | $0.00 | $0.00 | $0.00 | $805.88 |
| **Comments:** | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Lubbock Central Appraisal District<br>Perdue Brandon Fielder Collins & Mott LLP PO<br>Box 817<br>Lubbock, TX 79408 | 07-10416 | 1617 | $5,946.43 | $0.00 | $0.00 | $0.00 | $5,946.43 |
| **Comments:** | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mansfield Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP PO<br>Box 13430<br>Arlington, TX 76094-0430 | 07-10419 | 268 | $7,089.54 | $0.00 | $0.00 | $0.00 | $7,089.54 |
| **Comments:** | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Maricopa County Treasurer<br>201 E Washington Ste 800<br>Phoenix, AZ 85004 | 07-10419 | 290 | $4,820.17 | $0.00 | $0.00 | $0.00 | $4,820.17 |
| **Comments:** | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1189 | $1,441.64 | $0.00 | $0.00 | $0.00 | $1,441.64 |
| **Comments:** | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1233 | $1,205.27 | $0.00 | $0.00 | $0.00 | $1,205.27 |
| **Comments:** | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |

**5th Omnibus Objection**

**Exhibit A**

**Books and Records**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | | To Be Expunged Claim Amount | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA. 98584 | 07-10419 | 1194 | $1,190.24 | $0.00 | $0.00 | $0.00 | $1,190.24 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA. 98584 | 07-10419 | 1193 | $1,151.66 | $0.00 | $0.00 | $0.00 | $1,151.66 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA. 98584 | 07-10419 | 1179 | $1,132.73 | $0.00 | $0.00 | $0.00 | $1,132.73 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA. 98584 | 07-10416 | 1202 | $1,117.12 | $0.00 | $0.00 | $0.00 | $1,117.12 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA. 98584 | 07-10419 | 1210 | $937.23 | $0.00 | $0.00 | $0.00 | $937.23 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA. 98584 | 07-10419 | 1209 | $936.21 | $0.00 | $0.00 | $0.00 | $936.21 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA. 98584 | 07-10419 | 1207 | $829.87 | $0.00 | $0.00 | $0.00 | $829.87 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA. 98584 | 07-10419 | 1178 | $808.81 | $0.00 | $0.00 | $0.00 | $808.81 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA. 98584 | 07-10419 | 1187 | $756.44 | $0.00 | $0.00 | $0.00 | $756.44 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | |

**5th Omnibus Objection**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

**Exhibit A**
**Books and Records**

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | To Be Expunged Claim Amount | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1204 | $644.27 | $0.00 | $0.00 | $0.00 | $644.27 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1234 | $615.44 | $0.00 | $0.00 | $0.00 | $615.44 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1190 | $600.22 | $0.00 | $0.00 | $0.00 | $600.22 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1231 | $561.81 | $0.00 | $0.00 | $0.00 | $561.81 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1206 | $537.05 | $0.00 | $0.00 | $0.00 | $537.05 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1174 | $464.19 | $0.00 | $0.00 | $0.00 | $464.19 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1176 | $250.74 | $0.00 | $0.00 | $0.00 | $250.74 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| McLennan County Linberger Goggan Blair & Sampson LLP 1949 S IH 35 78741 PO Box 17428 Austin, TX 78760-7428 | 07-10419 | 439 | $2,237.30 | $0.00 | $0.00 | $0.00 | $2,237.30 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mexia Independent School District McCreary Veselka Bragg & Allen PC 700 Jeffrey Way Ste 100 PO Box 1269 Round Rock, TX 78680 | 07-10416 | 457 | $2,998.73 | $0.00 | $0.00 | $0.00 | $2,998.73 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

