IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
```
In re:                                          : Chapter 11
                                                :
NEW CENTURY TRS HOLDINGS, INC.,                 : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,                 :
                                                : Jointly Administered
                     Debtors.                   :
                                                : Objection Deadline:
                                                : December 11, 2007 at 4:00 p.m.
```
------------------------------------------------------x
```

## FOURTH MONTHLY APPLICATION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP, COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007, INCLUDING REQUEST FOR LIMITED WAIVER OF INFORMATION REQUIREMENTS OF LOCAL BANKRUPTCY RULE 2016-2(d)

Name of Applicant:  **Kirkpatrick & Lockhart Preston Gates Ellis LLP**

Authorized to Provide Professional Services to:  **Michael J. Missal, Examiner**

Date of Retention:  **July 25, 2007, *nunc pro tunc* to June 1, 2007**

Period for Which Compensation and Reimbursement is Sought:  **October 1, 2007 through October 31, 2007**

Amount of Compensation Sought as Actual, Reasonable and Necessary:
**$1,579,162.36 (80% of $1,973,952.95[1])**

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:  **$56,574.53**

This is a:        **X** monthly        __ interim        __ final application.

The total time expended for fee application preparation during the Fourth Monthly Period is approximately 86.6 hours and the corresponding compensation requested is approximately $34,506.00.

---

[1] Reflects K&L Gates' voluntary ten percent (10%) reduction of its fees for this matter.

Prior Applications:

| Date Filed Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Date Filed: 8/24/07 Docket No. 2572 | 6/1/07 – 7/31/07 | $1,372,266.36 (80% of $1,715,332.95) | $54,844.68 | $1,372,266.36 | $54,844.68 |
| Date Filed: 9/25/07 Docket No. 3060 | 8/1/07 -8/31/07 | $1,321,472.20 (80% of $1,651,840.26) | $68,086.20 | $1,321,472.20 | $68,086.20 |
| Date Filed: 10/26/07 Docket No. 3434 | 9/1/07-9/30/07 | $1,277,253.96 (80% of $1,596,567.45) | $59,187.10 | $1,277,253.96[2] | $59,187.10 |

---

[2] As of the date of this Application, K&L Gates has not received payment from the Debtors on account of the fees and expenses approved pursuant to K&L Gates' Third Monthly Application for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from September 1, 2007 through September 30, 2007 (the "Third Monthly Fee Application").

## ATTACHMENT B
## TO FEE APPLICATION

The following is a summary of the fees incurred by K&L Gates during the period covered by this Fourth Monthly Fee Application:

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Jeffrey L. Bornstein | Partner; Joined K&L Gates in 2005; Practice Area(s): White Collar Crime; Commercial Litigation | Member of the CA Bar since 1981 | $525.00 | 54.3 | $28,507.50 |
| David T. Case | Partner; Joined K&L Gates in 1984; Practice Area(s): Commercial Litigation | Member of the MI Bar since 1979 | $625.00 | 180.4 | $112,750.00 |
| Edward J. Fishman | Partner; Joined K&L Gates in 2001; Practice Area(s): Internal Investigations | Member of the MD Bar since1996 and the DC Bar since 1998 | $475.00 | 126.8 | $60,230.00 |
| Edward M. Fox | Partner; Joined K&L Gates in 2004; Practice Area(s): Bankruptcy/ Insolvency | Member of the MA Bar since 1985 and the NY Bar since 1986 | $775.00 | 30.7 | $23,792.50 |
| William B. Grenner | Partner; Joined K&L Gates in 2004; Practice Area(s): Commercial Litigation; Real Estate | Member of the CA Bar since 1989 | $460.00 | 10.0 | $4,600.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Julie Anne Halter | Partner; Joined K&L Gates in 2000; Practice Area(s): e-Discovery Analysis and Technology; Commercial Litigation | Member of the WA Bar since 1997 | $410.00 | 6.1 | $2,501.00 |
| Fred D. Heather | Partner; Joined K&L Gates in 2007; Practice Area(s): White Collar Crime; Commercial Litigation | Member of the NY Bar since 1978 and the CA Bar since 1983 | $630.00 | 43.8 | $27,594.00 |
| Phillip J. Kardis III | Partner; Joined K&L Gates in 2004; Practice Area(s): Corporate/Mergers & Acquisitions; Mortgage Banking; Consumer Credit | Member of the VA and DC Bars since 1996 | $625.00 | 16.0 | $10,000.00 |
| Rebecca L. Kline Dubill | Partner; Joined K&L Gates in 1998; Practice Area(s): Securities Enforcement | Member of the MD Bar since 1998 and the DC Bar since 1999 | $455.00 | 5.8 | $2,639.00 |
| Stavroula E. Lambrakopoulos | Partner; Joined K&L Gates in 1995; Practice Area(s): Commercial Litigation; Securities Enforcement | Member of the MD Bar since 1995 and the DC Bar since 1996 | $525.00 | 81.5 | $42,787.50 |

4

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Lawrence C. Lanpher | Partner; Joined K&L Gates in 1975; Practice Area(s): Commercial Litigation; Internal Investigations | Member of the DC Bar since 1975 | $625.00 | 132.4 | $82,750.00 |
| Walter P. Loughlin | Partner; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation; Securities Enforcement | Member of the CT Bar since 1977 and the NY Bar since 1999 | $750.00 | 16.5 | $12,375.00 |
