# Exhibit "B"

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (4) 4

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14105278 | 01 | 03216 | 19 Sep 2007 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1:  09895<br>USER DEFINED 2:  1(212)885-8237 | 17.45 | 17.45 | 22 |
| 14105279 | 01 | 03216 | 28 Sep 2007 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1:  09466<br>USER DEFINED 2:  1(212)732-6640 | 5.85 | 5.85 | 8 |
| 14104145 | 01 | 03216 | 2 Oct 2007 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1:  04812<br>USER DEFINED 2:  1(302)421-6840 | 1.20 | 1.20 | 1 |
| 14109443 | 01 | 03216 | 3 Oct 2007 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1:  3719<br>USER DEFINED 2:  9912125541444 | 1.20 | 1.20 | 2 |
| 14105277 | 01 | 03216 | 23 Oct 2007 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1:  09302<br>USER DEFINED 2:  1(323)965-3878 | 1.35 | 1.35 | 2 |
| 14104144 | 01 | 03216 | 29 Oct 2007 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1:  04065<br>USER DEFINED 2:  1(213)687-5430 | .95 | .95 | 1 |
| 14106860 | 01 | 03216 | 31 Oct 2007 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1:  18513<br>USER DEFINED 2:  1616758900 | .15 | .15 | 1 |
| | | | | Subtotal Telephone / Conference Calls / Fx Lin | 28.15 | 28.15 | |
| 14078626 | 01h | 03321 | 12 Oct 2007 | Telephone/Conference Calls - Chorus Call, Inc.<br>CONF CALL 08/24/07 S L<br>Voucher # 952428        Check # 3018869 | 9.25 | 9.25 | 1 |
| 14078627 | 01h | 03063 | 12 Oct 2007 | Telephone/Conference Calls - Chorus Call, Inc.<br>CONF CALL 08/14,08/16,08/16/07 LCL<br>Voucher # 952428        Check # 3018869 | 33.76 | 33.76 | 1 |
| 14078628 | 01h | 03216 | 12 Oct 2007 | Telephone/Conference Calls - Chorus Call, Inc.<br>CONF CALL<br>08/13,08/14,08/15,08/17,08/20,08/21,08/23,08/28<br>,08/30,08/31,09/04,09/05/07 MMJ<br>Voucher # 952428        Check # 3018869 | 301.50 | 301.50 | 1 |

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

Page (5) 5

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

# KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Telephone/Conference Calls | 344.51 | 344.51 | |
| 14109444 | 02 | 03216 | 3 Oct 2007 | Facsimile<br>USER DEFINED 1:   3719<br>USER DEFINED 2:   9912125541444 | 49.50 | 49.50 | 66 |
| 14106861 | 02 | 03216 | 31 Oct 2007 | Facsimile<br>USER DEFINED 1:   18511<br>USER DEFINED 2:   16165758900 | 6.75 | 6.75 | 9 |
| | | | | Subtotal Facsimile | 56.25 | 56.25 | |
| 14077387 | 03 | 03999 | 12 Oct 2007 | Postage -   sender name unclear   10/3/07 | .41 | .41 | 1 |
| 14100523 | 03 | 03999 | 30 Oct 2007 | Postage  -  E. Koeppel   10/24/07 | .97 | .97 | 1 |
| 14112730 | 03 | 03999 | 31 Oct 2007 | Postage  -  E. Koeppel   10/29/07 | 2.91 | 2.91 | 1 |
| | | | | Subtotal Postage | 4.29 | 4.29 | |
| 14066155 | 04 | 20470 | 1 Oct 2007 | Copying Expense | 75.78 | 42.10 | 421 |
| 14071229 | 04 | 20470 | 3 Oct 2007 | Copying Expense | 151.92 | 84.40 | 844 |
| 14109087 | 04 | 03216 | 3 Oct 2007 | Copying Expense<br>USER DEFINED 1:   18925 | 74.70 | 41.50 | 415 |
| 14106723 | 04 | 03216 | 11 Oct 2007 | Copying Expense<br>USER DEFINED 1:   6596 | 478.08 | 265.60 | 2656 |
| 14087906 | 04 | 20470 | 18 Oct 2007 | Copying Expense | 104.76 | 58.20 | 582 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (6)  6

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #:  1451714
Inventory Manager: Missal, M. J
Matter Number:  0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14088037 | 04 | 20470 | 18 Oct 2007 | Copying Expense | 4.32 | 2.40 | 24 |
| 14109086 | 04 | 03216 | 18 Oct 2007 | Copying Expense<br>USER DEFINED 1:     18925 | 241.92 | 134.40 | 1344 |
| 14107374 | 04 | 03216 | 23 Oct 2007 | Copying Expense<br>USER DEFINED 1:     8361 | 5.94 | 3.30 | 33 |
| 14107373 | 04 | 03216 | 26 Oct 2007 | Copying Expense<br>USER DEFINED 1:     8362 | 255.96 | 142.20 | 1422 |
| 14109441 | 04 | 03216 | 27 Oct 2007 | Copying Expense<br>USER DEFINED 1:     3079 | 388.26 | 215.70 | 2157 |
| 14106862 | 04 | 03216 | 31 Oct 2007 | Copying Expense<br>USER DEFINED 1:     18513 | 1,286.64 | 714.80 | 7148 |
| 14109442 | 04 | 03216 | 31 Oct 2007 | Copying Expense<br>USER DEFINED 1:     3670 | 4,919.58 | 2,733.10 | 27331 |
| 14109445 | 04 | 03216 | 31 Oct 2007 | Copying Expense<br>USER DEFINED 1:     3711 | 1,707.30 | 948.50 | 9485 |
| | | | | Subtotal Copying Expense | 9,695.16 | 5,386.20 | |
| 14066758 | 05h | 00999 | 4 Oct 2007 | Copying Expense (Outside Off.) - Clicks<br>Professional Copy Service 9/12/07<br>Voucher # 949370      Check #  1045077 | 2,179.14 | 2,179.14 | 1 |
| 14066760 | 05h | 00999 | 4 Oct 2007 | Copying Expense (Outside Off.) - Clicks<br>Professional Copy Service 9/12/07<br>Voucher # 949371      Check #  1045077 | 1,173.73 | 1,173.73 | 1 |
| 14067361 | 05h | 00999 | 4 Oct 2007 | Copying Expense (Outside Off.) - Clicks<br>Professional Copy Service 9/19/07<br>Voucher # 949541      Check #  1045077 | 24.57 | 24.57 | 1 |
| 14073897 | 05h | 11077 | 9 Oct 2007 | Copying Expense (Outside Off.) - Williams Lea<br>Inc.<br>Voucher # 951321      Check #  11010005 | 284.28 | 284.28 | 1 |
| 14080679 | 05h | 00999 | 16 Oct 2007 | Copying Expense (Outside Off.) - Clicks<br>Professional Copy Service 10/2/07<br>Voucher # 953182      Check #  1045983 | 201.57 | 201.57 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (7) 7

