# Exhibit "A"

November 20, 2007

Michael J. Missal  
1601 K Street, NW  
Washington, DC  20036

Our File Number   :   0309077.00100  
Invoice           :   1726730  
Services Through  :   October 31, 2007

**New Century Examiner**

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/01/07 | M. J. Missal | 11.80 | Prepare for meeting with counsel for creditors committee (2.3); meet with counsel for creditors committee (2.5); call with team leaders (.7); various communications with team (1.8); review accounting workplan (1.5); telephone call with counsel for US trustee (.4); review draft court order (.5); review interview memos (2.1) | 8,555.00 |
| 10/02/07 | M. J. Missal | 11.60 | Revise cash collateral report (3.8); various communications with team on status and workplans (2.6); review accounting materials (2.8); review interview materials (2.3) | 8,410.00 |
| 10/03/07 | M. J. Missal | 11.50 | Review accounting materials (3.6); various communications with team (1.8); revise cash collateral report (3.5); revise workplans (2.6) | 8,337.50 |
| 10/04/07 | M. J. Missal | 12.20 | Meeting with accounting team (2.6); various communications with counsel for Debtor and Creditors Committee (.7); review accounting materials (3.7); review disclosure materials (2.4); various communications with team (1.3); revise cash collateral report (1.5) | 8,845.00 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/05/07 | M. J. Missal | 11.60 | Various meetings and other communications with tem on status and workplan (4.8); review interview memos (3.6); review accounting documents (2.8); telephone call with counsel for Creditors Committee (.4) | 8,410.00 |
| 10/06/07 | M. J. Missal | 2.30 | Review interview memos and other documents (2.3) | 1,667.50 |
| 10/07/07 | M. J. Missal | 4.20 | Review interview memos (2.8); communications with team on status and workplan (1.4) | 3,045.00 |
| 10/08/07 | M. J. Missal | 12.50 | Meeting with group (.7); various communications with team (3.6); review interview memos (3.4); revise workplan (2.1); various telephone calls with Debtor (.6); review various accounting issues and documents (2.1) | 9,062.50 |
| 10/09/07 | M. J. Missal | 11.20 | Meeting with team on interviews (1.3); review various interview memos (3.6); review accounting documents (2.4); communications with team (2.8); revise workplan (1.1) | 8,120.00 |
| 10/10/07 | M. J. Missal | 7.90 | Various communications with team on status (2.1); review interview memos and other documents (4.6); revise workplans (1.3) | 5,727.50 |
| 10/11/07 | M. J. Missal | 4.70 | Meeting with team on status and update (1.0); review various interview memos (3.7) | 3,407.50 |
| 10/12/07 | M. J. Missal | 3.40 | Review various interview memos | 2,465.00 |
| 10/13/07 | M. J. Missal | 3.60 | Revise workplans (3.6); review accounting documents (2.1) | 2,610.00 |
| 10/14/07 | M. J. Missal | 5.00 | Review interview memos (2.8); revise workplans (.6); review cash collateral section (1.6) | 3,625.00 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/15/07 | M. J. Missal | 10.30 | Meeting with team leaders (.9); review cash collateral documents (.7) review interview memos (3.4); various communications with team (2.1); review accounting documents (3.2) | 7,467.50 |
| 10/16/07 | M. J. Missal | 10.60 | Conference call with counsel for Debtor on cash collateral (.9); revise cash collateral section (2.8); review accounting and other documents (4.8); communications with team (2.1) | 7,685.00 |
| 10/17/07 | M. J. Missal | 10.20 | Conference call with counsel for Debtor (1.0); review various interview memos (3.5); review accounting documents (1.6); revise workplans (1.1); various communications with team (2.1); various communications with counsel for Debtor (.9) | 7,395.00 |
| 10/18/07 | M. J. Missal | 13.30 | Meeting with team on cash collateral (1.1); various communications with counsel for Debtor (1.5); various communications with team on status (2.8); review interview memos (2.7); prepare for interview of director (5.2) | 9,642.50 |
| 10/19/07 | M. J. Missal | 11.10 | Attend interview of Board member (7.0); various communications with team (1.2); review cash collateral section (1.5); review interview memos (1.4) | 8,047.50 |
| 10/20/07 | M. J. Missal | 5.10 | Revise workplans (1.1); communications with team (1.3); review interview memos (2.7) | 3,697.50 |
| 10/21/07 | M. J. Missal | 2.70 | Review interview memos (1.5); revise workplans (1.2) | 1,957.50 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/22/07 | M. J. Missal | 11.70 | Meeting with team leaders on status (1.2); prepare for meeting with court (1.5); review various interview memos (2.2); revise workplans (.9); various communications with team on strategy and workplans (2.8); revise cash collateral report (1.5); review accounting documents (1.6) | 8,482.50 |
| 10/23/07 | M. J. Missal | 9.60 | Prepare for meeting with court (2.1); meeting with court (1.0); meeting with accounting group on interview (.6); review interview memos (2.2); review cash collateral section (1.6); various communications with team on status and workplan (2.1) | 6,960.00 |
| 10/24/07 | M. J. Missal | 11.00 | Various communications with team (2.8); review interview memos (3.1); revise workplans (1.7); revise cash collateral report (3.4) | 7,975.00 |
| 10/25/07 | M. J. Missal | 11.10 | Various communications with Debtor (1.0); various communications with team (3.2); review interview memos (4.1); review accounting documents (1.5); revise cash collateral report (1.3) | 8,047.50 |
| 10/26/07 | M. J. Missal | 10.30 | Revise cash collateral section (3.4); various communications with team (2.8); communications with counsel for Debtor (.6); review interview memos (3.5) | 7,467.50 |
| 10/27/07 | M. J. Missal | 2.30 | Review interview memos (2.3) | 1,667.50 |
| 10/28/07 | M. J. Missal | 3.10 | Revise cash collateral section (3.1) | 2,247.50 |
| 10/29/07 | M. J. Missal | 12.40 | Meeting with team leaders (1.0); meeting on accounting and structure issues (1.2); revise cash collateral section (2.4); review interview memos (3.8) various communications with team (1.7); review accounting documents (2.3) | 8,990.00 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/30/07 | M. J. Missal | 9.90 | Revise cash collateral section (2.6); review interview memos (3.4); various communications with team on status and workplan (1.6); review accounting and underwriting materials (2.3) | 7,177.50 |
| 10/31/07 | M. J. Missal | 11.40 | Revise cash collateral report (4.2); various communications with team (2.3); review accounting materials (1.8); review interview notes (3.1) | 8,265.00 |
| | | TOTAL FEES | | $ 195,460.00 |

| | | | | |
|---|---|---|---|---|
| M. J. Missal | | 269.60 hrs at $ 725 / hr | | $195,460.00 |
| | TOTAL FEES | 269.60 hrs | | $ 195,460.00 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 08/24/07 | 1688275 | 49,668.30 | 0.00 | 49,668.30 |
| 09/25/07 | 1701721 | 34,425.90 | 0.00 | 34,425.90 |
| 10/26/07 | 1712432 | 133,566.75 | 82.00 | 133,648.75 |
| | | OUTSTANDING BALANCE | | $ 217,742.95 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 195,460.00 |
| Fee Discount | $ (19,546.00) |
| Total Fees | $ 175,914.00 |
| | |
| **CURRENT INVOICE DUE** | $ 175,914.00 |
| Past Due Invoices * | $ 217,742.95 |
| **TOTAL AMOUNT DUE** | $ 393,656.95 |

* Does not include payments received after 11/8/07.

-6-