# EXHIBIT B

**Exhibit B - Sale of Server Equipment to WPO Business Solutions (Park Place, Irvine)**

|  | Description | Serial Number | Bid Price |
|---|---|---|---|
| 1 | Server Compaq Proliant DL320 | M009KVJ932 | |
| 2 | Server Compaq Proliant DL360 | 6J28JNT1F077 | |
| 3 | Server Compaq Proliant DL360 | USM438000A | |
| 4 | Server Compaq Proliant DL360 | USM53202C1 | |
| 5 | Server Compaq Proliant DL380 | D312LDN1K825 | |
| 6 | Server Compaq Proliant DL380 | D207JZG2K147 | |
| 7 | Server Compaq Proliant DL380 | D307LDN1H966 | |
| 8 | Server Compaq Proliant DL380 | D338LDN3H195 | |
| 9 | Server Compaq Proliant ML350 | D006CQH3K235 | |
| 10 | Server Compaq Proliant ML530 | D203FPY1K036 | |
| 11 | Server Dell PowerEdge 500SC | 18RB411 | |
| 12 | Server Dell PowerEdge 500SC | 28RB411 | |
| 13 | Server Dell PowerEdge 500SC | 38RB411 | |
| 14 | Server Dell Poweredge Various Models | 2V3KP11 | |
| 15 | Server HP Net Server | 91111453 | |
| 16 | Server IBM Various Models | 11S02R9302YK11KR033663 | |
| 17 | Server IBM X Series 235 | 1S86718LXKPCWCG9 | |
| 18 | Server IBM X Series 235 | 1S86714HXKPDFV86 | |
| 19 | Server IBM X Series 235 | 1S86718LXKPCWCV2 | |
| 20 | Server IBM X Series 235 | 1S86718LXKPCWCG2 | |
| 21 | Server IBM X Series 235 | 1S86718LXKPCWCG1 | |
| 22 | Server IBM X Series 235 | 1S86718LXKPCWCR5 | |
| 23 | Server IBM X Series 235 | 11S02R9302YK11KR035943 | |
| 24 | Server IBM X Series 235 | 1S86718LXKPCWCN7 | |
| 25 | Server IBM X Series 235 | 1S86718LXKPCWCC0 | |
| 26 | Server IBM X Series 235 | 1S86718LXKPCWCK1 | |
| 27 | Server IBM X Series 235 | 1S86718LXKPCWCM7 | |
| 28 | Server IBM X Series 235 | 5028567061 | |
| 29 | Server IBM X Series 235 | 11S59P4202YK12KR054280 | |
| 30 | Server IBM X Series 235 | 1S86714AXKPDKW39 | |
| 31 | Server IBM X Series 235 | 1S86714HXKPDFV62 | |
| 32 | Server IBM X Series 235 | 1S86714AXKPDKL81 | |
| 33 | Server IBM X Series 235 | kpdkz15 | |
| 34 | Server IBM X Series 235 | 1S86714AXKPDKX03 | |
| 35 | Server IBM X Series 335 | 11S33P2269YK10KR115901 | |
| 36 | Server IBM X Series 335 | 11S33P2269YK10KR116862 | |
| 37 | Server SM Ultra 5 | FW02830375 | |
| 38 | Server SM Ultra 5 | FW02830450 | |
| Total | | | $ 3,800 |