# EXHIBIT B

RLF1-3226878-1

**Exhibit B (1 of 2) - Sale of Network Equipment to Liquid Technology (Park Place, Irvine)**

| Part Number | Description | Original Quantity | Serial Number | Bid Price |
|---|---|---|---|---|
| 3C16467 | 3COM 10/100 24 PORT SWITCH | 1 | | |
| WS-6348 | 48 PORT SWITCH | 25 | | |
| WS-X4248-RJ45V | 48 PORT SWITCH | 1 | | |
| 1202.052L1 | ADTRAN TSU 100E | 2 | | |
| NET9RM | APC MULTIPLE POWER STRIP | 1 | | |
| DSR2010-AM | AVOCENT 16-P DIGITAL SWITCH | 1 | | |
| | Bandwidth Management System Pa | 1 | 065-10004691 | |
| | Battery APC Smart Cell XR | 1 | ES9716372227 | |
| | Battery APC Smart Cell XR | 1 | ES9716372222 | |
| 21100193-99 | BAYTECH DS6 DATA SWITCH | 1 | | |
| WS-G5483= | CISCO 1000 BASE -T GBIC TRANS | 4 | | |
| NM-16A= | CISCO 16 PORT ASYNCRONOUS | 4 | | |
| WS-X6416-GBIC | CISCO 16 PORT GIGABIT ETHERI | 0 | | |
| MEM-S1-128MB | CISCO 16MX32 EDO SODIMM | 3 | | |
| WS-X6724-SFP | CISCO 24 PORT GIGABIT ETHERI | 4 | | |
| MEM-C6K-FLC24M | CISCO 24MB MEM CARD | 5 | | |
| WS-X5225R | CISCO 24-PORT 10/100 BASE TX | 1 | | |
| 47-4747-02 | CISCO 2600 | 3 | | |
| 800-20056-01 | CISCO 2650XM | 2 | | |
| 800-26922-01 A0 | CISCO 2851 V02 | 1 | | |
| 47-4369-02 A0 | CISCO 3600 | 2 | | |
| WS-X5239-RJ21 | CISCO 36-PORT 10/100 BASETX S | 2 | | |
| 800-23692-01 A0 | CISCO 3825 V01 | 1 | | |
| WS-X6748-GE-TX | CISCO 48 PORT 10/100/1000 RJ-4 | 0 | | |
| WS-X4148-RJ45V | CISCO 48 PORT SWITCH | 2 | | |
| WS-X6148-45AF | CISCO 48 PORT SWITCH | 0 | | |
| WS-X6148A-GE-45AF | CISCO 48 PORT SWITCH | 6 | | |
| WS-X6148A-GE-TX | CISCO 48 PORT SWITCH | 0 | | |
| WS-X6148A-RJ-45 | CISCO 48 PORT SWITCH | 1 | | |
| WS-X6148-GE-45AF | CISCO 48 PORT SWITCH | 9 | | |
| WS-X6148-RJ45V | CISCO 48 PORT SWITCH | 12 | | |
| WS-X6248-RJ-45 | CISCO 48 PORT SWITCH | 6 | | |
| WS-X4148-RJ | CISCO 48-PORT 10/100 BASET ET | 0 | | |
| WS-X4448-GB-RJ45 | CISCO 48-PORT 10/100/1000 BAS | 3 | | |
| WS-X5012 | CISCO 48-PORT 10BASET ETHER | 9 | | |
| CE-511-80GB-K9 | CISCO 500 CE | 1 | | |
| WS-C2924-XL-A | CISCO CATALYST 2900 | 1 | | |
| WS-C2950-24 | CISCO CATALYST 2950 | 4 | | |
| WS-C3548-XL-EN | CISCO CATALYST 3500 SERIES X | 1 | | |
| CS-50-LAN-02 | CISCO CSS 11000 SERIES CONTI | 2 | | |
| CSS-SCA-2FE-K9 | CISCO CSS 11000 SERIES SECUF | 2 | | |
| WS-X6582-2PA | CISCO ENHANCED FLEX 1 MODU | 4 | | |
| WS-C6K-9SLOT-FAN2 | CISCO FAN TRAY 9 SLOT | 2 | | |
| WS-X6381-IDS | CISCO INTRUSION DETECT MOD | 1 | | |
| WS-X6381-ITS | CISCO INTRUSION DETECT MOD | 1 | | |
| WS-SVC-IPSEC-1 | CISCO IPSEC VPN | 1 | | |
| A00212-007 | CISCO ISP 1100 | 2 | | |
| CWLMS-2.1-K9 | CISCO LAN MANAGEMENT 2.1 FC | 1 | | |
| 293765-001 | CISCO MCS7800 MEDIA CONVER | 2 | | |
| C2821-VSEC-CCME/K | CISCO NETWORK GEAR | 12 | | |
| NPE-GI | CISCO NETWORK PROCESSING | 2 | | |
| 47-10539-01 | CISCO PIX 501 | 2 | | |
| 47-4827-01 | CISCO PIX 520 | 1 | | |
| 34-0773-02 | CISCO POWER SUPPLY | 2 | | |
| 34-0873-01 | CISCO POWER SUPPLY | 3 | | |
| 34-0918-02 | CISCO POWER SUPPLY | 4 | | |
| 341-0077-02 | CISCO POWER SUPPLY | 2 | | |
| 341-0092-01 | CISCO POWER SUPPLY | 2 | | |
| 34-1535-01 | CISCO POWER SUPPLY | 9 | | |
| 34-1694-05 | CISCO POWER SUPPLY | 1 | | |
| WS-X5302 | CISCO ROUTE SWITCH MODULE | 1 | | |
| 800-22467-01 REV. A1 | CISCO SMART MEMORY | 6 | | |
| PA-MC-8TE1+= | CISCO SOFTWARE/CABLE | 1 | | |
| WS-X6K-SUP2-2GE | CISCO SUPERVISOR 2 | 1 | | |
| WS-X4014 | CISCO SUPERVISOR 3 ENGINE | 0 | | |
| WS-X5509 | CISCO SUPERVISOR ENGINE 2 | 1 | | |

