IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, ) | |
| INC., a Delaware Corporation, <u>et al.</u>, ) | Chapter 11 |
| ) | |
| Debtors. ) | |

### CERTIFICATION OF COUNSEL UNDER LOCAL RULE 9010-1

TO THE CLERK OF THE COURT:

Pursuant to Local Rule 9010-1, the undersigned counsel is submitting the following certification as a government lawyer to be exempt from the requirement of association with local counsel:

I, Jan M. Geht, do hereby declare and depose, pursuant to 28 U.S.C. § 1746(2), the following:

1. I am an adult in excess of eighteen years of age and, except where noted, the facts stated herein are of my personal knowledge.

2. I am a trial attorney with United States Department of Justice Tax Division and am assigned to the above-captioned matter.

3. I am admitted to the Bar in the District of Columbia.

4. I am in good standing as a member of the District of Columbia Bar.

5. I will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware.

6. I submit to the jurisdiction of the United States Bankruptcy Court for the District

2893295.1

of Delaware for disciplinary purposes.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: November 26, 2007

                                              <u>/s/ Jan M. Geht</u>
                                              Jan M. Geht