# EXHIBIT B

RLF1-3226839-1

Exhibit B - Sale of Telecom Equipment to TIP Capital (Park Place, Irvine)

| # | Part / Model Number | Description | Quantity | Serial Number | Bid Price |
|---|---|---|---|---|---|
| 1 | 107659062 | AT&T PARTNER 206EC MODULE REV. 4.1 | 4 | | |
| 2 | 108514183 | AVAYA 016T/R | 1 | | |
| 3 | 108514522 | AVAYA 024TDL | 1 | | |
| 4 | 700210909 | AVAYA 100 DCD | 1 | | |
| 5 | 700216047 | AVAYA 103G15(28) R6 | 3 | | |
| 6 | 108773896 | AVAYA 103M STATION MODULE | 4 | | |
| 7 | 107525560 | AVAYA 206 MODULE R4.1 | 6 | | |
| 8 | 106917933 | AVAYA 206E MODULE R3.1 | 5 | | |
| 9 | 107659054 | AVAYA 206E MODULE R4.1 | 10 | | |
| 10 | TN2224CP | AVAYA 2W DIGITAL LINE HV4 | 1 | | |
| 11 | TN2224CP | AVAYA 2W DIGITAL LINE HV5 | 3 | | |
| 12 | TN2224CP | AVAYA 2W DIGITAL LINE HV8 | 2 | | |
| 13 | TN2224 | AVAYA 2W DIGITAL LINE V5 | 1 | | |
| 14 | 108463001 | AVAYA 308EC MODULE R3.0 | 8 | | |
| 15 | 107085821 | AVAYA 400E MODULE R3.1 | 14 | | |
| 16 | 108098070 | AVAYA 400EC MODULE R3.1 | 4 | | |
| 17 | 108514423 | AVAYA 412TDLLS-ID | 1 | | |
| 18 | 106829690 | AVAYA 808A2 EMERGENCY TRANSFER PANEL ISS2 | 2 | | |
| 19 | 700191307 | AVAYA ACS PROCESSOR R5 | 2 | | |
| 20 | TN793B | AVAYA ANALOG LINE V12 | 1 | | |
| 21 | TN746B | AVAYA ANALOG LINE V13 | 1 | | |
| 22 | TN793 | AVAYA ANALOG LINE V5 | 1 | | |
| 23 | MM711 | AVAYA ANALOG VH25 | 2 | | |
| 24 | MM711 | AVAYA ANALOG VH7 | 2 | | |
| 25 | TN2501AP | AVAYA ANNOUNCEMENT HV2 | 2 | | |
| 26 | TN2501AP | AVAYA ANNOUNCEMENT HV3 | 1 | | |
| 27 | TN763D | AVAYA AUX TRUNK V5 | 1 | | |
| 28 | TN799DP | AVAYA C-LAN HV0 | 1 | | |
| 29 | TN799DP | AVAYA C-LAN HV1 | 3 | | |
| 30 | TN464GP | AVAYA DS1 INTERFACE 24/32 HV2 | 1 | | |
| 31 | TN464GP | AVAYA DS1 INTERFACE 24/32 HV6 | 3 | | |
| 32 | TN464F | AVAYA DS1 INTERFACE 24/32 V6 | 2 | | |
| 33 | TN767E | AVAYA DS1 INTERFACE V14 | 1 | | |
| 34 | TN464F | AVAYA DS1 INTERFACE V21 | 2 | | |
| 35 | TN570C | AVAYA EXPANSION INTERFACE V2 | 1 | | |
| 36 | TN570D | AVAYA EXPANSION INTERFACE V5 | 1 | | |
| 37 | 107085862 | AVAYA EXPANSION PROCESSOR R3.1 | 4 | | |
| 38 | TN2302AP | AVAYA IP MEDIA PROCESSOR HV20 | 1 | | |
| 39 | TN2312BP | AVAYA IPSI HV6 | 2 | | |
| 40 | TN775D | AVAYA MAINTENANCE V3 | 3 | | |
| 41 | TN801B | AVAYA MAPD V3 | 1 | | |
| 42 | 108514332 | AVAYA MERLIN MESSAGING | 1 | | |
| 43 | 108873233 | AVAYA P133G2 | 2 | | |
| 44 | 700316474 | AVAYA PARTNER ACS 509 PROCESSOR R. 7 | 3 | | |
| 45 | 108897836 | AVAYA PARTNER ACS CARRIER 5 SLOT | 1 | | |
| 46 | 700229818 | AVAYA PARTNER ACS CARRIER 5 SLOT | 3 | | |
| 47 | 700262058 | AVAYA PARTNER ACS MESSAGING | 3 | | |
| 48 | 108694316 | AVAYA PARTNER ACS MESSAGING R1 | 2 | | |
| 49 | 107525602 | AVAYA PARTNER II ACS CARRIER 5 SLOT 103F | 3 | | |
| 50 | 108347378R | AVAYA PARTNER MAIL VS R5.0 | 1 | | |
| 51 | 700323207 | AVAYA PARTNER MESSAGING | 2 | | |
| 52 | 108199050 | AVAYA PHONE MODEL 4412D+ | 1 | | |
| 53 | 107305054 | AVAYA PHONE MODEL 7515H04A-003 | 2 | | |
| 54 | 1217B | AVAYA POWER UNIT | 1 | | |
| 55 | N/A | AVAYA PROCESSOR MODULE R4.0.1 | 1 | | |
| 56 | 107525651 | AVAYA PROCESSOR MODULE R4.1 | 4 | | |
| 57 | 107526592 | AVAYA PROCESSOR MODULE R4.1 | 2 | | |
| 58 | TN2402 | AVAYA PROCESSOR V4 | 1 | | |
| 59 | UN331C | AVAYA PROCESSOR V9 | 1 | | |
| 60 | 700306665 | AVAYA PROCESSOR W/CKE5 | 1 | | |
| 61 | 700241813 | AVAYA T1 MODULE 103P1(28) | 5 | | |
| 62 | MM710 | AVAYA T1/E1 VH5 | 1 | | |
| 63 | TN2182C | AVAYA TONE CLOCK V2 | 1 | | |
| 64 | MM760 | AVAYA VOIP VH1 | 3 | | |
| 65 | | Conference Phone Avaya Polycom SoundStation 2 | 1 | 12744360 | |
| 66 | | Conference Phone Avaya Polycom SoundStation Premier | 1 | 32115034 | |
| 67 | | Conference Phone Polycom VoiceStation 100 | 1 | A2042301162F | |
| 68 | 407549666 | LUCENT PARTNER MAIL RELEASE 3 | 1 | | |
| 69 | 2301-04016-001 | POLYCOM SOUNDSTATION PREMIER CONFERENCE PH | 2 | | |
| 70 | 005048350 | REV A11 AGILENT | 1 | | |
| Total | | | | | $ 27,600 |