# EXHIBIT B

Exhibit B - Sale of LCDs and Monitors to Global 1 (Park Place, Irvine)

| | Bar Code | Description | Serial Number | Bid Price |
|---|---|---|---|---|
| 1 | 7028407 | FPD 15 in HP LCD 1502 | 7047203 | |
| 2 | 7028410 | FPD 15 in HP LCD 1502 | 7028415 | |
| 3 | 7028413 | FPD 15 in HP LCD 1502 | CNP401F12K | |
| 4 | 7028415 | FPD 15 in HP LCD 1502 | CNN3510GOJ | |
| 5 | 7028419 | FPD 15 in HP LCD 1502 | CNN350211W | |
| 6 | 7028422 | FPD 15 in HP LCD 1502 | CNN3502123 | |
| 7 | 7028425 | FPD 15 in HP LCD 1502 | | |
| 8 | 7028428 | FPD 15 in HP LCD 1502 | CNN350211S | |
| 9 | 7028387 | FPD 15 in HP LCD 1502 | CNP401FOLV | |
| 10 | 7028388 | FPD 15 in HP LCD 1502 | CNP401FOLS | |
| 11 | 7028390 | FPD 15 in HP LCD 1502 | 8032125 | |
| 12 | 7028391 | FPD 15 in HP LCD 1502 | CNP401FOF6 | |
| 13 | 7028395 | FPD 15 in HP LCD 1502 | CNP401FOLR | |
| 14 | 7028397 | FPD 15 in HP LCD 1502 | CNP402F02W | |
| 15 | 7028401 | FPD 15 in HP LCD 1502 | 0 | |
| 16 | 7028403 | FPD 15 in HP LCD 1502 | 8031629 | |
| 17 | 7024887 | FPD 15 in Max Dual LCD MD215 | MD2150309020002 | |
| 18 | 7021884 | FPD 15 in NEC LCD 1560 | 15012100353 | |
| 19 | 7021885 | FPD 15 in NEC LCD 1560 | 15012100354 | |
| 20 | 7029213 | FPD 15 in Sony LCD SDM-S53 | 3501215 | |
| 21 | 7029216 | FPD 15 in Sony LCD SDM-S53 | 3586365 | |
| 22 | 7029217 | FPD 15 in Sony LCD SDM-S53 | 3500888 | |
| 23 | 7029218 | FPD 15 in Sony LCD SDM-S53 | 3585504 | |
| 24 | 7039927 | FPD 15 in Sony LCD SDM-S53 | 1100485 | |
| 25 | 7039928 | FPD 15 in Sony LCD SDM-S53 | 1100465 | |
| 26 | 5004118 | FPD 17 in HP LCD L1702 | TW14263388 | |
| 27 | 8031278 | FPD 17 in HP LCD L1702 | PXW062200560 | |
| 28 | 8031269 | FPD 17 in HP LCD L1702 | PXW062200591 | |
| 29 | 8031324 | FPD 17 in HP LCD L1702 | PXW062200520 | |
| 30 | 8031312 | FPD 17 in HP LCD L1702 | PXW062200539 | |
| 31 | 8031333 | FPD 17 in HP LCD L1702 | PXW062200619 | |
| 32 | 8031303 | FPD 17 in HP LCD L1702 | PXW062200525 | |
| 33 | 8031302 | FPD 17 in HP LCD L1702 | PXW062200542 | |
| 34 | 5002795 | FPD 17 in HP LCD L1702 | TW14263393 | |
| 35 | 8029126 | FPD 17 in HP LCD L1755 | CNK61122T1 | |
| 36 | 7049120 | FPD 17 in HP LCD L1755 | CNK61122N2 | |
| 37 | 8029130 | FPD 17 in HP LCD L1755 | CNK61122N9 | |
| 38 | 8029131 | FPD 17 in HP LCD L1755 | CNK61015MB | |
| 39 | 8029133 | FPD 17 in HP LCD L1755 | CNK61015N1 | |
| 40 | 8029134 | FPD 17 in HP LCD L1755 | CNK61015KB | |
| 41 | 8029135 | FPD 17 in HP LCD L1755 | CNK61015KC | |
| 42 | 8029136 | FPD 17 in HP LCD L1755 | CNK6101616 | |
| 43 | 8029137 | FPD 17 in HP LCD L1755 | CNK61015KF | |
| 44 | 7049047 | FPD 17 in HP LCD L1755 | CNK6111Z1V | |
| 45 | 8030381 | FPD 17 in HP LCD L1755 | CNK6111S0D | |
| 46 | 8030386 | FPD 17 in HP LCD L1755 | CNK6111S0J | |
| 47 | 8030380 | FPD 17 in HP LCD L1755 | CNK6111S0G | |
| 48 | 8030372 | FPD 17 in HP LCD L1755 | CNK6111S0P | |
| 49 | 8030373 | FPD 17 in HP LCD L1755 | CNK6111SD1 | |
| 50 | 8030379 | FPD 17 in HP LCD L1755 | CNK6111S0S | |
| 51 | 8030387 | FPD 17 in HP LCD L1755 | CNK6111S0H | |
| 52 | 8030410 | FPD 17 in HP LCD L1755 | CNK6111RZY | |
| 53 | 8030363 | FPD 17 in HP LCD L1755 | CNK6111RTP | |
| 54 | 8030364 | FPD 17 in HP LCD L1755 | CNK6111RSQ | |
| 55 | 7049491 | FPD 17 in HP LCD L1755 | CNK6111Z4B | |
| 56 | 7049479 | FPD 17 in HP LCD L1755 | CNK6111Z48 | |
| 57 | 7049478 | FPD 17 in HP LCD L1755 | CNK6111Z47 | |
| 58 | 7049490 | FPD 17 in HP LCD L1755 | CNK6120G8G | |
| 59 | 7049515 | FPD 17 in HP LCD L1755 | CNK55211VQ | |
| 60 | 7049551 | FPD 17 in HP LCD L1755 | CNK615197D | |
| 61 | 7049528 | FPD 17 in HP LCD L1755 | CNK6111Y4T | |
| 62 | 7049568 | FPD 17 in HP LCD L1755 | CNK61121F5 | |
| 63 | 7049604 | FPD 17 in HP LCD L1755 | CNK61122GM | |
| 64 | 7049603 | FPD 17 in HP LCD L1755 | CNK61122GG | |
| 65 | 7049601 | FPD 17 in HP LCD L1755 | CNK61122SY | |
| 66 | 7049602 | FPD 17 in HP LCD L1755 | CNK61122GF | |
| 67 | 7049606 | FPD 17 in HP LCD L1755 | CNK61519T3 | |

Exhibit B - Sale of LCDs and Monitors to Global 1 (Park Place, Irvine)

