EXHIBIT "B"

189271 - JUDGMENT

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ULSTER

Court Index No. 00001419/2006

NEW CENTURY FINANCIAL SERVICES, INC

0004CN
Plaintiff
MJRF NO 189271
against
JUDGMENT
ANNE M ABRAHAMSEN
Defendant(s)

FILED
12-H __ M

AUG 0 8 2006

NINA POSTUPACK
ULSTER COUNTY CLERK

| | | |
|---|---|---|
| Amt claimed in complaint less payments on acct of $.00 | | $5,082.54 |
| Attorney's fees allowed | | WAIVED |
| Interest From 01/25/06 | | $224.80 |
| | TOTAL | $5,307.34 |
| Costs by statute .................................................. $200.00 | | |
| Service of summons and complaint............................. $4.00 | | |
| Filing of summons and complaint............................ $210.00 | | |
| Prospective execution fee......................................... $.00 | | |
| Military Service Affidavit........................................ $.00 | | |
| R.J.I. ...................................................................... $.00 | | |
| Transcript & Docketing............................................ $.00 | | |
| Postage .................................................................... $.00 | | |
| Filing Fee/MOTION FEE.................................... $45.00 | | |
| | | $459.00 |
| | TOTAL | $5,766.34 |

STATE OF NEW YORK, COUNTY OF NASSAU:
The undersigned, an attorney admitted to practice in the State of New York, associated with the attorneys for plaintiff, under penalties of perjury, affirms the following to be true: The disbursements specified above have been or will necessarily be made or incurred and are reasonable in amount;
Defendant(s) have failed to appear, answer or move, and the time to do so has expired. Plaintiff is entitled to a judgment by default. Deponent deposited a copy of the Summons in separate post-paid envelopes in an official depository of the U.S. Postal Service in Glen Cove, NY addressed to each defendant's last known residence address set forth below, on the following dates respectfully: 06/09/06 , in an envelope marked "Personal and Confidential" not indicating it was from an attorney or concerned an alleged debt. That more than twenty days have elapsed and the same have not been returned undeliverable by the U.S. Postal Service. That the attorneys for plaintiff are not employees of plaintiff but are of counsel.

Pursuant to affidavits of service on file herein, deponent alleges that defendants are not in military service.

THOMAS A. DREDGER, JR.
MULLOOLY, JEFFREY, ROONEY & FLYNN LLP
4 Bridge Street Glen Cove, NY 11542 (516)656-5300

Dated: July 13, 2006
JUDGMENT ENTERED ON: Aug 8, 2006
ADJUDGED that NEW CENTURY FINANCIAL SERVICES, INC
plaintiff, residing at 2 RIDGEDALE AVE, SUITE 104 CEDAR KNOLLS, NJ 07927
recover of: ANNE M ABRAHAMSEN
64 KELLY RD, SAUGERTIES, NY 12477

Defendants

the sum of $5,082.54 with interest of $224.80 making a total of $5,307.34 together with $459.00 costs and disbursements, amounting in all to $5,766.34 and that plaintiff have execution therefore.

Nina Postupack
Clerk

(jd10)

2006