**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

New Century TRS Holdings, Inc.,    ) Case No. 07-10416 KJC
     et al.,                         ) Chapter 11
               Debtors,     ) Jointly Administered
                               ) Ref. No.

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO**
**133 OLD ROUTE 32, SAUGERTIES, NEW YORK, 12477**

AND NOW, TO WIT, this _____ day of _____ A.D., 200__,
Fidelity Bank's Motion for Relief from Automatic Stay having been
heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362
is hereby terminated for cause so as to permit Fidelity Bank
and/or the holder of the first mortgage, as recorded in the Office
of the County Clerk in Book 2718, Page 48 in Ulster County, State
of New York for 133 Old Route 32, Saugerties, New York, 12477 to
enforce its security interest in the aforesaid real property
through foreclosure proceedings, Sheriff's Sale of the property
and any other legal remedies against the property which may be
available to Fidelity Bank under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not
applicable and that Fidelity Bank may immediately enforce and
implement this Order granting relief from the automatic stay.

 

_____
                                           J.