**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

New Century TRS Holdings, Inc.,     ) Case No. 07-10416 KJC
     et al.,                           ) Chapter 11
                                    ) Jointly Administered
                Debtors,        )

<u>**CERTIFICATE OF SERVICE**</u>

I, Kristi J. Doughty, hereby certify this 27th day of November, A.D. 2007 that service of the **Notice of Motion, Motion, Exhibits** and proposed **Order** was made electronically and (via) first class mail to the following:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA  92612
*Debtor*

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
*Attorney for Official Committee
of Unsecured Creditors*

Anne Marie Abrahamsen
133 Old Route 32
Saugerties, New NY  12477
*Borrower*

                         By:   /s/ Kristi J. Doughty
                               Kristi J. Doughty (No. 3826)
                               651 N. Broad Street, Suite 206
                               P.O. Box 1040
                               Middletown, DE  19709-1040
                               (302) 378-1661
                               Attorney for Movant