UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                            :   Chapter 11
                                                  :
NEW CENTURY TRS HOLDINGS, INC.,                   :   Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,                   :
                                                  :   Jointly Administered
                      Debtors.                    :
                                                  :   Related to Docket No. 3933
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Dedrick Jackson, of Digital Legal Services, L.L.C., hereby certify that on November 21, 2007, I caused a copy of the **Notice of Fourth Monthly Application of Michael J. Missal, the Court-Approved Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from October 1, 2007 Through October 31, 2007** to be served by First Class U.S. Mail on the parties on the attached service list.

                                                 _____
                                                 Dedrick Jackson
                                                 Digital Legal Services, L.L.C.
                                                 1001 Jefferson Plaza, Suite 100
                                                 Wilmington, DE 19801
                                                 302-888-2060

Subscribed and sworn to me before
this 21st day of November, 2007

_____
Notary Public

                                      KATHLEEN L. DiROCCO
                                      Notary Public - State of Delaware
                                      My Comm. Expires Oct. 21, 2008

552701.9 11/26/07

NEW CENTURY TRS HOLDINGS, INC., *et al.*
Service List – *Notice of Fourth Monthly Application of Michael J. Missal,
the Court-Approved Examiner, for Allowance of Compensation for
Professional Services Rendered and for Reimbursement of Expenses Incurred from
October 1, 2007 Through October 31, 2007*

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Chun I. Jang, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
P.O. Box 551
Wilmington, DE 19899

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski, Stang, Ziehl & Jones LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

Richard M. Beck, Esquire
Michael W. Yurkewicz, Esquire
Klehr, Harrison, Harvey, Branzburg
 & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Richard M. Beck, Esquire
Christopher A. Ward, Esquire
Klehr, Harrison, Harvey, Branzburg
 & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Don A. Beskrone, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Ian Connor Bifferato, Esquire
Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Michael Busenkell, Esquire
Eckert, Seamans, Cherin & Mellot, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Tara L. Lattomus, Esquire
Eckert, Seamans, Cherin & Mellot, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Eric Lopez Schnabel, Esquire
Dorsey & Whitney (Delaware) LL)
1105 N. Market Street, 16th Floor
Wilmington, DE 19801

William E. Chipman, Jr., Esquire
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801

Megan E. Cleghorn, Esquire
Skadden, Arps, Slate, Meagher
 & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Richard S. Cobb, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Robert J. Dehney, Esquire
Gregory W. Werkheiser, Esquire
Daniel B. Butz, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899

Michael G. Gallerizzo, Esquire
David V. Fontana, Esquire
Gebhart & Smith LLP
901 Market Street, Suite 451
Wilmington, DE 19801

Neil B. Glassman, Esquire
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

James E. Huggett, Esquire
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

Andrew C. Kassner, Esquire
Howard A. Cohen, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

David M. Fournier, Esquire
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19801

Katherine L. Mayer, Esquire
McCarter & English LLP
Renaissance Centre
405 N. King Street, 8th Floor
P.O. Box 111
Wilmington, DE 19899

Stephen M. Miller, Esquire
Morris James LLP
P.O. Box 2306
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306

Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

Norman M. Monhait, Esquire
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Michael R. Nestor, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
P.O. Box 391
Wilmington, DE 19899

Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899

David B. Stratton, Esquire
Pepper Hamilton LLP
P.O. Box 1709
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899

Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
Werb & Sullivan
Thirteenth Floor, 300 Delaware Avenue
Wilmington, DE 19801

William F. Taylor, Jr., Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
P.O. Box 111
Wilmington, DE 19899

Joanne B. Wills, Esquire
Michael W. Yurkewicz, Esquire
Klehr, Harrison, Harvey, Branzburg
 & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Jeffrey C. Wisler, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Elihu E. Allinson, III, Esquire
William D. Sullivan, Esquire
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

William A. Hazeltine, Esquire
Law Offices of William A. Hazeltine LLC
The Brandywine Building
1000 N. West Street
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Charles J. Brown, III, Esquire
"J" Jackson Shrum, Esquire
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Ellen W. Slights, Esquire
U.S. Attorney's Office
1007 Orange Street, 7th Floor
P.O. Box 2046
Wilmington, DE 19899-2046

Lisa C. McLaughlin, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Monika L. McCarthy, Esquire
New Century Mortgage Corporation
3121 Michelson Drive, Suite 600
Irvine, CA 92612

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

Division of Unemployment Insurance
Department of Labor
4425 N. Market Street
Wilmington, DE 19802

