

# Invoice

| Date | 2/28/2007 |
|---|---|
| Invoice # | INV-36879 |
| Terms | Net 30 |
| Due Date | 3/30/2007 |
| PO # | 019300 change order |

621 17th St. - Suite 2425
Denver, CO 80293
Ph: 303.298.0600
Fx: 303.298.0868
Tax ID # 81-0551954

**Bill To**
New Century Mortgage
Attn: Accounts Payable
18400 Von Karman
Suite 1000 9th Floor
Irvine, CA 92612

**Ship To**
New Century Mortgage
Attn: Ian Lim - Director, InfoSec
3353 Michelson Drive
Suite 100
Irvine, CA 92612
Phone: 949-517-0404
ilim@ncen.com

Quote Identifier: NCEN 2yr.MPS MSS G400F BU
The signed quote represents the client's commit...

| Item | Qty | Description | Unit Price | Ext. Price | Tax |
|---|---|---|---|---|---|
| G400F-1-PB | 3 | Proventia G400F Intrusion Prevention Appliance, 24 month | 1,371.90 | 4,115.70 | |
| G400F-1-CSB | 3 | Tech Support, Advanced Exchange, and Updates for Proventia G400F, 24 month | 603.96 | 1,811.88 | |
| M-IDPS-SE-600-2YR | 12 | ISS Managed Protection Services (Select Network IDS/IPS Service) - 2 Year - Select Platforms 600MB or less (List Price reflects a 10% multi-year MSS discount), 4 devices x 24 months | 2,102.40 | 25,228.80 | |
| MON-FWS-2YR | 18 | ISS Managed Services - Standard/Select/Unmanaged Firewalls - Security Monitoring Service - 2 Year (Price includes a 10% multi-year contract discount), 6 devices x 24 months | 159.00 | 2,862.00 | |
| MSS-OOB-SEN-US | 6 | Out-of-Band Device - US/Japan 110 VAC, 2devices x 24 months | 33.28 | 199.68 | |
| Subtotal | | ISS Managed Services 24-Month Subtotal, Invoiced at $11,406.02 Monthly | | 34,218.06 | |
| SHPNG-2U-3D | 1 | 2U shipping - Palletized Delivery on 3rd business day by 3:30 PM (Continental USA only - One Time Fee) | 125.00 | 125.00 | |

Total Contract Value of Managed Services - $273,744.48, Invoiced at $11,406.02 Monthly

**This invoice is for 3 months of service (Dec, Jan, and Feb)**

Thank you for your business. If you have any questions regarding this invoice, please contact Accuvant Accounts Receivable at ar@accuvant.com.

**Total** **$34,343.06**

Exhibit A

# Invoice



| Date | 3/1/2007 |
|---|---|
| Invoice # | INV-36880 |
| Terms | Net 30 |
| Due Date | 3/31/2007 |
| PO # | 019300 change order |

621 17th St. - Suite 2425
Denver, CO 80293
Ph: 303.298.0600
Fx: 303.298.0868
Tax ID # 81-0551954

**Bill To**
New Century Mortgage
Attn: Accounts Payable
18400 Von Karman
Suite 1000 9th Floor
Irvine, CA 92612

**Ship To**
New Century Mortgage
Attn: Ian Lim - Director, InfoSec
3353 Michelson Drive
Suite 100
Irvine, CA 92612
Phone: 949-517-0404
ilim@ncen.com

Quote Identifier: NCEN 2yr.MPS MSS G400F BU
The signed quote represents the client's commit...

| Item | Qty. | Description | Unit Price | Ext. Price | Tax |
|---|---|---|---|---|---|
| G400F-1-PB | 1 | Proventia G400F Intrusion Prevention Appliance, 24 month | 1,371.90 | 1,371.90 | |
| G400F-1-CSB | 1 | Tech Support, Advanced Exchange, and Updates for Proventia G400F, 24 month | 603.96 | 603.96 | |
| M-IDPS-SE-600-2YR | 4 | ISS Managed Protection Services (Select Network IDS/IPS Service) - 2 Year - Select Platforms 600MB or less (List Price reflects a 10% multi-year MSS discount), 4 devices x 24 months | 2,102.40 | 8,409.60 | |
| MON-FWS-2YR | 6 | ISS Managed Services - Standard/Select/Unmanaged Firewalls - Security Monitoring Service - 2 Year (Price includes a 10% multi-year contract discount), 6 devices x 24 months | 159.00 | 954.00 | |
| MSS-OOB-SEN-US | 2 | Out-of-Band Device - US/Japan 110 VAC, 2devices x 24 months | 33.28 | 66.56 | |
| Subtotal | | ISS Managed Services 24-Month Subtotal, Invoiced at $11,406.02 Monthly | | 11,406.02 | |
| | | Total Contract Value of Managed Services - $273,744.48, Invoiced at $11,406.02 Monthly | | | |

