

# NEW CENTURY℠
## MORTGAGE CORPORATION
18400 Von Karman Ave, #1000, Irvine, CA 92612

## PO CHANGE ORDER

| Purchase Order Number | BLKT REL. | CHANGE | PAGE |
|---|---|---|---|
| 019300 | | | 1 of 1 |

**SHIP TO:**
New Century Mortgage
3353 Michelson Drive
Suite 100
Irvine, CA 92612
USA
Ian Lim

SO-4979
PO-23...
Inv-36877

**VENDOR:**
ACCUVANT
Accuvant Inc
2121 Rosecrans Ave
Suite 3320
El Segundo, CA 90245
USA

Jeff Skeldon
Phone: (562) 621-1705    Fax: (562) 4560767

**BILL TO:**
NEW CENTURY MORTGAGE
18400 Von Karman
Suite 1000 9th floor
Attn: Accounts Payable
Irvine, CA 92612

| REQUISITION NUMBER | PO DATE | RDD | PROJECT NUMBER |
|---|---|---|---|
| | Jun 30, 2006 | Jul 11, 2006 | 1145-PURCHASING |

| SHIP VIA | FOB/FREIGHT TERMS | TERMS OF SALE | BUDGET CENTER |
|---|---|---|---|
| BESTWAY | DEST | Payment due 30days after Invoice date | 1132 |

| Item | Quantity | U/M | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | | **NOTE**<br>please reference Accuvant quote # QT-22472<br><br>REV 1   10-02-2006<br>Minor cost reduction - does not affect monthy as per Audrey Scott.<br><br>The purchase order is issued to Accuvant, acting agent. The contract, attached and made a part hereto, is between New Century Mortgage and Internet Security Systems, Inc. (ISS), and is issued for Managed Services for Intrusion Prevention Systems (IPS)<br><br>The purchase order shall not exceed $274,124.28. The purchase oder shall remain open for 24 months (24 payments) unless contract is terminated prior to end of term. Invoices will be issued monthly and paid to Accuvant, acting agent of ISS.<br><br>Account#: 1132<br><br><br>First payment will include a one time shipping fee of #375.00<br><br>First payment:          11,781.22<br>Reocurring monthly payment:   11,406.22<br>Payment terms:          Net 30<br><br>New Century Contact:    Ian Lim, Director, InfoSec | 273,744.48 | 273,744.48 |

|  |  |
|---|---|
| Subtotal | 273,744.48 |
| Total | 273,744.48 |

| | |
|---|---|
| This order is subject to the Terms and Conditions of Purchase, a copy of which can be provided upon request. Commencement of any work pursuant to this order shall be deemed to be acceptance of the Terms and Conditions of Purchase.<br>steven haugen | 273,744.48 |

By: _____
Authorized Signature

Exhibit C

# New Century℠
## MORTGAGE CORPORATION

18400 Von Karman Ave, #1000, Irvine, CA 92612

## PURCHASE ORDER

| Purchase Order Number | BLKT REL | CHANGE | PAGE |
|---|---|---|---|
| 019300 | | | 1 of 1 |

**SHIP TO:**
New Century Mortgage
3353 Michelson Drive
Suite 100
Irvine, CA 92612
USA
Ian Lim

**VENDOR:**
ACCUVANT
Accuvant Inc
2121 Rosecrans Ave
Suite 3320
El Segundo, CA 90245
USA
Jeff Skeldon
Phone: (562) 621-1705    Fax: (562) 4560767

**BILL TO:**
NEW CENTURY MORTGAGE
18400 Von Karman
Suite 1000 9th floor
Attn: Accounts Payable
Irvine, CA 92612

| REQUISITION NUMBER | PO DATE | RDD | PROJECT NUMBER |
|---|---|---|---|
| | Jun 30, 2006 | Jul 11, 2006 | 1145-PURCHASING |

| SHIP VIA | FOB/FREIGHT TERMS | TERMS OF SALE | BUDGET CENTER |
|---|---|---|---|
| BESTWAY | DEST | Payment due 30days after invoice date | 1132 |

