## Certificate Of Service

I certify that on November 26, 2007, I caused a copy of the foregoing to be served to the following recipients by as stated below:

**By UPS Next Day Air:**

United States Bankruptcy Court for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Mark Collins
Michael J. Merchant
Christopher M. Samis
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700

Suzzanne S. Uhland
Emily R. Culler
Anna Acevedo
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA  94111
(415) 984-8700

_____

3792804_1.DOC