



**RECEIVABLE MANAGEMENT SERVICES**

307 International Circle, Suite 270
Hunt Valley, MD 21030
Tel: 410-773-4089
Fax: 410-773-4057
Email: Phyllis.Hayes@rmsna.com
www.rmsna.com

R·M·S

Phyllis A. Hayes
Paralegal – Bankruptcy Services

**VIA OVERNIGHT MAIL**

November 21, 2007

Clerk
U.S. Bankruptcy Court
824 Market St., 3rd Fl.
Wilmington, DE 19801

Response to Debtors' Second Omnibus Objection Claims
In re: New Century TRS Holdings, Inc., *et al.*, ("Debtors")
Case No. 07-10416 (KJC) (Jointly Administered) (Chapter 11)
Claim of EMC Corporation

Dear Clerk:

As agent for the creditor, EMC Corporation ("EMC"), we disagree with the claim objection (Exhibit C) to reduce EMC's entire claim to $131,651.65. As evidenced by the extract from the claims agent's website, EMC's claim no. 2599 was amended on October 1, 2007 from $144,205.06 to $173,322.74, and assigned claim no. 3500. Attached is a copy of the court acknowledged amended proof of claim, along with supporting documentation.

In that regard, we ask that claim no. 3500 be evaluated on its merits based on the enclosed documentation to support EMC's claim and allowed as a general unsecured claim in the amount of $131,651.65 and an unsecured priority amount of $41,671.09, for a total claim amount of $173,322.74.

Sincerely,

Phyllis A. Hayes
Receivable Management Services
Agent for EMC$^2$ Corporation

pah/tbm
Enclosure

cc:

Richards, Layton & Finger, P.A.
Attn.: Christopher M. Samis, Esq.
One Rodney Square
920 North King Street
Wilmington, DE 19801

O'Melveny & Myers, LLP
Attn.: Suzzanne S. Uhland, Esq.
275 Battery St.
San Francisco, CA 94111

*Counsel for the Debtors and Debtors in Possession*

*Counsel for the Debtors and Debtors in Possession*

Searching...

XRoads CMS HOME

HOME    BANKRUPTCY INDUSTRY LINKS    PROOF OF CLAIM FORM    CLAIM/CREDITOR SEARCH    SUBMIT AN INQUIRY

X Roads
CASE MANAGEMENT SERVICES

- COURT DOCUMENTS
- FIRST DAY MOTIONS
- FIRST DAY ORDERS
- SCHEDULES/SOFA



| New Century TRS Holdings, Inc., et al. Search Results — Creditor Name: Begins With "EMC Corporation" | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Claim Filed | Claim No. | Schedule | Nature | Name | Amount | C* | U* | D* | Debtor |
| 8/30/2007 | 2599 | | Priority | EMC Corporation | $12,553.41 | | | | New Century Mortgage Corporation |
| 8/30/2007 | 2599 | | General Unsecured | EMC Corporation | $131,654.65 | | | | New Century Mortgage Corporation |
| 10/1/2007 | 3500 | | Priority | EMC Corporation | $41,671.09 | | | | New Century Mortgage Corporation |
| 10/1/2007 | 3500 | | General Unsecured | EMC Corporation | $131,651.65 | | | | New Century Mortgage Corporation |

*C=Contingent, U=Unliquidated, D=Disputed

**United States Bankruptcy Court
District of Delaware  (Wilmington)**

**Proof of Claim**

| | |
|---|---|
| Name of Debtor :<br>**New Century Mortgage** | Case Number:<br>**07-10419-KJC**<br>Chapter 11 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property)

**EMC Corporation**

Name and address where notices should be sent:

**EMC Corporation**
c/o Receivable Management Services ("RMS")
P.O. Box 5126
Timonium, Maryland 21094
Telephone Number: (410) 773.4089

Account or other number by which creditor identifies debtor:

US105644_42184354

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☒ Check box if the address differs from the address on the envelope sent to you by the court

This space is for court use only

Check here ☐ Replaces
if this claim ☒ **Amends a previously filed claim dated 08/30/2007**

**1. Basis For Claim**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury / wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below) Your SS# _____
services performed    from _____ to _____
(date)            (date)
Unpaid Compensations for

**2. Date debt was incurred:**
PRE-PETITION & POST-PETITION

**3. If court judgment , date obtained:**

**4. Total Amount of Claim at Time Case Filed :**

$131,651.65 (UNSECURED NON-PRIORITY) + $41,671.09 (UNSECURED PRIORITY) = $173,322.74 TOTAL

☐ If all or part of your claim is secured or entitled to priority, also complete item 5 or 6 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate
☐ Motor Vehicle
☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim above if any:

