## CERTIFICATE OF SERVICE

Joseph H. Huston, Jr., hereby certifies that on November 28, 2007, he caused a true and correct copy of the foregoing *Limited Objection to Debtors' Motion Pursuant to Sections 105(A) and 345 of the Bankruptcy Code For Order Authorizing Debtors to Reallocate Certain Investments in connection with Deferred Compensation Plans (Docket # 3848)* to be served on all parties in interest electronically through the Court's CM/ECF system, and also by regular mail upon the parties listed below.

| | |
|---|---|
| *Representing the Debtors*<br>Robert J. Stearn, Jr., Esq.<br>Richards, Layton & Finger, P.A.<br>P.O. Box 551<br>One Rodney Square, 920 King Street<br>Wilmington, DE 19899 | *Representing The Official Committee of Unsecured Creditors*<br>Bonnie Glantz Fatell, Esq.<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801-4226 |
| Joseph J. McMahon, Jr.<br>*Office of the United States Trustee*<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207, Lockbox #35<br>Wilmington, DE 19801 | *Representing the Compensation Committee*<br>Paul Blankenstein, Esq.<br>Gibson, Dunn & Crutcher<br>1050 Connecticut Avenue N.W.<br>Washington, D.C. 20036 |
| *Representing Wells Fargo Bank N.A. a/k/a Wells Fargo ITS*<br>Joanne B. Wills, Esq.<br>Christopher A. Ward, Esq.<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 | *Representing Wells Fargo Bank N.A. a/k/a Wells Fargo ITS*<br>Andrew A. Nicely, Esq.<br>Tai Lui Tan, Esq.<br>Mayer, Brown, Rowe & Maw, LLP<br>1909 K Street NW<br>Washington, D.C. 20006 |

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr.