20 November 2007

In re: New Century Trs Holdings, Inc.,
a Delaware corporation, et al.,
Debtors
Case No. 07-10416 (KJC)

Honorable Kevin J. Carey
United States Bankruptcy Court for the District of Delaware
824 Market Street
Fifth Floor
Wilmington, Delaware 19801

Your Honor:

As provided by the United States Bankruptcy Code and In re Hess, 136 Fed. 988, the below signed creditors in the above styled case request this honorable court to ascertain and be assured that all business entries made in books, journals or ledgers of accounts, both written and electronic/computerized, maintained by the "debtors" in the normal course of business, and made during the twelve (12) months preceding application for bankruptcy, are true and accurate as submitted by the "debtors" in their bankruptcy application.

Further, we ask that this study determine if all assets of the "debtors" have been lawfully and accurately accounted for in their application for bankruptcy. See In re Froeder, 150 Fed. 710, Wechsler v. U. S., 19 A. B. R. 1, and In re Gailey, 127 Fed. 538.

In closing, we pray this honorable court will rule in favor of the several creditors in this case and direct that all assests of New Century Trs Holdings, Inc., et al., the "debtors", to be fairly and equitably distributed among them. This distribution of assets should in no way allow financial gain, or otherwise enrichment, to the officers or board members of these corporations at the expense of the holders of stock issued by the debtor organizations.

Respectfully submitted,

Roland A. Sawyer
1638 Kingsway Road
Norfolk, Virginia 23518
(757) 583-2449

Delouise H. Sawyer
1638 Kingsway Road
Norfolk, Virginia 23518
(757) 583-2449

Copy to:   Richards, Layton & Finger, P. A.
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801