UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| | | Case No. 07-10416-KJC |
| NEW CENTURY TRS HOLDINGS, INC., | * | (Chapter 11) |
| a Delaware corporation, *et al.*, | | |
| Debtor | * | |
| ********** | | |
| DLJ MORTGAGE CAPITAL, INC., | * | |
| As Trustee c/o Select Portfolio | | |
| Servicing, Inc. | * | |
| Movant | | |
| | * | |
| v. | | |
| | * | Objections due by: Dec. 13, 2007 4:00 PM |
| NEW CENTURY TRS HOLDING, Inc., et al | | Hearing Date: December 20, 2007 at 1:30 PM |
| Debtor | * | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 28, 2007, copies of the foregoing

Motion for Relief from Automatic Stay Under § 361 of the Bankruptcy Code (with

Exhibit A); Notice of Motion; and proposed Order were served upon the parties listed on

the below in the manner stated:

VIA US MAIL
New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

VIA US MAIL
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodeny Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

VIA US MAIL
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

VIA US MAIL
United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
*U.S. Trustee*

VIA US MAIL
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

VIA US MAIL
Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

Date: November 28, 2007            Respectfully submitted,

                                   WITTSTADT & WITTSTADT, P.A.

                                   /s/ *Lisa R. Hatfiled*_____
                                   Lisa R. Hatfield (DE No. 4967)
                                   1000 N. West Street
                                   Suite 1200
                                   Wilmington, DE 19801
                                   (302) 295-5095
                                   (866) 503-4930 (toll free)