EXHIBIT A
In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: DLJ Mortgage Capital, Inc.

| Loan No. | Mortgagors | Loan Date | Original Loan Amt. | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 10777167 | Ortega | Dec. 11, 2006 | $396,000 | $416,976.04 | $358,000 | 1888 NW 74th Avenue, Pembroke Pines, FL 33024 |
| 10783017 | Johnson | Sept. 26, 2006 | $360,000 | $385,203.33 | $395,000 | 6 Nostrand Avenue, Brentwood, NY 11717 |
| 10771459 | Watson | Dec. 8, 2006 | $800,000 | $845,926.78 | $1,000,000 | 333 Warwood Road, Lakewood, Ca. 90712 |
| 10783165 | Krzeminski | Sept. 29, 2006 | $62,100 | $67,440.42 | $59,000 | 1517 Red River Street, Dayton, Ohio 45427 |
| 10754174 | Benn | Jul. 19, 2006 | $83,600 | $89,183.88 | $57,000 | 6516 Lederer Avenue, Cleveland, Ohio 44127 |