UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-10416 (KJC) Jointly Administered |
| Debtor. | |

CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esq. of Klehr, Harrison, Harvey, Branzburg & Ellers LLP hereby certify that on this 28th day of November 2007, I caused to be served a copy of the foregoing *Wells Fargo Bank N.A.'s Response To Debtors' Motion Pursuant To Sections 105(A) And 345 Of The Bankruptcy Code For Order Authorizing Debtors To Reallocate Certain Investments In Connection With Deferred Compensation Plans* to be served upon the parties listed on the attached service list via First Class Mail.

      */s/ Christopher A. Ward*
      Christopher A. Ward (Del. Bar No. 3877)

DEL1 67409-1

## Service List
## NEW CENTURY TRS HOLDINGS , INC. et al

| | |
|---|---|
| Mark D. Collins, Esquire<br>Michael J. Merchant, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, 920 King Street<br>P.O. Box 551<br>Wilmington, DE  19899 | Suzzanne S. Uhland, Esq.<br>Emily Culler, Esquire<br>O'Melveny & Myers, LLP<br>275 Battery Street<br>Suite 2600<br>San Francisco, CA 94111 |
| Joseph J. McMahon, Jr., Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207, Lockbox # 35<br>Wilmington, DE  19801 | Monika L. McCarthy, Esquire<br>New Century Mortgage Corporation<br>3121 Michelson Drive, Suite 600<br>Irvine, CA  92612 |
| Bonnie Glantz Fatell, Esquire<br>Blank Rome LLP<br>Chase Manhanttan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE  19801-4226 | Mark S. Indelicato, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue, 14th & 15th Floor<br>New York, NY  10022 |
| Holly Felder Etlin<br>AP Services, LLC<br>9 West 57th Street, Suite 3420<br>New York, NY  10019 | Bennett L. Spiegel, Esq.<br>Shirley S. Cho, Esq.<br>Kirkland & Ellis, LLP<br>777 South Figueroa Street<br>Suite 3700<br>Los Angeles,  CA  90017 |
| Warren H. Smith, Esquire<br>Warren H. Smith & Associates, P.C.<br>Republic Center<br>325 N. St. Paul, Suite 1275<br>Dallas, TX  75201 | Ivan Lerer Kallick<br>Manatt Phelps & Phillips, LLP<br>11344 West Olympic Boulevard<br>Los Angeles, CA 90064 |

**DEL1 67409-1**