**EXHIBIT A**

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**October 1, 2007 through October 31, 2007**

| Level | Name | Hourly Rate | Hours Incurred | Fees |
|---|---|---|---|---|
| *Tax Compliance* | | | | |
| *Managers* | Kraft, Jon | 435.00 | 6.7 | 2,914.50 |
| *Senior Associates* | Crowe, John | 325.00 | 42.1 | 13,682.50 |
| *Associates* | Gamez, Martin | 245.00 | 95.2 | 23,324.00 |
| | Wang, Jen Chih | 245.00 | 1.7 | 416.50 |
| | **Total Tax Compliance** | | **145.7** | **$ 40,337.50** |

|  |  |
|---|---|
| 1st Interim Fee Application (April 2 - June 30, 2007) | $ 198,177.00 |
| 2nd Monthly Fee Application (July 2007) | 247,927.50 |
| 3rd Monthly Fee Application (August 2007) | 212,593.50 |
| 4th Monthly Fee Application (September 2007) | 131,745.50 |
| 5th Monthly Fee Application (October 2007) | 40,337.50 |
| Cumulative Compliance Fees | 830,781.00 |
| Fixed Fee | (621,000.00) |
| Voluntary Discount | (209,781.00) |

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**October 1, 2007 through October 31, 2007**

| Level | Name | | Hourly Rate | Hours Incurred | Fees |
|---|---|---|---|---|---|
| *Tax Consulting* | | | | | |
| *Partners/Principals* | Cole, Dick | | $510.00 | 81.0 | 41,310.00 |
| | Cordonnier, Andrew | | 715.00 | 0.8 | 536.25 |
| | Dahl, Don | | 600.00 | 13.7 | 8,220.00 |
| | Goldberg, Walter | | 630.00 | 7.1 | 4,473.00 |
| | Grierson, Scot | | 600.00 | 1.2 | 720.00 |
| | Grush, Gary | | 600.00 | 33.7 | 20,220.00 |
| | Lambert, Adam | | 605.00 | 1.5 | 907.50 |
| | Ryan, Steve | | 600.00 | 11.0 | 6,600.00 |
| *Senior Managers/Directors* | Divers, Dale | | 515.00 | 78.2 | 40,273.00 |
| | Hughes, James | | 490.00 | 16.8 | 8,232.00 |
| | Hughes, James | [1] | 225.00 | 1.4 | 315.00 |
| | Pomis, Brian | | 515.00 | 13.0 | 6,695.00 |
| | Ramirez, Javier | | 515.00 | 21.6 | 11,124.00 |
| | Wong, James | [1] | 225.00 | 1.9 | 427.50 |
| *Managers* | Casey, Marisol | | 450.00 | 13.7 | 6,165.00 |
| | Kraft, Jon | | 435.00 | 2.8 | 1,218.00 |
| *Senior Associates* | Chen, Gina | | 390.00 | 3.2 | 1,248.00 |
| | Crowe, John | | 325.00 | 8.4 | 2,740.08 |
| | Kraft, Jon | | 435.00 | 48.2 | 20,971.35 |
| | Partridge, Ryan | | 350.00 | 12.7 | 4,445.00 |
| | Ratanjee, Hiten | | 390.00 | 11.0 | 4,290.00 |
| *Associates* | Arquette, Paul (Intern) | | 170.00 | 0.6 | 102.00 |
| | Gamez, Martin | | 245.00 | 49.1 | 12,039.57 |
| | Martin, Matthew | | 225.00 | 1.5 | 337.50 |
| | Maynard, Scott | | 225.00 | 5.5 | 1,237.50 |
| | Seddigh, Frank | | 225.00 | 7.3 | 1,642.50 |
| | Steinmetz, Adam | | 245.00 | 4.3 | 1,041.25 |
| | White, Alexis | | 245.00 | 17.3 | 4,238.50 |
| *Administration* | Cochrum, Crystal | | 75.00 | 18.3 | 1,372.50 |
| | Cronin, Caroline | | 225.00 | 94.0 | 21,150.00 |
| | **Total Tax Consulting** | | | **580.8** | **$ 234,292.00** |
| | Less: 20% Hold-Back | | | | (46,858.40) |
| | Net Fees | | | | 187,433.60 |
| | Plus: Out-of-Pocket Expenses | | | | 1,766.49 |
| | Total Net Fees and Expenses | | | | $ 189,200.09 |
| | Blended Hourly Rate | | | | $ 403 |

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**October 1, 2007 through October 31, 2007**

| Level | Name | Hourly Rate | Hours Incurred | Fees |
|---|---|---|---|---|
| | Grand Total Hours and Fees | | 726.5 | $ 234,292.00 |
| | Net Fees | | | $ 234,292.00 |
| | Less: 20% Hold-Back | | | $ (46,858.40) |
| | Net Fees | | | $ 187,433.60 |
| | Plus: Out-of-Pocket Expenses | | | $ 1,766.49 |
| | Total Net Fees and Expenses | | | $ 189,200.09 |
| | Blended Hourly Rate | | | $ 322 |

[1] Pursuant to the US Trustee's recommendations, these individuals' hourly rate as related to fee application preparation is billed at $225.00 per hour.