# EXHIBIT B

**Grant Thornton LLP**
**New Century Financial Corporation**
**SUMMARY OF HOURS AND FEES INCURRED BY MATTER**
**October 1, 2007 through October 31, 2007**

| Code | Matter Description | Out-of-Pocket Expenses | Hours | Net Fees |
|---|---|---|---|---|
| | **Tax Compliance** | | | |
| 1 | Preparation of 2006 federal tax returns | - | - | $ - |
| 2 | Preparation of 2006 state tax returns | | 145.7 | 40,337.50 |
| | Subtotal | - | **145.7** | **40,337.50** |
| | 1st Interim Fee Application (April 2 - June 30, 2007) | | | $ 198,177.00 |
| | 2nd Monthly Fee Application (July 2007) | | | 247,927.50 |
| | 3rd Monthly Fee Application (August 2007) | | | 212,593.50 |
| | 4th Monthly Fee Application (September 2007) | | | 131,745.50 |
| | 5th Monthly Fee Application (October 2007) | | | 40,337.50 |
| | Cumulative Compliance Fees | | | 830,781.00 |
| | Fixed Fee | | | (621,000.00) |
| | Voluntary Discount | | | (209,781.00) |

**Grant Thornton LLP**
**New Century Financial Corporation**
**SUMMARY OF HOURS AND FEES INCURRED BY MATTER**
**October 1, 2007 through October 31, 2007**

| Code | Matter Description | Out-of-Pocket Expenses | Hours | Net Fees |
|---|---|---:|---:|---:|
| | **Tax Consulting** | | | |
| 10 | Preparation of 2007 estimated federal and state tax payments | - | 3.5 | 1,779.50 |
| 11 | General case administration | - | 115.6 | 23,265.00 |
| 12 | Assist with federal and state tax audits | 1,766.49 | 197.9 | 96,606.50 |
| 13 | Provide general corporate tax consulting, including potential bankruptcy tax related issues | - | 263.8 | 112,641.00 |
| | Subtotal | 1,766.49 | 580.8 | 234,292.00 |
| | Total Net Fees | | | 234,292.00 |
| | Less: 20% Hold-Back | | | (46,858.40) |
| | Net Fees | | | 187,433.60 |
| | Plus: Out-of-Pocket Expenses | | | 1,766.49 |
| | Total Net Fees and Expenses | | | $ 189,200.09 |
| | Blended Hourly Rate | | | $ 403 |

| | | | | |
|---|---|---:|---:|---:|
| **Grand Totals** | | $ 1,766.49 | 726.5 | $ 234,292.00 |
| **Net Fees** | | | | $ 234,292.00 |
| **Less: 20% Hold-Back** | | | | $ (46,858.40) |
| **Net Fees** | | | | $ 187,433.60 |
| **Plus: Out-of-Pocket Expenses** | | | | $ 1,766.49 |
| **Total Net Fees and Expenses** | | | | $ 189,200.09 |
| **Blended Hourly Rate** | | | | $ 322 |