**EXHIBIT C**

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Out-of-Pocket Expenses**
**Billing Period: October 1, 2007 - October 31, 2007**

|  | October 1 - 31 | Total |
|---|---:|---:|
| **Transportation, Parking & Mileage** | $ 1,586.44 | $ 1,586.44 |
| **Out-of Town Meals** | 180.05 | 180.05 |
| **Total** | $ 1,766.49 | $ 1,766.49 |

EXHIBIT C    Page 9 of 18