# EXHIBIT D

| Date | Professional | Hours | Hourly Rate | | Fees | | Matter Code | Narrative |
|---|---|---|---|---|---|---|---|---|
| 10/1/2007 | Gamez, Martin | 2.2 | $ | 245.00 | $ | 539.00 | 2 | Drafted combined apportionment workpapers. |
| 10/1/2007 | Gamez, Martin | 2.9 | $ | 245.00 | $ | 710.50 | 2 | Continued to prepare combined apportionment workpapers. |
| 10/1/2007 | Gamez, Martin | 2.8 | $ | 245.00 | $ | 686.00 | 2 | Continued to prepare combined apportionment workpapers. |
| 10/1/2007 | Gamez, Martin | 2.4 | $ | 245.00 | $ | 588.00 | 2 | Continued to prepare combined apportionment workpapers. |
| 10/1/2007 | Gamez, Martin | 1.7 | $ | 245.00 | $ | 416.50 | 2 | Continued to prepare combined apportionment workpapers. |
| 10/2/2007 | Crowe, John W | 2.8 | $ | 325.00 | $ | 910.00 | 2 | Worked on 2006 consolidated TRS and REIT federal income workpapers for the consolidated state returns. |
| 10/2/2007 | Crowe, John W | 2.4 | $ | 325.00 | $ | 780.00 | 2 | Continued working on the 2006 TRS and REIT consolidated workpapers for the consolidated state returns. |
| 10/4/2007 | Gamez, Martin | 2.6 | $ | 245.00 | $ | 637.00 | 2 | Prepared combined State tax returns. |
| 10/4/2007 | Gamez, Martin | 1.9 | $ | 245.00 | $ | 465.50 | 2 | Continued to prepare combined State tax returns |
| 10/4/2007 | Gamez, Martin | 2.8 | $ | 245.00 | $ | 686.00 | 2 | Continued to prepare combined State tax returns |
| 10/4/2007 | Gamez, Martin | 2.9 | $ | 245.00 | $ | 710.50 | 2 | Continued to prepare combined State tax returns. |
| 10/4/2007 | Gamez, Martin | 2.4 | $ | 245.00 | $ | 588.00 | 2 | Continued to prepare combined State tax returns. |
| 10/5/2007 | Gamez, Martin | 1.3 | $ | 245.00 | $ | 318.50 | 2 | Prepared combined State tax returns |
| 10/5/2007 | Gamez, Martin | 2.1 | $ | 245.00 | $ | 514.50 | 2 | Continued to prepare combined State tax returns |
| 10/5/2007 | Gamez, Martin | 1.8 | $ | 245.00 | $ | 441.00 | 2 | Continued to prepare combined State tax returns |
| 10/5/2007 | Gamez, Martin | 2.9 | $ | 245.00 | $ | 710.50 | 2 | Continued to prepare combined State tax returns |
| 10/5/2007 | Gamez, Martin | 1.6 | $ | 245.00 | $ | 392.00 | 2 | Continued to prepare combined State tax returns |
| 10/6/2007 | Gamez, Martin | 2.7 | $ | 245.00 | $ | 661.50 | 2 | Prepared combined State tax returns and clearing review notes. |
| 10/6/2007 | Gamez, Martin | 2.3 | $ | 245.00 | $ | 563.50 | 2 | Continued to prepare combined State tax returns and clearing review notes. |
| 10/6/2007 | Gamez, Martin | 2.1 | $ | 245.00 | $ | 514.50 | 2 | Continued to prepare combined State tax returns and clearing review notes. |
| 10/6/2007 | Gamez, Martin | 2.6 | $ | 245.00 | $ | 637.00 | 2 | Continued to prepare combined State tax returns and clearing review notes. |
| 10/7/2007 | Gamez, Martin | 2.9 | $ | 245.00 | $ | 710.50 | 2 | Cleared review notes to state tax returns |
| 10/7/2007 | Gamez, Martin | 2.8 | $ | 245.00 | $ | 686.00 | 2 | Continued clearing review notes to state tax returns |
| 10/7/2007 | Gamez, Martin | 1.2 | $ | 245.00 | $ | 294.00 | 2 | Continued clearing review notes to state tax returns |
| 10/8/2007 | Crowe, John W | 2.9 | $ | 325.00 | $ | 942.50 | 2 | Worked on 2006 consolidated TRS and REIT state returns |
| 10/8/2007 | Crowe, John W | 2.9 | $ | 325.00 | $ | 942.50 | 2 | Continued work on 2006 consolidated TRS and REIT state tax returns |
| 10/8/2007 | Crowe, John W | 2.7 | $ | 325.00 | $ | 877.50 | 2 | Continued work on 2006 consolidated TRS and REIT state tax returns. |
| 10/8/2007 | Gamez, Martin | 2.9 | $ | 245.00 | $ | 710.50 | 2 | Prepared and cleared notes to tax returns for New Century Mortgage Corporation and Affiliates. |
| 10/8/2007 | Gamez, Martin | 2.8 | $ | 245.00 | $ | 686.00 | 2 | Continued preparing and clearing notes to tax returns for New Century Mortgage Corporation and Affiliates |
| 10/8/2007 | Gamez, Martin | 2.4 | $ | 245.00 | $ | 588.00 | 2 | Continued preparing and clearing notes to tax returns for New Century Mortgage Corporation and Affiliates |
| 10/8/2007 | Gamez, Martin | 2.1 | $ | 245.00 | $ | 514.50 | 2 | Continued preparing and clearing notes to tax returns for New Century Mortgage Corporation and Affiliates. |
| 10/9/2007 | Crowe, John W | 2.9 | $ | 325.00 | $ | 942.50 | 2 | Worked on consolidated TRS and REIT state tax returns. |
| 10/9/2007 | Crowe, John W | 2.9 | $ | 325.00 | $ | 942.50 | 2 | Continued working on consolidated TRS and REIT state tax returns. |
| 10/9/2007 | Crowe, John W | 2.7 | $ | 325.00 | $ | 877.50 | 2 | Continued working on consolidated TRS and REIT state tax returns. |
| 10/9/2007 | Gamez, Martin | 2.7 | $ | 245.00 | $ | 661.50 | 2 | Preparing and clearing notes to tax returns for New Century Mortgage Corporation and Affiliates |
| 10/9/2007 | Gamez, Martin | 2.8 | $ | 245.00 | $ | 686.00 | 2 | Continued preparing and clearing notes to tax returns for New Century Mortgage Corporation and Affiliates. |
| 10/9/2007 | Gamez, Martin | 2.7 | $ | 245.00 | $ | 661.50 | 2 | Continued preparing and clearing notes to tax returns for New Century Mortgage Corporation and Affiliates. |
| 10/9/2007 | Gamez, Martin | 2.4 | $ | 245.00 | $ | 588.00 | 2 | Continued preparing and clearing notes to tax returns for New Century Mortgage Corporation and Affiliates. |
| 10/10/2007 | Crowe, John W | 2.9 | $ | 325.00 | $ | 942.50 | 2 | Worked on consolidated TRS and REIT state tax returns. |
| 10/10/2007 | Crowe, John W | 2.9 | $ | 325.00 | $ | 942.50 | 2 | Continued to work on consolidated TRS and REIT state tax returns. |
| 10/10/2007 | Crowe, John W | 2.7 | $ | 325.00 | $ | 877.50 | 2 | Continued to work on consolidated TRS and REIT state tax returns. |
| 10/10/2007 | Gamez, Martin | 2.9 | $ | 245.00 | $ | 710.50 | 2 | Cleared notes to tax returns for New Century Mortgage Corporation and Affiliates. |
| 10/10/2007 | Gamez, Martin | 2.7 | $ | 245.00 | $ | 661.50 | 2 | Continued to clear notes to tax returns for New Century Mortgage Corporation and Affiliates. |
| 10/10/2007 | Gamez, Martin | 2.6 | $ | 245.00 | $ | 637.00 | 2 | Assembled tax returns for New Century Mortgage Corporation and Affiliates |
| 10/10/2007 | Gamez, Martin | 2.3 | $ | 245.00 | $ | 563.50 | 2 | Cleared notes to tax returns for New Century Mortgage Corporation and Affiliates. |
| 10/11/2007 | Crowe, John W | 2.9 | $ | 325.00 | $ | 942.50 | 2 | Worked on consolidated TRS and REIT state tax returns. |
| 10/11/2007 | Crowe, John W | 2.9 | $ | 325.00 | $ | 942.50 | 2 | Continued working on consolidated TRS and REIT state tax returns. |
| 10/11/2007 | Crowe, John W | 2.7 | $ | 325.00 | $ | 877.50 | 2 | Continued working on consolidated TRS and REIT state tax returns. |
| 10/11/2007 | Gamez, Martin | 2.8 | $ | 245.00 | $ | 686.00 | 2 | Assembled returns and delivered tax returns to client |
