IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., et al.,<br><br>                    Debtors. | Chapter 11<br>Case No. 07-10416-KJC, et seq.<br><br>**Objections due by: December 13, 2007, 4:00 p.m.**<br>**Hearing Date: December 20, 2007 at 1:30 p.m.** |

## NOTICE OF MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE C/O HOMEQ SERVICING CORPORATION FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:    Parties listed on the Certificate of Service

      Deutsche Bank National Trust Company as Trustee c/o HomEq Servicing Corporation has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to a parcel of real property in which the above-captioned debtor may hold an interest, located at 3248 Saguro Lane, Perris, CA 92571.

      **HEARING ON THE MOTION WILL BE HELD ON DECEMBER 20, 2007 AT 1:30 P.M.**

      You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at lease five business days before the above hearing date. At the same time, you must also serve a copy of the response upon movant's attorneys:

      Thomas D.H. Barnett, Esquire      Adam Hiller, Esquire
      Draper & Goldberg, PLLC           Draper & Goldberg, PLLC
      P.O. Box 947                              1500 North French Street, 2nd Floor
      512 East Market Street             Wilmington, Delaware 19801
      Georgetown, Delaware 19947     (302) 339-8776 telephone

      The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

      The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

 IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTING IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 29, 2007     Respectfully submitted,
   Wilmington, Delaware

            DRAPER & GOLDBERG, PLLC

            **/s/ Adam Hiller**
            Adam Hiller (DE No. 4105)
            1500 North French Street, 2nd Floor
            Wilmington, Delaware 19801
            (302) 339-8776 telephone
            (302) 213-0043 facsimile

            and

            Thomas D.H. Barnett (DE No. 994)
            Draper & Goldberg, PLLC
            P.O. Box 947
            512 East Market Street
            Georgetown, Delaware 19947

            *Attorneys for Movant*