File No. JF04060 | Page #1

**FROM:**

Sam C. Smith

Appraisals by Sam

11970 E. Stillwater Way

Redding, CA 96003

Telephone Number: 530-221-3569          Fax Number: 530-246-1912

# INVOICE

| INVOICE NUMBER |
|---|
| JF04058 |
| **DATE** |
| 3/4/2004 |

**TO:**

Jennifer Wells

The Mortgage Exchange

75 Enterprise, #165

Aliso Viejo, CA 92656-2629

Telephone Number: 949-330-6880          Fax Number: 949-215-6676

Alternate Number:                              E-Mail:

**REFERENCE**

| | |
|---|---|
| Internal Order #: | JF04058 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | JF04060 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

*New Century TRS. Holdings Inc,*
*Ch. 11.*
*Case # 07-10416(KJC)*

## DESCRIPTION

|  |  |  |  |
|---|---|---|---|
| **Lender:** New Century Mortgage | | **Client:** New Century Mortgage | |
| **Purchaser/Borrower:** McNearney | | | |
| **Property Address:** 515 Montcrest Court | | | |
| **City:** Redding | | | |
| **County:** Shasta | **State:** CA | | **Zip:** 96003 |
| **Legal Description:** See attached Deed for legal description. | | | |

## FEES                                                                                     AMOUNT

| | |
|---|---|
| Summary 1004 | 400.00 |
| Repeat appraisal on same property | -50.00 |
| 6/4/2004-12/29/2004 LATE FEES @4% of Unpaid Balance | 75.83 |
| 2/1/2005-6/3/2005 LATE FEES @ 4% of Unpaid Balance | 92.25 |
| 7/5/2005 -11/5/2005 LATE FEE @4% of Unpaid Balance | 112.23 |
| 12/20/2005 COLLECTION FEE | 25.00 |

| YOUR PROMPT ATTENTION TO THIS LONG OVERDUE INVOICE IS REQUIRED | **SUBTOTAL** | 655.31 |
|---|---|---|

**PAYMENTS**                                                                            **AMOUNT**

*Recived*
*11/05/07*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, **et al.,**[1] | **Case No. 07-10416 (KJC)** |
| **Debtors.** | **Jointly Administered** |
| | Objection Date: November 28, 2007 @ 4:00 p.m. |
| | Hearing Deadline: December 5, 2007 @ 1:30 p.m. |

## *AMENDED* NOTICE OF DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS: NON-SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND 9014 AND DEL. BANKR. L.R. 3007-1 TO CERTAIN (A) DUPLICATE CLAIMS AND (B) AMENDED AND SUPERSEDED CLAIMS

**PLEASE TAKE NOTICE** that, on October 18, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' First Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Duplicate Claims and (B) Amended and Superseded Claims** (the "Objection") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). **You were previously served with a copy of the Omnibus Objection.** Pursuant to the Omnibus Objection, the Debtors are seeking the entry of an order disallowing and expunging certain proofs of claim as set forth in greater detail in the Omnibus Objection.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Objection must

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.