**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
ATTORNEYS AT LAW

LAURIE A. KREPTO
ADMITTED IN PENNSYLVANIA, NEW
JERSEY, DELAWARE, & WASHINGTON D.C.

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109-1029
215-772-1500
FAX 215-772-7620

DIRECT DIAL
215-772-7410
lkrepto@mmwr.com

November 27, 2007

Clerk
U.S. Bankruptcy Court for
The District of Delaware
824 N. Market Street, 3rd floor
Wilmington, DE 19801

  Re: In re New Century TRS Holdings, Inc.,
     Chapter 11 Case No. 07-10416 (KJC)

Dear Sir or Madam:

  Kindly remove my name from the Court's Electronic Service List in the above-referenced case. My e-mail address is lkrepto@mmwr.com.

  Thank you for your anticipated cooperation.

           Very truly yours,

           Laurie A. Krepto