# EXHIBIT B



## RICHARDS LAYTON & FINGER
A PROFESSIONAL ASSOCIATION

One Rodney Square
P O Box 551
Wilmington, DE  19899
Telephone:  (302) 651-7700
Fax:          (302) 651-7701
Tax I.D No.:  51-0226371

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

November 29, 2007
Invoice 282220

Page 1

Client #  727440

Matter # 157422

---

For disbursements incurred through October 31, 2007
relating to  Representation of Debtor in Chapter 11 Bankruptcy

### OTHER CHARGES:

| | |
|---|---:|
| Binding | $8.00 |
| Business Meals | $440.43 |
| Court Reporter Services | $298.73 |
| Document Retrieval | $964.72 |
| Filing Fees | $275.00 |
| Lexis/Westlaw | $2,480.54 |
| Long distance telephone charges | $774.80 |
| Messenger and delivery service | $952.80 |
| Overtime | n/c |
| Photocopies/Printing 11,620 @ $.10/pg. / 8,731 @ $.05/pg. | $1,598.55 |
| Postage | $10.96 |
| Telecopier | $1,098.00 |
| Travel Expenses | $284.31 |
| Other Charges | $9,186.84 |

**TOTAL DUE FOR THIS INVOICE**                                        **$9,186.84**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

November 29, 2007
Invoice 282220

Page 2

Client #   727440

Matter #  157422

---

BALANCE BROUGHT FORWARD                              $12.362.57

**TOTAL DUE FOR THIS MATTER**                        **$21,549.41**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

November 29, 2007
Invoice 282220
Page 101
Client #  727440

Client:  New Century Financial Corporation and New Century

Matter:  Representation of Debtor in Chapter 11 Bankruptcy
      Case Administration
      Creditor Inquiries
      Meetings
      Executory Contracts/Unexpired Leases
      Automatic Stay/Adequate Protection
      Plan of Reorganization/Disclosure Statement
      Use, Sale of Assets
      Cash Collateral/DIP Financing
      Claims Administration
      Court Hearings
      General Corporate/Real Estate
      Schedules/SOFA/U.S. Trustee Reports
      Employee Issues
      Tax Issues
      Litigation/Adversary Proceedings
      RLF Retention
      Retention of Others
      RLF Fee Applications
      Fee Applications of Others
      Insurance
      NC Warehouse Matters

| Date | Description | Summary Phrase |
|------|-------------|----------------|
| 10/01/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07090273/07100046/07100014/FAX BROADCASTS/146754/157422 | TELC |
| | Amount = $309.75 | |
| 10/01/07 | Photocopies | DUP.10CC |
| | Amount = $1.10 | |
| 10/01/07 | Photocopies | DUP.10CC |
| | Amount = $0.10 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

November 29, 2007
Invoice 282220
Page 102

Client #  727440

| | | | |
|---|---|---|---|
| 10/01/07 | Photocopies | | DUP.10CC |
| | Amount = | $4.90 | |
| 10/01/07 | 8085371777 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/01/07 | 2514338100 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/01/07 | 3036283603 Long Distance | | LD |
| | Amount = | $8.33 | |
| 10/01/07 | 2124082452 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/01/07 | 4052240237 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/01/07 | 2023835315 Long Distance | | LD |
| | Amount = | $58.31 | |
| 10/01/07 | 2124082452 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/01/07 | 2022633000 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/01/07 | 2023835315 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/01/07 | 2128581740 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/01/07 | 2023835315 Long Distance | | LD |
| | Amount = | $24.99 | |
| 10/01/07 | 2124787320 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/01/07 | Conference Calls for month of September Long Distance | | LD |
| | Amount = | $0.00 | |
| 10/01/07 | Intercall invoice - Conference Calls for month of September Long Distance | | LD |
| | Amount = | $25.10 | |
| 10/01/07 | ALL PACER | | DOCRETRI |
| | Amount = | $25.12 | |
| 10/02/07 | CAVANAUGH'S RESTAURANT: INVOICES 625-637/FOOD SERVICE 10/1-10/3 | | MEALSCL |
| | Amount = | $156.50 | |

New Century Financial Corporation and New Century Mortgage C          November 29, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel          Invoice 282220
New Century Financial Corporation                                    Page 103
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                                    Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 10/02/07 | CAVANAUGH'S RESTAURANT: INVOICES 625-637/FOOD SERVICE 10/1-10/3 | | MEALSCL |
| | Amount = | $77.50 | |
| 10/02/07 | WRITER'S CRAMP, INC.: INVOICE 07-281/TRANSCRIPT OF 10/2/07 BANKRUPTCY HEARING/157422 | | CTRPT |
| | Amount = | $230.74 | |
| 10/02/07 | U.S. DISTRICT COURT CLERK: PRO HAC VICE FOR S. NAGLE/157422 | | FLFEE |
| | Amount = | $25.00 | |
| 10/02/07 | EAGLE TRANSPORTATION SERVICES: INVOICE 13967/ACCT RICH/LAYT/DELIVERY CHARGES ON 10/2/07 | | TRAV |
| | Amount = | $189.54 | |
| 10/02/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.80 | |
| 10/02/07 | Photocopies | | DUP.10CC |
| | Amount = | $6.00 | |
| 10/02/07 | Photocopies | | DUP.10CC |
| | Amount = | $29.50 | |
| 10/02/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.70 | |
| 10/02/07 | Photocopies | | DUP.10CC |
| | Amount = | $23.60 | |
| 10/02/07 | Photocopies | | DUP.10CC |
| | Amount = | $7.80 | |
| 10/02/07 | Photocopies | | DUP.10CC |
| | Amount = | $25.40 | |
| 10/02/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.20 | |
| 10/02/07 | Photocopies | | DUP.10CC |
| | Amount = | $7.30 | |
| 10/02/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.10 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

