# EXHIBIT "B"

# EXHIBIT "B"

## SUMMARY OF BILLING BY ATTORNEY
## SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate (including changes and 10% discount)* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Mark Minuti[1] | 1988 | Partner (since 1997) | $459.00 | 20.2 | $9,271.80 |
| Kathleen P. Makowski[2] | 1996 | Associate (since 2003) | $306.00 | 0.2 | $61.20 |
| Patrick J. Reilley[3] | 2003 | Associate (since 2003) | $261.00 | 0.3 | $78.30 |
| Pauline Ratkowiak[4] | N/A | Paralegal (since 1987) | $162.00 | 5.80 | $939.60 |
| TOTAL | | | | 26.5 | $10,350.90 |

Blended Rate:  $390.60

[1]  Total reflects a 10% reduction of $1030.20 of fees.
[2]  Total reflects a 10% reduction of $6.80 of fees.
[3]  Total reflects a 10% reduction of $8.70 of fees.
[4]  Total reflects a 10% reduction of $104.40 of fees.

\*    This rate is Saul Ewing LLP's regular hourly rate for legal services.  All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustments occurred on July 1, 2007 with respect to the Bankruptcy and Reorganization Department, and on January 1, 2007 with respect to all other firm departments).

## Attorney Biographies

**Mark Minuti**, *Partner.* Mark Minuti is a Partner in Saul Ewing's Bankruptcy and Restructuring Department, and Managing Partner of the Firm's Wilmington, Delaware office. He concentrates his practice in bankruptcy law. Having practiced bankruptcy law in Delaware since 1989, Mr. Minuti has seen his practice grow from a small local practice to a sophisticated national practice. Along the way, Mr. Minuti has been involved in almost every major bankruptcy case filed in Delaware.

Mr. Minuti's practice includes the representation of debtors, unsecured creditors committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and Chapter 11 proceedings, both in and out of Delaware. Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions. Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

Mr. Minuti received his B.S. degree from the University of Delaware and his law degree from the Widener University School of Law in 1988. He is admitted to practice law before the United States District Court for the District of Delaware and the United States Court of Appeals for the Third Circuit.

***Kathleen P. Makowski,*** *Associate.* Ms. Makowski is an Associate in the Firm's Bankruptcy and Reorganization Department and is resident in its Wilmington, Delaware office. She concentrates her practice in general bankruptcy matters, including both debtor and creditor representations.

Ms. Makowski's experience includes assisting with lead and local representation of Chapter 11 debtor cases including Blackstone Technology Group; supervising the wind down of the Crown Books Corporation estate on behalf of the Post-Effective Date Committee; representing unsecured creditor committees; and she has represented large secured and unsecured Chapter 11 creditors including JP Morgan Chase Bank and Caterpillar Financial Services Inc.

Ms. Makowski received her B.A., *cum laude,* from the University of Delaware, and a law degree from Widener University School of Law in 1996. She is admitted to practice law in Delaware and Pennsylvania, and is a member of the American Bankruptcy Institute and the International Women's Insolvency and Restructuring Confederation.

***Patrick J. Reilley,*** *Associate.* Patrick Reilley is an Associate in Saul Ewing's Bankruptcy and Restructuring Department in the Wilmington office. Mr. Reilley concentrates his practice in bankruptcy, representing creditors' committees, debtors, secured and unsecured creditors, and parties to leases and other executory contracts, as well as parties in adversary proceedings.

Mr. Reilley received his B.A. degree from Bucknell University and his law degree from Boston University in 2002. He is admitted to practice law in Pennsylvania, Delaware and New Jersey.

