# EXHIBIT "C"

553601 1 11/28/07

## EXHIBIT "C"

## COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | .2 | $91.80 |
| Cash Collateral and DIP Financing | .2 | $91.80 |
| Fee Applications and Matters | 10.5 | $3,037.50 |
| Other Litigation, Including Stay Relief | 11.6 | $5,309.10 |
| Preparation for and Attendance at Hearing | 3.9 | $1,790.10 |
| Retention Matters | 0.1 | $30.60 |
| **TOTAL** | **26.50** | **$10,350.90** |

# SAUL EWING
### Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2009496 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 10/11/07 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00003 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/07/07 | MM | E-mails re: Forbes article on subprime lenders | 0.1 | 45.90 |
| 09/24/07 | MM | E-mail re: resignation of director | 0.1 | 45.90 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 0.2 | at | $459.00 | = | 91.80 |

CURRENT FEES  91.80

**TOTAL AMOUNT OF THIS INVOICE**  91.80

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

553019.1 11/8/07

# SAUL EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2009497 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 10/11/07 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00006 |

Re:  Cash Collateral and Dip Financing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/10/07 | MM | Telephone call with E. Fox re: cash collateral issues | 0.2 | 91.80 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 0.2 | at | $459.00 | = | 91.80 |

CURRENT FEES  91.80

**TOTAL AMOUNT OF THIS INVOICE**  91.80

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

553019 1 11/8/07

# SAUL EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER)<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>1601 K Street, NW<br>Washington, DC 20006 | Invoice Number  2009499<br>Invoice Date  10/11/07<br>Client Number  355619<br>Matter Number  00011 |

Re:  Fee Applications and Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/04/07 | PZR | Prepare Saul Ewing's first monthly fee application and research same | 2.4 | 388.80 |
| 09/04/07 | PZR | E-file Saul Ewing's First Fee Application and Notice of Fee Application | 0.3 | 48.60 |
| 09/06/07 | MM | E-mails re: U.S. Trustee's informal objection to KL Gates' fee application | 0.2 | 91.80 |
| 09/07/07 | MM | Telephone calls and e-mails re: U.S. Trustee's informal objection to KL Gates' fee application | 0.2 | 91.80 |
| 09/07/07 | MM | E-mail from Debtor re: interim fee application | 0.1 | 45.90 |
| 09/11/07 | MM | E-mails with P. Ratkowiak re: quarterly fee application | 0.2 | 91.80 |
| 09/12/07 | PZR | E-mail from and to M. Minuti regarding interim fee application and prepare Saul Ewing's Notice of First Interim Fee Application | 0.6 | 97.20 |
| 09/12/07 | PZR | Prepare chart of professionals' fees and research same | 0.3 | 48.60 |
| 09/12/07 | MM | Letter from E. Fox re: response to U.S. Trustee's questions on KL Gates' fee application | 0.2 | 91.80 |
| 09/13/07 | MM | E-mails re: First Quarter Fee Applications | 0.2 | 91.80 |
| 09/13/07 | PZR | Review of Interim Compensation Order for Notice Parties and revise Notice of First Interim Fee Application for Saul Ewing | 0.1 | 16.20 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

