# EXHIBIT "D"

553601 1 11/28/07

## EXHIBIT "D"

## EXPENSE SUMMARY
## SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (3559 pages @ $0.10/page) | | $355.90 |
| Telephone | | $13.58 |
| Messenger Service | *Parcels, Inc.; Tri-State Courier & Carriage* | $7.50 |
| Outside Photocopying | *Digital Legal Services* | $2,351.61 |
| **TOTAL** | | **$2,728.59** |

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Michael J. Missel (EXAMINER)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006

| | |
|---|---|
| Invoice Number | 2009495 |
| Invoice Date | 10/11/07 |
| Client Number | 355619 |
| Matter Number | 00002 |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 09/05/07 | Photocopying | 4.40 | |
| 09/25/07 | Photocopying | 347.00 | |
| 09/26/07 | Photocopying | 4.50 | |
| | Total Photocopying | | 355.90 |
| 09/06/07 | Telephone | 0.22 | |
| 09/14/07 | Telephone | 1.56 | |
| 09/14/07 | Telephone | 0.75 | |
| 09/14/07 | Telephone | 0.53 | |
| 09/30/07 | Telephone | 0.18 | |
| 09/30/07 | Telephone | 0.20 | |
| 09/30/07 | Telephone | 0.22 | |
| 09/30/07 | Telephone | 0.24 | |
| 09/30/07 | Telephone | 0.42 | |
| 09/30/07 | Telephone | 0.73 | |
| 09/30/07 | Telephone | 0.90 | |
| 09/30/07 | Telephone | 1.87 | |
| 09/30/07 | Telephone | 2.22 | |
| 09/30/07 | Telephone | 3.54 | |
| | Total Telephone | | 13.58 |
| 09/11/07 | Messenger Service - - VENDOR: Parcels, Inc to Judge Carey / F. Pouncy  Bank ID: 14 Check Number: 102212 | 7.50 | |
| | Total Messenger Service | | 7.50 |
| 09/13/07 | Copies - - VENDOR: Digital Legal, LLC re: Notice of SE's 1st Monthly Fee request / M. Minuti  Bank ID: 14 Check Number: 102374 | 294.88 | |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

553019.1 11/8/07

1

| | | |
|---|---|---|
| 355619<br>00002<br>10/11/07 | Missel, Michael J. (EXAMINER)<br>Expenses | Invoice Number 2009495<br>Page 2 |

| Date | Description | Amount | |
|---|---|---:|---:|
| 09/13/07 | Copies - - VENDOR: Digital Legal, LLC and postage for Order Granting Motion for Expedited Consideration of Motion for Extension of Time to File Report with the Court and Notice of Hearing / M. Minuti<br>Bank ID: 14 Check Number: 102374 | 335.40 | |
| 09/18/07 | Copies - - VENDOR: Digital Legal, LLC and postage for Order Authorizing the Retention of BDO Seldman LLP / M. Minuti<br>Bank ID: 14 Check Number: 102569 | 284.00 | |
| 09/24/07 | Copies - - VENDOR: Transcripts Plus of 9/11/07 hearing transcript / M. Minuti<br>Bank ID: 14 Check Number: 102828 | 670.98 | |
| 09/24/07 | Copies - - VENDOR: Digital Legal, LLC and Postage in re: Motion for Extension of Time to File Report with the Court / Motion to Expedite / M. Minuti<br>Bank ID: 14 Check Number: 102825 | 766.35 | |
| | Total Copies | | 2,351.61 |
| | **CURRENT EXPENSES** | | 2,728.59 |

**TOTAL AMOUNT OF THIS INVOICE**   2,728.59

553019.1 11/8/07