UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                            *

                                                        Case No. 07-10416-KJC
NEW CENTURY TRS HOLDINGS, INC.,    *    (Chapter 11)
a Delaware corporation, *et al.*,
                              Debtor              *

                                        ***********

US BANK NATIONAL ASSOCIATION,        *
AS TRUSTEE
c/o Select Portfolio Servicing, Inc.             *
                      Movant

                                                  *

        v.
                                                  *

NEW CENTURY TRS HOLDING, Inc., et al
                      Debtor                      *

-------------------------------------------------------------------------------------

## <u>CERTIFICATE OF SERVICE</u>

        I HEREBY CERTIFY that on November 30, 2007, copies of the foregoing

Motion for Relief from Automatic Stay Under § 361 of the Bankruptcy Code (with

Exhibit A); Notice of Motion; and proposed Order were served upon the parties listed on

the below in the manner stated:

VIA US MAIL
New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

VIA US MAIL
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodeny Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

VIA US MAIL
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

VIA US MAIL
United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
*U.S. Trustee*

VIA US MAIL
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

VIA US MAIL
Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

Date: November 30, 2007                    Respectfully submitted,

                                           WITTSTADT & WITTSTADT, P.A.

                                           /s/ *Lisa R. Hatfiled* _____
                                           Lisa R. Hatfield (DE No. 4967)
                                           1000 N. West Street
                                           Suite 1200
                                           Wilmington, DE 19801
                                           (302) 295-5095
                                           (866) 503-4930 (toll free)