| EXHIBIT A | | | | | | |
|---|---|---|---|---|---|---|
| In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11) | | | | | | |
| Movant: US Bank National Association, as Trustee | | | | | | |
| Loan Number | Mortgager | Loan Date | Original Loan Amount | Payoff Amount | Current Value | Property Address |
| 9365875 | Wells | Feb. 7, 2006 | $484,000 | $535,912.55 | $495,000 | 44330 Camino Azul, La Quinta, CA. 92253 |
| 9358821 | Thomas | Feb. 10, 2006 | $488,000 | $555,295.64 | $440,000 | 3404 Herman Avenue, San Diego, CA 92104 |
| 8509390 | Gerber | Aug. 16, 2005 | $129,600 | $143,486.37 | $149,000 | 2 Blaine Court, Palm Court, FL. 32137 |
| 8507873 | Hoyos | Aug. 5, 2005 | $258,400 | $277,451.79 | $310,000 | 39039 Willowvale Road, Palmdale Area, CA 93551 |
| 8507394 | Pernsley | Aug. 30, 2005 | $104,000 | $110,532.97 | $130,000 | 821 Mercury Drive, NW, Atlanta, GA 30331 |
| 8505810 | Flores/Parra | Aug. 31, 2005 | $236,000 | $252,072.46 | $240,000 | 1817 NE 22nd Terrace, Cape Coral, FL 33909 |
| 8494270 | Ramirez | Aug. 12, 2005 | $289,600 | $314,545.12 | $340,000 | 1990 Bluehaven Court, San Diego, CA 92154 |
| 8493959 | Mendoza | Aug. 17, 2005 | $532,000 | $569,504.94 | $555,000 | 1422 Cougar Drive, Salinas, CA 93905 |
| 8493645 | Eidsvoog | Aug. 13, 2005 | $304,000 | $322,970.86 | $359,000 | 553 North Oregon Street, Jackonsville, Or. 97530 |
| 8492787 | Landers | Aug. 12, 2005 | $160,000 | $172,561.07 | $209,000 | 1110 East Chambers Street, Phoenix, AR 85040 |