IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | Case No. 07-10416 (KJC) |
| **INC., a Delaware corporation, <u>et</u> <u>al.</u>,** | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

**MOTION TO APPROVE STIPULATION AMONG NEW CENTURY
MORTGAGE CORPORATION, CARRINGTON MORTGAGE SERVICES, LLC
AND MICROSOFT LICENSING, GP AUTHORIZING ASSUMPTION OF
<u>LICENSE AGREEMENT AND TRANSFER OF LICENSES</u>**

Carrington Mortgage Services, LLC ("CMS") by and through their undersigned attorneys, respectfully submit the following Motion To Approve Stipulation Among New Century Mortgage Corporation ("NCMC"), Carrington Mortgage Services, LLC And Microsoft Licensing, GP ("Microsoft") Authorizing Assumption Of License Agreement And Transfer Of Licenses (the "Motion").

**BACKGROUND**

1. On April 2, 2007 (the "Petition Date"), NCMC and various of its affiliates and subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On April 2, 2007, Carrington Capital Management, LLC ("CCM") and CMS (together with CCM, "Carrington") and the Debtors entered into an asset purchase agreement (as amended and restated, the "APA") for the sale of the certain assets comprising the Debtors' mortgage loan servicing business (the "Servicing Business").

3. On May 21, 2007, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") held a hearing to approve the sale of the Servicing Business

WCSR 3791194v1

to Carrington.  On May 23, 2007, the Bankruptcy Court entered an order approving the sale of the Servicing Business to Carrington (the "Sale Order").  The sale of the Servicing Business closed on June 29, 2007.

4. Prior to the Petition Date, NCMC and Microsoft entered into that certain Microsoft Business Agreement Number U2084156, as amended, effective date on or about May 1, 2005, Microsoft Enterprise Agreement Number 01E64499, effective date on or about May 1, 2005, and Microsoft Enterprise Enrollment Number 7584256, effective date on or about May 1, 2005 (collectively, the "Enterprise Agreement").

5. On or before August 31, 2007, Microsoft filed a timely proof of unsecured nonpriority claim arising from the Enterprise Agreement in the amount of $1,473,756.84 (the "Claim").

6. In connection with the sale of the Servicing Business, NCMC has agreed to assume the Enterprise Agreement pursuant to section 365 of the Bankruptcy Code and transfer to CMS certain licenses pursuant to the terms of the Enterprise Agreement.  The specific licenses to be transferred (the "Licenses") are set forth in the stipulation attached hereto as Exhibit A (the "Stipulation").  Microsoft has consented to such assumption and assignment pursuant to the terms of the Stipulation.

**RELIEF REQUESTED**

7. By this motion, CMS seeks entry of an order approving the Stipulation.  Although the transfer of the Licenses was not specifically addressed in the APA, the Licenses all relate to software used in the Servicing Business purchased by Carrington.  The assumption and assignment of the Licenses will provide CMS with the benefit of Licenses, which are necessary

for the operation of the Servicing Business. The Licenses are no longer required by NCMC in order to continue its remaining operations.

8. Pursuant to the Stipulations, NCMC has agreed to allow the Claim, but otherwise NCMC shall have no cure obligation under section 365(b) of the Bankruptcy Code related to the Enterprise Agreement or the Licenses. Further, CMS has agreed to reimburse NCMC for the reasonable expenses incurred by its professionals in connection with their review of the Stipulation.[1] As such, the assumption and assignment of the Enterprise Agreement and the transfer of the Licenses to CMS will not result in any additional costs to NCMC's estate.

---

[1] CMS also drafted and filed the instant motion so that NCMC's estate would not have to incur the professional expenses associated herewith.

3

**CONCLUSION**

WHEREFORE, CMS respectfully requests that this Court enter orders approving the Stipulation and grant such further relief as may be appropriate under the circumstances.

Dated: November 30, 2007
Wilmington, Delaware

                                      */s/ Steven K. Kortanek*
                                      Steven K. Kortanek (Del. Bar No. 3106)
                                      Womble Carlyle Sandridge & Rice, PLLC
                                      222 Delaware Avenue, Suite 1501
                                      Wilmington, DE  19801
                                      Ph: (302) 252-4363
                                      Fax: (302) 661-7728
                                      skortanek@wcsr.com

                                      - and -

                                      MAYER BROWN LLP
                                      Thomas S. Kiriakos
                                      Sean T. Scott
                                      Matthew V. Wargin
                                      71 South Wacker Drive
                                      Chicago, IL  60606
                                      Ph: 312-701-8310
                                      Fax: 312-706-8482
                                      tkiriakos@mayerbrown.com
                                      stscott@mayerbrown.com
                                      mwargin@mayerbrown.com

                                      Counsel to Carrington Mortgage Services, LLC and
                                      Carrington Capital Management, LLC