## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : | **Case No. 07-10416 (KJC)** |
| a Delaware corporation, <u>et al.</u>,[1] | : | **Jointly Administered** |
| | : | |
| Debtors. | : | Objection Deadline: 12/13/2007 at 4:00 p.m. ET |
| | : | Hearing Date: 12/20/2007 at 1:30 p.m. ET |

### NOTICE OF MOTION

TO:  The Office of the United States Trustee and all parties on the 2002 Service List.

Carrington Mortgage Services, LLC and Carrington Capital Management, LLC has filed the **Motion to Approve Stipulation Among New Century Mortgage Corporation, Carrington Mortgage Services, LLC and Microsoft Licensing, GP Authorizing Assumption of License Agreement and Transfer of Licenses** (the "Motion").

If you wish to oppose the Motion, you are required to file a response to the Motion on or before **December 13, 2007** with the Clerk of the United States Bankruptcy Court for the District of Delaware, 6th Floor, Marine Midland Plaza, 824 Market Street, Wilmington, Delaware 19801

At the same time, you must also serve a copy of the response upon movant's attorneys:

| | |
|---|---|
| Thomas S. Kiriakos, Esq. | Steven K. Kortanek, Esq. |
| Sean T. Scott, Esq. | Womble Carlyle Sandridge |
| Matthew V. Wargin, Esq. |    & Rice, PLLC |
| Mayer Brown LLP | 222 Delaware Avenue, Suite 1501 |
| 71 South Wacker Drive | Wilmington, DE 19801 |
| Chicago, IL  60606 | Phone:  (302) 252-4363 |
| Ph: (312) 701-8310 | Fax:  (302) 661-7728 |
| Fax: (312) 706-8482 | skortanek@wcsr.com |
| tkiriakos@mayerbrown.com | |
| stscott@mayerbrown.com | |
| mwargin@mayerbrown.com | |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Stalking Horse Bidders Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

LA3:1141582.1
WCSR  3791264v1

A HEARING ON THE MOTION WILL BE HELD, IF ANY RESPONSE IS TIMELY RECEIVED, ON **DECEMBER 20, 2007 AT 1:30 p.m.**  IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  November 30, 2007

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

By: _/s/ Steven K. Kortanek_
Steven K. Kortanek, Esq. (Del. Bar No. 3106)
222 Delaware Avenue, Suite 1510
Wilmington, DE  19801
(302) 252-4363 Telephone
(302) 661-7728 Facsimile
skortanek@wcsr.com

and

Thomas S. Kiriakos, Esq.
Sean T. Scott, Esq.
Matthew V. Wargin, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL  60606
Ph: (312) 701-8310
Fax: (312) 706-8482
tkiriakos@mayerbrown.com
stscott@mayerbrown.com
mwargin@mayerbrown.com

*Co-Counsel to Carrington Mortgage Services, LLC and Carrington Capital Management, LLC*