# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : **Chapter 11** |
| | : |
| **NEW CENTURY TRS HOLDINGS,** | : **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : |
| | : **Jointly Administered** |
| Debtors. | : |
| | : |
| | : |

## STIPULATION AMONG NEW CENTURY MORTGAGE CORPORATION, CARRINGTON MORTGAGE SERVICES, LLC AND MICROSOFT LICENSING, GP AUTHORIZING ASSUMPTION OF LICENSE AGREEMENT AND TRANSFER OF LICENSES

This Stipulation is made by and between Carrington Mortgage Services, LLC ("CMS"),

New Century Mortgage Corporation ("NCMC") and Microsoft Licensing, GP ("Microsoft").

### I.    Recitals

A.    On April 2, 2007 (the "Petition Date"), the Debtors including NCMC filed

voluntary petitions for relief under chapter 11 the Bankruptcy Code.

B.    On May 21, 2007, Carrington Capital Management, LLC ("CCM") and CMS

(together with CCM, "Carrington"), NCMC, and New Century Financial Corporation entered

into that certain Second Amended and Restated Asset Purchase Agreement (the "APA") for the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

sale of the assets comprising the Debtors' mortgage loan servicing business (the "Servicing Business"). On May 21, 2007, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") held a hearing to approve the sale of the Servicing Business to Carrington. On May 23, 2007, the Bankruptcy Court entered an order approving the sale of the Servicing Business to Carrington. The sale of the Servicing Business closed on June 29, 2007.

     C.    Prior to the Petition Date, NCMC and Microsoft entered into that certain Microsoft Business Agreement Number U2084156, as amended, effective date on or about May 1, 2005, Microsoft Enterprise Agreement Number 01E64499, effective date on or about May 1, 2005, and Microsoft Enterprise Enrollment Number 7584256, effective date on or about May 1, 2005 (collectively, the "Enterprise Agreement").

     D.    On or before August 31, 2007, Microsoft filed a timely proof of unsecured nonpriority claim arising from the Enterprise Agreement in the amount of $1,473,756.84 (the "Claim").

     E.    In connection with the sale of the Servicing Business, NCMC has agreed to assume the Enterprise Agreement pursuant to section 365 of the Bankruptcy Code and transfer to CMS certain licenses pursuant to the terms of the Enterprise Agreement. Specifically, NCMC has agreed to transfer to CMS the various licenses (the "Subject Licenses") listed on page 3 of the "Notice of Perpetual License Transfer" attached hereto as Exhibit 1. Microsoft has consented to such assumption and transfer subject to the terms and conditions set forth in the Notice of Perpetual License Transfer and in this Stipulation.

## II.    Agreement

     1.    All of the foregoing recitals are incorporated herein by reference and are made a part of this Stipulation.

2.      This Stipulation shall become effective upon the date (the "Stipulation Date") that this Stipulation is approved by the Bankruptcy Court.

3.      As of the Stipulation Date, and subject to the conditions of this Stipulation, NCMC is hereby authorized to and shall assume the Enterprise Agreement pursuant to section 365(a) of the Bankruptcy Code. Such assumption shall be and hereby is made effective on the Stipulation Date. Upon such assumption, the Enterprise Agreement shall be amended pursuant to the terms of this Stipulation and shall immediately expire, notwithstanding anything to the contrary in the Enterprise Agreement.

4.      Allowance of the Claim shall be a condition precedent to the assumption authorized hereby and shall satisfy NCMC's cure obligations under section 365(b) of the Bankruptcy Code with respect to the Enterprise Agreement. On the Stipulation Date, the Claim shall be irrevocably allowed. The Claim shall be treated in the above-captioned case as a timely filed unsecured claim against NCMC and its estate in accordance with any chapter 11 plan confirmed herein or otherwise in accordance with its priority under section 726(a)(2)(A) of the Bankruptcy Code. This Stipulation also constitutes a judgment against NCMC in favor of Microsoft in the amount of the Claim, which may be enforced in accordance with applicable nonbankruptcy law upon dismissal of the above-captioned cases, relief from stay, or other order of the Bankruptcy Court. Notwithstanding anything to the contrary in the APA or any related agreement, Carrington shall have no liability on account of, or related to, the Claim.

