| EXHIBIT A |||||||
|---|---|---|---|---|---|---|
| In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11) |||||||
| Movant: US Bank National Association, as Trustee |||||||
| Loan Number | Mortgager | Loan Date | Original Loan Amount | Payoff Amount | Current Value | Property Address |
| 9386137 | Chassagne | Feb. 24, 2006 | 428,000 | $465,592.22 | $537,000 | 14816 SW 164 Terrace, Miami, FL 33817 |
| 9379488 | Rolle | Feb. 22, 2006 | $428,000 | $482,347.89 | $587,000 | 12367 Natalie Cove Road, Cooper City, FL 33330 |
| 9379371 | Gonsales/Venegas | Feb. 10. 2006 | $244,000 | $255,868.10 | $180,000 | 8185 Gertrude Avenue, Stockton, CA 95215 |
| 9378829 | Gatherer | Feb. 11, 2006 | $376,000 | $399,181.28 | $359,950 | 10401 Heather Valley Drive, Bakersfield, CA 93312 |
| 9378530 | Salomon | Feb. 27, 2006 | $228,800 | $253,149.10 | $247,000 | 5879 Triphammer Road, Lake Worth, FL 33463 |
| 9375346 | Rodriguez | Feb. 7, 2006 | $316,000 | $341,959.08 | $346,000 | 2070 Holbrook Place, Manteca, CA 95336 |
| 9374034 | Sendejas | Feb. 7, 2006 | $332,000 | $347,977.37 | $450,000 | 2833 Missouri Avenue, Southgate, CA 90280 |
| 9373119 | Latu | Feb. 10, 2006 | $340,000 | $378,310.70 | $399,000 | 27 Robinson Avenue, Pittsburg, CA 94565 |
| 9371170 | Salas/Siordia | Feb. 15, 2006 | $488,000 | $520,086.40 | $625,000 | 324 Lilac Lane, East Palo Alto, CA 94303 |
| 9367368 | Grisson | Feb. 27, 2006 | $232,000 | $265,430.53 | $215,000 | 18 Perry Creek Drive, Jacksonville, FL 3220 |