UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| | | Case No. 07-10416-KJC |
| NEW CENTURY TRS HOLDINGS, INC., | * | (Chapter 11) |
| a Delaware corporation, *et al.*, | | |
| Debtor | * | |
| *********** | | |
| DLJ Mortgage Capital, Inc. | * | |
| c/o Select Portfolio Servicing, Inc. | | |
| Movant | * | |
| | | |
| v. | * | |
| | | Objections due by: Dec. 13, 2007 4:00 PM |
| NEW CENTURY TRS HOLDING, Inc., et al | | Hearing Date: December 20, 2007 at 1:30 PM |
| Debtor | * | |

**NOTICE OF MOTION OF DLJ MORTGAGE CAPITAL, INC. C/O SELECT PORTFOLIO SERVICING, INC. FOR RELIEF FROM STAY <u>UNDER SECTION 362 OF THE BANKRUPTCY CODE</u>**

To:

<u>VIA US MAIL</u>
New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

<u>VIA US MAIL</u>
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodeny Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

<u>VIA US MAIL</u>
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

<u>VIA US MAIL</u>
United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
*U.S. Trustee*

<u>VIA US MAIL</u>
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

<u>VIA US MAIL</u>
Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

  DLJ Mortgage Capital, Inc. c/o Select Portfolio Servicing, Inc. has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to certain real property in which the above-captioned debtor may hold an interest. A complete list of the real property which the motion relates is attached to the motion as Exhibit A.

  **HEARING ON THE MOTION WILL BE HELD ON <u>December 20, 2007</u> at 1:30 P.M. at the United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801.**

  **ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE <u>December 13, 2007</u>. FAILURE TO <u>TIMELY</u> FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELEIF REQUESTED IN THE MOTION.**

At the same time, you must also serve a copy of the response upon movant's attorney:

Lisa R. Hatfield, Esquire
WITTSTADT & WITTSTADT, P.A.
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, s determined by the Court.

The attorneys for the parties shall confer with respect to issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED BY THE MOTION WILL BE GRANTED.**

Date: November 30, 2007                  Respectfully submitted,

                                                              WITTSTADT & WITTSTADT, P.A.

/s/ *Lisa R. Hatfiled*
Lisa R. Hatfield (DE No. 4967)
1000 N. West Street
Suite 1200
Wilmington, DE 19801
(302) 295-5095
(866) 503-4930 (toll free)