### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : : | Case No. 07-10416 (KJC) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | **Related to Docket No. 3750** |

### CERTIFICATE OF NO OBJECTION TO APPLICATION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (AUGUST 1, 2007 THROUGH SEPTEMBER 30, 2007) [DOCKET NO. 3750] (NO ORDER REQUIRED)

The undersigned hereby certifies that she has received no answer, objection or any other responsive pleading with respect to the Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

(August 1, 2007 through September 30, 2007) (the "Application"), filed by Skadden, Arps, Slate, Meagher & Flom LLP (the "Applicant") listed on Exhibit A attached hereto. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. The Application was filed with the Bankruptcy Court on the date listed on Exhibit A.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered April 24, 2007 [Docket No. 389] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection and without the need for entry of a Court order approving the Application.

Dated: Wilmington, Delaware
      November 30, 2007

/s/ *Kimberly A. LaMaina*
Eric M. Davis (I.D. No. 3621)
Kimberly A. LaMaina (I.D. No. 4568)
SKADDEN, APRS, SLATE,
   MEAGHER & FLOM LLP
One Rodney Square, P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000

Special Counsel for Debtors and
   Debtors in Possession

# EXHIBIT A

# NEW CENTURY TRS HOLDINGS, INC., et al.,

Professional Fees and Expenses
Monthly Fee Application

| Applicant<br><br>Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees &Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP [Docket No. 3750] | 8/1/07-9/30/07 | $105,669.50 (Fees)<br><br>$1,816.24 (Expenses) | $84,535.60 (Fees @ 80%)<br><br>$1,816.24 (Expenses @ 100%) | 11/8/07 | 11/28/07 |

3