## EXHIBIT B

(327(e) Affidavit)

RLF1-3228852-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |

## AFFIDAVIT OF SPECIAL COUNSEL, INC. UNDER 11 U.S.C. § 327(e)

STATE OF FLORIDA     :
                     :
COUNTY OF DUVAL      :

Beth A. Palmer, being duly sworn, upon her oath, deposes and says:

1. I am a Regional Vice President with Special Counsel, Inc., located at 1 Independent Drive, Jacksonville, Florida 32202 ("Special Counsel").

2. As set forth in detail in the Emergency Motion of Debtors and Debtors in Possession for an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code, (I) Approving Agreement Between Debtors and Special Counsel, Inc. and (II) Authorizing the Debtors to Employ Special Counsel, Inc. to Provide Employee Staffing Services In Accordance with the Terms of the Agreement (the "Motion"), the above-captioned debtors and debtors in

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

possession (the "Debtors") are seeking to employ Special Counsel pursuant to the terms of the certain agreement between the Debtors and Special Counsel, dated November 30, 2007, a copy of which is attached to the Motion as Exhibit A (the "Agreement"). More specifically, effective as of December 17, 2007, approximately fifteen of the Debtors' remaining employees will become employees of Special Counsel. The Debtors will retain Special Counsel so that such employees will continue providing services to the Debtors' on a going-forward basis in accordance with the terms of the Agreement. As employees of Special Counsel, the Debtors' employees will be able to take advantage of the health benefit plans offered by Special Counsel. I understand that the Debtors have determined that it is simply cost prohibitive to continue providing the existing health coverage benefits to their employees on a going-forward basis. This arrangement will allow the Debtors' employees to continue to receive important health insurance coverage while providing critical ongoing services to the Debtors.

3. Certain of the Debtors' employees that will be employed through Special Counsel are in-house counsel and accounting professionals of the Debtors. Accordingly, Special Counsel is filing this affidavit out of an abundance of caution in the event that the Court determines that these employees constitute professionals that need to be retained under section 327(e) of the United States Bankruptcy Code.

4. Given the nature of the services provided by Special Counsel, Special Counsel does not have the ability to conduct conflict checks. Special Counsel provides temporary, temp to hire and/or direct hire services to various firms and companies throughout the country. Special Counsel does not have the ability to track the matters that such employees, firms or companies may be involved in. I can confirm that to the best of my knowledge, understanding and belief, Special Counsel does not have any relationship with any person, their

attorneys, or accountants that would be adverse to the Debtors or their estates in connection with these chapter 11 cases.

5. Neither I nor any principal of or professional employed by Special Counsel has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and employees of Special Counsel.

6. Special Counsel provided the Debtors with similar staffing services prior to the filing of the Debtors' chapter 11 cases. Special Counsel, however, was not owed any pre-petition amounts and did not file a proof of claim against the Debtors' estates. However, as detailed herein and in the Motion, Special Counsel will be employing approximately 15 of the Debtors' former employees, including several in-house counsel and accounting personnel. I understand that these employees provided pre-petition services to the Debtors in substantially the same capacity as they will under the terms of the Agreement. As long-standing employees of the Debtors, I understand that some of these employees do hold pre-petition claims against the Debtors' estates. These claims consist primarily of unpaid wage, bonus and severance obligations under their pre-petition employment contracts. Special Counsel is unaware of the specifics or magnitude of these claims.

Name: Beth A. Palmer

I Declare under penalty of Perjury under State and Federal Law that the foregoing is true and correct and was executed by me on before me this 30th day of __November__, 2007 in San Francisco, California.

Beth A. Palmer
Regional Vice President
Special Counsel

-3-

RLF1-3228942-1