## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : Jointly Administered |
| Debtors. | : Requested Dates: |
| | : Hearing Date: December 12, 2007 @ 2:00 p.m. |
| | : Objection Deadline: December 11, 2007 @ 12:00 p.m. |

### MOTION TO SHORTEN NOTICE PERIOD AND APPROVE THE FORM AND MANNER OF NOTICE FOR MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER, PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE, (I) APPROVING AGREEMENT BETWEEN DEBTORS AND SPECIAL COUNSEL, INC. AND (II) AUTHORIZING THE DEBTORS TO EMPLOY SPECIAL COUNSEL, INC. TO PROVIDE EMPLOYEE STAFFING SERVICES IN ACCORDANCE WITH THE TERMS OF THE AGREEMENT

The above captioned debtors and debtors in possession (the "Debtors") hereby move the Court for an order pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), providing authorization to have the **Motion of Debtors and Debtors in Possession for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code, (I) Approving Agreement Between the Debtors and Special Counsel, Inc. and (II) Authorizing**

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

**the Debtors to Employ Special Counsel, Inc. to Provide Employee Staffing Services in Accordance with the Terms of the Agreement** (the "Motion") considered at an emergency hearing on December 12, 2007 at 2:00 p.m. (Eastern Time) (the "Hearing") (the "Motion to Shorten"). A copy of the Motion is attached hereto as Exhibit A.

By the Motion, the Debtors seek entry of an order, pursuant to sections 105 and 363 of the Bankruptcy Code, (i) approving the Agreement,[2] (ii) authorizing the employment of Special Counsel to provide employee staffing services in accordance with the terms of the Agreement and (iii) granting such other and further relief as the Court deems just and proper.

Local Rule 9006-1(c) requires that motions be filed and served at least 15 days prior to the hearing date scheduled for such motion (or 18 days if notice is given by regular mail) unless the Bankruptcy Rules or Local Rules state otherwise. Local Rule 9006-1(c) also requires that objection deadlines be set at least five days before the hearing date. See Del. Bankr. LR 9006-1(c). Pursuant to Local Rule 9006-1(e), however, these notice and objection deadlines can be shortened "by order of the Court, on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. LR 9006-1(e); see also Fed. R. Bankr. P. 9006(c) ("when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without notice order the period reduced").

The Debtors respectfully submit that the exigencies of this matter justify expedition. As described more fully in the Motion, the existing health care coverage offered to the Debtors' employees will be terminated as of the end of this calendar year. The Debtors have been advised by Special Counsel that employees must be employed by Special Counsel as of December 17, 2007 in order to be eligible for benefits as of January 1, 2008. Accordingly, it is

---

[2] Unless otherwise defined, capitalized terms shall have the meanings ascribed to them in the Motion.

RLF1-3229344-1

2

necessary that the Motion be heard prior to December 17, 2007 to avoid a lapse in health care coverage to the Debtors' employees.

The Debtors intend to serve the Motion to Shorten and Motion today by first-class mail on: (1) the Office of the United States Trustee for the District of Delaware; (2) counsel to the Official Committee of Unsecured Creditors appointed in these chapter 11 cases; (3) the examiner appointed in these chapter 11 cases; and (4) all parties who have timely filed requests for notice under Rule 2002 of the Bankruptcy Rules. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is required.

The Debtors also request that the Court set December 11, 2007 at 12:00 p.m. (Eastern Time) as the objection deadline with respect to the Motion. Local Rule 9006-1(c) provides that objection deadlines be set at least five (5) business days before a hearing date. The Debtors, however, submit that allowing parties-in-interest additional time in which to object to the relief requested in the Motion is warranted given the shortened notice of the Hearing. Accordingly, the Debtors respectfully submit that the parties-in-interest will not be prejudiced by the dates proposed herein.

*[Remainder of page left intentionally blank.]*

WHEREFORE, the Debtors respectfully request the entry of an order, substantially in the form attached hereto as <u>Exhibit B</u>, approving the shortened notice period requested herein and the form, manner and sufficiency of notice of the Motion and granting such other and further relief as may be just and proper.

Dated: November 30, 2007
       Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. Samis*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION