## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 5, 2007 AT 1:30 P.M.

### I.    CONTINUED MATTERS:

1.    Application Of Debtors And Debtors In Possession For An Order Authorizing The Retention And Employment Of Susman Godfrey LLP As Special Litigation Counsel To The Debtors Nunc Pro Tunc To The Petition Date Pursuant To Sections 327(e), 328, 329 and 504 Of The Bankruptcy Code And Bankruptcy Rules 2014, 2016 and 5002 [D.I. 2073; filed 7/27/07]

   Objection Deadline:  August 16, 2007 at 4:00 p.m.; extended indefinitely for the United States Trustee

   Objections/Responses Received:  None to date

   Related Documents:

   i.    Supplemental Declaration Of Barry Barnett In Support Of Application Of Debtors And Debtors In Possession For An Order Authorizing The Retention And Employment Of Susman Godfrey LLP As Special

---

[1]    The debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Ligitation Counsel To Debtors Nunc Pro Tunc To The Petition Date Pursuant To Sections 327(e), 328, 329, And 504 Of The Bankruptcy Code and Bankruptcy Rules 2014, 2016, and 5002 [D.I. 3019; filed 9/21/07]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for December 20, 2007 at 1:30 p.m.

2.    National City Commercial Capital Company LLC's Motion for Relief from Automatic Stay [D.I. 2857; filed 9/19/07]

Objection Deadline:  October 18, 2007; extended to November 15, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.        Exhibits to be Attached to National City Commercial Capital Company LLC's Motion for Relief from Automatic Stay [D.I. 3022; filed 9/24/07]

ii.       Amended Notice of Motion of Stay [D.I. 3070; filed 9/26/07]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for January 23, 2007 at 1:30 p.m.

3.    Motion of ADT Security Services, Inc. to Compel the Payment of Administrative Expenses Claim Pursuant to 11 U.S.C. Section 503(b)(1) [D.I. 3229; filed 10/5/07]

Objection Deadline:  October 16, 2007

Objections/Responses Received:  None to date

Related Documents:  None to date.

Status: The hearing on this matter is continued to the omnibus hearing scheduled for December 20, 2007 at 1:30 p.m.

4.    Debtors' Motion Pursuant To Sections 105(a) and 345 Of The Bankruptcy Code For Order Authorizing Debtors To Reallocate Certain Investments In Connection With Deferred Compensation Plans [D.I. 3848; filed 11/17/07]

Objection deadline:  November 28, 2007

Objections/Responses Received:

A.       Response to Debtors' Motion Pursuant To Sections 105(a) and 345 Of The Bankruptcy Code For Order Authorizing Debtors To Reallocate Certain Investments In Connection With Deferred Compensation Plans [D.I. 3950; filed 11/27/07]

RLF1-3228756-1

B.    Limited Objection to Debtors' Motion Pursuant To Sections 105(a) and 345 Of The Bankruptcy Code For Order Authorizing Debtors To Reallocate Certain Investments In Connection With Deferred Compensation Plans [D.I. 3958; filed 11/28/07]

C.    Wells Fargo Bank N.A.'s Response to Debtors' Motion Pursuant To Sections 105(a) and 345 Of The Bankruptcy Code For Order Authorizing Debtors To Reallocate Certain Investments In Connection With Deferred Compensation Plans [D.I. 3961; filed 11/28/07]

Related Documents: None.

Status: The hearing on this matter is continued to the omnibus hearing scheduled for December 20, 2007 at 1:30 p.m.

## II.    UNCONTESTED MATTER WITH CERTIFICATIONS OF NO OBJECTION:

5.    Debtors' Motion For Order Authorizing Debtors To Enter Into Supplement To Securities Purchase Agreement By And between Ellington Management Group, L.L.C.; On Behalf Of Its Client Funds, And Morgan Stanley Mortgage Capital Inc. Dated May 8, 2007 [D.I. 3830; filed 11/15/07]

Objection Deadline: November 28, 2007; extended to November 29, 2007 at midnight for the U.S. Trustee

Objections/Responses Received: None at this time.

