Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims
(Non-Substantive)

Exhibit A

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 443 | 339 | Ada County Treasurer | No objection has been filed to date |
| 2,654 | 1,205 | Adams County Speical Assessments | No objection has been filed to date |
| 326 | 214 | Alice Alvarado | No objection has been filed to date |
| 2,364 | 2,344 | American Contractors Indemnity Company | No objection has been filed to date |
| 3,156 | 2,625 | American Ventures Property Fund I Ltd | No objection has been filed to date |
| 978 | 773 | Andrew Fleming | Response filed 11/6/07. D.I. 3746; The claimant has withdrawn its response. |
| 1,488 | 313 | Appraisals by Sam | Response filed 11/27/07; D.I. 3977; The claimant has withdrawn its response. |
| 551 | 546 | AT&T Corp | No objection has been filed to date |
| 2,967 | 2,431 | Basepoint Analytics LLC | No objection has been filed to date |
| 2,518 | 2,431 | Basepoint Analytics LLC | No objection has been filed to date |
| 1,875 | 856 | Bettye Honeycutt dba Interior Keepers | No objection has been filed to date |
| 129 | 40 | Beverly Stewart | No objection has been filed to date |
| 311 | 307 | Bexar County | No objection has been filed to date |
| 755 | 855 | Bonnie Viola Hughes Emp | No objection has been filed to date |
| 1,340 | 369 | Brian Reynolds Emp | No objection has been filed to date |
| 1,082 | 1,080 | Brothers & Associates LLC | No objection has been filed to date |
| 286 | 213 | Bruce R Ullman | No objection has been filed to date |
| 282 | 218 | Calyx Software | No objection has been filed to date |
| 1,952 | 815 | Carol Landry nka Wands | No objection has been filed to date |
| 981 | 815 | Carol Landry nka Wands | No objection has been filed to date |
| 1,468 | 666 | Carolina Certified Appraisals Inc | No objection has been filed to date |
| 2,907 | 2,640 | Carrington Securities LP | No objection has been filed to date |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims (Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1,156 | 1,154 | Castagna Giorgio Salvatce | No objection has been filed to date |
| 751 | 803 | Central Valley Appraisal Group | Response filed 11/14/07; D.I. 3821; The claimant has withdrawn its response. |
| 1,467 | 1,466 | Cincinnati Bell Telephone | No objection has been filed to date |
| 2,089 | 1,753 | City of DeSoto | No objection has been filed to date |
| 2,258 | 2,145 | Clear Capitalcom Inc | No objection has been filed to date |
| 2,658 | 2,005 | Cohn Goldberg & Deutsch LLC | No objection has been filed to date |
| 628 | 472 | County of Denton, Denton County Fesh Water District No. 6 | No objection has been filed to date |
| 554 | 473 | County of Williamson Leander ISD | No objection has been filed to date |
| 697 | 668 | Crestwood Behavioral Health Inc | No objection has been filed to date |
| 1,936 | 727 | CSHV Southpark LLC | No objection has been filed to date |
| 2,566 | 527 | Cypress Fairbanks ISD | No objection has been filed to date |
| 308 | 296 | Dallas County | No objection has been filed to date |
| 954 | 893 | Dawn Golden | No objection has been filed to date |
| 1,091 | 455 | Department of the Treasury Internal Revenue Service | No objection has been filed to date |
| 1,088 | 451 | Department of the Treasury Internal Revenue Service | No objection has been filed to date |
| 1,093 | 454 | Department of the Treasury Internal Revenue Service | No objection has been filed to date |
| 87 | 2 | Department of the Treasury Internal Revenue Service | No objection has been filed to date |
| 1,999 | 1,754 | DeSoto ISD | No objection has been filed to date |
| 368 | 130 | Donald A Wilson, Jr. | No objection has been filed to date |
| 1,103 | 1,043 | Douglas A Luper | No objection has been filed to date |
| 2,854 | 2,847 | EMC Mortgage Corporation | No objection has been filed to date |
| 3,046 | 3,029 | EMC Mortgage Corporation | No objection has been filed to date |
| 271 | 106 | Emily C Le | No objection has been filed to date |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims
(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 586 | 585 | EQY Invest First Colony Owner Ltd LLP | No objection has been filed to date |
| 244 | 182 | Fairmount Appraisal Services | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 242 | 182 | Fairmount Appraisal Services | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 185 | 182 | Fairmount Appraisal Services | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 183 | 182 | Fairmount Appraisal Services | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 187 | 182 | Fairmount Appraisal Services | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 184 | 182 | Fairmount Appraisal Services | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 243 | 182 | Fairmount Appraisal Services | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,994 | 349 | Fanucchi Joann M | No objection has been filed to date |
| 1,149 | 1,035 | Featherson Romero Inc | No objection has been filed to date |
| 2,966 | 2,421 | Fidelity Field Services | No objection has been filed to date |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims

(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 3,003 | 2,303 | FIS Default Solutions | No objection has been filed to date |
| 2,888 | 2,309 | FIS Flood Services | No objection has been filed to date |
| 2,564 | 528 | Fort Bend County | No objection has been filed to date |
| 2,298 | 1,504 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,255 | 1,503 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,140 | 1,892 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,110 | 1,924 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,792 | 1,923 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,940 | 1,867 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,016 | 1,928 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims:  (A) Duplicate Claims and (B) Amended and Superseded Claims
(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2,780 | 1,423 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,127 | 1,422 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,782 | 1,422 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,790 | 1,440 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,075 | 1,440 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,239 | 1,868 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,249 | 1,425 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,248 | 1,898 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims
(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2,100 | 1,427 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,235 | 1,894 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,943 | 1,894 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,107 | 1,931 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,096 | 1,896 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,784 | 1,955 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,097 | 1,426 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,778 | 1,426 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims
(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2,942 | 1,897 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,123 | 1,463 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,118 | 1,498 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,092 | 1,499 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,230 | 1,886 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,108 | 1,932 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,256 | 1,925 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,238 | 1,891 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims

(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2,237 | 1,895 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 14 | 13 | Glenn Appraisal Services Inc | No objection has been filed to date |
| 2,358 | 2,341 | GMAC Commercial Finance LLC | No objection has been filed to date |
| 795 | 761 | Goetzman Group | No objection has been filed to date |
| 2,412 | 1,975 | Gray & Associates LLP | No objection has been filed to date |
| 2,902 | 2,366 | Hansen Quality LLC | No objection has been filed to date |
| 2,563 | 536 | Harris County et al | No objection has been filed to date |
| 2,149 | 2,147 | Hawaiian Ins & Guar Co | No objection has been filed to date |
| 1,733 | 477 | Hellmuth Obata & Kassabaum Inc Hok | No objection has been filed to date |
| 2,570 | 700 | Hidalgo County | No objection has been filed to date |
| 1,492 | 1 | Idaho State Tax Commission | No objection has been filed to date |
| 367 | 1 | Idaho State Tax Commission | No objection has been filed to date |
| 1,474 | 366 | Idaho State Tax Commission | No objection has been filed to date |
| 461 | 366 | Idaho State Tax Commission | No objection has been filed to date |
| 1,501 | 198 | iDirect Marketing Inc | No objection has been filed to date |
| 1,560 | 1,315 | Imperial County Unsecured Tax Col | No objection has been filed to date |
| 1,277 | 1,275 | Innovative Staffing Resources | No objection has been filed to date |
| 1,279 | 1,275 | Innovative Staffing Resources | No objection has been filed to date |
| 1,280 | 1,275 | Innovative Staffing Resources | No objection has been filed to date |
| 2,923 | 2,859 | Interthinx Inc, Sysdome Inc, Appintelligence Inc | No objection has been filed to date |
| 3,166 | 2,995 | Interthinx Inc, Sysdome Inc, Appintelligence Inc | No objection has been filed to date |
| 2,995 | 2,650 | Interthinx Inc, Sysdome Inc, Appintelligence Inc | No objection has been filed to date |
| 2,990 | 2,945 | Interthinx Inc, Sysdome Inc, Appintelligence Inc | No objection has been filed to date |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims
(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 162 | 149 | Judi A Clark | No objection has been filed to date |
| 570 | 500 | Karen Byrd | No objection has been filed to date |
| 325 | 298 | Kathrelina Acosta et al | No objection has been filed to date |
| 402 | 215 | Kenneth Russel | No objection has been filed to date |
| 691 | 582 | KW Fund II 1860 Howe LP | No objection has been filed to date |
| 593 | 582 | KW Fund II 1860 Howe LP | No objection has been filed to date |
| 2,569 | 680 | La Joya ISD | No objection has been filed to date |
| 70 | 60 | Leslie K Hill dba Farallon Enterprises | Response filed 11/16/07; D.I. 3845. The hearing for this claim has been continued to the omnibus hearing scheduled for 12/20/07. |
| 2,542 | 60 | Leslie K Hill dba Farallon Enterprises | Response filed 11/16/07; D.I. 3845. The hearing for this claim has been continued to the omnibus hearing scheduled for 12/20/07. |
| 411 | 401 | Leslie K Hill dba Farallon Enterprises | Response filed 11/16/07; D.I. 3845. The hearing for this claim has been continued to the omnibus hearing scheduled for 12/20/07. |
| 2,758 | 2,758 | Liberty Lloyds of Texas Inc Co | No objection has been filed to date |
| 1,856 | 44 | Lightbody Randall | No objection has been filed to date |
| 2,430 | 2,388 | Lisa F Clark | No objection has been filed to date |
| 1,494 | 577 | Lisa L Clements | No objection has been filed to date |
| 2,905 | 2,356 | LSI Credit | No objection has been filed to date |
| 408 | 289 | Lubbock Central Appraisal District | No objection has been filed to date |
| 333 | 289 | Lubbock Central Appraisal District | No objection has been filed to date |
| 116 | 84 | M P B Credit Bureau Inc | No objection has been filed to date |
| 868 | 749 | Mackoff Kellogg Law Firm | No objection has been filed to date |

Exhibit A
Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims
(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1,265 | 117 | Manuel Ayala | No objection has been filed to date |
| 329 | 108 | Maria Lubczynski | No objection has been filed to date |
| 211 | 108 | Maria Lubczynski | No objection has been filed to date |
| 1,004 | 1,003 | Mario D Reynolds Emp | No objection has been filed to date |
| 1,532 | 1,531 | Mason Stephanie Ann | No objection has been filed to date |
| 193 | 32 | Max Value Professional Loan Services LLC | No objection has been filed to date |
| 961 | 115 | MCG Investments Inc | No objection has been filed to date |
| 564 | 457 | Mexia Independent School District | No objection has been filed to date |
| 594 | 1,500 | Miami Dade County Tax Collector | No objection has been filed to date |
| 996 | 994 | Michael Clancy | No objection has been filed to date |
| 335 | 283 | Michelle Imperial | No objection has been filed to date |
| 1,590 | 956 | Mldc Enterprises dba Metro Appraisals | No objection has been filed to date |
| 2,565 | 526 | Montgomery County | No objection has been filed to date |
| 2,292 | 2,287 | Morris Lee Dudley | No objection has been filed to date |
| 1,684 | 421 | Nancy Anderson Emp | No objection has been filed to date |
| 1,599 | 346 | Nancy Anderson Emp | No objection has been filed to date |
| 1,487 | 1,181 | Orange County Treasurer Tax Collector | No objection has been filed to date |
| 1,479 | 1,347 | Orange County Treasurer Tax Collector | No objection has been filed to date |
| 312 | 295 | Parker CAD | No objection has been filed to date |
| 653 | 417 | Patrick J Moloney | No objection has been filed to date |
| 681 | 416 | Patrick J Moloney | No objection has been filed to date |
| 2,568 | 1,476 | Pitney Bowes Credit Corporation | No objection has been filed to date |
| 2,342 | 2,161 | Plaza America Office Development LLC | No objection has been filed to date |
| 1,461 | 240 | Premiere Global Services | No objection has been filed to date |
| 1,496 | 746 | Profast Appraisals Inc | No objection has been filed to date |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims
(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1,465 | 746 | Profast Appraisals Inc | No objection has been filed to date |
| 983 | 711 | Punyashree Rawal | No objection has been filed to date |
| 355 | 354 | Ray Buchanan | No objection has been filed to date |
| 359 | 354 | Ray Buchanan | No objection has been filed to date |
| 478 | 383 | REO Sales | No objection has been filed to date |
| 386 | 383 | REO Sales | No objection has been filed to date |
| 479 | 383 | REO Sales | No objection has been filed to date |
| 1,561 | 338 | Revenue Collector | No objection has been filed to date |
| 629 | 338 | Revenue Collector | No objection has been filed to date |
| 1,600 | 347 | Rich Martin Emp | No objection has been filed to date |
| 435 | 379 | Rick Brown | No objection has been filed to date |
| 3,299 | 3,298 | Riverside County Treasurer Tax Collector | No objection has been filed to date |
| 1,291 | 1,254 | Royal Real Estate Services | No objection has been filed to date |
| 2,992 | 2,988 | S Brooke Stephens | No objection has been filed to date |
| 1,630 | 63 | Sharp Real Estate Appraisal Corp | No objection has been filed to date |
| 875 | 159 | Standard Register Company | No objection has been filed to date |
| 2,659 | 1,580 | State of Maine Bureau of Revenue Services | No objection has been filed to date |
| 2,324 | 2,179 | State of Michigan Department of Treasury | No objection has been filed to date |
| 1,626 | 1,473 | State of Washington Department of Revenue | No objection has been filed to date |
| 123 | 121 | Stephen Evans | No objection has been filed to date |
| 2,168 | 1,986 | SunTrust Leasing Corporation | No objection has been filed to date |
| 310 | 306 | Suzanne Nickolson Allen | No objection has been filed to date |
| 2,651 | 1,962 | Sysdome Inc Interthink Inc | No objection has been filed to date |
| 2,157 | 2,650 | Sysdome Inc Interthink Inc | No objection has been filed to date |
| 180 | 427 | TAC Appraisals | No objection has been filed to date |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims
(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 309 | 294 | Tarrant County | No objection has been filed to date |
| 611 | 471 | Tax Appraisal District of Bell County | No objection has been filed to date |
| 373 | 371 | Tax Collector Manatee County | No objection has been filed to date |
| 993 | 992 | The Insite Group LLC | No objection has been filed to date |
| 2,554 | 2,551 | The Law Office of Dale W Pittman PC | No objection has been filed to date |
| 531 | 430 | Thomas R Schnabel | No objection has been filed to date |
| 1,521 | 670 | United Pacific Mortgage | No objection has been filed to date |
| 409 | 153 | Virginia Appraisal Company | No objection has been filed to date |
| 2,680 | 2,458 | Washington Mutual Bank | No objection has been filed to date |
| 2,678 | 2,457 | Washington Mutual Mortgage Services | No objection has been filed to date |
| 947 | 693 | Washington State Department of Revenue | No objection has been filed to date |
| 2,555 | 2,200 | Wharton County | No objection has been filed to date |
| 3,281 | 3,197 | Wilson & Associates PLLC | No objection has been filed to date |
| 3,246 | 3,197 | Wilson & Associates PLLC | No objection has been filed to date |
| 3,026 | 2,679 | WM Specialty Mortgage LLC | No objection has been filed to date |
| 445 | 444 | Zurich American Insurance Company | No objection has been filed to date |
| | | Exhibit B | |
| 546 | 1,313 | AT&T Corp | No objection has been filed to date |
| 968 | 1,368 | Atlantic Coast Surveying Info | No objection has been filed to date |
| 2,034 | 2,039 | Bennett Remedria Ann | No objection has been filed to date |
| 856 | 1,876 | Bettye Honeycutt dba Interior Keepers | No objection has been filed to date |
| 519 | 1,870 | Bexsavel Pina | No objection has been filed to date |
| 1,344 | 1,471 | Bruington David | No objection has been filed to date |
| 518 | 1,996 | Candace A Buzan | No objection has been filed to date |
| 233 | 2,043 | Corporate Express Office Products Inc | No objection has been filed to date |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims
(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 527 | 1,307 | Cypress Fairbanks ISD | No objection has been filed to date |
| 1,346 | 1,470 | David Bruington | No objection has been filed to date |
| 530 | 1,118 | David Lawrence Masamitsu | No objection has been filed to date |
| 262 | 447 | Edcouch Elsa ISD | No objection has been filed to date |
| 166 | 1,125 | EMCO Press Corporation | No objection has been filed to date |
| 585 | 1,286 | EQY Invest First Colony Owner Ltd LLP | No objection has been filed to date |
| 276 | 881 | Euripides George Demos | Response filed 11/9/07; D.I. 3814. The matter is going forward. |
| 223 | 1,263 | Forth Worth Independent School District | No objection has been filed to date |
| 280 | 1,407 | Gail Ivers | No objection has been filed to date |
| 1,922 | 3,155 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,425 | 3,153 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,427 | 3,172 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,885 | 3,152 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,437 | 3,159 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims
(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1,927 | 3,148 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,881 | 3,147 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,439 | 3,160 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,421 | 3,158 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,441 | 3,169 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,498 | 3,154 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,953 | 3,171 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,888 | 3,149 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims
(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1,929 | 3,135 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,499 | 3,167 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,933 | 3,141 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,431 | 3,163 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,884 | 3,143 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,886 | 3,144 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,877 | 3,165 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 13 | 1,123 | Glenn Appraisal Services Inc | No objection has been filed to date |
| 536 | 1,314 | Harris County et al | No objection has been filed to date |
| 330 | 1,375 | Jerry Voss | No objection has been filed to date |
| 1,375 | 1,855 | Jerry Voss | No objection has been filed to date |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims
(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1,571 | 1,617 | Lubbock Central Appraisal District | No objection has been filed to date |
| 289 | 1,571 | Lubbock Central Appraisal District | No objection has been filed to date |
| 1,348 | 1,687 | Montana Department of Revenue | No objection has been filed to date |
| 81 | 299 | Nancy A Shaeffer | No objection has been filed to date |
| 419 | 1,374 | Nancy Voss | No objection has been filed to date |
| 1,995 | 1,797 | New York State Department of Taxation and Finance | No objection has been filed to date |
| 2,000 | 1,794 | New York State Department of Taxation and Finance | No objection has been filed to date |
| 1,838 | 2,051 | New York State Department of Taxation and Finance | No objection has been filed to date |
| 438 | 547 | South Texas Collge | No objection has been filed to date |
| 172 | 438 | South Texas Collge | No objection has been filed to date |
| 176 | 953 | Tasador Inc | No objection has been filed to date |
| 235 | 430 | Thomas R Schnabel | No objection has been filed to date |
| 430 | 1,214 | Thomas R Schnabel | No objection has been filed to date |