Exhibit B

Status of Proofs of Claim for Debtors' Second Omnibus Objection (Substantive) to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | | **Exhibit A** | |
| 384 | 1583 | Appraisal Expediters | No objection has been filed to date |
| 45 | 864 | United Virginia Title LLC | Response filed 11/27/07; D.I. 3951; The Debtors and the claimant have resolved their dispute regarding the claim. The resolution is reflected in a revised form of order to be presented at the hearing. |
| | | **Exhibit B** | |
| | 3277 | Accuvant Inc | Response filed 11/27/07; D.I. 3952; The claimant has withdrawn its response. |
| | 150 | Andrew Barlow | No objection has been filed to date |
| | 313 | Appraisals by Sam | Response filed 11/27/07; D.I. 3977; The claimant has withdrawn its response. |
| | 320 | Brad Sorsabal | No objection has been filed to date |
| | 157 | Brian C Taylor | No objection has been filed to date |
| | 29 | Cameron W Petrie | Response filed 11/14/07; D.I. 3822; The matter is going forward. |
| | 1552 | Cary C Lombard | No objection has been filed to date |
| | 248 | Christina Gasperno | No objection has been filed to date |
| | 3102 | Compufund Aba Greater Houston III LP | No objection has been filed to date |
| | 694 | Cordovan Venturers | No objection has been filed to date |
| | 76 | Diane Banks | No objection has been filed to date |
| | 85 | Diane Banks | No objection has been filed to date |
| | 73 | Dianne Rousseau | No objection has been filed to date |
| | 1162 | Direct Business Solutions Inc. | No objection has been filed to date |
| | 16 | Dorothy Washington | No objection has been filed to date |
| | 77 | Dorothy Washington | No objection has been filed to date |
| | 72 | Francisco Ames | No objection has been filed to date |
| | 82 | Francisco Ames | No objection has been filed to date |

Exhibit B
Status of Proofs of Claim for Debtors' Second Omnibus Objection (Substantive) to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 1073 | Girard Brian Keith | No objection has been filed to date |
| | 1257 | Horizon Research Corporation | No objection has been filed to date |
| | 1650 | Irne Boydstun | No objection has been filed to date |
| | 476 | James Sanclemente | No objection has been filed to date |
| | 1659 | Sandra Troy Scott | No objection has been filed to date |
| | 1577 | Jeff M Neal | No objection has been filed to date |
| | 1459 | Jeff M Shaken | No objection has been filed to date |
| | 158 | Jeffrey M Bonnear | No objection has been filed to date |
| | 1310 | Jessica Lynne Chiappone | No objection has been filed to date |
| | 999 | Jodi C Fait | No objection has been filed to date |
| | 126 | Kathy Kanemitsu | No objection has been filed to date |
| | 43 | Kristopher C Krebbs | No objection has been filed to date |
| | 15 | Leda Kelly Barbosa | No objection has been filed to date |
| | 17 | Lisa Lou Diehl | No objection has been filed to date |
| | 74 | Lisa Lou Diehl | No objection has been filed to date |
| | 1451 | Lisa M Luft | No objection has been filed to date |
| | 39 | Lois Tunson | No objection has been filed to date |
| | 47 | Lois Tunson | No objection has been filed to date |
| | 102 | Mark Lundborg dba The Real Estate Book | Response filed 11/13/07, D.I. 3820; The Debtors and the claimant have resolved their dispute regarding the claim. The resolution is reflected in a revised form of order to be presented at the hearing. |
| | 101 | Mark Lundborg dba The Real Estate Book | Response filed 11/13/07, D.I. 3820; The Debtors and the claimant have resolved their dispute regarding the claim. The resolution is reflected in a revised form of order to be presented at the hearing. |

Exhibit B
Status of Proofs of Claim for Debtors' Second Omnibus Objection (Substantive) to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
|  | 138 | Mark Lundborg dba The Real Estate Book | Response filed 11/13/07, D.I. 3820; The Debtors and the claimant have resolved their dispute regarding the claim. The resolution is reflected in a revised form of order to be presented at the hearing. |
|  | 137 | Mark Lundborg dba The Real Estate Book | Response filed 11/13/07, D.I. 3820; The Debtors and the claimant have resolved their dispute regarding the claim. The resolution is reflected in a revised form of order to be presented at the hearing. |
|  | 136 | Mark Lundborg dba The Real Estate Book | Response filed 11/13/07, D.I. 3820; The Debtors and the claimant have resolved their dispute regarding the claim. The resolution is reflected in a revised form of order to be presented at the hearing. |
|  | 557 | Michael D Smith | No objection has been filed to date |
|  | 57 | Mortgage Plus Funding Inc. | No objection has been filed to date |
|  | 59 | National Field Representative | The Debtors received an informal response from the claimant. The claimant has withdrawn its response. |
|  | 125 | Nash J Seymour | No objection has been filed to date |
|  | 731 | Patty Geryl | No objection has been filed to date |
|  | 66 | Pima Appraisal Group LLC | No objection has been filed to date |
|  | 794 | Pima Appraisal Group LLC | No objection has been filed to date |
|  | 752 | Pima Appraisal Group LLC | No objection has been filed to date |
|  | 2294 | Puerta Wbenmar Freddy | No objection has been filed to date |
|  | 38 | Ramy Rebuly | No objection has been filed to date |
|  | 50 | Ramy Rebuly | No objection has been filed to date |
|  | 9 | Rebecca Lynn Bell | No objection has been filed to date |
|  | 90 | Rebecca Lynn Bell | No objection has been filed to date |
|  | 1135 | Robert S Freedman | No objection has been filed to date |
|  | 239 | Ryan Michael Nye | No objection has been filed to date |

Exhibit B

Status of Proofs of Claim for Debtors' Second Omnibus Objection (Substantive) to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2095 | Schablin Vivian | No objection has been filed to date |
| | 21 | Sharon A Ferline | The Debtors have received an informal response from the claimant. The hearing on this matter is going forward. |
| | 168 | Sharon Maghew | No objection has been filed to date |
| | 3245 | Silver Key Property Corp | The Debtors have received an informal response from the claimant. This claim is being continued to the omnibus hearing scheduled for December 20, 2007. |
| | 1639 | Susan Borozan | No objection has been filed to date |
| | 64 | Vital Signing Inc | No objection has been filed to date |
| | 2125 | Vivian Schablin | No objection has been filed to date |
| | 340 | Webb Mason | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| | 7 | William M Woodward | No objection has been filed to date |
| | 8 | William M Woodward | No objection has been filed to date |
| Exhibit C | | | |
| | 437 | Adecco USA Inc. | No objection has been filed to date |
| | 259 | Aeratek Inc. | No objection has been filed to date |
| | 165 | Albert M Roth | No objection has been filed to date |
| | 75 | Alexandra T Pracenza | No objection has been filed to date |
| | 646 | American Heritage Lending Corporation | No objection has been filed to date |
| | 2625 | American Ventures Property Fund I Ltd | No objection has been filed to date |
| | 1583 | Appraisal Expediters | No objection has been filed to date |
| | 1119 | Ascent Home Loans Inc | No objection has been filed to date |
| | 40 | Beverly Stewart | No objection has been filed to date |
| | 1354 | Bonny O Neill | No objection has been filed to date |
| | 1288 | Briceida Almaraz | No objection has been filed to date |
| | 3108 | Brookwood Century Springs East LLP | No objection has been filed to date |

Exhibit B

Status of Proofs of Claim for Debtors' Second Omnibus Objection (Substantive) to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 627 | Bruce P Ironmonger | No objection has been filed to date |
| | 1781 | Camel Square LLC | No objection has been filed to date |
| | 105 | Century West Associates LLC | The Debtors received an informal response from the claimant. The claimant has withdrawn its response. |
| | 590 | Chandy C Nhean | No objection has been filed to date |
| | 574 | Charlene P Murphy | No objection has been filed to date |
| | 41 | Christine Emeterio | No objection has been filed to date |
| | 2353 | Control Point Solutions | No objection has been filed to date |
| | 608 | Corestaff Services LP | No objection has been filed to date |
| | 592 | Damon Lam | No objection has been filed to date |
| | 396 | Douglas Appraisal Associates Inc | No objection has been filed to date |
| | 599 | Egil Rian | No objection has been filed to date |
| | 511 | Elisa Hernandez | No objection has been filed to date |
| | 407 | Ellison Appraisal Service | No objection has been filed to date |
| | 2599 | EMC Corporation | Response filed 11/26/07; D.I. 3957. This claim is being continued to the omnibus hearing scheduled for December 20, 2007. |
| | 1609 | Equifax | No objection has been filed to date |
| | 425 | Financial Capital Inc | No objection has been filed to date |
| | 683 | First Advantage Credco | No objection has been filed to date |
| | 207 | First American Home Loans Inc | No objection has been filed to date |
| | 1585 | Frost Brown Todd LLC | The Debtors have received an informal response from the claimant. This Debtors have withdrawn their objection to this claim. |
| | 2158 | Gail A English and Michael P English Trust | No objection has been filed to date |
| | 2637 | Hacienda Mid 7901 LLC | No objection has been filed to date |
| | 190 | Hahn My Pasquette | No objection has been filed to date |
| | 1252 | Horizon Research Corporation | No objection has been filed to date |

Exhibit B
Status of Proofs of Claim for Debtors' Second Omnibus Objection (Substantive) to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 198 | iDirect Marketing Inc. | No objection has been filed to date |
| | 580 | Ikon Office Solutions | No objection has been filed to date |
| | 1262 | Intellidyn Corp | No objection has been filed to date |
| | 406 | Jeff B Magy | No objection has been filed to date |
| | 382 | Jennifer M Zalle | No objection has been filed to date |
| | 349 | Joann Fanucchi | No objection has been filed to date |
| | 149 | Judi A Clark | No objection has been filed to date |
| | 391 | Julie Ann Owen | No objection has been filed to date |
| | 712 | Keane Inc | No objection has been filed to date |
| | 787 | Kelly Oneal | No objection has been filed to date |
| | 774 | Kelly Trinh | No objection has been filed to date |
| | 2479 | Koala Miami Realty Holding Co | No objection has been filed to date |
| | 1851 | Kuhn Heidi C | No objection has been filed to date |
| | 582 | KW Fund II 1860 Howe LP | No objection has been filed to date |
| | 60 | Leslie K Hill dba Farallon Enterprises | Response filed 11/16/07; D.I. 3845. This claim is being continued to the omnibus hearing scheduled for December 20, 2007. |
| | 22 | Loanleaders of America Inc. | No objection has been filed to date |
| | 201 | Love Appraisal Service | No objection has been filed to date |
| | 673 | LowerMyBills.com | No objection has been filed to date |
| | 188 | Macleod Appraisal | No objection has been filed to date |
| | 283 | Michelle Imperial | No objection has been filed to date |
| | 300 | Nancy J Dreyer | No objection has been filed to date |
| | 288 | New World Mortgage Inc | No objection has been filed to date |
| | 1966 | OR Kruse Woods LLC | No objection has been filed to date |
| | 175 | Outsource Technical LLC | No objection has been filed to date |
| | 725 | Pacific Communities Builder Inc | No objection has been filed to date |
| | 640 | Patricia Waters | No objection has been filed to date |

Exhibit B

Status of Proofs of Claim for Debtors' Second Omnibus Objection (Substantive) to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 54 | Paula Paetzold dba The Appraisal Group South | No objection has been filed to date |
| | 450 | PFS Marketwyse | The Debtors have received an informal response from the claimant. This claim is being continued to the omnibus hearing scheduled for December 20, 2007. |
| | 453 | Rey H Bierdgoly | No objection has been filed to date |
| | 113 | Robert Joseph Conners | No objection has been filed to date |
| | 53 | Ronald Niko | No objection has been filed to date |
| | 682 | Rusty C Phanvong | No objection has been filed to date |
| | 231 | State Financial Services LLC | No objection has been filed to date |
| | 589 | Stephen R Bradley | No objection has been filed to date |
| | 2007 | Strategic Capital Mortgage | No objection has been filed to date |
| | 428 | Sungard Availability Services LP | No objection has been filed to date |
| | 147 | Synergy Capital Mortgage Corp | No objection has been filed to date |
| | 196 | The Lending Connection Inc | No objection has been filed to date |
| | 616 | Tiffany L Whitford | No objection has been filed to date |
| | 217 | Traci Neono | No objection has been filed to date |
| | 171 | Trimark Funding Inc | No objection has been filed to date |
| | 864 | United Virginia Title LLC | No objection has been filed to date |
| | 203 | US Financial Funding Inc. | No objection has been filed to date |
| | 726 | Valuation Strategies | No objection has been filed to date |
| | 1104 | Vicki Cho Estrada | No objection has been filed to date |
| | 65 | Vital Signing Inc. | No objection has been filed to date |