Exhibit C

Status of Proofs of Claim for Debtors' Third Omnibus Objection to Claims: (Non-Substantive)

Exhibit A

| Claim Number | Claimant | Status |
|---|---|---|
| 1814 | Arvette J Joss | No objection has been filed to date |
| 1711 | Audra Byczyoski | No objection has been filed to date |
| 1745 | Betty J Fink | No objection has been filed to date |
| 1688 | Billie D Higgens | No objection has been filed to date |
| 1784 | Bogdan Daniel Macover | No objection has been filed to date |
| 1907 | Carolyn Kees | No objection has been filed to date |
| 1642 | CD Batten & Faye Batten | No objection has been filed to date |
| 2099 | Cohen Moshe | No objection has been filed to date |
| 3305 | Constance C Wood | No objection has been filed to date |
| 1817 | Donald Leissring & Karen Leissring | No objection has been filed to date |
| 1918 | Donald Leissring | No objection has been filed to date |
| 1789 | Donna Dettmann | No objection has been filed to date |
| 2527 | Donna L Wallis | No objection has been filed to date |
| 2001 | DuWayne & Nancy Beaver | No objection has been filed to date |
| 1899 | E B Sims | No objection has been filed to date |
| 2004 | Edward Eleanore Dickhaus | No objection has been filed to date |
| 1993 | Elmer C Steger | No objection has been filed to date |
| 1615 | Fred V Vellance & Virginia Vellance | No objection has been filed to date |
| 2468 | Fred W & Margarette Wintermantel | No objection has been filed to date |
| 1743 | Gayle R Bacon | No objection has been filed to date |
| 1744 | Gayle R Bacon and Linda M Bacon | No objection has been filed to date |
| 1843 | Gennice Jenail Willis | No objection has been filed to date |
| 3262 | Gerard G & Luanne G Prescher | No objection has been filed to date |
| 3260 | Gerard G Prescher | No objection has been filed to date |
| 1677 | Gertrude & Monty Mairisciani | No objection has been filed to date |

Exhibit C
Status of Proofs of Claim for Debtors' Third Omnibus Objection to Claims: (Non-Substantive)

| Claim Number | Claimant | Status |
|---|---|---|
| 1681 | Gertrude Mairisciani | No objection has been filed to date |
| 3109 | Greenlight Capital LP | No objection has been filed to date |
| 2686 | Greenlight Capital Offshore Ltd | No objection has been filed to date |
| 3004 | Greenlight Capital Qualified LP | No objection has been filed to date |
| 2684 | Greenlight Reinsurance Ltd | No objection has been filed to date |
| 3308 | I William Reinhard | No objection has been filed to date |
| 2064 | Janice McLay | No objection has been filed to date |
| 2273 | Jay Sims | No objection has been filed to date |
| 2472 | Jeffrey P Nennig | No objection has been filed to date |
| 2470 | Jeffrey P Nennig | No objection has been filed to date |
| 2066 | John A Tomasko | No objection has been filed to date |
| 1821 | John D Kampen | No objection has been filed to date |
| 1792 | Kay E Cline | No objection has been filed to date |
| 1793 | Kay E Cline | No objection has been filed to date |
| 1992 | Keith E Schilder | No objection has been filed to date |
| 1710 | Kenneth W Potterton | No objection has been filed to date |
| 2023 | Kevin & Debra Lichtenberg | No objection has been filed to date |
| 1946 | Krupinski Ronald J | No objection has been filed to date |
| 2065 | Lee & Joyce Roberts | No objection has been filed to date |
| 1893 | Leroy Honeyager | No objection has been filed to date |
| 3240 | Lisa Marie Meszaros | No objection has been filed to date |
| 1726 | Lopez Gloria A | No objection has been filed to date |
| 1785 | Macovei Bogdan Daniel | No objection has been filed to date |
| 1037 | Manuel R Alicea | No objection has been filed to date |
| 3417 | Marta R Vizcara | No objection has been filed to date |
| 1991 | Michael Crawford | No objection has been filed to date |

Exhibit C

Status of Proofs of Claim for Debtors' Third Omnibus Objection to Claims: (Non-Substantive)

| Claim Number | Claimant | Status |
|---|---|---|
| 2062 | Michael N McLaw | No objection has been filed to date |
| 1682 | Monty Mairisciani | No objection has been filed to date |
| 1803 | Pam Dolella | No objection has been filed to date |
| 1796 | Pamela J Honnold | No objection has been filed to date |
| 1906 | Paul M Kees | No objection has been filed to date |
| 1963 | Penny D Clark | No objection has been filed to date |
| 2137 | Phyllis B Ibach | No objection has been filed to date |
| 1708 | Phyllis Rudig | No objection has been filed to date |
| 1409 | Ravurn Anjali Hemant | No objection has been filed to date |
| 1790 | Renee Lietz | No objection has been filed to date |
| 1759 | Richard H Fink | No objection has been filed to date |
| 3264 | Richard Jason Balzar | No objection has been filed to date |
| 1801 | Robert Crawford | No objection has been filed to date |
| 3320 | Robert D Brown | No objection has been filed to date |
| 1815 | Robert Joss & Arvette Joss | No objection has been filed to date |
| 3443 | Robert M Staples | No objection has been filed to date |
| 3439 | Roland A & Delouise H Sawyer | Objection filed 11/9/07; D.I. 3815. The hearing on this matter is going forward. |
| 1850 | Ronald & Jeanne Young | No objection has been filed to date |
| 3488 | Ronald E Gray & Adelina Gray | No objection has been filed to date |
| 2002 | Roy & Julia Conlisk | No objection has been filed to date |
| 3344 | Ruth E McKerrow | No objection has been filed to date |
| 3213 | Sally Ernestine Mcvicker | No objection has been filed to date |
| 2466 | Sanlyn & Associates | No objection has been filed to date |
| 1901 | Theresa & Josseph Zoromski | No objection has been filed to date |
| 1141 | Thushari Anyaranta | No objection has been filed to date |

Exhibit C

Status of Proofs of Claim for Debtors' Third Omnibus Objection to Claims: (Non-Substantive)

| Claim Number | Claimant | Status |
|---|---|---|
| 2653 | Timothy Hickey | No objection has been filed to date |
| 1707 | Valli K Feldman | No objection has been filed to date |
| 1709 | Valli K Feldman and Sandy K Feldman Ttees Bernard S Feldman Trust | No objection has been filed to date |
| 3418 | Vizcarra Marta R | No objection has been filed to date |
| 2068 | William Crank CF Midson Crank | No objection has been filed to date |
| 2067 | William R Crank | No objection has been filed to date |
| 1842 | Willis Gennice Jenail | No objection has been filed to date |