# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**Objection Deadline: December 24, 2007 at 4:00 p.m.**

## COMBINED SIXTH AND SEVENTH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 1, 2007 THROUGH OCTOBER 31, 2007

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Professional Services to*: | Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.* |
| *Date of Retention*: | May 31, 2007, *nunc pro tunc* to April 9, 2007 |
| *Period for which Compensation and Reimbursement is Sought*: | September 1, 2007 through October 31, 2007 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $210,307.20 (80% of $262,884.00) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $7,698.93 |

This is a:   ✓  Monthly   _____ Quarterly   _____ Final Application

-ii-

The following is pertinent information regarding the prior fee applications submitted to the Court:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | Holdback 20% of Fees |
|---|---|---|---|---|---|---|
| 6/27/07 | 4/9/07-4/30/07 | $231,047.50 | $14,247.88 | $184,820.90 | $14,264.98 | PENDING |
| 9/14/07 | 5/1/07-5/31/07 | $322,057.50 | $12,004.58 | $256,408.00 | $12,004.58 | PENDING |
| 9/14/07 | 6/1/07-7/31/07 | $241,366.00 | $13,864.00 | $193,092.80 | $13,864.00 | PENDING |
| 11/8/07 | 8/1/07-8/31/07 | $167,354.00 | $5,049.75 | PENDING | PENDING | PENDING |

-iii-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| NEW CENTURY TRS HOLDINGS, : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*,[1] : | |
| : | Jointly Administered |
| Debtors. : | |
| | Objection Deadline: December 24, 2007 at 4:00 p.m. |

**COMBINED SIXTH AND SEVENTH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 1, 2007 THROUGH OCTOBER 31, 2007**

This combined sixth and seventh monthly fee application for compensation and reimbursement of expenses (the *"Fee Application"*) is filed by Blank Rome LLP (*"Blank Rome"*) requesting payment for services rendered and reimbursement of costs expended as co-counsel for the Official Committee of Unsecured Creditors (the *"Committee"*) of New Century TRS Holdings, Inc., *et al.* (the *"Debtors"*) for the period of September 1, 2007 through October 31, 2007 (the *"Application Period"*). In support of this Fee Application, Blank Rome respectfully states as follows:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

## Jurisdiction

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of these chapter 11 cases in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## Background

2. On April 2, 2007 (the *"Petition Date"*), the Debtors commenced with this Court voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an Order of this Court. The Debtors are continuing their businesses and managing their affairs as debtors and debtors in possession.

3. On April 9, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors (the *"Committee"*): Credit Suisse First Boston Mortgage Capital LLC, Credit-Based Asset Servicing and Securitization LLC, Residential Funding Company, LLC, Deutsche Bank National Trust Co., Wells Fargo Bank, N.A. as Indenture Trustee, Fidelity National Information Services, Inc., and Maguire Properties – Park Place, LLC. Since its formation, the Committee has appointed Kodiak Funding LP as an *ex officio* member of the Committee.

4. Hahn & Hessen LLP (*"Hahn & Hessen"*) and Blank Rome were selected by the Committee to serve as co-counsel to the Committee, and FTI Consulting, Inc. (*"FTI"*) was selected by the Committee to serve as financial advisor to the Committee.

5. On April 25, 2007, the Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the *"Administrative Order"*) (Docket No. 389).

6. On May 4, 2007, the Committee filed the Application of the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.*, for an Order Authorizing the Committee to Employ Blank Rome LLP as Its Co-Counsel Pursuant 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of April 9, 2007 (the *"Blank Rome Retention Application"*) (Docket No. 550) with the Court. On May 31, 2007, the Court entered an order approving the Blank Rome Retention Application (Docket No. 973).

7. Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors and creditors' committees.

8. Presently, the attorneys at Blank Rome having the day-to-day responsibility for representation of the Committee in the Chapter 11 Cases are Bonnie Glantz Fatell, Regina Stango Kelbon, and David Carickhoff. Blank Rome has drawn and will draw upon the knowledge and skills of other firm attorneys to provide services as the need arises.

### Relief Requested

9. Blank Rome submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the Administrative Order, and Del. Bankr. LR 2016-2. By this Fee Application, Blank Rome seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $262,884.00 for the Application Period, and seeks payment of 80% of this amount,

$210,307.20, and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $7,698.93, in accordance with the terms of the Administrative Order.

10. Blank Rome has made all reasonable efforts to avoid duplication of work with co-counsel, Hahn & Hessen.

### Summary of Fees

11. The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 688.50 hours at a blended billing rate of $381.82 per hour. The value of these services has been computed at the rates Blank Rome customarily charges for similar services provided other clients.

12. A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**. Every effort has been made by Blank Rome to categorize daily time entries in accordance with the correct project code. However, in some instances, services overlap between project codes. Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.

13. Specifically, the services rendered by Blank Rome to the Committee during the Application Period included the following:

(Project Code 1)   Blank Rome Fee/Employment Applications:

Blank Rome spent time preparing, revising, and finalizing its combined third and fourth monthly fee application for the period of June 1, 2007 through July 31, 2007, and prepared its fifth monthly fee application for the period of August 1, 2007 through August 31, 2007. Blank

Rome also prepared its first interim fee application. Such work required coordination between and among the Accounting Department, paralegals, and attorneys, for retrieval and review of billing statements, and drafting and revising the fee applications. Blank Rome also responded to the U.S. Trustee's inquiries regarding the second monthly fee application, and made revisions to the application accordingly.

**Total Hours: 45.40      Total Fees: $14,600.00**

(Project Code 2)      <u>Other Professionals' Fee/Employment Application</u>:

Blank Rome prepared, revised, and filed FTI's fourth, fifth and sixth monthly fee applications, as well as FTI's first interim fee application. Blank Rome also reviewed and analyzed fee applications filed by other professionals, including counsel for the Examiner and the Debtors.

**Total Hours: 7.90      Total Fees: $3,073.50**

(Project Code 4)      <u>Claims Analysis and Objections</u>:

Blank Rome communicated with Hahn & Hessen regarding several adversary proceedings initiated against Debtors, including the intellectual property litigation and the CSFB litigation. Blank Rome also participated in telephonic conferences and email correspondence with the mediator, Hahn & Hessen, and opposing counsel, regarding the mediation of the positive software claims.

**Total Hours: 2.00      Total Fees: $1,200.00**

(Project Code 5)      <u>Committee Business and Meetings</u>:

Blank Rome prepared for and participated in all aspects of Committee business, including, without limitation, attendance at Committee meetings (in person and via

127340.01600/40172477v.1

teleconference), procedural matters of import to the case, and in the general provision of information regarding case status. Blank Rome prepared e-mails to the Committee and kept it apprised on developments to the case. Blank Rome also participated in meetings and teleconferences with Hahn & Hessen and FTI on a host of issues to coordinate and share analysis on matters affecting the estate.

**Total Hours: 34.60     Total Fees: $19,379.50**

(Project Code 6)     <u>Case Administration</u>:

The time billed to this category includes services related to general administrative and case management matters, including, but not limited to, filing pleadings, calendaring hearings, reviewing orders, reviewing the docket, and circulating pertinent pleadings. This category also includes time that otherwise would not comport with an identified project code. Blank Rome devoted a considerable amount of time monitoring and reviewing the docket, retrieving and transmitting recently filed pleadings, and reviewing motions, objections, responses and orders. In particular, Blank Rome monitored the Trustee's motion for additional time to file a report and the Debtors' objection to the motion, and communicated with the Court's chambers and Hahn & Hessen regarding the same. Blank Rome also maintained and updated a case calendar, which highlighted the deadlines and hearing dates of pertinent matters, including 341 meetings of creditors. Further, Blank Rome was responsible for monitoring changes to the 2002 service list, and e-filing pleadings on behalf of the Committee and its professionals.

**Total Hours: 39.90     Total Fees: $13,064.50**

(Project Code 7)     <u>Debtor's Business Operations</u>:

Blank Rome reviewed and analyzed a motion for payment of administrative expenses.

**Total Hours: 0.10     Total Fees: $60.00**

(Project Code 8)     <u>Employee Benefits / General Labor</u>:

Blank Rome, in consultation with attorneys from its Tax and ERISA group, reviewed and analyzed the various briefs filed in connection with the adversary proceeding filed by the plan beneficiaries. Blank Rome collaborated with Hahn & Hessen to respond accordingly, by conducting legal research on related issues, and preparing and filing a joinder to the Debtors' and Wells Fargo's motions to dismiss the adversary proceeding. Blank Rome also prepared for and presented arguments to the court on behalf of the Committee at the hearing on the motions to dismiss. Finally, in connection with questions and issues raised at the hearing, Blank Rome prepared a supplemental brief on behalf of the Committee. Blank Rome spent time researching legal issues, analyzing the cases cited by the plan beneficiaries, and communicating with counsel for the Debtor and others on case strategy, legal analysis and factual background.

**Total Hours: 120.30     Total Fees: $62,265.00**

(Project Code 9)     <u>Evaluation and Negotiations of Debtors' Plan</u>:

Blank Rome spent considerable time reviewing and evaluating the Debtors' financial information and proposed term sheet regarding the plan of reorganization. In collaboration with Hahn & Hessen and FTI, Blank Rome assessed the viability of the Debtors' proposed terms including evaluating issues involving substantive consolidation and treatment of inter-company claims. Blank Rome also conducted in-depth legal research and prepared a memorandum on the doctrine of substantive consolidation. Blank Rome conveyed its findings to the Committee, FTI

and Hahn & Hessen to assist the determination of whether the doctrine would be applied in the Debtors' cases. Further, Blank Rome reviewed FTI's analysis and attended strategy meetings with Hahn & Hessen and FTI. Blank Rome actively participated in the negotiation of plan issues with the Debtors and their retained professionals.

**Total Hours: 51.70    Total Fees: $21,714.50**

(Project Code 12)    Sale of Assets/Asset Purchase Agreement:

The time billed to this matter during this interim period relates to the sale of certain of the Debtors' loan portfolios and includes communications in connection with the same. Blank Rome reviewed communications regarding the loan portfolio auction, the outcome of the bidding, and licensing issues regarding the sales.

**Total Hours: 0.50    Total Fees: $290.00**

(Project Code 13)    Stay Relief Issues:

Blank Rome reviewed and analyzed several motions for stay relief with respect to real property and pending litigation in other forums. Blank Rome reviewed the Debtors' draft opposition to the securities plaintiff's motion for stay relief, and reviewed and effectuated the filing of the Committee's joinder.

**Total Hours: 1.40    Total Fees: $840.00**

(Project Code 14)    Secured Creditor / Equipment Lessors:

Blank Rome worked closely with Hahn & Hessen and FTI, in an effort to resolve adequate protection issues, including possible settlement. Blank Rome communicated with Hahn & Hessen, FTI and the Debtors by email and telephone to discuss the various parties' positions and settlement demands. Blank Rome also reviewed spreadsheets and presentations by

FTI, analyzing the effect of settlement options and alternatives.

**Total Hours: 8.80      Total Fees: $5,115.00**

(Project Code 16)    Asset Analysis / Recovery:

The time billed to this matter relates to the investigation and analysis performed regarding assets, including potential causes of action for the estates as well as the Examiner's investigation. In coordination with co-counsel, and FTI Consulting, and utilizing the Ringtail electronic document review program, Blank Rome and its litigation team continued its efforts of extensively reviewing hundreds of thousands of documents produced by the Debtors. Members of the team attended regular teleconference and in-person meetings regarding the document review. Members of the team also communicated amongst one other, by telephone and e-mail correspondence, in an effort to collaborate on document review methodology and to exchange information about specific documents. Blank Rome and Hahn & Hessen also began strategizing with FTI on the various claims and causes of actions to be initiated by the Committee. In connection with said litigation strategy, Blank Rome reviewed pertinent documents and file memoranda. Blank Rome met with the Examiner on several occasions, in coordination of the Committee's efforts with the Examiner's investigation. Further, Blank Rome, in communication with Hahn & Hessen, considered the retainer of a litigation expert on behalf of the Committee, and performed legal research on issues related to such retainer.

**Total Hours: 347.70     Total Fees: $106,302.00**

(Project Code 17)    Hearings - Attendance / Preparation:

The time billed to this matter relates to the attendance of hearings and related proceedings and includes time spent in preparation of the same. Typically time billed to this matter involves

hearings on multiple matters that cannot be efficiently segregated.

**Total Hours: 19.70      Total Fees: $11,020.00**

(Project Code 20)     Non-Working Travel:

The time billed to this matter relates to non-working travel. In accordance with Del. Bankr. LR 2016-2(d)(viii), only half of the actual non-working travel time was billed.

**Total Hours: 8.50     Total Fees: $3,960.00**

### Actual and Necessary Costs and Expenses Incurred

14.     Reimbursement of expenses in the amount of $7,698.93 is sought herein. A categorized summary of the actual and necessary costs and expenses incurred by Blank Rome during the Application Period, and an itemization of each expense within each category, is attached as **Exhibit "B"**. Blank Rome reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured to date in Blank Rome's billing system.

### Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules

15.     In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each attorney and paraprofessional, and a summary of hours and fees categorized by project code follow the cover sheet to this Fee Application. The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2.

16.     Blank Rome submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code.

17.     No agreement or understanding exists between Blank Rome and any other entity

127340.01600/40172477v.1

(other than members or employees of Blank Rome) for the sharing of compensation received or to be received for services rendered in or in connection with the Chapter 11 Cases.

### Notice

18. As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee; and (d) counsel to the DIP Lender. Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, Blank Rome respectfully requests an award of compensation for professional services rendered as co-counsel to the Committee during the Application Period in the sum of $210,307.20 (80% of $262,884.00), together with the reimbursement of expenses in the amount of $7,698.93; and such other and further relief that the Court deems just and proper.

Dated: December 3, 2007

BLANK ROME LLP

*/s/ Bonnie Fatell*
Bonnie Glantz Fatell (No. 3809)
Regina Stango Kelbon
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:   (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*