# Exhibit B

# NEW CENTURY OFFICIAL COMMITTEE
## EXPENSE SUMMARY
### SEPTEMBER 1 - OCTOBER 31, 2007

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | In-House @ $.24/minute | $26.17 |
| Telephone Conference Calls | | $219.49 |
| Facsimile | | $0.70 |
| Reproduction of Documents | In-House @ $.10/copy | $179.80 |
| | Contracted Photocopying - Parcels | $3,713.38 |
| Hand Delivery Service | Parcels | $388.00 |
| Travel Expenses | S. Wright, A. Bachman, B. Fatell, R. Kelbon | $1,631.50 |
| E-Services | E-Filing, CD Duplication, E-mail | $191.10 |
| Westlaw | | $864.37 |
| LexisNexis | | $166.61 |
| Word Processing | | $17.50 |
| Meeting Expenses | | $214.63 |
| Record/Docket Searches | | $85.68 |
| **TOTAL** | | **$7,698.93** |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 04/25/2007 | 00020 | BONNIE G. FATELL | 64A | 1.00 | 219.00 | 219.00 | TRAVEL EXPENSE: TRAIN ATTORNEY REIMBURSEMENT - BONNIE G. FATELL MEETING WITH LITIGATION TEAM | 5227914 |
| | | | | | | | Bank ID: 210 Check Number: 48752 | |
| | | Voucher=591471 Paid | | | | | Vendor=BONNIE G. FATELL  Balance= .00  Amount= 219.00 | |
| | | | | | | | Check #48752 07/02/2007 | |
| 06/14/2007 | 00020 | BONNIE G. FATELL | 64A | 1.00 | 336.00 | 336.00 | TRAVEL EXPENSE: TRAIN ATTORNEY REIMBURSEMENT - BONNIE G. FATELL TRAVEL TO/FROM DC FOR EXAMINER MEETING | 5383673 |
| | | | | | | | Bank ID: 210 Check Number: 57577 | |
| | | Voucher=608615 Paid | | | | | Vendor=BONNIE G. FATELL  Balance= .00  Amount= 336.00 | |
| | | | | | | | Check #57577 11/19/2007 | |
| 07/31/2007 | 05016 | MELISSA S. VONGTAMA | 48 | 1.00 | 40.80 | 40.80 | CAB FARE REIMBURSEMENT - EXECUTIVE CHARGE INC VOUCHER# 187317 | 5324409 |
| | | | | | | | Bank ID: 210 Check Number: 54165 | |
| | | Voucher=602052 Paid | | | | | Vendor=EXECUTIVE CHARGE INC  Balance= .00  Amount= 2632.42 | |
| | | | | | | | Check #54165 09/26/2007 | |
| 09/02/2007 | 05923 | MICHELLE G. COURTNEY | 220 | 1.00 | 22.60 | 22.60 | SEAMLESSWEB BUSINESS MEALS | 5302256 |
| | | | | | | | Invoice Number: 240222 | |
| | | | | | | | Order ID: 63229437 | |
| 09/02/2007 | 05032 | ISABEL I. BAUMGARTEN | 220 | 1.00 | 25.05 | 25.05 | SEAMLESSWEB BUSINESS MEALS | 5302257 |
| | | | | | | | Invoice Number: 240222 | |
| | | | | | | | Order ID: 63163389 | |
| 09/02/2007 | 00001 | BRCM HOUSE | 220 | 1.00 | 25.04 | 25.04 | SEAMLESSWEB BUSINESS MEALS | 5302787 |
| | | | | | | | Invoice Number: 240222 | |
| | | | | | | | Order ID: 63355515 | |
| 09/04/2007 | 00020 | BONNIE G. FATELL | 30 | 4.00 | 0.10 | 0.40 | REPRODUCTION OF DOCUMENTS | 5302958 |
| 09/04/2007 | 00020 | BONNIE G. FATELL | 90 | 1.00 | 41.92 | 41.92 | LEXIS:  HOOVER, ERIK | 5305628 |
| 09/04/2007 | 09994 | BR PACER | PACERPG | 28.00 | 0.08 | 2.24 | Court ID: DEBK | 5370107 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE264 | |
| 09/04/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5370108 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 09/05/2007 | 08413 | SHAWN WRIGHT | 11HARD | 1.00 | 20.23 | 20.23 | CAB FARE REIMBURSEMENT - CONFERENCE AMERICA, INC. CONS000176903 | 5322984 |
| | | | | | | | Bank ID: 210 Check Number: 53857 | |
| | | Voucher=601777 Paid | | | | | Vendor=CONFERENCE AMERICA, INC.  Balance= .00  Amount= 1348.06 | |
| | | | | | | | Check #53857 09/25/2007 | |
| 09/05/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5370109 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 09/05/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5370110 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 09/05/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5370111 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 09/06/2007 | 00020 | BONNIE G. FATELL | 30 | 36.00 | 0.10 | 3.60 | REPRODUCTION OF DOCUMENTS | 5305125 |
| 09/06/2007 | 00020 | BONNIE G. FATELL | 90 | 1.00 | 99.96 | 99.96 | LEXIS:  HOOVER, ERIK | 5305629 |
| 09/07/2007 | 00020 | BONNIE G. FATELL | 10 | 6.00 | 0.24 | 1.44 | LONG DISTANCE TELEPHONE CALLS | 5304680 |
| 09/07/2007 | 08413 | SHAWN WRIGHT | 15 | 2.00 | 0.35 | 0.70 | TELECOPIER/FAX | 5305124 |
| 09/07/2007 | 08413 | SHAWN WRIGHT | 30 | 1.00 | 0.10 | 0.10 | REPRODUCTION OF DOCUMENTS | 5305126 |
| 09/07/2007 | 08413 | SHAWN WRIGHT | 64 | 1.00 | 351.00 | 351.00 | Passenger: WRIGHT/SHAWN | 5326229 |
| | | | | | | | 64 TRAVEL EXPENSE: TRAIN | |
| | | | | | | | Travel Date: 09/11/2007 | |
| | | | | | | | Invoice #: 4246 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | Flt WAS.NYP WAS | |
| | | | | | | | Ticket #:7060536921 | |
| 09/07/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5370112 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 09/10/2007 | 00020 | BONNIE G. FATELL | 10 | 17.30 | 0.24 | 4.15 | LONG DISTANCE TELEPHONE CALLS | 5308421 |
| 09/10/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 160.00 | 160.00 | HAND DELIVERY SERVICE | 5325981 |
| 09/10/2007 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 429.49 | 429.49 | CONTRACTED PHOTOCOPYING | 5326040 |
| 09/10/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5370113 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 09/10/2007 | 09994 | BR PACER | PACERPG | 14.00 | 0.08 | 1.12 | Court ID: DEBK | 5370114 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE270 | |
| 09/11/2007 | 00020 | BONNIE G. FATELL | 06 | 1.00 | 15.00 | 15.00 | TRAVEL EXPENSE: PARKING, TOLLS - SHAWN WRIGHT | 5332121 |
| | | | | | | | PARKING FOR TRAVEL TO NEW YORK TO ATTEND | |
| | | | | | | | MEETING WITH HAHN & HESSEN | |
| | | | | | | | Bank ID: 210 Check Number: 55001 | |
| | | Voucher=603338 Paid | | | | | Vendor=SHAWN WRIGHT  Balance= .00  Amount= 44.20 | |
| | | | | | | | Check #55001  10/09/2007 | |
| 09/11/2007 | 00020 | BONNIE G. FATELL | 06 | 1.00 | 14.50 | 14.50 | TRAVEL EXPENSE: PARKING, TOLLS - SHAWN WRIGHT | 5332122 |
| | | | | | | | TAXI CAB TO HAHN & HESSEN FOR LITIGATION | |
| | | | | | | | MEETING | |
| | | | | | | | Bank ID: 210 Check Number: 55001 | |
| | | Voucher=603338 Paid | | | | | Vendor=SHAWN WRIGHT  Balance= .00  Amount= 44.20 | |
| | | | | | | | Check #55001  10/09/2007 | |
| 09/11/2007 | 05016 | MELISSA S. VONGTAMA | 32 | 0.50 | 35.00 | 17.50 | WORD PROCESSING - ST. CLAIR, JUDITH | 5347283 |
| 09/11/2007 | 09994 | BR PACER | PACERPG | 21.00 | 0.08 | 1.68 | Court ID: DEBK | 5370115 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE265 | |
| 09/11/2007 | 09994 | BR PACER | PACERPG | 16.00 | 0.08 | 1.28 | Court ID: DEBK | 5370116 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE265 | |
| 09/11/2007 | 09994 | BR PACER | PACERPG | 20.00 | 0.08 | 1.60 | Court ID: DEBK | 5370117 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE266 | |
| 09/11/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5370118 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE269 | |
| 09/11/2007 | 09994 | BR PACER | PACERPG | 14.00 | 0.08 | 1.12 | Court ID: DEBK | 5370119 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE269 | |
| 09/11/2007 | 09994 | BR PACER | PACERPG | 14.00 | 0.08 | 1.12 | Court ID: DEBK | 5370120 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE272 | |
| 09/12/2007 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 1,028.50 | 1,028.50 | WESTLAW | 5319177 |
| | | | | | | | OULAVONG,MELIS | |
| 09/12/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE | 5325982 |
| 09/12/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE | 5325983 |
| 09/12/2007 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 145.60 | 145.60 | CONTRACTED PHOTOCOPYING | 5326041 |
| 09/12/2007 | 08413 | SHAWN WRIGHT | 11HARD | 1.00 | 2.82 | 2.82 | TELEPHONE CONFERENCE CALLS - CONFERENCE | 5346592 |
| | | | | | | | AMERICA, INC. CONS000177405 | |
| | | | | | | | Bank ID: 210 Check Number: 55318 | |
| | | Voucher=603973 Paid | | | | | Vendor=CONFERENCE AMERICA, INC.  Balance= .00  Amount= | |
| | | | | | | | 533.90 | |
| | | | | | | | Check #55318  10/12/2007 | |

Client:127340 - NEW CENTURY OFFICIAL COMMITTEE OF   12/3/2007 1:07:48 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 09/12/2007 | 09994 | BR PACER | PACERPG | 22.00 | 0.08 | 1.76 | Court ID: DEBK | 5370121 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE276 | |
| 09/12/2007 | 09994 | BR PACER | PACERPG | 15.00 | 0.08 | 1.20 | Court ID: DEBK | 5370122 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE277 | |
| 09/12/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5370123 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 09/12/2007 | 09994 | BR PACER | PACERPG | 15.00 | 0.08 | 1.20 | Court ID: DEBK | 5370124 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE170 | |
| 09/12/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5370125 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 09/12/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5370126 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 09/14/2007 | 00020 | BONNIE G. FATELL | 10 | 2.30 | 0.24 | 0.55 | LONG DISTANCE TELEPHONE CALLS | 5316884 |
| 09/14/2007 | 08413 | SHAWN WRIGHT | 30 | 546.00 | 0.10 | 54.60 | REPRODUCTION OF DOCUMENTS | 5317397 |
| 09/14/2007 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 1,445.58 | 1,445.58 | WESTLAW | 5319178 |
| | | | | | | | OULAVONG,MELIS | |
| 09/14/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 180.00 | 180.00 | HAND DELIVERY SERVICE | 5325984 |
| 09/14/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 18.00 | 18.00 | HAND DELIVERY SERVICE | 5325985 |
| 09/14/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE | 5325986 |
| 09/14/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE | 5325987 |
| 09/14/2007 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 615.83 | 615.83 | CONTRACTED PHOTOCOPYING | 5336500 |
| 09/14/2007 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 236.72 | 236.72 | CONTRACTED PHOTOCOPYING | 5336501 |
| 09/17/2007 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 19.31 | 19.31 | WESTLAW | 5327765 |
| | | | | | | | CARICKHOFF,DAV | |
| 09/17/2007 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 1,157.16 | 1,157.16 | WESTLAW | 5327766 |
| | | | | | | | OULAVONG,MELIS | |
| 09/17/2007 | 09994 | BR PACER | PACERPG | 15.00 | 0.08 | 1.20 | Court ID: DEBK | 5370127 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE282 | |
| 09/17/2007 | 09994 | BR PACER | PACERPG | 15.00 | 0.08 | 1.20 | Court ID: DEBK | 5370128 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE282 | |
| 09/17/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5370129 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE282 | |
| 09/17/2007 | 09994 | BR PACER | PACERPG | 16.00 | 0.08 | 1.28 | Court ID: DEBK | 5370130 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE283 | |
| 09/17/2007 | 09994 | BR PACER | PACERPG | 15.00 | 0.08 | 1.20 | Court ID: DEBK | 5370131 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE283 | |
| 09/18/2007 | 00020 | BONNIE G. FATELL | 10 | 0.60 | 0.23 | 0.14 | LONG DISTANCE TELEPHONE CALLS | 5320187 |
| 09/18/2007 | 00020 | BONNIE G. FATELL | 30 | 19.00 | 0.10 | 1.90 | REPRODUCTION OF DOCUMENTS | 5320441 |
| 09/18/2007 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 9.65 | 9.65 | WESTLAW | 5327767 |
| | | | | | | | CARICKHOFF,DAV | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/18/2007 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 701.76 | 701.76 | CONTRACTED PHOTOCOPYING | 5336502 |
| 09/18/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK BR0053 DOCKET R | 5342589 |
| 09/18/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK BR0053 IMAGE284 | 5342592 |
| 09/18/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK BR0053 IMAGE284 | 5342595 |
| 09/18/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK BR0053 DOCKET R | 5342598 |
| 09/18/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK BR0053 IMAGE284 | 5370132 |
| 09/18/2007 | 09994 | BR PACER | PACERPG | 19.00 | 0.08 | 1.52 | Court ID: DEBK BR0053 IMAGE285 | 5370133 |
| 09/19/2007 | 02443 | DAVID W. CARICKHOFF | 30 | 40.00 | 0.10 | 4.00 | REPRODUCTION OF DOCUMENTS | 5322023 |
| 09/19/2007 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 1,279.20 | 1,279.20 | CONTRACTED PHOTOCOPYING | 5336503 |
| 09/19/2007 | 08413 | SHAWN WRIGHT | 11HARD | 1.00 | 16.97 | 16.97 | TELEPHONE CONFERENCE CALLS - CONFERENCE AMERICA, INC. CONS000177828 Bank ID: 210 Check Number: 55449 | 5350285 |
| | | Voucher=604573 Paid | | | | | Vendor=CONFERENCE AMERICA, INC.  Balance= .00  Amount= 1898.69 Check #55449  10/16/2007 | |
| 09/20/2007 | 00020 | BONNIE G. FATELL | 10 | 1.30 | 0.24 | 0.31 | LONG DISTANCE TELEPHONE CALLS | 5321483 |
| 09/20/2007 | 09994 | BR PACER | PACERPG | 13.00 | 0.08 | 1.04 | Court ID: DEBK BR0053 IMAGE286 | 5370134 |
| 09/24/2007 | 00020 | BONNIE G. FATELL | 11HARD | 1.00 | 2.82 | 2.82 | TELEPHONE CONFERENCE CALLS - CONFERENCE AMERICA, INC. Bank ID: 210 Check Number: 53857 | 5322497 |
| | | Voucher=601765 Paid | | | | | Vendor=CONFERENCE AMERICA, INC.  Balance= .00  Amount= 671.78 Check #53857  09/25/2007 | |
| 09/25/2007 | 02432 | TAMARA L. MOODY | 30 | 168.00 | 0.10 | 16.80 | REPRODUCTION OF DOCUMENTS | 5325423 |
| 09/25/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE | 5336521 |
| 09/25/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE | 5336522 |
| 09/25/2007 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 289.00 | 289.00 | CONTRACTED PHOTOCOPYING | 5336531 |
| 09/25/2007 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 15.78 | 15.78 | CONTRACTED PHOTOCOPYING | 5336532 |
| 09/27/2007 | 00020 | BONNIE G. FATELL | 10 | 0.60 | 0.23 | 0.14 | LONG DISTANCE TELEPHONE CALLS | 5327248 |
| 09/27/2007 | 09994 | BR PACER | PACERPG | 8.00 | 0.08 | 0.64 | Court ID: DEBK BR0053 DOCKET R | 5342601 |
| 09/27/2007 | 09994 | BR PACER | PACERPG | 9.00 | 0.08 | 0.72 | Court ID: DEBK BR0053 IMAGE18- | 5342604 |
| 09/27/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK BR0053 IMAGE24- | 5342607 |
| 09/27/2007 | 09994 | BR PACER | PACERPG | 11.00 | 0.08 | 0.88 | Court ID: DEBK | 5342610 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE24- | |
| 09/27/2007 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | Court ID: DEBK | 5342613 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE24- | |
| 09/27/2007 | 09994 | BR PACER | PACERPG | 6.00 | 0.08 | 0.48 | Court ID: DEBK | 5342616 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE26- | |
| 09/28/2007 | 00020 | BONNIE G. FATELL | 10 | 12.90 | 0.24 | 3.10 | LONG DISTANCE TELEPHONE CALLS | 5328634 |
| 09/28/2007 | 00020 | BONNIE G. FATELL | 93 | 1.00 | 96.10 | 96.10 | E-SERVICES (E-FILING, CD DUPLICATION, EMAIL) | 5336548 |
| 09/28/2007 | 00020 | BONNIE G. FATELL | 93 | 1.00 | 95.00 | 95.00 | E-SERVICES (E-FILING, CD DUPLICATION, EMAIL) | 5336549 |
| 09/28/2007 | 00203 | ARTHUR BACHMAN | 64 | 1.00 | 103.00 | 103.00 | Passenger: BACHMAN/ARTHUR | 5357934 |
| | | | | | | | 64 TRAVEL EXPENSE: TRAIN | |
| | | | | | | | Travel Date: 10/02/2007 | |
| | | | | | | | Invoice #: 11996 | |
| | | | | | | | Flt PHL.WIL PHL | |
| | | | | | | | Ticket #:7079164085 | |
| 10/01/2007 | 00020 | BONNIE G. FATELL | 58 | 1.00 | 104.90 | 104.90 | MEETING EXPENSES - URBAN CAFE | 5348984 |
| | | | | | | | Bank ID: 210 Check Number: 55424 | |
| | | Voucher=604443 Paid | | | | | Vendor=URBAN CAFE  Balance= .00  Amount= 104.90 | |
| | | | | | | | Check #55424  10/15/2007 | |
| 10/01/2007 | 00020 | BONNIE G. FATELL | 11HARD | 1.00 | 118.79 | 118.79 | TELEPHONE CONFERENCE CALLS - CONFERENCE | 5352518 |
| | | | | | | | AMERICA, INC. CONS000179370 | |
| | | | | | | | Bank ID: 210 Check Number: 55617 | |
| | | Voucher=604769 Paid | | | | | Vendor=CONFERENCE AMERICA, INC.  Balance= .00  Amount= | |
| | | | | | | | 2013.19 | |
| | | | | | | | Check #55617  10/18/2007 | |
| 10/02/2007 | 00020 | BONNIE G. FATELL | 48 | 1.00 | 13.00 | 13.00 | CAB FARE REIMBURSEMENT - ARTHUR BACHMAN TRAVEL | 5333591 |
| | | | | | | | FROM TRAIN STATION TO DELAWARE BANKRUPTCY COURT | |
| | | | | | | | ON 10/2/07 | |
| | | | | | | | Bank ID: 210 Check Number: 54809 | |
| | | Voucher=603345 Paid | | | | | Vendor=ARTHUR BACHMAN  Balance= .00  Amount= 13.00 | |
| | | | | | | | Check #54809  10/09/2007 | |
| 10/02/2007 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 123.39 | 123.39 | WESTLAW | 5335900 |
| | | | | | | | OESTREICH,ELIZ | |
| 10/02/2007 | 09830 | ADMINISTRATION WILMING | 65 | 1.00 | 16.54 | 16.54 | MISC HARD COSTS - URBAN CAFE MEA | 5359930 |
| | | | | | | | Bank ID: 210 Check Number: 56215 | |
| | | Voucher=605605 Paid | | | | | Vendor=URBAN CAFE  Balance= .00  Amount= 33.59 | |
| | | | | | | | Check #56215  10/26/2007 | |
| 10/03/2007 | 00020 | BONNIE G. FATELL | 10 | 1.30 | 0.24 | 0.31 | LONG DISTANCE TELEPHONE CALLS | 5332491 |
| 10/03/2007 | 08413 | SHAWN WRIGHT | 11HARD | 1.00 | 8.27 | 8.27 | TELEPHONE CONFERENCE CALLS - CONFERENCE | 5371289 |
| | | | | | | | AMERICA, INC. CONS000179495 | |
| | | | | | | | Bank ID: 210 Check Number: 57005 | |
| | | Voucher=607233 Paid | | | | | Vendor=CONFERENCE AMERICA, INC.  Balance= .00  Amount= | |
| | | | | | | | 649.08 | |
| | | | | | | | Check #57005  11/08/2007 | |
| 10/04/2007 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 94.02 | 94.02 | WESTLAW | 5335901 |
| | | | | | | | KNIGHT STEVENS | |
| 10/04/2007 | 05923 | MICHELLE G. COURTNEY | 48 | 1.00 | 4.20 | 4.20 | CAB FARE REIMBURSEMENT - MICHELLE G. COURTNEY | 5350940 |
| | | | | | | | CAB HOME AFTER WORKING LATE 10/4/07 | |
| | | | | | | | Bank ID: 210 Check Number: 55869 | |
| | | Voucher=604630 Paid | | | | | Vendor=MICHELLE G. COURTNEY  Balance= .00  Amount= 4.20 | |
| | | | | | | | Check #55869  10/23/2007 | |
| 10/05/2007 | 00020 | BONNIE G. FATELL | 10 | 6.10 | 0.24 | 1.46 | LONG DISTANCE TELEPHONE CALLS | 5333953 |
| 10/08/2007 | 00020 | BONNIE G. FATELL | 64 | 1.00 | 232.00 | 232.00 | Passenger: FATELL/BONNIE | 5357935 |
| | | | | | | | 64 TRAVEL EXPENSE: TRAIN | |
| | | | | | | | Travel Date: 10/09/2007 | |
| | | | | | | | Invoice #: 12153 | |
| | | | | | | | Flt PHL.NYP PHL | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ticket #:7079164243 | |
| 10/08/2007 | 00091 | REGINA S. KELBON | 64 | 1.00 | 232.00 | 232.00 | Passenger: KELBON/REGINA STANGO | 5357936 |
| | | | | | | | 64 TRAVEL EXPENSE: TRAIN | |
| | | | | | | | Travel Date: 10/09/2007 | |
| | | | | | | | Invoice #: 12152 | |
| | | | | | | | Flt  PHL.NYP PHL | |
| | | | | | | | Ticket #:7079164242 | |
| 10/09/2007 | 00020 | BONNIE G. FATELL | 48 | 1.00 | 24.00 | 24.00 | CAB FARE REIMBURSEMENT - BONNIE G. FATELL CAB | 5355031 |
| | | | | | | | FARE RE COMMITTEE MEETING IN NY 10/9/07 | |
| | | | | | | | Bank ID: 210 Check Number: 55880 | |
| | | Voucher=605167 Paid | | | | | Vendor=BONNIE G. FATELL  Balance= .00  Amount= 44.00 | |
| | | | | | | | Check #55880  10/23/2007 | |
| 10/09/2007 | 00020 | BONNIE G. FATELL | 06 | 1.00 | 20.00 | 20.00 | TRAVEL EXPENSE: PARKING, TOLLS - BONNIE G. | 5355032 |
| | | | | | | | FATELL CAB FARE RE COMMITTEE MEETING IN NY | |
| | | | | | | | 10/9/07 | |
| | | | | | | | Bank ID: 210 Check Number: 55880 | |
| | | Voucher=605167 Paid | | | | | Vendor=BONNIE G. FATELL  Balance= .00  Amount= 44.00 | |
| | | | | | | | Check #55880  10/23/2007 | |
| 10/10/2007 | 00020 | BONNIE G. FATELL | 10 | 49.90 | 0.24 | 11.97 | LONG DISTANCE TELEPHONE CALLS | 5348134 |
| 10/10/2007 | 00020 | BONNIE G. FATELL | 11HARD | 1.00 | 19.15 | 19.15 | TELEPHONE CONFERENCE CALLS - CONFERENCE | 5370158 |
| | | | | | | | AMERICA, INC. | |
| | | | | | | | Bank ID: 210 Check Number: 57005 | |
| | | Voucher=607206 Paid | | | | | Vendor=CONFERENCE AMERICA, INC.  Balance= .00  Amount= | |
| | | | | | | | 815.16 | |
| | | | | | | | Check #57005  11/08/2007 | |
| 10/11/2007 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 377.65 | 377.65 | WESTLAW | 5349691 |
| | | | | | | | OULAVONG,MELIS | |
| 10/14/2007 | 05016 | MELISSA S. VONGTAMA | 220 | 1.00 | 20.50 | 20.50 | SEAMLESSWEB BUSINESS MEALS | 5353403 |
| | | | | | | | Invoice Number: 259356 | |
| | | | | | | | Order ID: 66461343 | |
| 10/14/2007 | 05016 | MELISSA S. VONGTAMA | 48 | 1.00 | 27.00 | 27.00 | CAB FARE REIMBURSEMENT - MELISSA S. VONGTAMA | 5373198 |
| | | | | | | | CAB HOME ON SUNDAY 10/14/07 | |
| | | | | | | | Bank ID: 210 Check Number: 57708 | |
| | | Voucher=607700 Paid | | | | | Vendor=MELISSA S. VONGTAMA  Balance= .00  Amount= 27.00 | |
| | | | | | | | Check #57708  11/19/2007 | |
| 10/15/2007 | 00020 | BONNIE G. FATELL | 10 | 0.90 | 0.24 | 0.22 | LONG DISTANCE TELEPHONE CALLS | 5350488 |
| 10/15/2007 | 00020 | BONNIE G. FATELL | 30 | 387.00 | 0.10 | 38.70 | REPRODUCTION OF DOCUMENTS | 5350775 |
| 10/15/2007 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 19.78 | 19.78 | WESTLAW | 5359449 |
| | | | | | | | OULAVONG,MELIS | |
| 10/16/2007 | 00020 | BONNIE G. FATELL | 90 | 1.00 | 4.21 | 4.21 | LEXIS: HOOVER, ERIK | 5359747 |
| 10/17/2007 | 00020 | BONNIE G. FATELL | 30 | 381.00 | 0.10 | 38.10 | REPRODUCTION OF DOCUMENTS | 5353225 |
| 10/17/2007 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 34.74 | 34.74 | WESTLAW | 5359450 |
| | | | | | | | OULAVONG,MELIS | |
| 10/17/2007 | 00020 | BONNIE G. FATELL | 90 | 1.00 | 8.04 | 8.04 | LEXIS: HOOVER, ERIK | 5359748 |
| 10/17/2007 | 00020 | BONNIE G. FATELL | 90 | 1.00 | 8.41 | 8.41 | LEXIS: HOOVER, ERIK | 5359749 |
| 10/17/2007 | 00020 | BONNIE G. FATELL | 90 | 1.00 | 4.07 | 4.07 | LEXIS: HOOVER, ERIK | 5359750 |
| 10/17/2007 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | Court ID: DEBK | 5379335 |
| | | | | | | | TG0004 | |
| | | | | | | | ASSOCIAT | |
| 10/17/2007 | 09994 | BR PACER | PACERPG | 8.00 | 0.08 | 0.64 | Court ID: DEBK | 5379336 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 10/17/2007 | 09994 | BR PACER | PACERPG | 6.00 | 0.08 | 0.48 | Court ID: DEBK | 5379337 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE26- | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 10/17/2007 | 09994 | BR PACER | PACERPG | 26.00 | 0.08 | 2.08 | Court ID: DEBK | 5379338 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE27- | |
| 10/17/2007 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | Court ID: DEBK | 5379339 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE27- | |
| 10/17/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5379340 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE31- | |
| 10/17/2007 | 09994 | BR PACER | PACERPG | 6.00 | 0.08 | 0.48 | Court ID: DEBK | 5379341 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 10/17/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5379342 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE21- | |
| 10/17/2007 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | Court ID: DEBK | 5379343 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 10/17/2007 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | Court ID: DEBK | 5379344 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE23- | |
| 10/17/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5379345 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE24- | |
| 10/17/2007 | 09994 | BR PACER | PACERPG | 26.00 | 0.08 | 2.08 | Court ID: DEBK | 5379346 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE33- | |
| 10/17/2007 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | Court ID: DEBK | 5379347 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE35- | |
| 10/17/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5379348 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE16- | |
| 10/17/2007 | 09994 | BR PACER | PACERPG | 9.00 | 0.08 | 0.72 | Court ID: DEBK | 5379349 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE18- | |
| 10/17/2007 | 09994 | BR PACER | PACERPG | 6.00 | 0.08 | 0.48 | Court ID: DEBK | 5379350 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 10/17/2007 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | Court ID: DEBK | 5379351 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE24- | |
| 10/18/2007 | 09994 | BR PACER | PACERPG | 6.00 | 0.08 | 0.48 | Court ID: DEBK | 5379352 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 10/18/2007 | 09994 | BR PACER | PACERPG | 18.00 | 0.08 | 1.44 | Court ID: DEBK | 5379353 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE37- | |
| 10/19/2007 | 00020 | BONNIE G. FATELL | 65 | 1.00 | 25.00 | 25.00 | MISC HARD COSTS - BONNIE G. FATELL COURT | 5397352 |
| | | | | | | | TELEPHONIC HEARING | |
| | | Voucher=610021 Unpaid | | | | | Vendor=BONNIE G. FATELL  Balance= 25.00  Amount= 25.00 | |
| 10/23/2007 | 00020 | BONNIE G. FATELL | 30 | 48.00 | 0.10 | 4.80 | REPRODUCTION OF DOCUMENTS | 5357159 |
| 10/23/2007 | 00020 | BONNIE G. FATELL | 11HARD | 1.00 | 5.44 | 5.44 | TELEPHONE CONFERENCE CALLS - CONFERENCE | 5381836 |
| | | | | | | | AMERICA, INC. | |
| | | Voucher=608239 Unpaid | | | | | Vendor=CONFERENCE AMERICA, INC.  Balance= 1144.81  Amount= | |
| | | | | | | | 1144.81 | |
| 10/24/2007 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 12.06 | 12.06 | WESTLAW | 5363541 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | OULAVONG,MELIS | |
| 10/30/2007 | 00020 | BONNIE G. FATELL | 10 | 9.90 | 0.24 | 2.38 | LONG DISTANCE TELEPHONE CALLS | 5364534 |
| 10/30/2007 | 00020 | BONNIE G. FATELL | 30 | 168.00 | 0.10 | 16.80 | REPRODUCTION OF DOCUMENTS | 5364754 |
| | | UNBILLED TOTALS:  WORK | | | | 11,156.40 | 147 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 7,698.93 | | |
| | | GRAND TOTAL:    WORK: | | | | 11,156.40 | 147 records | |
| | | GRAND TOTAL:    BILL: | | | | 7,698.93 | | |