# CERTIFICATE OF SERVICE

I, *Bonnie Glantz Fatell*, certify that on December 3, 2007, I caused service of the attached *Notice of Application* and *Combined Sixth and Seventh Monthly Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of September 1, 2007 through October 31, 2007,* to be made on the Notice Parties (as defined in the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on April 25, 2007), in the manner indicated on the service list attached hereto as **Attachment 1**.

I further certify that on December 3, 2007, a copy of the Notice only was served upon all parties on the 2002 service list attached hereto as **Attachment 2**, in the manner indicated.

*[signature]*
Bonnie Glantz Fatell (DE Bar. No. 3809)

# Attachment 1

## "Notice Parties"

## Service List

**VIA HAND DELIVERY**
*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

*Representing United States Trustee*
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

**VIA OVERNIGHT MAIL**
*Representing Debtors*
Suzzanne S. Uhland
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

*Representing Debtors*
Emily Culler
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvin, CA 92612
Attn: Monika L. McCarthy, Esq.

*Representing Debtors' Crisis Managers*
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019
Attn: Holly Felder Etlin

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.*
Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

*Representing The Official Committee of Unsecured Creditors*
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

*(Fee Examiner)*
Warren H. Smith, Esq.
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Baker & Hostetler LLP
Donald A Workman Esq
1050 Connecticut Ave NW Ste 1100
Washington, DC 20036

Kelley Drye & Warren LLP
David E Retter Esq & Christen A Lambrianakos Esq
101 Park Ave
New York, NY 10178

Wells Fargo Bank NA
Thomas M Korsman Vice President
MAC N9303-120
608 2nd Ave S
Minneapolis, MN 55479

**VIA ELECTRONIC MAIL**
Jamie Lisac
AlixPartners, LLP
E-mail: jlisac@alixpartners.com

# Attachment 2

## 2002 Service List
## Via Hand Delivery (Local) First Class Mail (Non-Local)

500 Eagles Landing LLC
David A Meskan Manager
2100 Green St Apt 404
San Francisco, CA 94123

Akin Gump Strauss Hauer & Feld LLP
James R Savin Esq David M Dunn Esq & Joanna
F Newdeck Esq
1333 New Hampshire Ave NW
Washington, DC 20036

Aldine Independent School District
Susan R Fuertes
14910 Aldine Westfield Rd
Houston, TX 77032

Allen & Overy LLP
Ken Coleman Esq
1221 Avenue of the Americas
New York, NY 10020

Angelo Gordon & Co
Jed A Hart
245 Park Ave 26th Fl
New York, NY 10167

Arnold & Porter
Richard M Lucas Esq & Charles A Malloy Esq
555 Twelfth St NW
Washington, DC 20004

Ashby & Geddes PA
Don A Beskrone Esq
500 Delaware Ave
8th Fl PO Box 1150
Wilmington, DE 19899

Ashby & Geddes PA
William P Bowden & Gregory A Taylor
500 Delaware Ave
8th Fl PO Box 1150
Wilmington, DE 19899

Ashcroft Wiles Ammann LLP
Anna S Raman Esq
1000 SW Broadway
Ste 1500
Portland, OR 97205

Attornery for SIRVA Relocation
Glenn M Reisman Esq
Two Corporate Dr Ste 234
Shelton, CT 06484

Attorney Generals Office
Bankruptcy Department
Carvel State Office Bldg 820 N French St 8th Fl
Wilmington, DE 19801

Attorney General's Office
Bankruptcy Department
Capitol Station PO Box 12548
Austin, TX 78711-2548

Attorney General's Office
Bankruptcy Department
1300 I St Ste 1740
Sacramento, CA 95814

Attorney General's Office
Bankruptcy Department
200 St Paul Place
Baltimore, MD 21202-2202

Baker & Hostetler LLP
Donald A Workman Esq
1050 Connecticut Ave NW Ste 1100
Washington, DC 20036

Barclays Bank PLC
Mark Manski Esq
200 Park Ave
New York, NY 10166

Bartlett Hackett Feinberg PC
Frank F McGinn Esq
155 Federal St 9th Fl
Boston, MA 02110

Becket and Lee LLP
Gilbert B Weisman
PO Box 3001
Malvern, PA 19355-0701

Bernstein Litowitz Berger & Grossman LLP
Blair A Nicholas Esq
12481 High Bluff Dr Ste 300
San Diego, CA 92130

Bernstein Litowitz Berger & Grossman LLP
Salvator J Graziano Esq
1285 Avenue of the Americas
New York, NY 10019

Bifferato Gentilotti LLC
Ian Connor Bifferato Esq & Garvan F McDaniel
Esq
800 N King St Plz Level
Wilmington, DE 19801

Binder & Malter LLP
Julie H Rome Banks Esq
2775 Park Ave
Santa Clara, CA 95050

Bingham McCutchen LLP
Andrew J Gallo Esq
150 Federal St
Boston, MA 02110

Bingham McCutchen LLP
Richard H Agins Esq
One State St
Hartford, CT 06103-3178

Bingham McCutchen LLP
Robert M Dombroff Esq & Steven Wilamowsky
Esq
399 Park Ave
New York, NY 10022-4689

Blank Rome LLP
Bonnie Glantz Fatell
Chase Manhattan Centre
1201 Market Street Suite 800
Wilmington, DE 19801

Brice Vander Linden & Wernick PC
Hilary B Bonial & Tyler B Jones
PO Box 829009
Dallas, TX 72382-9009

| | | |
|---|---|---|
| Broward County Revenue Collection Division<br>Jeffrey J Newton<br>Bankruptcy and Litigation Section<br>Government Center Annex 115 S Andrews Ave<br>Fort Lauderdale, FL 33301 | Brown McCarroll LLP<br>Patricia B Tomasco<br>111 Congress Ave Ste 1400<br>Austin, TX 78701 | Bryan Cave LLP<br>Katherine M Windler Esq<br>120 Broadway Ste 300<br>Santa Monica, CA 90401-2386 |
| Bryan Cave LLP<br>Lawrence P Gottesman Esq & Sukyoung Suh Esq<br>1290 Ave of the Americas<br>New York, NY 10104 | Buchanan Ingersoll & Rooney PC<br>Mary F Caloway Esq & Eric Lopez Schnabel Esq<br>1000 West St Ste 1410<br>Wilmington, DE 19801 | Cadwalader Wickersham & Taft LLP<br>Gregory M Petrick Esq & Angela Somers Esq<br>One World Financial Center<br>New York, NY 10281 |
| Cadwalader Wickersham & Taft LLP<br>Howard R Hawkins Jr Esq<br>One World Financial Center<br>New York, NY 10281 | Cairncross & Hempelmann PS<br>John R Knapp Jr<br>524 2nd Ave Ste 500<br>Seattle, WA 98104-2323 | California Franchise Tax Board<br>Bankruptcy Division Chapter 11<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Campbell & Levine LLC<br>Marla R Eskin Mark T Hurford<br>800 North King Street<br>Suite 300<br>Wilmington, DE 19801 | Celina ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD<br>Perdue Brandon Fielder Collins & Mott LLP<br>Elizabeth Banda<br>PO Box 13430<br>Arlington, TX 76094-0430 | Chadbourne & Parke LLP<br>Joseph H Smolinsky & Douglas E Deutsch<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Chatham County Tax Commissioner<br>Daniel T Powers<br>PO Box 8321<br>Savannah, GA 31412 | Citigroup Global Markets Realty Corp<br>Susan Mills & Bobbie Theivakumaran<br>390 Greenwich Street<br>6th Fl<br>New York, NY 10013 | City of Jacksonville<br>Edward C Tannen<br>117 W Duval St<br>Ste 480<br>Jacksonville, FL 32202 |
| Clear Capital<br>Cy Epstein<br>6030 Orchard Ave<br>Richmond, CA 94804 | Cohen & Grigsby PC<br>Thomas D Maxson Esq<br>11 Stanwix St 15th Fl<br>Pittsburgh, PA 15222-1319 | Comptroller of Public Accounts<br>Bankruptcy Department<br>Lyndon B Johnson State Office Building<br>111 E 17th St<br>Austin, TX 78774 |
| Comptroller of Public Accounts Texas<br>Jay W Hurst<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Connolly Bove Lodge & Hutz LLP<br>Jeffrey C Wisler Esq & Marc J Phillips Esq<br>The Nemours Bldg<br>1007 N Orange St PO Box 2207<br>Wilmington, DE 19899 | Connolly Bove Lodge & Hutz LLP<br>Karen C Bifferato Esq & Marc J Phillips Esq<br>The Nemours Bldg<br>1007 N Orange St PO Box 2207<br>Wilmington, DE 19899 |
| Connolly Bove Lodge & Hutz LLP<br>Karen C Bifferato Esq & Marc J Phillips Esq<br>1007 N Orange St<br>Wilmington, DE 19801 | Contrarian Capital Management LLC<br>Mark Lee<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | Cooley Godward Kronish LLP<br>Gregg S Kleiner<br>101 California St 5th Fl<br>San Francisco, CA 94111-2222 |
| Coremetrics Inc<br>Seth R Weissman Esq VP & General Counsel<br>1840 Gateway Dr Ste 320<br>San Mateo, CA 94404 | Countrywide Home Loans Inc<br>Paul T Liu Esq & John Guerry Esq<br>5220 Las Virgenes Rd<br>MS AC 11<br>Calabasas, CA 91302 | Cross & Simon LLC<br>Christopher P Simon & Kevin S Mann<br>913 N Market St 11th Fl<br>Wilmington, DE 19899-1380 |

27340.01600/40172036v.1

| | | |
|---|---|---|
| David G Baker Esq<br>105 Union Wharf<br>Boston, MA 02109 | Day Pitney LLP<br>Amish R Doshi Esq<br>7 Times Sq<br>New York, NY 10036-7311 | Deckelbaum Ogens & Raftery Chtd<br>Bryn H Sherman Esq<br>3 Bethesda Metro Center Ste 200<br>Bethesda, MD 20814 |
| Delaware Department Of Justice<br>Bankruptcy Department<br>Division Of Securities<br>820 N French St 5th Fl<br>Wilmington, DE 19801 | Delaware Dept Of Labor<br>Secretary<br>4425 N Market St<br>4th Fl<br>Wilmington, DE 19802 | Delaware Dept Of Natural Resources &<br>Environmental Control<br>Bankruptcy Department<br>John A Hughes Secretary<br>89 Kings Hwy<br>Dover, DE 19901 |
| Delaware Sec of State<br>Division of Corporations<br>Franchise Tax Division<br>PO Box 7040<br>Dover, DE 19903 | Division of Unemployment Ins<br>Department of Labor<br>4425 N Market St<br>Wilmington, DE 19802 | Dorsey & Whitney LLP<br>Chris Lenhart Esq<br>50 S Sixth St Ste 1500<br>Minneapolis, MN 55402-1498 |
| Drinker Biddle & Reath LLP<br>Andrew C Kassner Esq & Howard A Cohen Esq<br>1100 N Market St Ste 1000<br>Wilmington, DE 19801 | Duane Morris LLP<br>Michael R Lastowski and Christopher M Lastowski<br>1100 N Market St Ste 1200<br>Wilmington, DE 19801 | Eckert Seamans Cherin & Mellot LLC<br>Michael Busenkell & Tara L Lattomus<br>300 Delaware Ave Ste 1210<br>Wilmington, DE 19801 |
| Edwards Angell Palmer & Dodge LLP<br>William E Chipman Jr Esq<br>919 Market St Ste 1500<br>Wilmington, DE 19801 | eMortgage Logic LLC<br>Gene O Bannon Exce VP<br>8317 Whitley Rd<br>Fort Worth, TX 76148 | Employee Benefits Security Administration<br>Philadelphia Regional Office<br>Mabel Capolongo Director<br>Curtis Ctr<br>170 S Independence Mall West Ste 870 West<br>Philadelphia, PA 19106-3317 |
| Erskine & Tulley A Professional Corporation<br>Robert P Gates Esq<br>220 Montgomery St Ste 303<br>San Francisco, CA 94104 | Ervin Cohen & Jessup LLP<br>Randall S Leff Esq & Eric M Heller Esq<br>9401 Wilshire Blvd 9th Fl<br>Beverly Hills, CA 90212-2974 | Eschelon Telecom Inc<br>Dennis D Ahlers<br>730 Second Ave S Ste 900<br>Minneapolis, MN 55402 |
| Farrell Frtiz PC<br>Ted A Berkowitz<br>1320 Reckson Plaza<br>Uniondale, NY 11556-1320 | Featherstone Petrie DeSisto LLP<br>Andrew J Petrie<br>600 17th St Ste 2400 S<br>Denver, CO 80202-5424 | Fidelity National Title Company<br>Attn Wayne Fong<br>17911 Von Karman<br>Ste 300<br>Irvine, CA 92614-6253 |
| Filardi Law Offices LLC<br>Charles J Filardi Jr<br>65 Trumbull St<br>Second Floor<br>New Haven, CT 06510 | Finlayson Augustini & Williams LLP<br>Jesse S Finlayson & Michael R Williams<br>110 Newport Center Dr<br>Ste 100<br>Newport Beach, CA 92660 | Fox Rothschild LLP<br>Daniel K Astin & Anthony M Saccullo & Carl D Neff Esq<br>Citizens Bank Center<br>919 N Market St Ste 1300 PO Box 2323<br>Wilmington, DE 19899-2323 |
| Frank Gecker LLP<br>Joseph D Frank<br>325 N LaSalle St Ste 625<br>Chicago, IL 60610 | Friedlander Misler Sloan Kletzkin & Ochsman PLLC<br>Robert E Greenberg Esq<br>1101 Seventeenth St NW Ste 700<br>Washington, DC 20036-4704 | Gay McCall Isaacls Gordon & Roberts PC<br>David McCall<br>777 E 15th St<br>Plano, TX 75074 |

| | | |
|---|---|---|
| Gebhardt & Smith LLP<br>Michael G Gallerizzo Esq<br>901 Market St Ste 451<br>Wilmington, DE 19801 | Gerard Singer Levick PC<br>Larry A Levick Esq & Michelle E Shriro Esq<br>16200 Addison Rd Ste 140<br>Addison, TX 75001 | GMAC Commercial Finance LLC<br>Hernando Azarcon<br>Senior Legal Coordinator<br>3000 Town Center Ste 280<br>Southfield, MI 48075 |
| Goldberg Kamin & Garvin<br>John J Arminas Esq<br>1806 Frick Bldg<br>437 Grant St<br>Pittsburgh, PA 15219 | Graham Vaage & Cisneros<br>Susan L Vaage<br>500 N Brand Blvd Ste 1030<br>Glendale, CA 91203 | Grant & Morasse<br>Steven R Morasse & Desmond J Collins<br>4921 Birch St<br>Ste 120<br>Newport Beach, CA 92660 |
| Greenberg Traurig LLP<br>Daniel Ansell & Kenneth Philbin<br>MetLife Building<br>200 Park Ave<br>New York, NY 10166 | Greenberg Traurig LLP<br>Victoria W Counihan & Dennis A Meloro<br>The Nemours Bldg<br>1007 N Orange St Ste 1200<br>Wilmington, DE 19801 | Greenwich Capital Financial Products<br>General Counsel & Frank Skibo<br>600 Steamboat Rd<br>Greenwich, CT 06830 |
| Gust Rosenfeld PLC<br>Madeleine C Wanslee<br>210 E Washington Ste 800<br>Phoenix, AZ 85004-2327 | Hahn & Hessen LLP<br>Mark T Power, Mark S Indelicato and Jeffrey L Schwartz<br>488 Madison Avenue<br>14th and 15th Floor<br>New York, NY 10022 | Archer & Greiner<br>Charles J Brown III & J Jackson Shrum<br>300 Delaware Avenue, Ste. 1370<br>Wilmington, DE 19801 |
| Honigman Miller Schwartz & Cohn LLP<br>Bruce L Segal<br>38500 Woodward Ave Ste 100<br>Bloomfield Hills, MI 48304 | Hunton & Williams LLP<br>JR Smith & Jason W Harbour<br>Riverfront Plaza E Tower<br>951 E Byrd St<br>Richmond, VA 23219 | IBM Corporation<br>Vicky Namken<br>13800 Diplomat Dr<br>Dallas, TX 75234 |
| IBM Credit LLC<br>Bruce Gordon<br>Special Handling Group MD NC322<br>North Castle Dr<br>Armonk, NY 10504 | IKON Financial Services<br>Rosa Dominy<br>1738 Bass Rd<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Ikon Office Solutions Recovery & Bankruptcy<br>Keith Clements<br>3920 Arkwright Rd Ste 400<br>Macon, GA 31210 |
| Imperial County Treasurer - Tax Collector<br>Flora Garcia<br>940 West Main Street<br>Suite 106<br>El Centro, CA 92243 | Integrated Payment Systems Inc<br>Larry Thomas<br>Meridian Bldg<br>12500 E Belford Ave Mail Stop M12B<br>Englewood, CO 80112 | Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz<br>Rm 1150<br>Baltimore, MD 21201 |
| Irs Local Office<br>844 King St<br>Wilmington, DE 19801 | Jeffer Mangels Butler & Marmaro LLP<br>Barry Freeman Esq & David Poitras Esq<br>1900 Ave of the Stars 7th Fl<br>Los Angeles, CA 90067 | John P Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Jorden Burt LLP<br>Frank G Burt Esq Raul A Cuervo Esq & W Glenn Merten Esq<br>1025 Thomas Jefferson St NW<br>Ste 400 E<br>Washington, DC 20007-5208 | Katsky Korins LLP<br>Steven H Newman<br>605 Third Ave 16Th Floor<br>New York, NY 10158 | Kaye Scholer LLP<br>Margot B Schonholtz & Mark F Liscio<br>425 Park Ave<br>New York, NY 10022 |

| | | |
|---|---|---|
| Kelley Drye & Warren LLP<br>David E Retter Esq & Christen A Lambrianakos Esq<br>101 Park Ave<br>New York, NY 10178 | Kirkland & Ellis LLP<br>Paul M Basta & Joshua A Sussberg<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611 | Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>Edward M Fox Esq<br>599 Lexington Ave<br>New York, NY 10022-6030 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>Michael J Missal<br>1601 K Street NW<br>Washington, DC 20006 | Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>Rebecca L Kline Dubill Esq & Stephen G Topetzes Esq<br>1601 K Street NW<br>Washington, DC 20006-1600 | Kitchens Kelley Gaynes PC<br>Heather D Dawson Esq<br>11 Piedmont Center Ste 900<br>3495 Piedmont Rd NE<br>Atlanta, GA 30305 |
| Klehr Harrison Harvey Branzburg & Ellers LLP<br>Joanne B Wills Esq & Michael W Yurkewicz Esq<br>919 Market St Ste 1000<br>Wilmington, DE 19801 | Klehr Harrison Harvey Branzburg & Ellers LLP<br>Richard M Beck Esq & Christopher A Ward Esq<br>919 Market St Ste 1000<br>Wilmington, DE 19801 | Klehr Harrison Harvey Branzburg & Ellers LLP<br>Richard M Beck Esq & Michael W Yurkewicz Esq<br>919 Market St Ste 1000<br>Wilmington, DE 19801 |
| Lamm Rubenstone Lesavoy Butz & David LLC<br>Sherry D Lowe Esq<br>3600 Horizon Blvd Ste 200<br>Trevose, PA 19053 | Landis Rath & Cobb LLP<br>Adam G Landis Esq<br>919 Market St Ste 600<br>Wilmington, DE 19801 | Landis Rath & Cobb LLP<br>Richard S Cobb Esq & Matthew B McGuire Esq<br>919 Market St Ste 600<br>Wilmington, DE 19801 |
| Lankenau & Miller LLP<br>Stuart J Miller<br>1775 Broadyway Ste 610<br>New York, NY 10019 | Latham & Watkins LLP<br>Michael J Riela<br>885 Third Ave<br>53rd at Third Ste 1000<br>New York, NY 10022-4068 | Law Office of James F Bailey PA<br>James F Bailey Jr<br>Three Mill Rd<br>Ste 306A<br>Wilmington, DE 19806 |
| Law Office of John A Vos<br>John A Vos Esq<br>1430 Lincoln Ave<br>San Rafael, CA 94901 | Law Offices of Michael McArdle<br>Michael McArdle Esq<br>204 Lafayette St<br>Salem, MA 01970 | Law Offices of Robert E Luna PC<br>Andrea Sheehan Esq<br>4411 N Central Expressway<br>Dallas, TX 75205 |
| Law Offices of William A Hazeltine LLC<br>Willam A Hazeltine Esq<br>The Brandywine Bldg<br>1000 N West St Ste 1200<br>Wilmington, DE 19801 | Leo & Weber PC<br>T Scott Leo Esq and Grace Winkler Cranley Esq<br>One N LaSalle St Ste 3600<br>Chicago, IL 60602 | Leslie Marks<br>3099 Suter St<br>Oakland, CA 94602 |
| Levy Small & Iallas<br>Leo D Plotkin Esq<br>815 Moraga Dr<br>Los Angeles, CA 90049-1633 | Linebarger Goggan Blair & Sampson LLP<br>David G Aelvoet<br>Travis Bldg 711 Navarro Ste 300<br>San Antonio, TX 78205 | Linebarger Goggan Blair & Sampson LLP<br>Diane W Sanders<br>1949 South IH 35<br>PO Box 17428<br>Austin, TX 78760 |
| Linebarger Goggan Blair & Sampson LLP<br>Elizabeth Weller<br>2323 Bryan St Ste 1600<br>Dallas, TX 75201 | Linebarger Goggan Blair & Sampson LLP<br>John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | Lowenstein Sandler PC<br>Michael S Etkin Esq & Ira M Levee Esq<br>65 Livingston Ave<br>Roseland, NJ 07068 |

27340.01600/40172036v.1

Malolm & Cisneros A Law Corporation
William G Malcolm
2112 Business Center Dr 2nd Fl
Irvine, CA 92612

Manatee County Tax Collector
Susan D. Profant and Ken Burton Jr.
PO Box 25300
819 US 301 Blvd W
Bradenton, FL 34206-5300

Margolis Edelstein
James E Huggett Esq
750 S Madison St Ste 102
Wilmington, DE 19801

Maryland State Dept of Assessments and Taxation
Bankruptcy Department
301 W Preston St
Baltimore, MD 21201

Mayer Brown LLP
Thomas S Kiriakos Esq & Sean T Scott Esq
71 S Wacker Dr
Chicago, IL 60606

Mayer Brown Rowe & Maw LLP
Raniero D Aversa Jr Esq & Laura D Metzger Esq
1675 Broadway
New York, NY 10019-5820

McCalla Raymer LLC
A Michelle Hart
1544 Old Alabama Road
Roswell, GA 30076-2102

McCarter & English LLP
William F Taylor Jr Esq & Katharine L Mayer Esq
919 N Market Ste 1800
PO Box 111
Wilmington, DE 19899

McCreary Veselkda Bragg & Allen PC
Michael Reed
PO Box 1269
Round Rock, TX 78680

McGuire Woods LLP
David I Swan Esq & Kenneth M Misken Esq
1750 Tysons Blvd Ste 1800
McLean, VA 22102-4215

McGuire Woods LLP
Sally E Edison Esq
Dominion Tower
625 Liberty Ave 23rd Fl
Pittsburgh, PA 15222-3142

Miami Dade County Tax Collector
Paralegal Unit Linda Eugene
140 W Flagler St
Ste 1403
Miami, FL 33130

Michael A Cox
Attorney General
Cadillac Pl
3030 W Grand Blvd Ste 10 200
Detroit, MI 48202

Milbank Tweed Hadley & McCloy LLP
Luc A Despins Esq & Wilbur F Foster Esq
1 Chase Manhattan Plaza
New York, NY 10005

Missouri Department of Revenue Bankruptcy Unit
Sheryl L Moreau
General Counsels Office
301 W High St Room 670 PO Box 475
Jefferson City, MO 65105-0475

Monzack & Monaco PA
Francis A Monaco Jr Esq
1201 N Orange St Ste 400
PO Box 2031
Wilmington, DE 19899-2031

Morris James LLP
Brett D Fallon Esq
500 Delaware Ave Ste 1500
PO Box 2306
Wilmington, DE 19899-2306

Morris James LLP
Stephen M Miller
500 Delaware Ave Ste 1500
PO Box 2306
Wilmington, DE 19899-2306

Morris Nichols Arsht & Tunnel LLP
Robert J Dehney Gregory W Werkheiser & Daniel B Butz
1201 N Market St
PO Box 1347
Wilmington, DE 19899-1347

Munsch Hardt Kopf & Harr PC
Mark H Ralston Esq & Davor Rukavina Esq
3800 Lincoln Plz
500 N Akard St
Dallas, TX 75201

Nixon Peabody LLP
Dennis J Drebsky Esq
437 Madison Ave
New York, NY 10022

Nixon Peabody LLP
Mark N Berman Esq
100 Summer St
Boston, MA 02110-1832

Northeast Regional Office
Bankruptcy Department
Mark Schonfeld Regional Director
3 World Financial Ctr Room 4300
New York, NY 10281

O'Melveny & Myers LLP
Suzzanne S Uhland Ben H Logan Victoria Newmark Emily R Culler
275 Battery Street
San Francisco, CA 94111

Office of Joe G Tedder CFC
Sari E Meador
Delinquency and Enforcement
Tax Collector for Polk County Florida PO Box 2016
Bartow, FL 33831-2016

Office of the Attorney General
Carol E Momjian
21 S 12th St
3rd Fl
Philadelphia, PA 19107

Office of the United States Trustee
Joseph J McMahon Jr Esquire
J Caleb Boggs Federal Building
844 King Street Room 2207 Lockbox #35
Wilmington, DE 19801

27340.01600/40172036v.1

| | | |
|---|---|---|
| Office of the US Trustee<br>844 King St<br>Ste 2313 Lockbox 35<br>Wilmington, DE 19801-3519 | Ohio Attorney's General Office<br>Matthew J Lampke Assistant Chief<br>30 E Broad St 26th Fl<br>Columbus, OH 43215-4200 | Oklahoma County Treasurer<br>Gretchen Crawford<br>Assistant District Attorney<br>320 Robert S Kerr Room 307<br>Oklahoma City, OK 73102 |
| Pasadena ISD<br>Dexter D Joyner<br>4701 Preston<br>Pasadena, TX 77505 | Paul Hastings Janofsky & Walker LLP<br>Keith W Miller & James R Bliss<br>Park Ave Tower<br>75 E 55th St First Floor<br>New York, NY 10022 | Paul Hastings Janofsky & Walker LLP<br>Richard A Chesley & Kimberly D Newmarch<br>191 N Wacker Dr<br>30th Fl<br>Chicago, IL 60606 |
| Pepper Hamilton<br>David M. Fournier<br>1313 Market Street<br>Suite 5100<br>Wilmington, DE 19801 | Pepper Hamilton LLP<br>David B Stratton Esq<br>Hercules Plz Ste 5100<br>1313 Market St PO Box 1709<br>Wilmington, DE 19899-1709 | Pepper Hamilton LLP<br>Henry Jaffe Esq<br>1313 Market St<br>PO Box 1709<br>Wilmington, DE 19899-1709 |
| Perdue Brandon Fielder Collins & Mott LLP<br>John Banks<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | Phelan Hallinan and Schmieg LLP<br>Judith T Romano Esq<br>1617 John F Kennedy Blvd Ste 1400<br>Philadelphia, PA 19103 | Phillips Goldman & Spence PA<br>Lisa C McLaughlin Esq<br>1200 N Broom St<br>Wilmington, DE 19806 |
| Pima County Attorney Civil Division<br>German Yusufov & Terri A Roberts & Barbara Lawall<br>32 N Stone Ste 2100<br>Tucson, AZ 85701 | Potter Anderson & Corroon LLP<br>Laurie Selber Silverstein Esq<br>1313 N Market St 6th Fl<br>Wilmington, DE 19801 | Property Management Professionals LLC<br>Kurt Henry<br>1512 Royce Dr<br>Locust Grove, GA 30248 |
| Proskauer Rose LLP<br>Sheldon I Hirshon Esq<br>1585 Broadway<br>New York, NY 10036-8299 | Quadrangle Group LLC<br>Michael Weinstock<br>375 Park Ave 14th Fl<br>New York, NY 10152 | Qwest Legal Department<br>Mitchell W Katz Esq<br>1801 California St Ste 900<br>Denver, CO 80202 |
| Ray Wood & Bonilla<br>Andrew Dylan Wood<br>PO Box 165001<br>Austin, TX 78716 | Receivable Management Services<br>Phyllis A Hayes<br>PO Box 5126<br>Timonium, MD 21094 | Reed Smith LLP<br>Claudia Z Springer Esq<br>2500 One Liberty Pl<br>1650 Market St<br>Philadelphia, PA 19103-7301 |
| Reed Smith LLP<br>Kurt F Gwynne Esq<br>1201 Market St Ste 1500<br>Wilmington, DE 19801 | Reeves & Seidler<br>Felix A Seidler<br>2527 Santa Clara Ave<br>Alameda, CA 94501-4633 | Rich F Martin<br>8109 Santa Luz Village Green S<br>San Diego, CA 92127 |
| Richards Layton & Finger PA<br>Mark D Collins Michael J Merchant<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | Robert P Cocco PC<br>Robert P Cocco Esq<br>437 Chestnut St Ste 1006<br>Philadelphia, PA 19106 | Rosenthal Monhait & Goddess PA<br>Norman M Monhait Esq<br>919 Market St Ste 1401<br>PO Box 1070<br>Wilmington, DE 19899-1070 |

27340.01600/40172036v.1

| | | |
|---|---|---|
| Santoro Driggs Walch Kearney Johnson & Thompson<br>Victoria L Nelson Esq & Ogonna M Atamoh Esq<br>400 S Fourth St Third Fl<br>Las Vegas, NV 89101 | Saul Eqing LLP<br>Mark Minuti Esq<br>222 Delaware Ave Ste 1200<br>PO Box 1266<br>Wilmington, DE 19899 | SEC<br>15th & Pennsylvania Ave NW<br>Washington, DC 20020 |
| SEC<br>Nathan Fuchs<br>233 Broadway<br>New York, NY 10279 | Sec Headquarters<br>Bankruptcy Department<br>Office Of Investor Education And Assistance<br>100 F St Ne<br>Washington, DC 20549 | Secretary Of State<br>Division Of Corporations<br>Franchise Tax<br>PO Box 7040<br>Dover, DE 19903 |
| Secretary Of Treasury<br>PO Box 7040<br>Dover, DE 19903 | Securities & Exchange Commission<br>100 F St Ne<br>Washington, DC 20549 | Sherwood and Hardgrove<br>Don C Sherwood Esq<br>11812 San Vincente Blvd Ste 210<br>Los Angeles, CA 90049-6622 |
| Shipman & Goodwin LLP<br>Julie A Manning Esq<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Skadden Arps Slate Meagher & Flom LLP<br>DJ Baker Esq & Rosalie W Gray Esq<br>Four Time Square<br>New York, NY 10036-6522 | Skadden Arps Slate Meagher & Flom LLP<br>Megan E Cleghorn Esq<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899-0636 |
| Slatkin & Reynolds, P.A.<br>Robert F. Reynolds<br>One East Broward Boulevard<br>Suite 700<br>Fort Lauderdale, FL 33301 | Smith Stern Friedman & Nelms PC<br>Fielder F Nelms Esq<br>6688 North Central Expressway<br>Suite 550 LB 37<br>Dallas, TX 75206 | State Board of Equalization<br>Bankruptcy Department<br>PO Box 942879<br>Sacramento, CA 94279-0001 |
| State of Delaware<br>Randy Weller MS 25<br>Div of Revenue<br>820 N French St 8th Fl<br>Wilmington, DE 19801-0820 | State Of Delaware Division Of Revenue<br>Bankruptcy Department<br>Carvel State Office Bldg 820 N French St<br>Wilmington, DE 19801 | State of New Jersey Division of Taxation & Department of Labor<br>Anne Milgram<br>25 Market St PO Box 119<br>Richard J Hughes Justice Complex<br>Trenton, NJ 08625-0119 |
| State Treasurer's Office<br>Bankruptcy Department<br>915 Capitol Mall Suite 110<br>Sacramento, CA 95814 | Stevens & Lee PC<br>Joseph Grey<br>1105 N Market St<br>Seventh Fl<br>Wilmington, DE 19801 | Stites & Harison PLLC<br>Robert Goodrich Esq<br>1800 Fifth Third Center<br>424 Church St<br>Nashville, TN 37219-2376 |
| Tennessee Dept of Labor & Workforce Development<br>c/o TN Atty General Office<br>PO Box 20207<br>Nashville, TN 37202-0207 | The Bayard Firm<br>Charlene D Davis Esq<br>Charlene D Davie Esq<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19801 | The Bayard Firm<br>Neil B Glassman Esq & Steven M Yoder Esq<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19801 |
| The CIT Group Business Credit Inc<br>Renee Singer<br>505 Fifth Ave<br>3rd Fl<br>New York, NY 10017 | The Gardner Firm PC<br>Mary E Olsen M Vance McCrary & J Cecil Gardner<br>1119 Government St<br>PO Drawer 3103<br>Mobile, AL 36652 | The Ralston Law Firm<br>Mark H Ralston Esq<br>2603 Oak Lawn Ave Ste 230 LB 2<br>Dallas, TX 75219-9109 |

| | | |
|---|---|---|
| The State of MI Dept of Treasury<br>Michael A Cox & Julius O Curling<br>3030 W Grand Blvd<br>Cadillac Place Ste 10 200<br>Detroit, MI 48202 | Time Warner Telecom Inc<br>Linda Boyle<br>10475 Park Meadows Dr<br>Ste 400<br>Littelton, CO 80124 | Trainor Fairbrook<br>Nancy Hotchkiss Esq<br>PO Box 255824<br>Sacramento, CA 95865 |
| Travelers<br>Scot Freeman Case Manager<br>National Accounts<br>1 Tower Sq 5MN<br>Hartford, CT 06183-4044 | Trush Law Office<br>James M Trush Esq<br>695 Town Center Dr Ste 700<br>Costa Mesa, CA 92626-7187 | Turner Reynolds Greco & O'Hara<br>Richard J Reynolds<br>16485 Laguna Canyon Rd Ste 250<br>Irvine, CA 92618 |
| Union Bank of California<br>Diane J Richey Esq Vice President and Senior Counsel<br>445 S Figueroa St<br>Los Angeles, CA 90071 | US Attorneys Office<br>Ellen W Slights<br>1007 Orange St<br>7th Fl<br>Wilmington, DE 19899-2046 | US Department of Justice<br>Alberto P Gonzales<br>US Attorney General<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |
| Us Dept Of Labor<br>Administrative Review Board<br>Frances Perkins Building<br>200 Constitution Ave Nw<br>Washington, DC 20210 | Us Dept Of Labor<br>Benefits Review Board<br>Frances Perkins Building<br>200 Constitution Ave Nw<br>Washington, DC 20210 | Us Dept Of Labor<br>Employee Benefits Security Admin LA Regional Office<br>1055 E Colorado Blvd Ste 200<br>Attn Billy Beaver<br>Pasadena, CA 91106-2341 |
| Us Dept Of Labor<br>Secretary Elaine Chao<br>Frances Perkins Building<br>200 Constitution Ave Nw<br>Washington, DC 20210 | Vinson & Elkins LLP<br>John E Mitchell Esq<br>Trammell Crow Center<br>2001 Ross Ave Ste 3700<br>Dallas, TX 75201 | Warren H Smith & Associates<br>Warren H Smith<br>325 N St Paul<br>Ste 1275 Republic Center<br>Dallas, TX 75201 |
| Washington Mutual<br>David H Zielke Esq Vice President & Assitant General Counsel<br>1301 Second Ave WMC 3501<br>Seattle, WA 98101 | Weiland Golden Smiley Wang Ekvall & Strok LLP<br>Jeffrey I Golden Esq & Hutchinson B Meltzer Esq<br>650 Town Center Dr Ste 950<br>Costa Mesa, CA 92626 | Wells Fargo Bank NA<br>Thomas M Korsman Vice President<br>MAC N9303-120<br>608 2nd Ave S<br>Minneapolis, MN 55479 |
| Werb & Sullivan<br>Brian A. Sullivan & Amy D. Brown<br>300 Delaware Avenue<br>13th Floor<br>Wilmington, DE 19801 | William D Sullivan LLC<br>Elihu E Allinson III Esq<br>4 E 8th St Ste 400<br>Wilmington, DE 19801 | Wilshire Credit Corporation<br>PO Box 1650<br>Portland, OR 97207-1650 |
| Winston & Strawn LLP<br>Matthew Botica Esq David Wirt Esq & Grayson Walter Esq<br>35 W Wacker Dr<br>Chicago, IL 60601 | Wolfe & Wyman LLP<br>Stuart B Wolfe Esq & Yaron Shaham Esq<br>5 Park Plz Ste 1100<br>Irvine, CA 92614 | Wolff & Samson PC<br>Carlos G Manalansan Esq<br>The Offices of Crystal Lake<br>One Boland Dr<br>West Orange, NJ 07052 |
| Womac & Associates<br>Brian D Womac & Denise H Mitchell<br>Two Memorial City Plaza<br>820 Gessner Ste 1540<br>Houston, TX 77024 | Womble Carlyle Sandridge & Rice PLLC<br>Steven K Kortanek<br>222 Delaware Ave<br>Ste 1501<br>Wilmington, DE 19801 | Wright Finlay & Zak LLP<br>T Robert Finlay Esq & Donna L La Porte Esq<br>4665 MacArthur Ct Ste 280<br>Newport Beach, CA 92660 |

| | | |
|---|---|---|
| XRoads Case Management Services<br>PO Box 8901<br>Marina Del Rey, CA 90295 | Yellow Book USA<br>Philip Thompson<br>Collections Department<br>2560 Renaissance Blvd<br>King of Prussia, PA 19406 | Young Conaway Stargatt & Taylor LLP<br>Michael R Nestor<br>The Brandywine Bldg<br>1000 West St 17th Fl PO Box 391<br>Wilmington, DE 19899-0391 |
| Young Conaway Stargatt & Taylor LLP<br>Robert S Brady<br>The Brandywine Bldg<br>1000 West St 17th Fl PO Box 391<br>Wilmington, DE 19899-0391 | Zachary Mosner<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Ave Ste 2000<br>Seattle, WA 98104-3188 | |