# CERTIFICATE OF SERVICE

I, *Bonnie Glantz Fatell*, hereby certify that on December 3, 2007, I caused a copy of the following document to be served on the parties listed below in the manner indicated.

**Certificate of No Objection to Fifth Monthly Application of Blank Rome LLP [Dkt. No. 3751]**

_____
Bonnie Glantz Fatell (No. 3809)

**VIA HAND DELIVERY**

*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

*Representing United States Trustee*
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

*Representing Debtors*
Suzzanne S. Uhland
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

*Representing Debtors*
Emily Culler
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*New Century Mortgage Corporation*
18400 Von Karman Avenue
Suite 1000
Irvin, CA 92612
Attn: Monika L. McCarthy, Esq.

*Representing Debtors' Crisis Managers*
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019
Attn: Holly Felder Etlin

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.*
Bennett L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

-3-

*Representing The Official Committee of*
*Unsecured Creditors*
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue
14th & 15th Floor
New York, NY 10022

*(Fee Examiner)*
Warren H. Smith, Esq.
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

**VIA ELECTRONIC MAIL**
Jamie Lisac
AlixPartners, LLP
E-mail: jlisac@alixpartners.com