IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, 1 | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**CERTIFICATE OF NO OBJECTION TO SIXTH MONTHLY
APPLICATION OF FTI CONSULTING, INC. [DKT. NO. 3440]**

I, *Bonnie Glantz Fatell*, hereby certify as follows:

1. The Sixth Monthly Application of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from September 1, 2007 through September 30, 2007 (the *"Fee Application"*) was filed on October 29, 2007 and docketed at Docket Number 3440.

2. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Fee Application appears thereon.

---

1    The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

-1-

Pursuant to the Notice of Application, objections to the Fee Application were to be filed and served by 4:00 p.m. on November 19, 2007.

Dated: December 3, 2007

                **BLANK ROME LLP**

                */s/ Bonnie Fatell*
                Bonnie Glantz Fatell (No. 3809)
                Regina Stango Kelbon
                David W. Carickhoff (No. 3715)
                1201 Market Street, Suite 800
                Wilmington, Delaware 19801
                Telephone:  (302) 425-6400
                Facsimile:   (302) 425-6464

                      -and-

                HAHN & HESSEN LLP
                Mark S. Indelicato
                Mark T. Power
                488 Madison Avenue
                New York, New York 10022
                Telephone:  (212) 478-7200
                Facsimile:   (212) 478-7400

                *Counsel to the Official Committee of*
                *Unsecured Creditors of New Century TRS*
                *Holdings, Inc., et al.*