# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

*Movant: Saxon Mortgage Services, Inc.*
*D&G Reference: 210822/Batch 24*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000304573 | HENDERSON | 10/18/2005 | $92,800.00 | $101,311.67 | $115,000.00 | 2719 PRAIRIE CREEK DR MCKINNEY, TX 75071 |
| 2000222495 | BRYANT | 2/24/2006 | $73,600.00 | $882,12.62 | $85,000.00 | 720 ELLISON GOOLSBY LN BLOOMINGTON SPRINGS, TN 38545 |
| 2000275451 | DUARTE | 11/17/2006 | $303,581.00 | $319,453.14 | $275,000.00 | 425 SOUTH MEADOWBROOK DRIVE #145 SAN DIEGO, CA 92114 |
| 2000263798 | NICHOLAS | 6/1/2006 | $276,000.00 | $318,177.48 | $400,000.00 | 4550 SOUTH LUCILE STREET SEATTLE, WA 98118 |
| 2000262956 | MCKIM | 12/23/2005 | $704,000.00 | $801,434.04 | $801,434.04 | 2327 HARTFORD STREET SAN DIEGO, CA 92110 |