# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
Movant: LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MS AC 2006-HE8
by Saxon Mortgage Services, Inc. as its attorney-in-fact.
D&G Reference: 210823

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000200632 | BROOKS | 7/5/2006 | $88,000.00 | $93,317.61 | $92,900.00 | 6214 VALLEYDALE DRIVE MEMPHIS, TN 38141 |
| 2000202486 | COOKE | 7/31/2006 | $96,800.00 | $99,012.83 | $100,000.00 | 218 DENNIS AVENUE WINTER HAVEN, FL 33880 |
| 2000208393 | PETERSON | 7/29/2006 | $268,000.00 | $291,938.66 | $255,000.00 | 841 MAPLE COURT LIVINGSTON, CA 95334 |