IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | Case No: 07-10416 (KJC) |
| Debtor | Hearing Date: December 12, 2007 @ 2:00 pm<br>Proposed Obj. Deadline: Dec. 7, 2007 at 4:00 pm |

## NOTICE OF MOTION FOR RELIEF FROM STAY

To: The Debtor, the Bankruptcy Trustee, those parties having filed a notice of appearance in this case as of the within date, and all parties known to have an interest in the matter addressed herein.

Douglas M. Sakamoto, aka Douglas Masaru Sakamoto, Individually, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Douglas M. Sakamoto Dated May 30, 2001, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Dennis M. Sakamoto, Dated May 30, 2001 ("Sakamoto or Movants"), files herewith their *Motion for Relief from Stay* (the "Motion"), which seeks entry of an order granting Sakamoto relief from the automatic stay.

**YOU ARE REQUIRED TO FILE A RESPONSE TO THE MOTION, IF ANY, ON OR BEFORE THE PROPOSED OBJECTION DEADLINE OF DECEMBER 7, 2007 AT 4:00 P.M. AT THE SAME TIME, YOU ARE REQUIRED TO SERVE A COPY OF THE RESPONSE ON THE FOLLOWING:**

Charles J. Brown, III, Esq.
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Phone: 302-356-6621
Fax: 302-777-4352
cbrown@archerlaw.com

**THE HEARING IS SCHEDULED FOR DECEMBER 12, 2007 AT 2:00 P.M. AT THE U.S. BANKRUPTCY COURT, 824 MARKET STREET, 5th FLOOR, COURTROOM 5, WILMINGTON, DE 19801.**

2969582v1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COUR MAY GRANT THE RELEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 4, 2007

ARCHER & GREINER, P.C.

BY: _____
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Telephone: (302) 777-4350
Facsimile: (302) 777-4352
cbrown@archerlaw.com

*Counsel to Movants*

2969582v1