## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of December, 2007, I caused true and correct copies of the foregoing MOTION FOR RELIEF FROM STAY to be served via first class mail, postage prepaid upon those parties on the 2002 Service List.

*/s/ Charles J. Brown, III, Esq.*
Charles J. Brown, III, Esq.

2969582v1

```
Label Matrix for local noticing          ALDINE INDEPENDENT SCHOOL DISTRICT     American Express Travel Related Svcs Co Inc
0311-1                                   Susan R. Fuertes                      c/o Becket and Lee LLP
Case 07-10416-KJC                        14910 Aldine Westfield Road           POB 3001
District of Delaware                     Houston, Tx 77032 Harris              Malvern PA 19355-0701
Delaware
Fri Jul 27 16:10:16 EDT 2007

Americas Servicing Company               Ameriquest Mortgage Company           Angelo, Gordon & Co.
McCalla, Raymer, et al.                  c/o Neil F. Dignon                    245 Park Avenue, 26th Fl.
Bankruptcy Department                    Draper & Goldberg, PLLC               New York, NY 10167
1544 Old Alabama Road                    512 East Market Street
Roswell, GA 30076                        Georgetown, DE 19947

Arlington ISD                            Arlington ISD, et al.                 Broadway Center Associates, LP
c/o Perdue Brandon Fielder, et al.       c/o Perdue Brandon Fielder Collins Mott c/o Katsky Korins LLP
PO Box 13430                             PO Box 13430                          605 Third Avenue
Arlington, TX 76094                      Arlington, Tx 76094                   New York, NY 10158


Broward County Revenue Collection Division  Cadwalader, Wickersham & Taft, LLP  Carrollton-Farmers Branch ISD
Edward A. Dion, Esq.                     One World Financial Center            c/o Andrea Sheehan
Government Center                        New York, NY 10281                    Law Offices of Robert E. Luna, PCA
115 South Andrews Avenue                                                       4411 North Central Expressway
Ft. Lauderdale, FL 33301                                                       Dallas, TX 75205

Castleberry ISD                          Cedar Hill ISD                        Celina ISD
c/o Perdue, Brandon, Fielder, et al      c/o Perdue, Brandon, Fielder, et al   c/o Perdue, Brandon, Fielder, et al
P. O. Box 13430                          Elizabeth Banda                       P.O. Box 13430
Arlington, TX 76094                      PO BOX 13430                          Arlington, TX 76094
                                         Arlington, TX 76094-0430

ChoicePoint Inc.                         CitiMortgage, Inc.                    City of Cedar Hill
c/o Akin Gump Strauss Hauer & Feld LLP   McCalla, Raymer, et al.               c/o Perdue, Brandon, Fielder, et al
Robert S. Strauss Building               Bankruptcy Department                 Elizabeth Banda
1333 New Hampshire Ave., N.W.            1544 Old Alabama Road                 PO BOX 13430
Washington, DC 20036                     Roswell, GA 30076                     Arlington, TX 76094-0430

City of Edinburg                         City of Hurst                         City of Princeton
c/o Diane W. Sanders                     Perdue, Brandon, Fielder, Collins & Mott c/o Perdue, Brandon, Fielder, et al
Linebarger Goggan Blair & Sampson LLP    c/o Elizabeth Banda                   P. O. Box 13430
P.O. Box 17428                           P. O. Box 13430                       Arlington, TX 76094
Austin, TX 78760                         Arlington, TX 76094-0430

City of Whitewright                      Collin County Tax Assessor/Collector  Contrarian Capital Management, LLC
c/o Perdue, Brandon, Fielder, et al      c/o Gay McCall Isaacks et al          411 West Putnam Ave., Suite 225
P. O. Box 13430                          777 E 15th St                         Greenwich, CT 06830
Arlington, TX 76094                      Plano, TX 75074


Cooley Godward Kronish LLP               Cypress-Fairbanks ISD                 Dallas County
101 California Street                    c/o John P. Dillman                   c/o Linebarger Goggan Blair & Sampson
5th Floor                                Post Office Box 3064                  2323 Bryan Street
San Francisco, CA 94111-5800             Houston, TX 77253-3064                Suite 1600
                                                                               Dallas, TX 75201 U.S.

Edcouch-Elsa ISD                         Ellington Management Group, Inc.      Ellington Management Group, L.L.C., on Behal
c/o Diane W. Sanders                     c/o Patricia B. Tomsco
Linebarger Goggan Blair & Sampson LLP    Brown McCarroll LLP
P.O. Box 17428                           111 Congress Avenue
Austin, TX 78760                         Suite 1400
                                         Austin, TX 78701
```

| | | |
|---|---|---|
| Federal Express Corporation<br>c/o Filardi Law Offices LLC<br>65 Trumbull Street<br>2nd Floor<br>New Haven, CT 06510 | Fidelity National Information Services, Inc.<br>c/o Baker & Hostetler LLP<br>1050 Connecticut Avenue, NW<br>Suite 1100<br>Washington, DC 20036 | Fort Bend County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 |
| Garland Independent School District<br>c/o Law Offices of Robert E. Luna, P.C.<br>4411 N Central Expressway<br>Dallas, TX 75205 | General Electric Capital Corporation<br>c/o Michael G. Gallerizzo, Esquire<br>Gebhardt & Smith LLP<br>901 Market Street, Suite 451<br>Wilmington, DE 19801 | Golden Key Mortgage<br>Wendel, Rosen, Black & Dean LLP<br>c/o Charles A. Hansen<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607 |
| Harris County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | IBM Corporation<br>Attn: Vicky Namken<br>13800 Diplomat Drive<br>Dallas, TX 75234 | IKON Financial Services<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-3708 |
| Ikon Office Solutions<br>Recovery & Bankruptcy<br>3920 Arkwright Road<br>Suite 400<br>Macon, GA 31210 | Iron Mountain Information Management, Inc.<br>c/o Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>Boston, MA 02110 | Irwin Mortgage Corporation<br>Attn: Bankruptcy Dept.<br>11800 Exit Five Parkway<br>Fishers, IN 46038-9627 |
| KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY 10178 | KW Properties, LTD<br>c/o Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, CA 95825 | Kodiak Funding LP, and Kodiak CDO I, Ltd.<br>Rosenthal, Monhait & Goddess, P.A.<br>919 Market Street<br>Suite 1401<br>Wilmington, DE 19801 |
| LOWENSTEIN SANDLER, PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Lamun Mock Cunnyngham & Davis, PC<br>5900 NW Grand Blvd<br>Oklahoma City, OK 73118-1295 | Law Offices of David J. Stern, PA<br>Frederic J. DiSpigna, Esq.<br>801 S. University Dr.<br>Suite 500<br>Plantation, FL 33324 |
| Lewisville Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, P.C.<br>4411 N. Central Expressway<br>Dallas, TX 75205 | Litton Loan Servicing LP<br>4828 Loop Central Drive<br>Houston, TX 77081-2226 | Mack-Cali Realty Corporation<br>PO Box 7817<br>Edison, NJ 08818-7817 |
| Mackoff Kelloff Law Firm<br>46 West 2nd Street<br>Dickinson, ND 58601 | Manatee County Tax Collector Ken Burton Jr.<br>P.O. Box 25300<br>P.O. Box 25300<br>Bradeton, FL 34205 | Mansfield ISD<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 |
| Maricopa County Treasurer<br>Madeleine C. Wanslee<br>Gust Rosenfeld P.L.C.<br>201 E. Washington St. #800<br>Phoenix, AZ 85004-2327 | Midfirst Bank<br>c/o Midland Mortgage Co.<br>999 N.W. Grand Blvd, Attn: Bankruptcy<br>Oklahoma City, OK 73118 | Missouri Department of Revenue<br>Sheryl L. Moreau<br>PO box 475<br>301 W. High Street, Room 670<br>Jefferson City, MO 65105 |
| Montgomery County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Morris, Nichols, Arsht & Tunnell LLP<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | National City Commercial Capital Company, LL<br>Weir & Partners LLP<br>824 Market Street<br>Suite 1001<br>Wilmington, DE 19899 |

| | | |
|---|---|---|
| Natixis Real Estate Capital Inc.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 | New Century TRS Holdings, Inc.<br>18400 Von Karman Ave.<br>Irvine, CA 92612 | Nueces County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760 |
| Phelan, Hallinan and Schmieg, LLP<br>1617 John F. Kennedy Blvd<br>Suite 1400<br>Philadelphia, PA 19103 Philadelphia | Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | Princeton ISD<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 |
| QKC Maui Owner, LLC<br>c/o Honigman Miller Schwartz & Cohn LLP<br>Attn. Andrew S. Conway<br>38500 Woodward Avenue<br>Suite 100<br>Bloomfield Hills, MI 48304 | RBC Mortgage Company, Royal Bank of Canada a | Regions Bank<br>c/o Richard D. Becker<br>Becker & Becker, P.A.<br>2702 Capitol Trail<br>Newark, DE 19711 |
| Riverside Claims LLC<br>P O Box 626<br>Planetarium Station<br>New York, NY 10024 | Shapiro, Nordmeyer & Zielke, LLP<br>7300 Metro Blvd., Ste. 390<br>Edina, MN 55439 | Skadden Arps Slate Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 |
| South Texas College<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760 | State of Colorado<br>Jefferson County Court & Administration<br>100 Jefferson County Parkway<br>Golden, CO 80401 | State of Ohio, ex rel. Marc Dann, Attorney G<br>Ohio Attorney General<br>c/o Michelle T. Sutter<br>30 East Broad Street<br>25th Floor<br>Columbus, OH 43215 U.S.A. |
| Tax Appraisal District of Bell County, et al<br>co Michael Reed<br>P.O. Box 1269<br>Round Rock, TX 78680 | Travelers<br>National Accounts<br>Attn: Michael Marasco<br>1 Tower Square - 5MN<br>Hartford, CT 06183-4044 | Udren Law Offices, P.C.<br>111 Woodcrest Road<br>Suite 200<br>Cherry Hill, NJ 08003 |
| United Insurance Company | Warren County Collector<br>105 South Market<br>Warrenton, MO 63383 | Wells Fargo Bank, N.A.<br>MAC N9303-120<br>608 2nd Avenue South<br>Minneapolis, MN 55479 |
| Whitewright ISD<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094 | Wolff Samson. PC<br>Attn: Carlos G. Manalansan, Esquire<br>The Ofices of Crystal Lake<br>One Boland Drive<br>West Orange, NJ 07052 | Wright, Finlay & Zak, LLP<br>4665 MacArthur Court<br>Suite 280<br>Newport Beach, CA 92660 |
| XRoads Case Management Services, LLC<br>1821 E. Dyer Road<br>Suite 225<br>Santa Ana, CA 92705 | U.S. Bankruptcy Court<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Adfitech, Inc<br>3001 Technology Drive<br>Edmond, OK 74014 |
| Bexar County<br>c/o David G. Aelvoet<br>711 Navarro Suite 300<br>San Antonio, TX 78205 | City of El Paso<br>c/o David G. Aelvoet<br>711 Navarro Suite 300<br>San Antonio, TX 78205 | Cybersearch<br>800 E. Northwest Highway<br>Suite 950<br>Palatine, IL 60067 |

| | | |
|---|---|---|
| Home Loan Services, Inc.<br>P. O. Box 1838<br>Pittsburgh, PA 15230 | KW Properties, LTD<br>c/o Nancy Hotchkiss, Esquire<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, California 95825 | KW Properties, LTD.<br>c/o Nancy Hotchkiss, Esquire<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, California 95825 |
| Law Offices of David J. Stern, PA<br>801 S. University Dr.<br>Suite 500<br>Plantation, FL 33324 | Riverside Claims LLC<br>P.O. Box 626<br>Planetarium Station<br>New York, NY 10024-0540 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| Wilshire Credit Corporation<br>Attn: Jodi Seits<br>P. O. Box 1650<br>Portland, OR 97207 | Aaron Celious<br>1614 Greenfield Avenue<br>Los Angeles, CA 90025 | Alireza Nazmi<br>Wendel, Rosen, Black & Dean LLP<br>c/o Charles A. Hansen<br>1111 Boradway, 24th Floor<br>Oakland, CA 94607-4036 |
| Christopher M. Samis<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801 | Christopher M. Samis<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801 | Chun I. Jang<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>P.O. Box 551<br>Wilmington, DE 19899 |
| David and Sherry TerMarsch<br>6136 Morning View Drive<br>Lakeland, FL 33813 | Glenn M. Reisman<br>Law Offices<br>Two Corporate Drive<br>Suite 234<br>Shelton, CT 06484 | Grant C Rees<br>164 Route 7 South<br>P.O. Box 108<br>Milton, VT 05468-0108 |
| Ivan Lerer Kallick<br>Manatt Phelps & Phillips, LLP<br>11344 West Olympic Boulevard<br>Los Angeles, CA 90064 | Laura Sweeney | Marcos Alexis Ramos<br>Richards Layton & Finger, PA<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 |
| Mark D. Collins<br>Richards Layton & Finger<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | Michael Joseph Merchant<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 usa | Nabih and Esther Mangoubi<br>515 Davis Street<br>Evanston, PA 60201 |
| Paul Noble Heath<br>Richards, Layton & Finger<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE 19899 usa | Rich F. Martin<br>8109 Santa Luz Village Green South<br>San Diego, CA 92127 | Richard J Reynolds<br>16485 Laguna Canyon Road<br>Suite 250<br>Irvine, CA 92618 |
| Robert P. Cocco<br>437 Chestnut Street<br>Suite 1006<br>Philadelphia, PA 19106 | Russell C. Silberglied<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. BOX 551<br>Wilmington, DE 19899 usa | Sari E. Meador<br>Of Joe G. Tedder, CFC<br>Tax Collector for Polk County, Florida<br>P.O. Box 2016<br>Bartow, FL 33831-2016 |
| Scott Morris<br>Reeves & Seidler<br>2527 Santa Clara Avenue<br>Alameda, CA 94501-4633 US | Steffi A. Swanson<br>1902 Harlan Drive, Ste.A<br>Bellevue, NE 68005 | Stuart L Druckman<br>Druckman & Sinel, LLP<br>242 Drexel Avenue<br>Westbury, NY 11590 |