# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | Case No: 07-10416 (KJC) |
| Debtor | Hearing Date: December 12, 2007 @ 2:00 pm<br>Proposed Obj. Deadline: Dec. 7, 2007 at 4:00 pm |

## ORDER GRANTING MOTION OF DOUGLAS M. SAKAMOTO AKA DOUGLAS MASARU SAKAMOTO, INDIVIDUALLY, AND AS TRUSTEE OF THE ITSUO SAKAMOTO AND JULIA H SAKAMOTO GENERATION TRANSFER TRUST FOR DOUGLAS M. SAKAMOTO DATED MAY 30, 2001, AND AS TRUSTEE OF THE ITSUO SAKAMOTO AND JULIA H. SAKAMOTO GENERATION TRANSFER TRUST FOR DENNIS SAKAMOTO, DATED MAY 30, 2001 FOR RELIEF FROM STAY

AND NOW, THIS _____ day of _____, 2007, after consideration of the *Motion of Douglas M. Sakamoto, aka Douglas Masaru Sakamoto, Individually, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Douglas M. Sakamoto Dated May 30, 2001, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Dennis M. Sakamoto, Dated May 30, 2001 for Relief From Automatic Stay*, it is hereby ORDERED AND DECREED that:

The Motion is hereby GRANTED; and it is further ORDERED AND DECREED that:

Movants may exercise their rights against the Debtors in order to stay and/or cancel any foreclosure proceeds related to 1673 Paula Drive, Honolulu, Hawaii; and it is further ORDERED AND DECREED that:

The stay is lifted as to Movants' declaratory judgment count against the Debtors as set forth in their Complaint in the Circuit Court of the First Circuit of the State of Hawaii, Case Number 06-1-1590-09SSM.

Dated:_____    _____
                                    U.S. Bankruptcy Judge

2969582v1