## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: <br><br> NEW CENTURY TRS HOLDINGS, INC., <br><br> Debtor | Chapter 11 <br><br> Case No: 07-10416 (KJC) <br><br> Hearing Date: December 12, 2007 @ 2:00 p.m. <br> Proposed Obj. Deadline: December 7, 2007 @ 4:00 p.m. |

### MOTION TO SHORTEN NOTICE PERIOD

Douglas M. Sakamoto, aka Douglas Masaru Sakamoto, Individually, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Douglas M. Sakamoto Dated May 30, 2001, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Dennis M. Sakamoto, Dated May 30, 2001 ("Sakamoto"), by and through the undersigned counsel, hereby moves this Honorable Court pursuant to Local Rule 9006-1(e) for an Order allowing their *Motion for Relief from Stay* to be heard at the December 12, 2007 at 2:00 p.m. hearing, with a December 7, 2007 at 4:00 p.m. objection deadline.

The basis for the request to shorten the notice period is that, as more fully set forth in Sakamoto's attached Motion for Relief from Stay, the property in which Sakamoto has an interest has been scheduled for a non-judicial foreclosure sale on December 14, 2007. Sakamoto seeks to adjudicate their claims that the Debotrs' mortgage which encumbers their property was procured through forgery and fraud. The inability of Sakamoto to obtain the requested relief could irreparably impair Sakamoto's rights in the subject property.

2993746v1

|  |  |
|---|---|
| Dated: December 4, 2007 | ARCHER & GREINER, P.C.<br><br>BY: _____<br>Charles J. Brown, III (#3368)<br>300 Delaware Avenue, Suite 1370<br>Wilmington, DE  19801<br>Telephone:  (302) 777-4350<br>Facsimile:  (302) 777-4352<br>cbrown@archerlaw.com<br><br>*Counsel to Movants* |

2993746v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of December, 2007, I caused true and correct copies of the foregoing MOTION TO SHORTEN TIME to be served via first class mail, postage prepaid upon those parties on the attached 2002 Service List.

/s/ *Charles J. Brown, III, Esq.*
Charles J. Brown, III, Esq.

2993746v1

Label Matrix for local noticing
0311-1
Case 07-10416-KJC
District of Delaware
Delaware
Fri Jul 27 16:10:16 EDT 2007

ALDINE INDEPENDENT SCHOOL DISTRICT
Susan R. Fuertes
14910 Aldine Westfield Road
Houston, Tx 77032 Harris

American Express Travel Related Svcs Co Inc
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Americas Servicing Company
McCalla, Raymer, et al.
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Ameriquest Mortgage Company
c/o Neil F. Dignon
Draper & Goldberg, PLLC
512 East Market Street
Georgetown, DE 19947

Angelo, Gordon & Co.
245 Park Avenue, 26th Fl.
New York, NY 10167

Arlington ISD
c/o Perdue Brandon Fielder, et al.
PO Box 13430
Arlington, TX 76094

Arlington ISD, et al.
c/o Perdue Brandon Fielder Collins Mott
PO Box 13430
Arlington, Tx 76094

Broadway Center Associates, LP
c/o Katsky Korins LLP
605 Third Avenue
New York, NY 10158

Broward County Revenue Collection Division
Edward A. Dion, Esq.
Government Center
115 South Andrews Avenue
Ft. Lauderdale, FL 33301

Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281

Carrollton-Farmers Branch ISD
c/o Andrea Sheehan
Law Offices of Robert E. Luna, PCA
4411 North Central Expressway
Dallas, TX 75205

Castleberry ISD
c/o Perdue, Brandon, Fielder, et al
P. O. Box 13430
Arlington, TX 76094

Cedar Hill ISD
c/o Perdue, Brandon, Fielder, et al
Elizabeth Banda
PO BOX 13430
Arlington, TX 76094-0430

Celina ISD
c/o Perdue, Brandon, Fielder, et al
P.O. Box 13430
Arlington, TX 76094

ChoicePoint Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Ave., N.W.
Washington, DC 20036

CitiMortgage, Inc.
McCalla, Raymer, et al.
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

City of Cedar Hill
c/o Perdue, Brandon, Fielder, et al
Elizabeth Banda
PO BOX 13430
Arlington, TX 76094-0430

City of Edinburg
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760

City of Hurst
Perdue, Brandon, Fielder, Collins & Mott
c/o Elizabeth Banda
P. O. Box 13430
Arlington, TX 76094-0430

City of Princeton
c/o Perdue, Brandon, Fielder, et al
P. O. Box 13430
Arlington, TX 76094

City of Whitewright
c/o Perdue, Brandon, Fielder, et al
P. O. Box 13430
Arlington, TX 76094

Collin County Tax Assessor/Collector
c/o Gay McCall Isaacks et al
777 E 15th St
Plano, TX 75074

Contrarian Capital Management, LLC
411 West Putnam Ave., Suite 225
Greenwich, CT 06830

Cooley Godward Kronish LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800

Cypress-Fairbanks ISD
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

Dallas County
c/o Linebarger Goggan Blair & Sampson
2323 Bryan Street
Suite 1600
Dallas, TX 75201 U.S.

Edcouch-Elsa ISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760

Ellington Management Group, Inc.
c/o Patricia B. Tomsco
Brown McCarroll LLP
111 Congress Avenue
Suite 1400
Austin, TX 78701

Ellington Management Group, L.L.C., on Behal

| | | |
|---|---|---|
| Federal Express Corporation<br>c/o Filardi Law Offices LLC<br>65 Trumbull Street<br>2nd Floor<br>New Haven, CT 06510 | Fidelity National Information Services, Inc.<br>c/o Baker & Hostetler LLP<br>1050 Connecticut Avenue, NW<br>Suite 1100<br>Washington, DC 20036 | Fort Bend County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 |
| Garland Independent School District<br>c/o Law Offices of Robert E. Luna, P.C.<br>4411 N Central Expressway<br>Dallas, TX 75205 | General Electric Capital Corporation<br>c/o Michael G. Gallerizzo, Esquire<br>Gebhardt & Smith LLP<br>901 Market Street, Suite 451<br>Wilmington, DE 19801 | Golden Key Mortgage<br>Wendel, Rosen, Black & Dean LLP<br>c/o Charles A. Hansen<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607 |
| Harris County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | IBM Corporation<br>Attn: Vicky Namken<br>13800 Diplomat Drive<br>Dallas, TX 75234 | IKON Financial Services<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-3708 |
| Ikon Office Solutions<br>Recovery & Bankruptcy<br>3920 Arkwright Road<br>Suite 400<br>Macon, GA 31210 | Iron Mountain Information Management, Inc.<br>c/o Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>Boston, MA 02110 | Irwin Mortgage Corporation<br>Attn: Bankruptcy Dept.<br>11800 Exit Five Parkway<br>Fishers, IN 46038-9627 |
| KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY 10178 | KW Properties, LTD<br>c/o Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, CA 95825 | Kodiak Funding LP, and Kodiak CDO I, Ltd.<br>Rosenthal, Monhait & Goddess, P.A.<br>919 Market Street<br>Suite 1401<br>Wilmington, DE 19801 |
| LOWENSTEIN SANDLER, PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Lamun Mock Cunnyngham & Davis, PC<br>5900 NW Grand Blvd<br>Oklahoma City, OK 73118-1295 | Law Offices of David J. Stern, PA<br>Frederic J. DiSpigna, Esq.<br>801 S. University Dr.<br>Suite 500<br>Plantation, FL 33324 |
| Lewisville Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, P.C.<br>4411 N. Central Expressway<br>Dallas, TX 75205 | Litton Loan Servicing LP<br>4828 Loop Central Drive<br>Houston, TX 77081-2226 | Mack-Cali Realty Corporation<br>PO Box 7817<br>Edison, NJ 08818-7817 |
| Mackoff Kelloff Law Firm<br>46 West 2nd Street<br>Dickinson, ND 58601 | Manatee County Tax Collector Ken Burton Jr.<br>P.O. Box 25300<br>P.O. Box 25300<br>Bradeton, FL 34205 | Mansfield ISD<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 |
| Maricopa County Treasurer<br>Madeleine C. Wanslee<br>Gust Rosenfeld P.L.C.<br>201 E. Washington St. #800<br>Phoenix, AZ 85004-2327 | Midfirst Bank<br>c/o Midland Mortgage Co.<br>999 N.W. Grand Blvd, Attn: Bankruptcy<br>Oklahoma City, OK 73118 | Missouri Department of Revenue<br>Sheryl L. Moreau<br>PO box 475<br>301 W. High Street, Room 670<br>Jefferson City, MO 65105 |
| Montgomery County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Morris, Nichols, Arsht & Tunnell LLP<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | National City Commercial Capital Company, LL<br>Weir & Partners LLP<br>824 Market Street<br>Suite 1001<br>Wilmington, DE 19899 |

| | | |
|---|---|---|
| Natixis Real Estate Capital Inc.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 | New Century TRS Holdings, Inc.<br>18400 Von Karman Ave.<br>Irvine, CA 92612 | Nueces County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760 |
| Phelan, Hallinan and Schmieg, LLP<br>1617 John F. Kennedy Blvd<br>Suite 1400<br>Philadelphia, PA 19103 Philadelphia | Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | Princeton ISD<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 |
| QKC Maui Owner, LLC<br>c/o Honigman Miller Schwartz & Cohn LLP<br>Attn: Andrew S. Conway<br>38500 Woodward Avenue<br>Suite 100<br>Bloomfield Hills, MI 48304 | RBC Mortgage Company, Royal Bank of Canada a | Regions Bank<br>c/o Richard D. Becker<br>Becker & Becker, P.A.<br>2702 Capitol Trail<br>Newark, DE 19711 |
| Riverside Claims LLC<br>P O Box 626<br>Planetarium Station<br>New York, NY 10024 | Shapiro, Nordmeyer & Zielke, LLP<br>7300 Metro Blvd., Ste. 390<br>Edina, MN 55439 | Skadden Arps Slate Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 |
| South Texas College<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760 | State of Colorado<br>Jefferson County Court & Administration<br>100 Jefferson County Parkway<br>Golden, CO 80401 | State of Ohio, ex rel. Marc Dann, Attorney G<br>Ohio Attorney General<br>c/o Michelle T. Sutter<br>30 East Broad Street<br>25th Floor<br>Columbus, OH 43215 U.S.A. |
| Tax Appraisal District of Bell County, et al<br>co Michael Reed<br>P.O. Box 1269<br>Round Rock, TX 78680 | Travelers<br>National Accounts<br>Attn: Michael Marasco<br>1 Tower Square - 5MN<br>Hartford, CT 06183-4044 | Udren Law Offices, P.C.<br>111 Woodcrest Road<br>Suite 200<br>Cherry Hill, NJ 08003 |
| United Insurance Company | Warren County Collector<br>105 South Market<br>Warrenton, MO 63383 | Wells Fargo Bank, N.A.<br>MAC N9303-120<br>608 2nd Avenue South<br>Minneapolis, MN 55479 |
| Whitewright ISD<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094 | Wolff Samson. PC<br>Attn: Carlos G. Manalansan, Esquire<br>The Ofices of Crystal Lake<br>One Boland Drive<br>West Orange, NJ 07052 | Wright, Finlay & Zak, LLP<br>4665 MacArthur Court<br>Suite 280<br>Newport Beach, CA 92660 |
| XRoads Case Management Services, LLC<br>1821 E. Dyer Road<br>Suite 225<br>Santa Ana, CA 92705 | U.S. Bankruptcy Court<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Adfitech, Inc<br>3001 Technology Drive<br>Edmond, OK 74014 |
| Bexar County<br>c/o David G. Aelvoet<br>711 Navarro Suite 300<br>San Antonio, TX 78205 | City of El Paso<br>c/o David G. Aelvoet<br>711 Navarro Suite 300<br>San Antonio, TX 78205 | Cybersearch<br>800 E. Northwest Highway<br>Suite 950<br>Palatine, IL 60067 |

Home Loan Services, Inc.
P. O. Box 1838
Pittsburgh, PA 15230

KW Properties, LTD
c/o Nancy Hotchkiss, Esquire
Trainor Fairbrook
980 Fulton Avenue
Sacramento, California 95825

KW Properties, LTD.
c/o Nancy Hotckiss, Esquire
Trainor Fairbrook
980 Fulton Avenue
Sacramento, California 95825

Law Offices of David J. Stern, PA
801 S. University Dr.
Suite 500
Plantation, FL 33324

Riverside Claims LLC
P.O. Box 626
Planetarium Station
New York, NY 10024-0540

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Wilshire Credit Corporation
Attn: Jodi Seits
P. O. Box 1650
Portland, OR 97207

Aaron Celious
1614 Greenfield Avenue
Los Angeles, CA 90025

Alireza Nazmi
Wendel, Rosen, Black & Dean LLP
c/o Charles A. Hansen
1111 Boradway, 24th Floor
Oakland, CA 94607-4036

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Chun I. Jang
Richards, Layton & Finger, P.A.
920 North King Street
P.O. Box 551
Wilmington, DE 19899

David and Sherry TerMarsch
6136 Morning View Drive
Lakeland, FL 33813

Glenn M. Reisman
Law Offices
Two Corporate Drive
Suite 234
Shelton, CT 06484

Grant C Rees
164 Route 7 South
P.O. Box 108
Milton, VT 05468-0108

Ivan Lerer Kallick
Manatt Phelps & Phillips, LLP
11344 West Olympic Boulevard
Los Angeles, CA 90064

Laura Sweeney

Marcos Alexis Ramos
Richards Layton & Finger, PA
One Rodney Square
PO Box 551
Wilmington, DE 19899

Mark D. Collins
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

Michael Joseph Merchant
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899 usa

Nabih and Esther Mangoubi
515 Davis Street
Evanston, PA 60201

Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899 usa

Rich F. Martin
8109 Santa Luz Village Green South
San Diego, CA 92127

Richard J Reynolds
16485 Laguna Canyon Road
Suite 250
Irvine, CA 92618

Robert P. Cocco
437 Chestnut Street
Suite 1006
Philadelphia, PA 19106

Russell C. Silberglied
Richards, Layton & Finger
One Rodney Square
P.O. BOX 551
Wilmington, DE 19899 usa

Sari E. Meador
Of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016

Scott Morris
Reeves & Seidler
2527 Santa Clara Avenue
Alameda, CA 94501-4633 US

Steffi A. Swanson
1902 Harlan Drive, Ste.A
Bellevue, NE 68005

Stuart L Druckman
Druckman & Sinel, LLP
242 Drexel Avenue
Westbury, NY 11590