IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br><br>Debtor | Chapter 11<br><br>Case No: 07-10416 (KJC)<br><br>Hearing Date: December 12, 2007 @ 2:00 pm<br>Proposed Obj. Deadline: Dec. 7, 2007 at 4:00 pm |

## NOTICE OF MOTION TO SHORTEN NOTICE PERIOD

To:  The Debtor, the Bankruptcy Trustee, those parties having filed a notice of appearance in this case as of the within date, and all parties known to have an interest in the matter addressed herein.

Douglas M. Sakamoto, aka Douglas Masaru Sakamoto, Individually, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Douglas M. Sakamoto Dated May 30, 2001, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Dennis M. Sakamoto, Dated May 30, 2001 ("Sakamoto or Movants"), files herewith their *Motion for Motion to Shorten Notice Period* related to their *Motion for Relief from Stay* (the "Motion"), which seeks entry of an order granting Sakamoto relief from the automatic stay.

**MOVANTS ARE REQUESTING AN OBJECTION DEADLINE OF DECEMBER 7, 2007 AT 4:00 P.M. FOR THE MOTION FOR RELIEF FROM STAY**

**MOVANTS ARE ALSO REQUESTING THE HEARING ON THEIR MOTION FOR RELIEF FORM STAY BE SCHEDULED FOR DECEMBER 12, 2007 AT 2:00 P.M. AT THE U.S. BANKRUPTCY COURT, 824 MARKET STREET, 5th FLOOR, COURTROOM 5, WILMINGTON, DE 19801.**

Dated: December 4, 2007

ARCHER & GREINER, P.C.

BY: _____
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Telephone: (302) 777-4350
Facsimile: (302) 777-4352
cbrown@archerlaw.com

*Counsel to Movants*

2993746v1