## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | Case No: 07-10416 (KJC) |
| Debtor | |

### ORDER

AND NOW, THIS _____ day of _____, 2007, after consideration of the *Motion to Shorten Time*, it is hereby ORDERED AND DECREED that the Motion of Douglas M. Sakamoto, aka Douglas Masaru Sakamoto, Individually, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Douglas M. Sakamoto Dated May 30, 2001, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Dennis M. Sakamoto, for Relief from Stay Dated December 3, 2007 is GRANTED.

The hearing on the Motion shall take place on **December 12, 2007 at 2:00 p.m.**

The Objection Deadline for the Motion shall be **December 7, 2007 at 4:00 pm**

Dated:_____        _____
                                  U.S. Bankruptcy Judge

2993746v1