**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | **:** | **Chapter 11** |
| | **:** | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | **:** | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | **:** | |
| | **:** | **Jointly Administered** |
| | **:** | |
| **Debtors.** | **:** | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 5, 2007 AT 1:30 P.M.**

**I.    CONTINUED MATTERS:**

1.    Application Of Debtors And Debtors In Possession For An Order Authorizing The Retention And Employment Of Susman Godfrey LLP As Special Litigation Counsel To The Debtors Nunc Pro Tunc To The Petition Date Pursuant To Sections 327(e), 328, 329 and 504 Of The Bankruptcy Code And Bankruptcy Rules 2014, 2016 and 5002 [D.I. 2073; filed 7/27/07]

   Objection Deadline:  August 16, 2007 at 4:00 p.m.; extended indefinitely for the United States Trustee

   Objections/Responses Received:  None to date

   Related Documents:

   i.    Supplemental Declaration Of Barry Barnett In Support Of Application Of Debtors And Debtors In Possession For An Order Authorizing The

---

[1]    The debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2]    Amended/Added agenda items are noted in **bold.**

Retention And Employment Of Susman Godfrey LLP As Special Ligitation Counsel To Debtors Nunc Pro Tunc To The Petition Date Pursuant To Sections 327(e), 328, 329, And 504 Of The Bankruptcy Code and Bankruptcy Rules 2014, 2016, and 5002 [D.I. 3019; filed 9/21/07]

<u>Status</u>: The hearing on this matter is continued to the omnibus hearing scheduled for December 20, 2007 at 1:30 p.m.

2.     National City Commercial Capital Company LLC's Motion for Relief from Automatic Stay [D.I. 2857; filed 9/19/07]

<u>Objection Deadline</u>:  October 18, 2007; extended to November 15, 2007

<u>Objections/Responses Received</u>:  None at this time.

<u>Related Documents</u>:

i.      Exhibits to be Attached to National City Commercial Capital Company LLC's Motion for Relief from Automatic Stay [D.I. 3022; filed 9/24/07]

ii.     Amended Notice of Motion of Stay [D.I. 3070; filed 9/26/07]

<u>Status</u>: The hearing on this matter is continued to the omnibus hearing scheduled for January 23, 2007 at 1:30 p.m.

3.     Motion of ADT Security Services, Inc. to Compel the Payment of Administrative Expenses Claim Pursuant to 11 U.S.C. Section 503(b)(1) [D.I. 3229; filed 10/5/07]

<u>Objection Deadline</u>:  October 16, 2007

<u>Objections/Responses Received</u>:  None to date

<u>Related Documents</u>:  None to date.

<u>Status</u>: The hearing on this matter is continued to the omnibus hearing scheduled for December 20, 2007 at 1:30 p.m.

4.     Debtors' Motion Pursuant To Sections 105(a) and 345 Of The Bankruptcy Code For Order Authorizing Debtors To Reallocate Certain Investments In Connection With Deferred Compensation Plans [D.I. 3848; filed 11/17/07]

<u>Objection deadline</u>:  November 28, 2007

<u>Objections/Responses Received</u>:

A.     Response to Debtors' Motion Pursuant To Sections 105(a) and 345 Of The Bankruptcy Code For Order Authorizing Debtors To Reallocate Certain

Investments In Connection With Deferred Compensation Plans [D.I. 3950; filed 11/27/07]

B.    Limited Objection to Debtors' Motion Pursuant To Sections 105(a) and 345 Of The Bankruptcy Code For Order Authorizing Debtors To Reallocate Certain Investments In Connection With Deferred Compensation Plans [D.I. 3958; filed 11/28/07]

C.    Wells Fargo Bank N.A.'s Response to Debtors' Motion Pursuant To Sections 105(a) and 345 Of The Bankruptcy Code For Order Authorizing Debtors To Reallocate Certain Investments In Connection With Deferred Compensation Plans [D.I. 3961; filed 11/28/07]

Related Documents: None.

Status: The hearing on this matter is continued to the omnibus hearing scheduled for December 20, 2007 at 1:30 p.m.

## II.   UNCONTESTED MATTER WITH CERTIFICATIONS OF NO OBJECTION:

5.    Debtors' Motion For Order Authorizing Debtors To Enter Into Supplement To Securities Purchase Agreement By And between Ellington Management Group, L.L.C.; On Behalf Of Its Client Funds, And Morgan Stanley Mortgage Capital Inc. Dated May 8, 2007 [D.I. 3830; filed 11/15/07]

Objection Deadline: November 28, 2007; extended to November 29, 2007 at midnight for the U.S. Trustee

Objections/Responses Received: None at this time.

Related Documents:

i.    Certificate of No Objection [D.I. 3999; filed 11/30/07]

Status: On November 30, 2007, a certificate of no objection was filed with respect to this matter. **The Court has indicated that it will enter the proposed order with respect to this matter contingent upon the submission of an appropriate affidavit attesting to the factual findings contained in the proposed order. The Debtors intend to submit such an affidavit along with the proposed order under certification of counsel. Accordingly, a hearing on this matter will not be required.**

6.    Motion Of Saxon Mortgage Services, Inc. For Relief From Automatic Stay Under Section 362 Of The Bankruptcy Code [D.I. 3837; filed 11/16/07]

Objection Deadline: November 28, 2007

Objections/Responses Received: None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3839; filed 11/16/07]

ii.     Certificate of No Objection [D.I. 4002; filed 12/3/07]

Status: On December 3, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

7.      Motion Of LaSalle Bank National Association, As Trustee And Custodian For Morgan Stanley, MSAC 2006-HE8 By: Saxon Mortgage Services, Inc. As Its Attorney-In-Fact For Relief From Automatic Stay Under Section 362 Of The Bankruptcy Code [D.I. 3840; filed 11/16/07]

Objection Deadline:  November 28, 2007

Objections/Responses Received:  None at this time.

Related Documents:

i.      Notice of Motion [D.I. 3841; filed 11/16/07]

ii.     Certificate of No Objection [D.I. 4001; filed 12/3/07]

Status: On December 3, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

## III.    **CONTESTED MATTERS GOING FORWARD:**

8.      General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 630; filed 5/11/07]

Objection deadline:  May 31, 2007; extended to June 7, 2007 at 4:00 p.m.

Objections/Responses Received:

A.      Limited Response of Carrington Capital Management, LLC and Carrington Mortgage Services, LLC to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1165; filed 6/7/07]

B.      Opposition of Debtors and Debtors in Possession to General Electric Capital Corporation's Motion for Relief from the Automatic Stay [D.I. 1166; filed 6/7/07]

C.      Objection of the Official Committee of Unsecured Creditors to General
        Electric Capital Corporation's Motion for Relief from the Automatic Stay
        [D.I. 1168; filed 6/7/07]

D.      Objection of the Examiner to General Electric Capital Corporation's
        Motion for Relief from the Automatic Stay [D.I. 1237; filed 6/14/07]

E.      Limited Objection of Maricopa County Treasurer to General Electric
        Capital Corporation's Motion for Relief from the Automatic Stay [D.I.
        1728; filed 6/28/07]

Related Documents:

i.      Notice of General Electric Capital Corporation's Motion for Relief from
        the Automatic Stay [D.I. 632; filed 5/11/07]

ii.     Certification of Counsel [D.I. 1979; filed 7/20/07]

iii.    Order Approving Stipulation and Agreement Among the Debtors and
        Citigroup Global Markets Realty Corp. with Respect to the Payment of
        Cash Collateral [D.I. 2011; filed 7/24/07]

iv.     Certification of Counsel Re:  Second Stipulation Regarding Motion for
        Relief from the Automatic Stay of General Electric Capital Corporation
        and Order Thereon [Docket No. 2103; filed 7/31/07]

v.      Revised Certification of Counsel Re:  Second Stipulation Regarding
        Motion for Relief from the Automatic Stay of General Electric Capital
        Corporation and Order Thereon [Docket No. 2119; filed 8/1/07]

vi.     Order Approving Second Stipulation Regarding Motion for Relief from
        the Automatic Stay of General Electric Capital Corporation [Docket No.
        2134; filed 8/2/07]

vii.    Certification of Counsel Re: Third Stipulation Regarding Motion for
        Relief from the Automatic Stay of General Electric Capital Corporation
        and Order Thereon [D.I. 2461; filed 8/22/07]

viii.   Certification of Counsel Re: Fourth Stipulation Regarding Motion for
        Relief from the Automatic Stay of General Electric Capital Corporation
        and Order Thereon [D.I. 3176; filed 10/1/07]

ix.     Certification of Counsel Re: Fifth Stipulation Regarding Motion for Relief
        from the Automatic Stay of General Electric Capital Corporation and
        Order Thereon [D.I. 3855; filed 11/19/07]

Status: **The hearing on this matter is continued to the omnibus hearing
        scheduled for December 20, 2007 at 1:30 p.m.**

9.   Debtors' First Omnibus Objection to Claims: Non-Substantive Objection Pursuant to U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Duplicate Claims and (B) Amended and Superseded Claims [D.I. 3317; filed 10/18/07]

Objection deadline:  November 28, 2007

Objections/Responses Received:

A.   Response to Debtors First Omnibus Objection to Claims Non-Substantive (filed by Andrew Fleming) [D.I. 3746; filed 11/6/07]

B.   Response to Debtors First Omnibus Objection to Claims Non-Substantive (filed by Euripides George Demos) [D.I. 3814; filed 11/9/07]

C.   Response to Debtors First Omnibus Objection to Claims Non-Substantive (filed by Central Valley Appraisal Group) [D.I. 3821; filed 11/14/07]

D.   Response to Debtors First Omnibus Objection to Claims Non-Substantive (filed by Leslie K. Hill dba Farallon Enterprises) [D.I. 3845; filed 11/16/07]

E.   Response to Debtors First Omnibus Objection to Claims Non-Substantive (filed by Appraisals by Sam) [D.I. 3977; filed 11/27/07]

F.   The Debtors received an informal response from Fairmount Appraisal Services.

G.   The Debtors received an informal response from GE Capital.

Related Documents:

i.   Declaration of Todd B. Brents in Support of Debtors' First Omnibus Objection to Claims:  Non-Substantive Objection Pursuant to U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Duplicate Claims and (B) Amended and Superseded Claims [D.I. 3318; filed 10/18/07]

ii.   Amended Notice of Debtors' First Omnibus Objection to Claims:  Non-Substantive Objection Pursuant to U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Duplicate Claims and (B) Amended and Superseded Claims [D.I. 3664; filed 11/5/07]

Status: The individual status of each claim with respect to this matter is listed on the attached Exhibit A.

10.   Debtors' Second Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule

3007-1 to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims [D.I. 3582; filed 10/31/07]

Objection deadline: November 28, 2007

Objections/Responses Received:

A. Response to Omnibus Objection to Claims (Second) Substantive Objection (filed by Mark and Patti Lundborg - The Real Estate Book) [D.I. 3820; filed 11/13/07]

B. Objection to Debtors Omnibus Objection To Claims With Respect To Wages (filed by Cameron W. Petrie) [D.I. 3822; filed 11/14/07]

C. Response to Debtors Second Omnibus Objection (filed by Leslie K. Hill dba Farallon Enterprises) [D.I. 3845; filed 11/16/07]

D. Response to Debtors Second Omnibus Objection (filed by United Virginia Title, LLC) [D.I. 3951; filed 11/27/07]

E. Response to Debtors Second Omnibus Objection (filed by Accuvant, Inc.) [D.I. 3952; filed 11/27/07]

F. Response to Omnibus Objection to Claims (Second) Substantive Objection (filed by Receivable Management Services) [D.I. 3957; filed 11/26/07]

G. Response to Omnibus Objection to Claims (Second) Substantive Objection (filed by Appraisals by Sam) [D.I. 3977; filed 11/27/07]

H. The Debtors received an informal response from National Field Representatives.

I. The Debtors received an informal response from Sharon A. Ferline.

J. The Debtors received an informal response from Silver Key Property Corp.

K. The Debtors received an informal response from Webb Mason.

L. The Debtors received an informal response from Century West Associates LLC.

M. The Debtors received an informal response from Frost Brown Todd LLC.

N. The Debtors received an informal response from PFS Marketwyse.

Related Documents:

RLF1-3229887-1

i.     Amended Notice of Debtors' Second Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims [D.I. 3669; filed 11/21/07]

ii.    Notice of Submission of Copies of Proofs of Claims for Debtors' Second Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims [D.I. 3928; filed 11/21/07]

Status: The individual status of each claim with respect to this matter is listed on the attached Exhibit B.

11.    Debtors' Third Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 [D.I. 3583; filed 10/31/07]

Objection deadline: November 28, 2007

Objections/Responses Received:

A.    Objection to Debtors' Third Omnibus Objection to Claims (filed by Roland and Delouise Sawyer) [D.I. 3815; filed 11/19/07]

Related Documents: None.

Status: The individual status of each claim with respect to this matter is listed on the attached Exhibit C.

12.    Motion of the Debtors and Debtors-In-Possession Pursuant to 11 U.S.C. Sections 105(a) and 362(a) for an Order Enforcing the Automatic Stay Against the Internal Revenue Service and Granting Related Relief [D.I. 3829; filed 11/15/07]

Objection deadline: November 28, 2007

Objections/Responses Received:

A.    Internal Revenue Service's Objection to Motion of the Debtors and Debtors-in-Possession Pursuant to 11 U.S.C. Sections 105(a) and 362(a) for an Order Enforcing the Automatic Stay Against the Internal Revenue Service and Granting Related Relief [D.I. 3955; filed 11/28/07]

Related Documents: None.

Status: The parties intend to use the hearing solely as a scheduling conference with respect to the Motion. The substantive hearing on the relief requested in the Motion has been adjourned to a date to later be determined.

Dated: December 4, 2007
      Wilmington, Delaware

                                          _____

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims

(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | | Exhibit A | |
| 443 | 339 | Ada County Treasurer | No objection has been filed to date |
| 2,654 | 1,205 | Adams County Speical Assessments | No objection has been filed to date |
| 326 | 214 | Alice Alvarado | No objection has been filed to date |
| 2,364 | 2,344 | American Contractors Indemnity Company | No objection has been filed to date |
| 3,156 | 2,625 | American Ventures Property Fund I Ltd | No objection has been filed to date |
| 978 | 773 | Andrew Fleming | Response filed 11/6/07. D.I. 3746; The claimant has withdrawn its response. |
| 1,488 | 313 | Appraisals by Sam | Response filed 11/27/07; D.I. 3977; The claimant has withdrawn its response. |
| 551 | 546 | AT&T Corp | No objection has been filed to date |
| 2,967 | 2,431 | Basepoint Analytics LLC | No objection has been filed to date |
| 2,518 | 2,431 | Basepoint Analytics LLC | No objection has been filed to date |
| 1,875 | 856 | Bettye Honeycutt dba Interior Keepers | No objection has been filed to date |
| 129 | 40 | Beverly Stewart | No objection has been filed to date |
| 311 | 307 | Bexar County | No objection has been filed to date |
| 755 | 855 | Bonnie Viola Hughes Emp | No objection has been filed to date |
| 1,340 | 369 | Brian Reynolds Emp | No objection has been filed to date |
| 1,082 | 1,080 | Brothers & Associates LLC | No objection has been filed to date |
| 286 | 213 | Bruce R Ullman | No objection has been filed to date |
| 282 | 218 | Calyx Software | No objection has been filed to date |
| 1,952 | 815 | Carol Landry nka Wands | No objection has been filed to date |
| 981 | 815 | Carol Landry nka Wands | No objection has been filed to date |
| 1,468 | 666 | Carolina Certified Appraisals Inc | No objection has been filed to date |
| 2,907 | 2,640 | Carrington Securities LP | No objection has been filed to date |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims

(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1,156 | 1,154 | Castagna Giorgio Salvatce | No objection has been filed to date |
| 751 | 803 | Central Valley Appraisal Group | Response filed 11/14/07; D.I. 3821; The claimant has withdrawn its response. |
| 1,467 | 1,466 | Cincinnati Bell Telephone | No objection has been filed to date |
| 2,089 | 1,753 | City of DeSoto | No objection has been filed to date |
| 2,258 | 2,145 | Clear Capitalcom Inc | No objection has been filed to date |
| 2,658 | 2,005 | Cohn Goldberg & Deutsch LLC | No objection has been filed to date |
| 628 | 472 | County of Denton, Denton County Fesh Water District No. 6 | No objection has been filed to date |
| 554 | 473 | County of Williamson Leander ISD | No objection has been filed to date |
| 697 | 668 | Crestwood Behavioral Health Inc | No objection has been filed to date |
| 1,936 | 727 | CSHV Southpark LLC | No objection has been filed to date |
| 2,566 | 527 | Cypress Fairbanks ISD | No objection has been filed to date |
| 308 | 296 | Dallas County | No objection has been filed to date |
| 954 | 893 | Dawn Golden | No objection has been filed to date |
| 1,091 | 455 | Department of the Treasury Internal Revenue Service | No objection has been filed to date |
| 1,088 | 451 | Department of the Treasury Internal Revenue Service | No objection has been filed to date |
| 1,093 | 454 | Department of the Treasury Internal Revenue Service | No objection has been filed to date |
| 87 | 2 | Department of the Treasury Internal Revenue Service | No objection has been filed to date |
| 1,999 | 1,754 | DeSoto ISD | No objection has been filed to date |
| 368 | 130 | Donald A Wilson, Jr. | No objection has been filed to date |
| 1,103 | 1,043 | Douglas A Luper | No objection has been filed to date |
| 2,854 | 2,847 | EMC Mortgage Corporation | No objection has been filed to date |
| 3,046 | 3,029 | EMC Mortgage Corporation | No objection has been filed to date |
| 271 | 106 | Emily C Le | No objection has been filed to date |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims:  (A) Duplicate Claims and (B) Amended and Superseded Claims

(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 586 | 585 | EQY Invest First Colony Owner Ltd LLP | No objection has been filed to date |
| 244 | 182 | Fairmount Appraisal Services | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 242 | 182 | Fairmount Appraisal Services | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 185 | 182 | Fairmount Appraisal Services | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 183 | 182 | Fairmount Appraisal Services | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 187 | 182 | Fairmount Appraisal Services | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 184 | 182 | Fairmount Appraisal Services | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 243 | 182 | Fairmount Appraisal Services | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 1,994 | 349 | Fanucchi Joann M | No objection has been filed to date |
| 1,149 | 1,035 | Featherson Romero Inc | No objection has been filed to date |
| 2,966 | 2,421 | Fidelity Field Services | No objection has been filed to date |

**Exhibit A**
**Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims:  (A) Duplicate Claims and (B) Amended and Superseded Claims**
**(Non-Substantive)**

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 3,003 | 2,303 | FIS Default Solutions | No objection has been filed to date |
| 2,888 | 2,309 | FIS Flood Services | No objection has been filed to date |
| 2,564 | 528 | Fort Bend County | No objection has been filed to date |
| 2,298 | 1,504 | GE Capital | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 2,255 | 1,503 | GE Capital | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 2,140 | 1,892 | GE Capital | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 2,110 | 1,924 | GE Capital | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 2,792 | 1,923 | GE Capital | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 2,940 | 1,867 | GE Capital | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 2,016 | 1,928 | GE Capital | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |

**Exhibit A**

**Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims**

**(Non-Substantive)**

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2,780 | 1,423 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,127 | 1,422 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,782 | 1,422 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,790 | 1,440 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,075 | 1,440 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,239 | 1,868 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,249 | 1,425 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,248 | 1,898 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims

(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2,100 | 1,427 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,235 | 1,894 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,943 | 1,894 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,107 | 1,931 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,096 | 1,896 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,784 | 1,955 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,097 | 1,426 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,778 | 1,426 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |

**Exhibit A**

**Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims**

**(Non-Substantive)**

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2,942 | 1,897 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,123 | 1,463 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,118 | 1,498 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,092 | 1,499 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,230 | 1,886 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,108 | 1,932 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,256 | 1,925 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 2,238 | 1,891 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |

Exhibit A

**Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims**
**(Non-Substantive)**

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2,237 | | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 14 | 13 | Glenn Appraisal Services Inc | No objection has been filed to date |
| 2,358 | 2,341 | GMAC Commercial Finance LLC | No objection has been filed to date |
| 795 | 761 | Goetzman Group | No objection has been filed to date |
| 2,412 | 1,975 | Gray & Associates LLP | No objection has been filed to date |
| 2,902 | 2,366 | Hansen Quality LLC | No objection has been filed to date |
| 2,563 | 536 | Harris County et al | No objection has been filed to date |
| 2,149 | 2,147 | Hawaiian Ins & Guar Co | No objection has been filed to date |
| 1,733 | 477 | Hellmuth Obata & Kassabaum Inc Hok | No objection has been filed to date |
| 2,570 | 700 | Hidalgo County | No objection has been filed to date |
| 1,492 | 1 | Idaho State Tax Commission | No objection has been filed to date |
| 367 | 1 | Idaho State Tax Commission | No objection has been filed to date |
| 1,474 | 366 | Idaho State Tax Commission | No objection has been filed to date |
| 461 | 366 | Idaho State Tax Commission | No objection has been filed to date |
| 1,501 | 198 | iDirect Marketing Inc | No objection has been filed to date |
| 1,560 | 1,315 | Imperial County Unsecured Tax Col | No objection has been filed to date |
| 1,277 | 1,275 | Innovative Staffing Resources | No objection has been filed to date |
| 1,279 | 1,275 | Innovative Staffing Resources | No objection has been filed to date |
| 1,280 | 1,275 | Innovative Staffing Resources | No objection has been filed to date |
| 2,923 | 2,859 | Interthinx Inc, Sysdome Inc, Appintelligence Inc | No objection has been filed to date |
| 3,166 | 2,995 | Interthinx Inc, Sysdome Inc, Appintelligence Inc | No objection has been filed to date |
| 2,995 | 2,650 | Interthinx Inc, Sysdome Inc, Appintelligence Inc | No objection has been filed to date |
| 2,990 | 2,945 | Interthinx Inc, Sysdome Inc, Appintelligence Inc | No objection has been filed to date |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims:  (A) Duplicate Claims and (B) Amended and Superseded Claims

(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 162 | 149 | Judi A Clark | No objection has been filed to date |
| 570 | 500 | Karen Byrd | No objection has been filed to date |
| 325 | 298 | Kathrelina Acosta et al | No objection has been filed to date |
| 402 | 215 | Kenneth Russel | No objection has been filed to date |
| 691 | 582 | KW Fund II 1860 Howe LP | No objection has been filed to date |
| 593 | 582 | KW Fund II 1860 Howe LP | No objection has been filed to date |
| 2,569 | 680 | La Joya ISD | No objection has been filed to date |
| 70 | 60 | Leslie K Hill dba Farallon Enterprises | Response filed 11/16/07; D.I. 3845.  The hearing for this claim has been continued to the omnibus hearing scheduled for 12/20/07. |
| 2,542 | 60 | Leslie K Hill dba Farallon Enterprises | Response filed 11/16/07; D.I. 3845.  The hearing for this claim has been continued to the omnibus hearing scheduled for 12/20/07. |
| 411 | 401 | Leslie K Hill dba Farallon Enterprises | Response filed 11/16/07; D.I. 3845.  The hearing for this claim has been continued to the omnibus hearing scheduled for 12/20/07. |
| 2,758 | 2,758 | Liberty Lloyds of Texas Inc Co | No objection has been filed to date |
| 1,856 | 44 | Lightbody Randall | No objection has been filed to date |
| 2,430 | 2,388 | Lisa F Clark | No objection has been filed to date |
| 1,494 | 577 | Lisa L Clements | No objection has been filed to date |
| 2,905 | 2,356 | LSI Credit | No objection has been filed to date |
| 408 | 289 | Lubbock Central Appraisal District | No objection has been filed to date |
| 333 | 289 | Lubbock Central Appraisal District | No objection has been filed to date |
| 116 | 84 | M P B Credit Bureau Inc | No objection has been filed to date |
| 868 | 749 | Mackoff Kellogg Law Firm | No objection has been filed to date |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims

(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1,265 | 117 | Manuel Ayala | No objection has been filed to date |
| 329 | 108 | Maria Lubczynski | No objection has been filed to date |
| 211 | 108 | Maria Lubczynski | No objection has been filed to date |
| 1,004 | 1,003 | Mario D Reynolds Emp | No objection has been filed to date |
| 1,532 | 1,531 | Mason Stephanie Ann | No objection has been filed to date |
| 193 | 32 | Max Value Professional Loan Services LLC | No objection has been filed to date |
| 961 | 115 | MCG Investments Inc | No objection has been filed to date |
| 564 | 457 | Mexia Independent School District | No objection has been filed to date |
| 594 | 1,500 | Miami Dade County Tax Collector | No objection has been filed to date |
| 996 | 994 | Michael Clancy | No objection has been filed to date |
| 335 | 283 | Michelle Imperial | No objection has been filed to date |
| 1,590 | 956 | Mldc Enterprises dba Metro Appraisals | No objection has been filed to date |
| 2,565 | 526 | Montgomery County | No objection has been filed to date |
| 2,292 | 2,287 | Morris Lee Dudley | No objection has been filed to date |
| 1,684 | 421 | Nancy Anderson Emp | No objection has been filed to date |
| 1,599 | 346 | Nancy Anderson Emp | No objection has been filed to date |
| 1,487 | 1,181 | Orange County Treasurer Tax Collector | No objection has been filed to date |
| 1,479 | 1,347 | Orange County Treasurer Tax Collector | No objection has been filed to date |
| 312 | 295 | Parker CAD | No objection has been filed to date |
| 653 | 417 | Patrick J Moloney | No objection has been filed to date |
| 681 | 416 | Patrick J Moloney | No objection has been filed to date |
| 2,568 | 1,476 | Pitney Bowes Credit Corporation | No objection has been filed to date |
| 2,342 | 2,161 | Plaza America Office Development LLC | No objection has been filed to date |
| 1,461 | 240 | Premiere Global Services | No objection has been filed to date |
| 1,496 | 746 | Profast Appraisals Inc | No objection has been filed to date |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims

(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1,465 | 746 | Profast Appraisals Inc | No objection has been filed to date |
| 983 | 711 | Punyashree Rawal | No objection has been filed to date |
| 355 | 354 | Ray Buchanan | No objection has been filed to date |
| 359 | 354 | Ray Buchanan | No objection has been filed to date |
| 478 | 383 | REO Sales | No objection has been filed to date |
| 386 | 383 | REO Sales | No objection has been filed to date |
| 479 | 383 | REO Sales | No objection has been filed to date |
| 1,561 | 338 | Revenue Collector | No objection has been filed to date |
| 629 | 338 | Revenue Collector | No objection has been filed to date |
| 1,600 | 347 | Rich Martin Emp | No objection has been filed to date |
| 435 | 379 | Rick Brown | No objection has been filed to date |
| 3,299 | 3,298 | Riverside County Treasurer Tax Collector | No objection has been filed to date |
| 1,291 | 1,254 | Royal Real Estate Services | No objection has been filed to date |
| 2,992 | 2,988 | S Brooke Stephens | No objection has been filed to date |
| 1,630 | 63 | Sharp Real Estate Appraisal Corp | No objection has been filed to date |
| 875 | 159 | Standard Register Company | No objection has been filed to date |
| 2,659 | 1,580 | State of Maine Bureau of Revenue Services | No objection has been filed to date |
| 2,324 | 2,179 | State of Michigan Department of Treasury | No objection has been filed to date |
| 1,626 | 1,473 | State of Washington Department of Revenue | No objection has been filed to date |
| 123 | 121 | Stephen Evans | No objection has been filed to date |
| 2,168 | 1,986 | SunTrust Leasing Corporation | No objection has been filed to date |
| 310 | 306 | Suzanne Nickolson Allen | No objection has been filed to date |
| 2,651 | 1,962 | Sysdome Inc Interthink Inc | No objection has been filed to date |
| 2,157 | 2,650 | Sysdome Inc Interthink Inc | No objection has been filed to date |
| 180 | 427 | TAC Appraisals | No objection has been filed to date |

Exhibit A
Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims:  (A) Duplicate Claims and (B) Amended and Superseded Claims
(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 309 | 294 | Tarrant County | No objection has been filed to date |
| 611 | 471 | Tax Appraisal District of Bell County | No objection has been filed to date |
| 373 | 371 | Tax Collector Manatee County | No objection has been filed to date |
| 993 | 992 | The Insite Group LLC | No objection has been filed to date |
| 2,554 | 2,551 | The Law Office of Dale W Pittman PC | No objection has been filed to date |
| 531 | 430 | Thomas R Schnabel | No objection has been filed to date |
| 1,521 | 670 | United Pacific Mortgage | No objection has been filed to date |
| 409 | 153 | Virginia Appraisal Company | No objection has been filed to date |
| 2,680 | 2,458 | Washington Mutual Bank | No objection has been filed to date |
| 2,678 | 2,457 | Washington Mutual Mortgage Services | No objection has been filed to date |
| 947 | 693 | Washington State Department of Revenue | No objection has been filed to date |
| 2,555 | 2,200 | Wharton County | No objection has been filed to date |
| 3,281 | 3,197 | Wilson & Associates PLLC | No objection has been filed to date |
| 3,246 | 3,197 | Wilson & Associates PLLC | No objection has been filed to date |
| 3,026 | 2,679 | WM Specialty Mortgage LLC | No objection has been filed to date |
| 445 | 444 | Zurich American Insurance Company | No objection has been filed to date |
| | | **Exhibit B** | |
| 546 | 1,313 | AT&T Corp | No objection has been filed to date |
| 968 | 1,368 | Atlantic Coast Surveying Info | No objection has been filed to date |
| 2,034 | 2,039 | Bennett Remedria Ann | No objection has been filed to date |
| 856 | 1,876 | Bettye Honeycutt dba Interior Keepers | No objection has been filed to date |
| 519 | 1,870 | Bexsavel Pina | No objection has been filed to date |
| 1,344 | 1,471 | Bruington David | No objection has been filed to date |
| 518 | 1,996 | Candace A Buzan | No objection has been filed to date |
| 233 | 2,043 | Corporate Express Office Products Inc | No objection has been filed to date |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims
(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 527 | 1,307 | Cypress Fairbanks ISD | No objection has been filed to date |
| 1,346 | 1,470 | David Bruington | No objection has been filed to date |
| 530 | 1,118 | David Lawrence Masamitsu | No objection has been filed to date |
| 262 | 447 | Edcouch Elsa ISD | No objection has been filed to date |
| 166 | 1,125 | EMCO Press Corporation | No objection has been filed to date |
| 585 | 1,286 | EQY Invest First Colony Owner Ltd LLP | No objection has been filed to date |
| 276 | 881 | Euripides George Demos | Response filed 11/9/07; D.I. 3814. The matter is going forward. |
| 223 | 1,263 | Forth Worth Independent School District | No objection has been filed to date |
| 280 | 1,407 | Gail Ivers | No objection has been filed to date |
| 1,922 | 3,155 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,425 | 3,153 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,427 | 3,172 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,885 | 3,152 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,437 | 3,159 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims

(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1,927 | 3,148 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,881 | 3,147 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,439 | 3,160 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,421 | 3,158 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,441 | 3,169 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,498 | 3,154 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,953 | 3,171 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| 1,888 | 3,149 | GE Capital | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims:  (A) Duplicate Claims and (B) Amended and Superseded Claims

(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1,929 | 3,135 | GE Capital | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 1,499 | 3,167 | GE Capital | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 1,933 | 3,141 | GE Capital | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 1,431 | 3,163 | GE Capital | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 1,884 | 3,143 | GE Capital | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 1,886 | 3,144 | GE Capital | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 1,877 | 3,165 | GE Capital | The Debtors received an informal response from the claimant.  The Debtors have withdrawn their objection to this claim. |
| 13 | 1,123 | Glenn Appraisal Services Inc | No objection has been filed to date |
| 536 | 1,314 | Harris County et al | No objection has been filed to date |
| 330 | 1,375 | Jerry Voss | No objection has been filed to date |
| 1,375 | 1,855 | Jerry Voss | No objection has been filed to date |

Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims

(Non-Substantive)

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1,571 | 1,617 | Lubbock Central Appraisal District | No objection has been filed to date |
| 289 | 1,571 | Lubbock Central Appraisal District | No objection has been filed to date |
| 1,348 | 1,687 | Montana Department of Revenue | No objection has been filed to date |
| 81 | 299 | Nancy A Shaeffer | No objection has been filed to date |
| 419 | 1,374 | Nancy Voss | No objection has been filed to date |
| 1,995 | 1,797 | New York State Department of Taxation and Finance | No objection has been filed to date |
| 2,000 | 1,794 | New York State Department of Taxation and Finance | No objection has been filed to date |
| 1,838 | 2,051 | New York State Department of Taxation and Finance | No objection has been filed to date |
| 438 | 547 | South Texas Collge | No objection has been filed to date |
| 172 | 438 | South Texas Collge | No objection has been filed to date |
| 176 | 953 | Tasador Inc | No objection has been filed to date |
| 235 | 430 | Thomas R Schnabel | No objection has been filed to date |
| 430 | 1,214 | Thomas R Schnabel | No objection has been filed to date |

**Exhibit B**

Status of Proofs of Claim for Debtors' Second Omnibus Objection (Substantive) to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | | **Exhibit A** | |
| 384 | 1583 | Appraisal Expediters | No objection has been filed to date |
| 45 | 864 | United Virginia Title LLC | Response filed 11/27/07; D.I. 3951; The Debtors and the claimant have resolved their dispute regarding the claim. The resolution is reflected in a revised form of order to be presented at the hearing. |
| | | **Exhibit B** | |
| | 3277 | Accuvant Inc | Response filed 11/27/07; D.I. 3952; The claimant has withdrawn its response. |
| | 150 | Andrew Barlow | No objection has been filed to date |
| | 313 | Appraisals by Sam | Response filed 11/27/07; D.I. 3977; The claimant has withdrawn its response. |
| | 320 | Brad Sorsabal | No objection has been filed to date |
| | 157 | Brian C Taylor | No objection has been filed to date |
| | 29 | Cameron W Petrie | Response filed 11/14/07; D.I. 3822; The matter is going forward. |
| | 1552 | Cary C Lombard | No objection has been filed to date |
| | 248 | Christina Gasperno | No objection has been filed to date |
| | 3102 | Compufund Aba Greater Houston III LP | No objection has been filed to date |
| | 694 | Cordovan Venturers | No objection has been filed to date |
| | 76 | Diane Banks | No objection has been filed to date |
| | 85 | Diane Banks | No objection has been filed to date |
| | 73 | Dianne Rousseau | No objection has been filed to date |
| | 1162 | Direct Business Solutions Inc. | No objection has been filed to date |
| | 16 | Dorothy Washington | No objection has been filed to date |
| | 77 | Dorothy Washington | No objection has been filed to date |
| | 72 | Francisco Ames | No objection has been filed to date |
| | 82 | Francisco Ames | No objection has been filed to date |

**Exhibit B**

**Status of Proofs of Claim for Debtors' Second Omnibus Objection (Substantive) to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims**

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 1073 | Girard Brian Keith | No objection has been filed to date |
| | 1257 | Horizon Research Corporation | No objection has been filed to date |
| | 1650 | Irne Boydstun | No objection has been filed to date |
| | 476 | James Sanclemente | No objection has been filed to date |
| | 1659 | Sandra Troy Scott | No objection has been filed to date |
| | 1577 | Jeff M Neal | No objection has been filed to date |
| | 1459 | Jeff M Shaken | No objection has been filed to date |
| | 158 | Jeffrey M Bonnear | No objection has been filed to date |
| | 1310 | Jessica Lynne Chiappone | No objection has been filed to date |
| | 999 | Jodi C Fait | No objection has been filed to date |
| | 126 | Kathy Kanemitsu | No objection has been filed to date |
| | 43 | Kristopher C Krebbs | No objection has been filed to date |
| | 15 | Leda Kelly Barbosa | No objection has been filed to date |
| | 17 | Lisa Lou Diehl | No objection has been filed to date |
| | 74 | Lisa Lou Diehl | No objection has been filed to date |
| | 1451 | Lisa M Luft | No objection has been filed to date |
| | 39 | Lois Tunson | No objection has been filed to date |
| | 47 | Lois Tunson | No objection has been filed to date |
| | 102 | Mark Lundborg dba The Real Estate Book | Response filed 11/13/07, D.I. 3820; The Debtors and the claimant have resolved their dispute regarding the claim. The resolution is reflected in a revised form of order to be presented at the hearing. |
| | 101 | Mark Lundborg dba The Real Estate Book | Response filed 11/13/07, D.I. 3820; The Debtors and the claimant have resolved their dispute regarding the claim. The resolution is reflected in a revised form of order to be presented at the hearing. |

Exhibit B

Status of Proofs of Claim for Debtors' Second Omnibus Objection (Substantive) to Certain (I) Amended and Superseded Claims; (II) Books and
Records Claims; and (III) Reduced and/or Reclassified Claims

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 138 | Mark Lundborg dba The Real Estate Book | Response filed 11/13/07, D.I. 3820; The Debtors and the claimant have resolved their dispute regarding the claim. The resolution is reflected in a revised form of order to be presented at the hearing. |
| | 137 | Mark Lundborg dba The Real Estate Book | Response filed 11/13/07, D.I. 3820; The Debtors and the claimant have resolved their dispute regarding the claim. The resolution is reflected in a revised form of order to be presented at the hearing. |
| | 136 | Mark Lundborg dba The Real Estate Book | Response filed 11/13/07, D.I. 3820; The Debtors and the claimant have resolved their dispute regarding the claim. The resolution is reflected in a revised form of order to be presented at the hearing. |
| | 557 | Michael D Smith | No objection has been filed to date |
| | 57 | Mortgage Plus Funding Inc. | No objection has been filed to date |
| | 59 | National Field Representatives | The Debtors received an informal response from the claimant. The claimant has withdrawn its response. |
| | 125 | Nash J Seymour | No objection has been filed to date |
| | 731 | Patty Geryl | No objection has been filed to date |
| | 66 | Pima Appraisal Group LLC | No objection has been filed to date |
| | 794 | Pima Appraisal Group LLC | No objection has been filed to date |
| | 752 | Pima Appraisal Group LLC | No objection has been filed to date |
| | 2294 | Puerta Wbenmar Freddy | No objection has been filed to date |
| | 38 | Ramy Rebuly | No objection has been filed to date |
| | 50 | Ramy Rebuly | No objection has been filed to date |
| | 9 | Rebecca Lynn Bell | No objection has been filed to date |
| | 90 | Rebecca Lynn Bell | No objection has been filed to date |
| | 1135 | Robert S Freedman | No objection has been filed to date |
| | 239 | Ryan Michael Nye | No objection has been filed to date |

**Exhibit B**

**Status of Proofs of Claim for Debtors' Second Omnibus Objection (Substantive) to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims**

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2095 | Schablin Vivian | No objection has been filed to date |
| | 21 | Sharon A Ferline | The Debtors have received an informal response from the claimant. The hearing on this matter is going forward. |
| | 168 | Sharon Maghew | No objection has been filed to date |
| | 3245 | Silver Key Property Corp | The Debtors have received an informal response from the claimant. This claim is being continued to the omnibus hearing scheduled for December 20, 2007. |
| | 1639 | Susan Borozan | No objection has been filed to date |
| | 64 | Vital Signing Inc | No objection has been filed to date |
| | 2125 | Vivian Schablin | No objection has been filed to date |
| | 340 | Webb Mason | The Debtors received an informal response from the claimant. The Debtors have withdrawn their objection to this claim. |
| | 7 | William M Woodward | No objection has been filed to date |
| | 8 | William M Woodward | No objection has been filed to date |
| | | **Exhibit C** | |
| | 437 | Adecco USA Inc. | No objection has been filed to date |
| | 259 | Aeratek Inc. | No objection has been filed to date |
| | 165 | Albert M Roth | No objection has been filed to date |
| | 75 | Alexandra T Pracenza | No objection has been filed to date |
| | 646 | American Heritage Lending Corporation | No objection has been filed to date |
| | 2625 | American Ventures Property Fund I Ltd | No objection has been filed to date |
| | 1583 | Appraisal Expediters | No objection has been filed to date |
| | 1119 | Ascent Home Loans Inc | No objection has been filed to date |
| | 40 | Beverly Stewart | No objection has been filed to date |
| | 1354 | Bonny O Neill | No objection has been filed to date |
| | 1288 | Briceida Almaraz | No objection has been filed to date |
| | 3108 | Brookwood Century Springs East LLP | No objection has been filed to date |

**Exhibit B**

**Status of Proofs of Claim for Debtors' Second Omnibus Objection (Substantive) to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims**

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 627 | Bruce P Ironmonger | No objection has been filed to date |
| | 1781 | Camel Square LLC | No objection has been filed to date |
| | 105 | Century West Associates LLC | The Debtors received an informal response from the claimant. The claimant has withdrawn its response. |
| | 590 | Chandy C Nhean | No objection has been filed to date |
| | 574 | Charlene P Murphy | No objection has been filed to date |
| | 41 | Christine Emeterio | No objection has been filed to date |
| | 2353 | Control Point Solutions | No objection has been filed to date |
| | 608 | Corestaff Services LP | No objection has been filed to date |
| | 592 | Damon Lam | No objection has been filed to date |
| | 396 | Douglas Appraisal Associates Inc | No objection has been filed to date |
| | 599 | Egil Rian | No objection has been filed to date |
| | 511 | Elisa Hernandez | No objection has been filed to date |
| | 407 | Ellison Appraisal Service | No objection has been filed to date |
| | 2599 | EMC Corporation | Response filed 11/26/07; D.I. 3957. This claim is being continued to the omnibus hearing scheduled for December 20, 2007. |
| | 1609 | Equifax | No objection has been filed to date |
| | 425 | Financial Capital Inc | No objection has been filed to date |
| | 683 | First Advantage Credco | No objection has been filed to date |
| | 207 | First American Home Loans Inc | No objection has been filed to date |
| | 1585 | Frost Brown Todd LLC | The Debtors have received an informal response from the claimant. This Debtors have withdrawn their objection to this claim. |
| | 2158 | Gail A English and Michael P English Trust | No objection has been filed to date |
| | 2637 | Hacienda Mid 7901 LLC | No objection has been filed to date |
| | 190 | Hahn My Pasquette | No objection has been filed to date |
| | 1252 | Horizon Research Corporation | No objection has been filed to date |

**Exhibit B**

**Status of Proofs of Claim for Debtors' Second Omnibus Objection (Substantive) to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims**

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 198 | iDirect Marketing Inc. | No objection has been filed to date |
| | 580 | Ikon Office Solutions | No objection has been filed to date |
| | 1262 | Intellidyn Corp | No objection has been filed to date |
| | 406 | Jeff B Magy | No objection has been filed to date |
| | 382 | Jennifer M Zalle | No objection has been filed to date |
| | 349 | Joann Fanucchi | No objection has been filed to date |
| | 149 | Judi A Clark | No objection has been filed to date |
| | 391 | Julie Ann Owen | No objection has been filed to date |
| | 712 | Keane Inc | No objection has been filed to date |
| | 787 | Kelly Oneal | No objection has been filed to date |
| | 774 | Kelly Trinh | No objection has been filed to date |
| | 2479 | Koala Miami Realty Holding Co | No objection has been filed to date |
| | 1851 | Kuhn Heidi C | No objection has been filed to date |
| | 582 | KW Fund II 1860 Howe LP | No objection has been filed to date |
| | 60 | Leslie K Hill dba Farallon Enterprises | Response filed 11/16/07; D.I. 3845.  This claim is being continued to the omnibus hearing scheduled for December 20, 2007. |
| | 22 | Loanleaders of America Inc. | No objection has been filed to date |
| | 201 | Love Appraisal Service | No objection has been filed to date |
| | 673 | LowerMyBills.com | No objection has been filed to date |
| | 188 | Macleod Appraisal | No objection has been filed to date |
| | 283 | Michelle Imperial | No objection has been filed to date |
| | 300 | Nancy J Dreyer | No objection has been filed to date |
| | 288 | New World Mortgage Inc | No objection has been filed to date |
| | 1966 | OR Kruse Woods LLC | No objection has been filed to date |
| | 175 | Outsource Technical LLC | No objection has been filed to date |
| | 725 | Pacific Communities Builder Inc | No objection has been filed to date |
| | 640 | Patricia Waters | No objection has been filed to date |

**Exhibit B**

**Status of Proofs of Claim for Debtors' Second Omnibus Objection (Substantive) to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims**

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 54 | Paula Paetzold dba The Appraisal Group South | No objection has been filed to date |
| | 450 | PFS Marketwyse | The Debtors have received an informal response from the claimant. This claim is being continued to the omnibus hearing scheduled for December 20, 2007. |
| | 453 | Rey H Bierdgoly | No objection has been filed to date |
| | 113 | Robert Joseph Conners | No objection has been filed to date |
| | 53 | Ronald Niko | No objection has been filed to date |
| | 682 | Rusty C Phanvong | No objection has been filed to date |
| | 231 | State Financial Services LLC | No objection has been filed to date |
| | 589 | Stephen R Bradley | No objection has been filed to date |
| | 2007 | Strategic Capital Mortgage | No objection has been filed to date |
| | 428 | Sungard Availability Services LP | No objection has been filed to date |
| | 147 | Synergy Capital Mortgage Corp | No objection has been filed to date |
| | 196 | The Lending Connection Inc | No objection has been filed to date |
| | 616 | Tiffany L Whitford | No objection has been filed to date |
| | 217 | Traci Neono | No objection has been filed to date |
| | 171 | Trimark Funding Inc | No objection has been filed to date |
| | 864 | United Virginia Title LLC | No objection has been filed to date |
| | 203 | US Financial Funding Inc. | No objection has been filed to date |
| | 726 | Valuation Strategies | No objection has been filed to date |
| | 1104 | Vicki Cho Estrada | No objection has been filed to date |
| | 65 | Vital Signing Inc. | No objection has been filed to date |

Exhibit C

Status of Proofs of Claim for Debtors' Third Omnibus Objection to Claims: (Non-Substantive)

| Claim Number | Claimant | Status |
|---|---|---|
| | | Exhibit A |
| 1814 | Arvette J Joss | No objection has been filed to date |
| 1711 | Audra Byczyoski | No objection has been filed to date |
| 1745 | Betty J Fink | No objection has been filed to date |
| 1688 | Billie D Higgens | No objection has been filed to date |
| 1784 | Bogdan Daniel Macover | No objection has been filed to date |
| 1907 | Carolyn Kees | No objection has been filed to date |
| 1642 | CD Batten& Faye Batten | No objection has been filed to date |
| 2099 | Cohen Moshe | No objection has been filed to date |
| 3305 | Constance C Wood | No objection has been filed to date |
| 1817 | Donald Leissring & Karen Leissring | No objection has been filed to date |
| 1918 | Donald Leissring | No objection has been filed to date |
| 1789 | Donna Dettmann | No objection has been filed to date |
| 2527 | Donna L Wallis | No objection has been filed to date |
| 2001 | DuWayne & Nancy Beaver | No objection has been filed to date |
| 1899 | E B Sims | No objection has been filed to date |
| 2004 | Edward Eleanore Dickhaus | No objection has been filed to date |
| 1993 | Elmer C Steger | No objection has been filed to date |
| 1615 | Fred V Vellance & Virginia Vellance | No objection has been filed to date |
| 2468 | Fred W & Margarette Wintermantel | No objection has been filed to date |
| 1743 | Gayle R Bacon | No objection has been filed to date |
| 1744 | Gayle R Bacon and Linda M Bacon | No objection has been filed to date |
| 1843 | Gennice Jenail Willis | No objection has been filed to date |
| 3262 | Gerard G & Luanne G Prescher | No objection has been filed to date |
| 3260 | Gerard G Prescher | No objection has been filed to date |
| 1677 | Gertrude & Monty Mairisciani | No objection has been filed to date |

Exhibit C

Status of Proofs of Claim for Debtors' Third Omnibus Objection to Claims:  (Non–Substantive)

| Claim Number | Claimant | Status |
|---|---|---|
| 1681 | Gertrude Mairisciani | No objection has been filed to date |
| 3109 | Greenlight Capital LP | No objection has been filed to date |
| 2686 | Greenlight Capital Offshore Ltd | No objection has been filed to date |
| 3004 | Greenlight Capital Qualified LP | No objection has been filed to date |
| 2684 | Greenlight Reinsurance Ltd | No objection has been filed to date |
| 3308 | I William Reinhard | No objection has been filed to date |
| 2064 | Janice McLay | No objection has been filed to date |
| 2273 | Jay Sims | No objection has been filed to date |
| 2472 | Jeffrey P Nennig | No objection has been filed to date |
| 2470 | Jeffrey P Nennig | No objection has been filed to date |
| 2066 | John A Tomasko | No objection has been filed to date |
| 1821 | John D Kampen | No objection has been filed to date |
| 1792 | Kay E Cline | No objection has been filed to date |
| 1793 | Kay E Cline | No objection has been filed to date |
| 1992 | Keith E Schilder | No objection has been filed to date |
| 1710 | Kenneth W Potterton | No objection has been filed to date |
| 2023 | Kevin & Debra Lichtenberg | No objection has been filed to date |
| 1946 | Krupinski Ronald J | No objection has been filed to date |
| 2065 | Lee & Joyce Roberts | No objection has been filed to date |
| 1893 | Leroy Honeyager | No objection has been filed to date |
| 3240 | Lisa Marie Meszaros | No objection has been filed to date |
| 1726 | Lopez Gloria A | No objection has been filed to date |
| 1785 | Macovei Bogdan Daniel | No objection has been filed to date |
| 1037 | Manuel R Alicea | No objection has been filed to date |
| 3417 | Marta R Vizcara | No objection has been filed to date |
| 1991 | Michael Crawford | No objection has been filed to date |

Exhibit C

Status of Proofs of Claim for Debtors' Third Omnibus Objection to Claims: (Non-Substantive)

| Claim Number | Claimant | Status |
|---|---|---|
| 2062 | Michael N McLaw | No objection has been filed to date |
| 1682 | Monty Mairisciani | No objection has been filed to date |
| 1803 | Pam Dolella | No objection has been filed to date |
| 1796 | Pamela J Honnold | No objection has been filed to date |
| 1906 | Paul M Kees | No objection has been filed to date |
| 1963 | Penny D Clark | No objection has been filed to date |
| 2137 | Phyllis B Ibach | No objection has been filed to date |
| 1708 | Phyllis Rudig | No objection has been filed to date |
| 1409 | Ravum Anjali Hemant | No objection has been filed to date |
| 1790 | Renee Lietz | No objection has been filed to date |
| 1759 | Richard H Fink | No objection has been filed to date |
| 3264 | Richard Jason Balzar | No objection has been filed to date |
| 1801 | Robert Crawford | No objection has been filed to date |
| 3320 | Robert D Brown | No objection has been filed to date |
| 1815 | Robert Joss & Arvette Joss | No objection has been filed to date |
| 3443 | Robert M Staples | No objection has been filed to date |
| 3439 | Roland A & Delouise H Sawyer | Objection filed 11/9/07; D.I. 3815. The hearing on this matter is going forward. |
| 1850 | Ronald & Jeanne Young | No objection has been filed to date |
| 3488 | Ronald E Gray & Adelina Gray | No objection has been filed to date |
| 2002 | Roy & Julia Conlisk | No objection has been filed to date |
| 3344 | Ruth E McKerrow | No objection has been filed to date |
| 3213 | Sally Ernestine Mcvicker | No objection has been filed to date |
| 2466 | Sanlyn & Associates | No objection has been filed to date |
| 1901 | Theresa & Josseph Zoromski | No objection has been filed to date |
| 1141 | Thushari Anyaranta | No objection has been filed to date |

Exhibit C

Status of Proofs of Claim for Debtors' Third Omnibus Objection to Claims:  (Non-Substantive)

| Claim Number | Claimant | Status |
|---|---|---|
| 2653 | Timothy Hickev | No objection has been filed to date |
| 1707 | Valli K Feldman | No objection has been filed to date |
| 1709 | Valli K Feldman and Sandy K Feldman Trees Bernard S Feldman Trust | No objection has been filed to date |
| 3418 | Vizcarra Marta R | No objection has been filed to date |
| 2068 | William Crank CF Midson Crank | No objection has been filed to date |
| 2067 | William R Crank | No objection has been filed to date |
| 1842 | Willis Gennice Jenail | No objection has been filed to date |