UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                          : Chapter 11
                                                :
NEW CENTURY TRS HOLDINGS, INC.,                 : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,                 :
                                                : Jointly Administered
            Debtors.                            :
                                                : Related to Docket Nos. 630 and 1237
                                                : Hearing Date: June 15, 2007 at 10:00 a.m.
                                                :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF THE OBJECTION OF THE EXAMINER TO GENERAL ELECTRIC CAPITAL CORPORATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Michael J. Missal, the Examiner appointed in the above-captioned bankruptcy cases, by his undersigned attorneys, hereby withdraws his objection to General Electric Capital Corporation's Motion for Relief from the Automatic Stay.

Dated: December 4, 2007

**SAUL EWING LLP**

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6840

and

**KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP**
Edward M. Fox, Esq.
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Counsel to Michael J. Missal, Examiner

554114.1 12/4/07