IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | Case No: 07-10416 (KJC) |
| Debtor | Hearing Date: December 12, 2007 @ 2:00 pm<br>Obj. Deadline: Dec. 10, 2007 at 12:00 noon |

## RE-NOTICE OF MOTION FOR RELIEF FROM STAY [D.I. 4021]

To:   The Debtor, the Bankruptcy Trustee, those parties having filed a notice of appearance in this case as of the within date, and all parties known to have an interest in the matter addressed herein.

Douglas M. Sakamoto, aka Douglas Masaru Sakamoto, Individually, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Douglas M. Sakamoto Dated May 30, 2001, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Dennis M. Sakamoto, Dated May 30, 2001 ("Sakamoto or Movants"), filed their *Motion for Relief from Stay* (the "Motion"), which seeks entry of an order granting Sakamoto relief from the automatic stay on shortened notice. The Court granted Movants' Request to shorten notice and set the objection deadline of December 10, 2007 at 12:00 noon.

**YOU ARE REQUIRED TO FILE A RESPONSE TO THE MOTION, IF ANY, ON OR BEFORE THE OBJECTION DEADLINE OF DECEMBER 10, 2007 AT 12:00 NOON. AT THE SAME TIME, YOU ARE REQUIRED TO SERVE A COPY OF THE RESPONSE ON THE FOLLOWING:**

Charles J. Brown, III, Esq.
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Phone: 302-356-6621
Fax: 302-777-4352
cbrown@archerlaw.com

**THE HEARING IS SCHEDULED FOR DECEMBER 12, 2007 AT 2:00 P.M. AT THE U.S. BANKRUPTCY COURT, 824 MARKET STREET, 5th FLOOR, COURTROOM 5, WILMINGTON, DE 19801.**

2969582v1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COUR MAY GRANT THE RELEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

                                                ARCHER & GREINER, P.C.

Dated: December 4, 2007          BY:   */s/ Charles J. Brown, III*
                                                Charles J. Brown, III (Bar No. 3368)
                                                300 Delaware Avenue, Suite 1370
                                                Wilmington, DE 19801
                                                Telephone: (302) 777-4350
                                                Facsimile: (302) 777-4352
                                                cbrown@archerlaw.com

                                                *Counsel to Movants*

2969582v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of December, 2007, I caused true and correct copies of the foregoing RE-NOTICE OF MOTION to be served via first class mail, postage prepaid upon those parties on the attached 2002 Service List.

*/s/ Charles J. Brown, III, Esq.*
Charles J. Brown, III, Esq.

2993746v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0311-1<br>Case 07-10416-KJC<br>District of Delaware<br>Delaware<br>Fri Jul 27 16:10:16 EDT 2007 | ALDINE INDEPENDENT SCHOOL DISTRICT<br>Susan R. Fuertes<br>14910 Aldine Westfield Road<br>Houston, Tx 77032 Harris | American Express Travel Related Svcs Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| Americas Servicing Company<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 | Ameriquest Mortgage Company<br>c/o Neil F. Dignon<br>Draper & Goldberg, PLLC<br>512 East Market Street<br>Georgetown, DE 19947 | Angelo, Gordon & Co.<br>245 Park Avenue, 26th Fl.<br>New York, NY 10167 |
| Arlington ISD<br>c/o Perdue Brandon Fielder, et al.<br>PO Box 13430<br>Arlington, TX 76094 | Arlington ISD, et al.<br>c/o Perdue Brandon Fielder Collins Mott<br>PO Box 13430<br>Arlington, Tx 76094 | Broadway Center Associates, LP<br>c/o Katsky Korins LLP<br>605 Third Avenue<br>New York, NY 10158 |
| Broward County Revenue Collection Division<br>Edward A. Dion, Esq.<br>Government Center<br>115 South Andrews Avenue<br>Ft. Lauderdale, FL 33301 | Cadwalader, Wickersham & Taft, LLP<br>One World Financial Center<br>New York, NY 10281 | Carrollton-Farmers Branch ISD<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, PCA<br>4411 North Central Expressway<br>Dallas, TX 75205 |
| Castleberry ISD<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094 | Cedar Hill ISD<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 | Celina ISD<br>c/o Perdue, Brandon, Fielder, et al<br>P.O. Box 13430<br>Arlington, TX 76094 |
| ChoicePoint Inc.<br>c/o Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Ave., N.W.<br>Washington, DC 20036 | CitiMortgage, Inc.<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 | City of Cedar Hill<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 |
| City of Edinburg<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760 | City of Hurst<br>Perdue, Brandon, Fielder, Collins & Mott<br>c/o Elizabeth Banda<br>P. O. Box 13430<br>Arlington, TX 76094-0430 | City of Princeton<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094 |
| City of Whitewright<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094 | Collin County Tax Assessor/Collector<br>c/o Gay McCall Isaacks et al<br>777 E 15th St<br>Plano, TX 75074 | Contrarian Capital Management, LLC<br>411 West Putnam Ave., Suite 225<br>Greenwich, CT 06830 |
| Cooley Godward Kronish LLP<br>101 California Street<br>5th Floor<br>San Francisco, CA 94111-5800 | Cypress-Fairbanks ISD<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Dallas County<br>c/o Linebarger Goggan Blair & Sampson<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201 U.S. |
| Edcouch-Elsa ISD<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760 | Ellington Management Group, Inc.<br>c/o Patricia B. Tomsco<br>Brown McCarroll LLP<br>111 Congress Avenue<br>Suite 1400<br>Austin, TX 78701 | Ellington Management Group, L.L.C., on Behal |

| | | |
|---|---|---|
| Federal Express Corporation<br>c/o Filardi Law Offices LLC<br>65 Trumbull Street<br>2nd Floor<br>New Haven, CT 06510 | Fidelity National Information Services, Inc.<br>c/o Baker & Hostetler LLP<br>1050 Connecticut Avenue, NW<br>Suite 1100<br>Washington, DC 20036 | Fort Bend County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 |
| Garland Independent School District<br>c/o Law Offices of Robert E. Luna, P.C.<br>4411 N Central Expressway<br>Dallas, TX 75205 | General Electric Capital Corporation<br>c/o Michael G. Gallerizzo, Esquire<br>Gebhardt & Smith LLP<br>901 Market Street, Suite 451<br>Wilmington, DE 19801 | Golden Key Mortgage<br>Wendel, Rosen, Black & Dean LLP<br>c/o Charles A. Hansen<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607 |
| Harris County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | IBM Corporation<br>Attn: Vicky Namken<br>13800 Diplomat Drive<br>Dallas, TX 75234 | IKON Financial Services<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-3708 |
| Ikon Office Solutions<br>Recovery & Bankruptcy<br>3920 Arkwright Road<br>Suite 400<br>Macon, GA 31210 | Iron Mountain Information Management, Inc.<br>c/o Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>Boston, MA 02110 | Irwin Mortgage Corporation<br>Attn: Bankruptcy Dept.<br>11800 Exit Five Parkway<br>Fishers, IN 46038-9627 |
| KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY 10178 | KW Properties, LTD<br>c/o Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, CA 95825 | Kodiak Funding LP, and Kodiak CDO I, Ltd.<br>Rosenthal, Monhait & Goddess, P.A.<br>919 Market Street<br>Suite 1401<br>Wilmington, DE 19801 |
| LOWENSTEIN SANDLER, PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Lamun Mock Cunnyngham & Davis, PC<br>5900 NW Grand Blvd<br>Oklahoma City, OK 73118-1295 | Law Offices of David J. Stern, PA<br>Frederic J. DiSpigna, Esq.<br>801 S. University Dr.<br>Suite 500<br>Plantation, FL 33324 |
| Lewisville Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, P.C.<br>4411 N. Central Expressway<br>Dallas, TX 75205 | Litton Loan Servicing LP<br>4828 Loop Central Drive<br>Houston, TX 77081-2226 | Mack-Cali Realty Corporation<br>PO Box 7817<br>Edison, NJ 08818-7817 |
| Mackoff Kelloff Law Firm<br>46 West 2nd Street<br>Dickinson, ND 58601 | Manatee County Tax Collector Ken Burton Jr.<br>P.O. Box 25300<br>P.O. Box 25300<br>Bradeton, FL 34205 | Mansfield ISD<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 |
| Maricopa County Treasurer<br>Madeleine C. Wanslee<br>Gust Rosenfeld P.L.C.<br>201 E. Washington St. #800<br>Phoenix, AZ 85004-2327 | Midfirst Bank<br>c/o Midland Mortgage Co.<br>999 N.W. Grand Blvd, Attn: Bankruptcy<br>Oklahoma City, OK 73118 | Missouri Department of Revenue<br>Sheryl L. Moreau<br>PO box 475<br>301 W. High Street, Room 670<br>Jefferson City, MO 65105 |
| Montgomery County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Morris, Nichols, Arsht & Tunnell LLP<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | National City Commercial Capital Company, LL<br>Weir & Partners LLP<br>824 Market Street<br>Suite 1001<br>Wilmington, DE 19899 |

| | | |
|---|---|---|
| Natixis Real Estate Capital Inc.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 | New Century TRS Holdings, Inc.<br>18400 Von Karman Ave.<br>Irvine, CA 92612 | Nueces County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760 |
| Phelan, Hallinan and Schmieg, LLP<br>1617 John F. Kennedy Blvd<br>Suite 1400<br>Philadelphia, PA 19103 Philadelphia | Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | Princeton ISD<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 |
| QKC Maui Owner, LLC<br>c/o Honigman Miller Schwartz & Cohn LLP<br>Attn. Andrew S. Conway<br>38500 Woodward Avenue<br>Suite 100<br>Bloomfield Hills, MI 48304 | RBC Mortgage Company, Royal Bank of Canada a | Regions Bank<br>c/o Richard D. Becker<br>Becker & Becker, P.A.<br>2702 Capitol Trail<br>Newark, DE 19711 |
| Riverside Claims LLC<br>P O Box 626<br>Planetarium Station<br>New York, NY 10024 | Shapiro, Nordmeyer & Zielke, LLP<br>7300 Metro Blvd., Ste. 390<br>Edina, MN 55439 | Skadden Arps Slate Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 |
| South Texas College<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760 | State of Colorado<br>Jefferson County Court & Administration<br>100 Jefferson County Parkway<br>Golden, CO 80401 | State of Ohio, ex rel. Marc Dann, Attorney G<br>Ohio Attorney General<br>c/o Michelle T. Sutter<br>30 East Broad Street<br>25th Floor<br>Columbus, OH 43215 U.S.A. |
| Tax Appraisal District of Bell County, et al<br>co Michael Reed<br>P.O. Box 1269<br>Round Rock, TX 78680 | Travelers<br>National Accounts<br>Attn: Michael Marasco<br>1 Tower Square - 5MN<br>Hartford, CT 06183-4044 | Udren Law Offices, P.C.<br>111 Woodcrest Road<br>Suite 200<br>Cherry Hill, NJ 08003 |
| United Insurance Company | Warren County Collector<br>105 South Market<br>Warrenton, MO 63383 | Wells Fargo Bank, N.A.<br>MAC N9303-120<br>608 2nd Avenue South<br>Minneapolis, MN 55479 |
| Whitewright ISD<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094 | Wolff Samson. PC<br>Attn: Carlos G. Manalansan, Esquire<br>The Ofices of Crystal Lake<br>One Boland Drive<br>West Orange, NJ 07052 | Wright, Finlay & Zak, LLP<br>4665 MacArthur Court<br>Suite 280<br>Newport Beach, CA 92660 |
| XRoads Case Management Services, LLC<br>1821 E. Dyer Road<br>Suite 225<br>Santa Ana, CA 92705 | U.S. Bankruptcy Court<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Adfitech, Inc<br>3001 Technology Drive<br>Edmond, OK 74014 |
| Bexar County<br>c/o David G. Aelvoet<br>711 Navarro Suite 300<br>San Antonio, TX 78205 | City of El Paso<br>c/o David G. Aelvoet<br>711 Navarro Suite 300<br>San Antonio, TX 78205 | Cybersearch<br>800 E. Northwest Highway<br>Suite 950<br>Palatine, IL 60067 |

| | | |
|---|---|---|
| Home Loan Services, Inc.<br>P. O. Box 1838<br>Pittsburgh, PA 15230 | KW Properties, LTD<br>c/o Nancy Hotchkiss, Esquire<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, California 95825 | KW Properties, LTD.<br>c/o Nancy Hotckiss, Esquire<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, California 95825 |
| Law Offices of David J. Stern, PA<br>801 S. University Dr.<br>Suite 500<br>Plantation, FL 33324 | Riverside Claims LLC<br>P.O. Box 626<br>Planetarium Station<br>New York, NY 10024-0540 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| Wilshire Credit Corporation<br>Attn: Jodi Seits<br>P. O. Box 1650<br>Portland, OR 97207 | Aaron Celious<br>1614 Greenfield Avenue<br>Los Angeles, CA 90025 | Alireza Nazmi<br>Wendel, Rosen, Black & Dean LLP<br>c/o Charles A. Hansen<br>1111 Boradway, 24th Floor<br>Oakland, CA 94607-4036 |
| Christopher M. Samis<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801 | Christopher M. Samis<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801 | Chun I. Jang<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>P.O. Box 551<br>Wilmington, DE 19899 |
| David and Sherry TerMarsch<br>6136 Morning View Drive<br>Lakeland, FL 33813 | Glenn M. Reisman<br>Law Offices<br>Two Corporate Drive<br>Suite 234<br>Shelton, CT 06484 | Grant C Rees<br>164 Route 7 South<br>P.O. Box 108<br>Milton, VT 05468-0108 |
| Ivan Lerer Kallick<br>Manatt Phelps & Phillips, LLP<br>11344 West Olympic Boulevard<br>Los Angeles, CA 90064 | Laura Sweeney | Marcos Alexis Ramos<br>Richards Layton & Finger, PA<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 |
| Mark D. Collins<br>Richards Layton & Finger<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | Michael Joseph Merchant<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 usa | Nabih and Esther Mangoubi<br>515 Davis Street<br>Evanston, PA 60201 |
| Paul Noble Heath<br>Richards, Layton & Finger<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE 19899 usa | Rich F. Martin<br>8109 Santa Luz Village Green South<br>San Diego, CA 92127 | Richard J Reynolds<br>16485 Laguna Canyon Road<br>Suite 250<br>Irvine, CA 92618 |
| Robert P. Cocco<br>437 Chestnut Street<br>Suite 1006<br>Philadelphia, PA 19106 | Russell C. Silberglied<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. BOX 551<br>Wilmington, DE 19899 usa | Sari E. Meador<br>Of Joe G. Tedder, CFC<br>Tax Collector for Polk County, Florida<br>P.O. Box 2016<br>Bartow, FL 33831-2016 |
| Scott Morris<br>Reeves & Seidler<br>2527 Santa Clara Avenue<br>Alameda, CA 94501-4633 US | Steffi A. Swanson<br>1902 Harlan Drive, Ste.A<br>Bellevue, NE 68005 | Stuart L Druckman<br>Druckman & Sinel, LLP<br>242 Drexel Avenue<br>Westbury, NY 11590 |