## CERTIFICATE OF SERVICE

I, Charlene D. Davis, hereby certify that on the 5th day of December, 2007, I caused a copy of the **Objection of IBM Credit, LLC to Debtors' Notice of Rejection of Executory Contract** to be served upon the parties listed below in the manner indicated.

### VIA HAND DELIVERY & ELECTRONIC MAIL

Joseph J. McMahon, Jr., Esquire
*Office of the United States Trustee*
844 King Street, Suite 2207
Wilmington, DE 19801
Email: joseph.mcmahon@usdoj.gov

Mark D. Collins, Esquire
*Richards, Layton & Finger, P.A.*
One Rodney Square
Wilmington, DE 19801
Email: collins@rlf.com
(Counsel for Debtors)

Bonnie G. Fatell, Esquire
*Blank Rome LLP*
1201 Market Street, Suite 800
Wilmington, DE 19801
Email: fatell@blankrome.com
(Counsel for the Official Committee of Unsecured Creditors)

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
*Hahn & Hessen LLP*
488 Madison Avenue
14th & 15th Floors
New York, NY 10022
Email: mindelicato@hahnhessen.com
       mpower@hahnhessen.com
(Counsel for the Official Committee of Unsecured Creditors)

### VIA ELECTRONIC & FIRST CLASS MAIL

Suzzanne Uhland, Esquire
*O'Melveny & Myers LLP*
275 Battery Street
San Francisco, CA 94111
Email: suhland@omm.com
(Counsel for Debtors)

Charlene D. Davis (No. 2336)

676956-1