# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. | | |
| **Case Number:** | 07-10416-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 05, 2007 01:30 PM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | LESLIE MURIN | | |

## *Matter:*

Omnibus

**R / M #:**   4,024 /  0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Amended Agenda Item
#1, 2, 3 and 4 - Continued
#5 - Affidavit to be Filed
#6 and 7 - Orders Signed on CNO
#8 - Continued
#9, 10 and 11 - Orders Signed
#12 - Status