# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC   **DATE:** December 5, 2007
**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gabriel McConnell | Potter Anderson & Corroon | Bank of America |
| Corey Taylor | Ashby + Geddes | UBS Real Estate Securities, Inc |
| Chris Samis | KLF | Debtors |
| Mark Collins | KLF | " |
| Alejandro Magistras | Oliver | " |
| Dave Carickhoff | Blank Rome | Creditors' Committee |
| Ian Gent | DOS | United States |
| Douglas Herrmann | SASMF | Ellington Management |
| Joe McMahon | USDOJ | U.S. Trustee |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 12/05/2007
Calendar Time: 01:30 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1991607 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Credit Suisse First Boston / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1994402 | Van Durrer | 213-687-5200 | Skadden Arps Slate Meagher Flom | Creditor, Ellington Management / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1956928 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP | Creditor, Bank of America, NA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1991609 | Richard Agins | 860-240-2840 | Bingham McCutchen, LLP | Interested Party, DB Structed Products / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1990826 | Suzzane S. Uhland | 415-984-8941 | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1990841 | Robert Carney | 202-383-5519 | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1990349 | Cameron Petrie | 813-908-7725 | Cameron W. Petrie | Interested Party, Cameron W. Petrie / LIVE |