1st Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit B (1)
## Amended Claims - Objection Withdrawn

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount |  |  |  | Remaining Claim Amount |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| GE Capital | 07-10416 | 1922 | 07-10416 | 3155 | $55,576.22 | $0.00 | $0.00 | $0.00 | $55,576.22 | $55,576.22 | $0.00 | $0.00 | $0.00 | $55,576.22 |
| GE Capital | 07-10416 | 1425 | 07-10416 | 3153 | $15,490.08 | $0.00 | $0.00 | $0.00 | $15,490.08 | $15,490.08 | $0.00 | $0.00 | $0.00 | $15,490.08 |
| GE Capital | 07-10416 | 1427 | 07-10416 | 3172 | $14,468.72 | $0.00 | $0.00 | $0.00 | $14,468.72 | $14,468.72 | $0.00 | $0.00 | $0.00 | $14,468.72 |
| GE Capital | 07-10416 | 1885 | 07-10416 | 3152 | $11,628.89 | $0.00 | $0.00 | $0.00 | $11,628.89 | $11,628.89 | $0.00 | $0.00 | $0.00 | $11,628.89 |
| GE Capital | 07-10416 | 1437 | 07-10416 | 3159 | $11,467.25 | $0.00 | $0.00 | $0.00 | $11,467.25 | $11,467.25 | $0.00 | $0.00 | $0.00 | $11,467.25 |
| GE Capital | 07-10416 | 1927 | 07-10416 | 3148 | $11,100.84 | $0.00 | $0.00 | $0.00 | $11,100.84 | $11,100.84 | $0.00 | $0.00 | $0.00 | $11,100.84 |
| GE Capital | 07-10416 | 1881 | 07-10416 | 3147 | $11,065.69 | $0.00 | $0.00 | $0.00 | $11,065.69 | $11,065.69 | $0.00 | $0.00 | $0.00 | $11,065.69 |
| GE Capital | 07-10416 | 1439 | 07-10416 | 3160 | $10,713.65 | $0.00 | $0.00 | $0.00 | $10,713.65 | $10,713.65 | $0.00 | $0.00 | $0.00 | $10,713.65 |
| GE Capital | 07-10416 | 1421 | 07-10416 | 3158 | $8,422.94 | $0.00 | $0.00 | $0.00 | $8,422.94 | $8,422.94 | $0.00 | $0.00 | $0.00 | $8,422.94 |
| GE Capital | 07-10416 | 1441 | 07-10416 | 3169 | $7,555.19 | $0.00 | $0.00 | $0.00 | $7,555.19 | $7,555.19 | $0.00 | $0.00 | $0.00 | $7,555.19 |
| GE Capital | 07-10416 | 1498 | 07-10416 | 3154 | $6,554.36 | $0.00 | $0.00 | $0.00 | $6,554.36 | $6,554.36 | $0.00 | $0.00 | $0.00 | $6,554.36 |
| GE Capital | 07-10416 | 1953 | 07-10416 | 3171 | $6,067.17 | $0.00 | $0.00 | $0.00 | $6,067.17 | $6,067.17 | $0.00 | $0.00 | $0.00 | $6,067.17 |
| GE Capital | 07-10416 | 1888 | 07-10416 | 3149 | $5,403.61 | $0.00 | $0.00 | $0.00 | $5,403.61 | $5,403.61 | $0.00 | $0.00 | $0.00 | $5,403.61 |
| GE Capital | 07-10416 | 1929 | 07-10416 | 3135 | $5,284.77 | $0.00 | $0.00 | $0.00 | $5,284.77 | $5,284.77 | $0.00 | $0.00 | $0.00 | $5,284.77 |
| GE Capital | 07-10416 | 1499 | 07-10416 | 3167 | $4,790.81 | $0.00 | $0.00 | $0.00 | $4,790.81 | $4,790.81 | $0.00 | $0.00 | $0.00 | $4,790.81 |
| GE Capital | 07-10416 | 1933 | 07-10416 | 3141 | $4,561.71 | $0.00 | $0.00 | $0.00 | $4,561.71 | $4,561.71 | $0.00 | $0.00 | $0.00 | $4,561.71 |
| GE Capital | 07-10416 | 1431 | 07-10416 | 3163 | $4,539.57 | $0.00 | $0.00 | $0.00 | $4,539.57 | $4,539.57 | $0.00 | $0.00 | $0.00 | $4,539.57 |
| GE Capital | 07-10416 | 1884 | 07-10416 | 3143 | $4,464.40 | $0.00 | $0.00 | $0.00 | $4,464.40 | $4,464.40 | $0.00 | $0.00 | $0.00 | $4,464.40 |
| GE Capital | 07-10416 | 1886 | 07-10416 | 3144 | $4,405.64 | $0.00 | $0.00 | $0.00 | $4,405.64 | $4,405.64 | $0.00 | $0.00 | $0.00 | $4,405.64 |
| GE Capital | 07-10416 | 1877 | 07-10416 | 3165 | $4,227.45 | $0.00 | $0.00 | $0.00 | $4,227.45 | $4,227.45 | $0.00 | $0.00 | $0.00 | $4,227.45 |
| Claims To Be Expunged Totals |  |  |  | 20 | $207,788.96 | $0.00 | $0.00 | $0.00 | $207,788.96 | $207,788.96 | $0.00 | $0.00 | $0.00 | $207,788.96 |

1st Omnibus Objection

**Exhibit B (2)**
**Amended Claims - Ordered**

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| AT&T Corp | 07-10416 | 546 | 07-10416 | 1313 | $0.00 | $0.00 | $0.00 | $1,314,259.66 | $1,314,259.66 | $0.00 | $0.00 | $0.00 | $1,259,077.00 | $1,259,077.00 |
| Atlantic Coast Surveying Inc | 07-10421 | 968 | 07-10421 | 1368 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 |
| Bennett Renedina Ann | 07-10421 | 2034 | 07-10421 | 2039 | $0.00 | $0.00 | $1,250.00 | $0.00 | $1,250.00 | $0.00 | $0.00 | $1,250.00 | $0.00 | $1,250.00 |
| Bjerke Honeycutt dba Interior Keepers | 07-10416 | 856 | 07-10416 | 1876 | $0.00 | $0.00 | $800.00 | $0.00 | $799.95 | $0.00 | $0.00 | $0.00 | $799.95 | $799.95 |
| Bouzsel Rina | 07-10419 | 519 | 07-10419 | 1870 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Brungton David | 07-10417 | 1344 | 07-10417 | 1471 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | $0.00 | $0.00 | $300,000.00 | $0.00 | $300,000.00 |
| Candace A Buzan | 07-10416 | 518 | 07-10416 | 1996 | $0.00 | $0.00 | $17,701.00 | $0.00 | $17,701.00 | $0.00 | $0.00 | $40,417.95 | $0.00 | $40,417.95 |
| Corporate Express Office Products Inc | 07-10421 | 233 | 07-10421 | 2043 | $0.00 | $0.00 | $0.00 | $61,912.25 | $61,912.25 | $0.00 | $0.00 | $0.00 | $61,912.25 | $61,912.25 |
| Cypress Fairbanks ISD | 07-10416 | 527 | 07-10416 | 1307 | $3,903.08 | $0.00 | $0.00 | $0.00 | $3,903.08 | $3,283.12 | $0.00 | $0.00 | $0.00 | $3,283.12 |
| David Bruington | 07-10419 | 1346 | 07-10419 | 1470 | $0.00 | $0.00 | $0.00 | $262,500.00 | $262,500.00 | $0.00 | $0.00 | $262,500.00 | $0.00 | $262,500.00 |
| David Lawrence Masemitsu | 07-10417 | 530 | 07-10417 | 1118 | $0.00 | $0.00 | $6,808.50 | $0.00 | $6,808.50 | $0.00 | $0.00 | $0.00 | $6,808.50 | $6,808.50 |
| Edcouch-Elsa ISD | 07-10419 | 262 | 07-10419 | 447 | $562.37 | $0.00 | $0.00 | $0.00 | $562.37 | $2,210.74 | $0.00 | $0.00 | $0.00 | $2,210.74 |
| EMCO Press Corporation | 07-10421 | 166 | 07-10421 | 1125 | $0.00 | $0.00 | $0.00 | $40,054.33 | $40,054.33 | $0.00 | $0.00 | $0.00 | $62,724.08 | $62,724.08 |
| EQY Trosi First Colony Owner Ltd LLP | 07-10416 | 585 | 07-10416 | 1286 | $0.00 | $3,500.78 | $0.00 | $25,541.08 | $29,041.86 | $4,341.69 | $0.00 | $0.00 | $21,853.19 | $26,199.88 |
| Eunipides George Dense | 07-10421 | 276 | 07-10421 | 881 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $7,500.00 | $0.00 | $7,500.00 |
| Fort Worth Independent School District | 07-10419 | 223 | 07-10419 | 1263 | $9,570.53 | $0.00 | $0.00 | $0.00 | $9,570.53 | $8,907.16 | $0.00 | $0.00 | $0.00 | $8,907.16 |
| Gail Ives | 07-10419 | 280 | 07-10419 | 1407 | $0.00 | $0.00 | $10,950.00 | $15,590.31 | $30,540.31 | $10,950.00 | $0.00 | $10,950.00 | $19,590.31 | $30,540.31 |
| Glenn Appraisal Services Inc | 07-10421 | 13 | 07-10421 | 1123 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 |
| Harris County Et Al | 07-10416 | 536 | 07-10416 | 1314 | $39,160.35 | $0.00 | $0.00 | $0.00 | $39,160.35 | $54,201.91 | $0.00 | $0.00 | $0.00 | $54,201.91 |
| Jerry Voss | 07-10416 | 330 | 07-10416 | 1375 | $0.00 | $0.00 | $0.00 | $44,188.26 | $44,188.26 | $0.00 | $0.00 | $0.00 | $44,188.26 | $44,188.26 |
| Jerry Voss | 07-10416 | 1375 | 07-10416 | 1855 | $0.00 | $0.00 | $0.00 | $44,188.26 | $44,188.26 | $0.00 | $0.00 | $0.00 | $44,188.26 | $44,188.26 |
| Lubbock Central Appraisal District | 07-10416 | 1571 | 07-10416 | 1617 | $5,946.43 | $0.00 | $0.00 | $0.00 | $5,946.43 | $5,946.43 | $0.00 | $0.00 | $0.00 | $5,946.43 |
| Lubbock Central Appraisal District | 07-10416 | 289 | 07-10416 | 1571 | $1,494.54 | $0.00 | $0.00 | $0.00 | $1,494.54 | $5,946.43 | $0.00 | $0.00 | $0.00 | $5,946.43 |
| Montana Department Of Revenue | 07-10416 | 1348 | 07-10416 | 1687 | $0.00 | $0.00 | $110.57 | $15.00 | $125.57 | $0.00 | $0.00 | $110.57 | $18.00 | $128.57 |

Page 1

1st Omnibus Objection

## Exhibit B (2)
## Amended Claims - Ordered

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Nancy A Shaeffer | 07-10417 | 81 | 07-10417 | 299 | $0.00 | $0.00 | $2,516.03 | $0.00 | $2,516.03 | $0.00 | $0.00 | $8,138.14 | $0.00 | $8,138.14 |
| Nancy Voss | 07-10416 | 419 | 07-10416 | 1374 | $0.00 | $0.00 | $0.00 | $44,188.26 | $44,188.26 | $0.00 | $0.00 | $0.00 | $44,188.26 | $44,188.26 |
| New York State Department of Taxation and Finance | 07-10419 | 1995 | 07-10419 | 1797 | $0.00 | $0.00 | $35,668.22 | $0.00 | $35,668.22 | $0.00 | $0.00 | $47,824.27 | $0.00 | $47,824.27 |
| New York State Department of Taxation and Finance | 07-10421 | 2000 | 07-10421 | 1794 | $0.00 | $0.00 | $9,616.78 | $0.00 | $9,616.78 | $0.00 | $0.00 | $13,883.28 | $0.00 | $13,883.28 |
| New York State Department of Taxation and Finance | 07-10420 | 1838 | 07-10420 | 2051 | $0.00 | $0.00 | $1,004.67 | $0.00 | $1,004.67 | $0.00 | $0.00 | $111,946.33 | $0.00 | $111,946.33 |
| South Texas College | 07-10419 | 438 | 07-10419 | 547 | $300.56 | $0.00 | $0.00 | $0.00 | $300.56 | $805.63 | $0.00 | $0.00 | $0.00 | $805.63 |
| South Texas College | 07-10419 | 172 | 07-10419 | 438 | $79.63 | $0.00 | $0.00 | $0.00 | $79.63 | $300.56 | $0.00 | $0.00 | $0.00 | $300.56 |
| asador Inc | 07-10421 | 176 | 07-10421 | 953 | $0.00 | $0.00 | $0.00 | $1,150.00 | $1,150.00 | $0.00 | $0.00 | $0.00 | $4,375.00 | $4,375.00 |
| Thomas R Schnabel | 07-10419 | 235 | 07-10419 | 430 | $0.00 | $0.00 | $12,304.00 | $0.00 | $12,304.00 | $0.00 | $0.00 | $16,692.88 | $0.00 | $16,692.88 |
| Thomas R Schnabel | 07-10419 | 430 | 07-10419 | 1214 | $0.00 | $0.00 | $16,692.88 | $0.00 | $16,692.88 | $0.00 | $0.00 | $32,842.00 | $0.00 | $32,842.00 |
| Claims To Be Expunged Totals | | | | 34 | $61,017.49 | $3,500.78 | $336,422.65 | $2,163,340.41 | $2,364,281.28 | $81,694.18 | $4,341.69 | $854,055.42 | $1,570,828.06 | $2,510,919.35 |