2nd Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

# Exhibit A
# Multi-Debtor Amended Claims - Ordered

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||  Remaining Claim Amount ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Appraisal Expediters | 07-10436 | 384 | 07-10421 | 1583 | $0.00 | $0.00 | $0.00 | $10,355.00 | $10,355.00 | $0.00 | $0.00 | $11,175.00 | $0.00 | $11,175.00 |
| United Virginia Title LLC | 07-10416 | 45 | 07-10421 | 864 | $0.00 | $0.00 | $0.00 | $48,500.00 | $48,600.00 | $0.00 | $0.00 | $2,425.00 | $46,175.00 | $48,600.00 |
| **Claims To Be Expunged Totals** | | | | 2 | $0.00 | $0.00 | $0.00 | $58,635.00 | $58,635.00 | $0.00 | $0.00 | $13,600.00 | $46,175.00 | $59,775.00 |