2nd Omnibus

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit B (1)
## Books and Records - Continued

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Silver Key Property Corp<br>11646 N California Blvd Ste 250<br>Walnut Creek, CA 94596 | 07-10419 | 3245 | $0.00 | $0.00 | $0.00 | $120,551.20 | $120,551.20 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Claims To Be Expunged Totals | | 1 | $0.00 | $0.00 | $0.00 | $120,551.20 | $120,551.20 |

2nd Omnibus

## Exhibit B (2)
## Books and Records - Objection Withdrawn

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Webb Mason<br>10850 Gilroy Rd<br>Hunt Valley, MD 21031 | 07-10421 | 340 | $0.00 | $0.00 | $0.00 | $234,176.92 | $234,176.92 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Claims To Be Expunged Totals | | 1 | $0.00 | $0.00 | $0.00 | $234,176.92 | $234,176.92 |

2nd Omnibus

## Exhibit B (3)
## Books and Records - Ordered

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | To Be Expunged Claim Amount Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Accuvant Inc<br>621 17th St Ste 2425<br>Denver, CO 80293 | 07-10419 | 3277 | $0.00 | $0.00 | $0.00 | $57,155.10 | $57,155.10 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Andrew Barlow<br>25667 Michelson Dr No G135<br>Irvine, CA 92612 | 07-10419 | 150 | $0.00 | $0.00 | $10,080.00 | $10,000.00 | $20,080.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Appraisals By Sam<br>11970 E Stillwater Wy<br>Redding, CA 96003 | 07-10416 | 313 | $0.00 | $0.00 | $0.00 | $655.31 | $655.31 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Brad Sorahel<br>3053 Rancho Vista Blvd Ste H208<br>Palmdale, CA 93551 | 07-10417 | 320 | $0.00 | $0.00 | $252,000.00 | $0.00 | $252,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Brian C Taylor<br>2224 Old Cedar Mill Rd<br>Simsbury, CT 06489 | 07-10416 | 157 | $0.00 | $0.00 | $13,259.57 | $0.00 | $13,259.57 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Cameron W Petrie<br>5303 Wickstock Way<br>Lutz, FL 33558 | 07-10419 | 29 | $0.00 | $0.00 | $130,000.00 | $0.00 | $130,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Cary C Lombard<br>19954 Indiana Ave<br>Kenner, LA 70062 | 07-10417 | 1552 | $0.00 | $0.00 | $1,841.92 | $0.00 | $1,841.92 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Christina Gasperino<br>14017 Citrus Crest Cir<br>Tampa, FL 33625 | 07-10419 | 248 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Coesafund Alta Greater Houston III LP GH III Management LLC<br>10575 Katy Frwy Ste 100<br>Houston, TX 77024 | 07-10416 | 3102 | $0.00 | $0.00 | $0.00 | $49,417.83 | $49,417.83 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

Page 1

2nd Omnibus

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit B (3)
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Cordovan Ventures<br>1901 Central Dr Ste 740<br>Bedford, TX 76021 | 07-10421 | 694 | $0.00 | $0.00 | $0.00 | $11,270.00 | $11,270.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Diane Banks<br>6666 W Washington Ave No 660<br>Las Vegas, NV 89107 | 07-10416 | 76 | $0.00 | $0.00 | $1,240.38 | $0.00 | $1,240.38 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Diane Banks<br>6666 W Washington Ave No 660<br>Las Vegas, NV 89107 | 07-10421 | 85 | $0.00 | $0.00 | $1,240.38 | $0.00 | $1,240.38 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Dianne Rousseau<br>228 20th St Unit A<br>Huntington Beach, CA 92648 | 07-10416 | 73 | $0.00 | $0.00 | $2,842.00 | $0.00 | $2,842.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Direct Business Solutions Inc<br>13046 Racetrack Rd 121<br>Tampa, FL 33626 | 07-10416 | 1162 | $0.00 | $0.00 | $20,840.00 | $0.00 | $20,840.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Dorothy Washington<br>116 Twilight Blue Ave<br>N Las Vegas, NV 89032 | 07-10421 | 16 | $0.00 | $0.00 | $0.00 | $1,275.32 | $1,275.32 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Dorothy Washington<br>116 Twilight Blue Ave<br>N Las Vegas, NV 89032 | 07-10416 | 77 | $0.00 | $0.00 | $1,275.32 | $0.00 | $1,275.32 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Francisco Ames<br>3852 Angel Flight Dr<br>Las Vegas, NV 89115 | 07-10421 | 72 | $0.00 | $0.00 | $841.81 | $0.00 | $841.81 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Francisco Ames<br>3852 Angel Flight Dr<br>Las Vegas, NV 89115 | 07-10421 | 82 | $0.00 | $0.00 | $841.81 | $0.00 | $841.81 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

To Be Expunged Claim Amount

2nd Omnibus

**Exhibit B (3)**
**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Girard Brian Keith<br>1401 W Balboa Blvd B<br>Newport Beach, CA 92661 | 07-10419 | 1073 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Horizon Research Corporation<br>4455 Wilshire Blvd Ste 1010<br>Los Angeles, CA 90036 | 07-10419 | 1257 | $0.00 | $0.00 | $118,635.55 | $0.00 | $118,635.55 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Irene Boydstun<br>105 Harvard<br>Amarillo, TX 79109 | 07-10416 | 1650 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| James Sanclemente<br>40 E Walnut St<br>Milford, MA 01757 | 07-10416 | 476 | $0.00 | $0.00 | $0.00 | $2,095.51 | $2,095.51 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Jaodea Troy Scott<br>3123 Pleasant Ln<br>White House, TN 37188 | 07-10419 | 1659 | $0.00 | $0.00 | $1,672.99 | $0.00 | $1,672.99 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Jeff M Neal<br>1166 Adele Ln<br>San Marcos, CA 92078 | 07-10416 | 1577 | $0.00 | $0.00 | $0.00 | $18,750.00 | $18,750.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Jeff M Shaken<br>8005 Ivy Hill Ln<br>Orange, CA 92867 | 07-10417 | 1459 | $0.00 | $0.00 | $1,634.23 | $0.00 | $1,634.23 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Jeffrey M Bonner<br>22 Brentwood St<br>Springfield, MA 01108 | 07-10416 | 158 | $0.00 | $0.00 | $143,412.00 | $0.00 | $143,412.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Jessica Lynne Chiappone<br>707 East Pk Ave<br>Long Beach, NY 11561 | 07-10416 | 1310 | $0.00 | $0.00 | $3,600.00 | $0.00 | $3,600.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

Page 3

2nd Omnibus

Exhibit B (3)
Books and Records - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Josh C Fait<br>58 W Washington Ave<br>Ogurney, UT 84107 | 07-10416 | 999 | $0.00 | $0.00 | $861.80 | $0.00 | $861.80 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Cathy Kanemitsu<br>165 Halemaus Pl<br>Wailuku, HI 96793 | 07-10416 | 126 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Kristopher C Krebbs<br>6604 W Turito Dr<br>Glendale, AZ 55306 | 07-10421 | 43 | $0.00 | $0.00 | $1,250.00 | $0.00 | $1,250.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Leeda Kelly Barbosa<br>9220 Agate Ave NW<br>Albuquerque, NM 87120 | 07-10421 | 15 | $0.00 | $0.00 | $2,801.14 | $0.00 | $2,801.14 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Lisa Lou Diehl<br>9259 Tulip Trestle Ave<br>Las Vegas, NV 89148 | 07-10421 | 17 | $0.00 | $0.00 | $456.22 | $0.00 | $456.22 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Lisa Lou Diehl<br>9259 Tulip Trestle Ave<br>Las Vegas, NV 89148 | 07-10416 | 74 | $0.00 | $0.00 | $456.22 | $0.00 | $456.22 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Lisa M Luft<br>19225 Allan<br>Lake Elsinore, CA 92532 | 07-10416 | 1451 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Lois Tunison<br>4921 Sparkling Sky<br>Las Vegas, NV 89130 | 07-10421 | 39 | $0.00 | $0.00 | $1,051.50 | $0.00 | $1,051.50 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Lois Tunison<br>4921 Sparkling Sky<br>Las Vegas, NV 89130 | 07-10416 | 47 | $0.00 | $0.00 | $1,051.50 | $0.00 | $1,051.50 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

**Exhibit B (3)**
**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

2nd Omnibus

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | To Be Expunged Claim Amount Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Mark Lundborg dba The Real Estate Book 4312 Elder Ct Bakersfield, CA 93306 | 07-10421 | 162 | $0.00 | $0.00 | $3,238.67 | $3,238.67 | $6,477.34 |
| Comments: | | | The Debtors have no record of this liability on their Books and Records | | | | |
| Mark Lundborg dba The Real Estate Book 4312 Elder Ct Bakersfield, CA 93306 | 07-10420 | 161 | $0.00 | $0.00 | $3,238.67 | $0.00 | $3,238.67 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Mark Lundborg dba The Real Estate Book 4312 Elder Ct Bakersfield, CA 93306 | 07-10417 | 136 | $0.00 | $0.00 | $3,238.67 | $0.00 | $3,238.67 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Mark Lundborg dba The Real Estate Book 4312 Elder Ct Bakersfield, CA 93306 | 07-10419 | 138 | $0.00 | $0.00 | $3,238.67 | $0.00 | $3,238.67 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Mark Lundborg dba The Real Estate Book 4312 Elder Ct Bakersfield, CA 93306 | 07-10416 | 137 | $0.00 | $0.00 | $3,238.67 | $0.00 | $3,238.67 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Michael D Smith 5621 Charter Hills Rd Charlotte, NC 28277 | 07-10416 | 557 | $0.00 | $0.00 | $27,035.00 | $0.00 | $27,035.00 |
| Comments: | | | The Debtors have no record of this liability is their Books and Records | | | | |
| Mortgage Plus Funding Inc 4001 Butterfield Rd Ste 1115 Downers Grove, IL 60515 | 07-10416 | 57 | $0.00 | $0.00 | $10,864.00 | $0.00 | $10,864.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| National Field Representatives PO Box 1440 Claremont, NH 03743 | 07-10416 | 59 | $0.00 | $0.00 | $0.00 | $875,109.03 | $875,109.03 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Noah J Seymour 25 Kealea Wy No 11D Wailuku, HI 96793 | 07-10417 | 125 | $0.00 | $0.00 | $4,000.00 | $0.00 | $4,000.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

2nd Omnibus

# Exhibit B (3)
## Books and Records - Ordered

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Patty Geryk 17619 Weatherhill Houston, TX 77041 | 07-10416 | 731 | $0.00 | $0.00 | $880.00 | $0.00 | $880.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Pima Appraisal Group Llc 7851 E Wrightstown Rd Tucson, AZ 85715 | 07-10417 | 66 | $0.00 | $0.00 | $0.00 | $10,450.00 | $10,450.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Pima Appraisal Group Llc 7851 E Wrightstown Rd Tucson, AZ 85715 | 07-10417 | 794 | $0.00 | $0.00 | $0.00 | $10,400.00 | $10,400.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Pima Appraisal Group Llc 7851 E Wrightstown Rd Tucson, AZ 85715 | 07-10422 | 752 | $0.00 | $0.00 | $0.00 | $10,400.00 | $10,400.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Puerta Whenmar Freddy 119 Arnet Pl Woodridge, NJ 07075 | 07-10421 | 2294 | $0.00 | $0.00 | $337.78 | $0.00 | $337.78 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Ramy Rebuly 5233 Gallo Vista Ct Las Vegas, NV 89031 | 07-10422 | 38 | $0.00 | $0.00 | $361.39 | $0.00 | $361.39 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Ramy Rebuly 5233 Gallo Vista Ct Las Vegas, NV 89031 | 07-10416 | 50 | $0.00 | $0.00 | $361.39 | $0.00 | $361.39 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Rebecca Lynn Bell 3010 Edgewood Dr Lake Havasu City, AZ 86406 | 07-10421 | 9 | $0.00 | $0.00 | $2,746.73 | $0.00 | $2,746.73 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Rebecca Lynn Bell 3010 Edgewood Dr Lake Havasu City, AZ 86406 | 07-10416 | 90 | $0.00 | $0.00 | $2,746.73 | $0.00 | $2,746.73 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

2nd Omnibus

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit B (3)
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Robert S Freedman<br>42713 FontainBleau<br>Fremont, CA 94538 | 07-10416 | 1135 | $8,628.99 | $0.00 | $0.00 | $0.00 | $8,628.99 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Ryan Michael Nye<br>1171 W Silver Creek Rd<br>Gilbert, AZ 85233 | 07-10416 | 239 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Sababin, Vivian<br>6 Hines Ln<br>Riverside, CT 06878 | 07-10419 | 2095 | $0.00 | $0.00 | $10,950.00 | $611,439.56 | $622,389.56 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Sharon A Ferlene<br>51887 Raintree Rd<br>Pittsburgh, PA 15236 | 07-10419 | 21 | $0.00 | $0.00 | $130,000.00 | $0.00 | $130,000.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Sharon Magbuew<br>1019 N W 79th Circle<br>Vancouver, WA 98665 | 07-10416 | 168 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Susan Boyoan<br>5 Marston Rd<br>Flanders, NJ 07836 | 07-10416 | 2639 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Vital Signing Inc<br>5905 Brockton Ave Ste E<br>Riverside, CA 92506 | 07-10421 | 64 | $0.00 | $0.00 | $0.00 | $96.19 | $96.19 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Vivian Schelina<br>6 Hines Ln<br>Riverside, CT 06878 | 07-10416 | 2125 | $0.00 | $0.00 | $10,950.00 | $611,439.56 | $622,389.56 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| William M Woodward<br>3958 Mediterranean Ln<br>Lake Havasu City, AZ 86406 | 07-10416 | 7 | $0.00 | $0.00 | $2,856.15 | $0.00 | $2,856.15 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

Page 7

2nd Omnibus

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

## Exhibit B (3)
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| William M Woodward<br>3958 Mediterranean Ln<br>Lake Havasu City, AZ 86406 | 07-10421 | 8 | $0.00 | $0.00 | $2,866.15 | $0.00 | $2,866.15 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Claims To Be Expunged Totals | | 64 | $8,623.99 | $0.00 | $833,629.46 | $2,401,827.63 | $3,244,085.08 |