2nd Omnibus

# Exhibit C (1)
## Reduce / Reclassify - Continued

In re: New Century TRS Holdgs, Inc. et al.,
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| EMC Corporation<br>PO Box 5126<br>Timonium, MD 21094 | 07-10419 | 2599 | $0.00 | $0.00 | $12,553.41 | $131,654.65 | $144,208.06 | $0.00 | $0.00 | $0.00 | $131,651.65 | $131,651.65 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due ||||||||||
| Estie K Hill dba Farallon Enterprises<br>7756 Dos Palos Ln<br>Sebastopol, CA 95472-5315 | 07-10416 | 60 | $0.00 | $0.00 | $21,900.00 | $28,100.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due ||||||||||
| PFS Marketwyse<br>49 Minnisink Rd<br>Totowa, NJ 07512 | 07-10417 | 450 | $0.00 | $0.00 | $0.00 | $134,770.00 | $134,770.00 | $0.00 | $0.00 | $0.00 | $132,775.00 | $132,775.00 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due ||||||||||
| Claims To Be Expunged Totals | | 3 | $0.00 | $0.00 | $34,453.41 | $294,524.65 | $328,978.06 | $0.00 | $0.00 | $0.00 | $294,426.65 | $294,426.65 |

2nd Omnibus

# Exhibit C (2)
## Reduce / Reclassify - Objection Withdrawn

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||  Reduced/Reclassified Claim Amount ||||
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Frost Brown Todd LLC<br>P O Box 70087<br>Louisville, KY 40270 | 07-10416 | 1585 | $0.00 | $0.00 | $44,216.11 | $0.00 | $44,216.11 | $0.00 | $0.00 | $0.00 | $23,305.90 | $23,305.90 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| jjeb mason Inc<br>PO Box 17289<br>Baltimore, MD 21297-3289 | 07-10421 | 858 | $0.00 | $0.00 | $0.00 | $245,496.00 | $245,496.74 | $0.00 | $0.00 | $0.00 | $203,981.01 | $203,981.01 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Claims To Be Expunged Totals | | 2 | $0.00 | $0.00 | $44,216.11 | $245,496.00 | $289,711.85 | $0.00 | $0.00 | $0.00 | $227,290.91 | $227,290.91 |

2nd Omnibus

# Exhibit C (3)
# Reduce / Reclassify - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount ||||
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Adecco USA Inc Successor to the Assets of Corelink Staffing Services Inc<br>175 Broad Hollow Rd<br>Melville, NY 11747-4905 | 07-10419 | 437 | $0.00 | $0.00 | $0.00 | $79,129.69 | $79,129.69 | $0.00 | $0.00 | $0.00 | $78,734.49 | $78,734.49 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Aerotek Inc<br>7301 Parkway Dr<br>Hanover, MD 21076 | 07-10419 | 259 | $0.00 | $0.00 | $0.00 | $43,247.26 | $43,247.26 | $0.00 | $0.00 | $0.00 | $37,273.50 | $37,273.50 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Albert M Roth<br>467 33rd St<br>Manhattan Beach, CA 90266 | 07-10419 | 165 | $0.00 | $0.00 | $20,048.26 | $0.00 | $20,048.26 | $0.00 | $0.00 | $10,950.00 | $9,091.70 | $20,041.70 |
| Comments: Claim is in excess of statutory priority cap |
| Alexandra T Piacenza<br>37 Fillmore<br>Irvine, CA 92620 | 07-10416 | 75 | $0.00 | $0.00 | $16,893.94 | $0.00 | $16,893.94 | $0.00 | $0.00 | $10,950.00 | $5,943.94 | $16,893.94 |
| Comments: Claim is in excess of statutory priority cap |
| American Heritage Lending Corporation<br>65 Enterprise No 420<br>Aliso Viejo, CA 92656 | 07-10416 | 646 | $0.00 | $0.00 | $0.00 | $17,620.50 | $17,620.50 | $0.00 | $0.00 | $0.00 | $13,715.25 | $13,715.25 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| American Ventures Property Fund I Ltd<br>Hunton & Williams LLP 1111 Brickell Ave Ste 2500<br>Miami, FL 33131 | 07-10421 | 2625 | $2,800.00 | $0.00 | $0.00 | $36,709.56 | $39,509.56 | $0.00 | $0.00 | $0.00 | $33,909.56 | $33,909.56 |
| Comments: Claim should be reduced and allowed because landlord is currently holding a security deposit that can be applied to offset landlord's rejection damage calculation |
| Appraisal Expediters<br>1925 Helen Rd<br>Pleasant Hill, CA 94523-2711 | 07-10421 | 1583 | $0.00 | $0.00 | $11,175.00 | $0.00 | $11,175.00 | $0.00 | $0.00 | $5,681.82 | $6,450.00 | $9,450.00 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Ascent Home Loans Inc<br>6465 S Greenwood Plz Blvd 800<br>Englewood, CO 80111 | 07-10419 | 1119 | $0.00 | $0.00 | $0.00 | $21,137.90 | $21,137.90 | $0.00 | $0.00 | $0.00 | $18,853.65 | $18,853.65 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Beverlee Stewart<br>5590 Madrid Ct<br>Sparks, NV 89436 | 07-10421 | 40 | $0.00 | $0.00 | $17,741.93 | $0.00 | $17,741.93 | $0.00 | $0.00 | $5,681.82 | $0.00 | $5,681.82 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |

2nd Omnibus

## Exhibit C (3)
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Bonny O'Neill
524 Clubhouse Ave Apt C
Newport Beach, CA 92663 | 07-10419 | 1354 | $0.00 | $0.00 | $752.25 | $0.00 | $752.25 | $0.00 | $0.00 | $593.64 | $0.00 | $593.64 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Breeida Almaraz
2426 E 113th St
Los Angeles, CA 90059 | 07-10419 | 1288 | $0.00 | $0.00 | $1,051.20 | $0.00 | $1,051.20 | | | $905.10 | $0.00 | $905.10 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Brookwood Century Springs East LLP
Smith Gambrell & Russell LLP 1230 Peachtree St
Ste 3100
Atlanta, GA 30309 | 07-10421 | 3108 | $0.00 | $0.00 | $27,495.65 | $0.00 | $27,495.65 | $0.00 | $0.00 | $0.00 | $23,603.99 | $23,603.99 |
| Comments: Claim should be reduced and allowed because landlord is currently holding a security deposit that can be applied to offset landlords rejection damage calculation | | | | | | | | | | | | |
| Bruce P Ironmonger
PO Box 754
Beonsall, CA 92003 | 07-10416 | 627 | $0.00 | $0.00 | $18,750.00 | $0.00 | $18,750.00 | $0.00 | $0.00 | $0.00 | $16,050.00 | $16,050.00 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Camel Square LLC
2406 E Arizona Biltmore Cir No 1306
Phoenix, AZ 85016 | 07-10421 | 1781 | $0.00 | $0.00 | $0.00 | $93,127.89 | $93,127.89 | $0.00 | $0.00 | $0.00 | $87,446.89 | $87,446.89 |
| Comments: Claim should be reduced and allowed because landlord is currently holding a security deposit that can be applied to offset landlords rejection damage calculation | | | | | | | | | | | | |
| Century West Associates LLC
158 26th St Ste 111
Santa Monica, CA 90403 | 07-10419 | 105 | $0.00 | $0.00 | $12,350.00 | $0.00 | $12,350.00 | $0.00 | $0.00 | $0.00 | $6,695.00 | $6,695.00 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Chandy C Nheau
6703 E Stearns St
Long Beach, CA 90815 | 07-10419 | 590 | $0.00 | $0.00 | $5,937.90 | $0.00 | $5,937.90 | $0.00 | $0.00 | $5,987.47 | $0.00 | $5,987.47 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Charlene P Murphy
2701 Chett Cove
Round Rock, TX 78681 | 07-10416 | 574 | $0.00 | $0.00 | $3,429.73 | $0.00 | $3,429.73 | $0.00 | $0.00 | $1,986.35 | $0.00 | $1,986.35 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Christine Emeterio
1001 Rock Wy
Sparks, NV 89441 | 07-11421 | 41 | $0.00 | $0.00 | $1,258.64 | $0.00 | $1,258.64 | $0.00 | $0.00 | $752.55 | $0.00 | $752.55 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |

2nd Omnibus

## Exhibit C (3)
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount ||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Central Point Solutions Msa & Sow<br>201 Route 17 North<br>Rutherford, NJ 07070 | 07-10416 | 2353 | $0.00 | $0.00 | $0.00 | $39,221.20 | $39,221.20 | $0.00 | $0.00 | $0.00 | $35,692.20 | $35,692.20 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Corestaff Services LP<br>175 St. James Pl No 300<br>Houston, TX 77056 | 07-10416 | 608 | $0.00 | $0.00 | $0.00 | $255,235.50 | $255,235.50 | $0.00 | $0.00 | $0.00 | $250,510.51 | $250,510.51 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Damco S Lam<br>3792 Friendship Ave<br>Pico Rivera, CA 90660 | 07-10416 | 592 | $0.00 | $0.00 | $3,961.08 | $0.00 | $3,961.08 | $0.00 | $0.00 | $3,741.66 | $0.00 | $3,741.66 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Douglas Appraisal Associates Inc<br>18459 Pines Blvd Ste 320<br>Pembroke Pines, FL 33029 | 07-10416 | 396 | $0.00 | $0.00 | $0.00 | $11,550.00 | $11,550.00 | $0.00 | $0.00 | $0.00 | $11,000.00 | $11,000.00 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Egil Rian<br>18642 Silver Maple Way<br>Santa Ana, CA 92705 | 07-10419 | 599 | $0.00 | $0.00 | $2,924.60 | $0.00 | $2,924.60 | $0.00 | $0.00 | $2,495.59 | $0.00 | $2,495.59 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Elisa Hernandez<br>11500 Crooked Creek Dr<br>Pflugerville, TX 78660 | 07-10416 | 511 | $0.00 | $0.00 | $2,582.85 | $0.00 | $2,582.85 | $0.00 | $0.00 | $1,493.89 | $0.00 | $1,493.89 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Ellison Appraisal Service<br>PO Box 580<br>Battle Ground, WA 98604-0580 | 07-10416 | 467 | $0.00 | $0.00 | $400.00 | $0.00 | $400.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 |
| Comments: No basis for priority status |
| Equifax<br>3100 Abernathy Rd Ste 300 Mail Drop 12D<br>Atlanta, GA 30328 | 07-10416 | 1609 | $0.00 | $0.00 | $0.00 | $93,716.19 | $93,716.19 | $0.00 | $0.00 | $0.00 | $77,754.23 | $77,754.23 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Financial Capital Inc<br>2123 Hilltop Dr<br>Redding, CA 96003 | 07-10419 | 425 | $0.00 | $0.00 | $0.00 | $33,978.50 | $33,978.50 | $0.00 | $0.00 | $0.00 | $14,128.50 | $14,128.50 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |

2nd Omnibus

# Exhibit C (3)
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdings, Inc. et al.,
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| First Advantage Credco 12395 First American Way 11 Poway, CA 92064 | 07-10416 | 683 | $0.00 | $0.00 | $0.00 | $2,837.00 | $2,837.00 | $0.00 | $0.00 | $0.00 | $2,659.00 | $2,659.00 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||
| First American Home Loans Inc 500 N State College Blvd No 1150 Orange, CA 92868 | 07-10419 | 207 | $0.00 | $0.00 | $0.00 | $143,591.94 | $143,591.94 | $0.00 | $0.00 | $0.00 | $59,708.03 | $59,708.03 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||
| Gail A English And Michael P English Trust 172 S Main St Pmb 363 Salinas, CA 93901-2204 | 07-10416 | 2158 | $0.00 | $0.00 | $0.00 | $93,959.98 | $93,959.98 | $0.00 | $0.00 | $0.00 | $88,372.48 | $88,372.48 |
| Comments: Claim should be reduced and allowed because Debtors' landlord is currently holding a security deposit that can be applied to offset landlords rejection damage calculation |||||||||||||
| Hacienda Rd 7901 Llc 7901 Stoneridge Dr Pleasanton, CA 94588 | 07-10419 | 2637 | $7,969.31 | $0.00 | $0.00 | $7,551.29 | $15,520.60 | $0.00 | $0.00 | $0.00 | $7,524.53 | $7,524.53 |
| Comments: Claim should be reduced and allowed because Debtors' landlord is currently holding a security deposit that can be applied to offset landlords rejection damage calculation |||||||||||||
| Hanh My Paquette 4957 E Quinn Dr Anaheim Hills, CA 92808 | 07-10419 | 190 | $0.00 | $0.00 | $10,210.00 | $0.00 | $10,210.00 | $0.00 | $0.00 | $8,482.76 | $0.00 | $8,482.76 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||
| Horizon Research Corporation 6455 Wilshire Blvd Ste 1010 Los Angeles, CA 90036 | 07-10421 | 1252 | $0.00 | $0.00 | $0.00 | $261,747.33 | $261,747.33 | $0.00 | $0.00 | $0.00 | $205,182.76 | $205,182.76 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||
| IDirect Marketing Inc 4880 Research Dr Ste 100 Irvine, CA 92618 | 07-10421 | 198 | $0.00 | $0.00 | $0.00 | $264,286.00 | $264,286.00 | $0.00 | $0.00 | $0.00 | $212,796.62 | $212,796.62 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||
| Ikon Office Solutions Accounts Receivable Center 1920 Arkwright Rd Ste 490 Macon, GA 31210 | 07-10417 | 580 | $0.00 | $0.00 | $0.00 | $5,426.92 | $5,426.92 | $0.00 | $0.00 | $0.00 | $4,850.00 | $4,850.00 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||
| Intellisyn Corp 175 Derby St Unit 40 Hingham, MA 02043 | 07-10416 | 1262 | $0.00 | $0.00 | $50,300.00 | $0.00 | $10,300.00 | $0.00 | $0.00 | $0.00 | $10,300.00 | $10,300.00 |
| Comments: No basis for priority status |||||||||||||

Page 4

2nd Omnibus

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

## Exhibit C (3)
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Jeff B Magy 26043 Buena Vista Ct Laguna Hills, CA 92653 | 07-10419 | 406 | $0.00 | $0.00 | $813.69 | $0.00 | $813.69 | $0.00 | $0.00 | $742.79 | $0.00 | $742.79 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Jennifer M Zaile 56 Vela Ct Coto De Caza, CA 92679 | 07-10421 | 382 | $0.00 | $0.00 | $10,950.00 | $0.00 | $10,950.00 | $0.00 | $0.00 | $10,015.12 | $0.00 | $10,015.12 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Joann Fanucchi 98016 Oxenberg Mission Viejo, CA 92692 | 07-10419 | 349 | $0.00 | $0.00 | $14,029.05 | $0.00 | $14,029.05 | $0.00 | $0.00 | $9,057.87 | $0.00 | $9,057.87 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Jodi A Clark 19321 183rd Ave Ct E Graham, WA 98338 | 07-10416 | 149 | $0.00 | $0.00 | $2,708.12 | $0.00 | $2,708.12 | $0.00 | $0.00 | $1,644.33 | $0.00 | $1,644.33 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Julie Ann Owen 4733 North Rio De Flag Flagstaff, AZ 86004 | 07-10421 | 391 | $0.00 | $0.00 | $1,238.70 | $957.82 | $2,196.52 | $0.00 | $0.00 | $1,081.70 | $0.00 | $1,081.70 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Keane Inc 100 City Square Boston, MA 02129 | 07-10417 | 712 | $0.00 | $0.00 | $0.00 | $89,673.50 | $89,673.50 | $0.00 | $0.00 | $0.00 | $86,993.50 | $86,993.50 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Kelly Oneal 22 Orange Hill San Antonio, TX 78230 | 07-10417 | 787 | $0.00 | $0.00 | $3,567.30 | $3,861.00 | $7,427.13 | $0.00 | $0.00 | $3,691.36 | $0.00 | $3,691.36 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Kelly Trinh 2440 Sabre Lane Westminster, CA 92683 | 07-10417 | 774 | $0.00 | $0.00 | $5,441.00 | $5,441.00 | $10,882.68 | $0.00 | $0.00 | $5,441.34 | $0.00 | $5,441.34 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Koala Miami Realty Holding Co Akerman Senterfitt 350 E Las Olas Blvd STE 1600 Fort Lauderdale, FL 33301 | 07-10419 | 2479 | $0.00 | $0.00 | $0.00 | $60,935.32 | $60,935.32 | $0.00 | $0.00 | $0.00 | $55,636.42 | $55,636.42 |
| Comments: Claim should be reduced and allowed because landlord is currently holding a security deposit that can be applied to offset landlords rejection damage calculation | | | | | | | | | | | | |

**In re: New Century TRS Holdgs, Inc., et al.**
**Case No. 07-10416 (KJC)**

**2nd Omnibus**
**Exhibit C (3)**
**Reduce / Reclassify – Ordered**

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Kahn Heidi C<br>PO Box 3821<br>Long Beach, CA 90853 | 07-10421 | 1851 | $0.00 | $0.00 | $2,329.12 | $0.00 | $2,329.12 | $0.00 | $0.00 | $2,149.96 | $0.00 | $2,149.96 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||
| KW Properties Ltd t/a Fairmot Fairbrook 960 Fulton Ave<br>Sacramento, CA 95825 | 07-10416 | 582 | $5,383.90 | $0.00 | $0.00 | $135,559.70 | $140,943.60 | $0.00 | $0.00 | $0.00 | $135,559.70 | $135,559.70 |
| **Comments:** Claim should be reduced and allowed because landlord is currently holding a security deposit that can be applied to offset landlords rejection damage calculation |||||||||||||
| Loanleaders of America Inc<br>2081 Business Ctr Dr No 150<br>Irvine, CA 92612 | 07-10419 | 22 | $0.00 | $0.00 | $0.00 | $37,065.15 | $37,065.15 | $0.00 | $0.00 | $0.00 | $22,425.00 | $22,425.00 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||
| Love Appraisal Service<br>2 Auburn Way N Ste 207<br>Auburn, WA 98002 | 07-10421 | 201 | $0.00 | $0.00 | $2,475.00 | $0.00 | $2,475.00 | $0.00 | $0.00 | $0.00 | $2,475.00 | $2,475.00 |
| **Comments:** No basis for priority status |||||||||||||
| Lowen MyBala.com<br>Frank Gecker LLP 325 N LaSalle Ste 625<br>Chicago, IL 60610 | 07-10421 | 673 | $0.00 | $0.00 | $0.00 | $2,805,107.00 | $2,805,107.00 | $0.00 | $0.00 | $0.00 | $1,241,871.00 | $1,241,871.00 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||
| MacLeod Appraisal<br>925 Reservoir Ave<br>Cranston, RI 02910 | 07-10419 | 188 | $0.00 | $0.00 | $0.00 | $1,825.00 | $1,825.00 | $0.00 | $0.00 | $0.00 | $1,550.00 | $1,550.00 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||
| Michelle Imperial<br>718 S Carrison Grande<br>Anaheim, CA 92807 | 07-10416 | 283 | $0.00 | $0.00 | $10,950.00 | $0.00 | $10,950.00 | $0.00 | $0.00 | $5,280.92 | $0.00 | $5,280.92 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||
| Nancy J Dreyer<br>9220 Lacroix Ct<br>Bakersfield, CA 93311 | 07-10416 | 300 | $0.00 | $0.00 | $3,838.57 | $0.00 | $3,838.57 | $0.00 | $0.00 | $2,275.17 | $0.00 | $2,275.17 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||
| New World Mortgage Inc<br>27455 Tierra Alta Way<br>Temecula, CA 92590 | 07-10416 | 288 | $0.00 | $0.00 | $0.00 | $134,332.50 | $134,332.50 | $0.00 | $0.00 | $0.00 | $105,076.09 | $105,076.09 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||

2nd Omnibus

# Exhibit C (3)
# Reduce / Reclassify - Ordered

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| OR Kruse Woods LLC<br>Attn Cindy Laurila 5335 Meadows Rd Ste 275<br>Lake Oswego, OR 97035 | 07-10419 | 1966 | $9,573.90 | $0.00 | $0.00 | $36,382.00 | $45,955.90 | $0.00 | $0.00 | $0.00 | $36,382.00 | $36,382.00 |
| Comments: Claim should be reduced and allowed because landlord is currently holding a security deposit that can be applied to offset landlords rejection damage calculation. | | | | | | | | | | | | |
| Optisource Technical LLC<br>3700 Campus Dr Ste 100<br>Newport Beach, CA 92660 | 07-10419 | 175 | $0.00 | $0.00 | $27,037.71 | $0.00 | $27,037.71 | $0.00 | $0.00 | $27,037.71 | $0.00 | $27,037.71 |
| Comments: No basis for priority status | | | | | | | | | | | | |
| Pacific Communities Builder Inc<br>1000 Dove St Ste 100<br>Newport Beach, CA 92660 | 07-10423 | 725 | $0.00 | $0.00 | $0.00 | $120,000.00 | $120,000.00 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Patricia Waters<br>13460 Sagewood Dr<br>Poway, CA 92064 | 07-10417 | 640 | $0.00 | $0.00 | $13,759.32 | $0.00 | $13,759.32 | $0.00 | $0.00 | $10,950.00 | $2,809.32 | $13,759.32 |
| Comments: Claim is in excess of statutory priority cap | | | | | | | | | | | | |
| Paula Patrzold dba The Appraisal Group South<br>3102 N Ocean Blvd<br>Myrtle Beach, SC 29577 | 07-10416 | 54 | $0.00 | $0.00 | $900.00 | $0.00 | $900.00 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Rey H Biedjely<br>3042 Seminole<br>Tustin, CA 92782 | 07-10426 | 453 | $0.00 | $0.00 | $3,088.80 | $0.00 | $3,088.80 | $0.00 | $0.00 | $0.00 | $1,727.43 | $1,727.43 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Robert Joseph Conners<br>100 Stony Point Rd Ste 245<br>Santa Rosa, CA 95401 | 07-10416 | 113 | $0.00 | $0.00 | $1,075.00 | $0.00 | $1,075.00 | $0.00 | $0.00 | $0.00 | $725.00 | $725.00 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Romald Niko<br>20259 Wyn Terrace<br>Walnut, CA 91789 | 07-10419 | 53 | $0.00 | $0.00 | $18,134.39 | $0.00 | $18,134.39 | $0.00 | $0.00 | $10,950.00 | $7,184.39 | $18,134.39 |
| Comments: Claim is in excess of statutory priority cap | | | | | | | | | | | | |
| Rusty C Pharyong<br>16 Appomattox<br>Irvine, CA 92620 | 07-10419 | 682 | $0.00 | $0.00 | $6,025.06 | $0.00 | $6,025.06 | $0.00 | $0.00 | $5,990.88 | $0.00 | $5,990.88 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |

Page 7

## Exhibit C (3)
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| 2nd Omnibus | | | | | | | | | | | | |
| State Financial Services Llc
3600 N Central Ave Ste No 305
Phoenix, AZ 85004 | 07-10416 | 231 | $0.00 | $0.00 | $0.00 | $28,065.75 | $28,065.75 | $0.00 | $0.00 | $0.00 | $26,947.00 | $26,947.00 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Stephen R Bradley
30222 Poplar Bluff Court
Yorba Linda, CA 92886 | 07-10416 | 589 | $0.00 | $0.00 | $5,020.86 | $0.00 | $5,020.86 | $0.00 | $0.00 | $4,664.57 | $0.00 | $4,664.57 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Strategic Capital Mortgage
380 Tower Dr 7th Fl
Troy, MI 48098 | 07-10419 | 2007 | $0.00 | $0.00 | $10,950.00 | $26,401.79 | $37,351.79 | $0.00 | $0.00 | $0.00 | $35,823.14 | $35,823.14 |
| Comments: No basis for priority status; Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Sungard Availability Services LP
680 E Swedesford Rd
Wayne, PA 19087 | 07-10416 | 428 | $0.00 | $54,628.00 | $0.00 | $614.80 | $55,242.80 | $0.00 | $0.00 | $0.00 | $36,828.00 | $36,828.00 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Synergy Capital Mortgage Corp
27130A Paseo Espada No 1424
San Juan Capistrano, CA 92675 | 07-10419 | 147 | $0.00 | $0.00 | $0.00 | $88,029.85 | $88,029.85 | $0.00 | $0.00 | $0.00 | $32,448.79 | $32,448.79 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| The Lending Connection Inc
849 South Coast Dr Ste 200
Costa Mesa, CA 92626 | 07-10419 | 196 | $0.00 | $0.00 | $0.00 | $129,915.56 | $129,915.56 | $0.00 | $0.00 | $0.00 | $70,706.97 | $70,706.97 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Tiffany L Whitford
7044 427th Ave SE
North Bend, WA 98045 | 07-10419 | 616 | $0.00 | $0.00 | $2,957.53 | $0.00 | $2,957.53 | $0.00 | $0.00 | $1,462.03 | $0.00 | $1,462.03 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Traci Nocito
3211 Black Birch Ln
Furlong, PA 18925 | 07-10421 | 217 | $0.00 | $0.00 | $7,038.19 | $0.00 | $7,038.19 | $0.00 | $0.00 | $5,115.87 | $0.00 | $5,115.87 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Trimark Funding Inc
5101 E La Palma Ave Ste 206
Anaheim, CA 92807 | 07-10416 | 171 | $0.00 | $0.00 | $0.00 | $60,291.50 | $60,291.50 | $0.00 | $0.00 | $0.00 | $36,877.30 | $36,877.30 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |

2nd Omnibus

# Exhibit C (3)
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| United Virginia Title Llc<br>315 S Washington St<br>Alexandria, VA 22314 | 07-10421 | 864 | $0.00 | $0.00 | $2,425.00 | $46,175.00 | $48,600.00 | $0.00 | $0.00 | $0.00 | $41,473.75 | $41,473.75 |
| Comments: | | | No basis for priority status; Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| US Financial Funding Inc<br>2100 W Orangewood Ave Ste 200<br>Orange, CA 92868 | 07-10419 | 203 | $0.00 | $0.00 | $0.00 | $26,679.01 | $26,679.01 | $0.00 | $0.00 | $0.00 | $32,456.09 | $32,456.09 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| Valuation Strategies<br>33175 Hwy 79 South No A-413<br>Temecula, CA 92592 | 07-10419 | 726 | $0.00 | $0.00 | $0.00 | $14,725.00 | $14,725.00 | $0.00 | $0.00 | $0.00 | $31,875.00 | $31,875.00 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| Vicki Cho Estrada<br>24217 Nottingham Court<br>Valencia, CA 91355 | 07-10417 | 1104 | $0.00 | $0.00 | $4,687.50 | $0.00 | $4,687.50 | $0.00 | $0.00 | $0.00 | $4,687.50 | $4,687.50 |
| Comments: | | | No basis for priority status | | | | | | | | | |
| Vital Signing Inc<br>5905 Brockton Ave Ste E<br>Riverside, CA 92506 | 07-10421 | 65 | $0.00 | $0.00 | $0.00 | $421.34 | $421.34 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| Claims To Be Expunged Totals | | 77 | $25,727.11 | $54,628.80 | $282,082.39 | $4,633,707.99 | $4,996,145.30 | $0.00 | $0.00 | $114,534.74 | $3,420,822.93 | $3,535,357.67 |