3rd Omnibus

Exhibit A
**Equity Claims - Ordered**

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claims Number | Filed Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Arvetta J Loss<br>221 Washington Ave<br>Omro, WI 54963 | 07-10416 | 1814 | $0.00 | $0.00 | $0.00 | $3,880.25 | $3,880.25 |
| Jadaie Byczenski & Alec Hansen<br>1911 9th St<br>Plover, WI 54467 | 07-10416 | 1711 | $0.00 | $0.00 | $0.00 | $7,772.11 | $7,772.11 |
| Betty J Fisch<br>2024 Crestwood Dr<br>Oshkosh, WI 54904 | 07-10416 | 1745 | $0.00 | $0.00 | $0.00 | $3,452.81 | $3,452.81 |
| Blinie D Higgins<br>PO Box 57<br>Santa Fe, TX 77517 | 07-10417 | 1688 | $0.00 | $0.00 | $0.00 | $12,430.08 | $12,430.08 |
| Bogdan Daniel Macovei<br>15867 Los Arcos Way<br>Buena Pk, CA 90620 | 07-10415 | 1784 | $0.00 | $0.00 | $0.00 | $540.00 | $540.00 |
| Carolyn Kees<br>1402 S Laurent No 18<br>Victoria, TX 77901 | 07-10415 | 1907 | $0.00 | $0.00 | $0.00 | $7,621.97 | $7,621.97 |
| Ed Batten & Faye Batten<br>1348 Bullhead Rd<br>Bailey, NC 27807 | 07-10417 | 1642 | $0.00 | $0.00 | $0.00 | $5,395.50 | $5,395.50 |
| Edem Mathe<br>2 Trumpet Vine<br>Irvine, CA 92603 | 07-10419 | 2099 | $0.00 | $0.00 | $1,600.00 | $4,875.12 | $6,475.12 |
| Corstance C Wood<br>145 Chester Rd<br>Devon, PA 19333 | 07-30416 | 3305 | $0.00 | $0.00 | $6,749.00 | $0.00 | $6,749.00 |

**3rd Omnibus**

**Exhibit A**
**Equity Claims - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Donald Leisering & Karen Leisering, 51100 W Cameron Ave, Butler, WI 53007 | 07-10416 | 1817 | $0.00 | $0.00 | $0.00 | $15,722.05 | $15,722.05 |
| Donald W Leisering, 51100 W Cameron Ave, Butler, WI 53007 | 07-10416 | 1918 | $0.00 | $0.00 | $0.00 | $10,933.06 | $10,933.06 |
| Donna Dettmann, 384 County Rd 982, Iuka, MS 38852 | 07-10416 | 1789 | $0.00 | $0.00 | $0.00 | $4,442.93 | $4,442.93 |
| Donna L Wallis, 14591 Marsh View Dr, Jacksonville Bch, FL 32250 | 07-10417 | 2527 | $0.00 | $0.00 | $0.00 | $1,944.45 | $1,944.45 |
| DuWayne & Nancy Baxter, Narozzz Pl, Red Springs Village, AR 71909 | 07-10417 | 2001 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| E D Sims, 76697 County M, Greenfield, WI 53904 | 07-10416 | 1899 | $0.00 | $0.00 | $0.00 | $29,334.94 | $29,334.94 |
| Edward Eleanore DeKraKra, 3150 Lexington Ave No 317, Shoreview, MN 55126 | 07-10417 | 2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Elaine C Steger, 37 Tiberon Wyy, Hot Springs Village, AR 77999 | 07-10417 | 1993 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Fred V Vellance & Virginia F Vellance, Vellance R Trust $ 21 03 Ten Com 3451 6 Hwy 107, Cabot, AR 72023 | 07-10417 | 1615 | $0.00 | $0.00 | $0.00 | $23,432.63 | $23,432.63 |

**3rd Omnibus**

**Exhibit A**
**Equity Claims - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Fred W & Margurette Wintermeed<br>514 E Roosevelt Ave<br>New Castle, DE 19720 | 07-10417 | 2468 | $0.00 | $0.00 | $0.00 | $3,536.88 | $3,536.88 |
| Gayle R Bacon<br>4694 7th Ln<br>Hancock, WI 54943 | 07-10416 | 1743 | $0.00 | $0.00 | $0.00 | $13,345.56 | $13,345.56 |
| Gayle R Bacon and Linda M Bacon<br>N4694 7th Ln<br>Hancock, WI 54943 | 07-10416 | 1744 | $0.00 | $0.00 | $0.00 | $7,367.76 | $7,367.76 |
| Gennice Denali Willis<br>12017 Dahoon Dr<br>Oklahoma City, OK 73120 | 07-10416 | 1843 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| Gerald G & Luanne G Prestbo<br>6650 Wood Ave<br>Wisconsin Rapids, WI 54494 | 07-10416 | 3262 | $0.00 | $0.00 | $0.00 | $7,378.01 | $7,378.01 |
| Gerard G Prestbo<br>6650 Wood Ave<br>Wisconsin Rapids, WI 54494 | 07-10416 | 3260 | $0.00 | $0.00 | $0.00 | $9,689.90 | $9,689.90 |
| Gertrude & Menzy Matriciani<br>164 County Rd 517 W<br>Colts Neck, NJ 07722-3118 | 07-10417 | 1677 | $0.00 | $0.00 | $0.00 | $17,476.03 | $17,476.03 |
| Gertrude Matriciani<br>164 County Rd 517 W<br>Colts Neck, NJ 07722-3118 | 07-10417 | 1681 | $0.00 | $0.00 | $0.00 | $699.59 | $699.59 |
| Greenlight Capital LP<br>140 E 45th St 24th Fl<br>New York, NY 10017-3142 | 07-10417 | 3109 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**3rd Omnibus**

**Exhibit A**
**Equity Claims - Ordered**

In re: New Century TRS Holdings, Inc. et al.,
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | | **Filed Claim Amount** | | |
| Greenlight Capital Offshore Ltd<br>140 East 45th St 24th Fl<br>New York, NY 10017-7142 | 07-10417 | 2686 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Greenlight Capital Qualified LP<br>140 E 45th St 24th Fl<br>New York, NY 10017-7142 | 07-10417 | 3004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Greenlight Reinsurance Ltd<br>140 East 45th St 2nd Fl<br>New York, NY 10017-7142 | 07-10417 | 2684 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| William Reinhard<br>4678 E Vail Dr Cadore<br>Tucson, AZ 85750 | 07-10417 | 3308 | $0.00 | $0.00 | $18,560.30 | $0.00 | $18,560.00 |
| Janice McLay<br>NV 12083 Cumberland Ave<br>Coloma WI 54930 | 07-10416 | 2064 | $0.00 | $0.00 | $0.00 | $17,491.23 | $17,491.23 |
| Jay Sims<br>2063 Pennsylvania Ave Apt 7<br>Charleston, WV 25302 | 07-10416 | 2273 | $0.00 | $0.00 | $0.00 | $9,775.30 | $9,775.30 |
| Jeffrey P Nennig<br>225 N Lake St<br>Neenah, WI 54956 | 07-10416 | 2472 | $0.00 | $0.00 | $0.00 | $18,631.76 | $18,631.76 |
| Jeffrey P Nennig<br>225 N Lake St<br>Neenah, WI 54956 | 07-10416 | 2470 | $0.00 | $0.00 | $0.00 | $6,068.99 | $6,068.99 |
| John A Tomasko<br>1251 Lice Breeze Rd<br>OshKosh, WI 54904 | 07-10416 | 2066 | $0.00 | $0.00 | $0.00 | $19,995.87 | $19,995.87 |

3rd Omnibus

**Exhibit A**
**Equity Claims - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| John D Kempen<br>W5818 Groote Dr<br>Glenbeuve, WI 53590 | 07-10416 | 1821 | $0.00 | $0.00 | $0.00 | $17,631.30 | $17,631.30 |
| Larey E Cline<br>W11054 W Harmony Dr<br>Lodi, WI 53555 | 07-10416 | 1792 | $0.00 | $0.00 | $0.00 | $11,939.69 | $11,939.69 |
| Zaye E Cline<br>W11054 Harmony Dr<br>Lodi, WI 55555 | 07-10416 | 1793 | $0.00 | $0.00 | $0.00 | $5,343.00 | $5,343.00 |
| Keith E Schiller<br>59 Zarga Way<br>Hot Springs Valley, AR 71909 | 07-10417 | 1992 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kenneth W Paterson<br>1541 Reep Ave<br>Oshkosh, WI 54902 | 07-10416 | 1710 | $0.00 | $0.00 | $0.00 | $17,619.33 | $17,619.33 |
| Kevin & Debra Lichtenborg<br>1781 Hunters Glen<br>Oshkosh, WI 54904 | 07-10416 | 2023 | $0.00 | $0.00 | $0.00 | $3,186.61 | $3,186.61 |
| Kropinski Ronald J<br>45 Devine Dr<br>Mahwah, NJ 07450 | 07-10419 | 1946 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lee & Joyce Roberts<br>3669 Honeycreek Rd<br>Oshkosh, WI 54904 | 07-10416 | 2065 | $0.00 | $0.00 | $0.00 | $11,241.40 | $11,241.40 |
| Leroy Honeyager<br>531 19th St N<br>Wisconsin Rapids, WI 54494 | 07-10416 | 1893 | $0.00 | $0.00 | $0.00 | $8,219.52 | $8,219.52 |

3rd Omnibus

Case 07-10416-BLS   Doc 4034-1   Filed 12/05/07   Page 6 of 10

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Equity Claims - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | | Filed Claim Amount | | |
| Lisa Marie Mezaroos, 22 Thacker Trl, Oroville, CA 92614 | 07-10416 | 3240 | $0.00 | $0.00 | $650.00 | $0.00 | $650.00 |
| Lopez Gloria A, 3009 Nazareth Dr, Corpus Christi, TX 78413 | 07-10421 | 1726 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Macovei Bogdan Daniel, 867 Los Arcos Way, Buena Pk, CA 90620 | 07-10419 | 1785 | $0.00 | $0.00 | $0.00 | $596.70 | $596.70 |
| Manuel R Alicea, 3382 Black Pine Dr, Tampa, FL 33624 | 07-10417 | 1037 | $0.00 | $0.00 | $8,701.80 | $0.00 | $8,701.80 |
| Maria R Vizcarra, 10864 S Wild Rose Dr, Tucson, AZ 85730 | 07-10416 | 3417 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Michael Crawford, PO Box 220, Brookfield, WI 53964 | 07-10416 | 1992 | $0.00 | $0.00 | $0.00 | $849.50 | $849.50 |
| Michael N McLay, W12118 Cumberland Ave, Coloma, WI 54930 | 07-10416 | 2062 | $0.00 | $0.00 | $0.00 | $11,635.51 | $11,636.51 |
| Money Matters.com, 364 County Rd 557 W, Gala Neck, NJ 07722-2118 | 07-10417 | 1682 | $0.00 | $0.00 | $0.00 | $2,476.36 | $2,476.36 |
| Pam Cotela, 47017 Metz Rd, New Waterford, OH 44445 | 07-10416 | 1803 | $0.00 | $0.00 | $0.00 | $3,958.52 | $3,958.52 |

**Exhibit A**
**Equity Claims - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | | Filed Claim Amount | | |
| Pamela J Homled<br>Po Box 271<br>Deerfield, WI 53504 | 07-10416 | 1796 | $0.00 | $0.00 | $0.00 | $5,044.81 | $5,044.81 |
| Paul M Kess<br>1403 S Laurent No 18<br>Victoria, TX 77901 | 07-10416 | 1906 | $0.00 | $0.00 | $0.00 | $15,125.60 | $15,125.60 |
| Penny D Clark<br>2237 N Weehaven Dr Apt X105<br>Oak Koah, WI 59004 | 07-10416 | 1963 | $0.00 | $0.00 | $0.00 | $4,673.51 | $4,673.51 |
| Phyllis B Basik<br>290 Chapman Rd<br>Doylestown, PA 18901 | 07-10417 | 2137 | $0.00 | $0.00 | $0.00 | $4,151.89 | $4,151.89 |
| Phyllis Rudig<br>7128 Sunset Cove Ln<br>Palm Beach Gardens, FL 33418 | 07-10417 | 1708 | $0.00 | $0.00 | $0.00 | $9,425.93 | $9,425.93 |
| Rawut Anjali Horcant<br>2250 S Springwood Dr<br>Danielsem Hills, CA 92808 | 07-10419 | 1409 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Renee Lier<br>PO Box 1R<br>Coloma WI 54930 | 07-10416 | 1790 | $0.00 | $0.00 | $0.00 | $4,720.19 | $4,720.19 |
| Richard H Fink<br>2024A Crestwood Dr<br>Oshkosh, WI 54904 | 07-10416 | 1759 | $0.00 | $0.00 | $0.00 | $9,934.78 | $9,934.78 |
| Richard Jason Riebar<br>1157 State Hwy 26<br>Oshkosh, WI 54904 | 07-10416 | 3264 | $0.00 | $0.00 | $0.00 | $21,626.71 | $21,626.71 |

## Exhibit A
## Equity Claims - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | | **Filed Claim Amount** | | |
| Robert Crawford<br>Po Box 220<br>Westfield, WI 53964 | 07-10416 | 1801 | $0.00 | $0.00 | $0.00 | $26,206.03 | $26,206.03 |
| Robert D Brown<br>226 Jefferson<br>Lindale, TX 75771-3255 | 07-10417 | 3329 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Robert Jost & Arvene Jost<br>223 Washington Ave<br>Neenah, WI 54963 | 07-10416 | 1815 | $0.00 | $0.00 | $0.00 | $7,759.17 | $7,759.17 |
| Robert M Staples<br>1901 Lehane Terrace 1<br>No Palm Beach, FL 33408 | 07-10417 | 3443 | $0.00 | $0.00 | $33,750.00 | $0.00 | $33,750.00 |
| Roeland A & Delouse H Sawyer JTWROS<br>1658 Kingsway Rd<br>Norfolk, VA 23518 | 07-10416 | 3439 | $0.00 | $0.00 | $0.00 | $155,000.00 | $155,000.00 |
| Ronald & Barene Young<br>D251 County Rd G<br>Oxford, WI 53952 | 07-10416 | 1850 | $0.00 | $0.00 | $0.00 | $10,918.96 | $10,918.96 |
| Ronald E Grey & Adeline Grey<br>14680 Mill Run Dr<br>Beavercreek, OH 45452-3334 | 07-10416 | 3488 | $0.00 | $0.00 | $0.00 | $4,584.00 | $4,584.00 |
| Roy & Julie Coultek<br>D21 Cortez Rd App 214<br>Hot Springs Village, AR 71909 | 07-10417 | 2002 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ruth E McKetrrow<br>3301 S 93rd St Apt 208<br>Milwaukee, WI 53227 | 07-10417 | 3344 | $0.00 | $0.00 | $2,809.54 | $0.00 | $2,809.54 |

Exhibit A

**Equity Claims - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Filed Claim Amount | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Admin | Priority | Unsecured | Total |
| Sally Ennodine Mccracken<br>10616 Mellow Meadows 8A<br>Austin, TX 78750 | 07-10419 | 3213 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sparkye & Associates<br>Box 38597<br>Germantown, TN 38183 | 07-10417 | 2466 | $18,260.67 | $0.00 | $0.00 | $0.00 | $18,260.67 |
| Theresa & Joseph Zeromska<br>2217 Crestview Ave<br>Neenah, WI 54956 | 07-10416 | 1901 | $0.00 | $0.00 | $0.00 | $4,595.78 | $4,595.78 |
| Thouhari Antxarma<br>24907 Alicante Dr<br>Calabasas, CA 91302 | 07-10416 | 1141 | $0.00 | $0.00 | $60,000.00 | $0.00 | $60,000.00 |
| Timothy Hickey<br>1565 Randolph Ave<br>Dumont, NJ 07628 | 07-10416 | 2653 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Valit K Feldman<br>736 E 7th St L1B<br>New York, NY 10021 | 07-10417 | 1707 | $0.00 | $0.00 | $0.00 | $8,001.66 | $8,001.66 |
| Valit K Feldman and Sandy K Feldman Trust<br>Bernard S Feldman Trust<br>736 East 76th St 11B<br>New York, NY 1002-2832 | 07-10417 | 1709 | $0.00 | $0.00 | $0.00 | $26,967.18 | $26,967.18 |
| Vizzera Maria R<br>4864 S Wild Rose Dr<br>Tucson, AZ 85730 | 07-10421 | 3418 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| William Cn/A Cf Madison Cue's<br>HC 89 Box 41B<br>Henderson, WV 25106 | 07-10416 | 2068 | $0.00 | $0.00 | $0.00 | $1,469.60 | $1,459.60 |

3rd Omnibus

**Exhibit A**
**Equity Claims - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| William R Cronk<br>HC 89 Box 418<br>Henderson, WV 25106 | 07-10416 | 2067 | $0.00 | $0.00 | $0.00 | $4,697.06 | $4,697.06 |
| Willis Geniece Israel<br>12017 Dobson Dr<br>Oklahoma City, OK 73120 | 07-10421 | 1842 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| **Claims To Be Expunged Totals** | | 3 | $28,266.67 | $0.00 | $132,820.34 | $680,904.49 | $841,985.50 |