November 26, 2007

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801



RE: New Century TRS Holdings, Inc., et al., Case No. 07-10416 (KJC) Jointly Administered

To Whom It May Concern:

I am sending this affidavit to request that I be added to your mailing list for the court case referenced above. The company and/or its affiliates have not been able to provide me any information since August 2007. As a former employee of the company, I have a pending claim and would like to be promptly notified of all activity pertaining to the case as it becomes available. My contact information is as follows:

Mailing Address

603 Jensen Place
Placentia, CA 92870

Email: Msmach19@gmail.com
Phone: (949) 394-1355

Your assistance in this matter is greatly appreciated. Thank you, in advance, for your time.

Sincerely,

Machiline Xiong