EXHIBIT A

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD OCTOBER 1, 2007 THOUGH OCTOBER 31, 2007**

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Greenspan, Ronald | Senior Managing Director | 5.0 | | |
| Star, Samuel | Senior Managing Director | 71.6 | | |
| Joffe, Steven | Senior Managing Director | 6.0 | | |
| Dragelin, Timothy | Senior Managing Director | 24.3 | | |
| Ellis, Melissa | Director | 136.0 | | |
| Bryant, Kristin | Senior Consultant | 3.2 | | |
| Rosen, Adam | Senior Consultant | 44.0 | | |
| Beyrouty, Joseph | Senior Consultant | 1.5 | | |
| Amico, Marc | Consultant | 35.9 | | |
| Park, Ji Yon | Consultant | 18.5 | | |
| McDonald, Brian | Consultant | 1.1 | | |
| Pearson, Linda | Administrative | 2.2 | | |
| **Sub-Total** | | **349.3** | **N/A** | **$ 100,000** |

**Hourly Scope Projects**

| Professional | Position | Hours | | | |
|---|---|---|---|---|---|
| Sloane, Raymond | Senior Managing Director | 10.4 | $ | 615 | $ 6,396 |
| Shapss-Herringer, Wendy | Managing Director | 7.4 | | 550 | 4,070 |
| Collura, Richard | Director | 11.3 | | 475 | 5,368 |
| Friedler, Andrew | Director | 95.8 | | 475 | 45,505 |
| Gosik, Jaime | Director | 40.9 | | 435 | 17,792 |
| Pelavin, David | Senior Consultant | 99.5 | | 295 | 29,353 |
| **Sub-Total** | | **265.3** | | | **$ 108,483** |
| Less Travel Time @ 50% | | | | | (315) |
| **Revised Hourly Sub-Total** | | | | | **108,168** |
| **Total** | | **614.6** | | | **$ 208,168** |