**EXHIBIT C**

*PCD 1 – Planning, Supervision and Review*

Work plan development and related team discussions are included in this code. Given the fast paced nature of the case, developing and maintaining a work plan was critical to making sure all key areas were appropriately addressed in a timely and efficient manner.

*PCD 6 – Review & Analysis of Potential Avoidance Actions*

This code includes work performed in relation to forensic accounting and potential litigation matters. FTI performed a review of certain audit workpapers of KPMG's, the Debtors independent auditors. Based on the review of these documents, FTI discussed various accounting and financial topics and related strategy with Committee counsel in connection with identifying other potential causes of action that may be pursued by the Committee. FTI also continued to review the minutes of the Debtors' Board of Directors meetings and related financial information packages as well as certain information in the Company 10K's and 10Q's.

*PCD 17/18 – Analyze Intercompany Claims & Liabilities Subject to Compromise*

Time in this code includes review and analysis of the amount and classification of general unsecured claims. With respect to intercompany claims, FTI reviewed the transactions giving rise to such balances and assisted counsel in assessing equitable subordination issues.

*PCD 20 – Prepare for/Participate in Meetings or Calls with the Unsecured Creditors' Committee*

FTI spent significant time meeting with or participating on conference calls with the Committee addressing the numerous topics. The development of materials and reports for the Committee is also included in this code when not specifically attributable to other project codes. In many situations it was necessary to have various FTI team members participating in meetings or on calls given the large number of topics and focus areas of the case and the division of labor required of the FTI team.

*PCD 30 - Participate in Negotiation and Formulation of Plan and Reorganization*

FTI spent significant time this month reviewing, analyzing and creating models illustrating hypothetical recoveries to the creditors at each estate under various distribution schemes and scenarios. The various scenarios reflected, among other factors, the potential economic effects of consolidating all or some estates, compromising certain intercompany claims, ranging asset recovery/claim levels and considering co-borrower/guarantor claims. FTI updated key assumptions as new information became available. Related discussions with the Debtors and Committee counsel are also included in this code.

*PCD 33 – Analyze Asset Sale Proposals*

**EXHIBIT C**

Time spent in this project code relates to the evaluation and negotiation of various sales and other asset sale proposals, including the Carrington LP/GP interests, Access Lending assets and miscellaneous assets. FTI professionals reviewed sale related documents and analyzed the potential proceeds from such sales and subsequent purchase price adjustments. It was important that FTI understood the process undertaken by the Debtors' financial advisors to sell or liquidate these different assets to ensure that all alternatives were explored, all potential interested parties were contacted and that the best deal was achieved for the estate.