EXHIBIT D

## NEW CENTURY FINANCIAL CORP.
## FTI CONSULTING
## SUMMARY OF EXPENSES
## FOR THE PERIOD OCTOBER 1, 2007 THOUGH OCTOBER 31, 2007

| Expense Type | | Amount |
|---|---|---|
| Electronic Subscriptions | $ | 151.10 |
| Meals | | 52.40 |
| Miscellaneous Expenses | | 21.30 |
| Postage | | 17.68 |
| Taxi/Subway | | 291.00 |
| **Total:** [1] | **$** | **533.48** |

[1] Amounts include unbilled expenses from prior months.

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**EXPENSE DETAIL**
**FOR THE PERIOD OCTOBER 1, 2007 THOUGH OCTOBER 31, 2007**

| Date | Consultant | Expense Type | Amount | Description of Expense |
|---|---|---|---|---|
| 9/30/2007 | Joffe, Steven | Electronic Subscriptions | $ 151.10 | Electronic Subscriptions - LexisNexis electronic subscription |
| | | **Electronic Subscriptions Total** | 151.10 | |
| 10/11/2007 | Ellis, Melissa | Meals | 21.80 | Working meal/dinner for self. |
| 10/10/2007 | Rosen, Adam | Meals | 15.95 | Working meal/dinner for self. |
| 10/23/2007 | Rosen, Adam | Meals | 14.65 | Working meal/dinner for self. |
| | | **Meals Total** | 52.40 | |
| 10/1/2007 | Star, Samuel | Postage | 8.84 | Postage charges. |
| 10/12/2007 | Star, Samuel | Postage | 8.84 | Postage charges. |
| | | **Postage Total** | 17.68 | |
| 10/12/2007 | Star, Samuel | Miscellaneous Expenses | 21.30 | Fax/reprint services. |
| | | **Miscellaneous Expenses** | 21.30 | |
| 7/12/2007 | Dragelin, Timothy J. | Taxi/Subway | 186.00 | Taxi to/from airport. |
| 10/9/2007 | Ellis, Melissa | Taxi/Subway | 8.00 | Taxi from Hahn and Hessen's office to FTI"s office. |
| 10/10/2007 | Rosen, Adam | Taxi/Subway | 12.00 | Taxi from office to home. |
| 10/11/2007 | Rosen, Adam | Taxi/Subway | 12.00 | Taxi from office to home. |
| 10/15/2007 | Ellis, Melissa | Taxi/Subway | 12.00 | Taxi from office to home. |
| 10/16/2007 | Ellis, Melissa | Taxi/Subway | 13.00 | Taxi from office to home. |
| 10/16/2007 | Rosen, Adam | Taxi/Subway | 12.00 | Taxi from office to home. |
| 10/23/2007 | Ellis, Melissa | Taxi/Subway | 13.00 | Taxi from office to home. |
| 10/23/2007 | Rosen, Adam | Taxi/Subway | 12.00 | Taxi from office to home. |
| 10/24/2007 | Ellis, Melissa | Taxi/Subway | 11.00 | Taxi from office to home. |
| | | **Taxi/Subway Total** | 291.00 | |
| | | **Grand Total** | $ 533.48 | |