# CERTIFICATE OF SERVICE

I, *Bonnie Glantz Fatell*, hereby certify that on December 5, 2007, I caused a copy of the following document to be served on the *"Notice Parties"* listed below in the manner indicated below.

> **Seventh Monthly Application of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period October 1, 2007 Through October 31, 2007**

Copies of the *Notice of Application* only were served on the parties listed on the attached *"2002 Service List"* in the manner indicated therein.

*/s/ Bonnie Fatell*
Bonnie Glantz Fatell (No. 3809)

**VIA HAND DELIVERY**
*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

*Representing United States Trustee*
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

**VIA OVERNIGHT MAIL**
*Representing Debtors*
Suzzanne S. Uhland
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

*Representing Debtors*
Emily Culler
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*New Century Mortgage Corporation*
18400 Von Karman Avenue
Suite 1000
Irvin, CA 92612
Attn: Monika L. McCarthy, Esq.

*Representing Debtors' Crisis Managers*
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019
Attn: Holly Felder Etlin

127340.01600/40172521v.1

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.*
Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

*(Fee Examiner)*
Warren H. Smith, Esq.
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Baker & Hostetler LLP
Donald A Workman Esq
1050 Connecticut Ave NW Ste 1100
Washington, DC 20036

**VIA ELECTRONIC MAIL**

Jamie Lisac
AlixPartners, LLP
E-mail: jlisac@alixpartners.com

Kelley Drye & Warren LLP
David E Retter Esq & Christen A Lambrianakos Esq
101 Park Ave
New York, NY 10178

Wells Fargo Bank NA
Thomas M Korsman Vice President
MAC N9303-120
608 2nd Ave S
Minneapolis, MN 55479

*Representing The Official Committee of Unsecured Creditors*
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

127340.01600/40172521v.1