Michael Reed
MCCREARY, VESELKA, BRAGG, AND ALLEN, P.C.
P. O. Box 1269
Round Rock, Texas 78665
512-323-2300

Attorneys for Tax Appraisal District of Bell County, County of Denton, Mexia Independent School District, County of Williamson

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

IN THE MATTER OF:     CASE NO. 07-10416

NEW CENTURY TRS HOLDINGS, INC., et al

  DEBTOR     CHAPTER 11

RESPONSE TO DEBTORS' FIFTH OMNIBUS OBJECTIONS TO CERTAIN TAX CLAIMS
( TAX CLAIMS: 457, 471, 472, 473)

TO THE HONORABLE BANKRUPTCY JUDGE:

NOW COME Tax Appraisal District of Bell County (Claim # 471), County of Denton (Claim # 472), Mexia Independent School District (Claim # 457), and County of Williamson (Claim # 473), hereinafter referred to as claimants, and file their Response to Debtors' Fifth Omnibus Objections to Certain Tax Claims, on the following grounds:

I.

These claims arise from property taxes for the tax years 2005-2007 due on the debtor's property described as real and personal property. The laws of the State of Texas (Tex. Tax Code, § 32.05(b)) give the tax liens securing the property taxes a secured status as well as priority over any other claim or lien against this property. This state priority for tax liens is retained in the Bankruptcy Code giving these claims priority over all other claims against this property. Stanford v. Butler, 826 F.2d 353 (5th Cir. 1987), 11 U.S.C. § 506.

II.

These claims remain unpaid as tax debts of this debtor and should be allowed as claims within this bankruptcy.  Furthermore, these accounts were put in the name of New Century by virtue of a deed to New Century being filed of record in the deed records of the respective counties during recent months, probably by virtue of non-judicial foreclosures by the debtors.

IV.

WHEREFORE, claimants request that the Objections of debtor, which seeks to deny these property taxes be Overruled, and further request other and such relief as is just and proper.

Dated:  December 6, 2007

                                                Respectfully submitted,

                                                McCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for Tax Appraisal District of Bell County, County of Denton, Mexia Independent School District, County of Williamson
P. O. Box 1269
Round Rock, Texas 78665
(512) 323-2300

/s/ Michael Reed
_____

Michael Reed

CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the above Objection to the Sale Motion to the following parties and to those parties listed on the Court's Notice of Electronic Filing on May 1, 2007, by Facsimile or by Electronic Notification.

/s/ Michael Reed
_____

Michael Reed

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
Fax: 302-651-7701

Suzzanne Uhland, Esq.
and Brophy Christensen, Esq.
O'Melveny & Myers LLP
275 Battery Street, Ste 2600
San Francisco, CA 94111
Fax: 415-984-8701

Ben H. Logan, Esq.
O'Melveny & Myers LLP
400 So. Hope Street
Los Angeles, CA 90071
Fax: 213-430-6407

Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Ave.
New York, NY 10022
Fax: 212-478-7400

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
Chase Manhattan Center
1201 Market St., Ste 800
Wilmington, DE 19801
Fax: 302-428-5110

Thomas S. Kiriakos, Esq.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
Fax: 312-706-8232

Steven K. Kortanek, Esq.
Womble, Carlyle, Sandridge & Rice, PLLC
222 Delaware Ave., Ste 1501
Wilmington, DE 19801
Fax: 302-661-7728

Office of US Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
Fax: 302-573-6497