

December 3, 2007

Euripides G Demos
Case Number:   07-10421
Remaining Case Number : 881
Remaining Claim Amout. $7,500

United States Bankruptcy Court
For the District of Delaware,
824 Market Street, 3rd Floor
Wilmington, DE 19801

To: The Clerk of the Bankruptcy Court.

The purpose of this letter is to avail myself of the opportunity to respond to the Objection and pursue my listed claim for $7,500 for my wages and commissions earned working for HOME 123 a subsidiary of New Century Financial Corp.

If additional information is required, please call contact me at 617-331-6363 or write to me at My Home Address 104 Walpole Street # 3 Canton Ma , 02021.

Sincelery,

Euripides G. Demos.