UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                                                          Case No. 07-10416-KJC
                                                                                                Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,
et al.,                                                                                         (Jointly Administered)
            Debtors.
                                                                                                Hrg Date: 1/09/08 @1:30 p.m.
_____/                                                                 Objection Deadline: 1/02/08

**UBS AG'S MOTION FOR RELIEF FROM STAY
WITH REGARD TO 30 PROPERTIES**

COMES NOW UBS AG, Tampa Branch dba UBS Special Servicing Group ("UBS"), by and through its undersigned attorney, as and for its Motion for Relief from Stay with regard to 106 Properties, and states:

1.  UBS has initiated or seeks to initiate foreclosure proceedings against 30 properties wherein NEW CENTURY TRS HOLDINGS, INC., or one or more of the other Debtor entities (collectively, "the Debtor"), holds an inferior mortgage. A complete listing of said properties is attached hereto as Exhibit A.

2.  Each of the listed mortgages is in default and UBS is prevented from enforcing its rights under state law by virtue of the automatic stay.

3.  Debtor has no defenses to the priority of UBS's listed mortgages nor any defense to foreclosure thereof.

4.  UBS is not seeking any affirmative relief from the Debtor but is seeking to foreclose the mortgages on the aforementioned properties wherein the Debtor holds a junior lien.

5.  For each listed property, the recording information for the UBS first mortgage and

the New Century second mortgage, the approximate amount due, and UBS's good faith estimate of the value of the collateral are shown on Exhibit A.

6.      Due to the number of properties, copies of the loan documents are not being filed with this motion but are available upon request.

WHEREFORE, UBS prays for an order lifting the stay with respect to the 30 properties identified on the attached list.

|  |  |
|---|---|
|  | LAW OFFICES OF DAVID J. STERN, P.A.<br>801 S. University Drive Suite 500<br>Plantation, FL 33324<br>Phone: (954) 233-8000 ext 207<br>Fax: (954) 233-8648 |
| Dated: December 6, 2007 | /S/ Frederic J. DiSpigna<br>_____<br>FREDERIC J. DISPIGNA, ESQUIRE<br>Florida Bar No. 345539<br>fdispigna@dstern.com |