## In re: New Century TRS Holdings, Inc.
## Case No. 07-10416-KJC

## UBS AG Mortgages

| | UBS LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | UBS MORTGAGE BOOK/PAGE | NC MORTGAGE BOOK/PAGE | APPROXIMATE PAYOFF | PROPERTY VALUE (EST) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1011298188 | 4369 NEWPORT AVE | SAN DIEGO | CA | 92107 | 2007-0060000 | 2007-0060001 | $787,209.74 | $560,000.00 |
| 2 | 1011527653 | 762 WATERLOO ROAD | NAPLES | FL | 34120 | 4168/3385 | 4168/3410 | $488,993.86 | $290,000.00 |
| 3 | 1011562640 | 8132 CHESTNUT HOLLOW | LAS VEGAS | NV | 89131 | 20070104-0003016 | 20070104-0003017 | $376,895.06 | $450,000.00 |
| 4 | 1011574762 | 11240 HEDGEMONT AVE | LAS VEGAS | NV | 89138 | 20070110-0002113 | 2007010-0002114 | $531,819.36 | $600,000.00 |
| 5 | 1011589444 | 25603 SIERRA BRAVO CT | MORENO VALLEY | CA | 92551 | 2006-0949003 | 2006-0949004 | $426,653.01 | $295,000.00 |
| 6 | 1011618225 | 2292 S COTA AVE | CORONA | CA | 92882 | 2007-0035967 | 2007-0035968 | $664,490.64 | $500,000.00 |
| 7 | 1011673129 | 11131 DOVERHILL ROAD | SAN DIEGO | CA | 92123 | 2007-0038630 | 2007-0038631 | $587,217.06 | $675,000.00 |
| 8 | 1011700395 | 316 CHELSEA AVE | DAVENPORT | FL | 33837 | 2007017040 | 2007017041 | $584,129.77 | $650,000.00 |
| 9 | 1011729757 | 8627 125TH STREET | RICHMOND HILL | NY | 11418 | 2007013000397002 | 2007013000397003 | $355,296.76 | $585,000.00 |
| 10 | 1011788620 | 342 FLOWER HILL WAY | SAN MARCOS | CA | 92078 | 2007-0047030 | 2007-0047031 | $595,997.48 | $570,000.00 |
| 11 | 1011844506 | 937 NORTH ALMA AVE | LOS ANGELES | CA | 90063 | 07-0192000 | 07-0192001 | $294,315.49 | $285,000.00 |
| 12 | 1011852382 | 526 CRANE BLVD | LOS ANGELES | CA | 90065 | 07-0220884 | 07-0220885 | $558,236.24 | $415,000.00 |
| 13 | 1011859223 | 1119 W DOUGLAS AVE | OXNARD | CA | 93030 | 20070202-00023152 | 20070202-00023153 | $494,595.16 | $465,000.00 |
| 14 | 1011960988 | 2188 HURAN DRIVE | SAN JOSE | CA | 95122 | 19286050 | 19286051 | $518,629.32 | $474,000.00 |
| 15 | 1012049516 | 1771 N LANDEN STREET | CAMARILLO | CA | 93010 | 20070305-00046936 | 20070305-00046937 | $463,759.36 | $480,000.00 |
| 16 | 1012080749 | 5266 N WILD GOOSE AVE | MERIDIAN | ID | 83646 | 107025684 | 107025685 | $442,334.64 | $390,000.00 |
| 17 | 1012085726 | 2945 ROSE AVE | SAN JOSE | CA | 95127 | 19322959 | 19322960 | $443,020.16 | $405,000.00 |
| 18 | 1012097759 | 1411 S D STREET | OXNARD | CA | 93033 | 20070214-00031456 | 20070214-00031457 | $480,259.80 | $380,000.00 |
| 19 | 1012098026 | 34234 LARKSBURG COURT | LAKE ELSINORE | CA | 92532 | 2007-0145958 | 2007-0145959 | $400,932.73 | $340,000.00 |
| 20 | 1012107105 | 1504 FORT STOCKTON DR | SAN DIEGO | CA | 92103 | 2007-0142159 | 2007-0142160 | $612,570.44 | $420,000.00 |
| 21 | 1012118111 | 5720 CAMAS CT | POLLOCK PINES | CA | 95726 | 2007-0012248 | 2007-0012250 | $275,490.23 | $270,000.00 |
| 22 | 1012156052 | 68325 ENCINITAS ROAD | CATHEDRAL CITY | CA | 92234 | 2007-0104431 | 2007-0104432 | $287,098.06 | $225,000.00 |
| 23 | 1012176995 | 17150 N BAY ROAD #2904 | SUNNY ISLES BEACH | FL | 33160 | 25519/4902 | 25519/4929 | $481,522.94 | $450,000.00 |
| 24 | 1012281130 | 23327 BEAUMONT STREET | VALENCIA | CA | 91354 | 07-0474111 | 07-0474112 | $810,810.09 | $775,000.00 |
| 25 | 1012286876 | 12139 RIVES AVE | DOWNEY | CA | 90242 | 07-0441986 | 07-0441987 | $512,409.46 | $485,000.00 |
| 26 | 1012292501 | 5612 RAWLINGS AVE | WOODLAND HILLS | CA | 92630 | 07-0455050 | 07-0455051 | $629,236.63 | $710,000.00 |
| 27 | 1012328616 | 835 W 0TH STREET 12 | CORONA | CA | 92882 | 2007-0159671 | 2007-0159672 | $433,373.49 | $440,000.00 |
| 28 | 1012339711 | 1248 BARNHILL LANE | LINCOLN | CA | 95648 | 2007-021857 | 2007-021858 | $437,922.62 | $355,000.00 |
| 29 | 1012374735 | 5988 79TH STREET | SACRAMENTO | CA | 95824 | 20070301-1980 | 20070301-1981 | $245,422.54 | $185,000.00 |
| 30 | 1012399228 | 964 S PRESCOTT PLACE | ANAHEIM | CA | 92808 | 2007000131928 | 2007000131929 | $444,414.88 | $450,000.00 |