# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| | : |
| Debtors. | : Objection Deadline: October 23, 2007 at 4:00 p.m. |
| | : |
| | : |

## CERTIFICATION OF NO OBJECTION REGARDING REPORT OF COMPENSATION EARNED AND EXPENSES INCURRED OF AP SERVICES, LLC FOR THE PERIOD FROM APRIL 1, 2007 THROUGH JUNE 30, 2007 [DOCKET NO. 3199] (NO ORDER REQUIRED)

The undersigned hereby certifies that he has received no answer, objection or any other responsive pleading with respect to the Report of Compensation Earned and Expenses Incurred (the "Report of Compensation") of AP Services, LLC (the "Applicant") listed on Exhibit A attached hereto. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Report of Compensation appears thereon. The Report of Compensation was filed with the Bankruptcy Court on the date listed on Exhibit A.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California Corporation.

RLF1-3225552-1

Pursuant to the Order Under 11 U.S.C. § 105 and 363 Authorizing the Employment of AP Services, LLC as Crisis Managers for the Debtors Nunc Pro Tunc to April 2, 2007 [Docket No. 1268] (the "Retention Order"), the Debtors are authorized to pay the Applicant one hundred percent (100%) of the fees and one hundred percent (100%) of the expenses requested in the Report of Compensation upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Report of Compensation.

Dated: December 10, 2007
Wilmington, Delaware

*/s/ Christopher M. Samis*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
(302) 651-7701

-and-

Ben H. Logan
Suzzanne S. Uhland
Victoria H. Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700
(415) 984-8701

Attorneys for Debtors and Debtors in Possession

RLF1-3225552-1

# EXHIBIT A

# NEW CENTURY TRS HOLDINGS, INC., et al.,

Professional Fees and Expenses
Report of Compensation

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|
| AP Services LLC [Docket No. 3199] | 4/1/07 - 6/30/07 | $3,448,371.75 (Fees @ 100%) $222,829.66 (Expenses @ 100%) | 10/2/07 | 10/23/07 |

RLF1-3225552-1