# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | Case No: 07-10416 (KJC) |
| Debtor | Related to D.I. No. 4021 |

## CERTIFICATE OF NO OBJECTION

Charles J. Brown, III, counsel to Douglas M. Sakamoto, aka Douglas Masaru Sakamoto, Individually, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Douglas M. Sakamoto Dated May 30, 2001, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Dennis M. Sakamoto, Dated May 30, 2001("Sakamoto") certifies as follows:

1.  On December 4, 2007, Sakamoto its Motion For Relief From Stay (the "Motion") [D.I. No. 4021]. On this same date, Sakamoto filed Motion to Shorten Notice Period [D.I. No. 4022], which this Court granted pursuant to its Order on December 4, 2007 [D.I. 4025] setting an objection deadline (the "Objection Deadline") for the Motion of December 10, 2007 at noon.

2.  No objections were filed by the Objection Deadline. In fact, the Debtors in their Notice of Agenda specifically stated that they did not intend to object to the Motion and anticipated that Sakamoto would be filing a Certificate of No Objection.

3.  A proposed form of Order was attached to Sakamoto's Motion. The only changes that Sakamoto has made to the proposed order was to further identify the subject property by its tax identification number and its transfer certificate number. A copy of the revised form of order is annexed hereto as Exhibit "A". Debtors' Counsel has reviewed the attached Order and communicated that it does not object to the Order as attached.

|  |  |
|---|---|
| Dated: December 11, 2007 | ARCHER & GREINER, P.C.<br><br>*/s/ Charles J. Brown*<br>Charles J. Brown, III (No. 3368)<br>300 Delaware Avenue, Suite 1370<br>Wilmington, DE 19801<br>Telephone: (302) 777-4350<br>cbrown@archerlaw.com<br><br>*Counsel to Douglas M. Sakamoto, aka Douglas Masaru Sakamoto, Individually, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Douglas M. Sakamoto Dated May 30, 2001, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Dennis M. Sakamoto, Dated May 30, 2001.* |