# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br><br>Debtor | Chapter 11<br><br>Case No: 07-10416 (KJC)<br><br>Related to D.I. No. 4021 |

**ORDER GRANTING MOTION OF DOUGLAS M. SAKAMOTO AKA DOUGLAS MASARU SAKAMOTO, INDIVIDUALLY, AND AS TRUSTEE OF THE ITSUO SAKAMOTO AND JULIA H SAKAMOTO GENERATION TRANSFER TRUST FOR DOUGLAS M. SAKAMOTO DATED MAY 30, 2001, AND AS TRUSTEE OF THE ITSUO SAKAMOTO AND JULIA H. SAKAMOTO GENERATION TRANSFER TRUST FOR DENNIS SAKAMOTO, DATED MAY 30, 2001 FOR RELIEF FROM STAY**

AND NOW, THIS _____ day of _____, 2007, after consideration of the *Motion of Douglas M. Sakamoto, aka Douglas Masaru Sakamoto, Individually, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Douglas M. Sakamoto Dated May 30, 2001, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Dennis M. Sakamoto, Dated May 30, 2001 for Relief From Automatic Stay*, it is hereby ORDERED AND DECREED that:

The Motion is hereby GRANTED; and it is further ORDERED AND DECREED that:

Movants may exercise their rights against the Debtors in order to stay and/or cancel any foreclosure proceeds related to 1673 Paula Drive, Honolulu, Hawaii; 96816, TMK # 1-3-3-020-029, and described in Transfer Certificate of Title No. 812,680 issued by the Registrar of the Land Court of the State of Hawaii.and it is further ORDERED AND DECREED that:

The stay is lifted as to Movants' declaratory judgment count against the Debtors as set forth in their Complaint in the Circuit Court of the First Circuit of the State of Hawaii, Case Number 06-1-1590-09SSM.

Dated:_____       _____
                                   U.S. Bankruptcy Judge