IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| NEW CENTURY TRS HOLDINGS, INC., | Case No: 07-10416 (KJC) |
| Debtor | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served via first class mail, postage prepaid upon the following:

Mark D. Collins Esq.
Michael J. Merchant, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Dated: December 11, 2007

ARCHER & GREINER, P.C.

Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Telephone: (302) 777-4350
cbrown@archerlaw.com
*Counsel to Douglas M. Sakamoto, aka Douglas Masaru Sakamoto, Individually, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Douglas M. Sakamoto Dated May 30, 2001, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Dennis M. Sakamoto, Dated May 30, 2001.*

3008209v1