# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| | : |
| Debtors. | : |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 12, 2007 AT 1:30 P.M.

*PLEASE NOTE THE HEARING TIME HAS BEEN CHANGED FROM 2:00 P.M. TO 1:30 P.M.*

**I.    UNCONTESTED MATTERS GOING FORWARD:**

1. Motion of Debtors and Debtors in Possession for an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code, (I) Approving Agreement Between Debtors and Special Counsel, Inc. and (II) Authorizing the Debtors to Employ Special Counsel, Inc. to Provide Employee Staffing Services in Accordance with the Terms of the Agreement [D.I. 3997; filed 11/30/07]

    Objection Deadline: December 11, 2007 at 12:00 p.m.

    Objections/Responses Received:

    A.    **Objection of the United States Trustee to the Motion of the Debtors and Debtors in Possession for an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code, (I) Approving Agreement Between**

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Amended/Added agenda items are noted in **bold**.

    **Debtors and Special Counsel, Inc. and (II) Authorizing the Debtors to Employ Special Counsel, Inc. to Provide Employee Staffing Services in Accordance with the Terms of the Agreement [D.I. 4063; filed 12/11/07]**

  Related Documents:

  i. Motion to Shorten Notice Period and Approve the Form and Manner of Notice for Motion of Debtors and Debtors in Possession for an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code, (I) Approving Agreement Between Debtors and Special Counsel, Inc. and (II) Authorizing the Debtors to Employ Special Counsel, Inc. to Provide Employee Staffing Services in Accordance with the Terms of the Agreement [D.I. 3998; filed 11/30/07]

  ii. Order Granting Motion to Shorten Notice Period [D.I. 4004; filed 12/3/07]

  Status: The hearing on this matter is going forward.

2. Motion of Douglas M. Sakamoto aka Douglas Masaru Sakamoto, Individually, and as Trustee of the Itsuo Sakamoto and Julia H Sakamoto Generation Transfer Trust for Douglas M. Sakamoto dated May 30, 2001, and as Trustee of the Itsuo Sakamoto and Julia H. Sakamoto Generation Transfer Trust for Dennis Sakamoto, dated May 30, 2001 for Relief from Stay [D.I. 4021; filed 12/4/07]

  Objection Deadline: December 10, 2007 at 12:00 p.m.

  Objections/Responses Received: None to date

  Related Documents:

  i. Motion to Shorten Notice Period [D.I. 4022; filed 12/4/07]

  ii. Order Granting Motion to Shorten Notice Period [D.I. 4025; filed 12/4/07

  iii. Re-Notice of Motion for Relief from Stay [D.I. 4027; filed 12/4/07]

  iv. **Certificate of No Objection [D.I. 4062; filed 12/11/07]**

  Status: **On December 11, 2007, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.**

Dated:  December 11, 2007
       Wilmington, Delaware

*/s/*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION