UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| | | Case No. 07-10416-KJC |
| NEW CENTURY TRS HOLDINGS, INC., | * | (Chapter 11) |
| a Delaware corporation, *et al.*, | | |
| Debtor | * | |
| ************ | | |
| DLJ MORTGAGE CAPITAL, INC. | | |
| c/o Select Portfolio Servicing, Inc. | * | |
| Movant | | |
| | * | |
| v. | | |
| | * | |
| NEW CENTURY TRS HOLDING, Inc., et al | | |
| Debtor | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**LINE TO WITHDRAW
MOTION OF DLJ MORTGAGE CAPITAL, INC.
C/O SELECT PORTFOLIO SERVICING, INC. FOR RELIEF FROM
AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

DLJ Mortgage Capital, Inc.c/o Select Portfolio Servicing, Inc. (hereinafter "Movant"), by its undersigned counsel, files this **Line to Withdraw** the Motion of DLJ Mortgage Capital, Inc. c/o Select Portfolio Servicing, Inc. for Relief from Automatic Stay under Section 362 of the Bankruptcy Code.

Date: December 11, 2007                  Respectfully submitted,

                                         WITTSTADT & WITTSTADT, P.A.

                                         /s/ *Lisa R. Hatfield*_____
                                         Lisa R. Hatfield (DE No. 4967)
                                         1000 N. West Street
                                         Suite 1200
                                         Wilmington, DE 19801
                                         (302) 295-5095
                                         (866) 503-4930 (toll free)

**Certificate of Service**

I HEREBY CERTIFY that on December 11, 2007, copies of the foregoing Line were served upon the parties listed below via first class mail postage pre-paid:

New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodeny Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
*U.S. Trustee*

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

Date: December 11, 2007                    Respectfully submitted,

                                                      WITTSTADT & WITTSTADT, P.A.

                                                     /s/ *Lisa R. Hatfiled*
                                                     Lisa R. Hatfield (DE No. 4967)
                                                     1000 N. West Street
                                                     Suite 1200
                                                     Wilmington, DE 19801
                                                     (302) 295-5095
                                                     (866) 503-4930 (toll free)