UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| | | Case No. 07-10416-KJC |
| NEW CENTURY TRS HOLDINGS, INC., | * | (Chapter 11) |
| a Delaware corporation, *et al.*, | | |
| Debtor | * | |
| ***********  | | |
| US BANK NATIONAL ASSOCIATION, | * | |
| AS TRUSTEE | | |
| c/o Select Portfolio Servicing, Inc. | * | |
| Movant | | |
| | * | |
| v. | | |
| | * | |
| NEW CENTURY TRS HOLDING, Inc., | | |
| *et al.* | * | |
| Debtor | | |
| | * | |

-----------------------------------------------------------------

### LINE TO WITHDRAW
### MOTION OF US BANK NATIONAL ASSOCIATION, AS TRUSTEE[1]
### C/O SELECT PORTFOLIO SERVICING, INC. FOR RELIEF FROM
### AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

U.S. Bank National Association as Trustee of CSFB ABSC Trust Series 2003-HE2 c/o Select Portfolio Servicing, Inc. (hereinafter "Movant"), by its undersigned counsel, files this line to withdraw the Motion of U.S. Bank National Association, As Trustee c/o Select Portfolio Servicing, Inc. for Relief from Automatic Stay under Section 362 of the Bankruptcy Code.

Date: December 11, 2007           Respectfully submitted,

                                  WITTSTADT & WITTSTADT, P.A.

                                  /s/ *Lisa R. Hatfield*_____
                                  Lisa R. Hatfield (DE No. 4967)
                                  1000 N. West Street
                                  Suite 1200

---

[1] Movant is U.S. Bank National Association as Trustee of CSFB ABSC Trust Series 2003-HE2 c/o Select Portfolio Servicing, Inc.

Wilmington, DE 19801
(302) 295-5095
(866) 503-4930 (toll free)

## Certificate of Service

I HEREBY CERTIFY that on December 11, 2007, copies of the foregoing Line were served upon the parties listed below via first class mail postage pre-paid:

New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodeny Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
*U.S. Trustee*

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Avenue

14th and 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

Date: December 11, 2007             Respectfully submitted,

                                    WITTSTADT & WITTSTADT, P.A.

                                    /s/ *Lisa R. Hatfiled*
                                    Lisa R. Hatfield (DE No. 4967)
                                    1000 N. West Street
                                    Suite 1200
                                    Wilmington, DE 19801
                                    (302) 295-5095
                                    (866) 503-4930 (toll free)