**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------x
In re:                           :  Chapter 11
                                 :
NEW CENTURY TRS HOLDINGS, INC.,  :  Case No. 07-10416 (KJC)
a Delaware corporation, et al.,[1] :
                                 :  Jointly Administered
            Debtors              :
                                 :  Re: Docket No. 3674 and 3675
---------------------------------x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on November 5, 2007, I caused true and correct copies of the following to be served upon the attached Exhibit A by Overnight Mail:

- **Notice of Rejection of Executory Contract between Paul M. Gardner & Deborah A. Gardner** [Docket No. 3674]

Additionally, on November 5, 2007, I caused true and correct copies of the following to be served on the parties listed on the attached Exhibit B by Overnight Mail:

- **Notice of Rejection of Executory Contact Between Home 123 Corporation and Michael S. McClenahan & Elizabeth S. McClenahan** [Docket No. 3675]

Dated:  November 13, 2007

/s/ Jamie L. Edmonson
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
 SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California  92705
Telephone:  (949) 567-1600

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Gardner Notice List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Paul & Deborah Gardner | | 548 Tulsa St | | San Lorenzo | CA | 94580 | | Notice Party |

# Exhibit B

Exhibit B
McClenahan Notice List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Michael & Elizabeth McClenahan | | 12020 Talisen Pl #4 | | Reston | VA | 20190 | | Notice Party |