**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: Chapter 11
In re: :
: Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC., :
a Delaware corporation, et al., [1] : Jointly Administered
:
Debtors :
: Re: Docket No. 3458 to 3573 (various)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on October 30, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by Overnight Mail:

- **Notice of Intent of Rejection of Executory Contract re: Agreement for Services Between First Line Data Solutions, Inc. and New Century Mortgage Corporation** [Docket No. 3458]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between First Option, Inc. and New Century Mortgage Corporation** [Docket No. 3459]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between First Realty of Charleston, LLC and Home123 Corporation** [Docket No. 3460]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between Foster Knoll Condominiums and Home123 Corporation** [Docket No. 3461]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Intent of Rejection of Executory Contract re: Software License Agreement Between Foundstone, Inc. and New Century Mortgage Corporation** [Docket No. 3462]

- **Notice of Intent of Rejection of Executory Contract re: Software License and Services Agreement Between FRx Software Corporation and New Century Mortgage Corporation** [Docket No. 3463]

- **Notice of Intent of Rejection of Executory Contract re: Consulting Agreement Between CC Pace Systems, Inc. and New Century Mortgage Corporation** [Docket No. 3464]

- **Notice of Intent of Rejection of Executory Contract re: Master Services Agreement Between Galt Media and New Century Mortgage Corporation** [Docket No. 3465]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between Genius Realty, Inc. and Home123 Corporation** [Docket No. 3466]

- **Notice of Intent of Rejection of Executory Contract re: Website Linking Agreement Between Genworth Mortgage Insurance and New Century Mortgage Corporation** [Docket No. 3467]

- **Notice of Intent of Rejection of Executory Contract re: Mortgage Lead Provider Agreement Between Get Lower, Inc. and Home123 Corporation** [Docket No. 3468]

- **Notice of Intent of Rejection of Executory Contract re: Staffing Agency Services Agreement Between Gleason Personnel, Inc. and Home123 Corporation** [Docket No. 3469]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Goetzman Group and New Century Financial Corporation** [Docket No. 3470]

- **Notice of Intent of Rejection of Executory Contract re: Telecommunications Service Agreement Between Granite Telecommunications, LLC and New Century Mortgage Corporation** [Docket No. 3471]

- **Notice of Intent of Rejection of Executory Contract re: Software License and Services Agreement Between Greatland Corporation and New Century Mortgage Corporation** [Docket No. 3472]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between GRES, Inc. and Home123 Corporation** [Docket No. 3473]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between John Gentzel & Julie B Gentzel and Home123 Corporation** [Docket No. 3474]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Gregory G. Fish & Carol J. Fisk and Home123 Corporation** [Docket No. 3475]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Gary Lancaster & Deanna Lancaster and Home123 Corporation** [Docket No. 3476]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Darrell L. Bandy & Erica T. Bandy and Home123 Corporation** [Docket No. 3477]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between ROnald F. Heinen & Andrea H. Heinen and Home123 Corporation** [Docket No. 3478]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Theodore J. Balestino & Debra E. Balestino and Home123 Corporation** [Docket No. 3479]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between James M. Johnson & Deborah L. Johnson and Home123 Corporation** [Docket No. 3480]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Judith L. Woodward and Home123 Corporation** [Docket No. 3481]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Kip Frawley & Donna M. Frawley and Home123 Corporation** [Docket No. 3482]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Linda S. Johnson and Home123 Corporation** [Docket No. 3483]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Linda S. Johnson and Home123 Corporation** [Docket No. 3484]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Linda S. Johnson and Home123 Corporation** [Docket No. 3485]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Alan S. Willner & Susan M. Willner and Home123 Corporation** [Docket No. 3486]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Donald R. Rigot, Jr. & Cynthia R. Rigot and Home123 Corporation** [Docket No. 3487]

- **Notice of Intent of Rejection of Executory Contract re: Master Agreement for Document Preparation Services Between Schwartz and Associates and New Century Mortgage Corporation** [Docket No. 3488]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between SC - Solmelia LLC and Home123 Corporation** [Docket No. 3489]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between SC-Casa Mar LLC and Home123 Corporation** [Docket No. 3490]

- **Notice of Intent of Rejection of Executory Contract re: SBC Master Agreement Between SBC Global Services, Inc. and New Century Mortgage Corporation** [Docket No. 3491]

- **Notice of Intent of Rejection of Executory Contract re: SBC Premier SERVSM Dedicated Internet Access Agreement Between Ameritech Interactive Media Services, Inc., Pacific Bell Internet Services, SNET Diversified Group, Inc. and/or Southwestern Bell Intern** [Docket No. 3492]

- **Notice of Intent of Rejection of Executory Contract re: Master Services Agreement Between SBC E-Services, Inc. and New Century Mortgage Corporation** [Docket No. 3493]

- **Notice of Intent of Rejection of Executory Contract re: SBC DataComm Equipment and Services Agreement Between DataComm and New Century Mortgage Dated** [Docket No. 3494]

- **Notice of Intent of Rejection of Executory Contract re: Master License Agreement Between SAS Institute Inc. and New Century Mortgage Corporation** [Docket No. 3495]

- **Notice of Intent of Rejection of Executory Contract re: Agency Agreement Between Sapphire Technologies, Inc. and New Century Financial Corporation** [Docket No. 3496]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Sales Consultants of Tennersville and New Century Mortgage Corporation** [Docket No. 3497]

- **Notice of Intent of Rejection of Executory Contract re: Mortgage Lead Provider Agreement Between SAL Enterprises, LLC and New Century Mortgage Corporation** [Docket No. 3498]

- **Notice of Intent of Rejection of Executory Contract re: Consulting Agreement Between Susan Schneider, of SC and Associates and New Century Mortgage Corporation** [Docket No. 3499]

- **Notice of Intent of Rejection of Executory Contract re: Annual Maintenance Contract Between SecureWave SA and New Century Mortgage Corporation** [Docket No. 3500]

- **Notice of Intent of Rejection of Executory Contract re: License Agreement Between SecureWave SA and New Century Mortgage Corporation** [Docket No. 3501]

- **Notice of Intent of Rejection of Executory Contract re: Master Terms and Conditions Between Storage Technology Corporation and New Century Mortgage Corporation** [Docket No. 3502]

- **Notice of Intent of Rejection of Executory Contract re: Plan Plus Joint Marketing and Administration Agreement Between Stonebridge Benefit Services, Inc., New Century Mortgage Corporation and NC Insurance Services, Inc.** [Docket No. 3503]

- **Notice of Intent of Rejection of Executory Contract re: Mortgage Lead Provider Agreement Between One Technologies Ltd dba SpendonLife.com and Home123 Corporation** [Docket No. 3504]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Special Counsel, Inc. and New Century Mortgage Corporation** [Docket No. 3505]

- **Notice of Intent of Rejection of Executory Contract re: Vending Agreement Between Sodexho America, LLC and New Century Mortgage Corporation** [Docket No. 3506]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between Sobel Development Company, Inc.** [Docket No. 3507]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between SS-Sandstone LLC and Home123 Corporation** [Docket No. 3508]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Smead Manufacturing Company and Home123 Corporation** [Docket No. 3509]

- **Notice of Intent of Rejection of Executory Contract re: Relocation Services Agreement Between SIRVA Relocation LLC and New Century Financial Corporation** [Docket No. 3510]

- **Notice of Intent of Rejection of Executory Contract re: License Agreement Between SignetX, Inc. and New Century Mortgage Corporation** [Docket No. 3511]

- **Notice of Intent of Rejection of Executory Contract re: Engagement Letter Between Sheshunoff Management Services LP and Home123 Corporation** [Docket No. 3512]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between Sepac, Inc., dba Remax Midwest Group and Home123 Corporation** [Docket No. 3513]

- **Notice of Intent of Rejection of Executory Contract re: Mortgage Lead Provider Agreement Between SM Lending, LLC and New Century Mortgage Corporation** [Docket No. 3514]

- **Notice of Intent of Rejection of Executory Contract re: Software License Agreement Between Sesame Technology and New Century Mortgage Corporation** [Docket No. 3515]

- **Notice of Intent of Rejection of Executory Contract re: Master Services Agreement Between SIGMAnet, Inc. and New Century Mortgage Corporation** [Docket No. 3516]

- **Notice of Intent of Rejection of Executory Contract re: Software License and Services Agreement Between Vertias Software Global LLC and New Century Mortgage Corporation** [Docket No. 3517]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Veri-tax.com and New Century Mortgage Corporation** [Docket No. 3518]

- **Notice of Intent of Rejection of Executory Contract re: Valuation Services Agreement End-User License Between Veros Software, Inc. and New Century Mortgage Corporation** [Docket No. 3519]

- **Notice of Intent of Rejection of Executory Contract re: Hosting and Professional Services Agreement Between VitualEdge Corporation and New Century Mortgage Corporation** [Docket No. 3520]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Vision ESF and New Century Mortgage Corporation** [Docket No. 3521]

- **Notice of Intent of Rejection of Executory Contract re: Licensing Agreement for Electronic Mortgage Form Products Between VMP Mortgage Solutions, Inc.** [Docket No. 3522]

- **Notice of Intent of Rejection of Executory Contract re: Premium Support Programs and Subscription Services Agreement Between Vmware, Inc, and New Century Mortgage Corporation** [Docket No. 3523]

- **Notice of Intent of Rejection of Executory Contract re: Subscription Agreement Between Vocus, Inc. and New Century Financial Corporation** [Docket No. 3524]

- **Notice of Intent of Rejection of Executory Contract re: Services Contract Between The Wackenhut Corporation and New Century Mortgage Corporation** [Docket No. 3525]

- **Notice of Intent of Rejection of Executory Contract re: Consulting Agreement Between eWorld Technologies Corporation and New Century Mortgage Corporation** [Docket No. 3526]

- **Notice of Intent of Rejection of Executory Contract re: Lead Agreement Between WarehouseLine, LTD and New Century Mortgage Ventures, LLC** [Docket No. 3527]

- **Notice of Intent of Rejection of Executory Contract re: Mortgage Lead Provider Agreement Between Web Financial Network, Inc and New Century Mortgage Corporation** [Docket No. 3528]

- **Notice of Intent of Rejection of Executory Contract re: Customer Agreement Between Webb/Mason, Inc. and Home123 Corporation** [Docket No. 3529]

- **Notice of Intent of Rejection of Executory Contract re: Master Services Agreement Between WebSideStory, Inc. and New Century Mortgage Corporation** [Docket No. 3530]

- **Notice of Intent of Rejection of Executory Contract re: Mortgage Lead Provider Agreement Between Wescoco LLC and New Century Mortgage Corporation** [Docket No. 3531]

- **Notice of Intent of Rejection of Executory Contract re: Customer Service Agreement Between Expedite Systems, Inc. and New Century Mortgage Corporation** [Docket No. 3532]

- **Notice of Intent of Rejection of Executory Contract re: Producer and Joint Marketing Agreement Between ZC Sterling Insurance Agency, Inc., Bro Enterprises, LLC dba CI Direct, New Century Mortgage Corporation and NC Insurance Services, Inc.** [Docket No. 3533]

- **Notice of Intent of Rejection of Executory Contract re: End-User License Agreement Between Network Intelligence Corporation and New Century Mortgage Corporation** [Docket No. 3534]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between Fiedlis and Home123 Corporation** [Docket No. 3535]

- **Notice of Intent of Rejection of Executory Contract re: End User Agreement Between Fieldglass Inc. and New Century Mortgage Corporation** [Docket No. 3536]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between The Financial Executives Consulting Group, LLC and New Century Mortgage Corporation** [Docket No. 3537]

- **Notice of Intent of Rejection of Executory Contract re: Print and Mail Services Agreement Between Financial Statement Services, Inc. and New Century Mortgage Corporation** [Docket No. 3538]

- **Notice of Intent of Rejection of Executory Contract re: Service Level Agreement for Foreclosure Transactions Between First American Title and New Century Mortgage Corporation** [Docket No. 3539]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Technical Solutions, Inc. and New Century Mortgage Corporation** [Docket No. 3540]

- **Notice of Intent of Rejection of Executory Contract re: Professional Services Agreement Between Technology Partners International, Inc. and New Century Mortgage Corporation** [Docket No. 3541]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between TecHounds, LLC/TFI Resources and New Century Mortgage Corporation** [Docket No. 3542]

- **Notice of Intent of Rejection of Executory Contract re: Professional Services Agreement Between Telelogic North America Inc. and New Century Mortgage Corporation** [Docket No. 3543]

- **Notice of Intent of Rejection of Executory Contract re: SecondLook Software License Agreement Between Tena Companies, Inc. and New Century Mortgage Corporation** [Docket No. 3544]

- **Notice of Intent of Rejection of Executory Contract re: Quality Control Master Agreement Between Tena Companies, Inc. and New Century Mortgage Corporation** [Docket No. 3545]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between The Information Consulting Group West and New Century Mortgage Corporation** [Docket No. 3546]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between The Mortgage Headhunter and New Century Mortgage Corporation** [Docket No. 3547]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Anne Wilson Personnel Consultants, Inc. dba The Wilson Group and New Century Mortgage Corporation** [Docket No. 3548]

- **Notice of Intent of Rejection of Executory Contract re: Mortgage Lead Provider Agreement Between TLP Acquisition Corp. and New Century Mortgage Corporation** [Docket No. 3549]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between TriStaff Consulting and New Century Mortgage Corporation** [Docket No. 3550]

- **Notice of Intent of Rejection of Executory Contract re: Letter Agreement Between True Partners Consulting LLC and New Century Financial Corporation** [Docket No. 3551]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between Turner Communities and Home123 Corporation** [Docket No. 3552]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Tustin Personnel Services, Inc. and New Century Mortgage Corporation** [Docket No. 3553]

- **Notice of Intent of Rejection of Executory Contract re: Standard Advertising Agreement Between TMP Worldwide, Inc. and New Century Mortgage Corporation** [Docket No. 3554]

- **Notice of Intent of Rejection of Executory Contract re: Maset Full Service Maintenance Agreement Between Toshiba America Business Solutions, Inc. and New Century Mortgage Corporation** [Docket No. 3555]

- **Notice of Intent of Rejection of Executory Contract re: Contract Underwriting Agreement Between Triad Guaranty Insurance Company and New Century Mortgage Corporation** [Docket No. 3556]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Turning Pointe, Inc. and New Century Mortgage Corporation** [Docket No. 3557]

- **Notice of Intent of Rejection of Executory Contract re: Services Agreement Between Sysdome, Inc. and Home123 Corporation** [Docket No. 3558]

- **Notice of Intent of Rejection of Executory Contract re: Service Provider Agreement Between 10X Media, LLC and New Century Mortgage** [Docket No. 3559]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between Teak Realty, Inc. and Home123 Corporation** [Docket No. 3560]

- **Notice of Intent of Rejection of Executory Contract re: Agreement Between Success Acquisition Corporation, dba SuccessFactors, Inc. and New Century Mortgage Corporation** [Docket No. 3561]

- **Notice of Intent of Rejection of Executory Contract re: Mortgage Lead Provider Agreement Between Sunburn Marketing Group, LLC dba NewMoneyWizard.com and New Century Mortgage Corporation** [Docket No. 3562]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Synaptix Systems, Inc. and New Century Mortgage Corporation** [Docket No. 3563]

- **Notice of Intent of Rejection of Executory Contract re: Software License, Maintenance, and Services Agreement Between TeaLeaf Technology, Inc. and New Century Mortgage Corporation** [Docket No. 3564]

- **Notice of Intent of Rejection of Executory Contract re: Support Services Agreement Between Telelogic North America and New Century Mortgage Corporation** [Docket No. 3565]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Ultimate Staffing and New Century Mortgage Corporation** [Docket No. 3566]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Ultra Executives and New Century Mortgage Corporation** [Docket No. 3567]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Universal Tax Service, Inc. and New Century Mortgage Corporation** [Docket No. 3568]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Venturi Staffing Partners and New Century Mortgage Corporation** [Docket No. 3569]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Unified Technical, Inc. and New Century Mortgage Corporation** [Docket No. 3570]

- **Notice of Intent of Rejection of Executory Contract re: Master Agreement for Produects and Services Between Unisys Corporation and New Century Mortgage Corporation** [Docket No. 3571]

- **Notice of Intent of Rejection of Executory Contract re: Master Services Agreement Between VeriSign and New Century Mortgage Corporation** [Docket No. 3572]

- **Notice of Intent of Rejection of Executory Contract re: Software License Agreement Between Telelogic AB and New Century Mortgage Corporation** [Docket No. 3573]

Dated:  November 13, 2007

/s/ Jamie L. Edmonson  
Jamie L. Edmonson (No. 4247)  
XROADS CASE MANAGEMENT  
 SERVICES, LLC  
1821 E. Dyer Road, Suite 225  
Santa Ana, California  92705  
Telephone:  (949) 567-1600

# Exhibit A

Exhibit A
Committee UST List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |