**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:  Chapter 11
In re: :
: Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC., :
a Delaware corporation, et al.,[1] : Jointly Administered
:
Debtors :
: Re: Docket No. 3458 to 3573 (various)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**<u>DECLARATION OF SERVICE</u>**

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on October 30, 2007, I caused true and correct copies of the following to be served upon the parties listed by individual docket number on the attached Exhibit A by Overnight Mail:

- **Notice of Intent of Rejection of Executory Contract re: Agreement for Services Between First Line Data Solutions, Inc. and New Century Mortgage Corporation** [Docket No. 3458]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between First Option, Inc. and New Century Mortgage Corporation** [Docket No. 3459]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between First Realty of Charleston, LLC and Home123 Corporation** [Docket No. 3460]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between Foster Knoll Condominiums and Home123 Corporation** [Docket No. 3461]

---

[1]   The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Intent of Rejection of Executory Contract re: Software License Agreement Between Foundstone, Inc. and New Century Mortgage Corporation** [Docket No. 3462]

- **Notice of Intent of Rejection of Executory Contract re: Software License and Services Agreement Between FRx Software Corporation and New Century Mortgage Corporation** [Docket No. 3463]

- **Notice of Intent of Rejection of Executory Contract re: Consulting Agreement Between CC Pace Systems, Inc. and New Century Mortgage Corporation** [Docket No. 3464]

- **Notice of Intent of Rejection of Executory Contract re: Master Services Agreement Between Galt Media and New Century Mortgage Corporation** [Docket No. 3465]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between Genius Realty, Inc. and Home123 Corporation** [Docket No. 3466]

- **Notice of Intent of Rejection of Executory Contract re: Website Linking Agreement Between Genworth Mortgage Insurance and New Century Mortgage Corporation** [Docket No. 3467]

- **Notice of Intent of Rejection of Executory Contract re: Mortgage Lead Provider Agreement Between Get Lower, Inc. and Home123 Corporation** [Docket No. 3468]

- **Notice of Intent of Rejection of Executory Contract re: Staffing Agency Services Agreement Between Gleason Personnel, Inc. and Home123 Corporation** [Docket No. 3469]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Goetzman Group and New Century Financial Corporation** [Docket No. 3470]

- **Notice of Intent of Rejection of Executory Contract re: Telecommunications Service Agreement Between Granite Telecommunications, LLC and New Century Mortgage Corporation** [Docket No. 3471]

- **Notice of Intent of Rejection of Executory Contract re: Software License and Services Agreement Between Greatland Corporation and New Century Mortgage Corporation** [Docket No. 3472]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between GRES, Inc. and Home123 Corporation** [Docket No. 3473]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between John Gentzel & Julie B Gentzel and Home123 Corporation** [Docket No. 3474]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Gregory G. Fish & Carol J. Fisk and Home123 Corporation** [Docket No. 3475]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Gary Lancaster & Deanna Lancaster and Home123 Corporation** [Docket No. 3476]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Darrell L. Bandy & Erica T. Bandy and Home123 Corporation** [Docket No. 3477]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between ROnald F. Heinen & Andrea H. Heinen and Home123 Corporation** [Docket No. 3478]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Theodore J. Balestino & Debra E. Balestino and Home123 Corporation** [Docket No. 3479]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between James M. Johnson & Deborah L. Johnson and Home123 Corporation** [Docket No. 3480]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Judith L. Woodward and Home123 Corporation** [Docket No. 3481]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Kip Frawley & Donna M. Frawley and Home123 Corporation** [Docket No. 3482]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Linda S. Johnson and Home123 Corporation** [Docket No. 3483]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Linda S. Johnson and Home123 Corporation** [Docket No. 3484]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Linda S. Johnson and Home123 Corporation** [Docket No. 3485]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Alan S. Willner & Susan M. Willner and Home123 Corporation** [Docket No. 3486]

- **Notice of Intent of Rejection of Executory Contract re: Home Equity Line of Credit Between Donald R. Rigot, Jr. & Cynthia R. Rigot and Home123 Corporation** [Docket No. 3487]

- **Notice of Intent of Rejection of Executory Contract re: Master Agreement for Document Preparation Services Between Schwartz and Associates and New Century Mortgage Corporation** [Docket No. 3488]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between SC - Solmelia LLC and Home123 Corporation** [Docket No. 3489]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between SC-Casa Mar LLC and Home123 Corporation** [Docket No. 3490]

- **Notice of Intent of Rejection of Executory Contract re: SBC Master Agreement Between SBC Global Services, Inc. and New Century Mortgage Corporation** [Docket No. 3491]

- **Notice of Intent of Rejection of Executory Contract re: SBC Premier SERVSM Dedicated Internet Access Agreement Between Ameritech Interactive Media Services, Inc., Pacific Bell Internet Services, SNET Diversified Group, Inc. and/or Southwestern Bell Intern** [Docket No. 3492]

- **Notice of Intent of Rejection of Executory Contract re: Master Services Agreement Between SBC E-Services, Inc. and New Century Mortgage Corporation** [Docket No. 3493]

- **Notice of Intent of Rejection of Executory Contract re: SBC DataComm Equipment and Services Agreement Between DataComm and New Century Mortgage Dated** [Docket No. 3494]

- **Notice of Intent of Rejection of Executory Contract re: Master License Agreement Between SAS Institute Inc. and New Century Mortgage Corporation** [Docket No. 3495]

- **Notice of Intent of Rejection of Executory Contract re: Agency Agreement Between Sapphire Technologies, Inc. and New Century Financial Corporation** [Docket No. 3496]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Sales Consultants of Tennersville and New Century Mortgage Corporation** [Docket No. 3497]

- **Notice of Intent of Rejection of Executory Contract re: Mortgage Lead Provider Agreement Between SAL Enterprises, LLC and New Century Mortgage Corporation** [Docket No. 3498]

- **Notice of Intent of Rejection of Executory Contract re: Consulting Agreement Between Susan Schneider, of SC and Associates and New Century Mortgage Corporation** [Docket No. 3499]

- **Notice of Intent of Rejection of Executory Contract re: Annual Maintenance Contract Between SecureWave SA and New Century Mortgage Corporation** [Docket No. 3500]

- **Notice of Intent of Rejection of Executory Contract re: License Agreement Between SecureWave SA and New Century Mortgage Corporation** [Docket No. 3501]

- **Notice of Intent of Rejection of Executory Contract re: Master Terms and Conditions Between Storage Technology Corporation and New Century Mortgage Corporation** [Docket No. 3502]

- **Notice of Intent of Rejection of Executory Contract re: Plan Plus Joint Marketing and Administration Agreement Between Stonebridge Benefit Services, Inc., New Century Mortgage Corporation and NC Insurance Services, Inc.** [Docket No. 3503]

- **Notice of Intent of Rejection of Executory Contract re: Mortgage Lead Provider Agreement Between One Technologies Ltd dba SpendonLife.com and Home123 Corporation** [Docket No. 3504]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Special Counsel, Inc. and New Century Mortgage Corporation** [Docket No. 3505]

- **Notice of Intent of Rejection of Executory Contract re: Vending Agreement Between Sodexho America, LLC and New Century Mortgage Corporation** [Docket No. 3506]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between Sobel Development Company, Inc.** [Docket No. 3507]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between SS-Sandstone LLC and Home123 Corporation** [Docket No. 3508]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Smead Manufacturing Company and Home123 Corporation** [Docket No. 3509]

- **Notice of Intent of Rejection of Executory Contract re: Relocation Services Agreement Between SIRVA Relocation LLC and New Century Financial Corporation** [Docket No. 3510]

- **Notice of Intent of Rejection of Executory Contract re: License Agreement Between SignetX, Inc. and New Century Mortgage Corporation** [Docket No. 3511]

- **Notice of Intent of Rejection of Executory Contract re: Engagement Letter Between Sheshunoff Management Services LP and Home123 Corporation** [Docket No. 3512]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between Sepac, Inc., dba Remax Midwest Group and Home123 Corporation** [Docket No. 3513]

- **Notice of Intent of Rejection of Executory Contract re: Mortgage Lead Provider Agreement Between SM Lending, LLC and New Century Mortgage Corporation** [Docket No. 3514]

- **Notice of Intent of Rejection of Executory Contract re: Software License Agreement Between Sesame Technology and New Century Mortgage Corporation** [Docket No. 3515]

- **Notice of Intent of Rejection of Executory Contract re: Master Services Agreement Between SIGMAnet, Inc. and New Century Mortgage Corporation** [Docket No. 3516]

- **Notice of Intent of Rejection of Executory Contract re: Software License and Services Agreement Between Vertias Software Global LLC and New Century Mortgage Corporation** [Docket No. 3517]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Veri-tax.com and New Century Mortgage Corporation** [Docket No. 3518]

- **Notice of Intent of Rejection of Executory Contract re: Valuation Services Agreement End-User License Between Veros Software, Inc. and New Century Mortgage Corporation** [Docket No. 3519]

- **Notice of Intent of Rejection of Executory Contract re: Hosting and Professional Services Agreement Between VitualEdge Corporation and New Century Mortgage Corporation** [Docket No. 3520]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Vision ESF and New Century Mortgage Corporation** [Docket No. 3521]

- **Notice of Intent of Rejection of Executory Contract re: Licensing Agreement for Electronic Mortgage Form Products Between VMP Mortgage Solutions, Inc.** [Docket No. 3522]

- **Notice of Intent of Rejection of Executory Contract re: Premium Support Programs and Subscription Services Agreement Between Vmware, Inc, and New Century Mortgage Corporation** [Docket No. 3523]

- **Notice of Intent of Rejection of Executory Contract re: Subscription Agreement Between Vocus, Inc. and New Century Financial Corporation** [Docket No. 3524]

- **Notice of Intent of Rejection of Executory Contract re: Services Contract Between The Wackenhut Corporation and New Century Mortgage Corporation** [Docket No. 3525]

- **Notice of Intent of Rejection of Executory Contract re: Consulting Agreement Between eWorld Technologies Corporation and New Century Mortgage Corporation** [Docket No. 3526]

- **Notice of Intent of Rejection of Executory Contract re: Lead Agreement Between WarehouseLine, LTD and New Century Mortgage Ventures, LLC** [Docket No. 3527]

- **Notice of Intent of Rejection of Executory Contract re: Mortgage Lead Provider Agreement Between Web Financial Network, Inc and New Century Mortgage Corporation** [Docket No. 3528]

- **Notice of Intent of Rejection of Executory Contract re: Customer Agreement Between Webb/Mason, Inc. and Home123 Corporation** [Docket No. 3529]

- **Notice of Intent of Rejection of Executory Contract re: Master Services Agreement Between WebSideStory, Inc. and New Century Mortgage Corporation** [Docket No. 3530]

- **Notice of Intent of Rejection of Executory Contract re: Mortgage Lead Provider Agreement Between Wescoco LLC and New Century Mortgage Corporation** [Docket No. 3531]

- **Notice of Intent of Rejection of Executory Contract re: Customer Service Agreement Between Expedite Systems, Inc. and New Century Mortgage Corporation** [Docket No. 3532]

- **Notice of Intent of Rejection of Executory Contract re: Producer and Joint Marketing Agreement Between ZC Sterling Insurance Agency, Inc., Bro Enterprises, LLC dba CI Direct, New Century Mortgage Corporation and NC Insurance Services, Inc.** [Docket No. 3533]

- **Notice of Intent of Rejection of Executory Contract re: End-User License Agreement Between Network Intelligence Corporation and New Century Mortgage Corporation** [Docket No. 3534]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between Fiedlis and Home123 Corporation** [Docket No. 3535]

- **Notice of Intent of Rejection of Executory Contract re: End User Agreement Between Fieldglass Inc. and New Century Mortgage Corporation** [Docket No. 3536]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between The Financial Executives Consulting Group, LLC and New Century Mortgage Corporation** [Docket No. 3537]

- **Notice of Intent of Rejection of Executory Contract re: Print and Mail Services Agreement Between Financial Statement Services, Inc. and New Century Mortgage Corporation** [Docket No. 3538]

- **Notice of Intent of Rejection of Executory Contract re: Service Level Agreement for Foreclosure Transactions Between First American Title and New Century Mortgage Corporation** [Docket No. 3539]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Technical Solutions, Inc. and New Century Mortgage Corporation** [Docket No. 3540]

- **Notice of Intent of Rejection of Executory Contract re: Professional Services Agreement Between Technology Partners International, Inc. and New Century Mortgage Corporation** [Docket No. 3541]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between TecHounds, LLC/TFI Resources and New Century Mortgage Corporation** [Docket No. 3542]

- **Notice of Intent of Rejection of Executory Contract re: Professional Services Agreement Between Telelogic North America Inc. and New Century Mortgage Corporation** [Docket No. 3543]

- **Notice of Intent of Rejection of Executory Contract re: SecondLook Software License Agreement Between Tena Companies, Inc. and New Century Mortgage Corporation** [Docket No. 3544]

- **Notice of Intent of Rejection of Executory Contract re: Quality Control Master Agreement Between Tena Companies, Inc. and New Century Mortgage Corporation** [Docket No. 3545]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between The Information Consulting Group West and New Century Mortgage Corporation** [Docket No. 3546]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between The Mortgage Headhunter and New Century Mortgage Corporation** [Docket No. 3547]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Anne Wilson Personnel Consultants, Inc. dba The Wilson Group and New Century Mortgage Corporation** [Docket No. 3548]

- **Notice of Intent of Rejection of Executory Contract re: Mortgage Lead Provider Agreement Between TLP Acquisition Corp. and New Century Mortgage Corporation** [Docket No. 3549]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between TriStaff Consulting and New Century Mortgage Corporation** [Docket No. 3550]

- **Notice of Intent of Rejection of Executory Contract re: Letter Agreement Between True Partners Consulting LLC and New Century Financial Corporation** [Docket No. 3551]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between Turner Communities and Home123 Corporation** [Docket No. 3552]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Tustin Personnel Services, Inc. and New Century Mortgage Corporation** [Docket No. 3553]

- **Notice of Intent of Rejection of Executory Contract re: Standard Advertising Agreement Between TMP Worldwide, Inc. and New Century Mortgage Corporation** [Docket No. 3554]

- **Notice of Intent of Rejection of Executory Contract re: Maset Full Service Maintenance Agreement Between Toshiba America Business Solutions, Inc. and New Century Mortgage Corporation** [Docket No. 3555]

- **Notice of Intent of Rejection of Executory Contract re: Contract Underwriting Agreement Between Triad Guaranty Insurance Company and New Century Mortgage Corporation** [Docket No. 3556]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Turning Pointe, Inc. and New Century Mortgage Corporation** [Docket No. 3557]

- **Notice of Intent of Rejection of Executory Contract re: Services Agreement Between Sysdome, Inc. and Home123 Corporation** [Docket No. 3558]

- **Notice of Intent of Rejection of Executory Contract re: Service Provider Agreement Between 10X Media, LLC and New Century Mortgage** [Docket No. 3559]

- **Notice of Intent of Rejection of Executory Contract re: Marketing Services Agreement Between Teak Realty, Inc. and Home123 Corporation** [Docket No. 3560]

- **Notice of Intent of Rejection of Executory Contract re: Agreement Between Success Acquisition Corporation, dba SuccessFactors, Inc. and New Century Mortgage Corporation** [Docket No. 3561]

- **Notice of Intent of Rejection of Executory Contract re: Mortgage Lead Provider Agreement Between Sunburn Marketing Group, LLC dba NewMoneyWizard.com and New Century Mortgage Corporation** [Docket No. 3562]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Synaptix Systems, Inc. and New Century Mortgage Corporation** [Docket No. 3563]

- **Notice of Intent of Rejection of Executory Contract re: Software License, Maintenance, and Services Agreement Between TeaLeaf Technology, Inc. and New Century Mortgage Corporation** [Docket No. 3564]

- **Notice of Intent of Rejection of Executory Contract re: Support Services Agreement Between Telelogic North America and New Century Mortgage Corporation** [Docket No. 3565]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Ultimate Staffing and New Century Mortgage Corporation** [Docket No. 3566]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Ultra Executives and New Century Mortgage Corporation** [Docket No. 3567]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Universal Tax Service, Inc. and New Century Mortgage Corporation** [Docket No. 3568]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Venturi Staffing Partners and New Century Mortgage Corporation** [Docket No. 3569]

- **Notice of Intent of Rejection of Executory Contract re: Service Agreement Between Unified Technical, Inc. and New Century Mortgage Corporation** [Docket No. 3570]

- **Notice of Intent of Rejection of Executory Contract re: Master Agreement for Products and Services Between Unisys Corporation and New Century Mortgage Corporation** [Docket No. 3571]

- **Notice of Intent of Rejection of Executory Contract re: Master Services Agreement Between VeriSign and New Century Mortgage Corporation** [Docket No. 3572]

- **Notice of Intent of Rejection of Executory Contract re: Software License Agreement Between Telelogic AB and New Century Mortgage Corporation** [Docket No. 3573]

Dated:  November 13, 2007

/s/ Jamie L. Edmonson
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
 SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California  92705
Telephone:  (949) 567-1600

# Exhibit A

Exhibit A
Notice Party List
Overnight Mail Service List

| Docket No | Name | Notice Name | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| 3458 | First Line Data Solutions Inc | | 17011 Beach Blvd | Ste 540 | Huntington Beach | CA | 92647 | | Notice Party |
| 3459 | First Option Inc | Stanley Kang | 3333 Michelson | Ste 605 | Irvine | CA | 92612 | | Notice Party |
| 3460 | First Realty of Charleston LLC | Elaine Brabham | 1118 Savannah Hwy | | Charleston | SC | 29407 | | Notice Party |
| 3461 | Foster Knoll Condominiums LLC | John Huszar | PO Box 2665 | | Oregon City | OR | 97045 | | Notice Party |
| 3462 | Foundstone Inc | General Counsel | 27201 Puerta Real | Suite 400 | Mission Viejo | CA | 92691 | | Notice Party |
| 3463 | FRx Software Corporation | | 4700 S Syracuse Pkwy | Ste 150 | Denver | CO | 80237 | | Notice Party |
| 3464 | CC Pace Systems Inc | | 4100 Monument Corner Drive | Ste 400 | Fairfax | VA | 22030 | | Notice Party |
| 3465 | Galt Media | | 1816 20th Street | | San Francisco | CA | 94107 | | Notice Party |
| 3466 | Genius Realty Inc | Heinrich Wiebe | 801 W Main Street | Ste 100 | Boise | ID | 83702 | | Notice Party |
| 3467 | Genworth Mortgage Insurance Corp | VP Marketing Business Development | 6601 Six Forks Road | | Raleigh | NC | 27615 | | Notice Party |
| 3468 | Get Lower Inc | Stephen Fjedlseth | 101 Academy Way | Ste 130 | Irvine | CA | 92617 | | Notice Party |
| 3469 | Gleason Personnel Inc | Karla Camarata | 141 New Road | | Parsippany | NJ | 07054 | | Notice Party |
| 3470 | Goetzman Group | Jeff Harden | 19200 Von Karman Ste 600 | | Irvine | CA | 92612 | | Notice Party |
| 3471 | Granite Telecommunications LLC | Legal Department | 100 Newport Avenue Extension | | Quincy | MA | 02171 | | Notice Party |
| 3472 | Greatland Corporation | | 2480 Walker Avenue | NW | Grand Rapids | MI | 49501-1157 | | Notice Party |
| 3473 | GRES Inc | Robert Coles | 1857 Millennium Way | | Meridian | ID | 83642 | | Notice Party |
| 3474 | John Gentzel Julie B Gentzel | | 7920 146th Street Court East | | Puyallup | WA | 98375 | | Notice Party |
| 3475 | Gregory G Fish Carol J Fisk | | 3889 East Bottlebrush Drive | | Flagstaff | AZ | 86004 | | Notice Party |
| 3476 | Gary Lancaster Deanna Lancaster | | 3809 Roberts Road | | Acton | CA | 93510 | | Notice Party |
| 3477 | Darrell L Bandy Erica T Bandy | | 3615 Challenger Drive | | Lake Havasu City | AZ | 86406 | | Notice Party |
| 3478 | Ronald F Heinen Andrea H Heinen | | 999 Lakeshore Blvd No 19 | | Incline Village | NV | 89431 | | Notice Party |
| 3479 | Theodore and Debra Balestino | | 14655 Redwood Springs Drive | | Bakersfield | CA | 93314 | | Notice Party |
| 3480 | James M Johnson Deborah L Johnson | | 613 Enterprise Drive Northeast | | Lacey | WA | 98516 | | Notice Party |
| 3481 | Judith L Woodward | | 562 Kensington Avenue | | Astoria | OR | 97103 | | Notice Party |
| 3482 | Kip Frawley Donna M Frawley | | 11468 Sanders Street | | Caldwell | ID | 83605 | | Notice Party |
| 3483 | Linda S Johnson | | 7435 Ridgemont Drive Southeast | | Olympia | WA | 98513 | | Notice Party |
| 3484 | Linda S Johnson | | 7435 Ridgemont Drive Southeast | | Olympia | WA | 98513 | | Notice Party |
| 3485 | Linda S Johnson | | 7435 Ridgemont Drive Southeast | | Olympia | WA | 98513 | | Notice Party |
| 3486 | Alan S Willner Susan M Willner | | 2527 Monterey Court | | Weston | FL | 33327 | | Notice Party |
| 3487 | Donald R Rigot Jr Cynthia R Rigot | | 2727 South Langley Court | | Denver | CO | 80210 | | Notice Party |
| 3488 | Schwartz & Associates | Dennis Schwartz Attorney at Law | 1446 Heritage Drive | | McKinney | TX | 75069 | | Notice Party |
| 3489 | SC Solmelia LLC | Paul Kerr | 3456 Camino Del Rio North | Ste 310 | San Diego | CA | 92108 | | Notice Party |
| 3490 | SC Casa Mar LLC | Paul Kerr | 3456 Camino Del Rio North | Ste 310 | San Diego | CA | 92108 | | Notice Party |
| 3491 | SBC Global Services Inc | New Century Mortgage Corp Account Team | 16755 Von Karman | Account Team | Irvine | CA | 92606 | | Notice Party |
| 3492 | SBC Global Services Inc | | 16755 Von Karman | Room 120 | Irvine | CA | 92606 | | Notice Party |
| 3493 | SBC Global Services Inc | | 16755 Von Karman | Room 120 | Irvine | CA | 92606 | | Notice Party |
| 3494 | SBC DataComm | Global Accounts | 16755 Von Karman Ave | Room 100 | Irvine | CA | 92606 | | Notice Party |
| 3495 | SAS Institute Inc | World Headquarters | SAS Campus Drive | | Cray | NC | 27513 | | Notice Party |
| 3496 | Sapphire Technologies Inc | Alex Robinson | 18301 Von Karman Ave | Ste 350 | Irvine | CA | 92612 | | Notice Party |
| 3497 | Sales Consultants of Tannersville | Keith Von Zup | RR3 Box 3089 Suite 1 | Management Recruiters Intl Inc | Stroudsburg | PA | 18360 | | Notice Party |
| 3498 | SAL Enterprises LLC | Scott Pickles | 100 North Sanborn Blvd | Ste 240 | Mitchell | SD | 57301 | | Notice Party |
| 3499 | SC and Associates | Susan Schnieder | 22815 Ventura Blvd | No 920 | Woodland Hills | CA | 91364 | | Notice Party |
| 3500 | SecureWave SA | | 26 Place de la Gare | | L - 1616 Luxembourg | | | | Notice Party |
| 3501 | SecureWave SA | | 26 Place de la Gare | | L - 1616 Luxembourg | | | | Notice Party |
| 3502 | StorageTek | | One StorageTek Drive MS 3229 | | Louisville | CO | 80028 | | Notice Party |
| 3503 | NC Insurance Services | Dennis E Rivelli Jr VP COO | 3121 Michelson Drive | 6th Floor | Irvine | CA | 92612 | | Notice Party |
| 3503 | Stonebridge Benefit Services Inc | Vice President | 520 Park Avenue | | Baltimore | MD | 21201 | | Notice Party |
| 3504 | One Technologies Ltd SpendonLifecom | Peter Berkland Sr Lender Relations | 2211 Commerce St | No 200 | Dallas | TX | 75201 | | Notice Party |
| 3505 | Special Counsel Inc | Lynda Priest Stevens | 1201 Dove Street | Ste 390 | Newport Beach | CA | 92660 | | Notice Party |
| 3506 | Sedexho America LLC | Law Department | 9801 Washingtonian Blvd | Dept 51 89974 | Gathersburg | MD | 20878 | | Notice Party |
| 3506 | Sodexho America LLC | Eugene Piacentini Division VP | 45 Hayden Avenue | | Lexington | MA | 02420 | | Notice Party |
| 3507 | Sobel Development Company Inc | Marvin L Sobel President | 420 S Beverly Hills Dr | Ste 200 | Beverly Hills | CA | 90212 | | Notice Party |
| 3508 | SS Sandstone LLC | Paul Kerr President | 3456 Camino Del Rio North | Ste 310 | San Diego | CA | 92108 | | Notice Party |
| 3509 | Smead Software Solutions | | 616 S State College Blvd | | Fullerton | CA | 92831 | | Notice Party |
| 3510 | SIRVA Relocation LLC | | 6070 Parkland Blvd | | Mayfield Hits | OH | 44124 | | Notice Party |
| 3511 | SignetX Inc | | 1800 Boulder St | Ste 200 | Denver | CO | 80211 | | Notice Party |
| 3512 | Sheshunoff Management Services | Pat McElroy | 2801 Via Fortuna | Ste 600 | Austin | TX | 78746 | | Notice Party |
| 3513 | Sepac Inc dba Remax Midwest Group | Nick Sepac | 12370 Olive St Rd | | St Louis | MO | 63141 | | Notice Party |
| 3514 | ServiceMagic | Kristi Angell | 14023 Denver West Parkway | Ste 200 | Golden | CO | 80401 | | Notice Party |
| 3515 | Sesame Technology | Steven Hoydic | 269 Mount Hermon Rd | | Scottsvalley | CA | 95006 | | Notice Party |
| 3516 | SIGMAnet Inc | | 4290 E Brickell Street | | Ontario | CA | 91761 | | Notice Party |

Exhibit A
Notice Party List
Overnight Mail Service List

| Docket No | Name | Notice Name | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| 3517 | Veritas Software Global LLC | | 350 Ellis Street | | Mountain View | CA | 94043 | | Notice Party |
| 3518 | Veri Taxcom | | 17842 Irvine Blvd | Ste 132 | Tustin | CA | 92780 | | Notice Party |
| 3519 | Veros Software Inc | | 15520 Rockfield Blvd | Ste J | Irvine | CA | 92618 | | Notice Party |
| 3520 | VirtualEdge Corporation | Contracts Department | 1010 Stony Hill Road | | Yardley | PA | 19067 | | Notice Party |
| 3521 | Vision ESF | Karl Mecklenburg | PO Box 731855 | | Puyallup | WA | 98373 | | Notice Party |
| 3522 | VMP Mortgage Solutions Inc | | 18050 15 Mile Road | | Fraiser | MI | 48070 | | Notice Party |
| 3523 | Vmware Inc | | 3145 Porter Drive | | Palo Alto | CA | 94304 | | Notice Party |
| 3524 | Vocus Inc | | 4296 Forbes Blvd | | Lanham | MD | 20706 | | Notice Party |
| 3525 | The Wackenhut Corporation | Aaron Fischer | 3725 East Southport Road | Suite A | Indianapolis | IN | 46227 | | Notice Party |
| 3525 | The Wackenhut Corporation | Diane Schrieber Contracts Manager | 4200 Wackenhut Drive | | Palm Beach Gardens | FL | 33410 | | Notice Party |
| 3526 | eWorld Technologies Corporation | Nasir Junejo | 11 Forragut | | Irvine | CA | 92620 | | Notice Party |
| 3527 | WarehouseLine LTD | Bruce Reichstein President | 707 Woodcastle Bend No 200 | | Houston | TX | 77094 | | Notice Party |
| 3528 | Web Financial Network Inc | Michael W Brown VP Sales Marketing | 3612 Terrace Place | | Carlsbad | CA | 92008 | | Notice Party |
| 3529 | Webb Mason Inc | CFO | 10830 Gilroy Road | | Hunt Valley | MD | 21031 | | Notice Party |
| 3530 | WebSideStory Inc | Stephanie Bailey | 10182 Telesis Court | | San Diego | CA | 92121 | | Notice Party |
| 3531 | Wescoco LLC | | 660 Market Street | 5th Fl | San Francisco | CA | 94104 | | Notice Party |
| 3532 | Expedite Systems Inc | | 3399 Peachtree Road NE | | Atlanta | GA | 30326 | | Notice Party |
| 3533 | Bro Enterprise LLC dba CI Direct | Ms Mary L Bro President CEO | 2513 Southwest Avenue | | Harlan | IA | 51537 | | Notice Party |
| 3533 | NC Insurance Services | Dennis E Rivelli Jr VP COO | 3121 Michelson Drive | 6th Floor | Irvine | CA | 92612 | | Notice Party |
| 3534 | Network Intelligence Corporation | | 200 Lowder Brook Drive | Ste 2000 | Westwood | MA | 02090 | | Notice Party |
| 3535 | Fidelis the Buyer's Agent | Rich Machado | 378 County Street | | New Bedford | MA | 02740 | | Notice Party |
| 3536 | Fieldglass Inc | James E Holtzman CFO | 125 S Wacker Drive | Ste 2400 | Chicago | IL | 60606 | | Notice Party |
| 3537 | The Financial Executives | Consulting Group | 32 Gray's Farm Road | | Weston | CT | 06883 | | Notice Party |
| 3538 | Financial Statement Services Inc | | 3300 South Fairview | | Santa Ana | CA | 92704 | | Notice Party |
| 3539 | First American Title Insurance | National Default Title Services | 3 First American Way | | Santa Ana | CA | 92707 | | Notice Party |
| 3540 | Technical Solutions Inc | Ed Griganavicius | 11 Fairfield | | Irvine | CA | 92614 | | Notice Party |
| 3541 | Technology Partners Intl Inc | Ed Uribe | 10055 Grogan's Mill Road | Ste 200 | The Woodlands | TX | 77380 | | Notice Party |
| 3542 | TecHounds | Geoff Savage | 30100 Crown Valley Pkwy | Ste 35 A | Laguna Niguel | CA | 92677 | | Notice Party |
| 3543 | Telelogic North America Inc | | 9401 Jeronimo Rd | | Irvine | CA | 92618 | | Notice Party |
| 3544 | Tena Companies Inc | | 251 W Lafayette Frontage Rd South | | St. Paul | MN | 55107 | | Notice Party |
| 3545 | Tena Companies Inc | | 251 W Lafayette Frontage Rd South | | St. Paul | MN | 55107 | | Notice Party |
| 3546 | The Information Consulting | Group West | 18881 Von Karman Ave | | Irvine | CA | 92612 | | Notice Party |
| 3547 | The Mortgage Headhunter | Casey Brady | 190 Prospect Place | | Alpharetta | GA | 30005 | | Notice Party |
| 3548 | Anne Wilson Personnel Consultants | Lori McNorton | 403 N Tancahua | dba The Wilson Group | Corpus Christi | TX | 78401 | | Notice Party |
| 3549 | TLP Acquisition Corp | | 1030 Hull Street | Ste 300 | Baltimore | MD | 21230 | | Notice Party |
| 3550 | TriStaff Consulting | Brett Robertson | 3730 South Susan | Ste 100 | Santa Ana | CA | 92705 | | Notice Party |
| 3551 | True Partners Consulting LLC | | 633 West Fifth Street | Ste 1160 | Los Angeles | CA | 90071 | | Notice Party |
| 3552 | Turner Communities | Louis L Turner President | 20860 North Tatum Blvd | Ste 125 | Phoenix | AZ | 85050 | | Notice Party |
| 3553 | Tustin Personnel Services Inc | | 17702 Irvine Blvd | Ste 101 | Tustin | CA | 92780 | | Notice Party |
| 3554 | TMP Worldwide Inc | | 7800 West Brown Deer Rd | | Milwaukee | WI | 53223 | | Notice Party |
| 3555 | Toshiba America | Business Solutions Inc | 2 Musick | | Irvine | CA | 92618 | | Notice Party |
| 3556 | Traid Guaranty Insurance Corp | Lori Rhue | 101 S Stratford Rd | | Winston-Salem | NC | 27104 | | Notice Party |
| 3557 | Turning Pointe Inc | Amy Pittman | 2380 Faith Caroline Blvd | | Rock Hill | SC | 29732 | | Notice Party |
| 3558 | Sysdome Inc | | 5230 Las Virgenes Road | Ste 275 | Calabasas | CA | 91302 | | Notice Party |
| 3559 | 10X Media LLC | | 374 East 720 South | | Orem | UT | 84097 | | Notice Party |
| 3560 | Prudential Town Country Real Estate | Gary Lockberg | 239 Washington Street | Teak Realty Inc | Wellesley | MA | 02481 | | Notice Party |
| 3561 | SuccessFactors | Lars Dalgaard CEO | 999 Baker Way | Ste 500 | San Mateo | CA | 94404 | | Notice Party |
| 3562 | Sunburn Marketing Group LLC | Timothy Edwards President | 2200 Pacific Coast Highway | Ste 312 | Hermosa Beach | CA | 90254 | | Notice Party |
| 3563 | Synaptix Systems Inc | Heath Hawker | 11 Raven Suite 200 | | Aliso Viejo | CA | 92656 | | Notice Party |
| 3564 | Tealeaf Technology Inc | | 45 Fremont Street | Ste 1450 | San Francisco | CA | 94105 | | Notice Party |
| 3565 | Telelogic North America Inc | | 9401 Jeronimo Rd | | Irvine | CA | 92618 | | Notice Party |
| 3566 | Ultimate Staffing Roth Staffing | Lynn Hedlund | 4100 Newport Place | Ste 770 | Newport Beach | CA | 92660 | | Notice Party |
| 3567 | Ultra Executive | John Averitt | 8480 E Orchard Rd | Suite 5800 | Greenwood Village | CO | 80111 | | Notice Party |
| 3568 | Universal Tax Service Inc | | PO Box 155 | | Eustis | FL | 32727 | | Notice Party |
| 3569 | Venturi Staffing Partners | Tina McCoy | 21241 Ventura Blvd | Ste 166 | Woodland Hills | CA | 91364 | | Notice Party |
| 3570 | Unified Technical Inc | Kevin Blazona | 2372 Plaza Pointe Drive | Ste 240 | Laguna Hills | CA | 92653 | | Notice Party |
| 3571 | Unisys Corp | | Unisys Way | | Blue Bell | PA | 19424 | | Notice Party |
| 3572 | VeriSign | | 487 E Middlefield Road | | Mountain View | CA | 94043 | | Notice Party |
| 3573 | Telelogic AB | c o Telelogic North America Inc | 9401 Jeronimo Rd | | Irvine | CA | 92618 | | Notice Party |

In re New Century TRS Holdings, Inc., et al., Case No. 07-10416 (KJC) Jointly Administered
United States Bankruptcy Court, District of Delaware

Page 2 of 2

10/30/2007
Notice Party List Docket No Tracking 071030