## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| IN RE:<br><br>DELTA MILLS, INC.,<br><br>Debtor | Chapter 11<br><br>C.A. No: 06-11144-CSS<br>**Related D.I. Nos. 821 & 822** |
|---|---|

## NOTICE OF WITHDRAWAL OF CLAIMS

PLEASE TAKE NOTICE that Iron Mountain Information Management, Inc., by and through its counsel, hereby withdraws its claims, A Rejection Damages Proof of Claim in the amount of $25,983.00 as well as an Administrative Proof of Claim for $904.68, as filed with the Court contemporaneously with the Notices of Service as follows:

| Date | D.I. | Description |
|---|---|---|
| 10/18/2007 | 821 | Notice of Service *of Iron Mountain's Administrative Proof of Claim* Filed by Iron Mountain Information Management, Inc.. (Brown, Charles) (Entered: 10/18/2007) |
| 10/18/2007 | 822 | Notice of Service *of Iron Mountain's Rejection Damages Proof of Claim* Filed by Iron Mountain Information Management, Inc.. (Brown, Charles) (Entered: 10/18/2007) |

ARCHER & GREINER, P.C.

*/s/ Charles J. Brown, III*

Dated:  December 11, 2007

Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801
Telephone:  (302) 777-4350
cbrown@archerlaw.com

*Counsel to Iron Mountain Information Management, Inc.*

3009664v1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

DELTA MILLS, INC.,

                    Debtor

Chapter 11

C.A. No: 06-11144-CSS
**Related D.I. Nos. 821 & 822**

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copies of the foregoing

document to be served via first class, postage prepaid mail upon the following:

Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801

Rachel B. Mersky, Esq.
Monzack & Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

Mark E. Felger, Esq.
Cozen & O'Connor
Suite 1400, Chase Manhattan Centre
1201 North Market Street
Wilmington, DE  19801

*/s/ Charles J. Brown, III*
Charles J. Brown, III (No. 3368)

Dated:  December 11, 2007

3009664v1