

# CHATHAM COUNTY TAX COMMISSIONER

Delinquent Tax Collection Department
Post Office Box 8092
Savannah, GA 31412
(912) 652-7247

December 3, 2007

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

RE:   Case No. 07-10416-KJC
      New Century TRS Holdings, Inc.

Dear Clerk:

      We respectfully request that our claim in the above referenced case be withdrawn as the taxes for which our claim covered were satisfied outside of the bankruptcy estate. At this point our claim has been satisfied in full. In addition, we request that you please remove us from your service list.

      If this does not meet with your approval or if you have any questions, please give me at call at (912) 652-7247.

Sincerely,

W. Victoria Tumlin
Accounting Technician

cc: Mark D. Collins
cc: Wells Fargo Bank, N.A.