COUNTY OF SANTA CLARA TAX COLLECTOR
County  Government Center, East Wing
70 West Hedding Street
San Jose, California 95110-1767
(408) 808-7901  /  FAX (408) 279-0357



**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| **NEW CENTURY TRS HOLDINGS, INC., et al** | Case No.        07-10416 KJC |
| Debtor | **COUNTY OF SANTA CLARA'S RESPONSE TO DEBTORS' FIFTH OMNIBUS OBJECTION: SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. §§ 502 AND 507, BANKRUPTCY RULES 3007 AND 9014, AND LOCAL RULE 3007-1 TO CERTAIN (I) BOOKS AND RECORDS CLAIMS, AND (II) REDUCED AND/OR RECLASSIFIED CLAIMS** |
|  | Dated November 20, 2007, Claim No. 440, 441 & 442 Hearing Date:  December 20, 2007 at 1:30 p.m. et Obj. Response Deadline: December 13, 2007 at 4:00 p.m et |

## I. STATEMENT OF FACTS

Debtor, New Century TRS Holdings, Inc., et al, filed a chapter 11 bankruptcy petition on April 2, 2007.  As of the petition date, the Debtor owed delinquent Real Property taxes in the amount of $3,949.66 for the 2nd installment of F/Y 2005/2006  (Claim No. 441).  This tax was for APN (Assessor's Parcel Number) 692-15-050 located at 5884 Paddon Circle, San Jose CA 95123.

On May 4, 2007, the County filed an estimated Real Property Claim (Claim No. 440) for F/Y 2007/2008 of $16,695.93 (to be amended).

27      On May 4, 2007, the County also filed its Secured/Priority Claim No. 442 totaling $1,572.50

28  which represents property tax owed by the Debtor as of the petition date. The total of this

29  claim includes tax obligations as follows: Unsecured Property Tax for F/Y 2003/04

30  (Assessment 03-048561-9), $6.60; Unsecured Property Tax for F/Y 2004/05 (Assessment

31  04-042154-7), $576.28 and Supplemental Real Property Taxes transferred to the Unsecured

32  Roll as Assessment 06-990979-4 (for property located at 2126 Walnut Grove Av., San Jose),

33  $989.62.

34      The County objects to the Debtors' Fifth Omnibus Objection to disallow and expunge or

35  reduce and reclassify our claims, as described below.

36

37                      **II. MEMORANDUM OF POINTS AND AUTHORITIES**

38      The Debtors seek to disallow and expunge County's Claim No. 441, $3,949.66 (Exhibit A)

39  as "The debtors have no record of this liability in their Books and Records as the property is not

40  serviced by the Debtors." County records show that New Century Mortgage Corporation, listed

41  as an entity of New Century TRS Holdings, assumed title of Parcel 692-15-050, located at 5884

42  Paddon Circle, San Jose CA 95123 via recorded document #19321651 on February 22, 2007

43  (Exhibit B). Please note that tax bills were mailed to the address provided on the recorded

44  document.

45      Further, the Debtor objects to County's claim under 11 U.S.C. § 507. Debtor filed its

46  petition on April 2, 2007. One year prior to the petition date was April 2, 2006. The Real

47  Property Tax included in County's Claim No. 441, for APN 692-15-050-00 (2nd installment)

48  was last payable without penalty if paid by April 10, 2006.

49      No penalties were triggered until Debtor failed to pay the Real Property Tax by the April 10,

50  2006 delinquency date. Since Section 507(a)(8)(B) requires that taxes must have been last

51  payable without penalty after one year prior to the petition date, which was April 2, 2006,

52      the Real Property Tax for APN 692-15-050-00 is not stale.

53          The Debtor is similarly objecting to County's Claim No. 440, $16,695.93 (Exhibit C) filed

54      as an Administrative Expense claim for taxes for FY 2007/2008 for the same property listed

55      above in connection with Claim No. 441.  The County filed its Administrative Expense claim in

56      accordance with 11 U.S.C. § 503.

57          The debtor has also filed an objection seeking to expunge the Priority portion of County's

58      Claim No. 442, $989.62 (Exhibit D), "because the Debtors acknowledge the validity of the

59      personal property taxes but have no record of the real property liability because the property is

60      not serviced by the Debtors."  County records show that New Century Mortgage Corporation

61      assumed title through the recordation of document # 19052270 (Trustee's Deed Upon Sale)

62      (Exhibit E) for Parcel 274-34-024 located at 2126 Walnut Grove Ave., San Jose CA 95128.  Title

63      was held from August 2, 2006 through sale date January 2, 2007.  Again, all tax assessments

64      were issued to the address provided on the recorded document.

65

66                              **III. CONCLUSION**

67          Based on the foregoing, the County of Santa Clara Tax Collector respectfully requests that

68      the court allow the County's Claim No. 440 for $16,695.93 (to be reduced and amended), Claim

69      No. 441 for $3,949.66 and Claim No. 442, $1,572.50, as is.

70

71      Dated: December 3, 2007              Respectfully submitted:
                                             **COUNTY OF SANTA CLARA**
72                                           **TAX COLLECTOR**

73                                           By: *Deborah Nichols*

74                                           Deborah Nichols
                                             Senior Revenue Collections Officer
75                                           (408) 808-7901

# Exhibit A

*Claim #441*

# County of Santa Clara

Tax Collector
Tax Collections Division

County Government Center, East Wing
70 West Hedding Street
San Jose, California 95110
(408) 808-7900  FAX 279-0357



---

## United States Bankruptcy Court

**For the** **District of** Delaware

**Tax Collector**
**County of Santa Clara**
**County Government Center, East Wing**
**70 West Hedding Street**
**San Jose, Ca 95110**

The taxes will continue to increase as long as they remain
unpaid. Further, taxes for future fiscal years will continue
to accrue. The County will file additional claims as soon as
these contingent claims become due.

| | |
|---|---|
| Debtor: | **New Century TRS Holding, Inc, et al.** |
| Case No.: | **07-10416 (KJC)** |
| Chapter: | **11** |
| Date filed: | April 2, 2007 |

### Proof of Claim
Parcel #692-15-050 located at 5884 Paddon Cl., San Jose, CA  95123

1.  The undersigned, who is employed by Santa Clara County, at the County Administration Building, 70 West Hedding Street, San Jose, California, is the agent of the Tax Collector of the County of Santa Clara, and is authorized to make proof of claim on behalf of the claimant.

2.  The debtor was, at the time of the filing of the petition initiating this case, and still is indebted to this claimant, in the sum of $   3,949.66        .

3.  The consideration for this debt is **Real Property Tax**.

4.  A duplicate of the writing on which this claim is founded is attached hereto as exhibit A.

5.  No judgment has been rendered estopping this claim.

6.  The amount of all payments of this claim have been credited and deducted for the purpose of making this proof of claim.

7.  This claim is not subject to any setoff or counter claim.

8.  A security interest is held on this claim as per Section 2191.3 and Section 2191.4 of the California Revenue and Taxation Code.

( If security interest is claimed) The undersigned claims the security interest under the writing referred to in paragraph 4 hereof. )

Page 1 of 2

0-004

Case No. : __07-10416 (KJC)__

9.  This Claim is filed as:

9a _____X_____ A Secured claim for:                Total: $  3,949.66

9b _____ An Unsecured 507 PRIORITY claim for:   Total: $ _____

                                        Total Claim: $  3,949.66

## ADMINISTRATIVE EXPENSES

10. This claim _____ is, _____ is also, filed as a cost of administration for expenses in the sum of:

                                Tax Debt $ _____

                                Penalties  $ _____

                                Costs  $ _____

            TOTAL ADMINISTRATIVE EXPENSES $ _____

**If delinquent after  , a $35.00 collection fee and a  10% penalty of $   will apply.**
Additional monthly interest of $ _____ accrues the first day of  each month
commencing _____.

                    Tax Collector
                    County of Santa Clara
                    County Administration Building
                    East Wing, Sixth Floor
                    70 West Hedding Street
                    San Jose, CA 95110

Dated  __April 26, 2007__      Signed/Joan C. Kern _____

APR-27-2007 12:15 pm

# Santa Clara County Tax Collector

REDEMPTION ABSTRACT CERTIFICATE



APN 692-15-050-99    Roll Year 2006-2007 ▾    Tax Defaulted APN 692-15-050-99    Date Defaulted 06/2006

Situs 5884  PADDON CL SAN JOSE 95123

Lien Date Assessee  NGUYEN BAO TRUSTEE

COMMENTS

**Current Assessee Information**

NEW CENTURY MTG CORP

1610 E ST ANDREW PL # B150
SANTA ANA  CA      92706

Effective 04/01/2007
TRA 17-063
Disposition
Disposition Date
Deed Number 18    7
Petition Number

| | | |
|---|---|---|
| Date Redeemed | | Paid To Date | | Latest Payment | |
| Redemption Penalty 5.71 | | Inst Penalty Paid 0.00 | 0.00 | Inst Penalty Accrued | 0.00 |
| State Redemption Fee 0.00 | | | | | |

| July | August | September | October |
|---|---|---|---|
| November | December | January | February |
| March | April | May | June |
| | 47.59 | 0.00 | 48.16 | 48.73 |

Main Menu

Match

Bill Sum

Bill Detail

Comments

Pay All

Name
Address

Payment Info

Date
Total Paid

I certify that th
redeem this pr

Dept

0•*

47•59+
3,902•07+

002

3,949•66*+

APR-27-2007  12:16 pm

# Santa Clara County Tax Collector

REDEMPTION ABSTRACT CERTIFICATE

**APN** 692-15-050-00    **Roll Year** 2006-2007 ▾    **Tax Defaulted APN** 692-15-050-00    **Date Defaulted** 06/2006

**Situs** 5884  PADDON CL SAN JOSE 95123

**Lien Date Assessee** NGUYEN BAO TRUSTEE

### Current Assessee Information

NEW CENTURY MTG CORP

1610 E ST ANDREW PL # B150
SANTA ANA  CA    92706

| | | |
|---|---|---|
| **Effective** | 04/01/2007 | |
| **TRA** | 17-063 | |
| **Disposition** | | |
| **Disposition Date** | | |
| **Deed Number** | 18 | 7 |
| **Petition Number** | | |

COMMENTS

**Main Menu**

**Match**

**Bill Sum**

**Bill Detail**

**Comments**

**Pay All**

**Date Redeemed**

**Redemption Penalty** 462.24

**State Redemption Fee** 30.00

**Paid To Date**

**Inst Penalty Paid** 0.00

**Latest Payment**

**Inst Penalty Accrued** 0.00

| July | August | September | October |
|---|---|---|---|
| November | December | January | February |
| March | April | May | June |

0.00    0.00    0.00

3,902.07    3,948.30    3,994.52

**Name**

**Address**

**Date**

**Total Paid**

I certify that the amount necessary to
redeem this property has been paid.

**Payment Info**

Deputy Tax Collector

# Exhibit B

MAIL TAX STATEMENTS TO
New Century Mortgage Corporation
1610 E. St. Andrew Place, #B150
Santa Ana, CA 92705

DOCUMENT: 19321651                    Pages:    2

|||||||||||||||||||||||||||||

Fees ... 10 00
Taxes .
Copies .  _____
AMT PAID      10.00

REGINA ALCOMENDRAS                    RDE #  001
SANTA CLARA COUNTY RECORDER           2/28/2007
Recorded at the request of           10:42 AM
Recording Service

---

Space above this line for recorder's use only

Trustee Sale No. fc15230-21    Loan No. 1004894886    Title Order No. 6693442

## TRUSTEE'S DEED UPON SALE

APN 692-15-050-00

The undersigned grantor declares:

1)    The Grantee herein was the foreclosing beneficiary.
2)    The amount of the unpaid debt together with costs was ................. $600,247.91
3)    The amount paid by the grantee at the trustee sale was.................. $600,247.91
4)    The documentary transfer tax is...................................................... $-0-
5)    Said property is in City of San Jose

and FORECLOSURELINK, INC. (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without covenant or warranty, express or implied, to **NEW CENTURY MORTGAGE CORPORATION** (herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of Santa Clara, State of California, described as follows:  Lot 137, as shown on that certain Map of Tract No. 4690, which map was filed for record in the office of the Recorder of the County of Santa Clara, State of California on May 23, 1969, in Book 254 of Maps, Page(s) 11, 12 and 13.

RECITALS:

This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 11/17/2005 and executed by AUDEL FARIAS AND JOSE RUBIO, as Trustor, and Recorded on NOVEMBER 23, 2005 AS DOCUMENT NO. 18690290 of official records of Santa Clara County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of said County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on 02/22/2007.  Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being

1

Trustee Sale No. fc15230-21
Loan No. 1004894886
Title Order No. 6693442

$600,247.91 in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the time of said Trustee's Sale.

DATE: 2/22/07

FORECLOSURELINK, INC., as Trustee

Sara Berens, Asst. Vice President

STATE OF <u>California</u>
COUNTY OF <u>Sacramento</u>

On 02/22/07 before me, <u>Misty Montgomery</u>, Notary Public, personally appeared <u>Sara Berens, Asst. Vice President</u> personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

MISTY MONTGOMERY
Commission # 1601320
Notary Public - California
Sacramento County
My Comm. Expires Sep 13, 2009

2

# Exhibit C

# County of Santa Clara   *Claim # 440*



Tax Collector
Tax Collections Division

County Government Center, East Wing
70 West Hedding Street
San Jose, California 95110
(408) 808-7900  FAX 279-0357

---

## United States Bankruptcy Court

<u>For the</u>   **District of**   Delaware

**Tax Collector**
**County of Santa Clara**
**County Government Center, East Wing**
**70 West Hedding Street**
**San Jose, Ca 95110**

**The taxes will continue to increase as long as they remain unpaid. Further, taxes for future fiscal years will continue to accrue. The County will file additional claims as soon as these contingent claims become due.**

| | |
|---|---|
| Debtor: | **New Century TRS Holding, Inc, et al.** |
| Case No.: | **07-10416 (KJC)** |
| Chapter: | **11** |
| Date filed: | **April 2, 2007** |

P r o o f   o f   C l a i m

Parcel #692-15-050 located at 5884 Paddon Cl., San Jose, CA 95123

This estimated administrative claim is filed in addition to the secured claim also dated 4/26/07. This claim will be amended when the actual assessment is issued September 2007.

1. The undersigned, who is employed by Santa Clara County, at the County Administration Building, 70 West Hedding Street, San Jose, California, is the agent of the Tax Collector of the County of Santa Clara, and is authorized to make proof of claim on behalf of the claimant.

2. The debtor was, at the time of the filing of the petition initiating this case, and still is indebted to this claimant, in the sum of $ _16,695.93_ .

3. The consideration for this debt is **Real Property Tax**.

4. A duplicate of the writing on which this claim is founded is attached hereto as exhibit A.

5. No judgment has been rendered estopping this claim.

6. The amount of all payments of this claim have been credited and deducted for the purpose of making this proof of claim.

7. This claim is not subject to any setoff or counter claim.

8. A security interest is held on this claim as per Section 2191.3 and Section 2191.4 of the California Revenue and Taxation Code.

( If security interest is claimed) The undersigned claims the security interest under the writing referred to in paragraph 4 hereof. )

0-004

Page 1 of 2

Case No. : _07-10416 (KJC)_____

9.  This Claim is filed as:

9a  _____A Secured claim for:                    Total: $  _____

9b  _____An Unsecured 507 PRIORITY claim for:    Total: $  _____


                                            Total Claim: $  _____

---

## ADMINISTRATIVE EXPENSES

10.This claim  _____X_____ is,  _____ is also, filed as a cost of administration for
    expenses in the sum of:

                                            Tax Debt $  _16,695.93_____

                                            Penalties  $  _____

                                               Costs  $  _____

                        TOTAL ADMINISTRATIVE EXPENSES $  _16,695.93_____

**If delinquent after December 10, 2007, a $20.00 collection fee and a 10% penalty of $ 1,669.59
will apply. If delinquent after April 10, 2007, a $20.00 collection fee will apply.**
Additional monthly interest of $ _250.43_____       accrues the first day of each month

commencing  _July 1, 2008_____  .

                        Tax Collector
                        County of Santa Clara
                        County Administration Building
                        East Wing, Sixth Floor
                        70 West Hedding Street
                        San Jose, CA 95110

                                    _Joan C Kern_

Dated  _April 26, 2007_____    Signed _Joan C. Kern_____

Page 2 of 2

# Exhibit D

# County of Santa Clara

Tax Collector
Tax Collections Division

County Government Center, East Wing
70 West Hedding Street
San Jose, California 95110
(408) 808-7900  FAX 279-0357



## United States Bankruptcy Court

**For the**   **District of**   Delaware

| | |
|---|---|
| **Tax Collector** | **Debtor:** **New Century TRS Holding, Inc.**, et al. |
| **County of Santa Clara** | |
| **County Government Center, East Wing** | **Case No.:** **07-10416 (KJC)** |
| **70 West Hedding Street** | |
| **San Jose, Ca 95110** | **Chapter:** **11** |
| | **Date filed:** **April 2, 2007** |

The taxes will continue to increase as long as they remain unpaid.  Further, taxes for future fiscal years will continue to accrue.  The County will file additional claims as soon as these contingent claims become due.

## Proof of Claim

1.  The undersigned, who is employed by Santa Clara County, at the County Administration Building, 70 West Hedding Street, San Jose, California, is the agent of the Tax Collector of the County of Santa Clara, and is authorized to make proof of claim on behalf of the claimant.

2.  The debtor was, at the time of the filing of the petition initiating this case, and still is indebted to this claimant, in the sum of $ __1,572.50__ .

3.  The consideration for this debt is **Personal Property Tax**.

4.  A duplicate of the writing on which this claim is founded is attached hereto as exhibit A.

5.  No judgment has been rendered estopping this claim.

6.  The amount of all payments of this claim have been credited and deducted for the purpose of making this proof of claim.

7.  This claim is not subject to any setoff or counter claim.

8.  A security interest is held on this claim as per Section 2191.3 and Section 2191.4 of the California Revenue and Taxation Code.

( If security interest is claimed) The undersigned claims the security interest under the writing referred to in paragraph 4 hereof. )

Page 1 of 2

Case  No. :   07-10416 (KJC)

9.  This Claim is filed as:

9a _____X_____ A Secured claim for:                 Total: $  582.88 _____

9b _____X_____ An Unsecured 507 PRIORITY claim for:   Total: $  989.62 _____

Total Claim: $ 1,572.50 _____

## ADMINISTRATIVE EXPENSES

10. This claim _____ is, _____ is also, filed as a cost of administration for
expenses in the sum of:

Tax Debt $  _____

Penalties  $  _____

Costs  $  _____

TOTAL ADMINISTRATIVE EXPENSES $  _____

**If delinquent after  , a $35.00 collection fee and a  10% penalty of  $   will apply.**
Additional monthly interest of $ _____       accrues the first day of  each month

commencing  _____ .

Tax Collector
County of Santa Clara
County Administration Building
East Wing, Sixth Floor
70 West Hedding Street
San Jose, CA 95110

Dated  April 26, 2007_____       Signed Joan C. Kern _____

Page 2 of 2

# Santa Clara County Tax Collector

Apr-26-2007 03:05 pm

## UNSECURED TAXES

| Assessment # | 06-990979-4 | Reg # | |
|---|---|---|---|
| Asst Acct # | - - | Roll Year | 2006-2007 |
| | | Delq Date | 05/31/2007 |
| APN | 274-34-024-61 | Lien Date | 01/01/2006 |
| | | TRA | 17-108 |
| | | Fam. Code | AS |

Situs 2126  WALNUT GROVE AV SJ
Assessee NEW CENTURY MORTGAGE CORP
Mail 1610 ST ANDREW PL
Address SANTA ANA CA    92705

Class Code 001
DBA
Description TRANSFER FROM SECURED ROLL

| | Original Values | Adjusted Values |
|---|---|---|
| Land | 84,137 | 0 |
| Impr-Fixt | 0 | 0 |
| Impr-ST&L | 0 | 0 |
| Pers Prop | 0 | 0 |
| Bus Inv Exm | 0 | 0 |
| Other Exm | 0 | 0 |
| Totals | 84,137 | 0 |

| | Original Taxes | Adjusted Taxes | Taxes Paid |
|---|---|---|---|
| 40 | 983.56 | 0.00 | 0.00 |
| 60 | 0.00 | 0.00 | 0.00 |
| 70 | 6.06 | 0.00 | 0.00 |
| Bus | 0.00 | 0.00 | |
| Other | | 0.00 | |
| S/A | 0.00 | 0.00 | 0.00 |
| Totals | 989.62 | 0.00 | 0.00 |

| | Penalties | Penalties Paid |
|---|---|---|
| Delq Pen | 0.00 | 0.00 |
| Sec 2922 | 0.00 | 0.00 |
| Sec 506 | 0.00 | 0.00 |
| Coll Fee | 0.00 | 0.00 |
| Cost | 0.00 | 0.00 |
| Ret Chk Chg | 0.00 | 0.00 |
| Totals | 0.00 | 0.00 |

| | | |
|---|---|---|
| S/A | 0.00 | 0.00 |
| S/A | 0.00 | 0.00 |
| S/A | 0.00 | 0.00 |
| S/A | 0.00 | 0.00 |

Monthly Penalty    0.00
Balance Due    989.62
Pending Payments

Main Menu
Match
Tax Note
Pay Adj
Comments
Reload

Apr-26-2007 03:06 pm

# Santa Clara County Tax Collector

**UNSECURED TAXES**

| | |
|---|---|
| Assessment # | 04-042154-7 |
| Assr Acct # | 365644-0002-0 |
| APN | 235-06-042-00 |

| | |
|---|---|
| Roll Year | 2006-2007 |
| Delq Date | 08/31/2004 |
| Lien Date | 01/01/2004 |

Reg #

| | |
|---|---|
| TRA | 17-108 |
| Fam. Code | AU |

Class Code 717

DBA

Description BUILDING AND/OR LOAN BROKER

Situs 1150 210 N 1ST ST SJ
Assessee NEW CENTURY MORTGAGE CORPORATION
ATTN CORPORATE SERVICES
Mail 18400 VON KARMAN STE 1000
Address IRVINE CA    92612



| | Original Values | Adjusted Values |
|---|---|---|
| Land | 0 | 0 |
| Impr-Fixt | 0 | 0 |
| Impr-ST&L | 0 | 0 |
| Pers Prop | 29,499 | 29,499 |
| Bus Inv Exm | 0 | 0 |
| Other Exm | 0 | 0 |
| Totals | 29,499 | 0 |

| | Original Taxes | Adjusted Taxes | Taxes Paid |
|---|---|---|---|
| 40 | 339.62 | 0.00 | 0.00 |
| 60 | 0.00 | 0.00 | 0.00 |
| 70 | 0.00 | 0.00 | 0.00 |
| Bus | 0.00 | 0.00 | |
| Other | 0.00 | 0.00 | |
| S/A | 0.00 | 0.00 | 0.00 |
| Totals | 339.62 | 0.00 | 0.00 |

| | Penalties | Penalties Paid | | |
|---|---|---|---|---|
| Delq Pen | 33.96 | 0.00 | S/A | 0.00 |
| Sec 2922 | 152.70 | 0.00 | S/A | 0.00 |
| Sec 506 | 0.00 | 0.00 | S/A | 0.00 |
| Coll Fee | 50.00 | 0.00 | S/A | 0.00 |
| Cost | 0.00 | 0.00 | | |
| Ret Chk Chg | 0.00 | 0.00 | | |
| Totals | 236.66 | 0.00 | | |

| | |
|---|---|
| Monthly Penalty | 5.09 |
| Balance Due | 576.28 |
| Pending Payments | |

Main Menu
Match
Tax Note
Pay Adj
Comments
Reload

# Santa Clara County Tax Collector

Apr-26-2007 03:06 pm

**UNSECURED TAXES**

COMMENTS

| Main Menu |
| Match |
| Tax Note |
| Pay Adj |
| Comments |
| Reload |

Assessment # 03-048561-9     Roll Year 2006-2007     Reg #
Assr Acct # 365644-0002-0     Delq Date 08/31/2003     TRA 17-108
APN 235-06-037-00     Lien Date 01/01/2003     Fam. Code AU

Situs 1150 210 N 1ST ST SJ
Assessee NEW CENTURY MORTGAGE CORPORATION
ATTN CORPORATE SERVICES
Mail 18400 VON KARMAN STE 1000
Address IRVINE CA 92612

Class Code 717
DBA
Description BUILDING AND/OR LOAN BROKER

| | Original Values | Adjusted Values |
|---|---|---|
| Land | 0 | 0 |
| Impr-Fixt | 0 | 0 |
| Impr-ST&L | 0 | 0 |
| Pers Prop | 24,380 | 24,380 |
| Bus Inv Exm | 0 | 0 |
| Other Exm | 0 | 0 |
| Totals | 24,380 | 24,380 |

| | Original Taxes | Adjusted Taxes | | Taxes Paid |
|---|---|---|---|---|
| 40 | 284.53 | 0.00 | 40 | 280.27 |
| 60 | 0.00 | 0.00 | 60 | 0.00 |
| 70 | 0.00 | 0.00 | 70 | 0.00 |
| Bus | 0.00 | 0.00 | S/A | 0.00 |
| Other | 0.00 | 0.00 | | |
| S/A | 0.00 | 0.00 | | |
| Totals | 284.53 | 0.00 | | 280.27 |

| | Penalties | Penalties Paid |
|---|---|---|
| Delq Pen | 28.45 | 28.45 |
| Sec 2922 | 15.12 | 12.78 |
| Sec 506 | 0.00 | 0.00 |
| Coll Fee | 50.00 | 50.00 |
| Cost | 0.00 | 0.00 |
| Ret Chk Chg | 0.00 | 0.00 |
| Totals | 93.57 | 91.23 |

| S/A | 0.00 |
| S/A | 0.00 |
| S/A | 0.00 |
| S/A | 0.00 |

Monthly Penalty 0.06
Balance Due 6.60
Pending Payments



RECORDING REQUESTED BY:



**COUNTY OF SANTA CLARA**
**TAX COLLECTOR**

COUNTY GOVERNMENT CENTER
EAST WING 6TH FLOOR
70 WEST HEDDING STREET
SAN JOSE, CALIFORNIA 95110-1767
PHONE: (408) 808-7900

| DOCUMENT: | 18085192 | | Pages: | 1 |
|---|---|---|---|---|
| | | | Fees. . . . | .00 |
| | | | Taxes. . . | .00 |
| | 18085192 | | Copies . . | .00 |
| | | | AMT PAID | .00 |

BRENDA DAVIS                        RDE # 904
SANTA CLARA COUNTY RECORDER         11/05/2004
Recorded at the request of          10:05 AM
County Agency

## WHEN RECORDED MAIL TO:

NEW CENTURY MORTGAGE CORPORATION
18400 VON KARMAN STE 1000
IRVINE CA   92612

**THIS IS TO NOTIFY YOU THAT A TAX LIEN HAS BEEN FILED WITH RESPECT TO UNSECURED PROPERTY.**

# CERTIFICATE OF TAX LIEN

THE TAX COLLECTOR OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA, IN COMPLIANCE WITH THE PROVISIONS OF SECTION 2191.3 OR 2191.4 OF THE REVENUE AND TAXATION CODE, DOES HEREBY CERTIFY THAT THERE ARE ON RECORD IN THE OFFICE DELINQUENT UNSECURED PROPERTY TAXES WHICH WERE DULY ASSESSED, COMPUTED AND LEVIED TOGETHER WITH PENALTIES PRESCRIBED BY LAW FOR THE YEARS AND IN THE AMOUNTS SET FORTH BELOW.  IN ADDITION, FURTHER PENALTIES  WILL ACCRUE ON SAID TAXES AS PRESCRIBED BY LAW.

| ASSESSEE AND ADDRESS | YEAR/ASSESSMENT NO. | AMOUNT * |
|---|---|---|
| **NEW CENTURY MORTGAGE CORPORATION** **ATTN CORPORATE SERVICES** | 04-042154-7 | $423.58 |
| **18400 VON KARMAN STE 1000** **IRVINE CA   92612** | 365644-0002-0 | 08/04 |

FROM THE TIME OF RECORDATION OF THIS CERTIFICATE, FOR A PERIOD OF TEN (10) YEARS OR ANY EXTENSION THEREOF, THE AMOUNT REQUIRED TO BE PAID AS SHOWN HEREIN TOGETHER WITH ALL ACCRUED INTEREST, PENALTIES AND COSTS THEREON WILL CONSTITUTE A LIEN UPON ALL REAL AND PERSONAL PROPERTY OWNED OR HEREAFTER ACQUIRED BY THE ABOVE NAMED ASSESSEE WITHIN THE COUNTY OF SANTA CLARA.

A LIEN IN THE AMOUNT SHOWN ABOVE HAS BEEN RECORDED IN THE OFFICE OF THE SANTA CLARA COUNTY RECORDER. THIS COPY OF THE RECORDED LIEN IS PROVIDED TO YOU PURSUANT TO GOVERNMENT CODE SECTION 27297.5. TAXES, PENALTIES AND ANY COSTS MUST BE PAID IN FULL TO THE TAX COLLECTOR TO RELEASE THIS LIEN. UPON FULL PAYMENT A RELEASE OF LIEN FORM WILL BE SENT TO YOU WHICH MUST BE RECORDED WITH THE COUNTY RECORDER TO CLEAR THIS LIEN FROM THE RECORDER'S RECORDS.

**\* THIS AMOUNT MAY HAVE INCREASED DUE TO THE ADDITION OF PENALTIES.**
  **PLEASE CALL (408) 808 - 7900 FOR TOTAL AMOUNT DUE.**

*Martha L. Williams*

DATE : OCTOBER 29, 2004                          TAX COLLECTOR
[DOCID#:29189]                                   COUNTY OF SANTA CLARA

RECORDING REQUESTED BY



## COUNTY OF SANTA CLARA
## TAX COLLECTOR

COUNTY GOVERNMENT CENTER
EAST WING 6TH FLOOR
70 WEST HEDDING STREET
SAN JOSE, CALIFORNIA 95110-1767
PHONE: (408) 808-7900

DOCUMENT:                17512951

17512951

| | |
|---|---|
| Fees. . . . | .00 |
| Taxes. . . | .00 |
| Copies . . | .00 |
| AMT PAID | .00 |

Pages:  1

BRENDA DAVIS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
County Agency

RDE # 904
12/05/2003
3:05 PM

## WHEN RECORDED MAIL TO:

NEW CENTURY MORTGAGE CORPORATION
18400 VON KARMAN STE 1000
IRVINE CA    92612

THIS IS TO NOTIFY YOU THAT A TAX LIEN HAS BEEN FILED WITH RESPECT TO UNSECURED PROPERTY.

# CERTIFICATE OF TAX LIEN

THE TAX COLLECTOR OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA, IN COMPLIANCE WITH THE PROVISIONS OF SECTION 2191.3 OR 2191.4 OF THE REVENUE AND TAXATION CODE, DOES HEREBY CERTIFY THAT THERE ARE ON RECORD IN THE OFFICE DELINQUENT UNSECURED PROPERTY TAXES WHICH WERE DULY ASSESSED, COMPUTED AND LEVIED TOGETHER WITH PENALTIES PRESCRIBED BY LAW FOR THE YEARS AND IN THE AMOUNTS SET FORTH BELOW.  IN ADDITION,  FURTHER PENALTIES  WILL ACCRUE ON SAID TAXES AS PRESCRIBED BY LAW.

| ASSESSEE AND ADDRESS | YEAR/ASSESSMENT NO | AMOUNT * |
|---|---|---|
| NEW CENTURY MORTGAGE CORPORATION<br>ATTN CORPORATE SERVICES | 03-048561-9 | $367.24 |
| 18400 VON KARMAN STE 1000<br>IRVINE CA    92612 | 365644-0002-0 | 08/03 |

FROM THE TIME OF RECORDATION OF THIS CERTIFICATE, FOR A PERIOD OF TEN (10) YEARS OR ANY EXTENSION THEREOF, THE AMOUNT REQUIRED TO BE PAID AS SHOWN HEREIN TOGETHER WITH ALL ACCRUED INTEREST, PENALTIES AND COSTS THEREON WILL CONSTITUTE A LIEN UPON ALL REAL AND PERSONAL PROPERTY OWNED OR HEREAFTER ACQUIRED BY THE ABOVE NAMED ASSESSEE WITHIN THE COUNTY OF SANTA CLARA.

A LIEN IN THE AMOUNT SHOWN ABOVE HAS BEEN RECORDED IN THE OFFICE OF THE SANTA CLARA COUNTY RECORDER. THIS COPY OF THE RECORDED LIEN IS PROVIDED TO YOU PURSUANT TO GOVERNMENT CODE SECTION 27297.5. TAXES, PENALTIES AND ANY COSTS MUST BE PAID IN FULL TO THE TAX COLLECTOR TO RELEASE THIS LIEN. UPON FULL PAYMENT A RELEASE OF LIEN FORM WILL BE SENT TO YOU WHICH MUST BE RECORDED WITH THE COUNTY RECORDER TO CLEAR THIS LIEN FROM THE RECORDER'S RECORDS.

\* THIS AMOUNT MAY HAVE INCREASED DUE TO THE ADDITION OF PENALTIES.
  PLEASE CALL  (408) 808 - 7900 FOR TOTAL AMOUNT DUE.

*Cheryl F. Johnson*

DATE : DECEMBER 2, 2003
[DOCID#:17146]

TAX COLLECTOR
COUNTY OF SANTA CLARA

# Exhibit E

RECORDING REQUESTED BY:
**Quality Loan Services, Inc.**

AND WHEN RECORDED TO:
**NEW    CENTURY    MORTGAGE
CORPORATION**
**1610 St. Andrew Place**
**Santa Ana, CA 92705**

**Forward Tax Statements to**
**the address given above**

DOCUMENT:    19052270

| | Pages: | 2 |
|---|---|---|
| Fees ... | | 10.00 |
| Taxes... | | |
| Copies.. | | |
| AMT PAID | | 10.00 |

BRENDA DAVIS                      RDE # 002
SANTA CLARA COUNTY RECORDER       8/08/2006
Recorded at the request of       10:33 AM
Recording Service

---

Title Order No.: 4708015          Trustee Sale No.: F-36951-CA-DD    Referance No. 1407091

## TRUSTEE'S DEED UPON SALE    *1ˢᵗ position*

A.P.N.: 274-34-024
"THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3"
The undersigned grantor declares:
1)   The Grantee Herein WAS The Foreclosing Beneficiary.
2)   The Amount of The Unpaid Debt together with costs was                    $563,465.46
3)   The Amount Paid By The Grantee at the trustee sale was                    $563,465.46
4)   The documentary transfer tax is
5)   Said Property Is In The City of  **SAN JOSE**
**And  Quality Loan Services, Inc.**

(herein called Trustee), as the duly appointed Trustee under the Notice of Delinquent Assessment hereinafter described, does hereby **GRANT** and **CONVEY**, but without warranty, express or implied, to **NEW CENTURY MORTGAGE CORPORATION**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of **Santa Clara**, State of California, described as follows:

**LOT 140, AS LAID DOWN, DESIGNATED AND DELINEATED UPON THAT CERTAIN MAP ENTITLED,**
**"TRACT NO. 556 BASCOM GARDENS-UNIT NO 1, " SAN JOSE, SANTA CLARA COUNTY, CALIFORNIA" AND WHICH SAID MAP WAS FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA, ON MARCH 23, 1949 IN**
**BOOK 22 OF MAPS AT PAGES 30 AND 31.**

RECITALS:
This conveyance is made PURSUANT TO THE POWERS GRANTED TO ASSOICATION CLAIMANT AND CONFERRED UPON APPOINTED TRUSTEE BY THE PROVISIONS OF THE Declaration of Covenants, Conditions, and Restrictions recorded _ as Instrument No. _Book _ Page _ County of Santa Clara and pursuant to California Civil Code Sections 1366, 1367, 2924 et.seq. and that certain Notice of Delinquent Assessment date _ and recorded _ in Book _ Page _ as Instrument No._ of Official Records of Santa Clara County, California.
The name of the owner of the property (trustor) was ANDREW VALENZUELA, A MARRIED MAN AS HIS SOLE                          AND                      SEPARATE                      PROPERTY

# TRUSTEE'S DEED UPON SALE

Title Order No.: **4708015**
Trustee Sale No: **F-36951-CA-DD**
Reference No.: **1407091**

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on **8/2/2006** at the place named in the Notice of Sale, in the County of <u>Santa Clara</u>, California, in which the property is situated.. Grantee, being the highest bidder at such sale became the purchaser of said property and paid therefore to said trustee the amount bid, being **$563,465.46**, in lawful money of the United States, or by satisfaction, pro tanto, of the obligations then secured by said Notice of Delinquent Assessment.

Date: **8/2/2006**

**Quality Loan Services, Inc.**

By:

**Debra Dente, Sr. Trustee's Sale Officer**

State of California } ss.
County of San Diego }
On 8/3/2006 before me, N. Fuentes the undersigned Notary Public, personally appeared **Debra Dente** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____ (Seal)
        N. Fuentes

N. FUENTES
Commission # 1493402
Notary Public - California
San Diego County
My Comm. Expires Jun 1, 2008