ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Date: 12/13/07** |
| Debtors. | ) | |
| | ) | **Hearing date: 12/20/07, 1:30 p.m.** |
| | ) | |

**OPPOSITION OF THE ORANGE COUNTY TREASURER-TAX COLLECTOR TO DEBTORS' FIFTH OMNIBUS TO CLAIMS**

The Orange County (California) Treasurer-Tax Collector ("County") respectfully submits the following opposition to the above-captioned debtors' ("Debtors") Fifth Omnibus Objection to Claims ("Objection"). Said objection is based on the following memorandum of points and authorities and any other evidence or argument that may be produced at hearing.

Pursuant to Debtors' Notice of Objection, any reply to County's Opposition must be returned to the undersigned. The persons with the ultimate authority to reconcile, settle, or otherwise resolve the claim on behalf of County are the following:

| | |
|---|---|
| Chriss W. Street, Treasurer-Tax Collector | Orange County Board of Supervisors |
| 12 Civic Center Plaza | 10 Civic Center Plaza, 5th Floor |
| Santa Ana, California 92701 | Santa Ana, California 92701 |
| (714) 834-3411 | (714) 834-3100 |

# **MEMORANDUM OF POINTS AND AUTHORITIES**

## Introduction

The Opposition is based on the Declaration of Armando Azpeitia, attached hereto and incorporated herein by this reference.

## Jurisdiction

1. The County agrees with the Debtors that this court has jurisdiction to consider the Objection and that the Objection constitutes a core proceeding. The County further agrees that venue is proper in this district.

## Facts

2. The Debtor filed its Chapter 11 petitions on April 2, 2007.

3. On or about September 21, 2007, the County filed a Proof of Claim (Claim No. 3339) for property taxes incurred by the Debtors or their property in Orange County, California between January 1, 2005 and January 1, 2007. Claim No. 3339 referenced secured, pre-petition real property taxes of $ 56,216.50 for four properties the Debtors owned between 2005 and 2007. The claim was also based on unsecured priority taxes of $ 474.15 for business property the Debtors possessed in 2007.

4. According to the County's records, much of Claim No. 3339 has been paid through sales of the Debtors' real property. The Debtors now retain ownership of only the following two properties listed in Claim No. 3339: 1241 West Second Street, Santa Ana (Assessor Parcel No. 008-092-16), and 1322 Spruce Street, Santa Ana (Assessor Parcel No. 109-271-06). The combined outstanding tax liability on the properties listed in Claim No. 3339 and owned by the Debtors is $ 12,224.60. Thus, the secured portion of Claim No. 3339 is $ 12,224.60.

5. The County erroneously added fees of $ 150.00 to the pre-petition priority portion of Claim No. 3339. With those fees removed from the claim, the unsecured priority portion of Claim No. 3339 is $ 324.15.

6. The current amount of the County's Claim No. 3339 is $ 12,548.75, i.e. the sum of the amounts outstanding on the secured and priority portions of the claim. The County asks that Claim No. 3339 be allowed and paid in this amount.

Argument

7. The Debtors' object to the Claim No. 3339 on the basis that the liabilities shown in the claim are not reflected in the Debtors' books and records.

8. According to the County's records, the Debtors retain ownership of two of the properties listed in Claim No. 3339. These records include Trustees' Deeds filed with the Orange County Clerk-Recorder and assessee information from the County's electronic tax records system.

9. The property taxes contained in Claim No. 3339 are based on constitutional and statutory authority.

10. Unless otherwise provided by the California Constitution or federal law, all property in California is taxable. (Cal. Const, art. XIII, § 1).

11. The Orange County Assessor is required to assess all property subject to general property taxation at its "full value" (otherwise known as "fair market value") as of the lien date for each tax year. (Cal. Rev. & Tax Code §§ 110.5, 401, 401.3).

12. The County has a duty to collect all taxes. (Cal. Rev. & Tax Code § 2602).

13. The taxing agency's right to *ad valorem* tax, for both secured and unsecured taxes, attaches as of the lien date of the year to which they relate. (Cal. Rev. &

Tax Code § 2901, *In re Grivas*, 123 B.R. 876, 881 (Bankr. S.D. Cal. 1991), *California Computer Products v. County of Orange*, 107 Cal. App. 3d 731, 736, 166 Cal. Rptr. 68, 71 (1980)).

14. The lien date in California is the first day of January preceding the fiscal year for which the taxes are levied. (Cal. Rev. & Tax § 2192). For instance, the Debtors' properties' tax liabilities for the 2007-2008 tax year accrued on January 1, 2007.

15. The secured portion of Claim No. 3339 is based on the Debtors' ownership of two parcels of real property in Orange County that accrued taxes on January 1, 2007. The taxes assessed against those properties are liens against the properties. (Cal. Rev. & Tax. Code § 2187).

16. The unsecured portion of Claim No. 3339 is from assessments based on declarations filed with the Assessor under California Revenue and Taxation Code section 441.

17. The Debtors claim that its books and records do not reflect the taxes shown in Claim No. 3339. The Debtors' negligence in maintaining their records does not absolve the estate or the Debtors from their duty to pay the County's claim. "[T]he owner must be charged with knowledge of the property which he owns, that it is his duty to list the same for assessment and to see that he pays the taxes thereon." (*Webster v. Somer*, 159 Cal. 459, 464, 114 P. 575, 577 (1911) (discussing the intent of former Cal. Political Code § 3628, now codified as Cal. Rev. & Tax Code § 613)). Similarly, the failure of an assessee to receive a tax bill does not absolve the assessee of liability for the tax. (Cal. Rev. & Tax § 2610.5). Should the Debtors claim ignorance of those laws, they (and the estate) should not be excused from the consequences of the law based on their

ignorance of it. (*Green v. Humphrey Elevator & Truck Co.*, 816 F.2d 877, 884 (3rd Cir. 1987), *Arthur Andersen LLP v. Superior Court of Los Angeles County*, 67 Cal.App.4th 1481, 1506, 79 Cal.Rptr.2d 879, 896 (1998)).

Conclusion

18. The County's Claim No. 3339 should be allowed and paid in the amount of $ 12,548.75.

Dated: December 6, 2007
Santa Ana, California

Respectfully Submitted,

BENJAMIN P. de MAYO, COUNTY COUNSEL

By_______________________

James C. Harman, Senior Deputy
333 West Civic Center Plaza, Room 409
P.O. Box 1379
Santa Ana, California 92702-1379
Phone: (714) 834-5257
Fax: (714) 834-2359

**DECLARATION OF ARMANDO AZPEITIA IN SUPPORT OF THE ORANGE COUNTY TAX COLLECTOR'S OPPOSITION TO DEBTORS' FIFTH OMNIBUS OBJECTION**

I, Armando Azpeitia, declare:

1. I am employed as a deputy tax collector by the County of Orange, California. As the assigned deputy for this matter, I know the bills generated for the collection of property taxes on property possessed by debtor New Century Mortgage Corporation, et al. ("Debtors"). The facts set forth in this declaration are personally known to me and I can competently testify to those facts.

2. In my capacity as a deputy tax collector, I am readily familiar with the Orange County Tax Collector's ("Tax Collector") recording of tax liabilities on the tax roll and the County's Automated Tax System ("ATS"). The ATS is an official record of the County that reflects tax liabilities and is comprised of data entered by employees of the County who have a duty to enter the data accurately at or near the time that they become personally knowledgeable of the data. I obtained the information reflected in this declaration from the ATS, which is the record customarily used by the County for its property tax records. At the time of gathering this information, the ATS appeared to be in working order.

3. Assessment of property values for property taxation purposes is performed by the Office of the Orange County Assessor. After a tax rate is applied to an assessment, the Tax Collector is responsible for collecting the assessed taxes.

4. On or about September 21, 2007, I filed a Proof of Claim (Claim No. 3339) on behalf of the Tax Collector for property taxes incurred by the Debtors or their property in Orange County, California between January 1, 2005 and January 1, 2007. Claim No. 3339 referenced secured, pre-petition real property taxes of $ 56,216.50 for four properties the Debtors owned

between 2005 and 2007. The claim was also based on unsecured priority taxes of $ 474.15 for business property the Debtors possessed in 2007.

5. According to the ATS, much of Claim No. 3339 has been paid through sales of the Debtors' real property. The Debtors now retain ownership of only the following two properties listed in Claim No. 3339: 1241 West Second Street, Santa Ana (Assessor Parcel No. 008-092-16), and 1322 Spruce Street, Santa Ana (Assessor Parcel No. 109-271-06). The combined outstanding tax liability on the properties listed in Claim No. 3339 and owned by the Debtors is $ 12,224.60. Thus, the secured portion of Claim No. 3339 is $ 12,224.60.

6. Attached to this declaration as Exhibit A is a true and correct copy of a Trustee's Deed of Sale recorded against Assessor Parcel No. 008-092-16 showing the Debtors are the current owner of the property. I have also enclosed with Exhibit A a true and correct copy of the ATS screen print showing the Debtors are the current owner of the property at Assessor Parcel No. 008-092-16.

7. Attached to this declaration as Exhibit B is a true and correct copy of a Trustee's Deed of Sale recorded against Assessor Parcel No. 109-271-06 showing the Debtors are the current owner of the property. I have also enclosed with Exhibit B a true and correct copy of the ATS screen print showing the Debtors are the current owner of the property at Assessor Parcel No. 109-271-06.

8. The Tax Collector erroneously added fees of $ 150.00 to the pre-petition priority portion of Claim No. 3339. With those fees removed from the claim, the unsecured priority portion of Claim No. 3339 is $ 324.15.

9. The current amount of the Tax Collector's Claim No. 3339 is $ 12,548.75, i.e. the sum of the amounts outstanding on the secured and priority portions of the claim.

I declare under penalty of perjury under that the above is true and correct.

Executed this 6th day of December, 2007 at Santa Ana, California.

Armando Azpeitia

*Not an official copy*

Recorded In Official Records, Orange County
Tom Daly, Clerk-Recorder
12.00
2007000117294 10:12am 02/23/07
119 59 T09 3
0.00 0.00 0.00 0.00 6.00 0.00 0.00 0.00

Recording Requested By:
**FIRST AMERICAN LOANSTAR TRUSTEE SERVICES**
**P.O. BOX 961253**
**FORT WORTH, TX 76161**
Mail Tax Statements To:
**CHASE HOME FINANCE, LLC**
**10790 RANCHO BERNARDO DRIVE**
**SAN DIEGO, CA 92127**

Space above this line for Recorder's use only

APN NO.: **008-092-16**
TITLE ORDER NO.: **3125393**
TS NO.: **20069019205109**
LOAN TYPE: **Conventional**

**CALIFORNIA**

# TRUSTEE'S DEED UPON SALE

The undersigned grantor declares under penalty of perjury:
1) The grantee herein **WAS** the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was......**$ 421,527.31**
3) The amount paid by the grantee at the trustee sale was...... **$ 421,527.31**
4) The documentarty transfer tax is......... **$ 0.00**
5) Said property is **INCORPORATED / UNINCORPORATED**

and **FIRST AMERICAN LOANSTAR TRUSTEE SERVICES**, (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, express or implied to

**NEW CENTURY MORTGAGE CORPORATION**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of **ORANGE**, State of CALIFORNIA, described as follows:

**SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN FOR ALL PURPOSES.**

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated **4/20/2006** and executed by,

**JOSE OREA, A SINGLE MAN**



**EXHIBIT A**

*Not an official copy*

APN NO.: **008-092-16**
TITLE ORDER NO.: **3125393**
TS NO.: **20069019205109**
LOAN TYPE: **Conventional**

**CALIFORNIA**

# TRUSTEE'S DEED UPON SALE

as Trustor, and recorded **4/28/2006,** as Instrument No. **2006000287831,** in Book , Page of Official Records of **ORANGE** County, CALIFORNIA, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorded of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been met.

Said property was sold by said Trustee at public auction on **2/13/2007** at the place named in the Notice of Sale, in the County of **ORANGE CALIFORNIA**, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount of **$421,527.31** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date: **February 15, 2007**

**FIRST AMERICAN LOANSTAR TRUSTEE SERVICES**

BY: ______________________
**ROBB BOURNE, TRUSTEE OFFICER**

State of **TEXAS** } §
County of **TARRANT** }

On **February 15, 2007** before me, **Bruce Cocklin** the undersigned Notary Public, personally appeared **ROBB BOURNE** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

BRUCE COCKLIN
My Commission Expires
March 18, 2010

WITNESS my hand and official seal.

Signature ______________________



X:\NDTS\CADS_009.RPT

*Not an official copy*

EXHIBIT A

**PROPERTY ADDRESS:** 1241 W 2ND ST, SANTA ANA, CA 92703
**REFERENCE NUMBER:** 20069019205109

**LEGAL DESCRIPTION:**
THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE STATE OF California, COUNTY OF ORANGE CITY OF SANTA ANA, AND DESCRIBED AS FOLLOWS:

LOT 11 OF BLOCK B OF THE BESSONETT TRACT AS PER MAP RECORDED IN BOOK 2, PAGE 73 OF MISCELLANEOUS MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

**ASSESSOR'S PARCEL NUMBER:** 008-092-16

Mail: ATTN Armando; Orange County Tax Collector, PO Box 1438, Santa Ana CA 92702

```
11/30/07                         ASSESSMENT TAX SYSTEM                  CURR HA40
ASOHI04  ASOHI041                INQUIRY - OWNERSHIP                    NEXT HA00
                                                                        RETN 0000
PARCEL 008-092-16      AS OF DATE 11/30/2007 OWS TYP RF
LEGAL TYP A TR     130 BLK      B LOT     11 UN                     LUC CM 003 NA
NAME   NEW CENTURY MORTGAGE CORP                                    TRA 11 101
SITUS  1241           W     2ND                           ST        SA
         NUMBER       DIR          STREET NAME           SUFF      CITY     UNIT
OTHER OWS TYPES                           ACTIVE XMP NONE
LAST REF R 070117294    RCD DTE 02/23/2007 PVC CR TT F RY 08   RA R 100.00  %  R
===============================================================================M
S        OWNERS            AVC GRP REL % OWN        REF NO       EFF DATE  RLL %  K
_ NEW CENTURY MORTGAGE CO CR        100.000 R 070117294    02/23/2007 000.000


PFKEYS  2:RETRIEVE  3:END  4:OWNER LONG NAME  7:RMK  8:DOWN  10:TOP  12:RETURN
1220 NO MORE DATA TO BE RETRIEVED
```

Date: 11/30/2007 Time: 8:51:23 AM

*Not an official copy*

Recorded In Official Records, Orange County
Tom Daly, Clerk-Recorder
12.00
2007000106152 02:14pm 02/16/07
103 8 T09 3
0.00 0.00 0.00 0.00 8.00 0.00 0.00 0.00

Recording Requested By:
**FIRST AMERICAN LOANSTAR TRUSTEE SERVICES**
**P.O. BOX 961253**
**FORT WORTH, TX 76161**
Mail Tax Statements To:
**CHASE HOME FINANCE, LLC**
**10790 RANCHO BERNARDO DRIVE**
**SAN DIEGO, CA 92127**

Space above this line for Recorder's use only

APN NO.: **109-271-06**
TITLE ORDER NO.: **3123920**
TS NO.: **20069019205066**
LOAN TYPE: **Conventional**

**CALIFORNIA**

# TRUSTEE'S DEED UPON SALE

The undersigned grantor declares under penalty of perjury:
1) The grantee herein **WAS** the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was...... **$ 509,861.05**
3) The amount paid by the grantee at the trustee sale was...... **$ 509,861.05**
4) The documentarty transfer tax is......... **$ 0.00**
5) Said property is **INCORPORATED / UNINCORPORATED**

and **FIRST AMERICAN LOANSTAR TRUSTEE SERVICES**, (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, express or implied to

**NEW CENTURY MORTGAGE CORPORATION**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of **ORANGE**, State of **CALIFORNIA**, described as follows:

**SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN FOR ALL PURPOSES.**

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated **4/15/2006** and executed by,

**MARTINA DIAZ, A SINGLE WOMAN**

X:\NDTS\CADS_009.RPT





**EXHIBIT B**

*Not an official copy*

APN NO.: 109-271-06
TITLE ORDER NO.: 3123920
TS NO.: 20069019205066
LOAN TYPE: Conventional

**CALIFORNIA**

# TRUSTEE'S DEED UPON SALE

as Trustor, and recorded **4/20/2006**, as Instrument No. **2006000267891**, in Book , Page of Official Records of **ORANGE** County, CALIFORNIA, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorded of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been met.

Said property was sold by said Trustee at public auction on **2/8/2007** at the place named in the Notice of Sale, in the County of **ORANGE CALIFORNIA**, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount of **$509,861.05** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date: **February 12, 2007**

**FIRST AMERICAN LOANSTAR TRUSTEE SERVICES**

BY: ______________________
**ROBB BOURNE, TRUSTEE OFFICER**

State of **TEXAS** } §
County of **TARRANT** }

On **February 12, 2007** before me, **Bruce Cocklin** the undersigned Notary Public, personally appeared **ROBB BOURNE** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature ______________________

BRUCE COCKLIN
My Commission Expires
March 18, 2010

X:\NDTS\CADS_009.RPT

*Not an official copy*

## EXHIBIT A

**PROPERTY ADDRESS:** 1322 SOUTH SPRUCE STREET, SANTA ANA, CA 92704
**REFERENCE NUMBER:** 20069019205066

**LEGAL DESCRIPTION:**
THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE STATE OF California, COUNTY OF ORANGE CITY OF SANTA ANA, AND DESCRIBED AS FOLLOWS:

LOT 6 OF TRACT NO. 1574, IN THE CITY OF SANTA ANA, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 47 PAGE 18 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET, BUT WITH NO RIGHT OF SURFACE ENTRY, AS PROVIDED IN DEEDS OF RECORD.

**ASSESSOR'S PARCEL NUMBER:** 109-271-06

```
11/30/07                          ASSESSMENT TAX SYSTEM                    CURR HA40
ASOHI04  ASOHI041                 INQUIRY - OWNERSHIP                      NEXT HA00
                                                                           RETN 0000
PARCEL 109-271-06      AS OF DATE 11/30/2007 OWS TYP RF
LEGAL TYP N TR     1574 BLK        LOT       6 UN                  LUC SF 002 NA
NAME    NEW CENTURY MORTGAGE CORP                                  TRA 11 011
SITUS  1322            S     SPRUCE                      ST       SA
        NUMBER         DIR         STREET NAME           SUFF     CITY     UNIT
OTHER OWS TYPES                             ACTIVE XMP NONE
LAST REF R 070106152    RCD DTE 02/16/2007 PVC CR TT F RY 08  RA R 100.00  %  R
===============================================================================M
S        OWNERS              AVC GRP REL % OWN       REF NO       EFF DATE  RLL %  K
_ NEW CENTURY MORTGAGE CO CR          100.000 R 070106152    02/16/2007 000.000




PFKEYS  2:RETRIEVE  3:END  4:OWNER LONG NAME  7:RMK  8:DOWN  10:TOP  12:RETURN
1220 NO MORE DATA TO BE RETRIEVED
```

**PROOF OF SERVICE**

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92702-1379. I am not a party to the within action.

On December 10, 2007, I served the foregoing **OPPOSITION OF THE ORANGE COUNTY TREASURER-TAX COLLECTOR TO DEBTORS' FIFTH OMNIBUS TO CLAIMS** on all other parties to this action by placing a true copy of said document in a sealed envelope in the following manner:

[**X**] (BY U.S. MAIL) I placed such envelope(s) addressed as shown below for collection and mailing at Santa Ana, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[] (BY DHL SHIPPING) I placed such envelope(s) addressed as shown below for collection and delivery by Airborne Express with delivery fees paid or provided for in accordance with this office's practice. I am readily familiar with this office's practice for processing correspondence for delivery the following day by DHL Shipping.

[] (BY FACSIMILE) I caused such document to be telefaxed to the addressee(s) and number(s) shown below, wherein such telefax is transmitted that same day in the ordinary course of business.

[] (BY PERSONAL SERVICE) I caused such envelope(s) to be hand-delivered to the addressee(s) shown below.

[**X**] (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Anthony Lievanos

**NAME AND ADDRESS TO WHOM SERVICE WAS MADE**

Mark Collins, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Suzzanne S. Uhland, Esq.
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111