# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NEW CENTURY TRS HOLDINGS, INC.,**<br>**a Delaware corporation, et al.,**[1] | **Case No. 07-10416 (KJC)** |
| **Debtors.** | **Jointly Administered** |

## ORDER PURSUANT TO 11 U.S.C. § 502, FED R. BANKR. P. 3007 AND 9014 AND DEL. BANKR. L.R. 3007-1 DISALLOWING AND EXPUNGING CERTAIN (A) AMENDED AND SUPERSEDED CLAIMS, (B) DUPLICATE CLAIMS, (C) LATE-FILED CLAIMS AND (D) NO SUPPORTING DOCUMENTATION CLAIMS SET FORTH IN DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS

Upon the Debtors' Seventh Omnibus Objection To Claims: Non-Substantive Objection Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed Claims and (D) No Supporting Documentation Claims (the "Objection"),[2] filed by New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc, ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession in the above-styled case (collectively, the "Debtors"); and it appearing that notice of the objection was good and sufficient upon the particular circumstances

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

and that no other or further notice need be given; and the Court having considered the Objection, the claims listed on Exhibits A through D annexed hereto, and any responses thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

FOUND AND DETERMINED THAT:

A.      This Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B.      Each holder of a claim (as to each, a "Claim") listed on Exhibits A through D attached hereto was properly and timely served with a copy of the Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C.      Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

D.      The Claims listed on Exhibit A hereto are Claims that have been amended and superseded by other claims set forth in later Proofs of Claim and, therefore, have been amended and superseded by the Remaining Claims; and

E.      The Duplicate Claims listed on Exhibit B hereto are Claims that assert duplicate or multiple claims against the same Debtor asserting the same liability in the same amount and, therefore, are duplicative of those asserted in the remaining Claims; and

F.      The Claims listed on Exhibit C hereto are Claims that were filed after the Bar Date and, therefore, were not timely filed; and

D.      The Claims listed on Exhibit D hereto are Claims for which no supporting documentation was attached to the filed Proofs of Claim; and

2

E.      The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Objection is GRANTED.

2.      The Amended and Superseded Claims listed on Exhibit A in the column labeled "Amended Claim Number" be, and hereby are, disallowed or expunged in their entirety.

3.      The Duplicate Claims listed on Exhibit B in the column labeled "Duplicate Claim Number" be, and hereby are, disallowed and expunged in their entirety, and each Claimant retains a Claim that incorporates the entire liability asserted by the Claimant.

4.      The No Supporting Documentation Claims listed on Exhibit C be, and hereby are, disallowed and expunged in their entirety.

5.      The Late Filed Claims listed on Exhibit D hereby are disallowed and expunged in their entirety.

6.      The Debtors' rights to amend, modify, or supplement this Objection, to file additional objections to the Claims or any other claims (filed or not) which may be asserted against the Debtors, and to seek further reduction of any Claim to the extent such Claim has been paid, are preserved.  Additionally, should one or more of the grounds of objection stated in this Objection be dismissed, the Debtors rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these cases are preserved.

7.      This Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

3

8.    Each Claim and the objections by the Debtors to such Claim, as addressed in the Objection and as set forth on Exhibits A through D hereto, constitutes a separate contested matter as contemplated by Fed, R. Bankr. P. 9014 and Local Rule 3007-1.  This Order shall be deemed a separate Order with respect to each Claim.  Any stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

Dated: January _____, 2008
       Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

4

# EXHIBIT A

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

7th Omnibus Objection

## Exhibit A
## Amended Claims

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| CB Richard Ellis Corporate Facilities management Inc 2041 Rosecrans Ave Ste 300 El Segundo, CA 90245 | 07-10419 | 1916 | 07-10419 | 3672 | $0.00 | $0.00 | $0.00 | $484,631.62 | $484,631.62 | $0.00 | $0.00 | $0.00 | $1,568,061.34 | $1,568,061.34 |
| City of Alexandria Virginia Revenue Division PO Box 178 Alexandria, VA 22313 | 07-10421 | 314 | 07-10421 | 3395 | $3,562.50 | $0.00 | $0.00 | $0.00 | $3,562.50 | $1,015.97 | $0.00 | $0.00 | $0.00 | $1,015.97 |
| City of Alexandria Virginia Revenue Division PO Box 178 Alexandria, VA 22313 | 07-10416 | 336 | 07-10421 | 314 | $3,562.50 | $0.00 | $0.00 | $0.00 | $3,562.50 | $3,562.50 | $0.00 | $0.00 | $0.00 | $3,562.50 |
| Cohn Goldberg & Deutsch LLC 600 Baltimore Ave Ste 208 Towson, MD 21204 | 07-10419 | 2005 | 07-10419 | 3221 | $0.00 | $0.00 | $0.00 | $15,443.33 | $15,443.33 | $0.00 | $0.00 | $0.00 | $15,443.33 | $15,443.33 |
| Maricopa County Treasurer 201 E Washington Ste 800 Phoenix, AZ 85004 | 07-10419 | 291 | 07-10419 | 3447 | $5,553.06 | $0.00 | $0.00 | $0.00 | $5,553.06 | $9,396.56 | $0.00 | $0.00 | $0.00 | $9,396.56 |
| Pennsylvania Department of Revenue PO Box 280946 Harrisburg, PA 17128-0946 | 07-10419 | 3315 | 07-10419 | 3479 | $0.00 | $0.00 | $7,433,358.00 | $58,544.00 | $7,491,902.00 | $0.00 | $0.00 | $7,434,253.00 | $58,578.00 | $7,492,831.00 |
| Pennsylvania Department of Revenue PO Box 280946 Harrisburg, PA 17128-0946 | 07-10419 | 718 | 07-10419 | 3315 | $0.00 | $0.00 | $893,764.00 | $3,674.00 | $897,438.00 | $0.00 | $0.00 | $7,433,358.00 | $58,544.00 | $7,491,902.00 |
| Pennsylvania Department of Revenue PO Box 280946 Harrisburg, PA 17128-0946 | 07-10422 | 716 | 07-10422 | 3312 | $0.00 | $0.00 | $4,468.00 | $334.00 | $4,802.00 | $0.00 | $0.00 | $4,104.00 | $300.00 | $4,404.00 |
| Reveal Inc 1241 Ambassador Blvd St Louis, MO 63132 | 07-10416 | 724 | 07-10421 | 2112 | $0.00 | $0.00 | $0.00 | $9,242.69 | $9,242.69 | $0.00 | $0.00 | $0.00 | $9,424.67 | $9,424.67 |

7th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

**Exhibit A**
**Amended Claims**

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Rexall Inc<br>1241 Ambassador Blvd<br>St Louis, MO 63132 | 07-10416 | 641 | 07-10416 | 724 | $0.00 | $0.00 | $0.00 | $5,685.88 | $5,685.88 | $0.00 | $0.00 | $0.00 | $9,242.69 | $9,242.69 |
| Stanton & Davis<br>1000 Plain St<br>Marshfield, MA 02050 | 07-10419 | 2105 | 07-10419 | 3306 | $0.00 | $0.00 | $0.00 | $58,521.86 | $58,521.86 | $0.00 | $0.00 | $0.00 | $38,341.71 | $38,341.71 |
| State of Florida Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | 07-10419 | 1882 | 07-10419 | 3321 | $0.00 | $0.00 | $28,620.50 | $6,981.99 | $35,602.49 | $0.00 | $0.00 | $28,609.81 | $5,865.39 | $34,475.20 |
| Systeme Inc Interlinnx Inc<br>c o ISO Inc Law Dept 545 Washington Blvd<br>Jersey City, NJ 07310-1695 | 07-10419 | 2650 | 07-10419 | 3228 | $0.00 | $0.00 | $0.00 | $52,520.94 | $52,520.94 | $0.00 | $0.00 | $0.00 | $52,520.94 | $52,520.94 |
| **Claims To Be Expunged Totals** | | | | 13 | $12,678.06 | $0.00 | $8,360,210.50 | $695,580.31 | $9,068,468.87 | $13,975.03 | $0.00 | $14,900,324.81 | $1,816,522.07 | $16,730,621.91 |

Page 2

# EXHIBIT B

7th Omnibus Objection

**Exhibit B**
**Duplicate Claims**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Blanco CAD<br>Limbarger Goggan Blair & Sampson LLP 1949 South IH 35 78741 PO Box 17428 Austin, TX 78760-7428 | 07-10419 | 3236 | 07-10419 | 3234 | $13,399.31 | $0.00 | $0.00 | $0.00 | $13,399.31 | $13,399.31 | $0.00 | $0.00 | $0.00 | $13,399.31 |
| City of Mesquite and Mesquite Independent School District<br>Schuerenberg & Grimes PC Wells Fargo Bank Building 120 W Main St Ste 201 Mesquite, TX 75149 | 07-10419 | 656 | 07-10419 | 612 | $0.00 | $8,817.52 | $0.00 | $0.00 | $8,817.52 | $8,817.52 | $0.00 | $0.00 | $0.00 | $8,817.52 |
| City of Mesquite and Mesquite Independent School District<br>Schuerenberg & Grimes PC Wells Fargo Bank Building 120 W Main St Ste 201 Mesquite, TX 75149 | 07-10419 | 657 | 07-10419 | 614 | $0.00 | $5,511.87 | $0.00 | $0.00 | $5,511.87 | $5,511.87 | $0.00 | $0.00 | $0.00 | $5,511.87 |
| City of Mesquite and Mesquite Independent School District<br>Schuerenberg & Grimes Wells Fargo Bank Building 120 W Main St Ste 201 Mesquite, TX 75149 | 07-10419 | 658 | 07-10419 | 613 | $0.00 | $2,195.67 | $0.00 | $0.00 | $2,195.67 | $2,195.67 | $0.00 | $0.00 | $0.00 | $2,195.67 |
| City of Mesquite and Mesquite Independent School District<br>Schuerenberg & Grimes Wells Fargo Bank Building 120 W Main St Ste 201 Mesquite, TX 75149 | 07-10419 | 659 | 07-10419 | 615 | $0.00 | $1,336.07 | $0.00 | $0.00 | $1,336.07 | $1,336.07 | $0.00 | $0.00 | $0.00 | $1,336.07 |
| Clark County Treasurer 500 S Grand Central Pky PO Box 551220 Las Vegas, NV 89155-1220 | 07-10419 | 3371 | 07-10419 | 1294 | $2,480.97 | $0.00 | $0.00 | $0.00 | $2,480.97 | $2,480.97 | $0.00 | $0.00 | $0.00 | $2,480.97 |
| Cohn Goldberg & Deutsch LLC 600 Baltimore Ave Ste 208 Towson, MD 21204 | 07-10419 | 3337 | 07-10419 | 3221 | $0.00 | $0.00 | $0.00 | $15,443.33 | $15,443.33 | $0.00 | $0.00 | $0.00 | $15,443.33 | $15,443.33 |
| County of Santa Clara Tax Collections Division County Government Center E Wing 70 W Hedding St San Jose, CA 95110 | 07-10416 | 3579 | 07-10416 | 440 | $0.00 | $16,695.93 | $0.00 | $0.00 | $16,695.93 | $0.00 | $16,695.93 | $0.00 | $0.00 | $16,695.93 |

7th Omnibus Objection

## Exhibit B
## Duplicate Claims

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| El Paso County Treasurer<br>PO Box 2007<br>Colorado Springs, CO 80901-2007 | 07-10419 | 3252 | 07-10419 | 3252 | $2,418.84 | $0.00 | $0.00 | $0.00 | $2,418.84 | $2,418.84 | $0.00 | $0.00 | $0.00 | $2,418.84 |
| Interlinx Inc Sysdome Inc Arptintelligence Inc<br>545 Washington Blvd<br>Jersey City, NJ 07310-1686 | 07-10421 | 3222 | 07-10421 | 2859 | $0.00 | $0.00 | $0.00 | $177,817.75 | $177,817.75 | $0.00 | $0.00 | $0.00 | $177,817.75 | $177,817.75 |
| Interlinx Inc Sysdome Inc Arptintelligence Inc<br>545 Washington Blvd<br>Jersey City, NJ 07310-1686 | 07-10421 | 3224 | 07-10421 | 2945 | $0.00 | $84.00 | $0.00 | $0.00 | $84.00 | $0.00 | $84.00 | $0.00 | $0.00 | $84.00 |
| Lamar CAD<br>Lineberger Goggan Blair & Sampson LLP<br>2323 Bryan St Ste 1600<br>Dallas, TX 75201 | 07-10419 | 3398 | 07-10419 | 3342 | $3,401.69 | $0.00 | $0.00 | $0.00 | $3,401.69 | $3,401.69 | $0.00 | $0.00 | $0.00 | $3,401.69 |
| Lee County Tax Collector<br>PO Box 850<br>Fort Myers, FL 33902 | 07-10416 | 3376 | 07-10416 | 3334 | $1,533.07 | $0.00 | $0.00 | $0.00 | $1,533.07 | $1,533.07 | $0.00 | $0.00 | $0.00 | $1,533.07 |
| Miami Dade County Tax Collector<br>140 W Flager St Ste 1403<br>Miami, FL 33130 | 07-10416 | 1500 | 07-10416 | 94 | $20,166.74 | $0.00 | $0.00 | $0.00 | $20,166.74 | $20,166.74 | $0.00 | $0.00 | $0.00 | $20,166.74 |
| Pennsylvania Department of Revenue<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | 07-10419 | 3539 | 07-10419 | 3479 | $0.00 | $0.00 | $7,434,253.00 | $58,578.00 | $7,492,831.00 | $0.00 | $0.00 | $7,434,253.00 | $58,578.00 | $7,492,831.00 |
| Pima County Arizona<br>32 N Stone Ave Ste 2100<br>Tucson, AZ 85701 | 07-10421 | 3385 | 07-10421 | 3128 | $1,641.08 | $0.00 | $0.00 | $0.00 | $1,641.08 | $1,641.08 | $0.00 | $0.00 | $0.00 | $1,641.08 |
| Riverside County Treasurer Tax Collector<br>PO Box 12005<br>Riverside, CA 92502-2205 | 07-10419 | 3298 | 07-10419 | 1912 | $49,719.31 | $0.00 | $0.00 | $0.00 | $49,719.31 | $49,719.31 | $0.00 | $0.00 | $0.00 | $49,719.31 |

7th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit B
## Duplicate Claims

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Springfield City<br>601 Ave A<br>Springfield, MI 49015 | 07-10416 | 1442 | 07-10416 | 1293 | $0.00 | $0.00 | $2,012.58 | $118.29 | $2,130.87 | $0.00 | $0.00 | $2,012.58 | $118.29 | $2,130.87 |
| St-Louis Co Collector of Revenue<br>41 S Central Ave<br>Clayton, MO 63105 | 07-10416 | 3409 | 07-10416 | 3393 | $639.80 | $0.00 | $0.00 | $0.00 | $639.80 | $639.80 | $0.00 | $0.00 | $0.00 | $639.80 |
| Treasurer of Douglas County Nebraska<br>Deputy County Attorney 909 Civic Center<br>1819 Farnam St<br>Omaha, NE 68183 | 07-10416 | 1033 | 07-10416 | 3311 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,101.56 | $0.00 | $0.00 | $0.00 | $3,101.56 |
| **Claims To Be Expunged Totals** | | | | 20 | $95,400.81 | $34,641.06 | $7,436,265.58 | $251,957.37 | $7,818,264.82 | $116,363.50 | $16,779.93 | $7,436,265.58 | $251,957.37 | $7,821,366.38 |

# EXHIBIT C

7th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.

Case No.07-10416 (KJC)

## Exhibit C

## Claims Filed After Bar Date

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Admin | Priority | Unsecured | | |
| ADVANTAGE REO INC | 07-10417 | 3225 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $59,059.71 | | $59,059.71 |
| 1421 N Wanda Rd Ste 120 | | | | | | | | | |
| Orange, CA  92867 | | | | | | | | | |
| **Comments:** | Filed after General Bar Date of August 31, 2007 | | | | | | | | |
| Alameda County Tax Collector | 07-10416 | 3449 | 9/28/2007 | $1,334.88 | $0.00 | $0.00 | $0.00 | | $1,334.88 |
| 1221 Oak St | | | | | | | | | |
| Oakland, CA  94612 | | | | | | | | | |
| **Comments:** | Filed after General Bar Date of August 31, 2007 | | | | | | | | |
| Alameda County Tax Collector | 07-10416 | 3448 | 10/3/2007 | $389.50 | $0.00 | $0.00 | $0.00 | | $389.50 |
| 1221 Oak St | | | | | | | | | |
| Oakland, CA  94612 | | | | | | | | | |
| **Comments:** | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Board of County Commissioners of Johnson County Kansas | 07-10416 | 3477 | 10/3/2007 | $2,126.48 | $0.00 | $0.00 | $0.00 | | $2,126.48 |
| 111 S Cherry St Ste 3200 | | | | | | | | | |
| Olathe, KS  66061 | | | | | | | | | |
| **Comments:** | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Brazoria County M U D No 21 | 07-10416 | 3526 | 10/4/2007 | $3,809.92 | $0.00 | $0.00 | $0.00 | | $3,809.92 |
| Perdue Brandon Fielder Collins & Mott LLP 1235 North Loop West Ste 600 | | | | | | | | | |
| Houston, TX  77008 | | | | | | | | | |
| **Comments:** | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Brazoria County M U D No 28 | 07-10416 | 3527 | 10/4/2007 | $3,293.47 | $0.00 | $0.00 | $0.00 | | $3,293.47 |
| Perdue Brandon Fielder Collins & Mott LLP 1235 North Loop West Ste 600 | | | | | | | | | |
| Houston, TX  77008 | | | | | | | | | |
| **Comments:** | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Brazoria County Tax Office | 07-10416 | 3525 | 10/4/2007 | $8,313.80 | $0.00 | $0.00 | $0.00 | | $8,313.80 |
| Perdue Brandon Fielder Collins & Mott LLP 1235 North Loop West Ste 600 | | | | | | | | | |
| Houston, TX  77008 | | | | | | | | | |
| **Comments:** | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Clayton County Tax Commissioner | 07-10419 | 3476 | 10/3/2007 | $0.00 | $0.00 | $1,423.15 | $0.00 | | $1,423.15 |
| 121 S Mc Donough St | | | | | | | | | |
| Jonesboro, GA  30236 | | | | | | | | | |
| **Comments:** | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |

7th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit C

## Claims Filed After Bar Date

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | To Be Expunged Claim Amount | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | Admin | Priority | Unsecured | |
| Doug Belden Hillsborough County Tax Collector | 07-10416 | 3411 | 10/3/2007 | $10,187.37 | $0.00 | $0.00 | $0.00 | $10,187.37 |
| Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl Tampa, FL 33672-2920 | | | | | | | | |
| Comments: | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | |
| Doug Belden Hillsborough County Tax Collector | 07-10416 | 3412 | 10/3/2007 | $8,207.17 | $0.00 | $0.00 | $0.00 | $8,207.17 |
| Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl Tampa, FL 33672-2920 | | | | | | | | |
| Comments: | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | |
| Doug Belden Hillsborough County Tax Collector | 07-10416 | 3415 | 10/3/2007 | $4,029.08 | $0.00 | $0.00 | $0.00 | $4,029.08 |
| Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl Tampa, FL 33672-2920 | | | | | | | | |
| Comments: | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | |
| Doug Belden Hillsborough County Tax Collector | 07-10416 | 3416 | 10/3/2007 | $2,120.25 | $0.00 | $0.00 | $0.00 | $2,120.25 |
| Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl Tampa, FL 33672-2920 | | | | | | | | |
| Comments: | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | |
| Doug Belden Hillsborough County Tax Collector | 07-10416 | 3414 | 10/3/2007 | $1,915.37 | $0.00 | $0.00 | $0.00 | $1,915.37 |
| Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl Tampa, FL 33672-2920 | | | | | | | | |
| Comments: | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | |
| Dynamic Title & Mortgage Services Llc | 07-10419 | 3518 | 10/9/2007 | $0.00 | $0.00 | $33,875.00 | $0.00 | $33,875.00 |
| 3 East Snow Rd Ste 250 Marlton, NJ 08053 | | | | | | | | |
| Comments: | Filed after General Bar Date of August 31, 2007 | | | | | | | |
| Emerald Forest U D | 07-10416 | 3528 | 10/4/2007 | $1,673.85 | $0.00 | $0.00 | $0.00 | $1,673.85 |
| Perdue Brandon Fielder Collins & Mott LLP 1235 North Loop West Ste 600 Houston, TX 77008 | | | | | | | | |
| Comments: | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | |
| Everman Independent School District | 07-10416 | 3493 | 10/3/2007 | $9,632.40 | $0.00 | $0.00 | $0.00 | $9,632.40 |
| Ray Wood & Bonilla PO Box 165001 Austin, TX 78716 | | | | | | | | |
| Comments: | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | |

7th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit C
## Claims Filed After Bar Date

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Admin | Priority | Unsecured | | |
| Grand Rapids City | 07-10416 | 3462 | 10/3/2007 | $2,560.89 | $0.00 | $0.00 | $0.00 | | $2,560.89 |
| Tax Collector 300 Monroe Nw Room 220 | | | | | | | | | |
| Grand Rapids, MI 49503 | | | | | | | | | |
| **Comments:** | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Harold Adams | 07-10416 | 3453 | 10/2/2007 | $0.00 | $0.00 | $0.00 | $89,000.00 | | $89,000.00 |
| 627 N 5th Court | | | | | | | | | |
| Nashville, TN 37207 | | | | | | | | | |
| **Comments:** | Filed after General Bar Date of August 31, 2007 | | | | | | | | |
| Harris County M U D No 239 | 07-10416 | 3529 | 10/4/2007 | $2,337.36 | $0.00 | $0.00 | $0.00 | | $2,337.36 |
| Perdue Brandon Fielder Collins & Mott LLP 1235 North Loop West Ste 600 | | | | | | | | | |
| Houston, TX 77008 | | | | | | | | | |
| **Comments:** | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Harris County MUD No 132 | 07-10416 | 3482 | 10/4/2007 | $1,358.24 | $0.00 | $0.00 | $0.00 | | $1,358.24 |
| Perdue Brandon Fielder Collins & Mott LLP 1235 N Loop W Ste 600 | | | | | | | | | |
| Houston, TX 77008 | | | | | | | | | |
| **Comments:** | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Harris County MUD No 96 | 07-10416 | 3481 | 10/4/2007 | $4,658.06 | $0.00 | $0.00 | $0.00 | | $4,658.06 |
| Perdue Brandon Fielder Collins & Mott LLP 1235 N Loop W Ste 600 | | | | | | | | | |
| Houston, TX 77008 | | | | | | | | | |
| **Comments:** | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Humble Independent School District | 07-10416 | 3484 | 10/4/2007 | $27,052.36 | $0.00 | $0.00 | $0.00 | | $27,052.36 |
| Perdue Brandon Fielder Collins & Mott LLP 1235 N Loop W Ste 600 | | | | | | | | | |
| Houston, TX 77008 | | | | | | | | | |
| **Comments:** | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Jackson County Treasurer | 07-10417 | 3520 | 10/9/2007 | $2,063.96 | $0.00 | $0.00 | $0.00 | | $2,063.96 |
| 120 West Michigan Ave | | | | | | | | | |
| Jackson, MI 49201 | | | | | | | | | |
| **Comments:** | Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Kathy Ar Ehrig Kare | 07-10416 | 3475 | 10/2/2007 | $0.00 | $0.00 | $325.00 | $0.00 | | $325.00 |
| 6417 Fit Rd | | | | | | | | | |
| Allentown, PA 18104 | | | | | | | | | |
| **Comments:** | Filed After General Bar Date of August 31, 2007 | | | | | | | | |

Page 3

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# 7th Omnibus Objection

## Exhibit C
## Claims Filed After Bar Date

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | To Be Expunged Claim Amount | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Admin | Priority | Unsecured | Total |
| Klein Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP 1235<br>North Loop West Ste 600<br>Houston, TX 77008 | 07-10416 | 3530 | 10/4/2007 | $10,978.77 | $0.00 | $0.00 | $0.00 | $10,978.77 |
| **Comments:** Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Marion County<br>200 E Washington St Ste 1001<br>Indianapolis, IN 46204 | 07-10419 | 3419 | 10/3/2007 | $0.00 | $0.00 | $3,354.71 | $0.00 | $3,354.71 |
| **Comments:** Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Martinsville City<br>PO Box 1023<br>Martinsville, VA, 24114 | 07-10419 | 3469 | 10/3/2007 | $142.56 | $0.00 | $0.00 | $0.00 | $142.56 |
| **Comments:** Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Midtown Management District<br>Perdue Brandon Fielder Collins & Mott LLP 1235<br>North Loop West Ste 600<br>Houston, TX 77008 | 07-10416 | 3531 | 10/4/2007 | $1,120.19 | $0.00 | $0.00 | $0.00 | $1,120.19 |
| **Comments:** Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Missouri Department of Revenue<br>Box 475<br>Jefferson City, MO  65105 | 07-10422 | 3408 | 10/3/2007 | $0.00 | $0.00 | $2,343.59 | $0.00 | $2,343.59 |
| **Comments:** Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Pender County<br>PO Box 1047<br>Burgaw, NC 28425 | 07-10416 | 3538 | 10/16/2007 | $21,609.02 | $0.00 | $0.00 | $0.00 | $21,609.02 |
| **Comments:** Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Spring Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP 1235<br>North Loop West Ste 600<br>Houston, TX 77008 | 07-10416 | 3532 | 10/4/2007 | $3,076.18 | $0.00 | $0.00 | $0.00 | $3,076.18 |
| **Comments:** Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Stitt Klein Dadey & Aveos & Giampietro Llc<br>121 South Wilke Rd<br>Arlington Heights, IL 60005 | 07-10416 | 3455 | 10/2/2007 | $0.00 | $0.00 | $0.00 | $7,251.37 | $7,251.37 |
| **Comments:** Filed after General Bar Date of August 31, 2007 | | | | | | | | |
| Stitt Klein Dadey & Aveos & Giampietro Llc<br>121 South Wilke Rd<br>Arlington Heights, IL 60005 | 07-10416 | 3456 | 10/2/2007 | $0.00 | $0.00 | $0.00 | $7,251.37 | $7,251.37 |
| **Comments:** Filed after General Bar Date of August 31, 2007 | | | | | | | | |

Page 4

7th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit C
## Claims Filed After Bar Date

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | Priority | Unsecured | Total |
| Trail of the Lakes MUD | 07-10416 | 3483 | 10/4/2007 | $2,276.87 | $0.00 | $0.00 | $0.00 | $2,276.87 |
| Perdue Brandon Fielder Collins & Mott LLP 1235 N Loop W Ste 600 Houston, TX 77008 | Comments: | Filed after Governmental Bar Date of October 2, 2007 | | | | | | |
| West Keegans Bayou I D | 07-10416 | 3533 | 10/4/2007 | $433.28 | $0.00 | $0.00 | $0.00 | $433.28 |
| Perdue Brandon Fielder Collins & Mott LLP 1235 North Loop West Ste 600 Houston, TX 77008 | Comments: | Filed after Governmental Bar Date of October 2, 2007 | | | | | | |
| Claims To Be Expunged Totals | | 35 | | $136,701.28 | $0.00 | $41,321.45 | $162,562.45 | $340,585.18 |

# EXHIBIT D

7th Omnibus Objection

**Exhibit D**

**Claims with No Supporting Documentation**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | To Be Expunged Claim Amount | | | Total |
| | | | | Admin | Priority | Unsecured | |
|---|---|---|---|---|---|---|---|
| Bea Systems Inc<br>2315 N First St<br>San Jose, CA 95131 | 07-10419 | 1200 | $0.00 | $0.00 | $0.00 | $18,225.00 | $18,225.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Best Rate Funding Corporation<br>2 Macarthur Pl 800<br>Santa Ana, CA 92707 | 07-10416 | 2026 | $0.00 | $0.00 | $0.00 | $112,100.32 | $112,100.32 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Britton Village<br>230 N Main St<br>Britton, MI 49229 | 07-10416 | 1142 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Collins Appraisal Service<br>1036 West Robinhood Dr Ste 205<br>Stockton, CA 95207 | 07-10416 | 1029 | $0.00 | $0.00 | $325.00 | $0.00 | $325.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Fair Home Lending Financial Inc<br>591 Camino de la Reina No 818<br>San Diego, CA 92108 | 07-10419 | 127 | $0.00 | $0.00 | $3,757.50 | $0.00 | $3,757.50 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Florida Land Agency<br>3978 W Riverside Dr<br>Fort Myers, FL 33901 | 07-10416 | 829 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Groveland Town<br>183 Main St<br>Groveland, MA 01834 | 07-10419 | 960 | $0.00 | $0.00 | $94.33 | $0.00 | $94.33 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Kandiyohi County<br>PO Box 896<br>Willmar, MN 56201 | 07-10416 | 781 | $481.95 | $0.00 | $0.00 | $0.00 | $481.95 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Katherine Thompson<br>1081 Elmira St<br>Aurora, CO 80010-0000 | 07-10416 | 1057 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |

7th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.

Case No.07-10416 (KJC)

## Exhibit D

## Claims with No Supporting Documentation

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| M Z Appraisals 9559 W Bent Tree Dr Peoria, AZ 85383 | 07-10416 | 1030 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Marin County Tax Collector PO Box 4220 San Rafael, CA 94913 | 07-10419 | 1292 | $0.00 | $0.00 | $129.03 | $0.00 | $129.03 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Monroe County PO Box 357 Forsyth, GA 31029 | 07-10416 | 1369 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Montreal City City Hall Montreal, WI 54550 | 07-10416 | 1021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Northwest Trustee Services Inc 3535 Factoria Blvd SE Ste 200 Bellevue, WA 98006 | 07-10416 | 2476 | $0.00 | $0.00 | $0.00 | $11,301.87 | $11,301.87 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Premier Funding Group 21130 Lariat Ct Walnut, CA 91789 | 07-10419 | 1758 | $0.00 | $0.00 | $0.00 | $110,332.00 | $110,332.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Riverdale City Tax Commissioner 6690 Church St Riverdale, GA 30274 | 07-10416 | 1903 | $1,267.00 | $0.00 | $0.00 | $0.00 | $1,267.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Robert J Hopp & Associates LLC 999 18th St No 2101 PO Box 8689 Denver, CO 80201 | 07-10416 | 676 | $0.00 | $0.00 | $0.00 | $27,881.25 | $27,881.25 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Salvador Alma Or Dolores Alma 822 Mckenzie Ave Bremerton, WA 98337 | 07-10416 | 2268 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |

7th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit D

## Claims with No Supporting Documentation

| Name and Address of Claimant | Case Number | Claim Number | Secured | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | Admin | Priority | Unsecured | | |
| St Louis Co Collector of Revenue<br>41 S Central Ave<br>Clayton, MO 63105 | 07-10416 | 3391 | $1,881.44 | $0.00 | $0.00 | $0.00 | | $1,881.44 |
| Comments: | | No supporting documentation attached to claim | | | | | | |
| St Louis Co Collector of Revenue<br>41 S Central Ave<br>Clayton, MO 63105 | 07-10416 | 3393 | $639.80 | $0.00 | $0.00 | $0.00 | | $639.80 |
| Comments: | | No supporting documentation attached to claim | | | | | | |
| St Louis Co Collector of Revenue<br>41 S Central Ave<br>Clayton, MO 63105 | 07-10416 | 3392 | $377.67 | $0.00 | $0.00 | $0.00 | | $377.67 |
| Comments: | | No supporting documentation attached to claim | | | | | | |
| Terriann Mcgowan<br>1040 San Francisco Way<br>Rohnert, CA 94928 | 07-10416 | 924 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| Comments: | | No supporting documentation attached to claim | | | | | | |
| Washington County Recorder<br>87 North 200 East Ste 101<br>St George, UT 84770 | 07-10416 | 3328 | $2,911.00 | $0.00 | $0.00 | $0.00 | | $2,911.00 |
| Comments: | | No supporting documentation attached to claim | | | | | | |
| Claims To Be Expunged Totals | . | 23 | $7,558.86 | $0.00 | $5,805.86 | $279,840.44 | | $293,205.16 |

Page 3