ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## MOTION FOR ADMISSION OF JAMES C. HARMAN PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, James C. Harman, Senior Deputy County Counsel for the County of Orange, California, moves that he be admitted pro hac vice to represent the Orange County Treasurer-Tax Collector ("County") in this action. The County has filed an opposition to the Debtors' Fifth Omnibus Objection to Claims. Under Local Bankruptcy Rule 9010-1(c)(1), the County has not sought association with local counsel for its opposition to the Debtors' objection to claims.

Dated: December 6, 2007  
       Santa Ana, California

Respectfully Submitted,

BENJAMIN P. de MAYO, COUNTY COUNSEL

By _____  
James C. Harman, Senior Deputy  
333 West Civic Center Plaza, Room 409  
P.O. Box 1379  
Santa Ana, California 92702-1379  
Phone: (714) 834-5257  
Fax:     (714) 834-2359

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 6, 2007
Santa Ana, California

_____
James C. Harman, Senior Deputy
333 West Civic Center Plaza, Room 409
P.O. Box 1379
Santa Ana, California 92702-1379
Phone: (714) 834-5257
Fax:    (714) 834-2359

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                             United States Bankruptcy Judge

## PROOF OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92702-1379. I am not a party to the within action.

On December 10, 2007, I served the foregoing **MOTION FOR ADMISSION OF JAMES C. HARMAN PRO HAC VICE** on all other parties to this action by placing a true copy of said document in a sealed envelope in the following manner:

[X]    (BY U.S. MAIL) I placed such envelope(s) addressed as shown below for collection and mailing at Santa Ana, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[]    (BY DHL SHIPPING) I placed such envelope(s) addressed as shown below for collection and delivery by Airborne Express with delivery fees paid or provided for in accordance with this office's practice. I am readily familiar with this office's practice for processing correspondence for delivery the following day by DHL Shipping.

[]    (BY FACSIMILE) I caused such document to be telefaxed to the addressee(s) and number(s) shown below, wherein such telefax is transmitted that same day in the ordinary course of business.

[]    (BY PERSONAL SERVICE) I caused such envelope(s) to be hand-delivered to the addressee(s) shown below.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Anthony Lievanos

### NAME AND ADDRESS TO WHOM SERVICE WAS MADE

Mark Collins, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Suzzanne S. Uhland, Esq.
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111