1  Stephen C. Chuck, Esq. SBC 119612
   Lisa Anne Coe, Esq. SBN 198378
2  **Foley & Mansfield PLLP**
   150 South Los Robles Ave., Suite 400
3  Pasadena, California 91101
   Telephone: (626) 744-9359
4

5  Attorneys for Defendant
   **NEW CENTURY MORTGAGE CORPORATION**
6

7

8              **IN THE UNITED STATES BANKRUPTCY COURT**

9                   **FOR THE DISTRICT OF DELAWARE**

10

11 In re:                          )  Case No.:  07-10416 (KJC)
                                   )
12 NEW CENTURY TRES HOLDINGS, INC., a )  **CHAPTER 11**
   Delaware corporation, et al.,   )
13                                 )
              Debtors.             )  **RESPONSE OF CREDITOR FOLEY &**
14                                 )  **MANSFIELD, PLLP TO DEBTOR'S**
                                   )  **FOURTH OMNIBUS OBJECTION TO**
15                                 )  **CLAIMS;**
                                   )
16                                 )  **DECLARATION OF STEPHEN C.**
                                   )  **CHUCK**
17                                 )
                                   )
18                                 )  Objection Date:    December 13, 2007 at 4:00 p.m.
                                   )  Hearing Deadline:  December 20, 2007 at 1:30 p.m.
19

20        **PLEASE TAKE NOTICE** that creditor Foley & Mansfield PLLP hereby responds to

21 Debtors' Fourth Omnibus Objection To Claims as follows:

22

23 I.      **SUPPORTING DOCUMENTATION OF CREDITOR'S CLAIM ATTACHED.**

24        Debtor New Century Mortgage Corporation objected to the claim of creditor Foley &

25 Mansfield, PLLP ("F&M") on the grounds of no supporting evidence.  Creditor F&M's claim of

26 $57,920.78 is for legal services rendered, and all legal invoices were  previously and timely

27 submitted to debtor New Century Mortgage Corporation in the ordinary course of services.

28
                                          1
   **RESPONSE OF CREDITOR FOLEY & MANSFIELD, PLLP TO DEBTOR'S FOURTH OMNIBUS**
                            **OBJECTION TO CLAIMS**

1    Creditor F&M hereby attaches as Exhibit "A" hereto another copy of its unpaid invoices

2  supporting its claim.  Such invoices provide a complete description of the basis for F&M's

3  claim.

4

5  DATED:  December 12, 2007                           FOLEY & MANSFIELD, P.L.L.P.

6

7                                                      BY:  _____

8                                                      Stephen C. Chuck
                                                       Lisa Anne Coe
9                                                      Attorneys for Defendant
                                                       **NEW CENTURY MORTGAGE**
10                                                     **CORPORATION**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RESPONSE OF CREDITOR FOLEY & MANSFIELD, PLLP TO DEBTOR'S FOURTH OMNIBUS
OBJECTION TO CLAIMS**

**DECLARATION OF STEPHEN C. CHUCK**
**IN SUPPORT OF RESPONSE OF CREDITOR FOLEY & MANSFIELD, PLLP TO**
**DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS**

I, Stephen C. Chuck, declare:

1.    I am an attorney licensed to practice law in all the courts of the State of California and I am a partner with FOLEY & MANSFIELD, PLLP, creditor of debtor NEW CENTURY MORTGAGE CORPORATION in the above-entitled case.  I make this declaration in support of Foley & Mansfield, PLLP's creditor's claim.

2.    Attached hereto as Exhibit "A" is a true and correct copy of the $57,920.78 in outstanding legal service invoices billed and mailed to debtor New Century Mortgage Corporation in the ordinary course of business.

3.    Creditor Foley & Mansfield, PLLP was unable to electronically file this Response due to time constraints in this obtaining and ECF log in and password provided by the U.S. Bankruptcy Court for the District of Delaware.

4.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Executed on December 12, 2007, at Pasadena, California.



_____
STEPHEN C. CHUCK

---

**RESPONSE OF CREDITOR FOLEY & MANSFIELD, PLLP TO DEBTOR'S FOURTH OMNIBUS**
**OBJECTION TO CLAIMS**

# EXHIBIT "A"

# FOLEY & MANSFIELD LLP

### Attorneys At Law

Detroit · Los Angeles · Miami · Minneapolis · New York · St. Louis · San Francisco

**250 Marquette Avenue**
**Suite 1200**
**Minneapolis, MN 55401**
**612-338-8788**
Tax ID NO. 41-1646736
September 30, 2006

Invoice  202288

Mr. Daniel Paik
New Century Mortgage
3121 Michaelson Dr
6th Fl
Irvine, CA  92612


New Century Mortgage Corporation
Client ID: 10334-000001 - Chuck, Stephen C.
Re: Sandoval v. New Century Mortgage Corporation


Claim No: Richard Perry - 1000691406
Policy No:
Insurers No:
Date of Loss:

| | |
|---|---:|
| Current Fees | $5,151.00 |
| Current Disbursements | $264.59 |
| Total Current Charges | $5,415.59 |

| | |
|---|---:|
| **Total Due** | **$5,415.59** |

**Foley & Mansfield, PLLP**

| | |
|---|---|
| Mr. Daniel Paik | September 30, 2006 |
| Re: Sandoval v. New Century Mortgage Corpora | Invoice  202288 |
| I.D. 10334-000001 - SCC | Page  2 |

## Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/06 | SCC | Status review re: reporters transcript of hearing. | 0.20 | $40.00 |
| 09/05/06 | RUJ | Finalize New Century Mortgage Corporation opposition to motion for leave to file second amended complaint; prepare for filing with Compton Superior Court re: same | 0.60 | $57.00 |
| 09/05/06 | SCC | Review and research Opposition of Financial Freedom to motion for leave to file second amended complaint. | 0.80 | $160.00 |
| 09/15/06 | SCC | Receive and review reporter's transcript of hearing. (.6); Prepare further opposition to motion to amend. (1.5); Prepare for oral argument on motion to amend. (.7) | 2.80 | $560.00 |
| 09/18/06 | SCC | Prepare for and attend motion to file second amended complaint. (4.0); Docket/internet research on plaintiff and witnesses. (1.0) | 5.00 | $1,000.00 |
| 09/19/06 | LCO | Review matter regarding subpoenas and witness discovery required. | 0.30 | $55.50 |
| 09/20/06 | SCC | Prepare status letter to R. Allen. (.7); Teleconference with R. Morris re: opposition and service. (.2); Review plaintiff's opposition to Financial Freedom's demurrer. (.3) | 1.20 | $240.00 |
| 09/25/06 | SCC | Research slander of title claim. | 1.30 | $260.00 |
| 09/26/06 | NR | Review correspondence in this case in preparation for drafting discovery requests. | 0.20 | $37.00 |
| 09/26/06 | SCC | Receive and review court ruling on motion to amend. (.2); Status email to R. Allen. (.2); Strategize re: discovery plan. (.6) | 1.00 | $200.00 |
| 09/27/06 | NR | Prepare, draft and organize discovery requests and deposition notices (3.5). | 5.00 | $925.00 |
| 09/27/06 | SCC | Outline evidence and arguments for summary judgment motion; Research undue influence defenses. | 1.40 | $280.00 |
| 09/28/06 | NR | Continue to draft/edit the requests for production of documents (0.8); Continue to draft/edit the special interrogatories (1.9); Contact investigator re: Sandra Sandoval (0.4); Continue to engage in research and preparation of discovery requests (1); Prepare subpoenas for documents held by witnesses (0.5); Contact Detective Dobis regarding the letter he wrote for Perry and Sandoval regarding the transaction (0.4). | 5.00 | $925.00 |
| 09/28/06 | SCC | Evaluate information provided by Sheriff Dobis re: interview of Perry. | 0.30 | $60.00 |
| 09/29/06 | NR | Continue to edit discovery requests (0.5); Compose letter to plaintiff's counsel regarding the discovery requests (0.4); Research and draft declaration in support of additional discovery (0.8); Review subpoenas prepared to obtain materials from two notaries involved in this case (0.2). | 1.90 | $351.50 |
| | | **Total Fees** | **27.00** | **$5,151.00** |

## Disbursements

| Date | Description | Amount |
|---|---|---|

## Foley & Mansfield, PLLP

| Mr. Daniel Paik | September 30, 2006 |
|---|---|
| Re: Sandoval v. New Century Mortgage Corpora | Invoice  202288 |
| I.D. 10334-000001 - SCC | Page 3 |

| | | |
|---|---|---:|
| 09/07/06 | Local Travel;S. Chuck - Parking to attend hearing on demurrer on July 28, 2006. | $3.00 |
| 09/07/06 | Local Travel;S. Chuck - Parking to attend ex-parte motion on August 17, 2006. | $3.00 |
| 09/14/06 | Trial/Depo Transcripts;Transcript of demurrer and motion to strike hearing of 7/28/06. ;Alicia Anderson | $44.00 |
| 09/18/06 | Local Travel;S. Chuck - Parking to attend motion to file second amended complaint hearing. | $3.00 |
| 09/30/06 | Facsimile; | $164.00 |
| 09/30/06 | Postage; | $6.39 |
| 09/30/06 | Copying - Black & White;206 copies @$0.20/pg | $41.20 |
| 09/30/06 | Copying - Black & White;206 copies @$0.20/pg | $0.00 |
| | **Total Disbursements** | **$264.59** |

| Fee Recap | | | | |
|---|---|---:|---:|---:|
| | | **Rate/Hour** | **Hours** | **Amount** |
| Stephen C. Chuck | Partner | $200.00 | 14.00 | $2,800.00 |
| Lisa A. Coe | Associate | $185.00 | 0.30 | $55.50 |
| Noosha Raouf | Associate | $185.00 | 12.10 | $2,238.50 |
| Ruben Jauregui | Paralegal and Law Clerk | $95.00 | 0.60 | $57.00 |
| | **Totals** | | **27.00** | **$5,151.00** |

# FOLEY & MANSFIELD PLLP
### Attorneys At Law

Detroit • Los Angeles • Miami • Minneapolis • New York • St. Louis • San Francisco

**250 Marquette Avenue**
**Suite 1200**
**Minneapolis, MN 55401**
**612-338-8788**
Tax ID NO. 41-1646736
December 31, 2006

Invoice  229444

Mr. Daniel Paik
New Century Mortgage
3121 Michaelson Dr
6th Fl
Irvine, CA  92612

New Century Mortgage Corporation
Client ID: 10334-000001 - Chuck, Stephen C.
Re: Sandoval v. New Century Mortgage Corporation

Claim No: Richard Perry - 1000691406
Policy No:
Insurers No:
Date of Loss:

| | |
|---|---|
| Current Fees | $4,507.50 |
| Current Disbursements | $1,238.37 |
| Total Current Charges | $5,745.87 |

| | |
|---|---|
| **Total Due** | **$5,745.87** |

**Foley & Mansfield, PLLP**

Mr. Daniel Paik
Re: Sandoval v. New Century Mortgage Corpora
I.D. 10334-000001 - SCC

December 31, 2006
Invoice 229444
Page 2

| | | Fees | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| 12/01/06 | SCC | Emails with J. Magos re: loan file. (.3); Phone call to new counsel for Sandoval. (.1); | 0.40 | $80.00 |
| 12/07/06 | SCC | Review status of production of plaintiff for deposition. (.2) Demand letter to counsel re: plaintiff's deposition. (.3) Prepare for deposition of plaintiff. (2.5) | 3.00 | $600.00 |
| 12/08/06 | SCC | Review complete loan file from J. Magos. (.7) | 0.70 | $140.00 |
| 12/11/06 | NR | Draft declaration of Joven Magos in support of the motion for summary judgment (1.2); Begin to draft the separate statement of undisputed material facts in support of the motion for summary judgment (0.5). | 3.50 | $647.50 |
| 12/11/06 | SCC | Review complete loan file from J. Magos. (.7) Email J. Magos re: risk analysis comments re: title. (.2) Work on separate statement for summary judgment. (1.4) | 2.30 | $460.00 |
| 12/12/06 | NR | Review Plaintiff's documents responsive to New Century's discovery requests in order to determine if there is anything further to compel (0.1); Continue to draft the separate statement of undisputed material facts (1.2); Review case file in preparation for the motion for summary judgment (1); Review documents produced by Plaintiff in preparation for motion for summary judgment (2.1); Speak with Joven Magos re: Bernard Perry's loan file (0.2); Continue to draft motion for summary judgment (1). | 5.60 | $1,036.00 |
| 12/12/06 | NR | Review Plaintiff's discovery responses with respect to witnesses (0.2); Draft Attachment #3 to the subpoena for records from Coldwell Banker (0.1); Draft Attachment #3 to the subpoena for records from American United Bancorp (0.1); Prepare and revise the subpoenas to Coldwell Banker and American United Bancorp (0.2). | 0.60 | $111.00 |
| 12/12/06 | SCC | Review risk managment note in loan file. (.3) Email to J. Magos re: same. (.3) Work on summary judgment motion. (1.5) | 2.10 | $420.00 |
| 12/12/06 | SPE | Research address information on American United Bancorp and Coldwell BankerPreparation of subpoena request to Compex | 1.50 | $142.50 |
| 12/14/06 | SCC | Review letter from Alkana re: postponing plaintiff's deposition. (.2); Prepare responding meet and confer letter to Alkana. (.4) | 0.60 | $120.00 |
| 12/15/06 | SPE | Review subpoena documents faxed to Compex.Telephone call to Compex requesting status of service of subpoena on Coldwell BankerCalendar response | 0.50 | $47.50 |
| 12/27/06 | NR | Continue to draft and revise the motion for summary judgment and accompanying documents. | 1.50 | $277.50 |
| 12/28/06 | NR | Draft chronology of events in preparation for the deposition of Bernard Perry (0.7); Draft chronology of events as per Joven Magos of New Century (1.5). | 2.30 | $425.50 |
| | | **Total Fees** | **24.60** | **$4,507.50** |

## Foley & Mansfield, PLLP

| | |
|---|---|
| Mr. Daniel Paik | December 31, 2006 |
| Re: Sandoval v. New Century Mortgage Corpora | Invoice 229444 |
| I.D. 10334-000001 - SCC | Page 3 |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 12/07/06 | Service Fees;Service fee re: William Burns, Simi Valley, CA on 10/25/06. ;First Legal Support Services | $120.00 |
| 12/07/06 | Service Fees;Service fee re: Los Angeles Superior Court on 10/19/06. ;First Legal Support Services | $70.50 |
| 12/13/06 | Other;Services provided re: Burns and Cox. ;Hughes Investigation Agency | $717.50 |
| 12/18/06 | Service Fees;Service fee re: William A. Burns, Simi Valley, CA, 11/16/06. ;First Legal Support Services | $300.00 |
| 12/19/06 | Online Research;Westlaw charges incurred for the month of October, 2006 ($25.02). ;West Group | $2.37 |
| 12/31/06 | Facsimile; | $28.00 |
| | **Total Disbursements** | **$1,238.37** |

### Fee Recap

| | | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| Stephen C. Chuck | Partner | $200.00 | 9.10 | $1,820.00 |
| Noosha Raouf | Associate | $185.00 | 13.50 | $2,497.50 |
| Stephen Perry | Paralegal and Law Clerk | $95.00 | 2.00 | $190.00 |
| | **Totals** | | **24.60** | **$4,507.50** |

# FOLEY & MANSFIELD LLP

### Attorneys At Law

Detroit • Los Angeles • Miami • Minneapolis • New York • St. Louis • San Francisco

**250 Marquette Avenue**
**Suite 1200**
**Minneapolis, MN 55401**
**612-338-8788**
Tax ID NO. 41-1646736
January 31, 2007

Invoice 233461

Mr. Daniel Paik
New Century Mortgage
3121 Michaelson Dr
6th Fl
Irvine, CA  92612

New Century Mortgage Corporation
Client ID: 10334-000001 - Chuck, Stephen C.
Re: Sandoval v. New Century Mortgage Corporation

Claim No: Richard Perry - 1000691406
Policy No:
Insurers No:
Date of Loss:

| | |
|---|---|
| Current Fees | $18,135.00 |
| Current Disbursements | $742.41 |
| Total Current Charges | $18,877.41 |

| | |
|---|---|
| **Total Due** | **$18,877.41** |

**Foley & Mansfield, PLLP**

| | |
|---|---|
| Mr. Daniel Paik | January 31, 2007 |
| Re: Sandoval v. New Century Mortgage Corpora | Invoice 233461 |
| I.D. 10334-000001 - SCC | Page 2 |

## Fees

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/02/07 | NR | Continue to draft the motion for summary judgment. | 2.30 | $425.50 |
| 01/03/07 | LCO | Review and page/line Vol.1 of Perry deposition in preparation for second deposition session (2.3); review facts and issues to prepare for Perry second deposition session (1.7). | 4.00 | $740.00 |
| 01/03/07 | NR | Continue to draft/edit the separate statement in support of motion for summary judgment (0.1); Continue to edit/revise the points and authorities in support of the motion for summary judgment (0.1). | 0.20 | $37.00 |
| 01/04/07 | LCO | Assist in preparation for depositon of B. Perry. | 1.40 | $259.00 |
| 01/04/07 | NR | Contact counsel for Financial Freedom regarding tomorrow's deposition of Mr. Bernard Perry. | 0.10 | $18.50 |
| 01/04/07 | SCC | Prepare exhibits for deposition of B. Perry. (1.8); Teleconference with Alcana's office re: delaying start of deposition. (.2) | 2.00 | $400.00 |
| 01/05/07 | NR | Continue to pull exhibits for the deposition of Bernard Perry (0.6); Attend the deposition of Bernard Perry (2.5); Prepare the subpoena for the deposition of Francis Sandoval (0.3); Contact counsel for Financial Freedom regarding the deposition of William A. Burns (0.1); Contact counsel for Financial Freedom regarding the deposition of Francis Sandoval (0.1); Prepare the documents for the deposition of Sandra Sandoval (1.5); Prepare subpoena for the deposition of Robin J. Fosselman (0.2); Prepare deposition subpoena for Dana Garner (0.2); Prepare document subpoena for records from Legacy Escrow (0.2); Prepare document subpoena for records from Bank of America (0.2); Prepare document subpoena for documents from Washington Mutual (0.2). | 6.10 | $1,128.50 |
| 01/05/07 | RUJ | Multiple trips from office to Bernard Perry residences; assist with deposition of Bernard Perry; personal service of Francis Sandoval. | 6.00 | $570.00 |
| 01/05/07 | SCC | Take deposition of Bernard Perry. | 5.50 | $1,100.00 |
| 01/08/07 | NR | Edit deposition subpoena for Robin Fosselman (0.1); Edit subpoena for Bank of America (0.1); Edit subpoena for Washington Mutual (0.1); Edit subpoena for Legacy Escrow (0.1); Edit subpoena for Dana Garner (0.1); Continue to draft motion for summary judgment (3). | 3.50 | $647.50 |
| 01/08/07 | NR | Continue to organize documents for the deposition of Sandra Sandoval (1.2); Draft questions for the deposition of Sandra Sandoval (2.4). | 3.60 | $666.00 |
| 01/08/07 | RUJ | Prepare deposition subpoena of bank of America regarding co-defendant Bernard Perry; research agent service of process re: same; review and revise deposition subpoena Washington Mutual, Legacy Escrow and Coldwell Banker. | 1.00 | $95.00 |
| 01/08/07 | SPE | Review case file re: subpoenas issuedTelephone call to Laura at Compex re: status of Coldwell Banker subpoena requesting proof of serviceTelephone call to 1st Legal re: status of Burns subpoena requesting proof of service | 0.70 | $66.50 |

## Foley & Mansfield, PLLP

Mr. Daniel Paik
Re: Sandoval v. New Century Mortgage Corpora
Client I.D. 10334-000001 - SCC

January 31, 2007
Invoice 233461
Page 3

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/09/07 | NR | Review Sandoval's civil case history in preparation for organizing questions for her deposition (0.3); Contact Craig Bassham regarding Sandra Sandoval's civil case history (0.1); Review subpoena for documents to be produced by Washington Mutual (0.1); Continue to organize documents for the deposition of Sandra Sandoval (0.2); Review Plaintiff's responses to Financial Freedom's Request for Production of Documents (0.1); Review/analyze Plaintiff's responses to Financial Freedom's Special Interrogatories (0.2); Conduct internet search to find contact information for William Wheeler (0.2); Review Plaintiff's responses to Financial Freedom's Form Interrogatories (0.1); Research Tradewinds Escrow (0.2); Draft memorandum regarding Plaintiff's responses to Financial Freedom's discovery requests (0.4); Contact counsel for Financial Freedom regarding plaintiff's discovery responses (0.1); Contact Plaintiff's counsel regarding obtaining a verification to our request for production of documents (0.1); Begin to draft requests for admission (0.1); Research doctrine of fraudulent concealment (0.7). | 2.90 | $536.50 |
| 01/09/07 | SPE | Research and investigation re: subpoenaesPreparation of final version subpoenaes | 1.40 | $133.00 |
| 01/10/07 | NR | Continue to research various types of fraud in further preparation of the motion for summary judgment (2.1); Speak with witness William Wheeler (0.1); Draft letter to William Wheeler regarding his potential role in drafting the Agreement between Sandoval and Perry (0.3); Draft declaration for William Wheeler (0.3); Continue to draft/edit motion for summary judgment (0.8); Draft deposition notice for Robin Fosselman (0.2); Draft deposition notice for Dana Garner (0.2); Speak with Plaintiff's counsel regarding obtaining a verification to her responses to requests for production of documents (0.1); Draft attachment #3 to subpoena for records from Financial Freedom (0.2); Draft subpoena to Litton Servicing (0.1); Prepare attachment #3 to subpoena to Litton Servicing (0.2); Begin to draft questions for the deposition of William A. Burns (0.2). | 4.80 | $888.00 |
| 01/10/07 | SCC | Review statu of witness and document subpoenas. | 0.60 | $120.00 |
| 01/10/07 | SPE | Final preparation and service of subpoenas. | 0.50 | $47.50 |
| 01/11/07 | NR | Research notary's duties in preparation for drafting outline for the deposition of William Burns (0.7); Organize documents for the deposition of Sandra Sandoval (0.2); Analyze the deposition of Plaintiff Sandra Sandoval (5.6); Begin to draft status letter to client (0.3); Continue to edit motion for summary judgment (0.4); Contact witness William Wheeler (0.1); Conference with L. Chavez, counsel of Financial Freedom re: discovery (0.3). | 7.60 | $1,406.00 |
| 01/11/07 | SCC | Take deposition of plaintiff S. Sandoval; Conference with Sandoval's counsel re: dismissal; Conference with codefense counsel re: discovery strategy. | 8.50 | $1,700.00 |
| 01/11/07 | SPE | Two telephone calls to 1st Legal requesting proof of service, location of service of subpoena on William Burns.Telephone call to Compex requesting proof of service of subpoena on Dana Garner, | 0.70 | $66.50 |

## Foley & Mansfield, PLLP

| | |
|---|---|
| Mr. Daniel Paik | January 31, 2007 |
| Re: Sandoval v. New Century Mortgage Corpora | Invoice 233461 |
| Client I.D. 10334-000001 - SCC | Page 4 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Coldwell Banker. | | |
| 01/12/07 | NR | Contact witness William Wheeler (0.1); Edit status letter to client (0.2);Obtain status of subpoenas sent to Fosselman and Garner (0.2); Continue to outline deposition of William A. Burns (3.2); Conference with L. Chavez counsel for Financial Freedom regarding upcoming depositions (0.2). | 3.90 | $721.50 |
| 01/12/07 | SPE | Review service advisement e-mails from 1st Legal re: subpoenas.Telephone call to 1st Legal re: status of service on Fosselman and Garner. | 0.50 | $47.50 |
| 01/15/07 | NR | Continue to draft questions in preparation for the deposition of William Burns. | 0.70 | $129.50 |
| 01/16/07 | NR | Draft letter to all counsel regarding the depositions of Fosselman and Garner (0.1); Speak with L. Chavez of Financial Freedom regarding locating Garner (0.1); Continue to draft/edit the declaration of J. Magos in support of the motion for summary judgment (0.2); Speak with L. Chavez re: Thomas Dobis (0.1). | 0.50 | $92.50 |
| 01/17/07 | NR | Speak with L. Chavez of Financial Freedom regarding obtaining declarations from B. Perry's relatives regarding his lack of education (0.1); Continue to draft subpoenas to Financial Freedom and Litton Servicing (0.1). | 0.20 | $37.00 |
| 01/18/07 | NR | Prepare documents for tomorrow's deposition of William Burns (0.6); Continue to outline deposition of William A. Burns (1). | 1.60 | $296.00 |
| 01/18/07 | SPE | Telephone call to 1st Legal re: service of subpoena on CT Corp. for BofA.Fax notice to BofA re: revised subpoena forthcoming. | 0.30 | $28.50 |
| 01/19/07 | NR | Prepare for the deposition of William A. Burns (2.0); Conference with L. Chavez regarding the ongoing discovery (0.7); Contact and speak with notary Robin Fosselman (0.2); Speak with Craig Bassham regarding obtaining a number for Dana Garner (0.1); Speak with witnesses Ray and Mary Turner (0.3); Speak with L. Chavez re: discussion with Ray and Mary Turner (0.1); Research how to compel the deposition of a third party witness (1.3); Contact William Wheeler regarding his declaration (0.1); Research topic of deposing a witness out of state (0.5); Draft declaration of Ray Turner (0.2); Draft declaration of Mary Turner (0.1); Attempt to contact Ernesto Martinez (0.1); Draft the declaration of Ernesto Martinez (0.2); Review Plaintiff's Verified Answer to the Cross-Complaint (0.1). | 6.00 | $1,110.00 |
| 01/19/07 | SCC | Review interview notes on notary R. Fosselman. (.3); Evaluate failure of notary W. Burns to appear for deposition. (.2); Review interview notes on Mary and Ray Turner. (.3) | 0.80 | $160.00 |
| 01/19/07 | SPE | Calendaring, preparation, and service of Notice to Consumer to Perry and Sandoval.Preparation of seven revised subpoenas. | 2.00 | $190.00 |
| 01/22/07 | NR | Leave message for William Wheeler (0.1); Draft questions for the deposition of Francis Sandoval (1); Conduct online research to obtain the contact information for Dana Garner (0.7); Speak with Dana Garner (0.4); Attempt to contact Ernesto Martinez on multiple | 2.80 | $518.00 |

**Foley & Mansfield, PLLP**

| | |
|---|---|
| Mr. Daniel Paik | January 31, 2007 |
| Re: Sandoval v. New Century Mortgage Corpora | Invoice 233461 |
| Client I.D. 10334-000001 - SCC | Page 5 |

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | occasions (0.3); Draft and prepare subpoena for Dana Garner (0.3). | | |
| 01/23/07 | NR | Obtain status of the subpoena to be served upon Dana Garner (0.1); Continue to research how to get an out of state commission for a deposition in Pennsylvania (2.0); Prepare new notice for the deposition of Dana Garner (0.1); Prepare letter to accompany the notice of the deposition (0.1); Attempt to contact witness Ernesto Martinez (0.1); Attempt to contact Dana Garner multiple times (0.3); Continue how to research how to compel the deposition of a non-party witness (0.9); Draft meet and confer letter to William Burns re: his non-appearance at his scheduled deposition (0.5); Leave second message for Dana Garner (0.1); Speak with process server regarding the deposition of Dana Garner (0.2). | 4.40 | $814.00 |
| 01/23/07 | SPE | Telephone call to 1st Legal re: status of service of deposition subpoena on Dana Garner.Preparation of revised Dana Garner deposition subpoena and fax cover sheet to 1st Legal. | 0.70 | $66.50 |
| 01/24/07 | NR | Obtain status of the deposition subpoena upon Dana Garner (0.1); Contact L. Chavez re: discovery matters in this case (0.1); Speak with L. Chavez re: depositions (0.1); Draft updated status letter (0.3); Contact Francis Sandoval re: her deposition tomorrow (0.2); Conduct research regarding obtaining service of subpoena in Philadelphia (0.3); Speak with process server in Philadelphia regarding a deposition commission (0.2); Speak with Dana Garner re: her deposition (0.2); Prepare documents to send to Dana Garner for her acknowledgement of receipt of her deposition subpoena (0.3). | 1.80 | $333.00 |
| 01/24/07 | SPE | Telephone call to John at 1st Legal re: status of service of subpoena on Dana Garner.Preparation of revised subpoena and Notice and Acknowlgment. | 0.70 | $66.50 |
| 01/25/07 | NR | Speak with P. Sandoval regarding the deposition of Francis Sandoval (0.1); Prepare documents in preparation for the deposition of Francis Sandoval (0.2); Prepare deposition subpoena for Paul Sandoval (0.1); Analyze the deposition of Francis Sandoval (2.7); Review New Century's loan files (0.7); Contact Joven Magos (0.1); Continue to edit the motion for summary judgment (0.1); Meeting with L. Chavez re: discovery issues (0.3). | 4.30 | $795.50 |
| 01/25/07 | RUJ | Assist attorney with preparation of deposition of Francis Sandoval; finalize deposition subpoena of Francis Sandoval re: same. | 0.50 | $47.50 |
| 01/25/07 | SCC | Take and evaluate deposition of Frances Sandoval. | 4.50 | $900.00 |
| 01/25/07 | SPE | Preparation of Paul Sandoval deposition subpoena.Preparation and service of Continued Notice of Deposition re: Dana Garner. | 1.00 | $95.00 |
| 01/26/07 | NR | Review loan file in preparation for Joven Magos' declaration (0.2); Contact Joven Magos (0.1). | 0.30 | $55.50 |
| 01/26/07 | SCC | Evaluate testimony of Sandoval for summary judgment motion; strategize re: further defense and discovery. | 1.70 | $340.00 |
| 01/30/07 | SCC | Emails with J. Magos re: title investigation. Evaluate testimony of F. Sandoval and interview of D. Garner, notary. | 1.20 | $240.00 |

### Foley & Mansfield, PLLP

Mr. Daniel Paik
Re: Sandoval v. New Century Mortgage Corpora
Client I.D. 10334-000001 - SCC

January 31, 2007
Invoice 233461
Page 6

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Total Fees** | **103.80** | **$18,135.00** |

| Disbursements | | Amount |
|---|---|---|
| **Date** | **Description** | |
| 01/05/07 | Local Travel;RJauregui - Cost of multiple trips from Foley & Mansfield to Bernard Perry residence in Parmount, CA.  (88 miles) | $42.68 |
| 01/05/07 | Meals;RJauregui - cost of breakfast at IHOP in Pasadena for deponet Bernard Perry. | $22.04 |
| 01/09/07 | Service Fees;Westlaw charges incurred for the month of November, 2006 ($21.86) ;West Group | $1.26 |
| 01/11/07 | Service Fees;Westlaw charges incurred for the month of November, 2006 ($21.86) ;West Group | -$1.26 |
| 01/11/07 | Service Fees;Westlaw charges incurred for the month of November, 2006 ($21.86). ;West Group | $3.55 |
| 01/23/07 | Trial/Depo Transcripts;Deposition transcript (video) Bernard Perry taken 01/05/2007 ;Sarnoff Court Reporters | $580.00 |
| 01/25/07 | Witness Fees;Witness fee $35.00 and Mileage $23.02 ;Francis Sandoval | $58.02 |
| 01/26/07 | Service Fees;Electronic Service Fee ;West Group | $28.14 |
| 01/31/07 | Postage; | $7.98 |
| | **Total Disbursements** | **$742.41** |

| Fee Recap | | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| Stephen C. Chuck | Partner | $200.00 | 24.80 | $4,960.00 |
| Lisa A. Coe | Associate | $185.00 | 5.40 | $999.00 |
| Noosha Raouf | Associate | $185.00 | 57.60 | $10,656.00 |
| Ruben Jauregui | Paralegal and Law Clerk | $95.00 | 7.50 | $712.50 |
| Stephen Perry | Paralegal and Law Clerk | $95.00 | 8.50 | $807.50 |
| | **Totals** | | **103.80** | **$18,135.00** |

# FOLEY & MANSFIELD
**Attorneys At Law**

Detroit • Los Angeles • Miami • Minneapolis • New York • St. Louis • San Francisco

**250 Marquette Avenue**
**Suite 1200**
**Minneapolis, MN 55401**
**612-338-8788**
Tax ID NO. 41-1646736
February 28, 2007

Invoice  245003

Mr. Daniel Paik
New Century Mortgage
3121 Michaelson Dr
6th Fl
Irvine, CA  92612

New Century Mortgage Corporation
Client ID: 10334-000001 - Chuck, Stephen C.
Re: Sandoval v. New Century Mortgage Corporation

Claim No: Richard Perry - 1000691406
Policy No:
Insurers No:
Date of Loss:

| | |
|---|---|
| Current Fees | $14,379.50 |
| Current Disbursements | $6,837.66 |
| Total Current Charges | $21,217.16 |

| | |
|---|---|
| **Total Due** | **$21,217.16** |

**Foley & Mansfield, PLLP**

| | |
|---|---|
| Mr. Daniel Paik | February 28, 2007 |
| Re: Sandoval v. New Century Mortgage Corpora | Invoice  245003 |
| I.D. 10334-000001 - SCC | Page  2 |

## Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/07 | SPE | Review Notice to Consumer issued to Bernard Perry and Eugene Alkana for Sandoval.Telephone call to 1st Legal requesting proofs of service on Notices to Consumer.Review deposition transcript for Bernard Perry (Vol.II).Update discovery file with deposition transcript and exhibits for Bernard Perry (Vol.II). | 1.00 | $95.00 |
| 02/02/07 | NR | Review the deposition of Sandra Sandoval in preparation for further drafting of the motion for summary judgment (3.5); Continue to research online re: fraud and the element of intent (0.7); Review the deposition of Sandra Sandoval in preparation for the deposition of Dana Garner (0.2); Speak with L. Chavez of Financial Freedom regarding the upcoming deposition of Sandra Sandoval twice (day two) (0.3); Begin to outline the deposition of Dana Garner (0.4); Review notice of the continued deposition of Sandra Sandoval (0.1). | 5.20 | $962.00 |
| 02/02/07 | SCC | Revise declaration of J. Magos. (.5); Emails with J. Magos re: same. (.1); Review prior court orders re: negligent concealment claim for summary judgment motion.  (.7); Research and prepare summary judgment motion. (2.8) | 3.10 | $620.00 |
| 02/02/07 | SCC | Receive and review Legacy Escrow records.  (.7); Review status of bank subpoenas for Sandoval acocunts.  (.3) | 1.00 | $200.00 |
| 02/02/07 | SPE | Review proof of service of Notice to Consumer to Sandra Sandoval.Preparation of subpoena to Litton Servicing LP.Telephone call to 1st Legal re: service of subpoena to Litton.Review proof of service of Notice to Consumer to Bernard Perry  re: 5 financial entities.Preparation of subpoenas to 5 financial entities.Telephone call to 1st Legal re: service of 5 financial entity subpoenas. | 1.20 | $114.00 |
| 02/05/07 | LCO | Telephone conversation with attorney Chavez regarding depositions (.2); prepare for deposition of attorney Bence (1.5); telephone conversation with J. Magos regarding declaration (.1); revise J. Magos declaration (.4); receive and review correspondence and signed declaration from J. Magos (.1). | 2.20 | $407.00 |
| 02/05/07 | SCC | Research slander of title and fraudulent concealment for motion for summary judgment. | 2.00 | $400.00 |
| 02/05/07 | SCC | Prepare motion for summary judgment. | 6.50 | $1,300.00 |
| 02/05/07 | SPE | Telephone call from 1st Legal  re: subpoena upon WAMU served.Telephone call from 1st Legal re: subpoena upon CSC served. | 0.40 | $38.00 |
| 02/06/07 | LCO | Attend deposition of attorney Bence in Los Angeles, California (4.5); summarize deposition of attorney Bence (.7); letter to attorney Chavez (.3) | 5.50 | $1,017.50 |
| 02/06/07 | SCC | Prepare separate statement of undisputed facts for summary judgment motion. (2.5); Prepare appendix of exhibits and declaration for motion. (.8) | 3.30 | $660.00 |
| 02/06/07 | SCC | Prepare motion for summary judgment. | 4.00 | $800.00 |

## Foley & Mansfield, PLLP

Mr. Daniel Paik
Re: Sandoval v. New Century Mortgage Corpora
Client I.D. 10334-000001 - SCC

February 28, 2007
Invoice 245003
Page 3

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/08/07 | SCC | Continued preparation of motion for summary judgment, separate statement, appendix of exhibits. | 1.50 | $300.00 |
| 02/08/07 | SCC | Prepare for deposition of witness D. Garner. (1.4); Evaluate testimony of D. Bence. (.5) | 1.90 | $380.00 |
| 02/08/07 | SPE | Preparation of RFPs to co-defendant Financial Freedom. | 0.50 | $47.50 |
| 02/09/07 | LCO | Telephone conversation with attorney Chavez regarding discovery and Motion for Summary Judgment (.4); amend request for production to Financial Freedom (.2); telephone conversation with attorney Alcana regarding service of Motion for Summary Judgment (.2); letter to attorney Alcana confirming agreement regarding service of Motion for Summary Judgment (.2). | 1.00 | $185.00 |
| 02/09/07 | SCC | Prepare for and take deposition of witness Dana Garner. (5.0); Evaluate testimony of Garner. (.6); Receive and review escrow file on NCEN transaction. (.8); Teleconference with C. Houston re: status and exposure. (.4) | 6.80 | $1,360.00 |
| 02/12/07 | LCO | Receive and review letter from attorney Chavez regarding agreement to produce Financial Freedom documents. | 0.10 | $18.50 |
| 02/12/07 | SCC | Emails with J. Magos re: status. (.3) | 0.30 | $60.00 |
| 02/13/07 | LCO | Telephone conversation with and correspondence to attorney Chavez regarding discovery (.3); review file for prior discovery (.3). | 0.50 | $92.50 |
| 02/13/07 | SCC | Further investigative research on plaintiff based on witness Garner's testimony. | 1.50 | $300.00 |
| 02/13/07 | SCC | Identify and prepare evidence notebook. | 6.20 | $1,240.00 |
| 02/14/07 | LCO | Receive and review Financial Freedom's request for admission to plaintiff. | 0.10 | $18.50 |
| 02/16/07 | LCO | Receive and review Bence deposition transcript. | 0.20 | $37.00 |
| 02/16/07 | SCC | Review status of third party document and deposition subpoenas. (.6); Legal research re: effect of Perry's default on proving title. (2.0); Identify and prepare evidence notebooks. (2.0) | 4.60 | $920.00 |
| 02/19/07 | LCO | Receive and review notice of second session of Sandoval deposition (.1); telephone conversation with attorney Chavez regarding Sandoval deposition notice, motion for summary adjudication, discovery issues and further handling (.4). | 0.50 | $92.50 |
| 02/19/07 | SCC | Work on status report. (1.1); Review pretrial deadlines. (.4) | 1.50 | $300.00 |
| 02/20/07 | LCO | Review and summarize key documents from Legacy Escrow document production. | 1.20 | $222.00 |
| 02/20/07 | SCC | Prepare for second session of plaintiff's deposition; Review testimony of session one. | 1.50 | $300.00 |
| 02/22/07 | SCC | Review status of third party discovery; Legal research for in limine motions on default of Perry and capacity to contract. | 3.00 | $600.00 |
| 02/26/07 | LCO | Prepare section 2034 demand for exchange of expert witness information. | 0.50 | $92.50 |
| 02/26/07 | SCC | Detailed review of Financial Freedom's motion for summary adjudication; Prepare evidence notebook. | 6.00 | $1,200.00 |

## Foley & Mansfield, PLLP

Mr. Daniel Paik
Re: Sandoval v. New Century Mortgage Corpora
Client I.D. 10334-000001 - SCC

February 28, 2007
Invoice 245003
Page 4

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Total Fees** | **74.80** | **$14,379.50** |

### Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 02/02/07 | Other;Prepare civil subpoena for records only from Coldwell Banker, re: B. Perry and S. Sandoval ;Compex Litigation Support, Inc. | $86.00 |
| 02/06/07 | Local Travel;L. Coe - Parking for deposition of Bence, Los Angeles, California. | $35.00 |
| 02/06/07 | Local Travel;L. Coe - Mileage for deposition of Bence, Los Angeles, California (20 miles). | $9.70 |
| 02/08/07 | Court Fees;Motion for summary judgment. ;Clerk of the Court | $200.00 |
| 02/08/07 | Other;Delivery service Legacy Escrow on 1/10/2007 ;U.S. Legal Management Services Inc. | $330.00 |
| 02/08/07 | Other;Delivery service to Robin Fosselman on 1/10/2007 ;U.S. Legal Management Services Inc. | $137.00 |
| 02/08/07 | Other;Delivery service to Washington Mutual on 1/10/2007 ;U.S. Legal Management Services Inc. | $95.00 |
| 02/08/07 | Other;Delivery service to Bank of America on 1/10/2007 ;U.S. Legal Management Services Inc. | $85.00 |
| 02/08/07 | Other;Delivery service to Dana Garner on 1/10/2007 ;U.S. Legal Management Services Inc. | $211.00 |
| 02/12/07 | Witness Fees;Witness fees for deposition on 02/09/07. ;Dana Garner | $75.00 |
| 02/22/07 | Trial/Depo Transcripts;Deposition transcript William A. Burns taken on 1/19/2007 ;Sarnoff Court Reporters | $218.75 |
| 02/22/07 | Delivery Services;Delivery services to B. Perry, Paramount on 1/22/07 ;U.S. Legal Management Services Inc. | $72.25 |
| 02/22/07 | Delivery Services;Delivery services to E. Alkana, Pasadena on 1/22/07 ;U.S. Legal Management Services Inc. | $82.88 |
| 02/28/07 | Delivery Services;Delivery services to Los Angeles Superior Court on 2/08/2007 ;U.S. Legal Management Services Inc. | $66.00 |
| 02/28/07 | Delivery Services;Delivery services to Los Angeles Superior Court on 2/13/2007 ;U.S. Legal Management Services Inc. | $70.50 |
| 02/28/07 | Delivery Services;Delivery services to First Legal Support Services on 2/02/2007 ;U.S. Legal Management Services Inc. | $38.00 |
| 02/28/07 | Delivery Services;Delivery services to Financial Freedom on 2/02/2007 ;U.S. Legal Management Services Inc. | $165.50 |
| 02/28/07 | Delivery Services;Delivery services to Legacy Escrow on 2/02/2007 ;U.S. Legal Management Services Inc. | $325.00 |
| 02/28/07 | Delivery Services;Delivery services to Washington Mutual on 2/02/2007 ;U.S. Legal Management Services Inc. | $68.50 |
| 02/28/07 | Delivery Services;Delivery services to COR/Bank of America on 2/02/2007 ;U.S. Legal Management Services Inc. | $68.50 |
| 02/28/07 | Delivery Services;Delivery services to CSC/Litton Servicing LLP on 2/02/2007 ;U.S. Legal Management Services Inc. | $230.00 |
| 02/28/07 | Delivery Services;Delivery services to Law Office Eugene Alkana on 2/08/2007 ;U.S. Legal Management Services Inc. | $14.50 |
| 02/28/07 | Delivery Services;Delivery services to Anderson McPharlin & Connors on 2/08/2007 | $31.50 |

## Foley & Mansfield, PLLP

| | |
|---|---|
| Mr. Daniel Paik | February 28, 2007 |
| Re: Sandoval v. New Century Mortgage Corpora | Invoice 245003 |
| I.D. 10334-000001 - SCC | Page 5 |

| Date | Description | Amount |
|---|---|---|
| | ;U.S. Legal Management Services Inc. | |
| 02/28/07 | Trial/Depo Transcripts;Deposition transcript re: David Bence taken on 2/06/2007 ;Esquire Deposition Services, LLC | $276.60 |
| 02/28/07 | Trial/Depo Transcripts;Deposition transcript re: Sandra Sandoval, Vol. 1, taken on 1/11/2007 ;Sarnoff Court Reporters | $1,722.50 |
| 02/28/07 | Trial/Depo Transcripts;Deposition transcript re: Frances Sandoval taken on 1/25/2007 ;Sarnoff Court Reporters | $770.65 |
| 02/28/07 | Trial/Depo Transcripts;Deposition transcript re: Bernard Perry taken on 1/05/2007 ;Sarnoff Court Reporters | $1,219.95 |
| 02/28/07 | Copying - Black & White;622 Copies @ $0.20/pg | $124.40 |
| 02/28/07 | Postage; | $7.98 |
| | **Total Disbursements** | **$6,837.66** |

| Fee Recap | | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| Stephen C. Chuck | Partner | $200.00 | 54.70 | $10,940.00 |
| Lisa A. Coe | Associate | $185.00 | 11.80 | $2,183.00 |
| Noosha Raouf | Associate | $185.00 | 5.20 | $962.00 |
| Stephen Perry | Paralegal and Law Clerk | $95.00 | 3.10 | $294.50 |
| | **Totals** | | **74.80** | **$14,379.50** |

# FOLEY & MANSFIELD LLP

### Attorneys At Law

Detroit • Los Angeles • Miami • Minneapolis • New York • St. Louis • San Francisco

**250 Marquette Avenue**
**Suite 1200**
**Minneapolis, MN 55401**
**612-338-8788**
Tax ID NO. 41-1646736
March 31, 2007

Invoice  253697

Mr. Daniel Paik
New Century Mortgage
3121 Michaelson Dr
6th Fl
Irvine, CA  92612


New Century Mortgage Corporation
Client ID: 10334-000001 - Chuck, Stephen C.
Re: Sandoval v. New Century Mortgage Corporation




Claim No: Richard Perry - 1000691406
Policy No:
Insurers No:
Date of Loss:

| | |
|---|---|
| Current Fees | $4,279.50 |
| Current Disbursements | $1,189.28 |
| Total Current Charges | $5,468.78 |

| | |
|---|---|
| **Total Due** | **$5,468.78** |

**Foley & Mansfield, PLLP**

Mr. Daniel Paik
Re: Sandoval v. New Century Mortgage Corpora
I.D. 10334-000001 - SCC

March 31, 2007
Invoice  253697
Page  2

## Fees

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/02/07 | LCO | Review discovery status (1.5); telephone conversation with attorney Chavez regarding mediation and status of Sandoval's deposition (.3). | 1.80 | $333.00 |
| 03/05/07 | LCO | Review file regarding outstanding subpoenas and trial documents. | 1.50 | $277.50 |
| 03/06/07 | LCO | Prepare supplemental interrogatories and supplemental request for production to plaintiff (.8); telephone conversation with attorney Chavez regarding Sandoval deposition, subpoenas, witnesses, trial preparation, mediation and possible trial continuance (.5); prepare status report (.5). | 1.80 | $333.00 |
| 03/07/07 | LCO | Follow up on subpoena issues:  contact Compex, review files, determine further handling (2.2); review court rules and determine need for further depositions and discovery (1.1); continue pre-trial preparation (.8). | 4.10 | $758.50 |
| 03/08/07 | SPE | Review file re: subpoenas on BofA, WAMU, and Litton Sevicing.Telephone call to WAMU re: production per subpoena.Telephone call to BofA re: production per subpoena.Preparation and faxing of letter to BofA re: production per subpoena.Telephone call to Litton Servicing re: production per subpoena. | 2.00 | $190.00 |
| 03/09/07 | SPE | Telephone call to BofA re: subpoena production.Telephone call to FedEx re: BofA subpoena.Research case file. Telephone call to Litton Loan Servicing re: subpoena production. | 0.40 | $38.00 |
| 03/12/07 | LCO | Telephone conversation with attorney Chavez regarding Sandoval deposition, trial continuance and stipulation (.3); receive and review Bank of America records (.1); letter to attorney Chavez regarding Bank of America records (.2). | 0.60 | $111.00 |
| 03/12/07 | SPE | Review file.Telephone call to Litton Servicing re: production in response to subpoena. | 0.50 | $47.50 |
| 03/13/07 | LCO | Receive and review notice of continued deposition of plaintiff Sandoval (.1); receive and review order from Ventura transferring case (.1); receive and review notice regarding Bray's records form Kaiser (.1). | 0.30 | $55.50 |
| 03/13/07 | SCC | Teleconference with C. Houston re authorized to limit participation in discovery due to financial condition of New Century. | 0.30 | $60.00 |
| 03/14/07 | LCO | Telephone conversation with attorney Chavez regarding stipulation and Sandoval deposition (.2); receive and review D. Garner's transcript (.2); letter to all counsel regarding changes to transcript (.3). | 0.70 | $129.50 |
| 03/15/07 | LCO | Receive and review letter from attorney Chavez regarding stipulation to continue trial and mediation (.1); correspondence  to Chavez regarding stipulation (.1). | 0.20 | $37.00 |
| 03/16/07 | LCO | Receive and review final stipulation to continued mediation and trial dates. | 0.10 | $18.50 |
| 03/16/07 | SPE | Telephone call to Litton Servicing re: status of subpoenaed | 0.40 | $38.00 |

**Foley & Mansfield, PLLP**

| | |
|---|---|
| Mr. Daniel Paik | March 31, 2007 |
| Re: Sandoval v. New Century Mortgage Corpora | Invoice 253697 |
| Client I.D. 10334-000001 - SCC | Page 3 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | records.Telephone call to Washington Mutual re: status of subpoenaed records. | | |
| 03/19/07 | LCO | Receive and review letter form attorney Alcana regarding denial of request for continuance (.1); receive and review defendant Financial Freedom's document production (.5). | 0.60 | $111.00 |
| 03/20/07 | SPE | Telephone calls to Washington Mutual and Litton Servicing LP re status of production pursuant to subpoena.  Fax courtesy copy of deposition subpoena to Litton Servicing LP. | 0.90 | $85.50 |
| 03/21/07 | LCO | Prepare for hearing by review of files (.3); telephone conversation with attorney Chavez (.1); conversation with plaintiffs attorney (.2). | 0.60 | $111.00 |
| 03/21/07 | SPE | Preparation of memorandum re status of Washington Mutual production in response to deposition subpoena. Preparation of memorandum re status of Litton Servicing LP production in response to deposition subpoena. | 0.50 | $47.50 |
| 03/22/07 | LCO | Appearance in Department B, Compton for Post Mediation Conference (3.5); receive and review letter from Chavez regarding investigation and deposition of Officer Dobis (.1). | 3.60 | $666.00 |
| 03/22/07 | LCO | Prepare for Sandoval deposition (.3); telephone conversation with Chavez regarding Sandoval deposition (.1). | 0.40 | $74.00 |
| 03/23/07 | LCO | Appear at deposition of plaintiff Sandoval. | 2.80 | $518.00 |
| 03/23/07 | SCC | Evaluate plaintiffs testimony. | 0.50 | $100.00 |
| 03/23/07 | SPE | Review documents received from Litton Servicing, LP in response to deposition subpoena. Forward to Lisa Anne Coe. | 0.30 | $28.50 |
| 03/26/07 | LCO | Receive and review documents from Litton Loan Servicing (.2); telephone conversation with attorney regarding same (.1). | 0.30 | $55.50 |
| 03/28/07 | LCO | Receive and review documents from Washington Mutual (.1); letter to attorney Hernandez regarding Washington Mutual documents (.2). | 0.30 | $55.50 |
| | | **Total Fees** | **25.50** | **$4,279.50** |

| Disbursements | | |
|---|---|---|
| Date | Description | Amount |
| 03/07/07 | Trial/Depo Transcripts;Deposition transcript re: Dana Michelle Garner taken on 2/09/2007 ;Sarnoff Court Reporters | $844.85 |
| 03/13/07 | Online Research;WestLaw charges for the month of January, 2007;West Group | $183.46 |
| 03/16/07 | Outside Printing;Record copies provided re: Bernard Perry;Bank of America | $29.83 |
| 03/22/07 | Local Travel;L. Coe - Parking at Compton, California Courthouse for Post Mediation Status Conference. | $3.00 |
| 03/22/07 | Local Travel;L. Coe - Mileage, Compton, California Courthouse for Post Mediation Status Conference (51 miles). | $24.74 |
| 03/30/07 | Online Research;Westlaw charges incurred for the month of February, 2007;West Group | $68.80 |
| 03/31/07 | Copying - Black & White;173 copies @ 0.20 /pg. | $34.60 |

## Foley & Mansfield, PLLP

| | |
|---|---|
| Mr. Daniel Paik | March 31, 2007 |
| Re: Sandoval v. New Century Mortgage Corpora | Invoice  253697 |
| I.D. 10334-000001 - SCC | Page 4 |

| Date | Description | | | Amount |
|------|-------------|--|--|--------|
| | | **Total Disbursements** | | **$1,189.28** |

| Fee Recap | | | | |
|-----------|--|---|-------|--------|
| | | Rate/Hour | Hours | Amount |
| Stephen C. Chuck | Partner | $200.00 | 0.80 | $160.00 |
| Lisa A. Coe | Associate | $185.00 | 19.70 | $3,644.50 |
| Stephen Perry | Paralegal and Law Clerk | $95.00 | 5.00 | $475.00 |
| | **Totals** | | **25.50** | **$4,279.50** |

# FOLEY & MANSFIELD LLP
### Attorneys At Law

Detroit • Los Angeles • Miami • Minneapolis • New York • St. Louis • San Francisco

**250 Marquette Avenue
Suite 1200
Minneapolis, MN 55401
612-338-8788**
Tax ID NO. 41-1646736
April 30, 2007

Invoice  262282

Mr. Daniel Paik
New Century Mortgage
3121 Michaelson Dr
6th Fl
Irvine, CA  92612

New Century Mortgage Corporation
Client ID: 10334-000001 - Chuck, Stephen C.
Re: Sandoval v. New Century Mortgage Corporation

Claim No: Richard Perry - 1000691406
Policy No:
Insurers No:
Date of Loss:

| | |
|---|---|
| Current Fees | $296.00 |
| Current Disbursements | $29.97 |
| Total Current Charges | $325.97 |

| | |
|---|---|
| **Total Due** | **$325.97** |

## Foley & Mansfield, PLLP

Mr. Daniel Paik
Re: Sandoval v. New Century Mortgage Corpora
I.D. 10334-000001 - SCC

April 30, 2007
Invoice  262282
Page  2

### Fees

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/05/07 | LCO | Research bankruptcy automatic stay issues (.4); prepare Notice of Automatic Stay (.2); retrieve and review petition for bankruptcy to attach to Notice (.2). | 0.80 | $148.00 |
| 04/11/07 | LCO | Receive and review plaintiff's notice of New Century's bankruptcy and request that motion hearing be continued (.1); telephone conversation with plaintiff's attorney requesting dismissal (.1). | 0.20 | $37.00 |
| 04/19/07 | LCO | Review docket and contact court regarding stay and upcoming motion hearing (.1); telephone conversations with attorneys Alcana and Hernandez regarding motion hearings and stay (.1). | 0.20 | $37.00 |
| 04/25/07 | LCO | Receive and review plaintiff's opposition to defendant Freedom Financial's Motion for Summary Judgment (.2); review court docket regarding tentative and bankruptcy stay and determine further handling (.2). | 0.20 | $37.00 |
| 04/30/07 | LCO | Receive and review Financial Freedoms Reply to Opposition and Objection to Separate Statement. | 0.20 | $37.00 |
| | | **Total Fees** | **1.60** | **$296.00** |

### Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 04/30/07 | Postage | $3.57 |
| 04/30/07 | Copying - Black & White;132 copies @ 0.20 /pg. | $26.40 |
| | **Total Disbursements** | **$29.97** |

### Fee Recap

| | | Rate/Hour | Hours | Amount |
|--|--|-----------|-------|--------|
| Lisa A. Coe | Associate | $185.00 | 1.60 | $296.00 |
| | **Totals** | | **1.60** | **$296.00** |

# FOLEY & MANSFIELD LLP
### Attorneys At Law

Detroit • Los Angeles • Miami • Minneapolis • New York • St. Louis • San Francisco

**250 Marquette Avenue**
**Suite 1200**
**Minneapolis, MN 55401**
**612-338-8788**
Tax ID NO. 41-1646736
May 31, 2007

Invoice  268472

Mr. Daniel Paik
New Century Mortgage
3121 Michaelson Dr
6th Fl
Irvine, CA  92612

New Century Mortgage Corporation
Client ID: 10334-000001 - Chuck, Stephen C.
Re: Sandoval v. New Century Mortgage Corporation

Claim No: Richard Perry - 1000691406
Policy No:
Insurers No:
Date of Loss:

| | |
|---|---|
| Current Fees | $237.00 |
| Current Disbursements | $81.00 |
| Total Current Charges | $318.00 |

| | |
|---|---|
| **Total Due** | **$318.00** |

## Foley & Mansfield, PLLP

Mr. Daniel Paik
Re: Sandoval v. New Century Mortgage Corpora
I.D. 10334-000001 - SCC

May 31, 2007
Invoice  268472
Page  2

### Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/08/07 | LCO | Receive and review notice of pending action (.1); receive and review court order regarding stay (.1). | 0.20 | $37.00 |
| 05/10/07 | SCC | Voice message for C. Houston re reporting contact at NCEN. | 0.10 | $20.00 |
| 05/23/07 | SCC | Review court minute order OSC requirements. (.2); Review bankruptcy status as required by OSC. (.3); Prepare OSC declaration. (.4) | 0.90 | $180.00 |
| | | **Total Fees** | **1.20** | **$237.00** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 05/02/07 | Other;Delivery service to Los Angeles Superior Court on 4/09/2007;U.S. Legal Management Services Inc. | $76.00 |
| 05/31/07 | Copying - Black & White;25 copies @ 0.20 /pg. | $5.00 |
| | **Total Disbursements** | **$81.00** |

### Fee Recap

| | | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| Stephen C. Chuck | Partner | $200.00 | 1.00 | $200.00 |
| Lisa A. Coe | Associate | $185.00 | 0.20 | $37.00 |
| | **Totals** | | **1.20** | **$237.00** |

# FOLEY & MANSFIELD LLP
### Attorneys At Law

Detroit • Los Angeles • Miami • Minneapolis • New York • St. Louis • San Francisco

**250 Marquette Avenue**
**Suite 1200**
**Minneapolis, MN 55401**
**612-338-8788**
Tax ID NO. 41-1646736
June 30, 2007

Invoice  281052

Mr. Daniel Paik
New Century Mortgage
3121 Michaelson Dr
6th Fl
Irvine, CA  92612

New Century Mortgage Corporation
Client ID: 10334-000001 - Chuck, Stephen C.
Re: Sandoval v. New Century Mortgage Corporation

Claim No: Richard Perry - 1000691406
Policy No:
Insurers No:
Date of Loss:

| | |
|---|---|
| Current Fees | $481.00 |
| Current Disbursements | $52.00 |
| Total Current Charges | $533.00 |

| | |
|---|---|
| **Total Due** | **$533.00** |

## Foley & Mansfield, PLLP

| | |
|---|---|
| Mr. Daniel Paik | June 30, 2007 |
| Re: Sandoval v. New Century Mortgage Corpora | Invoice  281052 |
| I.D. 10334-000001 - SCC | Page  2 |

### Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/07 | KMA | Travel to and from and attendance at order to show cause regarding bankruptcy proceedings and case management conference in department b of the Los Angeles County Superior Court (central). | 2.60 | $481.00 |
| | | **Total Fees** | **2.60** | **$481.00** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 06/21/07 | Delivery Services;Delivery service to Los Angeles Superior Court on 5/24/2007;U.S. Legal Management Services Inc. | $52.00 |
| | **Total Disbursements** | **$52.00** |

### Fee Recap

| | | Rate/Hour | Hours | Amount |
|---|---|---|---|---|
| Keith M. Ameele | Associate | $185.00 | 2.60 | $481.00 |
| | **Totals** | | **2.60** | **$481.00** |

# FOLEY & MANSFIELD
**LLP**

**Attorneys At Law**

Detroit • Los Angeles • Miami • Minneapolis • New York • St. Louis • San Francisco

**250 Marquette Avenue**
**Suite 1200**
**Minneapolis, MN 55401**
**612-338-8788**
Tax ID NO. 41-1646736
July 31, 2007

Invoice  289216

Mr. Daniel Paik
New Century Mortgage
3121 Michaelson Dr
6th Fl
Irvine, CA  92612

New Century Mortgage Corporation
Client ID: 10334-000001 - Chuck, Stephen C.
Re: Sandoval v. New Century Mortgage Corporation

Claim No: Richard Perry – 1000691406
Policy No:
Insurers No:
Date of Loss:

| | |
|---|---:|
| Current Fees | $19.00 |
| Total Current Charges | $19.00 |

| | |
|---|---:|
| **Total Due** | **$19.00** |

## Foley & Mansfield, PLLP

Mr. Daniel Paik
Re: Sandoval v. New Century Mortgage Corpora
I.D. 10334-000001 - SCC

July 31, 2007
Invoice  289216
Page  2

| Fees | | | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| 07/20/07 | LV | Notify counsel of Notice of taking deposition of John Ray English, Jr. | 0.20 | $19.00 |
| | | **Total Fees** | **0.20** | **$19.00** |

| Fee Recap | | | | |
|---|---|---|---|---|
| | | **Rate/Hour** | **Hours** | **Amount** |
| Leandro Valente | Paralegal and Law Clerk | $95.00 | 0.20 | $19.00 |
| | **Totals** | | **0.20** | **$19.00** |

# FOLEY & MANSFIELD LLP

### Attorneys At Law

**Detroit • Los Angeles • Miami • Minneapolis • New York • St. Louis • San Francisco**

**250 Marquette Avenue**
**Suite 1200**
**Minneapolis, MN 55401**
**612-338-8788**
Tax ID NO. 41-1646736
August 31, 2007

Invoice  299499

Mr. Daniel Paik
New Century Mortgage
3121 Michaelson Dr
6th Fl
Irvine, CA  92612

New Century Mortgage Corporation
Client ID: 10334-000001 - Chuck, Stephen C.
Re: Sandoval v. New Century Mortgage Corporation

Claim No: Richard Perry - 1000691406
Policy No:
Insurers No:
Date of Loss:

| | |
|---|---|
| Current Disbursements | $42.60 |
| Total Current Charges | $42.60 |

| | |
|---|---|
| **Total Due** | **$42.60** |

## Foley & Mansfield, PLLP

Mr. Daniel Paik
Re: Sandoval v. New Century Mortgage Corpora
I.D. 10334-000001 - SCC

August 31, 2007
Invoice  299499
Page  2

### Fees

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/27/07 | SCC | Court call for status conference. | 0.50 | |
| | | **Total Fees** | **0.50** | **$0.00** |

### Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 08/14/07 | Court Fees;Courtcall for Sandra Sandoval v. Bernard Perry. Appearance for post mediation status conference only #1848641.;Clerk of the Court | $40.00 |
| 08/15/07 | Court Fees;Courtcall for Sandra Sandoval v. Bernard Perry. For post mediation status conference. #1848641.;CourtCall, LLC | $40.00 |
| 08/15/07 | Court Fees;Courtcall for Sandra Sandoval v. Bernard Perry. For post mediation conference #1848641.;CourtCall, LLC | $40.00 |
| 08/15/07 | Court Fees;Courtcall for Sandra Sandoval v. Bernard Perry. Appearance for post mediation status conference only #1848641.;Clerk of the Court | -$40.00 |
| 08/15/07 | Court Fees;Courtcall for Sandra Sandoval v. Bernard Perry. For post mediation status conference. #1848641.;CourtCall, LLC | -$40.00 |
| 08/31/07 | Copying - Black & White;13 copies @ 0.20 /pg. | $2.60 |
| | **Total Disbursements** | **$42.60** |

# FOLEY & MANSFIELD LLP
### Attorneys At Law

Detroit • Los Angeles • Miami • Minneapolis • New York • St. Louis • San Francisco

**250 Marquette Avenue**
**Suite 1200**
**Minneapolis, MN 55401**
**612-338-8788**
Tax ID NO. 41-1646736
September 30, 2007

Invoice  307148

Mr. Daniel Paik
New Century Mortgage
3121 Michaelson Dr
6th Fl
Irvine, CA  92612


New Century Mortgage Corporation
Client ID: 10334-000001 - Chuck, Stephen C.
Re: Sandoval v. New Century Mortgage Corporation



Claim No: Richard Perry - 1000691406
Policy No:
Insurers No:
Date of Loss:

| | |
|---|---|
| Current Disbursements | $199.13 |
| Total Current Charges | $199.13 |

| | | |
|---|---|---|
| | **Total Due** | **$199.13** |

**Foley & Mansfield, PLLP**

| | |
|---|---|
| Mr. Daniel Paik | September 30, 2007 |
| Re: Sandoval v. New Century Mortgage Corpora | Invoice 307148 |
| I.D. 10334-000001 - SCC | Page 2 |

| Date | Description | Amount |
|---|---|---|
| | **Disbursements** | |
| 09/11/07 | Delivery Services;Delivery services to Cross Roads Case Management on 8/27/2007;Federal Express | $16.53 |
| 09/27/07 | Court Fees;Motion to be Relieved as Counsel ;Clerk of the Court | $40.00 |
| 09/30/07 | Copying - Black & White;713 copies @ 0.20 /pg. | $142.60 |
| | **Total Disbursements** | **$199.13** |

# FOLEY & MANSFIELD *LLP*

### Attorneys At Law

Detroit • Los Angeles • Miami • Minneapolis • New York • St. Louis • San Francisco

**250 Marquette Avenue**
**Suite 1200**
**Minneapolis, MN 55401**
**612-338-8788**
Tax ID NO. 41-1646736
October 31, 2007

Invoice  317578

Mr. Daniel Paik
New Century Mortgage
3121 Michaelson Dr
6th Fl
Irvine, CA  92612

New Century Mortgage Corporation
Client ID: 10334-000001 - Chuck, Stephen C.
Re: Sandoval v. New Century Mortgage Corporation

Claim No: Richard Perry - 1000691406
Policy No:
Insurers No:
Date of Loss:

| | |
|---|---:|
| Current Disbursements | $5.20 |
| Total Current Charges | $5.20 |

| | |
|---|---:|
| **Total Due** | **$5.20** |

## Foley & Mansfield, PLLP

Mr. Daniel Paik
Re: Sandoval v. New Century Mortgage Corpora
I.D. 10334-000001 - SCC

October 31, 2007
Invoice  317578
Page  2

| | Disbursements | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| 10/31/07 | Copying - Black & White;26 copies @ 0.20 /pg. | $5.20 |
| | **Total Disbursements** | **$5.20** |

# PROOF OF SERVICE
[CCP, 1013A(3) CRC Rule 2006(d) - Revised 3/1/92]

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 S. Los Robles Avenue, Suite 400, Pasadena, California 91101.

On December 12, 2007, I served the foregoing document described as: **RESPONSE OF CREDITOR FOLEY & MANSFIELD, PLLP TO DEBTOR'S FOURTH OMNIBUS OBJECTION TO CLAIMS** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

### *See Attached Service List*

☐ ***(BY MAIL)*** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ ***(BY PERSONAL DELIVERY)*** I delivered such envelope by hand to the office of the addressee(s) noted above.

☐ ***(BY FACSIMILE TRANSMISSION)*** I caused such document to be transmitted to the addressee(s) facsimile number noted above. The facsimile machine I used complied with Rule 2003(3) and the transmission was reported as complete and without error. Pursuant to Rule 2005(i), I caused the machine to print a transmission record of the facsimile transmission, a copy of which is attached to this declaration.

☒ ***(BY OVERNIGHT DELIVERY)*** I caused such envelope(s) to be deposited in a box or other facility regularly maintained by the Federal Express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service.

Executed on December 12, 2007, Pasadena, CA.

☐ **[STATE]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct and, that I am employed in the office of a member of the bar of this court at whose direction the service was made.

☒ **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Lucinda C. Webb

1

## SERVICE LIST

2

In re:  NEW CENTURY TRES HOLDINGS, INC., a Delaware corporation, et al., Debtors.
Chapter 11 - Case No.:  07-10416 (KJC)

3

4

5    Mark Collins (No. 2981)
Michael J. Merchant (No. 3458)
6    Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
7    One Rodney Square
920 North King Street
8    Wilmington, DE  19801
Tel:  (302) 651-7700

9
        -and-

10
Suzzanne S. Uhland
11   Emily R. Culler
Ana Acevedo
12   O'MELVENY & MYERS, LLP
275 Battery Street
13   San Francisco, CA  94111
Tel:  (415) 984-8700

14

15   ***COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION***

16

17

18

19

20

21

22

23

24

25

26

27

28