**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:  

NEW CENTURY TRS HOLDINGS, INC., et al.,
        Debtors.

_____/

Case No. 07-10416-KJC
Chapter 11

(Jointly Administered)

Re: Docket Nos: 526 & 1163

**NOTICE OF FORECLOSURE**

    COMES NOW Litton Loan Servicing LP, as servicer for U.S. Bank National Association, as Trustee for the GSAMP Trust 2006-NC1 Mortgage Pass-Through Certificates, Series 2006-NC1 ("Litton"), by and through its undersigned attorney, pursuant to the Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to 11 U.S.C. Sections 165(a) and 362 of the Bankruptcy Code (Doc. #1163) and states the following:

    1.    A mortgagee has defaulted under the terms of a mortgage held by Litton on property at **12774 SW 134th Terrace, Miami, Florida 33186**, and Litton intends to initiate a foreclosure action against said property in Miami-Dade, Florida.

    2.    No foreclosure action is currently pending.

    3.    New Century Mortgage Corporation, or one of the other related Debtors ("New Century") holds a junior lien on the property.

    4.    The fair market value of the subject property is $259,121.00 as assessed by Miami-Dade County, Florida.

    5.    The value of Litton's senior lien on the subject property is approximately $219,896.00.

    6.    A copy of Litton's mortgage, which is recorded in Official Records Book 29343 at Page 4231, of the Public Records of Miami-Dade County, Florida, is attached as Exhibit A.

    7.    A copy of New Century's second mortgage, which is recorded in Official Records Book 29343 at Page 4256, of the Public Records of Miami-Dade County, Florida, is attached as Exhibit B.

    8.    Litton is unaware of any other liens that have priority over the New Century mortgage, however, a Foreclosure Report revealed judgments

recorded in the following Books and Pages: O.R. Book 20552, Page 3616, O.R. Book 25695, Page 0799, O.R. Book 25551, Page 0595, O.R. Book 25539, Page 4828, O.R. Book 25539, Page 4827, O.R. Book 25539, Page 4093, O.R. Book 25241, Page 0971, O.R. Book 24784, Page 1648, O.R. Book 24728, Page 1080, O.R. Book 24655, Page 2468, O.R. Book 23936, Page 1142, O.R. Book 23499, Page 1589, O.R. Book 23396, Page 3208, O.R. Book 23202, Page 0247, O.R. Book 22920, Page 3473, O.R. Book 23069, Page 4567, O.R. Book 22997, Page 1616, O.R. Book 22841, Page 0171, O.R. Book 22655, Page 3281, O.R. Book 22586, Page 4333, O.R. Book 22576, Page 4525,

O.R. Book 22216, Page 1223, O.R. Book 22184, Page 1479, O.R. Book 22184, Page 1478, O.R. Book 22145, Page 0456, O.R. Book 22138, Page 3092, O.R. Book 21452, Page 0418, O.R. Book 21078, Page 1654, O.R. Book 20913, Page 1176, O.R. Book 20643, Page 3431, O.R. Book 19834, Page 2786, O.R. Book 19827, Page 2882, O.R. Book 19806, Page 4310, O.R. Book 19464, Page 0701, O.R. Book 17555, Page 3132, O.R. Book 25165, Page 1294, O.R. Book 24649, Page 3187, O.R. Book 24531, Page 3906, O.R. Book 24421, Page 3359, O.R. Book 20359, Page 3081.

9. Pursuant to the above mentioned Order Establishing Procedure for Relief, Litton Loan Servicing, LP servicer for U.S. Bank National has made payments to Debtor's Estate in the aggregate amount of $10,000.00 and is therefore not required to make payment with this Notice.

**WHEREFORE**, Litton respectfully requests that the automatic stay be deemed lifted upon Debtor's failure to take further action within 30 days of receipt of this Notice.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically or by U.S. mail, first-class postage prepaid, this 12th day of December, 2007 to: O'Melveny & Myers LLP, Attn: Suzzanne S. Uhland, Ben H. Logan, Victoria Newmark, Emily R. Culler, 275 Battery St., San Francisco, CA 94111; New Century Mortgage Corp., Attn: Charles Houston, VP Litigation and Regulatory Counsel, 3121 Michelson Dr., Irvine, CA 92612-0515; and Hahn & Hessen, LLP, Attn: Mark T. Power, Mark S. Indelicato, Jeffrey L. Schwartz, 488 Madison Ave., 14th & 15th Floor, New York, New York 10022.

> LAW OFFICES OF DAVID J. STERN, P.A.
> Attorney for Litton Loan Servicing LP
> 801 S. University Drive Suite 500
> Plantation, FL 33324
> Phone: (954) 233-8000 ext 207
> Fax: (954) 233-8648
>
> /S/ Frederic J. DiSpigna
> _____
> FREDERIC J. DISPIGNA, ESQUIRE
> Florida Bar No. 345539
> fdispigna@dstern.com

07-16891.NOF

07-16891.NOF