**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., et al., | (Jointly Administered) |
| Debtors. | |
| | Re: Docket Nos: 526 & 1163 |
| _____/ | |

**NOTICE OF FORECLOSURE**

COMES NOW Litton Loan Servicing LP, as servicer for Wilmington Trust Company, as successor to JPMorgan Chase Bank, National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB3 ("Litton"), by and through its undersigned attorney, pursuant to the Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to 11 U.S.C. Sections 165(a) and 362 of the Bankruptcy Code (Doc. #1163) and states the following:

1. A mortgagee has defaulted under the terms of a mortgage held by The Bank of New York on property at **4717 Fort Wayne Court, Orlando, FL 32822**, and Litton intends to initiate a foreclosure action against said property in Orange County, Florida.

2. No foreclosure action is currently pending.

3. New Century Mortgage Corporation, or one of the other related Debtors ("New Century") holds a junior lien on the property.

4. The fair market value of the subject property is $194,339.00 as assessed by Orange County, Florida.

5. The value of Litton's senior lien on the subject property is approximately $182,000.00.

6. A copy of Litton's mortgage, which is recorded in Official Records Book 08344 at Page 0620, of the Public Records of Orange County, Florida, is attached as Exhibit A.

7. A copy of New Century's second mortgage, which is recorded in Official Records Book 08344 at Page 0645, of the Public Records of Orange County, Florida, is attached as

Exhibit B.

8.     Litton is unaware of any other liens that have priority over the New Century mortgage.

9.     Pursuant to the above mentioned Order Establishing Procedure for Relief, Litton Loan Servicing, LP servicer for Wilminton Trust Company has made payments to Debtor's Estate in the aggregate amount of $10,000.00 and is therefore not required to make payment with this Notice.

**WHEREFORE**, Litton respectfully requests that the automatic stay be deemed lifted upon Debtor's failure to take further action within 30 days of receipt of this Notice.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically or by U.S. mail, first-class postage prepaid, this 12th day of December, 2007 to: O'Melveny & Myers LLP, Attn: Suzzanne S. Uhland, Ben H. Logan, Victoria Newmark, Emily R. Culler, 275 Battery St., San Francisco, CA 94111; New Century Mortgage Corp., Attn: Charles Houston, VP Litigation and Regulatory Counsel, 3121 Michelson Dr., Irvine, CA 92612-0515; and Hahn & Hessen, LLP, Attn: Mark T. Power, Mark S. Indelicato, Jeffrey L. Schwartz, 488 Madison Ave., 14th & 15th Floor, New York, New York 10022.

> LAW OFFICES OF DAVID J. STERN, P.A.
> Attorney for Litton Loan Servicing LP
> 801 S. University Drive Suite 500
> Plantation, FL 33324
> Phone: (954) 233-8000 ext 207
> Fax: (954) 233-8648
>
> /S/ Frederic J. DiSpigna
> _____
> FREDERIC J. DISPIGNA, ESQUIRE
> Florida Bar No. 345539
> fdispigna@dstern.com