# EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS, INC.,
a Delaware Corporation, *et al.*,

Debtors.

)
)
)
)
)
)
)

Chapter 11
Case No. 07-10416 (KJC)

Jointly Administered

## AFFIDAVIT OF MARK MINUTI

STATE OF DELAWARE       )
                        )   SS.
NEW CASTLE COUNTY        )

BE IT REMEMBERED, that on this 13th day of December, A.D. 2007, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, **MARK MINUTI**, and being duly sworn according to law, deposes and says as follows:

1.      I am a Partner in the firm of Saul Ewing LLP ("Saul Ewing"), which serves as co-counsel to Michael J. Missel, as Examiner (the "Examiner") of New Century TRS Holdings, Inc., *et al.*, (collectively, the "Debtors") in the above-captioned chapter 11 cases.

2.      I have read the foregoing Application of Saul Ewing for allowance of compensation and reimbursement of expenses and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      There is no agreement or understanding between Saul Ewing and any other person for a division of compensation as co-counsel to the Examiner.

4.      No division prohibited by the Bankruptcy Code will be made by Saul Ewing.

5.    No agreement prohibited by Title 18, Section 155 has been made.



**MARK MINUTI**

SWORN TO AND SUBSCRIBED before me the day and year first above written.

NOTARY PUBLIC

MONICA A. **MOLITOR**
Notary Public - State of **Delaware**
My Comm. Expires July 20, **2008**

# EXHIBIT "B"

## EXHIBIT "B"

### SUMMARY OF BILLING BY ATTORNEY
### OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate (including changes and 10% discount)* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Mark Minuti[1] | 1988 | Partner (since 1997) | $459.00 | 19.3 | $8,858.70 |
| Kathleen P. Makowski[2] | 1996 | Associate (since 2003) | $306.00 | 1.4 | $428.40 |
| Pauline Ratkowiak[3] | N/A | Paralegal (since 1987) | $162.00 | 2.5 | $405.00 |
| Renee L. Lowder[4] | N/A | Paralegal (since 2005) | $144.00 | 20.8 | $2,995.20 |
| **TOTAL** | | | | **44.0** | **$12,687.30** |

Blended Rate: $288.34

[1] Total reflects a 10% reduction of $984.30 of fees.
[2] Total reflects a 10% reduction of $47.60 of fees.
[3] Total reflects a 10% reduction of $45.00 of fees.
[4] Total reflects a 10% reduction of $332.80 of fees.

\*     This rate is Saul Ewing LLP's regular hourly rate for legal services. All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustments occurred on July 1, 2007 with respect to the Bankruptcy and Reorganization Department, and on January 1, 2007 with respect to all other firm departments).

## Attorney Biographies

**Mark Minuti**, *Partner*.  Mark Minuti is a Partner in Saul Ewing's Bankruptcy and Restructuring Department, and Managing Partner of the Firm's Wilmington, Delaware office. He concentrates his practice in bankruptcy law.  Having practiced bankruptcy law in Delaware since 1989, Mr. Minuti has seen his practice grow from a small local practice to a sophisticated national practice.  Along the way, Mr. Minuti has been involved in almost every major bankruptcy case filed in Delaware.

Mr. Minuti's practice includes the representation of debtors, unsecured creditors committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and Chapter 11 proceedings, both in and out of Delaware.  Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions.  Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

Mr. Minuti received his B.S. degree from the University of Delaware and his law degree from the Widener University School of Law in 1988.  He is admitted to practice law before the United States District Court for the District of Delaware and the United States Court of Appeals for the Third Circuit.

***Kathleen P. Makowski,*** *Associate*.  Ms. Makowski is an Associate in the Firm's Bankruptcy and Reorganization Department and is resident in its Wilmington, Delaware office. She concentrates her practice in general bankruptcy matters, including both debtor and creditor representations.

Ms. Makowski's experience includes assisting with lead and local representation of Chapter 11 debtor cases including Blackstone Technology Group; supervising the wind down of the Crown Books Corporation estate on behalf of the Post-Effective Date Committee; representing unsecured creditor committees; and she has represented large secured and unsecured Chapter 11 creditors including JP Morgan Chase Bank and Caterpillar Financial Services Inc.

Ms. Makowski received her B.A., *cum laude*, from the University of Delaware, and a law degree from Widener University School of Law in 1996.  She is admitted to practice law in Delaware and Pennsylvania, and is a member of the American Bankruptcy Institute and the International Women's Insolvency and Restructuring Confederation.

Case 07-10416-BLS   Doc 4085-1   Filed 12/13/07   Page 7 of 29

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S OCTOBER 2007 TIME ENTRIES

| 10/10/2007 | KPM | Attend continued 341 hearing | 1.0 | 306 |
|---|---|---|---|---|
| 10/10/2007 | KPM | Draft e-mail report of 341 meeting to M. Minuti | 0.4 | 122.4 |
| | **KPM** | **Total** | **1.4** | **428.4** |
| | | | | |
| | | | | |
| 10/11/2007 | MM | E-mail re: 10/4/07 hearing transcript | 0.1 | 45.9 |
| 10/4/2007 | MM | E-mails re: Committee's request for extension of objection deadline for Examiner's Fee Applications | 0.2 | 91.8 |
| 10/8/2007 | MM | E-mails re: Certifications of No Objection for Examiner's Fee Applications | 0.2 | 91.8 |
| 10/8/2007 | MM | E-mail from Committee re: extension of deadline to object to Examiner's Fee Application | 0.1 | 45.9 |
| 10/12/2007 | MM | E-mail re: fee auditor | 0.1 | 45.9 |
| 10/12/2007 | MM | E-mails with K. Elliott re: agreement to reduce K&L Gates' fee request | 0.2 | 91.8 |
| 10/15/2007 | MM | E-mails re: word versions of fee applications for fee auditor and hard copies of all fee applications to be forwarded to fee auditor | 0.2 | 91.8 |
| 10/16/2007 | MM | E-mails with Fee Auditor re: Examiner's Fee Applications | 0.2 | 91.8 |
| 10/16/2007 | MM | Review and execute Certifications of No Objection for K&L Gates and Examiner's Fee Applications | 0.2 | 91.8 |
| 10/17/2007 | MM | E-mails re: Amended Notice of K&L Gates' Fee Application | 0.2 | 91.8 |
| 10/17/2007 | MM | Review and execute Amended Notice of K&L Gates' Fee Application | 0.2 | 91.8 |
| 10/18/2007 | MM | E-mails with BDO re: Certification of No Objection for Fee Application | 0.2 | 91.8 |
| 10/18/2007 | MM | Review and execute BDO Certification of No Objection for Fee Application | 0.2 | 91.8 |
| 10/24/2007 | MM | E-mail re: fee auditor | 0.1 | 45.9 |
| 10/25/2007 | MM | Review and execute Saul Ewing's Second Fee Application | 0.2 | 91.8 |
| 10/26/2007 | MM | Review and file BDO's Fee Application | 0.2 | 91.8 |
| 10/26/2007 | MM | E-mails re: Examiner and K&L Gates' Fee Applications | 0.3 | 137.7 |
| 10/26/2007 | MM | Review and file Examiner and K&L Gates' Fee Applications | 0.2 | 91.8 |
| 10/26/2007 | MM | E-mails re: BDO Fee Application | 0.1 | 45.9 |
| 10/30/2007 | MM | E-mails to Fee Auditor re: word version of fee applications | 0.1 | 45.9 |
| 10/1/2007 | MM | E-mails re: employee interviews | 0.1 | 45.9 |
| 10/1/2007 | MM | Attend conference with Committee Counsel re: status of Examiner's investigation | 3.2 | 1,468.80 |
| 10/1/2007 | MM | Review of draft order to extend deadline for Examiner to File Report | 0.3 | 137.7 |
| 10/2/2007 | MM | Review of draft order extending report deadline | 0.3 | 137.7 |
| 10/2/2007 | MM | Telephone calls and e-mails re: finalize and file 2004 Motion | 0.2 | 91.8 |
| 10/3/2007 | MM | E-mail from Examiner re: Debtor's production issues | 0.1 | 45.9 |

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S OCTOBER 2007 TIME ENTRIES

| | | Telephone calls and e-mails re: schedule 2004 | | |
|---|---|---|---|---|
| 10/3/2007 | MM | Motion hearing | 0.2 | 91.8 |
| 10/3/2007 | MM | Finalize and file 2004 Motion | 0.2 | 91.8 |
| 10/3/2007 | MM | E-mails re: addresses for service of 2004 Motion | 0.1 | 45.9 |
| 10/4/2007 | MM | E-mails re: 2004 Motion | 0.2 | 91.8 |
| 10/4/2007 | MM | E-mails re: order extending report deadline | 0.3 | 137.7 |
| 10/4/2007 | MM | Review of draft order extending report deadline | 0.2 | 91.8 |
| 10/5/2007 | MM | Review of memos of employees interviews | 0.5 | 229.5 |
| 10/5/2007 | MM | E-mail from Examiner re: report on 2004 Motion | 0.1 | 45.9 |
| 10/11/2007 | MM | E-mail from Examiner re: form of final report | 0.1 | 45.9 |
| 10/11/2007 | MM | E-mails re: scheduling of telephonic interviews | 0.1 | 45.9 |
| | | E-mails re: Supplemental Order Extending Report | | |
| 10/12/2007 | MM | Deadline | 0.2 | 91.8 |
| 10/12/2007 | MM | E-mails re: subpoena procedures | 0.3 | 137.7 |
| 10/12/2007 | MM | E-mails re: Debtor's Objection to 2004 Motion | 0.1 | 45.9 |
| | | E-mail from S. Topetzes re: Objection to Examiner's | | |
| 10/13/2007 | MM | 2004 Motion | 0.1 | 45.9 |
| | | E-mails re: Certification of No Objection for 2004 | | |
| 10/15/2007 | MM | Motion | 0.3 | 137.7 |
| | | Review of and revisions to Certification of No | | |
| 10/15/2007 | MM | Objection for 2004 Motion | 0.4 | 183.6 |
| | | Finalize and file Certification of No Objection for 2004 | | |
| 10/15/2007 | MM | Motion | 0.1 | 45.9 |
| 10/15/2007 | MM | Review of Debtor's Limited Response to 2004 Motion | 0.1 | 45.9 |
| 10/16/2007 | MM | Review of Order Approving 2004 Motion | 0.2 | 91.8 |
| 10/17/2007 | MM | Review of 4 memos of employee interviews | 0.5 | 229.5 |
| 10/17/2007 | MM | E-mails re: memos of employee interviews | 0.2 | 91.8 |
| 10/17/2007 | MM | E-mail re: article on 2004 Motion | 0.1 | 45.9 |
| 10/18/2007 | MM | Review of e-mails re: employee interviews | 0.1 | 45.9 |
| 10/18/2007 | MM | Telephone call with M. Missal re: subpoenas | 0.2 | 91.8 |
| 10/24/2007 | MM | E-mails re: issuing of subpoenas | 0.2 | 91.8 |
| 10/26/2007 | MM | E-mails re: employee interviews | 0.2 | 91.8 |
| 10/2/2007 | MM | Telephone calls re: prepare for 10/2/07 hearing | 0.2 | 91.8 |
| 10/2/2007 | MM | Prepare for and attend 10/2/07 hearing | 1.8 | 826.2 |
| | | Telephone calls with K&L Gates re: report on 10/2/07 | | |
| 10/2/2007 | MM | hearing | 0.3 | 137.7 |
| 10/5/2007 | MM | E-mails with E. Fox re: 10/5/07 hearing transcript | 0.2 | 91.8 |
| 10/8/2007 | MM | E-mails re: 10/5/07 hearing transcript | 0.2 | 91.8 |
| 10/22/2007 | MM | Review of agenda for 10/23/07 hearing | 0.1 | 45.9 |
| 10/22/2007 | MM | E-mail to E. Fox re: 10/23/07 hearing | 0.1 | 45.9 |
| | | Telephone call with E. Fox re: 10/23/07 status | | |
| 10/22/2007 | MM | conference with Chambers | 0.2 | 91.8 |
| | | Telephone call with M. Missal re: 10/23/07 status | | |
| 10/22/2007 | MM | conference with Chambers | 0.2 | 91.8 |
| | | Conference with M. Missal and S. Topetzes re: | | |
| 10/23/2007 | MM | conference with Chambers | 0.7 | 321.3 |
| 10/23/2007 | MM | E-mails re: logistics for conference with Chambers | 0.1 | 45.9 |
| | | Attend conference with Chambers re: status of | | |
| 10/23/2007 | MM | examination | 0.8 | 367.2 |
| | | E-mail from Examiner re: report on conference with | | |
| 10/23/2007 | MM | Chambers | 0.1 | 45.9 |

Case 07-10416-BLS   Doc 4085-1   Filed 12/13/07   Page 9 of 29

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S OCTOBER 2007 TIME ENTRIES

| 10/3/2007 | MM | Draft Supplemental Retention Affidavit for Saul Ewing | 0.4 | 183.6 |
|---|---|---|---|---|
| 10/3/2007 | MM | E-mail to Examiner re: Supplemental Retention Affidavit for Saul Ewing | 0.2 | 91.8 |
| 10/3/2007 | MM | Finalize and execute Supplemental Retention Affidavit for Saul Ewing | 0.2 | 91.8 |
| 10/3/2007 | MM | E-mails re: 341 meeting for New Century Warehouse | 0.2 | 91.8 |
| 10/4/2007 | MM | E-mails re: 341 meeting for New Century Warehouse | 0.2 | 91.8 |
| 10/11/2007 | MM | E-mail re: 341 meeting report for New Century Warehouse | 0.1 | 45.9 |
| | **MM** | **Total** | **19.3** | **8858.7** |
| | | | | |
| 10/1/2007 | PZR | Review of docket and update 2002 service data source | 0.1 | 16.2 |
| 10/11/2007 | PZR | Review of docket regarding Notice of Substitution and update service data source | 0.1 | 16.2 |
| 10/3/2007 | PZR | Review of docket and prepare Certification of No Objection regarding Saul Ewing's First Interim Fee Application Request | 0.2 | 32.4 |
| 10/5/2007 | PZR | E-file Certification of No Objection regarding Saul Ewing's First Interim Fee Application and update chart of professionals' fees | 0.2 | 32.4 |
| 10/8/2007 | PZR | E-mails from and to R. Lowder and M. Minuti and draft Certifications of Counsel regarding First Interim Fee Applications for Michael Missal and K&L Gates (objection deadline extended) | 0.4 | 64.8 |
| 10/19/2007 | PZR | Conference with R. Lowder regarding objection deadlines and extensions and initial preparation of Saul Ewing's time entries for second monthly fee request | 0.8 | 129.6 |
| 10/19/2007 | PZR | Research docket and revise chart of professionals' fees | 0.2 | 32.4 |
| 10/1/2007 | PZR | E-mails from M. Minuti and prepare service data source for 2004 motion for examination of R. Brown, J. Hatch and D. Kenneally | 0.3 | 48.6 |
| 10/1/2007 | PZR | Review of docket regarding Notice of Amended Agenda and conference with M. Minuti regarding 10/2/07 hearing coverage | 0.2 | 32.4 |
| | **PZR** | **Total** | **2.5** | **405** |
| | | | | |
| 10/16/2007 | RLL | E-mail regarding upcoming certificate of no objection for fee applications | 0.2 | 28.8 |
| 10/18/2007 | RLL | Prepare Certificate of No Objection for BDO Seidman's First Fee Application | 1.5 | 216 |
| 10/19/2007 | RLL | Draft Saul Ewing's Second Monthly Fee Application | 3.4 | 489.6 |
| 10/19/2007 | RLL | Calculate and calendar due dates for fee applications | 0.2 | 28.8 |
| 10/19/2007 | RLL | Review of fee auditor order and interior administrative order | 0.4 | 57.6 |

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S OCTOBER 2007 TIME ENTRIES

| 10/19/2007 | RLL | Revise Certification of No Objection for BDO Seidman | 0.2 | 28.8 |
|---|---|---|---|---|
| 10/19/2007 | RLL | Efile and serve Certification of No Objection for BDO Seidman's First Fee Application | 0.4 | 57.6 |
| 10/22/2007 | RLL | Revisions to Saul Ewing's Second Fee Application | 1.6 | 230.4 |
| 10/25/2007 | RLL | Changes to Saul Ewing's Fee Application and Affidavit of Service | 1.1 | 158.4 |
| 10/26/2007 | RLL | Pdf and e-mail e-filed copies of fee applications | 0.5 | 72 |
| 10/26/2007 | RLL | Prepare and forward Word versions of fee applications to fee auditor | 1.1 | 158.4 |
| 10/26/2007 | RLL | Finalize, e-file and serve Saul Ewing's Second Fee Application | 1.7 | 244.8 |
| 10/26/2007 | RLL | Prepare, e-file and serve BDO Seidman LLP's Second Fee Application | 1.7 | 244.8 |
| 10/26/2007 | RLL | Prepare and e-file Michael Missal's Third Fee Application | 1 | 144 |
| 10/26/2007 | RLL | Prepare, e-file and K&L Gates' 3rd Fee Application | 1.1 | 158.4 |
| 10/26/2007 | RLL | Prepare Affidavit of Service for Fee Applications | 0.6 | 86.4 |
| 10/29/2007 | RLL | Email with K. Elliott re: word/excel documents needed for fee auditor | 0.2 | 28.8 |
| 10/29/2007 | RLL | Update fee application chart | 0.3 | 43.2 |
| 10/29/2007 | RLL | Calendar due dates for objections to fee applications | 0.2 | 28.8 |
| 10/29/2007 | RLL | Revise Affidavit of service for fee applications | 0.2 | 28.8 |
| 10/30/2007 | RLL | Forward K&L Gates' fee application and M. Missel's fee application to fee auditor | 0.6 | 86.4 |
| 10/3/2007 | RLL | Finalize 2004 Motion | 0.8 | 115.2 |
| 10/3/2007 | RLL | E-file Examiner's Motion for Order Authorizing Examination of Debtors Officers | 0.6 | 86.4 |
| 10/3/2007 | RLL | Prepare and serve Motion for Order Authorizing Examination of Debtors Officers) | 0.6 | 86.4 |
| 10/3/2007 | RLL | Revise Affidavit of Service for 2004 Motion | 0.2 | 28.8 |
| 10/4/2007 | RLL | Finalize and e-file Affidavit of Service for 2004 Motion | 0.3 | 43.2 |
| 10/19/2007 | RLL | Review of agenda for upcoming hearing | 0.1 | 14.4 |
| | **RLL** | **Total** | **20.8** | **2995.2** |
| | | **Grand Total** | **44** | **12,687.30** |

# EXHIBIT "C"

**EXHIBIT "C"**

**COMPENSATION BY PROJECT CATEGORY
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | .3 | $78.30 |
| Fee Applications and Matters | 23.4 | $4,473.00 |
| Other Litigation, Including Stay Relief | 12.3 | $4,769.10 |
| Preparation for and Attendance at Hearing | 5.3 | $2,341.80 |
| Retention Matters | 0.8 | $367.20 |
| UST Reports & Meetings | 1.9 | $657.90 |
| **TOTAL** | **44.0** | **$12,687.30** |

SAUL
EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| Michael J. Missel (EXAMINER) | Invoice Number | 2012610 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date | 11/13/07 |
| 1601 K Street, NW | Client Number | 355619 |
| Washington, DC 20006 | Matter Number | 00003 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/07:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/01/07 | PZR | Review of docket and update 2002 service data source | 0.1 | 16.20 |
| 10/11/07 | PZR | Review of docket regarding Notice of Substitution and update service data source | 0.1 | 16.20 |
| 10/11/07 | MM | E-mail re: 10/4/07 hearing transcript | 0.1 | 45.90 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|---------|----|-------|
| Pauline Z. Ratkowiak | 0.2 | at | $162.00 | = | 32.40 |
| Mark Minuti | 0.1 | at | $459.00 | = | 45.90 |

CURRENT FEES                78.30

**TOTAL AMOUNT OF THIS INVOICE**          78.30

P.O Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON

A DELAWARE LIMITED LIABILITY PARTNERSHIP

553453.1 12/3/07

SAUL
EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | | |
|---|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number | 2012611 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date | 11/13/07 |
| 1601 K Street, NW | Client Number | 355619 |
| Washington, DC 20006 | Matter Number | 00011 |

Re:   Fee Applications and Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/03/07 | PZR | Review of docket and prepare Certification of No Objection regarding Saul Ewing's First Interim Fee Application Request | 0.2 | 32.40 |
| 10/04/07 | MM | E-mails re: Committee's request for extension of objection deadline for Examiner's Fee Applications | 0.2 | 91.80 |
| 10/05/07 | PZR | E-file Certification of No Objection regarding Saul Ewing's First Interim Fee Application and update chart of professionals' fees | 0.2 | 32.40 |
| 10/08/07 | MM | E-mails re: Certifications of No Objection for Examiner's Fee Applications | 0.2 | 91.80 |
| 10/08/07 | MM | E-mail from Committee re: extension of deadline to object to Examiner's Fee Application | 0.1 | 45.90 |
| 10/08/07 | PZR | E-mails from and to R. Lowder and M. Minuti and draft Certifications of Counsel regarding First Interim Fee Applications for Michael Missal and K&L Gates (objection deadline extended) | 0.4 | 64.80 |
| 10/12/07 | MM | E-mail re: fee auditor | 0.1 | 45.90 |
| 10/12/07 | MM | E-mails with K. Elliott re: agreement to reduce K&L Gates' fee request | 0.2 | 91.80 |
| 10/15/07 | MM | E-mails re: word versions of fee applications for fee auditor and hard copies of all fee applications to be forwarded to fee auditor | 0.2 | 91.80 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax. (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON

A DELAWARE LIMITED LIABILITY PARTNERSHIP

553453 | 12/3/07

Missel, Michael J. (EXAMINER)                    Invoice Number 2012611
Fee Applications and Matters                     Page 2

| 10/16/07 | RLL | E-mail regarding upcoming certificate of no objection for fee applications | 0.2 | 28.80 |
|---|---|---|---|---|
| 10/16/07 | MM | E-mails with Fee Auditor re: Examiner's Fee Applications | 0.2 | 91.80 |
| 10/16/07 | MM | Review and execute Certifications of No Objection for K&L Gates and Examiner's Fee Applications | 0.2 | 91.80 |
| 10/17/07 | MM | E-mails re: Amended Notice of K&L Gates' Fee Application | 0.2 | 91.80 |
| 10/17/07 | MM | Review and execute Amended Notice of K&L Gates' Fee Application | 0.2 | 91.80 |
| 10/18/07 | MM | E-mails with BDO re: Certification of No Objection for Fee Application | 0.2 | 91.80 |
| 10/18/07 | MM | Review and execute BDO Certification of No Objection for Fee Application | 0.2 | 91.80 |
| 10/18/07 | RLL | Prepare Certificate of No Objection for BDO Seidman's First Fee Application | 1.5 | 216.00 |
| 10/19/07 | RLL | Draft Saul Ewing's Second Monthly Fee Application | 3.4 | 489.60 |
| 10/19/07 | PZR | Conference with R. Lowder regarding objection deadlines and extensions and initial preparation of Saul Ewing's time entries for second monthly fee request | 0.8 | 129.60 |
| 10/19/07 | PZR | Research docket and revise chart of professionals' fees | 0.2 | 32.40 |
| 10/19/07 | RLL | Calculate and calendar due dates for fee applications | 0.2 | 28.80 |
| 10/19/07 | RLL | Review of fee auditor order and interior administrative order | 0.4 | 57.60 |
| 10/19/07 | RLL | Revise Certification of No Objection for BDO Seidman | 0.2 | 28.80 |
| 10/19/07 | RLL | Efile and serve Certification of No Objection for BDO Seidman's First Fee Application | 0.4 | 57.60 |
| 10/22/07 | RLL | Revisions to Saul Ewing's Second Fee Application | 1.6 | 230.40 |
| 10/24/07 | MM | E-mail re: fee auditor | 0.1 | 45.90 |
| 10/25/07 | RLL | Changes to Saul Ewing's Fee Application and Affidavit of Service | 1.1 | 158.40 |

355619
00011
11/13/07

| 10/25/07 | MM | Review and execute Saul Ewing's Second Fee Application | 0.2 | 91.80 |
|----------|-----|--------------------------------------------------------|-----|--------|
| 10/26/07 | MM | Review and file BDO's Fee Application | 0.2 | 91.80 |
| 10/26/07 | RLL | Pdf and e-mail e-filed copies of fee applications | 0.5 | 72.00 |
| 10/26/07 | RLL | Prepare and forward Word versions of fee applications to fee auditor | 1.1 | 158.40 |
| 10/26/07 | RLL | Finalize, e-file and serve Saul Ewing's Second Fee Application | 1.7 | 244.80 |
| 10/26/07 | RLL | Prepare, e-file and serve BDO Seidman LLP's Second Fee Application | 1.7 | 244.80 |
| 10/26/07 | RLL | Prepare and e-file Michael Missal's Third Fee Application | 1.0 | 144.00 |
| 10/26/07 | RLL | Prepare, e-file and K&L Gates' 3rd Fee Application | 1.1 | 158.40 |
| 10/26/07 | RLL | Prepare Affidavit of Service for Fee Applications | 0.6 | 86.40 |
| 10/26/07 | MM | E-mails re: Examiner and K&L Gates' Fee Applications | 0.3 | 137.70 |
| 10/26/07 | MM | Review and file Examiner and K&L Gates' Fee Applications | 0.2 | 91.80 |
| 10/26/07 | MM | E-mails re: BDO Fee Application | 0.1 | 45.90 |
| 10/29/07 | RLL | Email with K. Elliott re: word/excel documents needed for fee auditor | 0.2 | 28.80 |
| 10/29/07 | RLL | Update fee application chart | 0.3 | 43.20 |
| 10/29/07 | RLL | Calendar due dates for objections to fee applications | 0.2 | 28.80 |
| 10/29/07 | RLL | Revise Affidavit of service for fee applications | 0.2 | 28.80 |
| 10/30/07 | MM | E-mails to Fee Auditor re: word version of fee applications | 0.1 | 45.90 |
| 10/30/07 | RLL | Forward K&L Gates' fee application and M. Missel's fee application to fee auditor | 0.6 | 86.40 |

TOTAL HOURS          23.4

Missel, Michael J. (EXAMINER)
Fee Applications and Matters

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Pauline Z. Ratkowiak | 1.8 | at | $162.00 | = | 291.60 |
| Renee L. Lowder | 18.2 | at | $144.00 | = | 2,620.80 |
| Mark Minuti | 3.4 | at | $459.00 | = | 1,560.60 |

CURRENT FEES

4,473.00

**TOTAL AMOUNT OF THIS INVOICE**

4,473.00



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| Michael J. Missel (EXAMINER) | Invoice Number | 2012612 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date | 11/13/07 |
| 1601 K Street, NW | Client Number | 355619 |
| Washington, DC 20006 | Matter Number | 00013 |

Re:  Other Litigation, Including Stay Relief

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/07:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/01/07 | PZR | E-mails from M. Minuti and prepare service data source for 2004 motion for examination of R. Brown, J. Hatch and D. Kenneally | 0.3 | 48.60 |
| 10/01/07 | MM | E-mails re: employee interviews | 0.1 | 45.90 |
| 10/01/07 | MM | Attend conference with Committee Counsel re: status of Examiner's investigation | 3.2 | 1,468.80 |
| 10/01/07 | MM | Review of draft order to extend deadline for Examiner to File Report | 0.3 | 137.70 |
| 10/02/07 | MM | Review of draft order extending report deadline | 0.3 | 137.70 |
| 10/02/07 | MM | Telephone calls and e-mails re: finalize and file 2004 Motion | 0.2 | 91.80 |
| 10/03/07 | MM | E-mail from Examiner re: Debtor's production issues | 0.1 | 45.90 |
| 10/03/07 | MM | Telephone calls and e-mails re: schedule 2004 Motion hearing | 0.2 | 91.80 |
| 10/03/07 | MM | Finalize and file 2004 Motion | 0.2 | 91.80 |
| 10/03/07 | MM | E-mails re: addresses for service of 2004 Motion | 0.1 | 45.90 |
| 10/03/07 | RLL | Finalize 2004 Motion | 0.8 | 115.20 |
| 10/03/07 | RLL | E-file Examiner's Motion for Order Authorizing Examination of Debtors Officers | 0.6 | 86.40 |
| 10/03/07 | RLL | Prepare and serve Motion for Order Authorizing Examination of Debtors Officers) | 0.6 | 86.40 |

355619
00013
11/13/07

Missel, Michael J. (EXAMINER)
Other Litigation, Including Stay Relief

Invoice Number 2012612
Page 2

| 10/03/07 | RLL | Revise Affidavit of Service for 2004 Motion | 0.2 | 28.80 |
|---|---|---|---|---|
| 10/04/07 | MM | E-mails re: 2004 Motion | 0.2 | 91.80 |
| 10/04/07 | MM | E-mails re: order extending report deadline | 0.3 | 137.70 |
| 10/04/07 | MM | Review of draft order extending report deadline | 0.2 | 91.80 |
| 10/04/07 | RLL | Finalize and e-file Affidavit of Service for 2004 Motion | 0.3 | 43.20 |
| 10/05/07 | MM | Review of memos of employees interviews | 0.5 | 229.50 |
| 10/05/07 | MM | E-mail from Examiner re: report on 2004 Motion | 0.1 | 45.90 |
| 10/11/07 | MM | E-mail from Examiner re: form of final report | 0.1 | 45.90 |
| 10/11/07 | MM | E-mails re: scheduling of telephonic interviews | 0.1 | 45.90 |
| 10/12/07 | MM | E-mails re: Supplemental Order Extending Report Deadline | 0.2 | 91.80 |
| 10/12/07 | MM | E-mails re: subpoena procedures | 0.3 | 137.70 |
| 10/12/07 | MM | E-mails re: Debtor's Objection to 2004 Motion | 0.1 | 45.90 |
| 10/13/07 | MM | E-mail from S. Topetzes re: Objection to Examiner's 2004 Motion | 0.1 | 45.90 |
| 10/15/07 | MM | E-mails re: Certification of No Objection for 2004 Motion | 0.3 | 137.70 |
| 10/15/07 | MM | Review of and revisions to Certification of No Objection for 2004 Motion | 0.4 | 183.60 |
| 10/15/07 | MM | Finalize and file Certification of No Objection for 2004 Motion | 0.1 | 45.90 |
| 10/15/07 | MM | Review of Debtor's Limited Response to 2004 Motion | 0.1 | 45.90 |
| 10/16/07 | MM | Review of Order Approving 2004 Motion | 0.2 | 91.80 |
| 10/17/07 | MM | Review of 4 memos of employee interviews | 0.5 | 229.50 |
| 10/17/07 | MM | E-mails re: memos of employee interviews | 0.2 | 91.80 |
| 10/17/07 | MM | E-mail re: article on 2004 Motion | 0.1 | 45.90 |
| 10/18/07 | MM | Review of e-mails re: employee interviews | 0.1 | 45.90 |
| 10/18/07 | MM | Telephone call with M. Missal re: subpoenas | 0.2 | 91.80 |
| 10/24/07 | MM | E-mails re: issuing of subpoenas | 0.2 | 91.80 |

355619                     Missel, Michael J. (EXAMINER)                    Invoice Number 2012612
00013                      Other Litigation, Including Stay Relief              Page 3
11/13/07


10/26/07    MM    E-mails re: employee interviews                                    0.2            91.80

                                                        TOTAL HOURS              12.3


TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Pauline Z. Ratkowiak | 0.3 | at | $162.00 | = | 48.60 |
| Renee L. Lowder | 2.5 | at | $144.00 | = | 360.00 |
| Mark Minuti | 9.5 | at | $459.00 | = | 4,360.50 |


            CURRENT FEES                                                            4,769.10


            **TOTAL AMOUNT OF THIS INVOICE**                       4,769.10

SAUL
EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | | |
|---|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number | 2012613 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date | 11/13/07 |
| 1601 K Street, NW | Client Number | 355619 |
| Washington, DC 20006 | Matter Number | 00015 |

Re:  Preparation For And Attendance At Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/07 | PZR | Review of docket regarding Notice of Amended Agenda and conference with M. Minuti regarding 10/2/07 hearing coverage | 0.2 | 32.40 |
| 10/02/07 | MM | Telephone calls re: prepare for 10/2/07 hearing | 0.2 | 91.80 |
| 10/02/07 | MM | Prepare for and attend 10/2/07 hearing | 1.8 | 826.20 |
| 10/02/07 | MM | Telephone calls with K&L Gates re: report on 10/2/07 hearing | 0.3 | 137.70 |
| 10/05/07 | MM | E-mails with E. Fox re: 10/5/07 hearing transcript | 0.2 | 91.80 |
| 10/08/07 | MM | E-mails re: 10/5/07 hearing transcript | 0.2 | 91.80 |
| 10/19/07 | RLL | Review of agenda for upcoming hearing | 0.1 | 14.40 |
| 10/22/07 | MM | Review of agenda for 10/23/07 hearing | 0.1 | 45.90 |
| 10/22/07 | MM | E-mail to E. Fox re: 10/23/07 hearing | 0.1 | 45.90 |
| 10/22/07 | MM | Telephone call with E. Fox re: 10/23/07 status conference with Chambers | 0.2 | 91.80 |
| 10/22/07 | MM | Telephone call with M. Missal re: 10/23/07 status conference with Chambers | 0.2 | 91.80 |
| 10/23/07 | MM | Conference with M. Missal and S. Topetzes re: conference with Chambers | 0.7 | 321.30 |
| 10/23/07 | MM | E-mails re: logistics for conference with Chambers | 0.1 | 45.90 |

P O  Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address. 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

355619                Missel, Michael J. (EXAMINER)                    Invoice Number 2012613
00015                 Preparation For And Attendance At Hearing         Page 2
11/13/07

| 10/23/07 | MM | Attend conference with Chambers re: status of examination | 0.8 | 367.20 |
| 10/23/07 | MM | E-mail from Examiner re: report on conference with Chambers | 0.1 | 45.90 |

TOTAL HOURS          5.3

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Pauline Z. Ratkowiak | 0.2 | at | $162.00 | = | 32.40 |
| Renee L. Lowder | 0.1 | at | $144.00 | = | 14.40 |
| Mark Minuti | 5.0 | at | $459.00 | = | 2,295.00 |

CURRENT FEES          2,341.80

**TOTAL AMOUNT OF THIS  INVOICE**          2,341.80



SAUL
EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2012614 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 11/13/07 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00016 |

Re:   Retention Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/07:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/03/07 | MM | Draft Supplemental Retention Affidavit for Saul Ewing | 0.4 | 183.60 |
| 10/03/07 | MM | E-mail to Examiner re: Supplemental Retention Affidavit for Saul Ewing | 0.2 | 91.80 |
| 10/03/07 | MM | Finalize and execute Supplemental Retention Affidavit for Saul Ewing | 0.2 | 91.80 |
| | | TOTAL HOURS | 0.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|------|----|-------|
| Mark Minuti | 0.8 | at | $459.00 | = | 367.20 |

CURRENT FEES                    367.20

**TOTAL AMOUNT OF THIS INVOICE**          367.20

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

553453.1 12/3/07

SAUL
EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | | |
|---|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number | 2012615 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date | 11/13/07 |
| 1601 K Street, NW | Client Number | 355619 |
| Washington, DC 20006 | Matter Number | 00019 |

Re: UST Reports and Meetings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/03/07 | MM | E-mails re: 341 meeting for New Century Warehouse | 0.2 | 91.80 |
| 10/04/07 | MM | E-mails re: 341 meeting for New Century Warehouse | 0.2 | 91.80 |
| 10/10/07 | KPM | Attend continued 341 hearing | 1.0 | 306.00 |
| 10/10/07 | KPM | Draft e-mail report of 341 meeting to M. Minuti | 0.4 | 122.40 |
| 10/11/07 | MM | E-mail re: 341 meeting report for New Century Warehouse | 0.1 | 45.90 |

TOTAL HOURS 1.9

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Kathleen P. Makowski | 1.4 | at | $306.00 | = | 428.40 |
| Mark Minuti | 0.5 | at | $459.00 | = | 229.50 |

CURRENT FEES 657.90

**TOTAL AMOUNT OF THIS INVOICE** 657.90

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

553453 | 12/3/07

# EXHIBIT "D"

## EXHIBIT "D"

### EXPENSE SUMMARY
### OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (1735 pages @ $0.10/page) | | $173.50 |
| Telephone | | $38.34 |
| Postage | | $22.80 |
| Overtime | | $150.43 |
| Federal Express | | $10.26 |
| Meals | | $61.00 |
| Outside Photocopying | *Digital Legal Services* | $3,170.65 |
| **TOTAL** | | **$3,626.98** |

# SAUL EWING
### Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | | |
|---|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number | 2012719 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date | 11/14/07 |
| 1601 K Street, NW | Client Number | 355619 |
| Washington, DC 20006 | Matter Number | 00002 |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 10/26/07 | Photocopying | 173.50 | |
| | Total Photocopying | | 173.50 |
| 10/12/07 | Telephone | 0.53 | |
| 10/18/07 | Telephone | 0.20 | |
| 10/22/07 | Telephone | 0.18 | |
| 10/22/07 | Telephone | 0.20 | |
| 10/22/07 | Telephone | 0.20 | |
| 10/22/07 | Telephone | 0.22 | |
| 10/22/07 | Telephone | 0.29 | |
| 10/22/07 | Telephone | 0.48 | |
| 10/22/07 | Telephone | 2.51 | |
| 10/22/07 | Telephone | 2.75 | |
| 10/22/07 | Telephone | 3.19 | |
| 10/22/07 | Telephone | 3.78 | |
| 10/22/07 | Telephone | 7.66 | |
| 10/26/07 | Telephone | 0.79 | |
| 10/26/07 | Telephone | 0.18 | |
| 10/31/07 | Telephone | 0.18 | |
| 10/31/07 | Telephone | 0.22 | |
| 10/31/07 | Telephone | 0.53 | |
| 10/31/07 | Telephone | 1.03 | |
| 10/31/07 | Telephone | 1.34 | |
| 10/31/07 | Telephone | 1.54 | |
| 10/31/07 | Telephone | 1.91 | |
| 10/31/07 | Telephone | 2.07 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax. (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

553453.1 12/3/07

355619          Missel, Michael J. (EXAMINER)          Invoice Number  2012719
00002           Expenses                               Page 2
11/14/07

| | | | |
|---|---|---:|---:|
| 10/31/07 | Telephone | 2.40 | |
| 10/31/07 | Telephone | 3.96 | |
| | Total Telephone | | 38.34 |
| 10/07/07 | Postage | 13.10 | |
| 10/31/07 | Postage | 9.70 | |
| | Total Postage | | 22.80 |
| 10/09/07 | 09/25/07 R. Warren | 150.43 | |
| | Total Overtime | | 150.43 |
| 10/23/07 | Federal Express - - VENDOR: Federal Express to Ronald Brown / R. Lowder Bank ID: 14 Check Number: 104256 | 10.26 | |
| | Total Federal Express | | 10.26 |
| 10/23/07 | Outside Reproduction - - VENDOR: Digital Legal, LLC Copying and Postage (Order Authorizing the Examiner to Examine the Debtors' Current and Former Offices) / M. Minuti Bank ID: 14 Check Number: 104272 | 298.20 | |
| | Total Outside Reproduction | | 298.20 |
| 10/10/07 | Meals - - VENDOR: B-N-E City Subs Lunch on 8/7/07 for M. Minuti, E. Fox, and S. Topetzas prior to hearing / M. Minuti Bank ID: 14 Check Number: 103579 | 17.00 | |
| 10/10/07 | Meals - - VENDOR: B-N-E City Subs Lunch on 9/11/07 for M. Minuti, E. Fox and S. Topetzes prior to hearing / M. Minuti Bank ID: 14 Check Number: 103579 | 20.00 | |
| 10/10/07 | Meals - - VENDOR: B-N-E City Subs Lunch on 8/21/07 for M. Minuti, E. Fox, and S. Topetzas prior to hearing / M. Minuti Bank ID: 14 Check Number: 103579 | 24.00 | |
| | Total Meals | | 61.00 |
| 10/01/07 | Copies - - VENDOR: Digital Legal, LLC of First Monthly Application of BDO Seidman LLP / M. Minuti Bank ID: 14 Check Number: 103185 | 152.55 | |
| 10/01/07 | Copies - - VENDOR: Digital Legal, LLC of Notice of First Monthly Application of BDO Seidman LLP / M. Minuti Bank ID: 14 Check Number: 103185 | 345.72 | |

| 355619 | Missel, Michael J. (EXAMINER) | Invoice Number 2012719 |
|---|---|---|
| 00002 | Expenses | Page 3 |
| 11/14/07 | | |

| 10/01/07 | Copies - - VENDOR: Digital Legal, LLC of Notice of Second Monthly Application of Michael J. Missal, Examiner & Kirkpatrick Lockhart / M. Minuti | 480.39 | |
| | Bank ID: 14 Check Number: 103185 | | |
| 10/01/07 | Copies - - VENDOR: Digital Legal, LLC of Second Monthly Application of Michael J. Missal Examiner, and Kirkpatrick Lockhart / M. Minuti | 562.20 | |
| | Bank ID: 14 Check Number: 103185 | | |
| 10/16/07 | Copies - - VENDOR: Digital Legal, LLC in re: 2004 Motion regarding directors and officers / M. Minuti | 604.62 | |
| | Bank ID: 14 Check Number: 103894 | | |
| 10/16/07 | Copies - - VENDOR: Writer's Cramp, Inc. of 10/2/07 hearing transcript / M. Minuti | 726.97 | |
| | Bank ID: 14 Check Number: 103903 | | |
| | Total Copies | | 2,872.45 |
| | CURRENT EXPENSES | | 3,626.98 |

**TOTAL AMOUNT OF THIS  INVOICE**              3,626.98