**GUST ROSENFELD P.L.C.**
201 E. Washington, Suite 800
Phoenix, Arizona 85004-2327
Telephone No. (602) 257-7430
Facsimile No. (602) 340-1538
Madeleine C. Wanslee
Mwanslee@gustlaw.com
**Attorneys for** *Maricopa County Treasurer*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br><br>**Hearing Date: December 20, 2007**<br>**Time: 1:30 p.m. (Prevailing Eastern Time)** |

## MARICOPA COUNTY TREASURER'S RESPONSE IN OPPOSITION TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS: SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. §§ 502 AND 507, BANKRUPTCY RULES 3007 AND 9014, AND LOCAL RULE 3007-1 TO CERTAIN (I) BOOKS AND RECORDS CLAIMS, AND (II) REDUCED AND/OR RECLASSIFIED CLAIMS (Docket No. 3926)

Maricopa County Treasurer ("Maricopa County"), by and through its

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TR Holdings, Inc. (f/k/a New Century Financial Corporation) a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, LP (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, AD Astra Mortgage, Midwest Home Mortgage, Trats Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCORAL, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California.

undersigned counsel, hereby files its Response in Opposition to Debtors' Fifth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. §§ 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (I) Books and Records Claims, and (II) Reduced And/Or Reclassified Claims (Docket No. 3926) (the "5th Omnibus Objection").

Among other things, Debtors' 5th Omnibus Objection seeks to expunge Maricopa County's proper, perfected, secured tax lien. The 5th Omnibus Objection and Exhibit A, entitled Books and Records, state that Maricopa County's claim is not reflected in Debtors' books and records. The incomplete state of Debtors' records is not a valid basis on which to expunge Maricopa County's valid statutory claim.

Under Arizona law, Maricopa County has valid statutory tax liens on Debtors' real property located in Maricopa County. Such tax liens are "prior and superior to all other liens and encumbrances on the property." *See,* A.R.S. § 42-17153. Interest accrues on Maricopa County's claims at the rate of 16% per annum until paid in full. *See,* A.R.S. § 42-18053 and 11 U.S.C. § 511.

On or about April 27, 2007, Maricopa County filed its proof of claim (Claim No. 290) in the amount of $4,020.17, which the 5th Omnibus Objection now seeks to expunge. However, that claim properly attached evidence of its secured claims and no basis exists to expunge said claim. Since Claim No. 290 was filed, Debtors have made certain payments to Maricopa County for the debts reflected therein.

Claim No. 290, however, was amended and increased to the amount of $27,230.82 on or about September 28, 2007 to reflect post-petition payments, the accrual of 2007 taxes, and additional parcels of real property on which taxes are owing (the

"Amended Claim"). A Schedule showing Maricopa County's current real property tax claims by amount, parcel number, location and owner is attached hereto as <u>Exhibit A</u>.

WHEREFORE, Maricopa County submits its Response and requests that the Court enter an order (1) denying Debtors' 5th Omnibus Objection as it relates to Maricopa County's secured claims so that any tax liability owing to Maricopa County will be fully paid in accordance with A.R.S. § 42-17153 (2005); and for such other and further relief as found appropriate by the Court.

Dated this 13th day of December, 2007.

Respectfully submitted,

By <u>/s/ Madeleine C. Wanslee</u>
Madeleine C. Wanslee
Arizona State Bar No. 012590
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ  85004-2327
Telephone No. (602) 257-7430
Facsimile No. (602) 34-1538
Email: mwanslee@gustlaw.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on the 13th day of December, 2007, I served by facsimile true and correct copies of the foregoing Maricopa County Treasurer's Response in Opposition to Debtors' Fifth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. § § 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (I) Books and Records Claims, and (II) Reduced And/Or Reclassified Claims (Docket No. 3926) upon the following parties:

Mark D. Collins
Michael J. Merchant
Christopher M. Samis
RICHARDS, LAYTON & FINGER, P.A.
920 N. King St.
One Rodney Square
Wilmington, DE 19801
Attorneys for *Debtors*
Fax: 302-651-7701

Suzzanne S. Uhland
Emily R. Culler
Ana Acevedo
O'MELVENY & MYERS LLP
275 Battery St., 26th Fl.
San Francisco, CA 94111-3305
Attorneys for *Debtors*
Fax: 415-984-8701

By */s/ Madeleine C. Wanslee*
    Madeleine C. Wanslee

## MARICOPA COUNTY TREASURER REAL PROPERTY CLAIMS

NEW CENTURY TRS HOLDINGS

Jointly Administered with:
New Century Financial Corporation (fka New Century Reit, Inc.), 07-10417 (KJC)
New Century Mortgage Corporation (fka JBE Mortgage) (dba NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), 07-10419 (KJC)
NC Capital Corporation, 07-10420 (KJC)
Home123 Corporation (fka The Anyloan Corporation, 1800ANYLOAN.COM) 07-10421 (KJC)
New Century Credit Corporation (fka Worth Funding Incorporated), 07-10422 (KJC)
NC Asset Holding, LP (fka NC Residual II Corporation), 07-10423 (KJC)
NC Residual III Corporation, 07-10424 (KJC)
NC Residual IV Corporation, 07-10425 (KJC)
New Century R.E.O. Corp., 07-10426 (KJC)
New Century R.E.O. II Corp., 07-10427 (KJC)
New Century R.E.O. III Corp., 07-10428 (KJC)
New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, AD Astra Mortgage, Midwest Home Mortgage, Trats Financial Services, Elite Financial Services, Buyers Advantage Mortgage), 07-10429 (KJC)
NC Deltex, LLC, 07-10430 (KJC)
NCORAL, L.P., 07-10431 (KJC)
New Century Warehouse Corporation, a California corporation, 07-11043

EXHIBIT "A"

| Amount | Parcel No./Description | Location | Owner |
|---|---|---|---|
| $1,117.78 | 208-04-415/ 2007 RP Taxes | 18402 N. 16th Ave., Phoenix, AZ 85023 | New Century Mortgage Corp. |
| $1,661.28 | 500-95-135/ 2007 RP Taxes | 609 S. 115th Dr. Avondale, AZ 85323 | Wells Fargo Bank, N.A. and New Century Mortgage Corp. |
| $934.38 | 504-51-102/ 2007 RP Taxes | 7217 E. 4th Ave. Valencia | New Century Mortgage Corp. |
| $1,022.89[1] | 217-27-396/ 2007 RP Taxes | 10931 E. Becker Lane Scottsdale, AZ 85259 | New Century Mortgage Corp. |

---

[1] Not included in Amended Proof of Claim.

MCW:sdl 733826 11/07

1

| Amount | Parcel No./Description | Location | Owner |
|---|---|---|---|
| $886.14 | 118-05-086/ 2007 RP Taxes | 3711 N. 9th Pl. Phoenix, AZ 85014 | New Century Mortgage Corp. |
| $988.52 | 501-94-616/ 2007 RP Taxes | 14154 N. 132nd Ln. Surprise, AZ 85379 | Sisson, Andrew/Stephanie New Century Mortgage Corp. |
| $2,389.14 | 203-40-822/ 2007 RP Taxes | 2036 W. Clearview Tr. Anthem Unite 51 MCR 643-27 | New Century Mortgage Corp. |
| $747.04 | 508-04-761/ 2007 RP Taxes | 3671 N. 162nd Lane Goodyear, AZ 85338 | Hybert Lawrence H/Diana New Century Mortgage Corp. |
| $5,078.91 | 160-62-076/ 2006 & 2007 RP Taxes | | Wells Fargo TR New Century Mortgage Corp. |
| $10,765.39 | 201-09-490/ 2005-2007 RP taxes | 7242 W. Buckskin Tr. Peoria, AZ 85383 | Deutsche Bank National Trust New Century Mortgage |
| $862.24 | 109-44-070/ 2007 RP Taxes | 12 S. 28th Ave. Phoenix, AZ 85009 | Wells Fargo Bank New Century Mortgage |
| $68.42 | 200-75-048B/ 2006 & 2007 RP Taxes | 5320 W. Wood Dr. Glendale, AZ Thundebird Palms Unit One MCR 204/6 Lot 32 | Deutsche Bank National Trust New Century Mortgage |
| $1,731.58 | 200-75-049B/ 2007 RP Taxes | 5320 W. Wood Dr. Glendale, AZ Thundebird Palms Unit One MCR 204/6 Lot 33 | Deutsche Bank National Trust New Century Mortgage |

Page 2