UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re:                                               :
                                                     : Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,                      :
a Delaware Corporation, *et al.*,                    : Case No. 07-10416 (KJC)
                                                     :
            Debtors.                                 : Jointly Administered
                                                     :
                                                     : Related to Docket Nos. 3930 and 3931
                                                     :
-----------------------------------------------------------x

**CERTIFICATION OF NO OBJECTION REGARDING FOURTH MONTHLY APPLICATION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP, COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007 INCLUDING REQUEST FOR LIMITED WAIVER OF INFORMATION REQUIREMENTS OF LOCAL BANKRUPTCY RULE 2016-2(d)
<u>NO ORDER REQUIRED</u>**

The undersigned, counsel to Michael J. Missal, the Court-Appointed Examiner (the "Examiner") for New Century TRS Holdings, Inc., *et al.*, hereby certifies that:

1. On November 21, 2007, the **Fourth Monthly Application of Kirkpatrick & Lockhart Preston Gates Ellis LLP, Counsel to the Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred From October 1, 2007 Through October 31, 2007 Including Request for Limited Waiver of Information Requirements of Local Bankruptcy Rule 2016-2(d)** (the "<u>Fourth Application</u>") [Docket No. 3930] and the **Notice of Fourth Monthly Application of Kirkpatrick & Lockhart Preston Gates Ellis LLP, Counsel to the Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred From October 1, 2007 Through October 31, 2007 Including Request for Limited**

553553 2 12/13/07

-2-

**Waiver of Information Requirements of Local Bankruptcy Rule 2016-2(d)** (the "Notice") [Docket No. 3931] were filed with the Court.

2. In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, objections, if any, to the Application were due on or before 4:00 p.m. on December 11, 2007 (the "Objection Deadline").

3. The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

4. Accordingly, the Fourth Application may be granted.

Dated: December 13, 2007              SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

Co-Counsel to Michael J. Missal, Examiner