UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, *et. al.* | ) | |
| | ) | Jointly Administrated |
| Debtors. | ) | |

## REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Clarion Mortgage Capital, Inc. ("Clarion") appears herein by its counsel, Bloom Murr & Accomazzo, P.C., and requests, pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> Eric P. Accomazzo, Esq.
> Torben M. Welch, Esq.
> Bloom Murr & Accomazzo, P.C.
> 410 17th Street, Suite 2400
> Denver, Colorado 80202

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile, telex, or otherwise: (1) which affect or seek to affect in any way any rights or interests of Clarion with respect to (a) the Debtors or (b) property or proceeds thereof in which the Debtors may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by Clarion.

DATED: December 11, 2007.

BLOOM MURR & ACCOMAZZO, P.C.

By: _____
Eric P. Accomazzo
Torben M. Welch
410 17th Street, Suite 2400
Denver, Colorado 80202
(303) 534-2277

Attorneys for Clarion Mortgage Capital, Inc.

## CERTIFICATE OF MAILING

I hereby certify that on this 11th day of December, 2007, a true and correct copy of the foregoing **REQUEST FOR NOTICES** was served electronically or via U.S. Mail to all those entities and individuals named in the ECF system and to the following:

| | |
|---|---|
| New Century TRS Holdings, Inc.<br>3121 Michelson Drive, Suite 600<br>Irvine, California 92612 | Debtor |
| Christopher M. Samis, Esq.<br>920 North King Street<br>Wilmington, Delaware 19801 | Debtor's Counsel |
| Ivan Lerer Kallick, Esq.<br>11344 West Olympic Boulevard<br>Los Angeles, California 90064 | Debtor's Co-Counsel |
| Suzzanne S. Uhland, Esq.<br>275 Battery Street<br>San Francisco, California 94111 | Debtor's Co-Counsel |
| U.S. Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, Delaware 19899 | |
| Bonnie Glantz Fatell, Esq.<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801 | Official Unsecured Creditors' Committee |

_____
[signature]