# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
*Movant: LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2007-HE1*
*D&G Reference: 211491/Batch 35*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000205488 | MONTALVAN | 6/23/2006 | $247,000.00 | $261,242.15 | $199,900.00 | 235 237 UNIT STREET PROVIDENCE RI 02909 |
| 2000206368 | OMOTOYE | 7/17/2006 | $265,520.00 | $274,868.23 | $325,000.00 | 4620 LANGSTON DRIVE BOWIE MD 20715 |
| 2000206899 | COUNTS | 7/14/2006 | $109,650.00 | $116,466.77 | $11,8000.00 | 1304 NORTH 11TH AVENUE LAUREL MS 39440 |
| 2000206745 | TIBBLES | 7/20/2006 | $107,100.00 | $112,927.62 | $116,000.00 | 322 N CEDAR ST OWASSO OK 74055 |
| 2000208291 | BONILLA | 8/2/2006 | $342,400.00 | $362,438.51 | $400,000.00 | 26105 HILLSFORD PLACE 71 LAKE FOREST CA 92630 |
| 2000209055 | OLIVERO | 8/9/2006 | $192,000.00 | $207,461.95 | $200,000.00 | 7650 SW 55 AVE UNIT C MIAMI FL 33143 |
| 2000207579 | BLAYLOCK | 7/28/2006 | $380,000.00 | $403,667.31 | $335,000.00 | 4024 WINDEMERE WAY STOCKTON CA 95209 |
| 2000208294 | MARQUEZ | 8/1/2006 | $442,000.00 | $474,676.57 | $435,000.00 | 1520 LAHAINA STREET WEST COVINA CA 91792 |
| 2000205469 | RESENDIZ | 6/14/2006 | $262,400.00 | $279,990.51 | $275,000.00 | 170 WEST VERMONT AVENUE UNIT 1 ESCONDIDO CA 92025 |