# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
*Movant: Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1*
*D&G Reference 211492/Batch 36*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000154410 | MUNOZ | 9/14/2005 | $148,000.00 | $163,939.43 | $155,000.00 | 14345 BAY ISLE DRIVE ORLANDO FL 32824 |
| 2000155831 | KOTCHARIAN | 9/22/2005 | $120800.00 | $127,310.22 | $159,000.00 | 504 POPULAR VISTA LANE ARLINGTON TX 76002 |
| 2000155064 | HERNANDEZ | 10/3/2005 | $107,920.00 | $112,491.97 | $135,000.00 | 1101 MILL BRANCH DRIVE GARLAND TX 75040 |
| 2000150209 | RUSSO | 9/27/2005 | $264,000.00 | $274,038.20 | $350,000.00 | 41 DOGWOOD ROAD ROCKY POINT NY 11778 |
| 2000151665 | ZARATE | 9/1/2005 | $252,000.00 | $174,582.05 | $250,000.00 | 807 DEL REY LANE SANTA MARIA CA 93454 |
| 2000152695 | URIAS | 8/26/2005 | $172,000.00 | $178,137.95 | $220,000.00 | 40310 FIELDSPRING STREET PALMDALE CA  93551 |
| 2000154403 | NUNEZ | 9/13/2005 | $640,000.00 | $645,270.93 | $800,000.00 | 19912 FERNGLEN DRIVE YORBA LINDA CA 92886 |
| 2000155286 | SHUBERT | 9/16/2005 | $288,000.00 | $312,165.39 | $249,900.00 | 10244 NORTH RECREATION AVE FRESNO CA 93720 |
| 2000154695 | PRICE | 9/14/2005 | $364,000.00 | $397,680.64 | $330,000.00 | 443 CEDAR STREET VALLEJO CA 94591 |