# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
*Movant: LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2006-HE8*
*D&G Reference: 211493/Batch 37*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000201873 | BOWMAN | 8/7/2006 | $376,000.00 | $417,596.36 | $384,000.00 | 4391 SW 133 LANE MIRAMAR FL 33027 |
| 2000201625 | DOMINGEAUX | 7/10/2006 | $468,000.00 | $494,170.87 | $375,000.00 | 4212 BLACKSWAIN STREET STOCKTON CA 95219 |
| 2000202965 | ENRIQUEZ | 8/5/2006 | $568,000.00 | $588,019.51 | $520,000.00 | 97 03 129TH STREET RICHMOND HILL NY 11419 |
| 2000199287 | CARTER | 5/17/2006 | $408,000.00 | $423,938.55 | $420,000.00 | 33 CLEARVIEW DRIVE WHEATLEY HEIGHTS NY 11798 |
| 2000199030 | BORJA | 7/28/2006 | $291,200.00 | $313,953.29 | $330,900.00 | 29076 PORTLAND COURT TEMECULA CA 92591 |
| 2000201545 | ETHERIDGE | 6/30/2006 | $228,000.00 | $241,243.65 | $140,000.00 | 2248 S KOSTNER AVE CHICAGO IL 60623 |
| 2000201984 | DAEMI | 7/25/2006 | $180,000.00 | $195,065.47 | $205,000.00 | 4221 W SPRUCE ST UNIT 2117 TAMPA FL 33607 |
| 2000202450 | CAMACHO JR | 7/21/2006 | $114,000.00 | $121,655.60 | $100,000.00 | 3150 SOFT BREEZES DRIVE UNIT 1197 LAS VEGAS NV 89128 |
| 2000202533 | CHINCHILLA | 7/21/2006 | $511,960.00 | $532,279.75 | $510,000.00 | 1716 WOODCREST DR CONCORD CA 94521 |
| 2000202408 | BALOG | 7/31/2006 | $117,000.00 | $125,424.24 | $90,000.00 | 1303 NORTHFIELD DRIVE MINERAL RIDGE OH 44440 |
| 2000202463 | GOMEZ | 7/31/2006 | $464,000.00 | $482,867.72 | $520,000.00 | 29 NORTH COTE ROAD WESTBURY NY 11590 |