# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
*Movant: Saxon Mortgage Services, Inc.*
*D&G Reference: 211545/Batch 43*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000304450 | DURAND | 10/1/2005 | $272,000.00 | $292,584.79 | $240,000.00 | 25 LAS MORADAS CIRCLE<br>SAN PABLO CA 94806 |
| 2000305191 | OTERO | 4/12/2006 | $152,000.00 | $171,693.10 | $180,000.00 | 3445 NW 97 STREET<br>MIAMI FL 33147 |
| 2000259535 | STECKER | 2/22/2007 | $160,000.00 | $169,002.25 | $130,000.00 | 1485 N.W. PACE DRIVE<br>PALM BAY FL 32907 |
| 2000304470 | MURILLO | 10/4/2005 | $204,300.00 | $218,112.87 | $201,000.00 | 9247 HARBIN AVENUE<br>HESPERIA CA 92345 |
| 2000252781 | KACHEL | 12/1/2006 | $148,000.00 | $160,479.36 | $171,00.00 | 4475 RAMBLEWOOD DRIVE<br>COLORADO SPRINGS CO 80920 |
| 2000268767 | MOORE | 12/28/2006 | $180,000.00 | $189,925.23 | $160,000.00 | 5025 KELL LANE UNIT NO 106<br>LAS VEGAS NV 89115 |
| 2000262963 | LIGGINS | 12/27/2005 | $52,700.00 | $67,786.48 | $17,000.00 | 4009 MARYLAND ST<br>GARY IN 46409 |
| 2000326181 | BAES | 11/2/2006 | $516,000.00 | $542,215.61 | $460,000.00 | 5081 LOCKIE LANE<br>FAIRFIELD CA 94533 |