IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

IN RE:

NEW CENTURY TRS HOLDINGS, INC.

CASE NO. 07-10416
CHAPTER 11
JUDGE KEVIN J. CAREY

## REQUEST FOR SERVICE OF NOTICE PURSUANT TO F.R.B.P. 2002(g)

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that McCALLA RAYMER, LLC has been appointed by America's Servicing Company, to serve as its authorized agent to, inter alia, receive and review all notices that may affect its interests in this matter. Accordingly, you are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to, notices required by Bankruptcy Rules 2002 (g) and 9010(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the addresses indicated below.

Respectfully submitted,

McCALLA RAYMER, LLC

/s/ A. Michelle Hart
_____
A. Michelle Hart, Esq. Georgia Bar No. 334291
1544 Old Alabama Road
Roswell, Georgia  30076-2102
770-643-7200/770-643-4176 Fax

*Authorized Agent for America's Servicing Company*

File Number ASC-07-13705 /
Request for Service of Notice