## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 14, 2007, copies of the foregoing Certificate of No Objection were served via first-class mail, postage prepaid, upon:

| | |
|---|---|
| 18400 Von Karman Ave.<br>Irvine, CA 92612<br>*Debtor* | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| Christopher M. Samis<br>Chun I. Jang<br>Mark D. Collins<br>Michael Joseph Merchant<br>Paul Noble Heath<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>*Attorneys for the Debtor* | Bonnie Glantz Fatell<br>David W. Carickhoff, Jr.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>*Attorneys for the Official Committee of Unsecured Creditors* |
| Suzanne S. Uhland, Ben H. Logan, Victoria Newmark, Emily R. Culler<br>O'Melveny & Myers LLP<br>275 Battery Street San Francisco, CA 94111<br>*Attorneys for the Debtor* | Mark T. Power, Mark S. Indelicato<br>Jeffery L. Schwartz<br>488 Madison Ave.<br>14th & 15th Floor<br>New York, NY 10022<br>*Attorneys for the Official Committee of Unsecured Creditors* |

Dated: December 14, 2007      **/s/ Adam Hiller**
      Wilmington, Delaware     Adam Hiller (DE No. 4105)
                                             Draper & Goldberg, PLLC
                                             1500 North French Street, 2nd Floor
                                             Wilmington, Delaware 19801
                                             (302) 339-8776 telephone
                                             (302) 213-0043 facsimile