## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 14, 2007, copies of the foregoing Certificate of No Objection were served via first-class mail, postage prepaid, upon:

18400 Von Karman Ave.
Irvine, CA 92612
*Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Christopher M. Samis
Chun I. Jang
Mark D. Collins
Michael Joseph Merchant
Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for the Debtor*

Bonnie Glantz Fatell
David W. Carickhoff, Jr.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

Suzanne S. Uhland, Ben H. Logan, Victoria Newmark, Emily R. Culler
O'Melveny & Myers LLP
275 Battery Street San Francisco, CA 94111
*Attorneys for the Debtor*

Mark T. Power, Mark S. Indelicato
Jeffery L. Schwartz
488 Madison Ave.
14th & 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

Dated: December 14, 2007
Wilmington, Delaware

 **/s/ Adam Hiller**
Adam Hiller (DE No. 4105)
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile