## EXHIBIT 1

LA3:1142485 1
RLF1-3234949-1

| | Internal Description | Serial Number | Model | Asset Tag | Bid Price |
|---|---|---|---|---|---|
| Revised Exhibit B - Sale of Itasca Equipment to Global 1 | | | | | |
| LOT #7 | Electrical | | | | |
| | UPS-A | FD0319000363 | APC SYCF40KF | 7030202 | |
| | PDU-A | XF0320003511 | APC OG-PD40G6FK1-M | 7030198 | |
| | UPS-B | FD0313000630 | APC SYCF40KF | 7030201 | |
| | PDU-B | XF0320003874 | APC OG-PD40G6FK1-M | 7030197 | |
| | UPS-C | FD037000797 | APC SYCF40KF | 7030200 | |
| | PDU-C | XF0338000270 | APC OG-PD40G6FK1-M | 7030196 | |
| | UPS-D | FD0337000788 | APC SYCF40KF | 7030199 | |
| | PDU-D | XF0338000269 | APC OG-PD40G6FK1-M | 7030195 | |
| | ATS-DPA | 225686-002FP | ASCO E07ATS030260N50C | None | |
| | ATS-DPB | 225686-001FP | ASCO E07ATS030260N50C | None | |
| | ATS-DPA Disc. Switch | X | Siemens V7H3605 | None | |
| | ATS-DPB Disc. Switch | X | Siemens V7H3605 | None | |
| | TVSS-A | 221286 | Liebert SII480D100R-06 | None | |
| | TVSS-B | 221285 | Liebert SII480D100R-06 | None | |
| | Generator 350kW - 437.5kVA | 2070074 | Generac 26961601000 | 7030209 | |
| Total | | | | | $47,225.00 |