IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., ET AL.,<br><br>                  Debtor(s). | Case No. 07-10416-KJC<br>(Chapter 11)<br><br>**Objections due by: 12/13/2007**<br>**Hearing Date: 12/20/2007, 10:30 a.m.** |

## **CERTIFICATE OF NO OBJECTION**
*(relates to Docket No. 3953)*

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion for Relief from Automatic Stay filed on 11/27/2007 (Docket No. 3953) by Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1, by Saxon Mortgage Services, Inc. as its attorney-in-fact. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than 12/13/2007.

DG#211348

-2-

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: December 14, 2007  
       Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC

 /s/ **Adam Hiller**  
Adam Hiller (DE No. 4105)  
1500 North French Street, 2nd Floor  
Wilmington, Delaware 19801  
(302) 339-8776 telephone  
(302) 213-0043 facsimile

and

Thomas D.H. Barnett (DE No. 994)  
Draper & Goldberg, PLLC  
P.O. Box 947  
512 East Market Street  
Georgetown, Delaware 19947

*Attorneys for Movant*