IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

**ORIGINAL**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### MOTION FOR ADMISSION OF JAMES C. HARMAN PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, James C. Harman, Senior Deputy County Counsel for the County of Orange, California, moves that he be admitted pro hac vice to represent the Orange County Treasurer-Tax Collector ("County") in this action. The County has filed an opposition to the Debtors' Fifth Omnibus Objection to Claims. Under Local Bankruptcy Rule 9010-1(c)(1), the County has not sought association with local counsel for its opposition to the Debtors' objection to claims.

Dated: December 6, 2007           Respectfully Submitted,
       Santa Ana, California

                                  BENJAMIN P. de MAYO, COUNTY COUNSEL

                                  By_____
                                  James C. Harman, Senior Deputy
                                  333 West Civic Center Plaza, Room 409
                                  P.O. Box 1379
                                  Santa Ana, California 92702-1379
                                  Phone: (714) 834-5257
                                  Fax:   (714) 834-2359

#4077

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 6, 2007
Santa Ana, California

James C. Harman, Senior Deputy
333 West Civic Center Plaza, Room 409
P.O. Box 1379
Santa Ana, California 92702-1379
Phone: (714) 834-5257
Fax:    (714) 834-2359

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: December 12, 2007

United States Bankruptcy Judge