# Intended Notice Recipients – Method of Notice

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Anissa | Date Created: 12/14/2007 |
| Case: 07−10416−KJC | Form ID: pdfgen | Total: 2 |

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
aty          Christopher M. Samis          samis@rlf.com, rbgroup@rlf.com

TOTAL: 1

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
            Benjamin P. de Mayo, County Counsel          James C. Harman, Senior Deputy          333 West Civic Center Plaza, Room 409          P. O. Box 1379          Santa Ana, CA 92702

TOTAL: 1