**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al.,<br><br>                    Debtors, | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) Ref. No. 3942<br>) **Hearing Date: December 20, 2007** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to Fidelity Bank's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) filed on November 27, 2007.

The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to Fidelity Bank's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) appears thereon.  Pursuant to the Notice of Fidelity Bank's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1), objections were to be filed and served no later than December 13, 2007.

It is hereby respectfully requested that the Order attached to Fidelity Bank's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) and (2) be entered at the earliest convenience of the Court.

                      WHITTINGTON & AULGUR

By: /s/ Kristi J. Doughty
    Robert T. Aulgur, Jr. (No. 165)
    Kristi J. Doughty (No. 3826)
    651 N. Broad Street, Suite 206
    P.O. Box 1040
    Middletown, DE  19709-1040
    (302) 378-1661

Date:  December 14, 2007

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) |
| Debtors, | ) |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 14th day of December, A.D. 2007, that one true copy of the **Certificate of No Objection** was delivered electronically and (via) first class mail to the following:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA  92612
*Debtor*

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
*Attorney for Official Committee of Unsecured Creditors*

Anne Marie Abrahamsen
133 Old Route 32
Saugerties, New NY  12477
*Borrower*

      WHITTINGTON & AULGUR


     By: /s/ Robert T. Auglur, Jr.
       Robert T. Aulgur, Jr. (No. 165)
       Kristi J. Doughty (No. 3826)
       651 N. Broad Street, Suite 206
       P.O. Box 1040
       Middletown, DE  19709-1040
       (302) 378-1661
       Attorney for Movant