IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket Nos. 3830 and 3999 |

## CERTIFICATION OF COUNSEL REGARDING STIPULATED ORDER APPROVING SUPPLEMENT TO SECURITIES PURCHASE AGREEMENT BY AND BETWEEN ELLINGTON MANAGEMENT GROUP, L.L.C., ON BEHALF OF ITS CLIENT FUNDS, AND MORGAN STANLEY MORTGAGE CAPITAL INC. DATED MAY 8, 2007

The undersigned hereby certifies as follows:

On November 15, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion for Order Authorizing the Debtors to Enter Into Supplement to Securities Purchase Agreement by and between Ellington Management Group, L.L.C., on Behalf of Its Client Funds, and Morgan Stanley Mortgage Capital Inc. Dated May 8, 2007* (the "Motion") [Docket No. 3830]. As the Debtors received no objections or responses to the Motion, the Debtors filed the *Certificate of No Objection* [Docket No. 3999] with respect to the Motion on November 30, 2007. Shortly thereafter, the Court informed the Debtors that it was unwilling to enter the proposed form of order (the "Proposed Order") approving the Motion as

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

RLF1-3235063-1

the Proposed Order requested factual findings without the support of an affidavit attesting to such factual findings. At the hearing held on December 5, 2007, the Debtors informed the Court that such an affidavit would be forthcoming.

Accordingly, attached hereto as Exhibit 1 is the *Affidavit of Michael Tinsley in Support of Debtors' Motion for Order Authorizing the Debtors to Enter Into Supplement to Securities Purchase Agreement by and between Ellington Management Group, L.L.C., on Behalf of Its Client Funds, and Morgan Stanley Mortgage Capital Inc. Dated May 8, 2007.*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as Exhibit 2, at its earliest convenience.

Respectfully submitted,

Dated: December 14, 2007
      Wilmington, Delaware

*/s/ Christopher M. Samis*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION