#4077

**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## MOTION FOR ADMISSION OF JAMES C. HARMAN PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, James C. Harman, Senior Deputy County Counsel for the County of Orange, California, moves that he be admitted pro hac vice to represent the Orange County Treasurer-Tax Collector ("County") in this action. The County has filed an opposition to the Debtors' Fifth Omnibus Objection to Claims. Under Local Bankruptcy Rule 9010-1(c)(1), the County has not sought association with local counsel for its opposition to the Debtors' objection to claims.

Dated: December 6, 2007  
Santa Ana, California

Respectfully Submitted,

BENJAMIN P. de MAYO, COUNTY COUNSEL

By_____  
James C. Harman, Senior Deputy  
333 West Civic Center Plaza, Room 409  
P.O. Box 1379  
Santa Ana, California 92702-1379  
Phone: (714) 834-5257  
Fax:    (714) 834-2359

#4077

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 6, 2007
Santa Ana, California

James C. Harman, Senior Deputy
333 West Civic Center Plaza, Room 409
P.O. Box 1379
Santa Ana, California 92702-1379
Phone: (714) 834-5257
Fax:    (714) 834-2359

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: December 12, 2007

United States Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0311-1          User: Anissa              Page 1 of 1              Date Rcvd: Dec 14, 2007
Case: 07-10416                Form ID: pdfgen           Total Served: 1
```

The following entities were served by first class mail on Dec 16, 2007.
      +Benjamin P. de Mayo, County Counsel,   James C. Harman, Senior Deputy,
        333 West Civic Center Plaza, Room 409,   P. O. Box 1379,   Santa Ana, CA 92702-1379

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2007**                          **Signature:**   *Joseph Speetjens*