**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS,
INC., a Delaware corporation, et al.,[1]

Debtors.

: Chapter 11
:
: Case No. 07-10416 (KJC)
:
: Jointly Administered
:
:
:

## STIPULATION BETWEEN NEW
## CENTURY MORTGAGE CORPORATION AND AGILE 360
## AUTHORIZING TRANSFER OF LICENSES

This Stipulation Authorizing Transfer of Licenses (the "Stipulation") is entered into by and between New Century Mortgage Corporation ("NCMC") and Agile360 ("Agile" and, together with NCMC, the "Parties") with reference to the following facts:

## RECITALS

A.  On April 2, 2007 (the "Petition Date"), NCMC and various of its affiliates and subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Stalking Horse Bidders Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

LA3:1142282.1

1

B.  On December 12, 2006, NCMC entered into a purchase order (the "Purchase Order") for the purchase 100 Citrix Presentation Servicer Enterprise licenses (collectively, the "Licenses") from Agile.

C.  Pursuant to the terms of the Purchase Order, NCMC was required to pay to Agile $23,000.00 for the Licenses within 30 days after the invoice date.

D.  As of the Petition Date, NCMC had not used the Licenses or provided payment for the Licenses to Agile.

E.  The Debtors filed their schedules of assets and liabilities (the "Schedules") on May 31, 2007. The Debtors documented in Schedule F of the Schedules a claim by Agile against NCMC for $23,000.00 in connection with the amount due for the Licenses (the "Agile License Claim").

F.  NOW, THEREFORE, it is hereby stipulated and agreed by and between the Parties that:

## AGREEMENT

1.  The foregoing recitals are incorporated herein by reference and are made a part of this Stipulation.

2.  This Stipulation shall become effective upon the date (the "Stipulation Date") that it is approved by the Bankruptcy Court.

3.  Upon the Stipulation Date, NCMC shall be authorized to return and transfer the Licenses to Agile.

4.  In consideration of the return and transfer of the Licenses to Agile, Agile agrees that the Agile License Claim shall be reduced to $0.

5. The Bankruptcy Court shall retain jurisdiction to enforce the terms and conditions of this Stipulation to the full extent allowed under law.

6. This Stipulation may be executed in one or more counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

7. This Stipulation contains or expressly incorporates by reference the entire agreement of the Parties with respect to the matters contemplated herein and supersedes all prior negotiations. This Stipulation shall not be modified except by written instrument executed by the Parties.

December 5, 2007

Agreed to by:

AGILE360

By: _____
Name: Kevin Kelly
Title: President

NEW CENTURY MORTGAGE CORPORATION

By: _____
Name: Marc Weinsthal
Title: Executive President

LA3:1142282.1    3