# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. |
| **Case Number:** | 07-10416-KJC    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 12, 2007 01:30 PM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | N/A |

### Matters:

1) Omnibus
   **R / M #:**   4,064 / 0

2) Motion for Relief from Stay (Sakamoto)
   **R / M #:**   0 / 0

### Appearances:

See Sign in Sheet

### Proceedings:

Amended Agenda Items 1 and 2 - Orders Signed