# S I G N - I N - S H E E T

**CASE NAME:**    New Century TRS Holdings, Inc.

**CASE NO.: 07-10416-KJC**

**COURTROOM LOCATION: 5**

**DATE:**    December 12, 2007

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|--------------------|--------------------|
| Michael Merchant | Richards, Layton & Finger, P.A. | Debtors |
| Gabriel MacConaill | Potter Anderson & Corroon | Bank of America |
| Greg Taylor | Ashby & Gebbes | UBS Real Estate Securities |
| Joseph J. McMahon, Jr. | U.S. DOJ | U.S. Trustee |
| David Carickhoff | Blank Rome | Creditors' Committee |
| Mark Indelicato | Hahn & Hessen | Committee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |