| | | | EXHIBIT A | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11) | | | | |
| | | Movant: DLJ Mortgage Capital, Inc. | | | | |
| LOAN # | Mortgagors | Loan Date | Original Loan Amt. | Current Payoff | Current Value | Property Address |
| 10704575 | Hartman | Feb. 6, 2007 | $67,200 | $71,119.62 | $35,000 | 1215 West Lenawee Street, Lansing, MI 48915 |
| 10783173 | Krzeminski | Sept. 29, 2006 | $64,800.00 | $70,013.30 | $59,000 | 1505 Red River Street, Dayton, Ohio 45427 |