UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                             *

                                                                           Case No. 07-10416-KJC

NEW CENTURY TRS HOLDINGS, INC.,    *    (Chapter 11)
a Delaware corporation, *et al.*,
              Debtor              *
                                   ***********

DLJ MORTGAGE CAPITAL, INC.
c/o Select Portfolio Servicing, Inc.    *
              Movant
                                         *

   v.
                                         *

NEW CENTURY TRS HOLDING, Inc., et al
              Debtor              *

---------------------------------------------------------------------

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 17, 2007, copies of the foregoing

Motion for Relief from Automatic Stay Under § 361 of the Bankruptcy Code (with

Exhibit A); Notice of Motion; and proposed Order were served upon the parties listed

below via first class mail postage pre-paid:

New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodeny Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
*U.S. Trustee*

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

Date: December 17, 2007                                Respectfully submitted,

                                                       WITTSTADT & WITTSTADT, P.A.

                                                       /s/ *Lisa R. Hatfiled*
                                                       Lisa R. Hatfield (DE No. 4967)
                                                       1000 N. West Street
                                                       Suite 1200
                                                       Wilmington, DE 19801
                                                       (302) 295-5095
                                                       (866) 503-4930 (toll free)