# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: US Bank National Association, as Trustee

| Loan # | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 10474070 | Winn | Jun. 30, 2006 | $160,000 | $181,667.86 | $110,000 | 26455 Myrtle Avenue, Sanford FL. 32773 |
| 8923161 | Rivera | Oct. 26, 2005 | $528,000 | $581,844.39 | $590,000 | 97-33 110th Street, Richmond Hill, NY 11419 |
| 9387879 | Aceves | Feb.16, 2006 | $254,400 | $277,871.37 | $230,000 | 1404 West Middlefield, Stockton, CA 95204 |
| 9378886 | Veith | Feb. 10, 2006 | $476,000 | $527,631.86 | $570,000 | 10050 Faywood Street, Bellflower, CA 90706 |
| 9388349 | Esquer | Feb. 21, 2006 | $162,400 | $174,833.41 | $166,000 | 3543 West Butler Drive, Phoenix, AR 85051 |
| 9380569 | Riggs | Feb. 21, 2006 | $77,600 | $89,905.09 | $38,000 | 2800 Sacramento Street, Saint Joseph, MO 64507 |
| 9373929 | Perez | Feb. 22, 2006 | $444,000 | $475,827.27 | $405,000 | 48 Willow Avenue, Hackensack, NJ 07601 |
| 9353921 | Carrano | Jan. 11, 2006 | $462,400 | $518,125.97 | $530,000 | 110 E. 3rd Street, Brooklyn, NY 11218 |
| 9372079 | Yang | Feb. 9, 2006 | $209,600 | $220,909.50 | $178,000 | 7532 Delta Point Way, Sacremento, CA 95823 |
| 9387085 | Navarro | Feb. 16, 2006 | $360,000 | $381,695.14 | $390,000 | 15756 Flamingo Drive, Fontana CA 92337 |
| 9366881 | Ruiz | Feb. 11, 2006 | $216,000 | $230,229.99 | $181,950 | 6401 Tallman Avenue, Bakersfield, CA 93308 |
| 9355603 | Byrd | Dec. 8, 2005 | $306,000 | $330,656.23 | $520,000 | 46-078 Emepela Place K104, Kaneohem HI 96744 |