DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

**Deutsche Bank** 

## CASH ACCOUNT SUMMARY
### OCTOBER 1, 2007    - OCTOBER 31, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 412,974.63 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| | |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 412,974.63 |

WO - 42804 4000042804
NEW CENTURY / BARCLAYS DISB
NEW CENTURY / BARCLAYS DISB
NC040C

Certain investments made for the
been executed through Deutsche Ba
or an affiliate. Any such transac
account(s) shown and without reco
As to any such transactions, us
included and retained by us as a p
confirms are available upon cus
charge.

DBTCA provides a wide range of mut
investment yield, fee structure,
well as other important terms an
fund.    Since investment needs
contact   your   account   representa
request  a  prospectus  describing s
options.

DBTCA has entered into agreement
their agents to provide certain
funds. For providing these sharel
fee by the mutual funds that calcu
exceed 80  basis points of the ar
funds.

NEW CENTURY MOR
ATTN: CASH MANA
SUITE 1000
18400 VON KARMA
IRVINE CA  9261

For Questions Please Call (714)-24

This statement shall be deemed to
unless DBTCA is notified in writin
to the contrary within thirty (30)
the date of this statement.

# Deutsche Bank ◢

**Account:** WO – 42804 4000042804
**Name:** NEW CENTURY / BARCLAYS DISBURSEMENT
NEW CENTURY / BARCLAYS DISBURSEMENT
NC040C

STATEMENT PERI

## TRANSACTION STATEMENT

| | | TRANSACTIONS | | | |
| | | | SECURITIES | | |
| DATE | TRANSACTION DESCRIPTION | CASH | FACE | PRICE | |
|---|---|---|---|---|---|
| 10/01/07 | OPENING BALANCE | | | | |
| 10/31/07 | NET TRANSACTIONS | 0.00 | | | |
| | CLOSING BALANCE | | | | |

We are pleased to announce the launch of the new Trust & Securities Services web site at www.tss.db.com. You can now acce
pplication sites, product information, news, and contact details using a single URL.

Page 2 of 2

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

# Deutsche Bank 

## CASH ACCOUNT SUMMARY
### OCTOBER 1, 2007    - OCTOBER 31, 2007

WO - 42805 4000042805
NEW CENTURY / BARCLAYS COLL
NEW CENTURY / BARCLAYS COLL
NC040C

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 60,133.95 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 60,133.95 |

Certain investments made for the
been executed through Deutsche Bai
or an affiliate. Any such transact
account(s) shown and without reco
As to any such transactions, us
included and retained by us as a p
confirms are available upon cus
charge.

DBTCA provides a wide range of mut
investment yield, fee structure,
well as other important terms an
fund.    Since   investment needs
contact   your   account representa
request a prospectus describing a
options.

DBTCA has entered into agreement
their  agents  to  provide  certain
funds. For providing these sharet
fee by the mutual funds that calcu
exceed 80   basis points of the am
funds.

NEW CENTURY MORT
ATTN: CASH MANAC
SUITE 1000
18400 VON KARMAI
IRVINE CA  9261

For Questions Please Call (714)-24

This statement shall be deemed to I
unless DBTCA is notified in writin
to the contrary within thirty (30)
the date of this statement.

Page 1 of 2

**Deutsche Bank** ◪

ccount:    WO - 42805 4000042805
  Name:    NEW CENTURY / BARCLAYS COLLECTION
           NEW CENTURY / BARCLAYS COLLECTION
           NC040C

<u>STATEMENT PERI</u>

## TRANSACTION STATEMENT

| | | | TRANSACTIONS | | |
| | | | | SECURITIES | |
| DATE | TRANSACTION DESCRIPTION | CASH | | FACE | PRICE |
|---|---|---|---|---|---|
| 10/01/07 | OPENING BALANCE | | | | |
| 10/31/07 | NET TRANSACTIONS | 0.00 | | | |
| | CLOSING BALANCE | | | | |

'e are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now acce
plication sites, product information, news, and contact details using a single URL.

**New Century Mortgage Corporation**
**Disbursement Account Morgan Stanley**
**Deutsche Bank Acct #4000037429**
**G/L ACCT # 1008-0000**
**As of October 31, 2007**

| Date | JRNL# | Description | Amount | | Comments |
|------|-------|-------------|--------|---|----------|
| 10/31/07 | | Bank Balance | | - | No activity, no statement |
| 10/31/07 | | GL Balance | | 1,048,920.64 | |
| | | **GL Adjustments** | | | |
| 03/13/07 | JRNL200155220 | Cash Morgan | 5,691,286.52 | | Haircut Activity not cleared from GL |
| 03/14/07 | JRNL200155221 | Cash Morgan | (822,836.77) | | Haircut Activity not cleared from GL |
| 03/15/07 | JRNL200155225 | Cash Morgan | (115,596.24) | | Haircut Activity not cleared from GL |
| 03/16/07 | JRNL200155226 | Cash Morgan | (4,767.90) | | Haircut Activity not cleared from GL |
| 03/19/07 | JRNL200155227 | Cash Morgan | (10,437.76) | | Haircut Activity not cleared from GL |
| 03/27/07 | JRNL200155217 | Trsf to MS from BofA | (627,038.41) | | Haircut Activity not cleared from GL |
| 03/28/07 | JRNL200155690 | Cash Morgan | (17,646.65) | | Haircut Activity not cleared from GL |
| 06/30/07 | JRNL200157798 | Reclass to proper acct | (5,141,883.43) | | Duplicate Entry |
| | | Total Adjustments: | | (1,048,920.64) | |
| | | Adjusted GL Balance | | - | |
| | | Variance | | - | |

PREPARED BY:          J. Kennedy          DATE 12/6/07

APPROVED BY:          DATE

M:\accounting\Recons 2007\10 - October 2007 Recons\Rita\[NCMC 1008-0000 Disbursement account.xls]Oct 07

**NEW CENTURY MORTGAGE**
**UB Payment Clearing Cash Account**
**Bank Account # 2110104289**
**G/L ACCT 1072 - 0000**

*AS OF*        *10/31/2007*

| | | |
|---|---|---|
| **Bank Statement Balance** | - | **Bank Account Closed-no statement** |
| **Total Adjusted Bank Bal** | - | |
| **GENERAL LEDGER Balance** | - | |
| **Total Adjusted GL Bal** | - | |
| Variance | - | |

M:\accounting\Recons 2007\1072-0000 UB Payment Clearing Cash Acct\[1072-0000 Oct 2007.xls]Recon

Prepared by:  J. Kennedy  Date:  11/28/2007

Approved by: _____  Date: _____

NEW CENTURY MORTGAGE CORP.
UBS BLOCKED ACCOUNT RECONCILIATION
GL ACCOUNT # 1085-0000
Deutsche Bank Account #35071
10/31/07

| Date | Reference | Description | Amount | Comment |
|---|---|---|---|---|
| 10/31/07 | | Bank Account Balance | - | No Activity, No Bank Statement |
| 10/31/07 | | GL Balance | (3,385,996.25) | |
| 10/18/06 | | | 1,913.14 | in bank but not in gl |
| 11/03/06 | | | (131,013.93) | in bank but not in gl |
| 11/03/06 | | | 103,228.92 | in bank but not in gl |
| 12/26/06 | JRNL200148623 | | (11,089.86) | UBS Block 400 Principal -MS not reflected on bank account |
| 01/03/07 | | | 10,598.66 | in bank but not in gl; Move to GL Feb |
| 02/02/07 | JRNL200151973 | | (225,239.52) | UBS Block 400 Principal -MS not reflected on bank account |
| 02/03/07 | JRNL200151997 | | (418.21) | UBS Block 400 Principal -MS not reflected on bank account |
| 02/05/07 | | | (22,390.59) | in bank but not in gl |
| 02/08/07 | | | 225,491.05 | in bank but not in gl |
| 02/09/07 | JRNL200152663 | | (1,001.11) | UBS Block 400 Principal -MS not reflected on bank account |
| 02/10/07 | JRNL200152667 | | (827.56) | UBS Block 400 Principal -MS not reflected on bank account |
| 02/22/07 | JRNL200152893 | | 444.04 | UBS Block 400 Principal -MS not reflected on bank account |
| 02/27/07 | | | 4,592.69 | in bank but not in gl |
| 02/28/07 | JRNL200153313 | | 1,062.68 | UBS Block 400 Principal -MS not reflected on bank account |
| 03/01/07 | JRNL200154022 | | (5,815.14) | UBS Block 400 Principal -MS not reflected on bank account |
| 03/05/07 | | | (21,772.44) | in bank but not in gl |
| 03/08/07 | JRNL200155243 | | (690.11) | UBS Block 400 Principal -MS not reflected on bank account |
| 03/12/07 | | | (806,500.77) | in bank but not in gl, Nikki researched New Bk acc 9301035581 with JP Morgan, no GL code yet assigned |
| 03/14/07 | JRNL200155520 | | (935,755.98) | UBS Block 400 Principal -MS not reflected on bank account |
| 03/16/07 | JRNL200155478 | | (9,526.45) | UBS Block 400 Principal -MS not reflected on bank account |
| 03/17/07 | JRNL200155480 | | 19,657.14 | UBS Block 400 Principal -MS not reflected on bank account |
| 03/23/07 | | | 842,178.00 | in bank but not in gl, block or Inv cannot be identified on report 62-3 |
| 03/23/07 | | | 488,258.59 | in bank but not in gl, block or Inv cannot be identified on report 62-3 |
| 03/23/07 | | | 422,870.57 | in bank but not in gl, report 62-3, 3/19/07 shows to Inv 16 instead block 400 |
| 03/23/07 | | | 5,442.57 | in bank but not in gl, block or Inv cannot be identified on report 62-3 |
| 03/27/07 | JRNL200155517 | | (52.75) | UBS Block 400 Principal -MS, in bank on 4/12/07 added to $111479.63 |
| 03/29/07 | | | 601,152.27 | in bank but not in gl, report 62-3, 3/22/07 shows to Inv 16 instead block 400 |
| 03/30/07 | | | 234,711.10 | in bank but not in gl, report 62-3, 3/26/07 shows to Inv 16 instead block 400 |
| 04/09/07 | | | 948,878.71 | in bank but not in gl, report 62-3, 3/30/07 shows to Inv 16 instead block 400 |
| 04/12/07 | | | 2,815.65 | in bank but not in gl, block or Inv cannot be identified on report 62-3 |
| 04/12/07 | | | 379,639.24 | in bank but not in gl, report 62-3, 3/20/07 shows to Inv 16 instead block 400 |
| 04/12/07 | | | 617,654.24 | in bank but not in gl, report 62-3, 3/21/07 shows to Inv 16 instead block 400 |
| 04/12/07 | | | 111,479.63 | in bank but not in gl, report 62-3, 3/27/07 shows to Inv 16 instead block 400 |
| 04/12/07 | | | 217,271.33 | in bank but not in gl, report 62-3, 3/28/07 shows to Inv 16 instead block 400 |
| 04/12/07 | | | 318,514.50 | in bank but not in gl, report 62-3, 3/29/07 shows to Inv 16 instead block 400 |
| 08/06/07 | JRNL200157567 | | (24.25) | UBS Block 400 Principal -MS not reflected on bank account |
| | | Adjusted GL Balance | (0.00) | |
| | | Variance | 0.00 | |

Prepared by: J. Kennedy

Reviewed by: _____

M:\accounting\Recons 2007\1085-0000 UBS Block Acct\1085-0000 Oct 07.xls\Recon

CDC PRINCIPAL BLOCKED ACCOUNT RECONCILIATION
GL ACCOUNT # 1086-0000
UNION BANK OF CALIFORNIA # 2110104114
October 31, 2007

| Date | Reference | Description | | | Amount | Comment |
|------|-----------|-------------|--|--|--------|---------|
| 10/31/07 | | **Bank Account Balance** | | | 12,052.80 | |
| 10/31/07 | | **GL Balance** | | | 619,383.55 | |
| 03/12/07 | 45295037 | CHECK OR OTHER DEBIT | | | (465,914.21) | On GL, not on Bank |
| 03/16/07 | 2-155478 | CDC Block 300 Principal -MS | | | (150,926.24) | In GL not in Bank |
| 03/16/07 | 46617110 | CHECK OR OTHER DEBIT | | | (1,821.49) | In Bank but not in GL |
| 03/19/07 | 2-155483 | CDC Block 300 Principal -MS | | | (100.37) | In GL not in Bank |
| 03/20/07 | 2-155486 | CDC Block 300 Principal -MS | | | (24.08) | In GL not in Bank |
| 03/21/07 | 2-155489 | CDC Block 300 Principal -MS | | | (76.73) | In GL not in Bank |
| 03/22/07 | 2-155495 | CDC Block 300 Principal -MS | | | (54.40) | In GL not in Bank |
| 03/23/07 | 2-155497 | CDC Block 300 Principal -MS | | | (95.26) | In GL not in Bank |
| 03/24/07 | 2-155500 | CDC Block 300 Principal -MS | | | (15.20) | In GL not in Bank |
| 03/30/07 | 45100757 | CHECK OR OTHER DEBIT | | | (59.45) | In Bank but not in GL |
| 04/04/07 | 47897439 | CHECK OR OTHER DEBIT | | | (29.07) | In Bank but not in GL |
| 04/06/07 | 46381698 | CHECK OR OTHER DEBIT | | | (287.05) | In Bank but not in GL |
| 04/17/07 | 51849826 | NEW CENTURY MTG INV. DDA CCD | 680000 | | 2,942.70 | in bank but not in gl, report 62-3, 5/14/07 shows to Inv 14 instead block 300 |
| 05/01/07 | 52072099 | NEW CENTURY MTG INV. DDA CCD | 680000 | | 1,074.90 | in bank but not in gl, report 62-3, 4/30/07 shows to Inv 14 instead block 300 |
| 05/15/07 | 51707090 | NEW CENTURY MTG INV. DDA CCD | 680000 | | 1,074.90 | in bank but not in gl, report 62-3, 5/14/07 shows to Inv 14 instead block 300 |
| 05/17/07 | 53024361 | NEW CENTURY MTG INV. DDA CCD | 680000 | | 2,942.70 | in bank but not in gl, report 62-3, 5/16/07 shows to Inv 14 instead block 300 |
| 06/18/07 | 53536711 | NEW CENTURY MTG INV. DDA CCD | 680000 | | 698.96 | In Bank but not in GL |
| 06/18/07 | 53536775 | NEW CENTURY MTG INV. DDA CCD | 680000 | | 2,243.74 | In Bank but not in GL |
| 06/29/07 | 52520782 | NEW CENTURY MTG INV. DDA CCD | 680000 | | 1,074.90 | In Bank but not in GL |

**Adjusted GL Balance**                                          12,052.80

**Variance**                                          (0.00)

Prepared By:  J. Kennedy

Approved By

 **STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NEW CENTURY MORTGAGE
CORPORATION
**Statement Number: 2110104114**
09/29/07 - 10/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2005

**NEW CENTURY MORTGAGE CORPORATION
COLLECTION ACCT FBO IXIS R E CAPITAL INC
001 P & I
18400 VON KARMAN STE 1000
IRVINE CA 92612**

■ *See images of paid checks, initiate domestic and international wires, reduce your exposure to check fraud, and more with Union Bank's Treasury Management Services on the Web. For more information, contact your Banking Officer or visit unionbank.com/cashmanagement.*

## Analyzed Business Checking Summary

Account Number: 2110104114

Days in statement period: Days in statement period: 33

| | | |
|---|---|---|
| **Balance on 9/29** | $ | **12,052.80** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 10/31** | $ | **12,052.80** |

## C R E D I T S

## D E B I T S

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 10/1-10/31 | $ | 12,052.80 | | |

NEW CENTURY MORTGAGE CORP.
BARCLAYS CAPITAL CASH ACCOUNT RECONCILIATION
GL ACCOUNT # 1098-0000
UNION BANK OF CALIFORNIA 2110106273
October 31, 2007

| Date | Reference | Description | | | Amount | Comment |
|------|-----------|-------------|--|--|--------|---------|
| 10/31/07 | | Bank Balance | | | 11,338.54 | |
| 10/31/07 | | GL Balance | | | (1,117,241.83) | |
| 03/19/07 | 50866358 | NEW CENTURY MTG  INV. DDA  CCD | 680000 | | 32,029.56 | In bank, but not in GL |
| 03/19/07 | 50866358 | NEW CENTURY MTG  INV. DDA  CCD | 680000 | | 495,237.81 | In bank, but not in GL |
| 03/19/07 | JRNL200155483 | Block 900 WH Principal -DDA | | | (23.65) | |
| 03/20/07 | JRNL200155483 | Block 900 WHS int -DDA | | | (2,182.55) | |
| 03/20/07 | JRNL200155496 | Block 900 WH Principal -DDA | | | 269.18 | |
| 03/20/07 | JRNL200155496 | Block 900 int -DDA | | | 2,120.04 | |
| 03/23/07 | 53377221 | NEW CENTURY MTG  INV. DDA  CCD | 680001 | | 3,247.33 | In bank, but not in GL, report 62-3, 3/22/07 shows to Inv 15 instead block 900 |
| 03/26/07 | 54092258 | NEW CENTURY MTG  INV. DDA  CCD | 680002 | | 8,644.22 | In bank, but not in GL, report 62-3, 3/23/07 shows to Inv 15 instead block 900 |
| 03/27/07 | 54843743 | NEW CENTURY MTG  INV. DDA  CCD | 680003 | | 5,268.03 | In bank, but not in GL, report 62-3, 3/26/07 shows to Inv 15 instead block 900 |
| 03/28/07 | 56339499 | NEW CENTURY MTG  INV. DDA  CCD | 680004 | | 425.12 | In bank, but not in GL, report 62-3, 3/27/07 shows to Inv 15 instead block 900 |
| 03/31/07 | JRNL200156622 | 3/21 Sweep from Barc Block Account | | | 83,313.62 | In bank, but not in GL, report 62-3, 3/19/07 shows to Inv 15 instead block 900 |
| 03/31/07 | JRNL200156622 | 3/20 Sweep from Barc Block Account | | | 488,893.12 | In bank, but not in GL, report 62-3, 3/29/07 shows to Inv 15 instead block 900 |
| 04/16/07 | 51010880 | NEW CENTURY MTG  INV. DDA  CCD | 680000 | | 2,051.17 | In bank, but not in GL, report 62-3 4/13/07 shows to Inv 15 instead block 900 |
| 04/20/07 | 93057621 | WIRE TRANS   TRN 0420024192 042007 UBOC  UB595763N | | | 4,063.19 | In bank, but not in GL |
| 05/01/07 | 62072124 | NEW CENTURY MTG  INV. DDA  CCD | 680000 | | 1,939.74 | In bank, but not in GL, report 62-3 4/30/07 shows to Inv 15 instead block 900 |
| 05/11/07 | 50244689 | NEW CENTURY MTG  INV. DDA  CCD | 680000 | | 3,284.44 | In bank, but not in GL, report 62-3 5/09/07 shows to Inv 15 instead block 900 |

Adjusted GL Balance                                                                11,338.54

Difference

Prepared by: J. Kennedy

Reviewed by:


**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NEW CENTURY MORTGAGE CORPORATION
**Statement Number: 2110106273**
09/29/07 - 10/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 1999

**NEW CENTURY MORTGAGE CORPORATION**
**ITF BARCLAYS BANK PLC COLLECTION ACCT**
**ATTN: RALPH FLICK**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■ See images of paid checks, initiate domestic and international wires, reduce your exposure to check fraud, and more with Union Bank's Treasury Management Services on the Web. For more information, contact your Banking Officer or visit unionbank.com/cashmanagement.

## Analyzed Business Checking Summary

Account Number: 2110106273

Days in statement period: Days in statement period: 33

| | | |
|---|---|---|
| **Balance on 9/29** | $ | 11,338.54 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 10/31** | $ | 11,338.54 |

## CREDITS

## DEBITS

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 10/1-10/31 | $ | 11,338.54 | | |

**NEW CENTURY CAPITAL CORPORATION**
**UNION BANK 7930000692**
**MANUAL PAYROLL ACCOUNT RECONCILIATION - 1066**
**As of October 31, 2007**

| | | | | | |
|---|---|---|---|---|---|
| BALANCE PER BANK | Acct #7930000692 | | | $ | 21,878.16 |
| | | | | | |
| OUTSTANDING CHECKS: | | Check # | | Amount | |
| | 3/31/07 | 3504 | | (742.96) | |
| | 3/31/07 | 3511 | | (2.534.49) | |
| | 3/31/07 | 3636 | | (189.25) $ | (3,466.70) |
| | | | | | |
| ADJ BANK BALANCE | | | | $ | 18,411.46 |
| | | | | | |
| BALANCE PER G/L | | | | $ | 66,306.21 |
| ITEMS IN BANK NOT IN GL: | | | | | |
| | 10/31/2007 | Cks cleared but not in GL | | | (47,894.75) |
| | | | | | |
| ADJ G/L BALANCE | | | | $ | 18,411.46 |
| | | Variance | | $ | (0.00) |

PREPARED BY:     Lina Teang     Date:  12/07/07

APPROVED BY:     _____ Date: _____

M:\Bank Recon\2007 Account Recons\Payroll NCCC 1066 Manual.xls|Oct 07

**Account Number: 7930000692**
**Analyzed Business Checking Summary**

| | | |
|---|---:|---:|
| **Balance on 9/29** | | 16,772.91 |
| **Total Credits** | | 53,000.00 |
| Electronic credits (1) | 53,000.00 | |
| **Total Debits** | | -47,894.75 |
| Account recon dr (4) | -47,894.75 | |
| **Balance on 10/31** | | 21,878.16 |

**C r e d i t s**
**Electronic credits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 10/26 | WIRE TRANS   TRN 1026025065 102607 UBOC  UB109882I | 93055181 | 53,000.00 |

**D e b i t s**
**Account reconciliation debits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 10/9 | ACCOUNT RECONCILIATION LIST POST | 99977438 | 1,191.10 |
| 10/16 | ACCOUNT RECONCILIATION LIST POST | 99977016 | 3,415.96 |
| 10/24 | ACCOUNT RECONCILIATION LIST POST | 99976754 | 9,216.01 |
| 10/26 | ACCOUNT RECONCILIATION LIST POST | 99976935 | 34,071.68 |
| **Total** | **4 Account reconciliation debits** | | **47,894.75** |

**D a i l y   L e d g e r   B a l a n c e**

| Date | Ledger Balance |
|---|---:|
| 10/1-10/8 | 16,772.91 |
| 10/9-10/15 | 15,581.81 |
| 10/16-10/23 | 12,165.85 |
| 10/24-10/25 | 2,949.84 |
| 10/26-10/31 | 21,878.16 |

# NEW CENTURY CAPITAL CORPORATION
## UNION BANK 2110103894
## PAYROLL ACCOUNT RECONCILIATION - 1076
### As of October 31, 2007

| | | | |
|---|---|---|---|
| **BALANCE PER BANK** | Acct #2110103894 | $ | 56,816.35 |
| | OUTSTANDING CHECKS (see below) | | (10,404.61) |
| **ADJUSTED BANK BALANCE** | | $ | 46,411.74 |
| **BALANCE PER G/L** | | $ | 48,848.82 |
| | 10/31/2007 Direct Deposit recorded on Nov 1, 07 | | (2,437.08) |
| **ADJUSTED G/L BALANCE** | | $ | 46,411.74 |
| | Variance | | - |

| OUTSTANDING CHECKS | | | | | | |
|---|---|---|---|---|---|---|
| GROUP | EMPLOYEE | PAY DATE | ACCT NO. | | CHECK NO | AMOUNT |
| 02/28/2006 | MITNICK EVAN | 02/28/06 | 2110103894 | | 25370 | 3,741.10 |
| NCN10 | Marh Kimberly | 08/11/06 | 2110103894 | | 1000117 | 929.44 |
| NCN10 | Touc Komarith | 08/26/06 | 2110103894 | | 1000177 | 1,004.54 |
| NCN10 | 31985 | 5/17/2007 | 2110103894 | | 1000445 | 4,540.57 |
| NCN10 | 19959 | 5/24/2007 | 2110103894 | | 1000457 | 188.96 |
| | | | | **Total Outstanding** | | **10,404.61** |

PREPARED BY:   Lira Teang Date: 12/7/07

APPROVED BY:   _____   Date : _____

**Account Number: 2110103894**
**Analyzed Business Checking Summary**

| | | |
|---|---:|---:|
| **Balance on 9/29** | | 56,816.35 |
| **Total Credits** | | 22,226.61 |
| Electronic credits (3) | 22,226.61 | |
| **Total Debits** | | -22,226.61 |
| Electronic debits (3) | -22,226.61 | |
| **Balance on 10/31** | | 56,816.35 |

**C r e d i t s**
**Electronic credits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 10/3 | WIRE TRANS   TRN 1003017771 100307 UBOC  UB06846 93052286 | | 17,221.69 √ |
| 10/17 | WIRE TRANS   TRN 1017019409 101707 UBOC  UB09188 93052244 | | 2,567.84 |
| 10/31 | WIRE TRANS   TRN 1031023085 103107 UBOC  UB11740 93054303 | | 2,437.08 |
| **Total** | **3 Electronic credits** | | **22,226.61** |

**D e b i t s**
**Electronic debits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 10/2 | NC CAPITAL CORPO ACH ENTRY  PPD | -SETT-GENES 54036933 | 17,221.69 |
| 10/17 | NC CAPITAL CORPO ACH ENTRY  PPD | -SETT-GENES 53735255 | 2,567.84 |
| 10/30 | NC CAPITAL CORPO ACH ENTRY  PPD | -SETT-GENES 53035194 | 2,437.08 |
| **Total** | **3 Electronic debits** | | **22,226.61** |

**D a i l y   L e d g e r   B a l a n c e**

| Date | Ledger Balance |
|---|---:|
| 10/1 | 56,816.35 |
| 10/2 | 39,594.66 |
| 10/3-10/29 | 56,816.35 |
| 10/30 | 54,379.27 |
| 10/31 | 56,816.35 |

**NEW CENTURY RESIDUAL II CORPORATION**
**UNION BANK 2110105625**
**ACCOUNT RECONCILIATION - NCR-1060-0000**
**US Bank Operating Account**
October 31, 2007

| | |
|---|---:|
| BALANCE PER BANK | $0.00 |
| ADJ BANK BALANCE | $0.00 |
| BALANCE PER G/L | $0.00 |
| ADJ G/L BALANCE | $0.00 |
| | $0.00 |

PREPARED BY:     Nikki Bui                    11/7/2007

APPROVED BY:

M:\accounting\Recons 2007\10 - October 2007 Recons\[NCR 1060-0000 Operating Account.xls]Oct 07


# STATEMENT
# OF ACCOUNTS

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NC RESIDUAL II CORPORATION
**Statement Number: 2110105625**
09/29/07 - 10/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NC RESIDUAL II CORPORATION**
**CASE #07-10417**
**18400 VON KARMAN, STE 1000**
**IRVINE CA 92612**

■ *See images of paid checks, initiate domestic and international wires, reduce your exposure to check fraud, and more with Union Bank's Treasury Management Services on the Web. For more information, contact your Banking Officer or visit unionbank.com/cashmanagement.*

## Analyzed Business Checking Summary

Account Number: 2110105625

Days in statement period: Days in statement period: 33

| | | | |
|---|---|---:|---:|
| **Balance on 9/29** | $ | | **200,100.00** |
| **Total Credits** | | | **0.00** |
| **Total Debits** | | | **-200,100.00** |
| Electronic debits (1) | | -200,100.00 | |
| **Balance on 10/31** | $ | | **0.00** |

# C R E D I T S

# D E B I T S

## Electronic debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 10/18 | WIRE TRANS TRN 1018025444 101807 UB095947N | UBOC 93055967 | $ | 200,100.00 |

## Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---:|---|---|---:|
| 10/1-10/17 | $ | 200,100.00 | 10/18-10/31 | $ | 0.00 |

*Home 123*
*Bank of America Disbursement/Settlement*
*G/L ACCT #1005-0000*
*As of October 31, 2007*

| Date | Description | | Amount | Comments |
|------|-------------|---|--------|----------|
| 10/31/07 | Deustche Bank Account #4000051933 Disbursement | - | | Account opened 5/06 — *no activity, no st.* |
| 10/31/07 | Deustche Bank Account #4000052039 Operating | 200,190.13 | | Account opened 5/06 |
| | ADJUSTED BANK BAL | | 200,190.13 | |
| 10/31/07 | BALANCE PER GL | | 200,190.13 | |
| | Total Adjustments | | - | |
| | Adjusted GL Balance | | 200,190.13 | |
| | Variance | | - | |

PREPARED BY:  J. Kennedy                200,190.13   11/29/2007

APPROVED BY: _____

**Note:**
This account is the cash account for the BofA warehouse line.  Activity should equal zero each month.

E:\Loan Accounting 2007\2007 Home 123 Recons\10-2007\[Home 1005-1097 Disbursement Accts Oct 07.xls]1005 - Bofa

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN 37230

# Deutsche Bank 

## CASH ACCOUNT SUMMARY
## OCTOBER 1, 2007    - OCTOBER 31, 2007

WO - 52039 4000052039
NEW CENTURY(PRIME)/ B OF
NEW CENTURY(PRIME)/ B OF

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| CASH OPENING BALANCE | 200,190.13 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| | |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS:** | 0.00 |
| CASH CLOSING BALANCE | 200,190.13 |

Certain investments made for 1
been executed through Deutsche
or an affiliate. Any such trans
account(s) shown and without r
As to any such transactions,
included and retained by us as
confirms are available upon c
charge.

DBTCA provides a wide range of
investment yield, fee structu
well as other important terms
fund. Since investment need
contact your account represen
request a prospectus describing
options.

DBTCA has entered into agreem
their agents to provide cert
funds. For providing these sh
fee by the mutual funds that ca
exceed 80  basis points of the
funds.

NEW CENTURY M
18400 VON KAR
NEW CENTURY/
ATTN: CASH MA
IRVINE CA 92

For Questions Please Call (714)

This statement shall be deemed
unless DBTCA is notified in wri
to the contrary within thirty (
the date of this statement.

Page 1 of 2

# Deutsche Bank

**Account:**    WO - 52039 4000052039
**Name:**    NEW CENTURY(PRIME)/ B OF A OPERATING
NEW CENTURY(PRIME)/ B OF A OPERATING

STATEMENT PE

## TRANSACTION STATEMENT

| | | TRANSACTIONS | | |
| | | | SECURITIES | |
| DATE | TRANSACTION DESCRIPTION | CASH | FACE | PRICE |
|---|---|---|---|---|
| 10/01/07 | OPENING BALANCE | | | |
| 10/31/07 | NET TRANSACTIONS | 0.00 | | |
| | CLOSING BALANCE | | | |

We are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now a
application sites, product information, news, and contact details using a single URL.

**HOME123**
**UNION BANK OPERATING ACCT 7930001893 - CLOSED**
**UNION BANK OPERATING ACCT 7930002156**
**ACCOUNT RECONCILIATION 1007-0000**
**Operating Account**
**As of October 31, 2007**

0.00   Diff

| | | | | |
|---|---|---|---|---|
| **BALANCE PER BANK** | | Union Bank  Acct #7930001893 - closed | | - |
| **BALANCE PER BANK** | | Union Bank  Acct #7930002156 - closed | | - |
| | | | | - |
| 03/31/07 | JRNL4200025783 | 3/14/7 Investor 00013 Interest reversed | (144,806.76) | |
| 03/31/07 | JRNL4200025783 | 3/14/7 warehouse principle inv. 13 rever | (15,972.31) | |
| 03/31/07 | JRNL4200025783 | 3/15/7 Investor 00013 Interest reversed | (193,484.65) | |
| 03/31/07 | JRNL4200025783 | 3/15/7 warehouse principle inv. 13 rever | (23,516.07) | |
| 03/31/07 | JRNL4200025783 | 3/16/7 Investor 00013 Interest reversed | (236,985.33) | |
| 03/31/07 | JRNL4200025783 | 3/16/7 warehouse principle inv. 13 rever | (129,893.23) | |
| 03/31/07 | JRNL4200025783 | 3/19/7 Investor 00013 Interest reversed | (118,624.08) | |
| 03/31/07 | JRNL4200025783 | 3/19/7 warehouse principle inv. 13 rever | (135,010.84) | |
| 03/31/07 | JRNL4200025783 | 3/28/7 Investor 00013 Interest reversed | (160,988.77) | |
| 03/31/07 | JRNL4200025783 | 3/28/7 Investor 00020 Interest reversed | (1,085.31) | |
| 03/31/07 | JRNL4200025783 | 3/28/7 Investor 00020 Principal reversed | (5,200.00) | |
| 03/31/07 | JRNL4200025783 | 3/28/7 warehouse principle inv. 13 rever | (96,445.55) | |
| 03/31/07 | JRNL4200025783 | 3/29/7 Investor 00013 Interest reversed | (270,564.28) | |
| 03/31/07 | JRNL4200025783 | 3/29/7 Investor 00020 Interest reversed | (3,283.40) | |
| 03/31/07 | JRNL4200025783 | 3/29/7 Investor 00020 Principal reversed | (342.49) | |
| 03/31/07 | JRNL4200025783 | 3/29/7 warehouse principle inv. 13 rever | (173,422.96) | |
| | | | | |
| 02/22/07 | JRNL4200024133 | FHA WIRE LATE/INT 01/05/07 | (22.56) | |
| 02/22/07 | JRNL4200024133 | FHA WIRE 01/19/07 | (63.45) | |
| 02/22/07 | JRNL4200024133 | FHA WIRE 01/22/07 | (79.76) | |
| 02/22/07 | JRNL4200024133 | FHA WIRE 01/22/07 | (93.43) | |
| 03/24/07 | JRNL4200025470 | Block 4300 Int | 168.21 | |
| 03/01/07 | JRNL4200025296 | Correction Fundings | 1,390.00 | |
| | | | | |
| 06/04/07 | JRNL4200026178 | Block 4100 Inv (inv 5) | 154.49 | |
| 06/04/07 | JRNL4200026178 | Block 4000 Principal | (700.77) | |
| 06/04/07 | JRNL4200026178 | Block 4000 Principal | (286.31) | |
| 06/04/07 | JRNL4200026178 | Block 4100 Inv (inv 5) | 500.00 | |
| 06/04/07 | JRNL4200026178 | Block 4000 Int | (4,231.33) | |
| 06/04/07 | JRNL4200026178 | Block 4000 Int | (3,729.14) | |
| | | | | |
| | **Subtotal Item(s) not yet in Bank** | | | **(1,716,620.08)** |

**ADJ. BANK BALANCE** **(1,716,620.08)**

| | | | |
|---|---|---|---|
| **BALANCE PER G/L 1007** | | | **1,229,133.43** |
| 02/12/07 | Wire Trans TRN 0212027297 021207 200702120026436 | 213,058.60 | |
| 03/09/07 | Wire Trans TRN 0309023361 030907 UBOC | (78,375.20) | |
| 03/19/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 4,509.86 | |
| 03/21/07 | Wire Trans TRN 0321015913 032107 UBOC UB516117N | 3,605,726.16 | |
| 03/21/07 | Wire Trans TRN 0321023590 032107 11 | (5,974,212.89) | |

**ACCOUNT RECONCILIATION 1007-0000**
**Operating Account**
**As of October 31, 2007**

| | | | | |
|---|---|---|---|---|
| 03/30/07 | CHECK OR OTHER DEBIT | (264,769.10) | | |
| 04/04/07 | CHECK OR OTHER DEBIT | (449,720.93) | | |
| 06/01/07 | CHECK OR OTHER DEBIT | (2,065.24) | | |
| 03/27/07 | DEPOSITED ITEM RETURNED | (1,125.00) | | |
| 03/29/07 | DEPOSITED ITEM RETURNED | (400.00) | | |
| 05/01/07 | MERCHANT SERVICE Mi CCD51933436 | (30.00) | | |
| 03/20/07 | MERCHANT SERVIC MERCH CHBK CCD 51456170 | (415.00) | | |
| 04/09/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 5,464.16 | | |
| 04/10/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 3,901.83 | | |
| 04/11/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 56,417.25 | | |
| 04/12/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 5,535.99 | | |
| 04/13/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 3,186.21 | | |
| 04/16/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,420.71 | | |
| 04/16/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 4,383.87 | | |
| 04/19/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,270.48 | | |
| 04/20/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,455.47 | | |
| 04/23/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 40,904.18 | | |
| 04/24/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,092.08 | | |
| 04/27/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,195.09 | | |
| 04/30/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,560.19 | | |
| 05/01/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 3,856.99 | | |
| 05/02/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 289.25 | | |
| 05/03/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,733.41 | | |
| 05/04/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 240.00 | | |
| 05/07/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 3,893.59 | | |
| 05/08/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 10,673.99 | | |
| 05/11/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 3,097.17 | | |
| 05/11/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 116,044.12 | | |
| 05/14/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 681.64 | | |
| 05/14/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,000.00 | | |
| 05/15/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 64,080.18 | | |
| 05/16/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,305.24 | | |
| 05/31/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 2,065.24 | | |
| 05/17/07 | CHECK OR OTHER DEBI 47703961 | (334,683.09) | Diff need a debit to 1007 | 4.25 |
| | Variance | (0.01) | | |
| | Subtotal Item(s) not yet in G/L | (2,945,753.51) | | |

**ADJ G/L BALANCE**                                            **(1,716,620.08)**

**Variance**                                                              **0.00**


## STATEMENT
## OF ACCOUNTS

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 7930002156**
09/29/07 - 10/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2005

**NEW CENTURY MORTGAGE CORPORATION**
**SPEC DEP ACCT ITF DB STRUCTURED**
**PRODUCTS, INC**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■ *See images of paid checks, initiate domestic and international wires, reduce your exposure to check fraud, and more with Union Bank's Treasury Management Services on the Web. For more information, contact your Banking Officer or visit unionbank.com/cashmanagement.*

### Analyzed Business Checking Summary

Account Number: 7930002156

Days in statement period: Days in statement period: 33

| | | |
|---|---|---:|
| **Balance on 9/29** | $ | 0.00 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 10/31** | $ | 0.00 |

# CREDITS

# DEBITS

### Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 10/1-10/31 | $ | 0.00 | | |

*HOME 123*
*Countrywide EPP Reserve Control Account*
*G/L ACCT # 1056*
*As of October 31, 2007*

| Date | Description | Amount | Comment |
|------|-------------|--------|---------|
| 10/31/07 | Balance per Countrywide report | - | account inactivated- no statement |
| 10/31/07 | GL Balance as of 10/31/07 | 1,046,843.05 | |

**Adjusting Items**

| | | | |
|------|-------------|--------|---------|
| 03/08/07 | Withdrawal | (1,046,843.06) | Cash withdrawn by CW to pay off repurchases |
| | Adjusted Total GL: | (0.01) | |
| | Variance | 0.01 | |

Prepared by: J. Kennedy
Approved by: _____

**Note:**
This account is a reserve account required by Countrywide as part of the sales agreement.
It represents a reserve cash balance to cover any early payoffs or other shortfalls.
On March 8 2007 Countrywide took possession of the funds in this account to settle outstanding EPP issues due to BK

M:\accounting\Loan Accounting 2007\2007 Home 123 Recons\10-2007\[Home 1056-0000 CW EPP Reserve Control Acct Oct 07

**HOME123**
**UNION BANK 7930000102 (new manual payroll acct)**
**MANUAL PAYROLL ACCOUNT RECONCILIATION - 1066**
October 31, 2007

| | | |
|---|---|---:|
| BALANCE PER BANK | | 66,545.51 |
| OUTSTANDING CHECKS | 10/31/07 See Attached Listing | (71,895.63) |
| ADJ BANK BALANCE | | (5,350.12) |
| BALANCE PER G/L | | (5,255.41) |
| PAID CKS BUT NOT ON GL | 10/01/07 Ck# 102280 - cks paid but not on gl | (94.71) |
| ADJ G/L BALANCE | | (5,350.12) |
| | | (0.00) |

NOTE:

As of July:
Currently have an issue with PR system not providing an adequate manual check listing to post correctly to the GL. Check issue file currently is posted using the paid listing for prior month.

**(a) will clear next month**

Prepared by:  Lina Teang  Date:  12/7/2007

Reviewed by:  _____  Date:  _____

M:\Bank Recon\2007 Account Recons\Payroll HOME 1066 - Manual Acct 7930000102

**Account Number: 7930000102**
**Analyzed Business Checking Summary**

| | | |
|---|---|---|
| **Balance on 9/29** | | 66,640.22 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | -94.71 |
| Account recon dr (1) | -94.71 | |
| **Balance on 10/31** | | 66,545.51 |

**D e b i t s**
**Account reconciliation debits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 10/1 | ACCOUNT RECONCILIATION LIST POST | 99977386 | 94.71 |

**D a i l y   L e d g e r   B a l a n c e**

| Date | Ledger Balance |
|---|---|
| 10/1-10/31 | 66,545.51 |

**HOME 123**
**UNION BANK 2110103967**
**PAYROLL ACCOUNT RECONCILIATION - 1077**
October 31, 2007

| | | |
|---|---|---|
| **BALANCE PER BANK** | | 301,038.32 |
| | **10/31/07 OUTSTANDING CHECKS** | (295,435.48) |
| | | |
| **ADJ BANK BALANCE** | | 5,602.84 |
| | | |
| **BALANCE PER G/L** | | 6,102.84 |
| | 6/30/2007 Cash management bank not transfer | (500.00) a) |
| | | |
| **ADJ G/L BALANCE** | | 5,602.84 |

Notes:

(0.00)

a) will reclass next month
b) need to be recorded by a person who does the 2710 recon.

Prepared by: Lina Teang
Date: 12/10/2007

Approved by: _____ Date: _____ __ ___

M:\Recons 2007\10 - October 2007 Recons\HOME 1077-0000 Payroll

**Account Number: 2110103967**
**Analyzed Business Checking Summary**

| | | |
|---|---|---:|
| **Balance on 9/29** | | **1,401,038.32** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **-1,100,000.00** |
| Other debits (1) | -1,100,000.00 | |
| **Balance on 10/31** | | **301,038.32** |

**D e b i t s**
**Other debits, fees and adjustments**

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 10/19 | TELEPHONE TRANSFER | 99351681 | 1,100,000.00 |

**D a i l y   L e d g e r   B a l a n c e**

| Date | Ledger Balance |
|---|---:|
| 10/1-10/18 | 1,401,038.32 |
| 10/19-10/31 | 301,038.32 |

*Home 123*
*Deutsche Bank Disbursement/Settlement*
*G/L ACCT #1089-0000*
*As of October 31, 2007*

| Date | Description | Amount | | Comments |
|------|-------------|--------|--|----------|
| 10/31/07 | Deutsche Bank Account #52108 4000052107 Dis | | 45,227.16 | |
| 10/31/07 | Deutsche Bank Account #52108 4000052108 Ops | | 8,360.49 | |
| 10/31/07 | Deutsche Bank Account #52109 4000052109 Stl | | | —no activity, no stmt |
| | ADJUSTED BANK BAL | | 53,587.65 | |
| 10/31/07 | BALANCE PER GL | | 994,263.13 | |
| 02/09/07 | Cash Receipt, returned wire | 3,317.22 | | Not recorded on GL |
| 02/14/07 | DB-SALES PYDN | (534,607.96) | | JRNL4200024750 not shown on bank stmt |
| 02/22/07 | CASH DB | 3,411,406.90 | | researching-partial clearing to 2024 |
| 02/22/07 | Cash transfer EOD Shortage | (214,591.47) | | researching-partial clearing to 2024 |
| 02/23/07 | Cash transfer Payoffs shortage | (66,136.60) | | Clears to acct 2024--Kane to journalize |
| 02/23/07 | DB-SALES PYDN | (11,373.41) | | Clears to acct 2024--Kane to journalize |
| 02/28/07 | TRNFR TO DBSP FROM UBS | (149,605.00) | | JRNL4200024771 not shown on bank stmt |
| 03/06/07 | Cash transfer EOD | 306,175.46 | | Not recorded on GL |
| 03/14/07 | CASH-EB | (114,000.00) | | JRNL4200025342 recorded 2x |
| 03/29/07 | DB SALES PYDN | (7,980.61) | | JRNL4200025602 Not shown on bank stmt |
| 07/01/07 | 2/22 Borrowing DB | (3,634,446.43) | | JRNL4200026361 Clearing entry, needs res |
| 07/01/07 | 2-23 DB Paydown | 214,666.45 | | JRNL4200026361 Clearing entry, needs res |
| 07/01/07 | 2-23 DB Sales Paydown | (143,500.00) | | JRNL4200026361 Clearing entry, needs res |
| | Total Adjustments | | (940,675.45) | |
| | Adjusted GL Balance | | 53,587.68 | |
| | Variance | | (0.03) | |

PREPARED BY:  J. Kennedy          11/29/2007

APPROVED BY: _____

**Note:**
This account is the cash account for the Deutsche Bank warehouse line.  Activity should equal zero each month.

E:\Loan Accounting 2007\2007 Home 123 Recons\10-2007\[Home 1005-1097 Disbursement Accts Oct 07.xls]1089 - DB

Cleared Items

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

**Deutsche Bank** 

## CASH ACCOUNT SUMMARY
### OCTOBER 1, 2007    - OCTOBER 31, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 45,227.16 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| | |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 45,227.16 |

WO - 52107 4000052107
NEW CENTURY(PRIME)/DBSP DIS
NEW CENTURY(PRIME)/DBSP DIS
NC066C

Certain investments made for the
been executed through Deutsche Ba
or an affiliate. Any such transac
account(s) shown and without reco
As to any such transactions, us
included and retained by us as a
confirms are available upon cus
charge.

DBTCA provides a wide range of mu
investment yield, fee structure,
well as other important terms a
fund.  Since investment needs
contact your account represents
request a prospectus describing
options.

DBTCA has entered into agreemen
their agents to provide certai
funds. For providing these share
fee by the mutual funds that calc
exceed 80  basis points of the a
funds.

NEW CENTURY 184
SUITE 1000
18400 VON KARMA
NEW CENTURY(PRI
IRVINE CA  9261

For Questions Please Call (714)-2

This statement shall be deemed to
unless DBTCA is notified in writi
to the contrary within thirty (30
the date of this statement.

Page 1 of 2

# Deutsche Bank

**ccount:**  WO - 52107 4000052107
**Name:**  NEW CENTURY(PRIME)/DBSP DISBURSEMENT
NEW CENTURY(PRIME)/DBSP DISBURSEMENT
NC066C

STATEMENT PER:

## TRANSACTION STATEMENT

| DATE | TRANSACTION DESCRIPTION | CASH | TRANSACTIONS SECURITIES FACE | PRICE |
|------|-------------------------|------|------|-------|
| 10/01/07 | OPENING BALANCE | | | |
| 10/31/07 | NET TRANSACTIONS | 0.00 | | |
| | CLOSING BALANCE | | | |

/e are pleased to announce the launch of the new Trust & Securities Services web site at www.tss.db.com. You can now acc
pplication sites, product information, news, and contact details using a single URL.

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

**Deutsche Bank** ◪

## CASH ACCOUNT SUMMARY
### OCTOBER 1, 2007    - OCTOBER 31, 2007

WO - 52108 4000052108
NEW CENTURY(PRIME)/DBSP OPE
NEW CENTURY(PRIME)/DBSP OPE
NC066C

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 8,360.49 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 8,360.49 |

Certain investments made for the
been executed through Deutsche Ba
or an affiliate. Any such transac
account(s) shown and without reco
As to any such transactions, us
included and retained by us as a |
confirms are available upon cus
charge.

DBTCA provides a wide range of mu
investment yield, fee structure,
well as other important terms a
fund.  Since investment needs
contact your account representa
request a prospectus describing
options.

DBTCA has entered into agreemen
their agents to provide certai
funds. For providing these share
fee by the mutual funds that calc
exceed 80  basis points of the a
funds.

NEW CENTURY 184
SUITE 1000
18400 VON KARMA
NEW CENTURY(PRI
IRVINE CA  9261

For Questions Please Call (714)-2

This statement shall be deemed to
unless DBTCA is notified in writi
to the contrary within thirty (30
the date of this statement.

# Deutsche Bank

Account:    WO - 52108 4000052108
Name:    NEW CENTURY(PRIME)/DBSP OPERATING
NEW CENTURY(PRIME)/DBSP OPERATING
NC066C

<u>STATEMENT PER</u>

## TRANSACTION STATEMENT

| | | | TRANSACTIONS | | |
|---|---|---|---|---|---|
| | | | | SECURITIES | |
| DATE | TRANSACTION DESCRIPTION | CASH | | FACE | PRICE |
| 10/01/07 | OPENING BALANCE | | | | |
| 10/31/07 | NET TRANSACTIONS | 0.00 | | | |
| | CLOSING BALANCE | | | | |

We are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now acc
pplication sites, product information, news, and contact details using a single URL.

Page 2 of 2

*Home 123*
*Credit Suisse First Boston Disbursement/Settlement*
*G/L ACCT #1097-0000*
*As of October 31, 2007*

| Date | Description | Adjustments | Amount | Comments |
|------|-------------|-------------|--------|----------|
| 10/31/07 | DB Bank Account #44286-400044286 | | 462,884.30 | |
| | BALANCE PER GL HOME123 | | (1,189,653.74) | |
| | BALANCE PER GL NCMC | | 2,426,889.08 | |
| | Total Balance per GL | | 1,237,235.34 | |
| 02/02/07 | Daily Variance | 54.00 | | Offset in 1025 |
| 02/13/07 | Cash Receipt 37-10642215 | 3,889.10 | | Shown on bank stmt, not recorded on GL |
| 02/15/07 | Cash Receipt 37-10614791 | 732.00 | | Shown on bank stmt, not recorded on GL |
| 02/20/07 | Daily Variance | 103,050.92 | | Shown on bank stmt, not recorded on GL |
| 02/27/07 | Daily Variance | 67.83 | | GL doesn't match daily bank stmt activity |
| 02/28/07 | Daily Variance | (20.00) | | GL doesn't match daily bank stmt activity |
| 03/01/07 | SALES SHORTAGE | 349,951.94 | | JRNL4200025331 not shown on cash |
| 03/06/07 | CASH CSFB | (138,870.47) | | JRNL4200025390 partial offset in 2062 & 1025 |
| 03/09/07 | Cash receipt Ln#10704492 | 16,611.25 | | Cash receipts not recorded on GL |
| 03/09/07 | Cash receipt Ln#10714845 | 7,500.00 | | Cash receipts not recorded on GL |
| 03/09/07 | Cash receipt Ln#10705073 | 217,605.98 | | Cash receipts not recorded on GL |
| 07/01/07 | 2/16 borrowing CSFB | (1,554,336.81) | | JRNL200158146 clearing entry |
| 07/01/07 | 2/16 borrowing CSFB | 219,012.81 | | JRNL200158146 clearing entry |
| 08/31/07 | Reclass from 1068 | 400.00 | | Research w/B. Kastner |
| | Total Adjustments | (774,351.45) | | |
| | Adjusted G_Balance | 462,883.89 | | |
| | Variance | 0.41 | | |

**Notes:**
-This account is the cash account for the CSFB warehouse line.  Activity should equal zero each month.

-Home123 and NCMC activity is combined in one bank account; therefore both entities appear on this reconciliation

PREPARED BY:  J. Kennedy_____    11/29/2007

APPROVED BY:  _____

E:\Loan Accounting 2007\2007 Home 123 Recons\10-2007\[Home 1005-1097 Disbursement Accts Oct 07.xls]1097 - CSFB

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

# Deutsche Bank ☑

## CASH ACCOUNT SUMMARY
### OCTOBER 1, 2007   - OCTOBER 31, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 462,884.30 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| | |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 462,884.30 |

WO - 44286 4000044286
CSFB/NEW CENTURY FUNDING /
CSFB/NEW CENTURY FUNDING /
NC042C

Certain investments made for t
been executed through Deutsche
or an affiliate. Any such trans:
account(s) shown and without re
As to any such transactions,
included and retained by us as :
confirms are available upon c
charge.

DBTCA provides a wide range of i
investment yield, fee structui
well as other important terms
fund.   Since investment need
contact your account represer
request a prospectus describing
options.

DBTCA has entered into agreem
their agents to provide cert
funds. For providing these sha
fee by the mutual funds that ca
exceed 80  basis points of the
funds.

NEW CENTURY M
ATTN: CASH MA
SUITE 1000
18400 VON KAR
IRVINE CA  92

For Questions Please Call (714)

This statement shall be deemed
unless DBTCA is notified in wri
to the contrary within thirty (
the date of this statement.

# Deutsche Bank

**Account:**   WO - 44286 4000044286
**Name:**   CSFB/NEW CENTURY FUNDING ACCOUNT
CSFB/NEW CENTURY FUNDING ACCOUNT
NC042C

STATEMENT PE

## TRANSACTION STATEMENT

| | | TRANSACTIONS | | |
| | | | SECURITIES | |
| DATE | TRANSACTION DESCRIPTION | CASH | FACE | PRICE |
|---|---|---|---|---|
| 10/01/07 | OPENING BALANCE | | | |
| 10/31/07 | NET TRANSACTIONS | 0.00 | | |
| | CLOSING BALANCE | | | |

We are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now a
application sites, product information, news, and contact details using a single URL.

Page 2 of 2