Exhibit A

Status of Proofs of Claim for Debtors' First Omnibus Objection to Claims: (A) Duplicate Claims and (B) Amended and Superseded Claims

(Non-Substantive)

### Exhibit A

| Duplicate/ Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 70 | 60 | Leslie K Hill dba Farallon Enterprises | Response filed 11/16/07; D.I. 3845. The hearing for this claim has been continued to the omnibus hearing scheduled for January 9, 2008. |
| 2,542 | 60 | Leslie K Hill dba Farallon Enterprises | Response filed 11/16/07; D.I. 3845. The hearing for this claim has been continued to the omnibus hearing scheduled for January 9, 2008. |
| 411 | 401 | Leslie K Hill dba Farallon Enterprises | Response filed 11/16/07; D.I. 3845. The hearing for this claim has been continued to the omnibus hearing scheduled for January 9, 2008. |