**Exhibit B**

**Status of Proofs of Claim for Debtors' Second Omnibus Objection (Substantive) to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims**

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | | **Exhibit B** | |
| | 3245 | Silver Key Property Corp | The Debtors have received an informal response from the claimant. This claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| | | **Exhibit C** | |
| | 2599 | EMC Corporation | Response filed 11/26/07; D.I. 3957. This claim has been settled. The settlement is reflected on a revised form of order to be presented at the hearing. |
| | 60 | Leslie K Hill dba Farallon Enterprises | Response filed 11/16/07; D.I. 3845. This claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| | 450 | PFS Marketwyse | The Debtors have received an informal response from the claimant. This claim has been settled. The settlement is reflected on a revised form of order to be presented at the hearing. |