Exhibit C

Status of Proofs of Claim for Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims

### Exhibit A

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1497 | 3226 | 303 Griffing Associates, LLC | No objection has been filed to date |
| 3082 | 3487 | Alexis P Duncan | No objection has been filed to date |
| 2999 | 3355 | Anita Williams | No objection has been filed to date |
| 1480 | 1548 | BF Consultants Inc | No objection has been filed to date |
| 3074 | 3345 | Charles Skinner | No objection has been filed to date |
| 3066 | 3353 | Cheryl Harrigan | No objection has been filed to date |
| 668 | 2337 | Crestwood Behavioral Health Inc | No objection has been filed to date |
| 3091 | 3346 | Crystal Lewis | No objection has been filed to date |
| 455 | 3450 | Department of the Treasury Internal Revenue Service | No objection has been filed to date |
| 539 | 3388 | Department of the Treasury Internal Revenue Service | No objection has been filed to date |
| 454 | 3406 | Department of the Treasury Internal Revenue Service | No objection has been filed to date |
| 542 | 3405 | Department of the Treasury Internal Revenue Service | No objection has been filed to date |
| 543 | 3404 | Department of the Treasury Internal Revenue Service | No objection has been filed to date |
| 2 | 3407 | Department of the Treasury Internal Revenue Service | No objection has been filed to date |
| 3088 | 3349 | Diana Spells | No objection has been filed to date |
| 2828 | 3497 | Federal National Mortgage Association | No objection has been filed to date |
| 51 | 1275 | Innovative Staff Serv | No objection has been filed to date |
| 3068 | 3354 | Joan Hummonds | No objection has been filed to date |
| 3063 | 3351 | Joseph & LaDosca Richardson | No objection has been filed to date |
| 3085 | 3515 | Lorraine Sturghill P R Estate of Sturghill | No objection has been filed to date |
| 3077 | 3347 | Nadine Morris | No objection has been filed to date |
| 3089 | 3350 | Nevelle Lewis | No objection has been filed to date |
| 1181 | 3339 | Orange County Treasurer Tax Collector | Objection filed 12/11/07; D.I. 4074. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 1188 | 3460 | QKC Maui Owner LLC | No objection has been filed to date |
| 2644 | 3261 | Richard Kinlock | No objection has been filed to date |

1

Exhibit C

Status of Proofs of Claim for Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1076 | 3372 | Stratacom | No objection has been filed to date |
| 3071 | 3348 | Tallulah Anderson | No objection has been filed to date |
| 812 | 1046 | The Next Level Sales Consulting | No objection has been filed to date |
| 811 | 1046 | The Next Level Sales Consulting | No objection has been filed to date |
| 2457 | 3506 | Washignton Mutual Mortgage Securities Corp | No objection has been filed to date |
| 2679 | 3505 | WM Specialty Mortgage LLC | No objection has been filed to date |
| 3008 | 3352 | Yolanda & Wayne Matthews | No objection has been filed to date |
| | | **Exhibit B** | |
| | 824 | Anders Michael R | No objection has been filed to date |
| | 28 | Andrew Merolla | No objection has been filed to date |
| | 1016 | Barrett Russel C | No objection has been filed to date |
| | 1841 | Camel Holding | No objection has been filed to date |
| | 1155 | Dahlin Whitney | No objection has been filed to date |
| | 914 | Delbert Peter Van Vliet | No objection has been filed to date |
| | 881 | Demos Euripides George | Response filed 12/4/07; D.I. 4047. This objection is going forward with respect to this claim. |
| | 2465 | Dennis Witkowsky | No objection has been filed to date |
| | 963 | Di Liberto Alfonso G | No objection has been filed to date |
| | 871 | Donald E and Judy S Williams | Response filed 11/30/07; D.I. 3995. The Debtors have withdrawn their objection to this claim. |
| | 36 | Donald F Rowland | No objection has been filed to date |
| | 2144 | Ed V Grande | No objection has been filed to date |
| | 1386 | Erica Rachel Buchanan | No objection has been filed to date |
| | 2285 | Foley & Mansfield PLLP | Response filed 12/12/07; D.I. 4079. This claim is being continued to the omnibus hearing on January 9, 2008. |
| | 860 | Foothill Funding Group Inc | No objection has been filed to date |
| | 846 | Geller Alan M | No objection has been filed to date |
| | 873 | George Cretella Esq | No objection has been filed to date |

2

Exhibit C

Status of Proofs of Claim for Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 889 | Giordano Richard P | No objection has been filed to date |
| | 2276 | Hodges Cortini J | No objection has been filed to date |
| | 545 | Jill Marie Corley | No objection has been filed to date |
| | 210 | Joel Terrill | No objection has been filed to date |
| | 500 | Karen Byrd | No objection has been filed to date |
| | 890 | Katherine Ackerman Magnotta | No objection has been filed to date |
| | 1101 | Lamun Mock Cunnyngham & Davis | No objection has been filed to date |
| | 1389 | Leticia Chavez | No objection has been filed to date |
| | 1737 | Liao Lily B | No objection has been filed to date |
| | 852 | Lopez Michael Paul | No objection has been filed to date |
| | 1022 | Mcdonald Scott Alan | No objection has been filed to date |
| | 810 | Mcdowell Shelly Marie | No objection has been filed to date |
| | 994 | Michael F Clancy | The Debtors received an informal response. This objection is going forward with respect to this claim. |
| | 808 | Michael R Anders | No objection has been filed to date |
| | 2646 | Nancy Kaufman Thompson | No objection has been filed to date |
| | 1413 | Nikki Davis | No objection has been filed to date |
| | 886 | Orsino Brian Christopher | No objection has been filed to date |
| | 3136 | Pacific Gold Mortgage Inc | No objection has been filed to date |
| | 2039 | Remedria Ann Bennett | No objection has been filed to date |
| | 249 | Richard E Ballarini | No objection has been filed to date |
| | 1139 | Sakas Christopher T | No objection has been filed to date |
| | 1297 | Spiccia Dawn Elizabeth | No objection has been filed to date |
| | 1547 | Stan W Steidel | No objection has been filed to date |
| | 2977 | Steve Harris | No objection has been filed to date |
| | 884 | Worthen Brenda Kaye | No objection has been filed to date |
| | | Exhibit C | |
| 3150 | 1315 | Imperial County Tax Collector | No objection has been filed to date |

3

Exhibit C

Status of Proofs of Claim for Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1276 | 1275 | Innovative Staffing Resources | No objection has been filed to date |
| 1448 | 562 | Officemax Contract Inc | No objection has been filed to date |
| 3499 | 3506 | Washington Mutual Mortgage Securities Corp | No objection has been filed to date |
| **Exhibit D** | | | |
| | 3487 | Alexis P Duncan | No objection has been filed to date |
| | 3239 | Ames Linda M | No objection has been filed to date |
| | 3209 | Ana Becerra Gossman | No objection has been filed to date |
| | 3274 | Bochon Appraisal Service | No objection has been filed to date |
| | 3273 | Branham Dawn C | No objection has been filed to date |
| | 3215 | Chris Jones | No objection has been filed to date |
| | 3382 | Claire H Fremderman | No objection has been filed to date |
| | 3380 | Claire Seidenrose | No objection has been filed to date |
| | 3381 | Clear Capital com Inc | Response filed 12/10/07; D.I. 4072. This claim has been settled. The settlement is reflected on a revised form of order to be presented at the hearing. |
| | 3206 | David Mora | No objection has been filed to date |
| | 3304 | Dawn C Branham | No objection has been filed to date |
| | 3258 | Dawnmarie K Kacahos | No objection has been filed to date |
| | 3516 | Don Johnson Appraisal Services | No objection has been filed to date |
| | 3237 | Ed Farkas | No objection has been filed to date |
| | 3335 | Florida Default Law Group Pl | No objection has been filed to date |
| | 3442 | Florine Williams | No objection has been filed to date |
| | 3384 | Foreclosure Link | No objection has been filed to date |
| | 3336 | Foreclosure Link | No objection has been filed to date |
| | 3303 | Garrick P Sullivan | No objection has been filed to date |
| | 3272 | Geiger Bros | No objection has been filed to date |
| | 3223 | Hacienda Md 7901 LLC | No objection has been filed to date |
| | 3220 | James W Harris | No objection has been filed to date |

4

Exhibit C

Status of Proofs of Claim for Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3210 | Janet Thompson Davis | No objection has been filed to date |
| | 3233 | Jessica McLin | No objection has been filed to date |
| | 3207 | Julia Barsky Zorin | No objection has been filed to date |
| | 3255 | Kacahos Dawnmarie K | No objection has been filed to date |
| | 3259 | Kelly Services Inc | No objection has been filed to date |
| | 3327 | Laney & Smith Properties | No objection has been filed to date |
| | 3238 | Lorena Smart | No objection has been filed to date |
| | 3515 | Lorraine Sturghill PR Estate of Sturghill | No objection has been filed to date |
| | 3310 | Mary Donald | No objection has been filed to date |
| | 3254 | Monica Lewis & Stacy Ann Nardia Boothe | No objection has been filed to date |
| | 3265 | Mortgage Information Services Inc | No objection has been filed to date |
| | 3230 | Norton Patricia | No objection has been filed to date |
| | 3375 | Nye Ryan Michael | No objection has been filed to date |
| | 3205 | Nye Ryan Michael | No objection has been filed to date |
| | 3396 | PMI Mortgage Services Co | No objection has been filed to date |
| | 3302 | RDS Rental Service | No objection has been filed to date |
| | 3301 | RDS Rental Service | No objection has been filed to date |
| | 3444 | Residential Mortgage Solution LLC | The Debtors received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| | 3256 | Robert A Aparicio | No objection has been filed to date |
| | 3441 | Robert Carroll & Monica Carroll | No objection has been filed to date |
| | 3329 | Root Learning Inc | No objection has been filed to date |
| | 3242 | Ryan Michael Nye | No objection has been filed to date |
| | 3243 | Ryan Michael Nye | No objection has been filed to date |
| | 3438 | Sidney Morris and Aleem Morris | No objection has been filed to date |
| | 3204 | Sione Moala | No objection has been filed to date |
| | 3203 | Stack Computer | No objection has been filed to date |

Exhibit C

Status of Proofs of Claim for Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3271 | True Partners Consulting LLC | No objection has been filed to date |
| | 3211 | Tuscon Electric Power | No objection has been filed to date |
| | 3492 | Tyrees Maintenance | No objection has been filed to date |
| | 3208 | Unisource Energy Services | No objection has been filed to date |
| | 3212 | Western Oregon Appraisals LLC | No objection has been filed to date |
| | 3275 | Wiligus Appraisal Services | No objection has been filed to date |
| | 3270 | Yamaguchi Deann Karen | No objection has been filed to date |