Exhibit D

Status of Proofs of Claim for Debtors' Fifth Omnibus Objection (Substantive) to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims

Exhibit A

| Claim Number | Claimant | Status |
|---|---|---|
| 1205 | Adams County Special Assessments | No objection has been filed to date |
| 976 | Alpena City | No objection has been filed to date |
| 228 | Arlington Independent School District | No objection has been filed to date |
| 1658 | Beaver Falls City | No objection has been filed to date |
| 1665 | Big Beaver Falls Sd/Beaver Falls | No objection has been filed to date |
| 1121 | Black Hawk County | No objection has been filed to date |
| 433 | Brevard County Tax Collector | No objection has been filed to date |
| 272 | Brevard County Tax Collector | No objection has been filed to date |
| 273 | Brevard County Tax Collector | No objection has been filed to date |
| 274 | Brevard County Tax Collector | No objection has been filed to date |
| 229 | Castleberry Independent School District | No objection has been filed to date |
| 173 | Cedar Hill Independent School District | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 222 | Celina Independent School District | No objection has been filed to date |
| 415 | Chatham County Tax Commissioner | Withdrawal of claim filed 12/10/07; D.I. 4071 |
| 241 | City of Cedar Hill | No objection has been filed to date |
| 1753 | City of DeSoto | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 342 | City of Frisco | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 603 | City of Garland Tax | No objection has been filed to date |
| 605 | City of Garland Tax | No objection has been filed to date |

1

Exhibit D

Status of Proofs of Claim for Debtors' Fifth Omnibus Objection (Substantive) to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 636 | City of Garland Tax | No objection has been filed to date |
| 604 | City of Garland Tax | No objection has been filed to date |
| 609 | City of Garland Tax | No objection has been filed to date |
| 344 | City of Memphis TN | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 612 | City of Mesquite and or Mesquite Independent School District | No objection has been filed to date |
| 614 | City of Mesquite and or Mesquite Independent School District | No objection has been filed to date |
| 613 | City of Mesquite and or Mesquite Independent School District | No objection has been filed to date |
| 615 | City of Mesquite and or Mesquite Independent School District | No objection has been filed to date |
| 225 | City of Princeton | No objection has been filed to date |
| 194 | City of Richardson | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 224 | City of Whitewright | No objection has been filed to date |
| 1294 | Clark County Treasurer | No objection has been filed to date |
| 651 | Collin County Tax | No objection has been filed to date |
| 600 | Collin County Tax | No objection has been filed to date |
| 644 | Collin County Tax | No objection has been filed to date |
| 602 | Collin County Tax | No objection has been filed to date |
| 601 | Collin County Tax | No objection has been filed to date |
| 650 | Collin County Tax | No objection has been filed to date |
| 1757 | Concordia City of | No objection has been filed to date |

2

Exhibit D

Status of Proofs of Claim for Debtors' Fifth Omnibus Objection (Substantive) to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 472 | County of Denton Denton County Fresh Water District No 6 | Response filed 12/6/07; D.I. 4042. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 1572 | County of Lehigh Fiscal Office | No objection has been filed to date |
| 440 | County of Santa Clara | Response filed 12/10/07; D.I. 4073. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 441 | County of Santa Clara | Response filed 12/10/07; D.I. 4073. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 473 | County of Williamson Lender Independent School District | Response filed 12/6/07; D.I. 4042. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 1167 | Cumberland Co Tax Collector | No objection has been filed to date |
| 1307 | Cypress Fairbanks ISD | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 296 | Dallas County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 1062 | Danielson Boro | No objection has been filed to date |
| 1191 | Dekalb County | No objection has been filed to date |
| 610 | Denton Independent School District | No objection has been filed to date |
| 1388 | Deny Town | No objection has been filed to date |

Exhibit D

Status of Proofs of Claim for Debtors' Fifth Omnibus Objection (Substantive) to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 1754 | DeSoto ISD | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 1336 | Dodge County Treasurer | No objection has been filed to date |
| 447 | Edcouch Elsa ISD | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 537 | Floyd County Central Appraisal District | No objection has been filed to date |
| 528 | Fort Bend County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 962 | Frederick County | No objection has been filed to date |
| 648 | Frisco ISD Tax | No objection has been filed to date |
| 647 | Frisco ISD Tax | No objection has been filed to date |
| 637 | Frisco ISD Tax | No objection has been filed to date |
| 1598 | Garland Independent School District | No objection has been filed to date |
| 1597 | Garland Independent School District | No objection has been filed to date |
| 1593 | Garland Independent School District | No objection has been filed to date |
| 1594 | Garland Independent School District | No objection has been filed to date |
| 1595 | Garland Independent School District | No objection has been filed to date |
| 1596 | Garland Independent School District | No objection has been filed to date |
| 260 | Gilpin County Treasurer | No objection has been filed to date |
| 1495 | Ginger Franklin Jefferson County Trustee | No objection has been filed to date |

4

Exhibit D

Status of Proofs of Claim for Debtors' Fifth Omnibus Objection (Substantive) to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 561 | Grayson County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 734 | Hamilton County | No objection has been filed to date |
| 733 | Hamilton County | No objection has been filed to date |
| 1314 | Harris County et al | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 700 | Hidalgo County | Response filed 12/13/07; D.I. 4087. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 1290 | Hubbard County | No objection has been filed to date |
| 690 | Hunt County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 662 | Hunt County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 1315 | Imperial County Unsecured Tax Col | No objection has been filed to date |
| 246 | Joe G Tedder CFC Tax Collector for Polk County | No objection has been filed to date |
| 277 | Joe G Tedder CFC Tax Collector for Polk County | No objection has been filed to date |
| 1509 | Kern County Treasurer Tax Collector | No objection has been filed to date |
| 680 | La Joya ISD | Response filed 12/13/07; D.I. 4087. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |

Exhibit D

Status of Proofs of Claim for Debtors' Fifth Omnibus Objection (Substantive) to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 1697 | Lee County Tax Collector | No objection has been filed to date |
| 1450 | Lehigh County | No objection has been filed to date |
| 343 | Linestone County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 560 | Little Elm | No objection has been filed to date |
| 1617 | Lubbock Central Appraisal District | The Debtors have received an informal response. This claim has been settled. The settlement is reflected on a revised form of order to be presented at the hearing. |
| 268 | Mansfield Independent School District | No objection has been filed to date |
| 290 | Maricopa County Treasurer | Response filed 12/13/07; D.I. 4088. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 1189 | Mason County Treasurer | No objection has been filed to date |
| 1233 | Mason County Treasurer | No objection has been filed to date |
| 1194 | Mason County Treasurer | No objection has been filed to date |
| 1193 | Mason County Treasurer | No objection has been filed to date |
| 1179 | Mason County Treasurer | No objection has been filed to date |
| 1202 | Mason County Treasurer | No objection has been filed to date |
| 1210 | Mason County Treasurer | No objection has been filed to date |
| 1209 | Mason County Treasurer | No objection has been filed to date |
| 1207 | Mason County Treasurer | No objection has been filed to date |
| 1178 | Mason County Treasurer | No objection has been filed to date |
| 1187 | Mason County Treasurer | No objection has been filed to date |
| 1204 | Mason County Treasurer | No objection has been filed to date |
| 1234 | Mason County Treasurer | No objection has been filed to date |
| 1190 | Mason County Treasurer | No objection has been filed to date |
| 1231 | Mason County Treasurer | No objection has been filed to date |

Exhibit D

Status of Proofs of Claim for Debtors' Fifth Omnibus Objection (Substantive) to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 1206 | Mason County Treasurer | No objection has been filed to date |
| 1174 | Mason County Treasurer | No objection has been filed to date |
| 1176 | Mason County Treasurer | No objection has been filed to date |
| 439 | McLennan County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 457 | Mexia Independent School District | Response filed 12/6/07; D.I. 4042. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 526 | Montgomery County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 295 | Parker CAD | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 806 | Pawtucket City | No objection has been filed to date |
| 817 | Pend Oreille County Treasurer | No objection has been filed to date |
| 227 | Princeton Independent School District | No objection has been filed to date |
| 174 | Richardson Independent School District | No objection has been filed to date |
| 1107 | Richmond County | No objection has been filed to date |
| 973 | Sacramento County Tax Collector | No objection has been filed to date |
| 891 | Scott County Tax Collector | No objection has been filed to date |
| 958 | Scott County Taxation Dept | No objection has been filed to date |
| 957 | Scott County Taxation Dept | No objection has been filed to date |

7

**Exhibit D**

**Status of Proofs of Claim for Debtors' Fifth Omnibus Objection (Substantive) to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims**

| Claim Number | Claimant | Status |
|---|---|---|
| 547 | South Texas College | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 597 | South Texas ISD Hidalgo Co | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 469 | St Louis County Auditor | No objection has been filed to date |
| 468 | St Louis County Auditor | No objection has been filed to date |
| 902 | Stafford Town | No objection has been filed to date |
| 471 | Tax Appraisal District of Bell County | Response filed 12/6/07; D.I. 4042. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 372 | Tax Collector Manatee County | No objection has been filed to date |
| 371 | Tax Collector Manatee County | No objection has been filed to date |
| 324 | Tax Collector Manatee County | No objection has been filed to date |
| 323 | Tax Collector Manatee County | No objection has been filed to date |
| 677 | TWP of Bloomfield | No objection has been filed to date |
| 1203 | Walker County Appraisal District | Response filed 12/13/07; D.I. 4087. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 226 | Whitewright Independent School District | No objection has been filed to date |
| 466 | Wilson County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 1674 | Woodbury County | No objection has been filed to date |
| 1392 | Wright County | No objection has been filed to date |

Exhibit D

Status of Proofs of Claim for Debtors' Fifth Omnibus Objection (Substantive) to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims

| Claim Number | Claimant | Exhibit B | Status |
|---|---|---|---|
| 307 | Bexar County | | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 1522 | City and County of Denver Treasury | | No objection has been filed to date |
| 442 | County of Santa Clara | | Response filed 12/10/07; D.I. 4073. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 1263 | Forth Worth Independent School District | | No objection has been filed to date |
| 1304 | Los Angeles County Treasurer and Tax Collector | | No objection has been filed to date |
| 596 | Nueces County | | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 3339 | Orange County Treasurer Tax Collector | | Objection filed 12/11/07; D.I. 4074. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 294 | Tarrant County | | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |

9