IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
: Chapter 11
In re: :
: Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC., :
a Delaware corporation, et al.,[1] : Jointly Administered
:
Debtors : Hearing Date: 1/9/08 at 1:30 p.m.
: Objection Deadline: 1/2/08 at 4:00 p.m.
------------------------------x

**MOTION TO AMEND ORDER UNDER § 156(c) OF THE JUDICIAL CODE AND RULE 2002-1(f) OF THE LOCAL RULES AUTHORIZING THE APPOINTMENT OF XROADS CASE MANAGEMENT SERVICES, LLC AS CLAIMS AND NOTICING AGENT FOR THE DEBTORS TO INCLUDE NEW CENTURY WAREHOUSE CORPORATION *NUNC PRO TUNC* TO AUGUST 3, 2007**

New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc. ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor in possession (collectively, the "Debtors" or the "Company"), by and through their undersigned counsel, hereby submit this motion (the "Motion")[2] to amend the order under section 156(c) of title 28 of the United States Code (the "Judicial Code") and Rule 2002-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") approving the appointment of XRoads Case Management Services, LLC ("XRoads") as claims and noticing

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a Delaware corporation.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Engagement Letter (defined below).

RLF1-3236331-1

(the "XRoads Appointment Order") to include debtor New Century Warehouse Corporation ("Warehouse") nunc pro tunc to August 3, 2007. In support of this Motion, the Debtors rely on the Declaration of John Vander Hooven attached hereto as <u>Exhibit A</u>. In further support of this Motion, the Debtors respectfully represent as follows:

## BACKGROUND

1. On April 11, 2007, the Court entered the XRoads Appointment Order, a copy of which is attached hereto as <u>Exhibit B</u>.

2. On August 3, 2007, Warehouse, an affiliate of the Debtors, filed a petition for chapter 11 relief.

3. On August 7, 2007, the Court entered an order authorizing joint administration of Warehouse's chapter 11 case with the chapter 11 cases of the Debtors.

## RELIEF REQUESTED

4. By this Motion, the Debtors seek to amend the XRoads Appointment Order to include Warehouse, nunc pro tunc to August 3, 2007.

## MEMORANDUM OF LAW

5. The Debtors submit that this Motion does not present any novel issues of law requiring briefing. Therefore, under Rule 7.1.2 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware (as amended from time to time, the "Local District Court Rules"), incorporated by reference into Local Rule 1001-1(b), the Debtors respectfully request that the Court set aside the briefing schedule set forth in Rule 7.1.2(a) of the Local District Court Rules.

## NOTICE

6. No trustee has been appointed in these chapter 11 cases. Notice of this Motion has been provided to: (1) the Office of the United States Trustee for the District of Delaware; (2)

counsel to the Official Committee of Unsecured Creditors appointed in these chapter 11 cases; (3) counsel to the examiner appointed in these chapter 11 cases; and (4) all parties who have timely filed requests for notice under Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is required.

## NO PRIOR REQUEST

7.      No previous motion for the relief sought herein has been made to this or any other Court.

WHEREFORE, the Debtors respectfully request that the Court enter an Order, substantially in the form attached hereto as Exhibit C: (a) amending the XRoads Appointment Order to include Warehouse nunc pro tunc to August 3, 2007, under the terms of the Engagement Letter (as modified by this Motion) and (b) granting such further relief as is just and proper.

Dated: December 18, 2007
Wilmington, Delaware

Respectfully submitted,

New Century Financial Corporation, New Century TRS Holdings, Inc., New Century Mortgage Corporation, NC Capital Corporation, Home123 Corporation, New Century Credit Corporation, NC Asset Holding, L.P., NC Residual III Corporation, NC Residual IV Corporation, New Century R.E.O. Corp., New Century R.E.O. II Corp., New Century R.E.O. III Corp., New Century Mortgage Ventures, LLC, NC Deltex, LLC, NCoral, L.P., New Century Warehouse Corporation, as Debtors and Debtors in Possession

By:     /s/ Monika L. McCarthy
        Monika M. McCarthy
        Senior Vice President & General Counsel

3