# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
: Chapter 11
In re: :
: Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC., :
a Delaware corporation, et al.,[1] : Jointly Administered
:
Debtors :
:
------------------------------x

**DECLARATION OF JOHN VANDER HOOVEN IN SUPPORT OF THE
MOTION TO AMEND ORDER UNDER § 156(c) OF THE JUDICIAL
CODE AND RULE 2002-1(f) OF THE LOCAL RULES AUTHORIZING
THE APPOINTMENT OF XROADS CASE MANAGEMENT SERVICES, LLC
AS CLAIMS AND NOTICING AGENT FOR THE DEBTORS TO INCLUDE
NEW CENTURY WAREHOUSE CORPORATION *NUNC PRO TUNC* TO
AUGUST 3, 2007NOTICE OF MOTION AND HEARING**

John Vander Hooven makes this Declaration under 28 U.S.C. § 1746, and states:

1. I am a Managing Director of XRoads Case Management Services, LLC ("XRoads"), located at 1821 East Dyer Road, Suite 225, Santa Ana, California. .

2. I submit this declaration in support of the motion (the "Motion") to amend the order under section 156(c) of title 28 of the United States Code (the "Judicial Code") and Rule 2002-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") approving the appointment of XRoads Case Management Services, LLC ("XRoads") as claims and noticing (the "XRoads

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a Delaware corporation.

RLF1-3236335-1

Appointment Order") to include debtor New Century Warehouse Corporation ("Warehouse") nunc pro tunc to August 3, 2007. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, I would testify competently thereto.

3. I incorporate by reference, as if fully set forth herein, the contents of my original Declaration in these cases.

  a. To the best of my knowledge, information and belief, neither XRoads, nor any of its professional personnel, has any connection with Warehouse, its creditors, the United States Trustee, or any other party with an actual or potential interest in these chapter 11 cases, or their respective attorneys or accountants. XRoads knows of no fact or situation that would represent a conflict of interest for XRoads with regard to the Debtors.

  b. XRoads did not receive a retainer for its contemplated work on behalf of New Century Warehouse ("Warehouse").

4. XRoads has not been retained to assist any entity or person other than the Debtors on matters relating to, or in connection with, these chapter 11 cases. XRoads has not and will not accept any engagement or perform any service for any entity or person other than the Debtors in these chapter 11 cases. XRoads may, however, provide professional services to entities or persons that may be creditors or parties in interest in these chapter 11 cases, provided that such services do not relate to, or do not have any direct connection with, these chapter 11 cases or the Debtors.

5. XRoads will not withdraw from providing services as the Claims and Noticing Agent in these cases unless authorized by order of this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of December, 2007.

/s/ John Vander Hooven
John Vander Hooven