EXHIBIT A

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD NOVEMBER 1, 2007 THOUGH NOVEMBER 30, 2007**

| **Professional** | **Position** | **Hours** | **Rate** | **Fees** |
|---|---|---|---|---|
| Greenspan, Ronald | Senior Managing Director | 12.4 | | |
| Star, Samuel | Senior Managing Director | 86.3 | | |
| Joffe, Steven | Senior Managing Director | 2.0 | | |
| Dragelin, Timothy | Senior Managing Director | 21.5 | | |
| Ellis, Melissa | Director | 66.5 | | |
| Greenberg, Mark | Director | 53.8 | | |
| Amico, Marc | Consultant | 129.3 | | |
| Park, Ji Yon | Consultant | 143.4 | | |
| Pearson, Linda | Administrative | 2.4 | | |
| **Sub-Total** | | **517.6** | **N/A** | **$ 100,000** |

**Hourly Scope Projects**

| **Professional** | **Position** | **Hours** | | | **Rate** | | | **Fees** |
|---|---|---|---|---|---|---|---|---|
| Sloane, Raymond | Senior Managing Director | 22.8 | | $ | 615 | | $ | 14,022 |
| Joffe, Steven | Senior Managing Director | 6.5 | | | 675 | | | 4,388 |
| Dragelin, Timothy | Senior Managing Director | 8.3 | | | 615 | | | 5,105 |
| Shapss-Herringer, Wendy | Managing Director | 14.1 | | | 550 | | | 7,755 |
| Friedler, Andrew | Director | 151.3 | | | 475 | | | 71,868 |
| Gosik, Jaime | Director | 69.1 | | | 435 | | | 30,059 |
| Briggi, Lawrence | Director | 0.4 | | | 375 | | | 150 |
| Day, Jeanette | Director | 8.5 | | | 510 | | | 4,335 |
| Spieler, Marc | Director | 6.6 | | | 430 | | | 2,838 |
| Pelavin, David | Senior Consultant | 71.1 | | | 295 | | | 20,975 |
| Rajpara, Vishalkumar | Senior Consultant | 79.1 | | | 280 | | | 22,148 |
| Wilbur, Alan | Senior Consultant | 27.7 | | | 250 | | | 6,925 |
| Withrow, Mary | Senior Consultant | 4.1 | | | 150 | | | 615 |
| Almazon, Jonel | Senior Consultant | 1.4 | | | 300 | | | 420 |
| Rondeau, Juliejon | Senior Consultant | 10.2 | | | 250 | | | 2,550 |
| Witinok, Daniel | Senior Consultant | 3.9 | | | 275 | | | 1,073 |
| Meyer, Joshua | Consultant | 1.8 | | | 250 | | | 450 |
| Gadley, Shannon | Consultant | 0.9 | | | 185 | | | 167 |
| Myles, Krysten | Consultant | 5.1 | | | 150 | | | 765 |
| Tran, Cassandra | Consultant | 1.4 | | | 185 | | | 259 |
| Abraham, Bao | Project Assistant | 2.0 | | | 175 | | | 350 |
| **Sub-Total** | | **496.3** | | | | | **$** | **197,214** |
| **Total** | | **1,013.9** | | | | | **$** | **297,214** |