**EXHIBIT C**

scenarios were updated as new information became available. FTI also worked with Committee counsel to develop recommendations on how to settle various intercreditor issues and to build consensus amongst all parties for a plan of liquidation. Related discussions with the Debtors, Committee counsel and Committee members are also included in this code.

*PCD 41 – Document Management Services*

Time spent in this project code relates to the managing of documents requested under the 2004 motion and other litigation. FTI developed the system that was used to load and archive documents relating to the various litigation matters.