**EXHIBIT D**

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2007 THOUGH NOVEMBER 30, 2007**

| **Expense Type** | | **Amount** |
|---|---|---|
| Airfare/Train | $ | 397.30 |
| Electronic Subscriptions | | 9,050.98 |
| Hotel & Lodging | | 557.90 |
| Internet Provider Charges | | 12.00 |
| Meals | | 347.45 |
| Mileage/Parking/Tolls | | 72.16 |
| Taxi/Subway | | 363.00 |
| **Total:** [1] | **$** | **10,800.79** |

[1] Amounts include unbilled expenses from prior months.

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**EXPENSE DETAIL**
**FOR THE PERIOD NOVEMBER 1, 2007 THOUGH NOVEMBER 30, 2007**

| Date | Consultant | Expense Type | Amount | Description of Expense |
|---|---|---|---:|---|
| 11/29/2007 | Day, Jeanette | Airfare/Train | $ 386.30 | One-way coach airfare from Charlotte, NC to New York, NY. |
| 11/30/2007 | Day, Jeanette | Airfare/Train | 11.00 | Parking charges at airport. |
| | | **Airfare/Train Total** | 397.30 | |
| 9/30/2007 | Bellazain-Harris, | Electronic Subscriptions | 141.12 | Electronic subscriptions for Pacer services. |
| 9/30/2007 | Meyer, Joshua | Electronic Subscriptions | 1,902.00 | Online Hosting Fees - Ringtail (19.02 GB @ $100/GB from 09/01/07 - 09/30/07). |
| 9/30/2007 | Meyer, Joshua | Electronic Subscriptions | 15.00 | Online Loading Fees - Ringtail (0.30 GB @ $50/GB 09/01/07 - 09/30/07). |
| 9/30/2007 | Stedman, Elizabeth B | Electronic Subscriptions | 11.36 | Electronic subscriptions for Pacer services. |
| 10/31/2007 | Meyer, Joshua | Electronic Subscriptions | 2,585.00 | Online Hosting Fees - Ringtail (25.85 GB @ $100/GB from 10/01/07 - 10/31/07). |
| 10/31/2007 | Meyer, Joshua | Electronic Subscriptions | 341.50 | Online Loading Fees - Ringtail (6.83 GB @ $50/GB from 10/01/07 - 10/31/07). |
| 11/30/2007 | Meyer, Joshua | Electronic Subscriptions | 3,565.00 | Online Hosting Fees - Ringtail (35.65 GB @ $100/GB from 11/01/07 - 11/30/07). |
| 11/30/2007 | Meyer, Joshua | Electronic Subscriptions | 490.00 | Online Loading Fees - Ringtail (9.8 GB @ $50/GB from 11/01/07 - 11/30/07). |
| | | **Electronic Subscriptions Total** | 9,050.98 | |
| 11/30/2007 | Day, Jeanette | Hotel & Lodging | 557.90 | Lodging, New York, NY (1 night). |
| | | **Hotel & Lodging Total** | 557.90 | |
| 11/18/2007 | Park, Ji Yon | Internet Provider Charges | 6.00 | Internet charges related to client work. |
| 11/25/2007 | Park, Ji Yon | Internet Provider Charges | 6.00 | Internet charges related to client work. |
| | | **Internet Provider Charges Total** | 12.00 | |
| 10/24/2007 | Ellis, Melissa | Meals | 60.09 | Working meal/dinner for team members. |
| 10/31/2007 | Amico, Marc | Meals | 20.15 | Working meal/dinner for self. |
| 11/1/2007 | Star, Samuel | Meals | 118.48 | Working meal/lunch for FTI and Committee members |
| 11/13/2007 | Amico, Marc | Meals | 15.46 | Working meal/dinner for self. |
| 11/17/2007 | Amico, Marc | Meals | 14.00 | Working meal/dinner for self. |
| 11/17/2007 | Greenberg, Mark | Meals | 11.59 | Working meal/lunch for self. |
| 11/28/2007 | Amico, Marc | Meals | 16.98 | Working meal/dinner for self. |
| 11/26/2007 | Star, Samuel | Meals | 19.62 | Working meal/lunch for self and L. Park. |
| 11/29/2007 | Day, Jeanette | Meals | 7.04 | Out of town meal/lunch for self. |
| 11/29/2007 | Day, Jeanette | Meals | 4.60 | Out of town meal/breakfast for self. |
| 11/29/2007 | Day, Jeanette | Meals | 17.09 | Out of town meal/dinner for self. |
| 11/29/2007 | Day, Jeanette | Meals | 32.60 | Out of town meal/dinner for self. |
| 11/30/2007 | Day, Jeanette | Meals | 9.75 | Out of town meal/breakfast for self. |
| | | **Meals Total** | 347.45 | |
| 11/19/2007 | Sloane, Raymond | Mileage/Parking/Tolls | 72.16 | Mileage - Use of personal auto to transport documents round trip between NYC and L.I. -- Mileage (56 miles @ $0.485/mi. = $27.16); parking ($37.00); and tolls ($8.00). |
| | | **Mileage/Parking/Tolls Total** | 72.16 | |
| 10/31/2007 | Amico, Marc | Taxi/Subway | 13.00 | Taxi from office to home. |
| 11/1/2007 | Sloane, Raymond | Taxi/Subway | 8.00 | Taxi from FTI to Hahn & Hessen's office. |
| 11/8/2007 | Amico, Marc | Taxi/Subway | 20.00 | Taxi from office to home. |
| 11/12/2007 | Ellis, Melissa | Taxi/Subway | 10.00 | Taxi from office to home. |
| 11/12/2007 | Greenberg, Mark | Taxi/Subway | 12.00 | Taxi from office to home. |
| 11/13/2007 | Amico, Marc | Taxi/Subway | 20.00 | Taxi from office to home. |
| 11/13/2007 | Ellis, Melissa | Taxi/Subway | 10.00 | Taxi from office to home. |
| 11/14/2007 | Amico, Marc | Taxi/Subway | 14.00 | Taxi from office to home. |
| 11/14/2007 | Ellis, Melissa | Taxi/Subway | 11.00 | Taxi from office to home. |
| 11/15/2007 | Amico, Marc | Taxi/Subway | 20.00 | Taxi from office to home. |
| 11/15/2007 | Greenberg, Mark | Taxi/Subway | 12.00 | Taxi from office to home. |
| 11/16/2007 | Amico, Marc | Taxi/Subway | 13.00 | Taxi from office to home. |
| 11/16/2007 | Greenberg, Mark | Taxi/Subway | 12.50 | Taxi from office to home. |
| 11/17/2007 | Amico, Marc | Taxi/Subway | 13.00 | Taxi from office to home. |
| 11/17/2007 | Amico, Marc | Taxi/Subway | 13.00 | Taxi from home to office. |
| 11/17/2007 | Greenberg, Mark | Taxi/Subway | 24.00 | Taxi - round trip between home and office. |

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**EXPENSE DETAIL**
**FOR THE PERIOD NOVEMBER 1, 2007 THOUGH NOVEMBER 30, 2007**

| Date | Consultant | Expense Type | Amount | Description of Expense |
|---|---|---|---|---|
| 11/19/2007 | Sloane, Raymond | Taxi/Subway | 12.00 | Taxi from FTI to K&L Gates' office. |
| 11/27/2007 | Park, Ji Yon | Taxi/Subway | 8.00 | Taxi from home to Committee meeting |
| 11/27/2007 | Park, Ji Yon | Taxi/Subway | 6.00 | Taxi from office to home. |
| 11/28/2007 | Amico, Marc | Taxi/Subway | 14.00 | Taxi from office to home. |
| 11/29/2007 | Amico, Marc | Taxi/Subway | 20.00 | Taxi from office to home. |
| 11/29/2007 | Day, Jeanette | Taxi/Subway | 35.00 | Taxi from airport to hotel in New York, NY. |
| 11/30/2007 | Day, Jeanette | Taxi/Subway | 42.50 | Taxi from hotel to airport. |
| | | **Taxi/Subway Total** | 363.00 | |
| | | **Grand Total** | **$ 10,800.79** | |