IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket Nos. 3848, 3950, 3958, 3961 and 4017 |

**CERTIFICATION OF COUNSEL RE: ORDER GRANTING DEBTORS' MOTION PURSUANT TO SECTIONS 105(a) AND 345 OF THE BANKRUPTCY CODE FOR ORDER AUTHORIZING DEBTORS TO REALLOCATE CERTAIN INVESTMENTS IN CONNECTION WITH DEFERRED COMPENSATION PLANS**

The undersigned hereby certifies as follows:

On November 17, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion Pursuant to Sections 105(a) and 345 of the Bankruptcy Code for Order Authorizing Debtors to Reallocate Certain Investments in Connection with Deferred Compensation Plans* [D.I. 3848] (the "Motion"). On November 27, 2007, Orna Sarley ("Sarley") filed the *Response to Debtors' Motion Pursuant to Sections 105(a) and 345 of the Bankruptcy Code for Order Authorizing Debtors to Reallocate Certain Investments in Connection with Deferred Compensation Plans* [D.I. 3950]. On November 28, 2007, the Ad

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (Okla JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation

RLF1-3236744-1

Hoc Committee of Participants in the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan (the "Ad Hoc Committee") filed the *Limited Objection to Debtors' Motion Pursuant to Sections 105(a) and 345 of the Bankruptcy Code for Order Authorizing Debtors to Reallocate Certain Investments in Connection with Deferred Compensation Plans* [D.I. 3958]. On November 28, 2007, Wells Fargo Bank N.A. ("Wells Fargo" and together with Sarley and the Ad Hoc Committee, the "Responding Parties") filed *Wells Fargo Bank N.A.'s Response to Debtors' Motion Pursuant to Sections 105(a) and 345 of the Bankruptcy Code for Order Authorizing Debtors to Reallocate Certain Investments in Connection with Deferred Compensation Plans* [D.I. 3961]. Finally, on December 3, 2007, the Debtors filed the *Debtors' Reply to Limited Objection to Debtors' Motion Pursuant to Sections 105(a) and 345 of the Bankruptcy Code for Order Authorizing Debtors to Reallocate Certain Investments in Connection with Deferred Compensation Plans* [D.I. 4017].

The Debtors contacted the Responding Parties in order to resolve the responses/objections to the Motion. Sarley indicated that she did not intend to object to the Motion and does not oppose the relief requested by the Motion. Further, the Debtors resolved the Ad Hoc Committee's limited objection and Wells Fargo's response with the revised form of order (the "Proposed Order") attached hereto as Exhibit A. A blackline showing the changes made to the form of order filed with the Motion is attached hereto as Exhibit B. Neither the Official Committee of Unsecured Creditors (the "Committee") nor the Office of the United States Trustee responded to the Motion. Currently, the Motion is scheduled for the December 20, 2007 omnibus hearing. However, given that the responses/objections have been resolved, a hearing is only necessary to the extent the Court has questions or concerns.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as Exhibit A, and grant such other and further relief as the Court deems just and proper.

Dated: December 19, 2007
       Wilmington, Delaware

Respectfully submitted,

*/s/ Mark D. Collins/*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Ben H. Logan
Suzzanne S. Uhland
Victoria A. Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION