IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | Objection Deadline: December 18, 2007 at 4:00 p.m. |
| | : | |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE
APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF
EXPENSES OF GRANT THORNTON LLP
FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007
[DOCKET NO. 3968] (NO ORDER REQUIRED)**

The undersigned hereby certifies that he has received no answer, objection or any

other responsive pleading with respect to the Monthly Fee Application for Compensation and

Reimbursement of Expenses (the "Application") of Grant Thornton LLP (the "Applicant") listed

on Exhibit A attached hereto. The undersigned further certifies that he has reviewed the Court's

docket in this case and no answer, objection or other responsive pleading to the Application

appears thereon. The Application was filed with the Bankruptcy Court on the date listed on

Exhibit A.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California Corporation.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered April 24, 2007 [Docket No. 389] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: December 19, 2007
   Wilmington, Delaware

               _____
               Mark D. Collins (No. 2981)
               Michael J. Merchant (No. 3854)
               Christopher M. Samis (No. 4909)
               RICHARDS, LAYTON & FINGER, P.A.
               One Rodney Square
               920 North King Street
               Wilmington, Delaware 19801
               (302) 651-7700
               (302) 651-7701

               -and-

               Ben H. Logan
               Suzzanne S. Uhland
               Victoria H. Newmark
               Emily R. Culler
               O'MELVENY & MYERS LLP
               275 Battery Street
               San Francisco, California 94111
               (415) 984-8700
               (415) 984-8701

               Attorneys for Debtors and Debtors in Possession

**EXHIBIT A**

**NEW CENTURY TRS HOLDINGS, INC., et al.,**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Grant Thornton LLP<br><br>[Docket No. 3968] | 10/1/07 - 10/3107 | $234,292.00 (Fees)<br><br>$1,766.49 (Expenses) | $187,433.60 (Fees @ 80%)<br><br>$1,766.49 (Expenses @ 100%) | 11/28/07 | 12/18/07 |