## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | **Objection Deadline: January 8, 2008 at 4:00 p.m.** |
| | : | **Hearing Date: Only if objections are filed** |

### SECOND MONTHLY APPLICATION OF HENNIGAN, BENNETT & DORMAN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 1, 2007 THROUGH JULY 31, 2007

Name of Applicant:     Hennigan, Bennett & Dorman LLP.

Authorized to Provide Professional Services to:     Debtors and Debtors-in- possession

Date of Retention:     May 7, 2007, *nunc pro tunc* to April 6, 2007

Period for which compensation
and reimbursement are sought:     June 1, 2007 through July 31, 2007

Amount of Compensation sought as actual,
reasonable, and necessary:     $75,798.80 (80% of $94,748.50)

Amount of Expense Reimbursement sought
as actual, reasonable, and necessary:     $3,809.13

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation

This is a(n):  _X_ monthly      ___ interim    ____     final application.

This Application includes no time expended or value incurred in connection with the preparation of Fee Applications.

This is the second monthly application.

Previous Applications:

| Date Filed/ Docket No. | Period Covered | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Order Entered |
| 09/26/2007 Docket No. 3069 | 04/06/2007- 05/31/2007 | $332,754.50 | $11,078.34 | Pending CNO Filed 10/17/07 Docket No. 3311 | | |

**ATTACHMENT B**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bruce Bennett | Started firm as a Partner in 1995. Member of California Bar since 1982. | $805.00 | 1.50 | $1,207.50 |
| Jeanne E. Irving | Joined firm as a Partner in 1995. Member of California Bar since 1978. | $630.00 | 9.10 | $5,733.00 |
| Michael Morris | Originally joined firm as Of Counsel in 2000. Rejoined firm as Of Counsel in 2007. Member of California Bar since 1979. | $725.00 | 72.10 | $52,272.50 |
| A. Brent Truitt | Joined firm as Of Counsel in 2003. Member of New York Bar since 1990. | $675.00 | 40.80 | $27,540.00 |
| Joshua D. Morse | Joined firm as an Associate in 2000. Member of California Bar since 2000. | $425.00 | 12.40 | $5,766.00 |
| Celestino Santos | Joined firm as Litigation Support Specialist in 1999. Litigation Support Specialist for 7 years. | $190.00 | 0.50 | $95.00 |
| Ryan Meshell | Joined firm as a Litigation Support Specialist in 2006. Litigation Support Specialist for 6 years. | $190.00 | 2.50 | $475.00 |
| Kevin Floyd | Joined firm as Paralegal in 1999. Paralegal 7 years. | $195.00 | 7.30 | $1,423.50 |
| Melissa Ziady | Joined firm as Paralegal in 2003. Paralegal 20 years | $185.00 | 0.60 | $111.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Luis Perez | Joined firm as a staff member in 2003. Litigation Support Specialist for 1 year. | $125.00 | 1.00 | $125.00 |
| **Grand Total:** | | | **147.80** | **$94,748.50** |
| **Total Attorney Hours/Compensation** | | | **135.90** | **$92,519.00** |
| **Blended Rate:** | | **$641.06/hr** | | |

## COMPENSATION BY PROJECT CATEGORY

| Fee Category | June/July Hours | June/July Fees |
|---|---|---|
| Case Administration (010) | 1.90 | $987.50 |
| Communications with Creditors (020) | 0.00 | $0.00 |
| General Business Operations (030) | 0.00 | $0.00 |
| Fee/Employment Applications (040) | 0.00 | $0.00 |
| Fee/Employment Objections (050) | 0.00 | $0.00 |
| Financing (060) | 0.00 | $0.00 |
| Claims Administration and Objections (070) | 0.00 | $0.00 |
| Asset Analysis and Recovery (080) | 0.00 | $0.00 |
| Asset Disposition (090) | 0.00 | $0.00 |
| Plan/Disclosure Statement (100) | 0.00 | $0.00 |
| Employee Benefits/Plans (110) | 0.00 | $0.00 |
| Litigation (120) | 145.90 | $93,761.00 |
| **Totals:** | **147.80** | **$94,748.50** |

## EXPENSE SUMMARY

| Expense Category | June/July Costs |
|---|---|
| Computerized Legal Research | $1,768.45 |
| Couriers (Federal Express) | $69.28 |
| Graphics & Production | $0.00 |
| In House Reproduction | $0.10 |
| Meals | $0.00 |
| Outside Background Research | $279.15 |
| Parking | $0.00 |
| Postage | $0.00 |
| Publications | $39.75 |
| Scanning | $12.60 |
| Telecopy | $0.00 |
| Telephone | $58.32 |
| Transcripts | $122.82 |
| Travel & Transportation | $1,456.16 |
| Velobind | $2.50 |
| **Total:** | **$3,809.13** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : **Chapter 11** |
| | : |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : |
| | : **Jointly Administered** |
| | : |
| **Debtors.** | : Objection Deadline:  January 8, 2008, at 4:00 p.m. |
| | Hearing Date:  Only if objections are filed |

**SECOND MONTHLY APPLICATION OF HENNIGAN,
BENNETT & DORMAN LLP FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES
AS LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN
POSSESSION FOR THE PERIOD FROM JUNE 1, 2007 THROUGH JULY 31, 2007**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy

Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

the Court's Administrative Order Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals, dated April 24, 2007 [Docket No. 389] (the

"Administrative Order"), Hennigan, Bennett & Dorman LLP ("HBD") hereby files this Second

Monthly Application for Allowance of Compensation for Services Rendered and for

Reimbursement of Expenses as Litigation Counsel to the Debtors and Debtors in Possession for

the Period From June 1, 2007 through and including July 31, 2007 (the "Application").  By this

---

[1]     The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a
Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a
Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage
Corporate, New Century Mortgage Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC
Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation,
1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth
Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a
Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV
Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century
R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century
Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group,
Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite
Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a
Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century
Warehouse Corporation, a California corporation.

Application, HBD seeks a monthly allowance pursuant to the Administrative Order with respect

to the sums of $75,798.80 (80% of $94,748.50) as compensation for necessary professional

services rendered and $3,809.13 for reimbursement of actual and necessary costs and expenses

for a total of $79,607.93 for the period June 1, 2007, through and including July 31, 2007 (the

"Compensation Period").  In support of this Application, HBD respectfully represents as follows:

### Background

1.      On April 2, 2007 (the "Petition Date"), New Century Financial Corporation, New

Century TRS Holdings, Inc., New Century Mortgage Corporation, NC Capital Corporation,

Home123 Corporation, New Century Credit Corporation, NC Asset Holding, L.P., NC

Residual III Corporation, NC Residual IV Corporation, New Century R.E.O. Corp., New

Century R.E.O. II Corp.,  New Century R.E.O. III Corp., New Century Mortgage Ventures, LLC,

NC Deltex, LLC and NCoral, L.P. (collectively, the "Debtors") filed voluntary petitions for relief

under chapter 11 of the Bankruptcy Code.

2.      The Debtors' retention of HBD as their litigation counsel was approved effective

as of April 6, 2007, by this Court's Order dated May 7, 2007 (the "Retention Order").  The

Retention Order authorized HBD to be compensated on an hourly basis and to be reimbursed for

actual and necessary out-of-pocket expenses.

### Compensation Paid and Its Source

3.      All services for which compensation is requested by HBD were performed for or

on behalf of the Debtors.

4.      HBD has received no payment and no promises for payment from any source for

services rendered or to be rendered in any capacity whatsoever in connection with the matters

covered by this Application.  Further, there is no agreement or understanding between HBD and

2

any other person other than the partners of HBD for the sharing of compensation to be received

for services rendered in these cases.

### Fee Statements

5.      The fee statement for the Compensation Period is attached hereto as <u>Exhibit A</u>.

This statement contains daily time logs describing the time spent by each attorney,

paraprofessional and litigation support specialist during the Compensation Period. To the best of

HBD's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy

Code, the Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee,

Del. Bankr. L.R. 2016-2, and the Administrative Order.

### Actual and Necessary Expenses

6.      HBD has incurred out-of-pocket disbursements during the Compensation Period

in the amount of $3,809.13. This disbursement sum is broken down into categories of charges,

including, among other things, telecopier toll and other charges, mail and express mail charges,

special or hand delivery charges, document processing, photocopying and scanning charges,

charges for mailing supplies (including, without limitation, envelopes and labels) provided by

HBD to outside copying services for use in mass mailings, parking and travel and transportation

expenses. A summary of the expenses incurred for the Compensation Period may be found in

<u>Exhibit B</u> attached hereto. Following the summary is an itemization of expenses within each

expense category, as required by Del. Bankr. LR 2016-2(e)(ii).

7.      Pursuant to Del. Bankr. LR 2016-2(e)(iii), HBD represents that its rate for

duplication is $.10 per page, its effective rate for outgoing telecopier transmissions is $1.00 per

page (excluding related long distance transmission charges), there is no charge for incoming

telecopier transmissions and there is no surcharge for computerized research. The effective

telecopier rate charged to the Debtors by HBD is the same rate customarily charged by the firm to its non-bankruptcy clients.

## Summary of Services Rendered

8.     The HBD attorneys who have rendered professional services in these cases during the Compensation Period are Bruce Bennett, Michael Morris, Jeanne E. Irving, A. Brent Truitt, and Joshua D. Morse.  Paraprofessional and litigation support services were provided by Kevin Floyd, Ryan Meshell, Luis Perez, Celestino Santos and Melissa Ziady.

9.     HBD, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications, motions, responsive papers and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various litigation matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

## Summary of Services by Project

10.     The services rendered by HBD during the Compensation Period can be grouped into the categories reflected on Exhibit A attached hereto.  The attorneys, paraprofessionals and/or litigation support specialists who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto.

## Valuation of Services

11.     Attorneys, paraprofessionals and/or litigation support specialists of HBD have expended a total of 147.80 hours in connection with these matters during the Compensation Period.

12.     The nature of the work performed by these individuals is fully set forth in Exhibit A attached hereto. These are HBD's normal hourly rates for work of this character. The reasonable value of the services rendered by HBD during the Compensation Period is $94,748.50.

13.     HBD believes that the time and fee entries included in Exhibit A attached hereto are in compliance with the requirements of Del. Bankr. LR 2016-2.

14.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, HBD respectfully requests that allowance be made to it in the sum of

$75,798.80 (80% of $94,748.50) as compensation for necessary professional services rendered,

and the sum of $3,809.13 for reimbursement of actual and necessary costs and expenses, for a

total of $79,607.93, and that such sums be authorized for payment pursuant to the Administrative

Order, and for such other and further relief as this Court may deem just and proper.

Dated: Hillsborough, California
December 19, 2007

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

HENNIGAN, BENNETT & DORMAN LLP

*/s/ Joshua D. Morse*

Bruce Bennett
Michael A. Morris
A. Brent Truitt (admitted in N.Y. and D.C. only)
Joshua D. Morse
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200

*Litigation Counsel for Debtors and
Debtors-in Possession*

## **VERIFICATION**

STATE OF CALIFORNIA        )
                               ) SS:
COUNTY OF SAN MATEO     )

         Joshua D. Morse, after being duly sworn according to law, deposes and says:

         a)        I am an associate with the applicant firm, Hennigan, Bennett &

Dorman LLP, and have been admitted to the Bar of the State of California since 2000.

         b)        I have personally performed many of the legal services rendered by

Hennigan, Bennett & Dorman LLP as litigation counsel to the Debtors and Debtors-in-

Possession herein (collectively, the "Debtors"), and am thoroughly familiar with all other work

performed on behalf of the Debtors by the lawyers in the firm.

         c)        I have reviewed the foregoing Application and the facts set forth therein

are true and correct to the best of my knowledge, information and belief. Moreover, I have

reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with

such order.

                                           Joshua D. Morse

SWORN AND SUBSCRIBED before me
this _9_ th day of December, 2007.



Notary Public
My Commission Expires: June 18 2011

```
SHRUTI BHALLA
COMM. #1751768
NOTARY PUBLIC • CALIFORNIA
SAN MATEO COUNTY
My commission expires June 18, 2011
```