# EXHIBIT A

PAGE 2
In Reference To:<br>New Century Financial Corporation<br>Our File Number: NEWCENT NEW
DATE: 12/11/2007

PROFESSIONAL SERVICES RENDERED

| Description | Amount |
|---|---|
| 0010 - Case Administration | 987.50 |
| 0120 - Litigation | 93,761.00 |

TOTAL: $94,748.50

In Reference To:                          DATE: 12/11/2007
                          New Century Financial Corporation
                          Our File Number:  NEWCENT.NEW

TIMEKEEPER SUMMARY

0010 - Case Administration

| Name | Hours | Amount |
|------|-------|--------|
| Joshua D. Morse | 1.50 | $697.50 |
| Michael Morris | 0.40 | $290.00 |
| TOTALS: 0010 - Case Administration | 1.90 | $987.50 |

PAGE 4                                 In Reference To:                        DATE: 12/11/2007
                                New Century Financial Corporation
                                Our File Number: NEWCENT NEW

## 0010 - Case Administration

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/1/2007 | Joshua D. Morse | Review and respond to e-mail correspondence from Mr. Samis regarding filing of notice of matters handled by Hennigan, Bennett & Dorman. | 0.10 | $46.50 |
| 6/29/2007 | Joshua D. Morse | Draft notice of matters handled by Hennigan, Bennett & Dorman. | 0.40 | $186.00 |
| 6/29/2007 | Joshua D. Morse | Draft e-mail correspondence to Messrs. Morris and Truitt transmitting draft notice of matters handled by Hennigan, Bennett & Dorman. | 0.10 | $46.50 |
| 7/2/2007 | Michael Morris | Correspondence with Mr. Morse regarding issues for retention reporting with the court. | 0.20 | $145.00 |
| 7/2/2007 | Joshua D. Morse | Review and respond to e-mail correspondence from Messrs. Morris and Truitt regarding notice of matters handled by HBD. | 0.20 | $93.00 |
| 7/2/2007 | Joshua D. Morse | Review and revise notice of matters handled by HBD. | 0.20 | $93.00 |
| 7/2/2007 | Joshua D. Morse | Draft e-mail correspondence to Mr. Merchant transmitting notice of matters handled by HBD for filing and service. | 0.10 | $46.50 |
| 7/31/2007 | Michael Morris | Correspondence from Mr. Morse regarding retention order. | 0.10 | $72.50 |
| 7/31/2007 | Michael Morris | Review draft statement regarding retention and items being worked on. | 0.10 | $72.50 |
| 7/31/2007 | Joshua D. Morse | Draft e-mail correspondence to Mr. Truitt regarding notice of matters covered by HBD. | 0.10 | $46.50 |
| 7/31/2007 | Joshua D. Morse | Draft notice of matters covered by HBD. | 0.20 | $93.00 |
| 7/31/2007 | Joshua D. Morse | Coordinate filing and service of notice of matters covered by HBD | 0.10 | $46.50 |

TOTALS: 0010 - Case Administration                                              1.90      $987.50

In Reference To:
New Century Financial Corporation
Our File Number: NEWCENT NEW

<u>0120 - Litigation</u>

| Name | Hours | Amount |
|------|-------|--------|
| A. Brent Truitt | 40.80 | $27,540.00 |
| Bruce Bennett | 1.50 | $1,207.50 |
| Celestino Santos | 0.50 | $95.00 |
| Jeanne E. Irving | 9.10 | $5,733.00 |
| Joshua D. Morse | 10.90 | $5,068.50 |
| Kevin Floyd | 7.30 | $1,423.50 |
| Luis Perez | 1.00 | $125.00 |
| Melissa Ziady | 0.60 | $111.00 |
| Michael Morris | 71.70 | $51,982.50 |
| Ryan Meshell | 2.50 | $475.00 |
| TOTALS: 0120 - Litigation | 145.90 | $93,761.00 |

In Reference To:                          DATE: 12/11/2007
                                New Century Financial Corporation
                                Our File Number: NEWCENT.NEW


<u>0120 - Litigation</u>

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/1/2007 | Bruce Bennett | Analysis of memorandum from Mr. Morris regarding status of all pending matters. | 0.30 | $241.50 |
| 6/1/2007 | Bruce Bennett | Analysis of reconciliation summary regarding warehouse lender claims for cash. | 0.30 | $241.50 |
| 6/1/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/1/2007 | Jeanne E. Irving | Review various electronic correspondence regarding status of various proceedings and strategy regarding UBS litigation. | 0.30 | $189.00 |
| 6/1/2007 | Jeanne E. Irving | Telephone conference with Mr. Morse, Mr. Morris and Mr. Truitt regarding status of various litigation and strategy. | 0.70 | $441.00 |
| 6/1/2007 | Jeanne E. Irving | Draft electronic correspondence to Mr. Morris regarding UBS depositions | 0.10 | $63.00 |
| 6/1/2007 | Jeanne E. Irving | Draft deposition notice. | 1.30 | $819.00 |
| 6/1/2007 | Jeanne E. Irving | Conferences with Ms. Ziady regarding documents produced by UBS. | 0.10 | $63.00 |
| 6/1/2007 | Jeanne E. Irving | Draft various electronic correspondence to team members regarding deposition notice. | 0.20 | $126.00 |
| 6/1/2007 | Jeanne E. Irving | Review various electronic correspondence from team members regarding notices of depositions, revise notices, and draft further electronic correspondence to team members regarding same. | 1.00 | $630.00 |
| 6/1/2007 | Jeanne E. Irving | Telephone conference with Mr. Ramos regarding deposition notices. | 0.10 | $63.00 |
| 6/1/2007 | Jeanne E. Irving | Telephone conference with Mr. Kaufman regarding deposition notices. | 0.10 | $63.00 |
| 6/1/2007 | Jeanne E. Irving | Draft electronic correspondence to team regarding documents produced by UBS. | 0.10 | $63.00 |
| 6/1/2007 | Ryan Meshell | Consult with attorney regarding document production. | 0.70 | $133.00 |
| 6/1/2007 | Ryan Meshell | Search and save results for production of documents. | 1.80 | $342.00 |
| 6/1/2007 | Michael Morris | Prepare outline of litigation deadlines and tasks in preparation for conference call. | 1.00 | $725.00 |

In Reference To:
New Century Financial Corporation
Our File Number: NEWCENT.NEW

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/1/2007 | Michael Morris | Telephone conference with Ms. Irving, Mr. Truitt, and Mr. Morse regarding status of litigation and potential litigation and tasks. | 1.00 | $725.00 |
| 6/1/2007 | Michael Morris | Correspondence to client regarding 30(b)(6) deposition. | 0.20 | $145.00 |
| 6/1/2007 | Michael Morris | Telephone conference with Mr. Logan regarding litigation, depositions, and UBS. | 0.30 | $217.50 |
| 6/1/2007 | Michael Morris | Telephone conference with Mr. Chesley regarding deposition. | 0.10 | $72.50 |
| 6/1/2007 | Michael Morris | Telephone conference with Mr. Bliss regarding deposition schedule. | 0.20 | $145.00 |
| 6/1/2007 | Michael Morris | Correspondence with Ms. Etlin regarding deposition. | 0.10 | $72.50 |
| 6/1/2007 | Michael Morris | Review deposition notice for UBS 30(b)(6) deposition and comment to Ms. Irving. | 0.30 | $217.50 |
| 6/1/2007 | Michael Morris | Review order regarding examiner. | 0.20 | $145.00 |
| 6/1/2007 | Michael Morris | Correspondence with Mr. Bennett regarding examiner. | 0.10 | $72.50 |
| 6/1/2007 | Michael Morris | Correspondence regarding deposition and service. | 0.10 | $72.50 |
| 6/1/2007 | Michael Morris | Review UBS documents and declarations regarding deposition preparation. | 0.60 | $435.00 |
| 6/1/2007 | Joshua D. Morse | Review memorandum from Mr. Morris regarding UBS litigation issues. | 0.20 | $93.00 |
| 6/1/2007 | Joshua D. Morse | Attend conference call with working group regarding UBS litigation issues. | 1.00 | $465.00 |
| 6/1/2007 | Joshua D. Morse | Conduct computer legal research regarding UBS litigation issues. | 0.70 | $325.50 |
| 6/1/2007 | Luis Perez | Prepare and import documents for paralegal and attorney review. | 1.00 | $125.00 |
| 6/1/2007 | A. Brent Truitt | Review discovery demands and notices in pending litigations. | 0.60 | $405.00 |
| 6/1/2007 | A. Brent Truitt | Participate in call with HBD team regarding status and strategy of pending matters. | 1.00 | $675.00 |
| 6/1/2007 | Melissa Ziady | Load new UBS documents to database for review. | 0.50 | $92.50 |
| 6/4/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/4/2007 | Kevin Floyd | Prepare hearing transcript for attorney review. | 0.20 | $39.00 |

PAGE 8 | In Reference To: | DATE: 12/11/2007
New Century Financial Corporation
Our File Number:  NEWCENT.NEW

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/4/2007 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding status of UBS discovery, reconciliation and litigation strategy. | 0.50 | $315.00 |
| 6/4/2007 | Jeanne E. Irving | Review documents produced by UBS. | 1.10 | $693.00 |
| 6/4/2007 | Jeanne E. Irving | Draft electronic correspondence to Mr. Meshell regarding identifying e-mail within UBS production. | 0.10 | $63.00 |
| 6/4/2007 | Michael Morris | Telephone conference with Mr. Bliss regarding deposition schedule. | 0.20 | $145.00 |
| 6/4/2007 | Michael Morris | Review transcript of hearing regarding adequate protection. | 0.50 | $362.50 |
| 6/4/2007 | Michael Morris | Prepare draft of supplemental papers regarding preliminary injunction. | 0.80 | $580.00 |
| 6/4/2007 | Michael Morris | Telephone conference with Ms. Irving regarding call with Mr. Bliss, subject of depositions, and issues for June 15 hearing. | 0.40 | $290.00 |
| 6/4/2007 | Michael Morris | Correspondence with Mr. Logan regarding reconciliation. | 0.10 | $72.50 |
| 6/4/2007 | A. Brent Truitt | Review new pleadings related to DBSP claims. | 0.20 | $135.00 |
| 6/4/2007 | A. Brent Truitt | Draft motion to dismiss DBSP claims, including review of background materials. | 6.10 | $4,117.50 |
| 6/4/2007 | Melissa Ziady | Update UBS document database. | 0.10 | $18.50 |
| 6/5/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/5/2007 | Jeanne E. Irving | Review electronic correspondence from Mr. Truitt and Mr. Morris regarding motion to dismiss DB Structured Products complaint and discovery in UBS adversary proceeding. | 0.10 | $63.00 |
| 6/5/2007 | Jeanne E. Irving | Review electronic correspondence from Mr. Morris regarding status of UBS litigation, including discovery. | 0.10 | $63.00 |
| 6/5/2007 | Jeanne E. Irving | Telephone conference with Mr. Truitt regarding motion to dismiss DB Structured Products complaint and discovery in UBS adversary proceeding. | 0.30 | $189.00 |
| 6/5/2007 | Michael Morris | Prepare correspondence to Mr. Logan and Ms. Etlin regarding status of UBS litigation. | 0.50 | $362.50 |
| 6/5/2007 | Michael Morris | Correspondence with Mr. Truitt regarding deposition of Ms. Etlin. | 0.10 | $72.50 |
| 6/5/2007 | Michael Morris | Correspondence with Ms. Etlin regarding deposition and issues in June 15 hearing. | 0.40 | $290.00 |

In Reference To:
New Century Financial Corporation
Our File Number: NEWCENT.NEW

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/5/2007 | Michael Morris | Correspondence with Mr. Logan regarding deposition. | 0.10 | $72.50 |
| 6/5/2007 | Michael Morris | Review latest reconciliation from client regarding UBS loans. | 0.30 | $217.50 |
| 6/5/2007 | Michael Morris | Correspondence to Mr. Truitt regarding reconciliations. | 0.10 | $72.50 |
| 6/5/2007 | Michael Morris | Telephone conference with Mr. Truitt regarding preparation for depositions. | 0.50 | $362.50 |
| 6/5/2007 | Michael Morris | Draft supplemental UBS papers. | 0.60 | $435.00 |
| 6/5/2007 | Michael Morris | Review outline of DB motion to dismiss and comment to Mr. Truitt. | 0.30 | $217.50 |
| 6/5/2007 | A. Brent Truitt | Continue work on motion to dismiss DBSP claims. | 1.70 | $1,147.50 |
| 6/5/2007 | A. Brent Truitt | Telephone conference with Ms. Irving regarding motion to dismiss DBSP claims. | 0.30 | $202.50 |
| 6/5/2007 | A. Brent Truitt | Review documents in preparation for Etlin deposition. | 1.90 | $1,282.50 |
| 6/6/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/6/2007 | Kevin Floyd | Prepare UCC filings for review by Mr. Morris. | 0.20 | $39.00 |
| 6/6/2007 | Michael Morris | Telephone conference with Mr. Bliss regarding deposition. | 0.10 | $72.50 |
| 6/6/2007 | Michael Morris | Correspondence with Mr. Logan regarding deposition and continuance. | 0.20 | $145.00 |
| 6/6/2007 | Michael Morris | Correspondence to Mr. Chesley and Mr. Bliss regarding continuance of hearing and deposition. | 0.30 | $217.50 |
| 6/6/2007 | Michael Morris | Review prior correspondence with UBS from Mr. Logan. | 0.50 | $362.50 |
| 6/6/2007 | Michael Morris | Review draft adequate protection stipulation. | 0.50 | $362.50 |
| 6/6/2007 | Michael Morris | Telephone conference with Mr. Logan and Mr. Power regarding adequate protection stipulation. | 0.60 | $435.00 |
| 6/6/2007 | Michael Morris | Telephone conference with Mr. Bliss regarding continuance of depositions and hearing. | 0.30 | $217.50 |
| 6/6/2007 | Michael Morris | Correspondence to Mr. Ramos regarding UBS continuance. | 0.20 | $145.00 |
| 6/6/2007 | Michael Morris | Correspondence with Mr. Truitt regarding Etlin deposition. | 0.30 | $217.50 |
| 6/6/2007 | A. Brent Truitt | Research for and draft motion to dismiss DBSP claims. | 5.20 | $3,510.00 |

In Reference To:
New Century Financial Corporation
Our File Number:  NEWCENT.NEW

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/6/2007 | A. Brent Truitt | Prepare for Etlin deposition. | 0.50 | $337.50 |
| 6/6/2007 | A. Brent Truitt | Telephone conference with Ms. Etlin in preparation for her deposition. | 0.40 | $270.00 |
| 6/6/2007 | A. Brent Truitt | Telephone conference with Mr. Morris regarding UBS depositions. | 0.20 | $135.00 |
| 6/7/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/7/2007 | Kevin Floyd | Prepare UCC filing for review by Mr. Morris. | 0.10 | $19.50 |
| 6/7/2007 | Kevin Floyd | Prepare binder of UBS documents for Mr. Morris. | 1.50 | $292.50 |
| 6/7/2007 | Kevin Floyd | Review and organize case documents for attorney review. | 0.30 | $58.50 |
| 6/7/2007 | Michael Morris | Correspondence with Mr. Logan and Mr. Power regarding commingling cases. | 0.20 | $145.00 |
| 6/7/2007 | Michael Morris | Correspondence with Mr. Bliss regarding deposition and status conference continuance. | 0.30 | $217.50 |
| 6/7/2007 | Michael Morris | Correspondence to Mr. Ramos regarding change in UBS schedule and stipulation. | 0.20 | $145.00 |
| 6/7/2007 | Michael Morris | Correspondence to Ms. Irving and Mr. Truitt regarding UBS. | 0.10 | $72.50 |
| 6/7/2007 | Michael Morris | Correspondence to Mr. Logan regarding Chesley spreadsheet and reconciliation. | 0.20 | $145.00 |
| 6/7/2007 | Michael Morris | Correspondence to Mr. Ramos regarding continuance of status conference. | 0.20 | $145.00 |
| 6/7/2007 | Michael Morris | Correspondence from Mr. Logan regarding reconciliations for UBS. | 0.30 | $217.50 |
| 6/7/2007 | A. Brent Truitt | Prepare ancillary documents for motion to dismiss DBSP claims. | 0.80 | $540.00 |
| 6/7/2007 | A. Brent Truitt | Review draft adequate protection order. | 0.30 | $202.50 |
| 6/8/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/8/2007 | Kevin Floyd | Review and organize case documents for attorney review. | 0.20 | $39.00 |
| 6/8/2007 | Jeanne E. Irving | Review and respond to electronic correspondence from Mr. Truitt regarding motion to dismiss Deutsche Bank complaint. | 0.20 | $126.00 |
| 6/8/2007 | Michael Morris | Correspondence with Mr. Logan and Mr. Power regarding commingling cases. | 0.20 | $145.00 |

In Reference To:    DATE: 12/11/2007
New Century Financial Corporation
Our File Number: NEWCENT.NEW

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/8/2007 | Michael Morris | Correspondence with Mr. Fatell regarding UBS discovery changes. | 0.20 | $145.00 |
| 6/8/2007 | Michael Morris | Correspondence with Mr. Logan regarding result of call with UBS. | 0.20 | $145.00 |
| 6/8/2007 | Michael Morris | Correspondence with Mr. Ramos regarding call to court regarding continued status conference. | 0.20 | $145.00 |
| 6/8/2007 | Michael Morris | Review form of information request for Mr. Chesley. | 0.30 | $217.50 |
| 6/8/2007 | Michael Morris | Correspondence with Mr. Logan and Hightower regarding information request from UBS. | 0.20 | $145.00 |
| 6/11/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/11/2007 | Jeanne E. Irving | Review and respond to electronic correspondence from Mr. Truitt regarding motion to dismiss Deutsche Bank complaint. | 0.20 | $126.00 |
| 6/11/2007 | Michael Morris | Correspondence with Mr. Ramos regarding UBS discovery. | 0.10 | $72.50 |
| 6/11/2007 | Michael Morris | Correspondence with Mr. Ramos regarding UBS discovery and stipulation. | 0.20 | $145.00 |
| 6/11/2007 | Michael Morris | Correspondence with Mr. Morse regarding New Century status. | 0.10 | $72.50 |
| 6/11/2007 | Joshua D. Morse | Review motion for relief from stay. | 0.40 | $186.00 |
| 6/11/2007 | A. Brent Truitt | Review and revise motion to dismiss DBSP claims. | 3.30 | $2,227.50 |
| 6/11/2007 | A. Brent Truitt | Conduct computer legal research in support of motion to dismiss DBSP claims. | 2.90 | $1,957.50 |
| 6/12/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/12/2007 | Michael Morris | Review DB complaint regarding issues in $50 million loan dispute. | 0.50 | $362.50 |
| 6/12/2007 | A. Brent Truitt | Revise ancillary filing papers for motion to dismiss DBSP claims. | 1.10 | $742.50 |
| 6/13/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/13/2007 | Jeanne E. Irving | Review and revise motion to dismiss DB Structured Products complaint. | 1.60 | $1,008.00 |
| 6/13/2007 | Michael Morris | Correspondence with Mr. Logan regarding UBS status. | 0.10 | $72.50 |
| 6/13/2007 | Michael Morris | Review draft motion to dismiss DBSP complaint. | 0.50 | $362.50 |

In Reference To:                          DATE: 12/11/2007
New Century Financial Corporation
Our File Number:  NEWCENT NEW

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/13/2007 | Michael Morris | Correspondence to Mr. Truitt regarding DBSP motion. | 0.20 | $145.00 |
| 6/13/2007 | Michael Morris | Correspondence from Mr. Logan regarding UBS response and reconciliation. | 0.20 | $145.00 |
| 6/13/2007 | Michael Morris | Review revised UBS reconciliation. | 0.40 | $290.00 |
| 6/13/2007 | Michael Morris | Revise adequate protection stipulation from warehouse lenders and correspondence from Mr. Logan. | 0.60 | $435.00 |
| 6/13/2007 | A. Brent Truitt | Revise memorandum of law in support of motion to dismiss DBSP claims. | 0.90 | $607.50 |
| 6/14/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/14/2007 | Michael Morris | Correspondence with Mr. Logan regarding adequate protection stipulation. | 0.20 | $145.00 |
| 6/14/2007 | Michael Morris | Review comments of lenders on adequate protection stipulation. | 0.50 | $362.50 |
| 6/14/2007 | Michael Morris | Correspondence to Mr. Logan regarding lender comments on stipulation. | 0.30 | $217.50 |
| 6/14/2007 | Michael Morris | Correspondence with Mr. Bennett regarding lender issues regarding adequate protection stipulation and potential implications. | 0.40 | $290.00 |
| 6/14/2007 | Michael Morris | Review adequate protection stipulation with comments. | 0.60 | $435.00 |
| 6/14/2007 | Michael Morris | Correspondence with Mr. Logan regarding adequate protection stipulation. | 0.30 | $217.50 |
| 6/14/2007 | Michael Morris | Review examiner document request. | 0.20 | $145.00 |
| 6/14/2007 | Michael Morris | Correspondence with Mr. Morse regarding research. | 0.20 | $145.00 |
| 6/14/2007 | Michael Morris | Correspondence from Mr. Bennett regarding adequate protection stipulation. | 0.10 | $72.50 |
| 6/14/2007 | Joshua D. Morse | Review and respond to e-mail correspondence from Mr. Morris regarding research of UBS litigation issues. | 0.10 | $46.50 |
| 6/14/2007 | Joshua D. Morse | Conduct computer legal research regarding UBS litigation issues. | 3.40 | $1,581.00 |
| 6/14/2007 | Joshua D. Morse | Conduct analysis of computer legal research regarding UBS litigation issues. | 2.60 | $1,209.00 |
| 6/14/2007 | Joshua D. Morse | Draft memorandum to Mr. Morris regarding results of computer legal research regarding UBS litigation issues. | 0.90 | $418.50 |

In Reference To:
New Century Financial Corporation
Our File Number: NEWCENT.NEW

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/14/2007 | A. Brent Truitt | Revise motion to dismiss DBSP claims. | 1.00 | $675.00 |
| 6/14/2007 | A. Brent Truitt | Review new DBSP pleadings. | 0.70 | $472.50 |
| 6/15/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/15/2007 | Jeanne E. Irving | Review various electronic correspondence from Mr. Morris regarding status of motion to dismiss DBS. | 0.10 | $63.00 |
| 6/15/2007 | Michael Morris | Review correspondence from Mr. Power regarding adequate protection stipulation. | 0.10 | $72.50 |
| 6/15/2007 | Michael Morris | Correspondence with Mr. Logan regarding meeting with warehouse lenders. | 0.20 | $145.00 |
| 6/15/2007 | Michael Morris | Correspondence with Mr. Truitt regarding DBSP motion and call to counsel. | 0.30 | $217.50 |
| 6/15/2007 | Michael Morris | Telephone conference with Mr. Gallo regarding timing of DBSP motion to dismiss. | 0.20 | $145.00 |
| 6/15/2007 | Michael Morris | Correspondence with Mr. Logan regarding documents for UBS and DBSP. | 0.20 | $145.00 |
| 6/15/2007 | Michael Morris | Review DB and UBS documents for Mr. Logan. | 0.50 | $362.50 |
| 6/15/2007 | Michael Morris | Telephone conference with Mr. Gallo regarding extension. | 0.20 | $145.00 |
| 6/15/2007 | Michael Morris | Review stipulation from Mr. Gallo and transmit. | 0.10 | $72.50 |
| 6/15/2007 | Michael Morris | Correspondence with Mr. Truitt regarding DB. | 0.10 | $72.50 |
| 6/15/2007 | Michael Morris | Correspondence with Mr. Ramos regarding DB. | 0.10 | $72.50 |
| 6/15/2007 | Michael Morris | Review commingling cases from Mr. Morse. | 0.50 | $362.50 |
| 6/15/2007 | Joshua D. Morse | Continue computer legal research regarding UBS litigation issues. | 1.10 | $511.50 |
| 6/15/2007 | Joshua D. Morse | Continue analysis of computer legal research regarding UBS litigation issues. | 0.50 | $232.50 |
| 6/15/2007 | A. Brent Truitt | Review docket sheets for recent filings. | 0.10 | $67.50 |
| 6/18/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/18/2007 | Jeanne E. Irving | Review electronic correspondence from Mr. Ramos regarding status of discovery and motion matters. | 0.10 | $63.00 |
| 6/18/2007 | Michael Morris | Review cases from Mr. Morse regarding commingling. | 0.50 | $362.50 |
| 6/18/2007 | Michael Morris | Correspondence regarding reconciliation meeting. | 0.10 | $72.50 |

PAGE 14

In Reference To:
New Century Financial Corporation
Our File Number: NEWCENT.NEW

DATE: 12/11/2007

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/18/2007 | Michael Morris | Review Logan final comments on adequate protection stipulation. | 0.50 | $362.50 |
| 6/18/2007 | A. Brent Truitt | Review new docket sheet regarding recent filings. | 0.10 | $67.50 |
| 6/19/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/19/2007 | Michael Morris | Review DB material in preparation for settlement meeting. | 0.50 | $362.50 |
| 6/19/2007 | Michael Morris | Telephone conference with Mr. Ramos regarding June 27 status conference and matters to be resolved. | 0.30 | $217.50 |
| 6/19/2007 | Michael Morris | Review Logan correspondence and final versions of adequate protection stipulation for meeting with lenders. | 0.40 | $290.00 |
| 6/19/2007 | Michael Morris | Correspondence to Mr. Bennett regarding meeting with warehouse lenders. | 0.10 | $72.50 |
| 6/19/2007 | Michael Morris | Correspondence with Mr. Logan regarding DB meeting. | 0.10 | $72.50 |
| 6/19/2007 | Michael Morris | Prepare for meeting regarding adequate protection stipulation and DB and travel to New York City (reduced from actual to accoundt for non-working travel). | 4.80 | $3,480.00 |
| 6/20/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/20/2007 | Michael Morris | Prepare for meeting with DB. | 0.50 | $362.50 |
| 6/20/2007 | Michael Morris | Attend meeting with DBSP counsel regarding potential settlement. | 1.50 | $1,087.50 |
| 6/20/2007 | Michael Morris | Attend meeting with counsel for warehouse lenders regarding adequate protection stipulation. | 4.50 | $3,262.50 |
| 6/20/2007 | Michael Morris | Return travel from New York City (Billed at 1/2 of actual). | 2.50 | $1,812.50 |
| 6/21/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/21/2007 | Michael Morris | Correspondence with Mr. Chesley regarding continuance of June 27 hearing. | 0.10 | $72.50 |
| 6/21/2007 | Michael Morris | Correspondence with Mr. Ramos regarding continuance of June 27 hearings. | 0.20 | $145.00 |
| 6/21/2007 | Michael Morris | Correspondence with Mr. Truitt regarding June 27 hearings. | 0.10 | $72.50 |

PAGE 15

In Reference To:
New Century Financial Corporation
Our File Number: NEWCENT.NEW

DATE: 12/11/2007

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/21/2007 | Michael Morris | Review revised adequate protection stipulation. | 0.40 | $290.00 |
| 6/21/2007 | Michael Morris | Correspondence from committee counsel regarding DB. | 0.10 | $72.50 |
| 6/21/2007 | Michael Morris | Correspondence from Mr. Logan regarding disputed loan stratification. | 0.30 | $217.50 |
| 6/22/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/22/2007 | Michael Morris | Review correspondence regarding comments on adequate protection stipulation. | 0.30 | $217.50 |
| 6/22/2007 | Michael Morris | Review revised adequate protection order and comments from creditors. | 0.50 | $362.50 |
| 6/25/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/25/2007 | Jeanne E. Irving | Review and respond to electronic correspondence from Mr. Morris regarding status of proceedings. | 0.10 | $63.00 |
| 6/25/2007 | Jeanne E. Irving | Review electronic correspondence from Mr. Morris regarding status of proceedings with UBS. | 0.10 | $63.00 |
| 6/25/2007 | Michael Morris | Review correspondence regarding comments on adequate protection stipulation. | 0.20 | $145.00 |
| 6/25/2007 | Michael Morris | Correspondence to Mr. Gallo (DB) regarding extension of time to answer or respond and review reply. | 0.30 | $217.50 |
| 6/25/2007 | Michael Morris | Correspondence with Mr. Truitt regarding declaration relating to DB. | 0.10 | $72.50 |
| 6/25/2007 | Michael Morris | Correspondence with Mr. Bennett regarding adequate protection. | 0.10 | $72.50 |
| 6/25/2007 | Michael Morris | Telephone conference with Mr. Bennett regarding adequate protection order. | 0.20 | $145.00 |
| 6/25/2007 | Michael Morris | Correspondence from Mr. Logan and Mr. Fatell regarding UBS sale of loans. | 0.20 | $145.00 |
| 6/25/2007 | Michael Morris | Correspondence with Ms. Irving regarding UBS. | 0.10 | $72.50 |
| 6/25/2007 | Michael Morris | Correspondence regarding adequate protection order and June 27 hearing. | 0.20 | $145.00 |
| 6/25/2007 | A. Brent Truitt | Prepare Sprouse declaration in support of motion to dismiss DBSP claims. | 0.30 | $202.50 |
| 6/25/2007 | A. Brent Truitt | Review revised adequate protection order. | 0.30 | $202.50 |
| 6/26/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |

In Reference To:
New Century Financial Corporation
Our File Number: NEWCENT.NEW

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/26/2007 | Michael Morris | Review correspondence regarding comments on adequate protection stipulation from Countrywide and responses. | 0.20 | $145.00 |
| 6/26/2007 | Michael Morris | Correspondence from Mr. Gallo regarding extension. | 0.20 | $145.00 |
| 6/26/2007 | Michael Morris | Telephone conference with Mr. Truitt regarding declaration from Mr. Sprouse and timing. | 0.20 | $145.00 |
| 6/26/2007 | Michael Morris | Review correspondence from Mr. Logan and revised adequate protection order. | 0.20 | $145.00 |
| 6/26/2007 | Michael Morris | Telephone conference with Mr. Truitt regarding DB status. | 0.10 | $72.50 |
| 6/26/2007 | A. Brent Truitt | Revise Sprouse declaration in support of motion to dismiss DBSP claims. | 0.20 | $135.00 |
| 6/27/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/27/2007 | Kevin Floyd | Research and retrieve case pleading for review by Mr. Bennett. | 0.10 | $19.50 |
| 6/27/2007 | Michael Morris | Correspondence from Mr. Logan regarding result of hearing, final order, and notices of stay. | 0.30 | $217.50 |
| 6/27/2007 | Michael Morris | Correspondence regarding response of DB to settlement proposal. | 0.30 | $217.50 |
| 6/27/2007 | Michael Morris | Correspondence with Mr. Truitt regarding answer for DB. | 0.20 | $145.00 |
| 6/27/2007 | Michael Morris | Correspondence with Mr. Kaufman regarding stipulation for extension of time. | 0.20 | $145.00 |
| 6/27/2007 | Michael Morris | Correspondence to Mr. Bennett regarding adequate protection order and issues for potential litigation. | 0.40 | $290.00 |
| 6/27/2007 | Michael Morris | Review cases regarding recharacterization of repo loans and potential litigation strategy. | 0.80 | $580.00 |
| 6/27/2007 | A. Brent Truitt | Review revised adequate protection order. | 0.30 | $202.50 |
| 6/28/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 6/28/2007 | Michael Morris | Prepare notices of stay for DB and UBS. | 0.50 | $362.50 |
| 6/28/2007 | Michael Morris | Correspondence to Mr. Logan and committee regarding notices of stay. | 0.20 | $145.00 |
| 6/28/2007 | Michael Morris | Correspondence from Mr. Fatell regarding DB. | 0.10 | $72.50 |
| 6/29/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |

In Reference To:                    DATE: 12/11/2007
                              New Century Financial Corporation
                              Our File Number: NEWCENT.NEW

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/29/2007 | Kevin Floyd | Research upcoming case deadlines and update case calendar. | 0.20 | $39.00 |
| 6/29/2007 | Jeanne E. Irving | Review electronic correspondence from orders regarding stays of UBS and DB Structured Filing cases. | 0.10 | $63.00 |
| 6/29/2007 | Jeanne E. Irving | Draft electronic correspondence to Mr. Floyd regarding expirations of stays of UBS and DB Structured Filings cases. | 0.10 | $63.00 |
| 6/29/2007 | Jeanne E. Irving | Draft electronic correspondence to Mr. Floyd regarding UBS preliminary injunction hearing and DB Structured Filings status conference. | 0.10 | $63.00 |
| 6/29/2007 | Michael Morris | Revise notices of stay and transmit. | 0.20 | $145.00 |
| 6/29/2007 | Michael Morris | Correspondence regarding notices of stay from plaintiff's counsel. | 0.20 | $145.00 |
| 6/29/2007 | Michael Morris | Correspondence to Mr. Kaufman regarding filing notices. | 0.10 | $72.50 |
| 7/2/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/2/2007 | Michael Morris | Review reconciliations with warehouse lenders from Mr. Logan regarding adequate protection stipulation. | 0.80 | $580.00 |
| 7/2/2007 | Michael Morris | Correspondence with Mr. Logan regarding reconciliations. | 0.20 | $145.00 |
| 7/2/2007 | Michael Morris | Correspondence with Messrs. Ramos and Logan regarding escrow account interest. | 0.20 | $145.00 |
| 7/2/2007 | Michael Morris | Correspondence from Mr. Logan regarding escrow account. | 0.20 | $145.00 |
| 7/2/2007 | A. Brent Truitt | Review new pleadings filed. | 0.30 | $202.50 |
| 7/3/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/3/2007 | Michael Morris | Correspondence from Mr. Logan regarding DBSP contested loans and attached analysis. | 0.40 | $290.00 |
| 7/3/2007 | Michael Morris | Correspondence with Mr. Truitt regarding timing on DBSP. | 0.10 | $72.50 |
| 7/3/2007 | Michael Morris | Correspondence with Mr. Logan regarding conference call wit DBSP. | 0.10 | $72.50 |
| 7/3/2007 | Michael Morris | Correspondence regarding escrow pursuant to adequate protection order. | 0.20 | $145.00 |
| 7/3/2007 | A. Brent Truitt | Review docket sheet. | 0.10 | $67.50 |

In Reference To:
New Century Financial Corporation
Our File Number:  NEWCENT.NEW

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/5/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/5/2007 | Kevin Floyd | Research and retrieve case pleadings for review by Mr. Bennett. | 0.20 | $39.00 |
| 7/5/2007 | Kevin Floyd | Review and organize case documents for attorney review. | 0.20 | $39.00 |
| 7/5/2007 | Michael Morris | Correspondence from Mr. Logan regarding Barclays. | 0.20 | $145.00 |
| 7/5/2007 | Michael Morris | Correspondence with Mr. Logan regarding questions regarding accountings. | 0.20 | $145.00 |
| 7/5/2007 | Michael Morris | Correspondence to Hightower regarding questions in accountings and reconciliations. | 0.20 | $145.00 |
| 7/5/2007 | Michael Morris | Research are permitted disposition of funds by secured creditor. | 0.80 | $580.00 |
| 7/5/2007 | Michael Morris | Telephone conference with Mr. Truitt regarding counterclaims against DBSP. | 0.60 | $435.00 |
| 7/5/2007 | A. Brent Truitt | Telephone conference with Mr. Morris regarding answer to DBSP complaint. | 0.60 | $405.00 |
| 7/5/2007 | A. Brent Truitt | Begin preparation of counterclaims against DBSP. | 1.70 | $1,147.50 |
| 7/6/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/6/2007 | Michael Morris | Correspondence from Mr. Logan regarding Barclays. | 0.20 | $145.00 |
| 7/6/2007 | Michael Morris | Correspondence from various lenders regarding examiner report. | 0.10 | $72.50 |
| 7/6/2007 | Michael Morris | Conference call with Mr. Logan and committee regarding settlement proposal to DBSP. | 0.80 | $580.00 |
| 7/9/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/9/2007 | Michael Morris | Correspondence with Mr. Truitt regarding DBSP. | 0.10 | $72.50 |
| 7/9/2007 | Michael Morris | Correspondence with Mr. Ramos regarding deadline for response. | 0.10 | $72.50 |
| 7/9/2007 | Michael Morris | Telephone conference with Mr. Gallo regarding DBSP response and procedures. | 0.30 | $217.50 |
| 7/9/2007 | Michael Morris | Correspondence to Mr. Truitt and Mr. Ramos regarding Telephone conference with Mr. Gallo regarding response to DBSP. | 0.20 | $145.00 |

In Reference To:                                    DATE: 12/11/2007
New Century Financial Corporation
Our File Number:  NEWCENT.NEW

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/9/2007 | Michael Morris | Correspondence from Mr. Gallo regarding extension of time regarding response to DBSP complaint. | 0.10 | $72.50 |
| 7/9/2007 | Michael Morris | Review correspondence from Mr. Logan regarding questions on reconciliations and response from NC personnel. | 0.40 | $290.00 |
| 7/9/2007 | A. Brent Truitt | Prepare answer and counterclaims to DBSP complaint. | 2.40 | $1,620.00 |
| 7/10/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/10/2007 | Michael Morris | Correspondence from Mr. Logan regarding reconciliations. | 0.10 | $72.50 |
| 7/11/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/11/2007 | Michael Morris | Review stipulation regarding DBSP from Mr. Ramos. | 0.20 | $145.00 |
| 7/11/2007 | Michael Morris | Correspondence regarding stipulation. | 0.10 | $72.50 |
| 7/12/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/12/2007 | Michael Morris | Correspondence regarding DBSP settlement proposal from Mr. Logan and reply. | 0.20 | $145.00 |
| 7/13/2007 | Michael Morris | Correspondence regarding DBSP conference call. | 0.20 | $145.00 |
| 7/13/2007 | Michael Morris | Correspondence from Mr. Lisac regarding revisions and clarification to reconciliations. | 0.30 | $217.50 |
| 7/16/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/16/2007 | Michael Morris | Review correspondence from Mr. Logan regarding DBSP settlement. | 0.20 | $145.00 |
| 7/16/2007 | Michael Morris | Review correspondence regarding issues in reconciliations and attached spreadsheets. | 0.60 | $435.00 |
| 7/16/2007 | Michael Morris | Correspondence with Mr. Truitt regarding answer to DBSP complaint. | 0.30 | $217.50 |
| 7/16/2007 | Michael Morris | Draft procedural stipulation with DBSP. | 0.70 | $507.50 |
| 7/16/2007 | Michael Morris | Correspondence to Mr. Gallo regarding draft stipulation. | 0.10 | $72.50 |
| 7/16/2007 | Michael Morris | Telephone conference with DBSP regarding settlement. | 0.60 | $435.00 |
| 7/16/2007 | Michael Morris | Telephone conference with Mr. Logan, Hightower, Mr. Lisac regarding reconciliations. | 0.80 | $580.00 |

In Reference To:                    DATE: 12/11/2007
                              New Century Financial Corporation
                              Our File Number:  NEWCENT NEW

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/16/2007 | A. Brent Truitt | Draft counterclaims against DBSP. | 3.10 | $2,092.50 |
| 7/17/2007 | Bruce Bennett | Analysis of Morris memorandum regarding status. | 0.20 | $161.00 |
| 7/17/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/17/2007 | Michael Morris | Correspondence to working group regarding result of cash collateral analysis and conference calls. | 0.50 | $362.50 |
| 7/17/2007 | Michael Morris | Review draft answer and counterclaims regarding DBSP. | 0.80 | $580.00 |
| 7/17/2007 | Michael Morris | Review and organize reconciliations for each warehouse lender and analyze potential responses. | 1.40 | $1,015.00 |
| 7/17/2007 | Michael Morris | Correspondence with Mr. Logan regarding theories for warehouse lender responses and review reply. | 0.80 | $580.00 |
| 7/17/2007 | Celestino Santos | Assist in Public Folders set-up for DB document review. | 0.50 | $95.00 |
| 7/17/2007 | A. Brent Truitt | Draft answers to specific allegations in DBSP complaint. | 2.20 | $1,485.00 |
| 7/18/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/18/2007 | Michael Morris | Correspondence to Mr. Gallo, et al., regarding continued dates for DBSP responses. | 0.20 | $145.00 |
| 7/18/2007 | Michael Morris | Correspondence from Mr. Gallo and response regarding continuance. | 0.20 | $145.00 |
| 7/18/2007 | Michael Morris | Correspondence with Mr. Ramos regarding continued dates for DBSP and forward to Mr. Gallo with comment. | 0.30 | $217.50 |
| 7/18/2007 | Michael Morris | Telephone conference with Mr. Gallo regarding details of continuance. | 0.20 | $145.00 |
| 7/18/2007 | Michael Morris | Correspondence confirming DB dates. | 0.10 | $72.50 |
| 7/19/2007 | Kevin Floyd | Prepare memorandum to attorneys regarding new docket entries. | 0.10 | $19.50 |
| 7/19/2007 | Michael Morris | Correspondence with Mr. Logan regarding DBSP continued dates. | 0.10 | $72.50 |
| 7/20/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/20/2007 | Michael Morris | Review adequate protection order regarding timing of responses from warehouse lenders. | 0.20 | $145.00 |

In Reference To:                          DATE: 12/11/2007
New Century Financial Corporation
Our File Number:  NEWCENT.NEW

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/23/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/23/2007 | Michael Morris | Correspondence from Mr. Logan regarding DB settlement. | 0.20 | $145.00 |
| 7/23/2007 | Michael Morris | Correspondence from Mr. Logan regarding responses from warehouse lenders regarding reconciliation. | 0.20 | $145.00 |
| 7/23/2007 | Michael Morris | Review and analyze responses from warehouse lenders regarding reconciliations and analyze numbers. | 1.50 | $1,087.50 |
| 7/24/2007 | Bruce Bennett | Analysis of Morris memorandum regarding DB settlement and prepare response. | 0.20 | $161.00 |
| 7/24/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/24/2007 | Jeanne E. Irving | Review electronic correspondence from Mr. Morris regarding proposed settlement with DB Structured Filings | 0.10 | $63.00 |
| 7/24/2007 | Michael Morris | Review correspondence from Mr. Power regarding DB settlement timeline. | 0.20 | $145.00 |
| 7/25/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/25/2007 | Michael Morris | Review settlement agreement with DB and make suggested changes. | 0.80 | $580.00 |
| 7/25/2007 | Michael Morris | Correspondence to Mr. Logan regarding proposed settlement agreement with DB. | 0.20 | $145.00 |
| 7/25/2007 | Michael Morris | Correspondence with Mr. Bennett regarding DB settlement agreement. | 0.20 | $145.00 |
| 7/25/2007 | Michael Morris | Correspondence regarding meetings with warehouse lenders. | 0.10 | $72.50 |
| 7/26/2007 | Bruce Bennett | Analysis of memorandum from Mr. Morris regarding determination of deficiency claims. | 0.20 | $161.00 |
| 7/26/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/26/2007 | Michael Morris | Review revised settlement agreement with DB. | 0.40 | $290.00 |
| 7/26/2007 | Michael Morris | Review correspondence from Mr. Logan regarding warehouse lender valuation. | 0.50 | $362.50 |
| 7/26/2007 | Michael Morris | Prepare correspondence to Mr. Logan regarding issues in valuation and section 562. | 0.80 | $580.00 |
| 7/26/2007 | Michael Morris | Correspondence regarding DB. | 0.10 | $72.50 |

PAGE 22                                    In Reference To:                            DATE: 12/11/2007
                                  New Century Financial Corporation
                                  Our File Number:  NEWCENT.NEW

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/27/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/27/2007 | Jeanne E. Irving | Review of agenda for July 31 hearing | 0.10 | $63.00 |
| 7/27/2007 | Michael Morris | Correspondence to Mr. Bennett regarding warehouse lender. | 0.20 | $145.00 |
| 7/27/2007 | Michael Morris | Analyze spreadsheet from Mr. Logan regarding warehouse lender valuation. | 0.80 | $580.00 |
| 7/29/2007 | Bruce Bennett | Analysis of memorandum from Mr. Morris regarding claims regarding termination of repurchase agreements. | 0.30 | $241.50 |
| 7/29/2007 | Michael Morris | Research regarding section 562 and warehouse lender documents. | 1.80 | $1,305.00 |
| 7/29/2007 | Michael Morris | Correspondence to Mr. Bennett regarding potential cause of action against warehouse lenders. | 0.40 | $290.00 |
| 7/30/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |
| 7/30/2007 | Michael Morris | Analyze spreadsheet regarding valuation of warehouse loan portfolios and adequate protection order. | 0.40 | $290.00 |
| 7/31/2007 | Kevin Floyd | Prepare memo to attorneys re new docket entries. | 0.10 | $19.50 |

TOTALS:  0120 - Litigation                                                  145.90     $93,761.00