# EXHIBIT B

PAGE 23                                In Reference To:                                DATE: 12/11/2007
New Century Financial Corporation
Our File Number: NEWCENT.NEW

COSTS ADVANCED

| Description | Amount |
|---|---:|
| Outside Background Research | 279.15 |
| Couriers | 69.28 |
| Computerized Legal Research | 1,768.45 |
| Telephone | 58.32 |
| In-House Reproduction | 0.10 |
| Publications | 39.75 |
| Scanning | 12.60 |
| Travel & Transportation | 1,456.16 |
| Transcripts | 122.82 |
| Velobind | 2.50 |
| **TOTAL COSTS ADVANCED:** | **$3,809.13** |

Case 07-10416-BLS    Doc 4154-3    Filed 12/19/07    Page 3 of 7

PAGE 24                          In Reference To:                    DATE: 12/11/2007
                          New Century Financial Corporation
                          Our File Number:  NEWCENT.NEW

COSTS BY ACTIVITY

Case 07-10416-BLS   Doc 4154-3   Filed 12/19/07   Page 4 of 7

PAGE 25
In Reference To:
New Century Financial Corporation
Our File Number: NEWCENT.NEW
DATE: 12/11/2007

ACTIVITY: BAC

| Date | Description | Amount |
|---|---|---|
| 06/05/07 | Outside Background Research - - VENDOR: Datasearch, Inc. Inv#1479944- for service rendered on 06/05/07 for legal research. | $158.65 |
| 06/06/07 | Outside Background Research - - VENDOR: Datasearch, Inc. Inv#1479978- for service rendered on 06/06/07 for legal research. | $120.50 |

TOTAL: BAC

$279.15

ACTIVITY: COU

| Date | Description | Amount |
|---|---|---|
| 06/06/07 | Couriers Fed Ex charge for shipment to A. BRENT TRUITT on 06/06/2007 - Invoice #209642219 | $34.65 |
| 06/07/07 | Couriers Fed Ex charge for shipment to MICHAEL MORRIS on 06/07/2007 - Invoice #209642219 | $34.63 |

TOTAL: COU

$69.28

ACTIVITY: HLEG

| Date | Description | Amount |
|---|---|---|
| 06/04/07 | Computerized Legal Research LEXIS LEGAL SERVICES - SEARCHES on 06/04/2007 | $68.27 |
| 06/04/07 | Computerized Legal Research COLLIER SERVICE - SEARCHES on 06/04/2007 | $32.31 |
| 06/04/07 | Computerized Legal Research COLLIER SERVICE - TOC DOCUMENT LINKS on 06/04/2007 | $6.73 |
| 06/04/07 | Computerized Legal Research LEXIS LEGAL SERVICES - DOCUMENT PRINTING on 06/04/2007 | $6.19 |
| 06/04/07 | Computerized Legal Research LEXIS LEGAL SERVICES - SINGLE DOCUMENT RETRIEVAL on 06/04/2007 | $2.88 |
| 06/11/07 | Computerized Legal Research LEXIS LEGAL SERVICES - SEARCHES on 06/11/2007 | $214.78 |
| 06/11/07 | Computerized Legal Research LEXIS LEGAL SERVICES - TOC DOCUMENT LINKS on 06/11/2007 | $6.73 |
| 06/11/07 | Computerized Legal Research LEXIS LEGAL SERVICES - SINGLE DOCUMENT RETRIEVAL on 06/11/2007 | $4.33 |

In Reference To:
New Century Financial Corporation
Our File Number: NEWCENT.NEW

DATE: 12/11/2007

| Date | Description | Amount |
|---|---|---|
| 06/14/07 | Computerized Legal Research COLLIER SERVICE - TOC DOCUMENT LINKS on 06/14 /2007 | $6.73 |
| 06/21/07 | Computerized Legal Research SHEPARDS SERVICE - LEGAL CITATION SERVICES on 06/21/2007 | $44.61 |
| 06/21/07 | Computerized Legal Research LEXIS LEGAL SERVICES - SINGLE DOCUMENT RETRIE VAL on 06/21/2007 | $24.51 |
| 06/30/07 | Computerized Legal Research - - VENDOR: West Publishing Corporation Inv#813985295- for service rendered during 06/01- 06/30/07 for legal research for Mr. Morse. | $1,055.00 |
| 07/16/07 | Computerized Legal Research LEXIS LEGAL SERVICES - TOC DOCUMENT LINKS on 07/16/2007 | $1.55 |
| 07/17/07 | Computerized Legal Research COLLIER SERVICE - TOC DOCUMENT LINKS on 07/17 /2007 | $6.76 |
| 07/27/07 | Computerized Legal Research NEXIS SERVICE - SINGLE DOCUMENT RETRIEVAL on 07/27/2007 | $1.45 |
| 07/27/07 | Computerized Legal Research COLLIER SERVICE - COMBINED SEARCH COMPONENT o n 07/27/2007 | $5.41 |
| 07/27/07 | Computerized Legal Research LEXIS LEGAL SERVICES - COMBINED SEARCH COMPON ENT on 07/27/2007 | $280.21 |

TOTAL: HLEG

$1,768.45

ACTIVITY: HTEL

| Date | Description | Amount |
|---|---|---|
| 06/12/07 | Telephone - - VENDOR: Working Assets Inv#061207- for service rendered during 05/08- 06/07/07 for long distance calls for Mr. Bennett. | $0.35 |
| 06/12/07 | Telephone - - VENDOR: Premiere Global Service Inv#00895860CR- for service rendered on 06/01/07 for conference call for Mr. Truitt. | $25.46 |
| 06/12/07 | Telephone - - VENDOR: Premiere Global Service Inv#00895860CR- for service rendered on 05/14/07 for conference call for Ms. Irving. | $17.29 |
| 06/12/07 | Telephone - - VENDOR: Premiere Global Service Inv#00895860CR- for service rendered on 06/01/07 for conference call for Ms. Irving. | $15.22 |

TOTAL: HTEL

$58.32

ACTIVITY: INH

Case 07-10416-BLS   Doc 4154-3   Filed 12/19/07   Page 6 of 7

PAGE 27
In Reference To:
New Century Financial Corporation
Our File Number: NEWCENT.NEW
DATE: 12/11/2007

| Date | Description | Amount |
|---|---|---|
| 06/06/07 | In-House Reproduction charge (1 pages @ $.10 per page). | $0.10 |

TOTAL: INH

$0.10

ACTIVITY: PUB

| Date | Description | Amount |
|---|---|---|
| 06/01/07 | Publications - - VENDOR: Los Angeles County Law Library Inv#604210- for service rendered on 04/23/07 for special publications. | $12.00 |
| 06/01/07 | Publications - - VENDOR: Los Angeles County Law Library Inv#604210- for service rendered on 04/30/07 for special publications. | $24.00 |
| 06/01/07 | Publications - - VENDOR: Los Angeles County Law Library Inv#604210- for service rendered on 04/30/07 for special publications. | $3.75 |

TOTAL: PUB

$39.75

ACTIVITY: SCA

| Date | Description | Amount |
|---|---|---|
| 06/01/07 | Scanning expense (120 pages @ $.10 per page). | $12.00 |
| 06/04/07 | Scanning expense (6 pages @ $.10 per page). | $0.60 |

TOTAL: SCA

$12.60

ACTIVITY: TRA

| Date | Description | Amount |
|---|---|---|
| 06/15/07 | Travel & Transportation - Travel agency service charge for Mr. Morris. | $35.00 |
| 06/15/07 | Travel & Transportation - Round trip airfare expense for Mr. Morris from Florida to New York on 06/20/07 - 06/21/07 (reduced from actual fare to coach fare). | $659.40 |
| 06/20/07 | Travel & Transportation - Lodging expense for Mr. Morris while in New York on 06/20/07 - 06/21/07. | $721.76 |
| 06/21/07 | Travel & Transportation - Parking expense for Mr. Morris at Tampa Airport. | $40.00 |

TOTAL: TRA

$1,456.16

PAGE 28             In Reference To:           DATE: 12/11/2007
New Century Financial Corporation
Our File Number: NEWCENT.NEW

## ACTIVITY: TRN

| Date | Description | Amount |
|---|---|---|
| 06/04/07 | Transcripts - - VENDOR: Elaine M. Ryan Inv#060407- for service rendered on 05/30/07 for transcripts. | $122.82 |

TOTAL: TRN

$122.82

## ACTIVITY: VEL

| Date | Description | Amount |
|---|---|---|
| 06/28/07 | Velobind expense (2 volumes @ $2.50 per volume). | $2.50 |

TOTAL: VEL

$2.50

TOTAL ALL ACTIVITIES:        $3,809.13