**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEW CENTURY HOLDINGS, INC., a<br>Delaware corporation, et al.,<br><br>　　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br>Jointly Administered<br><br>**Objection Deadline: January 2, 2008 at 4:00 p.m.**<br>**Hearing Date: January 9, 2008 at 1:30 p.m.** |

## NOTICE OF MOTION

To:   The Office of the United States Trustee, counsel for the Debtors, and all parties on the Bankruptcy Rule 2002 List.

　　　Wells Fargo Bank N.A. a/k/a Wells Fargo ITS ("Wells Fargo") has filed its MOTION OF WELLS FARGO BANK, N.A. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(1)(A) (the "Motion").

　　　You are required to file a response to the attached Motion on or before **January 2, 2008 at 4:00 p.m.** with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, Marine Midland Plaza, 824 Market Street, Wilmington, Delaware 19801.

　　　At the same time, you must also serve a copy of the response upon:

| | |
|---|---|
| Joanne B. Wills (Del. No. 2357)<br>Christopher A. Ward (Del. No. 3877)<br>KLEHR, HARRISON, HARVEY,<br>　　BRANZBURG & ELLERS LLP<br>919 Market Street, Suite 1000<br>Wilmington, ED 19801<br>Tel: (302) 426-1189<br>Fax: (302) 426-9193<br>cward@klehr.com | Andrew A. Nicely<br>Tai Lui Tan<br>MAYER BROWN LLP<br>1909 K Street, N.W.<br>Washington, DC 20006-1101<br>Tel: (202) 263-3000<br>Fax: (202) 263-3300<br>anicely@mayerbrown.com |

DEL1 67504-1

IF AN OBJECTION IS FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES, A HEARING ON THE MOTION WILL BE HELD ON JANUARY 9, 2008 AT 1:30 P.M., BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 6TH FLOOR, COURTROOM 3.  IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  December 19, 2007

                                   Respectfully submitted,

                                   KLEHR, HARRISON, HARVEY,
                                   BRANZBURG & ELLERS LLP

                                   /s/  Christopher A. Ward
                                   Joanne B. Wills (Del. No. 2357)
                                   Christopher A. Ward (Del. No. 3877)
                                   919 Market Street, Suite 1000
                                   Wilmington, DE 19801
                                   Tel:(302)426-1189
                                   Fax:(302)426-9193
                                   jwills@klehr.com
                                   cward@klehr.com

                                   Andrew A. Nicely
                                   Tai Lui Tan
                                   MAYER BROWN LLP
                                   1909 K Street, N.W.
                                   Washington, DC 20006-1101
                                   Tel: (202)263-3000
                                   Fax: (202)263-3300
                                   anicely@mayerbrown.com

                                   Counsel to Wells Fargo Bank N.A. a/k/a Wells Fargo ITS

DEL1 67504-1