# EXHIBIT B

## Legal Invoices

## (Redacted for Attorney/Client Privilege and/or Confidential Information)

# Mayer, Brown, Rowe & Maw LLP
230 South LaSalle Street
Chicago, Illinois 60604-1404

Invoice Number 28613742

I.R.S. No.: 36-1447220

Wells Fargo Bank, N.A.
633 Folsom Street
7th Floor
San Francisco, CA  94107

Attn: David Lauer
VP and General Counsel

August 21, 2007

For professional services rendered for the period ended July 31, 2007

Re:   **New Century Rabbi Trust Litigation**
      **Matter No: 07090746**

| | |
|---|---|
| Fees | $30,116.25 |
| Other Charges | 206.07 |
| **Total Fees and Other Charges** | **$30,322.32** |

Reminder statements will be sent for outstanding invoices.

Mayer, Brown, Rowe & Maw LLP

07090746
Wells Fargo Bank, N.A.
New Century Rabbi Trust Litigation

Page 2
Nicely, Andrew A.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 07/19/07 | **Krueger, Herbert W.** ▮▮▮▮▮▮▮▮, review complaint, plan and trust, discuss with Andrew Nicely, ▮▮▮▮▮▮ consider issues | 4.25 |
| 07/19/07 | **Nicely, Andrew A.** Telecon w/ B. Krueger re: bankruptcy litigation matter ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮, review adversary complaint and initial pleadings; conference w/ Seema Dargar re: preparation of answer to complaint; email exchanges w/ N. Reid re: bankruptcy issues. | 3.75 |
| 07/20/07 | **Dargar, Seema V.** Wrote answer to complaint filed against Wells Fargo. | 4.25 |
| 07/20/07 | **Krueger, Herbert W.** review authority re obligation of trust on tax and withholding if assets are not subject to creditors, review authorities on top hat plan | 2.75 |
| 07/20/07 | **Nicely, Andrew A.** Wells Fargo: Analysis of plaintiffs' ERISA theory; conference w/ Seema Dargar re: preparation of draft answer; email exchanges re: fact issues for answer. | 2.25 |
| 07/20/07 | **Obsitnik, Cristin M.** Review materials on new deal with Bert; work on preparation of memo on top hat plans | 1.25 |
| 07/20/07 | **Reid, N. Neville** Resolve/analyze/draft emails regarding bankruptcy issue and review trust agreement regarding same, and discussion with R. Suber regarding same. | 1.25 |
| 07/22/07 | **Nicely, Andrew A.** Working on conflicts issues and prepare engagement letter; revise answer to complaint; analysis of recent cases involving the requirements for classification as a top hat plan. | 3.50 |
| 07/22/07 | **Obsitnik, Cristin M.** Work on memo involving case law of select group of management for top hat plans. | 2.50 |
| 07/23/07 | **Krueger, Herbert W.** ▮▮▮▮▮▮▮▮ review cases re top hat status and revise memorandum re same, | 2.75 |
| 07/23/07 | **Nicely, Andrew A.** Working on answer and counterclaims ▮▮▮▮▮▮▮▮▮▮▮; attention to conflicts issues; review recent Third Circuit and D. Del. bankruptcy court decisions on top-hat plans and rabbi trusts; conferences w/ potential local counsel. | 5.50 |
| 07/23/07 | **Obsitnik, Cristin M.** Research and draft memo on qualifications for a top hat plan; confer with B. Krueger on same. | 7.50 |

Mayer, Brown, Rowe & Maw LLP

07090746
Wells Fargo Bank, N.A.
New Century Rabbi Trust Litigation

Page 3
Nicely, Andrew A.

### DESCRIPTION OF LEGAL SERVICES

| <u>Date</u> | <u>Timekeeper Name</u> | <u>Hours</u> |
|---|---|---|
| 07/23/07 | **Reid, N. Neville**<br>Find local counsel for Wells Fargo in New Century case and do emails regarding same. | 0.50 |
| 07/24/07 | **Nicely, Andrew A.**<br>Telecon w/ Joanne Wills re: potential local counsel representation; telecon w/ plaintiffs' counsel re: informal discovery from New Century and enlargement of time to answer; prepare enlargement of time; prepare conflict waiver for New Century. | 2.25 |
| 07/25/07 | **Krueger, Herbert W.**<br>review motion to dismiss | 0.75 |
| 07/25/07 | **Nicely, Andrew A.**<br>Email exchanges re: local counsel retention; finalize stipulation to enlarge time to answer; finalize pro hac vice motion; review New Century's motion to dismiss. | 1.50 |
| 07/26/07 | **Nicely, Andrew A.**<br>Review New Century packet for plan participants; conference w/ T. Tan re: assistance with litigation. | 1.00 |
| 07/26/07 | **Tan, Tai Lui**<br>Met with A. Nicely to discuss case, reviewed background materials. | 1.50 |
| 07/27/07 | **Krueger, Herbert W.**<br>confer Andrew Nicely | 2.75 |
| 07/27/07 | **Nicely, Andrew A.**<br>telecon w/ J. Wills re: retention and strategy issues; ; telecon w/ Bert Krueger re: strategy for responding to complaint and interplay between plan and trust agreements. | 2.25 |
| 07/29/07 | **Obsitnik, Cristin M.**<br>Communications with A. Nicely re: drafting motion. | 0.25 |
| 07/31/07 | **Fisher, Barbara J.**<br>Research re location information for COMPENSATION AND BENEFITS for T. Tan; calls to library; | 0.25 |
| 07/31/07 | **Tan, Tai Lui**<br>Drafted email to A. Nicely re: motion to dismiss, reviewed background materials and case law for motion. | 4.75 |

**Total Hours**        59.25

Mayer, Brown, Rowe & Maw LLP

07090746
Wells Fargo Bank, N.A.
New Century Rabbi Trust Litigation

Page 4
Nicely, Andrew A.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/22/07 | **Westlaw Research**<br>Westlaw Research performed by Nicely, Andrew A. | | 10.98 |
| 07/23/07 | **Westlaw Research**<br>Westlaw Research performed by Nicely, Andrew A. | | 66.05 |
| 07/24/07 | **Westlaw Research**<br>Westlaw Research performed by Nicely, Andrew A. | | 96.08 |
| 07/31/07 | **Westlaw Research**<br>Westlaw Research performed by Tan, Tai Lui | | 32.96 |
| | **Total Other Charges** | | **$206.07** |

Mayer, Brown, Rowe & Maw LLP

07090746
Wells Fargo Bank, N.A.                                                                                        Page 5
New Century Rabbi Trust Litigation                                                            Nicely, Andrew A.

## TIMEKEEPER SUMMARY

| Name | Hours | Amount |
|------|-------|--------|
| Dargar, Seema V. | 4.25 | 871.25 |
| Fisher, Barbara J. | 0.25 | 38.75 |
| Krueger, Herbert W. | 13.25 | 10,268.75 |
| Nicely, Andrew A. | 22.00 | 11,000.00 |
| Obsitnik, Cristin M. | 11.50 | 4,600.00 |
| Reid, N. Neville | 1.75 | 1,181.25 |
| Tan, Tai Lui | 6.25 | 2,156.25 |
| **Total Legal Fees** | **59.25** | **$30,116.25** |

Mayer, Brown, Rowe & Maw LLP

07090746
Wells Fargo Bank, N.A.
New Century Rabbi Trust Litigation

Page 6
Nicely, Andrew A.

## OTHER CHARGES SUMMARY

| Other Charges | Amount |
|---|---|
| Westlaw Research | 206.07 |
| **Total Other Charges** | **$206.07** |

# REMITTANCE

Please enclose this remittance advice with your payment so
that your account may be properly credited.

Client Name:     Wells Fargo Bank, N.A.

Matter:     07090746 New Century Rabbi Trust Litigation

Invoice Number:     28613742

| | |
|---|---|
| Fees: | $30,116.25 |
| Other Charges: | 206.07 |
| **Current Invoice Amount:** | **$30,322.32** |

---

**AMOUNT ENCLOSED: $**

---

## MAILING ADDRESS

Mayer, Brown, Rowe & Maw LLP
2027 Collection Center Dr.
Chicago, Illinois 60693-0020

OR

A wire transfer payment may be made to Mayer, Brown, Rowe & Maw LLP's
account number 87656-63350 at Bank of America, 231 S. LaSalle
Street, Chicago, Illinois 60697, ABA #026-009-593

Please indicate the invoice(s) being paid.

Accounts Receivable contact:     Roberto Gonzalez (312) 701-7805
rgonzalez@mayerbrownrowe.com

## Mayer Brown LLP
230 South LaSalle Street
Chicago, Illinois 60604-1404

Invoice Number 28622425

I.R.S. No.: 36-1447220

Wells Fargo Bank, N.A.
633 Folsom Street
7th Floor
San Francisco, CA  94107

Attn: David Lauer
VP and General Counsel

September 18, 2007

For professional services rendered for the period ended August 31, 2007

Re:    **New Century Rabbi Trust Litigation**
       **Matter No: 07090746**

| | |
|---|---|
| Fees | $56,837.50 |
| Other Charges | 2,642.37 |
| **Total Fees and Other Charges** | **$59,479.87** |

Reminder statements will be sent for outstanding invoices.

Mayer Brown LLP

07090746
Wells Fargo Bank, N.A.
New Century Rabbi Trust Litigation

Page 2
Nicely, Andrew A.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 08/01/07 | **Nicely, Andrew A.** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, email exchanges w/ N. Reid re: bankruptcy procedure on motion to dismiss; attention to New Century conflict issue and emails regarding conflict waiver; review emails from New Century and plaintiffs' counsel re: briefing schedule. | 1.75 |
| 08/01/07 | **Reid, N. Neville** Email response regarding core proceedings. | 0.25 |
| 08/01/07 | **Tan, Tai Lui** Reviewed background materials, researched background issues. | 1.00 |
| 08/02/07 | **Nicely, Andrew A.** Conference w/ Tai Tan re: preparation of motion to dismiss. | 0.50 |
| 08/02/07 | **Tan, Tai Lui** Prepared for and participated in phone call w/A. Nicely re: motion to dismiss. | 1.75 |
| 08/06/07 | **Krueger, Herbert W.** Nicely re status and potential for dismissing Wells | 0.25 |
| 08/06/07 | **Nicely, Andrew A.** Review competing scheduling proposals and related email traffic; meeting of the parties to discuss adversary scheduling order and 8/7 scheduling conference; ▇▇▇▇▇▇▇▇▇▇▇▇ | 2.00 |
| 08/07/07 | **Fisher, Barbara J.** Obtained copy of case from Lexis for A. Nicely. | 0.25 |
| 08/07/07 | **Krueger, Herbert W.** review creditors filing | 0.50 |
| 08/07/07 | **Nicely, Andrew A.** Review email traffic re: proposed changes to scheduling order; review creditors committee's joinder in motion to dismiss; ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ analysis of ERISA remedies including reformation ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 4.00 |
| 08/08/07 | **Fisher, Barbara J.** Research; interlibrary loan of ERISA LITIGATION for A. Nicely. | 0.25 |
| 08/08/07 | **Nicely, Andrew A.** Review final version of scheduling order; analyzing potential arguments for dismissal of employee-plaintiffs' claims against trust. | 1.25 |
| 08/08/07 | **Tan, Tai Lui** Phone call w/C. Obsitnik re: motion to dismiss and researching legal issues. | 0.25 |
| 08/09/07 | **Nicely, Andrew A.** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, analysis of equitable remedies available under ERISA enforcement provisions. | 0.75 |
| 08/10/07 | **Obsitnik, Cristin M.** Research ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ under ERISA for motion to dismiss. | 3.50 |

Mayer Brown LLP

07090746
Wells Fargo Bank, N.A.
New Century Rabbi Trust Litigation

Page 3
Nicely, Andrew A.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 08/10/07 | **Tan, Tai Lui** <br> Researched case law on rabbi trusts and bankruptcy proceedings. | 1.50 |
| 08/11/07 | **Obsitnik, Cristin M.** <br> Research on ▇▇▇▇▇▇▇▇▇▇ consequences of unfunded plan in bankruptcy for motion to dismiss; communications with Tai Lan re: same. | 7.50 |
| 08/11/07 | **Tan, Tai Lui** <br> Researched legal issues for Wells Fargo's motion to dismiss; phone calls w/C. Obsitnik re: research; drafted motion to dismiss. | 9.50 |
| 08/12/07 | **Tan, Tai Lui** <br> Researched legal issues for motion to dismiss; corresponded w/C. Obsitnik re: motion; drafted motion to dismiss. | 10.25 |
| 08/13/07 | **Grotberg, Karen** <br> Conferences with C. Obsitnik and A. O'Meara regarding motion to dismiss, equitable relief, and principles of ERISA litigation. | 5.50 |
| 08/13/07 | **Nicely, Andrew A.** <br> Revising motion to dismiss. | 1.25 |
| 08/13/07 | **O'Meara, Anna M.** <br> Conference with K. Grotberg and C. Obsitnik re motion to dismiss. | 0.50 |
| 08/13/07 | **Obsitnik, Cristin M.** <br> Research for Motion to Dismiss; communications with Tai Tan; Review Motion to Dismiss; confer with K. Grotberg and A. O'Meara on equitable relief permitted under ERISA. | 8.00 |
| 08/13/07 | **Tan, Tai Lui** <br> Drafted and revised motion to dismiss; drafted email to A. Nicely re: motion to dismiss. | 9.50 |
| 08/14/07 | **Grotberg, Karen** <br> Conferences with C. Obsitnik and H. Krueger regarding reformation of rabbi trust; research regarding same. | 1.25 |
| 08/14/07 | **Krueger, Herbert W.** <br> confer Cristin Obsitnik | 0.25 |
| 08/14/07 | **Nicely, Andrew A.** <br> Working on motion to dismiss. | 7.00 |
| 08/14/07 | **Obsitnik, Cristin M.** <br> Confer with B. Krueger on Motion to Dismiss; additional research for motion; confer with K. Grotberg on reformation of ERISA trust/plan issues. | 3.25 |
| 08/14/07 | **Tan, Tai Lui** <br> Researched local rules of court; drafted email to A. Nicely re: research; research legal issues for motion to dismiss. | 1.00 |

Mayer Brown LLP

O7090746
Wells Fargo Bank, N.A.
New Century Rabbi Trust Litigation

Page 4
Nicely, Andrew A.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 08/15/07 | **Krueger, Herbert W.**<br>review filings, prepare summary of tax treatment and obligations of trustee if the trust is not subject to claims of creditors | 3.75 |
| 08/15/07 | **Nicely, Andrew A.**<br>Working on motion to dismiss. | 3.50 |
| 08/15/07 | **Obsitnik, Cristin M.**<br>Confer with Tai Tan regarding research for Motion to Dismiss. | 0.25 |
| 08/15/07 | **Tan, Tai Lui**<br>Reviewed revisions to draft motion to dismiss, researched declaratory judgment act. | 1.25 |
| 08/16/07 | **Krueger, Herbert W.**<br>analysis of tax withholding obligations if trust is not subject to claims of creditors prepare comparison of duties | 2.25 |
| 08/16/07 | **Nicely, Andrew A.**<br>Revising motion to dismiss ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓conference w/ Tai Tan re: motion to dismiss arguments; analysis of necessary party issue. | 7.00 |
| 08/16/07 | **Tan, Tai Lui**<br>Researched issue re: necessary parties under Fed. R. Civ. P. 19; drafted summary of research; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>▓▓▓▓▓▓ | 3.75 |
| 08/17/07 | **Krueger, Herbert W.**<br>review and analyze authorities re rabbi trusts and other grantor trusts re treatment of assets as plan assets where formed in connection with ERISA plan; review draft of motion to dismiss and comments re same | 3.25 |
| 08/17/07 | **Nicely, Andrew A.**<br>Editing motion to dismiss; email exchanges w/ H. Krueger re: ERISA arguments; ▓▓▓▓▓▓▓▓▓▓▓ telecon w/ N. Reid re: proofs of claims; ▓▓▓▓▓▓ | 2.50 |
| 08/17/07 | **Reid, N. Neville** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.25 |
| 08/17/07 | **Tan, Tai Lui**<br>Reviewed B. Krueger's comments re: motion; revised motion to dismiss. | 2.00 |
| 08/20/07 | **Krueger, Herbert W.**<br>comments to Nicely re plaintiffs answering brief | 1.00 |
| 08/20/07 | **Nicely, Andrew A.**<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, working on motion to dismiss. | 3.75 |
| 08/20/07 | **Obsitnik, Cristin M.**<br>Review plaintiff's response to motion to dismiss; research cases cited in brief; | 0.75 |

Mayer Brown LLP

O7090746
Wells Fargo Bank, N.A.
New Century Rabbi Trust Litigation

Page 5
Nicely, Andrew A.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | communications with B. Krueger. | |
| 08/20/07 | **Tan, Tai Lui**<br>Researched and revised motion to dismiss; reviewed plaintiffs' opposition to New Century's and OCUC's motions to dismiss. | 7.50 |

**Total Hours**     **127.25**

Mayer Brown LLP

07090746
Wells Fargo Bank, N.A.                                                                    Page 6
New Century Rabbi Trust Litigation                                          Nicely, Andrew A.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 08/01/07 | **Document Reproduction** | 26 | 3.90 |
| 08/02/07 | **Document Reproduction** | 92 | 13.80 |
| 08/06/07 | **Long Distance Telephone** <br> (415) 396-0954 at 1147 ( 22 mins) | | 1.98 |
| 08/07/07 | **Lexis** <br> Lexis Research performed by Fisher, Barbara J. | | 16.42 |
| 08/07/07 | **Westlaw Research** <br> Westlaw Research performed by Nicely, Andrew A. | | 289.44 |
| 08/08/07 | **Westlaw Research** <br> Westlaw Research performed by Nicely, Andrew A. | | 176.97 |
| 08/09/07 | **Document Reproduction** | 113 | 16.95 |
| 08/10/07 | **Westlaw Research** <br> Westlaw Research performed by Tan, Tai Lui | | 362.80 |
| 08/11/07 | **Westlaw Research** <br> Westlaw Research performed by Tan, Tai Lui | | 91.91 |
| 08/12/07 | **Westlaw Research** <br> Westlaw Research performed by Tan, Tai Lui | | 51.70 |
| 08/13/07 | **Westlaw Research** <br> Westlaw Research performed by Obsitnik, Cristin M. | | 194.41 |
| 08/15/07 | **Outside Courier** <br> VENDOR: Lasership Inc-VI; INVOICE#: 70619870815; DATE: 8/15/2007  -  Document delivery 8/7 | | 8.47 |
| 08/15/07 | **Outside Courier** <br> VENDOR: Lasership Inc-VI; INVOICE#: 70619870815; DATE: 8/15/2007  -  Document delivery 8/1 | | 16.94 |
| 08/16/07 | **Westlaw Research** <br> Westlaw Research performed by Nicely, Andrew A. | | 514.92 |
| 08/16/07 | **Westlaw Research** <br> Westlaw Research performed by Tan, Tai Lui | | 163.95 |
| 08/20/07 | **Westlaw Research** <br> Westlaw Research performed by Tan, Tai Lui | | 38.04 |
| 08/21/07 | **Westlaw Research** <br> Westlaw Research performed by Tan, Tai Lui | | 117.63 |
| 08/21/07 | **Document Reproduction** | 67 | 10.05 |

Mayer Brown LLP

O7090746
Wells Fargo Bank, N.A.
New Century Rabbi Trust Litigation

Page 7
Nicely, Andrew A.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 08/22/07 | **Westlaw Research**<br>Westlaw Research performed by Tan, Tai Lui | | 35.96 |
| 08/22/07 | **Westlaw Research**<br>Westlaw Research performed by Mahdi Ali, Sajida | | 269.85 |
| 08/22/07 | **Document Reproduction** | 26 | 3.90 |
| 08/24/07 | **Westlaw Research**<br>Westlaw Research performed by Madden, Brandy J. | | 242.38 |

**Total Other Charges**                                        **$2,642.37**

Mayer Brown LLP

07090746
Wells Fargo Bank, N.A.
New Century Rabbi Trust Litigation

### TIMEKEEPER SUMMARY

| Name | Hours | Amount |
|------|-------|--------|
| Grotberg, Karen | 6.75 | 3,577.50 |
| Krueger, Herbert W. | 11.25 | 8,718.75 |
| Nicely, Andrew A. | 35.25 | 17,625.00 |
| O'Meara, Anna M. | 0.50 | 287.50 |
| Obsitnik, Cristin M. | 23.25 | 9,300.00 |
| Reid, N. Neville | 0.50 | 337.50 |
| Tan, Tai Lui | 49.25 | 16,991.25 |
| **Total Legal Fees** | **126.75** | **$56,837.50** |

Mayer Brown LLP

O7090746
Wells Fargo Bank, N.A.                                                                    Page 9
New Century Rabbi Trust Litigation                                              Nicely, Andrew A.


## <u>OTHER CHARGES SUMMARY</u>

| <u>Other Charges</u> | <u>Amount</u> |
|---|---|
| Outside Courier | |
| Lexis | 25.41 |
| Westlaw Research | 16.42 |
| Document Reproduction | 2,549.96 |
| Long Distance Telephone | 48.60 |
| | 1.98 |
| **Total Other Charges** | **$2,642.37** |

# REMITTANCE

Please enclose this remittance advice with your payment so
that your account may be properly credited.

| | |
|---|---|
| Client Name: | Wells Fargo Bank, N.A. |
| Matter: | 07090746 New Century Rabbi Trust Litigation |
| Invoice Number: | 28622425 |

| | |
|---|---|
| Fees: | $56,837.50 |
| Other Charges: | 2,642.37 |
| **Current Invoice Amount:** | **$59,479.87** |
| Previous balance due: | 30,322.32 |

| Invoice Number | Invoice Date | Amount Due |
|---|---|---|
| 28613742 | 08/21/07 | 30,322.32 |

| | |
|---|---|
| **TOTAL DUE AND OUTSTANDING:** | **$89,802.19** |

**AMOUNT ENCLOSED: $**

## MAILING ADDRESS

Mayer Brown LLP
2027 Collection Center Dr.
Chicago, Illinois 60693-0020

OR

A wire transfer payment may be made to Mayer Brown LLP's
account number 87656-63350 at Bank of America, 231 S. LaSalle
Street, Chicago, Illinois 60697, ABA #026-009-593

Please indicate the invoice(s) being paid.

Accounts Receivable contact:        Roberto Gonzalez (312) 701-7805
rgonzalez@mayerbrown.com

# Mayer Brown LLP

230 South LaSalle Street
Chicago, Illinois 60604-1404

Invoice Number 28632538

I.R.S. No.: 36-1447220

Wells Fargo Bank, N.A.
Law Department, MAC A0149-070
633 Folsom Street, 7th Floor
San Francisco, CA  94107

Attn: David W. Lauer
Vice President and Senior Counsel

October 15, 2007

For professional services rendered for the period ended September 30, 2007

**Re:** **New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.)**
**Matter No: 07090746**
**WELLS FARGO MATTER NUMBER: 0318809-01-45929**

| | |
|---|---|
| Fees | $49,117.50 |
| Other Charges | 708.00 |
| **Total Fees and Other Charges** | **$49,825.50** |

Reminder statements will be sent for outstanding invoices.

Mayer Brown LLP

07090746                                                                              Page 2
Wells Fargo Bank, N.A.                                                      Nicely, Andrew A.
New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.)

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|------------------|-------|
| 08/21/07 | **Krueger, Herbert W.**<br>advise Nicely re trustee withholding obligations | 0.25 |
| 08/21/07 | **Nicely, Andrew A.**<br>Review plaintiffs' opposition to motions to dismiss; review B. Krueger comments on same; revising motion to dismiss; ▮▮▮▮▮▮▮▮▮▮▮▮ | 4.25 |
| 08/21/07 | **Reid, N. Neville**<br>Research/analysis regarding administrative claim issue and discussion with S. Mahdi regarding same. | 3.50 |
| 08/21/07 | **Tan, Tai Lui**<br>Reviewed and analyzed B. Krueger's comments to opposition motion; revised motion to dismiss. | 2.50 |
| 08/22/07 | **Krueger, Herbert W.**<br>review brief, plan, trust and spd, authorities and comments to Nicely re same | 3.25 |
| 08/22/07 | **Mahdi Ali, Sajida**<br>Research regarding allowance of legal fees as administrative expense. | 4.50 |
| 08/22/07 | **Nicely, Andrew A.**<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ review additional comments from B. Krueger; additional revisions to motion to dismiss. | 2.50 |
| 08/22/07 | **Tan, Tai Lui**<br>Reviewed B. Krueger's comments and edits, revised motion to dismiss. | 9.25 |
| 08/23/07 | **Mahdi Ali, Sajida**<br>Research regarding allowance of legal fees as administrative expense; call with N. Reid discussing results of same. | 0.75 |
| 08/23/07 | **Nicely, Andrew A.**<br>Working on motion to dismiss; telecon w/ compensation committee's counsel re: strategy for recovering attorney's fees. | 1.50 |
| 08/23/07 | **Tan, Tai Lui**<br>Revised motion to dismiss, prepared documents for cite check, reviewed L. Shore's legal analysis of applicability of ERISA claims to trustee, drafted email to A. Nicely. | 3.25 |
| 08/24/07 | **Krueger, Herbert W.**<br>review revised brief | 0.50 |
| 08/24/07 | **Madden, Brandy J.**<br>In re New Century Holdings, Inc., in the U.S. Bankruptcy Court of the District of Delaware:  Cite-check Opening Brief in Support of Defendant Well Fargo Bank N.A.'s Motion to Dismiss. | 3.25 |
| 08/24/07 | **Nicely, Andrew A.**<br>▮▮▮▮▮▮▮▮▮▮▮▮; additional changes to brief. | 0.75 |

Mayer Brown LLP

07090746                                                                                                    Page 3
Wells Fargo Bank, N.A.                                                                          Nicely, Andrew A.
New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.)

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 08/24/07 | **Tan, Tai Lui**<br>Corresponded w/ paralegal re: cite checking opening brief in support of motion to dismiss. | 0.50 |
| 08/25/07 | **Nicely, Andrew A.**<br>Review and incorporate changes from cite check. | 0.75 |
| 08/27/07 | **Nicely, Andrew A.**<br>Additional edits; revise draft motion and proposed order; final edits to brief in support of motion to dismiss. | 1.75 |
| 08/27/07 | **Tan, Tai Lui**<br>Completed cite check, revised memorandum of law, drafted motion and proposed order, prepared brief for filing. | 3.50 |
| 09/07/07 | **Nicely, Andrew A.**<br>Email exchanges re: bankruptcy telephonic hearing on Monday and postponement of hearing on New Century's motion to dismiss. | 0.25 |
| 09/07/07 | **Tan, Tai Lui**<br>Drafted litigation summary, corresponded with B. Fatell and A. Nicely re: oral argument for motions to dismiss, reviewed and analyzed Committee's joinder and New Century's reply brief. | 2.75 |
| 09/10/07 | **Krueger, Herbert W.**<br>review New Century reply briefs | 0.50 |
| 09/10/07 | **Nicely, Andrew A.**<br>Prepare for and conduct telephonic court hearing re: briefing schedule and oral argument on three motions to dismiss; review New Century and Creditor Committee reply briefs; ███████████████ | 1.50 |
| 09/10/07 | **Reid, N. Neville**<br>Discussion with S. Mahdi regarding administrative claims motion and call to Chris Samis regarding same | 0.50 |
| 09/10/07 | **Tan, Tai Lui**<br>Participated in telephonic conference call between the Court and the parties. | 0.50 |
| 09/11/07 | **Mahdi Ali, Sajida**<br>Begin drafting Motion for Administrative Expense Claim, including review of Trust Agreement. | 2.50 |
| 09/11/07 | **Nicely, Andrew A.**<br>Revising case status report to client; ███████████████████████████████ ███████ | 0.25 |
| 09/12/07 | **Mahdi Ali, Sajida**<br>Continue drafting Motion for Administrative Expense Claim, including review of Trust Agreement. | 0.75 |
| 09/13/07 | **Mahdi Ali, Sajida**<br>Continue drafting Motion for Administrative Expense Claim, including review of | 2.75 |

Mayer Brown LLP

07090746                                                                                    Page 4
Wells Fargo Bank, N.A.                                                      Nicely, Andrew A.
New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.)

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | Trust Agreement. | |
| 09/14/07 | **Mahdi Ali, Sajida**<br>Continue drafting Motion for Administrative Expense Claim, including review of Trust Agreement. | 3.25 |
| 09/14/07 | **Nicely, Andrew A.**<br>Review plaintiffs' opposition brief; ▮▮▮▮▮▮▮ | 0.75 |
| 09/14/07 | **Tan, Tai Lui**<br>Reviewed and analyzed plaintiffs' answering brief to Wells Fargo's motion to dismiss, plaintiffs' answering brief to New Century's motion to dismiss, begin outline of reply brief. | 3.50 |
| 09/16/07 | **Krueger, Herbert W.**<br>review answering brief | 1.00 |
| 09/16/07 | **Tan, Tai Lui**<br>Reviewed and analyzed cases cited in plaintiffs' answering brief, researched legal issues, outlined reply brief. | 9.25 |
| 09/17/07 | **Nicely, Andrew A.**<br>Conference w/ Tai Tan re: arguments to include in reply brief. | 0.50 |
| 09/17/07 | **Tan, Tai Lui**<br>Reviewed and analyzed cases cited in plaintiffs' brief, researched legal issues, outlined brief, drafted reply brief. | 9.50 |
| 09/18/07 | **Krueger, Herbert W.**<br>comments on answering brief to Nicely re proposed response | 1.25 |
| 09/18/07 | **Nicely, Andrew A.**<br>Review new Supreme Court case on recovery of contractual attorneys fees in bankruptcy litigation. | 0.25 |
| 09/18/07 | **Reid, N. Neville**<br>Email to A. Nicely regarding status of motion to pay administrative expenses and review motion regarding same | 0.25 |
| 09/18/07 | **Tan, Tai Lui**<br>Drafted reply brief. | 10.50 |
| 09/19/07 | **Nicely, Andrew A.**<br>Working on reply brief in support of motion to dismiss. | 7.50 |
| 09/19/07 | **Reid, N. Neville**<br>Edit/revise motion regarding administrative claims and review Travelers Casualty case regarding administrative claims. | 1.25 |
| 09/19/07 | **Tan, Tai Lui**<br>Drafted reply brief. | 5.75 |

**Total Hours**                                                                    113.25

Mayer Brown LLP

07090746
Wells Fargo Bank, N.A.
New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.)

Page 5
Nicely, Andrew A.

### OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 08/21/07 | **Westlaw Research**<br>Westlaw Research performed by Tan, Tai Lui | 141.97 |
| 08/31/07 | **Outside Courier**<br>VENDOR: Lasership Inc-VI; INVOICE#: 70619870831; DATE: 8/31/2007 -<br>Document delivery 8/16 | 8.44 |
| 09/11/07 | **Westlaw Research**<br>Westlaw Research performed by Mahdi Ali, Sajida | 66.15 |
| 09/14/07 | **Westlaw Research**<br>Westlaw Research performed by Tan, Tai Lui | 367.02 |
| 09/14/07 | **Westlaw Research**<br>Westlaw Research performed by Mahdi Ali, Sajida | 71.44 |
| 09/17/07 | **Westlaw Research**<br>Westlaw Research performed by Tan, Tai Lui | 40.08 |
| 09/20/07 | **Document Reproduction** | 3.75 |
| 09/20/07 | **Document Reproduction** | 0.30 |
| 09/20/07 | **Document Reproduction** | 0.75 |
| 09/20/07 | **Document Reproduction** | 4.35 |
| 09/21/07 | **Document Reproduction** | 3.75 |

**Total Other Charges**     **$708.00**

Mayer Brown LLP

07090746
Wells Fargo Bank, N.A.
New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.)

Page 6
Nicely, Andrew A.

### TIMEKEEPER SUMMARY

| Name | Hours | | | Rate | Amount |
|------|------:|---|---|-----:|-------:|
| Krueger, Herbert W. | 6.75 | hours | @ | 775.00 | 5,231.25 |
| Madden, Brandy J. | 3.25 | hours | @ | 220.00 | 715.00 |
| Mahdi Ali, Sajida | 14.50 | hours | @ | 500.00 | 7,250.00 |
| Nicely, Andrew A. | 22.50 | hours | @ | 500.00 | 11,250.00 |
| Reid, N. Neville | 5.50 | hours | @ | 675.00 | 3,712.50 |
| Tan, Tai Lui | 60.75 | hours | @ | 345.00 | 20,958.75 |
| **Total Legal Fees** | **113.25** | | | | **$49,117.50** |

Mayer Brown LLP

07090746                                                                    Page 7
Wells Fargo Bank, N.A.                                          Nicely, Andrew A.
New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.)

## OTHER CHARGES SUMMARY

Other Charges                                                         Amount

Outside Courier                                                         8.44
Westlaw Research                                                      686.66
Document Reproduction                                                 12.90

**Total Other Charges**                                            **$708.00**

# REMITTANCE

Please enclose this remittance advice with your payment so
that your account may be properly credited.

| | |
|---|---|
| Client Name: | Wells Fargo Bank, N.A. |
| Matter: | 07090746 New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.) |
| Invoice Number: | 28632538 |

| | |
|---|---|
| Fees: | $49,117.50 |
| Other Charges: | 708.00 |
| **Current Invoice Amount:** | **$49,825.50** |
| Previous balance due: | 89,802.19 |

| Invoice Number | Invoice Date | Amount Due |
|---|---|---|
| 28613742 | 08/21/07 | 30,322.32 |
| 28622425 | 09/18/07 | 59,479.87 |

**TOTAL DUE AND OUTSTANDING:**          **$139,627.69**

**AMOUNT ENCLOSED: $**

### MAILING ADDRESS

Mayer Brown LLP
2027 Collection Center Dr.
Chicago, Illinois 60693-0020

OR

A wire transfer payment may be made to Mayer Brown LLP's
account number 87656-63350 at Bank of America, 231 S. LaSalle
Street, Chicago, Illinois 60697, ABA #026-009-593

Please indicate the invoice(s) being paid.

Accounts Receivable contact:          Roberto Gonzalez (312) 701-7805
                                       rgonzalez@mayerbrown.com

# Mayer Brown LLP

230 South LaSalle Street
Chicago, Illinois 60604-1404

Invoice Number 28643245

I.R.S. No.: 36-1447220

Wells Fargo Bank, N.A.
Law Department, MAC A0149-070
633 Folsom Street, 7th Floor
San Francisco, CA  94107

Attn: David W. Lauer
Vice President and Senior Counsel

November 12, 2007

For professional services rendered for the period ended October 31, 2007

Re:   **New Century Litigation (Gregory J. Schroeder, et al. v. New Century
Holdings, Inc.)
Matter No: 07090746
WELLS FARGO MATTER NUMBER: 0318809-01-45929**

| | |
|---|---|
| Fees | $21,823.75 |
| Other Charges | 1,075.43 |
| **Total Fees and Other Charges** | **$22,899.18** |

Reminder statements will be sent for outstanding invoices.

Mayer Brown LLP

07090746
Wells Fargo Bank, N.A.
New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.)

Page 2
Nicely, Andrew A.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 09/20/07 | **Krueger, Herbert W.**<br>review and comments on brief | 1.00 |
| 09/20/07 | **Mahdi Ali, Sajida**<br>Revisions to Motion for Administrative Expense Claim, including searching docket for orders on status quo status of plan assets. | 2.00 |
| 09/20/07 | **McCutchen, Janie A.**<br>Cite check Reply Brief In Support of Wells Fargo's Motion to Dismiss, per T. Tan. | 3.25 |
| 09/20/07 | **Nicely, Andrew A.**<br>Finish revising reply brief in support of motion to dismiss; ▮▮▮▮▮▮ | 2.00 |
| 09/20/07 | **Reid, N. Neville**<br>Edit/revise motion to pay administrative expense and discussion with S. Mahdi regarding same | 0.50 |
| 09/20/07 | **Tan, Tai Lui**<br>Revised reply brief, met w/J. McCutchen to discuss cite check. | 6.25 |
| 09/21/07 | **Mahdi Ali, Sajida**<br>Call with N. Reid re: revisions and distribution of Motion for Administrative Expense Claim to A. Nicely. | 0.25 |
| 09/21/07 | **McCutchen, Janie A.**<br>Cite check Table of Authorities to Reply Brief In Support of Wells Fargo's Motion to Dismiss, per T. Tan. | 0.75 |
| 09/21/07 | **Nicely, Andrew A.**<br>Revising fee petition; substantive email to Neville Reid re: same. | 0.50 |
| 09/21/07 | **Nicely, Andrew A.**<br>Finalizing reply brief in support of motion to dismiss; telecon w/ N. Reid re: strategy for recovering attorneys fees. | 2.75 |
| 09/21/07 | **Tan, Tai Lui**<br>Revised reply brief, prepared brief for filing with the court. | 3.50 |
| 09/24/07 | **Tan, Tai Lui**<br>Phone call w/ J. Wills re: supplementing reply brief, drafted supplemental brief, corresponded w/ C. Ward. | 1.25 |
| 09/25/07 | **Mahdi Ali, Sajida**<br>Review of revised Motion for Administrative Expense Claim and edits to same. | 0.75 |
| 09/25/07 | **Nicely, Andrew A.**<br>Review N. Reid and local counsel changes to fee motion; ▮▮▮▮▮▮ | 0.25 |
| 09/25/07 | **Reid, N. Neville**<br>Discussion with Sajida Mahdi regarding motion for payments of administrative | 0.50 |

Mayer Brown LLP

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | expense | |
| 09/26/07 | **Nicely, Andrew A.**<br>Calls, email exchanges w/ N. Reid, local counsel re: fee petition and engagement letters. | 0.25 |
| 09/26/07 | **Reid, N. Neville**<br>Call with J. Wills and S. Mahdi regarding motion for payment of administrative expenses. | 0.25 |
| 09/27/07 | **Mahdi Ali, Sajida**<br>Draft letter to M. Collins re: Motion for Administrative Expense Claim. | 0.50 |
| 09/28/07 | **Nicely, Andrew A.**<br>Review hearing agenda; ███████████████████████ | 0.50 |
| 09/28/07 | **Reid, N. Neville**<br>Finalize/send coverletter and email to new Century counsel | 0.50 |
| 10/01/07 | **Nicely, Andrew A.**<br>Joint defense conference call in preparation for hearing on motions to dismiss; preparing for hearing on motion to dismiss. | 4.50 |
| 10/01/07 | **Tan, Tai Lui**<br>Prepared for and participated in conference call with defendants in preparation for hearing on motions to dismiss. | 1.75 |
| 10/02/07 | **Nicely, Andrew A.**<br>Prepare for and appear at hearing on motion to dismiss. | 10.25 |
| 10/03/07 | **Mahdi Ali, Sajida**<br>E-mails to M. Collins and local counsel re: Motion for Administrative Claim. | 0.25 |
| 10/03/07 | **Tan, Tai Lui**<br>Reviewed correspondence from the Committee, organized notes from hearing. | 0.25 |
| 10/04/07 | **Mahdi Ali, Sajida**<br>Call with C. Samis and A. Nicely re: status of payment of Wells Fargo's administrative claim for trust expenses. | 0.50 |
| 10/04/07 | **Reid, N. Neville**<br>Further resolve issues with S. Mahdi/opposing counsel regarding payment of fees as administrative expense and call to A. Nicely regarding same | 0.50 |
| 10/12/07 | **Mahdi Ali, Sajida**<br>Draft email to C. Samis re: payment of Wells Fargo's outstanding legal fees. | 0.50 |
| 10/15/07 | **Mahdi Ali, Sajida**<br>Redacting Mayer Brown invoices for privilege. | 0.25 |
| 10/15/07 | **Nicely, Andrew A.**<br>███████████████████; revisions to motion for fees; substantive email to Neville Reid re: | 0.50 |

Mayer Brown LLP

07090746
Wells Fargo Bank, N.A.
New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.)

Page 4
Nicely, Andrew A.

## DESCRIPTION OF LEGAL SERVICES

| <u>Date</u> | <u>Timekeeper Name</u> | <u>Hours</u> |
|---|---|---|
| | same. | |
| 10/17/07 | **Nicely, Andrew A.**<br>Reviewing redactions on bills for client to provide to New Century with request for payment. | 0.25 |
| 10/22/07 | **Nicely, Andrew A.**<br>Preparing for October 23 hearing. | 0.50 |
| 10/23/07 | **Nicely, Andrew A.**<br>Participate in status conference hearing re: motion to dismiss. | 0.75 |
| 10/25/07 | **Nicely, Andrew A.**<br>Attention to conflicts issues. | 0.25 |
| | **Total Hours** | **48.50** |

Mayer Brown LLP

07090746                                                                                                          Page 5
Wells Fargo Bank, N.A.                                                                              Nicely, Andrew A.
New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.)

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 09/19/07 | **Local Transportation**<br>VENDOR: Tan, Tai Lui INVOICE#: MBRM000122472070084 DATE: 05-Oct-07  Late work ride home. | 11.00 |
| 09/19/07 | **Westlaw Research**<br>Westlaw Research performed by Nicely, Andrew A. | 9.19 |
| 09/19/07 | **Westlaw Research**<br>Westlaw Research performed by Tan, Tai Lui | 34.46 |
| 09/20/07 | **Westlaw Research**<br>Westlaw Research performed by Nicely, Andrew A. | 9.97 |
| 09/20/07 | **Westlaw Research**<br>Westlaw Research performed by McCutchen, Janie A. | 793.54 |
| 09/21/07 | **Westlaw Research**<br>Westlaw Research performed by McCutchen, Janie A. | 46.78 |
| 10/01/07 | **Westlaw Research**<br>Westlaw Research performed by Nicely, Andrew A. | 17.02 |
| 10/02/07 | **Travel - Other**<br>VENDOR: Nicely, Andrew A. INVOICE#: MBRM000025912070087 DATE: 03-Oct-07 Expenses for Wells Fargo Hearing in Wilmington, DE From 02 Oct 2007 To 02 Oct 2007 | 136.25 |
| 10/02/07 | **Business Meals - Travel**<br>VENDOR: Nicely, Andrew A. INVOICE#: MBRM000025912070087 DATE: 03-Oct-07 Lunch from Cosi restaurant. | 7.44 |
| 10/04/07 | **Automated Research - Outside**<br>VENDOR: Pacer Service Center; INVOICE#: 1004200702; DATE: 10/4/2007  -  Computer searches | 6.08 |
| 10/04/07 | **Automated Research - Outside**<br>VENDOR: Pacer Service Center; INVOICE#: 100407; DATE: 10/4/2007  -  On line cour seach 07/01 to 09/30/2007. | 2.56 |
| 10/15/07 | **Mailing Charges - Office**<br>Documents delivered to San Francisco, CA by Nicely, Andrew A. | 1.14 |

**Total Other Charges**                                                                    **$1,075.43**

Mayer Brown LLP

07090746
Wells Fargo Bank, N.A.
New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.)

Page 6
Nicely, Andrew A.

### TIMEKEEPER SUMMARY

| Name | Hours | | | Rate | Amount |
|------|-------|---|---|------|--------|
| Krueger, Herbert W. | 1.00 | hours | @ | 775.00 | 775.00 |
| Mahdi Ali, Sajida | 5.00 | hours | @ | 500.00 | 2,500.00 |
| McCutchen, Janie A. | 4.00 | hours | @ | 230.00 | 920.00 |
| Nicely, Andrew A. | 23.25 | hours | @ | 500.00 | 11,625.00 |
| Reid, N. Neville | 2.25 | hours | @ | 675.00 | 1,518.75 |
| Tan, Tai Lui | 13.00 | hours | @ | 345.00 | 4,485.00 |
| **Total Legal Fees** | **48.50** | | | | **$21,823.75** |

Mayer Brown LLP

07090746
Wells Fargo Bank, N.A.
New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.)

Page 7<br>Nicely, Andrew A.

<u>OTHER CHARGES SUMMARY</u>

| Other Charges | Amount |
|---|---|
| Travel - Other | 136.25 |
| Local Transportation | 11.00 |
| Business Meals - Travel | 7.44 |
| Automated Research - Outside | 8.64 |
| Westlaw Research | 910.96 |
| Mailing Charges - Office | 1.14 |
| **Total Other Charges** | **$1,075.43** |

# REMITTANCE

Please enclose this remittance advice with your payment so
that your account may be properly credited.

| | |
|---|---|
| Client Name: | Wells Fargo Bank, N.A. |
| Matter: | 07090746 New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.) |
| Invoice Number: | 28643245 |

| | |
|---|---|
| Fees: | $21,823.75 |
| Other Charges: | 1,075.43 |
| **Current Invoice Amount:** | **$22,899.18** |
| Previous balance due: | 139,627.69 |

| Invoice Number | Invoice Date | Amount Due |
|---|---|---|
| 28613742 | 08/21/07 | 30,322.32 |
| 28622425 | 09/18/07 | 59,479.87 |
| 28632538 | 10/15/07 | 49,825.50 |

**TOTAL DUE AND OUTSTANDING:**          **$162,526.87**

**AMOUNT ENCLOSED: $**

## MAILING ADDRESS

Mayer Brown LLP
2027 Collection Center Dr.
Chicago, Illinois 60693-0020

OR

A wire transfer payment may be made to Mayer Brown LLP's
account number 87656-63350 at Bank of America, 231 S. LaSalle
Street, Chicago, Illinois 60697, ABA #026-009-593

Please indicate the invoice(s) being paid.

Accounts Receivable contact:          Roberto Gonzalez (312) 701-7805
rgonzalez@mayerbrown.com

# Mayer Brown LLP

230 South LaSalle Street
Chicago, Illinois 60604-1404

Invoice Number 28654592

I.R.S. No.: 36-1447220

Wells Fargo Bank, N.A.
Law Department, MAC A0149-070
633 Folsom Street, 7th Floor
San Francisco, CA  94107

Attn: David W. Lauer
Vice President and Senior Counsel

December 11, 2007

For professional services rendered for the period ended November 30, 2007

**Re:**   **New Century Litigation (Gregory J. Schroeder, et al. v. New Century
Holdings, Inc.)
Matter No: 07090746
WELLS FARGO MATTER NUMBER: 0318809-01-45929**

| | |
|---|---:|
| Fees | $12,482.50 |
| Other Charges | 45.02 |
| **Total Fees and Other Charges** | **$12,527.52** |

Reminder statements will be sent for outstanding invoices.

Mayer Brown LLP

07090746                                                                                    Page 2
Wells Fargo Bank, N.A.                                                         Nicely, Andrew A.
New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.)

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 11/15/07 | **Nicely, Andrew A.** Revising conflict waiver; ████████ review plaintiffs' supplemental brief in further opposition to motions to dismiss. | 1.00 |
| 11/16/07 | **Nicely, Andrew A.** ████████ emails to T. Tan re: responsive brief; telecon w/ New Century counsel re: redistribution of trust investments; ████████ | 1.75 |
| 11/16/07 | **Tan, Tai Lui** Reviewed plaintiffs' supplemental brief, corresponded with A. Nicely, researched and drafted response to supplemental brief. | 7.75 |
| 11/17/07 | **Krueger, Herbert W.** review motion of New Century re investment of assets; review plaintiffs' motion re Fenwick case, review Fenwick decision and advise on approach for Wells Fargo | 1.75 |
| 11/17/07 | **Nicely, Andrew A.** Review substantive emails from joint defense group re: motion to reinvest trust assets. | 0.25 |
| 11/17/07 | **Tan, Tai Lui** Researched and drafted response to plaintiffs' supplemental brief, drafted email to B. Krueger. | 5.00 |
| 11/19/07 | **Tan, Tai Lui** Reviewed correspondence from B. Krueger re: response to supplemental brief, revised response to supplemental brief. | 2.75 |
| 11/20/07 | **Krueger, Herbert W.** review New Century filing re reallocation of investments, review and comment on WF reply to plaintiffs' supplemental brief re Fenwick | 1.00 |
| 11/20/07 | **Nicely, Andrew A.** Revising supplemental brief in support of motion to dismiss; review New Century's motion to reallocate trust assets; ████████ | 1.50 |
| 11/20/07 | **Tan, Tai Lui** Reviewed revisions to draft of response to supplemental brief, corresponded with A. Nicely re: response. | 0.50 |
| 11/26/07 | **Krueger, Herbert W.** conference call on New Century motion re investments | 0.75 |
| 11/26/07 | **Nicely, Andrew A.** Review final version of debtors' motion to reallocate trust assets; ████████ prepare response to debtors' motion. | 3.50 |

Mayer Brown LLP

07090746                                                                                              Page 3
Wells Fargo Bank, N.A.                                                                     Nicely, Andrew A.
New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.)

<u>DESCRIPTION OF LEGAL SERVICES</u>

| <u>Date</u> | <u>Timekeeper Name</u> | <u>Hours</u> |
|---|---|---|
| 11/28/07 | **Nicely, Andrew A.** <br> ▮▮▮▮▮▮▮▮▮▮▮▮ edit brief responding to New Century's motion for leave to reallocate trust assets. | 0.50 |

**Total Hours**     **28.00**

Mayer Brown LLP

07090746                                                                    Page 4
Wells Fargo Bank, N.A.                                              Nicely, Andrew A.
New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.)

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 11/12/07 | **Mailing Charges - Office**<br>Documents delivered to San Francisco, CA by Nicely, Andrew A. | 1.48 |
| 11/17/07 | **Westlaw Research**<br>Westlaw Research performed by Tan, Tai Lui | 13.33 |
| 11/19/07 | **Westlaw Research**<br>Westlaw Research performed by Tan, Tai Lui | 30.21 |
| | **Total Other Charges** | **$45.02** |

Mayer Brown LLP

07090746                                                                                          Page 5
Wells Fargo Bank, N.A.                                                        Nicely, Andrew A.
New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.)


### TIMEKEEPER SUMMARY

| Name | Hours | | | Rate | Amount |
|------|-------|---|---|------|--------|
| Krueger, Herbert W. | 3.50 | hours | @ | 775.00 | 2,712.50 |
| Nicely, Andrew A. | 8.50 | hours | @ | 500.00 | 4,250.00 |
| Tan, Tai Lui | 16.00 | hours | @ | 345.00 | 5,520.00 |
| **Total Legal Fees** | **28.00** | | | | **$12,482.50** |

Mayer Brown LLP

07090746
Wells Fargo Bank, N.A.
New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.)

Page 6
Nicely, Andrew A.

## OTHER CHARGES SUMMARY

| Other Charges | Amount |
|---|---|
| Westlaw Research | 43.54 |
| Mailing Charges - Office | 1.48 |
| **Total Other Charges** | **$45.02** |

# REMITTANCE

Please enclose this remittance advice with your payment so
that your account may be properly credited.

| | |
|---|---|
| Client Name: | Wells Fargo Bank, N.A. |
| Matter: | 07090746 New Century Litigation (Gregory J. Schroeder, et al. v. New Century Holdings, Inc.) |
| Invoice Number: | 28654592 |

| | |
|---|---|
| Fees: | $12,482.50 |
| Other Charges: | 45.02 |
| **Current Invoice Amount:** | **$12,527.52** |
| Previous balance due: | 162,526.87 |

| Invoice Number | Invoice Date | Amount Due |
|---|---|---|
| 28613742 | 08/21/07 | 30,322.32 |
| 28622425 | 09/18/07 | 59,479.87 |
| 28632538 | 10/15/07 | 49,825.50 |
| 28643245 | 11/12/07 | 22,899.18 |

| | |
|---|---|
| **TOTAL DUE AND OUTSTANDING:** | **$175,054.39** |

**AMOUNT ENCLOSED: $**

## MAILING ADDRESS

Mayer Brown LLP
2027 Collection Center Dr.
Chicago, Illinois 60693-0020

OR

A wire transfer payment may be made to Mayer Brown LLP's
account number 87656-63350 at Bank of America, 231 S. LaSalle
Street, Chicago, Illinois 60697, ABA #026-009-593

Please indicate the invoice(s) being paid.

Accounts Receivable contact:    Roberto Gonzalez (312) 701-7805
rgonzalez@mayerbrown.com

## KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

ATTORNEYS AT LAW
MELLON BANK CENTER
SUITE 1000
919 MARKET STREET
WILMINGTON, DELAWARE  19801-3062
----------
(302) 426-1189
TAX ID# 23-1973697

PENNSYLVANIA OFFICE
SUITE 400
260 SOUTH BROAD STREET
PHILADELPHIA, PA 19102-5003
—
(215) 568-6060

NEW JERSEY OFFICE
SUITE 510
457 HADDONEFIELD RD
CHERRY HILL, NJ 08002-4808
—
(856) 486-7900

Wells Fargo Bank, N.A.
David W. Lauer
Wells Fargo Law Department
633 Folsom Street, 7th Floor
San Francisco, CA  94107

Bill Date:  November 30, 2007
Bill Number:  196045

File No.:  14766-0001

Re:  Gregory J. Schroeder et al. v. New Century Holdings, Inc., et al.

---

## LEGAL SERVICES

Fees through October 31, 2007:

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 07/24/07 | CAW | Telephone call with Joanne Wills re Wells Fargo adversary proceeding/research stipulation extending time to answer | 0.20 |
| 07/24/07 | JBW | conference call with A. Nicely re: stipulation to extend time to answer, entry of appearance and motion pro hac vice | 0.30 |
| 07/25/07 | CAW | correspondence with Joanne Wills and Andrew Nicely/finalize, file and serve Stipulation Enlarging Time to Answer Complaint/forward sample pro hac vice motion/revise, finalize, file and serve Nicely pro hac vice motion | 1.00 |
| 07/25/07 | CAW | review New Century Defendants' motion to dismiss, memorandum of law and declaration in support thereof/correspondence with Andrew Nicely | 0.40 |
| 07/25/07 | JBW | review stipulation to extend time to respond and prepare for filing | 0.50 |
| 07/25/07 | JBW | revise complaint and motion/briefs for Class Certification | 1.60 |

14766: Wells Fargo Bank, N.A.                                                                                  Bill Date: November 30, 2007
0001: Gregory J. Schroeder et al. v. New Century Holdings, Inc., et al.                                              Bill No.: 196045
                                                                                                                       Page 2 of 7

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 07/25/07 | JBW | review emails from A. Nicely | 0.20 |
| 07/26/07 | CAW | Correspondence with Andrew Nicely and Melissa Hughes/attention to declaration and exhibits | 0.20 |
| 07/26/07 | CAW | Telephone call with Joanne Wills re monitoring main case with respect to Wells Fargo adversary | 0.10 |
| 07/26/07 | CAW | review Nicely PHV order/correspondence with Andrew Nicely re same | 0.10 |
| 07/27/07 | JBW | conference call with client re: strategy | 0.60 |
| 08/01/07 | CAW | Correspondence with Joe Huston re status of answer stipulation/correspondence with Melissa Hughes re contacting chambers re status/review various e-mails re scheduling conference | 0.40 |
| 08/02/07 | CAW | Correspondence with Andrew Nicely re scheduling call | 0.10 |
| 08/03/07 | CAW | Correspondence re scheduling call | 0.10 |
| 08/03/07 | CAW | Telephone call with Joanne Wills re status of answer extension stipulation | 0.10 |
| 08/06/07 | CAW | Telephone call with Joanne Wills re answer stipulation (0.1)/draft order approving answer stipulation, forward to plaintiff's counsel and re-submit to chambers (0.5) | 0.60 |
| 08/06/07 | CAW | Correspondence with Andrew Nicely re coverage of August 7 status conference and review agenda for August 7 hearing | 0.20 |
| 08/06/07 | CAW | Research Judge Carey's chambers procedures, pre-trial order and scheduling order and circulate to Andrew Nicely and Joanne Wills | 0.20 |
| 08/07/07 | CAW | Review Committee joinder to Debtors' motion to dismiss and correspondence with Andrew Nicely re same | 0.30 |

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
MELLON BANK CENTER
SUITE 1000
919 MARKET STREET
WILMINGTON, DE 19801-3062

14766: Wells Fargo Bank, N.A.
0001: Gregory J. Schroeder et al. v. New Century Holdings, Inc., et al.

Bill Date: November 30, 2007
Bill No.: 196045
Page 3 of 7

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 08/07/07 | CAW | Review order approving answer stipulation and correspondence with Andrew Nicely | 0.20 |
| 08/07/07 | CAW | Attending initial scheduling conference in adversary proceeding and draft memo to co-counsel | 1.00 |
| 08/07/07 | CAW | Review amended agenda for August 7 hearing | 0.10 |
| 08/08/07 | CAW | Review scheduling order entered in adversary proceeding and correspondence with Andrew Nicely | 0.10 |
| 08/20/07 | CAW | Review answering brief and forward to Andrew Nicely under cover e-mail | 0.20 |
| 08/22/07 | CAW | Correspondence with Andrew Nicely and Joe Houston and research whether individual members of compensation committee are represented by counsel | 0.40 |
| 08/27/07 | CAW | Correspondence with Andrew Nicely re Motion to Dismiss | 0.10 |
| 08/27/07 | CAW | Review, revise, file and serve Motion to Dismiss/various conferences and correspondence with Melissa Hughes | 1.00 |
| 08/28/07 | CAW | Correspondence with Melissa Hughes re e-confirmation and service (0.1)/correspondence with Andrew Nicely re same (0.1) | 0.20 |
| 08/31/07 | JBW | review e-mail from N. Reid re: payment of administrative fees | 0.20 |
| 09/10/07 | CAW | Various correspondence | 0.10 |
| 09/11/07 | CAW | Review amended agenda for September 11 hearing continuing all matters in adversary | 0.10 |
| 09/11/07 | CAW | Review reply of debtor and joinder of committee to motion to dismiss | 0.40 |
| 09/14/07 | CAW | Review Plaintiff's Answering Brief and correspondence with | 0.40 |

14766: Wells Fargo Bank, N.A.
0001: Gregory J. Schroeder et al. v. New Century Holdings, Inc., et al.

Bill Date: November 30, 2007
Bill No.: 196045
Page 4 of 7

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | Andrew Nicely | |
| 09/21/07 | CAW | Various correspondence with Andrew Nicely and Melissa Hughes/review, revise, file and serve reply brief | 1.00 |
| 09/24/07 | CAW | Review Notice of Completion of Briefing and correspondence with Andrew Nicely | 0.20 |
| 09/24/07 | CAW | Telephone call with Joanne Wills re supplemental reply brief | 0.10 |
| 09/24/07 | CAW | Correspondence with co-counsel and review, revise, finalize and file supplement to reply brief | 0.80 |
| 09/24/07 | JBW | telephone call with Tai Tan re: supplement to Reply Brief | 0.30 |
| 09/24/07 | JBW | research re: issues of supplementing brief | 0.50 |
| 09/24/07 | JBW | telephone call to Tai Tan with suggestion for filing supplement to brief | 0.20 |
| 09/25/07 | CAW | Conference with Melissa Hughes re supplemental service | 0.10 |
| 09/25/07 | CAW | Telephone call with Joanne Wills re motion to allow and compel payment of administrative expense claim | 0.10 |
| 09/25/07 | JBW | telephone call from N. Reid re: Motion for Allowance of administrative expense claim | 0.20 |
| 09/25/07 | JBW | review and edit motion | 0.90 |
| 09/25/07 | JBW | draft email to S. Mahdi Ali with edits | 0.20 |
| 09/25/07 | JBW | telephone calls from N. Reid | 0.20 |
| 09/26/07 | CAW | telephone call with Joanne Wills re New Century issues | 0.10 |
| 09/26/07 | JBW | review revisions to motion for payment of administrative expense claim | 0.30 |

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
MELLON BANK CENTER
SUITE 1000
919 MARKET STREET
WILMINGTON, DE 19801-3062

14766: Wells Fargo Bank, N.A.
0001: Gregory J. Schroeder et al. v. New Century Holdings, Inc., et al.

Bill Date: November 30, 2007
Bill No.: 196045
Page 5 of 7

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 09/26/07 | JBW | review email from N. Reid re: contract with Debtors' counsel | 0.20 |
| 09/26/07 | JBW | telephone call to M. Collins re: payment of administrative expense claim | 0.20 |
| 09/26/07 | JBW | conference with N. Reid and Sajida Mahdi Ali re: administrative expense claim | 0.20 |
| 09/26/07 | JBW | draft email to Mayer Brown re: comments to revised motion | 0.20 |
| 09/26/07 | JBW | review email from A. Nicely re: hearing | 0.20 |
| 09/27/07 | CAW | Correspondence with Joe Huston re Notice of Completion of Briefing | 0.10 |
| 09/27/07 | CAW | Correspondence with Andrew Nicely re October 2 hearing | 0.10 |
| 09/27/07 | JBW | telephone call to Sajida Mahdi Ali re: motion for payment of administration expense claim | 0.30 |
| 09/28/07 | CAW | Correspondence with Joe Huston re October 2 hearing and NOCB | 0.10 |
| 09/28/07 | CAW | Review agenda for October 2 hearing and correspondence with co-counsel re same | 0.20 |
| 09/28/07 | JBW | review letter to M. Collins and C. Samus and attached motion to compel payment of administrative expense claim | 0.20 |
| 10/01/07 | CAW | Review amended agenda for October 2 hearing and correspondence with Andrew Nicely re same | 0.20 |
| 10/02/07 | CAW | Various correspondence with co-counsel/prepare for and attend October 2 hearing | 5.00 |
| 10/03/07 | CAW | Correspondence with Sajidah Mahdi and Joanne Wills re motion to allow administrative claim/telephone call with Sajidah Mahdi re local rules/correspondence with Melissa Hughes re available hearing dates | 0.40 |

14766: Wells Fargo Bank, N.A.
0001: Gregory J. Schroeder et al. v. New Century Holdings, Inc., et al.

Bill Date: November 30, 2007
Bill No.: 196045
Page 6 of 7

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 10/03/07 | JBW | review emails from S. Madhi Ali re: motion to compel payment of administrative expense claim | 0.20 |
| 10/04/07 | CAW | Correspondence with Sajidah Mahdi re motion to allow administrative claim | 0.10 |
| 10/04/07 | CAW | Correspondence with Sajidah Mahdi re discussions with Debtors regarding payment of administrative claim | 0.10 |
| 10/11/07 | CAW | Telephone call with Joanne Wills and attention to service list | 0.20 |
| 10/19/07 | CAW | Review agenda for October 23 hearing/various correspondence with Andrew Nicely/review numerous pleadings/arrange for co-counsel to appear telephonically at October 23 hearing | 0.50 |
| 10/22/07 | CAW | Correspondence with Andrew Nicely and Caretta Whitten re October 23 hearing | 0.10 |
| 10/22/07 | CAW | Correspondence with Andrew Nicely re supplemental committee brief | 0.10 |
| 10/22/07 | CAW | Review amended agenda for October 22 hearing/ correspondence with Andrew Nicely/ attention to hearing binder | 0.20 |
| 10/23/07 | CAW | Prepare for and attend October 23 hearing | 1.00 |
| | | **TOTAL FEES** | **$9,877.50** |

14766: Wells Fargo Bank, N.A.
0001: Gregory J. Schroeder et al. v. New Century Holdings, Inc., et al.

Bill Date: November 30, 2007
Bill No.: 196045
Page 7 of 7

## LEGAL SERVICES SUMMARY

| Atty Initials | Attorney | Hours | Rate | Value |
|---|---|---|---|---|
| JBW | Wills, Joanne B. | 7.90 | 525.00 | 4,147.50 |
| CAW | Ward, Christopher A. | 19.10 | 300.00 | 5,730.00 |
| | **Total Fees** | **27.00** | | **$9,877.50** |

## REIMBURSEMENT FOR OUT-OF-POCKET EXPENSES

| | |
|---|---|
| Pacer | $3.52 |
| Postage | $9.95 |
| **Total Disbursements** | **$13.47** |
| **TOTAL FEES AND DISBURSEMENTS** | **$9,890.97** |