# EXHIBIT C

## Demand Letter



Institutional Trust Services
4365 Executive Drive, Suite 1700
San Diego, CA 92121-2106

November 15, 2007

Monika Lemhoefer McCarthy
New Century Financial Corporation
18400 Von Karman Ave., Suite 1000
Irvine, CA 92612

RE: New Century Deferred Compensation Plan
    Wells Fargo Legal Fee Invoices

Dear Monika:

Pursuant to the Trust Agreement between Wells Fargo Bank, N.A. and New Century Financial Corporation, we request payment of the enclosed invoices from our outside legal counsel with regards to the litigation of the deferred compensation plan.

Please submit the payment either payable directly to our counsel, Mayer, Brown, Rowe & Maw LLP, or to me at the address listed on our letterhead. Should you have any questions or comments, please contact me at (858) 622-6823 or cgold@wellsfargo.com.

Thank you very much for your prompt attention to this matter.

Sincerely,

Chris Gold
Vice President