# PROPOSED ORDER

CHDB04 13406727.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br>Jointly Administered |
| GREGORY J. SCHROEDER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NEW CENTURY HOLDINGS, INC., et al.,<br><br>Defendants. | Adv. Pro. No. 07-51598<br><br><br>Hearing Date: January 9, 2008 |

**ORDER GRANTING MOTION OF WELLS FARGO BANK, N.A. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(1)(A)**

Upon consideration of the motion of Wells Fargo Bank, N.A., for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) (the "Motion");[2] and it appearing that the Court has jurisdiction over the Motion and that this matter is a core matter pursuant to 28 U.S.C. §157(b)(2); and it appearing that the notice of the Motion was sufficient under the circumstances; and the Court further determining that the legal and factual bases

---

[2] Defined terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

set forth in the Motion establish just cause for the relief granted herein:

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. The Debtors are directed to pay $184,945.36 to Wells Fargo as an administrative expense within ten (10) days of entry of this Order; and

3. The Debtors are directed to pay all additional future fees and expenses incurred by Wells Fargo, including its reasonable attorneys' fees, in connection with the performance of its duties under the Trust Agreement in the ordinary course, which fees and expenses are hereby allowed as administrative expenses of the estate.

4. In the event New Century fails to pay the amounts required by this Order within ten business days, or in the event New Century fails to pay any future invoice from Wells Fargo within ten business days of receiving such invoice, Wells Fargo may: (1) surrender the life insurance policy in which the Trust assets are currently invested; and (2) deduct its fees and expenses incurred in connection with the performance of its duties and under the Trust Agreement from the Trust account.

Dated: _____, 2008

_____
UNITED STATES BANKRUPTCY JUDGE