## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re: : **Chapter 11**

:

**NEW CENTURY TRS HOLDINGS, INC.,** : **Case No. 07-10416 (KJC)**
**a Delaware Corporation, et al.,** :

: **Jointly Administered**
**Debtors.** :

: **Related to Docket No. 3944 and 3945**

------------------------------------------------------------x

### CERTIFICATION OF NO OBJECTION REGARDING THIRD MONTHLY APPLICATION OF BDO SEIDMAN, LLP FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE EXAMINER FOR THE PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

### (NO ORDER REQUIRED)

I, Mark Minuti, counsel for Michael J. Missal, the Court appointed examiner (the "Examiner") in the above-captioned jointly administered chapter 11 cases, hereby certify as follows:

1. On November 27, 2007, the Examiner filed the **Third Monthly Application of BDO Seidman, LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Accountants and Financial Advisors to the Examiner for the Period October 1, 2007 through October 31, 2007** (the "Third Application") [Docket No. 3944] and the **Notice of Fee Application** (the "Notice") [Docket No. 3945].

2. In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, objections, if any, to the Third Application were due on or before 4:00 p.m. on December 17, 2007 (the "Objection Deadline").

3.     The Objection Deadline has passed and no formal objections appear on the docket

or were served upon the undersigned counsel.

4. Accordingly, the Third Application may be granted.

Dated: December 20, 2007

**SAUL EWING LLP**

By: _____

Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

Co-Counsel to Michael J. Missal, Examiner