Case 07-10416-BLS    Doc 4161    Filed 12/18/07    Page 1 of 5



*Brendetta A. Scott*
*Texas Bar No. 24012219/FIN 24592*
*Hughes, Watters & Askanase, L.L.P.*
*333 Clay 29th Floor*
*Houston, Texas 77002*
*Telephone (713) 759-0818*
*Telecopier (713) 759-6834*

*Attorney for Movant, Appearing Pro Hac Vice*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NEW CENTURY MORTGAGE | § | CASE NO. 07-10419 (KJC) |
| CORPORATION, | § | |
| *fka* JBF MORTGAGE CORPORATION | § | (JOINTLY ADMINISTERED) |
| *dba* NEW CENTURY CORPORATION | § | |
| *dba* NCMN MORTGAGE CORPORATION | § | |
| *dba* NEW CENTURY MORTGAGE | § | |
| VENTURES, LLC, | § | |
| | § | |
| DEBTOR | § | |

### MOTION FOR ENTRY OF ORDER AUTHORIZING DEPOSIT
### OF FUNDS INTO THE REGISTRY OF THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES CITI RESIDENTIAL LENDING, INC., as attorney-in-fact and servicer-in-fact for Deutsche Bank National Trust Company, as Trustee, hereinafter called Movant, by and through its counsel, and files this Motion for Entry of Order Authorizing Deposit of Funds into the Registry of the Court, as follows:

1.  This Motion is brought in accordance with 28 U.S.C. §2041 et seq., and Clerk's Office Instruction 22.

2.  Movant, holding a perfected first lien in and to real property located in Bexar County, Texas, and described as

1167492-1:AMMC:2004

LOT 257, ROLLING OAKS ESTATES, UNIT 6, BEXAR COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN VOLUME 9511, PAGES 167-170, DEED AND PLAT RECORDS, BEXAR COUNTY, TEXAS

(the "Property"), applied for and received an Order to Proceed with Notice of Foreclosure Sale and Foreclosure Sale, entered June 11, 2007, in Cause No. 2004CI00310, in the 408th Judicial District Court of Bexar County, Texas.

3. In accordance with that Order, and after proper Notice of Sale, the Property was sold by the Substitute Trustee at the South entrance to the County Courthouse in San Antonio, Bexar County, Texas, on August 7, 2007, for the sum of $175,000.00.

4. After satisfying Movant's lien and junior lienholders known to Movant, and after deducting all costs of sale, there remained a surplus of proceeds of sale in the amount of $56,539.00.

5. Not paid from the proceeds of sale was the junior lien of NEW CENTURY MORTGAGE CORPORATION, the Debtor in the instant case.

6. Movant has been requested by Waylon Allen, as attorney on behalf of New Century Mortgage Corporation and/or Carrington Mortgage Loan Trust, to tender the excess proceeds to New Century in satisfaction of its lien. Movant believes that this Court is the proper forum to authorize such a payment to the Debtor or otherwise determine the proper payee.

7. Therefore, Movant herenow seeks authorization of the Court to deposit the surplus sale proceeds, subject to Movant's request for reimbursement of attorney's fees and costs described below, into the Registry of the Court, and moves the Court to determine the proper recipient(s) of such funds.

8. Movant has been required to retain legal counsel to protect its interest. Movant requests the Court to authorize payment of reasonable legal expense in the amount of $850.00

(including attorney's fees of $750.00 and costs of $100.00) to Movant from the proceeds of the foreclosure sale, prior to deposit into the Registry of the Court. Movant would show that such amount constitutes reasonable compensation of a professional person (attorney) for services that are beneficial to the estate of the Debtor, and that such amount is reasonable based on customary compensation charged by comparably skilled practitioners in cases other than cases under Title 11.

WHEREFORE, Movant CITI RESIDENTIAL LENDING, INC., as attorney-in-fact and servicer-in-fact for Deutsche Bank National Trust Company, as Trustee, prays the Court enter its Order authorizing Movant to deposit into the Registry of the Court, the surplus proceeds from the sale of the Property after deduction of Movant's reasonable legal expense ($56,539.00 surplus less $850.0 fees = $55,689.00 funds for deposit), and further prays the Court determine the proper parties for payment and grant such other and further relief as may be just and equitable.

Respectfully submitted,

*/s/ Brendetta A. Scott*  bas@hwa.com
Brendetta A. Scott
Texas Bar No. 24012219
HUGHES, WATTERS & ASKANASE, L.L.P.
333 Clay, Suite 2900
Houston, Texas 77002
(713) 759-0818 telephone
(713) 759-6834 telecopier

ATTORNEYS FOR CITI RESIDENTIAL LENDING, INC., AS ATTORNEY-IN-FACT AND SERVICER-IN-FACT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, *Movant*

1167492-1:AMMC:2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following parties by first class United States Mail, postage prepaid, this ___ day of December, 2007:

| | |
|---|---|
| New Century Mortgage Corporation<br>18400 Von Karman Ave.<br>Irvine, CA 92612 | *Debtor* |
| Mark D. Collins, Esq.<br>Michael J. Merchant, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700 | *Attorneys for Debtor* |
| Suzzanne S. Uhland, Esq.<br>Ben H. Logan, Esq.<br>Victoria Newmark, Esq.<br>Emily R. Culler, Esq.<br>O'Melveny & Myers, LLP<br>275 Battery Street<br>San Francisco, CA 94111<br>T: (415) 984-8700<br>F: (415) 984-8701 | *Attorneys for Debtor* |
| Waylon Allen<br>Attorney at Law<br>100 Congress Ave., Suite 2100<br>Austin, Texas 78701<br>(512) 469-3554 | *Attorney for New Century Mortgage* |
| Bonnie Glantz Fatell, Esq.<br>David W. Carickhoff, Jr., Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | *Attorneys for Creditors' Committee* |
| Mark T. Power, Esq.<br>Mark S. Indelicato, Esq.<br>488 Madison Ave., 14th & 15th Floor<br>New York, NY 10022 | *Attorneys for Creditors' Committee* |

1167492-1:AMMC:2004

United States Trustee  
844 King St., Room 2207  
Lockbox 35  
Wilmington, DE  19899

*U. S. Trustee*

_____  
Brendetta A. Scott

1167492-1:AMMC:2004