IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| IN RE: § | CHAPTER 11 |
| § | |
| NEW CENTURY MORTGAGE § | CASE NO. 07-10419 (KJC) |
| CORPORATION, § | |
| *fka* JBE MORTGAGE CORPORATION § | (JOINTLY ADMINISTERED) |
| *dba* NEW CENTURY CORPORATION § | |
| *dba* NCMN MORTGAGE CORPORATION § | |
| *dba* NEW CENTURY MORTGAGE § | |
| VENTURES, LLC, § | |
| § | |
| DEBTOR § | |

### ORDER AUTHORIZING DEPOSIT OF FUNDS INTO THE REGISTRY OF THE COURT

ON THIS DAY came before the Court to Motion of Citi Residential Lending, Inc., as attorney-in-fact and servicer-in-fact for Deutsche Bank National Trust Company, as Trustee, Movant, for Entry of Order Authorizing Deposit of Funds into the Registry of the Court, and the Court having considered same, it is

ORDERED that the surplus funds in the amount of $56,539.00 from the foreclosure sale conducted August 7, 2007, of the real property described as

> LOT 257, ROLLING OAKS ESTATES, UNIT 6, BEXAR COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN VOLUME 9511, PAGES 167-170, DEED AND PLAT RECORDS, BEXAR COUNTY, TEXAS

shall be directed as follows: City Residential Lending, Inc., attorney-in-fact and servicer-in-fact for Deutsche Bank National Trust Company, as Trustee, shall deduct legal expense in the amount of $850.00 from the surplus funds of $56,539.00, and shall tender the remainder of $55,689.00 to the United States Bankruptcy Clerk for deposit into the Registry of the Court; and it is further

ORDERED that the Clerk shall deposit such funds into

1167492-1:AMMC:2004

☐ <u>an interest-bearing account</u>

☐ <u>a non-interest account</u>

pending further Order of this Court.

SIGNED _____.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

_/s/ Brendetta A. Scott_____
Brendetta A. Scott
Texas Bar No. 24012219/FIN 24592
Hughes, Watters & Askanase, L.L.P.
333 Clay 29th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834

Attorney for Movant, Appearing *Pro Hac Vice*

1167492-1:AMMC:2004