

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE
## (WILMINGTON)

| | |
|---|---|
| NEW CENTURY MORTGAGE CORP., a California corporation, ) ) ) Plaintiff, ) ) ) v. ) No. 07-cv-640 ) GREAT NORTHERN INSURANCE COMPANY, ) Assigned to: Vacant Judgeship a Minnesota corporation, FEDERAL INSURANCE ) Referred to: Hon. Mary Pat Thynge COMPANY, an Indiana corporation, ) ) ) Defendants. ) ) | |

### MOTION OF ERIC R. LITTLE, FORMERLY OF GAUNTLETT & ASSOCIATES, TO WITHDRAW AS COUNSEL FOR NEW CENTURY MORTGAGE CORPORATION

Eric R. Little, formerly of Gauntlett & Associates, co-counsel for New Century Mortgage Corporation ("New Century"), pursuant to LR 83.5, moves to withdraw from representation of New Century.

For the following reasons, Eric R. Little respectfully requests that he be allowed to withdraw as attorney of record:

1. New Century has filed for bankruptcy and will obtain representation through its bankruptcy counsel in this matter prospectively.

2. There are no further matters pending in the civil case.

3. Eric R. Little is no longer employed by Gauntlett & Associates.

4. The last known address for New Century is:

   Monika McCarthy
   General Counsel
   New Century Mortgage Corporation
   18400 Von Karman, Suite 1000
   Irvine, CA 92612
   Telephone: (800) 967-7623

5. The U.S. Trustee for New Century is:
   United States Trustee
   Lockbox #35
   844 King Street, Room 2207
   Wilmington, DE 19899-0035
   Telephone: (302) 573-6491

6. New Century's co-counsel in this Illinois matter is: Bart T. Murphy,

   Wildman, Harold, Allen & Dixon LLP, 2300 Cabot Dr., Suite 455, Lisle,

   Illinois 60532; telephone (630) 955-6392.

Dated: December 12, 2007           MCKASSON KLEIN & HOLMES LLP

                                   By: _____
                                   Eric R. Little
                                   McKasson Klein & Holmes LLP
                                   600 Anton Blvd., Suite 650
                                   Costa Mesa, CA 92660
                                   Tel: (714) 436-1470
                                   Fax: (714) 436-1471

# PROOF OF SERVICE

STATE OF DELAWARE
COUNTY OF WILMINGTON
CASE NO.: 07-cv-640

I am employed in the County of Orange, State of California.
I am over the age of 18 and not a party to the subject action.
My business address is 600 Anton Boulevard, Suite 650, Costa Mesa, California 92626.

On December 13, 2007, I served the foregoing document described as **MOTION OF ERIC R. LITTLE, FORMERLY OF GAUNTLETT & ASSOCIATES, TO WITHDRAW AS COUNSEL FOR NEW CENTURY MORTGAGE CORPORATION** on the interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed to:

**SEE ATTACHED SERVICE LIST**

[X]   **BY MAIL.** I am "readily familiar" with the practice of MCKASSON KLEIN & HOLMES LLP for the collection and processing of documents and correspondence for mailing. Under that practice the a described document(s) and/or correspondence were deposited with the U.S. Postal Service, on the same as the execution of this proof of service, with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed valid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

[ ]   **BY FAX.** I personally transmitted by fax the above-described document(s) to the fax number identified above. Accompanying this proof of service is a copy of the transmission record verifying that the fax transmission was successful.

[ ]   **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the Offices of the addressee.

Executed on December 13, 2007, at Costa Mesa, California.

[X]   **(Federal)** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

*Julie Sandoval*
Julie Sandoval

## SERVICE LIST

| | |
|---|---|
| Daniel J. Cunningham, Esq.<br>Kathy Karaboyas Malamis, Esq.<br>Tressler, Soderstrom, Maloney & Priess, LLP<br>Sears Tower, 22nd Floor<br>233 S. Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 627-4000<br>Fax: (312) 627-1717 | Attorneys for Great North Ins. Co. and Federal Ins. Co. |
| Bart T. Murphy, Esq.<br>Wildman, Harrold, Allen & Dixon LLP<br>2300 Cabot Drive, Suite 455<br>Lisle, IL 60532<br>Tel: (630) 955-6392<br>Fax: (630) 955-0662 | Local Counsel for New Century Mortgage Co. |
| David A. Gauntlett, Esq.<br>Gauntlett & Associates<br>18400 Von Karman, Suite 300<br>Irvine, CA 92612<br>Tel: (949) 553-1010<br>(949) 553-2050 | Former counsel for New Century through Gauntlett & Associates |
| Monika McCarthy<br>General Counsel<br>New Century Mortgage Corporation<br>18400 Von Karman, Suite 1000<br>Irvine, CA 92612<br>(800) 967-7623 | General Counsel for New Century Mortgage Corporation |
| United States Trustee<br>Lockbox #35<br>844 King Street, Room 2207<br>Wilmington, DE 19899<br>(302) 573-6491 | |
| Mark S. Casarino<br>White & Williams LLP<br>824 North Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899<br>Tel: (302) 467-4501 | Attorney for Defendants Great Northern Insurance Company and Federal Ins. Co. |