IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 3848 |

**ORDER GRANTING DEBTORS' MOTION PURSUANT TO SECTIONS 105(a) AND 345 OF THE BANKRUPTCY CODE FOR ORDER AUTHORIZING DEBTORS TO REALLOCATE CERTAIN INVESTMENTS IN CONNECTION WITH DEFERRED COMPENSATION PLANS**

Upon review and consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") pursuant to Sections 105(a) and 345 of the Bankruptcy Code for order authorizing the Debtors to reallocate certain investments in connection with deferred compensation plans; and the Court having jurisdiction to consider the Motion and the relief requested pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having been informed that the Ad Hoc Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and SERP (the "Plaintiffs"), through counsel, has consented to the relief sought subject to the limitations set forth below, and the Court, in light of such consent, having determined that just cause exists for the relief requested

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2] Capitalized terms not otherwise defined herein shall be defined as set forth in the Motion.

RLF1-3236744-1

therein, as limited below; and it appearing that due and proper notice of the Motion has been given; and it appearing that no further or other notice need be given; and good and sufficient cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Motion is hereby GRANTED, subject to the terms of this Order.

2. The Debtors are authorized to reinvest certain assets in connection with NCF's deferred compensation plans as set forth in the Motion.

3. The Plaintiffs hereby withdraw their objection to the Motion and consent to the relief requested in the Motion, provided that (a) this Order and/or the Plaintiffs' consent to the entry of this Order shall not affect and shall be without prejudice to any rights, remedies or legal or factual arguments asserted by the Plaintiffs in the Adversary Proceeding or in this case; and (b) no payment of attorneys' fees incurred by Wells Fargo Bank, N.A. shall occur as a consequence of this Order, and all rights of the Plaintiffs to object to the payment of such fees, upon a proper application for payment by Wells Fargo Bank, N.A., are preserved.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Date: Dec 20, 2007
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

Reviewed and approved by:

Richards, Layton & Finger, P.A.

Christopher M. Samis
Counsel to the Debtors and
Debtors In Possession

Bernstein, Shur, Sawyer & Nelson

_____
Robert J. Keach,
Counsel to the Plaintiffs


Mayer, Brown, Rowe & Maw LLP


_____
Andrew A. Nicely,
Counsel to Wells Fargo Bank N.A.

Bernstein, Shur, Sawyer & Nelson

_____
Robert J. Keach,
Counsel to the Plaintiffs


Mayer Brown LLP

_____
Andrew A. Nicely,
Counsel to Wells Fargo Bank N.A.