# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: US Bank National Association, as Trustee

| Loan Number | Mortgagers | Loan Date | Original Loan Amount | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 8491128 | Marrero | Aug. 22, 2005 | $128,000 | $146,120.65 | $165,000 | 20 Peach Street, Waterbury, Connecticut 06708 |
| 8490328 | Sanchez | Aug. 9, 2005 | $120,000 | $139,444.65 | $132,000 | 198 Depot Lane, Holland, Michigan 49424 |
| 8488835 | Ortiz | Aug. 12, 2005 | $136,000 | $162,103.41 | $155,000 | 8350 Garrison Circle, Tampa, Florida 33615 |
| 8481921 | Paredes | Aug. 16, 2005 | $212,000 | $223,812.59 | $272,950.00 | 4630-4632 Golfview Blvd. Lehigh Acres, Florida 33971 |
| 8458473 | Runchell/Nieto | Jul. 23, 2005 | $456,000 | $491,925.05 | $460,000 | 12692 Oaks Avenue, Chino, California 91710 |
| 8436673 | Lawson | Jul. 28, 2005 | $79,200 | $88,567.11 | $24,000 | 1610 Atson Lane, Cincinnati, OH 45205 |
| 8436665 | Lawson | Jul. 28, 2005 | $79,200 | $87,310.80 | $30,000 | 1615 Minion Avenue, Cincinnati, OH 45205 |