EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: DLJ Mortgage Capital, Inc.

| Loan Number | Mortgagor | Loan Date | Original Loan Amount | Payoff Amount | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 10793552 | Peoples | Mar. 2, 2007 | $340,000 | $359,629.43 | $390,000 | 908 Westcliffe Drive, Winter Garden, FL 34787 |
| 10750875 | Cruz | Nov. 16, 2006 | $332,000 | $353,415.85 | $395,000 | 4657 West Weathermaker Avenue, Fresno, CA 93722 |
| 10749273 | Weddle | Aug. 9, 2006 | $272,000 | $295,093.74 | $325,000 | 970 Flapjack Drive, Henderson, Nevada 89014 |
| 10749135 | Lepe | Nov. 21, 2006 | $273,600 | $298,702.78 | $230,000 | 2987 North Rosewood Drive, Queen Creek, AR 85243 |
| 10747467 | Ruiz | Jun. 29, 2006 | $679,992 | $762,754.48 | $660,000 | 334 Camino Elevado, Bonita, CA 91902 |
| 10746634 | Hess | Jul. 7, 2006 | $104,000 | $124,432.31 | $85,000 | 3514 Ruby H. Harpers Blvd. Atlanta, GA 30354 |
| 10733350 | Garvey | Feb. 23, 2007 | $360,000 | $386,851.30 | $390,000 | 1917 Ativo Drive, Henderson, Nevada 89074 |
| 10729010 | Martin | Feb. 28, 2007 | $348,000 | $367,157.40 | $350,500 | 110 Prince Hincley Road, Centerville, MA 02632 |
| 10027373 | Henson | Aug. 9, 2006 | $260,000 | $282,843.47 | $222,500 | 5435 Ehrhardt Avenue, Sacremento, CA 95823 |