# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap.
Movant: US Bank National Assoication, as Trustee

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property |
|---|---|---|---|---|---|---|
| 352402 | Islam | Jan. 30, 2006 | $484,000 | $523,429.45 | $550,000 | 82 Louisana Ave., |
| 370974 | Cerna/Moleno | Feb. 15, 2006 | $631,200 | $670,878.43 | $740,000 | 78 Siddall Ave., La |
| 387945 | Woods | Feb. 21, 2006 | $420,000 | $454,719.09 | $450,000 | 7525 99th St.Court N |
| 381807 | Stokes | Feb. 9, 2006 | $444,000 | $459,078.20 | $457,500 | 243 San Francisco A\ |
| 387929 | Saragosa | Feb. 17, 2006 | 272,800.00 | 284,721.26 | $250,000 | 87-154 Palani St., |
| 379363 | Danielyan | Feb. 15, 2006 | $128,000 | $138,005.18 | $135,000 | 496 West Alamos Ave |
| 380171 | Pavon | Feb. 14, 2006 | $445,600 | $474,870.54 | $412,000 | 16 Melissa Ct., P |
| 355454 | Rodriquez/Pena | Feb. 17, 2006 | $344,000 | $382,210.59 | $315,000 | 727 East 27th St., |
| 370107 | Yusuf | Feb. 27, 2006 | $496,000 | $556,428.50 | $670,000 | 2044 Pacific St., |
| 379520 | Brown | Feb. 24, 2006 | $104,832 | $108,015.01 | $125,000 | 4110 Rahn Rd., A3( |
| 387168 | Cox | Feb. 15, 2006 | $393,600 | $452,129.08 | $495,000 | 3630 Berkshire Rd., |
| 361205 | Moveira | Feb. 24, 2006 | $256,000 | $277,835.64 | $262,000 | 821/23 Meadow Rd. I |
| 357047 | Sierra | Dec. 30, 2005 | $469,792 | $502,456.79 | $470,000 | 30 Boat Ln., Le\ |
| 353095 | Snyder | Dece. 16, 2005 | $167,920 | $176,462.66 | $218,000 | 161 Snow St., Su |
| 364555 | Mendoza | Feb. 8, 2006 | $380,000 | $399,245.46 | $430,000 | 628 Monica Cir., O |
| 858350 | Bird | Feb. 7, 2005 | $50,150.00 | $54,022.23 | $49,000 | 1901 Washington A\ |
| 865140 | Servin | Feb. 7, 2005 | $372,000 | $403,140.87 | $515,000 | 5813 Fred Russo Dr |
| 877939 | Messer | Feb. 17, 2005 | $102,400 | $120,228.85 | $99,000 | 513 E. Meinecke Ave |
| 043374 | Easley | Oct. 15, 2004 | $111,200 | $115,451.42 | $139,000 | 15866 Wendy St |
| ●64 | Sanchez | Aug. 5, 2005 | $383,200 | $416,694.70 | $320,000 | 1153 Paseo Redondo I |
| ●08 | Vargas | Jul. 22, 2005 | $344,000 | $383,688.76 | $375,000 | 2-4 Beech St., F |
| 505463 | Ramirez | Aug. 9, 2005 | $400,000 | $426,237.26 | $370,000 | 445 E. Laurel St., |
| 485013 | Shngoo | Aug. 3, 2005 | $169,600 | $189,290.31 | $170,000 | 4410 Dickson Dr., Ste |
| 506065 | Lora | Aug. 26, 2005 | $340,000 | $350,857.85 | $340,000 | 11 Aberdeen Ct., |
| 478471 | Barba/Cruz | Jul. 29, 2005 | $124,000 | $133,380.55 | $114,000 | 724 S. Kendall S! |
| 502130 | Cook | Jul. 19, 2005 | $416,000 | $443,974.03 | $360,000 | 29074 Blue Moon D |
| 905002 | Krauss | Sept. 29, 2005 | $276,700 | $299,581.58 | $355,000 | 620 Prestwick Ct., W |
| )452423 | Velazquez | Jan. 11, 2006 | $296,800 | $310,990.60 | $300,000 | 1509 W. Hazelton Av |