IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC |
| | ) Chapter 11 |
| Debtors, | ) Jointly Administered |
| | ) Ref. No. 3942 |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO 133 OLD ROUTE 32, SAUGERTIES, NEW YORK, 12477

AND NOW, TO WIT, this 20th day of Dec A.D., 2007, Fidelity Bank's Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause so as to permit Fidelity Bank and/or the holder of the first mortgage, as recorded in the Office of the County Clerk in Book 2718, Page 48 in Ulster County, State of New York for 133 Old Route 32, Saugerties, New York, 12477 to enforce its security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale of the property and any other legal remedies against the property which may be available to Fidelity Bank under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that Fidelity Bank may immediately enforce and implement this Order granting relief from the automatic stay.

_____
J.