# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-*
*D&G Reference: 211348*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | |
|---|---|---|---|---|---|---|
| 2000152596 | PERREAULT | 9/13/2005 | $468,000.00 | $478,075.24 | $588,000.00 | 244 FORESII CUMBERLA |
| 2000155433 | PARRACHO | 9/30/2005 | $179,920.00 | $190,977.30 | $150,000.00 | 2221 SE 15TH CAPE CORA |
| 2000154410 | MUNOZ | 9/14/2005 | $148,000.00 | $163,939.43 | $155,000.00 | 14345 BAY I: ORLANDO F |
| 2000155995 | MARTINEZ | 9/27/2005 | $355,000.00 | $367,577.88 | $476,000.00 | 42050 HUMB TEMECULA |
| 2000155524 | HENLEY | 9/23/2005 | $127,232.00 | $138,508.69 | $136,000.00 | 5427 SABINI GRAND PRA |
| 2000154096 | CRUZ | 9/7/2005 | $530,400.00 | $562,173.98 | $680,000.00 | 80 ELLINGT( SAN FRANC |
| 2000156308 | SANDOVAL | 9/29/2005 | $295,920.00 | $310,337.26 | $255,000.00 | 72 HILLWOC CRANSTON |
| 2000154169 | VASQUEZ | 9/6/2005 | $883,50.00 | $943,89.74 | $75,000.00 | 2483 ATHEN BROWNSVII |
| 2000152305 | WIGGINS II | 9/27/2005 | $184,576.00 | $186,841.25 | $175,000.00 | 1620 BEACH CAPE CORA |
| 2000154291 | BEJTOVIC | 9/28/2005 | $228,000.00 | $235,502.48 | $230,000.00 | 33 PLUMME BEDFORD N |
| 2000152019 | JIMENEZ | 8/25/2005 | $260,859.00 | $281,432.84 | $302,000.00 | 1061 PALMV EL CENTRO |
| 2000153246 | PEREZ | 9/9/2005 | $180,000.00 | $198,027.73 | $160,000.00 | 2604 ALTA \ BAKERSFIEI |
| 2000154680 | CABRERA | 9/9/2005 | $492,000.00 | $512,077.00 | $660,000.00 | 3255 SUNNY HAYWARD |
| 2000154014 | SIMMONS | 9/12/2005 | $222,400.00 | $229,723.71 | $228,000.00 | 355 PARKVI VALLEJO C/ |
| 2000153738 | ROBLEDO | 9/10/2005 | $166,400.00 | $174,582.05 | $197,500.00 | 860 EAST M. MESA AZ 85 |