EXHIBIT A
In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: HSBC Bank USA, N.A., as Trustee

| Loan No.: | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 8230641 | Jones | Mar. 31, 2005 | $169,104 | $182,258.29 | $180,000 | 435 Pinnacle Drive, Raymore, Missouri 64083 |
| 8233009 | Santos | Apr. 2, 2005 | $410,000 | $427,922.99 | $532,000 | 2241 West Cochran Road, LODI, Ca 95242 |
| 8224511 | Dimaguila | Mar. 17, 2005 | $135,200 | $143,446.87 | $155,000 | 2728 W Hayden Peak Dr., Queen Creek, Arizona 85242 |