EXHIBIT A
In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: US Bank National Association, as Trustee

| Loan Number | Mortgagors | Loan Date | Original Loan Amt. | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 9363209 | Carey | Feb. 23, 2006 | $148,000 | $162,352.04 | $180,000 | 901 W. New York Street, Aurora, Illinois 60506 |
| 9380155 | Altamar | Feb. 8, 2006 | $536,160 | $591,410.82 | $580,000 | 94-33 110th Street, Richmond Hill, NY 11418 |
| 9386921 | Molinari | Feb. 16, 2006 | $438,400 | $487,675.62 | $460,000 | 2208 Margaret Way, Dunedin, Florida 34698 |
| 9371766 | Sacry | Feb. 22, 2006 | $188,000 | $198,998.02 | $190,000 | 753 Sonja Circle, Davenport, Florida 33897 |
| 9347352 | Froid | Sept. 28, 2005 | $700,000 | $757,004.66 | $699,000 | 5004 Thomas Dr.U 1212, Panama City Beach, Fl. 32408 |
| 9370800 | DiPhillippo | Feb. 20, 2006 | $128,000 | $137,060.35 | $170,000 | 526 Norma Drive, Orlando, Florida 32807 |
| 9382060 | Cajamarca | Feb. 13, 2006 | $472,000 | $541,938.44 | $590,000 | 97-19 32nd Avenue, East Elmhurst, NY 11369 |
| 9387713 | Chavez | Feb. 21, 2006 | $190,400 | $211,006.08 | $194,000 | 30351 Randall Manor St., Wesley Chapel, FL 33544 |
| 9343864 | Kinkis | July 21, 2005 | $67,410 | $72,456.78 | $75,000 | 277 Maple St., Newton Falls, OH 44463 |