FILED

2007 DEC 20 AM 10: 00

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STAES BANKRUPTCY COURT
FOR THE DISTRIICT OF DELEWARE

Chapter 11

In re:

Case No.: 07-10416(KJC)

NEW CENTURY TRS HOLDINGS, INC.,          Jointly Administered
a Deleware corporation, et al.,

Debtors.

## AFFIDAVIT TO FILING

The Defendant, CAROL M. WANDS f/k/a LANDRY, ET AL, hereby files these
COPIES IN SUPPORT OF THE CLAIM FILED.

_____

CAROL M. WANDS
440 SE Sandia Drive
Port St. Lucie, FL 34983
772-332-7292

I CERTIFY that a copy of this document was provided by US Mail and by fax, to the
Plaintiff(s) this __17__ day of December 2007.

_____

CAROL M. WANDS

# Message Confirmation Report

DEC-10-2007 09:28 MON

Fax Number  :  7728788234
Name        :  JOSEPH RICH C.P.S

Name/Number   :   13026517701
Page          :   18
Start Time    :   DEC-10-2007 09:24 MON
Elapsed Time  :   04'04"
Mode          :   STD ECM
Results       :      [O.K]

# Joseph Rich, C.P.S.

**FACSIMILE TRANSMISSION**

re Case# 07-1046 (KTC)

| To: Christopher Samis | From: Mireille Wands |
|---|---|
| Date: 12/10/07 | Fax #: 302-651-7701 |
| Re: Wands fka Landry 440 SE Sandia Dr Port St Lucie, Fl 34983 | Enclosures: Supporting docs |

The escrow should have
taken care g my taxes & insurance
during these years. However They
Charged me for them and
increased my outstanding mortgage
balance.

Happy Holidays?

18 pages

Office - (772) 340-0011      129 N.E. Prima Vista Boulevard      FAX - (772) 878-8234
Toll Free - 1 (877) 340-0011      Port St. Lucie, Florida 34983      E-Mail  jirpi@bellsouth.net
www.florida-process.com

*5/29/07*

# IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
## IN AND FOR ST. LUCIE COUNTY, FLORIDA

CASE NO.: 562007CA00945AXXX14C
JUDGE: BEN L. BRYAN, JR.

DEUTSCHE BANK NATIONAL BANK TRUST
COMPANY, AS INDENTURE TRUSTEE, FOR
NEW CENTURY HOME EQUITY LOAN TRUST 2005-1

      Plaintiff,

Vs

WILLIAM LANDRY, ET AL

      Defendant(s).

## ANSWER TO CIVIL ACTION

The Defendants answer to the Civil Action from New Century Mortgage.

1.    On the date of closing for refinance September 2006, New Century Mortgage reported to the new lender, that the Defendants were 5 months behind on the mortgage, which hindered the refinance and closing.

2.    New Century Mortgage refused to provide a letter to the new lender of their wrongful reported information. That the Defendants were not late; even after proof was provided and forwarded in a timely fashion, to New Century Mortgage's lending department.

3.    New Century Mortgage was additionally, with-holding monies sent to their lending department during the time of the wrongful reporting, as the Defendants continued make payments without the payment slip under duress of the wrongful reporting to the new lender.

4.    New Century Mortgage illegally represented itself on the mortgage to the new financing company as late.

5.    New Century Mortgage referred the Defendants, the new mortgage company and the mortgage brokering company, to the Blue Chip Release regarding the hurricane victims of Jeanne, Francis and Wilma. (See attached)

6.    New Century Mortgage took an additional $3000.00 from the Defendants in October of 2006.

7.      New Century Mortgage sent a bill to the Defendant's in January in the approximate amount of $11,000.00.

8.      New Century Mortgage has never provided proof of payments reflected to the Defendants of the 5 months, even after front and back copies of the checks cashed, by New Century Mortgage were provided. Instead a bill for approximately $11,000.00 was sent instead.

9.      The Defendants request that New Century Mortgage provide proof of said payments of those 5 months, the $3,000.00 payment in October of 2006, proof of the Home Owners Insurance payment, and proof of the St. Lucie County Tax payment.

10.     The Defendants request **a new and accurate amortization accounting of the mortgage.**

11.     The Defendants request that New Century Mortgage withhold additional lawyer fees as New Century Mortgage wouldn't be the lender right now if their bookkeeping was in order; as well any other fees related to this matter.

12.     The Defendants request a letter referencing these errors, to bring to the new mortgage company before closing.

I CERTIFY that a copy of this document was provided by US Postal Service and by fax, to the Plaintiff, this 26th day of March 2007.

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this answer and waiver and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Dated: _____


_____
Carol M. Wands f/k/a Landry

STATE OF FLORIDA
COUNTY OF ST. LUCIE

Sworn to affirmed and signed before me on March 26, 2007, by Carol M. Wands.


_____
NOTARY PUBLIC
Nancy Roberts

__ Personally known

OFFICE OF
C. MERRILEE WANDS fka LANDRY 4148

USAA
c/o Check Research Department fax number 800-531-5717

Acct Number: 20314639
Member Number: 19446539
Today's date: 11/21/06

### *2005*

| | | | |
|---|---|---|---|
| 2/15/05 | $1000. #2192 | | |
| 3/10/05 | $1000. | | |
| 3/29/05 | $ 500. #1016 | | |
| 5/11/05 | $1000. #2328 | | |
| 5/31/05 | $1000. #2329 | | |
| 7/02/05 | $ 909. | confirmation number | #6773380105 |
| 7/08/05 | $1849.04 | certified check number | #5970107 |
| 9/08/05 | $ 900. | | |
| 10/15/05 | $900. | certified check number | #666141014 |

OFFICE OF
## C. MERRILEE WANDS
dba
### SPECIALIZED SECRETARIAL SERVICES OF FLORIDA
440 SE Sandia Drive, Port St. Lucie, Florida 34983
772-878-7444 or 772-332-7292
agentcm44@juno.com
www.yoursecretary.us

---

FLORIDA LOCAL ADVOCACY COUNCIL
CERTIFIED PROCESS SERVER AND SUPREME COURT MEDIATOR
NINETEENTH JUDICIAL CIRCUIT

---

Attention: Tereka or Carol Blatt                                    11/21/2006

New Century Mortgage
1610 E. St. Andrew Place, Suite 150-B
Santa Ana, CA 92705

Loan Number# 1979050

Dear Advocate:

I have enclosed all of the requested documentation available to support myself; which would include; the FOREBEARENCE AGREEMENT.

Upon receipt of the accounts information from Emerald Coast (see attached letter dated 11/10/2006, to Emerald Coast) the following accounts are being reviewed for your additional information for other checks cashed:

1)      # 66649 William R. Landry, Jr. and C. Merrilee Landry and

2)      # 6855403 c/o Specialized Secretarial Services of Florida.

All of that information will be forwarded to you immediately with regard to your 1979050. As you may already know the postal system does not run on all identified holidays and Sundays and Thanksgiving could cause trouble for proof of said payments to your loan number 1979050, so please give the postal system the time to catch up to itself, as I wait, myself on the mail to arrive.

Yours truly,


Carol M. Wands

## OFFICE OF
## C. MERRILEE WANDS

New Century Mortgage Corp.
Atten: Temeka                          fax number:  949-726-7489

1979050 Loan Number:

Today's date: 11/10/06

With reference to our prior telephone conversations, please find following the checks verified from one or two accounts with my Banking Institution, Emerald Coast, that were sent to your company. I am still waiting for the account with USAA banking. Thank you for the prompt attention to this matter. I am very nervous about coming up with an $1800.00 mortgage payment.

Sincerely,

C. Merrilee Wands

OFFICE OF
C. MERRILEE WANDS

_____

Emerald Coast

Atten: Check Research Department

Account Number: 314074269 203 1463 9

Today's date: 10/31/06

Please send to the address of: C. Merrilee Landry nka Wands
440 SE Sandia Drive, Port St. Lucie, Florida 34983
772-878-7664 cellular 772-332-7292

**_Copies of the following checks cashed front and back:_**

| | |
|---|---|
| 9/08/05 | $ 900. |
| 10/15/05 | certified check number  #666141014 |
| 12/21/05 | $900. #158 |

**_2006_**

| | |
|---|---|
| 2/13/06 | $99.44 #171 |
| 4/10/06 | $900.   #210 |
| 5/12/06 | $900. #1257 |
| 6/21/06 | $889.13 |
| 6/22/06 | certified check number  #617241 |
| 7/31/06 | $1153.10 #234 |
| | confirmation number #651038 |
| 9/18/06 | $1156.10 #1126 |
| 10/18/06 | $1156.00 #1149 |

OFFICE OF
C. MERRILEE WANDS

EMERALD COAST
c/o Midge
Atten: Check Research Department

Account Number: 66649
Or 6855403

Today's date: 11/10/06

Please send to the address of: C. Merrilee Landry nka Wands
440 SE Sandia Drive, Port St. Lucie, Florida 34983
772-878-7664 cellular 772-332-7292

*Copies of the following checks cashed front and back:*

| | |
|---|---|
| 6/22/06 | $900.00 certified check number #618241 |
| 7/31/06 | $1153.10 #234 |
| 8/15/06 | $900.00 certified check number 651038 |
| 9/18/06 | $1156.00 #1126 |
| 10/18/06 | $1156.00 #1149 |

ALL MADE OUT TO : NEW CENTURY MORTGAGE

OFFICE OF
C. MERRILEE WANDS

New Century Mortgage Corp.
Atten: Temeka                          fax number:  949-726-7489

1979050 Loan Number:

Today's date: 11/16/06

With reference to the following documents as existing proof of payment of said account 1979050.

1) USAA bank account checks numbered 2192/ 2005, 2328/2005, 2329/2005 each for $1000.00.

Amended 2) USAA bank check numbered 929689011 in the amount of $1840.04.

Please contact me immediately regarding the interest and late penalties and extra costs regarding the reviewed.


Sincerely,


C. Merrilee Wands

## OFFICE OF
## C. MERRILEE WANDS

New Century Mortgage Corp.
Atten: Temeka                               fax number:  949-726-7489

1979050 Loan Number:

Today's date: 11/02/06

With reference to our prior telephone conversations, please be aware that the following
two documents have been forwarded to the Banking Institutions for copies as requested
of the checks to clear my payment history. I would appreciate you total attention to this
matter. I am not willing to ruin my credit over these discrepancies and would like a much
more affordable payment plan then presented from your office. I additionally am
reserving the right to proper counsel and also feel it necessary to renegotiate the current
payment which will be due by the 27th of November 2006.

OFFICE OF
C. MERRILEE WANDS

---

Emerald Coast

Atten: Check Research Department

Account Number: 314074269 203 1463 9

Today's date: 10/31/06

Please send to the address of: C. Merrilee Landry nka Wands
440 SE Sandia Drive, Port St. Lucie, Florida 34983
772-878-7664 cellular 772-332-7292

*Copies of the following checks cashed front and back:*

| | |
|---|---|
| 9/08/05 | $ 900. |
| 10/15/05 | certified check number  #666141014 |
| 12/21/05 | $900. #158 |

**2006**

| | |
|---|---|
| 2/13/06 | $99.44 #171 |
| 4/10/06 | $900.  #210 |
| 5/12/06 | $900.  #1257 |
| 6/21/06 | $889.13 |
| 6/22/06 | certified check number  #617241 |
| 7/31/06 | $1153.10 #234 |
| | confirmation number #651038 |
| 9/18/06 | $1156.10 #1126 |
| 10/18/06 | $1156.00 #1149 |

OFFICE OF
C. MERRILEE WANDS

EMERALD COAST
c/o Midge
Atten: Check Research Department

Account Number: 36893806

Today's date: 11/02/06

Please send to the address of: C. Merrilee Landry nka Wands
440 SE Sandia Drive, Port St. Lucie, Florida 34983
772-878-7664 cellular 772-332-7292

*Copies of the following checks cashed front and back:*

| | |
|---|---|
| 2/13/06 | $ 99.44 #171 |
| 4/10/06 | $900.00 #210 |
| 5/12/06 | $900.00 #1257 |
| 6/22/06 | $900.00 certified check number #618241 |
| 7/31/065 | $1153.10 #234 |
| 8/15/06 | $900.00 certified check number 651038 |
| 9/18/06 | $1156.00 #1126 |
| 10/18/06 | $1156.00 #1149 |

OFFICE OF
C. MERRILEE WANDS

New Century Mortgage Corp.
Atten: Temeka                          fax number:  949-726-7489

1979050 Loan Number:

Today's date: 11/15/06

With reference to the following documents as existing proof of payment of said account 1979050.

1) Your account history printed off of the internet (2 pages of history a.3 month and b) 12 months combined.

2) Money order number 535053399 in the amount of $500.00 and check numbered # 1016 for the month of April 2005.

3) Wiring instructions for $3000.00 dated 10/24/06 to Emerald Coast from my Emerald Coast Bank account to yours.

4) Research for the request of check numbered 1016 to USAA Bank account on the amount of $500. 00 dated 3/29/05 for the month of April 2005. ($1000.00 paid in April 2005).

5) Your account statement showing non of the 2006 year monthly payments for the months of starting from May 01, 2006.

6) My check numbered 234 for the month of July 2006 and its transaction number from your New Century Receipts.

Please contact me immediately regarding the interest and late penalties and extra costs regarding the reviewed.

Sincerely,

C. Merrilee Wands

| Case Information | | | | |
|---|---|---|---|---|
| Case Description | 562007CA000945AXXXHC<br>DEUTSCHE BANK VS WILLIAM LANDRY (MF) | | | |
| Court | CIRCUIT CIVIL ACTION | Case Type | MORT FORECLOSURE / MECH LIEN | |
| Filing Date / Time | 03/21/2007 - 11:36:00 | Location | HC-Historic Courthouse | |

| Party Information | | |
|---|---|---|
| Name | YEOUG (SUSAN) JOO KANG - ATTORNEY FOR PLAINTIFF | |
| Date of Birth | | Date of Death | |
| End Date | | |
| Contact Information | Business - FORT LAUDERDALE FL 33312 | |
| | | |

| Name | WILLIAM LANDRY - DEFENDANT | |
|---|---|---|
| Date of Birth | | Date of Death | |
| End Date | | |
| Contact Information | Mailing - PT ST LUCIE FL 34983 | |
| | | |

| Name | PARTY UNKNOWN - DEFENDANT | |
|---|---|---|
| Date of Birth | | Date of Death | |
| End Date | 07/04/2007 | |
| Contact Information | Home - FORT PIERCE FL 34982<br>Mailing - PORT SAINT LUCIE FL 34986 | |
| | | |

| Name | CAROL MERRILEE LANDRY - DEFENDANT | |
|---|---|---|
| Date of Birth | | Date of Death | |
| End Date | | |
| Contact | Mailing - PT ST LUCIE FL 34983 | |

| Information | | |
|---|---|---|
| | | |

| Name | BEN L BRYAN - JUDGE | |
|---|---|---|
| Date of Birth | | Date of Death | |
| End Date | | |
| Contact Information | Business -  FT PIERCE FL 34950 | |
| | | |

| Name | DEUTSCHE BANK NATIONAL TRUST COMPANY - PLAINTIFF | |
|---|---|---|
| Date of Birth | | Date of Death | |
| End Date | | |
| Contact Information | Registered Agent -  LOS ANGLES CA 90071 | |
| | | |

| Event Information |
|---|

**10/23/2007 : RESPONSE**

   TO NOTICE OF FILING PAYMENT HISTORY REINSTATEMENT AND PAYOFF LETTERS.

**10/17/2007 : NOTICE**

   ntc of filing payment history reinstatement and payoff letters

**10/17/2007 : MTN FOR CLERK DEFAULT/DEFAULT**

   AS TO DEFT UNKN SPOUSE OF WILLIAM LANDRY

**10/16/2007 : AFFIDAVIT OF LOST ORIGINAL**

   UNK TENANT R UNEX 10-16-07

**09/06/2007 : AFFIDAVIT OF LOST ORIGINAL**

   AFFIDAVIT OF LOST ORIGINAL

**08/28/2007 : AFFIDAVIT OF LOST ORIGINAL**

   SUMMONS AS TO WILLIAM LANDRY . (PROCESS CANCELLED BY CLIENT)

**08/20/2007 : AFFIDAVIT OF LOST ORIGINAL**

UNK TENANT R UNEX 8-20-07

**07/26/2007 : MTN FOR CLERK DEFAULT/DEFAULT**

AS TO DEFT WILLIAM LANDRY , RIVER PARK HOMEOWNERS ASSOCIATION INC

**07/26/2007 : NON MILITARY AFFIDAVIT**

AS TO DEFT WILLIAM LANDRY, UNKN SPOUSE OF WILLIAM LANDRY

**07/18/2007 : NOTICE**

NTC OF FILING ORIG NOTE AND ORIG RECORDED MTG

**07/18/2007 : CLERK'S NOTES**

10:00 AM BEN EZRA & KATZ ATTY KANG MRS LANDRY PRESENT MTN FOR SUMMARY JUDGMENT OF FORECLOSURE RE-NTC ATTYS FEES TOTAL AMOUNT DUE SALE DATE

**07/07/2007 : AFFDVT DILIGENT SEARCH**

OF DUE AND SEARCH AS TO WILLIAM LANDRY

**07/05/2007 : AFFIDAVIT OF**

PUBLICATION, PUBLISH DATES 5/23/07 AND 5/30/07

**07/05/2007 : NOTICE**

NTC OF FILNG PRE QUALIFACTION NTC

**07/05/2007 : NOTICE**

NTC OF FILING PRELIMINARY PROOF OF CLAIM - DELEWARE BANKRUPTCY CERTIF COPY SENT TO ATTY OF RECORD

**07/04/2007 : NOTICE**

NTC OF FILING AFFID

**07/04/2007 : NTC OF HEARING**

JULY 18, 2007 10'00 AM JUDGE BEN L. BRYAN MTN FOR SFJ OF FORECLOSURE

**07/04/2007 : NTC OF DROPPING PARTY DEFT(S)**

NTC OF DROPPING COUNT II

**07/04/2007 : NTC OF DROPPING PARTY DEFT(S)**

NTC OF DROPPING PARTY UNKN TENANT UNKN SPOUSE OF CAROL MERRILEE LANDRY UNKN SPOUSE OF WILLIAM LANDRY

**07/04/2007 : AFFIDAVIT OF**

AFFID AS TO INDEBTEDNESS $ 106,965.32 AFFID OF TIME AND EFFORT AND COSTS AFFID AS TO ATTYS FEE

**07/04/2007 : MTN FOR FINAL JUDGMENT**

MTN FOR SUMMARY FINAL JUDGMENT OF FORECLOSURE

06/14/2007 : ALIAS SUMMONS ISSUED AMD COMP

WILLIAM LANDRY R UNEX 5-17-07

06/14/2007 : SUMMONS RETURNED

UNKNOWN SPOUSE OF WILLIAM LANDRY RET-UNEX JUNE 14, 2007

05/17/2007 : SUMMONS RETURNED

RIVER PARK HOMEOWNERS ASSOCIATION INC SS- DEBORAH S SOESBE 5-15-07

05/17/2007 : SUMMONS RETURNED

UNK SPOUSE OF CAROL MERRILEE MANDRY RET UNEX 5-15-07

05/15/2007 : VERIFICATION OF FAX

FROM NADIRA AT THE TRIBUNE TO VERIFY PUB DATES 5/23 5/30

05/15/2007 : ALIAS SUMMONS ISSUED AMD COMP

WILLIAM LANDRY (BOYDS)

05/15/2007 : AMENDED COMPLAINT

1-4 EXHIBITS 1-22

05/15/2007 : NTC ACTION COPY TO PAPER

AS TO DEFT WILLIAM LANDRY PUB DATES 5/ 23 5/ 30

05/15/2007 : SUMMONS ISSUED ON AMENDED COMP

UNKNOWN SPOUSE OF CAROL MERRILEE LANDRY (BOYDS)

05/15/2007 : SUMMONS ISSUED ON AMENDED COMP

RIVER PARK HOMEOWNERS ASSOCIATION INC (BOYDS)

05/15/2007 : SUMMONS ISSUED ON AMENDED COMP

UNKNOWN SPOUSE OF WILLIAM LANDRY (BOYDS)

05/11/2007 : AFFIDAVIT OF

OF CONSTRUCTIVE SERVICE AS TO DEFT WILLIAM LANDRY

05/02/2007 : SUMMONS RETURNED

WILLIAM LANDRY RET-UNEX MAY 2, 2007

03/29/2007 : ANSWER

ANSWER TO CIVIL ACTION CAROL M. WANDS FKA LANDRY

03/23/2007 : SUMMONS RETURNED

UNKNOWN TENANT RT-UNEX MARCH 23, 2007

**03/23/2007 : SUMMONS RETURNED**

    **CAROL MERRILEE LAUNDRY S - MARCH 21, 2007 (NON/MILT)**

**03/21/2007 : SUMMONS ISSUED**

    **CAROL MERRILEE LANDRY (boyd)**

**03/21/2007 : SUMMONS ISSUED**

    **UNKTENANT (boyd)**

**03/21/2007 : SUMMONS ISSUED**

    **WILLIAM LANDRY (boyd)**

**03/21/2007 : NTC OF LIS PENDENS**

    **(O/R 2784 PG 870 )**

**03/21/2007 : COMPLAINT**

    **(1-4) W/EXHIBITS 91-23) NO TRIAL**

**03/21/2007 : CIVIL COVER SHEET**

**SPECIALIZED SECRETARIAL SERVICES OF FLORIDA, PORT ST. LUCIE, FLORIDA, LLC**
3419-540-0209-000/9 Occupational License, St. Lucie County, Florida


To Emerald Coast

Please wire approximately $3000.00 from account 6893806 to the address of:

WIRING INSTRUCTIONS:          UNION BANK OF CALIFORNIA
                              445 S. FIGUEROA STREET, LOS ANGELOS,
                              CA 90071-1655

ABA# 122000496
BNF: new century mrtg payoff account
ACCT# 2110103940


                    Thank you,


                    Carol Merrilee Wands for
                    SPECIALIZED SECRETARIAL SERVICES OF
                    FLORIDA, PORT ST. LUCIE, FLORIDA, LLC
                    fka Moe/Landry