IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : Jointly Administered |
| Debtors. | : Objection Deadline: N/A |
| | : Hearing Date: N/A |

## CERTIFICATION OF NO OBJECTION REGARDING SEVENTH MONTHLY APPLICATION OF ROETZEL & ANDRESS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007 (DOCKET NO. 3835)

The undersigned hereby certifies that, as of the date here referenced, she has received no Answer, Objection or Other Responsive Pleading to the following: SEVENTH MONTHLY APPLICATION OF ROETZEL & ANDRESS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007, filed November 16, 2007. The undersigned further certifies that she has reviewed the Court's Docket in this case and that no Answer, Objection, or other Responsive Pleading to the Application appears thereon. Pursuant to the Application, Objections to the Application were to be filed and served no later than December 7th, 2007 at 4:00 p.m.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Order") entered on April 24, 2007 [Docket No. 389] and the Order Authorizing Retention of Professionals Utilized in the Ordinary Course of Business Pursuant to Sections 327 and 328 of the Bankruptcy Code date of May 7, 2007, the debtors are authorized and directed to pay Roetzel & Andress the amount of $10,000; eighty percent (80%) of the fees over the monthly retainer of $10,000; and, one hundred percent (100%) of the expenses requested in the Application, upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

| Applicant & Docket No. | Time Covered | Fees and Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Roetzel & Andress<br><br>Docket No 3835 | October 1-31, 2007 | $12,292.50 (fees)<br><br>$51.64 (expenses) | $10,000.00 (monthly retainer)<br><br>plus $1,834.00 (fees over approved monthly retainer @ 80%) (fees)<br><br>$51.64 (Expenses @ 100%) | November 16, 2007 | December 7, 2007 |
| **TOTAL ALLOWED/AWARDED** | | | **$11,885.64** | | |

Dated: December 20, 2007

Respectfully submitted,

/s/ Diana M. Thimmig
Diana M. Thimmig, Esq. (016011)
ROETZEL & ANDRESS, LPA
1375 East Ninth Street
One Cleveland Center, Ninth Floor
Cleveland, OH 44114
Telephone: 216.623.0150
Facsimile: 216.623.0134

**Special Counsel for the Debtors and Debtors in Possession**

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing *Certificate of No Objection* was served on the 20th day of December, 2007 via First Class U.S. mail to all parties on the annexed service list and by electronic transmission through the Court's ECF system.

Dated: December 20, 2007

/s/ Diana M. Thimmig
Diana M. Thimmig (0016011)

## NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416 (KJC)
## SERVICE LIST

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahan, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Post-Petition Senior Secured Lenders)*
Bennett L. Spiegel, Esq.
Shirley S. Cho, Esq.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017-5800

*(Proposed Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Proposed Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

(Fee Auditor)
Warren H. Smith & Associates
325 N. St. Paul, Suite 1275
Dallas, TX 75201