# EXHIBIT A

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 2
Client #  727440

Matter #  157422

For services through November 30, 2007
relating to Case Administration

| 11/01/07 | Submit supplemental conflict parties request | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.10 hrs | 175.00 | $17.50 |

| 11/01/07 | Review docket and circulate (.5); Review docket and revise case calendar for C. Samis (1.0) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 1.50 hrs | 175.00 | $262.50 |

| 11/01/07 | Participate in limited weekly status call (.4); Prepare for weekly status call (.4) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.80 hrs | 235.00 | $188.00 |

| 11/02/07 | Import, revise and finalize motion for authority to enter into amendment to limited partnership agreement (.5); Draft notice of same (.2); Prepare exhibits for same (.5); Draft notice of filing exhibits under seal (.3); Finalize and e-file amendment to partnership motion (.2); Draft notice of seal motion (.1); Conference with C. Samis re: seal motion (.1); Finalize and e-file motion to file exhibits under seal (.2); Coordinate service of motion re: partnership and motion to seal with Xroads (.2); Coordinate submission of sealed exhibits to chambers (.3); Conference with C. Samis re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 2.70 hrs | 175.00 | $472.50 |

| 11/02/07 | Review docket and circulate (.3); Maintain original pleadings (1.3) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 1.60 hrs | 175.00 | $280.00 |

| 11/02/07 | Review draft limited partnership amendment motion (.3); Review and revise seal motion for limited partnership amendment motion (.4); E-mail to V. Newmark at OMM re: revisions to seal motion for limited partnership amendment motion (.1); Review, revise and finalize motion to seal exhibits to limited partnership amendment motion and limited partnership motion (2.5); E-mails to V. Newmark at OMM re: revisions to limited partnership amendment motion (.3) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 3.60 hrs | 235.00 | $846.00 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 3
Client #  727440

Matter # 157422

| | | | | |
|---|---|---|---|---|
| 11/05/07 | E-mail to L. McDermott and forward notices of commencement | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 175.00 | $17.50 |
| 11/05/07 | Review docket and circulate | | | |
| Paralegal | Cathy M. Greer | 2.20 hrs. | 175.00 | $385.00 |
| 11/05/07 | Call from Charlee Robbins (customer) re: receipt of escrow funds (.1); E-mail to D. Daniels at New Century re: Charlee Robbins (customer) escrow funds (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 235.00 | $47.00 |
| 11/06/07 | Review docket and circulate (.1); Update and email 2002 list to T. Moody (.2); Maintain original pleadings (1.2) | | | |
| Paralegal | Cathy M. Greer | 1.50 hrs. | 175.00 | $262.50 |
| 11/06/07 | Call from Luke Kersio at Thatcher re: amendments to pooling and servicing agreements (.2); Call to C. Robbins re: release of escrowed funds (.1); Call to Leo Phan (creditor) re: bankruptcy notice (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 235.00 | $94.00 |
| 11/06/07 | Review docket | | | |
| Director | Russell Silberglied | 0.10 hrs. | 490.00 | $49.00 |
| 11/07/07 | Review docket and circulate (2.8); Print documents for M. Collins (.8); Disassemble hearing binders (.5); Maintain original pleadings (2.0); Circulate objections due week of 11/5/07 (.1) | | | |
| Paralegal | Cathy M. Greer | 6.20 hrs. | 175.00 | $1,085.00 |
| 11/07/07 | E-mail to S. Uhland at OMM re: amendments to pooling/servicing agreements (.1); E-mail to V. Newmark at OMM re: Court's decision on motion to seal exhibits to Carrington limited partnership amendment motion (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 235.00 | $47.00 |
| 11/07/07 | Attention to critical dates calendar in preparation for 11/8/07 call | | | |
| Director | Michael J. Merchant | 0.40 hrs. | 420.00 | $168.00 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq.. SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 4
Client #  727440

Matter # 157422

---

| 11/08/07 | Review docket and update critical dates chart (1.7); Maintain original pleadings (1.8); Review docket to revise motion chart (1.1); Disassemble hearing binders (.5) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 5.10 hrs. | 175.00 | $892.50 |
| 11/08/07 | Weekly case administration call | | | |
| Director | Michael J. Merchant | 1.20 hrs. | 420.00 | $504.00 |
| 11/09/07 | Review docket and update critical dates chart (2.1); Maintain original pleadings (.5); Circulate revised critical dates chart (.1); Disassemble hearing binders (.3); Email to J. Edmonson regarding status of outstanding declarations of service (.1); Receipt and review of correspondence and circulate to applicable parties (1.7) | | | |
| Paralegal | Cathy M. Greer | 4.80 hrs. | 175.00 | $840.00 |
| 11/09/07 | E-mail to J. McMahon at the Office of the United States Trustee re: providing sealed limited partnership amendment motion exhibits (.1); E-mail to V. Newmark at OMM re: providing sealed limited partnership amendment motion exhibits (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 235.00 | $47.00 |
| 11/09/07 | Attention to New Century critical dates calendar re: impending deadlines | | | |
| Director | Michael J. Merchant | 0.40 hrs. | 420.00 | $168.00 |
| 11/12/07 | Review docket | | | |
| Paralegal | Cathy M. Greer | 0.10 hrs. | 175.00 | $17.50 |
| 11/12/07 | E-mail to M. Ralston re: Certificate of no Objection on motion for leave to file under seal | | | |
| Director | Russell Silberglied | 0.10 hrs. | 490.00 | $49.00 |
| 11/13/07 | Download notice of appearance and update 2002 database | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 175.00 | $17.50 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 5
Client #  727440

Matter # 157422

---

| 11/13/07 | Review docket and circulate to distribution group (.2); Receipt and review of correspondence (1.2); Maintain original pleadings (1.5); Review docket for outstanding declarations of service (2.1) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 5.00 hrs. | 175.00 | $875.00 |
| | | | | |
| 11/14/07 | Review docket and circulate to distribution group (2.3); Disassemble hearing binders (.8); Receipt and review of correspondence (.8) | | | |
| Paralegal | Cathy M. Greer | 3.90 hrs. | 175.00 | $682.50 |
| | | | | |
| 11/15/07 | Review docket and circulate to distribution group (.2); Maintain original pleadings (.8) | | | |
| Paralegal | Cathy M. Greer | 1.00 hrs. | 175.00 | $175.00 |
| | | | | |
| 11/15/07 | Participate in weekly status call (1.2); Prepare for weekly status call (.4); Coordinate document requests from S.Uhland (.4) | | | |
| Associate | Christopher M. Samis | 2.00 hrs. | 235.00 | $470.00 |
| | | | | |
| 11/15/07 | Review case calendar in advance of weekly call (.4); Participation in weekly call (.8) | | | |
| Director | Michael J. Merchant | 1.20 hrs. | 420.00 | $504.00 |
| | | | | |
| 11/15/07 | Revise case calendar for working group call | | | |
| Director | Russell Silberglied | 0.30 hrs. | 490.00 | $147.00 |
| | | | | |
| 11/16/07 | Download notices of appearance (x2) | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 175.00 | $35.00 |
| | | | | |
| 11/16/07 | Review docket and circulate to distribution group (.5); Maintain original pleadings (.6) | | | |
| Paralegal | Cathy M. Greer | 1.10 hrs. | 175.00 | $192.50 |
| | | | | |
| 11/19/07 | Review docket and circulate to distribution group (1.1); Maintain original pleadings (.6) | | | |
| Paralegal | Cathy M. Greer | 1.70 hrs. | 175.00 | $297.50 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 6
Client #  727440

Matter # 157422

---

| 11/21/07 | Review docket and circulate to distribution group | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 175.00 | $35.00 |
| | | | | |
| 11/25/07 | Review docket for outstanding declarations of service. | | | |
| Paralegal | Cathy M. Greer | 1.00 hrs. | 175.00 | $175.00 |
| | | | | |
| 11/26/07 | Coordinate service of order authorizing debtors' consent to amendment of certain limited partnership agreement (.1); Coordinate service of order granting motion of debtors for order authorizing debtors to file under seal certain information regarding consent to amendment of limited partnership agreement (.1) | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 175.00 | $35.00 |
| | | | | |
| 11/26/07 | Review docket and circulate documents to distribution group (x83) | | | |
| Paralegal | Cathy M. Greer | 5.60 hrs. | 175.00 | $980.00 |
| | | | | |
| 11/26/07 | E-mails to K. Richman at New Century re: call on properly using funds per customer programs motion | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 235.00 | $47.00 |
| | | | | |
| 11/27/07 | Review docket and circulate (.5); Review docket, update critical dates calendar and circulate (1.2); Maintain original pleadings (1.2); Review docket to update motion chart (1.0); Receipt and review of correspondence and forward to appropriate parties (1.8) | | | |
| Paralegal | Cathy M. Greer | 5.70 hrs. | 175.00 | $997.50 |
| | | | | |
| 11/27/07 | Call to K. Richman at New Century re: proper use of funds allocated to pay consumers per customer programs motion | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 235.00 | $94.00 |
| | | | | |
| 11/27/07 | Attention to updated critical dates calendar | | | |
| Director | Michael J. Merchant | 0.20 hrs. | 420.00 | $84.00 |
| | | | | |
| 11/28/07 | Review docket for outstanding declarations of service (1.0); Review docket and distribute (.5); Maintain original pleadings (1.1) | | | |
| Paralegal | Cathy M. Greer | 2.60 hrs. | 175.00 | $455.00 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 7
Client #  727440

Matter # 157422

---

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 11/28/07 | E-mail to S. Uhland at O'Melveny re: extending OUST's objection deadline re: deferred compensation reallocation motion (.1); Review limited objection of the Plan Beneficiaries to deferred compensation reallocation motion (.5) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 235.00 | $141.00 |
| 11/29/07 | Review docket and circulate to distribution group (.7); Review docket and update critical dates calendar (.5); Maintain original pleadings (1.0) | | | |
| Paralegal | Cathy M. Greer | 2.20 hrs. | 175.00 | $385.00 |
| 11/29/07 | Participate in weekly status call (1.2); Prepare for weekly status call (.4); E-mails to S. Uhland at O'Melveny re: Plan Beneficiaries limited objection to deferred compensation plan reallocation motion (.2) | | | |
| Associate | Christopher M. Samis | 1.80 hrs. | 235.00 | $423.00 |
| 11/29/07 | Preparation for weekly status call | | | |
| Director | Michael J. Merchant | 0.30 hrs | 420.00 | $126.00 |
| 11/30/07 | Review docket and circulate to distribution group (1.1); Send 2002 list to P. Groff (.1); Review correspondence and forward to P. Touchstone (1.3); Review docket for outstanding declarations of service (.5) | | | |
| Paralegal | Cathy M. Greer | 3.00 hrs. | 175.00 | $525.00 |

Total Fees for Professional Services          $14,638.00

TOTAL DUE FOR THIS INVOICE                     **$14,638.00**
BALANCE BROUGHT FORWARD                          $45,379.63

**TOTAL DUE FOR THIS MATTER**                  **$60,017.63**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 8
Client #  727440

Matter #  157422

For services through November 30, 2007
relating to  Creditor Inquiries

| Date | Description | | | Amount |
|---|---|---|---|---|
| 11/13/07 | Telephone call from creditor re: case status (.1); Telephone call from creditor re: confirmation of claim amount (.1) | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 175.00 | $35.00 |
| 11/14/07 | Telephone call from creditor re: receipt of notice of filing of bankruptcy | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 175.00 | $17.50 |
| 11/16/07 | E-mails from creditor A. Mutchnir re: Morgan Stanely (.2); E-mail to S. Uhland re: same (.1) | | | |
| Director | Michael J. Merchant | 0.30 hrs. | 420.00 | $126.00 |

Total Fees for Professional Services                    $178.50

TOTAL DUE FOR THIS INVOICE                    **$178.50**
BALANCE BROUGHT FORWARD                       $5,512.58

**TOTAL DUE FOR THIS MATTER**                 **$5,691.08**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930

Page 9

Client #  727440

Matter #  157422

---

For services through November 30, 2007

relating to  Meetings

| | | | | |
|---|---|---|---|---|
| 11/08/07 | E-mails with S. Uhland re: weekly call and conference with M. Merchant re: updates for same (.1); Scheduling of Positive Software call (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 490.00 | $98.00 |

Total Fees for Professional Services      $98.00

TOTAL DUE FOR THIS INVOICE      **$98.00**

BALANCE BROUGHT FORWARD      $5,336.85

**TOTAL DUE FOR THIS MATTER**      **$5,434.85**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 10
Client #  727440

Matter #  157422

---

For services through November 30, 2007
relating to Executory Contracts/Unexpired Leases

| 11/02/07 | E-file certification of counsel re: extension to assume or reject Irvine lease (.2); Coordinate submission of same to chambers (.2) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.40 hrs. | 175.00 | $70.00 |
| 11/02/07 | Efile, research service parties and coordinate service of motion of debtors-in-possession to authorize termination of Captive Insurer's remaining obligations under Captive Insurance contracts (.3); Receive and respond to phone calls regarding rejection of executory contracts regarding home equity loans (.5) | | | |
| Paralegal | Cathy M. Greer | 0.80 hrs. | 175.00 | $140.00 |
| 11/02/07 | E-mail to S. Nagle at OMM re: status of outstanding lease rejection stipulations (.1); E-mail to A. Wagner at APS re: status of outstanding lease rejection stipulations (.1); Draft certification of counsel re: stipulation with Irvine Co. providing for extension of lease assumption/rejection period (.6); Review, revise and finalize stipulation with Irvine Co. providing for extension of lease assumption and rejection period (2.5); E-mails to S. Nagle at OMM re: stipulation with Irvine Co. providing for extension of lease assumption and rejection period (.2) | | | |
| Associate | Christopher M. Samis | 3.50 hrs. | 235.00 | $822.50 |
| 11/02/07 | Attention to certification with Irvine Company | | | |
| Director | Michael J. Merchant | 0.20 hrs. | 420.00 | $84.00 |
| 11/05/07 | Prepare, finalize and efile notice of withdrawal of rejection notices regarding L. Johnson (.3); Prepare, finalize, efile and coordinate service of rejection notices (.6) | | | |
| Paralegal | Cathy M. Greer | 0.90 hrs. | 175.00 | $157.50 |
| 11/05/07 | Call to S. Nagle at OMM re: Committee clearance on Maguire stipulation (.1); Review, revise and finalize notice of withdrawal re: certain rejection notices (.2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 235.00 | $70.50 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA 92612

December 14, 2007
Invoice 283930
Page 11
Client # 727440

Matter # 157422

---

| 11/06/07 | Email motion to terminate Captive Insurer's remaining obligations to L. Masters | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 0.10 hrs. | 175.00 | $17.50 |

| 11/06/07 | E-mail to S. Nagle at OMM re: status of CSHV order (.1); E-mail to M. Merchant re: terms of CSHV settlement (.1); E-mail to A. Wagner at APS re: Mack-Cali Chestnut Ridge LLC settlement check (.1); E-mail to M. Merchant re: final CSHV order (.1); E-mail to M. Merchant re: final amounts in CSHV agreement (.1); Review and revise final CSHV order for 11/6/07 hearing (.3); Call to S. Selzer at Greenberg re: CSHV order (.1); Call from S. Selzer at Greenberg re: CSHV order (.1); Call to D. Bristow at Reid re: settling Temecula, CA lease dispute (.1); Call to Julie Rome-Banks at Binder re: settlement of Martinez, CA lease dispute (.1); Call to D. Bristow at Reid re: settlement of Temecula, CA lease dispute (.1); Call to M. Taylor at Hohmann re: settlement of La Frontera lease dispute (.1); Call to S. Nagle at OMM re: Irvine Company lease rejection (.3) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.70 hrs. | 235.00 | $399.50 |

| 11/08/07 | Review docket to update rejection notices chart | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 0.50 hrs. | 175.00 | $87.50 |

| 11/12/07 | Efile declaration of service of J. Edmonson regarding motion of debtors for order authorizing and approving assumption of real property lease (.2); Efile declaration of service of J. Edmonson regarding order approving stip between debtors and Irvine Company regarding extension of time to assume or reject lease (.2) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 0.40 hrs. | 175.00 | $70.00 |

| 11/12/07 | Provide paralegal support for filing of certification of counsel regarding Irvine Company lease locations | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 2.00 hrs. | 175.00 | $350.00 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930

Page 12

Client #  727440

Matter # 157422

---

| 11/12/07 | E-mail to E. Sutty at Bayard re: Pacific Davies lease termination stipulation (.1); Draft certification of counsel for Davies Pacific lease rejection stipulation (.6); Call to E. Sutty at Bayard re: Pacific Davies lease termination stipulation (.1); E-mail to M. Finnegan re: 500 Eagles Nest lease rejection stipulation (.1); E-mails to A. Wagner at APS re: wire instructions for Davies Pacific (.2); E-mail to C. Greer re: certification of counsel for Davies Pacific lease rejection stipulation (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.20 hrs. | 235.00 | $282.00 |
| 11/12/07 | Call with A. Wagner re: Stockbridge lease | | | |
| Associate | Maris J. Finnegan | 0.10 hrs. | 245.00 | $24.50 |
| 11/13/07 | E-file certification of counsel re: stipulation with The Irvine Company re: rejection of lease (.1); Coordinate delivery of same to chambers (.1) | | | |
| Paralegal | Aja E. McDowell | 0.20 hrs. | 175.00 | $35.00 |
| 11/13/07 | Retrieve and forward sealed exhibits to motion to amend agreement to J. McMahon | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 175.00 | $35.00 |
| 11/13/07 | E-mail to L. Kaufman re: Irvine Co. lease disposition stipulation (.1); E-mail to C. Greer re: Irvine Co. lease disposition stipulation (.1); E-mails to S. Nagle at OMM re: Irvine Co. lease disposition stipulation (.2); E-mail to M. Finnegan re: 500 Eagles Nest lease disposition stipulation (.1); Call from Peterine Romanez at Pitney re: leased equipment in Hawaii (.1); Review certification of counsel for Irvine Co. lease disposition stipulation (.2) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 235.00 | $188.00 |
| 11/13/07 | Reviewing lease rejection and certification of counsel and stipulation | | | |
| Associate | Lee Kaufman | 0.20 hrs. | 235.00 | $47.00 |
| 11/13/07 | Call with counsel for Rockside Road property (.1); E-mail with A. Wagner re: same (.1) | | | |
| Associate | Maris J. Finnegan | 0.20 hrs. | 245.00 | $49.00 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 13
Client #  727440

Matter # 157422

---

| Date | Description | | | Amount |
|---|---|---|---|---|
| 11/14/07 | Conference with C. Samis re: lease rejection queries from committee | | | |
| Associate | Maris J. Finnegan | 0.20 hrs. | 245.00 | $49.00 |
| 11/15/07 | Revise, finalize and e-file certification of no objection and proposed order re: assumption motion | | | |
| Paralegal | Ann Jerominski | 0.30 hrs. | 175.00 | $52.50 |
| 11/15/07 | Prepare certificate of no objection regarding motion of debtors for order authorizing assumption of real property lease | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 175.00 | $35.00 |
| 11/15/07 | E-mail from S. Nagle re: Plaza America stipulation | | | |
| Director | Michael J. Merchant | 0.10 hrs. | 420.00 | $42.00 |
| 11/16/07 | E-mails from S. Nagle re: stipulation with Plaza America (.2): Review stipulation (.1) | | | |
| Director | Michael J. Merchant | 0.30 hrs. | 420.00 | $126.00 |
| 11/20/07 | Finalize, file and coordinate service of notice of rejection of executory contract regarding assignment and assumption regarding IBM Credit | | | |
| Paralegal | Cathy M. Greer | 0.30 hrs. | 175.00 | $52.50 |
| 11/20/07 | Review and revise IBM Credit LLC executory contract rejection notice | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 235.00 | $47.00 |
| 11/21/07 | Prepare, finalize, efile and coordinate service of rejection notice regarding home equity line of credit for P. Poe | | | |
| Paralegal | Cathy M. Greer | 0.50 hrs. | 175.00 | $87.50 |
| 11/21/07 | Review and revise notice of rejection of executory contract (Poe HELOC) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 235.00 | $47.00 |
| 11/21/07 | Call from A. Acevedo at OMM re: notice of rejection of executory contract (Poe HELOC) | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 235.00 | $23.50 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930
Page 14

Client #  727440

Matter # 157422

---

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/25/07<br>Paralegal | Review docket and update rejection notices chart for 150 rejection notices<br>Cathy M. Greer | 3.00 hrs. | 175.00 | $525.00 |
| 11/26/07<br><br><br><br>Paralegal | Coordinate service of order approving stipulation regarding rejection of unexpired lease regarding Irvine Company (.1); Coordinate service of order approving rejection of unexpired lease regarding Davies Pacific (.1); Coordinate service of order approving motion of debtors to authorize termination of Captive Insurer's remaining obligations (.1)<br>Cathy M. Greer | 0.30 hrs. | 175.00 | $52.50 |
| 11/27/07<br>Associate | E-mail to K. Good re: drafting lease rejection stipulations (.1); Meet with K. Good re: drafting lease rejection stipulations (.2)<br>Christopher M. Samis | 0.30 hrs. | 235.00 | $70.50 |
| 11/28/07<br>Associate | Meet with K. Good re: preparing lease rejection stipulations (.2); E-mails to K. Good re: forms for lease rejection stipulations (.2)<br>Christopher M. Samis | 0.40 hrs. | 235.00 | $94.00 |
| 11/28/07<br>Associate | Meeting with C. Samis re: lease stipulations (.1); E-mail with C. Samis re: same (.1)<br>L. Katherine Good | 0.20 hrs. | 235.00 | $47.00 |
| 11/30/07<br>Paralegal | Draft certification of no objection for Ellington motion (.2); Finalize and e-file same (.1)<br>Ann Jerominski | 0.30 hrs. | 175.00 | $52.50 |
| 11/30/07<br><br><br>Associate | E-mails to A. Wagner at APS re: Martinez, CA lease location documentation (.2); E-mail to K. Good re: Martinez, CA lease for rejection stipulation (.1); E-mail to A. Acevedo at OMM re: extending objection deadline for IBM for rejection of contract dispute (.1)<br>Christopher M. Samis | 0.40 hrs. | 235.00 | $94.00 |
| 11/30/07<br>Associate | Revised La Frontera lease termination stipulation (.2); Drafted Martinez lease termination stipulation (.4)<br>L. Katherine Good | 0.60 hrs. | 235.00 | $141.00 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930

Page 15

Client #  727440

Matter #  157422

| 11/30/07 | Telephone call with attorney for Rockside Road property re: abandoned property at location | | | |
|----------|--------------------------------------------------------|-----------|--------|----------|
| Associate | Maris J. Finnegan | 0.10 hrs. | 245.00 | $24.50 |

Total Fees for Professional Services          $4,592.50

TOTAL DUE FOR THIS INVOICE          **$4,592.50**
BALANCE BROUGHT FORWARD          $40,426.20

**TOTAL DUE FOR THIS MATTER**          **$45,018.70**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 16
Client #  727440

Matter # 157422

---

For services through November 30, 2007

relating to  Automatic Stay/Adequate Protection

| | | | | |
|---|---|---|---|---|
| 11/01/07 | Finalize, efile and coordinate service of response of debtors to D. Oliveira's stay relief motion | | | |
| Paralegal | Cathy M. Greer | 0.30 hrs. | 175.00 | $52.50 |
| 11/01/07 | Finalize, efile and coordinate service of response of debtors to Countrywise/Vinson's stay relief motion | | | |
| Paralegal | Cathy M. Greer | 0.30 hrs. | 175.00 | $52.50 |
| 11/01/07 | Research and analysis re: motion to enforce stay against IRS (2.0); Review and revise same (1.9); Conference with M. Collins re: same (.2) | | | |
| Associate | Maris J. Finnegan | 4.10 hrs. | 245.00 | $1,004.50 |
| 11/01/07 | Read Oliveira motion and attachments (.2); Review Countrywide motion and attachments (.2); Call with B. Chipman re: Countrywide (.2); Review and revise Positive Software stipulation (.2); Review Howe Street information and e-mail from, to L. McDermott re: same (.1) | | | |
| Director | Russell Silberglied | 0.90 hrs. | 490.00 | $441.00 |
| 11/02/07 | Process foreclosure notices and update spreadsheet re: same (.4); E-mails to attorneys acknowledging receipt of foreclosure notices (.3) | | | |
| Paralegal | Ann Jerominski | 0.70 hrs. | 175.00 | $122.50 |
| 11/02/07 | E-mail to P. Touchstone at New Century re: ownership of various loans | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 235.00 | $23.50 |
| 11/02/07 | Attention to stay relief matters filed by Bank of America, Mortgage Electronic Registrations Systems | | | |
| Director | Michael J. Merchant | 0.50 hrs. | 420.00 | $210.00 |
| 11/02/07 | Revise Positive Software sanctions stipulation (.2); Additional e-mails with M. Ralston re: stipulation (.1) | | | |
| Director | Russell Silberglied | 0.30 hrs. | 490.00 | $147.00 |

New Century Financial Corporation and New Century Mortgage C

Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel

New Century Financial Corporation

18400 Von Karman Ave. Ste 1000

Irvine CA  92612

December 14, 2007

Invoice 283930

Page 17

Client #  727440

Matter # 157422

---

| 11/05/07 | E-mail correspondence with C. Samis and counsel re: start date for notice period for foreclosure/stay relief procedures (.2); Conference with C. Samis re: notices of stay and inquiry from L. McDermott (.1); Organize, finalize and forward foreclosure notices and spreadsheet to P. Touchstone (.6) | | | |
| Paralegal | Ann Jerominski | 0.90 hrs. | 175.00 | $157.50 |

| 11/05/07 | Email debtors' objection to Countrywide stay relief motion to W. Chipman | | | |
| Paralegal | Cathy M. Greer | 0.10 hrs. | 175.00 | $17.50 |

| 11/05/07 | Draft certification of counsel for Option One stay relief stipulation (.4); E-mail to P. Touchstone at New Century re: ownership of various loans (.1); Call from B. Rust at Peterman re: participation in omnibus stay relief procedures (.1); E-mail to B. Rust at Peterman re: participation in omnibus stay relief procedures (.1); Meet with M. Merchant re: second D&O insurance stipulation (.1) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 235.00 | $188.00 |

| 11/05/07 | Review stay relief motions filed for 11/20/07 hearing (over 30 motions) | | | |
| Director | Michael J. Merchant | 0.70 hrs. | 420.00 | $294.00 |

| 11/05/07 | Review caselaw for Countrywide motion (.2); Review Countrywide proposed stipulation (.2); Multiple e-mails with S. Uhland and N. Wilson re: same (.2); Call with N. Wilson re: same (.2); E-mail to L. Masters re: insurance for Oliveira (.1); Further e-mails with N. Wilson re: potential Countrywide stipulation (.1) | | | |
| Director | Russell Silberglied | 1.00 hrs. | 490.00 | $490.00 |

| 11/06/07 | E-mail to P. Touchstone at New Century re: ownership of various loans (.3); E-mail to J. Trausch at JTO re: omnibus stay relief procedures (.1); Call from Laura Horlock at Miles re: ownership of loan (.2); E-mail to J. Trausch at JTO re: relief from stay in scenarios not covered by the omnibus stay relief procedures (.1); E-mail to L. Horlock Miles at re: ownership of various loans (.1); E-mail to P. Nerney at Nerney re: ownership of various loans (.1) | | | |
| Associate | Christopher M. Samis | 0.90 hrs. | 235.00 | $211.50 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930
Page 18

Client #  727440

Matter # 157422

---

| 11/06/07 | Review IRS proofs of claim and update chart (.3): Circulate for comments (.1); Research and analysis in connection with motion to enforce stay against IRS (1.2) | | | |
|---|---|---|---|---|
| Associate | Maris J. Finnegan | 1.60 hrs. | 245.00 | $392.00 |
| 11/06/07 | E-mail to B. Chipman re: Countrywide stipulation (.1): Negotiate with B. Chipman re: Countrywide (.3); Call with N. Wilson re: same (.1); Call with L. Master re: same (.1); E-mail to M. McCarthy re: same (.1); E-mail from, to L. Masters re: Countrywide (.1); Read Positive Software's letter re: Rule 16 conference (.1): E-mails with B. Barnett re: same (.1); E-mail to M. Ralston re: same (.1) | | | |
| Director | Russell Silberglied | 1.10 hrs. | 490.00 | $539.00 |
| 11/07/07 | Review docket to determine outstanding orders regarding stay relief motions | | | |
| Paralegal | Cathy M. Greer | 0.80 hrs. | 175.00 | $140.00 |
| 11/07/07 | Meet with M. Merchant re: authority to file second D&O stipulation (.1): E-mails to P. Touchstone re: ownership of various loans (.2): E-mail to R. DiSpigna at Stern re: limited power of attorney stipulation with HomeEq (.1); E-mail to R. DiSpigna at Stern re: order for limited power of attorney stipulation with HomeEq (.1): E-mail to K. Dwyer re: clearance of HomeEq power of attorney stipulation (.1): E-mail to D. Cain at Cain re: omnibus stay relief procedures (.1) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 235.00 | $164.50 |
| 11/07/07 | Review and revise motion to enforce stay against IRS | | | |
| Associate | Maris J. Finnegan | 2.10 hrs. | 245.00 | $514.50 |
| 11/07/07 | Attention to stay relief motions filed by Saxon Mortgage Services, Inc. (x6) (.3), LaSalle Bank National Association (x2) (.1), Deutsche Bank (x2) (.1), Wells Fargo (x2) (.1), and U.S. Bank N.A. (x1) (.1) | | | |
| Director | Michael J. Merchant | 0.70 hrs. | 420.00 | $294.00 |
| 11/08/07 | Provide paralegal support to efiile certification of counsel approving second stipulation granting relief from automatic stay to enforce insurance policy | | | |
| Paralegal | Cathy M. Greer | 1.00 hrs. | 175.00 | $175.00 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930

Page 19

Client #  727440

Matter # 157422

---

| 11/08/07 | E-mail to P. Touchstone at New Century re: sale of loan (.1); E-mail to L. McDermott at New Century re: sale of loan (.1); Call from J. Braus re: ownership of various loans (.1; E-mail to J. McLaughlin at YCST re: ownership of various loans (.1); E-mails to P. Touchstone at New Century re: ownership of various loans (.4); Call to M. Indelicato at Hahn re: Committee approval of second D&O stay relief stipulation (.1); Call B. Fatell at Blank Rome re: Committee approval of second D&O stay relief stipulation (.1); E-mail to B. Fatell at Blank Rome re: signature on second D&O stay relief stipulation (.1); Draft certification of counsel for second D&O stay relief stipulation (.4) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.50 hrs. | 235.00 | $352.50 |
| 11/09/07 | Finalize, efile and send to chambers certification of counsel approving second stipulation for relief from automatic stay to enforce insurance policy | | | |
| Paralegal | Cathy M. Greer | 0.30 hrs. | 175.00 | $52.50 |
| 11/09/07 | Call from H. Naviwala at Hahn re: Davies Pacific lease rejection stipulation (.2); Call to Shannon Nagle re: unassigned National City leases (.2); E-mail to D. Meskan at Pacific Bell re: 500 Eagles Landing lease rejection stipulation (.1); Call to H. Naviwala at Hahn re: recalcitrant landlords (.2); E-mail to A. Wagner at APS re: chart of remaining lease issues (.1); Calls to E. Sutty at Bayard re: Committee revisions to Davies Pacific lease rejection stipulation (.2); E-mail to S. Nagle at OMM re: 350 Commerce settlement (.1); Calls from E. Sutty at Bayard re: Committee revisions to Davies Pacific lease rejection stipulation (.2); E-mail to H. Naviwala at Hahn re: revisions to Pacific Davies stipulation (.1); E-mail to H. Naviwala at Hahn re: 500 Eagles Landing lease rejection stipulation (.1); Review Pacific Davies lease termination stipulation (.2); E-mail to E. Sutty at Bayard re: Pacific Davies lease termination stipulation (.1) | | | |
| Associate | Christopher M. Samis | 1.80 hrs. | 235.00 | $423.00 |

New Century Financial Corporation and New Century Mortgage C            December 14, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel            Invoice 283930
New Century Financial Corporation                                      Page 20
18400 Von Karman Ave, Ste 1000
Irvine CA  92612                                                        Client #  727440

                                                                       Matter #  157422

---

| 11/09/07 | Review and revise certification of counsel for second D&O stay relief stipulation ( .4); Call to Susan Dewey at Dawda re: ownership of loan and relief from stay ( .2); E-mail to S. Dewey at Dawda re: Option One stay relief stipulation (.1); Call to S. Dewey at Dawda re: Option One stay relief stipulation ( .2); Call from Michelle Polly-Murphy (attorney) re: ownership of loan and stay relief (.1); E-mail to P. Touchstone at New Century re: ownership of various loans (.1); Meet with M. Merchant re: certification of counsel for second D&O stay relief stipulation (.2); Review, revise and finalize certification of counsel for second D&O stay relief stipulation (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.50 hrs. | 235.00 | $352.50 |
| 11/09/07 | Review Positive Software scheduling/TRO stipulation (.2); E-mail to M. Ralston re: same (.1); Research file for and e-mail to client re: Positive Software sanctions stipulation (.1); Additional e-mails with M. Shore and M. Ralston re: stipulation (.1); Call from J. Trush re: Rubio (.4) | | | |
| Director | Russell Silberglied | 0.90 hrs. | 490.00 | $441.00 |
| 11/12/07 | E-mails to acknowledge receipt of foreclosure stay relief requests per procedures order (x3) (.3); Update foreclosure stay relief spreadsheet ( .8); Finalize and submit notices received to date to P. Touchstone, along with spreadsheet ( .2) | | | |
| Paralegal | Ann Jerominski | 1.30 hrs. | 175.00 | $227.50 |
| 11/12/07 | E-mail to C. Greer re: status of stay relief motions for 11/20/07 hearing (.1); E-mails to M. Merchant re: status of second D&O stay relief stipulation (.2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 235.00 | $70.50 |
| 11/12/07 | Draft order denying Oliviera motion (.1); E-mail to Olivera's counsel re: order (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 490.00 | $98.00 |
| 11/13/07 | Email stay reliefs for 11/20/07 hearing to P. Touchstone | | | |
| Paralegal | Cathy M. Greer | 1.20 hrs. | 175.00 | $210.00 |
| 11/13/07 | Call from Rudy Gonzalez at Chase re: ownership of various loans | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 235.00 | $23.50 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930
Page 21
Client #  727440

Matter # 157422

---

| 11/14/07 | Retrieve certificates of no objection for stay relief motions | | | |
| Paralegal | Cathy M. Greer | 2.20 hrs. | 175.00 | $385.00 |
| | | | | |
| 11/14/07 | E-mail to P. Touchstone at New Century re: ownership of various loans (.1); Meet with S. Uhland at OMM re: arguments in IRS stay relief motion (.8); Meet with M. Finnegan re: arguments in IRS stay relief motion (.4) | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 235.00 | $305.50 |
| | | | | |
| 11/14/07 | E-mail from, to J. Trush and from, to C. Greer re: Rubio hearing (.1); E-mails (x3) with J. Trush re: hearing (.1); E-mails with M. McCarthy (x2) re: same (.1); E-mail from, to Baker re: Olivera and instructions to C. Samis re: certification of counsel for same (.1) | | | |
| Director | Russell Silberglied | 0.40 hrs. | 490.00 | $196.00 |
| | | | | |
| 11/15/07 | Draft notice of motion to enforce stay re: IRS (.1); Revise, finalize and e-file motion to enforce stay (including appendix) (.4); Coordinate service of same (.2); Prepare courtesy copy of motion and appendix for chambers (.2); E-mail to acknowledge receipt of foreclosure notice per procedures order (.1) | | | |
| Paralegal | Ann Jerominski | 1.00 hrs. | 175.00 | $175.00 |
| | | | | |
| 11/15/07 | Finalize, efile and send to chambers certification of counsel regarding order denying motion of D. Oliveira for relief from stay | | | |
| Paralegal | Cathy M. Greer | 0.30 hrs. | 175.00 | $52.50 |
| | | | | |
| 11/15/07 | E-mails to P. Touchstone at New Century re: ownership of various loans (.2); E-mail to J. Braus at Glass re: ownership of various loans (.1); Review and revise IRS stay enforcement motion (.8) | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 235.00 | $258.50 |
| | | | | |
| 11/15/07 | Attention to motion to enforce automatic stay against IRS | | | |
| Director | Michael J. Merchant | 0.40 hrs. | 420.00 | $168.00 |
| | | | | |
| 11/15/07 | Additional e-mail from M. Ralston, to S. Freytag and to M. Ralston re: mediation | | | |
| Director | Russell Silberglied | 0.10 hrs. | 490.00 | $49.00 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 22

Client #  727440

Matter # 157422

---

| | | | | |
|---|---|---|---|---|
| 11/15/07 | E-mail to J. Trush re: denial of coverage for Rubio (.1); Revise Oliviera certification of counsel (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 490.00 | $98.00 |
| | | | | |
| 11/16/07 | E-mail to S. Nagle at OMM re: confirmation of final version of fifth GECC stipulation (.1); E-mail to J. Taylor at OMM re: New Century IRS motion as template for AMS motion (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 235.00 | $47.00 |
| | | | | |
| 11/16/07 | Attention to additional stay relief motions filed by A. Hiller | | | |
| Director | Michael J. Merchant | 0.50 hrs. | 420.00 | $210.00 |
| | | | | |
| 11/19/07 | Finalize, efile and send to chambers certification of counsel regarding fifth stipulation regarding GECC automatic stay | | | |
| Paralegal | Cathy M. Greer | 0.30 hrs. | 175.00 | $52.50 |
| | | | | |
| 11/19/07 | E-mails to P. Touchstone at New Century re: ownership of various loans (.3); Call to M. Collins re: IRS stay relief motion (.2) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 235.00 | $117.50 |
| | | | | |
| 11/20/07 | Update spreadsheet re: foreclosure stay relief notices (.1); E-mail to counsel to acknowledge receipt of foreclosure notice (.1); Prepare and submit weekly summary and attachments of foreclosure notices to P. Touchstone (.3) | | | |
| Paralegal | Ann Jerominski | 0.50 hrs. | 175.00 | $87.50 |
| | | | | |
| 11/20/07 | Finalize, efile and send to chambers the certification of counsel regarding order approving termination of Captive Insurer's remaining obligations | | | |
| Paralegal | Cathy M. Greer | 0.30 hrs. | 175.00 | $52.50 |
| | | | | |
| 11/20/07 | E-mail to C. Greer re: incoming trustee sale notices (.1); E-mail A. Cavar at Milsap: ownership of various loans (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 235.00 | $47.00 |
| | | | | |
| 11/21/07 | E-mail to D. Baker at Bohonnon re: ownership of various loans in City of Meriden | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 235.00 | $23.50 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 23

Client #  727440

Matter # 157422

---

| 11/26/07 | Coordinate service of order denying motion of D. Oliveira for relief from stay (.1); Coordinate service of order approving second stipulation among current and former directors for order granting relief from automatic stay (.1); Coordinate service of order approving fifth stipulation regarding motion for relief from automatic stay of General Electric (.1) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 0.30 hrs. | 175.00 | $52.50 |
| | | | | |
| 11/26/07 | E-mails to P. Touchstone at New Century re: ownership of various loans | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 235.00 | $47.00 |
| | | | | |
| 11/26/07 | Discussions with M. Collins re: IRS stay relief motion | | | |
| Director | Michael J. Merchant | 0.20 hrs. | 420.00 | $84.00 |
| | | | | |
| 11/26/07 | E-mails from S. Nagle and GE counsel re: status of objection to GE claims (.2); Attention to stay motion filed by U.S. Bank (.1); Attention to stay motion filed by DLJ Mortgage (.1); Attention to second stay motion filed by U.S. Bank (.1); Attention to three stay motions filed by Saxon Mortgage (.2) | | | |
| Director | Michael J. Merchant | 0.70 hrs. | 420.00 | $294.00 |
| | | | | |
| 11/27/07 | Circulate stay relief motions for 12/5/07 hearing | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 175.00 | $35.00 |
| | | | | |
| 11/27/07 | E-mail to A. Cavar at Milsap re: ownership of various loans (.1); E-mail to K. Cunningham at Milsap re: ownership of various loans (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 235.00 | $47.00 |
| | | | | |
| 11/27/07 | Attention to Saxon stay relief motion (.1); Attention to Fidelity Bank stay relief motion (.1) | | | |
| Director | Michael J. Merchant | 0.20 hrs. | 420.00 | $84.00 |

New Century Financial Corporation and New Century Mortgage C      December 14, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel      Invoice 283930
New Century Financial Corporation      Page 24
18400 Von Karman Ave. Ste 1000
Irvine CA  92612      Client #  727440

Matter # 157422

---

| 11/28/07 | E-mail to D. Denney at New Century re: ownership of various loans (.1); Call to N. Wilson at O'Melveny re: stay relief motions on for 12/5/07 hearing (.1); Call to C. Greer re: stay relief motions on for 12/5/07 hearing (.1); Call from N. Wilson at O'Melveny re: stay relief motions on for 12/5/07 hearing (.2); E-mail from K. Cunningham at Milsap re: ownership of Corley loan (.1); Call from K. Cunningham at Milsap re: ownership of Corley loan (.1); Review response of the IRS to motion to enforce stay (.4); E-mail to J. McLaughlin at YCST re: ownership of various loans (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.20 hrs. | 235.00 | $282.00 |
| 11/28/07 | Attention to stay relief motion filed by U.S. Bank | | | |
| Director | Michael J. Merchant | 0.20 hrs. | 420.00 | $84.00 |
| 11/28/07 | Read new opinion relevant to PSSI potential stay relief motion (.1); Review multiple e-mails re: Olivera (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 490.00 | $98.00 |
| 11/29/07 | Download notice of foreclosure | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 175.00 | $17.50 |
| 11/29/07 | E-mail to D. Denney at New Century re: ownership of various loans | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 235.00 | $23.50 |
| 11/29/07 | Attention to Avelo stay relief motion (.1); Attention to GS conduit Loan stay relief motion (.1) | | | |
| Director | Michael J. Merchant | 0.20 hrs. | 420.00 | $84.00 |
| 11/30/07 | Update foreclosure procedures spreadsheet (.1); E-mail to acknowledge receipt of notice of foreclosure (.1) | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 175.00 | $35.00 |
| 11/30/07 | E-mail to R. Silberglied re: order denying NYSTRF motion for relief from stay (.1); E-mails to D. Denney at New Century re: ownership of various properties (.2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 235.00 | $70.50 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930

Page 25

Client #  727440

Matter # 157422

---

| 11/30/07 | Three e-mails with A. Johnson re: NYS Teachers order (.1); Research for order; E-mails with A. Johnson re: same and instructions to C. Samis re: same (.1); Call with M. McCarthy re: Rubio (.3) | | | |
|---|---|---|---|---|
| Director | Russell Silberglied | 0.50 hrs. | 490.00 | $245.00 |

|  | Total Fees for Professional Services | $11,790.00 |
|---|---|---|

| TOTAL DUE FOR THIS INVOICE | **$11,790.00** |
|---|---|
| BALANCE BROUGHT FORWARD | $58,822.64 |
| **TOTAL DUE FOR THIS MATTER** | **$70,612.64** |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq.. SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930
Page 26
Client #  727440

Matter # 157422

For services through November 30. 2007
relating to  Plan of Reorganization/Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 11/05/07 | E-mails with R. Silberglied and S. Uhland re: timing for filing of chapter 11 plan | | | |
| Director | Michael J. Merchant | 0.20 hrs. | 420.00 | $84.00 |
| 11/08/07 | Review Taylor stipulation and e-mail to L. Krepto re: same | | | |
| Director | Russell Silberglied | 0.20 hrs. | 490.00 | $98.00 |
| 11/14/07 | Draft disclosure statement insert (1.2); E-mail to A. Parlen at OMM re: disclosure statement insert (.1); E-mail to M. Merchant re: disclosure statement insert (.1) | | | |
| Associate | Christopher M. Samis | 1.40 hrs. | 235.00 | $329.00 |
| 11/19/07 | Call to A. Parlen at OMM re: timeline for disclosure statement and plan (.3); E-mails to M. Merchant re: timeline for disclosure statement and plan (.2) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 235.00 | $117.50 |
| 11/28/07 | E-mail to S. Uhland at O'Melveny re: second exclusivity motion (.1); E-mail to R. Speaker re: preparation of second exclusivity motion (.1); Review, revise and finalize second exclusivity motion (.8) | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 235.00 | $235.00 |
| 11/28/07 | Review debtors exclusivity extension motion | | | |
| Director | Michael J. Merchant | 0.30 hrs. | 420.00 | $126.00 |
| 11/28/07 | Draft notice for exclusivity motion (.2); Revisions to exclusivity motion (.3); Finalize exclusivity motion (.2); File exclusivity motion (.2); Coordinate service of exclusivity motion with Xroads (.1) | | | |
| Paralegal | Rebecca V. Speaker | 1.00 hrs. | 175.00 | $175.00 |
| 11/29/07 | Draft and revise Positive Software litigation disclosure statement insert | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 235.00 | $258.50 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930

Page 27

Client #  727440

Matter # 157422

---

| | | | | |
|---|---|---|---|---|
| 11/30/07 | Review and revise Positive Software litigation insert for the disclosure statement | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 235.00 | $70.50 |

Total Fees for Professional Services $1,493.50

TOTAL DUE FOR THIS INVOICE **$1,493.50**

BALANCE BROUGHT FORWARD $2,280.90

**TOTAL DUE FOR THIS MATTER** **$3,774.40**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930

Page 28

Client #  727440


Matter # 157422

---

For services through November 30, 2007
relating to  Use, Sale of Assets


| 11/01/07 | Attention to Michelson Drive sale notice | | | |
|---|---|---|---|---|
| Director | Michael J. Merchant | 0.10 hrs. | 420.00 | $42.00 |
| 11/02/07 | Review draft Ellington sale supplement motion (.3); E-mail to V. Newmark at OMM re: draft Ellington sale supplement motion (.1); Call from V. Newmark at OMM re: draft Ellington sale supplement motion (.2) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 235.00 | $141.00 |
| 11/02/07 | Attention to motion re: Debtors' consent to partnership agreement | | | |
| Director | Michael J. Merchant | 0.40 hrs. | 420.00 | $168.00 |
| 11/02/07 | E-mails with A. Johnson re: NYS Teachers order (.1); E-mails with S. Freytag re: Positive Software stipulation (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 490.00 | $98.00 |
| 11/05/07 | Review debtors motion to amended Carrington limited partnership agreement | | | |
| Director | Michael J. Merchant | 0.40 hrs. | 420.00 | $168.00 |
| 11/07/07 | E-mail to V. Newmark at OMM re: timetable for Spyridon sale motion | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 235.00 | $23.50 |
| 11/12/07 | Efile declaration of service of J. Edmonson regarding notice of proposed sale of assets regarding Global 1 (.2); Efile declaration of service of J. Edmonson regarding notice of proposed sale of assets re 3337 Michelson Drive (.2) | | | |
| Paralegal | Cathy M. Greer | 0.40 hrs. | 175.00 | $70.00 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 29
Client #  727440

Matter # 157422

---

| 11/12/07 | E-mails to B. Logan at OMM re: DBNTC cure claim (.2); Call to M. Camunez at OMM re: DBNTC cure claim (.1); Call to A. Parlen at OMM re: DBNTC cure claim (.1); Call from A. Parlen at OMM re: DBNTC cure claim (.3) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 235.00 | $164.50 |

| 11/12/07 | E-mails with C. Kunz and O. Garza re: D&O stipulation | | | |
| Director | Michael J. Merchant | 0.30 hrs. | 420.00 | $126.00 |

| 11/13/07 | Retrieve and forward 27 notices of misc. asset sale to S. Lowry per request | | | |
| Paralegal | Ann Jerominski | 1.00 hrs. | 175.00 | $175.00 |

| 11/13/07 | Attention to Rubio response to Captive insurance motion (.4); E-mails with R. Silberglied and client re: same (.3) | | | |
| Director | Michael J. Merchant | 0.70 hrs. | 420.00 | $294.00 |

| 11/14/07 | Review motions, pleadings, and e-mails relating to Captive insurance motion (2.0); Discussion with R. Silberglied re: same (.8) | | | |
| Director | Michael J. Merchant | 2.80 hrs. | 420.00 | $1,176.00 |

| 11/15/07 | Draft notice of motion re: Ellington (.1); Revise, finalize and e-file Ellington motion (.4); Coordinate service of same (.2) | | | |
| Paralegal | Ann Jerominski | 0.70 hrs. | 175.00 | $122.50 |

| 11/15/07 | Review, revise and finalize Ellington securities purchase supplement motion | | | |
| Associate | Christopher M. Samis | 2.10 hrs. | 235.00 | $493.50 |

| 11/15/07 | Attention to draft Coulter declaration (.4); E-mails with R. Silberglied re: same (.4); E-mails with L. Masters and R. Silberglied re: Captive motion (.2); E-mails with K. Richman and S. Uhland re: uncashed consumer checks (.3) | | | |
| Director | Michael J. Merchant | 1.30 hrs. | 420.00 | $546.00 |

New Century Financial Corporation and New Century Mortgage C      December 14, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel      Invoice 283930
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

Page 30

Client #  727440

Matter # 157422

---

| 11/16/07 | E-mails to S. Uhland at OMM re: assistance with deferred compensation plan investment reallocation motion (.2); Call to D. Wymore at XRoads re: West Coast service deadlines on Saturday for deferred compensation plan investment reallocation motion (.1); E-mail to J. Edmonson at XRoads re: service on Saturday for deferred compensation plan investment reallocation motion (.1); Review and revise deferred compensation plan investment reallocation motion (1.1); E-mail to R. Stearn re: deferred compensation plan investment reallocation motion (.1); E-mail to S. Uhland at OMM re: service of deferred compensation plan investment reallocation motion (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.80 hrs. | 235.00 | $423.00 |
| 11/16/07 | Attention to Coulter declaration in support of Captive motion | | | |
| Director | Michael J. Merchant | 0.40 hrs. | 420.00 | $168.00 |
| 11/17/07 | Review and revise deferred compensation plan investment reallocation motion | | | |
| Associate | Christopher M. Samis | 4.10 hrs. | 235.00 | $963.50 |
| 11/18/07 | Review EPL captive policy in preparation for 11/20/07 hearing (1.2); Review proposed amendments and LP agreement re: motion to authorize consent to LP agreement (1.0) | | | |
| Director | Michael J. Merchant | 2.20 hrs. | 420.00 | $924.00 |
| 11/19/07 | E-mail to C. Greer re: providing deferred compensation reallocation motion to H. Etlin at APS (.1); E-mail to C. Greer re: providing electronic version of deferred compensation reallocation motion to interested parties (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 235.00 | $47.00 |
| 11/19/07 | Research re: Hawaii insurance loan for 11/20/07 hearing (.4); Attention to EPL captive policy re: direct cause of action issue (.5) | | | |
| Director | Michael J. Merchant | 0.90 hrs. | 420.00 | $378.00 |
| 11/20/07 | Attention to revised order on Captive motion (.5); Attention to certification of counsel re: same (.6) | | | |
| Director | Michael J. Merchant | 1.10 hrs. | 420.00 | $462.00 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930
Page 31

Client #  727440

Matter # 157422

---

| 11/21/07 | Draft and revise three notices of misc. asset sales (.7); E-mail correspondence with L. Mervis, C. Samis and E. Anderson re: same (.1); Coordinate filing and service of two misc. asset sale notices with C. Greer (.2) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 1.00 hrs. | 175.00 | $175.00 |

| 11/21/07 | Provide paralegal support, efile and coordinate service of notice of proposed sale of assets re WPO Business Solutions (1.0); Provide paralegal support, efile and coordinate service of notice of proposed sale of assets re Liquid Technology (1.0) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 2.00 hrs | 175.00 | $350.00 |

| 11/21/07 | Review and revise TIP capital miscellaneous asset sale notice (.4); Review and revise WPO miscellaneous asset sale notice (.4); Review and revise TIP capital miscellaneous asset sale notice (.5); Review, revise and finalize WPO miscellaneous asset sale notice (.5); Call from L. Mervis at OMM re: TIP Capital and WPO miscellaneous asset sale notices (.1); Call from L. Mervis at OMM re: TIP Capital and WPO miscellaneous asset sale notices (.1); Review, revise and finalize Liquid Technology miscellaneous asset sale notice (.5) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 2.50 hrs. | 235.00 | $587.50 |

| 11/26/07 | Draft notice of proposed misc. asset sale to Global 1 (.2); Revise notice of proposed misc. asset sale to TIP Capital (.1); Compile notices with exhibits and forward for final review (.1); Finalize and e-file two notices of proposed misc. asset sales (.2); Coordinate service of each upon service parties and special service parties with Xroads (.2); Update misc. asset sale notebook (.1) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.90 hrs. | 175.00 | $157.50 |

| 11/26/07 | Discussion with C. Samis re: service of pleading in California state foreclosure action | | | |
|---|---|---|---|---|
| Director | Michael J. Merchant | 0.10 hrs. | 420.00 | $42.00 |

| 11/27/07 | Discussion with C. Samis re: consumer refund issue (.2); E-mail to C. Samis re: same (.1) | | | |
|---|---|---|---|---|
| Director | Michael J. Merchant | 0.30 hrs. | 420.00 | $126.00 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930

Page 32

Client #  727440

Matter # 157422

---

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 11/28/07 | Review docket and update miscellaneous asset sales chart and distribute | | | |
| Paralegal | Cathy M. Greer | 1.20 hrs. | 175.00 | $210.00 |
| 11/28/07 | Attention to objection filed by Schroeder defendants to debtors' motion seeking authority to reallocate certain investments (.4); Attention to miscellaneous asset sale status chart (.1); Attention to Wells Fargo response to deferred compensation motion (.2) | | | |
| Director | Michael J. Merchant | 0.70 hrs. | 420.00 | $294.00 |
| 11/29/07 | Attention to deferred compensation motion and objection to determine strategy for 12/5/07 hearing | | | |
| Director | Michael J. Merchant | 0.50 hrs. | 420.00 | $210.00 |
| 11/30/07 | Call to J. McMahon at the Office of the United States Trustee re: filing a certificate of no objection for the Spyridon motion (.1); Meet with M. Merchant re: filing a certificate of no objection for the Spyridon motion (.1); Call to C. Greer re: filing a certificate of no objection for the Spyridon motion (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 235.00 | $70.50 |

Total Fees for Professional Services            $9,396.00

TOTAL DUE FOR THIS INVOICE                       **$9,396.00**

BALANCE BROUGHT FORWARD                          $51,885.77

**TOTAL DUE FOR THIS MATTER**                    **$61,281.77**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930
Page 33
Client #  727440

Matter # 157422

---

For services through November 30, 2007
relating to  Cash Collateral/DIP Financing

| 11/14/07 | E-mails from M. Power re: adequate protection settlement negotiations | | | |
|---|---|---|---|---|
| Director | Michael J. Merchant | 0.10 hrs. | 420.00 | $42.00 |
| 11/26/07 | E-mail to A. Parlen at O'Melveny re: sealed Examiner's report (.1); Review sealed Examiner's report (.6) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 235.00 | $164.50 |
| 11/27/07 | Call to A. Parlen at O'Melveny re: filing of motion to seal Examiner's report / Debtors' reply to Examiner's report (.3); E-mails to A. Parlen at O'Melveny re: filing of motion to seal Examiner's report and Debtors' reply to Examiner's report (.3) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 235.00 | $141.00 |
| 11/27/07 | Call with B. Logan re: examiner's report on cash collateral investigation (1.0); Meetings with M. Merchant re: same (.2) | | | |
| Director | Mark D. Collins | 1.20 hrs. | 560.00 | $672.00 |
| 11/27/07 | E-mails with M. Collins and B. Logan re: response to examiner's report | | | |
| Director | Michael J. Merchant | 0.20 hrs. | 420.00 | $84.00 |

New Century Financial Corporation and New Century Mortgage C                December 14, 2007
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel                 Invoice 283930
New Century Financial Corporation                                          Page 34
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                                          Client #  727440

                                                                           Matter # 157422

---

| 11/28/07 | Meet with M. Merchant re: grounds for sealing examiner report and reply to examiner report (.2); Meet with M. Merchant re: grounds for sealing examiner report and reply to examiner report (.2); E-mail to A. Parlen at O'Melveny re: sealing examiner report and reply to examiner report (.1); Meet with M. Merchant re: sealing examiner report and reply to examiner report (.3); Meet with M. Collins re: sealing examiner report and reply to examiner report (.1); Draft e-mail to J. McMahon at the OUST and M. Minuti at Saul re: deadline to file seal motion for Examiner's report (.3); Call to J. McMahon at the OUST re: sealing examiner report and reply to examiner report (.1); Call to M. Minuti at Saul re: sealing examiner report and reply to examiner report (.1); Call to R. Warren at Saul re: sealing examiner report and reply to examiner report (.1); Call from J. McMahon at OUST re: sealing examiner report and reply to examiner report (.1); Call to J. McMahon at OUST re: sealing examiner report and reply to examiner report (.1); E-mails to A. Parlen at O'Melveny re: sealing examiner report and reply to examiner report (.3) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 2.00 hrs. | 235.00 | $470.00 |
|  |  |  |  |  |
| 11/30/07 | Call to N. Hunt in Judge Carey's chambers re: unsealing of Examiner's report | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 235.00 | $23.50 |

Total Fees for Professional Services                $1,597.00

TOTAL DUE FOR THIS INVOICE                                $1,597.00
BALANCE BROUGHT FORWARD                                   $3,476.46

**TOTAL DUE FOR THIS MATTER**                            **$5,073.46**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 35
Client #  727440

Matter # 157422

---

For services through November 30, 2007
relating to Claims Administration

| 11/01/07 | Finalize, efile and coordinate service of debtors' opposition to motion of J. Taylor regarding enlarging bar date | | | |
| Paralegal | Cathy M. Greer | 0.30 hrs. | 175.00 | $52.50 |
| | | | | |
| 11/01/07 | Call from A. Parlen at OMM re: consumer and litigation claims on exhibits to second and third omnibus objections (.3); E-mail to S. Uhland at OMM re: consumer and litigation claims on exhibits to second and third omnibus objections (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 235.00 | $94.00 |
| | | | | |
| 11/01/07 | Read Taylor motion and attachments | | | |
| Director | Russell Silberglied | 0.30 hrs. | 490.00 | $147.00 |
| | | | | |
| 11/02/07 | Attention to committee objection to Taylor motion to enlarge bar date | | | |
| Director | Michael J. Merchant | 0.30 hrs. | 420.00 | $126.00 |
| | | | | |
| 11/05/07 | Prepare amended notice of 2nd omnibus objection to claims (.1); Revise, finalize and e-file same (.1); Coordinate service of same (.1); Prepare amended notice of 3rd omnibus objection to claims (.1); Revise, finalize and e-file same (.1); Coordinate service of same (.1) | | | |
| Paralegal | Ann Jerominski | 0.60 hrs. | 175.00 | $105.00 |
| | | | | |
| 11/05/07 | Meet with C. Samis, prepare, efile and coordinate service of amended notice of first omnibus objection to claims (non-substantive) | | | |
| Paralegal | Cathy M. Greer | 0.50 hrs. | 175.00 | $87.50 |
| | | | | |
| 11/05/07 | Receive and respond to claim inquiry phone calls (.8); Review chart of IRS claims and amended claims for M. Finnegan (1.8) | | | |
| Paralegal | Cathy M. Greer | 2.60 hrs. | 175.00 | $455.00 |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 36
Client #  727440

Matter # 157422

---

| 11/05/07 | Calls from J. Yar at Lowenstein re: continuance of first omnibus objection (.2); Meet with M. Merchant re: continuance of first omnibus objection (.2); Review and revise amended notice of first omnibus objection (.2); Meet with A. Jerominski re: revised hearing notices for second and third omnibus objections to claims (.2); Review, revise and finalize amended notice for second omnibus objection to claims (.2); Review, revise and finalize amended notice for third omnibus objection to claims (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.20 hrs. | 235.00 | $282.00 |
| 11/05/07 | E-mail to M. Merchant re: Frost Brown response to second omnibus objection to claims (.1);  Call from B. Greenwald at Frost Brown re: Frost Brown response to second omnibus objection to claims (.1); E-mail to B. Greenwald at Frost Brown re: Frost Brown response to second omnibus objection to claims (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 235.00 | $70.50 |
| 11/05/07 | Discussion with C. Samis re: re-noticing of omnibus claim objection (.2); E-mails from C. Samis re: Frost Brown claims and related objection (.2); E-mails with N. Hotchiss re: first omnibus objection (.2); Research objection to KW Find claims (.3); E-mails with R. Silberglied re: proposed resolution of Taylor's motion (.2); Review debtors' objection to Taylor motion (.2) | | | |
| Director | Michael J. Merchant | 1.30 hrs. | 420.00 | $546.00 |
| 11/05/07 | Review Taylors' settlement proposal and e-mail to S. Uhland re: same (.1); E-mail to committee counsel re: same (.1); Two e-mails with S. Uhland re: Taylor settlement proposal (.1); Multiple additional e-mails with S. Uhland re: Taylor settlement proposal (.2); Multiple e-mails with committee counsel re: Taylor settlement (.2); Multiple e-mails with S. Uhland re: same (.2); Instructions to C. Samis re: information for hearing on same (.1); Second call with opposing counsel re: Taylor settlement (.1); E-mail to committee counsel and OMM re: same (.1); Further e-mails with committee counsel and with OMM re: Taylor settlement (.1); Further e-mails with J. Cerbone and e-mail to L. Krepto re: Taylor settlement (.1) | | | |
| Director | Russell Silberglied | 1.40 hrs. | 490.00 | $686.00 |