# EXHIBIT B



# RICHARDS LAYTON & FINGER
A PROFESSIONAL ASSOCIATION

One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Fax: (302) 651-7701
Tax I.D. No : 51-0226371

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA 92612

December 14, 2007
Invoice 283930

Page 1

Client # 727440

Matter # 157422

---

For disbursements incurred through November 30, 2007
relating to Representation of Debtor in Chapter 11 Bankruptcy

OTHER CHARGES:

| | |
|---|---:|
| Binding | $52.00 |
| Business Meals | $59.63 |
| Court Reporter Services | $271.60 |
| Filing Fees | $25.00 |
| Lexis/Westlaw | $1,724.81 |
| Long distance telephone charges | $1,351.41 |
| Messenger and delivery service | $783.91 |
| Overtime | n/c |
| Photocopies/Printing | $2,173.10 |
| 13,224 @ $.10/pg. / 17,014 @ $.05/pg. | |
| Telecopier | $850.75 |

Other Charges                                    $7,292.21

TOTAL DUE FOR THIS INVOICE                       **$7,292.21**
BALANCE BROUGHT FORWARD                          $21,549.41

**TOTAL DUE FOR THIS MATTER**                    **$28,841.62**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930
Page 87
Client #  727440

Client: New Century Financial Corporation and New Century

Matter: Representation of Debtor in Chapter 11 Bankruptcy
Case Administration
Creditor Inquiries
Meetings
Executory Contracts/Unexpired Leases
Automatic Stay/Adequate Protection
Plan of Reorganization/Disclosure Statement
Use, Sale of Assets
Cash Collateral/DIP Financing
Claims Administration
Court Hearings
General Corporate/Real Estate
Schedules/SOFA/U.S. Trustee Reports
Employee Issues
Tax Issues
Litigation/Adversary Proceedings
RLF Retention
Retention of Others
RLF Fee Applications
Fee Applications of Others
Insurance

| Date | Description | Summary Phrase |
|------|-------------|----------------|
| 11/01/07 | COURTCALL LLC: CCDA 05-1619/SERVICES 10/29/07-11/01/07 | FLFEE |
| | Amount =  $25.00 | |
| 11/01/07 | Photocopies | DUP.10CC |
| | Amount =  $58.30 | |
| 11/01/07 | 9723867571 Long Distance | LD |
| | Amount =  $7.14 | |
| 11/01/07 | 8165501546 Long Distance | LD |
| | Amount =  $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 88

Client #  727440

| 11/01/07 | 2149694585 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/01/07 | 2149693673 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/01/07 | 2149693673 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/01/07 | 4159848933 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/01/07 | 4159848933 Long Distance | | LD |
| | | Amount = $5.95 | |
| 11/01/07 | 8165501546 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/01/07 | 2149693673 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/01/07 | 2124787425 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/01/07 | 2149693673 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/01/07 | 2134306262 Long Distance | | LD |
| | | Amount = $11.90 | |
| 11/01/07 | 4159848933 Long Distance | | LD |
| | | Amount = $4.76 | |
| 11/01/07 | 9495171725 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/01/07 | Conference calls for October 2007 Long Distance | | LD |
| | | Amount = $97.24 | |
| 11/01/07 | Printing | | DUP.10CC |
| | | Amount = $6.65 | |
| 11/01/07 | Printing | | DUP.10CC |
| | | Amount = $1.25 | |
| 11/01/07 | Printing | | DUP.10CC |
| | | Amount = $1.00 | |
| 11/01/07 | Printing | | DUP.10CC |
| | | Amount = $10.00 | |
| 11/01/07 | Westlaw | | LEXIS |
| | | Amount = $575.20 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930
Page 89

Client #  727440

| 11/02/07 | Photocopies | DUP.10CC |
| | Amount =   $0.70 | |
| 11/02/07 | Photocopies | DUP.10CC |
| | Amount =   $3.30 | |
| 11/02/07 | Photocopies | DUP.10CC |
| | Amount =   $12.80 | |
| 11/02/07 | 2026396076 Long Distance | LD |
| | Amount =   $9.52 | |
| 11/02/07 | 2482638129 Long Distance | LD |
| | Amount =   $1.19 | |
| 11/02/07 | 2124082452 Long Distance | LD |
| | Amount =   $1.19 | |
| 11/02/07 | 2124082452 Long Distance | LD |
| | Amount =   $2.38 | |
| 11/02/07 | 9542338000 Long Distance | LD |
| | Amount =   $2.38 | |
| 11/02/07 | 9542338000 Long Distance | LD |
| | Amount =   $1.19 | |
| 11/02/07 | 2156389330 Long Distance | LD |
| | Amount =   $2.38 | |
| 11/02/07 | 9516821771 Long Distance | LD |
| | Amount =   $1.19 | |
| 11/02/07 | 5124725997 Long Distance | LD |
| | Amount =   $1.19 | |
| 11/02/07 | 4082951700 Long Distance | LD |
| | Amount =   $2.38 | |
| 11/02/07 | 4159848933 Long Distance | LD |
| | Amount =   $2.38 | |
| 11/02/07 | 2482638129 Long Distance | LD |
| | Amount =   $3.57 | |
| 11/02/07 | 2482638129 Long Distance | LD |
| | Amount =   $5.95 | |
| 11/02/07 | 9169297000 Long Distance | LD |
| | Amount =   $1.19 | |
| 11/02/07 | 8032559394 Long Distance | LD |
| | Amount =   $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930
Page 90
Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 11/02/07 | 2124787252 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/02/07 | 2159942529 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/02/07 | 2482638129 Long Distance | | LD |
| | Amount = | $10.71 | |
| 11/02/07 | 7025624288 Long Distance | | LD |
| | Amount = | $9.52 | |
| 11/02/07 | 6173674260 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/02/07 | 6173674260 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/02/07 | 2134307717 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/02/07 | 4159848933 Long Distance | | LD |
| | Amount = | $7.14 | |
| 11/02/07 | 2134307717 Long Distance | | LD |
| | Amount = | $3.57 | |
| 11/02/07 | 8165501546 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/02/07 | 2134307717 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/02/07 | Printing | | DUP.10CC |
| | Amount = | $6.75 | |
| 11/02/07 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 11/04/07 | Printing | | DUP.10CC |
| | Amount = | $3.20 | |
| 11/05/07 | GALLUCIO'S CAFE: FOOD SERVICE 10/30-11/12, 1 person dinner, after hours preparation for 11/6/07 hearing | | MEALSCL |
| | Amount = | $16.84 | |
| 11/05/07 | BINDING 10/29-11/4 | | BIND |
| | Amount = | $2.00 | |
| 11/05/07 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | Amount = | $27.17 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930
Page 91

Client #  727440

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 11/05/07 | Photocopies | | DUP.10CC |
| | | Amount = $24.60 | |
| 11/05/07 | Photocopies | | DUP.10CC |
| | | Amount = $49.20 | |
| 11/05/07 | Photocopies | | DUP.10CC |
| | | Amount = $6.60 | |
| 11/05/07 | Photocopies | | DUP.10CC |
| | | Amount = $3.00 | |
| 11/05/07 | Photocopies | | DUP.10CC |
| | | Amount = $5.80 | |
| 11/05/07 | Photocopies | | DUP.10CC |
| | | Amount = $50.50 | |
| 11/05/07 | Photocopies | | DUP.10CC |
| | | Amount = $0.30 | |
| 11/05/07 | Photocopies | | DUP.10CC |
| | | Amount = $3.80 | |
| 11/05/07 | Photocopies | | DUP.10CC |
| | | Amount = $0.30 | |
| 11/05/07 | TELEA 9/17-9/23 | | LD |
| | | Amount = $11.90 | |
| 11/05/07 | 8165501546 Long Distance | | LD |
| | | Amount = $5.95 | |
| 11/05/07 | 2157727410 Long Distance | | LD |
| | | Amount = $4.76 | |
| 11/05/07 | 7025624288 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/05/07 | 9495171725 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/05/07 | 4435534138 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/05/07 | Messenger and delivery, 11/2/07, BANKRUPTCY COURT, CXS | | MESS |
| | | Amount = $4.50 | |
| 11/05/07 | Printing | | DUP.10CC |
| | | Amount = $23.40 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 92

Client #  727440

| | | | |
|---|---|---|---|
| 11/05/07 | Printing | | DUP.10CC |
| | | Amount = $1.85 | |
| 11/05/07 | Westlaw | | LEXIS |
| | | Amount = $204.02 | |
| 11/05/07 | Westlaw | | LEXIS |
| | | Amount = $6.20 | |
| 11/06/07 | J&J COURT TRANSCRIBERS, INC.: INVOICE 2007-03406/FEDERAL COURT EXPEDITED ON 11/6/07/157422 | | CTRPT |
| | | Amount = $158.00 | |
| 11/06/07 | Photocopies | | DUP.10CC |
| | | Amount = $11.00 | |
| 11/06/07 | Photocopies | | DUP.10CC |
| | | Amount = $0.40 | |
| 11/06/07 | 5026444587 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/06/07 | 2023264020 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/06/07 | 9516821771 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/06/07 | 5124725997 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/06/07 | 4082951700 Long Distance | | LD |
| | | Amount = $3.57 | |
| 11/06/07 | 2158518148 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/06/07 | 7723327292 Long Distance | | LD |
| | | Amount = $9.52 | |
| 11/06/07 | 4082056383 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/06/07 | 2134306493 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/06/07 | 9169297000 Long Distance | | LD |
| | | Amount = $3.57 | |
| 11/06/07 | 2124082452 Long Distance | | LD |
| | | Amount = $10.71 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq , SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

December 14. 2007
Invoice 283930
Page 93
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 11/06/07 | 8165501546 Long Distance | | LD |
| | Amount = $3.57 | | |
| 11/06/07 | Messenger and delivery, 11/5/07 | | MESS |
| | Amount = $3.20 | | |
| 11/06/07 | Messenger and delivery, 11/5/07 | | MESS |
| | Amount = $7.70 | | |
| 11/06/07 | Printing | | DUP.10CC |
| | Amount = $1.25 | | |
| 11/06/07 | Printing | | DUP.10CC |
| | Amount = $9.90 | | |
| 11/07/07 | 9735972500 Long Distance | | LD |
| | Amount = $3.57 | | |
| 11/07/07 | 9735972480 Long Distance | | LD |
| | Amount = $3.57 | | |
| 11/07/07 | 3027395986 Long Distance | | LD |
| | Amount = $0.78 | | |
| 11/07/07 | Printing | | DUP.10CC |
| | Amount = $66.00 | | |
| 11/07/07 | Printing | | DUP.10CC |
| | Amount = $1.05 | | |
| 11/07/07 | Westlaw | | LEXIS |
| | Amount = $84.46 | | |
| 11/08/07 | IKON OFFICE SOLUTIONS: Broadcast fax/157422 | | LD |
| | Amount = $192.50 | | |
| 11/08/07 | IKON OFFICE SOLUTIONS: Broadcast Fax/157422 | | TELC |
| | Amount = $189.00 | | |
| 11/08/07 | 3198417486 Long Distance | | LD |
| | Amount = $3.57 | | |
| 11/08/07 | 2124787320 Long Distance | | LD |
| | Amount = $9.52 | | |
| 11/08/07 | 2124787320 Long Distance | | LD |
| | Amount = $2.38 | | |
| 11/08/07 | 9259436570 Long Distance | | LD |
| | Amount = $1.19 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 94

Client #  727440

| | | | |
|---|---|---|---|
| 11/08/07 | 9015245120 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/08/07 | 9495171725 Long Distance | | LD |
| | Amount = | $39.27 | |
| 11/08/07 | 9015245120 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/08/07 | 2023835317 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/08/07 | 2134306493 Long Distance | | LD |
| | Amount = | $3.57 | |
| 11/08/07 | 9169297000 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/08/07 | 3104334458 Long Distance | | LD |
| | Amount = | $3.57 | |
| 11/08/07 | Printing | | DUP.10CC |
| | Amount = | $1.05 | |
| 11/08/07 | Printing | | DUP.10CC |
| | Amount = | $3.65 | |
| 11/08/07 | Printing | | DUP.10CC |
| | Amount = | $1.05 | |
| 11/08/07 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |
| 11/08/07 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 11/08/07 | Westlaw | | LEXIS |
| | Amount = | $136.51 | |
| 11/09/07 | BINDING 11/5-11/8 | | BIND |
| | Amount = | $16.00 | |
| 11/09/07 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $72.44 | |
| 11/09/07 | Photocopies | | DUP.10CC |
| | Amount = | $3.80 | |
| 11/09/07 | TELEA 11/5-11/8 | | LD |
| | Amount = | $1.19 | |
| 11/09/07 | 6142829051 Long Distance | | LD |
| | Amount = | $3.57 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 95
Client #  727440

| 11/09/07 | 2486426377 Long Distance | | LD |
| | | Amount = $5.95 | |
| 11/09/07 | 2129723000 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/09/07 | 2124082452 Long Distance | | LD |
| | | Amount = $9.52 | |
| 11/09/07 | 2023835317 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/09/07 | 2134228093 Long Distance | | LD |
| | | Amount = $3.57 | |
| 11/09/07 | 8165501546 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/09/07 | 2124787425 Long Distance | | LD |
| | | Amount = $5.95 | |
| 11/09/07 | 4122974706 Long Distance | | LD |
| | | Amount = $5.95 | |
| 11/09/07 | 2023835317 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/09/07 | 2126619100 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/09/07 | 2126619100 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/09/07 | Printing | | DUP.10CC |
| | | Amount = $13.55 | |
| 11/09/07 | Printing | | DUP.10CC |
| | | Amount = $1.55 | |
| 11/09/07 | Printing | | DUP.10CC |
| | | Amount = $2.40 | |
| 11/12/07 | NEW CENTURY MORTGAGE CORP. - Messenger and delivery | | MESS |
| | | Amount = $14.97 | |
| 11/12/07 | Photocopies | | DUP.10CC |
| | | Amount = $5.70 | |
| 11/12/07 | Photocopies | | DUP.10CC |
| | | Amount = $1.50 | |
| 11/12/07 | 4122974706 Long Distance | | LD |
| | | Amount = $4.76 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930

Page 96

Client #  727440

| 11/12/07 | 6095862311 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/12/07 | 3104334458 Long Distance | | LD |
| | | Amount = $3.57 | |
| 11/12/07 | 2134306135 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/12/07 | 7702482885 Long Distance | | LD |
| | | Amount = $3.57 | |
| 11/12/07 | 9072224300 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/12/07 | 8655467311 Long Distance | | LD |
| | | Amount = $4.76 | |
| 11/12/07 | 7137528627 Long Distance | | LD |
| | | Amount = $5.95 | |
| 11/12/07 | 2124787425 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/12/07 | 9163383927 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/12/07 | 7723327292 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/12/07 | 7723327292 Long Distance | | LD |
| | | Amount = $3.57 | |
| 11/12/07 | 2134228093 Long Distance | | LD |
| | | Amount = $8.33 | |
| 11/12/07 | 2124082452 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/12/07 | 2155610950 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/12/07 | Messenger and delivery.11/9/07. BANKRUPTCY COURT. CXG | | MESS |
| | | Amount = $4.50 | |
| 11/12/07 | Printing | | DUP.10CC |
| | | Amount = $124.00 | |
| 11/12/07 | Printing | | DUP.10CC |
| | | Amount = $4.10 | |
| 11/12/07 | Printing | | DUP.10CC |
| | | Amount = $2.40 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

December 14. 2007
Invoice 283930
Page 97

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 11/13/07 | Photocopies | | DUP.10CC |
| | | Amount =  $1.20 | |
| 11/13/07 | Printing | | DUP.10CC |
| | | Amount =  $1.95 | |
| 11/13/07 | Printing | | DUP.10CC |
| | | Amount =  $2.20 | |
| 11/14/07 | Photocopies | | DUP.10CC |
| | | Amount =  $0.10 | |
| 11/14/07 | Photocopies | | DUP.10CC |
| | | Amount =  $7.40 | |
| 11/14/07 | PARALEGAL OT THRU 11/15/07 | | OT |
| | | Amount =  $0.00 | |
| 11/14/07 | 3102468459 Long Distance | | LD |
| | | Amount =  $3.57 | |
| 11/14/07 | Messenger and delivery,11/13/07. BANKRUPTCY COURT. CXG | | MESS |
| | | Amount =  $4.50 | |
| 11/14/07 | Messenger and delivery,11/13/07. BANKRUPTCY COURT. LYK | | MESS |
| | | Amount =  $4.50 | |
| 11/14/07 | Printing | | DUP.10CC |
| | | Amount =  $1.25 | |
| 11/14/07 | Printing | | DUP.10CC |
| | | Amount =  $2.35 | |
| 11/14/07 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 11/14/07 | Westlaw | | LEXIS |
| | | Amount =  $393.65 | |
| 11/15/07 | #152117-INTERCALL TO RECLASS OCTOBER CONFERENCE CALLS TO VARIOUS MATTERS FROM 8001 | | LD |
| | | Amount =  $16.07 | |
| 11/15/07 | GROTTO PIZZA. INC.: INVOICE 3523/FOOD SERVICE ON 11/15/07/ 139845/157422, 1 person diner. after hours for filing of 2 motions | | MEALSCL |
| | | Amount =  $7.64 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq . SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14. 2007
Invoice 283930
Page 98
Client #  727440

| | | | |
|---|---|---|---|
| 11/15/07 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | | Amount =  $14.97 | |
| 11/15/07 | OMELVENYandMYERS - Messenger and delivery | | MESS |
| | | Amount =  $14.97 | |
| 11/15/07 | AP SERVICES - Messenger and delivery | | MESS |
| | | Amount =  $11.75 | |
| 11/15/07 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | | Amount =  $11.75 | |
| 11/15/07 | WARREN H. SMITH  and ASSOCIATES - Messenger and delivery | | MESS |
| | | Amount =   $33.18 | |
| 11/15/07 | Photocopies | | DUP.10CC |
| | | Amount =   $0.80 | |
| 11/15/07 | Photocopies | | DUP.10CC |
| | | Amount =   $0.30 | |
| 11/15/07 | Photocopies | | DUP.10CC |
| | | Amount =   $5.00 | |
| 11/15/07 | Photocopies | | DUP.10CC |
| | | Amount =   $0.70 | |
| 11/15/07 | Photocopies | | DUP.10CC |
| | | Amount =   $0.20 | |
| 11/15/07 | Photocopies | | DUP.10CC |
| | | Amount =   $39.40 | |
| 11/15/07 | Photocopies | | DUP.10CC |
| | | Amount =   $114.20 | |
| 11/15/07 | Photocopies | | DUP.10CC |
| | | Amount =   $6.00 | |
| 11/15/07 | Photocopies | | DUP.10CC |
| | | Amount =   $0.40 | |
| 11/15/07 | Photocopies | | DUP.10CC |
| | | Amount =   $1.40 | |
| 11/15/07 | Photocopies | | DUP.10CC |
| | | Amount =   $7.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq . SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 99
Client #  727440

| 11/15/07 | Photocopies | DUP.10CC |
|---|---|---|
| | Amount =  $16.80 | |
| 11/15/07 | Photocopies | DUP.10CC |
| | Amount =  $75.00 | |
| 11/15/07 | Photocopies | DUP.10CC |
| | Amount =  $2.00 | |
| 11/15/07 | 15124783117 Telecopier Charges | TELC |
| | Amount =  $19.00 | |
| 11/15/07 | 7143846390 Long Distance | LD |
| | Amount =  $1.19 | |
| 11/15/07 | 2026396076 Long Distance | LD |
| | Amount =  $3.57 | |
| 11/15/07 | 2482638129 Long Distance | LD |
| | Amount =  $3.57 | |
| 11/15/07 | 7136582323 Long Distance | LD |
| | Amount =  $3.57 | |
| 11/15/07 | 7025624288 Long Distance | LD |
| | Amount =  $3.57 | |
| 11/15/07 | 2134306262 Long Distance | LD |
| | Amount =  $1.19 | |
| 11/15/07 | 2134307717 Long Distance | LD |
| | Amount =  $2.38 | |
| 11/15/07 | 2124082452 Long Distance | LD |
| | Amount =  $1.19 | |
| 11/15/07 | 5124783117 Long Distance | LD |
| | Amount =  $5.95 | |
| 11/15/07 | 2134307717 Long Distance | LD |
| | Amount =  $1.19 | |
| 11/15/07 | 2124787350 Long Distance | LD |
| | Amount =  $2.38 | |
| 11/15/07 | Printing | DUP.10CC |
| | Amount =  $7.05 | |
| 11/15/07 | Printing | DUP.10CC |
| | Amount =  $7.05 | |
| 11/15/07 | Printing | DUP.10CC |
| | Amount =  $7.75 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 100

Client #  727440

| Date | Description | | Code |
|------|-------------|--|------|
| 11/15/07 | Printing | | DUP.10CC |
| | | Amount = $7.45 | |
| 11/15/07 | Printing | | DUP.10CC |
| | | Amount = $1.80 | |
| 11/15/07 | Printing | | DUP.10CC |
| | | Amount = $1.15 | |
| 11/15/07 | Printing | | DUP.10CC |
| | | Amount = $6.40 | |
| 11/15/07 | Printing | | DUP.10CC |
| | | Amount = $1.15 | |
| 11/15/07 | Printing | | DUP.10CC |
| | | Amount = $2.20 | |
| 11/15/07 | Printing | | DUP.10CC |
| | | Amount = $8.95 | |
| 11/15/07 | Printing | | DUP.10CC |
| | | Amount = $10.20 | |
| 11/16/07 | IKON OFFICE SOLUTIONS: INVOICE WIL07110194/BROADCAST FAX ON 11/16/07/157422 | | TELC |
| | | Amount = $312.00 | |
| 11/16/07 | BINDING 11/9-11/15 | | BIND |
| | | Amount = $14.00 | |
| 11/16/07 | Photocopies | | DUP.10CC |
| | | Amount = $11.50 | |
| 11/16/07 | TELEA 11/9-11/15 | | LD |
| | | Amount = $3.57 | |
| 11/16/07 | TELEA 11/9-11/15 | | LD |
| | | Amount = $2.38 | |
| 11/16/07 | 6177424200 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/16/07 | 2146983868 Long Distance | | LD |
| | | Amount = $16.66 | |
| 11/16/07 | 4159848941 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/16/07 | 2129723000 Long Distance | | LD |
| | | Amount = $4.76 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930
Page 101

Client #  727440

| | | | |
|---|---|---|---|
| 11/16/07 | 9498237948 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/16/07 | 8165501546 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/16/07 | 4142702719 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/16/07 | Messenger and delivery,11/15/07, 3 AFTER HOURS DELIVERIES, BJW | | MESS |
| | Amount = | $16.50 | |
| 11/16/07 | Messenger and delivery,11/15/07. BANKRUPTCY COURT (2). CXG | | MESS |
| | Amount = | $9.00 | |
| 11/16/07 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 11/16/07 | Printing | | DUP.10CC |
| | Amount = | $19.80 | |
| 11/16/07 | Printing | | DUP.10CC |
| | Amount = | $211.75 | |
| 11/16/07 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 11/16/07 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 11/16/07 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 11/17/07 | 3107146646 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/17/07 | 3107146646 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/17/07 | 7039456461 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/17/07 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 11/17/07 | Printing | | DUP.10CC |
| | Amount = | $4.85 | |
| 11/17/07 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 102

Client #  727440

| 11/19/07 | IKON OFFICE SOLUTIONS: INVOICE WIL07110212/BROADCAST FAX ON 11/19/07 | | TELC |
| | | Amount =  $330.75 | |
| 11/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $1.70 | |
| 11/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $56.40 | |
| 11/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $8.40 | |
| 11/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $24.00 | |
| 11/19/07 | Photocopies | | DUP.10CC |
| | | Amount =  $2.50 | |
| 11/19/07 | 9257597259 Long Distance | | LD |
| | | Amount =  $1.19 | |
| 11/19/07 | 6082962088 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 11/19/07 | 8037441820 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 11/19/07 | 2037775666 Long Distance | | LD |
| | | Amount =  $8.33 | |
| 11/19/07 | 6365370110 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 11/19/07 | 7182913400 Long Distance | | LD |
| | | Amount =  $3.57 | |
| 11/19/07 | 5162943199 Long Distance | | LD |
| | | Amount =  $1.19 | |
| 11/19/07 | 3107760854 Long Distance | | LD |
| | | Amount =  $5.95 | |
| 11/19/07 | 2023835317 Long Distance | | LD |
| | | Amount =  $1.19 | |
| 11/19/07 | 8037441820 Long Distance | | LD |
| | | Amount =  $1.19 | |
| 11/19/07 | 2134306262 Long Distance | | LD |
| | | Amount =  $7.14 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 103

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 11/19/07 | 3362715255 Long Distance | | LD |
| | Amount = | $8.33 | |
| 11/19/07 | 2134306262 Long Distance | | LD |
| | Amount = | $4.76 | |
| 11/19/07 | 9495171725 Long Distance | | LD |
| | Amount = | $5.95 | |
| 11/19/07 | 4156252453 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/19/07 | 2124787355 Long Distance | | LD |
| | Amount = | $13.09 | |
| 11/19/07 | 9498237959 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/19/07 | Messenger and delivery, 11/19/07 | | MESS |
| | Amount = | $3.20 | |
| 11/19/07 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |
| 11/19/07 | Printing | | DUP.10CC |
| | Amount = | $22.85 | |
| 11/19/07 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 11/19/07 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 11/19/07 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 11/19/07 | Westlaw | | LEXIS |
| | Amount = | $170.60 | |
| 11/20/07 | TRANSCRIPTS PLUS: INVOICE 2007-225/TRANSCRIPT OF 11/20/07/157422 | | CTRPT |
| | Amount = | $113.60 | |
| 11/20/07 | NEW CENTURY MORTGAGE CORP - Messenger and delivery | | MESS |
| | Amount = | $14.97 | |
| 11/20/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.00 | |
| 11/20/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq.. SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930
Page 104

Client #  727440

| | | | |
|---|---|---|---|
| 11/20/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.80 | |
| 11/20/07 | 3122013922 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/20/07 | 8189068300 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/20/07 | 9495171725 Long Distance | | LD |
| | Amount = | $3.57 | |
| 11/20/07 | 9495171725 Long Distance | | LD |
| | Amount = | $5.95 | |
| 11/20/07 | DELIVERY EXPENSE 11/19/07 | | MESS |
| | Amount = | $3.20 | |
| 11/20/07 | Messenger and delivery. 11/19/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 11/20/07 | Messenger and delivery, 11/16/07, BANKRUPTCY COURT. CXS | | MESS |
| | Amount = | $4.50 | |
| 11/21/07 | Photocopies | | DUP.10CC |
| | Amount = | $38.90 | |
| 11/21/07 | Photocopies | | DUP.10CC |
| | Amount = | $45.90 | |
| 11/21/07 | Photocopies | | DUP.10CC |
| | Amount = | $48.50 | |
| 11/21/07 | Photocopies | | DUP.10CC |
| | Amount = | $1.80 | |
| 11/21/07 | 2134306049 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/26/07 | GALLUCIO'S CAFE: FOOD SERVICE 11/26-12/7, 1 person dinner, after hours for filing of misc asset sale notices | | MEALSCL. |
| | Amount = | $9.27 | |
| 11/26/07 | BINDING 11/16-11/25 | | BIND |
| | Amount = | $20.00 | |
| 11/26/07 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $75.78 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq.. SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930
Page 105
Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 11/26/07 | 2134306262 Long Distance | | LD |
| | Amount = | $11.90 | |
| 11/26/07 | 7575832449 Long Distance | | LD |
| | Amount = | $8.33 | |
| 11/26/07 | 2134228093 Long Distance | | LD |
| | Amount = | $7.14 | |
| 11/26/07 | 2134306262 Long Distance | | LD |
| | Amount = | $3.57 | |
| 11/26/07 | 9516821771 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/26/07 | 5124725997 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/26/07 | 2134228093 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/26/07 | 2146515586 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/26/07 | 9495171725 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/26/07 | 9495171725 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/26/07 | 8189068300 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/26/07 | 9495171725 Long Distance | | LD |
| | Amount = | $7.14 | |
| 11/26/07 | Messenger and delivery. 11/21/07, BANKRUPTCY COURT (2). CXG | | MESS |
| | Amount = | $9.00 | |
| 11/26/07 | Messenger and delivery, 11/21/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 11/26/07 | Printing | | DUP.10CC |
| | Amount = | $3.30 | |
| 11/26/07 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 11/26/07 | Printing | | DUP.10CC |
| | Amount = | $3.20 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930
Page 106

Client #  727440

| | | |
|---|---|---|
| 11/27/07 | 6365370110 Long Distance | LD |
| | Amount =  $1.19 | |
| 11/27/07 | 6365370110 Long Distance | LD |
| | Amount =  $3.57 | |
| 11/27/07 | 8032855588 Long Distance | LD |
| | Amount =  $2.38 | |
| 11/27/07 | 9736244500 Long Distance | LD |
| | Amount =  $4.76 | |
| 11/27/07 | 9259436570 Long Distance | LD |
| | Amount =  $2.38 | |
| 11/27/07 | 9495171725 Long Distance | LD |
| | Amount =  $45.22 | |
| 11/27/07 | 3362715255 Long Distance | LD |
| | Amount =  $2.38 | |
| 11/27/07 | 4159848933 Long Distance | LD |
| | Amount =  $4.76 | |
| 11/27/07 | 9492664292 Long Distance | LD |
| | Amount =  $29.75 | |
| 11/27/07 | 2142956416 Long Distance | LD |
| | Amount =  $8.33 | |
| 11/27/07 | 2124787425 Long Distance | LD |
| | Amount =  $15.47 | |
| 11/27/07 | 7136582323 Long Distance | LD |
| | Amount =  $1.19 | |
| 11/27/07 | 2124787425 Long Distance | LD |
| | Amount =  $5.95 | |
| 11/27/07 | 2128581536 Long Distance | LD |
| | Amount =  $1.19 | |
| 11/27/07 | 2134306262 Long Distance | LD |
| | Amount =  $8.33 | |
| 11/27/07 | Printing | DUP.10CC |
| | Amount =  $32.70 | |
| 11/27/07 | Printing | DUP.10CC |
| | Amount =  $1.30 | |
| 11/27/07 | Printing | DUP.10CC |
| | Amount =  $30.45 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 107

Client #  727440

| | | | |
|---|---|---|---|
| 11/28/07 | AP SERVICES - Messenger and delivery | | MESS |
| | Amount =   $9.80 | | |
| 11/28/07 | BLANK ROME - Messenger and delivery | | MESS |
| | Amount =   $9.80 | | |
| 11/28/07 | WARREN H SMITH AND ASSOC. - Messenger and delivery | | MESS |
| | Amount =   $13.89 | | |
| 11/28/07 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | Amount =   $14.97 | | |
| 11/28/07 | OFFICE OF THE US TRUSTEE - Messenger and delivery | | MESS |
| | Amount =   $9.80 | | |
| 11/28/07 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | Amount =   $9.80 | | |
| 11/28/07 | OMELVENY AND MYERS - Messenger and delivery | | MESS |
| | Amount =   $14.97 | | |
| 11/28/07 | Photocopies | | DUP_10CC |
| | Amount =   $4.60 | | |
| 11/28/07 | Photocopies | | DUP_10CC |
| | Amount =   $0.80 | | |
| 11/28/07 | Photocopies | | DUP_10CC |
| | Amount =   $25.90 | | |
| 11/28/07 | PARALEGAL OT THRU 11/30/07 | | OT |
| | Amount =   $0.00 | | |
| 11/28/07 | 2124787425 Long Distance | | LD |
| | Amount =   $1.19 | | |
| 11/28/07 | 3129527494 Long Distance | | LD |
| | Amount =   $4.76 | | |
| 11/28/07 | 4107851111 Long Distance | | LD |
| | Amount =   $1.19 | | |
| 11/28/07 | 4107851111 Long Distance | | LD |
| | Amount =   $4.76 | | |
| 11/28/07 | 4349776222 Long Distance | | LD |
| | Amount =   $10.71 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 108

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 11/28/07 | 2134306686 Long Distance | | LD |
| | Amount = | $4.76 | |
| 11/28/07 | 2023076449 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/28/07 | 4159848933 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/28/07 | 9495171696 Long Distance | | LD |
| | Amount = | $4.76 | |
| 11/28/07 | 2023835317 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/28/07 | 2023076449 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/28/07 | 7038803800 Long Distance | | LD |
| | Amount = | $5.95 | |
| 11/28/07 | 7036204880 Long Distance | | LD |
| | Amount = | $7.14 | |
| 11/28/07 | 7036204880 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/28/07 | 2125364812 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/28/07 | 2027789011 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/28/07 | 2134306262 Long Distance | | LD |
| | Amount = | $14.28 | |
| 11/28/07 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 11/28/07 | Printing | | DUP.10CC |
| | Amount = | $5.05 | |
| 11/28/07 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 11/28/07 | Westlaw | | LEXIS |
| | Amount = | $37.09 | |
| 11/29/07 | GALLUCIO'S CAFE: FOOD SERVICE 11/20-11/30. 1 person dinner, after hours for filing of fee applications | | MEALSCL |
| | Amount = | $11.28 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 109

Client #  727440

| | | | |
|---|---|---|---|
| 11/29/07 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $67.80 | |
| 11/29/07 | BLANK ROME - Messenger and delivery | | MESS |
| | Amount = | $15.20 | |
| 11/29/07 | WARREN H SMITH AND ASSOC. - Messenger and delivery | | MESS |
| | Amount = | $33.18 | |
| 11/29/07 | NEW CENTURY MORTGAGE CORP - Messenger and delivery | | MESS |
| | Amount = | $34.90 | |
| 11/29/07 | OFFICE OF THE US TRUSTEE - Messenger and delivery | | MESS |
| | Amount = | $15.20 | |
| 11/29/07 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | Amount = | $15.20 | |
| 11/29/07 | OMELVENY AND MYERS - Messenger and delivery | | MESS |
| | Amount = | $34.90 | |
| 11/29/07 | AP SERVICES - Messenger and delivery | | MESS |
| | Amount = | $15.20 | |
| 11/29/07 | Photocopies | | DUP.10CC |
| | Amount = | $109.90 | |
| 11/29/07 | Photocopies | | DUP.10CC |
| | Amount = | $405.00 | |
| 11/29/07 | 4122974706 Long Distance | | LD |
| | Amount = | $4.76 | |
| 11/29/07 | 2125010990 Long Distance | | LD |
| | Amount = | $3.57 | |
| 11/29/07 | 5183649750 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/29/07 | 6173316363 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/29/07 | 21297230000 Long Distance | | LD |
| | Amount = | $3.57 | |
| 11/29/07 | 6618324245 Long Distance | | LD |
| | Amount = | $3.57 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 110
Client #  727440

| | | | |
|---|---|---|---|
| 11/29/07 | 9164852877 Long Distance | | LD |
| | Amount = | $3.57 | |
| 11/29/07 | 2023835317 Long Distance | | LD |
| | Amount = | $16.66 | |
| 11/29/07 | 9498237959 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/29/07 | 9495171725 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/29/07 | 2134228093 Long Distance | | LD |
| | Amount = | $15.47 | |
| 11/29/07 | 9495171690 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/29/07 | 9495171725 Long Distance | | LD |
| | Amount = | $7.14 | |
| 11/29/07 | 7078248707 Long Distance | | LD |
| | Amount = | $17.85 | |
| 11/29/07 | 9495171735 Long Distance | | LD |
| | Amount = | $9.52 | |
| 11/29/07 | 2128581536 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/29/07 | 7035492265 Long Distance | | LD |
| | Amount = | $7.14 | |
| 11/29/07 | 4107734089 Long Distance | | LD |
| | Amount = | $3.57 | |
| 11/29/07 | 3032958000 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/29/07 | 9178658688 Long Distance | | LD |
| | Amount = | $9.52 | |
| 11/29/07 | 3032958355 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/29/07 | 3032980600 Long Distance | | LD |
| | Amount = | $1.19 | |
| 11/29/07 | 2124787252 Long Distance | | LD |
| | Amount = | $2.38 | |
| 11/29/07 | 8139087725 Long Distance | | LD |
| | Amount = | $11.90 | |
| 11/29/07 | 3032958000 Long Distance | | LD |
| | Amount = | $5.95 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

December 14, 2007
Invoice 283930
Page 111

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 11/29/07 | 9178658688 Long Distance | | LD |
| | Amount = $7.14 | | |
| 11/29/07 | 9495171690 Long Distance | | LD |
| | Amount = $1.19 | | |
| 11/29/07 | 2134306262 Long Distance | | LD |
| | Amount = $2.38 | | |
| 11/29/07 | 2134306262 Long Distance | | LD |
| | Amount = $9.52 | | |
| 11/29/07 | 8165501546 Long Distance | | LD |
| | Amount = $2.38 | | |
| 11/29/07 | 8165501546 Long Distance | | LD |
| | Amount = $1.19 | | |
| 11/29/07 | Printing | | DUP.10CC |
| | Amount = $19.85 | | |
| 11/29/07 | Printing | | DUP.10CC |
| | Amount = $1.20 | | |
| 11/29/07 | Printing | | DUP.10CC |
| | Amount = $1.05 | | |
| 11/29/07 | Printing | | DUP.10CC |
| | Amount = $1.65 | | |
| 11/29/07 | Printing | | DUP.10CC |
| | Amount = $11.95 | | |
| 11/29/07 | Printing | | DUP.10CC |
| | Amount = $11.95 | | |
| 11/29/07 | Westlaw | | LEXIS |
| | Amount = $0.50 | | |
| 11/29/07 | Westlaw | | LEXIS |
| | Amount = $116.58 | | |
| 11/30/07 | GALLUCIO'S CAFE: FOOD SERVICE 11/20-11/30, 1 person dinner, after hours for filing of 6th omni obj to claim, quarterly course professional report & Special Counsel motion | | MEALSCL |
| | Amount = $14.60 | | |
| 11/30/07 | Photocopies | | DUP.10CC |
| | Amount = $5.60 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

December 14, 2007
Invoice 283930
Page 112

Client #  727440

| | | | |
|---|---|---|---|
| 11/30/07 | Photocopies | | DUP.10CC |
| | | Amount = $2.90 | |
| 11/30/07 | Photocopies | | DUP.10CC |
| | | Amount = $4.80 | |
| 11/30/07 | 2155610950 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/30/07 | 2169282896 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/30/07 | 2134228093 Long Distance | | LD |
| | | Amount = $5.95 | |
| 11/30/07 | 7035492265 Long Distance | | LD |
| | | Amount = $3.57 | |
| 11/30/07 | 2134306262 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/30/07 | 7025624288 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/30/07 | 9495171725 Long Distance | | LD |
| | | Amount = $4.76 | |
| 11/30/07 | 5302213569 Long Distance | | LD |
| | | Amount = $3.57 | |
| 11/30/07 | 7025624288 Long Distance | | LD |
| | | Amount = $11.90 | |
| 11/30/07 | 9178658688 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/30/07 | 9495171725 Long Distance | | LD |
| | | Amount = $8.33 | |
| 11/30/07 | 5169833928 Long Distance | | LD |
| | | Amount = $3.57 | |
| 11/30/07 | 9495172161 Long Distance | | LD |
| | | Amount = $5.95 | |
| 11/30/07 | 2026596710 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/30/07 | 5302213569 Long Distance | | LD |
| | | Amount = $4.76 | |
| 11/30/07 | 2134228093 Long Distance | | LD |
| | | Amount = $8.33 | |

| 11/30/07 | 9495171725 Long Distance | | LD |
| | | Amount = $2.38 | |
| 11/30/07 | 9495171725 Long Distance | | LD |
| | | Amount = $1.19 | |
| 11/30/07 | TELEA 10/10-11/30 | | LD |
| | | Amount = $2.38 | |
| 11/30/07 | Messenger and delivery, 11/29/07, FED EX/CARGO CITY, BJW | | MESS |
| | | Amount = $94.05 | |
| 11/30/07 | Printing | | DUP.10CC |
| | | Amount = $2.40 | |
| 11/30/07 | Printing | | DUP.10CC |
| | | Amount = $5.00 | |
| 11/30/07 | Printing | | DUP.10CC |
| | | Amount = $14.85 | |
| 11/30/07 | Printing | | DUP.10CC |
| | | Amount = $66.00 | |
| 11/30/07 | Printing | | DUP.10CC |
| | | Amount = $1.70 | |
| 11/30/07 | Printing | | DUP.10CC |
| | | Amount = $1.00 | |

TOTALS FOR  727440          New Century Financial Corporation and New Century

Expenses    $7,292.21