# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. |
| **Case Number:** | 07-10416-KJC     **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 20, 2007 01:30 PM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

Omnibus

**R / M #:**   4,141 / 0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Agenda Item
#1 thru 3 - Continued
#4 thru 21 - Orders Signed
#22 - Continued
#23 thru 26 - Orders Due