# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC  **DATE:** December 20, 2007
**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Merchant | Richards Layton + Finger | Debtors |
| Christopher Samis | " | " |
| Gabriel McCarcy | Potter Anderson & Corroon | Bank of America |
| Chris Ward | Klehr Harrison | Wells Fargo |
| Christine Azar | Blank Rome | Creditors Comm. |
| Joseph H. Huston Jr. | Stevens + Lee | Ad Hoc Deferred Comp. |
| Michael Walsh | YCST | CSFB |
| Joseph J. McMahon Jr. | USDOJ | U.S. Trustee |
| Kevin Mang | Woodly Carl | Creditor |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 12/20/2007
Calendar Time: 01:30 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2008949 | Madeline C. Wanslee | 602-257-7430 | Gust Rosenfeld, P.L.C. | Creditor, Maricopa County Treasurer / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 1956931 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP | Creditor, Bank of America, NA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2014266 | Sol M. Israel | 212-481-9777 | Sol Israel & Associates | Creditor, 303 Griffin Associates / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2011521 | Andrew Nicely | 202-263-3264 | Mayer Brown LLP | Defendant(s), Wells Fargo Bank / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2012549 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Credit Suisse First Boston / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2009587 | Matt Wargin | 312-701-8635 | Mayer Brown Rowe & Maw, LLP | Interested Party, Carrington Capitial Management, LLC / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2009590 | Sean Scott | 312-701-8310 | Mayer Brown Rowe & Maw, LLP | Interested Party, Carrington Capitial Management, Inc. / LIVE |