The Honorable Judge Corey
United States Bankruptcy Court for the District of Delaware
824 Market Street, 5th Floor, DE, 19801

FILED
2007 DEC 21  PM 1:37

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE:
Chapter 11 – Case No 07-10416-KJC
Regarding Claimants Response to Continued Debtors Second Omnibus Objection to Claims, Dec. 20th, Chapter 11

Case No 07-10416 KJC

Docket no 3582
Claimant on her own behalf:

Dear Judge Corey,
On top of New Century's Representatives XRoads Case Management Services asking for my claim against them at least 4 times, I have felt that I have already dealt with in my earlier answer dated on November 28th the fact that I had offered an original sales price to build their California Region with at least ten additional offices, and that price reflected that. As soon as the Bankruptcy was announced Dick Austin, the Senior Vice President for the Company, approved, no – he actually insisted, I bill at my standard contracted rate instead. You must remember, I was working full-time on their searches, this claim represents actually 18 Senior Mortgage Bankers, each with their own "books of business" that they would be bringing with them, representing in some of their cases $100's of millions of dollars of revenue to the Company. What I charge is way under Executive Search rates; because I work independently. That doesn't mean I am not as good; I am a great Recruiter, but I have health issues. I have a neural disability. This Bankruptcy may have brought on a non-viral form of Shingles. I have had it for over a year now. It is very painful. With every one of their Priority Mailings that I get, I get new outbreaks. Judge, I deserve this money. I worked very, very hard for this money. You don't get professional Mortgage Bankers that are making $250,000 - $700,000 to move places of employment easily. All I charged was for $15,000. for the Sales Manager, and $10,000 for the top Loan Officer. I would like to get paid. These people were not on the books of the company, because the Company went Bankrupt, and it was announced the next day. But, they all accepted the positions, their whole teams for a total of 18, accepted the positions, with a start date, compensation, issues, health plans, and the money is due and payable, to me. This is a situation that was beyond my control. I have said it before, when I work on a search, I basically extend credit to a company, and I expect to be paid if I have successfully completed my work, and I did. The hiring authorities felt I had. Payment is way overdue and payable, and I need it desperately. Dick Austin was the Senior Vice President of the National Builder Sales Division for all of Home123, and the Regional Manager for Northern California. He also was the hiring authority on this search, approved this invoice. I did not forge his signature. Dick is now a Sr. Vice President for Chase Manhattan Mortgage. Mr. Chris Samis, attorney for New Century, called me on November 28th, said it looked like there was white out or something on Dick's signature, said he would call Dick, now on December 19th, says he couldn't talk to Dick but through Dick's attorney, and that the Company is trying to say Dick didn't have authority to sign. He certainly did. New Century wouldn't have known whether he did

or didn't, they just don't want to pay the $50K I am owed, only the $30 that was the Sale price. They really have sent out so many things it's overwhelming. I just know, that since this has happened that with the shingles on top of my other neurological problems, my health has precluded me from performing any work nearly a year, the shingles are so painful, and the medicine extreme. I am desperate to be paid for the money on the work that was concluded, the other I'll just bite the bullet on. There were so many searches I was so close on. This was supposed to be my banner year. Now, I'll have to sell my house, I am living on IRA money

Also, I apologize for not knowing the format, terminology, the unsecured priority from priority, please your Honor, don't penalize me. I am begging for your help and conscientious prudence.

I Thank You Sir with all my heart. You - are the only one representing fairness here.
I believe that. Happy Holidays to you and your loved ones, and a Happy New Years!


Leslie K. Hill dba.Farallon Enterprises
Tax ID  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
7756 Dos Palos Lane
Sebastopol, California  95472
707-824-8707 phone                                          Dated:  December 19, 2007

December 19, 2007

To the Attention of the Honorable Judge Corey of the United States Bankruptcy Court for the District of Delaware

Your Honor,

Regarding Leslie Hill, I was a Vice President for Home 123 Mortgage, a subsidiary of New Century. Up until the Bankruptcy, I was the Regional Manager for Northern California and had contracted Ms. Hill to recruit branch and loan officer personnel on our behalf. She had worked extremely hard at providing our company with two sales managers and two top producers. Her agreed rate was $15,000 per Sales Manager and $10,000 per Loan Officer. Unfortunately due to the bankruptcy, the contracts to these recruits had to be retracted. Because Ms. Hill had lived up to her fulfillment of our agreement, I authorized payment of her fee. Unfortunately, all payments to vendors were frozen and became creditors.

Sincerely,

Dick Austin
Formerly Vice President
Home 123