# EXHIBIT A

December 20, 2007

Michael J. Missal  
1601 K Street, NW  
Washington, DC  20036

Our File Number : 0309077.00100  
Invoice : 1740352  
Services Through : November 30, 2007

**New Century Examiner**

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/01/07 | M. J. Missal | 10.40 | Revise cash collateral section (2.1); review interman memos (3.1); various communications with team (2.7); revise workplans (2.5) | 7,540.00 |
| 11/02/07 | M. J. Missal | 11.20 | Revise cash collateral report (4.2); review interview memos (3.4); various communications with group on status (2.2); revise workplans (1.4) | 8,120.00 |
| 11/03/07 | M. J. Missal | 2.00 | Review interview memos | 1,450.00 |
| 11/04/07 | M. J. Missal | 3.00 | Review cash collateral report (3.0) | 2,175.00 |
| 11/05/07 | M. J. Missal | 12.20 | Revise cash collateral report (5.2); meeting with team leaders (1.0); various communications with team members on status and workplans (3.4); review interview memos (2.1); communications with counsel for Debtors (.5) | 8,845.00 |
| 11/06/07 | M. J. Missal | 9.00 | Review interview memos (3.2); various communications with team (1.8); revise cash collateral report (1.6); review accounting memos (2.4) | 6,525.00 |
| 11/07/07 | M. J. Missal | 12.20 | Meeting with accounting group on status (1.0); meeting with financial reporting group (1.5); various communications with team on status (2.5); review interview memos (2.6); review accounting memos (3.6); conference call with Creditors Committee (1.0) | 8,845.00 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/08/07 | M. J. Missal | 11.80 | Meeting with disclosure group (1.1) review interview memos (2.6); various communications with team on status and strategy (4.5); revise workplans (1.2); review accounting materials (2.4) | 8,555.00 |
| 11/09/07 | M. J. Missal | 7.90 | Various communications with team (2.1); revise cash collateral report (2.7); review interview memos (1.6); review accounting materials (1.5) | 5,727.50 |
| 11/10/07 | M. J. Missal | 4.10 | Revise casl collateral report (3.0); various e-mails with team on strategy (1.1) | 2,972.50 |
| 11/12/07 | M. J. Missal | 11.60 | Meeting with team leaders (1.0); meeting with internal audit team (.5); revise cash collateral report (4.7); various communications with team on status and strategy (3.1); review interview memois (2.3) | 8,410.00 |
| 11/13/07 | M. J. Missal | 12.80 | Review interview memos (1.5); various communications with counsel for Debrot (.5); various communications with team on strategy and status (3.5); revise cash collateral report (2.8); review hot documents and accounting materials (4.5) | 9,280.00 |
| 11/14/07 | M. J. Missal | 12.20 | Prepare for meeting on 11/15, including review of documents and workplan (7.1); review interview memos (2.0); various communications with counsel for Debtor (.8); various communications with team (2.3); | 8,845.00 |
| 11/15/07 | M. J. Missal | 14.40 | Prepare for meeting (6.7); attend meeting (2.3); review accounting documents (1.4); prepare for call with Debtors' counsel on cash collateral (2.5); revise cash collateral report (1.5) | 10,440.00 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/16/07 | M. J. Missal | 9.70 | Meeting to prepare for call with Debtors on cash collateral (1.0); conference call with Debtors and counsel (.5); various communications with team (2.1); revise cash collateral report (3.8); review various interview memos (2.3) | 7,032.50 |
| 11/17/07 | M. J. Missal | 3.10 | Revise cash collateral report (1.5); review interview memos (1.6) | 2,247.50 |
| 11/18/07 | M. J. Missal | 8.50 | Revise cash collateral report (5.4); various communicagtions with team on status (1.1); review interview memos (2.0) | 6,162.50 |
| 11/19/07 | M. J. Missal | 15.00 | Meeting with team leaders (.7); meeting with Creditors Committee (3.0); prepare for meeting with Creditors (2.6); review interview memos (2.1); revise cash collateral report (4.2); prepare for interview of director (2.5) | 10,875.00 |
| 11/20/07 | M. J. Missal | 14.20 | Prepare for interview (2.4); attend interview of director (7.0); review interview memos (1.9); revise cash collateral report (2.1); various communications with team on status and strategy (.8) | 10,295.00 |
| 11/21/07 | M. J. Missal | 12.80 | Finalize cash collateral report (8.4); review interview memos (2.9); various communications with team on status and strategy (1.5) | 9,280.00 |
| 11/23/07 | M. J. Missal | 2.90 | Review accounting literature (1.5); review underwriting materials (1.4) | 2,102.50 |
| 11/24/07 | M. J. Missal | 3.60 | Review interview memos (2.3); review underwriting materials (1.3) | 2,610.00 |
| 11/25/07 | M. J. Missal | 2.80 | Revise workplans (1.2); review interview memos, accounting and compensation documents (1.6) | 2,030.00 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/26/07 | M. J. Missal | 11.70 | Meeting with team leaders (.8); meeting with compensation team (.5); various communications with team on strategy and status (2.6); review interview memos (2.3); prepare outline of report (3.2); review accounting documents (2.3) | 8,482.50 |
| 11/27/07 | M. J. Missal | 13.10 | Various communications with team on status and strategy (2.4); review accounting materials (1.4); prepare for meeting with team leaders (5.7); prepare for 11/28 meeting (3.6) | 9,497.50 |
| 11/28/07 | M. J. Missal | 12.30 | Prepare for meeting (3.6); attending meeting (1.2); review interview memos (1.4); prepare outline for 11/29 team meeting (4.3); various communications with team on status and strategy (1.8) | 8,917.50 |
| 11/29/07 | M. J. Missal | 12.40 | Meeting with team on status (6.1); review various court pleadings (1.3); review various interview memos (1.6); revise outline to report (3.4) | 8,990.00 |
| 11/30/07 | M. J. Missal | 8.60 | Review interview memos (2.2); various communications with team on status and strategy (2.6); review accounting materials (1.4); revise outline of report (2.4) | 6,235.00 |
| | | **TOTAL FEES** | | $ 192,487.50 |
| M. J. Missal | | 265.50 hrs at $ 725 / hr | | $192,487.50 |
| | | **TOTAL FEES** | 265.50 hrs | $ 192,487.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Travel Expenses | 184.55 |
| Air Fare | 406.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 590.55 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 08/24/07 | 1688275 | 49,668.30 | 0.00 | 49,668.30 |
| 09/25/07 | 1701721 | 34,425.90 | 0.00 | 34,425.90 |
| 10/26/07 | 1712432 | 26,713.35 | 0.00 | 26,713.35 |
| 11/21/07 | 1726730 | 35,182.80 | 0.00 | 35,182.80 |
| | OUTSTANDING BALANCE | | | $ 145,990.35 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 192,487.50 |
| Fee Discount | $ (19,248.75) |
| Total Fees | $ 173,238.75 |
| Disbursements and Other Charges | $ 590.55 |
| **CURRENT INVOICE DUE** | **$ 173,829.30** |
| Past Due Invoices * | $ 145,990.35 |
| **TOTAL AMOUNT DUE** | **$ 319,819.65** |

\* Does not include payments received after 12/20/07.

# EXHIBIT B

Proforma Number: 1271365
Invoice Number: 1740352
Client: New Century Examiner, Michael J. Missal
Matter Description: New Century Examiner

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

21 Dec 2007
Batch #: 1488594
Inventory Manager: Missal, M. J
Matter Number: 0309077.00100

Page (8) 8

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|
| 14132978 | 32h | 03216 | 23 Oct 2005 | Travel Expenses - Michael J. Missal Train to/from Wilmington to attend meeting with Judge 10/23/05 Voucher # 963990  Check # 48881 | 29.00 | 1 |
| 14142784 | 32h | 03216 | 15 Nov 2007 | Travel Expenses - Michael J. Missal Lunch with S. Topetzes 11/15/07 Voucher # 966331  Check # 49272 | 27.43 | 1 |
| 14140266 | 32h | 03216 | 27 Nov 2007 | Travel Expenses - Carey International, Inc. - INV# 19707962, 11/15 - TRANS. IN LA ON 11/15 - M. MISSAL Voucher # 965566  Check # 1047152 | 128.12 | 1 |
| | | | | Subtotal Travel Expenses | 184.55 | |
| 14137001 | 35h | 03216 | 21 Nov 2007 | Air Fare - American Express AmEx 10/28/07 STRIP - M. Missal - 10/23/07 - Ticket Fee Voucher # 965073  Check # 1046846 | 14.00 | 1 |
| 14138372 | 35h | 03216 | 21 Nov 2007 | Air Fare - American Express AmEx BTA - 10/28/07 - M. Missal - 09/28/07 - Amtrak Fee Voucher # 965216  Check # 1046847 | 189.00 | 1 |
| 14138373 | 35h | 03216 | 21 Nov 2007 | Air Fare - American Express AmEx BTA - 10/28/07 - M. Missal - 10/22/07 - Amtrak Fee Voucher # 965216  Check # 1046847 | 203.00 | 1 |
| | | | | Subtotal Air Fare | 406.00 | |
| | | | | TOTAL DISBURSEMENTS AND OTHER CHARGES | 590.55 | |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Proforma Number: 1271365
Invoice Number: 1740352
Client: New Century Examiner, Michael J. Missal
Matter Description: New Century Examiner

21 Dec 2007
Batch #: 1488594
Inventory Manager: Missal, M. J
Matter Number: 0309077.00100

Page (9) 9

### DISBURSEMENTS & OTHER CHARGES SUMMARY

| CODE | DESCRIPTION | BILLABLE AMOUNT |
|---|---|---|
| 32h | Travel Expenses | 184.55 |
| 35h | Air Fare | 406.00 |
| TOTAL DISBURSEMENTS AND OTHER CHARGES | | 590.55 |