# EXHIBIT B

Proforma Number:  1271540
Invoice Number:  1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

21 Dec 2007
Batch #:  1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (5) 5

## KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14152634 | 01 | 03216 | 5 Oct 2007 | Telephone / Conference Calls / Fx Line Trans  USER DEFINED 1:  09420  USER DEFINED 2:  1(212)885-8438 | 15.35 | 15.35 | 1 |
| 14149894 | 01 | 10999 | 19 Oct 2007 | Telephone / Conference Calls - A. Camron | 31.29 | 31.29 | 1 |
| 14152635 | 01 | 03216 | 24 Oct 2007 | Telephone / Conference Calls / Fx Line Trans  USER DEFINED 1:  09011  USER DEFINED 2:  1(610)659-9822 | 1.70 | 1.70 | 4 |
| 14152301 | 01 | 03216 | 26 Oct 2007 | Telephone / Conference Calls / Fx Line Trans  USER DEFINED 1:  05046  USER DEFINED 2:  1(212)885-8104 | 3.85 | 3.85 | 2 |
| 14150602 | 01 | 10999 | 8 Nov 2007 | Telephone / Conference Calls - Chorus Call, Inc.  Inv#03-18421 | 5.95 | 5.95 | 1 |
| 14152108 | 01 | 03216 | 8 Nov 2007 | Telephone / Conference Calls / Fx Line Trans  USER DEFINED 1:  04065  USER DEFINED 2:  1(805)581-6008 | .95 | .95 | 1 |
| 14151140 | 01 | 03216 | 15 Nov 2007 | Telephone / Conference Calls / Fx Line Trans  USER DEFINED 1:  3719  USER DEFINED 2:  9912524508900 | .05 | .05 | 1 |
| 14152633 | 01 | 03216 | 16 Nov 2007 | Telephone / Conference Calls / Fx Line Trans  USER DEFINED 1:  09302  USER DEFINED 2:  1(323)965-3878 | .75 | .75 | 2 |
| 14152109 | 01 | 03216 | 20 Nov 2007 | Telephone / Conference Calls / Fx Line Trans  USER DEFINED 1:  04812  USER DEFINED 2:  1(302)421-6840 | .55 | .55 | 1 |
| | | | | Subtotal Telephone / Conference Calls / Fx Lin | 60.44 | 60.44 | |
| 14117570 | 01h | 03063 | 7 Nov 2007 | Telephone/Conference Calls - Chorus Call, Inc.  CONFERENCE CALL - 09/26/07 - L.C. LANPHER  Voucher # 960403      Check # 3019302 | 10.96 | 10.96 | 1 |
| 14117571 | 01h | 03216 | 7 Nov 2007 | Telephone/Conference Calls - Chorus Call, Inc.  CONFERENCE CALL -  09/10-09/11-09/17-09/18-09/19-09/24-09/25-09/26  -10/01-10/02/07 - M. J. MISSAL | 205.35 | 205.35 | 1 |

Proforma Number: 1271540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

21 Dec 2007
Batch #: 1480594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (6) 6

## KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | | | | Voucher # 960403               Check #   3019302 | | | |
| 14140982 | 01h | 08362 | 27 Nov 2007 | Telephone/Conference Calls - Chorus Call, Inc<br>J.Roeber 10/17 inv.03-18416<br>Voucher # 965831              Check #   8012740 | 8.96 | 8.96 | 1 |
| 14140991 | 01h | 08362 | 27 Nov 2007 | Telephone/Conference Calls - Chorus Call, Inc<br>J.Roeber 10/24 inv.03-18416<br>Voucher # 965831              Check #   8012740 | 3.22 | 3.22 | 1 |
| | | | | Subtotal Telephone/Conference Calls | 228.49 | 228.49 | |
| 14151141 | 02 | 03216 | 15 Nov 2007 | Facsimile<br>USER DEFINED 1:   3719<br>USER DEFINED 2:   9912524508900 | 1.50 | 1.50 | 2 |
| | | | | Subtotal Facsimile | 1.50 | 1.50 | |
| 14125070 | 03 | 03999 | 14 Nov 2007 | Postage  -  E. Koeppel   11/8/07 | .97 | .97 | 1 |
| | | | | Subtotal Postage | .97 | .97 | |

Proforma Number: 12271540
Invoice Number: 11740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

Page (7) 7

21 Dec 2007
Batch #: 1140594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14151139 | 04 | 03216 | 1 Nov 2007 | Copying Expense USER DEFINED 1: 32112 | 3.42 | 1.90 | 19 |
| 14150617 | 04 | 03216 | 6 Nov 2007 | Copying Expense USER DEFINED 1: 18969 | 45.72 | 25.40 | 254 |
| 14149955 | 04 | 03216 | 9 Nov 2007 | Copying Expense USER DEFINED 1: 8352 | 1.80 | 1.00 | 10 |
| 14131187 | 04 | 20470 | 13 Nov 2007 | Copying Expense | 84.96 | 47.20 | 472 |
| 14131188 | 04 | 20470 | 13 Nov 2007 | Copying Expense | 166.50 | 92.50 | 925 |
| 14149956 | 04 | 03216 | 20 Nov 2007 | Copying Expense USER DEFINED 1: 8332 | 159.84 | 88.80 | 888 |
| 14149954 | 04 | 03216 | 25 Nov 2007 | Copying Expense USER DEFINED 1: 3063 | 43.02 | 23.90 | 239 |
| 14148768 | 04 | 03216 | 27 Nov 2007 | Copying Expense USER DEFINED 1: 6596 | 101.52 | 56.40 | 564 |
| 14150490 | 04 | 03216 | 30 Nov 2007 | Copying Expense USER DEFINED 1: 10152 | 310.32 | 172.40 | 1724 |
| 14151142 | 04 | 03216 | 30 Nov 2007 | Copying Expense USER DEFINED 1: 3577 | 3,761.46 | 2,089.70 | 20897 |
| 14151143 | 04 | 03216 | 30 Nov 2007 | Copying Expense USER DEFINED 1: 3670 | 2,881.44 | 1,600.80 | 16008 |
| | | | | Subtotal Copying Expense | 7,560.00 | 4,200.00 | |
| 14128176 | 05h | 10999 | 14 Nov 2007 | Copying Expense (Outside Off.) - Excelsior Digital Reprographics inv #31-M.Quinn-C litigation copy/tabs/binders Voucher # 962939    Check # 10005426 | 129.71 | 129.71 | 1 |
| 14128180 | 05h | 10999 | 14 Nov 2007 | Copying Expense (Outside Off.) - Excelsior Digital Reprographics inv #734-Martha-C litigation copy/tabs/binders Voucher # 962943    Check # 10005426 | 257.81 | 257.81 | 1 |
| 14128254 | 05h | 10999 | 14 Nov 2007 | Copying Expense (Outside Off.) - Aptara Inc. | 311.86 | 311.86 | 1 |

Proforma Number: 1271540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

21 Dec 2007
Batch #: 1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (8) 8

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14129445 | 05h | 03999 | 16 Nov 2007 | inv #CC-32557 K.Asfour- medium light litigation copies/tabs/binders Voucher # 962999        Check #   10005403 | 756.11 | 756.11 | 1 |
| 14135802 | 05h | 00999 | 21 Nov 2007 | Copying Expense (Outside Off.) - Sequential, Inc. Copying and printing Services - Requested by Jamie Mihnovec - 10/25/07 Voucher # 963255        Check #   3019274 | 26.58 | 26.58 | 1 |
| 14135818 | 05h | 00999 | 21 Nov 2007 | Copying Expense (Outside Off.) - Clicks Professional Copy Service P. Novak - 11/12/07 Voucher # 964696        Check #   1047222 | 2,346.56 | 2,346.56 | 1 |
| 14140072 | 05h | 03999 | 21 Nov 2007 | Copying Expense (Outside Off.) - Clicks Professional Copy Service P. Novak - 11/15/07 Voucher # 964715        Check #   1047222 | 21.15 | 21.15 | 1 |
| 14140074 | 05h | 03999 | 27 Nov 2007 | Copying Expense (Outside Off.) - Sequential, Inc. Copying and Printing Service - J. Borrowman Voucher # 965499        Check #   3019274 | 1,055.49 | 1,055.49 | 1 |
| 14146061 | 05h | 00999 | 27 Nov 2007 | Copying Expense (Outside Off.) - Sequential, Inc. Copying & printing Service - J. Borrowman Voucher # 965502        Check #   3019274 | 72.20 | 72.20 | 1 |
| 14146149 | 05h | 00999 | 30 Nov 2007 | Copying Expense (Outside Off.) - Clicks Professional Copy Service P. Novak - 11/19/07 Voucher # 967219        Check #   1047222 | 1,113.20 | 1,113.20 | 1 |
| 14146239 | 05h | 00999 | 30 Nov 2007 | Copying Expense (Outside Off.) - Clicks Professional Copy Service P. Novak - 11/29/07 Voucher # 967247        Check #   1047222 | 2,067.36 | 2,067.36 | 1 |
| 14146242 | 05h | 00999 | 30 Nov 2007 | Copying Expense (Outside Off.) - Clicks Professional Copy Service P. Novak - 11/29/07 Voucher # 967249        Check #   1047222 | 2,186.51 | 2,186.51 | 1 |
|  |  |  |  | Copying Expense (Outside Off.) - Clicks Professional Copy Service P. Novak - 11/29/07 Voucher # 967251        Check #   1047222 |  |  |  |
|  |  |  |  | Subtotal Copying Expense (Outside Off.) | 10,344.54 | 10,344.54 |  |
| 14153570 | 08 | 99999 | 1 Nov 2007 | Word Processing | 84.08 | .00 |  |

# KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (9) 9

Proforma Number: 1271540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

21 Dec 2007
Batch #: 1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14153571 | 08 | 99999 | 1 Nov 2007 | Word Processing | 42.57 | .00 | |
| 14153780 | 08 | 99999 | 1 Nov 2007 | Word Processing | 127.77 | .00 | |
| 14153781 | 08 | 99999 | 1 Nov 2007 | Word Processing | 2,126.32 | .00 | |
| 14153881 | 08 | 99999 | 1 Nov 2007 | Word Processing | 180.91 | .00 | |
| 14153958 | 08 | 99999 | 1 Nov 2007 | Word Processing | 565.58 | .00 | |
| 14153959 | 08 | 99999 | 1 Nov 2007 | Word Processing | 97.96 | .00 | |
| 14153997 | 08 | 99999 | 1 Nov 2007 | Word Processing | 288.90 | .00 | |
| | | | | Subtotal Word Processing | 3,514.09 | .00 | |
| 14123851 | 09 | 08999 | 13 Nov 2007 | Employee Overtime 11/4/07-11/10/07 E.Pera | 100.00 | 100.00 | 3 |
| 14124909 | 09 | 03999 | 14 Nov 2007 | Employee Overtime - L. Gaiser 11/7/07 | 122.50 | 122.50 | 4 |
| 14124910 | 09 | 03999 | 14 Nov 2007 | Employee Overtime - S. Hill 11/6/07 | 17.50 | 17.50 | 1 |
| 14152870 | 09 | 03999 | 30 Nov 2007 | Employee Overtime - J. Boykin 11/17/07 | 187.50 | 187.50 | 3 |
| 14152876 | 09 | 03999 | 30 Nov 2007 | Employee Overtime - J. Boykin 11/10/07 | 18.75 | 18.75 | 1 |
| 14152878 | 09 | 03999 | 30 Nov 2007 | Employee Overtime - J. Boykin 11/3/07 | 150.00 | 150.00 | 2 |
| | | | | Subtotal Employee Overtime | 596.25 | 596.25 | |
| 14120491 | 10 | 06999 | 2 Nov 2007 | Fed Ex 10/24/07-Stavroula Lambrakopoulos: M. Sajer | 8.55 | 8.55 | 1 |
| 14120494 | 10 | 06999 | 2 Nov 2007 | Fed Ex 10/24/07-Michael Quinn: M. Sajer | 20.36 | 20.36 | 1 |

Proforma Number:  1271540
Invoice Number:  1740424
Client:  Michael J. Missal, Examiner
Matter Description: Disbursements

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

21 Dec 2007
Batch #:  1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14120500 | 10 | 06999 | 2 Nov 2007 | Fed Ex 10/29/07-Robert Lawton: R. Lawton | 52.42 | 52.42 | 1 |
| 14118626 | 10 | 03999 | 8 Nov 2007 | Long Distance Courier 2-318-05983 10/16/07 | 10.57 | 10.57 | 1 |
| 14118647 | 10 | 03999 | 8 Nov 2007 | Long Distance Courier 2-318-05983 10/16/07 - M. Goodenow 10/5/07 | 10.57 | 10.57 | 1 |
| 14118999 | 10 | 03999 | 8 Nov 2007 | Long Distance Courier 2-318-05983 10/16/07 - M. Arnott 10/8/07 | 27.55 | 27.55 | 1 |
| 14119000 | 10 | 03999 | 8 Nov 2007 | Long Distance Courier 2-318-05983 10/6/07 - N. Gupta 10/11/07 | 11.48 | 11.48 | 1 |
| 14119001 | 10 | 03999 | 8 Nov 2007 | Long Distance Courier 2-318-05983 10/6/07 - N. Gupta 10/11/07 | 11.48 | 11.48 | 1 |
| 14119002 | 10 | 03999 | 8 Nov 2007 | Long Distance Courier 2-318-05983 10/6/07 - N. Gupta 10/11/07 | 11.48 | 11.48 | 1 |
| 14119004 | 10 | 03999 | 8 Nov 2007 | Long Distance Courier 2-318-05983 10/6/07 - N. Gupta 10/11/07 | 11.48 | 11.48 | 1 |
| 14119005 | 10 | 03999 | 8 Nov 2007 | Long Distance Courier 2-318-05983 10/6/07 - N. Gupta 10/11/07 | 11.48 | 11.48 | 1 |
| 14119006 | 10 | 03999 | 8 Nov 2007 | Long Distance Courier 2-318-05983 10/6/07 - N. Gupta 10/11/07 | 11.48 | 11.48 | 1 |
| 14119008 | 10 | 03999 | 8 Nov 2007 | Long Distance Courier 2-318-05983 10/6/07 - N. Gupta 10/11/07 | 11.48 | 11.48 | 1 |
| 14119019 | 10 | 03999 | 8 Nov 2007 | Long Distance Courier 2-318-05983 10/6/07 - N. Gupta 10/11/07 | 11.48 | 11.48 | 1 |
| 14119021 | 10 | 03999 | 8 Nov 2007 | Long Distance Courier 2-318-05983 10/6/07 - N. Gupta 10/11/07 | 11.48 | 11.48 | 1 |
| 14123943 | 10 | 03999 | 13 Nov 2007 | Long Distance Courier 2-331-09981 10/17/07-10/23/07 - K. McColgan | 13.09 | 13.09 | 1 |
| 14145891 | 10 | 08999 | 16 Nov 2007 | Long Distance Courier Fed Ex Inv.2-377-24785 11/8 Amanda Koetner | 59.12 | 59.12 | 2 |
| 14145981 | 10 | 08999 | 16 Nov 2007 | Long Distance Courier Fed Ex Inv.2-377-24785 | 11.09 | 11.09 | 1 |

Proforma Number: 12715540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

21 Dec 2007
Batch #: 1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (11) 11

## KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14142026 | 10 | 10999 | 28 Nov 2007 | 11/9  I.Wolf to J.P. DiCanio | 63.91 | 63.91 | 1 |
| 14142029 | 10 | 10999 | 28 Nov 2007 | Long Distance Courier-FedEx-Invoice #23766355-11/16/07, To: Kevin McColgan | 38.50 | 38.50 | 1 |
| 14142030 | 10 | 10999 | 28 Nov 2007 | Long Distance Courier-FedEx-Invoice #23766355-11/16/07, To: Kevin McColgan | 38.50 | 38.50 | 1 |
| 14142034 | 10 | 10999 | 28 Nov 2007 | Long Distance Courier-FedEx-Invoice #23766355-11/16/07, To: Kevin McColgan | 38.50 | 38.50 | 1 |
| 14142042 | 10 | 10999 | 28 Nov 2007 | Long Distance Courier-FedEx-Invoice #23766355-11/16/07, To: Kevin McColgan | 51.09 | 51.09 | 1 |
| 14143582 | 10 | 03999 | 29 Nov 2007 | Long Distance Courier 2-356-34013 11/6/07  -  M. Goodnow  10/30/07 | 25.99 | 25.99 | 1 |
| 14143583 | 10 | 03999 | 29 Nov 2007 | Long Distance Courier 2-356-34013 11/6/07  -  M. Goodnow  10/30/07 | 13.09 | 13.09 | 1 |
| 14144320 | 10 | 03999 | 29 Nov 2007 | Long Distance Courier 2-356-34013 11/6/07  -  M. Arnott  10/31/07 | 10.57 | 10.57 | 1 |
| 14144882 | 10 | 03999 | 29 Nov 2007 | Long Distance Courier  -  S. Kurian  11/1/07 2-356-34013 11/6/07 | 58.98 | 58.98 | 1 |
| | | | | Subtotal Long Distance Courier | 655.77 | 655.77 | |
| 14157018 | 14 | 36057 | 30 Nov 2007 | Lexis  -  JWC  -  11/01/2007  -  11/30/2007 USER DEFINED 1:  CHAFFIN, WALKER USER DEFINED 2:  MISSAL | 1,094.14 | 1,094.14 | 1 |
| 14157019 | 14 | 31007 | 30 Nov 2007 | Lexis  -  BAO  -  11/01/2007  -  11/30/2007 USER DEFINED 1:  OCHS, BRIAN | 4,825.51 | 4,825.51 | 1 |
| 14157020 | 14 | 32084 | 30 Nov 2007 | Lexis  -  AP  -  11/01/2007  -  11/30/2007 USER DEFINED 1:  PORTER, ANDREW | 281.88 | 281.88 | 1 |
| 14157021 | 14 | 32106 | 30 Nov 2007 | Lexis  -  ACF  -  11/01/2007  -  11/30/2007 USER DEFINED 1:  FRISBEE, ALLISON | 13.62 | 13.62 | 1 |
| 14157022 | 14 | 36057 | 30 Nov 2007 | Lexis  -  JWC  -  11/01/2007  -  11/30/2007 | 1,042.13 | 1,042.13 | 1 |

Proforma Number: 1271540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

21 Dec 2007
Batch #: 1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (12) 12

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14157023 | 14 | 03580 | 30 Nov 2007 | USER DEFINED 1: CHAFFIN, WALKER<br>USER DEFINED 2: DC | | | |
| 14157024 | 14 | 08362 | 30 Nov 2007 | Lexis - EAX - 11/01/2007 - 11/30/2007<br>USER DEFINED 1: KOEPPEL, ERIN | 1,857.56 | 1,857.56 | 1 |
| 14157025 | 14 | 10152 | 30 Nov 2007 | Lexis - JHR - 11/01/2007 - 11/30/2007<br>USER DEFINED 1: ROEBER, JUSTIN | 162.07 | 162.07 | 1 |
| | 14 | | | Lexis - KSA - 11/01/2007 - 11/30/2007<br>USER DEFINED 1: ASFOUR, KEVIN | 79.84 | 79.84 | 1 |
| | | | | Subtotal Lexis Research | 9,356.75 | 9,356.75 | |
| 14155347 | 142 | 10999 | 30 Nov 2007 | Parking Validations-J. Bornstein-10/19/07 | 72.00 | 72.00 | 3 |
| | | | | Subtotal Parking / Mileage | 72.00 | 72.00 | |
| 14157649 | 15 | 32106 | 26 Nov 2007 | Westlaw - ACF - 11/19/2007 - 11/26/2007<br>USER DEFINED 1: FRISBEE, ALEX | 104.78 | 104.78 | 1 |
| | | | | Subtotal Westlaw Research | 104.78 | 104.78 | |
| 14116974 | 23h | 03999 | 7 Nov 2007 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP 9/3 Lunch for JCS, M. Missal, S. Topetzes, & C. Gibson 8/28 Lunch M. Quinn from LA - J. Shuttleworth 9/3/07<br>Voucher # 960105          Check # 3018966 | 70.32 | 70.32 | 1 |
| 14134074 | 23h | 03999 | 20 Nov 2007 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Meal - J. Catano 11/9/07<br>Voucher # 964474          Check # 3019165 | 11.65 | 11.65 | 1 |
| 14134075 | 23h | 03999 | 20 Nov 2007 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Dinner - L. Gaiser 11/7/07<br>Voucher # 964474          Check # 3019165 | 12.00 | 12.00 | 1 |
| 14151916 | 23h | 03999 | 30 Nov 2007 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Lunch MJM, JCS, & C. Gibson - Mileage - M. Missal 11/30/07<br>Voucher # 967696          Check # 3019956 | 60.98 | 60.98 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Proforma Number: 12771540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

Page (13) 13

21 Dec 2007
Batch #: 1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14154917 | 24 | 03999 | 30 Nov 2007 | Color Copying/Printing - D. Brockway 11/21/07 | 3.00 | 3.00 | 3 |
| | | | | Subtotal OT Dinner, Cabs, Parking | 154.95 | 154.95 | |
| 14155084 | 24 | 03999 | 30 Nov 2007 | Color Copying/Printing - D. Brockway 11/21/07 | 15.00 | 15.00 | 15 |
| | | | | Subtotal Color Copying/Printing | 18.00 | 18.00 | |
| 14142736 | 32h | 32101 | 6 Sep 2007 | Travel Expenses - Chris Hopfensperger Voucher # 966273      Check # 3019421 | 337.14 | 337.14 | 1 |
| 14142816 | 32h | 03173 | 30 Oct 2007 | Travel Expenses - David T. Case 10/30 - 10/31/07 Travel to Irvine, Ca Voucher # 966350      Check #: 3019422 | 520.40 | 520.40 | 1 |
| 14142811 | 32h | 03173 | 4 Nov 2007 | Travel Expenses - David T. Case 11/04 - 11/06/07 Travel to Irvine, Ca Voucher # 966348      Check # 3019422 | 492.41 | 492.41 | 1 |

Proforma Number: 1271540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

21 Dec 2007
Batch #: 1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (14) 14

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14114179 | 32h | 11073 | 5 Nov 2007 | Travel Expenses - Jeff Bornstein, Parking at SFO, 10/19 Voucher # 959465 Check # 48653 | 33.00 | 33.00 | 1 |
| 14114180 | 32h | 11073 | 5 Nov 2007 | Travel Expenses - Jeff Bornstein, Mileage from home to SFO, 10/19 Voucher # 959465 Check # 48653 | 9.70 | 9.70 | 1 |
| 14142654 | 32h | 03063 | 6 Nov 2007 | Travel Expenses - Lawrence Coe Lamper Travel to New York 11/06 - 11/07/07 L.Lamper Voucher # 966218 Check # 49265 | 714.28 | 714.28 | 1 |
| 14142233 | 32h | 32030 | 10 Nov 2007 | Travel Expenses - Lisa M. Richman Trip to Los Angeles for interview with former employee Voucher # 966113 Check # 49282 | 284.06 | 284.06 | 1 |
| 14122024 | 32h | 11077 | 12 Nov 2007 | Travel Expenses - Leah Shough, Hotel, LA interviews, 8/3 Voucher # 961576 Check # 11010192 | 338.10 | 338.10 | 1 |
| 14122111 | 32h | 11077 | 12 Nov 2007 | Travel Expenses - Leah Shough, Parking, prepare for interview, 10/6 Voucher # 961579 Check # 11010192 | 10.00 | 10.00 | 1 |
| 14142553 | 32h | 03580 | 12 Nov 2007 | Travel Expenses - Erin A. Koeppel Reserved Conference Room at Warner Theatre Marriott Voucher # 966171 Check # 49904 | 454.65 | 454.65 | 1 |
| 14142625 | 32h | 32103 | 12 Nov 2007 | Travel Expenses - Amanda Koetner Travel to Irvine,CA 11/12 - 11/14/07 Voucher # 966204 Check # 49259 | 771.95 | 771.95 | 1 |
| 14142628 | 32h | 03063 | 12 Nov 2007 | Travel Expenses - Lawrence Coe Lamper Travel to Woodland Hills CA 11/12 - 11/14/07 Voucher # 966207 Check # 49265 | 1,147.14 | 1,147.14 | 1 |
| 14143781 | 32h | 03238 | 15 Nov 2007 | Travel Expenses - Stephen G. Topetzes Los Angeles, CA 11/15/07 Voucher # 966597 Check # 49271 | 76.51 | 76.51 | 1 |
| 14128349 | 32h | 32083 | 16 Nov 2007 | Travel Expenses - Seba P. Kurian Cibo Express - National Airport 11/4/07 Voucher # 963021 Check # 48911 | 5.40 | 5.40 | 1 |
| 14128350 | 32h | 32083 | 16 Nov 2007 | Travel Expenses - Seba P. Kurian Potbelly Sandwich Works - National Airport 11/4/07 | 4.52 | 4.52 | 1 |

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

Proforma Number: 1271540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

21 Dec 2007
Batch #: 1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (15) 15

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14128351 | 32h | 32083 | 16 Nov 2007 | Voucher # 963021                              Check # 48911 | 10.70 | 10.70 | 1 |
| 14128352 | 32h | 32083 | 16 Nov 2007 | Travel Expenses - Seba P. Kurian Irving Marriott - Irvine, CA 11/4/07 Voucher # 963021                              Check # 48911 | 5.66 | 5.66 | 1 |
| 14128353 | 32h | 32083 | 16 Nov 2007 | Travel Expenses - Seba P. Kurian Starbucks - Irvine, CA 11/5/07 Voucher # 963021                              Check # 48911 | 6.94 | 6.94 | 1 |
| 14128354 | 32h | 32083 | 16 Nov 2007 | Travel Expenses - Seba P. Kurian Starbuck Coffee - Newark Airport 11/6/07 Voucher # 963021                              Check # 48911 | 14.00 | 14.00 | 1 |
| 14128355 | 32h | 32083 | 16 Nov 2007 | Travel Expenses - Seba P. Kurian Taxi - DC office to residence 11/4/07 Voucher # 963021                              Check # 48911 | 6.00 | 6.00 | 1 |
| 14128356 | 32h | 32083 | 16 Nov 2007 | Travel Expenses - Seba P. Kurian Taxi - Hotel to Irvine office 11/5/07 Voucher # 963021                              Check # 48911 | 34.00 | 34.00 | 1 |
| 14128357 | 32h | 32083 | 16 Nov 2007 | Travel Expenses - Seba P. Kurian Parking - National Airport 11/6/07 Voucher # 963021                              Check # 48911 | 318.00 | 318.00 | 1 |
| 14128398 | 32h | 31007 | 16 Nov 2007 | Travel Expenses - Seba P. Kurian Marriott Irvine - Irvine, CA 11/5/06 Voucher # 963021                              Check # 48911 | 214.05 | 214.05 | 1 |
| 14128399 | 32h | 31007 | 16 Nov 2007 | Travel Expenses - Brian A. Ochs Trip to Irvine, CA to interview former legal dept. employee Crowne Plaza Hotel 11/4/07 Voucher # 963030                              Check # 48898 | 9.00 | 9.00 | 1 |
| 14128400 | 32h | 31007 | 16 Nov 2007 | Travel Expenses - Brian A. Ochs Taxi to Crowne Plaza Hotel 11/4/07 Voucher # 963030                              Check # 48898 | 6.19 | 6.19 | 1 |
| 14128401 | 32h | 31007 | 16 Nov 2007 | Travel Expenses - Brian A. Ochs Lunch 11/5/07 Voucher # 963030                              Check # 48898 | 20.00 | 20.00 | 1 |
|  |  |  |  | Travel Expenses - Brian A. Ochs Dinner 11/4: Tidewater Landing Voucher # 963030                              Check # 48898 |  |  |  |

Proforma Number: 1271540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

21 Dec 2007
Batch #: 1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (16) 16

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14128402 | 32h | 31007 | 16 Nov 2007 | Travel Expenses - Brian A. Ochs Washington Flyer: from Dulles to Residence Voucher # 963030          Check # 48898 | 60.00 | 60.00 | 1 |
| 14129438 | 32h | 32015 | 16 Nov 2007 | Travel Expenses - Jonathan D. Borrowman Hotel in California 11/5/07 Voucher # 963254          Check # 48934 | 216.55 | 216.55 | 1 |
| 14129439 | 32h | 32015 | 16 Nov 2007 | Travel Expenses - Jonathan D. Borrowman Dinner J. Borrowman, B. Ochs, D. Case 11/5/07 Voucher # 963254          Check # 48934 | 18.41 | 18.41 | 1 |
| 14129440 | 32h | 32015 | 16 Nov 2007 | Travel Expenses - Jonathan D. Borrowman Taxi cab from airport to residence 11/5/07 Voucher # 963254          Check # 48934 | 35.00 | 35.00 | 1 |
| 14129446 | 32h | 03079 | 16 Nov 2007 | Travel Expenses - Glenn R. Reichardt Hotel: Marriott Irvine 11/9/07 Voucher # 963256          Check # 48875 | 360.00 | 360.00 | 1 |
| 14129447 | 32h | 03079 | 16 Nov 2007 | Travel Expenses - Glenn R. Reichardt Hertz Rental Car 11/9/07 Voucher # 963256          Check # 48875 | 84.19 | 84.19 | 1 |
| 14129448 | 32h | 03079 | 16 Nov 2007 | Travel Expenses - Glenn R. Reichardt Parking at Dulles Airport 11/9/07 Voucher # 963256          Check # 48875 | 30.00 | 30.00 | 1 |
| 14129449 | 32h | 03079 | 16 Nov 2007 | Travel Expenses - Glenn R. Reichardt Dinner for flight 11/8/07 Voucher # 963256          Check # 48875 | 6.90 | 6.90 | 1 |
| 14130129 | 32h | 06048 | 19 Nov 2007 | Travel Expenses - Robert Lawton 10/30-11/1 Hotel expense: interviews in Irvine CA: RLAWTON Voucher # 963372          Check # 49003 | 285.07 | 285.07 | 1 |
| 14130130 | 32h | 06048 | 19 Nov 2007 | Travel Expenses - Robert Lawton 10/30 - 11/1 Parking, mileage, tolls: interviews in Irvine CA: RLAWTON Voucher # 963372          Check # 49003 | 292.22 | 292.22 | 1 |
| 14131847 | 32h | 11073 | 19 Nov 2007 | Travel Expenses - Jeff Bornstein, Parking at SFO, 11/7 Voucher # 963516          Check # 49083 | 33.00 | 33.00 | 1 |
| 14131850 | 32h | 11073 | 19 Nov 2007 | Travel Expenses - Jeff Bornstein, (20 miles) | 9.70 | 9.70 | 1 |

Proforma Number: 1271540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

21 Dec 2007
Batch #: 1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14143787 | 32h | 03238 | 19 Nov 2007 | Travel Expenses - Stephen G. Topetzes New York 11/19/07 From home to SFO, 11/7 Voucher # 963516 Check # 49083 Voucher # 966599 Check # 49271 | 17.00 | 17.00 | 1 |
| 14132232 | 32h | 32071 | 20 Nov 2007 | Travel Expenses - Andrew McFall Irvine, CA 11/8 (hotel expenses) Voucher # 964071 Check # 48906 | 318.10 | 318.10 | 1 |
| 14140648 | 32h | 03216 | 27 Nov 2007 | Travel Expenses - Carey International, Inc. - INV# 20100068, 11/11/19 - TRANS. IN LA ON 11/15 Voucher # 965757 Check # 1047189 | 128.12 | 128.12 | 1 |
| 14142013 | 32h | 10999 | 28 Nov 2007 | Travel Expenses - Timothy W. Fredricks 11/07/07 - Mileage for travel to Orange County for interview Voucher # 966053 Check # 49413 | 34.92 | 34.92 | 1 |
| 14142014 | 32h | 10999 | 28 Nov 2007 | Travel Expenses - Timothy W. Fredricks 11/12/07 - Mileage for travel to Orange County for interview Voucher # 966053 Check # 49413 | 34.92 | 34.92 | 1 |
| 14142277 | 32h | 10999 | 28 Nov 2007 | Travel Expenses - Jennifer Wayne 10/19/07 - Round trip mileage to Irvine to attend P. Flanaghan interview Voucher # 966149 Check # 49407 | 50.92 | 50.92 | 1 |
| 14142278 | 32h | 10999 | 28 Nov 2007 | Travel Expenses - Jennifer Wayne 10/19/07 - Parking in Irvine to attend P. Flanaghan interview Voucher # 966149 Check # 49407 | 12.50 | 12.50 | 1 |
| 14127073 | 34h | 03999 | 8 Oct 2007 | Cab Fare - Red Top Transportation Fr 1601 to Nutley St - J. Borrowman 10/23/07 Voucher # 962735 Check # 3019126 | 36.23 | 36.23 | 1 |
| 14127082 | 34h | 03173 | 8 Oct 2007 | Cab Fare - Red Top Transportation Fr Elizabeth Dr to IAD - D. Case 10/30/07 Voucher # 962735 Check # 3019126 | 46.52 | 46.52 | 1 |
| | | | | Subtotal Travel Expenses | 7,871.32 | 7,871.32 | |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Proforma Number: 1271540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

21 Dec 2007
Batch #:  1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14127083 | 34h | 03173 | 8 Oct 2007 | Cab Fare - Red Top Transportation Fr Elizabeth Dr to 1601 - D. Case 10/18/07 Voucher # 962735    Check #    3019126 | 39.07 | 39.07 | 1 |
| 14114177 | 34h | 11073 | 5 Nov 2007 | Cab Fare - Jeff Bornstein, Cab from LAX to LA office. 10//19 Voucher # 959465    Check #    48653 | 52.00 | 52.00 | 1 |
| 14114178 | 34h | 11073 | 5 Nov 2007 | Cab Fare - Jeff Bornstein, Cab from LA office to LAX, 10/19 Voucher # 959465    Check #    48653 | 45.00 | 45.00 | 1 |
| 14145725 | 34h | 32103 | 5 Nov 2007 | Cab Fare - Amanda Kostner Travel to and from K&L 10/5 - 10/07 Voucher # 967136    Check #    49259 | 80.00 | 80.00 | 1 |
| 14117538 | 34h | 03173 | 7 Nov 2007 | Cab Fare - Red Top Transportation Fr K&L 1601 to IAD - D. Case 10/16/07 Voucher # 960392    Check #    3019127 | 81.77 | 81.77 | 1 |
| 14122027 | 34h | 11077 | 12 Nov 2007 | Cab Fare - Leah Shough, Cab to airport, LA interviews, 7/3 Voucher # 961576    Check #    11010192 | 100.00 | 100.00 | 1 |
| 14122028 | 34h | 11077 | 12 Nov 2007 | Cab Fare - Leah Shough, Hotel, LA witness interviews, 7/25 Voucher # 961576    Check #    11010192 | 45.85 | 45.85 | 1 |
| 14122030 | 34h | 11077 | 12 Nov 2007 | Cab Fare - Leah Shough, Cab to airport, LA interviews, 7/24 Voucher # 961576    Check #    11010192 | 45.00 | 45.00 | 1 |
| 14122102 | 34h | 11077 | 12 Nov 2007 | Cab Fare - Leah Shough, Cab, review of documents, 9/17 Voucher # 961579    Check #    11010192 | 35.00 | 35.00 | 1 |
| 14122103 | 34h | 11077 | 12 Nov 2007 | Cab Fare - Leah Shough, Cab, review of documents, 10/8 Voucher # 961579    Check #    11010192 | 30.00 | 30.00 | 1 |
| 14122105 | 34h | 11077 | 12 Nov 2007 | Cab Fare - Leah Shough, Cab, LA interviews, 10/10 Voucher # 961579    Check #    11010192 | 35.00 | 35.00 | 1 |
| 14122106 | 34h | 11077 | 12 Nov 2007 | Cab Fare - Leah Shough, Cab, prepare of investigation, 9/13 | 35.00 | 35.00 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Proforma Number: 12715440
Invoice Number: 1740424
Client:  Michael J. Missal, Examiner
Matter Description: Disbursements

21 Dec 2007
Batch #:  1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14122107 | 34h | 11077 | 12 Nov 2007 | Cab Fare - Leah Shough, Cab, review of documents, 10/9<br>Voucher # 961579          Check # 11010192 | 32.00 | 32.00 | 1 |
| 14122109 | 34h | 11077 | 12 Nov 2007 | Cab Fare - Leah Shough, Cab, review of documents, 9/25<br>Voucher # 961579          Check # 11010192 | 30.00 | 30.00 | 1 |
| 14131848 | 34h | 11073 | 19 Nov 2007 | Cab Fare - Jeff Bornstein, Cab from airport to office, 11/7<br>Voucher # 963516          Check # 49083 | 9.00 | 9.00 | 1 |
| 14139256 | 34h | 08378 | 26 Nov 2007 | Cab Fare - Dial Car Inc. K.Elliot 599 to Brooklyn 10/25 inv.1048915<br>Voucher # 965426          Check # 8012732 | 54.57 | 54.57 | 1 |
| 14140769 | 34h | 08999 | 27 Nov 2007 | Cab Fare - Communicar Inc L.Lanpher 599 Lex to LGA 11/8 inv.1407864<br>Voucher # 965801          Check # 8012753 | 53.55 | 53.55 | 1 |
| | | | | Subtotal Cab Fare | 885.56 | 885.56 | |
| 14122031 | 35h | 11077 | 12 Nov 2007 | Air Fare - Leah Shough, Southwest airfare, LA witness interviews, 7/25<br>Voucher # 961576          Check # 11010192 | 130.40 | 130.40 | 1 |
| 14133356 | 35h | 06048 | 20 Nov 2007 | Air Fare - American Express Airfare Dulles-Long Beach-Dulles 10/1/07: RAL<br>Voucher # 964162          Check # 1046847 | 285.00 | 285.00 | 1 |
| 14133357 | 35h | 06048 | 20 Nov 2007 | Air Fare - American Express 10/2 Airfare Dulles - Long Beach- Dulles: RAL<br>Voucher # 964162          Check # 1046847 | 135.00 | 135.00 | 1 |
| 14136934 | 35h | 03173 | 21 Nov 2007 | Air Fare - American Express AmEx 10/28/07 STRIP - D. Case - 10/01/07 - Ticket Fee<br>Voucher # 965073          Check # 1046846 | 34.00 | 34.00 | 1 |
| 14136935 | 35h | 03173 | 21 Nov 2007 | Air Fare - American Express AmEx 10/28/07 STRIP - D. Case - 10/24/07 - Long Beach<br>Voucher # 965073          Check # 1046846 | 577.30 | 577.30 | 1 |
| 14156936 | 35h | 03173 | 21 Nov 2007 | Air Fare - American Express AmEx 10/28/07 STRIP | 442.30 | 442.30 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Proforma Number: 1271540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

21 Dec 2007
Batch #: 1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14136937 | 35h | 03173 | 21 Nov 2007 | Air Fare - D. Case - 10/24/07 - Long Beach<br>Voucher # 965073         Check # 1046846 | 34.00 | 34.00 | 1 |
| 14136938 | 35h | 03173 | 21 Nov 2007 | Air Fare - American Express AmEx 10/28/07 STRIP<br>- D. Case - 09/25/07 - Ticket Fee<br>Voucher # 965073         Check # 1046846 | 34.00 | 34.00 | 1 |
| 14136939 | 35h | 03214 | 21 Nov 2007 | Air Fare - American Express AmEx 10/28/07 STRIP<br>- D. Case - 09/26/07 - Ticket Fee<br>Voucher # 965073         Check # 1046846 | 410.00 | 410.00 | 1 |
| 14136941 | 35h | 03620 | 21 Nov 2007 | Air Fare - American Express AmEx 10/28/07 STRIP<br>- D. Deibert - 10/16/07 - NY<br>Voucher # 965073         Check # 1046846 | 1,116.90 | 1,116.90 | 1 |
| 14136955 | 35h | 03063 | 21 Nov 2007 | Air Fare - American Express AmEx 10/28/07 STRIP<br>- E. Fishman - 10/02/07 - Seattle<br>Voucher # 965073         Check # 1046846 | 267.90 | 267.90 | 1 |
| 14136956 | 35h | 03063 | 21 Nov 2007 | Air Fare - American Express AmEx 10/28/07 STRIP<br>- L. Lampher - 10/15/07 - Long Beach<br>Voucher # 965073         Check # 1046846 | 364.40 | 364.40 | 1 |
| 14136957 | 35h | 03063 | 21 Nov 2007 | Air Fare - American Express AmEx 10/28/07 STRIP<br>- L. Lampher - 10/15/07 - Long Beach<br>Voucher # 965073         Check # 1046846 | 50.00 | 50.00 | 1 |
| 14136964 | 35h | 32071 | 21 Nov 2007 | Air Fare - American Express AmEx 10/28/07 STRIP<br>- L. Lampher - 10/11/07 - Ticket Fee<br>Voucher # 965073         Check # 1046846 | 317.30 | 317.30 | 1 |
| 14137004 | 35h | 31007 | 21 Nov 2007 | Air Fare - American Express AmEx 10/28/07 STRIP<br>- A. Mills - 10/24/07 - Long Beach<br>Voucher # 965073         Check # 1046846 | 434.80 | 434.80 | 1 |
| 14137021 | 35h | 03079 | 21 Nov 2007 | Air Fare - American Express AmEx 10/28/07 STRIP<br>- Ochs - 10/12/07 - ATL - CA<br>Voucher # 965073         Check # 1046846 | 317.30 | 317.30 | 1 |
| 14137022 | 35h | 32030 | 21 Nov 2007 | Air Fare - American Express AmEx 10/28/07 STRIP<br>- G. Reichardt - 10/24/07 - Long Beach<br>Voucher # 965073         Check # 1046846 | 685.96 | 685.96 | 1 |
| | | | | Air Fare - American Express AmEx 10/28/07 STRIP<br>- L. Richman - 09/28/07 - Az<br>Voucher # 965073         Check # 1046846 | | | |

Proforma Number: 1271540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

Page (21) 21

21 Dec 2007
Batch #: 1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14137033 | 35h | 03238 | 21 Nov 2007 | Air Fare - American Express AmEx 10/28/07 STRIP - S. Topetzes - 10/23/07 - Ticket Fee Voucher # 965073 Check # 1046846 | 14.00 | 14.00 | 1 |
| 14137034 | 35h | 03238 | 21 Nov 2007 | Air Fare - American Express AmEx 10/28/07 STRIP - S. Topetzes - 09/28/070 - A2 Voucher # 965073 Check # 1046846 | 388.80 | 388.80 | 1 |
| 14137035 | 35h | 03238 | 21 Nov 2007 | Air Fare - American Express AmEx 10/28/07 STRIP - S. Topetzes - 09/28/07 - CA Voucher # 965073 Check # 1046846 | 331.16 | 331.16 | 1 |
| 14183384 | 35h | 03238 | 21 Nov 2007 | Air Fare - American Express AmEx BTA - 10/28/07 - S. Topetzes - Amtrak Fee Voucher # 965216 Check # 1046847 | 189.00 | 189.00 | 1 |
| 14183385 | 35h | 03238 | 21 Nov 2007 | Air Fare - American Express AmEx BTA - 10/28/07 - S. Topetzes - Amtrak Fee Voucher # 965216 Check # 1046847 | 203.00 | 203.00 | 1 |
| 14140133 | 35h | 00999 | 27 Nov 2007 | Air Fare - American Express - J.Borrowman - 10/4/07 D.C./Seattle/D.C. Check # 1046847 | 1,138.80 | 1,138.80 | 1 |
| 14140134 | 35h | 00999 | 27 Nov 2007 | Air Fare - American Express - J.Borrowman - 10/5/07 Seattle/D.C. Voucher # 965494 Check # 1046847 | 569.40 | 569.40 | 1 |
| 14140713 | 35h | 00999 | 27 Nov 2007 | Air Fare - American Express - J.Borrowman - 10/5/07 Travel Service Fee Voucher # 965494 Check # 1046847 | 20.00 | 20.00 | 1 |
| 14140714 | 35h | 00999 | 27 Nov 2007 | Air Fare - American Express - J.Borrowman - 10/2/07 Travel Service Fee Voucher # 965494 Check # 1046847 | 34.00 | 34.00 | 1 |
| 14140715 | 35h | 00999 | 27 Nov 2007 | Air Fare - American Express - J.Borrowman - 10/5/07 Travel Service Fee Voucher # 965494 Check # 1046647 | 34.00 | 34.00 | 1 |
| 14146386 | 35h | 11077 | 30 Nov 2007 | Air Fare - American Express, Leah Shough, Check # 1046647 | 661.11 | 661.11 | 1 |
| 14146387 | 35h | 11077 | 30 Nov 2007 | Air Fare - American Express, Leah Shough, airfare, 10/8 Voucher # 967324 | 34.00 | 34.00 | 1 |

Page (22) 22

| | |
|---|---|
| Proforma Number: 1271540 | 21 Dec 2007 |
| Invoice Number: 1740424 | Batch #: 1489594 |
| Client: Michael J. Missal, Examiner | Inventory Manager: Missal, M. J |
| Matter Description: Disbursements | Matter Number: 0309079.00104 |

## KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14146388 | 35h | 11077 | 30 Nov 2007 | airfare ticket fee, 10/8 Voucher # 967324 Check # 1046847 | 34.00 | 34.00 | 1 |
| 14146389 | 35h | 11077 | 30 Nov 2007 | Air Fare - American Express, airfare ticket exchange fee, 10/9 Voucher # 967324 Check # 1046847 | 34.00 | 34.00 | 1 |
| 14146390 | 35h | 11077 | 30 Nov 2007 | Air Fare - American Express, Leah Shough, airfare, 10/12 Voucher # 967324 Check # 1046847 | 262.80 | 262.80 | 1 |
| 14146393 | 35h | 11077 | 30 Nov 2007 | Air Fare - American Express, Leah Shough, airfare ticket fee, 10/12 Voucher # 967324 Check # 1046847 | 34.00 | 34.00 | 1 |
| 14146565 | 35h | 11073 | 30 Nov 2007 | Air Fare - American Express, Leah Shough, service call charge, 10/10 Voucher # 967324 Check # 1046847 | 20.00 | 20.00 | 1 |
| 14146571 | 35h | 11073 | 30 Nov 2007 | Air Fare - American Express, Jeffrey Bornstein, airfare, 10/12 Voucher # 967395 Check # 1046846 | 257.97 | 257.97 | 1 |
| | | | | Air Fare - American Express, Jeffrey Bornstein, airfare ticket fee, 10/12 Voucher # 967395 Check # 1046846 | 34.00 | 34.00 | 1 |
| | | | | **Subtotal: Air Fare** | **9,896.60** | **9,896.60** | |
| 14142655 | 37h | 03063 | 6 Nov 2007 | Business Meal - Lawrence Coe Lampher Travel to New York 11/06 - 11/07/07 L.Lampher Voucher # 966218 Check # 49265 | 17.45 | 17.45 | 1 |
| 14123714 | 37h | 03173 | 13 Nov 2007 | Business Meal - SeamlessWeb Professional Solutions, Inc. Columbia Gourmet Catering - New Century - David Case 10/19/07 Voucher # 96026 Check # 3019028 | 199.14 | 199.14 | 1 |
| 14145728 | 37h | 32103 | 8 Nov 2007 | Business Meal - Amanda Kostner Lunch 11/08/07 Voucher # 967136 Check # 49259 | 10.50 | 10.50 | 1 |
| 14145726 | 37h | 32103 | 7 Nov 2007 | Business Meal - Amanda Kostner Lunch 11/0707 Voucher # 967136 Check # 49259 | 10.84 | 10.84 | 1 |
| 14128946 | 37h | 32083 | 16 Nov 2007 | Business Meal - Seba P. Kurian Working Dinner | 7.98 | 7.98 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (23) 23

21 Dec 2007
Batch #: 1485594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Proforma Number: 12715540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | | | 10/25/07 | Voucher # 963020      Check # 48911 | | | |
| 14128347 | 37h | 32083 | 16 Nov 2007 | Business Meal - Seba P. Kurian Travel between office and personal residence 10/29/07<br>Voucher # 963020      Check # 48911 | 15.00 | 15.00 | 1 |
| 14128348 | 37h | 32083 | 16 Nov 2007 | Business Meal - Seba P. Kurian Travel between office and personal residence 11/1/07<br>Voucher # 963020      Check # 48911 | 15.00 | 15.00 | 1 |
| 14134266 | 37h | 10999 | 20 Nov 2007 | Business Meal - Michael J Quinn 10/31 work dinner w/T.Lendez & K.McColgan of BDO and A. Camron, K. Asfour<br>Voucher # 964544      Check # 49055 | 121.10 | 121.10 | 1 |
| 14134833 | 37h | 32030 | 20 Nov 2007 | Business Meal - Bank of America New Century Luncheon<br>Voucher # 964594      Check # 132212 | 84.56 | 84.56 | 1 |
| 14134834 | 37h | 01173 | 20 Nov 2007 | Business Meal - Bank of America New Century Luncheon<br>Voucher # 964594      Check # 132212 | 139.30 | 139.30 | 1 |
| 14156278 | 37h | 08999 | 25 Nov 2007 | Business Meal - Kristin Elliott 10/25/07 Inv 11/25/07<br>Voucher # 968420      Check # 8012786 | 16.22 | 16.22 | 1 |
| | | | | Subtotal Business Meal | 637.09 | 637.09 | |
| 14141175 | 42h | 11073 | 5 Nov 2007 | Travel Related Meals - Jeff Bornstein, Breakfast at SFO, 10/19<br>Voucher # 959465      Check # 48653 | 11.50 | 11.50 | 1 |
| 14141176 | 42h | 11073 | 5 Nov 2007 | Travel Related Meals - Jeff Bornstein, Food at airport, flight delay at LAX, 10/19<br>Voucher # 959465      Check # 48653 | 25.00 | 25.00 | 1 |
| 14122029 | 42h | 11077 | 12 Nov 2007 | Travel Related Meals - Leah Shough, Meal, LA interviews, 7/24<br>Voucher # 961576      Check # 11010192 | 9.53 | 9.53 | 1 |
| 14121104 | 42h | 11077 | 12 Nov 2007 | Travel Related Meals - Leah Shough, Meal, review of documents, 10/8<br>Voucher # 961579      Check # 11010192 | 20.00 | 20.00 | 1 |

Proforma Number: 1271540
Invoice Number: 17140424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (24)  24

21 Dec 2007
Batch #: 1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14130131 | 42h | 06048 | 19 Nov 2007 | Travel Related Meals - Robert Lawton 10/30 travel meals:interviews in Irvine CA: RLAWTON Check # 49003 | 41.15 | 41.15 | 1 |
| 14130132 | 42h | 06048 | 19 Nov 2007 | Travel Related Meals - Robert Lawton 10/31 travel meal:interviews in Irvine CA: RLAWTON Check # 49003 | 10.77 | 10.77 | 1 |
| 14131846 | 42h | 11073 | 19 Nov 2007 | Travel Related Meals - Jeff Bornstein, Lunch at Airport with L. Shough, 11/7 Check # 49083 | 25.82 | 25.82 | 1 |
| 14131849 | 42h | 11073 | 19 Nov 2007 | Travel Related Meals - Jeff Bornstein, Breakfast, 11/7 Check # 49083 | 5.17 | 5.17 | |
| | | | | Subtotal Travel Related Meals | 148.94 | 148.94 | |
| 14128113 | 43h | 19031 | 26 Oct 2007 | Local Courier - Time Machine Network del. 10/26/2007 Voucher # 962909 Check # 4901 | 299.96 | 299.96 | 1 |
| 14128114 | 43h | 19031 | 26 Oct 2007 | Local Courier - Time Machine Network del. 10/26/2007 Voucher # 962909 Check # 4901 | 157.92 | 157.92 | 1 |
| 14128115 | 43h | 19031 | 26 Oct 2007 | Local Courier - Time Machine Network del. 10/26/2007 Voucher # 962909 Check # 4901 | 157.42 | 157.42 | 1 |
| 14128116 | 43h | 19031 | 30 Oct 2007 | Local Courier - Time Machine Network del. 10/30/2007 Voucher # 962909 Check # 4901 | 187.82 | 187.82 | 1 |
| 14128118 | 43h | 19031 | 31 Oct 2007 | Local Courier - Time Machine Network del. 10/31/2007 Voucher # 962909 Check # 4901 | 127.53 | 127.53 | 1 |
| 14145367 | 43h | 19031 | 1 Nov 2007 | Local Courier - Time Machine Network del. 11/01/2007 Voucher # 967323 Check # 4916 | 121.85 | 121.85 | 1 |
| 14146477 | 43h | 06048 | 2 Nov 2007 | Local Courier - FedEx del. 11/05/2007 - Robert Lawton K&L Gates | 52.42 | 52.42 | 1 |

Proforma Number: 1271540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

21 Dec 2007
Batch #: 1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

Page (25) 25

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14146368 | 43h | 19031 | 5 Nov 2007 | Local Courier - Time Machine Network del. 11/05/2007 Voucher # 967323    Check # 4916 | 72.97 | 72.97 | 1 |
| 14146479 | 43h | 32015 | 6 Nov 2007 | Local Courier - FedEx del. 11/07/2007 - Jon Borrowman K&L Gates Voucher # 967364    Check # 4920 | 66.39 | 66.39 | 1 |
| 14146480 | 43h | 32015 | 6 Nov 2007 | Local Courier - FedEx del. 11/07/2007 - Jon Borrowman K&L Gates Voucher # 967364    Check # 4920 | 62.26 | 62.26 | 1 |
| 14146485 | 43h | 03173 | 6 Nov 2007 | Local Courier - FedEx del. 11/07/2007 - BDO Seidman LLP Voucher # 967364    Check # BDO | 42.53 | 42.53 | 1 |
| 14146450 | 43h | 03173 | 8 Nov 2007 | Local Courier - FedEx del. 11/09/2007 - David Case K&L Gates Voucher # 967352    Check # 4920 | 126.59 | 126.59 | 1 |
| 14146451 | 43h | 03173 | 8 Nov 2007 | Local Courier - FedEx del. 11/09/2007 - David Case K&L Gates Voucher # 967352    Check # 4920 | 54.35 | 54.35 | 1 |
| 14146452 | 43h | 03173 | 8 Nov 2007 | Local Courier - FedEx del. 11/09/2007 - David Case K&L Gates Voucher # 967352    Check # 4920 | 54.35 | 54.35 | 1 |
| 14146453 | 43h | 03173 | 8 Nov 2007 | Local Courier - FedEx del. 11/09/2007 - David Case K&L Gates Voucher # 967352    Check # 4920 | 36.24 | 36.24 | 1 |
| 14146454 | 43h | 03173 | 8 Nov 2007 | Local Courier - FedEx del. 11/09/2007 - David Case K&L Gates Voucher # 967352    Check # 4920 | 48.31 | 48.31 | 1 |
| 14146455 | 43h | 03173 | 8 Nov 2007 | Local Courier - FedEx del. 11/09/2007 - David Case K&L Gates Voucher # 967352    Check # 4920 | 75.49 | 75.49 | 1 |
| 14146456 | 43h | 03173 | 8 Nov 2007 | Local Courier - FedEx del. 11/09/2007 - David Case K&L Gates Voucher # 967352    Check # 4920 | 83.04 | 83.04 | 1 |

Proforma Number: 1271540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

Page (26) 26

21 Dec 2007
Batch #: 1485594
Inventory Manager: Missal, M. J
Matter Number: 0309079.0104

# KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14146457 | 43h | 03620 | 8 Nov 2007 | Local Courier - FedEx del. 11/09/2007 - Edward Fishman K&L Gates Voucher # 967352 Check # 4920 | 42.34 | 42.34 | 1 |
| 14146458 | 43h | 32071 | 9 Nov 2007 | Local Courier - FedEx del. 11/12/2007 - Andy McFall K&L Gates Voucher # 967352 Check # 4920 | 60.28 | 60.28 | 1 |
| 14146459 | 43h | 32071 | 9 Nov 2007 | Local Courier - FedEx del. 11/12/2007 - Andy McFall K&L Gates Voucher # 967352 Check # 4920 | 52.45 | 52.45 | 1 |
| 14146432 | 43h | 11067 | 14 Nov 2007 | Local Courier - FedEx del. 11/15/2007 - Amanda Kostner K&L Gates Voucher # 967344 Check # 4920 | 80.29 | 80.29 | 1 |
| 14146433 | 43h | 11067 | 14 Nov 2007 | Local Courier - FedEx del. 11/15/2007 - Amanda Kostner K&L Gates Voucher # 967344 Check # 4920 | 45.30 | 45.30 | 1 |
| 14146434 | 43h | 03063 | 14 Nov 2007 | Local Courier - FedEx del. 11/15/2007 - Larry Lanpher K&L Gates Voucher # 967344 Check # 4920 | 50.33 | 50.33 | 1 |
| 14146466 | 43h | 03620 | 14 Nov 2007 | Local Courier - FedEx del. 11/14/2007 - K&L Gates DC Voucher # 967352 Check # 4920 | 60.28 | 60.28 | 1 |
| 14141319 | 43h | 03321 | 28 Nov 2007 | Local Courier - Washington Express Services Fr K&L 1601 to Sidley Austin - S. Lambrakopoulos 8/1/07 Voucher # 965913 Check # 3019340 | 6.87 | 6.87 | 1 |
| | | | | Subtotal Local Courier | 2,225.58 | 2,225.58 | |
| 14142701 | 89h | 03580 | 28 Nov 2007 | Service of Subpoena Cost - Capitol Process Services, Inc. Service of Process/Invoice No. 196802 Voucher # 966250 Check # 3019244 | 186.85 | 186.85 | 1 |
| | | | | Subtotal Service of Subpoena Cost | 186.85 | 186.85 | |
| 14142737 | 97h | 32101 | 1 Oct 2007 | Other - Chris Hopfensperger Internet usage Voucher # 966273 Check # 3019421 | 17.90 | 17.90 | 1 |

Proforma Number: 12771540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

21 Dec 2007
Batch #: 1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14119146 | 97h | 35099 | 8 Nov 2007 | Other - American Express - 10/28/07 - DC Facilities - Impact Office Supplies - Binders - ( J. Catano ) Voucher # 960977   Check #: 1046182 | 185.91 | 185.91 | 1 |
| 14122664 | 97h | 10999 | 12 Nov 2007 | Other - American Express 10/15 Pacer billing cycle 7/01-9/30/07-124 minutes Voucher # 961807   Check # 1046182 | 9.92 | 9.92 | 1 |
| 14163163 | 97h | 03238 | 13 Nov 2007 | Other - Sidley Austin Brown & Wood KPMG/New Century 70863-42430 - S. Topetzes Voucher # 969565   Check # 3019446 | 222.52 | 222.52 | 1 |
| 14163164 | 97h | 03238 | 13 Nov 2007 | Other - Sidley Austin Brown & Wood KPMG/New Century 70863-42430 - S. Topetzes Voucher # 969567   Check # 3019447 | 1,103.11 | 1,103.11 | 1 |
| 14163165 | 97h | 03238 | 13 Nov 2007 | Other - Sidley Austin Brown & Wood KPMG/New Century 70863-42430 - S. Topetzes Voucher # 969568   Check # 3019448 | 2,233.76 | 2,233.76 | 1 |

Subtotal Other   3,773.12   3,773.12

TOTAL DISBURSEMENTS AND OTHER CHARGES   58,293.59   51,419.50

Proforma Number: 1271540
Invoice Number: 1740424
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

Page (28) 28

21 Dec 2007
Batch #: 1488594
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES SUMMARY

| CODE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT |
|------|-------------|----------------|-----------------|
| 01 | Telephone / Conference Calls / Fx Line Trans | 60.44 | 60.44 |
| 01h | Telephone/Conference Calls | 228.49 | 228.49 |
| 02 | Facsimile | 1.50 | 1.50 |
| 03 | Postage | .97 | .97 |
| 04 | Copying Expense | 7,560.00 | 4,200.00 |
| 05h | Copying Expense (Outside Off.) | 10,344.54 | 10,344.54 |
| 08 | Word Processing | 3,514.09 | .00 |
| 09 | Employee Overtime | 596.25 | 596.25 |
| 09 | Long Distance Courier | 556.77 | 556.77 |
| 10 | Lexis Research | 9,355.75 | 9,355.75 |
| 142 | Parking / Mileage | 72.00 | 72.00 |
| 15 | Westlaw Research | 104.78 | 104.78 |
| 23h | OT Dinner, Cabs, Parking | 154.95 | 154.95 |
| 24 | Color Copying/Printing | 18.00 | 18.00 |
| 32h | Travel Expenses | 7,871.32 | 7,871.32 |
| 34h | Cab Fare | 885.56 | 885.56 |
| 35h | Air Fare | 9,896.60 | 9,896.60 |
| 37h | Business Meal | 637.09 | 637.09 |
| 42h | Travel Related Meals | 148.94 | 148.94 |
| 43h | Local Courier | 2,225.58 | 2,225.58 |
| 89h | Service of Subpoena Cost | 186.85 | 186.85 |
| 97h | Other | 3,773.12 | 3,773.12 |

TOTAL DISBURSEMENTS AND OTHER CHARGES    58,293.59    51,419.50