# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **(Jointly Administered)** |
| | : | |
| Debtors. | : | Objection Deadline: January 14, 2008 at 4:00 p.m. |
| | : | Hearing Date: N/A |
| | : | |

## SECOND MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP, ACCOUNTANTS TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2007 THROUGH NOVEMBER 30, 2007

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP |
| Authorized to Provide Professional Services to: | Accountants for Debtors and Debtors in Possession |
| Date of Retention: | July 30, 2007, *nunc pro tunc* to April 2, 2007 |
| Period for which compensation and reimbursement is sought: | August 1, 2007 through November 30, 2007[2] |

---

[1]  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2]  This Application may include time expended before the time period indicated above that has not been included in any prior application. The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

| Amount of Compensation sought as actual, reasonable and necessary: | $43,181.00 |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a:   _x_ monthly       __ interim       __ final application.

The total time expended for fee application preparation is approximately 36.0 hours and the corresponding compensation requested is approximately $14,643.50.

## SUMMARY OF APPLICATIONS PREVIOUSLY SUBMITTED:

This is the second fee application filed by PricewaterhouseCoopers LLP.

| Fee Application | | | Requested | | Awarded | |
|---|---|---|---|---|---|---|
| Date Filed | App | Period Covered | Fees | Expenses | Fees | Expenses |
| 12/04/2007 | 1 | 04/02/07 - 07/31/07 | $132,331.68 | $3,693.61 | | |
| 11/26/2007 | 2 | 08/01/07 - 11/30/07 | $43,181.00 | $0.00 | | |

## SUMMARY OF PROFESSIONALS:

| Name of Professional | Position of the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeffrey R. Boyle | Partner | $ 675.00 | 3.00 | $ 2,025.00 |
| Steven L Skalak | Partner | $ 675.00 | 5.00 | $ 3,375.00 |
| Bryan R Judice | Director | $ 425.00 | 24.60 | $ 10,455.00 |
| Neil Keenan | Director | $ 425.00 | 52.30 | $ 22,227.50 |
| Andrea Clark Smith | Manager | $ 360.00 | 10.10 | $ 3,636.00 |
| Alyson Marie Crisman | Senior Associate | $ 225.00 | 6.50 | $ 1,462.50 |
| | | | 101.50 | $ 43,181.00 |

## COMPENSATION BY PROJECT CATEGORY

| FEES ASSOCIATED WITH THE HOURS | August | September | October | November | Total Fees |
|---|---|---|---|---|---|
| Preparation for and/or attendance at meetings with the SEC, Examiner's Advisors and Representatives for Creditors Committee | $22,187.50 | $6,350.00 | $0.00 | $0.00 | $28,537.50 |
| Monthly, Interim and Final Fee Applications | $0.00 | $0.00 | $1,935.50 | $12,708.00 | $14,643.50 |
| **Total Post-Petition Fees** | **$22,187.50** | **$6,350.00** | **$1,935.50** | **$12,708.00** | **$43,181.00** |

## EXPENSE SUMMARY

PricewaterhouseCoopers did not incur any expenditure during the Application period.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **NEW CENTURY TRS HOLDINGS,** : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] : | |
| : | **(Jointly Administered)** |
| : | |
| **Debtors.** : | Objection Deadline: January 14, 2008 at 4:00 p.m. |
| : | Hearing Date: N/A |
| : | |

**SECOND MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP,
ACCOUNTANTS TO THE DEBTORS AND DEBTORS IN POSSESSION,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD
AUGUST 1, 2007 THROUGH NOVEMBER 30, 2007**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure[2] (the "Bankruptcy Rules"), and the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 [Docket No. 389] (the "Administrative Order"), PricewaterhouseCoopers LLP ("PwC") hereby files this Second Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of

---

1  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

2  PwC was granted a waiver of the information requirements set forth in Local Rule 2016-2(d) for the limited purposes of permitting the firm to maintain time records in 1/2-hour increments.

Expenses as Accountant to the Debtors and Debtors in Possession for the Period From August 1, 2007 through November 30, 2007 (the "Application"). By this Application, PwC seeks a monthly allowance pursuant to the Administrative Order with respect to the sums of $43,181.00 as compensation and $0.00 for reimbursement of actual and necessary expenses for a total of $43,181.00 for the period August 1, 2007 through and including November 30, 2007 (the "Compensation Period"). In support of this Application, PwC respectfully represents as follows:

### Background

1. On April 2, 2007 (the "Petition Date"), New Century Financial Corporation, New Century TRS Holdings, Inc., New Century Mortgage Corporation, NC Capital Corporation, Home123 Corporation, New Century Credit Corporation, NC Asset Holding, L.P., NC Residual III Corporation, NC Residual IV Corporation, New Century R.E.O. Corp., New Century R.E.O. II Corp., New Century R.E.O. III Corp., New Century Mortgage Ventures, LLC, NC Deltex, LLC and NCoral, L.P. (collectively, the Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Court has entered an order authorizing the joint administration of the Debtors' chapter 11 cases for procedural purposes only. The Debtors are operating their business and managing their affairs as debtors and debtors in possession.

2. On February 12, 2007,[3] PricewaterhouseCoopers was engaged to provide accounting advisory services to the Debtors, in connection with the internal investigation, of the repurchase reserve, residual interest in securitization valuations, and any other matters identified by the Audit Committee and their legal counsel.

---

[3] The terms of PricewaterhouseCoopers' appointment was set forth in an engagement letter dated February 12, 2007, between PricewaterhouseCoopers, the Audit Committee of New Century Financial Corporation, and their independent legal counsel, Heller Ehrman LLP. An addendum to the engagement letter was made on March 9, 2007.

3. The Debtors' retention of PwC was approved effective as of the Petition Date by this Court's Order dated July 30, 2007 captioned Order Authorizing Retention of PricewaterhouseCoopers LLP as Accountants for the Debtors and Debtors in Possession (the "Retention Order"). The Retention Order authorized PwC to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### Compensation Paid and It's Source

4. On April 25, 2007, this Court entered the Administrative Order. Pursuant to the procedures set forth in the Administrative Order, professionals may request monthly compensation and reimbursement, and the Notice Parties (as defined in the Administrative Order) may object to such requests. If an objection to a professional's request is not filed and served within twenty (20) days, the Debtors are authorized and directed to promptly pay 80% of the fees and 100% of the expenses requested.

5. All services for which compensation is requested by PwC were performed for or on behalf of the Debtors. PwC has received no payment from any source for services rendered in connection with the matters covered by this Application. There is no agreement or understanding between PwC and any other person other than the partners of PwC for the sharing of compensation to be received for services rendered in these cases.

*Prior Monthly Fee Applications - Inception through July 31, 2007*

6. On December 6, 2007, PricewaterhouseCoopers submitted its First Application for Compensation for Services Rendered and Reimbursement of Expenses as Accountants for the Period from April 2, 2007 through July 31, 2007 (the "First Invoice", Docket No. 4049), requesting $132,331.68 ($248,398.25 less pre-petition amount, $116,066.57) as

compensation[4] in fees and $3,693.61 in expenses, totaling $136,025.29. The time for filing objections to the First Invoice expires on December 27, 2007.

### Relief Requested

7. PricewaterhouseCoopers is filing the attached fee statement (the "Statement") for compensation for professional services rendered and reimbursement of disbursements made in these cases during the Compensation Period. The Statement contains detailed time logs describing the actual and necessary services provided by PricewaterhouseCoopers during the covered period, as well as other detailed information required to be included in fee applications. The Statement is comprised of several exhibits which are attached hereto as **Exhibit A:**

- Exhibit 1, represents the internal PricewaterhouseCoopers invoice submitted to the Debtors, as well as other clients, in the ordinary course of business for our services;

- Exhibit 2, represents a Summary of Fees and Expenses by Project Category

- Exhibit 3, provides the name and position of each professional, together with background experience, cumulative hours worked during the Compensation Period, and hourly billing rates for the hourly compensation; and

- Exhibit 4, provides the daily activity descriptions for the hourly compensation, including the activity description, time and billing rates associated with each activity.

8. Pursuant to the terms of the Administrative Order, if no objection is filed to a Monthly Application within twenty (20) days of the date of the filing of that application, then the Debtors may pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses set forth in the applicable Monthly Application.

---

4    PwC received amounts prior to the Petition Date which were in excess of fees and expenses accrued pre-petition, $116,066.57. PwC informed the Debtors these prepayments would be applied towards fee and expenses that accrue post-petition. As such, PwC will apply this overpayment towards this Application.

## Summary of Services Rendered

9.     PricewaterhouseCoopers professionals categorized their time devoted to this matter on behalf of the Debtors' estates to various project categories. These professional services are generally described below, with a more detailed identification of the actual services provided as set forth on the attached Exhibit 4. The professionals who rendered services are identified, along with the number of hours for each individual and the total compensation sought, in Exhibit 3 attached hereto.

| Category | Total Billed Hours | Total Billing Amount |
|---|---|---|
| Preparation for and/or attendance at meetings with the SEC, Examiner's Advisors and Representatives for Creditors Committee | 65.50 | $28,537.50 |
| Monthly, Interim and Final Fee Applications | 36.00 | $14,643.50 |
| **Grand Total** | **101.50** | **$43,181.00** |

**Preparation for and/or attendance at meetings with the SEC, Examiner's Advisors and Representatives for Creditors Committee - 65.50 HOURS - $28,537.50**

10.     During the Compensation Period, PwC was requested to join Heller Ehrman at several meetings with the SEC, Examiner's Advisors and Creditors Committee, and their advisors. At such meetings, Heller Ehrman and PwC presented to the group the scope of our work on the repurchase reserve, and residual interest in securitization, and shared our findings and observations. The SEC, Examiner's Advisors and Creditors Committee asked questions of PwC to assist them to leverage off the work performed by PwC. Following such meetings, PwC were asked to respond, via e-mail and on conference calls, to questions posed by the SEC, Examiner's Advisors and representatives of the Creditors Committee.

**Monthly, Interim and Final Fee Applications - 36.00 HOURS - $14,643.50**

11. During the Compensation Period, PricewaterhouseCoopers devoted time to the preparation of the initial monthly invoice (Inception through July 2007), as well as the initial draft of this monthly invoice (August 2007 through November 2007). PricewaterhouseCoopers professionals spent time and effort ensuring that these fee applications and the fee and expense detail submitted in connection therewith complied with the Bankruptcy Rules, the Local Rules and the Guidelines. These monthly invoices were finalized by PricewaterhouseCoopers professionals in December 2007; therefore, any additional fees associated with the preparation of related documents will be submitted in subsequent monthly invoices and interim fee applications.

### Valuation of Services

12. PwC professionals have expended a total of 101.50 hours in connection with this matter during the Compensation Period, as follows:

| Position | Name of Professional | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Partner | Jeffrey R. Boyle | $ 675.00 | 3.00 | $2,025.00 |
|  | Steven L Skalak | $ 675.00 | 5.00 | $3,375.00 |
| Partner Total |  |  | 8.00 | $5,400.00 |
| Director | Bryan R Judice | $ 425.00 | 24.60 | $10,455.00 |
|  | Neil Keenan | $ 425.00 | 52.30 | $22,227.50 |
| Director Total |  |  | 76.90 | $32,682.50 |
| Manager | Andrea Clark Smith | $ 360.00 | 10.10 | $3,636.00 |
| Manager Total |  |  | 10.10 | $3,636.00 |
| Senior Associate | Alyson Marie Crisman | $ 225.00 | 6.50 | $1,462.50 |
| Senior Associate Total |  |  | 6.50 | $1,462.50 |
| Grand Total |  |  | 101.50 | $41,181.00 |

The nature of the work performed is fully set forth in <u>Exhibit 4</u> attached hereto. The billing rates set forth represent customary rates that are routinely billed to PricewaterhouseCoopers' many clients, reasonable and charged by most accountants in this marketplace for similar Chapter 11 cases, and agree to the rates disclosed in the Employment. The compensation requested in this Application, totaling $43,181.00, does not exceed the reasonable value of the services rendered.

13. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PwC is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, PwC has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule, given the waiver received in the Retention Order.

WHEREFORE, PwC respectfully request that the Court enter an Order providing that for the Compensation Period, an allowance be made to PwC in the sum of $43,181.00 as compensation for necessary professional services rendered, and the sum of $0.00 for reimbursement of actual necessary costs and expenses, for a total of $43,181.00, and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: December 21, 2007
Philadelphia, Pennsylvania

/s/ Jeffrey R. Boyle
Jeffrey R. Boyle, Partner
PRICEWATERHOUSECOOPERS LLP
Two Commerce Square, Suite 1700
2001 Market Street
Philadelphia, PA 19103
Telephone: (267) 330-3000
Facsimile: (267) 330-3300
*Accountant to the Debtors and Debtors in Possession*

## CERTIFICATION OF PROFESSIONAL

Pursuant to the Guidelines for Applications for Compensation and Reimbursement of Expenses Adopted by the Executive Office for the United States Trustees Pursuant to the Bankruptcy Reform Act 1994, effective January 30, 1996 ("U.S.T. Guidelines") and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") the undersigned, certifies (a) I have read the foregoing application, (b) to the best of my knowledge, information and belief formed after reasonable inquiry, the compensation and expenses reimbursement sought conforms with the U.S.T. Guidelines and Local Rules and (c) the compensation and expenses reimbursement requested are billed at rates and in accordance with practices no less favorable to the Debtor than those customarily employed by PricewaterhouseCoopers LLP generally.

Dated: December 21, 2007
Philadelphia, Pennsylvania

Jeffrey R. Boyle, Partner
PRICEWATERHOUSECOOPERS LLP
Two Commerce Square, Suite 1700
2001 Market Street
Philadelphia, PA 19103
Telephone: (267) 330-3000
Facsimile: (267) 330-3300

*Accountant to the Debtors and Debtors in Possession*