# **EXHIBIT A**

# PRICEWATERHOUSECOOPERS

December 18, 2007

**PAYMENT DUE: 01/02/08**
**INVOICE NUMBER : 1030977947-7**

**SEND CHECK PAYMENT TO:**
PricewaterhouseCoopers LLP
P.O. Box 31001-0068
Pasadena, CA  91110-0068

New Century Audit Committee
C/O Neal Brockmeyer
Heller Ehrman LLP
333 South Hope Street
3900
Los Angeles, CA  90071-3043
USA

**WIRE TRANSFER INSTRUCTIONS:**
Citibank NA, New York, NY
Account #: 30408437
ABA #: 021000089 or Swift #: CITIUS33
**To Credit: PricewaterhouseCoopers LLP**

PwC TAX ID #: 134008324
PwC D&B #: 00-186-37-94

| | |
|---|---|
| For services rendered as Accountants to the Debtors and Debtors in possession for the period August 1 through November 30, 2007. | $ 43,181.00 |
| **Total Invoice Due By January 02, 2008** | $ 43,181.00 |

For questions, contact: Jeffrey Boyle at (267) 330-2215, jeffrey.r.boyle@us.pwc.com

wbs code: 0.0252744.001

**TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE INDICATE ON YOUR PAYMENT:**

Invoice Number: 1030977947
Client Account Number: 63259

# NEW CENTURY TRS HOLDINGS, INC., et al

Summary of Fees and Expenses by Project Category

For the Period, August 1, 2007 through November 30, 2007

| Category of Work | August | September | October | November | Total Hours Billed |
|---|---|---|---|---|---|
| **HOURS** | | | | | |
| Preparation for and/or attendance at meetings with the SEC, Examiner's Advisors and Representatives for Creditors Committee | 47.50 | 18.00 | - | - | 65.50 |
| Monthly, Interim and Final Fee Applications | - | - | 4.60 | 31.40 | 36.00 |
| | 47.50 | 18.00 | 4.60 | 31.40 | 101.50 |

| FEES ASSOCIATED WITH THE HOURS | August | September | October | November | Total Fees Billed |
|---|---|---|---|---|---|
| Preparation for and/or attendance at meetings with the SEC, Examiner's Advisors and Representatives for Creditors Committee | $22,187.50 | $6,350.00 | $0.00 | $0.00 | $28,537.50 |
| Monthly, Interim and Final Fee Applications | $0.00 | $0.00 | $1,935.50 | $12,708.00 | $14,643.50 |
| **Total Post-Petition Fees** | $22,187.50 | $6,350.00 | $1,935.50 | $12,708.00 | $43,181.00 |

EXHIBIT 3

# NEW CENTURY TRS HOLDINGS, INC., et al

Summary of Total Hours and Fees by Professional

For the Period, August 1, 2007 through November 30, 2007

| Name of Professional | Position of the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeffrey R. Boyle | Partner | $ 675.00 | 3.00 | $ 2,025.00 |
| Steven L. Skalak | Partner | $ 675.00 | 5.00 | $ 3,375.00 |
| Bryan R Judice | Director | $ 425.00 | 24.60 | $ 10,455.00 |
| Neil Keenan | Director | $ 425.00 | 52.30 | $ 22,227.50 |
| Andrea Clark Smith | Manager | $ 360.00 | 10.10 | $ 3,636.00 |
| Alyson Marie Crisman | Senior Associate | $ 225.00 | 6.50 | $ 1,462.50 |
| **Total Hours and Fees Incurred Post-Petition** | | | **101.50** | **$ 43,181.00** |

# NEW CENTURY FINANCIAL CORPORATION

Summary of Professional Hours by Task for the Period From August 1, 2007 Through November 30, 2007

| Date | Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Billing Amount | Description of Time |
|---|---|---|---|---|---|---|
| **Preparation for and/or attendance at meetings with the SEC, Examiner's Advisors and Representatives for Creditors Committee** | | | | | | |
| 08/01/07 | Bryan R Judice | Director | $425.00 | 0.50 | $ 212.50 | Research and preparation of responses to questions posed by Heller for examiner |
| 08/01/07 | Jeffrey R. Boyle | Partner | $675.00 | 1.00 | $ 675.00 | Preparation of documents to be sent to OMM for meeting with BDO, K&L Gates, SEC and FTI |
| 08/02/07 | Jeffrey R. Boyle | Partner | $675.00 | 2.00 | $ 1,350.00 | Internal discussion regarding preparation of documents to be sent to OMM for meeting with BDO, K&L Gates, SEC and FTI |
| 08/07/07 | Bryan R Judice | Director | $425.00 | 0.50 | $ 212.50 | Preparation of documents to be sent to OMM for meeting with BDO, K&L Gates, SEC and FTI |
| 08/07/07 | Neil Keenan | Director | $425.00 | 1.00 | $ 425.00 | Preparation of documents to be sent to OMM for meeting with BDO, K&L Gates, SEC and FTI |
| 08/13/07 | Neil Keenan | Director | $425.00 | 1.00 | $ 425.00 | Preparation for meeting with Heller, Examiner, BDO, K&L Gates, SEC and FTI |
| 08/14/07 | Bryan R Judice | Director | $425.00 | 1.00 | $ 425.00 | Preparation for meeting with Heller, Examiner, BDO, K&L Gates, SEC and FTI |
| 08/15/07 | Bryan R Judice | Director | $425.00 | 2.00 | $ 850.00 | Prep call with Heller, BDO and K&L Gates in advance of meeting and preparation of materials |
| 08/15/07 | Neil Keenan | Director | $425.00 | 2.00 | $ 850.00 | Prep call with Heller, BDO and K&L Gates in advance of meeting and preparation of materials |
| 08/15/07 | Neil Keenan | Director | $425.00 | 3.50 | $ 1,487.50 | Preparation in advance of meeting with Examiner and preparation of materials |
| 08/15/07 | Steven L Skalak | Partner | $675.00 | 1.00 | $ 675.00 | Preparation and participation in meeting with Heller, Examiner, BDO, K&L Gates, SEC and FTI |
| 08/16/07 | Bryan R Judice | Director | $425.00 | 5.50 | $ 2,337.50 | Preparation and participation in meeting with Heller Ehrman, BDO, K&L Gates, SEC and FTI |
| 08/16/07 | Neil Keenan | Director | $425.00 | 5.50 | $ 2,337.50 | Preparation and participation in meeting with Heller Ehrman, BDO, K&L Gates, SEC and FTI |
| 08/16/07 | Neil Keenan | Director | $425.00 | 1.50 | $ 637.50 | Research of issues and follow up questions from meeting with Heller Ehrman, BDO, K&L Gates, SEC and FTI |
| 08/27/07 | Neil Keenan | Director | $425.00 | 1.00 | $ 425.00 | Research and preparation of responses to questions posed by Heller |
| 08/27/07 | Steven L Skalak | Partner | $675.00 | 4.00 | $ 2,700.00 | Call with BDO and K&L Gates to discuss questions |
| 08/29/07 | Neil Keenan | Director | $425.00 | 2.50 | $ 1,062.50 | Call with BDO and K&L Gates to discuss questions |
| 08/30/07 | Neil Keenan | Director | $425.00 | 2.00 | $ 850.00 | Response to questions from K&L Gates and request for info from SEC |
| 08/30/07 | Neil Keenan | Director | $425.00 | 4.00 | $ 1,700.00 | Collection and preparation of documents for SEC |
| 08/31/07 | Neil Keenan | Director | $425.00 | 6.00 | $ 2,550.00 | Collection and preparation of documents for SEC |
| 09/04/07 | Bryan R Judice | Director | $425.00 | 1.00 | $ 425.00 | Review and preparation of documents in response to request from SEC |
| 09/06/07 | Neil Keenan | Director | $425.00 | 3.00 | $ 1,275.00 | Review and preparation of documents in response to request from SEC |
| 09/07/07 | Neil Keenan | Director | $425.00 | 2.00 | $ 850.00 | Review and Preparation of documents in response to request from SEC |

# NEW CENTURY FINANCIAL CORPORATION

Summary of Professional Hours by Task for the Period From August 1, 2007 Through November 30, 2007

| Date | Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Billing Amount | Description of Time |
|---|---|---|---|---|---|---|
| 09/19/07 | Alyson Marie Crisman | Senior Associate | $225.00 | 6.50 | $ 1,462.50 | Collection and preparation of documents for SEC |
| 09/24/07 | Neil Keenan | Director | $425.00 | 5.00 | $ 2,125.00 | Collection and preparation of documents for SEC |
| 09/28/07 | Bryan R Judice | Director | $425.00 | 0.50 | $ 212.50 | Response to questions posed by BDO |
|  |  |  |  | **65.50** | **$ 28,537.50** |  |

**Monthly, Interim and Final Fee Applications**

| Date | Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Billing Amount | Description of Time |
|---|---|---|---|---|---|---|
| 10/25/07 | Andrea Clark Smith | Manager | $360.00 | 0.30 | $ 108.00 | Discussion with Neil Keenan (PwC) regarding fee applications for court submission. |
| 10/25/07 | Neil Keenan | Director | $425.00 | 0.30 | $ 127.50 | Discussion with Andrea Clark Smith (PwC) regarding fee applications for court submission. |
| 10/25/07 | Neil Keenan | Director | $425.00 | 1.00 | $ 425.00 | Discussion with Bryan Judice (PwC) regarding fee applications for court submission. |
| 10/25/07 | Bryan R Judice | Director | $425.00 | 1.00 | $ 425.00 | Discussion with Neil Keenan (PwC) regarding fee applications for court submission. |
| 10/26/07 | Neil Keenan | Director | $425.00 | 2.00 | $ 850.00 | Review and provide descriptions of time allocation by task and employee. |
| 11/5/2007 | Andrea Clark Smith | Manager | $360.00 | 1.10 | $ 396.00 | Review time descriptions for initial fee statement and begin preparation of narrative/exhibits. |
| 11/9/2007 | Andrea Clark Smith | Manager | $360.00 | 2.30 | $ 828.00 | Compose and review the first monthly fee application narrative and exhibits. |
| 11/9/2007 | Andrea Clark Smith | Manager | $360.00 | 0.40 | $ 144.00 | Compose email regarding outstanding items for the first monthly fee application for client-service team. |
| 11/9/2007 | Andrea Clark Smith | Manager | $360.00 | 1.20 | $ 432.00 | Compose second monthly fee application narrative and exhibits. |
| 11/9/2007 | Andrea Clark Smith | Manager | $360.00 | 0.30 | $ 108.00 | Email communications with RLF regarding filing of court documents. |
| 11/9/2007 | Andrea Clark Smith | Manager | $360.00 | 0.60 | $ 216.00 | Discussion with Bryan Judice (PwC) regarding monthly fee applications and additional follow-up needed for first and second monthly filings. |
| 11/9/2007 | Bryan R Judice | Director | $425.00 | 0.60 | $ 255.00 | Discussion with Andrea Clark Smith (PwC) regarding monthly fee applications and additional follow-up needed for first and second monthly filings. |
| 11/16/2007 | Bryan R Judice | Director | $425.00 | 1.00 | $ 425.00 | Revise the excel sheet to provide additional clarity regarding narrative and exhibits. |
| 11/19/2007 | Andrea Clark Smith | Manager | $360.00 | 1.00 | $ 360.00 | Revise the first monthly fee application narrative and exhibits. |
| 11/19/2007 | Andrea Clark Smith | Manager | $360.00 | 0.80 | $ 288.00 | Revise the second monthly fee application narrative and exhibits. |
| 11/20/2007 | Andrea Clark Smith | Manager | $360.00 | 0.20 | $ 72.00 | Email communications with Neil Keenan (PwC) regarding New Century monthly fee applications. |
| 11/20/2007 | Bryan R Judice | Director | $425.00 | 2.00 | $ 850.00 | Revise the excel sheet to provide additional clarity regarding narrative and exhibits. |

## NEW CENTURY FINANCIAL CORPORATION

Summary of Professional Hours by Task for the Period From August 1, 2007 Through November 30, 2007

| Date | Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Billing Amount | Description of Time |
|---|---|---|---|---|---|---|
| 11/21/2007 | Bryan R Judice | Director | $425.00 | 4.00 | $ 1,700.00 | Revise the excel sheet to provide additional clarity regarding narrative and exhibits. Review expenses incurred by investigation team. |
| 11/21/2007 | Andrea Clark Smith | Manager | $360.00 | 0.30 | $ 108.00 | Revise revised monthly fee application. Email communications with Tampa regarding detailed expense reports. Respond to client-service team regarding status. |
| 11/26/2007 | Andrea Clark Smith | Manager | $360.00 | 0.30 | $ 108.00 | Discussion with Subashi Stendahl (PwC) regarding expense summary/analysis for monthly fee statements. |
| 11/26/2007 | Bryan R Judice | Director | $425.00 | 1.00 | $ 425.00 | Review of expense statements and preparation of exhibit for first monthly fee application |
| 11/26/2007 | Neil Keenan | Director | $425.00 | 2.00 | $ 850.00 | Review of expense statements and preparation of exhibit for first monthly fee application |
| 11/26/2007 | Bryan R Judice | Director | $425.00 | 2.00 | $ 850.00 | Review of expense statements and preparation of exhibit for first monthly fee application |
| 11/26/2007 | Neil Keenan | Director | $425.00 | 3.00 | $ 1,275.00 | Review of expense statements and preparation of exhibit for first monthly fee application |
| 11/26/2007 | Andrea Clark Smith | Manager | $360.00 | 0.10 | $ 36.00 | Review additional time descriptions and revised narrative/exhibits for first monthly fee application. |
| 11/27/2007 | Neil Keenan | Director | $425.00 | 2.00 | $ 850.00 | Review of expense statements and preparation of exhibit for first monthly fee application |
| 11/28/2007 | Andrea Clark Smith | Manager | $360.00 | 1.20 | $ 432.00 | Review the expense analysis. Distribute to client-service team for final review and approval. |
| 11/26/2007 | Bryan R Judice | Director | $425.00 | 2.00 | $ 850.00 | Final review of monthly fee application |
| 11/26/2007 | Neil Keenan | Director | $425.00 | 2.00 | $ 850.00 | Final review of monthly fee application |
|  |  |  |  | 36.00 | $ 14,643.50 |  |
| **Total Hours and Fees Incurred Post-Petition** |  |  |  | 101.50 | $ 43,181.00 |  |