# EXHIBIT B

**Exhibit B**

| Model | Description | Serial | Count |
|---|---|---|---|
| Aficio 2075 | Copier | K4656000007 | 1 |
| Aficio 2075 | Copier | K4665400081 | 1 |
| Aficio 2045E | Copier | K2945401068 | 1 |
| Aficio 2045E | Copier | K2955301219 | 1 |
| Aficio 3045 | Copier | K9465402212 | 1 |
| Aficio 3045 | Copier | K9465501640 | 1 |
| Aficio 3045 | Copier | K9465900158 | 1 |
| Aficio 3045 | Copier | K9465901585 | 1 |
| 3045 | Copier | K9455900846 | 1 |
| NP6035 | Copier | NGL03411 | 1 |
| ImageRunner 600 | Copier | NLE00653 | 1 |
| ImageRunner 5000 | Copier | MPL16414 | 1 |
| ImageRunner 5020 | Copier | JCT13266 | 1 |
| Risograph GR1750 | Copier | 88480922 | 1 |
| 9100C | Digital Sender | JP03240218 | 1 |
| 9100C | Digital Sender | JP13001031 | 1 |
| 9100C | Digital Sender | JP16002903 | 1 |
| 9100C | Digital Sender | JP16003818 | 1 |
| 9100C | Digital Sender | JP16007919 | 1 |
| 9100C | Digital Sender | JP26009261 | 1 |
| 9100C | Digital Sender | JP26019121 | 1 |
| 9100C | Digital Sender | JP26019139 | 1 |
| 9100C | Digital Sender | JP26021534 | 1 |
| 9100C | Digital Sender | JP26021775 | 1 |
| 9100C | Digital Sender | JP26022246 | 1 |
| 9100C | Digital Sender | JP26022252 | 1 |
| 9100C | Digital Sender | JP26022254 | 1 |
| 9100C | Digital Sender | JP26022255 | 1 |
| 9100C | Digital Sender | JPU6000483 | 1 |
| 9100C | Digital Sender | USG6000266 | 1 |
| 9100C | Digital Sender | USR6003403 | 1 |
| 9100C | Digital Sender | JPZ6000136 | 1 |
| 9100C | Digital Sender | JP26021756 | 1 |
| HP Fax series 900 | Fax Machine | MY01SE10BK | 1 |
| DP125F | Fax Machine | 01060005 | 1 |
| DP125F | Fax Machine | 02020073 | 1 |
| DP125F | Fax Machine | 02020074 | 1 |
| DP125F | Fax Machine | 02060119 | 1 |
| DP125F | Fax Machine | 02060122 | 1 |
| DP125F | Fax Machine | 03010091 | 1 |
| DX-1000 PanaFax | Fax Machine | 01990500371 | 1 |
| DX-1000 PanaFax | Fax Machine | 1990700439 | 1 |
| 3400 | Fax Machine | 3400570 | 1 |
| LC5500 | Fax Machine | 14746 | 1 |
| LC7000 | Fax Machine | 60741 | 1 |
| LC7000 | Fax Machine | 61705 | 1 |
| LC7000 | Fax Machine | 80736 | 1 |
| LC7000 | Fax Machine | 80876 | 1 |
| LC7000 | Fax Machine | 91506 | 1 |
| LC9500 | Fax Machine | UFL06288 | 1 |

## Exhibit B

| | | | |
|---|---|---|---|
| LC9500 | Fax Machine | UFL10737 | 1 |
| LC9000S | Fax Machine | UYG29933 | 1 |
| LC3170 | Fax Machine | UYP18020 | 1 |
| LC3170 | Fax Machine | UYP18469 | 1 |
| LC3170 | Fax Machine | UYP64079 | 1 |
| LC3170 | Fax Machine | UYP64080 | 1 |
| LC3170 | Fax Machine | UYP67815 | 1 |
| LC3170 | Fax Machine | UYP67816 | 1 |
| LC3170 | Fax Machine | UYP68378 | 1 |
| LC3170 | Fax Machine | UYP69157 | 1 |
| LC3170 | Fax Machine | UYP71028 | 1 |
| LC3175 | Fax Machine | UYR60485 | 1 |
| LC1060P | Fax Machine | UEW17684 | 1 |
| LC710 | Fax Machine | KAG00109 | 1 |
| LC710 | Fax Machine | KAG00297 | 1 |
| LC710 | Fax Machine | KAG01210 | 1 |
| LC710 | Fax Machine | KAG01262 | 1 |
| LC710 | Fax Machine | KAG01267 | 1 |
| LC710 | Fax Machine | KAG01380 | 1 |
| LC710 | Fax Machine | KAG01415 | 1 |
| LC710 | Fax Machine | KAG02303 | 1 |
| LC710 | Fax Machine | KAG02745 | 1 |
| LC710 | Fax Machine | KAG06191 | 1 |
| LC710 | Fax Machine | KAG06208 | 1 |
| LC710 | Fax Machine | KAG06216 | 1 |
| LC710 | Fax Machine | KAG06217 | 1 |
| LC710 | Fax Machine | KAG07844 | 1 |
| LC710 | Fax Machine | KAG07955 | 1 |
| LC710 | Fax Machine | KAG08515 | 1 |
| LC710 | Fax Machine | KAG08730 | 1 |
| LC710 | Fax Machine | KAG17963 | 1 |
| LC710 | Fax Machine | KAG21938 | 1 |
| LC710 | Fax Machine | KAG23221 | 1 |
| LC710 | Fax Machine | KAG52046 | 1 |
| LC710 | Fax Machine | KAG52116 | 1 |
| LC710 | Fax Machine | KAG52564 | 1 |
| LC710 | Fax Machine | KAG54296 | 1 |
| LC710 | Fax Machine | KAG54297 | 1 |
| LC710 | Fax Machine | KAG58141 | 1 |
| LC710 | Fax Machine | KAG58596 | 1 |
| LC710 | Fax Machine | KAG60082 | 1 |
| LC710 | Fax Machine | KAG60093 | 1 |
| LC710 | Fax Machine | KAG60430 | 1 |
| LC710 | Fax Machine | KAG64626 | 1 |
| LC710 | Fax Machine | UZS11611 | 1 |
| LC710 | Fax Machine | UZS16368 | 1 |
| LC710 | Fax Machine | UZS17070 | 1 |
| LC710 | Fax Machine | UZS18455 | 1 |
| LC710 | Fax Machine | UZS23501 | 1 |
| LC710 | Fax Machine | UZS23509 | 1 |
| LC710 | Fax Machine | UZS23510 | 1 |
| LC710 | Fax Machine | UZS23513 | 1 |

## Exhibit B

| | | | |
|---|---|---|---|
| LC710 | Fax Machine | UZS24093 | 1 |
| LC710 | Fax Machine | UZS36011 | 1 |
| LC710 | Fax Machine | UZS36014 | 1 |
| LC710 | Fax Machine | UZS36015 | 1 |
| LC710 | Fax Machine | UZS36077 | 1 |
| LC710 | Fax Machine | UZS36078 | 1 |
| LC710 | Fax Machine | UZS36079 | 1 |
| LC710 | Fax Machine | UZS36242 | 1 |
| LC710 | Fax Machine | UZS36249 | 1 |
| LC710 | Fax Machine | KAG59065 | 1 |
| LC710 | Fax Machine | KAG59061 | 1 |
| LC710 | Fax Machine | KAG17303 | 1 |
| LC710 | Fax Machine | KAG17297 | 1 |
| LC710 | Fax Machine | KAG06233 | 1 |
| Aficio 5000L | Fax Machine | A1420400177 | 1 |
| KM-F1050 | Fax Machine | AGD4004035 | 1 |
| KM-F1050 | Fax Machine | AGD4004028 | 1 |
| TF631 | Fax Machine | 98060199 | 1 |
| TF831 | Fax Machine | 98070091 | 1 |
| TF831 | Fax Machine | 98090127 | 1 |
| TF831 | Fax Machine | 98100308 | 1 |
| TF831 | Fax Machine | 99060036 | 1 |
| UF-550 PanaFax | Fax Machine | 01960601450 | 1 |
| UF-560 PanaFax | Fax Machine | 01980200515 | 1 |
| UF-880 PanaFax | Fax Machine | 01970400515 | 1 |
| UF-880 PanaFax | Fax Machine | 01970600698 | 1 |
| UF-880 PanaFax | Fax Machine | 01970600707 | 1 |
| UF-880 PanaFax | Fax Machine | 01970600834 | 1 |
| UF-880 PanaFax | Fax Machine | 0197080966 | 1 |
| UF-880 PanaFax | Fax Machine | 01970800975 | 1 |
| UF-880 PanaFax | Fax Machine | 01970800977 | 1 |
| UF-880 PanaFax | Fax Machine | 01971000095 | 1 |
| UF-880 PanaFax | Fax Machine | 01980400322 | 1 |
| UF-880 PanaFax | Fax Machine | 01980500871 | 1 |
| UF-880 PanaFax | Fax Machine | 01980500877 | 1 |
| UF-880 PanaFax | Fax Machine | 01980700520 | 1 |
| UF-880 PanaFax | Fax Machine | 01981100253 | 1 |
| UF-880 PanaFax | Fax Machine | 01981100261 | 1 |
| UF-885 PanaFax | Fax Machine | 01991001566 | 1 |
| UF-890 PanaFax | Fax Machine | JAG2AV00269 | 1 |
| UF-890 PanaFax | Fax Machine | JAG2AV00288 | 1 |
| UF-890 PanaFax | Fax Machine | LAG2AV00873 | 1 |
| UF-990 PanaFax | Fax Machine | JBG2GQ00103 | 1 |
| UF-990 PanaFax | Fax Machine | HBG2GQ00032 | 1 |
| Heat Seal H300 | Photo Quality Laminator | PGX4611 | 1 |
| LaserJet 4 Plus | Printer - B/W | JPGF041005 | 1 |
| LaserJet 4 Plus | Printer - B/W | JPGK009189 | 1 |
| LaserJet 4 Plus | Printer - B/W | JPGK188926 | 1 |
| LaserJet 4 Plus | Printer - B/W | JPGL044098 | 1 |
| LaserJet 5 | Printer - B/W | USHB040988 | 1 |
| LaserJet 5 | Printer - B/W | USKC076462 | 1 |
| LaserJet 5 | Printer - B/W | USKB137202 | 1 |

## Exhibit B

| | | | |
|---|---|---|---|
| LaserJet 5 | Printer - B/W | USKB078262 | 1 |
| LaserJet 5 | Printer - B/W | USHB056263 | 1 |
| LaserJet 5M | Printer - B/W | USKB044820 | 1 |
| LaserJet 5M | Printer - B/W | USKC250771 | 1 |
| 5000N | Printer - B/W | JHB3072040 | 1 |
| 4000 | Printer - B/W | USMB351221 | 1 |
| 4000 | Printer - B/W | USMB351322 | 1 |
| 4000 | Printer - B/W | USMB351327 | 1 |
| 4000 | Printer - B/W | USMC104579 | 1 |
| 4000 | Printer - B/W | USMC123232 | 1 |
| 4000 | Printer - B/W | USQX010719 | 1 |
| 4000TN | Printer - B/W | USCF011603 | 1 |
| 4000TN | Printer - B/W | USEB042657 | 1 |
| 4000TN | Printer - B/W | USEF155628 | 1 |
| 4000TN | Printer - B/W | USEF155637 | 1 |
| 4000TN | Printer - B/W | USNC113000 | 1 |
| 4000TN | Printer - B/W | USNC117252 | 1 |
| 4000TN | Printer - B/W | USNC162795 | 1 |
| 4000TN | Printer - B/W | USNC162836 | 1 |
| 4000TN | Printer - B/W | USNC170602 | 1 |
| 4000TN | Printer - B/W | USNC179592 | 1 |
| 4000TN | Printer - B/W | USQC035264 | 1 |
| 4000TN | Printer - B/W | USSC006665 | 1 |
| 8100DN | Printer - B/W | USHG001401 | 1 |
| Troy MICR 4050 | Printer - B/W | USBD046393 | 1 |
| 4050TN | Printer - B/W | USCC006749 | 1 |
| 4050TN | Printer - B/W | USQF083039 | 1 |
| 8150N | Printer - B/W | JPBLM46960 | 1 |
| 8150N | Printer - B/W | JPBLM57926 | 1 |
| 8150N | Printer - B/W | JPBLM76728 | 1 |
| 8150N | Printer - B/W | JPBLR13720 | 1 |
| 8150N | Printer - B/W | USBD026891 | 1 |
| 8150DN | Printer - B/W | JPBLL79863 | 1 |
| 8150DN | Printer - B/W | JPBLL80607 | 1 |
| 8150DN | Printer - B/W | JPBLM49480 | 1 |
| 8150DN | Printer - B/W | JPBLM50025 | 1 |
| 8150DN | Printer - B/W | JPDLL79661 | 1 |
| 8150DN | Printer - B/W | JPDLR30557 | 1 |
| 8150DN | Printer - B/W | JPDLR35715 | 1 |
| 8150DN | Printer - B/W | JPDLR37838 | 1 |
| 8150DN | Printer - B/W | JPDLR38093 | 1 |
| 8150DN | Printer - B/W | JPDLR42029 | 1 |
| 8150DN | Printer - B/W | JPDLR48052 | 1 |
| 8150DN | Printer - B/W | JPDLR59645 | 1 |
| 2200D | Printer - B/W | JPGGN24908 | 1 |
| 4100 | Printer - B/W | USJND09764 | 1 |
| 4100 | Printer - B/W | USJNF21908 | 1 |
| 4100 | Printer - B/W | USJNG11490 | 1 |
| 4100 | Printer - B/W | USJNG11495 | 1 |
| 4100 | Printer - B/W | USLNG16612 | 1 |
| 4100 | Printer - B/W | USLNG20619 | 1 |
| 4100N | Printer - B/W | USLNG01881 | 1 |

## Exhibit B

| | | | |
|---|---|---|---|
| 4100N | Printer - B/W | USLNG01874 | 1 |
| 4100TN | Printer - B/W | JPLGC00395 | 1 |
| 4100TN | Printer - B/W | JPLGC01446 | 1 |
| 4100TN | Printer - B/W | JPLGC17143 | 1 |
| 4100TN | Printer - B/W | JPLGC19592 | 1 |
| 4100TN | Printer - B/W | JPLGD04746 | 1 |
| 4100TN | Printer - B/W | JPLGD06611 | 1 |
| 4100TN | Printer - B/W | JPLGD10144 | 1 |
| 4100TN | Printer - B/W | JPLGD15651 | 1 |
| 4100TN | Printer - B/W | JPLGD28348 | 1 |
| 4100TN | Printer - B/W | JPLGF05953 | 1 |
| 4100TN | Printer - B/W | JPLGF11322 | 1 |
| 4100TN | Printer - B/W | USBNF35998 | 1 |
| 4100TN | Printer - B/W | USBNH01605 | 1 |
| 4100TN | Printer - B/W | USBNJ21079 | 1 |
| 4100TN | Printer - B/W | USBNJ43482 | 1 |
| 4100TN | Printer - B/W | USBNK25546 | 1 |
| 4100TN | Printer - B/W | USBNK30515 | 1 |
| 4100TN | Printer - B/W | USJNJ25641 | 1 |
| 4100TN | Printer - B/W | USJNK32050 | 1 |
| 4100TN | Printer - B/W | USLNG07553 | 1 |
| 4100TN | Printer - B/W | USLNG08287 | 1 |
| 4100TN | Printer - B/W | USLNG42325 | 1 |
| 4100TN | Printer - B/W | USLNJ07579 | 1 |
| 4100TN | Printer - B/W | USLNJ23474 | 1 |
| 4100TN | Printer - B/W | JPLGD15731 | 1 |
| 4100TN | Printer - B/W | JPLGC07094 | 1 |
| 4100TN | Printer - B/W | USBNJ42073 | 1 |
| 4100TN | Printer - B/W | JPLGC09889 | 1 |
| 9000DN | Printer - B/W | JPBHP13600 | 1 |
| 9000DN | Printer - B/W | JPBQY03461 | 1 |
| 9000DN | Printer - B/W | JPBRY11735 | 1 |
| DeskJet 6122 | Printer - B/W | MY2AT2C18H | 1 |
| 1300 | Printer - B/W | CNBJK26305 | 1 |
| 4200 | Printer - B/W | CNBX414556 | 1 |
| 4200 | Printer - B/W | USDNP13227 | 1 |
| 4200N | Printer - B/W | CNDX303711 | 1 |
| 4200N | Printer - B/W | CNDX303714 | 1 |
| 4200N | Printer - B/W | CNDX303781 | 1 |
| 4200N | Printer - B/W | CNDX403168 | 1 |
| 4200N | Printer - B/W | USBNX04963 | 1 |
| 4200N | Printer - B/W | USDNN02805 | 1 |
| 4200N | Printer - B/W | USDNN02806 | 1 |
| 4200N | Printer - B/W | USDNP02851 | 1 |
| 4200TN | Printer - B/W | CNBX216376 | 1 |
| 4200TN | Printer - B/W | CNBX305998 | 1 |
| 4200TN | Printer - B/W | CNBX313427 | 1 |
| 4200TN | Printer - B/W | CNBX313439 | 1 |
| 4200TN | Printer - B/W | CNBX320926 | 1 |
| 4200TN | Printer - B/W | CNDX607580 | 1 |
| 4200TN | Printer - B/W | CNDX610367 | 1 |
| 4200TN | Printer - B/W | CNGX305336 | 1 |

## Exhibit B

| | | | |
|---|---|---|---|
| 4200TN | Printer - B/W | USBNL01723 | 1 |
| 4200TN | Printer - B/W | USBNL32076 | 1 |
| 4200TN | Printer - B/W | USBNL32087 | 1 |
| 4200TN | Printer - B/W | USBNM04467 | 1 |
| 4200TN | Printer - B/W | USBNM20889 | 1 |
| 4200TN | Printer - B/W | USBNP15895 | 1 |
| 4200TN | Printer - B/W | USBNP15896 | 1 |
| 4200TN | Printer - B/W | USBNP17234 | 1 |
| 4200TN | Printer - B/W | USBNT03763 | 1 |
| 4200TN | Printer - B/W | USBNX05926 | 1 |
| 4200TN | Printer - B/W | USDNL03279 | 1 |
| 4200TN | Printer - B/W | USDNL06785 | 1 |
| 4200TN | Printer - B/W | USDNM03860 | 1 |
| 4200TN | Printer - B/W | USDNM05386 | 1 |
| 4200TN | Printer - B/W | USDNM11959 | 1 |
| 4200TN | Printer - B/W | USDNM20045 | 1 |
| 4200TN | Printer - B/W | USDNM20053 | 1 |
| 4200TN | Printer - B/W | USDNN02166 | 1 |
| 4200TN | Printer - B/W | USDNP11979 | 1 |
| 4200TN | Printer - B/W | USDNS05026 | 1 |
| 4200TN | Printer - B/W | USDNS20458 | 1 |
| 4200TN | Printer - B/W | USGNM34138 | 1 |
| 4200TN | Printer - B/W | USGNM34146 | 1 |
| 4200TN | Printer - B/W | USGNM40730 | 1 |
| 4200TN | Printer - B/W | USGNN27943 | 1 |
| 4200TN | Printer - B/W | USGNN34228 | 1 |
| 4200TN | Printer - B/W | USGNN37200 | 1 |
| 4200TN | Printer - B/W | USGNN41263 | 1 |
| 4200TN | Printer - B/W | USGNN41266 | 1 |
| 4200TN | Printer - B/W | USGNN53282 | 1 |
| 4200TN | Printer - B/W | USGNN53302 | 1 |
| 4200TN | Printer - B/W | USGNN57556 | 1 |
| 4200TN | Printer - B/W | USGNN60509 | 1 |
| 4200TN | Printer - B/W | USGNP32769 | 1 |
| 4200TN | Printer - B/W | USGNP43896 | 1 |
| 4200TN | Printer - B/W | USGNP50197 | 1 |
| 4200TN | Printer - B/W | USGNP50201 | 1 |
| 4200TN | Printer - B/W | USGNP57052 | 1 |
| 4200TN | Printer - B/W | USGNS18654 | 1 |
| 4200TN | Printer - B/W | USGNS34730 | 1 |
| 4200TN | Printer - B/W | USGNS50296 | 1 |
| 4200TN | Printer - B/W | USGNS52737 | 1 |
| 4200TN | Printer - B/W | CNDX611640 | 1 |
| 4200TN | Printer - B/W | USGNN20769 | 1 |
| 4200TN | Printer - B/W | USGNM19412 | 1 |
| 4200TN | Printer - B/W | USGNN20785 | 1 |
| 4200DTN | Printer - B/W | USDNN13463 | 1 |
| 9050N | Printer - B/W | JPBL48Z002 | 1 |
| 9050N | Printer - B/W | JPBL48Z00K | 1 |
| 9050DN | Printer - B/W | JPBL49F08K | 1 |
| 9050DN | Printer - B/W | JPDL67M072 | 1 |
| 9050DN | Printer - B/W | JPDL67V0F5 | 1 |

## Exhibit B

| | | | |
|---|---|---|---|
| 4250TN | Printer - B/W | CNBXB08428 | 1 |
| 4250TN | Printer - B/W | CNBXB08480 | 1 |
| 4250TN | Printer - B/W | CNBXC00933 | 1 |
| 4250TN | Printer - B/W | CNBXC01728 | 1 |
| 4250TN | Printer - B/W | CNBXC02259 | 1 |
| 4250TN | Printer - B/W | CNBXC24752 | 1 |
| 4250TN | Printer - B/W | CNBXC24762 | 1 |
| 4250TN | Printer - B/W | CNBXD03757 | 1 |
| 4250TN | Printer - B/W | CNBXD03761 | 1 |
| 4250TN | Printer - B/W | CNBXD07194 | 1 |
| 4250TN | Printer - B/W | CNBXD07362 | 1 |
| 4250TN | Printer - B/W | CNBXD09428 | 1 |
| 4250TN | Printer - B/W | CNBXF03536 | 1 |
| 4250TN | Printer - B/W | CNDXC19886 | 1 |
| 4250TN | Printer - B/W | CNGXB06439 | 1 |
| 4250TN | Printer - B/W | CNGXB06440 | 1 |
| 4250TN | Printer - B/W | CNGXB66716 | 1 |
| 4250TN | Printer - B/W | CNGXC04620 | 1 |
| 4250TN | Printer - B/W | CNGXD77160 | 1 |
| 4250TN | Printer - B/W | CNGXF03821 | 1 |
| 4250TN | Printer - B/W | CNGXF61446 | 1 |
| 4250TN | Printer - B/W | CNGXF99485 | 1 |
| 4250TN | Printer - B/W | CNGXF99574 | 1 |
| 4250TN | Printer - B/W | CNGXF99614 | 1 |
| 4250TN | Printer - B/W | CNGXF99976 | 1 |
| 4250TN | Printer - B/W | CNGXF99978 | 1 |
| 4250TN | Printer - B/W | CNGXF99987 | 1 |
| 4250TN | Printer - B/W | CNGXG43263 | 1 |
| 4250TN | Printer - B/W | CNGXH20918 | 1 |
| 4250TN | Printer - B/W | CNGXH42616 | 1 |
| 4250TN | Printer - B/W | CNGXJ37582 | 1 |
| 4250TN | Printer - B/W | CNGXJ49026 | 1 |
| 4250TN | Printer - B/W | CNGXL00001 | 1 |
| 4250TN | Printer - B/W | USBXN27144 | 1 |
| 4250TN | Printer - B/W | USBXS13137 | 1 |
| 4250TN | Printer - B/W | USBXS23911 | 1 |
| 4250TN | Printer - B/W | USBXX21180 | 1 |
| 4250TN | Printer - B/W | CNBXC14618 | 1 |
| 4250TN | Printer - B/W | CNGXC54328 | 1 |
| 4250TN | Printer - B/W | CNBXB21657 | 1 |
| 4250TN | Printer - B/W | CNBXB23508 | 1 |
| 4250TN | Printer - B/W | CNBXB30568 | 1 |
| 1320 | Printer - B/W | CNL1B01665 | 1 |
| 2430TN | Printer - B/W | CNGKK80379 | 1 |
| 2430TN | Printer - B/W | CNGKK80379 | 1 |
| 4600DN | Printer - Color | JPCKC28239 | 1 |
| 4600DTN | Printer - Color | JPBKD19859 | 1 |
| Business InkJet 2600 | Printer - Color | SG24T370QW | 1 |
| Business InkJet 2600 | Printer - Color | SG38Q67073 | 1 |
| Business InkJet 3000 | Printer - Color | SG2B411015 | 1 |
| Business InkJet 3000 | Printer - Color | SG2B111011 | 1 |
| Business InkJet 2230 | Printer - Color | MY3303101S | 1 |

## Exhibit B

| | | | |
|---|---|---|---|
| 4600DN | Printer - Color | JPBKC23722 | 1 |
| 4600DN | Printer - Color | JPCKD27540 | 1 |
| 4600DN | Printer - Color | JPCKD32224 | 1 |
| 4600DN | Printer - Color | JPDKD38663 | 1 |
| 4600DN | Printer - Color | JPFMC53788 | 1 |
| 4600DN | Printer - Color | JPFMD56405 | 1 |
| 4600DTN | Printer - Color | JPBK019044 | 1 |
| 4600DTN | Printer - Color | JPBKC24534 | 1 |
| 4600DTN | Printer - Color | JPCKC30337 | 1 |
| 4600DTN | Printer - Color | JPCKF33441 | 1 |
| 4600DTN | Printer - Color | JPDKB41758 | 1 |
| 4600DTN | Printer - Color | JPHAC25787 | 1 |
| 4600N | Printer - Color | JPCKF32416 | 1 |
| 4600N | Printer - Color | JPFMF42244 | 1 |
| 2500 | Printer - Color | CNGDG00369 | 1 |
| 4650DN | Printer - Color | JPDAD03453 | 1 |
| 4650DN | Printer - Color | JPGAB11230 | 1 |
| 4650DN | Printer - Color | JPHAC18082 | 1 |
| 4650DN | Printer - Color | JPHAC19321 | 1 |
| 4650DN | Printer - Color | JPHAC32310 | 1 |
| 4650DN | Printer - Color | JPKAC44874 | 1 |
| 4650DN | Printer - Color | JPKAD38938 | 1 |
| 4650DN | Printer - Color | JPKAC40696 | 1 |
| 4650DN | Printer - Color | JPHAC23735 | 1 |
| 4650DN | Printer - Color | JPKAC37488 | 1 |
| 3550 | Printer - Color | CNBR405202 | 1 |
| 2600N | Printer - Color | CNDC5BF12W | 1 |
| 4700DN | Printer - Color | JPLLB30124 | 1 |
| 4700DN | Printer - Color | JPLLC07013 | 1 |
| 4700DN | Printer - Color | JPTLB41292 | 1 |
| LaserJet 4101MFP | Printer - Multi-function | USLGY44482 | 1 |
| LaserJet 4101MFP | Printer - Multi-function | USRGY15932 | 1 |
| LaserJet 4101MFP | Printer - Multi-function | USRGY16011 | 1 |
| LaserJet 4345MFP | Printer - Multi-function | CNJYF05498 | 1 |
| LaserJet 4345MFP | Printer - Multi-function | CNJYF05909 | 1 |
| LaserJet 4345MFP | Printer - Multi-function | CNJYF21414 | 1 |
| LaserJet 4345MFP | Printer - Multi-function | CNJYF21556 | 1 |
| LaserJet 4345MFP | Printer - Multi-function | CNJYF21570 | 1 |
| LaserJet 4345MFP | Printer - Multi-function | CNJYF21945 | 1 |
| LaserJet 4345MFP | Printer - Multi-function | CNJYF23016 | 1 |
| LaserJet 4345MFP | Printer - Multi-function | CNJYF27526 | 1 |
| ScanJet 5100C | Scanner | MX86M22MF9 | 1 |
| ScanJet 5590 | Scanner | SG61E5R1PS | 1 |
| DR 3060 | Scanner | CE300541 | 1 |
| DR 3060 | Scanner | CE305978 | 1 |
| DR 3060 | Scanner | CE309693 | 1 |
| MD20P1 | TV WITH DVD PLAYER | 10Z67162A | 1 |
| MD20P1 | TV WITH DVD PLAYER | 86Z52311A | 1 |
| VV-2009 | TV WITH VHS PLAYER | F9AA27081 | 1 |
| LaserJet 2100 | Printer | USGZ199277 | 1 |
| 7400C | Scanjet Scanner | CN19CS0341 | 1 |

**Exhibit B**

413