IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, 1 | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## CERTIFICATE OF NO OBJECTION TO COMBINED SIXTH AND SEVENTH MONTHLY APPLICATION OF BLANK ROME LLP [DKT. NO. 4014]

The undersigned hereby certifies that, as of the date hereof, she has received no written answer, objection or other responsive pleading to the *Combined Sixth and Seventh Monthly Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al., for the Compensation and Reimbursement of Expenses for the Period of September 1, 2007 Through October 31, 2007 [Docket No. 4014]* (the "Application") filed on December 3, 2007. The undersigned further certifies that she has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than December 24, 2007 at 4:00 p.m.

---

1  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

127340.01600/40172747v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, the Debtor is authorized to pay Blank Rome LLP $210,307.20, which represents 80% of the fees requested ($262,884.00) and $7,698.93 which represents 100% of the expenses requested in the Application for the period of September 1, 2007 through October 31, 2007 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: December 26, 2007

                                            **BLANK ROME LLP**

/s/ Bonnie Fatell
Bonnie Glantz Fatell (No. 3809)
Regina Stango Kelbon
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

*Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*

127340.01600/40172747v.1