## CERTIFICATE OF SERVICE

I, *Bonnie Glantz Fatell*, hereby certify that on December 26, 2007, I caused a copy of the following document to be served on the parties listed on the attached service list in the manner indicated.

**Certificate of No Objection to Combined Sixth and Seventh Monthly Application of Blank Rome LLP [Dkt. No. 4014]**


_____
Bonnie Glantz Fatell (No. 3809)

127340.01600/40172747v.1

**"Notice Parties"**

**Service List**

**VIA HAND DELIVERY**
Representing Debtors
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

Representing United States Trustee
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Representing Debtors
Suzzanne S. Uhland
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Representing Debtors
Emily Culler
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvin, CA 92612
Attn: Monika L. McCarthy, Esq.

Representing Debtors' Crisis Managers
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019
Attn: Holly Felder Etlin

Representing Greenwich Capital Financial
Products, Inc. and The CIT Group/Business
Credit, Inc.
Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

Representing The Official Committee of
Unsecured Creditors
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

(Fee Examiner)
Warren H. Smith, Esq.
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Baker & Hostetler LLP
Donald A Workman Esq
1050 Connecticut Ave NW Ste 1100
Washington, DC 20036

Kelley Drye & Warren LLP
David E Retter Esq & Christen A
Lambrianakos Esq
101 Park Ave
New York, NY 10178

Wells Fargo Bank NA
Thomas M Korsman Vice President
MAC N9303-120
608 2nd Ave S
Minneapolis, MN 55479

**VIA ELECTRONIC MAIL**
Dennis DeBassio
AlixPartners, LLP
ddebassio@alixpartners.com