## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | Re: Docket No. 630 |

### CERTIFICATION OF COUNSEL RE: STIPULATION RE: RELEASE OF FUNDS IN SECURED CLAIM RESERVE TO GENERAL ELECTRIC CAPITAL CORPORATION

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. Pre-petition, General Electric Capital Corporation ("GECC") extended financing to the Debtors evidenced by promissory notes and purportedly secured by first priority liens in certain personal property equipment owned by the Debtors. GECC has filed Proofs of Claim asserting that it is owed $7,515,537.78 under these various secured financing transactions and that the claims are secured in an "unknown" amount.

2. On May 11, General Electric Capital Corporation ("GECC") filed a motion requesting, among other things, relief from the automatic stay to recover possession of certain personal property equipment leased by GECC to certain of the Debtors and/or owned by

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (Okla JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LW (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

RLF1-3238079-2

the Debtors and purportedly encumbered by first priority liens on behalf of GECC [Docket No. 630] ("Stay Relief Motion"). Additionally, GECC objected to the proposed sale of the Debtors' servicing business to Carrington Capital Management, LLC and Carrington Mortgage Services, LLC to the extent that the transaction involved equipment owned by GECC and/or its collateral.

3. On May 23, 2007, the Court entered its Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure Approving (i) the Sale of the Debtors' Servicing Business to Carrington Capital Management, LLC and Carrington Mortgage Services, LLC Pursuant to the Second Amended and Restated Asset Purchase Agreement, Dated as of May 2, 2007, Free and Clear of Liens, Claims, Encumbrances, and Interests, and (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to Carrington As Part of Such Sale [Docket No. 844] (the "Carrington Sale Order"). The Carrington Sale Order provided, among other things, for the approval of the sale of a portion of the Debtors' businesses, including a portion of GECC's collateral and for the establishment of a "Secured Claim Reserve" which included $7,558,887.80 of sale proceeds related to GECC's lien and against which GECC's lien attached to be subsequently dispersed by agreement of the parties or subsequent Court Order.

4. The Debtors and GECC have entered into four stipulations [Docket Nos. 1979, 2134, 2534 and 3204] with respect to GECC's Stay Relief Motion pursuant to which: (i) the Court has modified the automatic stay for the limited purpose of permitting GECC to recover portions of GECC's collateral totaling $90,000 in value; (ii) the Debtors have paid $300,000 to GECC from the Secured Claim Reserve as an advance toward the distribution to GECC on account of its secured claim as ultimately allowed by the Court; and (iii) the hearing on the Stay Relief Motion was continued until January 9, 2008.

5.     Following discussions amongst representatives for the Debtors and GECC, and in consultation with counsel to Official Committee of Unsecured Creditors (the "Creditors' Committee"), the Parties have entered into the Stipulation re:   Release of Funds in Secured Claim Reserve to General Electric Capital Corporation (the "Stipulation"), a copy of which is attached hereto as <u>Exhibit A</u>.  The Stipulation provides for, among other things, the release of $1.8 million to GECC from the Secured Claim Reserve, a release of any remaining interest that GECC may have in and to any collateral in the Debtors' possession and the withdraw of GECC's Stay Relief Motion.  The Stipulation also requires that the Parties negotiate and file with the Court on or before January 8, 2008 a settlement motion seeking approval of the releases and certain other provisions set forth in the Stipulation (including the allowance of an unsecured deficiency claim).  The Debtors, GECC and the Creditors' Committee have each approved and executed the Stipulation.  The Stipulation has also been circulated to the Office of the United States Trustee for the District of Delaware (the "UST") and the UST has represented that it has no objection to the entry of an order approving the Stipulation.

WHEREFORE, the Debtors respectfully request that the Court enter an order, in substantially the form attached hereto as <u>Exhibit B</u>, approving the Stipulation and granting such other and further relief as the Court deems just and proper.

Dated: December 26, 2007
      Wilmington, Delaware

Respectfully submitted,

*/s/ Michael J. Merchant*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Ben H. Logan
Suzzanne S. Uhland
Victoria A. Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION