UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              *

                                                    Case No. 07-10416-KJC
NEW CENTURY TRS HOLDINGS, INC.,    *    (Chapter 11)
a Delaware corporation, *et al.*,
        Debtor                               *
                                    \*\*\*\*\*\*\*\*\*\*\*

US BANK NATIONAL ASSOCIATION,      *
AS TRUSTEE
c/o Select Portfolio Servicing, Inc.         *
             Movant
                                                    *
   v.
                                                    *
NEW CENTURY TRS HOLDING, Inc., *et al*
        Debtor                                *

---

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on December 26, 2007, copies of the foregoing

Motion for Relief from Automatic Stay Under § 361 of the Bankruptcy Code (with

Exhibit A); Notice of Motion; and proposed Order were served upon the parties listed on

the below in the manner stated:

VIA US MAIL
New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

VIA US MAIL
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodeny Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

VIA US MAIL
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

VIA US MAIL
United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
*U.S. Trustee*

VIA US MAIL
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

VIA US MAIL
Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

Date: December 26, 2007              Respectfully submitted,

                                     WITTSTADT & WITTSTADT, P.A.

                                     /s/ *Lisa R. Hatfiled*_____
                                     Lisa R. Hatfield (DE No. 4967)
                                     1000 N. West Street
                                     Suite 1200
                                     Wilmington, DE 19801
                                     (302) 295-5095
                                     (866) 503-4930 (toll free)