UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| | | Case No. 07-10416-KJC |
| NEW CENTURY TRS HOLDINGS, INC., | * | (Chapter 11) |
| a Delaware corporation, *et al.*, | | |
| Debtor | * | Ref. Docket #: |
| | *********** | |
| DLJ MORTGAGE CAPITAL INC., | * | |
| c/o Select Portfolio Servicing, Inc. | * | |
| Movant | | |
| | * | |
| v. | | |
| | * | |
| NEW CENTURY TRS HOLDING, Inc., et al | | |
| Debtor | * | |

**ORDER TERMINATING AUTOMATIC STAY
UNDER SECTION 362 OF THE BANKRUPTCY CODE AS IT APPIES TO
<u>1215 W. LENAWEE ST., LANSING, MI 48915</u>**
*(Relates to Docket #  )*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay

(hereinafter "Motion") filed by DLJ Mortgage Capital Inc. c/o Select Portfolio Servicing,

Inc.(hereinafter "Movant"), and any response thereto, the Court having determined that

(A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334;

(B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper

pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the

Certificate of Service is adequate under the circumstances; and the Court having further

determined that the Debtor does not have an interest in the real known as 1215 W.

Lenawee Street, Lansing, MI 48915 (hereinafter the "Property") and that the Debtor's

interest in the Property, if any, is not necessary to an effective reorganization; and the

Court having further determined that cause exists to grant Movant relief from the

automatic stay with to the Property because Movant's interest in the Property is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby is, **GRANTED.**

2. Pursuant to 11 U.S.C. § 362(d), Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Property. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to such Property.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: _____          BY THE COURT:


                                 _____
                                 Kevin J. Carey
                                 U.S. Bankruptcy Court Judge