IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | Case No. 07-10416 (KJC) |
| **Delaware corporation, et al.,**[1] | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : SS. |
| NEW CASTLE COUNTY | : |

Cathy M. Greer, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 15th day of October, 2007, she caused a copy of the following to be served as indicated on the attached list:

*Notice of Agenda of Matters Scheduled for Hearing on October 17, 2007 at 2:30 p.m.*
*[Docket No. 3289]*

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

RLF1-3238774-1

_____
Cathy M. Greer
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 27th day of December, 2007.

_____
Notary Public

BARBARA J. WITTERS
Notary Public - State of Delaware
My Comm. Expires Mar. 13, 2009

*VIA FACSIMILE*
**Local Counsel**

|     | Name | Firm | Phone | Fax |
| --- | --- | --- | --- | --- |
| 1.  | David M. Fournier<br>Evelyn J. Meltzer<br>David B. Stratton<br>Henry Jaffe | Pepper Hamilton LLP<br>(Barclays) | 302-777-6500 | 302-421-8390 |
| 2.  | William E. Chipman, Jr.<br>Mark D. Olivere | Edwards Angell Palmer & Dodge LLP (GMAC) | 302-425-7124 | 302-777-7263 |
| 3.  | Norman M. Monhait | Rosenthal, Monhait & Goddess | 302-656-4433 | 302-658-7567 |
| 4.  | Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| 5.  | Don A. Beskrone<br>William P. Bowden<br>Gregory A. Taylor | Ashby & Geddes, P.A.<br>(UBS Real Estate Securities) | 302-654-1888 | 302-654-2067 |
| 6.  | Mary F. Caloway<br>Eric Lopez Schnabel | Buchanan Ingersoll & Rooney PC | 302-552-4200 | 302-552-4295 |
| 7.  | Kurt F. Gwynne | Reed Smith LLP (IndyMac) | 302-778-7500 | 302-778-7575 |
| 8.  | Ian Connor Bifferato<br>Garvan F. McDaniel | Bifferato Gentilotti LLC (CB Richard Ellis) | 302-429-1900 | 302-429-8600 |
| 9.  | Robert J. Dehney<br>Gregory W. Werkheiser<br>Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP (Morgan Stanley) | 302-658-9200 | 302-658-3989 |
| 10. | Marla R. Eskin<br>Mark T. Hurford | Campbell & Levine, LLC | 302-426-1900 | 302-426-9947 |
| 11. | Stephen M. Miller<br>Brett D. Fallon | Morris James LLP | 302-888-6800 | 302-571-1750 |
| 12. | Victoria Watson Counihan<br>Dennis A. Meloro | Greenberg Traurig, LLP | 302-661-7000 | 302-661-7360 |
| 13. | Andrew C. Kassner<br>Howard A. Cohen | Drinker Biddle & Reath | 302-467-4213 | 302-467-4201 |
| 14. | William A. Hazeltine | William A. Hazeltine LLC | 302-295-4976 | 302-295-5077 |
| 15. | Elihu E. Allinson, III<br>William D. Sullivan | William D. Sullivan, LLC (Mangoubi) | 302-428-8191 | 302-428-8195 |
| 16. | Michael R. Lastowski<br>Christopher M. Lastowski | Duane Morris LLP | 302-657-4900 | 302-651-4901 |
| 17. | Lisa C. McLaughlin | Phillips, Goldman & Spence | 302-655-4200 | 302-655-4210 |
| 18. | James E. Huggett | Margolis Edelstein (NLG) (Austin) | 302-777-4680 | 302-777-4682 |
| 19. | Charlene D. Davis<br>Neil B. Glassman<br>Steven M. Yoder<br>Eric M. Sutty | The Bayard Firm<br>(Natixis Real Estate Capital Inc.) | 302-655-5000 | 302-658-6395 |
| 20. | William F. Taylor, Jr.<br>Katherine L. Mayer | McCarter & English, LLP | 302-984-6300 | 302-984-6399 |
| 21. | Jeffrey C. Wisler<br>Marc J. Phillips<br>Karen C. Bifferato | Connolly Bove Lodge & Hutz LLP (Rubio, Coremetrics) | 302-658-9141 | 302-658-0380 |
| 22. | Adam G. Landis | Landis Rath & Cobb | 302-467-4400 | 302-467-4450 |
| 23. | Richard M. Beck<br>Christopher A. Ward<br>Michael W. Yurkewicz | Klehr, Harrison, Harvey, Branzburg & Ellers, LLP | 302-426-1189 | 302-426-9193 |

RLF1-3238774-1

|  | | | | |
|---|---|---|---|---|
|  | Joanne B. Wills | | | |
| 24. | Christopher D. Loizides | Loizides, P.A. | 302-654-0248 | 302-654-0728 |
| 25. | Brian A. Sullivan<br>Amy D. Brown | Werb & Sullivan | 302-652-1100 | 302-652-1111 |
| 26. | Michael G. Gallerizzo<br>David V. Fontana | Gebhart & Smith LLP (GE) | 302-656-9002 | 302-429-5953 |
| 27. | Daniel K. Astin<br>Anthony M. Saccullo | Fox Rothschild LLP | 302-654-7444 | 302-656-8920 |
| 28. | Megan E. Cleghorn<br>David R. Hurst<br>Christopher S. Chow<br>Douglas D. Herrmann | Skadden, Arps, Slate, Meagher & Flom LLP (Ellington) | 302-651-3000 | 302-651-3001 |
| 29. | Ellen W. Slights | U.S. Attorney's Office | 302-573-6277 | 302-573-6431 |
| 30. | Robert S. Brady<br>Michael R. Nestor | Young Conaway Stargatt & Taylor, LLP | 302-571-6600 | 302-571-1253 |
| 31. | Mark M. Minuti | Saul Ewing LLP (Examiner) | 302-421-6840 | 302-421-5873 |
| 32. | Michael Busenkell | Eckert, Seamans, Cherin & Mellot, LLC (Irvine Company) | 302-425-0430 | 302-425-0432 |
| 33. | Joseph Grey<br>Joseph H. Huston Jr. | Stevens & Lee, P.C.<br>(Beneficiaries) | 302-654-5180 | 302-654-5181 |
| 34. | Steven K. Kortanek | Womble Carlyle Sandridge & Rice, PLLC (Carrington) | 302-252-4363 | 302-661-7728 |
| 35. | Bonnie Glantz Fatell | Blank Rome LLP | 302-425-6400 | 302-425-6464 |
| 36. | Francis A. Monaco, Jr. | Monzack and Monaco | 302-656-8162 | 302-656-2769 |
| 37. | Joseph J. McMahon | U.S. Trustee | 302-573-6491 | 302.573.6497 |
| 38. | Charles J. Brown III<br>J. Jackson Shrum | Harvey Pennington<br>(Countrywide) | 302-428-0719 | 302-428-0734 |
| 39. | James F. Bailey | Law Offices of James F.Bailey | 302-658-5686 | 302-658-8051 |
| **Core Group** | | | | |
| 40. | Mark S. Indelicato<br>Mark T. Power<br>Jeffrey L. Schwartz | Hahn & Hessen<br>(Committee) | 212.478.7320 | 212.478.7400 |
| 41. | Suzzanne S. Uhland<br>Ben H. Logan<br>Victoria Newmark<br>Emily Culler | O'Melveny & Meyers<br>(Debtors) | 415.984.8941 | 415.984.8701 |
| 42. | Edward M. Fox | Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>(Examiner) | 212.536.4812 | 212.536.3901 |
| 43. | Michael J. Missal<br>Rebecca L. Kline Dubill<br>Stephen G. Topetzes | Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>(Examiner) | 202.778.9302 | 202.778.9100 |
| 44. | Ken Coleman | Allen & Overy LLP<br>(Barclays) | 212.610.6300 | 212.610.6399 |
| 45. | Patricia B. Tomasco | Brown McCarroll, LLP<br>(Ellington) | 512.472.5456 | 512.479.1101 |
| 46. | Thomas S. Kiriakos<br>Sean T. Scott | Mayer Brown (Carrington) | 312.701.7275 | 312.706.8232 |
| 47. | Van C. Durrer, II | Skadden Arps (Ellington) | 213.687.5200 | 213.621.5200 |