# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| | : |
| Debtors. | : |
| | : |
| | : |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                                            : SS.
NEW CASTLE COUNTY  :

Cathy M. Greer, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 20th day of August, 2007, she caused a copy of the following to be served as indicated on the attached list:

*Notice of Amended Agenda of Matters Scheduled for Hearing on August 21, 2007 at 1:30 p.m. [Docket No. 2303]*

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

RLF1-3238793-1

_____
Cathy M. Greer
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 27th day of December, 2007.

_____
Notary Public

BARBARA J WITTERS
Notary Public - State of Delaware
My Comm. Expires Mar. 13, 2009

RLF1-3238793-1

*VIA FACSIMILE*
**Local Counsel**

|     |                                                                              |                                                      |              |              |
| --- | ---------------------------------------------------------------------------- | ---------------------------------------------------- | ------------ | ------------ |
| 1.  | David M. Fournier<br>Evelyn J. Meltzer<br>David B. Stratton<br>Henry Jaffe  | Pepper Hamilton LLP<br>(Barclays)                    | 302-777-6500 | 302-421-8390 |
| 2.  | William E. Chipman, Jr.<br>Mark D. Olivere                                   | Edwards Angell Palmer & Dodge LLP (GMAC)             | 302-425-7124 | 302-777-7263 |
| 3.  | Norman M. Monhait                                                            | Rosenthal, Monhait & Goddess                         | 302-656-4433 | 302-658-7567 |
| 4.  | Laurie Selber Silverstein                                                    | Potter Anderson & Corroon LLP                        | 302-984-6000 | 302-658-1192 |
| 5.  | Don A. Beskrone<br>William P. Bowden<br>Gregory A. Taylor                   | Ashby & Geddes, P.A.<br>(UBS Real Estate Securities) | 302-654-1888 | 302-654-2067 |
| 6.  | Mary F. Caloway<br>Eric Lopez Schnabel                                       | Buchanan Ingersoll & Rooney PC                       | 302-552-4200 | 302-552-4295 |
| 7.  | Kurt F. Gwynne                                                               | Reed Smith LLP (IndyMac)                             | 302-778-7500 | 302-778-7575 |
| 8.  | Ian Connor Bifferato<br>Garvan F. McDaniel                                   | Bifferato Gentilotti LLC (CB Richard Ellis)          | 302-429-1900 | 302-429-8600 |
| 9.  | Robert J. Dehney<br>Gregory W. Werkheiser<br>Daniel B. Butz                  | Morris, Nichols, Arsht & Tunnell LLP (Morgan Stanley)| 302-658-9200 | 302-658-3989 |
| 10. | Marla R. Eskin<br>Mark T. Hurford                                            | Campbell & Levine, LLC                               | 302-426-1900 | 302-426-9947 |
| 11. | Stephen M. Miller<br>Brett D. Fallon                                         | Morris James LLP                                     | 302-888-6800 | 302-571-1750 |
| 12. | Victoria Watson Counihan<br>Dennis A. Meloro                                 | Greenberg Traurig, LLP                               | 302-661-7000 | 302-661-7360 |
| 13. | Andrew C. Kassner<br>Howard A. Cohen                                         | Drinker Biddle & Reath                               | 302-467-4213 | 302-467-4201 |
| 14. | William A. Hazeltine                                                         | William A. Hazeltine LLC                             | 302-295-4976 | 302-295-5077 |
| 15. | Elihu E. Allinson, III<br>William D. Sullivan                                | William D. Sullivan, LLC (Mangoubi)                  | 302-428-8191 | 302-428-8195 |
| 16. | Michael R. Lastowski<br>Christopher M. Lastowski                             | Duane Morris LLP                                     | 302-657-4900 | 302-651-4901 |
| 17. | Lisa C. McLaughlin                                                           | Phillips, Goldman & Spence                           | 302-655-4200 | 302-655-4210 |
| 18. | James E. Huggett                                                             | Margolis Edelstein (NLG) (Austin)                    | 302-777-4680 | 302-777-4682 |
| 19. | Charlene D. Davis<br>Neil B. Glassman<br>Steven M. Yoder<br>Eric M. Sutty    | The Bayard Firm<br>(Natixis Real Estate Capital Inc.)| 302-655-5000 | 302-658-6395 |
| 20. | William F. Taylor, Jr.<br>Katherine L. Mayer                                 | McCarter & English, LLP                              | 302-984-6300 | 302-984-6399 |
| 21. | Jeffrey C. Wisler<br>Marc J. Phillips<br>Karen C. Bifferato                  | Connolly Bove Lodge & Hutz LLP (Rubio, Coremetrics)  | 302-658-9141 | 302-658-0380 |
| 22. | Adam G. Landis                                                               | Landis Rath & Cobb                                   | 302-467-4400 | 302-467-4450 |
| 23. | Richard M. Beck<br>Christopher A. Ward<br>Michael W. Yurkewicz               | Klehr, Harrison, Harvey, Branzburg & Ellers, LLP     | 302-426-1189 | 302-426-9193 |

RLF1-3238793-1

|     |                                                                            |                                                            |              |              |
| --- | -------------------------------------------------------------------------- | ---------------------------------------------------------- | ------------ | ------------ |
|     | Joanne B. Wills                                                            |                                                            |              |              |
| 24. | Christopher D. Loizides                                                    | Loizides, P.A.                                             | 302-654-0248 | 302-654-0728 |
| 25. | Brian A. Sullivan<br>Amy D. Brown                                          | Werb & Sullivan                                            | 302-652-1100 | 302-652-1111 |
| 26. | Michael G. Gallerizzo<br>David V. Fontana                                  | Gebhart & Smith LLP (GE)                                   | 302-656-9002 | 302-429-5953 |
| 27. | Daniel K. Astin<br>Anthony M. Saccullo                                     | Fox Rothschild LLP                                         | 302-654-7444 | 302-656-8920 |
| 28. | Megan E. Cleghorn<br>David R. Hurst<br>Christopher S. Chow<br>Douglas D. Herrmann | Skadden, Arps, Slate, Meagher & Flom LLP (Ellington) | 302-651-3000 | 302-651-3001 |
| 29. | Ellen W. Slights                                                           | U.S. Attorney's Office                                     | 302-573-6277 | 302-573-6431 |
| 30. | Robert S. Brady<br>Michael R. Nestor                                       | Young Conaway Stargatt & Taylor, LLP                       | 302-571-6600 | 302-571-1253 |
| 31. | Mark M. Minuti                                                             | Saul Ewing LLP (Examiner)                                  | 302-421-6840 | 302-421-5873 |
| 32. | Michael Busenkell                                                          | Eckert, Seamans, Cherin & Mellot, LLC (Irvine Company)     | 302-425-0430 | 302-425-0432 |
| 33. | Joseph Grey<br>Joseph H. Huston Jr.                                        | Stevens & Lee, P.C. (Beneficiaries)                        | 302-654-5180 | 302-654-5181 |
| 34. | Steven K. Kortanek                                                         | Womble Carlyle Sandridge & Rice, PLLC (Carrington)         | 302-252-4363 | 302-661-7728 |
| 35. | Bonnie Glantz Fatell                                                       | Blank Rome LLP                                             | 302-425-6400 | 302-425-6464 |
| 36. | Francis A. Monaco, Jr.                                                     | Monzack and Monaco                                         | 302-656-8162 | 302-656-2769 |
| 37. | Joseph J. McMahon                                                          | U.S. Trustee                                               | 302-573-6491 | 302.573.6497 |
| 38. | Charles J. Brown III<br>J. Jackson Shrum                                   | Harvey Pennington (Countrywide)                            | 302-428-0719 | 302-428-0734 |
| 39. | James F. Bailey                                                            | Law Offices of James F. Bailey                             | 302-658-5686 | 302-658-8051 |
| *Core Group* | | | | |
| 40. | Mark S. Indelicato<br>Mark T. Power<br>Jeffrey L. Schwartz                 | Hahn & Hessen (Committee)                                  | 212.478.7320 | 212.478.7400 |
| 41. | Suzzanne S. Uhland<br>Ben H. Logan<br>Victoria Newmark<br>Emily Culler     | O'Melveny & Meyers (Debtors)                               | 415.984.8941 | 415.984.8701 |
| 42. | Edward M. Fox                                                              | Kirkpatrick & Lockhart Preston Gates Ellis LLP (Examiner)  | 212.536.4812 | 212.536.3901 |
| 43. | Michael J. Missal<br>Rebecca L. Kline Dubill<br>Stephen G. Topetzes        | Kirkpatrick & Lockhart Preston Gates Ellis LLP (Examiner)  | 202.778.9302 | 202.778.9100 |
| 44. | Ken Coleman                                                                | Allen & Overy LLP (Barclays)                               | 212.610.6300 | 212.610.6399 |
| 45. | Patricia B. Tomasco                                                        | Brown McCarroll, LLP (Ellington)                           | 512.472.5456 | 512.479.1101 |
| 46. | Thomas S. Kiriakos<br>Sean T. Scott                                        | Mayer Brown (Carrington)                                   | 312.701.7275 | 312.706.8232 |
| 47. | Van C. Durrer, II                                                          | Skadden Arps (Ellington)                                   | 213.687.5200 | 213.621.5200 |

***Special Service Parties***

| | | | | |
|---|---|---|---|---|
| 48. | David P. Primack | Drinker Biddel & Reath (Brandywine Operating) | 302.467.4200 | 302.467.4201 |
| 49. | Guy S. Neal | Sidley Austin LLP | 202.736.8041 | 202.736.8711 |
| 50. | Madeleine Wanslee | Gust Rosenfeld PLC (Maricopa) | 602.257.7430 | 602.340.1538 |
| 51. | Christopher P. Simon | Cross & Simon (NYST's) | 302.777.4200 | 302.777.4224 |
| 52. | Michael S. Etkin<br>Ira M. Levee<br>S. Jason Teele | Lowenstein Sandler PC (NYST's) | 973.597.2500 | 973.597.2400 |
| 53. | Salvatore J. Graziano<br>Hannah Greenwald<br>Noam Mandel | Bernstein Litowitz Berger & Grossman (NYST) | 212.554.1400 | 212.554.1444 |
| 54. | Blair A. Nicholas<br>Matthew Silben | Bernstein Litowitz Berger & Grossman (NYST) | 858.793.0070 | 858.793.0323 |
| 55. | Stephanie Friese | Friese Legal (Town Park) | 404.876.4880 | 404.876.4757 |
| 56. | Stuart J. Miller | Lankenau & Miller, LLP (Austin) | 212.581.5005 | 212.581.2122 |
| 57. | Mary E. Olsen<br>M. Vance McCrary<br>J. Cecil Gardner | The Gardner Firm (Austin) | 251.433.8100 | 251.433.8181 |

<u>Via Email & Fed Ex</u>

Aaron Celious
1614 Greenfield Avenue
Los Angeles, CA 90025
310.309.9003
aaroncelious@yahoo.com