IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, et al.,[1] | : | **Case No. 07-10416 (KJC)** |
| | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : SS. |
| NEW CASTLE COUNTY | : |

Cathy M. Greer, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 19th day of October, 2007, she caused a copy of the following to be served as indicated on the attached list:

*Notice of Agenda of Matters Scheduled for Hearing on October 23, 2007 at 1:30 p.m.*
*[Docket No. 3346]*

---

1 The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

_____
Cathy M. Greer
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 27th day of December, 2007.

_____
Notary Public

LINDA M. ANDERSON
Notary Public - State of Delaware
My Comm. Expires June 30, 2010

*VIA FACSIMILE*
**Local Counsel**

| | | | | |
|---|---|---|---|---|
| 1. | David M. Fournier<br>Evelyn J. Meltzer<br>David B. Stratton<br>Henry Jaffe | Pepper Hamilton LLP<br>(Barclays) | 302-777-6500 | 302-421-8390 |
| 2. | William E. Chipman, Jr.<br>Mark D. Olivere | Edwards Angell Palmer &<br>Dodge LLP (GMAC) | 302-425-7124 | 302-777-7263 |
| 3. | Norman M. Monhait | Rosenthal, Monhait & Goddess | 302-656-4433 | 302-658-7567 |
| 4. | Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| 5. | Don A. Beskrone<br>William P. Bowden<br>Amanda M. Winfree | Ashby & Geddes, P.A.<br>(William Manera) | 302-654-1888 | 302-654-2067 |
| 6. | Mary F. Caloway<br>Eric Lopez Schnabel | Buchanan Ingersoll & Rooney PC | 302-552-4200 | 302-552-4295 |
| 7. | Kurt F. Gwynne | Reed Smith LLP (IndyMac) | 302-778-7500 | 302-778-7575 |
| 8. | Ian Connor Bifferato<br>Garvan F. McDaniel | Bifferato Gentilotti LLC (CB Richard Ellis) | 302-429-1900 | 302-429-8600 |
| 9. | Robert J. Dehney<br>Gregory W. Werkheiser<br>Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP (Morgan Stanley) | 302-658-9200 | 302-658-3989 |
| 10. | Marla R. Eskin<br>Mark T. Hurford | Campbell & Levine, LLC | 302-426-1900 | 302-426-9947 |
| 11. | Stephen M. Miller<br>Brett D. Fallon | Morris James LLP | 302-888-6800 | 302-571-1750 |
| 12. | Victoria Watson Counihan<br>Dennis A. Meloro | Greenberg Traurig, LLP | 302-661-7000 | 302-661-7360 |
| 13. | Andrew C. Kassner<br>Howard A. Cohen | Drinker Biddle & Reath | 302-467-4213 | 302-467-4201 |
| 14. | William A. Hazeltine | William A. Hazeltine LLC | 302-295-4976 | 302-295-5077 |
| 15. | Elihu E. Allinson, III<br>William D. Sullivan | William D. Sullivan, LLC<br>(Mangoubi) | 302-428-8191 | 302-428-8195 |
| 16. | Michael R. Lastowski<br>Christopher M. Lastowski | Duane Morris LLP | 302-657-4900 | 302-651-4901 |
| 17. | Lisa C. McLaughlin | Phillips, Goldman & Spence | 302-655-4200 | 302-655-4210 |
| 18. | James E. Huggett | Margolis Edelstein (NLG)<br>(Austin) | 302-777-4680 | 302-777-4682 |
| 19. | Charlene D. Davis<br>Neil B. Glassman<br>Steven M. Yoder<br>Eric M. Sutty | The Bayard Firm<br>(Natixis Real Estate Capital Inc.) | 302-655-5000 | 302-658-6395 |
| 20. | William F. Taylor, Jr.<br>Katherine L. Mayer | McCarter & English, LLP | 302-984-6300 | 302-984-6399 |
| 21. | Jeffrey C. Wisler<br>Marc J. Phillips<br>Karen C. Bifferato | Connolly Bove Lodge & Hutz LLP (Rubio, Coremetrics) | 302-658-9141 | 302-658-0380 |
| 22. | Adam G. Landis | Landis Rath & Cobb | 302-467-4400 | 302-467-4450 |
| 23. | Richard M. Beck<br>Christopher A. Ward<br>Michael W. Yurkewicz | Klehr, Harrison, Harvey,<br>Branzburg & Ellers, LLP | 302-426-1189 | 302-426-9193 |

|     |                                                                              |                                                           |              |              |
|-----|------------------------------------------------------------------------------|-----------------------------------------------------------|--------------|--------------|
|     | Joanne B. Wills                                                              |                                                           |              |              |
| 24. | Christopher D. Loizides                                                      | Loizides, P.A.                                            | 302-654-0248 | 302-654-0728 |
| 25. | Brian A. Sullivan<br>Amy D. Brown                                            | Werb & Sullivan                                           | 302-652-1100 | 302-652-1111 |
| 26. | Michael G. Gallerizzo<br>David V. Fontana                                    | Gebhart & Smith LLP (GE)                                  | 302-656-9002 | 302-429-5953 |
| 27. | Daniel K. Astin<br>Anthony M. Saccullo                                       | Fox Rothschild LLP                                        | 302-654-7444 | 302-656-8920 |
| 28. | Megan E. Cleghorn<br>David R. Hurst<br>Christopher S. Chow<br>Douglas D. Herrmann | Skadden, Arps, Slate, Meagher & Flom LLP (Ellington)  | 302-651-3000 | 302-651-3001 |
| 29. | Ellen W. Slights                                                             | U.S. Attorney's Office                                    | 302-573-6277 | 302-573-6431 |
| 30. | Robert S. Brady<br>Michael R. Nestor                                         | Young Conaway Stargatt & Taylor, LLP                      | 302-571-6600 | 302-571-1253 |
| 31. | Mark M. Minuti                                                               | Saul Ewing LLP (Examiner)                                 | 302-421-6840 | 302-421-5873 |
| 32. | Michael Busenkell                                                            | Eckert, Seamans, Cherin & Mellot, LLC (Irvine Company)    | 302-425-0430 | 302-425-0432 |
| 33. | Joseph Grey<br>Joseph H. Huston Jr.                                          | Stevens & Lee, P.C. (Beneficiaries)                       | 302-654-5180 | 302-654-5181 |
| 34. | Steven K. Kortanek                                                           | Womble Carlyle Sandridge & Rice, PLLC (Carrington)        | 302-252-4363 | 302-661-7728 |
| 35. | Bonnie Glantz Fatell                                                         | Blank Rome LLP                                            | 302-425-6400 | 302-425-6464 |
| 36. | Francis A. Monaco, Jr.                                                       | Monzack and Monaco                                        | 302-656-8162 | 302-656-2769 |
| 37. | Joseph J. McMahon                                                            | U.S. Trustee                                              | 302-573-6491 | 302.573.6497 |
| 38. | Charles J. Brown III<br>J. Jackson Shrum                                     | Harvey Pennington (Countrywide)                           | 302-428-0719 | 302-428-0734 |
| 39. | James F. Bailey                                                              | Law Offices of James F.Bailey                             | 302-658-5686 | 302-658-8051 |
| *Core Group* |                                                                   |                                                           |              |              |
| 40. | Mark S. Indelicato<br>Mark T. Power<br>Jeffrey L. Schwartz                   | Hahn & Hessen (Committee)                                 | 212.478.7320 | 212.478.7400 |
| 41. | Suzzanne S. Uhland<br>Ben H. Logan<br>Victoria Newmark<br>Emily Culler       | O'Melveny & Meyers (Debtors)                              | 415.984.8941 | 415.984.8701 |
| 42. | Edward M. Fox                                                                | Kirkpatrick & Lockhart Preston Gates Ellis LLP (Examiner) | 212.536.4812 | 212.536.3901 |
| 43. | Michael J. Missal<br>Rebecca L. Kline Dubill<br>Stephen G. Topetzes          | Kirkpatrick & Lockhart Preston Gates Ellis LLP (Examiner) | 202.778.9302 | 202.778.9100 |
| 44. | Ken Coleman                                                                  | Allen & Overy LLP (Barclays)                              | 212.610.6300 | 212.610.6399 |
| 45. | Patricia B. Tomasco                                                          | Brown McCarroll, LLP (Ellington)                          | 512.472.5456 | 512.479.1101 |
| 46. | Thomas S. Kiriakos<br>Sean T. Scott                                          | Mayer Brown (Carrington)                                  | 312.701.7275 | 312.706.8232 |
| 47. | Van C. Durrer, II                                                            | Skadden Arps (Ellington)                                  | 213.687.5200 | 213.621.5200 |

RLF1-3216019-1

***Special Service Parties***

| 48. | Stuart J. Miller | Lankenau & Miller, LLP (Austin) | 212.581.5005 | 212.581.2122 |
|---|---|---|---|---|
| 49. | Mary E. Olsen<br>M. Vance McCrary<br>J. Cecil Gardner | The Gardner Firm (Austin) | 251.433.8100 | 251.433.8181 |
| 50. | Thomas Barnett<br>Neil F. Dignon | Draper & Goldberg | 302.855.9252 | 302.855.9293 |
| 51. | Robert T. Aulgur, Jr.<br>Kristi J. Doughty | Whittington & Aulgur | 302.378.1661 | 302.378.1645 |
| 52. | Mark H. Ralston | Munsch Hardt Kopf & Harr (Positive Software) | 214-855-7500 | 214-855-7584 |
| 53. | Robert J. Keach | Bernstein, Shur (Schroeder) | 207-774-1200 | 207-774-1127 |
| 54. | Andrew A. Nicely | Mayer Brown (Schroeder) | 202-263-3000 | 202-263-5264 |
| 55. | Joseph H. Huston, Jr. | Stevens & Lee (Schroeder) | 302-425-3310 | 302-654-5181 |
| 56. | Sherry D. Lowe | Lamm Rubenstone Lesavoy Butz & David (National City) | 215-638-9330 | 215-638-2867 |
| 57. | Frederic J. DiSpigna | Law Offices of David Stern (HomEq and GMAC Mortgage) | 954-233-8000 x207 | 954-233-8648 |