UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x

|   |   |   |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|   | : |   |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : | **Case No. 07-10416 (KJC)** |
| **a Delaware Corporation, et al.,** | : |   |
|   | : | **Jointly Administered** |
| **Debtors.** | : |   |
|   | : | **Related to Docket No. 3982 and 3983** |

-------------------------------------------------------x

### CERTIFICATION OF NO OBJECTION REGARDING THIRD MONTHLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

### NO ORDER REQUIRED

I, Mark Minuti, counsel for Michael J. Missal, the Court appointed examiner (the "Examiner") in the above-captioned jointly administered chapter 11 cases, hereby certify as follows:

1.    On November 30, 2007, the Examiner filed the **Third Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2007 through September 30, 2007** (the "Third Application") [Docket No. 3982] and the **Notice of Fee Application** (the "Notice") [Docket No. 3983].

2.    In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, objections, if any, to the Third Application were due on or before 4:00 p.m. on December 20, 2007 (the "Objection Deadline").

3.    The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

4.     Accordingly, the Third Application may be granted.

Dated: December 27, 2007

**SAUL EWING LLP**

By:

Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

Co-Counsel to Michael J. Missal, Examiner