**Exhibit A**
**Books and Records**

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| Montgomery County | 07-10416 | 526 | $5,172.61 | $0.00 | $0.00 | $0.00 | $5,172.61 | |
| Linebarger Goggan Blair & Sampson LLP PO Box 3064 | | | | | | | | |
| Houston, TX 77253-3064 | | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | | |
| Parker CAD | 07-10419 | 295 | $7,148.81 | $0.00 | $0.00 | $0.00 | $7,148.81 | |
| Linebarger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600 | | | | | | | | |
| Dallas, TX 75201 | | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | | |
| Pawtucket City | 07-10416 | 806 | $0.00 | $0.00 | $4,555.00 | $0.00 | $4,554.52 | |
| 137 Roosevelt Ave | | | | | | | | |
| Pawtucket, RI 02860 | | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | | |
| Pend Oreille County Treasurer | 07-10419 | 817 | $271.45 | $0.00 | $0.00 | $0.00 | $271.45 | |
| PO Box 5980 | | | | | | | | |
| Newport, WA 99156-5980 | | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | | |
| Princeton Independent School District | 07-10419 | 227 | $6,055.66 | $0.00 | $0.00 | $0.00 | $6,055.66 | |
| Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 | | | | | | | | |
| Arlington, TX 76094-0430 | | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | | |
| Richardson Independent School District | 07-10419 | 174 | $5,602.93 | $0.00 | $0.00 | $0.00 | $5,602.93 | |
| Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 | | | | | | | | |
| Arlington, TX 76094-0430 | | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | | |
| Richmond County | 07-10416 | 1107 | $437.59 | $0.00 | $0.00 | $0.00 | $437.59 | |
| PO Box 1644 | | | | | | | | |
| Rockingham, NC 28379 | | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | | |
| Sacramento County Tax Collector | 07-10416 | 973 | $60,111.94 | $0.00 | $0.00 | $0.00 | $60,111.94 | |
| 700 H St Rm 1710 | | | | | | | | |
| Sacramento, CA 95814 | | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | | |

5th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

**Exhibit A**

**Books and Records**

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Scott County Tax Collector<br>600 W 4th St<br>Davenport, IA 52801 | 07-10422 | 891 | $0.00 | $0.00 | $1,807.20 | $0.00 | $1,807.20 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Scott County Taxation Dept<br>200 4th Ave W<br>Shakopee, MN 55379 | 07-10419 | 958 | $2,005.00 | $0.00 | $0.00 | $0.00 | $2,005.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Scott County Taxation Dept<br>200 4th Ave W<br>Shakopee, MN 55379 | 07-10419 | 957 | $1,063.00 | $0.00 | $0.00 | $0.00 | $1,063.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| South Texas College | 07-10419 | 547 | $805.63 | $0.00 | $0.00 | $0.00 | $805.63 |
| Linebarger Goggan Blair & Sampson LLP 1949<br>South IH 35 78741 PO Box 17428<br>Austin, TX 78760-7428 | | | | | | | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| South Texas ISD Hidalgo Co | 07-10419 | 597 | $127.93 | $0.00 | $0.00 | $0.00 | $127.93 |
| Linebarger Goggan Blair Sampson LLP 1949 South<br>IH 35 78741 PO Box 17428<br>Austin, TX 78760-7428 | | | | | | | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | |
| St Louis County Auditor<br>100 North 5th Ave W Rm 214<br>Duluth, MN 55802-1287 | 07-10419 | 469 | $510.87 | $0.00 | $0.00 | $0.00 | $510.87 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | |
| St Louis County Auditor<br>100 North 5th Ave W Rm 214<br>Duluth, MN 55802-1287 | 07-10419 | 468 | $592.75 | $0.00 | $0.00 | $0.00 | $592.75 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Stafford Town<br>PO Box 111<br>Stafford Springs, CT 06076 | 07-10419 | 902 | $2,003.40 | $0.00 | $0.00 | $0.00 | $2,003.40 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Tax Appraisal District of Bell County<br>700 Jeffrey Way Ste 100 PO Box 1269<br>Round Rock, TX 78680 | 07-10416 | 471 | $8,898.71 | $0.00 | $0.00 | $0.00 | $8,898.71 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |

Page 15

**5th Omnibus Objection**

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Tax Collector Manatee County<br>PO Box 25500<br>Bradenton, FL 34206-5300 | 07-10416 | 372 | $6,239.45 | $0.00 | $0.00 | $0.00 | $6,239.45 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Tax Collector Manatee County<br>PO Box 25500<br>Bradenton, FL 34206-5300 | 07-10416 | 371 | $6,051.89 | $0.00 | $0.00 | $0.00 | $6,051.89 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Tax Collector Manatee County<br>PO Box 25500<br>Bradenton, FL 34206-5300 | 07-10416 | 324 | $2,002.20 | $0.00 | $0.00 | $0.00 | $2,002.20 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Tax Collector Manatee County<br>PO Box 25500<br>Bradenton, FL 34206-5300 | 07-10416 | 323 | $1,938.06 | $0.00 | $0.00 | $0.00 | $1,938.06 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| TWP of Bloomfield<br>1 Municipal Plaza<br>Bloomfield, NJ 07003 | 07-10419 | 677 | $3,553.80 | $0.00 | $0.00 | $0.00 | $3,553.80 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Walker County Appraisal District<br>Perdue Brandon Fielder Collins & Mott LLP 1235 N Loop W Ste 600<br>Houston, TX 77008 | 07-10416 | 1203 | $3,364.46 | $0.00 | $0.00 | $0.00 | $3,364.46 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Whitewright Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP PO Box 13430<br>Arlington, TX 76094-0430 | 07-10419 | 226 | $1,860.97 | $0.00 | $0.00 | $0.00 | $1,860.97 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Wilson County<br>Linebarger Goggan Blair & Sampson LLP 711 Navarro Ste 300<br>San Antonio, TX 78205 | 07-10416 | 466 | $12,170.18 | $0.00 | $0.00 | $0.00 | $12,170.18 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
### Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Woodbury County<br>620 Douglas St<br>Sioux City, IA 51101 | 07-10416 | 1674 | $0.00 | $0.00 | $1,925.00 | $0.00 | $1,925.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Wright County<br>10 2nd St Nw Rm 230<br>Buffalo, MN 55313 | 07-10416 | 1392 | $0.00 | $0.00 | $3,652.89 | $0.00 | $3,652.89 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| **Claims To Be Expunged Totals** | | 134 | $755,315.53 | $16,695.93 | $23,388.82 | $0.00 | $795,399.80 |

# EXHIBIT B

5th Omnibus Objection

In re: New Century TRS Holdgs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit B
### Reduce / Reclassify

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Bexar County<br>Linebarger Goggan Blair & Sampson LLP 711 Navarro Ste 300 San Antonio, TX 78205 | 07-10416 | 307 | $4,028.87 | $0.00 | $0.00 | $0.00 | $4,028.87 | $1,339.78 | $0.00 | $0.00 | $0.00 | $1,339.78 |
| Comments: Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | | | |
| City and County of Denver Treasury<br>McNichols Civic Center Bldg 144 W Colfax Ave Rm 384 Denver, CO 80202-5391 | 07-10419 | 1522 | $1,556.83 | $0.00 | $846.60 | $0.00 | $2,383.43 | $0.00 | $0.00 | $846.60 | $0.00 | $846.60 |
| Comments: Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | | | |
| County of Santa Clara<br>Tax Collections Division County Government Center E Wing 70 W Hedding St San Jose, CA 95110 | 07-10416 | 442 | $1,572.50 | $0.00 | $0.00 | $0.00 | $1,572.50 | $582.88 | $0.00 | $0.00 | $0.00 | $582.88 |
| Comments: Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property liability because the property is not serviced by the Debtors | | | | | | | | | | | | |
| Fort Worth Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 1263 | $8,997.16 | $0.00 | $0.00 | $0.00 | $8,997.16 | $784.97 | $0.00 | $0.00 | $0.00 | $784.97 |
| Comments: Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | | | |
| Los Angeles County Treasurer and Tax Collector PO Box 54110 Los Angeles, CA 90051-0110 | 07-10416 | 1304 | $0.00 | $0.00 | $1,068.27 | $0.00 | $1,068.27 | $0.00 | $0.00 | $548.14 | $0.00 | $548.14 |
| Comments: Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | | | |
| Nueces County<br>Linebarger Goggan Blair & Sampson LLP 1949 South IH 35 78741 PO Box 17428 Austin, TX 78760-7428 | 07-10419 | 596 | $7,675.25 | $0.00 | $0.00 | $0.00 | $7,675.25 | $797.91 | $0.00 | $0.00 | $0.00 | $797.91 |
| Comments: Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | | | |
| Orange County Treasurer Tax Collector PO Box 1438 Santa Ana, CA 92702 | 07-10419 | 3339 | $56,216.50 | $0.00 | $474.15 | $0.00 | $56,690.65 | $0.00 | $0.00 | $474.00 | $0.00 | $474.00 |
| Comments: Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | | | |
| Tarrant County<br>Linebarger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600 Dallas, TX 75201 | 07-10419 | 294 | $51,652.43 | $0.00 | $0.00 | $0.00 | $51,652.43 | $1,299.56 | $0.00 | $0.00 | $0.00 | $1,299.56 |
| Comments: Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | | | |
| Claims To Be Expunged Totals | | 8 | $131,679.54 | $0.00 | $2,389.02 | $0.00 | $134,068.56 | $4,905.10 | $0.00 | $1,868.74 | $0.00 | $6,673.84 |