| Bruce H. Nielson | Partner; Joined K&L Gates in 1987; Practice Area(s): Commercial Transactions; Corporate; E-Commerce | Member of the VA Bar since 1987 and the DC Bar since 1988 | $525.00 | 46.1 | $24,202.50 |
| Brian Ochs | Partner; Joined K&L Gates in 1984; Practice Area(s): Securities Enforcement | Member of the DC Bar since 1988 | $625.00 | 109.9 | $68,687.50 |
| Kathleen O. Peterson | Partner; Joined K&L Gates in 1997; Practice Area(s): Commercial Litigation | Member of the CA Bar since 1986 | $460.00 | 36.5 | $16,790.00 |
| Michael J. Quinn | Partner; Joined K&L Gates in 2000; Practice Area(s): Securities Enforcement; Commercial Litigation | Member of the CA Bar since 1998 | $460.00 | 212.5 | $97,750.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Glenn R. Reichardt | Partner; Joined K&L Gates in 1984; Practice Area(s): Securities Enforcement; Internal Investigations | Member of the DC Bar since 1977 | $650.00 | 147.6 | $95,940.00 |
| Stephen G. Topetzes | Partner; Joined K&L Gates in 1988; Practice Area(s): Securities Enforcement; Internal Investigations | Member of the WI Bar since 1988 and the DC Bar since 1990 | $650.00 | 119.7 | $77,805.00 |
| | | **PARTNER TOTALS** | | **1,376.6** | **$791,701.50** |
| Yusef Alexandrine | Associate; Joined K&L Gates in 2006; Practice Area(s): Investment Management; Hedge Funds and Venture Funds | Not Yet Admitted | $285.00 | 21.4 | $6,099.00 |
| Rana H. Aryan | Associate; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation | Member of NY Bar since 2003 and CA Bar since 2005 | $290.00 | 35.1 | $10,179.00 |
| Kevin S. Asfour | Associate; Joined K&L Gates in 2003; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2003 | $365.00 | 152.5 | $55,662.50 |

6

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Eric A. Bevan | Associate; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation | Not Yet Admitted | $305.00 | 69.7 | $21,258.50 |
| Jonathan D. Borrowman | Associate; Joined K&L Gates in 2002; Practice Area(s): Commercial Litigation | Member of the DC and MI Bars since 2002 | $400.00 | 128.0 | $51,200.00 |
| Ashley J. Camron | Associate; Joined K&L Gates in 2003; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2001 | $415.00 | 210.0 | $87,150.00 |
| Jas Dhillon | Associate; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation | Not Yet Admitted | $285.00 | 17.2 | $4,902.00 |
| Kristin S. Elliott | Associate; Joined K&L Gates in 2006; Practice Area(s): Bankruptcy/ Insolvency | Member of the NJ Bar since 2002 and the NY Bar since 2004 | $450.00 | 35.8 | $16,110.00 |
| Timothy W. Fredricks | Associate; Joined K&L Gates in 2005; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2005 | $310.00 | 127.0 | $39,370.00 |
| Alex C. Frisbee | Associate; Joined K&L Gates in 2006; Practice Area(s): Securities Enforcement | Member of the VA Bar since 2007 | $285.00 | 195.2 | $55,632.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Bradley W. Gunning | Associate; Joined K&L Gates in 2006; Practice Area(s); Commercial Litigation | Not Yet Admitted | $305.00 | 4.4 | $1,342.00 |
| Suzanne M. Henry | Associate; Joined K&L Gates in 2003; Practice Area(s): Commercial Litigation | Member of the CA Bar since 1999 | $450.00 | 4.3 | $1,935.00 |
| Jennifer L. Hieb | Associate; Joined K&L Gates in 2001; Practice Area(s): Securities Enforcement; Securities Litigation | Member of the DC Bar since 2002 and the MD Bar since 2001 | $395.00 | 117.9 | $46,570.50 |
| Christopher J. Hopfensperger | Associate; Joined K&L Gates in 2007; Practice Area(s): Commercial Litigation | Member of the MD Bar since 2007 | $275.00 | 85.4 | $23,485.00 |
| Erin A. Koeppel | Associate; Joined K&L Gates in 2000; Practice Area(s): Commercial Litigation; Securities Enforcement | Member of the NY and DC Bars since 2001 | $425.00 | 106.4 | $45,220.00 |
| Amanda B. Kostner | Associate; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2006 | $275.00 | 186.9 | $51,397.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Seba P. Kurian | Associate; Joined K&L Gates in 2006; Practice Area(s): Securities Enforcement | Member of the MD Bar since 2006 and the DC Bar since 2007 | $275.00 | 111.7 | $30,717.50 |
| Robert A. Lawton | Associate; Joined K&L Gates in 2002; Practice Area(s): Commercial Litigation | Member of the PA Bar since 2003 | $220.00 | 237.2 | $52,184.00 |
| Andrew R. McFall | Associate; Joined K&L Gates in 2005; Practice Area(s): Securities Enforcement | Member of the IL Bar since 2005 and the DC Bar since 2006 | $325.00 | 158.5 | $51,512.50 |
| R. James Mitchell | Associate; Joined K&L Gates in 2001; Practice Area(s): Securities Enforcement | Not Yet Admitted | $285.00 | 239.9 | $68,371.50 |
| Bethany M. Nikfar | Associate; Joined K&L Gates in 2005; Practice Area(s): Securities Enforcement | Member of the NY Bar since 2006 and the DC Bar since 2007 | $300.00 | 22.7 | $6,810.00 |
| Matthew O'Hanlon | Associate; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation | Not Yet Admitted | $305.00 | 55.1 | $16,805.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Andrew E. Porter | Associate; Joined K&L Gates in 2006; Practice Area(s): Securities Enforcement | Member of the NY Bar since 2007 | $275.00 | 74.9 | $20,597.50 |
| Andrew Rafalaf | Associate; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation | Not Yet Admitted | $325.00 | 17.7 | $5,752.50 |
| Lisa M. Richman | Associate; Joined K&L Gates in 2003; Practice Area(s): Commercial Litigation; Securities Enforcement | Member of the CA Bar since 2003 and the DC Bar since 2004 | $385.00 | 293.1 | $112,843.50 |
| Eunice Rim | Associate; Joined K&L Gates in 2006; Practice Area(s): Bankruptcy/ Insolvency | Not yet admitted | $325.00 | 46.7 | $15,177.50 |
| Justin H. Roeber | Associate; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation | Member of the NY Bar since 2007 | $325.00 | 135.2 | $43,940.00 |
| Marsha A. Sajer | Associate; Joined K&L Gates in 2001; Practice Area(s): Commercial Litigation; Internal Investigations | Member of PA Bar since 2000 (active) and GA Bar since 1989 (inactive) | $285.00 | 100.0 | $28,500.00 |

10

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Leah G. Shough | Associate; Joined K&L Gates in 2005; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2005 | $280.00 | 197.2 | $55,216.00 |
| Kara V. Warner | Associate; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation; Real Estate | Member of the CA Bar since 2006 | $265.00 | 19.1 | $5,061.50 |
| Jennifer L. Wayne | Associate; Joined K&L Gates in 2002; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2002 | $390.00 | 72.5 | $28,275.00 |
| | | **ASSOCIATE TOTALS** | | **3,278.7** | **$1,059,277.50** |
| Matthew B. Bowman | Paralegal; Joined K&L Gates in 2005 | N/A | $240.00 | 159.7 | $38,328.00 |
| James V. Catano | Paralegal; Joined K&L Gates in 2006 | N/A | $185.00 | 55.1 | $10,193.50 |
| Steven D. Gwost | Litigation Support Specialist; Joined K&L Gates in 2007 | N/A | $135.00 | 2.8 | $378.00 |
| JoAnne E. Holmes | Paralegal; Joined K&L Gates in 1987 | N/A | $200.00 | 17.7 | $3,540.00 |
| Matthew G. Kuhl | DATG Clerk; Joined K&L Gates in 2006 | N/A | $70.00 | 2.3 | $161.00 |
| Jonathan E. Maier | Paralegal; Joined K&L Gates in 2007 | N/A | $165.00 | 6.5 | $1,072.50 |
| Jane E. Nilan | Paralegal Supervisor; Joined K&L Gates in 1998 | N/A | $260.00 | 14.1 | $3,666.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Patricia L. Novak | Paralegal; Joined K&L Gates in 1993 | N/A | $215.00 | 59.0 | $12,685.00 |
| Chanelle M. Osborne | Paralegal; Joined K&L Gates in 2003 | N/A | $265.00 | 18.2 | $4,823.00 |
| Troy Rohrbaugh | Paralegal; Joined K&L Gates in 1997 | N/A | $160.00 | 94.9 | $15,184.00 |
| Jennifer Shuttleworth | Legal Secretary/ Clerk; Joined K&L Gates in 1988 | N/A | $195.00 | 49.6 | $9,672.00 |
| Linda H. Woo | Paralegal; Joined K&L Gates in 2006 | N/A | $245.00 | 123.5 | $30,257.50 |
| eDAT Document Review Fees (billed at $12.50 per megabyte) | N/A | N/A | N/A | N/A | $239,960.05 |
| PARAPROFESSIONAL TOTALS | | | | 603.4 | $369,920.55 |
| TOTAL PROFESSIONAL HOURS | | | | 5,258.7 | $2,220,899.55 |
| VOLUNTARY 10% REDUCTION | | | | | ($222,089.96) |
| REDUCTION FOR NON-WORKING TRAVEL | | | | | ($24,856.65) |
| DISCOUNTED TOTAL | | | | | $1,973,952.95 |
| TOTAL BLENDED HOURLY RATE (excluding paraprofessionals) | | | | | $397.61 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Investigation | 4,991.1 | $1,879,666.50 |
| Retention of Professionals | 0.0 | $0.00 |
| Court Hearings | 2.3 | $1,682.50 |
| Billing, Compensation & Fee Applications | 92.2 | $37,773.50 |
| Non-Working Travel | 144.2 | $55,237.00 |
| eDAT Fees | 28.9 | $246,540.05 |
| TOTAL | 5,258.7 | $2,220,899.55 |
| VOLUNTARY 10 % REDUCTION | | ($222,089.96) |
| REDUCTION FOR NON-WORKING TRAVEL | | ($24,856.65) |
| DISCOUNTED TOTAL | | $1,973,952.95 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Telephone/Conference Calls/Outgoing Facsimile Transmission | | $28.15 |
| Conference Calls | Chorus Call, Inc. | $344.51 |
| Facsimile (Billed at $0.75/page) | | $56.25 |
| Postage | | $4.29 |
| CD ROM Expenses | | $50.00 |
| Copying Expense—Internal (Billed at $0.10/page) | | $5,386.20 |
| Copying Expense—Outside Provider(s): Clicks, DocuLogic | | $11,446.01 |
| Computer Research | Pacer | $84.40 |
| Computer Research | Lexis | $11,083.89 |
| Computer Research | Westlaw | $1,294.30 |
| Employee Overtime | | $1,359.37 |
| Long Distance Courier | | $967.31 |
| Local Courier | | $801.31 |
| Offsite Storage Retrieval | | $14.31 |
| Overtime Dinner/Cabs/Parking | | $56.08 |
| Travel Expenses | | $10,516.85 |
| Transportation Expenses | Amtrak, Parking | $270.00 |
| Taxi/Car Service | | $606.19 |
| Air Fare | | $6,700.32 |
| Business Meals | | $1,276.18 |
| Travel Related Meals | | $85.54 |
| Witness Fee and Expenses | | $40.00 |
| Other (including document imaging services and binders) | | $4,103.07 |
| | TOTAL | $56,574.53 |

14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
In re:                                    :
                                          : Chapter 11
                                          :
NEW CENTURY TRS HOLDINGS, INC.,           :
a Delaware Corporation, et al.,           : Case No. 07-10416 (KJC)
                                          :
                      Debtors.[3]         : Jointly Administered
                                          :
                                          : Objection Deadline:
                                          : December 11, 2007 at 4:00 p.m.
                                          :
------------------------------------------------------x
```

## FOURTH MONTHLY APPLICATION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP, COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007, INCLUDING REQUEST FOR LIMITED WAIVER OF INFORMATION REQUIREMENTS OF LOCAL BANKRUPTCY RULE 2016-2(d)

Pursuant to Sections 330 and 331 of Chapter 11, Title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), Local Bankruptcy Rule 2016-2 and the Administrative Order Establishing Procedures

for Interim Compensation and Reimbursement of Expenses of Professionals entered herein on

April 24, 2007 (the "Fee Procedures Order"), Kirkpatrick & Lockhart Preston Gates Ellis LLP

---

[3] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

15

("K&L Gates") hereby submits its fourth monthly application (the "Application") for allowance

of compensation and reimbursement of expenses as counsel to the Examiner for the period from

October 1, 2007 through October 31, 2007 (the "Fourth Monthly Period"). For the Fourth

Monthly Period, K&L Gates seeks allowance of interim compensation in the amount of

$1,579,162.36 (80% of $1,973,952.95), and reimbursement of actual and necessary expenses in

the amount of $56,574.53, for a total of $1,635,736.89. In support of the Application, K&L

Gates respectfully states:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§

157 and 1334.

2.      This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3.      Venue of this proceeding and the Application is proper in this district

pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The statutory predicates for the relief requested herein are 11 U.S.C. §§

105(a), 330 and 331, and Fed R. Bankr. P. 2016.

## BACKGROUND

5.      On April 2, 2007 (the "Petition Date"), the Debtors filed voluntary

petitions for relief under Chapter 11 of the Bankruptcy Code. Since the Petition Date, the

Debtors have continued to operate their businesses and manage their affairs as debtors-in-

possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

6.      On June 1, 2007, the Court Entered an Order Denying in Part and

Granting in Part Motion of the United States Trustee (the "UST") for an Order Directing

Appointment of a Chapter 11 Trustee, or in the Alternative, an Examiner (the "Examiner

Order").

16

7.     Pursuant to the Examiner Order, the Court authorized and directed the

Examiner to, inter alia,

> investigate any and all accounting and financial statement
> irregularities, errors or misstatements, including but not limited to
> such irregularities, errors or misstatements that (i) gave rise to the
> announced need to restate the Debtors' financial statements for the
> first three quarters of 2006 and/or (ii) led the Debtors' management
> and Audit Committee to conclude it was more likely than not that
> pre-tax earnings in the 2005 financial statements were materially
> overstated (collectively, the "Accounting Issues"), and identify and
> evaluate any claims or rights of action that the estates might have
> arising from or relating to such irregularities, errors or
> misstatements.

Examiner Order at ¶ 3.  The Court also authorized and directed the Examiner to investigate any

possible unauthorized post-petition use of cash collateral by the Debtors (the "Cash Collateral

Issue") and to otherwise perform the duties of an examiner pursuant to Section 1106(a)(3) and

(a)(4) of the Bankruptcy Code, subject to the provisions of the Examiner Order.  Id.

8.     The Examiner Order further authorized the Examiner to "retain counsel

and other professionals if he . . . determines that such retention is necessary to discharge his . . .

duties, with such retention to be subject to Court approval under standards equivalent to those set

forth in 11 U.S.C. § 327[.]"  Id. at ¶ 7.

9.     On June 8, 2007, the Examiner filed an Application for an Order

Authorizing the Retention of K&L Gates as Counsel to the Examiner *Nunc Pro Tunc* to June 1,

2007.  On July 25, 2007, the Court entered an Order approving the Examiner's retention of K&L

Gates *nunc pro tunc* to June 1, 2007.

## COMPENSATION PAID AND ITS SOURCE

10.     All services for which K&L Gates requests compensation were performed

for or on behalf of the Examiner.

17

11.    K&L Gates has received no payment and has received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between K&L Gates and any other person, other than the partners of K&L Gates, for the sharing of compensation to be received for services rendered in this case.

12.    Since its retention by the Examiner, K&L Gates has received payments from the Debtors totaling $2,814,850.55 on account of the fees and expenses requested and approved pursuant to K&L Gates' First and Second Monthly Fee Applications. As of the date of this Application, K&L Gates has not received payment from the Debtors for the fees and expenses requested and approved pursuant to K&L Gates' Third Monthly Fee Application.

13.    No retainer has been paid to K&L Gates for services rendered or to be rendered on behalf of the Examiner.

## FEE STATEMENTS

14.    The fee statement for the Fourth Monthly Period is attached hereto as Exhibit A. The fee statement contains daily time logs describing the time spent by each K&L Gates attorney and paraprofessional during the Fourth Monthly Period.

15.    To the best of K&L Gates' knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court, the Fee Guidelines prescribed by the UST and the Fee Procedures Order.

16.    K&L Gates notes that its time reports are organized and prepared on a daily basis, and its charges for professional services have been billed at K&L Gates' standard hourly rates, less a 10% discount on fees. K&L Gates' requested compensation is commensurate

18

with compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code.

17.    In accordance with the Local Rules of this Court, K&L Gates has also reduced its fees associated with non-working travel time by 50%.

## ACTUAL AND NECESSARY EXPENSES

18.    A summary of actual and necessary expenses incurred by K&L Gates during the Fourth Monthly Period is attached as part of Attachment B to this Application, and a copy of K&L Gates' detailed expense records is attached hereto as Exhibit B.

19.    K&L Gates customarily charges $0.18 per page for photocopying expenses but, in accordance with the Local Rules of this Court, has charged $0.10 per page for photocopying expenses incurred in this matter.

20.    K&L Gates customarily charges $0.75 per page for out-going facsimile transmissions.  K&L Gates also customarily charges for long distance telephone calls on outgoing facsimile transmissions.  K&L Gates believes that its charges for outgoing facsimile transmissions do not exceed the $1.00 per page limitation imposed under the Local Rules of this Court.

21.    Regarding providers of on-line legal research (e.g., Lexis, Westlaw and Pacer), K&L Gates charges the standard usage rates these providers charge for computerized legal research and case management.  K&L Gates bills its clients the actual amount charged by such services, with no premium.  Any volume discount received by K&L Gates is passed on to the client.

22.    K&L Gates believes the foregoing rates and expense charges are the market rates that the majority of law firms charge clients for such services.  In addition, K&L

19

Gates believes that such charges are in accordance with the American Bar Association's

("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995,

regarding billing for disbursements and other charges.

## SUMMARY OF SERVICES RENDERED

23.     The names of the partners and associates of K&L Gates who have

rendered professional services to the Examiner in these Chapter 11 cases during the Fourth

Monthly Period, and the K&L Gates paraprofessionals who provided services to these attorneys

during the Fourth Monthly Period, are set forth in Attachment B to this Application.

24.     K&L Gates, by and through such persons, has advised and assisted the

Examiner in his investigation of the Debtors, assisted the Examiner in preparing the report he

will deliver to the Court, coordinated efforts to obtain discovery from various parties, and

performed all necessary professional services which are described and narrated in detail below

and on the time records attached as Exhibit A to this Application.

## SUMMARY OF SERVICES BY PROJECT

25.     Pursuant to the UST's Fee Guidelines, K&L Gates classified services

performed during the Fourth Monthly Period into separate categories.  K&L Gates attempted to

place the services provided in the category that best relates to the services provided.  However,

because certain services may relate to one or more categories, services pertaining to one category

may, in fact, be included in another category.  These services performed, by categories, are

generally described below, with a more detailed identification of the actual services provided in

Exhibit A.  A summary of the categories identified, the amount of hours expended, and the total

amount of fees for each category is also included as part of Attachment B to this Application.

## A.    Investigation

26.    K&L Gates expended 4,991.1 hours with respect to services under this category, for which total compensation amounts to $1,691,699.85. During the Fourth Monthly Period, K&L Gates continued to review the millions of pages of documents that have been produced to the Examiner on an ongoing basis by various parties in connection with the Accounting and Cash Collateral Issues. K&L Gates also continued to review and analyze possible causes of action that may exist with respect to the Accounting Issues.

27.    During the Fourth Monthly Period, K&L Gates further assisted the Examiner by interviewing numerous individuals, including several of the Debtor's current and former directors, employees, and outside professionals, as well as other third parties with relevant knowledge about the issues the Examiner has been directed to investigate. To prepare for each interview, K&L Gates reviewed documents and correspondence related to possible areas of inquiry and prepared detailed interview outlines. After each interview, K&L Gates prepared detailed interview memoranda summarizing the substance of each interview and highlighting areas for further inquiry and investigation

28.    K&L Gates also devoted substantial time throughout the Fourth Monthly Period to assisting the Examiner in preparing the report the Examiner will deliver to the Court at the conclusion of his investigation, and had numerous discussions and correspondence with the Debtors' counsel and with counsel for individually represented parties to arrange for additional interviews.

## B.    Court Hearings

29.    K&L Gates expended 2.3 hours with respect to services under this category, for which total compensation amounts to $1,514.25. During the Fourth Monthly

21

Period, at the request of counsel to the Creditors Committee, K&L Gates attended a conference held by the Court on October 23, 2007 regarding matters concerning the Examiner's investigation.

      **C.**    **Billing, Compensation and Fee Applications**

      30.    K&L Gates expended 92.2 hours with respect to services under this category, for which total compensation is requested in the amount of $33,996.15 K&L Gates reviewed its time disbursements records and prepared its invoices for the Third Monthly Period and K&L Gates' Third Monthly Fee Application. K&L Gates also reviewed the Examiner's time and disbursements records and prepared the Examiner's invoices for the Third Monthly Period and the Examiner's Third Monthly Application.

      **D.**    **Non-Working Travel**

      31.    During the Fourth Monthly Period, K&L Gates expended 144.2 hours of non-working travel time, for which total compensation is requested in the amount of $24,856.65. K&L Gates' request for compensation of non-working travel time reflects a 50% reduction in K&L Gates' standard hourly rates (which already reflect K&L Gates' voluntary 10% reduction of its standard hourly rates in this matter).

      32.    During the Fourth Monthly Period, K&L Gates attorneys traveled to and from the Debtors' corporate offices in Irvine, California and other locations in Southern California to interview various current and former directors and employees of the Debtors, as well as other third parties with information relevant to the Examiner's investigation. At the request of counsel to the Creditors Committee, K&L Gates attorneys also traveled to and from Wilmington, Delaware to attend a conference held by the Court on October 23, 2007 regarding matters concerning the Examiner's investigation.

**E.    Retention of Professionals**

33.    K&L Gates expended no time under this category during the Fourth Monthly Period.

**F.    eDAT**

34.    During the Fourth Monthly Period, attorneys in K&L Gates' eDAT Group provided services under this category for which total compensation is requested in the amount of $221,886.05.  During the Fourth Monthly Period, K&L Gates' eDAT group reviewed approximately 19,196.78 megabytes worth of documents (approximately 1.92 million pages) produced to the Examiner in connection with his investigation.  The eDAT group reviewed such documents using Attenex Patterns, K&L Gates' proprietary, state-of-the-art concept review software, which enables the eDAT attorneys to identify relevant documents and organize them into subject matter categories identified by the investigative team.  In this way, the investigators can efficiently focus on those documents that are relevant to their particular area of inquiry.

35.    For this type of initial document review, K&L Gates charges its clients a volume-based price of $12.50 per megabyte of data analyzed by K&L Gates' eDAT attorneys, which amounts to $239,960.05 for this type of service performed for the Examiner during the Fourth Monthly Period.  As K&L Gates does not charge an hourly fee for the eDAT Group's initial document review, K&L Gates respectfully requests that the Court waive the requirements of Local Bankruptcy Rule 2016-2(d) with respect to such services, including, without limitation, the requirement that each activity for which compensation is sought include a time allotment and be billed in tenths of an hour.

36.    In addition to the eDAT Group's initial document review using Attenex Patterns, during the Fourth Monthly Period, attorneys and paraprofessionals in K&L Gates' eDAT Group also responded to questions from K&L Gates' investigations attorneys and

maintained a master tracking log of all documents reviewed. K&L Gates' eDAT attorneys and paraprofessionals devoted 28.9 hours to these services during the Fourth Monthly Period for which total compensation is requested in the amount of $6,580.00. K&L Gates notes that it typically bills its non-bankruptcy clients for such supplemental eDAT-related services at the standard hourly rates of K&L Gates' eDAT attorneys and paraprofessionals.

## VALUATION OF SERVICES

37.    Attorneys and paraprofessionals of K&L Gates expended a total of 5,258.7 hours in connection with these cases during the Fourth Monthly Period, as follows:

| Name of Professional | Hourly Rate | Total Hours | Charge |
|---|---|---|---|
| **Partners** | | | |
| Jeffrey L. Bornstein | $525.00 | 54.3 | $28,507.50 |
| David T. Case | $625.00 | 180.4 | $112,750.00 |
| Edward J. Fishman | $475.00 | 126.8 | $60,230.00 |
| Edward M. Fox | $775.00 | 30.7 | $23,792.50 |
| William B. Grenner | $460.00 | 10.0 | $4,600.00 |
| Julie Anne Halter | $410.00 | 6.1 | $2,501.00 |
| Fred D. Heather | $630.00 | 43.8 | $27,594.00 |
| Phillip J. Kardis II | $625.00 | 16.0 | $10,000.00 |
| Rebecca L. Kline Dubill | $455.00 | 5.8 | $2,639.00 |
| Stavroula E. Lambrakopoulos | $525.00 | 81.5 | $42,787.50 |
| Lawrence C. Lanpher | $625.00 | 132.4 | $82,750.00 |
| Walter P. Loughlin | $750.00 | 16.5 | $12,375.00 |
| Bruce H. Nielson | $525.00 | 46.1 | $24,202.50 |
| Brian Ochs | $625.00 | 109.9 | $68,687.50 |
| Kathleen O. Peterson | $460.00 | 36.5 | $16,790.00 |
| Michael J. Quinn | $460.00 | 212.5 | $97,750.00 |
| Glenn R. Reichardt | $650.00 | 147.6 | $95,940.00 |
| Stephen G. Topetzes | $650.00 | 119.7 | $77,805.00 |

| Name of Professional | Hourly Rate | Total Hours | Charge |
|---|---|---|---|
| **Associates** | | | |
| Yusef Alexandrine | $285.00 | 21.4 | $6,099.00 |
| Rana H. Aryan | $290.00 | 35.1 | $10,179.00 |
| Kevin S. Asfour | $365.00 | 152.5 | $55,662.50 |
| Eric A. Bevan | $305.00 | 69.7 | $21,258.50 |
| Johnathan D. Borrowman | $400.00 | 128.0 | $51,200.00 |
| Ashley J. Camron | $415.00 | 210.0 | $87,150.00 |
| Jas Dhillon | $285.00 | 17.2 | $4,902.00 |
| Kristin S. Elliott | $450.00 | 35.8 | $16,110.00 |
| Timothy W. Fredricks | $310.00 | 127.0 | $39,370.00 |
| Alex C. Frisbee | $285.00 | 195.2 | $55,632.00 |
| Bradley W. Gunning | $305.00 | 4.4 | $1,342.00 |
| Suzanne M. Henry | $450.00 | 4.3 | $1,935.00 |
| Christopher J. Hopfensperger | $275.00 | 85.4 | $23,485.00 |
| Jennifer L. Hieb | $395.00 | 117.9 | $46,570.50 |
| Erin A. Koeppel | $425.00 | 106.4 | $45,220.00 |
| Amanda B. Kostner | $275.00 | 186.9 | $51,397.50 |
| Seba P. Kurian | $275.00 | 111.7 | $30,717.50 |
| Robert A. Lawton | $220.00 | 237.2 | $52,184.00 |
| Andrew R. McFall | $325.00 | 158.5 | $51,512.50 |
| R. James Mitchell | $285.00 | 239.9 | $68,371.50 |
| Bethany M. Nikfar | $300.00 | 22.7 | $6,810.00 |
| Matthew O'Hanlon | $305.00 | 55.1 | $16,805.50 |
| Andrew E. Porter | $275.00 | 74.9 | $20,597.50 |
| Andrew Rafalaf | $325.00 | 17.7 | $5,752.50 |
| Lisa M. Richman | $385.00 | 293.1 | $112,843.50 |
| Eunice Rim | $325.00 | 46.7 | $15,177.50 |
| Justin H. Roeber | $325.00 | 135.2 | $43,940.00 |
| Marsha A. Sajer | $285.00 | 100.0 | $28,500.00 |
| Leah G. Shough | $280.00 | 197.2 | $55,216.00 |
| Kara V. Warner | $265.00 | 19.1 | $5,061.50 |
| Jennifer L. Wayne | $390.00 | 72.5 | $28,275.00 |
| **Paraprofessionals** | | | |
| Matthew B. Bowman | $240.00 | 159.70 | $38,328.00 |
| James V. Catano | $185.00 | 55.10 | $10,193.50 |
| Steven D. Gwost | $135.00 | 2.80 | $378.00 |
| Joanne E. Holmes | $200.00 | 17.70 | $3,540.00 |

| Name of Professional | Hourly Rate | Total Hours | Charge |
|---|---|---|---|
| Matthew G. Kuhl | $70.00 | 2.30 | $161.00 |
| Jonathan E. Maier | $165.00 | 6.50 | $1,072.50 |
| Jane E. Nilan | $260.00 | 14.10 | $3,666.00 |
| Patricia L. Novak | $215.00 | 59.00 | $12,685.00 |
| Chanelle M. Osborne | $265.00 | 18.20 | $4,823.00 |
| Troy Rohrbaugh | $160.00 | 94.90 | $15,184.00 |
| Jennifer Shuttleworth | $195.00 | 49.60 | $9,672.00 |
| Linda H. Woo | $245.00 | 123.50 | $30,257.50 |
| eDAT Document Review Fees<br><br>(billed at $12.50 per megabyte) | | | $239,960.05 |
| **TOTAL** | | **5,258.7** | **$2,220,899.55** |
| **VOLUNTARY 10% REDUCTION** | | | **($222,089.96)** |
| **REDUCTION FOR NON-WORKING TRAVEL** | | | **($24,856.65)** |
| **DISCOUNTED TOTAL** | | | **$1,973,952.95** |

38.    The nature of work performed by these persons is fully set forth in the monthly fee statement attached hereto as Exhibit A. As noted above, K&L Gates has voluntarily reduced its standard hourly rates in this matter by ten percent (10%).

39.    The reasonable value of the services rendered by K&L Gates to the Examiner during the Fourth Monthly Period is $1,973,952.95 of which eighty percent (80%) of such services are $1,579,162.36.[4] In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by K&L Gates is fair and reasonable given (a) the complexity of the issues the Examiner has been charged with investigating, (b) the timeframe within which the Examiner has been asked to complete his investigation and prepare his report, (c) the time expended, (d) the nature and extent of the

---

[4] It is possible that some professional time expended or expenses incurred by K&L Gates during the Fourth Monthly Period are not reflected in the amounts set forth in this Application. K&L Gates reserves all rights to include such amounts in future fee applications to the Court.

26

services rendered, (e) the value of such services, and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

WHEREFORE, K&L Gates respectfully requests that the Court enter an order (a) awarding K&L Gates interim compensation for professional and paraprofessional services rendered during the Fourth Monthly Period in the amount of $1,579,162.36 (80% of $1,973,952.95), and reimbursement of actual, reasonable and necessary expenses incurred in the amount of $56,574.53; (b) authorizing and directing the Debtors to remit payment to K&L Gates for such fees and expenses; and (c) granting such other and further relief as the Court deems just and proper.

Dated: New York, NY
November 21, 2007

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP

By:

Edward M. Fox, Esq.
A Member of the Firm
599 Lexington Avenue
New York, New York 10022
(212) 536-3900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re:                                        :    Chapter 11
                                              :
NEW CENTURY TRS HOLDINGS, INC.,               :    Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,               :
                                              :
                              Debtors.        :    Jointly Administered
                                              :
                                              :
------------------------------------------------------------x

## VERIFICATION

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      Edward M. Fox, having been duly sworn according to law, deposes and says as follows:

      1.     I am a partner of the applicant law firm, Kirkpatrick & Lockhart Preston Gates

Ellis LLP ("K&L Gates"). I have been admitted *pro hac vice* to appear before this Court in the

above-captioned Chapter 11 cases.

      2.     I am familiar with the work performed on behalf of the Examiner by K&L Gates

professionals and paraprofessionals during the Fourth Monthly Period.

      3.     I have reviewed the foregoing Application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the

requirements of Del. Bankr. L. R. 2016-2 and the Fee Procedures Order, and I believe that the

Application is in compliance therewith, except where noted in the Application.

                                       Edward M. Fox

SWORN AND SUBSCRIBED before me
this 21st day of November, 2007.

Notary Public, State of New York No. 01FE4867816
My Commission Expires: August 25, 2010

                      ELAINE FERA
            Notary Public, State of New York
                 No. 01FE4867816
NY-568282 v1     Qualified in Westchester County
          Commission Expires August 25, 20 *10*