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|---------------|-----------------|----------|
| 14088600 | 05h | 10999 | 22 Oct 2007 | Copying Expense (Outside Off.) - Doculogic, Inc Doculogic-Sona-3 hole punching<br>Voucher # 955424          Check # 10005379 | 10.83 | 10.83 | 1 |
| 14100985 | 05h | 00999 | 31 Oct 2007 | Copying Expense (Outside Off.) - Clicks Professional Copy Service 10/22/07<br>Voucher # 958126          Check # 1045983 | 1,434.16 | 1,434.16 | 1 |
| 14101000 | 05h | 00999 | 31 Oct 2007 | Copying Expense (Outside Off.) - Clicks Professional Copy Service 10/25/07<br>Voucher # 958139          Check # 1045983 | 1,821.03 | 1,821.03 | 1 |
| 14101070 | 05h | 00999 | 31 Oct 2007 | Copying Expense (Outside Off.) - Clicks Professional Copy Service 10/30/07<br>Voucher # 958179          Check # 1045983 | 2,160.68 | 2,160.68 | 1 |
| 14101084 | 05h | 00999 | 31 Oct 2007 | Copying Expense (Outside Off.) - Clicks Professional Copy Service 10/30/07<br>Voucher # 958183          Check # 1045983 | 2,156.02 | 2,156.02 | 1 |
| | | | | Subtotal Copying Expense (Outside Off.) | 11,446.01 | 11,446.01 | |
| 14073260 | 06h | 32012 | 9 Oct 2007 | Offsite Storage Retrieval - Recall Total Information Management, Inc. J. Hieb 08/13/07<br>Voucher # 951126          Check # 3018861 | 14.31 | 14.31 | 1 |
| | | | | Subtotal Offsite Storage Retrieval | 14.31 | 14.31 | |
| 14087640 | 08 | 99999 | 1 Jun 2007 | Word Processing | 275.00 | .00 | |
| 14109981 | 08 | 99999 | 1 Oct 2007 | Word Processing<br>USER DEFINED 1:        SYSGEN<br>USER DEFINED 2:        909090 | 119.16 | .00 | |
| 14109982 | 08 | 99999 | 1 Oct 2007 | Word Processing<br>USER DEFINED 1:        SYSGEN<br>USER DEFINED 2:        909090 | 1,871.36 | .00 | |
| 14109983 | 08 | 99999 | 1 Oct 2007 | Word Processing<br>USER DEFINED 1:        SYSGEN<br>USER DEFINED 2:        909090 | 56.41 | .00 | |
| 14110104 | 08 | 99999 | 1 Oct 2007 | Word Processing | 484.85 | .00 | |

# KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (8)  8

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14110105 | 08 | 99999 | 1 Oct 2007 | Word Processing  USER DEFINED 1: SYSGEN  USER DEFINED 2: 909090 | 108.24 | | .00 |
| 14110144 | 08 | 99999 | 1 Oct 2007 | Word Processing  USER DEFINED 1: SYSGEN  USER DEFINED 2: 909090 | 998.12 | | .00 |
| 14110290 | 08 | 99999 | 1 Oct 2007 | Word Processing  USER DEFINED 1: SYSGEN  USER DEFINED 2: 909090 | 151.77 | | .00 |
| 14110291 | 08 | 99999 | 1 Oct 2007 | Word Processing  USER DEFINED 1: SYSGEN  USER DEFINED 2: 909090 | 98.70 | | .00 |
| 14110673 | 08 | 99999 | 1 Oct 2007 | Word Processing  USER DEFINED 1: SYSGEN  USER DEFINED 2: 909090 | 352.56 | | .00 |
| | | | | Subtotal Word Processing | 4,516.17 | | .00 |
| 14066545 | 09 | 08999 | 4 Oct 2007 | Employee Overtime 9/23/07-9/29/07 E.Fera | 280.00 | 280.00 | 7 |
| 14072464 | 09 | 03999 | 9 Oct 2007 | Employee Overtime - F. Ebneyousef  9/16/07 | 105.00 | 105.00 | 3 |
| 14072465 | 09 | 03999 | 9 Oct 2007 | Employee Overtime - F. Ebneyousef  9/18/07 | 52.50 | 52.50 | 2 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14072492 | 09 | 03999 | 9 Oct 2007 | Employee Overtime  - J. Boykin  8/26/07` | 52.50 | 52.50 | 2 |
| 14072499 | 09 | 03999 | 9 Oct 2007 | Employee Overtime  - C. Gibson  8/26/07` | 140.00 | 140.00 | 4 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (10) 10

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14072500 | 09 | 03999 | 9 Oct 2007 | Employee Overtime  - C. Gibson  8/31/07 | 35.00 | 35.00 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (11) 11

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|
| 14072501  09 | 03999 | 9 Oct 2007 | Employee Overtime  - C. Gibson   9/1/07 | 245.00 | 245.00 | 7 |

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

Page (12) 12

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14085393 | 09 | 20470 | 18 Oct 2007 | Employee Overtime - Pay Period Ending 09/30/07 - Bullock, Rufus | 128.12 | 128.12 | 1 |
| 14087381 | 09 | 03999 | 22 Oct 2007 | Employee Overtime - J. Boykin 10/6/07 | 75.00 | 75.00 | 1 |
| 14091650 | 09 | 03999 | 24 Oct 2007 | Employee Overtime - R. Flood 8/28/07 | 40.00 | 40.00 | 2 |
| 14091651 | 09 | 03999 | 24 Oct 2007 | Employee Overtime - R. Flood 8/29/07^ | 40.00 | 40.00 | 2 |
| 14093808 | 09 | 03999 | 25 Oct 2007 | Employee Overtime - C. Mitchell 10/15/07^ | 70.00 | 70.00 | 2 |
| 14093820 | 09 | 03999 | 25 Oct 2007 | Employee Overtime - C. Mitchell 10/18/07^ | 96.25 | 96.25 | 3 |
| | | | | Subtotal Employee Overtime | 1,359.37 | 1,359.37 | |
| 14077781 | 10 | 06999 | 5 Oct 2007 | Fed Ex 10/1/07-Dave Case: R. Lawton | 33.47 | 33.47 | 1 |
| 14077782 | 10 | 06999 | 5 Oct 2007 | Fed Ex 10/2/07-Bob Lawton: B. Lawton | 48.99 | 48.99 | 1 |
| 14077793 | 10 | 06999 | 5 Oct 2007 | Fed Ex 10/2/07-Dave Case: R. Lawton | 18.79 | 18.79 | 1 |
| 14075667 | 10 | 03999 | 11 Oct 2007 | Long Distance Courier - J. Labovitz 9/14/07^ 2-278-84025 9/25/07 | 17.16 | 17.16 | 1 |
| 14076131 | 10 | 03999 | 11 Oct 2007 | Long Distance Courier - M. Goodenow 9/18/07^ 2-278-84025 9/25/07 | 17.84 | 17.84 | 1 |

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (13) 13

20 Nov 2007
Batch #:  1451714
Inventory Manager: Missal, M. J
Matter Number:  0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14076152 | 10 | 03999 | 11 Oct 2007 | Long Distance Courier    D. Case    9/18/07^<br>2-278-84025    9/25/07 | 45.63 | 45.63 | 1 |
| 14076153 | 10 | 03999 | 11 Oct 2007 | Long Distance Courier    D. Case    9/18/07^<br>2-278-84025    9/25/07 | 52.65 | 52.65 | 1 |
| 14076173 | 10 | 03999 | 11 Oct 2007 | Long Distance Courier    D. Case c/o F.<br>Oboussier    9/19/07^<br>2-278-84025    9/25/07 | 123.77 | 123.77 | 1 |
| 14076306 | 10 | 03999 | 11 Oct 2007 | Long Distance Courier    A. Lendez    9/19/07^<br>2-278-84025    9/25/07 | 12.02 | 12.02 | 1 |
| 14076329 | 10 | 03999 | 11 Oct 2007 | Long Distance Courier    A. Lendez    9/19/07^<br>2-278-84025    9/25/07 | 12.47 | 12.47 | 1 |
| 14076390 | 10 | 03999 | 11 Oct 2007 | Long Distance Courier    J. McCahey    9/20/07^<br>2-278-84025    9/25/07 | 11.36 | 11.36 | 1 |
| 14081564 | 10 | 03999 | 17 Oct 2007 | Long Distance Courier  -  M. Goodenow<br>9/21/07<br>2-292-00346    10/2/07 | 17.84 | 17.84 | 1 |
| 14081578 | 10 | 03999 | 17 Oct 2007 | Long Distance Courier  -  Office Services<br>9/22/07^<br>2-292-00346    10/2/07 | 63.85 | 63.85 | 1 |
| 14083165 | 10 | 03999 | 17 Oct 2007 | Long Distance Courier  -  M. Goodenow<br>9/25/07^<br>2-292-00346    10/2/07 | 10.61 | 10.61 | 1 |
| 14083192 | 10 | 03999 | 17 Oct 2007 | Long Distance Courier  -  N. Gupta    9/25/07^<br>2-292-00346    10/2/07 | 18.45 | 18.45 | 1 |
| 14083233 | 10 | 03999 | 17 Oct 2007 | Long Distance Courier  -  R. Blumberg<br>9/26/07^<br>2-292-00346    10/2/07 | 16.10 | 16.10 | 1 |
| 14083250 | 10 | 03999 | 17 Oct 2007 | Long Distance Courier  -  M. Arnott    9/27/07^<br>2-292-00346    10/2/07 | 10.61 | 10.61 | 1 |
| 14093477 | 10 | 06999 | 19 Oct 2007 | Fed Ex 10/11/07-Dave Case: R. Lawton . | 8.55 | 8.55 | 1 |
| 14088956 | 10 | 03999 | 23 Oct 2007 | Long Distance Courier  -  D.Case/S. Goodreau<br>10/1/07^<br>2-304-96724    10/9/07 | 85.64 | 85.64 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (14) 14

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14088957 | 10 | 03999 | 23 Oct 2007 | Long Distance Courier - D.Case/S. Goodreau 10/1/07 2-304-96724 10/9/07 | 49.83 | 49.83 | 1 |
| 14088958 | 10 | 03999 | 23 Oct 2007 | Long Distance Courier - D.Case/S. Goodreau 10/1/07 2-304-96724 10/9/07 | 42.28 | 42.28 | 1 |
| 14088959 | 10 | 03999 | 23 Oct 2007 | Long Distance Courier - D.Case/S. Goodreau 10/1/07 2-304-96724 10/9/07 | 33.21 | 33.21 | 1 |
| 14088960 | 10 | 03999 | 23 Oct 2007 | Long Distance Courier - D.Case/S. Goodreau 10/1/07 2-304-96724 10/9/07 | 43.81 | 43.81 | 1 |
| 14089046 | 10 | 03999 | 23 Oct 2007 | Long Distance Courier - M. Goodenow 10/2/07 2-304-96724 10/9/07 | 9.64 | 9.64 | 1 |
| 14090953 | 10 | 03999 | 24 Oct 2007 | Long Distance Courier - B. Pirro 10/4/07 2-304-96724 10/9/07 | 20.19 | 20.19 | 1 |
| 14090964 | 10 | 03999 | 24 Oct 2007 | Long Distance Courier - M. Quinn 10/5/07 2-304-96724 10/9/07 | 52.08 | 52.08 | 1 |
| 14096725 | 10 | 10999 | 29 Oct 2007 | Long Distance Courier-FedEx inv #232545329 10/16 Martha to K.McColgan | 33.47 | 33.47 | 1 |
| 14067164 | 10h | 03999 | 4 Oct 2007 | Long Distance Courier - Petty Cash Lunch/Dinner for C. Gibson & J. Shuttleworth - J. Shuttleworth 8/26/07 Voucher # 949514    Check # 3018398 | 57.00 | 57.00 | 1 |
| | | | | Subtotal Long Distance Courier | 967.31 | 967.31 | |
| 14114641 | 14 | 36057 | 31 Oct 2007 | Lexis - JWC - 10/01/2007 - 10/31/2007 USER DEFINED 1: CHAFFIN, WALKER USER DEFINED 2: MISSAL | 1,580.68 | 1,580.68 | 1 |
| 14114642 | 14 | 31007 | 31 Oct 2007 | Lexis - BAO - 10/01/2007 - 10/31/2007 USER DEFINED 1: OCHS, BRIAN | 3,572.73 | 3,572.73 | 1 |
| 14114643 | 14 | 03580 | 31 Oct 2007 | Lexis - EAK - 10/01/2007 - 10/31/2007 USER DEFINED 1: KOEPPEL, ERIN | 401.03 | 401.03 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (15) 15

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #:  1451714
Inventory Manager: Missal, M. J
Matter Number:  0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14114644 | 14 | 10137 | 31 Oct 2007 | Lexis - JLW - 10/01/2007 - 10/31/2007<br>USER DEFINED 1:  WAYNE, JENNIFER | 834.46 | 834.46 | 1 |
| 14114645 | 14 | 10152 | 31 Oct 2007 | Lexis - KSA - 10/01/2007 - 10/31/2007<br>USER DEFINED 1:  ASFOUR, KEVIN | 1,399.38 | 1,399.38 | 1 |
| 14114646 | 14 | 10183 | 31 Oct 2007 | Lexis - TWF - 10/01/2007 - 10/31/2007<br>USER DEFINED 1:  FREDRICKS, TIMOTHY | 1,708.29 | 1,708.29 | 1 |
| 14114647 | 14 | 10227 | 31 Oct 2007 | Lexis - MBO - 10/01/2007 - 10/31/2007<br>USER DEFINED 1:  FREDRICKS, TIMOTHY | 1,587.32 | 1,587.32 | 1 |
| | | | | Subtotal Lexis Research | 11,083.89 | 11,083.89 | |
| 14112189 | 143t | 20470 | 31 Oct 2007 | CD ROM Expenses - For the Month of October 2007<br>- 2 copies  @25 | 50.00 | 50.00 | 2 |
| | | | | Subtotal CD ROM Expenses | 50.00 | 50.00 | |
| 14093811 | 15 | 08193 | 18 Sep 2007 | Westlaw - CSC - 09/03/2007 - 09/18/2007<br>USER DEFINED 1:  MOSER, ERIC T | 65.60 | 65.60 | 1 |
| 14115846 | 15 | 10227 | 8 Oct 2007 | Westlaw - MBO - 10/01/2007 - 10/08/2007<br>USER DEFINED 1:  O'HANLON, MATTHEW B | 1,085.36 | 1,085.36 | 1 |
| 14115847 | 15 | 08361 | 17 Oct 2007 | Westlaw - ER - 10/16/2007 - 10/17/2007<br>USER DEFINED 1:  RIM, EUNICE | 143.34 | 143.34 | 1 |
| | | | | Subtotal Westlaw Research | 1,294.30 | 1,294.30 | |
| 14080783 | 23h | 03999 | 16 Oct 2007 | OT Dinner, Cabs, Parking - Petty Cash Meal - J.<br>Catano 9/24/07<br>Voucher # 953230          Check #  3018567 | 7.98 | 7.98 | 1 |
| 14080788 | 23h | 03999 | 16 Oct 2007 | OT Dinner, Cabs, Parking - Petty Cash Meal - J.<br>Catano 10/8/07<br>Voucher # 953230          Check #  3018567 | 9.90 | 9.90 | 1 |
| 14099015 | 23h | 03999 | 30 Oct 2007 | OT Dinner, Cabs, Parking - Petty Cash Metro -<br>Parking - Dinner - C. Mitchell 10/22/07<br>Voucher # 957584          Check #  3018829* | 29.20 | 29.20 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (16) 16

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14099016 | 23h | 03999 | 30 Oct 2007 | OT Dinner, Cabs, Parking - Petty Cash Meal - D. Proctor 10/22/07          Check # 3018829* Voucher # 957584 | 9.00 | 9.00 | 1 |
| | | | | Subtotal OT Dinner, Cabs, Parking | 56.08 | 56.08 | |
| 14096278 | 25 | 36051 | 27 Oct 2007 | Pacer (DC) Research 7/1-9/30/07 J. Resti | 47.28 | 47.28 | 1 |
| 14096279 | 25 | 36057 | 27 Oct 2007 | Pacer (DC) Research 7/1-9/30/07 J. Chaffin | .88 | .88 | 1 |
| 14096280 | 25 | 03999 | 27 Oct 2007 | Pacer (DC) Research 7/1-9/30/07 | 7.04 | 7.04 | 1 |
| 14096282 | 25 | 36051 | 27 Oct 2007 | Pacer (DC) Research 7/1-9/30/07 J. Resti | 20.16 | 20.16 | 1 |
| 14096283 | 25 | 36057 | 27 Oct 2007 | Pacer (DC) Research 7/1-9/30/07 J. Chaffin | .40 | .40 | 1 |
| 14096285 | 25 | 36051 | 27 Oct 2007 | Pacer (DC) Research 7/1-9/30/07 J. Resti | 7.84 | 7.84 | 1 |
| 14096286 | 25 | 36051 | 27 Oct 2007 | Pacer (DC) Research 7/1-9/30/07 J. Resti | .80 | .80 | 1 |
| | | | | Subtotal Pacer Research | 84.40 | 84.40 | |
| 14069696 | 32h | 10999 | 5 Oct 2007 | Travel Expenses - Ashley Camron Ashley Camron-9/19 purchase of external hard drive for on-site company downloading of documents for production        Check # 48123 Voucher # 950028 | 96.96 | 96.96 | 1 |
| 14084632 | 32h | 03173 | 18 Oct 2007 | Travel Expenses - David T. Case Irvine, CA 09/19/07                Check # 3018662 Voucher # 954078 | 393.59 | 393.59 | 1 |
| 14084668 | 32h | 32030 | 18 Oct 2007 | Travel Expenses - Lisa M. Richman Irvine, CA 10/02-10/03            Check # 47978 Voucher # 954110 | 326.74 | 326.74 | 1 |
| 14084674 | 32h | 03238 | 18 Oct 2007 | Travel Expenses - Stephen G. Topetzes Irvine, CA 10/02-10/04         Check # 47966 Voucher # 954113 | 505.75 | 505.75 | 1 |
| 14084678 | 32h | 03238 | 18 Oct 2007 | Travel Expenses - Stephen G. Topetzes Travel to Wilmington, DE to meet w/Creditors' Comm. 10/01/07              Check # 47966 Voucher # 954117 | 20.00 | 20.00 | 1 |

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (17) 17

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14084751 | 32h | 03620 | 18 Oct 2007 | Travel Expenses - Edward J. Fishman Long Beach, CA 08/13-08/15 Voucher # 954170  Check # 47976 | 834.70 | 834.70 | 1 |
| 14084754 | 32h | 32083 | 18 Oct 2007 | Travel Expenses - Seba P. Kurian Irvine, CA 09/24-09/25 Voucher # 954172  Check # 47992 | 396.57 | 396.57 | 1 |
| 14084757 | 32h | 03620 | 18 Oct 2007 | Travel Expenses - Edward J. Fishman Irvine,CA 09/17-09/18 Voucher # 954175  Check # 47976 | 421.28 | 421.28 | 1 |
| 14084790 | 32h | 32015 | 18 Oct 2007 | Travel Expenses - Jonathan D. Borrowman Irvine, CA 09/19-09/21 Voucher # 954197  Check # 48007 | 512.65 | 512.65 | 1 |
| 14084814 | 32h | 32030 | 18 Oct 2007 | Travel Expenses - Lisa M. Richman Irvine, CA. 09/26-09/27 Voucher # 954212  Check # 47978 | 384.66 | 384.66 | 1 |
| 14084884 | 32h | 03620 | 18 Oct 2007 | Travel Expenses - Edward J. Fishman Irvine, CA 10/01-10/03 Voucher # 954229  Check # 47976 | 1,104.33 | 1,072.39 | 1 |
| 14084891 | 32h | 03620 | 18 Oct 2007 | Travel Expenses - Edward J. Fishman Irvine, CA 09/24/07 Voucher # 954230  Check # 47976 | 563.26 | 563.26 | 1 |
| 14084909 | 32h | 03238 | 18 Oct 2007 | Travel Expenses - Stephen G. Topetzes Irvine, CA 09/26-09/28 Voucher # 954238  Check # 47966 | 544.13 | 439.71 | 1 |
| 14087563 | 32h | 06048 | 22 Oct 2007 | Travel Expenses - Robert Lawton 10/3 Travel (Hotel, mileage, cabs, tolls, parking expenses)-interview in Irvine CA: RAL Voucher # 955139  Check # 48558 | 554.82 | 554.82 | 1 |
| 14093502 | 32h | 06048 | 25 Oct 2007 | Travel Expenses - Robert Lawton 10-18 Hotel expense: conduct interview in DC: RAL Voucher # 956491  Check # 48558 | 353.81 | 353.81 | 1 |
| 14093503 | 32h | 06048 | 25 Oct 2007 | Travel Expenses - Robert Lawton 10/18 mileage/parking: conduct interview in DC: RAL Voucher # 956491  Check # 48558 | 145.06 | 145.06 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (18) 18

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14114166 | 32h | 08999 | 25 Oct 2007 | Travel Expenses - Justin Roeber Lodging 9/5-9/7/07 Inv 10/25/07 Voucher # 959452 Check # 48595 | 561.24 | 561.24 | 1 |
| 14101257 | 32h | 03173 | 31 Oct 2007 | Travel Expenses - David T. Case Irvine, CA 10/16-10/18 Voucher # 958236 Check # 3019055 | 575.72 | 544.76 | 1 |
| 14101313 | 32h | 03173 | 31 Oct 2007 | Travel Expenses - David T. Case Irvine, CA 10/03-10/04 Voucher # 958269 Check # 3019055 | 837.59 | 837.59 | 1 |
| 14101384 | 32h | 03063 | 31 Oct 2007 | Travel Expenses - Lawrence Coe Lanpher Irvine, CA 10/16-10/19 Voucher # 958330 Check # 48416 | 1,171.76 | 1,171.76 | 1 |
| 14101399 | 32h | 32015 | 31 Oct 2007 | Travel Expenses - Jonathan D. Borrowman Seattle 10/04-10/05 Voucher # 958335 Check # 48475 | 357.55 | 357.55 | 1 |
| 14101437 | 32h | 03238 | 31 Oct 2007 | Travel Expenses - Stephen G. Topetzes Wilmington, DE 10/23/07 Voucher # 958358 Check # 48424 | 22.00 | 22.00 | 1 |
| | | | | Subtotal Travel Expenses | 10,684.17 | 10,516.85 | |
| 14113435 | 33h | 08999 | 25 Oct 2007 | Transportation Expenses - Edward Fox Parking 8/11/07 Inv 10/25/07 Voucher # 959239 Check # 48588 | 16.00 | 16.00 | 1 |
| 14113519 | 33h | 08999 | 25 Oct 2007 | Transportation Expenses - Edward Fox Amtrak NY to Wilmington 10/23/07 Inv 10/25/07A Voucher # 959249 Check # 48588 | 254.00 | 254.00 | 1 |
| | | | | Subtotal Transportation Expenses | 270.00 | 270.00 | |
| 14081378 | 34h | 03173 | 17 Oct 2007 | Cab Fare - Red Top Transportation Fr 1601 to IAD - D. Case 9/19/07 Voucher # 953398 Check # 3018908 | 81.77 | 81.77 | 1 |
| 14084753 | 34h | 32083 | 18 Oct 2007 | Cab Fare - Seba P. Kurian Working late taxi 09/21/07 Voucher # 954172 Check # 47992 | 15.00 | 15.00 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (19) 19

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14086554 | 34h | 08378 | 19 Oct 2007 | Cab Fare - Dial Car Inc. K.Elliot 599 Lex to Brooklyn 9/25 inv.1046756 Voucher # 954863          Check # 8012566 | 49.47 | 49.47 | 1 |
| 14086567 | 34h | 08221 | 19 Oct 2007 | Cab Fare - Dial Car Inc. E.Fox 599 Lex to Rye, NY 9/24 inv.1046756 Voucher # 954863          Check # 8012566 | 101.75 | 101.75 | 1 |
| 14086573 | 34h | 08999 | 19 Oct 2007 | Cab Fare - Dial Car Inc. E.Fera 599 Lex to Yonkers 9/24 inv.1046756 Voucher # 954863          Check # 8012566 | 79.56 | 79.56 | 1 |
| 14088505 | 34h | 03580 | 22 Oct 2007 | Cab Fare - Red Top Transportation Fr Alton Pl to IAD - E. Koeppel 9/23/07 Voucher # 955394          Check # 3018908 | 100.72 | 100.72 | 1 |
| 14092933 | 34h | 03620 | 25 Oct 2007 | Cab Fare - Red Top Transportation Fr 1601 K to IAD - E. Fishman 10/4/07 Voucher # 956366          Check # 3018907 | 73.02 | 73.02 | 1 |
| 14092942 | 34h | 03173 | 25 Oct 2007 | Cab Fare - Red Top Transportation Fr Elizabeth Dr to IAD - D. Case 10/1/07 Voucher # 956366          Check # 3018907 | 45.90 | 45.90 | 1 |
| 14113438 | 34h | 08999 | 25 Oct 2007 | Cab Fare - Edward Fox 9/11/07 Inv 10/25/07 Voucher # 959239          Check # 48588 | 10.00 | 10.00 | 1 |
| 14113520 | 34h | 08999 | 25 Oct 2007 | Cab Fare - Edward Fox 10/23/07 Inv 10/25/07A Voucher # 959249          Check # 48588 | 7.00 | 7.00 | 1 |
| 14101309 | 34h | 32103 | 31 Oct 2007 | Cab Fare - Amanda Kostner Working late cab 10/04/07 Voucher # 958265          Check # 48395 | 21.00 | 21.00 | 1 |
| 14101310 | 34h | 32103 | 31 Oct 2007 | Cab Fare - Amanda Kostner Working late cab 10/05/07 Voucher # 958265          Check # 48395 | 21.00 | 21.00 | 1 |
| | | | | Subtotal Cab Fare | 606.19 | 606.19 | |
| 14083808 | 35h | 06048 | 18 Oct 2007 | Air Fare - American Express 9/17 Airfare: Dulles - Long Beach- Dulles: RLawton Voucher # 953928          Check # 1045726 | 512.30 | 512.30 | 1 |
| 14094552 | 35h | 32030 | 26 Oct 2007 | Air Fare - American Express Amex Strip | 34.00 | 34.00 | 1 |

Proforma Number:  1226664
Invoice Number: 1726735
Client:  Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #:  1451714
Inventory Manager: Missal, M. J
Matter Number:  0309079.00104

## KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14094553 | 35h | 03063 | 26 Oct 2007 | -Transaction Date - 09/20/07 - TICKET FEE - L. RICHMAN<br>Voucher # 956701      Check #   1045773 | | | |
| 14094553 | 35h | 03063 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 08/20/07 - PIT - L. LANPHER<br>Voucher # 956701      Check #   1045773 | (181.33) | (181.33) | 1 |
| 14094554 | 35h | 03063 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date 08/27/07 - TICKET FEE - L. LANPHER<br>Voucher # 956701      Check #   1045773 | 34.00 | 34.00 | 1 |
| 14094555 | 35h | 03063 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 018/29/07 - TICKET FEE - L. LANPHER<br>Voucher # 956701      Check #   1045773 | 34.00 | 34.00 | 1 |
| 14094556 | 35h | 03216 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 08/29/070 - NY - M. MISSAL<br>Voucher # 956701      Check #   1045773 | 396.65 | 396.65 | 1 |
| 14094557 | 35h | 32083 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 09/18/07 - OH - S. KURIAN<br>Voucher # 956701      Check #   1045773 | 576.60 | 576.60 | 1 |
| 14094558 | 35h | 32083 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date 09/19/07 - CA - S. KURIAN<br>Voucher # 956701      Check #   1045773 | 610.60 | 610.60 | 1 |
| 14094559 | 35h | 32083 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 09/18/07 - ATL - S. KURIAN<br>Voucher # 956701      Check #   1045773 | (576.60) | (576.60) | 1 |
| 14094560 | 35h | 03173 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 09/25/07 - LONG BEACH - D. CASE<br>Voucher # 956701      Check #   1045773 | 197.90 | 197.90 | 1 |
| 14094561 | 35h | 03173 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 09/25/07 - CA - D. CASE<br>Voucher # 956701      Check #   1045773 | 411.90 | 411.90 | 1 |
| 14094562 | 35h | 03620 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 09/04/07 - LONG BEACH - E. FISHMAN | 254.40 | 254.40 | 1 |

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

Page (21) 21

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

# KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | | | | Voucher # 956701          Check # 1045773 | | | |
| 14094563 | 35h | 03620 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 09/07/07 - LONG BEACH - E. FISHMAN<br>Voucher # 956701          Check # 1045773 | 116.00 | 116.00 | 1 |
| 14094564 | 35h | 03620 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 09/14/07 - LONG BEACH - E. FISHMAN<br>Voucher # 956701          Check # 1045773 | 537.30 | 537.30 | 1 |
| 14094565 | 35h | 03620 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 09/20/07 - LONG BEACH - E. FISHMAN<br>Voucher # 956701          Check # 1045773 | 727.30 | 727.30 | 1 |
| 14094566 | 35h | 03620 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 09/27/07 - LONG BEACH - E. FISHMAN<br>Voucher # 956701          Check # 1045773 | 627.30 | 627.30 | 1 |
| 14094567 | 35h | 03238 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 09/20/07 - AZ - S. TOPETZES<br>Voucher # 956701          Check # 1045773 | 321.80 | 321.80 | 1 |
| 14094568 | 35h | 03238 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 09/10/07 - LA - S TOPETZBS<br>Voucher # 956701          Check # 1045773 | 34.00 | 34.00 | 1 |
| 14094569 | 35h | 32030 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 09/20/07 - CA - L. RICHMAN<br>Voucher # 956701          Check # 1045773 | 321.80 | 321.80 | 1 |
| 14094570 | 35h | 32030 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 09/20/07 - CA - L. RICHMAN<br>Voucher # 956701          Check # 1045773 | 346.80 | 346.80 | 1 |
| 14094575 | 35h | 03173 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 08/22/07 - TICKET FEE - D. CASE<br>Voucher # 956701          Check # 1045773 | 34.00 | 34.00 | 1 |
| 14094593 | 35h | 03620 | 26 Oct 2007 | Air Fare - American Express Amex Strip<br>-Transaction Date - 08/28/07 - LONG BEACH - E. FISHMAN | 327.30 | 327.30 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (22)  22

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #:  1451714
Inventory Manager: Missal, M. J
Matter Number:  0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | | | | Voucher # 956701                     Check # 1045773 | | | |
| 14096671 | 35h | 00999 | 29 Oct 2007 | Air Fare - American Express - J.Borrowman - 9/19/07 D.C./LongBeach/D.C. Voucher # 957101                   Check # 1045726 | 647.30 | 647.30 | 1 |
| 14098379 | 35h | 00999 | 29 Oct 2007 | Air Fare - American Express - E.Fox - 9/11/07 Rail Voucher # 957101                   Check # 1045726 | 287.00 | 287.00 | 1 |
| 14099741 | 35h | 08999 | 29 Oct 2007 | Air Fare - American Express Rober Amex Tix fee 8/22/07 Inv 092907NY Voucher # 957721                   Check # 1045773 | 34.00 | 34.00 | 1 |
| 14100823 | 35h | 11073 | 30 Oct 2007 | Air Fare - American Express, Jeffrey Bornstein, ticket exchange fee, 9/7 Voucher # 958047                   Check # 1045773 | 34.00 | 34.00 | 1 |
| | | | | Subtotal Air Fare | 6,700.32 | 6,700.32 | |
| 14067438 | 37h | 08378 | 4 Oct 2007 | Business Meal - SeamlessWeb K.Elliot 9/24 inv.24944 Voucher # 949648                   Check # 8012371 | 52.18 | .00 | |
| 14071874 | 37h | 10999 | 8 Oct 2007 | Business Meal - Matthew O'Hanlon 10/4 working lunch with J.Wayne,T.Fredricks, K.Asfour Voucher # 950673                   Check # 48131 | 35.00 | 35.00 | 1 |
| 14079057 | 37h | 03216 | 15 Oct 2007 | Business Meal - SeamlessWeb Professional Solutions, Inc. Columbia Gourmet Catering - New Century Conference - Mike Missal -08/28/07 Voucher # 952848                   Check # 3018566 | 418.00 | 418.00 | 1 |
| 14084791 | 37h | 03173 | 18 Oct 2007 | Business Meal - David T. Case Dinner w/N.Gupta, M.Goodman, E.Fishman and B.Lawton 08/14/07 Voucher # 954199                   Check # 3018662 | 205.26 | .00 | |
| 14086452 | 37h | 32071 | 19 Oct 2007 | Business Meal - SeamlessWeb Professional Solutions, Inc. Rumi - Andrew Mcfall - 09/22/07 Voucher # 954751                   Check # 3018600 | 11.92 | 11.92 | 1 |
| 14089093 | 37h | 19031 | 23 Oct 2007 | Business Meal - Bank of America New Century Luncheon Voucher # 955636                   Check # 208911 | 159.53 | 159.53 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (23)  23

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14089094 | 37h | 19031 | 23 Oct 2007 | Business Meal - Bank of America New Century Luncheon   Voucher # 955636   Check # 208911 | 141.05 | 141.05 | 1 |
| 14089095 | 37h | 03620 | 23 Oct 2007 | Business Meal - Bank of America New Century Dinner   Voucher # 955636   Check # 208911 | 182.19 | 182.19 | 1 |
| 14089096 | 37h | 32030 | 23 Oct 2007 | Business Meal - Bank of America New Century Interview   Voucher # 955636   Check # 208911 | 137.79 | 137.79 | 1 |
| 14089097 | 37h | 03620 | 23 Oct 2007 | Business Meal - Bank of America New Century Luncheon   Voucher # 955636   Check # 208911 | 126.36 | 126.36 | 1 |
| 14093504 | 37h | 06048 | 25 Oct 2007 | Business Meal - Robert Lawton 10/18 dinner expense- conduct interview in DC: R Lawton & N.Gupta (BDO)   Voucher # 956491   Check # 48558 | 93.48 | .00 | |
| 14113434 | 37h | 08999 | 25 Oct 2007 | Business Meal - Edward Fox 7/13/07 Inv 10/25/07   Voucher # 959239   Check # 48588 | 51.02 | .00 | |
| 14112762 | 37h | 10999 | 31 Oct 2007 | Business Meal - Michael J Quinn 10/30 work dinner w/T.Lender & K.McColgan of BDO and A.Camron,X.asfour   Voucher # 958940   Check # | 64.34 | 64.34 | 1 |
| | | | | Subtotal Business Meal | 1,678.12 | 1,276.18 | |
| 14087564 | 42h | 06048 | 22 Oct 2007 | Travel Related Meals - Robert Lawton 10/3 Travel Breakfast-Travel, Irvine CA: RAL   Voucher # 955139   Check # 48558 | 5.89 | 5.89 | 1 |
| 14087565 | 42h | 06048 | 22 Oct 2007 | Travel Related Meals - Robert Lawton 10/3 dinner:Travel, Irvine CA: RAL   Voucher # 955139   Check # 48558 | 14.16 | 14.16 | 1 |
| 14093505 | 42h | 06048 | 25 Oct 2007 | Travel Related Meals - Robert Lawton 10/18 Travel M&E: DC -RLawton   Voucher # 956491   Check # 48558 | 5.49 | 5.49 | 1 |
| 14114167 | 42h | 08999 | 25 Oct 2007 | Travel Related Meals - Justin Roeber Taxis | 60.00 | 60.00 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #:  1451714
Inventory Manager: Missal, M. J
Matter Number:  0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | | | | 9/5-9/7/07 Inv 10/25/07 Voucher # 959452          Check #   48595 | | | |
| | | | | Subtotal Travel Related Meals | 85.54 | 85.54 | |
| 14085283 | 43h | 03173 | 4 Oct 2007 | Local Courier - FedEx del. 10/5/07 to BDO Seidman, LLP Voucher # 954285          Check #   4847 | 47.77 | 47.77 | 1 |
| 14085284 | 43h | 03173 | 4 Oct 2007 | Local Courier - FedEx del. 10/5/07 to BDO Seidman, LLP Voucher # 954285          Check #   4847 | 47.77 | 47.77 | 1 |
| 14085285 | 43h | 03173 | 5 Oct 2007 | Local Courier - FedEx del. 10/8/07 to David Case, K&L Gates Voucher # 954285          Check #   4847 | 69.46 | 69.46 | 1 |
| 14085286 | 43h | 03173 | 5 Oct 2007 | Local Courier - FedEx del. 10/8/07 to David Case, K&L Gates Voucher # 954285          Check #   4847 | 37.75 | 37.75 | 1 |
| 14085287 | 43h | 03173 | 5 Oct 2007 | Local Courier - FedEx del. 10/8/07 to David Case, K&L Gates Voucher # 954285          Check #   4847 | 37.75 | 37.75 | 1 |
| 14085289 | 43h | 03173 | 5 Oct 2007 | Local Courier - FedEx del. 10/8/07 to David Case, K&L Gates Voucher # 954285          Check #   4847 | 37.75 | 37.75 | 1 |
| 14085290 | 43h | 03173 | 5 Oct 2007 | Local Courier - FedEx del. 10/8/07 to David Case, K&L Gates Voucher # 954285          Check #   4847 | 37.75 | 37.75 | 1 |
| 14085291 | 43h | 03173 | 5 Oct 2007 | Local Courier - FedEx del. 10/8/07 to BDO Siedman LLP Voucher # 954285          Check #   4847 | 45.43 | 45.43 | 1 |
| 14085292 | 43h | 03173 | 5 Oct 2007 | Local Courier - FedEx del. 10/8/07 to BDO Siedman LLP Voucher # 954285          Check #   4847 | 47.77 | 47.77 | 1 |
| 14085288 | 43h | 03173 | 8 Oct 2007 | Local Courier - FedEx del. 10/8/07 to David Case, K&L Gates Voucher # 954285          Check #   4847 | 37.75 | 37.75 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (25) 25

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14072884 | 43h | 32015 | 9 Oct 2007 | Local Courier - Red Top Transportation Fr 1601 to Nutley St - J. Borrowman 9/25/07 Voucher # 951013        Check #    3018522 | 36.23 | 36.23 | 1 |
| 14072885 | 43h | 03620 | 9 Oct 2007 | Local Courier - Red Top Transportation Fr 1601 to TAD - E. Fishman 9/17/07 Voucher # 951013        Check #    3018522 | 66.50 | 66.50 | 1 |
| 14072886 | 43h | 03620 | 9 Oct 2007 | Local Courier - Red Top Transportation Fr Buchanan to Dulles - E. Fishman 9/24/07 Voucher # 951013        Check #    3018522 | 47.77 | 47.77 | 1 |
| 14072894 | 43h | 03173 | 9 Oct 2007 | Local Courier - Red Top Transportation Fr Elizabeth Dr to 1601 - D. Case 9/21/07 Voucher # 951013        Check #    3018522 | 40.78 | 40.78 | 1 |
| 14116643 | 43h | 03063 | 18 Oct 2007 | Local Courier - PedEx del. 10/19/2007 -- BDO Seidman Voucher # 959894        Check #    4886 | 16.87 | 16.87 | 1 |
| 14116644 | 43h | 03063 | 19 Oct 2007 | Local Courier - PedEx del. 10/22/2007 -- K&L Gates (DC) Voucher # 959894        Check #    4886 | 64.97 | 64.97 | 1. |
| 14116645 | 43h | 03063 | 19 Oct 2007 | Local Courier - PedEx del. 10/22/2007 -- K&L Gates (DC) Voucher # 959894        Check #    4886 | 33.47 | 33.47 | 1 |
| 14116646 | 43h | 03063 | 19 Oct 2007 | Local Courier - PedEx del. 10/22/2007 -- K&L Gates (DC) Voucher # 959894        Check #    4886 | 47.77 | 47.77 | 1 |
| | | | | Subtotal Local Courier | 801.31 | 801.31 | |
| 14091314 | 85h | 03375 | 24 Oct 2007 | Witness Fee and Expenses - Witness Fee for 2004 Examination - C. Miller Voucher # 955956        Check #    3018648 | 40.00 | 40.00 | 1 |
| | | | | Subtotal Witness Fee and Expenses | 40.00 | 40.00 | |
| 14073634 | 97h | 35099 | 9 Oct 2007 | Other - American Express - Client Charge 09/28/07 ( Facilities ) Binders - J. Catano - Impact Office Voucher # 951219        Check #    1045214 | 124.55 | 124.55 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (26) 26

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|------|------|------|
| 14073635 | 97h | 35023 | 9 Oct 2007 | Other - American Express - Client Charge 09/28/07 ( Facilities ) Binders - M. Bowman - Impact Office    Check # 1045214 Voucher # 951219 | 488.76 | 488.76 | 1 |
| 14073636 | 97h | 35099 | 9 Oct 2007 | Other - American Express - Client Charge 09/28/07 ( Facilities ) Binders - J. Catano    Check # 1045214 Voucher # 951219 | 498.21 | 498.21 | 1 |
| 14074666 | 97h | 03761 | 10 Oct 2007 | Other - Landmark Document Services - Washington DC Imaging Blowbacks - J. Nilan    Check # 3018881 Voucher # 951576 | 2,859.99 | 2,859.99 | 1 |
| 14074684 | 97h | 03761 | 10 Oct 2007 | Other - Landmark Document Services - Washington DC Imaging Blowbacks - J. Nilan    Check # 3018881 Voucher # 951579 | 77.41 | 77.41 | 1 |
| 14080416 | 97h | 08999 | 16 Oct 2007 | Other - GLC Business Services, Inc Inv 203086 7-31-07 overtime worked    Check # 8012441 Voucher # 953040 | 38.50 | 38.50 | 1 |
| 14091974 | 97h | 03999 | 24 Oct 2007 | Other - Landmark Document Services - Washington DC Imaging Blowbacks    Check # 3018814 Voucher # 956090 | 15.65 | 15.65 | 1 |
| | | | | Subtotal Other | 4,103.07 | 4,103.07 | |

TOTAL DISBURSEMENTS AND OTHER CHARGES          65,968.92    56,574.53

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (27)  27

Proforma Number: 1226664
Invoice Number: 1726735
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

20 Nov 2007
Batch #: 1451714
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES SUMMARY

| CODE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT |
|---|---|---|---|
| 01 | Telephone / Conference Calls / Fx Line Trans | 28.15 | 28.15 |
| 01h | Telephone/Conference Calls | 344.51 | 344.51 |
| 02 | Facsimile | 56.25 | 56.25 |
| 03 | Postage | 4.29 | 4.29 |
| 04 | Copying Expense | 9,695.16 | 5,386.20 |
| 05h | Copying Expense (Outside Off.) | 11,446.01 | 11,446.01 |
| 06h | Offsite Storage Retrieval | 14.31 | 14.31 |
| 08 | Word Processing | 4,516.17 | .00 |
| 09 | Employee Overtime | 1,359.37 | 1,359.37 |
| 10 | Long Distance Courier | 910.31 | 910.31 |
| 10h | Long Distance Courier | 57.00 | 57.00 |
| 14 | Lexis Research | 11,083.89 | 11,083.89 |
| 14.3t | CD ROM Expenses | 50.00 | 50.00 |
| 15 | Westlaw Research | 1,294.30 | 1,294.30 |
| 23h | OT Dinner, Cabs, Parking | 56.08 | 56.08 |
| 25 | Pacer Research | 84.40 | 84.40 |
| 32h | Travel Expenses | 10,684.17 | 10,516.85 |
| 33h | Transportation Expenses | 270.00 | 270.00 |
| 34h | Cab Fare | 606.19 | 606.19 |
| 35h | Air Fare | 6,700.32 | 6,700.32 |
| 37h | Business Meal | 1,678.12 | 1,276.18 |
| 42h | Travel Related Meals | 85.54 | 85.54 |
| 43h | Local Courier | 801.31 | 801.31 |
| 85h | Witness Fee and Expenses | 40.00 | 40.00 |
| 97h | Other | 4,103.07 | 4,103.07 |
| | TOTAL DISBURSEMENTS AND OTHER CHARGES | 65,968.92 | 56,574.53 |