**Exhibit B (1 of 2) - Sale of Network Equipment to Liquid Technology (Park Place, Irvine)**

| Part Number | Description | Original Quantity | Serial Number | Bid Price |
|---|---|---|---|---|
| CWVMS-2.2-WINR-K9 | CISCO VMS 2.2 WIN DEVICE RES | 1 | | |
| CE-510A-80GB-K9 | CONTENT ENGINE | 1 | | |
| CE-511-K9 | CONTENT ENGINE | 1 | | |
| 325-10380-33 | DIGITAL LINK DL3800 T1 INVERSI | 1 | | |
| | Firewall Cisco 506E | 1 | 440447 | |
| | Firewall Cisco Content Engine 500 | 1 | 1S8673C5XKPFRT55 | |
| | Firewall Cisco Content Engine 500 | 1 | 1S8836C4XKPBLX25 | |
| | Firewall Cisco Content Engine 500 | 1 | 1S8836C2XKPDNR42 | |
| | Firewall Cisco Content Engine 500 | 1 | KQBXB0C | |
| | Firewall Cisco Content Engine 500 | 1 | KPDNT52 | |
| | Firewall Cisco Content Engine 500 | 1 | KPDNR52 | |
| | | | 11S01R1364YK10KW | |
| | Firewall Cisco Content Engine 510 | 1 | 002762 | |
| | Firewall Cisco Content Engine 510 | 1 | KPFRN86 | |
| | Firewall Cisco Content Engine 565 | 1 | KPVV387 | |
| | Firewall Cisco NetRanger Sensor | 1 | 22281010487 | |
| | Firewall Cisco Pix 520 | 1 | 18050134 | |
| | Firewall Cisco Secure Pix 501 | 1 | 88808255095 | |
| | Firewall Cisco Secure Pix 501 | 1 | 88810183433 | |
| | Firewall Cisco Secure Pix 501 | 1 | 88809244689 | |
| | Firewall Cisco Secure Pix 525 · | 1 | 44481050285 | |
| | Firewall Cisco Secure Pix 525 | 1 | 44481040265 | |
| | Hard Drive SM Ultra SCSI | 1 | 812G2872 | |
| 264007-B21 | HP DVD ROM DRIVE | 1 | | |
| 201099-B21 | HP PROCESSOR FOR DL380 G2 | 1 | | |
| 293703-001 | HP REDUNDANT POWER SUPPLY | 2 | | |
| | Hub Cisco Micro 1503 | 1 | *ACT972600BW* | |
| | Hub Cisco Micro 1503 | 1 | ACT97260076 | |
| D480SC2T1 | INTEL DIALOGIC DUAL SPAN SER | 4 | | |
| 1P276321 | KOFAX 650I SCSI CONTROLLER | 4 | | |
| | Library StorageTEK L20 | 1 | 460000104477 | |
| EF2H24 | LINKSYS 24 PORT HUB | 1 | | |
| | Modem External TSU 100 | 1 | 849A0441 | |
| | Multiplexer DL3800 | 1 | 1241093365204 | |
| | Multiplexor Adtran T3SU 300 | 1 | E07C5543 | |
| | Multiplexor Adtran T3SU 300 | 1 | E07C5526 | |
| 8241ET/128 | NETSCOUT MULTI PORT FAST E | 3 | | |
| | Network Cabinet APC AR1001 | 1 | WA9726972831 | |
| | Network Concentrator Cisco VPN 3( | 1 | CAM01481164 | |
| | Network Console HP Rackmount M | 1 | 2C462400HG | |
| | Network Power Supply Cisco RPS 6 | 1 | ABC07419311 | |
| | Network Tumbleweed Appliance | 1 | 55N003206120010 | |
| | Network UPS APC BackUPS Pro 14 | 1 | QB0208125835 | |
| | Network UPS APC BackUPS Pro 14 | 1 | QB0208125876 | |
| | Network UPS APC BackUPS Pro 65 | 1 | NB9933151921 | |
| | Network UPS APC Power Switch | 1 | | |
| | Network UPS APC Smart UPS 150( | 1 | 1S86714HXKPDFV89 | |
| | Network UPS APC SmartUPS 2200 | 1 | ES9651035753 | |
| | Network UPS APC SmartUPS 2200 | 1 | YS0124210402 | |
| | Network UPS APC SmartUPS 3000 | 1 | WS9940009419 | |
| | Network UPS APC SmartUPS 420 | 1 | FS9742951206 | |
| | Network UPS Liebert UPS Station G | 1 | 0409600073AF031 | |
| | Network UPS Liebert UPS Station G | 1 | 0328900032AF121 | |
| | Network UPS Liebert UPS Station G | 1 | 0328900035AF121 | |
| | Network UPS Liebert UPS Station G | 1 | 0415600078BY592 | |
| | Network UPS Liebert UPS Station G | 1 | 0415600077BY592 | |
| | Network UPS Liebert UPS Station G | 1 | 0412100093BW572 | |
| | Network UPS Liebert UPS Station G | 1 | 0414500089AF031 | |
| | Network UPS Liebert UPS Station G | 1 | 0414500180AF031 | |
| | Network UPS Liebert UPS Station G | 1 | 0424600204BY622 | |
| | Network UPS Liebert UPS Station G | 1 | 0435700104BW572 | |
| | Network UPS Liebert UPS Station G | 1 | 0435700098BW572 | |
| | Network UPS Liebert UPS Station G | 1 | 0435700097BW572 | |
| | Network UPS Liebert UPS Station G | 1 | 0435700100BW572 | |
| | Network UPS Liebert UPS Station G | 1 | 0435700099BW572 | |
| | Network UPS Liebert UPS Station G | 1 | 0520100012BW572 | |

**Exhibit B (1 of 2) - Sale of Network Equipment to Liquid Technology (Park Place, Irvine)**

| Part Number | Description | Original Quantity | Serial Number | Bid Price |
|---|---|---|---|---|
| | Network UPS Liebert UPS Station G | 1 | 0520100255BW572 | |
| | Network UPS Liebert UPS Station G | 1 | 0413400039BY692 | |
| | Network UPS Liebert UPS Station G | 1 | 0523700019AF031 | |
| | Network UPS Liebert UPS Station G | 1 | 0523700017AF031 | |
| | Network UPS Liebert UPS Station G | 1 | 0503200088AF031 | |
| | Network UPS Liebert UPS Station G | 1 | 0503200086AF031 | |
| | Network UPS Liebert UPS Station G | 1 | 0501400033AF031 | |
| | Network UPS Liebert UPS Station G | 1 | 0501400039AF031 | |
| | Network UPS Liebert UPS Station G | 1 | 1400290AF031 | |
| | Network UPS Liebert UPS Station G | 1 | 0501400239AF031 | |
| | Network UPS Liebert UPS Station G | 1 | 0433500111BY592 | |
| | Network UPS Liebert UPS Station G | 1 | 0433500112BY592 | |
| | Network UPS Liebert UPS Station G | 1 | 0433500001BY592 | |
| | Network UPS Liebert UPS Station G | 1 | 0433500134BY592 | |
| | Network UPS Liebert UPS Station G | 1 | 0433500139BY592 | |
| | Network UPS Liebert UPS Station G | 1 | 0433500135BY592 | |
| | Network UPS Liebert UPS Station G | 1 | 0433500140BY592 | |
| | Network UPS Liebert UPS Station G | 1 | 0433500115BY592 | |
| | Network UPS Liebert UPS Station G | 1 | 0433500138BY592 | |
| | Network UPS Liebert UPS Station G | 1 | 0433500133BY592 | |
| | Network UPS Liebert UPS Station G | 1 | 0433500132BY592 | |
| | Network UPS Liebert UPS Station G | 1 | 0433500136BY592 | |
| | Network UPS Trip Lite Smart Pro RI | 1 | F02559668 | |
| F1DA108T | OMNIVIEW 8 PORT KVM SWITCH | 1 | | |
| WIC-1DSU-T1-V2= | ONE PORT T1/FRACTIONAL | 1 | | |
| MIL-RC6112SXUS | RAVEN CONVERTER 10/1000 UTF | 5 | | |
| | Router Avocent DSR 2010 | 1 | 00E086021016 | |
| | Router Avocent DSR 2010 | 1 | 00E086021307 | |
| | Router Cisco 1600 | 1 | JMX0514E1K6 | |
| | Router Cisco 1600 | 1 | JAB031940HJ | |
| | Router Cisco 1600 | 1 | 7849555 | |
| | Router Cisco 1600 | 1 | JAB031940HW | |
| | Router Cisco 1600 | 1 | JAB031730KC | |
| | Router Cisco 1600 | 1 | JAB030630HW | |
| | Router Cisco 1700 | 1 | | |
| | Router Cisco 1700 | 1 | JMX0526J1E2 | |
| | Router Cisco 1700 | 1 | JMX0526F198 | |
| | Router Cisco 1700 | 1 | JMX0526J1EU | |
| | Router Cisco 1700 | 1 | JMX0515F017 | |
| | Router Cisco 1750 | 1 | JMX0526F194 | |
| | Router Cisco 1750 | 1 | JMX0532E2YS | |
| | Router Cisco 1900 | 1 | FAA0227X0NZ | |
| | Router Cisco 1900 | 1 | FAA0227Y0TA | |
| | Router Cisco 1900 | 1 | FAA0302V0RF | |
| | Router Cisco 1900 | 1 | FAB0345W0CA | |
| | Router Cisco 1900 | 1 | FAA0227Z0R6 | |
| | Router Cisco 1900 | 1 | WSC1900PS6031199 | |
| | Router Cisco 2500 | 1 | 250449944 | |
| | Router Cisco 2500 | 1 | 25434267 | |
| | Router Cisco 2600 | 1 | JMX0601K4S7 | |
| | Router Cisco 3500 Series | 1 | FAA0501W0ZQ | |
| | Router Cisco 3500 Series | 1 | FAA0503X10S | |
| | Router Cisco 3600 | 1 | JMX0627K20M | |
| | Router Cisco 3600 | 1 | JAB0503C53G | |
| | Router Cisco 3600 | 1 | JAB0503C53H | |
| | Router Cisco 3600 Series | 1 | JAB034182LD | |
| | Router Cisco 3700 Series | 1 | JMX0853L0Y5 | |
| | Router Cisco 7200 VXR | 1 | 441388 | |
| | Router Cisco 7200 VXR | 1 | 441388 | |
| | Router Cisco 7200 VXR | 1 | 76039463 | |
| | Router Cisco Catalyst 1600 | 1 | JMX0516H0CF | |
| | Router Cisco Catalyst 1600 | 1 | JMX0516H0CJ | |
| | Router Cisco Catalyst 1700 | 1 | JMX0528E2YM | |
| | Router Cisco Catalyst 1700 | 1 | JMX0614E0ZM | |
| | Router Cisco Catalyst 1700 | 1 | JMX0707F1DD | |
| | Router Cisco Catalyst 1700 | 1 | FTX0945W0NX | |

**Exhibit B (1 of 2) - Sale of Network Equipment to Liquid Technology (Park Place, Irvine)**

| Part Number | Description | Original Quantity | Serial Number | Bid Price |
|---|---|---|---|---|
| | Router Cisco Catalyst 1751 | 1 | JMX0545J0PU | |
| | Router Cisco Catalyst 1900 | 1 | WSC1900PS6035259 | |
| | Router Cisco Catalyst 2600 | 1 | JMX0601K4UB | |
| | Router Cisco Catalyst 2600 | 1 | JMX0629K528 | |
| | Router Cisco Catalyst 2600 | 1 | JMX0838L1EC | |
| | Router Cisco Catalyst 2600 | 1 | JMX0613K1V5 | |
| | Router Cisco Catalyst 2600 | 1 | JMX0601K4UG | |
| | Router Cisco Catalyst 2600 | 1 | JMX0601K4UE | |
| | Router Cisco Catalyst 2600 | 1 | JMX0904L1CN | |
| | Router Cisco Catalyst 2600 | 1 | FTX0932A2DZ | |
| | Router Cisco Catalyst 2600 | 1 | JMX0904L1CS | |
| | Router Cisco Catalyst 2600 | 1 | JMX0813L1UU | |
| | Router Cisco Catalyst 2600 | 1 | JMX0611K2XE | |
| | Router Cisco Catalyst 2600 | 1 | HN032205T6 | |
| | Router Cisco Catalyst 2600 | 1 | JMX0813L1P4 | |
| | Router Cisco Catalyst 3500 | 1 | 433629 | |
| | Router Cisco Catalyst 3750 | 1 | CAT0830X0Q9 | |
| | Router Cisco Catalyst 3750 | 1 | CAT0830X120 | |
| | Router Cisco Catalyst 3750 | 1 | CAT0830X116 | |
| | Router Cisco Catalyst 3750 | 1 | CAT0830X0QJ | |
| | Router Cisco Catalyst 3750 | 1 | CAT0830N2JC | |
| | Router Cisco Catalyst 3750 | 1 | CAT1010N0PQ | |
| | Router Cisco Catalyst 3750 | 1 | CAT1006Z0K4 | |
| | Router Cisco Media Convergence S | 1 | USE529CA98 | |
| | Router Cisco Multiserver Router 26: | 1 | JMX0813L1NC | |
| | Router Cisco Multiserver Router 26: | 1 | JMX0813L1N9 | |
| | Router Cisco Multiserver Router 26: | 1 | JMX0813L1SL | |
| | Router Cisco Multiserver Router 26: | 1 | JMX0802L4LE | |
| | Router Cisco Multiserver Router 26: | 1 | JMX0802L1AW | |
| | Server Cisco 3412 IP/TV Control Se | 1 | 88807390019 | |
| | Server Cisco 3412 IP/TV Control Se | 1 | 88807390017 | |
| | Server Cisco 3425 IP/TV Broadcast | 1 | 88807373419 | |
| | Server Cisco 3425 IP/TV Broadcast | 1 | 88807390013 | |
| | Server Cisco 3432 IP/TV Archive Se | 1 | 88807390011 | |
| | Server Cisco 3432 IP/TV Archive Se | 1 | 88807373415 | |
| | Storage System Compaq StorageTI | 1 | 460000107055 | |
| WS-X6K-SUP1A-2GE | SUPERVISOR 1 | 13 | | |
| WS-X4013= | SUPERVISOR 2 | 3 | | |
| | Switch Catalyst 1924 | 1 | 66565168 | |
| | Switch Cisco Catalyst 2600 | 1 | JMX0601K4TF | |
| | Switch Cisco Catalyst 2900 | 1 | FAB0340U0JS | |
| | Switch Cisco Catalyst 2900 | 1 | FAB0410Y0SC | |
| | Switch Cisco Catalyst 2900 | 1 | FHK0613W0SC | |
| | Switch Cisco Catalyst 2900 | 1 | FAB0344R0MH | |
| | Switch Cisco Catalyst 2900 | 1 | FAA0231W002 | |
| | Switch Cisco Catalyst 2900 | 1 | FAA0234X0K8 | |
| | Switch Cisco Catalyst 2900 | 1 | FAA0234W0FK | |
| | Switch Cisco Catalyst 2900 | 1 | FAB0408S17Z | |
| | Switch Cisco Catalyst 2924 | 1 | FAA0333H022 | |
| | Switch Cisco Catalyst 2924 | 1 | FAB0346S15K | |
| | Switch Cisco Catalyst 2950 | 1 | FHK0615Z1L6 | |
| | Switch Cisco Catalyst 2950 | 1 | FHK0727X1SD | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0939Z3LQ | |
| | Switch Cisco Catalyst 2950 | 1 | FOC1013Z2C8 | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0729Y0QA | |
| | Switch Cisco Catalyst 2950 | 1 | FAB0521Q060 | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0752W140 | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0837Z2AQ | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0837Y254 | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0730Y1NL | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0839W0KY | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0752X12V | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0837W3BA | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0938Z29H | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0751Y170 | |
| | Switch Cisco Catalyst 2950 | 1 | 000ED72F3980 | |

**Exhibit B (1 of 2) - Sale of Network Equipment to Liquid Technology (Park Place, Irvine)**

| Part Number | Description | Original Quantity | Serial Number | Bid Price |
|---|---|---|---|---|
| | Switch Cisco Catalyst 2950 | 1 | FOC0752X13M | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0752X11C | |
| | Switch Cisco Catalyst 2950 | 1 | FHK0625W1T3 | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0751T0NK | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0752W14S | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0751Z1DR | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0752Y1S1 | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0752W141 | |
| | Switch Cisco Catalyst 2950 | 1 | FOC0810Z1UY | |
| | Switch Cisco Catalyst 2950 | 1 | FAB0602P11Z | |
| | Switch Cisco Catalyst 2950 | 1 | FHK0613X0WT | |
| | Switch Cisco Catalyst 2950 | 1 | FAB0602W0M9 | |
| | Switch Cisco Catalyst 2950 | 1 | FAB0601W2XA | |
| | Switch Cisco Catalyst 3550 | 1 | CSG0902P0L1 | |
| | Switch Cisco Catalyst 4000 | 1 | 47561282 | |
| | Switch Cisco Catalyst 4000 | 1 | 47010952 | |
| | Switch Cisco Catalyst 4506 | 1 | FOX061500SJ | |
| | Switch Cisco Catalyst 4506 | 1 | FOX082702SB | |
| | Switch Cisco Catalyst 6500 | 1 | 437850 | |
| | Switch Cisco Catalyst 6500 | 1 | 431122 | |
| | Switch Cisco Catalyst 6500 | 1 | 437850 | |
| | Switch Cisco Catalyst 6500 | 1 | 437850 | |
| | Switch Cisco Catalyst 6500 | 1 | SMG0818A3JX | |
| | Switch Cisco Catalyst 6500 | 1 | SMG0809A24R | |
| | Switch Cisco Catalyst 6500 | 1 | SMG0828N2FP | |
| | Switch Cisco Catalyst 6500 | 1 | SMG0828N2FT | |
| | Switch Cisco Catalyst 6500 | 1 | SMG0828N2FQ | |
| | Switch Cisco Catalyst 6500 | 1 | SMG0827N2DE | |
| | Switch Cisco Catalyst 6500 | 1 | MG0924N22T | |
| | Switch Cisco Catalyst 6500 | 1 | MG0924N279 | |
| | Switch Cisco Catalyst 6500 | 1 | SMG0827N2CP | |
| | Switch Cisco Catalyst 6500 | 1 | SMG0828N2FS | |
| | Switch Cisco Catalyst 6500 | 1 | 69013652 | |
| | | | US08E9006101024P9 | |
| | Switch Cisco Network Sensor IDS 4 | 1 | 261 | |
| | Switch HP ProCurve 10/100 HUB 2ᵤ | 1 | TW13061001 | |
| | Switch Network Sensor Cisco IDS 4 | 1 | JAB0815R0GR | |
| | Switch Network Sensor Cisco IDS 4 | 1 | JMX0933K06K | |
| | Switch Network Sensor Cisco IDS 4 | 1 | JMX0904L1CR | |
| | Switch Network Sensor Cisco IDS 4 | 1 | JAB0815R0GM | |
| | Switch Raritan MCS8 | 1 | AX83216 | |
| 58652 | TSUNAMI 100 WIRELESS ETHERI | 1 | | |
| | WAN Probe Netscout | 1 | 2002080066 | |
| | WAN Probe Netscout | 1 | 2002060162 | |
| | Wan Probe Netscout DS3 Frame Pr | 1 | 2004120369 | |
| | Wan Probe Netscout nGenius Probe | 1 | 2004040160 | |
| FTX1109A4F6 | Router Cisco Catalyst 1700 | 1 | | |
| 06290R0126AF051 | Network UPS Liebert UPS Station G | 1 | | |
| 06290R0128AF051 | Network UPS Liebert UPS Station G | 1 | | |
| 06290R0176AF051 | Network UPS Liebert UPS Station G | 1 | | |
| 06290R0178AF051 | Network UPS Liebert UPS Station G | 1 | | |

| | |
|---|---|
| List 1 of 2 Total | $127,934.03 |
| List 2 of 2 (Blades) | |
| Total | $111,214.13 |
| | |
| Total Network | |
| Equipment Bid: | $239,148.16 |

**Exhibit B (2 of 2) - Sale of Network Equipment to Liquid Technology (Park Place, Irvine)**

| Type | Blades Part Number | Blades Description | Bid Price |
|------|-------------------|-------------------|-----------|
| Catalyst 5500 | | | |
| | | Supervisor Engine II | |
| | WS-X5302 | Route Switch Module | |
| | WS-X5012 | 48 Port 10BaseT Ethernet Switching Module | |
| | WS-X5012 | 48 Port 10BaseT Ethernet Switching Module | |
| | WS-X5012 | 48 Port 10BaseT Ethernet Switching Module | |
| | WS-X5012 | 48 Port 10BaseT Ethernet Switching Module | |
| | WS-X5012 | 48 Port 10BaseT Ethernet Switching Module | |
| | WS-X5012 | 48 Port 10BaseT Ethernet Switching Module | |
| | WS-X5012 | 48 Port 10BaseT Ethernet Switching Module | |
| | WS-X5225R | 24 Port 10/100Base TX | |
| | N/A | Ethernet Switching Module | |
| | N/A | 9 Slots Fan Tray | |
| Catalyst 6509 | Empty | | |
| Catalyst 6509 | | | |
| | WS-X6K-SUP2-2GE | Supervisor 2 | |
| | WS-X6K-SUP2-2GE | Supervisor 2 | |
| | WS-X6148A-GE-45AF | 48 Port 10/100/1000 IEEE 802.3AF | |
| | WS-X6148A-GE-45AF | 48 Port 10/100/1000 IEEE 802.3AF | |
| | WS-X6148A-GE-45AF | 48 Port 10/100/1000 IEEE 802.3AF | |
| | WS-X6148A-GE-45AF | 48 Port 10/100/1000 IEEE 802.3AF | |
| | WS-X6148A-GE-45AF | 48 Port 10/100/1000 IEEE 802.3AF | |
| | WS-X6148A-GE-45AF | 48 Port 10/100/1000 IEEE 802.3AF | |
| | N/A | Power Supply | |
| | N/A | Power Supply | |
| | C6509-E-FAN | 9 Slots Fan Tray | |
| Catalyst 6509 | | | |
| | WS-X6K-SUP1A-2GE | Supervisor 1 | |
| | WS-X6148-RJ45V | 48 Port 10/100 Base-T Ethernet Switching Module | |
| | WS-X6148-RJ45V | 48 Port 10/100 Base-T Ethernet Switching Module | |
| | WS-X6148-RJ45V | 48 Port 10/100 Base-T Ethernet Switching Module | |
| | WS-X6248-RJ-45 | 48 Port 10/100 Base-T Ethernet Switching Module | |
| | N/A | 9 Slots Fan Tray | |
| Catalyst 5500 | | | |
| | WS-X5509 | Supervisor Engine II | |
| | WS-X5239-RJ21 | 36 Port 10/100Base TX Switching Module | |
| | WS-X5239-RJ21 | 36 Port 10/100Base TX Switching Module | |
| | WS-X5012 | 48 Port 10BaseT Ethernet Switching Module | |
| | WS-X5012 | 48 Port 10BaseT Ethernet Switching Module | |
| | WS-C5008B | Power Supply | |
| | WS-C5008B | Power Supply | |
| | N/A | 3 Slots Fan Tray | |
| Catalyst 6509 | | | |
| | WS-X6K-SUP2-2GE | Supervisor 2 | |
| | WS-X6K-SUP2-2GE | Supervisor 2 | |
| | WS-X6148A-GE-45AF | 48 Port 10/100/1000 IEEE 802.3AF | |
| | WS-X6148A-GE-45AF | 48 Port 10/100/1000 IEEE 802.3AF | |
| | WS-X6148A-GE-45AF | 48 Port 10/100/1000 IEEE 802.3AF | |
| | WS-X6148A-GE-45AF | 48 Port 10/100/1000 IEEE 802.3AF | |
| | WS-X6148A-GE-45AF | 48 Port 10/100/1000 IEEE 802.3AF | |
| | WS-X6148A-GE-45AF | 48 Port 10/100/1000 IEEE 802.3AF | |
| | C6509-E-FAN | 9 Slots Fan Tray | |
| Catalyst 4006 | | | |
| | WS-X4014 | Supervisor III Engine | |
| | WS-X4148-RJ | 48 Port 10/100BaseT Ethernet Switching Module | |
| | WS-X4148-RJ | 48 Port 10/100BaseT Ethernet Switching Module | |
| | WS-X4148-RJ | 48 Port 10/100BaseT Ethernet Switching Module | |
| | WS-X4448-GB-RJ45 | 48 Port 10/100/1000 BaseT Multi-Speed Gigabit Ethernet Switching Mc | |
| | WS-X4448-GB-RJ45 | 48 Port 10/100/1000 BaseT Multi-Speed Gigabit Ethernet Switching Mc | |
| Catalyst 6509 | | | |
| | WS-X6K-SUP2-2GE | SUPERVISOR 2 | |
| | WS-X6K-SUP2-2GE | SUPERVISOR 2 | |
| | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF | |
| | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF | |
| | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF | |
| | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF | |

**Exhibit B (2 of 2) - Sale of Network Equipment to Liquid Technology (Park Place, Irvine)**

|  |  |
|---|---|
| WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
| WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
| C6509-E-FAN | 9 SLOT FAN TRAY |

Catalyst 6509

|  |  |
|---|---|
| C6509-E-FAN | 9 SLOT FAN TRAY |
| WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
| WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
| WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
| WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
| WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
| WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
| WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
| WS-X6K-SUP2-2GE | SUPERVISOR 2 |
| WS-X6K-SUP2-2GE | SUPERVISOR 2 |

Catalyst 6509

|  |  |
|---|---|
| WS-X6K-SUP1A-2GE | Supervisor 1 |
| WS-C6K-9SLOT-FAN2= | 9 SLOT Fan tray |
| 34-0918-02 Rev. B0 | Power Supply |
| 34-0918-02 Rev. B0 | Power Supply |

Catalyst 6509

|  |  |
|---|---|
| WS-X6K-SUP2-2GE | SUPERVISOR 2 |
| WS-X6K-SUP2-2GE | SUPERVISOR 2 |
| WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
| WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
| WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
| WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
| WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
| WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
| 341-0092-01 Rev.A0 | Power Supply |
| 341-0092-01 Rev.A0 | Power Supply |
| C6509-E-FAN | 9 SLOT FAN TRAY |

Catalyst 6509

|  |  |
|---|---|
| WS-X6K-SUP1A-2GE | Supervisor 1 |
| WS-X6K-SUP1A-2GE | Supervisor 1 |
| WS-X6348 | 48 PORT 10/100 Switch |
| WS-X6348 | 48 PORT 10/100 Switch |
| WS-X6348 | 48 PORT 10/100 Switch |
| WS-X6348 | 48 PORT 10/100 Switch |
| WS-X6148-RJ45V | 48 PORT 10/100 Switch |
| C6509-E-FAN | 9 SLOT FAN TRAY |
| 34-0918-02 Rev. B0 | Power Supply |
| 34-0918-02 Rev. B0 | Power Supply |

Catalyst 6506

|  |  |
|---|---|
| WS-X6K-SUP1A-2GE | Supervisor 1 |
| WS-X6K-SUP1A-2GE | Supervisor 1 |
| WS-X6348 | 48 PORT 10/100 Switch |
| WS-X6348 | 48 PORT 10/100 Switch |
| WS-X6348 | 48 PORT 10/100 Switch |
| WS-X6148-RJ45V | 48 PORT 10/100 Switch |
| 34-0918-02 Rev. C0 | Power Supply |
| 34-0918-02 Rev. C0 | Power Supply |
|  | 6 SLOT FAN TRAY |

Catalyst 6509

|  |  |
|---|---|
| WS-X6K-SUP1A-2GE | Supervisor 1 |
| WS-X6K-SUP1A-2GE | Supervisor 1 |
| WS-X6146-GBIC | 16 Port Gigabit Ethernet |
| WS-X6248-RJ-45 | 48 PORT 10/100 Switch |
| WS-X6516A-GBIC | 16 Port Gigabit Ethernet |
| WS-X6516A-GBIC | 16 Port Gigabit Ethernet |
| C6509-E-FAN | 9 SLOT FAN TRAY |
| 34-0918-02 Rev. B0 | Power Supply |
| 34-0918-02 Rev. B0 | Power Supply |

Catalyst 6509

|  |  |
|---|---|
| C6509-E-FAN | 9 SLOT FAN TRAY |
| WS-X6K-SUP2-2GE | SUPERVISOR 2 |
| WS-X6K-SUP2-2GE | SUPERVISOR 2 |
| WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |

Exhibit B (2 of 2) - Sale of Network Equipment to Liquid Technology (Park Place, Irvine)

|  | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
|---|---|---|
|  | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
|  | 341-0092-01 Rev.A0 | Power Supply |
|  | 341-0092-01 Rev.A0 | Power Supply |

**Catalyst 6509**

|  | C6509-E-FAN | 9 SLOT FAN TRAY |
|---|---|---|
|  | WS-X6K-SUP2-2GE | SUPERVISOR 2 |
|  | WS-X6K-SUP2-2GE | SUPERVISOR 2 |
|  | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
|  | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
|  | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
|  | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
|  | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
|  | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
|  | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
|  | 341-0092-01 Rev.A0 | Power Supply |
|  | 341-0092-01 Rev.A0 | Power Supply |

**Catalyst 6509**

|  | C6509-E-FAN | 9 SLOT FAN TRAY |
|---|---|---|
|  | WS-X6K-SUP2-2GE | SUPERVISOR 2 |
|  | WS-X6K-SUP2-2GE | SUPERVISOR 2 |
|  | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
|  | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
|  | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
|  | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
|  | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |
|  | WS-X6148-GE-45AF | 48 PORT 10/100/1000 IEEE 802.3AF |

**Catalyst 6506**

|  | WS-X6K-SUP1A-2GE | Supervisor 1 |
|---|---|---|
|  | WS-X6K-SUP1A-2GE | Supervisor 1 |
|  | WS-X6348 | 48 PORT 10/100 Switch |
|  | WS-X6348 | 48 PORT 10/100 Switch |
|  | 34-0918-02 Rev. B0 | Power Supply |
|  | 34-0918-02 Rev. B0 | Power Supply |
|  | 700-02609-02 Rev. B0 | 6 Slot fan tray |

**Catalyst 6506**

|  | WS-X6K-SUP2-2GE | SUPERVISOR 2 |
|---|---|---|
|  | WS-X6348 | 48 PORT 10/100 Switch |
|  | WS-X6348 | 48 PORT 10/100 Switch |
|  | WS-X6248-RJ-45 | 48 PORT 10/100 Switch |
|  | 700-02609-02 Rev. B0 | 6 Slot fan tray |
|  | 34-0918-02 Rev. C0 | Power Supply |
|  | 34-0918-02 Rev. C0 | Power Supply |

**Catalyst 6506**

|  | WS-X6K-SUP2-2GE | SUPERVISOR 2 |
|---|---|---|
|  | WS-X6K-SUP2-2GE | SUPERVISOR 2 |
|  | WS-X6348 | 48 PORT 10/100 Switch |
|  | WS-X6148-RJ45V | 48 Port 10/100 Base-T Ethernet Switching Module |
|  | WS-X6516A-GBIC | 16 Port Gigabit Ethernet |
|  | 700-02609-02 Rev. B0 | 6 Slot fan tray |
|  | 34-0918-02 Rev. B0 | Power Supply |
|  | 34-0918-02 Rev. B0 | Power Supply |

**Catalyst 4506**

|  | N/A | Power Supply |
|---|---|---|
|  | N/A | Power Supply |
|  | N/A | 4 slot fan tray |
|  | WS-X4013+ | Supervisor Engine II-Plus |
|  | WS-X4148-RJ | 48 Port 10/100BaseT Ethernet Switching Module |
|  | WS-X4148-RJ | 48 Port 10/100BaseT Ethernet Switching Module |
|  | WS-X4148-RJ | 48 Port 10/100BaseT Ethernet Switching Module |
|  | WS-X4148-RJ | 48 Port 10/100BaseT Ethernet Switching Module |

**Total  $ 111,214.13**