| | Bar Code | Description | Serial Number | Bid Price |
|---|---|---|---|---|
| 68 | 7049605 | FPD 17 in HP LCD L1755 | CNK61122GJ | |
| 69 | 7049649 | FPD 17 in HP LCD L1755 | CNK61121VS | |
| 70 | 7049666 | FPD 17 in HP LCD L1755 | CNK61122G8 | |
| 71 | 7049674 | FPD 17 in HP LCD L1755 | CNK6160CN0 | |
| 72 | 7049449 | FPD 17 in HP LCD L1755 | CNK6111YDT | |
| 73 | 7049791 | FPD 17 in HP LCD L1755 | CNK61608NG | |
| 74 | 7049795 | FPD 17 in HP LCD L1755 | CNK616095Z | |
| 75 | 7049797 | FPD 17 in HP LCD L1755 | CNK61608J6 | |
| 76 | 7049794 | FPD 17 in HP LCD L1755 | CNK61608J1 | |
| 77 | 7049801 | FPD 17 in HP LCD L1755 | CNK616096C | |
| 78 | 7049785 | FPD 17 in HP LCD L1755 | CNK61608K5 | |
| 79 | 7049779 | FPD 17 in HP LCD L1755 | CNK6160CBJ | |
| 80 | 7049782 | FPD 17 in HP LCD L1755 | CNK6160CBP | |
| 81 | 7049788 | FPD 17 in HP LCD L1755 | CNK61608MS | |
| 82 | 7049781 | FPD 17 in HP LCD L1755 | CNK6160C8W | |
| 83 | 7049783 | FPD 17 in HP LCD L1755 | CNK61608NR | |
| 84 | 7049780 | FPD 17 in HP LCD L1755 | CNK6160CBX | |
| 85 | 7049784 | FPD 17 in HP LCD L1755 | CNK616098C | |
| 86 | 7049778 | FPD 17 in HP LCD L1755 | CNK61121F2 | |
| 87 | 7049799 | FPD 17 in HP LCD L1755 | CNK616096D | |
| 88 | 7049796 | FPD 17 in HP LCD L1755 | CNK61608JD | |
| 89 | 7049793 | FPD 17 in HP LCD L1755 | CNK61608JC | |
| 90 | 7049789 | FPD 17 in HP LCD L1755 | CNK6160986 | |
| 91 | 7049800 | FPD 17 in HP LCD L1755 | CNK616095V | |
| 92 | 7049787 | FPD 17 in HP LCD L1755 | CNK61608NS | |
| 93 | 7049583 | FPD 17 in HP LCD L1755 | CNK61121RC | |
| 94 | 7049573 | FPD 17 in HP LCD L1755 | CNK61121S5 | |
| 95 | 7049584 | FPD 17 in HP LCD L1755 | CNK61121F7 | |
| 96 | 7049585 | FPD 17 in HP LCD L1755 | CNK61122GQ | |
| 97 | 7049578 | FPD 17 in HP LCD L1755 | CNK61121ST | |
| 98 | 7049577 | FPD 17 in HP LCD L1755 | CNK61121SM | |
| 99 | 7049579 | FPD 17 in HP LCD L1755 | CNK61121DZ | |
| 100 | 7049574 | FPD 17 in HP LCD L1755 | CNK61122GH | |
| 101 | 7049572 | FPD 17 in HP LCD L1755 | CNK61121Z0 | |
| 102 | 7049576 | FPD 17 in HP LCD L1755 | CNK61121S6 | |
| 103 | 7049580 | FPD 17 in HP LCD L1755 | CNK61122GR | |
| 104 | 7049582 | FPD 17 in HP LCD L1755 | CNK61121S7 | |
| 105 | 7049553 | FPD 17 in HP LCD L1755 | CNK61519QS | |
| 106 | 7049575 | FPD 17 in HP LCD L1755 | CNK61121F3 | |
| 107 | 7049581 | FPD 17 in HP LCD L1755 | CNK61121SS | |
| 108 | 7049571 | FPD 17 in HP LCD L1755 | CNK61121SW | |
| 109 | 7049570 | FPD 17 in HP LCD L1755 | CNK61122GL | |
| 110 | 7049792 | FPD 17 in HP LCD L1755 | CNK6160969 | |
| 111 | 7049798 | FPD 17 in HP LCD L1755 | CNK61608J4 | |
| 112 | 7049786 | FPD 17 in HP LCD L1755 | CNK6160CC0 | |
| 113 | 7049790 | FPD 17 in HP LCD L1755 | CNK616097Z | |
| 114 | 7049848 | FPD 17 in HP LCD L1755 | CNK61608F8 | |
| 115 | 7049846 | FPD 17 in HP LCD L1755 | CNK61608FH | |
| 116 | 7049850 | FPD 17 in HP LCD L1755 | CNK61608LX | |
| 117 | 7049842 | FPD 17 in HP LCD L1755 | CNK61608LY | |
| 118 | 7049847 | FPD 17 in HP LCD L1755 | CNK6160911 | |
| 119 | 7049854 | FPD 17 in HP LCD L1755 | CNK6160916 | |
| 120 | 7049844 | FPD 17 in HP LCD L1755 | CNK6160C7H | |
| 121 | 7049740 | FPD 17 in HP LCD L1755 | CNK61121F6 | |
| 122 | 7049741 | FPD 17 in HP LCD L1755 | CNK61121VF | |
| 123 | 7049732 | FPD 17 in HP LCD L1755 | CNK61121VX | |
| 124 | 7049563 | FPD 17 in HP LCD L1755 | CNK6120G7X | |
| 125 | 7049729 | FPD 17 in HP LCD L1755 | CNK6120GDR | |
| 126 | 7049734 | FPD 17 in HP LCD L1755 | CNK6120GTJ | |
| 127 | 7049776 | FPD 17 in HP LCD L1755 | CNK61608KH | |
| 128 | 7049891 | FPD 17 in HP LCD L1755 | CNK616090Y | |
| 129 | 7049890 | FPD 17 in HP LCD L1755 | CNK6160C7G | |
| 130 | 8031015 | FPD 17 in HP LCD L1755 | CNK6200ZPH | |
| 131 | 8031013 | FPD 17 in HP LCD L1755 | CNK6200ZPX | |
| 132 | 8031019 | FPD 17 in HP LCD L1755 | CNK62011SK | |
| 133 | 8031057 | FPD 17 in HP LCD L1755 | CNK62012YK | |
| 134 | 8031049 | FPD 17 in HP LCD L1755 | CNK62010XG | |
| 135 | 8031063 | FPD 17 in HP LCD L1755 | CNK62017M9 | |

**Exhibit B - Sale of LCDs and Monitors to Global 1 (Park Place, Irvine)**

|  | Bar Code | Description | Serial Number | Bid Price |
|---|---|---|---|---|
| 136 | 8031054 | FPD 17 in HP LCD L1755 | CNK62012Y9 |  |
| 137 | 8031058 | FPD 17 in HP LCD L1755 | CNK62012Y4 |  |
| 138 | 8031618 | FPD 17 in HP LCD L1755 | CNK6240Z5D |  |
| 139 | 8031608 | FPD 17 in HP LCD L1755 | CNK6240Z6D |  |
| 140 | 7016631 | FPD 17 in NEC LCD 1759 | 34177774GA |  |
| 141 | 7025615 | FPD 17 in NEC LCD 1760 | 2Z105789GA |  |
| 142 | 7027615 | FPD 17 in NEC LCD 1760 | 3ZK02041GA |  |
| 143 | 7027616 | FPD 17 in NEC LCD 1760 | 3ZK02619GA |  |
| 144 | 7040912 | FPD 17 in Sony LCD SDM-S73 | 3208532 |  |
| 145 | 7046904 | FPD 17 in Viewsonic LCD VA712b | PPJ052902080 |  |
| 146 | 7046905 | FPD 17 in Viewsonic LCD VA712b | PPJ052902235 |  |
| 147 | 7046906 | FPD 17 in Viewsonic LCD VA712b | PPJ052902119 |  |
| 148 | 7047127 | FPD 17 in Viewsonic LCD VA712b | PPJ054002019 |  |
| 149 | 8028559 | FPD 17 in Viewsonic LCD VA712b | PPJ054006527 |  |
| 150 | 8028566 | FPD 17 in Viewsonic LCD VA712b | PPJ054006180 |  |
| 151 | 8028577 | FPD 17 in Viewsonic LCD VA712b | PPJ054006444 |  |
| 152 | 8028582 | FPD 17 in Viewsonic LCD VA712b | PPJ054006118 |  |
| 153 | 8028584 | FPD 17 in Viewsonic LCD VA712b | PPJ054006529 |  |
| 154 | 8028587 | FPD 17 in Viewsonic LCD VA712b | PPJ054006509 |  |
| 155 | 8028589 | FPD 17 in Viewsonic LCD VA712b | PPJ054006520 |  |
| 156 | 8028591 | FPD 17 in Viewsonic LCD VA712b | PPJ054006197 |  |
| 157 | 8028605 | FPD 17 in Viewsonic LCD VA712b | PPJ054006541 |  |
| 158 | 8028609 | FPD 17 in Viewsonic LCD VA712b | PPJ054006431 |  |
| 159 | 8028649 | FPD 17 in Viewsonic LCD VA712b | PPJ054103469 |  |
| 160 | 8028687 | FPD 17 in Viewsonic LCD VA712b | PPJ053306404 |  |
| 161 | 8028689 | FPD 17 in Viewsonic LCD VA712b | PPJ053306439 |  |
| 162 | 8028690 | FPD 17 in Viewsonic LCD VA712b | PPJ053306389 |  |
| 163 | 8028691 | FPD 17 in Viewsonic LCD VA712b | PPJ053306383 |  |
| 164 | 8028692 | FPD 17 in Viewsonic LCD VA712b | PPJ053306454 |  |
| 165 | 8028693 | FPD 17 in Viewsonic LCD VA712b | PPJ053306451 |  |
| 166 | 8028695 | FPD 17 in Viewsonic LCD VA712b | PPJ053306419 |  |
| 167 | 8028698 | FPD 17 in Viewsonic LCD VA712b | PPJ053306406 |  |
| 168 | 8028699 | FPD 17 in Viewsonic LCD VA712b | PPJ053306397 |  |
| 169 | 8028700 | FPD 17 in Viewsonic LCD VA712b | 8028700 |  |
| 170 | 8028701 | FPD 17 in Viewsonic LCD VA712b | PPJ053306434 |  |
| 171 | 8028704 | FPD 17 in Viewsonic LCD VA712b | PPJ053306412 |  |
| 172 | 8028705 | FPD 17 in Viewsonic LCD VA712b | PPJ053306390 |  |
| 173 | 8028714 | FPD 17 in Viewsonic LCD VA712b | PPJ053306391 |  |
| 174 | 8028715 | FPD 17 in Viewsonic LCD VA712b | PPJ053306416 |  |
| 175 | 8028717 | FPD 17 in Viewsonic LCD VA712b | PPJ053300522 |  |
| 176 | 8028718 | FPD 17 in Viewsonic LCD VA712b | PPJ053304111 |  |
| 177 | 8028719 | FPD 17 in Viewsonic LCD VA712b | PPJ053302684 |  |
| 178 | 8028720 | FPD 17 in Viewsonic LCD VA712b | PPJ053303036 |  |
| 179 | 8028738 | FPD 17 in Viewsonic LCD VA712b | PPJ053300153 |  |
| 180 | 8028747 | FPD 17 in Viewsonic LCD VA712b | PPJ053400425 |  |
| 181 | 8028771 | FPD 17 in Viewsonic LCD VA712b | PPJ054701856 |  |
| 182 | 8028898 | FPD 17 in Viewsonic LCD VA712b | PPJ054801427 |  |
| 183 | 7047346 | FPD 17 in Viewsonic LCD VA712b | PPJ054802569 |  |
| 184 | 7047333 | FPD 17 in Viewsonic LCD VA712b | PPJ054802461 |  |
| 185 | 7047351 | FPD 17 in Viewsonic LCD VA712b | PPJ054802570 |  |
| 186 | 7047281 | FPD 17 in Viewsonic LCD VA712b | PPJ054802547 |  |
| 187 | 7047348 | FPD 17 in Viewsonic LCD VA712b | PPJ054802577 |  |
| 188 | 7047282 | FPD 17 in Viewsonic LCD VA712b | PPJ054801946 |  |
| 189 | 7047302 | FPD 17 in Viewsonic LCD VA712b | PPJ054100323 |  |
| 190 | 7047823 | FPD 17 in Viewsonic LCD VA712b | PPJ054100525 |  |
| 191 | 7047820 | FPD 17 in Viewsonic LCD VA712b | PPJ054100370 |  |
| 192 | 7047287 | FPD 17 in Viewsonic LCD VA712b | PPJ054004600 |  |
| 193 | 7047876 | FPD 17 in Viewsonic LCD VA712b | PPJ054004663 |  |
| 194 | 7047854 | FPD 17 in Viewsonic LCD VA712b | PPJ054004661 |  |
| 195 | 7047856 | FPD 17 in Viewsonic LCD VA712b | PPJ054004671 |  |
| 196 | 7047858 | FPD 17 in Viewsonic LCD VA712b | PPJ054004669 |  |
| 197 | 7047261 | FPD 17 in Viewsonic LCD VA712b | PPJ054801868 |  |
| 198 | 7047260 | FPD 17 in Viewsonic LCD VA712b | PPJ054801777 |  |
| 199 | 7047262 | FPD 17 in Viewsonic LCD VA712b | PPJ054801785 |  |
| 200 | 8029028 | FPD 17 in Viewsonic LCD VA712b | PPJ060102329 |  |
| 201 | 7047882 | FPD 17 in Viewsonic LCD VA712b | PPJ055205432 |  |
| 202 | 7047884 | FPD 17 in Viewsonic LCD VA712b | PPJ055205159 |  |
| 203 | 7047933 | FPD 17 in Viewsonic LCD VA712b | PPJ055205416 |  |

Exhibit B - Sale of LCDs and Monitors to Global 1 (Park Place, Irvine)

| | Bar Code | Description | Serial Number | Bid Price |
|---|---|---|---|---|
| 204 | 7047881 | FPD 17 in Viewsonic LCD VA712b | PPJ055205437 | |
| 205 | 7047925 | FPD 17 in Viewsonic LCD VA712b | PPJ054101102 | |
| 206 | 7048165 | FPD 17 in Viewsonic LCD VA712b | PPJ060101384 | |
| 207 | 7048178 | FPD 17 in Viewsonic LCD VA712b | PPJ060101359 | |
| 208 | 7048137 | FPD 17 in Viewsonic LCD VA712b | PPJ060101379 | |
| 209 | 7048595 | FPD 17 in Viewsonic LCD VA712b | PPJ060502387 | |
| 210 | 7048640 | FPD 17 in Viewsonic LCD VA712b | PPJ060502428 | |
| 211 | 7048584 | FPD 17 in Viewsonic LCD VA712b | PPJ060502416 | |
| 212 | 7048583 | FPD 17 in Viewsonic LCD VA712b | PPJ060502398 | |
| 213 | 7048505 | FPD 17 in Viewsonic LCD VA712b | PPJ060501582 | |
| 214 | 7048516 | FPD 17 in Viewsonic LCD VA712b | PPJ060501601 | |
| 215 | 7048507 | FPD 17 in Viewsonic LCD VA712b | PPJ060501313 | |
| 216 | 7048509 | FPD 17 in Viewsonic LCD VA712b | PPJ060501585 | |
| 217 | 7048511 | FPD 17 in Viewsonic LCD VA712b | PPJ060501604 | |
| 218 | 7048512 | FPD 17 in Viewsonic LCD VA712b | PPJ060501591 | |
| 219 | 7048513 | FPD 17 in Viewsonic LCD VA712b | PPJ060501568 | |
| 220 | 7048489 | FPD 17 in Viewsonic LCD VA712b | PPJ060502342 | |
| 221 | 7048502 | FPD 17 in Viewsonic LCD VA712b | PPJ060502309 | |
| 222 | 7048031 | FPD 17 in Viewsonic LCD VA712b | PPJ060502364 | |
| 223 | 7048032 | FPD 17 in Viewsonic LCD VA712b | PPJ060502383 | |
| 224 | 7048034 | FPD 17 in Viewsonic LCD VA712b | PPJ060502336 | |
| 225 | 7048493 | FPD 17 in Viewsonic LCD VA712b | PPJ060502357 | |
| 226 | 7048494 | FPD 17 in Viewsonic LCD VA712b | PPJ060502375 | |
| 227 | 7048495 | FPD 17 in Viewsonic LCD VA712b | PPJ060502362 | |
| 228 | 7048496 | FPD 17 in Viewsonic LCD VA712b | PPJ060502344 | |
| 229 | 7048498 | FPD 17 in Viewsonic LCD VA712b | PPJ060502343 | |
| 230 | 7048499 | FPD 17 in Viewsonic LCD VA712b | PPJ060502330 | |
| 231 | 7048500 | FPD 17 in Viewsonic LCD VA712b | PPJ060502327 | |
| 232 | 7048501 | FPD 17 in Viewsonic LCD VA712b | PPJ060502371 | |
| 233 | 7048503 | FPD 17 in Viewsonic LCD VA712b | PPJ060502390 | |
| 234 | 7048486 | FPD 17 in Viewsonic LCD VA712b | PPJ060502341 | |
| 235 | 7048487 | FPD 17 in Viewsonic LCD VA712b | PPJ060502350 | |
| 236 | 7048547 | FPD 17 in Viewsonic LCD VA712b | PPJ060501573 | |
| 237 | 7048466 | FPD 17 in Viewsonic LCD VA712b | PPJ060101391 | |
| 238 | 7048625 | FPD 17 in Viewsonic LCD VA712b | PPJ060502355 | |
| 239 | 7048999 | FPD 17 in Viewsonic LCD VA712b | PPJ053000472 | |
| 240 | 7048612 | FPD 17 in Viewsonic LCD VA712b | PPJ060502380 | |
| 241 | 7049005 | FPD 17 in Viewsonic LCD VA712b | PPJ054001480 | |
| 242 | 8046736 | FPD 17 in Viewsonic LCD VA712b | PX7062505934 | |
| 243 | 8029317 | FPD 17 in Viewsonic LCD VE Various Models | GQ01010992 | |
| 244 | 8029318 | FPD 17 in Viewsonic LCD VE Various Models | GQ92111249 | |
| 245 | 7045603 | FPD 17 in Viewsonic LCD VE710b | P1Q0517C1458 | |
| 246 | 7045624 | FPD 17 in Viewsonic LCD VE710b | P1Q0522C1723 | |
| 247 | 7045625 | FPD 17 in Viewsonic LCD VE710b | P1Q0522C1721 | |
| 248 | 7045626 | FPD 17 in Viewsonic LCD VE710b | P1Q0522C1719 | |
| 249 | 7045627 | FPD 17 in Viewsonic LCD VE710b | P1Q0522C1768 | |
| 250 | 7045628 | FPD 17 in Viewsonic LCD VE710b | P1Q0522C1696 | |
| 251 | 7045629 | FPD 17 in Viewsonic LCD VE710b | P1Q0522C1691 | |
| 252 | 7045630 | FPD 17 in Viewsonic LCD VE710b | P1Q0522C1693 | |
| 253 | 7045631 | FPD 17 in Viewsonic LCD VE710b | P1Q0522C1694 | |
| 254 | 7045770 | FPD 17 in Viewsonic LCD VE710b | P1Q0519C0544 | |
| 255 | 7045773 | FPD 17 in Viewsonic LCD VE710b | P1Q0523C1406 | |
| 256 | 7045831 | FPD 17 in Viewsonic LCD VE710b | P1Q0523C4665 | |
| 257 | 7045833 | FPD 17 in Viewsonic LCD VE710b | P1Q0523C4622 | |
| 258 | 7045886 | FPD 17 in Viewsonic LCD VE710b | P1Q0523C3866 | |
| 259 | 7045887 | FPD 17 in Viewsonic LCD VE710b | P1Q0523C3867 | |
| 260 | 7045901 | FPD 17 in Viewsonic LCD VE710b | P1Q0523C3700 | |
| 261 | 7045954 | FPD 17 in Viewsonic LCD VE710b | P1Q0523C4731 | |
| 262 | 7046059 | FPD 17 in Viewsonic LCD VE710b | P1Q0523C3517 | |
| 263 | 7046068 | FPD 17 in Viewsonic LCD VE710b | P1Q0523C2276 | |
| 264 | 7046069 | FPD 17 in Viewsonic LCD VE710b | P1Q0523C2288 | |
| 265 | 7046105 | FPD 17 in Viewsonic LCD VE710b | P1Q0523C4937 | |
| 266 | 7046136 | FPD 17 in Viewsonic LCD VE710b | P1Q0520C0895 | |
| 267 | 7046167 | FPD 17 in Viewsonic LCD VE710b | P1Q052502945 | |
| 268 | 7046169 | FPD 17 in Viewsonic LCD VE710b | P1Q052502964 | |
| 269 | 7046186 | FPD 17 in Viewsonic LCD VE710b | P1Q052502495 | |
| 270 | 7046187 | FPD 17 in Viewsonic LCD VE710b | P1Q052502497 | |
| 271 | 7046193 | FPD 17 in Viewsonic LCD VE710b | P1Q052502499 | |

Exhibit B - Sale of LCDs and Monitors to Global 1 (Park Place, Irvine)

| | Bar Code | Description | Serial Number | Bid Price |
|---|---|---|---|---|
| 272 | 7046209 | FPD 17 in Viewsonic LCD VE710b | P1Q0523C1544 | |
| 273 | 7046266 | FPD 17 in Viewsonic LCD VE710b | P1Q0524C0684 | |
| 274 | 7046275 | FPD 17 in Viewsonic LCD VE710b | P1Q0524C0586 | |
| 275 | 7046319 | FPD 17 in Viewsonic LCD VE710b | P1Q052502185 | |
| 276 | 7046395 | FPD 17 in Viewsonic LCD VE710b | P1Q052501647 | |
| 277 | 7046442 | FPD 17 in Viewsonic LCD VE710b | P1Q0524C4655 | |
| 278 | 7046443 | FPD 17 in Viewsonic LCD VE710b | P1Q0524C4727 | |
| 279 | 7046482 | FPD 17 in Viewsonic LCD VE710b | P1Q0524C4811 | |
| 280 | 7046507 | FPD 17 in Viewsonic LCD VE710b | P1Q052501676 | |
| 281 | 7046654 | FPD 17 in Viewsonic LCD VE710b | PUN052941150 | |
| 282 | 7046598 | FPD 17 in Viewsonic LCD VE710b | PUN052903467 | |
| 283 | 7046613 | FPD 17 in Viewsonic LCD VE710b | PUN052903348 | |
| 284 | 7046614 | FPD 17 in Viewsonic LCD VE710b | PUN052903403 | |
| 285 | 5000226 | FPD 17 in Viewsonic LCD VE710b | PUN053100013 | |
| 286 | 7044440 | FPD 17 in Viewsonic LCD VE710b | PUN052900615 | |
| 287 | 7046856 | FPD 17 in Viewsonic LCD VE710b | PUN053300525 | |
| 288 | 7046864 | FPD 17 in Viewsonic LCD VE710b | PUN053601715 | |
| 289 | 7046911 | FPD 17 in Viewsonic LCD VE710b | PUN053803648 | |
| 290 | 7046901 | FPD 17 in Viewsonic LCD VE710b | PUN053803676 | |
| 291 | 7046470 | FPD 17 in Viewsonic LCD VE710b | P1Q0524C4690 | |
| 292 | 7029568 | FPD 17 in Viewsonic LCD VG700B | A14040700481 | |
| 293 | 7029570 | FPD 17 in Viewsonic LCD VG700B | A14040301444 | |
| 294 | 7031194 | FPD 17 in Viewsonic LCD VG700B | A1K041454985 | |
| 295 | 7031195 | FPD 17 in Viewsonic LCD VG700B | A1K041454999 | |
| 296 | 7031196 | FPD 17 in Viewsonic LCD VG700B | A1K041454991 | |
| 297 | 7031197 | FPD 17 in Viewsonic LCD VG700B | A1K041454987 | |
| 298 | 7033831 | FPD 17 in Viewsonic LCD VG700B | A1K041453377 | |
| 299 | 7033832 | FPD 17 in Viewsonic LCD VG700B | A1K041453386 | |
| 300 | 7033485 | FPD 17 in Viewsonic LCD VG700b | A1K041651766 | |
| 301 | 7033489 | FPD 17 in Viewsonic LCD VG700b | A1K041653363 | |
| 302 | 7033522 | FPD 17 in Viewsonic LCD VG700B | A1K041453469 | |
| 303 | 7033523 | FPD 17 in Viewsonic LCD VG700B | A1K041453472 | |
| 304 | 7034556 | FPD 17 in Viewsonic LCD VG700b | A1K042452439 | |
| 305 | 7036730 | FPD 17 in Viewsonic LCD VG710b | A2X042953222 | |
| 306 | 7036731 | FPD 17 in Viewsonic LCD VG710b | A2X042953254 | |
| 307 | 7036751 | FPD 17 in Viewsonic LCD VG710b | A2X042951668 | |
| 308 | 7036753 | FPD 17 in Viewsonic LCD VG710b | A2X042951432 | |
| 309 | 7036848 | FPD 17 in Viewsonic LCD VG710b | A2X042951123 | |
| 310 | 7038733 | FPD 17 in Viewsonic LCD VG710b | A2X042654826 | |
| 311 | 7039622 | FPD 17 in Viewsonic LCD VG710b | A2X042650738 | |
| 312 | 7040973 | FPD 17 in Viewsonic LCD VG710b | A2X044350779 | |
| 313 | 7040968 | FPD 17 in Viewsonic LCD VG710b | A2X044350782 | |
| 314 | 7040967 | FPD 17 in Viewsonic LCD VG710b | A2X044350756 | |
| 315 | 7040964 | FPD 17 in Viewsonic LCD VG710b | A2X044350766 | |
| 316 | 7040963 | FPD 17 in Viewsonic LCD VG710b | A2X044350764 | |
| 317 | 7040962 | FPD 17 in Viewsonic LCD VG710b | A2X044350759 | |
| 318 | 7040960 | FPD 17 in Viewsonic LCD VG710b | A2X044350763 | |
| 319 | 7040959 | FPD 17 in Viewsonic LCD VG710b | A2X044350757 | |
| 320 | 7044600 | FPD 17 in Viewsonic LCD VG710b | A2X045154305 | |
| 321 | 7042633 | FPD 17 in Viewsonic LCD VG710b | A2X0512B1155 | |
| 322 | 7042632 | FPD 17 in Viewsonic LCD VG710b | A2X0512B0998 | |
| 323 | 7044899 | FPD 17 in Viewsonic LCD VG710b | A2X0512B2036 | |
| 324 | 7045097 | FPD 17 in Viewsonic LCD VG710b | A2X0517A9050 | |
| 325 | 7049815 | FPD 17 in Viewsonic LCD VP720b | PXW060602255 | |
| 326 | 7049814 | FPD 17 in Viewsonic LCD VP720b | PXW060602320 | |
| 327 | 7049816 | FPD 17 in Viewsonic LCD VP720b | PXW060602230 | |
| 328 | 7049935 | FPD 17 in Viewsonic LCD VP720b | PXW062100040 | |
| 329 | 7049936 | FPD 17 in Viewsonic LCD VP720b | PXW062100045 | |
| 330 | 8031002 | FPD 17 in Viewsonic LCD VP720b | PXW062100021 | |
| 331 | 7049955 | FPD 17 in Viewsonic LCD VP720b | PXW062100083 | |
| 332 | 8031095 | FPD 17 in Viewsonic LCD VP720b | PXW062201219 | |
| 333 | 8031098 | FPD 17 in Viewsonic LCD VP720b | PXW062201230 | |
| 334 | 8031099 | FPD 17 in Viewsonic LCD VP720b | PXW062201252 | |
| 335 | 8031101 | FPD 17 in Viewsonic LCD VP720b | PXW062201235 | |
| 336 | 8031102 | FPD 17 in Viewsonic LCD VP720b | PXW062201247 | |
| 337 | 8031103 | FPD 17 in Viewsonic LCD VP720b | PXW062201242 | |
| 338 | 8031104 | FPD 17 in Viewsonic LCD VP720b | PXW062201246 | |
| 339 | 8031105 | FPD 17 in Viewsonic LCD VP720b | PXW062201250 | |

Exhibit B - Sale of LCDs and Monitors to Global 1 (Park Place, Irvine)

| | Bar Code | Description | Serial Number | Bid Price |
|---|---|---|---|---|
| 340 | 8031106 | FPD 17 in Viewsonic LCD VP720b | PXW062201240 | |
| 341 | 8031151 | FPD 17 in Viewsonic LCD VP720b | PXW062201197 | |
| 342 | 8031159 | FPD 17 in Viewsonic LCD VP720b | PXW062201249 | |
| 343 | 8031264 | FPD 17 in Viewsonic LCD VP720b | PXW062200589 | |
| 344 | 8031313 | FPD 17 in Viewsonic LCD VP720b | PXW062200533 | |
| 345 | 8031346 | FPD 17 in Viewsonic LCD VP720b | PXW062200643 | |
| 346 | 8031338 | FPD 17 in Viewsonic LCD VP720b | PXW062200594 | |
| 347 | 8031339 | FPD 17 in Viewsonic LCD VP720b | PXW062200602 | |
| 348 | 8031447 | FPD 17 in Viewsonic LCD VP720b | PXW062300200 | |
| 349 | 8031438 | FPD 17 in Viewsonic LCD VP720b | PXW062300209 | |
| 350 | 8031433 | FPD 17 in Viewsonic LCD VP720b | PXW062300213 | |
| 351 | 8031448 | FPD 17 in Viewsonic LCD VP720b | PXW062300177 | |
| 352 | 8031449 | FPD 17 in Viewsonic LCD VP720b | PXW062300198 | |
| 353 | 7049942 | FPD 17 in Viewsonic LCD VP720b | PXW062100033 | |
| 354 | 8031394 | FPD 17 in Viewsonic LCD VP720b | PXW062200555 | |
| 355 | 8031495 | FPD 17 in Viewsonic LCD VP720b | PXW062300157 | |
| 356 | 8031494 | FPD 17 in Viewsonic LCD VP720b | PXW062300161 | |
| 357 | 8030754 | FPD 17 in Viewsonic LCD VP720b | PXW062200373 | |
| 358 | 8031633 | FPD 17 in Viewsonic LCD VP720b | PXW062301185 | |
| 359 | 8031636 | FPD 17 in Viewsonic LCD VP720b | PXW062301191 | |
| 360 | 8031629 | FPD 17 in Viewsonic LCD VP720b | PXW062301187 | |
| 361 | 8031646 | FPD 17 in Viewsonic LCD VP720b | PXW062301192 | |
| 362 | 8031998 | FPD 17 in Viewsonic LCD VP720b | PXW062601112 | |
| 363 | 8032032 | FPD 17 in Viewsonic LCD VP720b | PXW062601145 | |
| 364 | 8032034 | FPD 17 in Viewsonic LCD VP720b | PXW062601103 | |
| 365 | 8031974 | FPD 17 in Viewsonic LCD VP720b | PXW062601151 | |
| 366 | 8032052 | FPD 17 in Viewsonic LCD VP720b | PXW062601121 | |
| 367 | 8032087 | FPD 17 in Viewsonic LCD VP720b | PXW062300698 | |
| 368 | 8032110 | FPD 17 in Viewsonic LCD VP720b | PXW062800763 | |
| 369 | 8032121 | FPD 17 in Viewsonic LCD VP720b | PXW063000542 | |
| 370 | 8032123 | FPD 17 in Viewsonic LCD VP720b | PXW063000596 | |
| 371 | 8032124 | FPD 17 in Viewsonic LCD VP720b | PXW063000656 | |
| 372 | 8032143 | FPD 17 in Viewsonic LCD VP720b | PXW062800760 | |
| 373 | 8032145 | FPD 17 in Viewsonic LCD VP720b | PXW063000555 | |
| 374 | 8032125 | FPD 17 in Viewsonic LCD VP720b | PXW063000544 | |
| 375 | 8030813 | FPD 17 in Viewsonic LCD VP720b | PXW055100857 | |
| 376 | 8032214 | FPD 17 in Viewsonic LCD VP720b | PXW063000687 | |
| 377 | 8032208 | FPD 17 in Viewsonic LCD VP720b | PXW063000628 | |
| 378 | 8032237 | FPD 17 in Viewsonic LCD VP720b | PXW063001090 | |
| 379 | 8032243 | FPD 17 in Viewsonic LCD VP720b | PXW063001318 | |
| 380 | 8032234 | FPD 17 in Viewsonic LCD VP720b | PXW063000614 | |
| 381 | 8032232 | FPD 17 in Viewsonic LCD VP720b | PXW063000634 | |
| 382 | 8032239 | FPD 17 in Viewsonic LCD VP720b | PXW063000876 | |
| 383 | 8032233 | FPD 17 in Viewsonic LCD VP720b | PXW063001173 | |
| 384 | 8032242 | FPD 17 in Viewsonic LCD VP720b | PXW063000850 | |
| 385 | 8032235 | FPD 17 in Viewsonic LCD VP720b | PXW063000856 | |
| 386 | 8032236 | FPD 17 in Viewsonic LCD VP720b | PXW063000630 | |
| 387 | 8032244 | FPD 17 in Viewsonic LCD VP720b | PXW063000858 | |
| 388 | 8032241 | FPD 17 in Viewsonic LCD VP720b | PXW063000872 | |
| 389 | 8032246 | FPD 17 in Viewsonic LCD VP720b | PXW063000645 | |
| 390 | 8032238 | FPD 17 in Viewsonic LCD VP720b | PXW063000870 | |
| 391 | 7049263 | FPD 17 in Viewsonic LCD VP720b | PXW063000868 | |
| 392 | 8032271 | FPD 17 in Viewsonic LCD VP720b | PXW063000842 | |
| 393 | 8032308 | FPD 17 in Viewsonic LCD VP720b | PXW063000847 | |
| 394 | 8032316 | FPD 17 in Viewsonic LCD VP720b | PXW063000828 | |
| 395 | 8032418 | FPD 17 in Viewsonic LCD VP720b | PXW063000670 | |
| 396 | 8032432 | FPD 17 in Viewsonic LCD VP720b | PXW063000117 | |
| 397 | 8032566 | FPD 17 in Viewsonic LCD VP720b | PXW063500722 | |
| 398 | 8032519 | FPD 17 in Viewsonic LCD VP720b | PXW063500732 | |
| 399 | 8032501 | FPD 17 in Viewsonic LCD VP720b | PXW063000106 | |
| 400 | 8032476 | FPD 17 in Viewsonic LCD VP720b | PXW063000119 | |
| 401 | 8032487 | FPD 17 in Viewsonic LCD VP720b | PXW063500464 | |
| 402 | 8032491 | FPD 17 in Viewsonic LCD VP720b | PXW063500690 | |
| 403 | 8032534 | FPD 17 in Viewsonic LCD VP720b | PXW063000121 | |
| 404 | 8032546 | FPD 17 in Viewsonic LCD VP720b | PXW060600680 | |
| 405 | 8032557 | FPD 17 in Viewsonic LCD VP720b | PXW060202343 | |
| 406 | 8032658 | FPD 17 in Viewsonic LCD VP720b | PXW063500025 | |
| 407 | 8032702 | FPD 17 in Viewsonic LCD VP720b | PXW062600747 | |

Exhibit B - Sale of LCDs and Monitors to Global 1 (Park Place, Irvine)

| # | Bar Code | Description | Serial Number | Bid Price |
|---|---|---|---|---|
| 408 | 8032813 | FPD 17 in Viewsonic LCD VP720b | PXW062600712 | |
| 409 | 8032814 | FPD 17 in Viewsonic LCD VP720b | PXW062600715 | |
| 410 | 8032815 | FPD 17 in Viewsonic LCD VP720b | PXW062600734 | |
| 411 | 8032816 | FPD 17 in Viewsonic LCD VP720b | PXW062600746 | |
| 412 | 8032840 | FPD 17 in Viewsonic LCD VP720b | PXW063500215 | |
| 413 | 8032841 | FPD 17 in Viewsonic LCD VP720b | PXW063500211 | |
| 414 | 8032842 | FPD 17 in Viewsonic LCD VP720b | PXW063500214 | |
| 415 | 8032843 | FPD 17 in Viewsonic LCD VP720b | PXW063500197 | |
| 416 | 8032844 | FPD 17 in Viewsonic LCD VP720b | PXW063500227 | |
| 417 | 8032846 | FPD 17 in Viewsonic LCD VP720b | PXW063500206 | |
| 418 | 8032847 | FPD 17 in Viewsonic LCD VP720b | PXW063500202 | |
| 419 | 8032849 | FPD 17 in Viewsonic LCD VP720b | PXW063500198 | |
| 420 | 8032850 | FPD 17 in Viewsonic LCD VP720b | PXW063500189 | |
| 421 | 8032851 | FPD 17 in Viewsonic LCD VP720b | PXW063500193 | |
| 422 | 8032852 | FPD 17 in Viewsonic LCD VP720b | PXW063500185 | |
| 423 | 8032823 | FPD 17 in Viewsonic LCD VP720b | PXW063500164 | |
| 424 | 8032862 | FPD 17 in Viewsonic LCD VP720b | PXW063500172 | |
| 425 | 8032889 | FPD 17 in Viewsonic LCD VP720b | PXW062600383 | |
| 426 | 8032893 | FPD 17 in Viewsonic LCD VP720b | PXW062600382 | |
| 427 | 8032910 | FPD 17 in Viewsonic LCD VP720b | PXW063500199 | |
| 428 | 8032917 | FPD 17 in Viewsonic LCD VP720b | PXW063500993 | |
| 429 | 8032937 | FPD 17 in Viewsonic LCD VP720b | PXW062600371 | |
| 430 | 8032938 | FPD 17 in Viewsonic LCD VP720b | PXW062300845 | |
| 431 | 8032941 | FPD 17 in Viewsonic LCD VP720b | PXW062600368 | |
| 432 | 8034022 | FPD 17 in Viewsonic LCD VP720b | PXW062500970 | |
| 433 | 8033982 | FPD 17 in Viewsonic LCD VP720b | PXW062600380 | |
| 434 | 8033985 | FPD 17 in Viewsonic LCD VP720b | PXW062600349 | |
| 435 | 8033967 | FPD 17 in Viewsonic LCD VP720b | PXW062600352 | |
| 436 | 8034043 | FPD 17 in Viewsonic LCD VP720b | PXW062500967 | |
| 437 | 8034040 | FPD 17 in Viewsonic LCD VP720b | PXW062500998 | |
| 438 | 8034034 | FPD 17 in Viewsonic LCD VP720b | PXW062500996 | |
| 439 | 8034111 | FPD 17 in Viewsonic LCD VP720b | PXW062500851 | |
| 440 | 8034112 | FPD 17 in Viewsonic LCD VP720b | PXW062500827 | |
| 441 | 8034113 | FPD 17 in Viewsonic LCD VP720b | PXW062500849 | |
| 442 | 8034114 | FPD 17 in Viewsonic LCD VP720b | PXW062500842 | |
| 443 | 8034115 | FPD 17 in Viewsonic LCD VP720b | PXW062500835 | |
| 444 | 8034117 | FPD 17 in Viewsonic LCD VP720b | PXW062500828 | |
| 445 | 8034118 | FPD 17 in Viewsonic LCD VP720b | PXW062500831 | |
| 446 | 8034119 | FPD 17 in Viewsonic LCD VP720b | PXW062500847 | |
| 447 | 8034120 | FPD 17 in Viewsonic LCD VP720b | PXW062500829 | |
| 448 | 8034121 | FPD 17 in Viewsonic LCD VP720b | PXW062500838 | |
| 449 | 8034122 | FPD 17 in Viewsonic LCD VP720b | PXW062500822 | |
| 450 | 8034123 | FPD 17 in Viewsonic LCD VP720b | PXW062500833 | |
| 451 | 8034124 | FPD 17 in Viewsonic LCD VP720b | PXW062500826 | |
| 452 | 8034125 | FPD 17 in Viewsonic LCD VP720b | PXW062500836 | |
| 453 | 8034126 | FPD 17 in Viewsonic LCD VP720b | PXW062500845 | |
| 454 | 8032950 | FPD 17 in Viewsonic LCD VP720b | PXW062300813 | |
| 455 | 8032960 | FPD 17 in Viewsonic LCD VP720b | PXW062300802 | |
| 456 | 8032971 | FPD 17 in Viewsonic LCD VP720b | PXW062600333 | |
| 457 | 8032977 | FPD 17 in Viewsonic LCD VP720b | PXW062600294 | |
| 458 | 8032978 | FPD 17 in Viewsonic LCD VP720b | PXW062300840 | |
| 459 | 8045492 | FPD 17 in Viewsonic LCD VP720b | PXW060201458 | |
| 460 | 8029203 | FPD 18 in Cornea LCD CT1810 | 0300371ca | |
| 461 | 28332 | FPD 18 in NEC LCD 1800 | 0903217EA | |
| 462 | 8030368 | FPD 19 in HP LCD L1955 | CNK6111264 | |
| 463 | 7049664 | FPD 19 in HP LCD L1955 | CNK6011F3Y | |
| 464 | 8031047 | FPD 19 in HP LCD L1955 | CNK6210BNV | |
| 465 | 8031340 | FPD 19 in HP LCD L1955 | CNK60303LB | |
| 466 | 8031373 | FPD 19 in HP LCD L1955 | CNK6220H73 | |
| 467 | 8031381 | FPD 19 in HP LCD L1955 | CNK6210DCX | |
| 468 | 8032120 | FPD 19 in HP LCD L1955 | CNK6300MT9 | |
| 469 | 8032562 | FPD 19 in HP LCD L1955 | CNK6280JP8 | |
| 470 | 8032564 | FPD 19 in HP LCD L1955 | CNK6280JP9 | |
| 471 | 8032565 | FPD 19 in HP LCD L1955 | CNK6280JPJ | |
| 472 | 8032563 | FPD 19 in HP LCD L1955 | CNK6280LDX | |
| 473 | 8032589 | FPD 19 in HP LCD L1955 | CNK6290LSB | |
| 474 | 8032607 | FPD 19 in HP LCD L1955 | CNK6290LST | |
| 475 | 8032593 | FPD 19 in HP LCD L1955 | CNK6290LSW | |

Exhibit B - Sale of LCDs and Monitors to Global 1 (Park Place, Irvine)

| | Bar Code | Description | Serial Number | Bid Price |
|---|---|---|---|---|
| 476 | 8032808 | FPD 19 in HP LCD L1955 | CNK62707D3 | |
| 477 | 8034232 | FPD 19 in HP LCD L1955 | CNK630154F | |
| 478 | 8034231 | FPD 19 in HP LCD L1955 | CNK630154G | |
| 479 | 8034249 | FPD 19 in HP LCD L1955 | CNK6250CC4 | |
| 480 | 8034359 | FPD 19 in HP LCD LP1965 | CNN63913NP | |
| 481 | 8034425 | FPD 19 in HP LCD LP1965 | CNN6440B9P | |
| 482 | 8034426 | FPD 19 in HP LCD LP1965 | CNN6440B9N | |
| 483 | 8034429 | FPD 19 in HP LCD LP1965 | CNN64408T2 | |
| 484 | 8034555 | FPD 19 in HP LCD LP1965 | CNN64408FB | |
| 485 | 8034585 | FPD 19 in HP LCD LP1965 | CNN6433QJ3 | |
| 486 | 8034580 | FPD 19 in HP LCD LP1965 | CNN6433QJ7 | |
| 487 | 8034552 | FPD 19 in HP LCD LP1965 | 8034552 | |
| 488 | 8034934 | FPD 19 in HP LCD LP1965 | CNN6433QJ0 | |
| 489 | 8034960 | FPD 19 in HP LCD LP1965 | CNN6450HRS | |
| 490 | 8035050 | FPD 19 in HP LCD LP1965 | CNN6450HRQ | |
| 491 | 8035031 | FPD 19 in HP LCD LP1965 | CNN6433RYH | |
| 492 | 8035087 | FPD 19 in HP LCD LP1965 | CNN6433QPX | |
| 493 | 8035086 | FPD 19 in HP LCD LP1965 | CNN6433QQ0 | |
| 494 | 8035073 | FPD 19 in HP LCD LP1965 | CNN6433S4W | |
| 495 | 8035197 | FPD 19 in HP LCD LP1965 | CNN64724ZY | |
| 496 | 8035211 | FPD 19 in HP LCD LP1965 | CNN6433RDH | |
| 497 | 8035209 | FPD 19 in HP LCD LP1965 | CNN6400CNB | |
| 498 | 8035161 | FPD 19 in HP LCD LP1965 | CNN64724ZP | |
| 499 | 8035157 | FPD 19 in HP LCD LP1965 | CNN64724ZJ | |
| 500 | 8035180 | FPD 19 in HP LCD LP1965 | CNN6433RDJ | |
| 501 | 8035182 | FPD 19 in HP LCD LP1965 | CNN6433RDK | |
| 502 | 8035219 | FPD 19 in HP LCD LP1965 | | |
| 503 | 8035203 | FPD 19 in HP LCD LP1965 | CNN647243X | |
| 504 | 8035413 | FPD 19 in HP LCD LP1965 | CNN6433R83 | |
| 505 | 8035357 | FPD 19 in HP LCD LP1965 | CNN6500JZC | |
| 506 | 8035393 | FPD 19 in HP LCD LP1965 | CNN6500GCW | |
| 507 | 8035403 | FPD 19 in HP LCD LP1965 | CNN6500L0N | |
| 508 | 8035409 | FPD 19 in HP LCD LP1965 | CNN6500L0M | |
| 509 | 8035414 | FPD 19 in HP LCD LP1965 | CNN6500L0C | |
| 510 | 8035448 | FPD 19 in HP LCD LP1965 | CNN6500N72 | |
| 511 | 8035467 | FPD 19 in HP LCD LP1965 | CNN65205JN | |
| 512 | 8035464 | FPD 19 in HP LCD LP1965 | CNN65205JP | |
| 513 | 8035460 | FPD 19 in HP LCD LP1965 | CNN65205JR | |
| 514 | 8035458 | FPD 19 in HP LCD LP1965 | CNN65205JT | |
| 515 | 8035463 | FPD 19 in HP LCD LP1965 | CNN65205JV | |
| 516 | 8035468 | FPD 19 in HP LCD LP1965 | CNN65205JW | |
| 517 | 8035462 | FPD 19 in HP LCD LP1965 | CNN65205JY | |
| 518 | 8035450 | FPD 19 in HP LCD LP1965 | CNN6500Q30 | |
| 519 | 7023501 | FPD 19 in NEC | 3680971QA | |
| 520 | 7029253 | FPD 19 in NEC LCD | 42100059VA | |
| 521 | 7029448 | FPD 19 in NEC LCD | 42102693VA | |
| 522 | 7029489 | FPD 19 in NEC LCD | 42102521VA | |
| 523 | 7029531 | FPD 19 in NEC LCD | 42102960VA | |
| 524 | 7029980 | FPD 19 in NEC LCD | 42102959VA | |
| 525 | 7032496 | FPD 19 in NEC LCD | 42102966VA | |
| 526 | 7033052 | FPD 19 in NEC LCD | 43111030YA | |
| 527 | 7034128 | FPD 19 in NEC LCD | 46120004YA | |
| 528 | 7035597 | FPD 19 in NEC LCD 1920NX | 3151378QA | |
| 529 | 7035598 | FPD 19 in NEC LCD 1920NX | 3153738QA | |
| 530 | 7041675 | FPD 19 in NEC LCD 1970NX | 4Z105673YA | |
| 531 | 7041676 | FPD 19 in NEC LCD 1970NX | 4Z105658YA | |
| 532 | 7007760 | FPD 19 in NEC LCD Multisync 1920NX | 2750740QA | |
| 533 | 7007759 | FPD 19 in NEC LCD Multisync 1920NX | 2750738QA | |
| 534 | 7007758 | FPD 19 in NEC LCD Multisync 1920NX | 2750745QA | |
| 535 | 7008626 | FPD 19 in NEC LCD Multisync 1920NX | 2750729QA | |
| 536 | 7007757 | FPD 19 in NEC LCD Multisync 1920NX | 2750725QA | |
| 537 | 7008629 | FPD 19 in NEC LCD Multisync 1920NX | 2500475QA | |
| 538 | 7008633 | FPD 19 in NEC LCD Multisync 1920NX | 2500311QA | |
| 539 | 7038561 | FPD 19 in NEC MultiSync LCD 1960NXi | 47131838YA | |
| 540 | 7039470 | FPD 19 in NEC MultiSync LCD 1960NXi | 49148238YA | |
| 541 | 7039471 | FPD 19 in NEC MultiSync LCD 1960NXi | 49148253YA | |
| 542 | 7047862 | FPD 19 in Viewsonic LCD VA912b | PW8055005662 | |
| 543 | 7047861 | FPD 19 in Viewsonic LCD VA912b | PW8055003800 | |

Exhibit B - Sale of LCDs and Monitors to Global 1 (Park Place, Irvine)

| | Bar Code | Description | Serial Number | Bid Price |
|---|---|---|---|---|
| 544 | 7047956 | FPD 19 in Viewsonic LCD VA912b | PW8054803915 | |
| 545 | 7047735 | FPD 19 in Viewsonic LCD VA912b | PW8054803914 | |
| 546 | 7048596 | FPD 19 in Viewsonic LCD VA912b | PW8060801617 | |
| 547 | 7048597 | FPD 19 in Viewsonic LCD VA912b | PW8060801623 | |
| 548 | 7048013 | FPD 19 in Viewsonic LCD VA912b | PW8060100686 | |
| 549 | 8032045 | FPD 19 in Viewsonic LCD VA912b | PW8062560070 | |
| 550 | 8032041 | FPD 19 in Viewsonic LCD VA912b | PW8062560028 | |
| 551 | 8032368 | FPD 19 in Viewsonic LCD VA912b | QBN062905088 | |
| 552 | 8032369 | FPD 19 in Viewsonic LCD VA912b | QBN062905074 | |
| 553 | 7028253 | FPD 19 in Viewsonic LCD VG900 | A1X033700647 | |
| 554 | 7028257 | FPD 19 in Viewsonic LCD VG900 | A1X033700884 | |
| 555 | 7028383 | FPD 19 in Viewsonic LCD VG910 | A31034700534 | |
| 556 | 7029990 | FPD 19 in Viewsonic LCD VG910 | A31041301097 | |
| 557 | 7036534 | FPD 19 in Viewsonic LCD VG910 | A32041901026 | |
| 558 | 7036535 | FPD 19 in Viewsonic LCD VG910 | A32041901017 | |
| 559 | 7036536 | FPD 19 in Viewsonic LCD VG910 | A32041901044 | |
| 560 | 7036644 | FPD 19 in Viewsonic LCD VG910 | A32042100232 | |
| 561 | 7036645 | FPD 19 in Viewsonic LCD VG910 | A32041700038 | |
| 562 | 7036646 | FPD 19 in Viewsonic LCD VG910 | A32041700304 | |
| 563 | 7038491 | FPD 19 in Viewsonic LCD VG910 | A32043200544 | |
| 564 | 7039171 | FPD 19 in Viewsonic LCD VG910 | A32042401373 | |
| 565 | 7040718 | FPD 19 in Viewsonic LCD VG910 | A31044200261 | |
| 566 | 7040719 | FPD 19 in Viewsonic LCD VG910 | A31044200151 | |
| 567 | 7041410 | FPD 19 in Viewsonic LCD VG910 | A32044400240 | |
| 568 | 7043431 | FPD 19 in Viewsonic LCD VG910 | A32044701429 | |
| 569 | 7043432 | FPD 19 in Viewsonic LCD VG910 | A32044701428 | |
| 570 | 7043543 | FPD 19 in Viewsonic LCD VG910 | A32044601134 | |
| 571 | 7044098 | FPD 19 in Viewsonic LCD VG910 | A32050401403 | |
| 572 | 7045767 | FPD 19 in Viewsonic LCD VG910 | A32045052056 | |
| 573 | 7045902 | FPD 19 in Viewsonic LCD VG910 | A32045154980 | |
| 574 | 7046115 | FPD 19 in Viewsonic LCD VG910 | A32050350628 | |
| 575 | 7046116 | FPD 19 in Viewsonic LCD VG910 | A32050350633 | |
| 576 | 7046130 | FPD 19 in Viewsonic LCD VG910 | A32050350625 | |
| 577 | 7046539 | FPD 19 in Viewsonic LCD VG910 | A320534B0694 | |
| 578 | 7046653 | FPD 19 in Viewsonic LCD VG910 | A32045152801 | |
| 579 | 7046797 | FPD 19 in Viewsonic LCD VG910 | A320534B2183 | |
| 580 | 7046893 | FPD 19 in Viewsonic LCD VG920b | PT1054001506 | |
| 581 | 7046894 | FPD 19 in Viewsonic LCD VG920b | PT1054000088 | |
| 582 | 7046895 | FPD 19 in Viewsonic LCD VG920b | PT1054000077 | |
| 583 | 7044395 | FPD 19 in Viewsonic LCD VG920b | PT1054101349 | |
| 584 | 7047021 | FPD 19 in Viewsonic LCD VG920b | PT1054201150 | |
| 585 | 7047203 | FPD 19 in Viewsonic LCD VG920b | PT1054502152 | |
| 586 | 7047204 | FPD 19 in Viewsonic LCD VG920b | PT1054502160 | |
| 587 | 7047207 | FPD 19 in Viewsonic LCD VG920b | PT1054502158 | |
| 588 | 8028614 | FPD 19 in Viewsonic LCD VG920b | PT1054502580 | |
| 589 | 8032997 | FPD 19 in Viewsonic LCD VG930M3 | QC2063600225 | |
| 590 | 8032999 | FPD 19 in Viewsonic LCD VG930M3 | QC2063600228 | |
| 591 | 7046793 | FPD 19 in Viewsonic LCD VP930b | PQ8053602612 | |
| 592 | 8035515 | FPD 19 in Viewsonic LCD VX922 | PXU063731994 | |
| 593 | 8035595 | FPD 19 in Viewsonic LCD VX922 | PXU063731690 | |
| 594 | 8035592 | FPD 19 in Viewsonic LCD VX922 | PXU063731689 | |
| 595 | 8028759 | FPD 19 in Viewsonic LCD Xtreme VX924 | PS3054621016 | |
| 596 | 8028760 | FPD 19 in Viewsonic LCD Xtreme VX924 | PS3054621196 | |
| 597 | 8028761 | FPD 19 in Viewsonic LCD Xtreme VX924 | PS3054621137 | |
| 598 | 8028762 | FPD 19 in Viewsonic LCD Xtreme VX924 | PS3054621191 | |
| 599 | 7048091 | FPD 19 in Viewsonic LCD Xtreme VX924 | PS3060322382 | |
| 600 | 7048092 | FPD 19 in Viewsonic LCD Xtreme VX924 | PS3060321149 | |
| 601 | 7040249 | FPD 19 in Viewsonic VP191s | A2S043850402 | |
| 602 | 7039985 | FPD 19 in Viewsonic VP191s | A1W0513A0385 | |
| 603 | 7032850 | FPD 20 in HP LCD 2035 | CNP414Y27J | |
| 604 | 7046815 | FPD 20 in HP LCD 2035 | CNP536Y13W | |
| 605 | 7046845 | FPD 20 in HP LCD 2035 | CNP538Y1X6 | |
| 606 | 8019506 | FPD 20 in HP LCD LP2065 | CNG61101B4 | |
| 607 | 7040800 | FPD 20 in NEC MultiSync 2060NX | 44103459QA | |
| 608 | 7040801 | FPD 20 in NEC MultiSync 2060NX | 44103462QA | |
| 609 | 7040804 | FPD 20 in NEC MultiSync 2060NX | 44103297QA | |
| 610 | 7041599 | FPD 21 in Viewsonic LCD VP211 | A22044300379 | |
| 611 | 7041601 | FPD 21 in Viewsonic LCD VP211 | A22044100343 | |

Exhibit B - Sale of LCDs and Monitors to Global 1 (Park Place, Irvine)

|     | Bar Code | Description | Serial Number | Bid Price |
|-----|----------|-------------|---------------|-----------|
| 612 | 7048611  | FPD 21 in Viewsonic LCD VP2130b | PSD060600279 | |
| Total | | | | $ 37,464 |