IKON Office Solutions
Recovery & Bankruptcy
3920 Ark Wright Road, Suite 400
Macon, GA 31210

Delaware Secretary of State
Division of Corporations
Franchise Tax Division
P.O. Box 7040
Dover, DE 19903

Secretary of the Treasury
P.O. Box 7040
Dover, DE 19903

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

Xroads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295

David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson LLP
Travis Building, 711 Navarro, Suite 300
San Antonio, TX 78205

Richard H. Agins, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

Dennis Ahlers
Eschelon Telecom, Inc.
c/o Dennis D. Ahlers
730 Second Ave. South Suite 900
Minneapolis, MN 55402

Daniel Ansell, Esquire
Kenneth Philbin, Esquire
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166

John J. Arminas, Esquire
Goldberg, Kamin & Garvin
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219

Hernando Azarcon
Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center, Suite 280
Southfield, MI 48075

D.J. Baker, Esquire
Rosalie W. Gray, Esquire
Skadden, Arps, Slate, Meagher
   & Flom LLP
Four Times Square
New York, NY 10036-6522

Elizabeth Banda, Esquire
Perdue, Brandon, Fielder, Collins
   & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430

Paul M. Basta, Esquire
Joshua A. Sussberg, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Mark N. Berman, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-1832

Matthew Botica, Esquire
David Wirt, Esquire
Grayson Walter, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Mark Browning, Esquire
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Frank G. Burt, Esquire
Raul A. Cuervo, Esquire
W. Glenn Merten, Esquire
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208

Richard A. Chesley, Esquire
Kimberly D. Newmarch, Esquire
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606

Robert P. Cocco, Esquire
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106

Ken Coleman, Esquire
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY

Gretchen Crawford
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102

Raniero D'Aversa, Jr., Esquire
Laura D. Metzger, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Luc A. Despins, Esquire
Wilbur F. Foster, Esquire
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Robert M. Dombroff, Esquire
Steven Wilamowsky, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Rosa Dominy
IKON Financial Services
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Amish R. Doshi, Esquire
Day Pitney LLP
7 Times Square
New York, NY 10036-7311

Dennis J. Drebsky, Esquire
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Sally E. Edison, Esquire
McGuire Woods LLP
Dominion Tower
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222-3142

Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Charles J. Filardi, Jr., Esquire
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510

T. Robert Finlay, Esquire
Donna L. La Porte, Esquire
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street, Ste 625
Chicago, Illinois 60610

Scot Freeman
Account Resolution
Travelers
National Accounts
1 Tower Square – 5MN
Hartford, CT 06183-4044

Barry Freeman, Esquire
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Alice Bambach, Esquire
Securities & Exchange Commission
New York Regional Office
3 World Financial Center
New York, NY 10285

Andrew J. Gallo, Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Flora Garcia
Imperial County Treasurer – Tax Collector
940 West Main Street, Suite 106
El Centro, CA 92243

Robert P. Gates, Esquire
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA 94104

Jeffrey I. Golden, Esquire
Hutchison B. Meltzer, Esquire
Weiland, Golden, Smiley, Wang
  Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Alberto P. Gonzalez, Esquire
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Robert Goodrich, Esquire
Stites& Harison, PLLC
1800 Fifth Third Center
424 Church Street
Nashville, TN 37219-2376

Bruce Gordon
IBM Credit LLC
Special Handling Group-MD NC322
North Castle Dr
Armonk, NY 10504

Lawrence P. Gottesman, Esquire
Sukyong Suh, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Salvatore J. Graziano, Esquire
Bernstein Litowitz Berger
 & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

Robert E. Greenberg, Esquire
Friedlander, Misler, Sloan, Kletzkin
 & Ochsman, PLLC
1101 Seventeenth Street, N.W. Suite 700
Washington, DC 20036-4704

Jed Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

A. Michelle Hart, Esquire
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Howard R. Hawkins, Jr., Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Sheldon I. Hirshon, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Jonathan Hook, Esquire
David Retter, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Nancy Hotchkiss, Esquire
Trainor Fairbrook
P.O. Box 255824
980 Fulton Avenue
Sacramento, CA 95865

Mitchell W. Katz
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO 80202

Thomas S. Kiriakos, Esquire
Sean T. Scott, Esquire
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Gregg S. Kleiner, Esquire
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111-2222

Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479

Matthew J. Lampke
Assistant Chief
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH 43215-4200

Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Randall S. Leff, Esquire
Eric M. Heller, Esquire
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974

Chris Lenhart, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Larry A. Levick, Esquire
Michelle E. Shriro, Esquire
Gerard Singer Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001

Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302

Sherry D. Lowe, Esquire
Lamm Rubenstone Lesavoy Butz
  & David LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053

Richard M. Lucas, Esquire
Charles A. Malloy, Esquire
Arnold & Potter
555 Twelfth Street, NW
Washington, DC 20004

William G. Malcolm, Esquire
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612

Carlos G. Manalansan, Esquire
Wolff & Samson, PC
The Offices of Crystal Lake
One Boland Drive
West Orange, NJ 07052

Julie A. Manning, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Mark Manski
Barclays Bank PLC
200 Park Avenue
New York, NY 10166

Leslie Marks
3099 Sutter Street
Oakland, CA 94602

Richard F. Martin
8109 Santa Luz Village Green South
San Diego, CA 92127

David McCall, Esquire
Gay, McCall, Isaacks, Gordon
  & Roberts, P.C.
777 East 15th Street
Plano, TX 75074

Frank F McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Fl.
Boston, MA 02110

Sari E. Meador
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016

David A. Meskan
500 Eagles Landing, LLC
2100 Green Street, Apt. 404
San Francisco, CA 94123

Keith W. Miller, Esquire
James R. Bliss, Esquire
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, NY 10022

John E. Mitchell, Esquire
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201

Sheryl L. Moreau, Esquire
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105-0475

Fielder F Nelms, Esquire
Smith, Stern, Friedman & Nelms, P.C.
6688 North Central Expressway
Suite 550, L.B. 37
Dallas, TX 75206

Steven H. Newman, Esquire
Katsy Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158

Jeffrey J. Newton, Esquire
County Attorney for Broward County
Government Center
115 South Andrews Ave
Ft. Lauderdale, FL 33301

Blair A. Nicholas, Esquire
Bernstein Litowitz Berger
 & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

Mary E. Olsen, Esquire
M. Vance McCrary, Esquire
J. Cecil Gardner, Esquire
The Gardner Firm, P.C.
1119 Government Street
Mobile, AL 36652

Gregory M. Petrick, Esquire
Angela Somers, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Leo D. Plotkin, Esquire
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049-1633

David M. Poitras, Esquire
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Daniel T. Powers
Chatham County Tax Commissioner
P.O. Box 8321
Savannah, GA 31412

Mark H. Ralston, Esquire
The Ralston Law Firm
2603 Oak Lawn Avenue
Suite 230, LB 2
Dallas, TX 75219-9109

Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

Glenn M. Reisman, Esquire
Two Corporate Drive, Suite 234
Shelton, CT 06484

Richard J. Reynolds, Esquire
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618

Robert F. Reynolds, Esquire
Slatkin & Reynolds, P.A.
One East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33301

Diane J. Richey
Vice President and Senior Counsel
Union Bank of California
445 S. Figueroa Street
Los Angeles, CA 90071

Diane W. Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
1949 South I.H. 35
Austin, TX 78760

James R. Savin, Esquire
David M. Dunn, Esquire
Joanna F. Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, DC 20036

Margot B. Schonholtz, Esquire
Mark F. Liscio, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Felix A. Seidler, Esquire
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA 94501-4633

Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, TX 75205

Bryn H. Sherman, Esquire
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD 20814

Don C. Sherwood, Esquire
Sherwood and Hardgrove
11812 San Vicente Blvd., Suite 210
Los Angeles, CA 90049-6622

J.R. Smith, Esquire
Jason W. Harbour, Esquire
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Joseph H. Smolinsky, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Claudia Z. Springer, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market St.
Philadelphia, PA 19103-7301

David I. Swan, Esquire
Kenneth M. Misken, Esquire
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215

Larry Thomas
Integrated Payment Systems, Inc.
Meridian Building, 12500 E Belford Ave.
Mail Stop M12B
Englewood, CA 80112

Patricia B. Tomasco, Esquire
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Madeleine C. Wanslee, Esquire
Gust Rosenfeld PLC
201 E. Washington, Suite 800
Phoenix, AZ 85004-2327

Gilbert B. Weisman, Esquire
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Seth R. Weissman, Esquire
V.P. & General Counsel
Coremetrics, Inc.
1840 Gateway Drive, Suite 320
San Mateo, CA 94404

Elizabeth Weller, Esquire
Linebarger Googan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644

Katherine M. Windler, Esquire
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Stuart B. Wolfe, Esquire
Yaron Shaham, Esquire
Wolfe & Wyman LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

Brian D. Womac, Esquire
Denise H. Mitchell, Esquire
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX 77024

Donald A. Workman, Esquire
Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036

David H. Zielke, Esquire
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA 98101

Judith T. Romano, Esquire
Phelan, Hallinan and Schmieg, LLP
1617 John F. Kennedy Blvd., Ste. 1400
Philadelphia, PA 19103

Victoria L. Nelson, Esquire
Ogonna M. Atamoh, Esquire
Santoro, Driggs, Walch, Kearney,
   Johnson & Thompson
400 South Fourth Street, Third Floor
Las Vegas, NV 89101

Susan R. Fuertes, Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

Susan L. Vaage, Esquire
Graham Vaage & Cisneros
500 N. Brand Blvd., Suite 1030
Glendale, CA 91203

John T. Banks, Esquire
Perdue, Brandon, Fielder, Collins
   & Mott, L.L.P.
3301 Northland Drive, Suite 505
Austin, TX 78731

James M. Trush, Esquire
Trush Law Office
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7187

Jesse S. Finlayson, Esquire
Michael R. Williams, Esquire
Finlayson, Augustini & Williams LLP
110 Newport Center Drive, Suite 100
Newport Beach, CA 92660

Bruce L. Segal, Esquire
Honigman Miller Schwartz & Cohn LLP
38500 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304

Gene O'Bannon
Executive Vice President
eMortgage Logic LLC
8317 Whitley Road
Fort Worth, TX 76148

Cy Epstein, Esquire
General Counsel
Clear Capital
6030 Orchard Avenue
Richmond, CA 94804

Holly Felder Etlin
AP Services, LLC
9 West 57th Street, Suite 3420
New York, NY 10019

Ted A. Berkowitz, Esquire
Farrell Fritz, P.C.
1320 Reckson Plaza
Uniondale, NY 11556-1320

Heather Lynn Anderson, Esquire
Office – Attorney General of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 119
Trenton, NJ 08625-0119

John R. Knapp, Jr., Esquire
Cairncross & Hempelmann, P.S.
524 2nd Avenue, Suite 500
Seattle, WA 98104-2323

Arlene Gray, Bankruptcy Specialist
Wilshire Credit Corporation
P.O. Box 1650
Portland, OR 97207-1650

Steven R. Morasse, Esquire
Desmond J. Collins, Esquire
Grant & Morasse
4921 Birch Street, Suite 120
Newport Beach, CA 92660

Zachary Mosner, Esquire
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

Laura L. McCloud, Esquire
Office of the Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

German Yusufov, Esquire
Terri A. Roberts, Esquire
Pima County Attorney
Civil Division
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701

William E. Nowakowski, Esquire
State of New York, Dept. of Taxation
77 Broadway, Suite 112
Buffalo, NY 14203-1670

Julie H. Rome-Banks, Esquire
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Gwinnett Center, LLC
c/o Heather D. Dawson, Esquire
Kitchens Kelley Gaynes, P.C.
Suite 900, 11 Piedmond Center
3495 Piedmont Road, N.E.
Atlanta, GA 30305

David G. Baker, Esquire
105 Union Wharf
Boston, MA 02109

R. Gibson Pagter, Jr., Esquire
Pagter and Miller
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701

EMC Corporation
c/o Receivable Management Services
P.O. Box 5126
Timonium, MD 21094

552701.9 11/26/07                    -13-

Andrew J. Petrie, Esquire
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400S
Denver, CO 80202-5424

Fidelity National Title Company
Attn: Wayne Fong, Esquire
17911 Von Karman, Suite 300
Irvine, CA 92614-6253

Michael J. Riela, Esquire
Latham & Watkins LLP
53rd at Third, Suite 1000
885 Third Avenue
New York, NY 10022-4068

Hilary B. Bonial, Esquire
Tyler B. Jones, Esquire
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

Edward C. Tannen, Esquire
Assistant General Counsel
Office of General Counsel
117 W. Duval Street, Suite 480
Jacksonville, FL 32202

Dexter D. Joyner, Esquire
4701 Preston
Pasadena, TX 77505

Andrew Dylan Wood, lEsquire
Ray, Wood & Bonilla
P.O. Box 165001
Austin, TX 78716

Jay W. Hurst, Esquire
Office of the Attorney General of
 the State of Texas
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Carol E. Momjian, Esquire
Senior Deputy Attorney General
Office of the Attorney General
Commonwealth of Pennsylvania
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

Jan M. Geht, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

Christine A. Roberts, Esquire
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129