Thank you for your business. If you have any questions regarding this invoice, please contact Accuvant Accounts Receivable at ar@accuvant.com.

**Total** $11,406.02



# Invoice

**621 17th St. - Suite 2425**
Denver, CO 80293
Ph: 303.298.0600
Fx: 303.298.0868
Tax ID # 81-0551954

| Date | 4/1/2007 |
|---|---|
| Invoice # | INV-37279 |
| Terms | Net 30 |
| Due Date | 5/1/2007 |
| PO # | 019300 change order |

**Bill To**
New Century Mortgage
Attn: Accounts Payable
18400 Von Karman
Suite 1000 9th Floor
Irvine, CA 92612

**Ship To**
New Century Mortgage
Attn: Ian Lim - Director, InfoSec
3353 Michelson Drive
Suite 100
Irvine, CA 92612
Phone: 949-517-0404
ilim@ncen.com

Quote Identifier: NCEN 2yr.MPS MSS G400F BU qt3:

| Item | Qty. | Description | Unit Price | Ext. Price | Tax |
|---|---|---|---|---|---|
| G400F-1-PB | 1 | Proventia G400F Intrusion Prevention Appliance, 24 month | 1,371.90 | 1,371.90 | |
| G400F-1-CSB | 1 | Tech Support, Advanced Exchange, and Updates for Proventia G400F, 24 month | 603.96 | 603.96 | |
| M-IDPS-SE-600-2YR | 4 | ISS Managed Protection Services (Select Network IDS/IPS Service) - 2 Year - Select Platforms 600MB or less (List Price reflects a 10% multi-year MSS discount), 4 devices x 24 months | 2,102.40 | 8,409.60 | |
| MON-FWS-2YR | 6 | ISS Managed Services - Standard/Select/Unmanaged Firewalls - Security Monitoring Service - 2 Year (Price includes a 10% multi-year contract discount), 6 devices x 24 months | 159.00 | 954.00 | |
| MSS-OOB-SEN-US | 2 | Out-of-Band Device - US/Japan 110 VAC, 2devices x 24 months | 33.28 | 66.56 | |
| Subtotal | | ISS Managed Services 24-Month Subtotal, Invoiced at $11,406.02 Monthly | | 11,406.02 | |
| | | Total Contract Value of Managed Services - $273,744.48, Invoiced at $11,406.02 Monthly | | | |

Thank you for your business. If you have any questions regarding this invoice, please contact Accuvant Accounts Receivable at ar@accuvant.com.

**Total**    **$11,406.02**

# ACCUVANT

# Statement

| | |
|---|---|
| Date | 8/29/2007 |
| Amount Due | $79,967.14 |

Accuvant, Inc.
621 17th St. Suite 2425
Denver, CO 80293
303.298.0600

Thank you for your business. If you have any questions regarding this statement, please contact Accuvant Accounts Receivable at 303.298.0600 or ar@accuvant.com.

**Bill To**
New Century Mortgage
Attn: Accounts Payable
3121 Nichelson Drive
Mail Code: 1-3121-5-200
Irvine, CA 92612

| Date | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 12/1/2006 | Balance Forward | | | 0.00 |
| 2/28/2007 | Invoice #INV-36879 | 34,343.06 | | 34,343.06 |
| 3/1/2007 | Invoice #INV-36880 | 11,406.02 | | 45,749.08 |
| 4/1/2007 | Invoice #INV-37279 | 11,406.02 | | 57,155.10 |
| 6/1/2007 | Invoice #INV-37953 | 11,406.02 | | 68,561.12 |
| 8/1/2007 | Invoice #INV-38764 | 11,406.02 | | 79,967.14 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
|---|---|---|---|---|
| 11,406.02 | 0.00 | 11,406.02 | 0.00 | 57,155.10 | $79,967.14 |