| Item | Quantity | U/M | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | | **NOTE** please reference Accuvant quote # QT-20541   QT 22472 | 274,124.28 | 274,124.28 |
| | | | The purchase order is issued to Accuvant, acting agent. The contract, attached and made a part hereto, is between New Century Mortgage and Internet Security Systems, Inc. (ISS), and is issued for Managed Services for Intrusion Prevention Systems (IPS)   273,744.48 | | |
| | | | The purchase order shall not exceed $274,124.28. The purchase oder shall remain open for 24 months (24 payments) unless contract is terminated prior to end of term. Invoices will be issued monthly and paid to Accuvant, acting agent of ISS. | | |
| | | | Account#: 1132 | | |
| | | | First payment will include a one time shipping fee of #375.00 | | |
| | | | First payment:           11,781.22 Recurring monthly payment:  11,406.22 Payment terms:           Net 30 | | |
| | | | New Century Contact:   Ian Lim, Director, InfoSec | | |
| | | | | Subtotal | 274,124.28 |
| | | | | Total | 274,124.28 |

This order is subject to the Terms and Conditions of Purchase, a copy of which can be provided upon request. Commencement of any work pursuant to this order shall be deemed to be acceptance of the Terms and Conditions of Purchase.

steven haugen

274,124.28

By: _____
Authorized Signature

**DUPLICATE COPY**



# Quote

**Accuvant Inc.**
2121 Rosecrans Ave.
Suite 3320
El Segundo CA 90245
United States
www.accuvant.com

| Date | 9/20/2006 |
|---|---|
| Quote # | QT-22472 |
| Expires | 10/20/2006 |
| Account Exec | Jeff Skeldon |
| Acct Mgr Phone | (562) 621-1705 |
| Acct Mgr Fax | (805) 456-0767 |
| Acct Mgr Email | jskeldon@accuvant.co... |

**Bill To**
New Century Mortgage
Attn: Accounts Payable
18400 Von Karman
Suite 1000 9th Floor
Irvine, CA 92612

**Ship To**
New Century Mortgage
Attn: Ian Lim - Director, InfoSec
3353 Michelson Drive
Suite 100
Irvine, CA 92612
Phone: 949-517-0404
ilim@ncen.com

Quote Identifier: NCEN 2yr.MPS MSS G400F BU qt3:
The signed quote represents the client's commitment to purchase the following from Accuvant

| Item | Qty | Description | Unit Price | Ext. Price |
|---|---|---|---|---|
| G400F-1-PB | 24 | Proventia G400F Intrusion Prevention Appliance, 24 month | 1,371.90 | 32,925.60 |
| G400F-1-CSB | 24 | Tech Support, Advanced Exchange, and Updates for Proventia G400F, 24 month | 603.96 | 14,495.04 |
| M-IDPS-SE-600-2YR | 96 | ISS Managed Protection Services (Select Network IDS/IPS Service) - 2 Year - Select Platforms 600MB or less (List Price reflects a 10% multi-year MSS discount), 4 devices x 24 months | 2,102.40 | 201,830.40 |
| MON-FWS-2YR | 144 | ISS Managed Services - Standard/Select/Unmanaged Firewalls - Security Monitoring Service - 2 Year (Price includes a 10% multi-year contract discount), 6 devices x 24 months | 159.00 | 22,896.00 |
| MSS-OOB-SEN-US | 48 | Out-of-Band Device - US/Japan 110 VAC, 2 devices x 24 months | 33.28 | 1,597.44 |
| Subtotal | | ISS Managed Services 24-Month Subtotal, Invoiced at $11,406.02 Monthly | | 273,744.48 |
| SHPNG-2U-3D | 1 | 2U shipping - Palletized Delivery on 3rd business day by 3:30 PM (Continental USA only - One Time Fee) | 125.00 | 125.00 |

Total Contract Value of Managed Services - $273,744.48, Invoiced at $11,406.02 Monthly
The signature below represents the following:

**** Signor agrees to all terms of Net 30, is an authorized representative of New Century Mortgage agrees this letter is representative of a binding contract with Accuvant.

New Century Mortgate P.O. # _____

_____
(Printed Name)

_____
(Signature & Date)

*updated to reflect correct mortage* [handwritten]

Unless specifically referenced by line items above, this quote does not include tax or shipping charges.