$_____

**6. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim. Amount entitled to priority **$41,671.09** . Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4000), *earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3)
☐ Contribution to an employee benefit plan – 11 U.S.C. § 507 (a) (4)
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use– 11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § (a)(7)
☐ Taxes or penalties of governmental units – 11 U.S.C. §507 (a)(6)
☒ Other – Specify applicable paragraph of 11 U.S.C. §507; 507 et seq.
*Amounts are subject to adjustment on 4/1/98 and every three years thereafter will respect to cases commenced on or after the date of adjustment

**7. Credits:** The Amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

This space for court use only

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfecting of lien.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date:
September 24, 2007

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Signed _____
Phyllis A. Hayes, RMS, Agent for Creditor

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

9/24/2007 <> 5:29 PM

EMC² CORPORATION
STATEMENT OF ACCOUNT - NEW CENTURY - INVOICE DETAIL

| SERVICE CONTRACT | INVOICE DATE | INVOICE NO. | DESCRIPTION | SERVICE DATE | AMOUNT DUE | CLAIM TOTAL | PRE-PETITION | POST-PETITION | EXECUTORY CONTRACT |
|---|---|---|---|---|---|---|---|---|---|
| M603342845SA | 01/18/07 | 5212014317 | Maintenance - Software | 11/30/06 - 09/28/08 | $1,079.52 | $1,079.52 | $200.09 | $96.82 | $782.61 |
| M603342845SA | 01/18/07 | 5212014318 | Maintenance - Software | 11/30/06 - 09/28/08 | $14,033.76 | $14,033.76 | $2,601.18 | $1,258.63 | $10,173.95 |
| M613772655 | 01/18/07 | 5212014321 | Maintenance - Software | 01/16/07 - 09/28/08 | $343.85 | $343.85 | $42.57 | $33.17 | $268.11 |
| C607778855 | 01/18/07 | 5212014322 | Maintenance - Software | 11/30/06 - 09/28/08 | $319.85 | $319.85 | $59.28 | $28.69 | $231.88 |
| Q615444565 | 01/19/07 | 5212014420 | Maintenance - Software | 11/30/06 - 09/28/08 | $4,085.56 | $4,085.56 | $1,163.47 | $321.70 | $2,600.39 |
| C616104875 | 01/19/07 | 5212014421 | Maintenance - Software | 08/29/06 - 08/28/08 | $777.26 | $777.26 | $174.69 | $66.34 | $536.23 |
| C60694449 | 01/19/07 | 5212014422 | Maintenance - Software | 10/27/06 - 09/28/08 | $67,796.77 | $67,796.77 | $17,250.61 | $5,564.71 | $44,981.44 |
| M614407285 | 01/19/07 | 5212014428 | Maintenance - Hardware | 09/29/06 - 09/28/08 | $311.23 | $311.23 | $128.45 | $20.12 | $162.66 |
| M613950525 | 01/19/07 | 5212014429 | Maintenance - Software | 03/16/06 - 03/28/08 | $336.66 | $336.66 | $35.38 | $33.17 | $268.11 |
| M613570785A | 01/19/07 | 5212014439 | Maintenance - Software | 01/29/07 - 09/28/08 | $52,824.68 | $52,824.68 | $7,911.34 | $4,944.59 | $39,968.75 |
| M316657 | 03/27/07 | 5212026562 | Maintenance - Hardware | 12/28/06 - 09/28/08 | $1,604.90 | $1,604.90 | $670.42 | $102.88 | $831.60 |
| C613719185 | 04/23/07 | 5212033404 | Maintenance - Software | 03/08/06 - 03/07/08 | $691.02 | $691.02 | | $82.59 | $608.43 |
| C313491 | 08/30/07 | 5212083322 | Maintenance - Hardware | 05/16/07 - 09/28/08 | $14,539.36 | $14,539.36 | | $14,539.36 | |
| M613570785 | 08/30/07 | 5212083336 | Maintenance - Hardware | 09/21/07 - 09/20/09 | $14,578.32 | $14,578.32 | | $14,578.32 | |
| | | | | Grand Total | $158,744.42 | $173,322.74 | $30,237.49 | $41,871.09 | $101,414.17 |

| TYPE | General Unsecured | Admin Priority | TOTAL CLAIM |
|---|---|---|---|
| Maintenance - Hardware | $63,734.08 | $34,785.27 | $98,519.35 |
| Maintenance - Software | $67,917.58 | $6,885.81 | $74,803.39 |
| TOTAL CLAIM | $131,651.66 | $41,671.09 | $173,322.74 |

New Century Mortgage - CLAIM ANALYSIS 23.xls

New Century Mortgage - CLAIM ANALYSIS 05.xls

11/21/2007 <> 1:09 PM

| INVOICE NO. | INVOICE AMOUNT | SERVICE PERIOD | | | | BANKRUPTCY DATE: 04/02/07 | | | | POST-PETITION | | | | CONTRACT TERMINATION DATE / EXECUTORY CONTRACT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BEGINS | ENDS | NO. OF DAYS | RATE PER DAY | PRE-PETITION | | | | 04/02/07 | | | | | | | |
| | | | | | | BEGINS | ENDS | NO. OF DAYS | AMOUNT | BEGINS | ENDS | NO. OF DAYS | AMOUNT | BEGINS | ENDS | NO. OF DAYS | AMOUNT |
| 5212014317 | $ 1,079.52 | 11/30/06 | 09/28/08 | 669 | $ 1.61 | 11/30/06 | 04/02/07 | 124 | $ 200.09 | 04/03/07 | 06/02/07 | 60 | $ 96.82 | 06/03/07 | 09/28/08 | 485 | $ 782.61 |
| 5212014318 | $ 14,033.76 | 11/30/06 | 09/28/08 | 669 | $ 20.98 | 11/30/06 | 04/02/07 | 124 | $ 2,601.18 | 04/03/07 | 06/02/07 | 60 | $ 1,258.63 | 06/03/07 | 09/28/08 | 485 | $ 10,173.95 |
| 5212014321 | $ 343.85 | 01/16/07 | 09/28/08 | 622 | $ 0.55 | 01/16/07 | 04/02/07 | 77 | $ 42.57 | 04/03/07 | 06/02/07 | 60 | $ 33.17 | 06/03/07 | 09/28/08 | 485 | $ 268.11 |
| 5212014322 | $ 319.85 | 11/30/06 | 09/28/08 | 669 | $ 0.48 | 11/30/06 | 04/02/07 | 124 | $ 59.28 | 04/03/07 | 06/02/07 | 60 | $ 28.69 | 06/03/07 | 09/28/08 | 485 | $ 231.88 |
| 5212014420 | $ 4,085.56 | 08/29/06 | 09/28/08 | 762 | $ 5.36 | 08/29/06 | 04/02/07 | 217 | $ 1,163.47 | 04/03/07 | 06/02/07 | 60 | $ 321.70 | 06/03/07 | 09/28/08 | 485 | $ 2,600.39 |
| 5212014421 | $ 777.26 | 10/27/06 | 09/28/08 | 703 | $ 1.11 | 10/27/06 | 04/02/07 | 158 | $ 174.69 | 04/03/07 | 06/02/07 | 60 | $ 66.34 | 06/03/07 | 09/28/08 | 485 | $ 536.23 |
| 5212014422 | $ 67,796.77 | 09/29/06 | 09/28/08 | 731 | $ 92.75 | 09/29/06 | 04/02/07 | 186 | $ 17,250.61 | 04/03/07 | 06/02/07 | 60 | $ 5,564.71 | 06/03/07 | 09/28/08 | 485 | $ 44,981.44 |
| 5212014428 | $ 311.23 | 03/16/06 | 09/28/08 | 928 | $ 0.34 | 03/16/06 | 04/02/07 | 383 | $ 128.45 | 04/03/07 | 06/02/07 | 60 | $ 20.12 | 06/03/07 | 09/28/08 | 485 | $ 162.66 |
| 5212014429 | $ 336.66 | 01/29/07 | 09/28/08 | 609 | $ 0.55 | 01/29/07 | 04/02/07 | 64 | $ 35.38 | 04/03/07 | 06/02/07 | 60 | $ 33.17 | 06/03/07 | 09/28/08 | 485 | $ 268.11 |
| 5212014439 | $ 52,824.68 | 12/28/06 | 09/28/08 | 641 | $ 82.41 | 12/28/06 | 04/02/07 | 96 | $ 7,911.34 | 04/03/07 | 06/02/07 | 60 | $ 4,944.59 | 06/03/07 | 09/28/08 | 485 | $ 39,958.75 |
| 5212026562 | $ 1,604.90 | 03/08/06 | 09/28/08 | 936 | $ 1.71 | 03/08/06 | 04/02/07 | 391 | $ 670.42 | 04/03/07 | 06/02/07 | 60 | $ 102.88 | 06/03/07 | 09/28/08 | 485 | $ 831.60 |
| 5212033404 | $ 691.02 | 05/16/07 | 09/28/08 | 502 | $ 1.38 | | | | $ - | 05/16/07 | 07/15/07 | 60 | $ 82.59 | 07/16/07 | 09/28/08 | 442 | $ 608.43 |

NEW CENTURY - INVOICE SPLITS

# EMC²

**EMC Corporation**

*176 South Street*

*where information lives* Hopkinton, MA 01748-9103

(508) 435-1000

**EMC Tax Code:**

**04-266009**

| Document No. |
| --- |
| 5212014317 |
| **Document Date** |
| 01/18/07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
| --- | --- | --- |
| M6034284SSA | Anne Beck | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| | MARK GANGOLA | 02-17-07 |

## Invoice

Page 1

Bill To:

NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

ShipTo:

NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
| --- | --- | --- | --- | --- | --- | --- |
| 14285C | US105644_42184354 | | | | | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
| --- | --- | --- | --- | --- |
| PPEP-WIN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WIN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| | | | Tax: | 40.28 |
| | | | Total: | $ 1,079.52 |

All prices are in USD

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.**

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL 60693

# EMC²

**EMC Corporation**
176 South Street
where information lives· Hopkinton, MA 01748-9103
(508) 435-1000
EMC Tax Code:
04-268009

| | Document No. |
|---|---|
| | 5212014318 |
| | Document Date |
| | C1:18/07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| M6C342845SA | North Amer. Quota House | NET 30 |
| Waybill No. | Customer PO | Due Date |
| | MARK GANGOLA | 02-17-07 |

# Invoice
Page 1

Bill To:
NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

ShipTo:
NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| 142850 | US105644_42184354 | | | | | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |

**EMC²**

*EMC Corporation*
*176 South Street*

*where information lives* *Hopkinton, MA 01748-9103*

(508) 435-1000

*EMC Tax Code:*

*04-268009*

| Document No. |
|---|
| 5212014318 |
| **Document Date** |
| 01:18/07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| M60342B4SSA | North Amer. Quota House | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| | MARK GANGOLA | 02-17-07 |

# Invoice

Page 2

Bill To:   NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

ShipTo:   NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| PPEP-WN-DP | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | 1.0 | 519.62 | 519.62 |
| | | **Tax:** | | 523.64 |
| | | **Total:** | | $ 14,033.76 |

| Past Due Amounts will bear interest at rate of 1.5% per month | The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited. | All prices are in USD |
|---|---|---|

Comments: **If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.**

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

# EMC²

where information lives™

*EMC Corporation*
*176 South Street*
*Hopkinton, MA 01748-9103*
*(508) 435-1000*

**EMC Tax Code:**
**04-268009**

| EMC Sales Order No. | EMC Sales Contact | Payment Terms | Document No. |
|---|---|---|---|
| M613772665S | North Amer Quota House | NET 30 | 5212014321 |
| **Waybill No.** | **Customer PO** | **Due Date** | **Document Date** |
| | MARK GANGOLA | 02-17-07 | 01-18-07 |

# Invoice

Page 1

**Bill To:**
NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

**Ship To:**
NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| 120489 | US105644 42184354 | | | | | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| PP-LX-KIT | PREMIUM SOFTWARE SUPPORT FROM 16-Jan-2007 TO 28-Sep-2008 | 1.0 | 0.0 | 0.00 |
| PP-LX-WG | PREMIUM SOFTWARE SUPPORT FROM 16-Jan-2007 TO 28-Sep-2008 | 1.0 | 331.02 | 331.02 |
| | | | **Tax:** | 12.83 |
| | | | **Total:** | **$ 343.85** |

All prices are in USD

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Comments:** If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

# EMC²

where information lives·

**EMC Corporation**
176 South Street
·Hopkinton, MA 01748-9103
(508) 435-1000
**EMC Tax Code:**
**04-268009**

| Document No. |
|---|
| 5212014322 |
| **Document Date** |
| 01/18/07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| C60777865S | North Amer: Quola House | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| | MARK GANGOLA | 02-17-07 |

# Invoice

Page 1

**Bill To:**
NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

**ShipTo:**
NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100I
IRVINE CA 92602
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| 1204B9 | US105644_42184354 | | | | | 0.0 |

| Item | Description | | Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|
| PPB-WN | PREMIUM SOFTWARE SUPPORT FROM 30-Nov-2006 TO 28-Sep-2008 | | 1.0 | 307.92 | 307.92 |
| | | Tax | | | 11.93 |
| | | Total | | | $ 319.85 |

All prices are in USD

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Remit To:**
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

**Comments**: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

# EMC²

where information lives™

**EMC Corporation**
**176 South Street**
**Hopkinton, MA 01748-9103**

(508) 435-1000

EMC Tax Code:

**04-268009**

| Document No. |
| --- |
| 5212014423 |
| Document Date |
| 01/19/07 |

# Invoice

Page 1

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
| --- | --- | --- |
| O615445565 | North Amer-Quota House | NET 30 |
| Waybill No. | Customer PO | Due Date |
| | MARK GANGOLA | 02-18-07 |

**Bill To:**

NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100

IRVINE CA 92602
UNITED STATES

**ShipTo:**

NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | PAS Project# |
| --- | --- | --- | --- | --- | --- |
| 175191 | US105644 42184354 | | | | 0.0 |

| Item | Description | Qty | Unit Price | Date Shipped | Extended Price |
| --- | --- | --- | --- | --- | --- |
| NAVAGT-SUNKIT | PREMIUM SOFTWARE SUPPORT FROM 29-Aug-2006 TO 28-Aug-2008 | 1.0 | | 0.0 | 0.00 |
| NAVAGT-SUNKIT | PREMIUM SOFTWARE SUPPORT FROM 29-Aug-2006 TO 28-Aug-2008 | 1.0 | | 0.0 | 0.00 |
| PP-SUN-DP | PREMIUM SOFTWARE SUPPORT FROM 29-Aug-2006 TO 28-Aug-2008 | 1.0 | | 1966.58 | 1,966.58 |
| PP-SUN-DP | PREMIUM SOFTWARE SUPPORT FROM 29-Aug-2006 TO 28-Aug-2008 | 1.0 | | 1966.58 | 1,966.58 |
| PP-SUN-KIT | PREMIUM SOFTWARE SUPPORT FROM 29-Aug-2006 TO 28-Aug-2008 | 1.0 | | 0.0 | 0.00 |
| UTIL-SUN | PREMIUM SOFTWARE SUPPORT FROM 29-Aug-2006 TO 28-Aug-2008 | 1.0 | | 0.0 | 0.00 |
| UTIL-SUN | PREMIUM SOFTWARE SUPPORT FROM 29-Aug-2006 TO 28-Aug-2008 | 1.0 | | 0.0 | 0.00 |
| | | **Tax:** | | | 152.40 |
| | | **Total:** | | | $ 4,085.56 |

All prices are in USD

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Remit To:**

EMC Corporation
4246 Collections Center Drive
Chicago, IL 60693

Past Due Amounts will bear interest at rate of 1.5% per month

**Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.**

# EMC²

where information lives®

EMC Corporation
176 South Street
Hopkinton, MA 01748-9103
(508) 435-1000
EMC Tax Code:
04-268009

| Document No. |
| --- |
| 5212014421 |
| **Document Date** |
| 01/19/07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
| --- | --- | --- |
| C61610487S | Anthony Lozinski | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| | MARK GANGOLA | 02-18-07 |

# Invoice

Page 1

**Bill To:**
NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

**ShipTo:**
NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
| --- | --- | --- | --- | --- | --- | --- |
| 175191 | US105644  42184354 | | | | | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
| --- | --- | --- | --- | --- |
| PP-LX-WG | PREMIUM SOFTWARE SUPPORT FROM 27-Oct-2006 TO 28-Sep-2008 | 1.0 | 374.13 | 374.13 |
| PP-LX-WG | PREMIUM SOFTWARE SUPPORT FROM 27-Oct-2006 TO 28-Sep-2008 | 1.0 | 374.13 | 374.13 |
| | | | Tax: | 29.00 |
| | | | Total: | $ 777.26 |

All prices are in USD

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.**

**EMC²**
where information lives™

EMC Corporation
176 South Street
Hopkinton, MA 01748-9103
(508) 435-1000
EMC Tax Code:
04-268009

| Document No. |
|---|
| 5212014422 |
| **Document Date** |
| 01/19/07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| C60634449 | Anthony Lozinski | NET 30 |
| **Customer PO** | | **Due Date** |
| MARK GANGOLA | | 02-18-07 |

**Waybill No.**

# Invoice
Page 1

**Bill To:**
NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

**ShipTo:**
NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| 175191 | US105644 -42184354 | | | | | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| CX-2G10-146 | PREMIUM HARDWARE SUPPORT FROM 29-Sep-2006 TO 28-Sep-2008 | 52.0 | 232.39 | 12,084.2: |
| CX700 | PREMIUM HARDWARE SUPPORT FROM 29-Sep-2006 TO 28-Sep-2008 | 1.0 | 9584.14 | 9,584.14 |
| CX-2G0AE | PREMIUM HARDWARE SUPPORT FROM 29-Sep-2006 TO 28-Sep-2008 | 11.0 | 896.14 | 9,857.54 |
| CX-ATA-DAE | PREMIUM HARDWARE SUPPORT FROM 29-Sep-2006 TO 28-Sep-2008 | 2.0 | 1534.07 | 3,068.14 |
| CX-2G10-300 | PREMIUM HARDWARE SUPPORT FROM 29-Sep-2006 TO 28-Sep-2008 | 86.0 | 347.82 | 29,912.84 |
| CX-AT05-320 | PREMIUM HARDWARE SUPPORT FROM 29-Sep-2006 TO 28-Sep-2008 | 19.0 | 173.15 | 3,289.90 |

| | |
|---|---|
| Tax: | |
| **Total:** | **$ 67,796.77** |

All prices are in USD

Past Due Amounts will bear interest at rate of 1.5% per month.

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.**

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL 60693

# EMC²

**EMC Corporation**
176 South Street
where information lives· Hopkinton, MA 01748-9103

(508) 435-1000

EMC Tax Code:
04-268009

| Document No. |
|---|
| 5212014428 |
| **Document Date** |
| 01/19/07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| M61440728S | North Ameri Cuota House | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| | MARK GANGOLA | 02-18-07 |

# Invoice

Page 1

**Bill To:** NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100

IRVINE CA 92602
UNITED STATES

**Ship To:** NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100

IRVINE CA 92602
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| 120489 | US105644_42184354 | | | | | 0.0 |

| Item | Description | | Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|
| PP-WN-WG | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2006 TO 15-Mar-2008 | | 1.0 | 299.62 | 299.62 |
| | | Tax: | | | 11.61 |
| | | Total: | | | $ 311.23 |

All prices are in USD

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.**

**Remit To:**
EMC Corporation
4246 Collections Center Drive
Chicago, IL 60693

# EMC²

**EMC Corporation**
**176 South Street**
where information lives∴ **Hopkinton, MA 01748-9103**

**(508) 435-1000**

**EMC Tax Code:**

**04-268009**

| Document No. |
|---|
| 52120\|4429 |
| **Document Date** |
| 01\|19\|07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| ME1395052S | Anne Beck | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| | | 02-18-07 |
| | **MARK GANGOLA** | |

# Invoice

Page 1

**Bill To:**

NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

**ShipTo:**

NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| 120489 | US\|05644_42\|84354 | | | | | 0.0 |

| Item | Description | | Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|
| PP-WN-WG | PREMIUM SOFTWARE SUPPORT FROM 29-Jan-2007 TO 28-Sep-2008 | | 1.0 | 324.1 | 324.10 |
| | | Tax | | | 12.56 |
| | | Total | | | $ 336.66 |

All prices are in USD

| Past Due Amounts will bear interest at rate of 1.5% per month | The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited. |
|---|---|

**Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.**

Remit To:

EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

# EMC²

**EMC Corporation**
176 South Street
where information lives· Hopkinton, MA 01748-9103

(508) 435-1000

EMC Tax Code:
04-268009

| | | | |
|---|---|---|---|
| EMC Sales Order No. | EMC Sales Contact | Payment Terms | Document No. |
| M6^35/078SA | North Amer. Quota House | NET 30 | 5212014439 |
| Waybill No. | Customer PO | Due Date | Document Date |
| | MARK GANGOLA | 02-18-07 | 01:19/07 |

# Invoice

Page 1

**Bill To:**
NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

**ShipTo:**
NEW CENTURY MORTGAGE COMPANY
200 COMMERCE

IRVINE CA 92602
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| 105644 | US105644_42194354 | | | | | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| MDS-ENT-9200 | PREMIUM SOFTWARE SUPPORT FROM 28-Dec-2006 TO 28-Sep-2008 | 1.0 | 1865.12 | 1,865.12 |
| MDS-ENT-9200 | PREMIUM SOFTWARE SUPPORT FROM 28-Dec-2006 TO 28-Sep-2008 | 1.0 | 1865.12 | 1,865.12 |
| MDS-ENT-9200 | PREMIUM SOFTWARE SUPPORT FROM 28-Dec-2006 TO 28-Sep-2008 | 1.0 | 1865.12 | 1,865.12 |
| MDS-ENT-9200 | PREMIUM SOFTWARE SUPPORT FROM 28-Dec-2006 TO 28-Sep-2008 | 1.0 | 1865.12 | 1,865.12 |
| NAV700-DP | PREMIUM SOFTWARE SUPPORT FROM 28-Dec-2006 TO 28-Sep-2008 | 1.0 | 10269.98 | 10,269.98 |
| NAV700-DP | PREMIUM SOFTWARE SUPPORT FROM 28-Dec-2006 TO 28-Sep-2008 | 1.0 | 10269.98 | 10,269.98 |
| SC700 | PREMIUM SOFTWARE SUPPORT FROM 28-Dec-2006 TO 28-Sep-2008 | 1.0 | 7318.84 | 7,318.84 |
| SC700 | PREMIUM SOFTWARE SUPPORT FROM 28-Dec-2006 TO 28-Sep-2008 | 1.0 | 7318.84 | 7,318.84 |
| SV700 | PREMIUM SOFTWARE SUPPORT FROM 28-Dec-2006 TO 28-Sep-2008 | 1.0 | 4107.99 | 4,107.99 |
| SV700 | PREMIUM SOFTWARE SUPPORT FROM 28-Dec-2006 TO 28-Sep-2008 | 1.0 | 4107.99 | 4,107.99 |
| | | **Tax:** | | 1,970.58 |
| | | **Total:** | | $ 52,824.68 |

All prices are in USD

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

Remit To:
EMC Corporation

Past Due Amounts will bear interest at rate of 1.5% per month

**Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.**

# EMC²

**EMC Corporation**
**176 South Street**
where information lives™ *Hopkinton, MA 01748-9103*

**(508) 435-1000**

EMC Tax Code:
**04-266009**

| Document No. |
|---|
| 5212014439 |
| **Document Date** |
| 01/19/07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| Mi1357378SA | North Ameri Quota House | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| | MARK GANGOLA | 02-18-07 |

# Invoice

Page 2

**Bill To:**   NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

**ShipTo:**   NEW CENTURY MORTGAGE COMPANY
200 COMMERCE

IRVINE CA 92602
UNITED STATES

**4246 Collections Center Drive**
**Chicago, IL  60693**

# EMC²

**EMC Corporation**
176 South Street
where information lives™ Hopkinton, MA 01748-9103

(508) 435-1000

**EMC Tax Code:**
04-268009

| Document No. |
|---|
| 5212026562 |
| **Document Date** |
| 03/27/07 |

## Invoice
Page 1

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| M316657 | Christopher Moberg | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| | MARK GANGOLA | 04-26-07 |

Bill To:
NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

ShipTo:
NEW CENTURY MORTGAGE CORP
1 Pierce Road
ITASCA IL 60143
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| 197638 | US105644 42184354 | | | | | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| MDS-9216I-00 | PREMIUM HARDWARE SUPPORT FROM 08-Mar-2006 TO 07-Mar-2008 | 1.0 | 802.45 | 802.45 |
| MDS-9216I-00 | PREMIUM HARDWARE SUPPORT FROM 08-Mar-2006 TO 07-Mar-2008 | 1.0 | 802.45 | 802.45 |

Tax:
Total: $ 1,604.90

All prices are in USD

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

Past Due Amounts will bear interest at rate of 1.5% per month

**Comments:** If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.



**EMC²**

EMC Corporation
176 South Street
where information lives· Hopkinton, MA 01748-9103

(508) 435-1000

EMC Tax Code:
04-268009

| EMC Sales Order No. | EMC Sales Contact | Payment Terms | Document No. |
|---|---|---|---|
| C613719185 | North Ameri Quota House | NET 30 | 5212033404 |
| Waybill No. | Customer PO | Due Date | Document Date |
| | | 05-23-07 | 04/23/07 |

# Invoice

Page 1

Bill To:
NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

ShipTo:
NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| 120489 | US105644_42184354 | | | | | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| PP-WN-WG | PREMIUM SOFTWARE SUPPORT FROM 16-May-2007 TO 28-Sep-2008 | 1.0 | 332.62 | 332.62 |
| PP-WN-WG | PREMIUM SOFTWARE SUPPORT FROM 16-May-2007 TO 28-Sep-2008 | 1.0 | 332.62 | 332.62 |
| | | | Tax: | 25.78 |
| | | | Total: | $ 691.02 |

All prices are in USD

| Past Due Amounts will bear interest at rate of 1.5% per month | The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited. | Remit To: EMC Corporation 4246 Collections Center Drive Chicago, IL  60693 |
|---|---|---|

**Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.**

# EMC²

**EMC Corporation**
**176 South Street**
where information lives·Hopkinton, MA 01748-9103
(508) 435-1000
EMC Tax Code:
**04-268009**

| Document No. |
|---|
| 5212083322 |
| **Document Date** |
| 08-30-07 |

# Invoice

Page 1

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| C313491 | North Ameri Quota House | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| | MIKE GANGOLA | 09-29-07 |

**Bill To:**   NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

**ShipTo:**   NEW CENTURY MORTGAGE CORP
1 Pierce Road
ITASCA IL 60143
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| 197638 | US105644 42184354 | | | | | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| CX700 | PREMIUM HARDWARE SUPPORT FROM 22-Sep-2007 TO 26-Sep-2008 | 1.0 | 4886.46 | 4,886.46 |
| CX-2GDAE | PREMIUM HARDWARE SUPPORT FROM 22-Sep-2007 TO 26-Sep-2008 | 1.0 | 456.9 | 456.90 |
| RACK-40U-C | PREMIUM HARDWARE SUPPORT FROM 22-Sep-2007 TO 26-Sep-2008 | 1.0 | 0.0 | 0.00 |
| CX-2G10-300 | PREMIUM HARDWARE SUPPORT FROM 22-Sep-2007 TO 26-Sep-2008 | 30.0 | 177.34 | 5,320.12 |
| CX-2GDAE-70 | PREMIUM HARDWARE SUPPORT FROM 22-Sep-2007 TO 26-Sep-2008 | 1.0 | 456.9 | 456.90 |
| CX-2G10-146 | PREMIUM HARDWARE SUPPORT FROM 22-Sep-2007 TO 26-Sep-2008 | 15.0 | 118.48 | 1,777.25 |
| CX-2G10-146 | PREMIUM HARDWARE SUPPORT FROM 22-Sep-2007 TO 26-Sep-2008 | 10.0 | 118.48 | 1,184.83 |
| CX-2GDAE-FD | PREMIUM HARDWARE SUPPORT FROM 22-Sep-2007 TO 26-Sep-2008 | 1.0 | 456.9 | 456.90 |
| | | **Tax:** | | |
| | | **Total:** | | $ 14,539.36 |

All prices are in USD

**Remit To:**
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

Past Due Amounts will bear interest at rate of 1.5% per month.

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Comments:**  If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

# EMC²

**EMC Corporation**
176 South Street
where information lives Hopkinton, MA 01748-9103
(508) 435-1000
EMC Tax Code:
04-268009

| Document No. |
|---|
| 5212083336 |

| Document Date |
|---|
| 08/30/07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| ME1357078 | Edward Bannigan | NET 30 |

| Waybill No. | Customer PO | Due Date |
|---|---|---|
|  | MARK GURGDA | 08-29-07 |

## Invoice

Page 1

**Bill To:**
NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

**Ship To:**
NEW CENTURY MORTGAGE COMPANY
2681 KELVIN AVE

IRVINE CA 92614
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | PAS Project# |
|---|---|---|---|---|---|
| 120486 | US105644_42184354 |  |  |  | 0.0 |

| Item | Description | Qty | Unit Price | Date Shipped | Extended Price |
|---|---|---|---|---|---|
| CX700 | PREMIUM HARDWARE SUPPORT FROM 21-Sep-2007 TO 20-Sep-2009 | 1.0 | 4899.56 | 4899.56 | 4,899.56 |
| PW40U-C-US | PREMIUM HARDWARE SUPPORT FROM 21-Sep-2007 TO 20-Sep-2009 | 1.0 | 0.0 | 0.0 | 0.00 |
| CX-2GDAE | PREMIUM HARDWARE SUPPORT FROM 21-Sep-2007 TO 20-Sep-2009 | 1.0 | 458.12 | 458.12 | 458.12 |
| CX-2GDAE-70 | PREMIUM HARDWARE SUPPORT FROM 21-Sep-2007 TO 20-Sep-2009 | 1.0 | 458.12 | 458.12 | 458.12 |
| CX-2G10-146 | PREMIUM HARDWARE SUPPORT FROM 21-Sep-2007 TO 20-Sep-2009 | 15.0 | 118.8 | 118.8 | 1,782.01 |
| CX-2GDAE-FD | PREMIUM HARDWARE SUPPORT FROM 21-Sep-2007 TO 20-Sep-2009 | 1.0 | 458.12 | 458.12 | 458.12 |
| RACK-40U-C | PREMIUM HARDWARE SUPPORT FROM 21-Sep-2007 TO 20-Sep-2009 | 1.0 | 0.0 | 0.0 | 0.00 |
| CX-2G10-300 | PREMIUM HARDWARE SUPPORT FROM 21-Sep-2007 TO 20-Sep-2009 | 30.0 | 177.81 | 177.81 | 5,334.38 |
| CX-2G10-146 | PREMIUM HARDWARE SUPPORT FROM 21-Sep-2007 TO 20-Sep-2009 | 10.0 | 118.8 | 118.8 | 1,188.01 |

| | |
|---|---|
| Tax: | |
| Total: | $ 14,578.32 |

All prices are in USD

**Remit To:**
EMC Corporation
4246 Collections Center Drive

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited

**Comments:** If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

# EMC²

EMC Corporation
176 South Street
where information lives¹ Hopkinton, MA 01748-9103

(508) 435-1000

EMC Tax Code:
04-268009

| EMC Sales Order No. | EMC Sales Contact | Payment Terms | | Document No. |
|---|---|---|---|---|
| MS: 357078 | Edward Barrigan | NET 30 | | 5212083336 |
| Waybill No. | Customer PO | Due Date | | Document Date |
| | MARK GURGDA | 09-29-07 | | 08/30/07 |

# Invoice

Page 2

Bill To:
NEW CENTURY MORTGAGE COMPANY
350 COMMERCE
SUITE 100
IRVINE CA 92602
UNITED STATES

ShipTo:
NEW CENTURY MORTGAGE COMPANY
2681 KELVIN AVE

IRVINE CA 92614
UNITED STATES

Chicago, IL  60693