| 10/11/2007 | Gamez, Martin | 2.2 | $ | 245.00 | $ | 539.00 | 2 | Continued to assemble returns and delivered tax returns to client. |
| 10/11/2007 | Kraft, Jonathan E | 1.9 | $ | 435.00 | $ | 826.50 | 2 | Prepared the final 2006 combined California state return for New Century. |
| 10/12/2007 | Crowe, John W | 2.9 | $ | 325.00 | $ | 942.50 | 2 | Worked on 2006 consolidated TRS and REIT state tax returns. |
| 10/24/2007 | Kraft, Jonathan E | 2.3 | $ | 435.00 | $ | 1,000.50 | 2 | Prepared the 2006 New York State return for New Century. |
| 10/26/2007 | Kraft, Jonathan E | 2.5 | $ | 435.00 | $ | 1,087.50 | 2 | Reviewed the 2006 New York State returns for New Century. |
| 10/29/2007 | Wang, Jen Chih | 1.7 | $ | 245.00 | $ | 416.50 | 2 | Prepared documents and income tax returns for New Century Mortgage Corporation, Home 123, New Century Capital Corp. New Century WC and New Century Credit Corp. |
| 10/31/2007 | Gamez, Martin | 2.7 | $ | 245.00 | $ | 661.50 | 2 | Prepared New York tax returns for Home 123, New Century Capital and New Century Mortgage Corporation |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/31/2007 | Gamez, Martin | 2 9 | $ | 245 00 | $ | 710 50 | 2 | Preparing New York tax returns for Home 123, New Century Capital and New Century Mortgage Corporation Setting up Apportionment workpapers and calling New York for tax payments. |
| 10/31/2007 | Gamez, Martin | 2.4 | $ | 245 00 | $ | 588.00 | 2 | Preparing New York tax returns for Home 123, New Century Capital and New Century Mortgage Corporation. Setting up Apportionment workpapers and calling New York for tax payments |
| | | **145.7** | | | **$** | **40,337.50** | | |

| Date | Professional | Hours | Hourly Rate | | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|---|
| 10/1/2007 | Casey, Marisol | 2.1 | $ 450.00 | $ | 945.00 | 13 | Updated New Century request of information to include Social Security numbers for the qualified employees whom W-2 forms were previously requested and emailed information to everyone interested |
| 10/1/2007 | Cole, Richard K | 2.8 | $ 510.00 | $ | 1,428.00 | 12 | Review IRS Information Document Request for 2004 |
| 10/1/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ | 1,479.00 | 12 | Respond to IRS Information Request regarding original issue discount |
| 10/1/2007 | Dahl, Don W | 2.0 | $ 600.00 | $ | 1,200.00 | 13 | Review of state tax return positions, pursuant to bankruptcy-related planning |
| 10/1/2007 | Divers, Dale F | 1.3 | $ 515.00 | $ | 669.50 | 12 | Review summary of state tax controversies and forwarded summary to J. Hughes (GT) |
| 10/1/2007 | Divers, Dale F | 1.2 | $ 515.00 | $ | 618.00 | 12 | Reviewed tax positions relating to excess inclusion income in California and other combined states and New York combined reporting. |
| 10/1/2007 | Divers, Dale F | 2.8 | $ 515.00 | $ | 1,442.00 | 13 | Reviewed combined apportionment and state return positions for Arizona and Colorado, pursuant to bankruptcy-related planning |
| 10/1/2007 | Divers, Dale F | 2.7 | $ 515.00 | $ | 1,390.50 | 13 | Continued to review combined state returns for Hawaii, Missouri and Oregon. |
| 10/1/2007 | Divers, Dale F | 0.8 | $ 515.00 | $ | 412.00 | 13 | Meeting with M Gamez (GT) to discuss revisions to combined state returns in Arizona, Colorado, Hawaii, Missouri and Oregon |
| 10/1/2007 | Gamez, Martin | 0.8 | $ 245.00 | $ | 196.00 | 13 | Meeting with D. Divers (GT) to discuss revisions to combined state returns in Arizona, Colorado, Hawaii, Missouri and Oregon |
| 10/1/2007 | Gamez, Martin | 2.2 | $ 245.00 | $ | 539.00 | 13 | Drafted combined apportionment workpapers |
| 10/1/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ | 710.50 | 13 | Continued to prepare combined apportionment workpapers |
| 10/1/2007 | Gamez, Martin | 2.8 | $ 245.00 | $ | 686.00 | 13 | Continued to prepare combined apportionment workpapers. |
| 10/1/2007 | Grush, Gary A | 2.4 | $ 600.00 | $ | 1,440.00 | 12 | Prepare response to IRS information document request |
| 10/1/2007 | Partridge, Ryan M | 1.6 | $ 350.00 | $ | 560.00 | 13 | Assisted state and local group with prior year state tax return issues. |
| 10/1/2007 | Pomis, Brian M | 1.5 | $ 515.00 | $ | 772.50 | 13 | Excess inclusion income research for NC Capital for the 2006 tax returns. |
| 10/1/2007 | Ramirez, Javier R | 2.9 | $ 515.00 | $ | 1,493.50 | 13 | Review of 2005 total New Century employees compared to 2005 enterprise zone qualified individuals to determine documentation needed from New Century to compute the 2006 enterprise zone credit totals and called Janet Okimoto (New Century) to clarify the request for information made by J Hughes (GT) |
| 10/1/2007 | Ryan, Stephen T | 1.0 | $ 600.00 | $ | 600.00 | 12 | Consult regarding excess inclusion income |
| 10/1/2007 | White, Alexis W | 1.6 | $ 245.00 | $ | 392.00 | 12 | Contacted state regarding new state notice for New Century Financial Corporation regarding CO tax, pulled the originally filed and amended tax returns, reviewed issues involved with CO auditor and provided CO auditor with information and documentation for notice. |
| 10/2/2007 | Casey, Marisol | 2.9 | $ 450.00 | $ | 1,305.00 | 13 | Reviewed and prepared W-2 information received by Janet Okimoto (debtor) |
| 10/2/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ | 1,479.00 | 12 | Meet with IRS auditor D. Flores |
| 10/2/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ | 1,479.00 | 12 | Review IRS information document requests |
| 10/2/2007 | Cronin, Caroline | 2.9 | $ 225.00 | $ | 652.50 | 11 | Review of April time entries |
| 10/2/2007 | Cronin, Caroline | 2.8 | $ 225.00 | $ | 630.00 | 11 | Continued review of April time entries |
| 10/2/2007 | Dahl, Don W | 2.0 | $ 600.00 | $ | 1,200.00 | 13 | Review of state tax return positions, pursuant to bankruptcy-related planning. |
| 10/2/2007 | Divers, Dale F | 2.2 | $ 515.00 | $ | 1,133.00 | 13 | Drafted responses and provided support for Texas audit of Home123 Corp for tax years 2004 - 2006, pursuant to bankruptcy-related planning. |
| 10/2/2007 | Divers, Dale F | 0.8 | $ 515.00 | $ | 412.00 | 13 | Reviewed correspondence relating to Colorado assessment for New Century for 2002 tax year and responded to J. Hughes (GT) regarding New York audit of prior year mortgage credit, filing final returns and withdrawing from states for certain entities, pursuant to bankruptcy-related planning |
| 10/2/2007 | Gamez, Martin | 2.4 | $ 245.00 | $ | 588.00 | 13 | Continued to prepare combined apportionment workpapers |
| 10/2/2007 | Gamez, Martin | 1.7 | $ 245.00 | $ | 416.50 | 13 | Continued to prepare combined apportionment workpapers. |
| 10/2/2007 | Goldberg, Walter S | 0.9 | $ 630.00 | $ | 567.00 | 13 | Discussions with Bob Carney at O'Melveny (debtor counsel) on 1139 refund claim. |
| 10/2/2007 | Grush, Gary A | 2.6 | $ 600.00 | $ | 1,560.00 | 12 | Meeting with IRS auditor |
| 10/2/2007 | Partridge, Ryan M | 2.1 | $ 350.00 | $ | 735.00 | 12 | Research and discussion involving information document requests from IRS |
| 10/2/2007 | Pomis, Brian M | 0.8 | $ 515.00 | $ | 412.00 | 12 | Discussion with NY auditor regarding the review of refund claims in NY for NCMC for the tax years 2002-2005 |
| 10/2/2007 | Ramirez, Javier R | 2.1 | $ 515.00 | $ | 1,081.50 | 13 | Continued working on Enterprise Zone credit calculation. |
| 10/2/2007 | Ratanjee, Hiten D | 3.1 | $ 390.00 | $ | 1,209.00 | 13 | Performed Excess Inclusion Income research for various states for purposes of determining the appropriate treatment for state income tax returns, pursuant to bankruptcy-related planning. |
| 10/2/2007 | White, Alexis W | 2.4 | $ 245.00 | $ | 588.00 | 13 | Continued with new state notice for New Century Financial Corporation regarding CO tax, pulled the originally filed and amended tax returns, reviewed issues involved with CO auditor, provided CO auditor with information and documentation for notice with letter drafted to auditor, pursuant to bankruptcy-related planning. |
| 10/3/2007 | Cole, Richard K | 2.8 | $ 510.00 | $ | 1,428.00 | 12 | Review IRS information document requests for New Century Mortgage Corporation |
| 10/3/2007 | Cole, Richard K | 2.7 | $ 510.00 | $ | 1,377.00 | 12 | Respond to IRS information document requests |
| 10/3/2007 | Cronin, Caroline | 2.8 | $ 225.00 | $ | 630.00 | 11 | Continued review of April time entries |
| 10/3/2007 | Cronin, Caroline | 2.6 | $ 225.00 | $ | 585.00 | 11 | Continued review of April time entries |
| 10/3/2007 | Cronin, Caroline | 2.6 | $ 225.00 | $ | 585.00 | 11 | Review of May time entries |
| 10/3/2007 | Crowe, John W | 2.7 | $ 325.00 | $ | 877.50 | 13 | Reviewed 2006 consolidated state tax returns |
| 10/3/2007 | Divers, Dale F | 1.4 | $ 515.00 | $ | 721.00 | 12 | Drafted response and attachments for Texas audit of Home123 Corp for tax years 2004 through 2006 |
| 10/3/2007 | Divers, Dale F | 0.6 | $ 515.00 | $ | 309.00 | 12 | Discussions and reviews relating to treatment of IRC Sec 860E excess inclusion income for California and other combined or consolidated state returns |
| 10/3/2007 | Divers, Dale F | 0.4 | $ 515.00 | $ | 206.00 | 13 | Reviewed schedule of estimated state refunds and sent to J Hughes (GT), pursuant to bankruptcy-related planning |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 10/3/2007 | Divers, Dale F | 2.8 | $ 515.00 | $ 1,442.00 | 13 | Review and revisions to 2006 combined state returns for Arizona, Colorado, Hawaii, Missouri and Oregon |
| 10/3/2007 | Divers, Dale F | 1.1 | $ 515.00 | $ 566.50 | 13 | Meeting with M Gamez (GT) and J Kraft (GT) to discuss revisions to Arizona, Colorado, Hawaii, Missouri and Oregon combined returns. |
| 10/3/2007 | Gamez, Martin | 1.1 | $ 245.00 | $ 269.50 | 13 | Meeting with J Kraft (GT) and D. Divers (GT) to discuss revisions to Arizona, Colorado, Hawaii, Missouri and Oregon combined returns. |
| 10/3/2007 | Gamez, Martin | 2.6 | $ 245.00 | $ 637.00 | 13 | Drafting combined apportionment workpapers. |
| 10/3/2007 | Gamez, Martin | 2.8 | $ 245.00 | $ 686.00 | 13 | Cleared combined apportionment workpapers |
| 10/3/2007 | Gamez, Martin | 2.9 | $ 245.00 | $ 710.50 | 13 | Continued clearing combined apportionment workpapers. |
| 10/3/2007 | Gamez, Martin | 2.4 | $ 245.00 | $ 588.00 | 13 | Continued clearing combined apportionment workpapers. |
| 10/3/2007 | Goldberg, Walter S | 1.1 | $ 630.00 | $ 693.00 | 13 | Discussion with IRS regarding refund claim. |
| 10/3/2007 | Grush, Gary A | 2.9 | $ 600.00 | $ 1,740.00 | 13 | Review of New Century TRS Holdings state tax returns |
| 10/3/2007 | Hughes, James R | 1.7 | $ 490.00 | $ 833.00 | 12 | Coordination and review of IRS information requests of the 2006 tax year |
| 10/3/2007 | Kraft, Jonathan E | 1.1 | $ 435.00 | $ 478.50 | 13 | Meeting with M Gamez (GT) and D. Divers (GT) to discuss revisions to Arizona, Colorado, Hawaii, Missouri and Oregon combined returns. |
| 10/3/2007 | Kraft, Jonathan E | 1.8 | $ 435.00 | $ 783.00 | 13 | Reviewed the 2006 combined state returns and positions for New Century, pursuant to bankruptcy-related planning. |
| 10/3/2007 | Kraft, Jonathan E | 2.9 | $ 435.00 | $ 1,261.50 | 13 | Continued to review the 2006 state combined returns for New Century. |
| 10/3/2007 | Kraft, Jonathan E | 2.8 | $ 435.00 | $ 1,218.00 | 13 | Continued to review the 2006 state combined returns for New Century. |
| 10/3/2007 | Partridge, Ryan M | 0.1 | $ 350.00 | $ 35.00 | 12 | Research and discussion involving information document requests from IRS |
| 10/3/2007 | Pomis, Brian M | 1.6 | $ 515.00 | $ 824.00 | 13 | Research relating to NY combined filing rules for NC Capital, NCMC and Home 123 |
| 10/3/2007 | Ratanjee, Hiten D | 2.6 | $ 390.00 | $ 1,014.00 | 12 | Drafted email regarding excess inclusion income research to B Pomis (GT) for purposes of determining the state income tax treatment of excess inclusion income. |
| 10/3/2007 | Ryan, Stephen T | 1.0 | $ 600.00 | $ 600.00 | 12 | Consult regarding excess inclusion income. |
| 10/3/2007 | White, Alexis W | 1.2 | $ 245.00 | $ 294.00 | 12 | Continued work regarding new state notice for New Century Financial Corporation regarding CO tax, pulling the originally filed and amended tax returns, reviewed issues involved with CO auditor, providing CO auditor with information and documentation for notice, drafted letter to auditor |
| 10/4/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Coordinate response to IRS 2004 information requests |
| 10/4/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Meet with IRS auditor D Flores regarding 2004 audit |
| 10/4/2007 | Cronin, Caroline | 2.8 | $ 225.00 | $ 630.00 | 11 | Continued review of May time entries |
| 10/4/2007 | Dahl, Don W | 2.3 | $ 600.00 | $ 1,380.00 | 12 | Review of state tax return positions, pursuant to bankruptcy-related planning |
| 10/4/2007 | Divers, Dale F | 1.2 | $ 515.00 | $ 618.00 | 12 | Preparation of response to Texas auditor relating to audit of New Century Mortgage Corp for tax years 2004 to 2006, coordinating response with B Pomis (GT) |
| 10/4/2007 | Divers, Dale F | 2.6 | $ 515.00 | $ 1,339.00 | 13 | of California enterprise zone hiring credit, treatment of excess inclusion income |
| 10/4/2007 | Divers, Dale F | 1.8 | $ 515.00 | $ 927.00 | 13 | Final review of combined state returns for Arizona, Colorado, Hawaii, Missouri and Oregon |
| 10/4/2007 | Grierson, R Scot | 1.2 | $ 600.00 | $ 720.00 | 13 | Coordination of the 2006 state tax returns |
| 10/4/2007 | Partridge, Ryan M | 0.3 | $ 350.00 | $ 105.00 | 12 | Correspondence regarding Form 113, pursuant to bankruptcy-related planning |
| 10/4/2007 | Pomis, Brian M | 1.2 | $ 515.00 | $ 618.00 | 12 | Preparation of response to Texas auditor relating to audit of New Century Mortgage Corp for tax years 2004 to 2006, coordinating response with D Divers (GT) |
| 10/4/2007 | Pomis, Brian M | 1.3 | $ 515.00 | $ 669.50 | 13 | Research relating to Excess Inclusion Income Issue in NY for NC Capital for the tax year 2006 |
| 10/4/2007 | Ramirez, Javier R | 2.7 | $ 515.00 | $ 1,390.50 | 13 | Review of the W-2 information provided by New Century to compute the Enterprise Zone credit for the California income tax return. |
| 10/4/2007 | Ryan, Stephen T | 1.0 | $ 600.00 | $ 600.00 | 12 | Consult regarding excess inclusion income. |
| 10/5/2007 | Cronin, Caroline | 2.9 | $ 225.00 | $ 652.50 | 11 | Continued review of May time entries |
| 10/5/2007 | Crowe, John W | 2.9 | $ 325.00 | $ 942.50 | 13 | Reviewed 2006 consolidated state tax return positions, pursuant to bankruptcy-related planning |
| 10/5/2007 | Crowe, John W | 2.8 | $ 325.00 | $ 910.00 | 13 | Continued to review 2006 consolidated state tax returns. |
| 10/5/2007 | Divers, Dale F | 1.9 | $ 515.00 | $ 978.50 | 13 | Review of combined state returns and discussions regarding status and timing of remaining combined state returns |
| 10/5/2007 | Gamez, Martin | 1.3 | $ 245.00 | $ 318.50 | 12 | related planning. |
| 10/5/2007 | Grush, Gary A | 2.7 | $ 600.00 | $ 1,620.00 | 12 | Respond to 2004 IRS information document requests |
| 10/5/2007 | Grush, Gary A | 1.2 | $ 600.00 | $ 720.00 | 13 | Review of New Century Financial Corporation state combined tax returns |
| 10/5/2007 | Hughes, James R | 1.3 | $ 490.00 | $ 637.00 | 12 | Coordination and review of IRS information requests and responses for the 2006 tax year. |
| 10/5/2007 | Kraft, Jonathan E | 2.4 | $ 435.00 | $ 1,044.00 | 13 | Review of the 2006 combined state returns for New Century. |
| 10/5/2007 | Ramirez, Javier R | 2.9 | $ 515.00 | $ 1,493.50 | 13 | Calculate the Enterprise Zone credit for the 2006 California New Century combined return |
| 10/5/2007 | Ryan, Stephen T | 1.5 | $ 600.00 | $ 900.00 | 12 | Consult regarding excess inclusion income |
| 10/6/2007 | Divers, Dale F | 0.4 | $ 515.00 | $ 206.00 | 13 | Combined state returns for New Century including REIT. |
| 10/6/2007 | Kraft, Jonathan E | 2.9 | $ 435.00 | $ 1,261.50 | 13 | Reviewed the 2006 combined state return positions for New Century, pursuant to bankruptcy-related planning. |
| 10/6/2007 | Kraft, Jonathan E | 2.8 | $ 435.00 | $ 1,218.00 | 13 | Continued to review the 2006 combined state returns for New Century. |
| 10/6/2007 | Kraft, Jonathan E | 2.8 | $ 435.00 | $ 1,218.00 | 13 | Continued to review the 2006 combined state returns for New Century. |
| 10/7/2007 | Divers, Dale F | 2.4 | $ 515.00 | $ 1,236.00 | 13 | Review combined state returns inclusive of the REIT for Idaho, Indiana, |
| 10/7/2007 | Divers, Dale F | 1.1 | $ 515.00 | $ 566.50 | 13 | Continued to review combined state returns inclusive of the REIT for Idaho, Indiana, Montana, North Dakota and Utah. |
| 10/7/2007 | Kraft, Jonathan E | 1.9 | $ 435.00 | $ 826.50 | 13 | Reviewed the 2006 combined state returns for New Century. |
| 10/8/2007 | Casey, Marisol | 2.9 | $ 450.00 | $ 1,305.00 | 13 | Began New Century 2006 Enterprise Zone Hiring Credit calculations |
| 10/8/2007 | Chen, Gina E | 2.9 | $ 390.00 | $ 1,131.00 | 13 | Reviewed the EZ zone employees. |
| 10/8/2007 | Cronin, Caroline | 1.9 | $ 225.00 | $ 427.50 | 11 | Continued review of May time entries |

| Date | Professional | Hours | Hourly Rate | | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|---|
| 10/8/2007 | Dahl. Don W | 1.7 | $ 600.00 | $ | 1,020.00 | 10 | Conference call with M Tinsley (debtor) to discuss corporate estimate tax payments. |
| 10/8/2007 | Divers, Dale F | 1.8 | $ 515.00 | $ | 927.00 | 12 | Reviewed filing position and research regarding California combined return and reporting of excess inclusion income. |
| 10/8/2007 | Divers. Dale F | 2.1 | $ 515.00 | $ | 1,081.50 | 13 | Reviewed New York filing position regarding combined return and New York case relating to excess inclusion income included in state taxable income, pursuant to bankruptcy-related planning |
| 10/8/2007 | Divers. Dale F | 0.8 | $ 515.00 | $ | 412.00 | 13 | Reviewed information for property and payroll detail for 2006 for purposes of the California enterprise zone apportionment factor, pursuant to bankruptcy-related planning. |
| 10/8/2007 | Divers. Dale F | 2.7 | $ 515.00 | $ | 1,390.50 | 13 | Review of combined returns, including the REIT, for Illinois, Kansas. Minnesota, New Hampshire and Tennessee. |
| 10/8/2007 | Divers. Dale F | 0.4 | $ 515.00 | $ | 206.00 | 13 | Signed 2006 combined returns for New Century for Arizona. Colorado, Hawaii, Missouri and Oregon. |
| 10/8/2007 | Goldberg. Walter S | 1.3 | $ 630.00 | $ | 819.00 | 13 | Discussion with IRS regarding refund claim. |
| 10/8/2007 | Grush. Gary A | 1.8 | $ 600.00 | $ | 1,080.00 | 12 | Review IRS information document requests for 2006 tax year |
| 10/8/2007 | Grush, Gary A | 1.2 | $ 600.00 | $ | 720.00 | 13 | Review IRS information request regarding payroll tax information |
| 10/8/2007 | Hughes, James R | 1.2 | $ 490.00 | $ | 588.00 | 13 | Coordination with finalizing remaining 2006 state tax returns for New Century. |
| 10/8/2007 | Hughes, James R | 1.6 | $ 490.00 | $ | 784.00 | 13 | Research and review of payroll related items related to legal settlement payments and conference call with M. McCarthy (debtor) |
| 10/8/2007 | Kraft, Jonathan E | 2.8 | $ 435.00 | $ | 1,218.00 | 13 | Reviewed the 2006 combined state returns for New Century. |
| 10/8/2007 | Kraft. Jonathan E | 2.9 | $ 435.00 | $ | 1,261.50 | 13 | Continued review of the 2006 combined state returns for New Century. |
| 10/8/2007 | Ramirez. Javier R. | 2.3 | $ 515.00 | $ | 1,184.50 | 13 | Review of prior year intra-state apportionment calculation compared to 2006 and calculated intra-state apportionment based on property and payroll |
| 10/9/2007 | Arquette. Paul D | 0.6 | $ 170.00 | $ | 102.00 | 13 | Delivered New Century state tax returns to M Tinsley (debtor) at his office |
| 10/9/2007 | Casey, Marisol | 2.9 | $ 450.00 | $ | 1,305.00 | 13 | Continued calculations of the 2006 Enterprise zone hiring credit for approximately 25 employees for New Century. |
| 10/9/2007 | Chen, Gina E | 0.3 | $ 390.00 | $ | 117.00 | 13 | Assisted in locating W-2's for the TEA enterprise zone credit calculation. |
| 10/9/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ | 1,479.00 | 12 | Respond to IRS information document requests |
| 10/9/2007 | Cole, Richard K | 2.7 | $ 510.00 | $ | 1,377.00 | 12 | Analyze IRS information request for New Century TRS Holdings Inc |
| 10/9/2007 | Cronin, Caroline | 2.9 | $ 225.00 | $ | 652.50 | 11 | Review of June time entries |
| 10/9/2007 | Divers, Dale F | 1.7 | $ 515.00 | $ | 875.50 | 13 | Review status of remaining combined returns and delivered five combined state returns to client on October 9, 2007. |
| 10/9/2007 | Divers, Dale F | 2.6 | $ 515.00 | $ | 1,339.00 | 13 | Reviewed combined returns for Idaho, Indiana, Montana, North Dakota and Utah with review of and revisions to schedule of estimated refunds |
| 10/9/2007 | Grush, Gary A | 1.2 | $ 600.00 | $ | 720.00 | 12 | Reconciliation of 2006 state tax refunds |
| 10/9/2007 | Kraft. Jonathan E | 2.9 | $ 435.00 | $ | 1,261.50 | 13 | Continued to review the 2006 combined state returns for New Century. |
| 10/9/2007 | Kraft, Jonathan E | 2.9 | $ 435.00 | $ | 1,261.50 | 13 | Continued to review the 2006 combined state returns for New Century. |
| 10/9/2007 | Kraft, Jonathan E | 1.1 | $ 435.00 | $ | 478.50 | 13 | Continued to review the 2006 combined state returns for New Century |
| 10/9/2007 | Ramirez, Javier R | 2.9 | $ 515.00 | $ | 1,493.50 | 13 | Continued to calculate Enterprise Zone credit for the 2006 California combined state return for New Century. |
| 10/9/2007 | Ramirez, Javier R | 2.9 | $ 515.00 | $ | 1,493.50 | 13 | Continued to calculate Enterprise Zone credit for the 2006 California combined state return for New Century. |
| 10/9/2007 | Ryan, Stephen T | 0.9 | $ 600.00 | $ | 540.00 | 12 | Consult regarding excess inclusion income |
| 10/10/2007 | Casey. Marisol | 2.9 | $ 450.00 | $ | 1,305.00 | 13 | Review and confirmation of New Century prior year voucher employees for the CA enterprise zone hiring credit. |
| 10/10/2007 | Cole. Richard K | 2.9 | $ 510.00 | $ | 1,479.00 | 12 | Research and discussion regarding 2004-2006 IRS audit |
| 10/10/2007 | Cole, Richard K | 2.6 | $ 510.00 | $ | 1,326.00 | 12 | Review IRS information Document Request for 2004 |
| 10/10/2007 | Cronin. Caroline | 2.8 | $ 225.00 | $ | 630.00 | 11 | Continued review of June time entries |
| 10/10/2007 | Dahl. Don W | 2.7 | $ 600.00 | $ | 1,620.00 | 13 | Review state tax returns, pursuant to bankruptcy-related planning |
| 10/10/2007 | Divers, Dale F | 2.2 | $ 515.00 | $ | 1,133.00 | 13 | Review of combined state returns for Illinois. Kansas, Minnesota, New Hampshire and Tennessee. |
| 10/10/2007 | Divers, Dale F | 2.2 | $ 515.00 | $ | 1,133.00 | 13 | Review of 2006 California combined return and intra-state apportionment of taxable income to state. |
| 10/10/2007 | Divers. Dale F | 1.6 | $ 515.00 | $ | 824.00 | 13 | Review of revisions to 2006 California combined return and intra-state apportionment factor. |
| 10/10/2007 | Goldberg, Walter S | 0.7 | $ 630.00 | $ | 441.00 | 13 | Discussion with IRS regarding refund claim |
| 10/10/2007 | Kraft, Jonathan E | 2.9 | $ 435.00 | $ | 1,261.50 | 13 | Review of the 2006 California combined return for New Century |
| 10/10/2007 | Kraft, Jonathan E | 2.8 | $ 435.00 | $ | 1,218.00 | 13 | Review of the final 2006 combined state returns for New Century. |
| 10/10/2007 | Kraft. Jonathan E | 2.9 | $ 435.00 | $ | 1,261.50 | 13 | Continued review of the final 2006 California combined return for New Century. |
| 10/10/2007 | Kraft. Jonathan E | 2.9 | $ 435.00 | $ | 1,261.50 | 13 | Prepared the 2006 California EZ Hiring Credit calculation for the 2006 California combined return for New Century |
| 10/10/2007 | Ramirez. Javier R | 2.9 | $ 515.00 | $ | 1,493.50 | 13 | Calculated the 2006 California EZ credit for the New Century California combined income tax return. |
| 10/10/2007 | Ryan. Stephen T | 1.1 | $ 600.00 | $ | 660.00 | 12 | Consulting services related to the NY combined return filing |
| 10/11/2007 | Cole. Richard K | 2.8 | $ 510.00 | $ | 1,428.00 | 12 | Research and discussion regarding 2004-2006 IRS audit |
| 10/11/2007 | Cole, Richard K | 2.5 | $ 510.00 | $ | 1,275.00 | 12 | Coordinate response to IRS information requests for 2006 |
| 10/11/2007 | Cronin. Caroline | 2.3 | $ 225.00 | $ | 517.50 | 11 | Continued review of June time entries |
| 10/11/2007 | Dahl, Don W | 1.3 | $ 600.00 | $ | 780.00 | 12 | Review state tax returns |
| 10/11/2007 | Divers, Dale F | 2.2 | $ 515.00 | $ | 1,133.00 | 13 | Review of 2006 California combined return with revisions to apply a portion of California refund to 2007 California minimum tax and provided summary of state refunds to G. Grush (GT). |
| 10/11/2007 | Hughes. James R | 1.7 | $ 490.00 | $ | 833.00 | 12 | Responding and reviewing IRS information requests on 2006 tax year. |
| 10/11/2007 | Hughes, James R | 1.2 | $ 490.00 | $ | 588.00 | 13 | Analysis regarding 2007 estimated tax liability for federal and state tax purposes |
| 10/11/2007 | Kraft, Jonathan E | 2.8 | $ 435.00 | $ | 1,218.00 | 13 | Delivery of the 2006 combined state returns for New Century |

| Date | Professional | Hours | Hourly Rate | | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|---|
| 10/11/2007 | Ratanjee, Hiten D | 1 6 | $ 390 00 | $ | 624.00 | 12 | Meeting with A. White (GT) to discuss progress and gathering of documentation for TX audit including review of documentation request and proposed documentation to be provided with A White (GT) |
| 10/11/2007 | Ratanjee. Hiten D | 2.3 | $ 390.00 | $ | 897 00 | 12 | Reviewed audit request for TX auditor including information previously sent to auditor, gathered and reviewed new documentation to provide to auditor per her request |
| 10/11/2007 | Ratanjee. Hiten D | 0.2 | $ 390 00 | $ | 78.00 | 12 | Continued to review audit request for TX auditor including information previously sent to auditor, gathered and reviewed new documentation to provide to auditor per her request |
| 10/11/2007 | Ryan, Stephen T | 0.5 | $ 600.00 | $ | 300 00 | 13 | Review of state tax returns |
| 10/11/2007 | White, Alexis W | 1.6 | $ 245.00 | $ | 392.00 | 12 | Meeting with H. Ratanjee (GT) to discuss progress and gathering of documentation for TX audit including review of documentation request and proposed documentation to be provided with. |
| 10/12/2007 | Cole. Richard K | 2 9 | $ 510.00 | $ | 1,479 00 | 12 | Review IRS audit requests covering the 2006 year |
| 10/12/2007 | Cole, Richard K | 2 8 | $ 510 00 | $ | 1.428 00 | 12 | Gather documentation for New Century TRS Holdings. Inc IRS audit |
| 10/12/2007 | Cronin, Caroline | 2 9 | $ 225 00 | $ | 652.50 | 11 | Continued review of June time entries |
| 10/12/2007 | Dahl, Don W | 1 7 | $ 600 00 | $ | 1.020.00 | 12 | Review state tax returns |
| 10/12/2007 | Divers, Dale F | 1.8 | $ 515.00 | $ | 927.00 | 13 | Workpapers documentation related to 2006 state tax returns. |
| 10/12/2007 | Divers, Dale F | 1.4 | $ 515.00 | $ | 721.00 | 13 | Reviewed documentation relating to treatment of excess inclusion income on Connecticut return for J. Hughes (GT) |
| 10/12/2007 | Grush. Gary A | 2.9 | $ 600.00 | $ | 1.740.00 | 12 | Review IRS information document request regarding 2005 Original Issue Discount |
| 10/12/2007 | Pomis, Brian M | 1 1 | $ 515 00 | $ | 566.50 | 12 | Researched state excess income inclusion issue for NC Capital |
| 10/12/2007 | Ratanjee. Hiten D | 1 2 | $ 390 00 | $ | 468 00 | 12 | Research regarding the state's income tax treatment of excess inclusion income for memo writing purposes |
| 10/13/2007 | Cole, Richard K | 2.7 | $ 510 00 | $ | 1.377.00 | 12 | Review documentation in connection with IRS information requests |
| 10/13/2007 | Cole, Richard K | 2 7 | $ 510 00 | $ | 1,377.00 | 12 | Prepare for meeting with IRS auditor D. Flores |
| 10/14/2007 | Divers, Dale F | 1.7 | $ 515 00 | $ | 875 50 | 12 | Final revisions and attachments to Texas audits of New Century Mortgage Corp (2003 refund claim), New Century Mortgage Corp (2003 to 2005 tax years) and Home123 Corp (2004 to 2006 tax years) |
| 10/15/2007 | Cochrum, Crystal L | 2 1 | $ 75.00 | $ | 157 50 | 11 | Review and format time entries for September fee application |
| 10/15/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ | 1,479 00 | 12 | Meet with IRS auditor D Flores |
| 10/15/2007 | Cordonnier. Andrew W | 0 8 | $ 715.00 | $ | 536 25 | 12 | Review issues and discussions regarding IRS audit covering 2004 tax year |
| 10/15/2007 | Cronin Caroline | 2 8 | $ 225.00 | $ | 630 00 | 11 | Continued review of June time entries |
| 10/15/2007 | Cronin, Caroline | 2 9 | $ 225 00 | $ | 652.50 | 11 | Review of July time entries |
| 10/15/2007 | Divers, Dale F | 1.8 | $ 515.00 | $ | 927.00 | 12 | Finalize and send responses to Texas auditor for New Century Mortgage Corp (amended 2003 return; 2003 - 2005 audit) and Home123 Corp (2004-2006 audit) |
| 10/15/2007 | Grush, Gary A | 2.8 | $ 600.00 | $ | 1,680 00 | 12 | Meeting with IRS auditor D Flores |
| 10/15/2007 | Grush, Gary A | 2 1 | $ 600.00 | $ | 1,260 00 | 12 | Review of IRS 2004 information document request. |
| 10/15/2007 | Kraft, Jonathan E | 2 7 | $ 435.00 | $ | 1,174 50 | 13 | Finalized the 2006 California EZ Credit for New Century |
| 10/15/2007 | Pomis, Brian M | 2 6 | $ 515 00 | $ | 1,339 00 | 12 | Research and e-mail write up regarding treatment of Excess Inclusion Income in all unitary states for New Century Financial Corp. and Affiliates |
| 10/15/2007 | White, Alexis W | 2 6 | $ 245 00 | $ | 637 00 | 12 | Prepared and reviewed documentation for New Century Mortgage Corp and |
| 10/15/2007 | White. Alexis W | 0 9 | $ 245 00 | $ | 220.50 | 12 | Continued to prepare and review documentation for New Century Mortgage Corp and Home123 TX audit |
| 10/16/2007 | Cochrum. Crystal L | 2.4 | $ 75 00 | $ | 180.00 | 11 | Review and format time entries for September fee application |
| 10/16/2007 | Cochrum, Crystal L | 0.6 | $ 75.00 | $ | 45.00 | 11 | Review and finalize time detail for review |
| 10/16/2007 | Cole, Richard K | 2.8 | $ 510.00 | $ | 1,428.00 | 12 | Follow-up regarding IRS meeting and information requests |
| 10/16/2007 | Cronin, Caroline | 2.6 | $ 225.00 | $ | 585.00 | 11 | Continued review of July time entries |
| 10/16/2007 | Cronin. Caroline | 2.7 | $ 225.00 | $ | 607.50 | 11 | Continued review of July time entries |
| 10/16/2007 | Cronin, Caroline | 2 7 | $ 225.00 | $ | 607.50 | 11 | Continued review of July time entries |
| 10/16/2007 | Divers, Dale F | 1.2 | $ 515.00 | $ | 618.00 | 12 | Conference call with B. Pomis (GT) to discuss status of various state audits and refund claims. |
| 10/16/2007 | Divers. Dale F | 1.7 | $ 515 00 | $ | 875 50 | 13 | Reconciled client schedule of 2006 state tax refunds to actual refunds per state tax returns filed, revised internal schedule and provided to G Grush (GT) |
| 10/16/2007 | Gamez, Martin | 2 8 | $ 245 00 | $ | 686 00 | 13 | Placed all workpapers and tax returns into tax files. |
| 10/16/2007 | Goldberg. Walter S | 1 2 | $ 630 00 | $ | 756 00 | 13 | Call with Gary Grush regarding refund claim |
| 10/16/2007 | Grush, Gary A | 1 2 | $ 600.00 | $ | 720 00 | 13 | Call with W. Goldberg (GT). |
| 10/16/2007 | Maynard, Scott A | 3.5 | $ 225 00 | $ | 787 50 | 13 | Organized and updated work paper files for all New Century entities (NCMC, Home 123, NC Capital. NCIS, NC Credit, NC Warehouse) |
| 10/16/2007 | Pomis, Brian M | 1 2 | $ 515.00 | $ | 618 00 | 12 | Conference call with D Divers (GT) to discuss status of various state audits and refund claims |
| 10/17/2007 | Cochrum, Crystal L | 1 2 | $ 75 00 | $ | 90 00 | 11 | Review fee application |
| 10/17/2007 | Cole. Richard K | 2 9 | $ 510 00 | $ | 1,479 00 | 12 | Coordinate response to IRS request regarding original issue discount income |
| 10/17/2007 | Cronin, Caroline | 2 1 | $ 225.00 | $ | 472 50 | 11 | Review of August time entries |
| 10/17/2007 | Cronin. Caroline | 2.6 | $ 225.00 | $ | 585.00 | 11 | Continued review of August time entries |
| 10/17/2007 | Cronin, Caroline | 1.7 | $ 225.00 | $ | 382 50 | 11 | Continued review of August time entries |
| 10/17/2007 | Gamez. Martin | 2.8 | $ 245.00 | $ | 686.00 | 13 | Continued to place all workpapers and tax returns into tax files. |
| 10/17/2007 | Goldberg, Walter S | 0 8 | $ 630.00 | $ | 504.00 | 13 | Discussions with Bob Carney at O'Meleveny (debtor counsel) on 1139 refund claim |
| 10/17/2007 | Grush. Gary A | 1 1 | $ 600.00 | $ | 660.00 | 12 | Review IRS information document requests for New Century Mortgage Corporation |
| 10/17/2007 | Maynard. Scott A | 2 0 | $ 225 00 | $ | 450.00 | 13 | Organized and updated work paper files for all New Century entities (NCMC. Home 123. NC Capital. NCIS, NC Credit. NC Warehouse). |

| Date | Professional | Hours | Hourly Rate | | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|---|
| 10/17/2007 | Partridge, Ryan M | 0 6 | $ 350 00 | $ | 210 00 | 12 | Gathering information for IRS information document requests. |
| 10/17/2007 | Pomis, Brian M | 1 7 | $ 515 00 | $ | 875.50 | 12 | Research of excess inclusion income and NOL treatment for New Century Financial Corp. and preparation of letter ruling to the State of CA. |
| 10/17/2007 | White, Alexis W | 0.2 | $ 245 00 | $ | 49 00 | 12 | Contacted state of CO regarding notices, pursuant to bankruptcy-related |
| 10/18/2007 | Cole, Richard K | 2 7 | $ 510 00 | $ | 1,377 00 | 12 | Review documentation in connection with 2004 IRS audit |
| 10/18/2007 | Cronin, Caroline | 2 8 | $ 225.00 | $ | 630 00 | 11 | Continued review of August time entries |
| 10/18/2007 | Cronin, Caroline | 2 9 | $ 225.00 | $ | 652 50 | 11 | Continued review of August time entries |
| 10/18/2007 | Cronin, Caroline | 1.9 | $ 225 00 | $ | 427 50 | 11 | Continued review of August time entries |
| 10/18/2007 | Divers, Dale F | 1.6 | $ 515.00 | $ | 824 00 | 12 | Review correspondence from Texas auditor relating to New Century Mortgage Corp and Home123 Corp audits with GT to complete Texas audit questionnaire forms and review files for additional information relating to detail of loans and sales. |
| 10/18/2007 | Divers, Dale F | 1.4 | $ 515.00 | $ | 721 00 | 12 | Update schedule of tax controversies per previous discussion with B Pomis (GT). |
| 10/18/2007 | Gamez, Martin | 2 4 | $ 245.00 | $ | 588.00 | 13 | Drafted apportionment memo chronicling the work progress of all tax returns drafted for New Century |
| 10/18/2007 | Goldberg, Walter S | 1 1 | $ 630.00 | $ | 693 00 | 13 | Discussion and coordination of IRS examination |
| 10/19/2007 | Cronin, Caroline | 2.6 | $ 225 00 | $ | 585 00 | 11 | Review of September time entries |
| 10/19/2007 | Cronin, Caroline | 1 8 | $ 225 00 | $ | 405 00 | 11 | Continued review of September time entries |
| 10/19/2007 | Cronin, Caroline | 2.8 | $ 225 00 | $ | 630.00 | 11 | Continued review of September time entries |
| 10/19/2007 | Divers, Dale F | 0.6 | $ 515.00 | $ | 309 00 | 12 | Meeting with A White (GT) and M Gamez (GT) to discuss status of state notices and audits. |
| 10/19/2007 | Divers, Dale F | 1.4 | $ 515.00 | $ | 721 00 | 12 | Responses to information document requests from Texas auditor related to audits of Home123 Corp and New Century Mortgage Corp. |
| 10/19/2007 | Gamez, Martin | 0 6 | $ 245.00 | $ | 147 00 | 12 | Meeting with A White (GT) and D Divers (GT) to discuss status of state notices and audits |
| 10/19/2007 | Gamez, Martin | 2.8 | $ 245.00 | $ | 686.00 | 13 | Continued to draft apportionment memo chronicling the work progress of all tax returns drafted for New Century |
| 10/19/2007 | Gamez, Martin | 2 7 | $ 245.00 | $ | 661 50 | 13 | Placed all paper work and tax returns onto files to prepare for filing. |
| 10/19/2007 | Martin, Matthew A | 1 5 | $ 225.00 | $ | 337 50 | 12 | Information Document Request preparation |
| 10/19/2007 | Seddigh, Frank | 2 0 | $ 225 00 | $ | 450.00 | 13 | Assist in gathering information in connection with IRS examination of 2005 |
| 10/19/2007 | Seddigh, Frank | 2 0 | $ 225 00 | $ | 450.00 | 13 | Continued to assist in gathering information in connection with IRS examination of 2005. |
| 10/19/2007 | White, Alexis W | 0.6 | $ 245 00 | $ | 147.00 | 12 | Review and reconciliation of new state tax notices to spreadsheet of all state tax notices with update for current filings and events |
| 10/19/2007 | White, Alexis W | 0 6 | $ 245.00 | $ | 147 00 | 12 | Meeting with D Divers (GT) and M Gamez (GT) to discuss status of state notices and audits. |
| 10/22/2007 | Cole, Richard K | 2 9 | $ 510 00 | $ | 1,479.00 | 12 | Gather documentation for New Century TRS Holdings, Inc IRS audit |
| 10/22/2007 | Cole, Richard K | 2 9 | $ 510 00 | $ | 1,479 00 | 12 | Analyze IRS information request for New Century TRS Holdings Inc |
| 10/22/2007 | Cronin, Caroline | 2.9 | $ 225 00 | $ | 652 50 | 11 | Continued review of September time entries |
| 10/22/2007 | Cronin, Caroline | 2 7 | $ 225.00 | $ | 607.50 | 11 | Extract October time entries for fee application |
| 10/22/2007 | Cronin, Caroline | 2.4 | $ 225 00 | $ | 540 00 | 11 | Format October time entries for fee application |
| 10/22/2007 | Divers, Dale F | 1 6 | $ 515 00 | $ | 824 00 | 12 | Contacted Texas auditor regarding information document request for audits of Home123 Corp and New Century Mortgage Corp. |
| 10/22/2007 | Gamez, Martin | 2.8 | $ 245 00 | $ | 686 00 | 13 | Referenced paperwork and placed all workpapers into file to update tax files. |
| 10/22/2007 | Gamez, Martin | 2 1 | $ 245.00 | $ | 514 50 | 13 | Continued to reference paperwork and place all workpapers into file to update tax files |
| 10/22/2007 | Grush, Gary A | 1 3 | $ 600.00 | $ | 780.00 | 12 | Review of IRS information document requests for the tax years 2004-2006 |
| 10/22/2007 | Partridge, Ryan M | 0 5 | $ 350.00 | $ | 175.00 | 12 | Gathered information for the IRS audit information document requests. |
| 10/22/2007 | Seddigh, Frank | 2.0 | $ 225.00 | $ | 450.00 | 13 | Review of IRS information document request covering the 2005 audit. |
| 10/22/2007 | White, Alexis W | 0 6 | $ 245.00 | $ | 147 00 | 12 | Prepared and revised TX audit questionnaire and prepared cover letter for client. |
| 10/22/2007 | White, Alexis W | 0 6 | $ 245.00 | $ | 147 00 | 12 | Review common workpapers for all current audits. |
| 10/23/2007 | Cochrum, Crystal L | 2 7 | $ 75.00 | $ | 202 50 | 11 | Reviewed final draft of September fee application |
| 10/23/2007 | Cochrum, Crystal L | 1.4 | $ 75.00 | $ | 105.00 | 11 | Continued final review of September fee application. |
| 10/23/2007 | Cole, Richard K | 2 7 | $ 510.00 | $ | 1,377 00 | 13 | Gather information in response to IRS audit of New Century Mortgage Corporation |
| 10/23/2007 | Cronin, Caroline | 1 9 | $ 225.00 | $ | 427.50 | 11 | Review October time entries |
| 10/23/2007 | Cronin, Caroline | 2 9 | $ 225.00 | $ | 652 50 | 11 | Continued review of October time entries |
| 10/23/2007 | Cronin, Caroline | 2 8 | $ 225.00 | $ | 630.00 | 11 | Continued review of October time entries |
| 10/23/2007 | Divers, Dale F | 1 1 | $ 515.00 | $ | 566.50 | 12 | Reviewed status of various state notices and assessments |
| 10/23/2007 | Grush, Gary A | 2 1 | $ 600 00 | $ | 1,260.00 | 12 | Review of IRS information document request for New Century Mortgage Corporation |
| 10/23/2007 | Grush, Gary A | 0 8 | $ 600.00 | $ | 480.00 | 13 | Meeting with M. Tinsley (debtor) regarding status of returns |
| 10/23/2007 | Hughes, James R | 1 4 | $ 225.00 | $ | 315.00 | 11 | Review of fourth fee application and related exhibits. |
| 10/23/2007 | Hughes, James R | 1 8 | $ 490.00 | $ | 882 00 | 13 | Meeting with M. Tinsley (debtor) to review tax related matters and review of additional IRS information requests |
| 10/23/2007 | Partridge, Ryan M | 0 7 | $ 350.00 | $ | 245 00 | 13 | Reviewing residual interest schedule and determining effects on excess inclusion income |
| 10/23/2007 | Seddigh, Frank | 1 3 | $ 225 00 | $ | 292 50 | 13 | Analysis of IRS information document request covering the 2005 audit |
| 10/23/2007 | Steinmetz, Adam L | 0.5 | $ 245.00 | $ | 122 50 | 10 | PBC request for preparing Schedule Q |
| 10/23/2007 | Wong, James Y | 0 8 | $ 225 00 | $ | 180.00 | 11 | Reviewed September 2007 monthly fee application and provided instruction on modifications of the narrative and exhibits |
| 10/24/2007 | Cochrum, Crystal L | 2 8 | $ 75.00 | $ | 210 00 | 11 | Final review of September fee application |
| 10/24/2007 | Cochrum, Crystal L | 1 6 | $ 75.00 | $ | 120.00 | 11 | Continued review of time and expenses related to September fee application |
| 10/24/2007 | Cole, Richard K | 2 8 | $ 510.00 | $ | 1,428.00 | 13 | Review of IRS information requests covering 2004 audit |
| 10/24/2007 | Cronin, Caroline | 2 8 | $ 225 00 | $ | 630 00 | 11 | Continued review of October time entries |

| Date | Professional | Hours | Hourly Rate | | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|---|
| 10/24/2007 | Cronin, Caroline | 2 9 | $ 225 00 | $ | 652 50 | 11 | Continued review of October time entries |
| 10/24/2007 | Cronin, Caroline | 1 9 | $ 225.00 | $ | 427 50 | 11 | Continued review of October time entries |
| 10/24/2007 | Divers, Dale F | 2 4 | $ 515 00 | $ | 1,236.00 | 12 | Drafted response to Texas auditor information request for New Century Mortgage Corp audit for tax years 2003 - 2005 and forwarded draft response to B Pomis (GT) for comments prior to sending to auditor |
| 10/24/2007 | Divers, Dale F | 0.4 | $ 515.00 | $ | 206 00 | 12 | Scan and mail signed audit questionnaires to Texas auditor for audits of New Century Mortgage Corp and Home123 Corp |
| 10/24/2007 | Divers, Dale F | 1.1 | $ 515.00 | $ | 566.50 | 13 | Research relating to filing combined New York return to include only New Century Mortgage Corp, Home123 Corp and NC Capital Corp, pursuant to bankruptcy-related planning |
| 10/24/2007 | Gamez, Martin | 2.7 | $ 245.00 | $ | 661 50 | 13 | Continued to label all tax returns, insert into their respective files and retrieve New York returns to prepare returns |
| 10/24/2007 | Gamez, Martin | 1.6 | $ 245.00 | $ | 392 00 | 13 | Continued to label all tax returns, insert into their respective files and retrieve New York returns to prepare returns |
| 10/24/2007 | Grush, Gary A | 1.1 | $ 600.00 | $ | 660.00 | 12 | Reviewed IRS information document requests for New Century Mortgage Corporation |
| 10/24/2007 | Hughes, James R | 1 1 | $ 490.00 | $ | 539 00 | 12 | Reviewing the 2006 tax return workpapers and responses to IRS information requests |
| 10/24/2007 | White, Alexis W | 2 3 | $ 245.00 | $ | 563 50 | 12 | Reviewed New Century new notices and update spreadsheet for KY, LA, and New York City with inquiry into each notice, summarizing results in spreadsheet and sent to D Divers (GT). |
| 10/24/2007 | White, Alexis W | 1 3 | $ 245.00 | $ | 318.50 | 12 | Continued to review New Century new notices and update spreadsheet for KY, LA, and New York City with inquiry into each notice, summarizing results in spreadsheet and sent to D. Divers (GT) |
| 10/24/2007 | Wong, James Y | 1 1 | $ 225.00 | $ | 247 50 | 11 | Reviewed September 2007 monthly fee application and provided instruction on further modifications of the exhibits |
| 10/25/2007 | Cochrum, Crystal L | 2.6 | $ 75.00 | $ | 195.00 | 11 | Final processing of September fee application |
| 10/25/2007 | Cochrum, Crystal L | 0 9 | $ 75 00 | $ | 67 50 | 11 | Continued processing, e-mailing and FedEx of September fee application |
| 10/25/2007 | Cole, Richard K | 2 7 | $ 510.00 | $ | 1,377.00 | 13 | Coordinate response to IRS information requests for 2006 |
| 10/25/2007 | Cronin, Caroline | 2 8 | $ 225 00 | $ | 630.00 | 11 | Continued review of October time entries |
| 10/25/2007 | Cronin, Caroline | 0 9 | $ 225 00 | $ | 202 50 | 11 | Continued review of October time entries |
| 10/25/2007 | Divers, Dale F | 2 2 | $ 515 00 | $ | 1,133 00 | 12 | Perform analysis of tax change if filing 2006 New York combined return rather than separate-company returns |
| 10/25/2007 | Hughes, James R | 2 2 | $ 490 00 | $ | 1,078 00 | 12 | Review of New Century IRS information requests related to the 2006 tax year |
| 10/25/2007 | Partridge, Ryan M | 0 8 | $ 350.00 | $ | 280.00 | 12 | Gathering information for the IRS audit information document requests. |
| 10/25/2007 | Steinmetz, Adam L | 2.5 | $ 245.00 | $ | 612 50 | 12 | Prepared tax workpapers for IRS information request |
| 10/26/2007 | Cole, Richard K | 2 8 | $ 510 00 | $ | 1,428.00 | 13 | Review of IRS document requests covering 2006 tax year |
| 10/26/2007 | Divers, Dale F | 2 2 | $ 515.00 | $ | 1,133.00 | 12 | Analysis of tax benefit of filing separate company New York returns for 2006 versus initial combined filing. |
| 10/26/2007 | Divers, Dale F | 1 2 | $ 515.00 | $ | 618.00 | 13 | Prepared items regarding New York separate company returns for New Century Mortgage Corp, Home123 Corp and New Century Capitol Corporation with mortgage credit forms to be completed for New Century Mortgage Corp and Home123 Corp |
| 10/29/2007 | Partridge, Ryan M | 1.7 | $ 350 00 | $ | 595.00 | 12 | Review of audit binders given from M Valencia (debtor). |
| 10/29/2007 | Partridge, Ryan M | 0 5 | $ 350 00 | $ | 175.00 | 13 | Analysis of excess inclusion income broken down by entity. |
| 10/29/2007 | Steinmetz, Adam L | 0 5 | $ 245 00 | $ | 122 50 | 12 | Continued preparing information for IRS Information Requests |
| 10/30/2007 | Partridge, Ryan M | 2 6 | $ 350 00 | $ | 910.00 | 12 | Gathering of documents for IRS audit information document requests |
| 10/30/2007 | Steinmetz, Adam L | 0 3 | $ 245 00 | $ | 61 25 | 12 | Continued preparing information for IRS Information Requests |
| 10/30/2007 | White, Alexis W | 0 8 | $ 245.00 | $ | 196 00 | 12 | Contacted state of KY regarding notice stating NC has a filing requirement with review and discussion of notice and prior history of filing in the state, status of filings with KY and summarize results in spreadsheet and email to D Divers (GT). |
| 10/31/2007 | Cole, Richard K | 2 6 | $ 510.00 | $ | 1,326.00 | 13 | Analyze IRS information request for New Century TRS Holdings Inc. |
| 10/31/2007 | Divers, Dale F | 0.8 | $ 515.00 | $ | 412.00 | 12 | Reviewed New York combined return versus separate return analysis and forwarded to B Pomis (GT) to review |
| 10/31/2007 | Divers, Dale F | 0 8 | $ 515.00 | $ | 412 00 | 13 | Review status of New Century Mortgage Corp. 2005 net operating loss carryback returns, pursuant to bankruptcy-related planning |
| 10/31/2007 | Grush, Gary A | 2.3 | $ 600 00 | $ | 1,380 00 | 12 | Review IRS information document requests for New Century Mortgage Corporation |
| 10/31/2007 | Hughes, James R | 1 3 | $ 490 00 | $ | 637.00 | 10 | Coordination and requests for Schedule Q information in connection with the 2007 estimated tax analysis |
| 10/31/2007 | Hughes, James R | 1 7 | $ 490.00 | $ | 833.00 | 12 | Review of New Century IRS information requests and responses for the 2006 tax year |
| 10/31/2007 | Lambert, Adam L | 1 5 | $ 605.00 | $ | 907 50 | 12 | Review of IRS penalty notices for 1099s for 2004 and 2005 for TRS Holdings and New Century and review of penalty abatement letter for IRS late filing penalty for 2004 that was denied by IRS. |
| 10/31/2007 | Partridge, Ryan M | 1.2 | $ 350.00 | $ | 420 00 | 12 | Gathering of documents for IRS audit information document requests |
| 10/31/2007 | Ryan, Stephen T | 4.0 | $ 600 00 | $ | 2,400 00 | 12 | Consult regarding excess inclusion income |
| 10/31/2007 | Steinmetz, Adam L | 0.5 | $ 245 00 | $ | 122.50 | 12 | Listing topics of 2004 Board minutes requested previously by the IRS |
| | | 580 8 | | $ | 234,292.00 | | |