November 29, 2007
Invoice 282220
Page 104

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 10/02/07 | 7166645813 Long Distance | | LD |
| | Amount = $3.57 | | |
| 10/02/07 | 2027789328 Long Distance | | LD |
| | Amount = $9.52 | | |
| 10/02/07 | 5124725997 Long Distance | | LD |
| | Amount = $1.19 | | |
| 10/02/07 | 2514338100 Long Distance | | LD |
| | Amount = $4.76 | | |
| 10/02/07 | 8569854041 Long Distance | | LD |
| | Amount = $2.38 | | |
| 10/02/07 | 4157726421 Long Distance | | LD |
| | Amount = $1.19 | | |
| 10/02/07 | 2485532000 Long Distance | | LD |
| | Amount = $3.57 | | |
| 10/02/07 | 7012271841 Long Distance | | LD |
| | Amount = $4.76 | | |
| 10/02/07 | 2134228093 Long Distance | | LD |
| | Amount = $2.38 | | |
| 10/02/07 | 2129061353 Long Distance | | LD |
| | Amount = $4.76 | | |
| 10/02/07 | 9495175790 Long Distance | | LD |
| | Amount = $3.57 | | |
| 10/02/07 | Lexis | | LEXIS |
| | Amount = $253.94 | | |
| 10/02/07 | ALL PACER | | DOCRETRI |
| | Amount = $19.68 | | |
| 10/02/07 | Printing | | DUP.10CC |
| | Amount = $13.05 | | |
| 10/02/07 | Printing | | DUP.10CC |
| | Amount = $3.20 | | |
| 10/02/07 | Westlaw | | LEXIS |
| | Amount = $58.09 | | |
| 10/02/07 | Westlaw | | LEXIS |
| | Amount = $5.94 | | |
| 10/03/07 | TELEA 9/24-9/30 | | LD |
| | Amount = $10.71 | | |

New Century Financial Corporation and New Century Mortgage C November 29, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel Invoice 282220
New Century Financial Corporation Page 105
18400 Von Karman Ave, Ste 1000
Irvine CA   92612 Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 10/03/07 | 8122323388 Long Distance | | LD |
| | Amount = | $4.76 | |
| 10/03/07 | 2125305123 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/03/07 | 8122323388 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/03/07 | 5026444587 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/03/07 | 2134306262 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/03/07 | 2146954147 Long Distance | | LD |
| | Amount = | $15.47 | |
| 10/03/07 | DELIVERY EXPENSE 10/2/07 | | MESS |
| | Amount = | $3.20 | |
| 10/03/07 | Messenger and delivery, 10/2/07, BANKRUPTCY COURT, CYG | | MESS |
| | Amount = | $4.50 | |
| 10/03/07 | Messenger and delivery,10/2/07, DISTRICT COURT, AJ | | MESS |
| | Amount = | $4.50 | |
| 10/03/07 | Messenger and delivery,10/2/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 10/03/07 | ALL PACER | | DOCRETRI |
| | Amount = | $13.52 | |
| 10/04/07 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | Amount = | $14.65 | |
| 10/04/07 | OFFICE OF THE US TRUSTEE - Messenger and delivery | | MESS |
| | Amount = | $9.59 | |
| 10/04/07 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | Amount = | $9.59 | |
| 10/04/07 | OMELVENY AND MYERS - Messenger and delivery | | MESS |
| | Amount = | $14.65 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

November 29, 2007
Invoice 282220
Page 106

Client #  727440

| 10/04/07 | AP SERVICES - Messenger and delivery | MESS |
|---|---|---|
| | Amount =   $9.59 | |
| 10/04/07 | BLANK ROME - Messenger and delivery | MESS |
| | Amount =   $9.59 | |
| 10/04/07 | Photocopies | DUP.10CC |
| | Amount =   $10.20 | |
| 10/04/07 | 3127017934 Long Distance | LD |
| | Amount =   $1.19 | |
| 10/04/07 | 2146515586 Long Distance | LD |
| | Amount =   $4.76 | |
| 10/04/07 | 8303035555 Long Distance | LD |
| | Amount =   $2.38 | |
| 10/04/07 | 5026444587 Long Distance | LD |
| | Amount =   $2.38 | |
| 10/04/07 | ALL PACER | DOCRETRI |
| | Amount =   $36.48 | |
| 10/05/07 | New Century Mortgage Corporation - Messenger and delivery | MESS |
| | Amount =   $62.68 | |
| 10/05/07 | Photocopies | DUP.10CC |
| | Amount =   $1.60 | |
| 10/05/07 | 6033838062 Long Distance | LD |
| | Amount =   $5.95 | |
| 10/05/07 | 5026444587 Long Distance | LD |
| | Amount =   $2.38 | |
| 10/05/07 | 6192351501 Long Distance | LD |
| | Amount =   $1.19 | |
| 10/05/07 | Lexis | LEXIS |
| | Amount =   $2.47 | |
| 10/05/07 | ALL PACER | DOCRETRI |
| | Amount =   $25.12 | |
| 10/05/07 | Postage | POST |
| | Amount =   $1.14 | |
| 10/05/07 | Printing | DUP.10CC |
| | Amount =   $1.60 | |
| 10/05/07 | Westlaw | LEXIS |
| | Amount =   $138.12 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

November 29, 2007
Invoice 282220
Page 107

Client #  727440

| 10/08/07 | Photocopies | DUP 10CC |
|---|---|---|
| | Amount =  $0.10 | |
| 10/08/07 | TCOPY RECD 10/3-10/5 | TELC |
| | Amount =  $0.00 | |
| 10/08/07 | TCOPY RECD 10/3-10/5 | TELC |
| | Amount =  $0.00 | |
| 10/08/07 | 2027789328 Long Distance | LD |
| | Amount =  $2.38 | |
| 10/08/07 | 8138808888 Long Distance | LD |
| | Amount =  $3.57 | |
| 10/08/07 | 8138808888 Long Distance | LD |
| | Amount =  $1.19 | |
| 10/08/07 | 7162042400 Long Distance | LD |
| | Amount =  $1.19 | |
| 10/08/07 | 7162042400 Long Distance | LD |
| | Amount =  $2.38 | |
| 10/08/07 | 2033712213 Long Distance | LD |
| | Amount =  $2.38 | |
| 10/08/07 | Lexis | LEXIS |
| | Amount =  $106.67 | |
| 10/08/07 | Messenger and delivery,10/5/07, BANKRUPTCY COURT, CXG | MESS |
| | Amount =  $4.50 | |
| 10/08/07 | Messenger and delivery,10/3/07, BANKRUPTCY COURT, CXS/AEM | MESS |
| | Amount =  $4.50 | |
| 10/08/07 | ALL PACER | DOCRETRI |
| | Amount =  $44.16 | |
| 10/08/07 | Printing | DUP 10CC |
| | Amount =  $24.10 | |
| 10/08/07 | Westlaw | LEXIS |
| | Amount =  $275.77 | |
| 10/09/07 | GALLUCIO'S CAFE: FOOD SERVICE 10/9-10/16/SEE ENCLOSED | MEALSCL |
| | Amount =  $6.54 | |
| 10/09/07 | Xroads Solutions Group LLC - Messenger and delivery | MESS |
| | Amount =  $12.10 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

November 29, 2007
Invoice 282220
Page 108
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 10/09/07 | Photocopies | | DUP.10CC |
| | Amount = $7.60 | | |
| 10/09/07 | Photocopies | | DUP.10CC |
| | Amount = $40.40 | | |
| 10/09/07 | Photocopies | | DUP.10CC |
| | Amount = $6.60 | | |
| 10/09/07 | Photocopies | | DUP.10CC |
| | Amount = $2.40 | | |
| 10/09/07 | Photocopies | | DUP.10CC |
| | Amount = $7.20 | | |
| 10/09/07 | 3127017934 Long Distance | | LD |
| | Amount = $1.19 | | |
| 10/09/07 | 4159848933 Long Distance | | LD |
| | Amount = $11.90 | | |
| 10/09/07 | 2124787425 Long Distance | | LD |
| | Amount = $4.76 | | |
| 10/09/07 | 2124787425 Long Distance | | LD |
| | Amount = $1.19 | | |
| 10/09/07 | 2125518485 Long Distance | | LD |
| | Amount = $2.38 | | |
| 10/09/07 | 2149693673 Long Distance | | LD |
| | Amount = $3.57 | | |
| 10/09/07 | 4157726421 Long Distance | | LD |
| | Amount = $5.95 | | |
| 10/09/07 | 9495171725 Long Distance | | LD |
| | Amount = $2.38 | | |
| 10/09/07 | 3128612237 Long Distance | | LD |
| | Amount = $4.76 | | |
| 10/09/07 | Lexis | | LEXIS |
| | Amount = $179.11 | | |
| 10/09/07 | ALL PACER | | DOCRETRI |
| | Amount = $11.68 | | |
| 10/09/07 | ALL PACER | | DOCRETRI |
| | Amount = $51.20 | | |
| 10/09/07 | ALL PACER | | DOCRETRI |
| | Amount = $2.40 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

November 29, 2007
Invoice 282220
Page 109

Client #  727440

| | | | |
|---|---|---|---|
| 10/09/07 | Postage | | POST |
| | | Amount = $4.44 | |
| 10/09/07 | Printing | | DUP.10CC |
| | | Amount = $3.15 | |
| 10/09/07 | Printing | | DUP.10CC |
| | | Amount = $2.55 | |
| 10/09/07 | Printing | | DUP.10CC |
| | | Amount = $29.80 | |
| 10/09/07 | Printing | | DUP.10CC |
| | | Amount = $1.15 | |
| 10/09/07 | Westlaw | | LEXIS |
| | | Amount = $529.24 | |
| 10/09/07 | Westlaw | | LEXIS |
| | | Amount = $632.12 | |
| 10/10/07 | CAVANAUGH'S RESTAURANT: INVOICES 644-648/FOOD SERVICE 10/9-10/10 | | MEALSCL |
| | | Amount = $66.10 | |
| 10/10/07 | THE GREENERY CATERERS: INVOICES 483/484/485/FOOD SERVICE 10/9-10/11 | | MEALSCL |
| | | Amount = $60.60 | |
| 10/10/07 | EAGLE TRANSPORTATION SERVICES: INVOICE 13999/FIRM TRAVEL 10/5-10/10/ACCT RICH/LAYT | | TRAV |
| | | Amount = $94.77 | |
| 10/10/07 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | | Amount = $54.95 | |
| 10/10/07 | Photocopies | | DUP.10CC |
| | | Amount = $0.20 | |
| 10/10/07 | Photocopies | | DUP.10CC |
| | | Amount = $1.20 | |
| 10/10/07 | Photocopies | | DUP.10CC |
| | | Amount = $6.40 | |
| 10/10/07 | 2027789328 Long Distance | | LD |
| | | Amount = $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

November 29, 2007
Invoice 282220
Page 110

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 10/10/07 | 2033712213 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/10/07 | 7209133285 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/10/07 | 2134228093 Long Distance | | LD |
| | Amount = | $4.76 | |
| 10/10/07 | 2128581536 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/10/07 | Messenger and delivery, 9/25/07, ADJ FOR DELIVERY FROM WASHINGTON STREET ALE HOUSE, CXS/KZS | | MESS |
| | Amount = | ($2.25) | |
| 10/10/07 | Messenger and delivery,10/9/07, FOX ROTHCHILD, AJ | | MESS |
| | Amount = | $5.50 | |
| 10/10/07 | Messenger and delivery,10/9/07, BANKRUPTCY COURT, AJ | | MESS |
| | Amount = | $5.50 | |
| 10/10/07 | ALL PACER | | DOCRETRI |
| | Amount = | $81.12 | |
| 10/10/07 | Printing | | DUP.10CC |
| | Amount = | $5.60 | |
| 10/10/07 | Printing | | DUP.10CC |
| | Amount = | $7.00 | |
| 10/10/07 | Printing | | DUP.10CC |
| | Amount = | $20.00 | |
| 10/10/07 | Printing | | DUP.10CC |
| | Amount = | $2.85 | |
| 10/10/07 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 10/10/07 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 10/11/07 | Photocopies | | DUP.10CC |
| | Amount = | $78.00 | |
| 10/11/07 | Photocopies | | DUP.10CC |
| | Amount = | $64.70 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

November 29, 2007
Invoice 282220
Page 111
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 10/11/07 | TCOPY RECD 10/10/2007 | | TELC |
| | Amount = | $0.00 | |
| 10/11/07 | TELEA 10/1-10/9 | | LD |
| | Amount = | $2.38 | |
| 10/11/07 | 4159848933 Long Distance | | LD |
| | Amount = | $7.14 | |
| 10/11/07 | 2146515586 Long Distance | | LD |
| | Amount = | $5.95 | |
| 10/11/07 | 9495171725 Long Distance | | LD |
| | Amount = | $13.09 | |
| 10/11/07 | ALL PACER | | DOCRETRI |
| | Amount = | $47.12 | |
| 10/11/07 | ALL PACER | | DOCRETRI |
| | Amount = | $0.08 | |
| 10/11/07 | Printing | | DUP.10CC |
| | Amount = | $8.15 | |
| 10/11/07 | Printing | | DUP.10CC |
| | Amount = | $67.60 | |
| 10/11/07 | Printing | | DUP.10CC |
| | Amount = | $3.60 | |
| 10/11/07 | Printing | | DUP.10CC |
| | Amount = | $2.80 | |
| 10/12/07 | GALLUCIO'S CAFE: FOOD SERVICE 10/9-10/16/SEE ENCLOSED | | MEALSCL |
| | Amount = | $16.83 | |
| 10/12/07 | Messenger and delivery,10/9/07, ADJ PA, CXG | | MESS |
| | Amount = | $2.50 | |
| 10/12/07 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | Amount = | $58.88 | |
| 10/12/07 | REINER REINER&BENDETT - Messenger and delivery | | MESS |
| | Amount = | $11.14 | |
| 10/12/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.60 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq , SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

November 29, 2007
Invoice 282220
Page 112
Client #  727440

| Date | Description | | Code |
|------|-------------|--|------|
| 10/12/07 | Photocopies | | DUP.10CC |
| | Amount =  $0.90 | | |
| 10/12/07 | Photocopies | | DUP.10CC |
| | Amount =  $1.00 | | |
| 10/12/07 | Photocopies | | DUP.10CC |
| | Amount =  $2.10 | | |
| 10/12/07 | 6309556392 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 10/12/07 | 81890683000 Long Distance | | LD |
| | Amount =  $3.57 | | |
| 10/12/07 | 2124787320 Long Distance | | LD |
| | Amount =  $11.90 | | |
| 10/12/07 | 9495171725 Long Distance | | LD |
| | Amount =  $2.38 | | |
| 10/12/07 | 2166421105 Long Distance | | LD |
| | Amount =  $2.38 | | |
| 10/12/07 | 6362617711 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 10/12/07 | 6362617711 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 10/12/07 | 4159848810 Long Distance | | LD |
| | Amount =  $7.14 | | |
| 10/12/07 | 9498237132 Long Distance | | LD |
| | Amount =  $3.57 | | |
| 10/12/07 | 2134306686 Long Distance | | LD |
| | Amount =  $9.52 | | |
| 10/12/07 | 6362617711 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 10/12/07 | 2139773200 Long Distance | | LD |
| | Amount =  $2.38 | | |
| 10/12/07 | 3105570300 Long Distance | | LD |
| | Amount =  $2.38 | | |
| 10/12/07 | ALL PACER | | DOCRETRI |
| | Amount =  $85.04 | | |
| 10/12/07 | Printing | | DUP.10CC |
| | Amount =  $1.25 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

November 29, 2007
Invoice 282220
Page 113
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 10/12/07 | Printing | | DUP.10CC |
| | | Amount =  $5.30 | |
| 10/12/07 | Printing | | DUP.10CC |
| | | Amount =  $2.00 | |
| 10/12/07 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |
| 10/12/07 | Printing | | DUP.10CC |
| | | Amount =  $1.10 | |
| 10/15/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07100235/07100236/07100179/07100186 / 07100220/07100218/FAX BROADCASTS/139845/157422/ 147141/ | | TELC |
| | | Amount =  $35.00 | |
| 10/15/07 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | | Amount =  $58.88 | |
| 10/15/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.20 | |
| 10/15/07 | Photocopies | | DUP.10CC |
| | | Amount =  $2.00 | |
| 10/15/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.20 | |
| 10/15/07 | 2072287117 Long Distance | | LD |
| | | Amount =  $1.19 | |
| 10/15/07 | 4159848933 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 10/15/07 | 2134228093 Long Distance | | LD |
| | | Amount =  $5.95 | |
| 10/15/07 | 9516821771 Long Distance | | LD |
| | | Amount =  $1.19 | |
| 10/15/07 | 2134228093 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 10/15/07 | 2072287117 Long Distance | | LD |
| | | Amount =  $3.57 | |
| 10/15/07 | 2134306054 Long Distance | | LD |
| | | Amount =  $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

November 29, 2007
Invoice 282220
Page 114
Client #  727440

| Date | Description | Code |
|---|---|---|
| 10/15/07 | ALL PACER | DOCRETRI |
| | Amount =   $39.28 | |
| 10/15/07 | Printing | DUP.10CC |
| | Amount =   $1.30 | |
| 10/15/07 | Printing | DUP.10CC |
| | Amount =   $1.20 | |
| 10/15/07 | Printing | DUP.10CC |
| | Amount =   $1.75 | |
| 10/15/07 | Westlaw | LEXIS |
| | Amount =   $0.46 | |
| 10/16/07 | IKON OFFICE SOLUTIONS: INVOICES WIL.07100235/07100236/07100179/07100186 / 07100220/07100218/FAX BROADCASTS/139845/157422/ 147141/ | TELC |
| | Amount =   $56.25 | |
| 10/16/07 | Messenger and delivery,10/9/07, FROM WRITER'S CRAMP, CXG | MESS |
| | Amount =   $12.10 | |
| 10/16/07 | Photocopies | DUP.10CC |
| | Amount =   $200.80 | |
| 10/16/07 | PARALEGAL OT THRU 10/15/07 | OT |
| | Amount =   $0.00 | |
| 10/16/07 | PARALEGAL OT THRU 10/15/07 | OT |
| | Amount =   $0.00 | |
| 10/16/07 | 2072287117 Long Distance | LD |
| | Amount =   $2.38 | |
| 10/16/07 | 9516821771 Long Distance | LD |
| | Amount =   $2.38 | |
| 10/16/07 | 6313802036 Long Distance | LD |
| | Amount =   $14.28 | |
| 10/16/07 | 7735084056 Long Distance | LD |
| | Amount =   $3.57 | |
| 10/16/07 | 4157726421 Long Distance | LD |
| | Amount =   $4.76 | |
| 10/16/07 | 6307945300 Long Distance | LD |
| | Amount =   $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

November 29, 2007
Invoice 282220
Page 115

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 10/16/07 | 2134306262 Long Distance | | LD |
| | Amount = | $3.57 | |
| 10/16/07 | Messenger and delivery,10/12/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 10/16/07 | Messenger and delivery,10/15/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 10/16/07 | Messenger and delivery,10/15/07, BANKRUPTCY COURT, CXS | | MESS |
| | Amount = | $4.50 | |
| 10/16/07 | ALL PACER | | DOCRETRI |
| | Amount = | $12.64 | |
| 10/16/07 | Printing | | DUP.10CC |
| | Amount = | $4.10 | |
| 10/17/07 | Photocopies | | DUP.10CC |
| | Amount = | $13.60 | |
| 10/17/07 | Photocopies | | DUP.10CC |
| | Amount = | $5.80 | |
| 10/17/07 | 6307945300 Long Distance | | LD |
| | Amount = | $9.52 | |
| 10/17/07 | 7145452622 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/17/07 | 2056216704 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/17/07 | 2134306049 Long Distance | | LD |
| | Amount = | $22.61 | |
| 10/17/07 | 3036232700 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/17/07 | 2134307717 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/17/07 | 2514338100 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/17/07 | 8564295507 Long Distance | | LD |
| | Amount = | $3.57 | |
| 10/17/07 | 9542338000 Long Distance | | LD |
| | Amount = | $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq , SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

November 29, 2007
Invoice 282220
Page 116
Client #  727440

| 10/17/07 | 2514338100 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/17/07 | 4159848933 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/17/07 | 2124082452 Long Distance | | LD |
| | Amount = | $8.33 | |
| 10/17/07 | 9516821771 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/17/07 | 5306668625 Long Distance | | LD |
| | Amount = | $3.57 | |
| 10/17/07 | 9516821771 Long Distance | | LD |
| | Amount = | $10.71 | |
| 10/17/07 | 7024811355 Long Distance | | LD |
| | Amount = | $4.76 | |
| 10/17/07 | ALL PACER | | DOCRETRI |
| | Amount = | $48.00 | |
| 10/17/07 | Printing | | DUP.10CC |
| | Amount = | $10.85 | |
| 10/17/07 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 10/17/07 | Westlaw | | LEXIS |
| | Amount = | $75.17 | |
| 10/18/07 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | Amount = | $9.59 | |
| 10/18/07 | THE GARDNER FIRM - Messenger and delivery | | MESS |
| | Amount = | $12.89 | |
| 10/18/07 | LANKENAU and MILLER - Messenger and delivery | | MESS |
| | Amount = | $9.59 | |
| 10/18/07 | MARGOLIS EDELSTEIN - Messenger and delivery | | MESS |
| | Amount = | $9.59 | |
| 10/18/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.40 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

November 29, 2007
Invoice 282220
Page 117

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 10/18/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.50 | |
| 10/18/07 | Photocopies | | DUP.10CC |
| | Amount = | $10.50 | |
| 10/18/07 | 4159848933 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/18/07 | 2124787320 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/18/07 | Messenger and delivery,10/17/07, BANKRUPTCY COURT, AJ | | MESS |
| | Amount = | $5.50 | |
| 10/18/07 | ALL PACER | | DOCRETRI |
| | Amount = | $36.40 | |
| 10/18/07 | Printing | | DUP.10CC |
| | Amount = | $16.05 | |
| 10/18/07 | Printing | | DUP.10CC |
| | Amount = | $8.10 | |
| 10/18/07 | Printing | | DUP.10CC |
| | Amount = | $3.65 | |
| 10/18/07 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 10/18/07 | Printing | | DUP.10CC |
| | Amount = | $4.00 | |
| 10/19/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07100235/07100236/07100179/07100186 / 07100220/07100218/FAX BROADCASTS/139845/157422/ 147141/ | | TELC |
| | Amount = | $337.50 | |
| 10/19/07 | Xroads Solutions Group LLC - Messenger and delivery | | MESS |
| | Amount = | $14.88 | |
| 10/19/07 | LITIGATION MANAGER NEW CEN. MORTAGE - Messenger and delivery | | MESS |
| | Amount = | $26.58 | |
| 10/19/07 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | Amount = | $26.58 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq , SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

November 29, 2007
Invoice 282220
Page 118
Client #  727440

| | | | |
|---|---|---|---|
| 10/19/07 | OFFICE OF THE US TRUSTEE - Messenger and delivery | | MESS |
| | | Amount =   $9.59 | |
| 10/19/07 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | | Amount =   $12.10 | |
| 10/19/07 | OMELVENY AND MYERS - Messenger and delivery | | MESS |
| | | Amount =   $14.65 | |
| 10/19/07 | AP SERVICES - Messenger and delivery | | MESS |
| | | Amount =   $9.59 | |
| 10/19/07 | BLANK ROME - Messenger and delivery | | MESS |
| | | Amount =   $9.59 | |
| 10/19/07 | WARREN H SMITH AND ASSOC - Messenger and delivery | | MESS |
| | | Amount =   $13.59 | |
| 10/19/07 | Photocopies | | DUP 10CC |
| | | Amount =   $27.00 | |
| 10/19/07 | Photocopies | | DUP 10CC |
| | | Amount =   $14.50 | |
| 10/19/07 | Photocopies | | DUP 10CC |
| | | Amount =   $2.20 | |
| 10/19/07 | Photocopies | | DUP 10CC |
| | | Amount =   $2.20 | |
| 10/19/07 | Photocopies | | DUP 10CC |
| | | Amount =   $1.60 | |
| 10/19/07 | Photocopies | | DUP 10CC |
| | | Amount =   $11.70 | |
| 10/19/07 | Photocopies | | DUP 10CC |
| | | Amount =   $126.80 | |
| 10/19/07 | Photocopies | | DUP 10CC |
| | | Amount =   $95.10 | |
| 10/19/07 | 2134306262 Long Distance | | LD |
| | | Amount =   $3.57 | |
| 10/19/07 | 9498237132 Long Distance | | LD |
| | | Amount =   $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

November 29, 2007
Invoice 282220
Page 119
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 10/19/07 | DELIVERY EXPENSE 10/18/07 | | MESS |
| | | Amount =   $3.20 | |
| 10/19/07 | ALL PACER | | DOCRETRI |
| | | Amount =   $33.28 | |
| 10/19/07 | Printing | | DUP.10CC |
| | | Amount =   $12.85 | |
| 10/19/07 | Printing | | DUP.10CC |
| | | Amount =   $1.10 | |
| 10/19/07 | Printing | | DUP.10CC |
| | | Amount =   $1.10 | |
| 10/19/07 | Printing | | DUP.10CC |
| | | Amount =   $17.65 | |
| 10/19/07 | Printing | | DUP.10CC |
| | | Amount =   $1.60 | |
| 10/21/07 | ALL PACER | | DOCRETRI |
| | | Amount =   $2.72 | |
| 10/22/07 | BINDING 10/16-10/21 | | BIND |
| | | Amount =   $8.00 | |
| 10/22/07 | 2128367475 Long Distance | | LD |
| | | Amount =   $1.19 | |
| 10/22/07 | 2056216704 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 10/22/07 | 3105607616 Long Distance | | LD |
| | | Amount =   $1.19 | |
| 10/22/07 | 3035731080 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 10/22/07 | 2134306262 Long Distance | | LD |
| | | Amount =   $8.33 | |
| 10/22/07 | 8564295507 Long Distance | | LD |
| | | Amount =   $13.09 | |
| 10/22/07 | 5025680318 Long Distance | | LD |
| | | Amount =   $5.95 | |
| 10/22/07 | Messenger and delivery,10/19/07, BANKRUPTCY COURT, MJM | | MESS |
| | | Amount =   $4.50 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

November 29, 2007
Invoice 282220
Page 120

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 10/22/07 | Messenger and delivery,10/19/07, BANKRUPTCY COURT, AJ | | MESS |
| | Amount = | $5.50 | |
| 10/22/07 | ALL PACER | | DOCRETRI |
| | Amount = | $65.12 | |
| 10/22/07 | Printing | | DUP.10CC |
| | Amount = | $14.40 | |
| 10/22/07 | Printing | | DUP.10CC |
| | Amount = | $1.65 | |
| 10/23/07 | ELAINE M RYAN: TRANSCRIPT OF 10/23/07 HEARING/157422 | | CTRPT |
| | Amount = | $67.99 | |
| 10/23/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07100219/WIL07100255/FAX BROADCASTS/ 146236/157422 | | TELC |
| | Amount = | $357.50 | |
| 10/23/07 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $58.88 | |
| 10/23/07 | Photocopies | | DUP.10CC |
| | Amount = | $5.00 | |
| 10/23/07 | Photocopies | | DUP.10CC |
| | Amount = | $30.40 | |
| 10/23/07 | Photocopies | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/23/07 | Photocopies | | DUP.10CC |
| | Amount = | $28.50 | |
| 10/23/07 | Photocopies | | DUP.10CC |
| | Amount = | $6.30 | |
| 10/23/07 | TELEA 9/24-10/21 | | LD |
| | Amount = | $5.95 | |
| 10/23/07 | 2055320765 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/23/07 | 9516821771 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/23/07 | 6195909200 Long Distance | | LD |
| | Amount = | $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

November 29, 2007
Invoice 282220
Page 121
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 10/23/07 | 2149693673 Long Distance | | LD |
| | Amount = | $5.95 | |
| 10/23/07 | 8564295507 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/23/07 | 2134228093 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/23/07 | 2055320765 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/23/07 | 8605243945 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/23/07 | 5026444587 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/23/07 | Messenger and delivery,10/22/07. BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 10/23/07 | ALL PACER | | DOCRETRI |
| | Amount = | $39.28 | |
| 10/23/07 | Postage | | POST |
| | Amount = | $4.56 | |
| 10/23/07 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 10/23/07 | Printing | | DUP.10CC |
| | Amount = | $21.75 | |
| 10/23/07 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 10/24/07 | Messenger and delivery,10/19/07, ADJ PA, CXG | | MESS |
| | Amount = | $2.51 | |
| 10/24/07 | 7036919092 Long Distance | | LD |
| | Amount = | $4.76 | |
| 10/24/07 | 2134228093 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/24/07 | 2055320765 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/24/07 | 8564295507 Long Distance | | LD |
| | Amount = | $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

November 29, 2007
Invoice 282220
Page 122
Client #  727440

| Date | Description | | Type |
|---|---|---|---|
| 10/24/07 | 6099229772 Long Distance | | LD |
| | Amount = | $8.33 | |
| 10/24/07 | 6099229772 Long Distance | | LD |
| | Amount = | $5.95 | |
| 10/24/07 | 2055320765 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/24/07 | 6099229772 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/24/07 | 8605243945 Long Distance | | LD |
| | Amount = | $4.76 | |
| 10/24/07 | 6099229772 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/24/07 | 2055320765 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/24/07 | 2146515807 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/24/07 | 2055320765 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/24/07 | 6099229772 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/24/07 | 6099229772 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/24/07 | 8564295507 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/24/07 | 6099229772 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/24/07 | 2138922527 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/24/07 | 2138922527 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/24/07 | 2125518485 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/24/07 | 9495171725 Long Distance | | LD |
| | Amount = | $16.66 | |
| 10/24/07 | 2134306049 Long Distance | | LD |
| | Amount = | $8.33 | |
| 10/24/07 | DELIVERY CHARGE 10/23/07 | | MESS |
| | Amount = | $9.60 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

November 29, 2007
Invoice 282220
Page 123
Client #  727440

| 10/24/07 | ALL PACER | | | DOCRETRI |
|---|---|---|---|---|
| | | Amount = | $15.92 | |
| 10/24/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $9.60 | |
| 10/24/07 | Postage | | | POST |
| | | Amount = | $0.82 | |
| 10/24/07 | Printing | | | DUP.10CC |
| | | Amount = | $4.60 | |
| 10/24/07 | Printing | | | DUP.10CC |
| | | Amount = | $2.15 | |
| 10/25/07 | GROTTO PIZZA, INC.: INVOICE 3763/FOOD SERVICE 10/25/07/157422 | | | MEALSCL |
| | | Amount = | $20.86 | |
| 10/25/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $4.20 | |
| 10/25/07 | Photocopies | | | DUP.10CC |
| | | Amount = | $2.90 | |
| 10/25/07 | TCOPY RECD 10/24/07 | | | TELC |
| | | Amount = | $0.00 | |
| 10/25/07 | 2125518485 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 10/25/07 | 2125518485 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 10/25/07 | 2128367475 Long Distance | | | LD |
| | | Amount = | $4.76 | |
| 10/25/07 | 8605243945 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 10/25/07 | 7049729034 Long Distance | | | LD |
| | | Amount = | $1.19 | |
| 10/25/07 | 2136839593 Long Distance | | | LD |
| | | Amount = | $3.57 | |
| 10/25/07 | 2136839593 Long Distance | | | LD |
| | | Amount = | $1.19 | |
| 10/25/07 | 2125518485 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 10/25/07 | 9542338000 Long Distance | | | LD |
| | | Amount = | $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

November 29, 2007
Invoice 282220
Page 124

Client #  727440

| 10/25/07 | ALL PACER | DOCRETRI |
|---|---|---|
| | Amount =   $23.84 | |
| 10/25/07 | Westlaw | LEXIS |
| | Amount =   $2.64 | |
| 10/26/07 | AMERICAN EXPRESS: 3782-938224-21XXX/FIRM EXPENDITURES | FLFEE |
| | Amount =   $250.00 | |
| 10/26/07 | BLANK ROME - Messenger and delivery | MESS |
| | Amount =   $9.59 | |
| 10/26/07 | HAHN AND HESSEN - Messenger and delivery | MESS |
| | Amount =   $9.59 | |
| 10/26/07 | WARREN H SMITH AND ASSOC. - Messenger and delivery | MESS |
| | Amount =   $13.59 | |
| 10/26/07 | OFFICE OF THE UNITED STATES TRUSTEE - Messenger and delivery | MESS |
| | Amount =   $9.59 | |
| 10/26/07 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | MESS |
| | Amount =   $14.65 | |
| 10/26/07 | NEW CENTURY MORTGAGE CORP - Messenger and delivery | MESS |
| | Amount =   $14.65 | |
| 10/26/07 | OMELVENY AND MYERS - Messenger and delivery | MESS |
| | Amount =   $14.65 | |
| 10/26/07 | AP SERVICES - Messenger and delivery | MESS |
| | Amount =   $11.50 | |
| 10/26/07 | Photocopies | DUP.10CC |
| | Amount =   $0.10 | |
| 10/26/07 | Photocopies | DUP.10CC |
| | Amount =   $2.70 | |
| 10/26/07 | Photocopies | DUP.10CC |
| | Amount =   $28.00 | |
| 10/26/07 | Photocopies | DUP.10CC |
| | Amount =   $6.30 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

November 29, 2007
Invoice 282220
Page 125
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 10/26/07 | Photocopies | | DUP.10CC |
| | Amount = | $2.30 | |
| 10/26/07 | Photocopies | | DUP.10CC |
| | Amount = | $5.30 | |
| 10/26/07 | 18138808800 Telecopier Charges | | TELC |
| | Amount = | $2.00 | |
| 10/26/07 | 7868664105 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/26/07 | 4159848933 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/26/07 | 8138808800 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/26/07 | ALL PACER | | DOCRETRI |
| | Amount = | $40.40 | |
| 10/26/07 | Printing | | DUP.10CC |
| | Amount = | $10.40 | |
| 10/29/07 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $54.95 | |
| 10/29/07 | PARALEGAL OT THRU 10/31/07 | | OT |
| | Amount = | $0.00 | |
| 10/29/07 | 4159848933 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/29/07 | 4159848933 Long Distance | | LD |
| | Amount = | $4.76 | |
| 10/29/07 | 4159848933 Long Distance | | LD |
| | Amount = | $1.19 | |
| 10/29/07 | 4159848933 Long Distance | | LD |
| | Amount = | $3.57 | |
| 10/29/07 | 9494513849 Long Distance | | LD |
| | Amount = | $2.38 | |
| 10/29/07 | DELIVERY EXPENSE 10/26/07 | | MESS |
| | Amount = | $3.20 | |
| 10/29/07 | ALL PACER | | DOCRETRI |
| | Amount = | $82.32 | |
| 10/29/07 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

November 29, 2007
Invoice 282220
Page 126
Client #  727440

| 10/29/07 | Printing | DUP.10CC |
|---|---|---|
| | Amount = $1.95 | |
| 10/29/07 | Printing | DUP.10CC |
| | Amount = $4.75 | |
| 10/29/07 | Printing | DUP.10CC |
| | Amount = $2.10 | |
| 10/29/07 | Printing | DUP.10CC |
| | Amount = $2.15 | |
| 10/29/07 | Printing | DUP.10CC |
| | Amount = $2.25 | |
| 10/29/07 | Printing | DUP.10CC |
| | Amount = $9.60 | |
| 10/29/07 | Printing | DUP.10CC |
| | Amount = $19.50 | |
| 10/29/07 | Printing | DUP.10CC |
| | Amount = $3.65 | |
| 10/29/07 | Printing | DUP.10CC |
| | Amount = $16.25 | |
| 10/29/07 | Printing | DUP.10CC |
| | Amount = $4.15 | |
| 10/29/07 | Printing | DUP.10CC |
| | Amount = $2.45 | |
| 10/30/07 | GALLUCIO'S CAFE: FOOD SERVICE 10/30-11/12/SEE ENCLOSED | MEALSCL |
| | Amount = $19.50 | |
| 10/30/07 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | MESS |
| | Amount = $26.58 | |
| 10/30/07 | OFFICE OF THE US TRUSTEE - Messenger and delivery | MESS |
| | Amount = $12.10 | |
| 10/30/07 | HAHN AND HESSEN - Messenger and delivery | MESS |
| | Amount = $12.10 | |
| 10/30/07 | OMELVENY AND MYERS - Messenger and delivery | MESS |
| | Amount = $26.58 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

November 29, 2007
Invoice 282220
Page 127

Client #  727440

| Date | Description | Code |
|------|-------------|------|
| 10/30/07 | AP SERVICES - Messenger and delivery | MESS |
| | Amount =  $12.10 | |
| 10/30/07 | BLANK ROME - Messenger and delivery | MESS |
| | Amount =  $12.10 | |
| 10/30/07 | WARREN H SMITH AND ASSOC. - Messenger and delivery | MESS |
| | Amount =  $24.53 | |
| 10/30/07 | Photocopies | DUP.10CC |
| | Amount =  $105.00 | |
| 10/30/07 | 3366054887 Long Distance | LD |
| | Amount =  $1.19 | |
| 10/30/07 | 2146515586 Long Distance | LD |
| | Amount =  $4.76 | |
| 10/30/07 | 2146515586 Long Distance | LD |
| | Amount =  $8.33 | |
| 10/30/07 | 4159848933 Long Distance | LD |
| | Amount =  $2.38 | |
| 10/30/07 | 9495171725 Long Distance | LD |
| | Amount =  $3.57 | |
| 10/30/07 | 5024392808 Long Distance | LD |
| | Amount =  $7.14 | |
| 10/30/07 | 2124787320 Long Distance | LD |
| | Amount =  $9.52 | |
| 10/30/07 | 2128367475 Long Distance | LD |
| | Amount =  $3.57 | |
| 10/30/07 | 2146515586 Long Distance | LD |
| | Amount =  $4.76 | |
| 10/30/07 | DELIVERY EXPENSE 10/29/07 | MESS |
| | Amount =  $6.40 | |
| 10/30/07 | ALL PACER | DOCRETRI |
| | Amount =  $35.68 | |
| 10/30/07 | Printing | DUP.10CC |
| | Amount =  $2.90 | |
| 10/31/07 | GALLUCIO'S CAFE: FOOD SERVICE 10/30-11/12/SEE ENCLOSED | MEALSCL |
| | Amount =  $16.00 | |

New Century Financial Corporation and New Century Mortgage C          November 29, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel          Invoice 282220
New Century Financial Corporation                                     Page 128
18400 Von Karman Ave, Ste 1000
Irvine CA  92612                                                       Client #  727440

| | | | |
|---|---|---|---|
| 10/31/07 | Messenger and delivery.10/26/07, ADJ TX, BJW | | MESS |
| | | Amount =   $2.51 | |
| 10/31/07 | Photocopies | | DUP.10CC |
| | | Amount =   $76.10 | |
| 10/31/07 | TCOPY RECD 10/1-10/31 | | TELC |
| | | Amount =   $0.00 | |
| 10/31/07 | 2124787320 Long Distance | | LD |
| | | Amount =   $1.19 | |
| 10/31/07 | 8563718678 Long Distance | | LD |
| | | Amount =   $7.14 | |
| 10/31/07 | 4155124032 Long Distance | | LD |
| | | Amount =   $1.19 | |
| 10/31/07 | 9495171687 Long Distance | | LD |
| | | Amount =   $3.57 | |
| 10/31/07 | 2149694585 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 10/31/07 | 7025624288 Long Distance | | LD |
| | | Amount =   $4.76 | |
| 10/31/07 | 7049729034 Long Distance | | LD |
| | | Amount =   $8.33 | |
| 10/31/07 | 7049729034 Long Distance | | LD |
| | | Amount =   $4.76 | |
| 10/31/07 | 6507522058 Long Distance | | LD |
| | | Amount =   $1.19 | |
| 10/31/07 | 6507522058 Long Distance | | LD |
| | | Amount =   $1.19 | |
| 10/31/07 | ALL PACER | | DOCRETRI |
| | | Amount =   $37.52 | |
| 10/31/07 | Printing | | DUP.10CC |
| | | Amount =   $2.40 | |
| 10/31/07 | Printing | | DUP.10CC |
| | | Amount =   $4.20 | |
| 10/31/07 | Printing | | DUP.10CC |
| | | Amount =   $1.80 | |
| 10/31/07 | Printing | | DUP.10CC |
| | | Amount =   $1.20 | |

| 10/31/07 | Westlaw | | LEXIS |

Amount =  $220 80

TOTALS FOR  727440            New Century Financial Corporation and New Century

Expenses    $9.186.84