NEW CENTURY TRS HOLDINGS, INC.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S SEPTEMBER 2007 TIME ENTRIES

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 9/7/2007 | MM | E-mails re: Forbes article on subprime lenders | 0.1 | 45.9 |
| 9/24/2007 | MM | E-mail re: resignation of director | 0.1 | 45.9 |
| 9/10/2007 | MM | Telephone call with E. Fox re: cash collateral issues | 0.2 | 91.8 |
| 9/6/2007 | MM | E-mails re: U.S. Trustee's informal objection to KL Gates' fee application | 0.2 | 91.8 |
| 9/7/2007 | MM | Telephone calls and e-mails re: U.S. Trustee's informal objection to KL Gates' fee application | 0.2 | 91.8 |
| 9/7/2007 | MM | E-mail from Debtor re: interim fee application | 0.1 | 45.9 |
| 9/11/2007 | MM | E-mails with P. Ratkowiak re: quarterly fee application | 0.2 | 91.8 |
| 9/12/2007 | MM | Letter from E. Fox re: response to U.S. Trustee's questions on KL Gates' fee application | 0.2 | 91.8 |
| 9/13/2007 | MM | E-mails re: First Quarter Fee Applications | 0.2 | 91.8 |
| 9/17/2007 | MM | E-mails re: KL Gates' discussions with U.S. Trustee to resolve issues with fee applications | 0.2 | 91.8 |
| 9/17/2007 | MM | 9/14/07 e-mail re: quarterly fee applications | 0.1 | 45.9 |
| 9/18/2007 | MM | Review of and execute Certification of No Objection for Examiner's fee application | 0.2 | 91.8 |
| 9/24/2007 | MM | Telephone call with K&L Gates re: fee application issues | 0.2 | 91.8 |
| 9/24/2007 | MM | Review of Section 328 and Local Rule 2016-2 for K&L Gates fee application | 0.2 | 91.8 |
| 9/24/2007 | MM | E-mail to K&L Gates re: fee application issue | 0.1 | 45.9 |
| 9/24/2007 | MM | E-mail from E. Fox to U.S. Trustee re: resolution of issues with fee application | 0.1 | 45.9 |
| 9/25/2007 | MM | E-mails re: Examiner and K&L Gates' Second Monthly Fee Applications | 0.2 | 91.8 |
| 9/25/2007 | MM | E-mails re: resolution of U.S. Trustee's informal objection to K&L Gates' First Monthly Fee Application | 0.2 | 91.8 |
| 9/26/2007 | MM | E-mails re: BDO's First Monthly Fee Application | 0.2 | 91.8 |
| 9/26/2007 | MM | Review and execute Notice of BDO's First Monthly Fee Application | 0.2 | 91.8 |
| 9/26/2007 | MM | E-mails re: Certification of No Objection for K&L Gates' First Monthly Fee Application | 0.2 | 91.8 |
| 9/27/2007 | MM | Draft Certification of No Objection for K&L Gates' Fee Application | 0.8 | 367.2 |
| 9/27/2007 | MM | E-mails re: K&L Gates' Fee Application Certification of No Objection | 0.2 | 91.8 |
| 9/27/2007 | MM | Finalize and File K&L Gates' Fee Application Certification of No Objection | 0.2 | 91.8 |
| 9/4/2007 | MM | E-mail from Examiner re: call to discuss strategy of filing report | 0.1 | 45.9 |
| 9/4/2007 | MM | Conference call with Examiner re: motion to extend report deadline | 0.5 | 229.5 |
| 9/4/2007 | MM | Review of draft Motion to Extend Report Deadline | 0.5 | 229.5 |
| 9/4/2007 | MM | Conference call with Examiner re. draft Motion to Extend Report Deadline | 0.8 | 367.2 |

NEW CENTURY TRS HOLDINGS, INC.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S SEPTEMBER 2007 TIME ENTRIES

| | | | | |
|---|---|---|---|---|
| 9/4/2007 | MM | Draft Motion for Expedited Consideration of Motion to Extend Report Deadline | 1 | 459 |
| 9/4/2007 | MM | Telephone calls and e-mails with A. Vara re: Motion to Extend Report Deadline | 0.3 | 137.7 |
| 9/4/2007 | MM | E-mails from Examiner re: revised Motion to Extend Report Deadline | 0.2 | 91.8 |
| 9/4/2007 | MM | E-mail from Examiner re: Debtor and Committee's reaction to request for 6 month extension to file report | 0.1 | 45.9 |
| 9/4/2007 | MM | Review of Certification for Committee/KPMG Protective Order | 0.1 | 45.9 |
| 9/5/2007 | MM | Telephone calls and e-mails re: finalizing and filing motion to extend deadline to file report and motion to expedite | 0.8 | 367.2 |
| 9/5/2007 | MM | Review of and revisions to Motion to Expedite | 0.6 | 275.4 |
| 9/5/2007 | MM | Review of several drafts of motion to extend deadline to file report | 0.6 | 275.4 |
| 9/5/2007 | MM | E-mails with outside counsel and U.S. Trustee re: Debtor's and Committee's reaction to request for additional time to file report | 0.3 | 137.7 |
| 9/5/2007 | MM | Finalize, coordinate service and filing of Motion to Extend Deadline to File Report and Motion to Expedite | 0.5 | 229.5 |
| 9/5/2007 | MM | E-mail from Examiner re: interview schedule | 0.1 | 45.9 |
| 9/5/2007 | MM | Review of interview memos | 0.1 | 45.9 |
| 9/5/2007 | MM | E-mails re: filed Motion to Extend Deadline and Motion for Expedited Consideration | 0.1 | 45.9 |
| 9/6/2007 | MM | E-mail re: signed Order Granting Expedited Consideration of Motion to Extend Deadline to File Report | 0.1 | 45.9 |
| 9/6/2007 | MM | E-mail from M. Missal re: Daily Bankruptcy Report article on Motion to Extend Deadline to File Report | 0.1 | 45.9 |
| 9/6/2007 | MM | E-mail re: Debtor's counsel's reaction to Motion to Extend Deadline | 0.1 | 45.9 |
| 9/6/2007 | MM | E-mail from Examiner re: update on calls with Debtor's representatives | 0.1 | 45.9 |
| 9/10/2007 | MM | E-mails re: Examiner's call with Committee on Motion to Extend Report Deadline | 0.1 | 45.9 |
| 9/10/2007 | MM | Review of Debtor's Response to Motion to Extend Report Deadline | 0.2 | 91.8 |
| 9/10/2007 | MM | Review of Committee's Response to Motion to Extend Report Deadline | 0.2 | 91.8 |
| 9/10/2007 | MM | E-mail re: interview protocol | 0.1 | 45.9 |
| 9/11/2007 | MM | E-mails re: Debtors' proposed order with protective order language | 0.2 | 91.8 |
| 9/12/2007 | MM | Review of memo re: employee interview | 0.2 | 91.8 |
| 9/14/2007 | MM | Telephone call with M. Collins re: protective order / turnover of cash collateral documents | 0.2 | 91.8 |
| 9/14/2007 | MM | Telephone call with Examiner re: call with M. Collins on protective order/cash collateral | 0.2 | 91.8 |

NEW CENTURY TRS HOLDINGS, INC.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S SEPTEMBER 2007 TIME ENTRIES

| | | | | |
|---|---|---|---|---|
| | | E-mail with E. Fox re: Debtor's proposal to add protective order language to order approving extension | | |
| 9/14/2007 | MM | of deadline to file report | 0.2 | 91.8 |
| 9/17/2007 | MM | 9/14/07 e-mail from S. Topetzes re: contact with M. Collins | 0.1 | 45.9 |
| 9/18/2007 | MM | Review of memo on meeting with OMM and AlixPartners | 0.2 | 91.8 |
| 9/18/2007 | MM | Review of memos of employee interviews | 0.2 | 91.8 |
| 9/19/2007 | MM | E-mails re: locating copies of D&O insurance policies | 0.2 | 91.8 |
| 9/19/2007 | MM | E-mail re: class action complaint | 0.1 | 45.9 |
| 9/20/2007 | MM | Telephone call with E. Fox re: Judge's reaction to adding protective order language to order extending report deadline | 0.2 | 91.8 |
| 9/24/2007 | MM | Review of outline of class action complaint | 0.1 | 45.9 |
| 9/24/2007 | MM | Review of memo of employee interview | 0.2 | 91.8 |
| 9/27/2007 | MM | E-mails re: memos of witness interviews | 0.2 | 91.8 |
| 9/28/2007 | MM | E-mails re: 10/1/07 meeting with Committee | 0.2 | 91.8 |
| 9/28/2007 | MM | E-mails re: memos for interviews | 0.2 | 91.8 |
| 9/28/2007 | MM | E-mails re: new 2004 Motion | 0.2 | 91.8 |
| 9/28/2007 | MM | Review of draft 2004 Motion | 0.3 | 137.7 |
| 9/28/2007 | MM | E-mail re: addresses of uncooperative witnesses | 0.2 | 91.8 |
| 9/28/2007 | MM | E-mail re: FICO score | 0.1 | 45.9 |
| 9/28/2007 | MM | E-mail re: interview schedule | 0.1 | 45.9 |
| 9/7/2007 | MM | E-mail re: BDO's telephonic appearance at 9/11/07 hearing | 0.2 | 91.8 |
| 9/10/2007 | MM | Telephone call with Examiner re: strategy for 9/11/07 hearing | 0.6 | 275.4 |
| 9/11/2007 | MM | E-mail from Examiner re: thoughts on 9/11/07 hearing | 0.1 | 45.9 |
| 9/11/2007 | MM | Prepare for and attend hearing on Motion to Extend Deadline to File Examiner's Report | 2.8 | 1,285.20 |
| 9/11/2007 | MM | Telephone call with Examiner re: outcome of hearing | 0.2 | 91.8 |
| | | **MM Total** | **20.2** | **9271.8** |
| 9/25/2007 | PJR | Review and finalize Fee Applications and execute Notices of Fee Application | 0.3 | 78.3 |
| | | **PJR Total** | **0.3** | **78.3** |
| 9/4/2007 | PZR | Prepare Saul Ewing's First Monthly Fee Application and research same | 2.4 | 388.8 |
| 9/4/2007 | PZR | E-file Saul Ewing's First Fee Application and Notice of Fee Application | 0.3 | 48.6 |
| 9/12/2007 | PZR | E-mail from and to M. Minuti regarding interim fee application and prepare Saul Ewing's Notice of First Interim Fee Application | 0.6 | 97.2 |
| 9/12/2007 | PZR | Prepare chart of professionals' fees and research same | 0.3 | 48.6 |
| 9/13/2007 | PZR | Review of Interim Compensation Order for Notice Parties and revise Notice of First Interim Fee Application for Saul Ewing | 0.1 | 16.2 |

NEW CENTURY TRS HOLDINGS, INC.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S SEPTEMBER 2007 TIME ENTRIES

| | | | | |
|---|---|---|---|---|
| 9/13/2007 | PZR | Prepare Affidavit of Service, e-file and serve Saul Ewing's Notice of First Interim Fee Application | 0.3 | 48.6 |
| 9/14/2007 | PZR | Review of docket and prepare Certification of No Objection for M. Missal's first monthly fee request | 0.2 | 32.4 |
| 9/14/2007 | PZR | Update chart of professionals' fees and case calendar | 0.2 | 32.4 |
| 9/17/2007 | PZR | Review of docket and update chart of professionals' fees and case calendar | 0.3 | 48.6 |
| 9/18/2007 | PZR | Revise Certification of No Objection for M. Missal's first fee application and e-file same | 0.2 | 32.4 |
| 9/25/2007 | PZR | Review of docket and prepare Certification of No Objection regarding Saul Ewing's 1st monthly fee application | 0.2 | 32.4 |
| 9/26/2007 | PZR | E-file Certification of No Objection regarding Saul Ewing's 1st monthly fee request and update chart of professionals' fees | 0.3 | 48.6 |
| 9/26/2007 | PZR | Review of docket regarding Kirkpatrick & Lockhart's and Michael Missal's August fee requests and update chart of professionals' fees and case calendar regarding same | 0.4 | 64.8 |
| | | **PZR Total** | **5.8** | **939.6** |
| | | | | |
| 9/6/2007 | KPM | Review and Execute notice of hearing on Examiner's motion to extend time to file report | 0.1 | 30.6 |
| 9/6/2007 | KPM | Review and execute Certification of No Objection for Examiner's Application for Retention of BDO Seidman | 0.1 | 30.6 |
| | | **KPM Total** | **0.2** | **61.2** |
| | | **Grand Total** | **26.5** | **10350.9** |