553019 1 11/8/07

| 355619 | | Missel, Michael J. (EXAMINER) | Invoice Number 2009499 | |
| 00011 | | Fee Applications and Matters | Page 2 | |
| 10/11/07 | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/13/07 | PZR | Prepare Affidavit of Service, e-file and serve Saul Ewing's Notice of First Interim Fee Application | 0.3 | 48.60 |
| 09/14/07 | PZR | Review of docket and prepare Certification of No Objection for M. Missal's first monthly fee request | 0.2 | 32.40 |
| 09/14/07 | PZR | Update chart of professionals' fees and case calendar | 0.2 | 32.40 |
| 09/17/07 | MM | E-mails re: KL Gates' discussions with U.S. Trustee to resolve issues with fee applications | 0.2 | 91.80 |
| 09/17/07 | PZR | Review of docket and update chart of professionals' fees and case calendar | 0.3 | 48.60 |
| 09/17/07 | MM | 9/14/07 e-mail re: quarterly fee applications | 0.1 | 45.90 |
| 09/18/07 | PZR | Revise Certification of No Objection for M. Missal's first fee application and e-file same | 0.2 | 32.40 |
| 09/18/07 | MM | Review of and execute Certification of No Objection for Examiner's fee application | 0.2 | 91.80 |
| 09/24/07 | MM | Telephone call with K&L Gates re: fee application issues | 0.2 | 91.80 |
| 09/24/07 | MM | Review of Section 328 and Local Rule 2016-2 for K&L Gates fee application | 0.2 | 91.80 |
| 09/24/07 | MM | E-mail to K&L Gates re: fee application issue | 0.1 | 45.90 |
| 09/24/07 | MM | E-mail from E. Fox to U.S. Trustee re: resolution of issues with fee application | 0.1 | 45.90 |
| 09/25/07 | MM | E-mails re: Examiner and K&L Gates' Second Monthly Fee Applications | 0.2 | 91.80 |
| 09/25/07 | MM | E-mails re: resolution of U.S. Trustee's informal objection to K&L Gates' First Monthly Fee Application | 0.2 | 91.80 |
| 09/25/07 | PJR | Review and finalize Fee Applications and execute Notices of Fee Application | 0.3 | 78.30 |
| 09/25/07 | PZR | Review of docket and prepare Certification of No Objection regarding Saul Ewing's 1st monthly fee application | 0.2 | 32.40 |
| 09/26/07 | MM | E-mails re: BDO's First Monthly Fee Application | 0.2 | 91.80 |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

553019.1 11/8/07

355619  Missel, Michael J. (EXAMINER)  Invoice Number 2009499
00011   Fee Applications and Matters   Page 3
10/11/07

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 09/26/07 | MM | Review and execute Notice of BDO's First Monthly Fee Application | 0.2 | 91.80 |
| 09/26/07 | MM | E-mails re: Certification of No Objection for K&L Gates' First Monthly Fee Application | 0.2 | 91.80 |
| 09/26/07 | PZR | E-file Certification of No Objection regarding Saul Ewing's 1st monthly fee request and update chart of professionals' fees | 0.3 | 48.60 |
| 09/26/07 | PZR | Review of docket regarding Kirkpatrick & Lockhart's and Michael Missal's August fee requests and update chart of professionals' fees and case calendar regarding same | 0.4 | 64.80 |
| 09/27/07 | MM | Draft Certification of No Objection for K&L Gates' Fee Application | 0.8 | 367.20 |
| 09/27/07 | MM | E-mails re: K&L Gates' Fee Application Certification of No Objection | 0.2 | 91.80 |
| 09/27/07 | MM | Finalize and File K&L Gates' Fee Application Certification of No Objection | 0.2 | 91.80 |

TOTAL HOURS     10.5

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Patrick J. Reilley | 0.3 | at | $261.00 | = | 78.30 |
| Pauline Z. Ratkowiak | 5.8 | at | $162.00 | = | 939.60 |
| Mark Minuti | 4.4 | at | $459.00 | = | 2,019.60 |

CURRENT FEES     3,037.50

**TOTAL AMOUNT OF THIS INVOICE**     3,037.50

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

553019.1 11/8/07

# SAUL EWING
## Attorneys at Law
### A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER)<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>1601 K Street, NW<br>Washington, DC 20006 | Invoice Number    2009500<br>Invoice Date      10/11/07<br>Client Number      355619<br>Matter Number       00013 |

Re:   Other Litigation, Including Stay Relief

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/04/07 | MM | E-mail from Examiner re: call to discuss strategy of filing report | 0.1 | 45.90 |
| 09/04/07 | MM | Conference call with Examiner re: motion to extend report deadline | 0.5 | 229.50 |
| 09/04/07 | MM | Review of draft Motion to Extend Report Deadline | 0.5 | 229.50 |
| 09/04/07 | MM | Conference call with Examiner re: draft Motion to Extend Report Deadline | 0.8 | 367.20 |
| 09/04/07 | MM | Draft Motion for Expedited Consideration of Motion to Extend Report Deadline | 1.0 | 459.00 |
| 09/04/07 | MM | Telephone calls and e-mails with A. Vara re: Motion to Extend Report Deadline | 0.3 | 137.70 |
| 09/04/07 | MM | E-mails from Examiner re: revised Motion to Extend Report Deadline | 0.2 | 91.80 |
| 09/04/07 | MM | E-mail from Examiner re: Debtor and Committee's reaction to request for 6 month extension to file report | 0.1 | 45.90 |
| 09/04/07 | MM | Review of Certification for Committee/KPMG Protective Order | 0.1 | 45.90 |
| 09/05/07 | MM | Telephone calls and e-mails re: finalizing and filing motion to extend deadline to file report and motion to expedite | 0.8 | 367.20 |
| 09/05/07 | MM | Review of and revisions to Motion to Expedite | 0.6 | 275.40 |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

553019.1 11/8/07

1

355619
00013
10/11/07

Missel, Michael J. (EXAMINER)
Other Litigation, Including Stay Relief

Invoice Number 2009500
Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/05/07 | MM | Review of several drafts of motion to extend deadline to file report | 0.6 | 275.40 |
| 09/05/07 | MM | E-mails with outside counsel and U.S. Trustee re: Debtor's and Committee's reaction to request for additional time to file report | 0.3 | 137.70 |
| 09/05/07 | MM | Finalize, coordinate service and filing of Motion to Extend Deadline to File Report and Motion to Expedite | 0.5 | 229.50 |
| 09/05/07 | MM | E-mail from Examiner re: interview schedule | 0.1 | 45.90 |
| 09/05/07 | MM | Review of interview memos | 0.1 | 45.90 |
| 09/05/07 | MM | E-mails re: filed Motion to Extend Deadline and Motion for Expedited Consideration | 0.1 | 45.90 |
| 09/06/07 | MM | E-mail re: signed Order Granting Expedited Consideration of Motion to Extend Deadline to File Report | 0.1 | 45.90 |
| 09/06/07 | MM | E-mail from M. Missal re: Daily Bankruptcy Report article on Motion to Extend Deadline to File Report | 0.1 | 45.90 |
| 09/06/07 | MM | E-mail re: Debtor's counsel's reaction to Motion to Extend Deadline | 0.1 | 45.90 |
| 09/06/07 | MM | E-mail from Examiner re: update on calls with Debtor's representatives | 0.1 | 45.90 |
| 09/06/07 | KPM | Review and Execute notice of hearing on Examiner's motion to extend time to file report | 0.1 | 30.60 |
| 09/10/07 | MM | E-mails re: Examiner's call with Committee on Motion to Extend Report Deadline | 0.1 | 45.90 |
| 09/10/07 | MM | Review of Debtor's Response to Motion to Extend Report Deadline | 0.2 | 91.80 |
| 09/10/07 | MM | Review of Committee's Response to Motion to Extend Report Deadline | 0.2 | 91.80 |
| 09/10/07 | MM | E-mail re: interview protocol | 0.1 | 45.90 |
| 09/11/07 | MM | E-mails re: Debtors' proposed order with protective order language | 0.2 | 91.80 |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

553019 1 11/8/07

355619
00013
10/11/07

Missel, Michael J. (EXAMINER)
Other Litigation, Including Stay Relief

Invoice Number 2009500
Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/12/07 | MM | Review of memo re: employee interview | 0.2 | 91.80 |
| 09/14/07 | MM | Telephone call with M. Collins re: protective order / turnover of cash collateral documents | 0.2 | 91.80 |
| 09/14/07 | MM | Telephone call with Examiner re: call with M. Collins on protective order/cash collateral | 0.2 | 91.80 |
| 09/14/07 | MM | E-mail with E. Fox re: Debtor's proposal to add protective order language to order approving extension of deadline to file report | 0.2 | 91.80 |
| 09/17/07 | MM | 9/14/07 e-mail from S. Topetzes re: contact with M. Collins | 0.1 | 45.90 |
| 09/18/07 | MM | Review of memo on meeting with OMM and AlixPartners | 0.2 | 91.80 |
| 09/18/07 | MM | Review of memos of employee interviews | 0.2 | 91.80 |
| 09/19/07 | MM | E-mails re: locating copies of D&O insurance policies | 0.2 | 91.80 |
| 09/19/07 | MM | E-mail re: class action complaint | 0.1 | 45.90 |
| 09/20/07 | MM | Telephone call with E. Fox re: Judge's reaction to adding protective order language to order extending report deadline | 0.2 | 91.80 |
| 09/24/07 | MM | Review of outline of class action complaint | 0.1 | 45.90 |
| 09/24/07 | MM | Review of memo of employee interview | 0.2 | 91.80 |
| 09/27/07 | MM | E-mails re: memos of witness interviews | 0.2 | 91.80 |
| 09/28/07 | MM | E-mails re: 10/1/07 meeting with Committee | 0.2 | 91.80 |
| 09/28/07 | MM | E-mails re: memos for interviews | 0.2 | 91.80 |
| 09/28/07 | MM | E-mails re: new 2004 Motion | 0.2 | 91.80 |
| 09/28/07 | MM | Review of draft 2004 Motion | 0.3 | 137.70 |
| 09/28/07 | MM | E-mail re: addresses of uncooperative witnesses | 0.2 | 91.80 |
| 09/28/07 | MM | E-mail re: FICO score | 0.1 | 45.90 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

553019 | 11/8/07

| | | | | |
|---|---|---|---|---|
| 355619 | | Missel, Michael J. (EXAMINER) | | Invoice Number 2009500 |
| 00013 | | Other Litigation, Including Stay Relief | | Page 4 |
| 10/11/07 | | | | |

| | | | | |
|---|---|---|---|---|
| 09/28/07 | MM | E-mail re: interview schedule | 0.1 | 45.90 |
| | | TOTAL HOURS | 11.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Kathleen P. Makowski | 0.1 | at | $306.00 | = | 30.60 |
| Mark Minuti | 11.5 | at | $459.00 | = | 5,278.50 |

CURRENT FEES                                           5,309.10

**TOTAL AMOUNT OF THIS INVOICE**                       5,309.10

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

553019 1 11/8/07

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2009501 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 10/11/07 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00015 |

Re:   Preparation For And Attendance At Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/07/07 | MM | E-mail re: BDO's telephonic appearance at 9/11/07 hearing | 0.2 | 91.80 |
| 09/10/07 | MM | Telephone call with Examiner re: strategy for 9/11/07 hearing | 0.6 | 275.40 |
| 09/11/07 | MM | E-mail from Examiner re: thoughts on 9/11/07 hearing | 0.1 | 45.90 |
| 09/11/07 | MM | Prepare for and attend hearing on Motion to Extend Deadline to File Examiner's Report | 2.8 | 1,285.20 |
| 09/11/07 | MM | Telephone call with Examiner re: outcome of hearing | 0.2 | 91.80 |
| | | TOTAL HOURS | 3.9 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 3.9 | at | $459.00 | = | 1,790.10 |

CURRENT FEES                                             1,790.10

**TOTAL AMOUNT OF THIS INVOICE**                         1,790.10

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

553019.1 11/8/07

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2011602 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 10/31/07 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00016 |

Re: Retention Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/06/07 | KPM | Review and execute Certification of No Objection for Examiner's Application for Retention of BDO Seidman | 0.1 | 30.60 |
| | | TOTAL HOURS | 0.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Kathleen P. Makowski | 0.1 | at | $306.00 | = | 30.60 |

| | |
|---|---|
| CURRENT FEES | 30.60 |
| **TOTAL AMOUNT OF THIS INVOICE** | 30.60 |
| **NET AMOUNT OF THIS INVOICE** | 30.60 |