5.      Upon assumption of the Enterprise Agreement, NCMC shall have the perpetual licenses under the Enterprise Agreement only as identified on Exhibit 2 hereto (the "Perpetual Licenses"). NCMC shall be entitled to no additional licenses under the Enterprise Agreement, notwithstanding anything in the Enterprise Agreement to the contrary, and the Enterprise

Agreement is hereby amended to reflect such limitation.  Out of the Perpetual Licenses, NCMC shall transfer the Subject Licenses to CMS subject to the terms and conditions of the Notice of Perpetual License Transfer and this Stipulation.   CMS hereby accepts the applicable product use rights, use restrictions, limitations of liability, and transfer restrictions under the Enterprise Agreement.

6.    Microsoft hereby consents to the foregoing assumption of the Enterprise Agreement and transfer of the Subject Licenses to CMS subject to the terms and conditions of the Notice of Perpetual License Transfer and this Stipulation.

7.    With respect to the remaining Perpetual Licenses that are not transferred as Subject Licenses to CMS, NCMC may transfer such Perpetual Licenses upon receipt of the prior written consent of Microsoft.

8.    The Bankruptcy Court shall retain jurisdiction to enforce the terms and conditions of this Stipulation to the full extent allowed under law.

November 20, 2007

Agreed to by:

**NEW CENTURY MORTGAGE CORPORATION**

By: _Holly Felder Etlin_

Its: _CEO_

**MICROSOFT LICENSING, GP**

By: _____

Its: _____

**CARRINGTON MORTGAGE SERVICES LLC**

By: _____

Its: _____

LA3:1141582.1

November 29, 2007

Agreed to by:

## NEW CENTURY MORTGAGE CORPORATION

By: _____

Its: _____


## MICROSOFT LICENSING, GP

By: _Mark Eily_____

Its: _Director of Credit_____


## CARRINGTON MORTGAGE SERVICES LLC

By: _____

Its: _____

November 27 2007

Agreed to by:

**NEW CENTURY MORTGAGE CORPORATION**

By: _____

Its: _____

**MICROSOFT LICENSING, GP**

By: _____

Its: _____

**CARRINGTON MORTGAGE SERVICES LLC**

By: _____

Its: _____PRESIDENT_____

# EXHIBIT 1

**Microsoft** | Volume Licensing

# Notice of Perpetual License Transfer

**Not for use with version 5 agreements or earlier**

| | | | |
|---|---|---|---|
| Agreement number | 01E64499 | Date of Transfer | 8/29/2007 |
| Enrollment number<br>(*if applicable*) | | | |

This Notice of Perpetual License Transfer is made according to the Microsoft agreement identified above. This form identifies perpetual licenses transferred to the entity identified below (the "transferee"). You must complete Annex A to this form. All terms used but not defined in this notice will have the meanings assigned to such terms in the above agreement and enrollment. * indicates required fields.

## Customer

| Name of Entity *<br>New Century Mortgage Corporation | | Contact Name *<br>Holly Etlin | |
|---|---|---|---|
| Street Address *<br>3121 Michelson Drive<br>Sixth Floor | | Contact Email Address *<br>hetlin@alixpartners.com | |
| City *<br>Irvine | State/Province *<br>CA | Phone *<br>949-517-0877 | |
| Country *<br>USA | Postal Code *<br>92612 | Fax<br>949-471-6768 | |

## Transferee

| Name of Entity *<br>Carrington Mortgage Services, LLC | | Contact Name *<br>Corinne Abeyta | |
|---|---|---|---|
| Street Address *<br>1610 E.St. Andrew Place | | Contact Email Address *<br>Corinne.Abeyta@carringtonms.com | |
| City *<br>Santa Ana | State/Province *<br>CA | Phone *<br>949-517-5066 | |
| Country *<br>USA | Postal Code *<br>92705 | Fax<br>949-517-5023 | |
| Transferee agreement or Enrollment number (if any) | | | |

**One original of this Notice of Transfer should be sent to:**

Microsoft Licensing, GP
 Dept. 551, Volume Licensing
6100 Neil Road, Suite 210
Reno, Nevada USA 89511-1137

**The remaining originals should be kept by the Customer and Transferee for license management and record keeping.**

You acknowledge that our receipt of this notice does not constitute: (i) authorization to transfer rights to upgrades derived through Software Assurance (SA) coverage or License & Software Assurance (L&SA) prior to the expiration or renewal of your enrollment; (ii) our agreement to grant perpetual rights for any prorated number of licenses on early termination; nor (iii) validation of transferred licenses based on invalid or inaccurate information in Annex A regarding license status.  You may not use this form to transfer Software Assurance ("SA") and/or License & Software Assurance ("L&SA") upgrade rights.

This transfer is only valid if your representations and warranties made below are true and accurate.

By signing below, you represent and warrant that:

- You are transferring only fully paid, perpetual licenses.  Refer to the "License Grant" section of your agreement to ensure the licenses you intend to transfer are perpetual.
- You are not transferring
    (i)  licenses on a short-term basis (90 days or less);
    (ii)  temporary rights to use products;
    (iii)  Software Assurance coverage;
    (iv)  perpetual licenses for any version of any product acquired through Software Assurance separately from the underlying perpetual license for which that Software Assurance coverage was ordered; or
    (v)  upgrade licenses for a desktop operating system separately from the underlying operating system license or from the computer system on which the product was first installed.
- This transfer is made according to the above restrictions and all other terms of the Microsoft agreement identified above.
- The information provided in this notice is complete and accurate.
- You have provided the transferee with a copy of the applicable product use rights and notice regarding the use and transfer restrictions, and limitations of liability specified in the agreement.

The transferee, by signing below, acknowledges acceptance of the applicable product use rights, use and transfer restrictions, and limitations of liability.

Please sign this notice in triplicate.  One signed original should be mailed to us, as directed above, and the remaining signed originals should be retained by you and the transferee for license management and record keeping purposes.

| *Customer* | *Transferee* |
|---|---|
| Name of Entity<br>*New Century Mortgage Corporation* | Name of Entity<br>*Carrington Mortgage Services, LLC* |
| Signature | Signature |
| Printed Name<br>*Holly Etlin* | Printed Name<br>*Dave Gordon* |
| Printed Title<br>*CEO* | Printed Title<br>*President* |
| Signature Date | Signature Date<br>*9/19/2007* |

| *Microsoft Internal Use Only* |
|---|
| Reference Number |

## Annex A to Notice of Perpetual License Transfer

| Complete the table by filling in the blanks below. | |
|---|---|
| Product, version, language and initial country of usage columns | Enter the product name, version, language and country of usage exactly as they appear on the License Detail page on the Microsoft Volume Licensing Services site located at http://licensing.microsoft.com.  In the case of upgrades derived through Software Assurance coverage or L&SA, in the "Version" column, insert the latest version of the product made available during your contract term. |
| Upgrade Protection End Date column | In the case of upgrades derived through Software Assurance coverage or L&SA, enter the upgrade protection "end date" exactly as it appears on the License Detail page located at http://licensing.microsoft.com. |
| Number of licenses | Enter number of licenses you are transferring. |

### *Perpetual Licenses Transferred*

| Product | Version | Language | Initial Country of Usage | Upgrade Protection End Date | Number of Licenses |
|---|---|---|---|---|---|
| Pro Desktop | 2007 | Listed | US | 4/30/2007 | 500 |
| Visio Pro Win32 | 2007 | Listed | US | 4/30/2007 | 30 |
| Windows Svr Std | 2007 | Listed | US | 4/30/2007 | 40 |
| Project Pro Win32 | 2007 | Listed | US | 4/30/2007 | 30 |
| Windows Svr Ent | 2003 | Listed | US | 4/30/2007 | 10 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Annex A to Notice of Perpetual License Transfer

*Perpetual Licenses Transferred*

| Product | Version | Language | Initial Country of Usage | Upgrade Protection End Date | Number of Licenses |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Please attach an additional page to this notice, if you need more space.

# EXHIBIT 2

Exhibit 2

| Part Number | Item Name | Usage Country | Quantity |
|---|---|---|---|
| D87-01251 | Visio Pro Win32 Listed Languages Lic/SA Pack MVL | United States | 599 |
| A07-00043 | Pro Dsktp Listed Lic/SA Pack MVL | United States | 1769 |
| P73-00202 | Windows Svr Std Listed Lic/SA Pack MVL | United States | 243 |
| H30-00235 | Project Pro Win32 Listed Languages Lic/SA Pack MVL w/1 ProjectSvr CAL | United States | 334 |
| P72-00164 | Windows Svr Ent Listed Lic/SA Pack MVL | United States | 85 |
| 395-02611 | Exchange Svr Ent Listed Languages Lic/SA Pack MVL | United States | 10 |
| 810-01713 | SQL Svr Enterprise Edtn Listed Languages Lic/SA Pack MVL 1 Proc Lic | United States | 5 |