Related Documents:

i.    Certificate of No Objection [D.I. 3999; filed 11/30/07]

Status: On November 30, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

6.    Motion Of Saxon Mortgage Services, Inc. For Relief From Automatic Stay Under Section 362 Of The Bankruptcy Code [D.I. 3837; filed 11/16/07]

Objection Deadline: November 28, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.    Notice of Motion [D.I. 3839; filed 11/16/07]

ii.    Certificate of No Objection [D.I. 4002; filed 12/3/07]

Status: On December 3, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

7.     Motion Of LaSalle Bank National Association, As Trustee And Custodian For Morgan Stanley, MSAC 2006-HE8 By: Saxon Mortgage Services, Inc. As Its Attorney-In-Fact For Relief From Automatic Stay Under Section 362 Of The Bankruptcy Code [D.I. 3840; filed 11/16/07]

Objection Deadline: November 28, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.     Notice of Motion [D.I. 3841; filed 11/16/07]

ii.    Certificate of No Objection [D.I. 4001; filed 12/3/07]

Status: On December 3, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

## III.    CONTESTED MATTERS GOING FORWARD:

8.     General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 630; filed 5/11/07]

Objection deadline: May 31, 2007; extended to June 7, 2007 at 4:00 p.m.

Objections/Responses Received:

A.     Limited Response of Carrington Capital Management, LLC and Carrington Mortgage Services, LLC to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1165; filed 6/7/07]

B.     Opposition of Debtors and Debtors in Possession to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1166; filed 6/7/07]

C.     Objection of the Official Committee of Unsecured Creditors to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1168; filed 6/7/07]

D.     Objection of the Examiner to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1237; filed 6/14/07]

E.     Limited Objection of Maricopa County Treasurer to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1728; filed 6/28/07]

Related Documents:

i.     Notice of General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 632; filed 5/11/07]

ii.     Certification of Counsel [D.I. 1979; filed 7/20/07]

iii.     Order Approving Stipulation and Agreement Among the Debtors and Citigroup Global Markets Realty Corp. with Respect to the Payment of Cash Collateral [D.I. 2011; filed 7/24/07]

iv.     Certification of Counsel Re:  Second Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [Docket No. 2103; filed 7/31/07]

v.     Revised Certification of Counsel Re:  Second Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [Docket No. 2119; filed 8/1/07]

vi.     Order Approving Second Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation [Docket No. 2134; filed 8/2/07]

vii.     Certification of Counsel Re: Third Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [D.I. 2461; filed 8/22/07]

viii.     Certification of Counsel Re: Fourth Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [D.I. 3176; filed 10/1/07]

ix.     Certification of Counsel Re: Fifth Stipulation Regarding Motion for Relief from the Automatic Stay of General Electric Capital Corporation and Order Thereon [D.I. 3855; filed 11/19/07]

Status: The hearing on this matter is going forward.

9.     Debtors' First Omnibus Objection to Claims: Non-Substantive Objection Pursuant to U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Duplicate Claims and (B) Amended and Superseded Claims [D.I. 3317; filed 10/18/07]

Objection deadline:  November 28, 2007

Objections/Responses Received:

A.    Response to Debtors First Omnibus Objection to Claims Non-Substantive (filed by Andrew Fleming) [D.I. 3746; filed 11/6/07]

B.    Response to Debtors First Omnibus Objection to Claims Non-Substantive (filed by Euripides George Demos) [D.I. 3814; filed 11/9/07]

C.    Response to Debtors First Omnibus Objection to Claims Non-Substantive (filed by Central Valley Appraisal Group) [D.I. 3821; filed 11/14/07]

D.    Response to Debtors First Omnibus Objection to Claims Non-Substantive (filed by Leslie K. Hill dba Farallon Enterprises) [D.I. 3845; filed 11/16/07]

E.    Response to Debtors First Omnibus Objection to Claims Non-Substantive (filed by Appraisals by Sam) [D.I. 3977; filed 11/27/07]

F.    The Debtors received an informal response from Fairmount Appraisal Services.

G.    The Debtors received an informal response from GE Capital.

Related Documents:

i.    Declaration of Todd B. Brents in Support of Debtors' First Omnibus Objection to Claims:  Non-Substantive Objection Pursuant to U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Duplicate Claims and (B) Amended and Superseded Claims [D.I. 3318; filed 10/18/07]

ii.    Amended Notice of Debtors' First Omnibus Objection to Claims:  Non-Substantive Objection Pursuant to U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Duplicate Claims and (B) Amended and Superseded Claims [D.I. 3664; filed 11/5/07]

Status: The individual status of each claim with respect to this matter is listed on the attached Exhibit A.

10.    Debtors' Second Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims [D.I. 3582; filed 10/31/07]

Objection deadline:  November 28, 2007

Objections/Responses Received:

A.      Response to Omnibus Objection to Claims (Second) Substantive Objection (filed by Mark and Patti Lundborg - The Real Estate Book) [D.I. 3820; filed 11/13/07]

B.      Objection to Debtors Omnibus Objection To Claims With Respect To Wages (filed by Cameron W. Petrie) [D.I. 3822; filed 11/14/07]

C.      Response to Debtors Second Omnibus Objection (filed by Leslie K. Hill dba Farallon Enterprises) [D.I. 3845; filed 11/16/07]

D.      Response to Debtors Second Omnibus Objection (filed by United Virginia Title, LLC) [D.I. 3951; filed 11/27/07]

E.      Response to Debtors Second Omnibus Objection (filed by Accuvant, Inc.) [D.I. 3952; filed 11/27/07]

F.      Response to Omnibus Objection to Claims (Second) Substantive Objection (filed by Receivable Management Services) [D.I. 3957; filed 11/26/07]

G.      Response to Omnibus Objection to Claims (Second) Substantive Objection (filed by Appraisals by Sam) [D.I. 3977; filed 11/27/07]

H.      The Debtors received an informal response from National Field Representative.

I.      The Debtors received an informal response from Sharon A. Ferline.

J.      The Debtors received an informal response from Silver Key Property Corp.

K.      The Debtors received an informal response from Webb Mason.

L.      The Debtors received an informal response from Century West Associates LLC.

M.      The Debtors received an informal response from Frost Brown Todd LLC.

N.      The Debtors received an informal response from PFS Marketwyse.

Related Documents:

i.      Amended Notice of Debtors' Second Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims [D.I. 3669; filed 11/21/07]

ii.     Notice of Submission of Copies of Proofs of Claims for Debtors' Second Omnibus Objection:    Substantive Objection Pursuant to 11 U.S.C.

Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims [D.I. 3928; filed 11/21/07]

Status: The individual status of each claim with respect to this matter is listed on the attached Exhibit B.

11.    Debtors' Third Omnibus Objection to Claims:    Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 [D.I. 3583; filed 10/31/07]

Objection deadline: November 28, 2007

Objections/Responses Received:

A.    Objection to Debtors' Third Omnibus Objection to Claims (filed by Roland and Delouise Sawyer) [D.I. 3815; filed 11/19/07]

Related Documents: None.

Status: The individual status of each claim with respect to this matter is listed on the attached Exhibit C.

12.    Motion of the Debtors and Debtors-In-Possession Pursuant to 11 U.S.C. Sections 105(a) and 362(a) for an Order Enforcing the Automatic Stay Against the Internal Revenue Service and Granting Related Relief [D.I. 3829; filed 11/15/07]

Objection deadline: November 28, 2007

Objections/Responses Received:

A.    Internal Revenue Service's Objection to Motion of the Debtors and Debtors-in-Possession Pursuant to 11 U.S.C. Sections 105(a) and 362(a) for an Order Enforcing the Automatic Stay Against the Internal Revenue Service and Granting Related Relief [D.I. 3955; filed 11/28/07]

Related Documents: None.

Status: The parties intend to use the hearing solely as a scheduling conference with respect to the Motion.    The substantive hearing on the relief requested in the Motion has been adjourned to a date to later be determined.

Dated:  December 3, 2007
        Wilmington, Delaware

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION