## **EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **NEW CENTURY TRS HOLDINGS** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | | Re: Docket No. 3925 |

**ORDER PURSUANT TO 11 U.S.C. § 502, FED R. BANKR. P. 3007
AND 9014 AND DEL. BANKR. L.R. 3007-1 DISALLOWING AND EXPUNGING
CERTAIN (A) AMENDED AND SUPERSEDED CLAIMS, (B) NO SUPPORTING
DOCUMENTATION CLAIMS, (C) DUPLICATE CLAIMS AND (D) LATE FILED
CLAIMS SET FORTH IN DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS**

Upon the Debtors' Fourth Omnibus Objection To Claims: Non-Substantive

Objection Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R.

3007-1 to Certain (A) Amended and Superseded Claims, (B) No Supporting Documentation

Claims, (C) Duplicate Claims and (D) Late Filed Claims (the "Objection"),[2] filed by New Century

Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc, ("New

Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor

---

[1] The Debtors are the following entities: New Century Financial Corporation (f1k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (Okla JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L. P (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R E.O Corp , a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LW (cl/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership and NC Warehouse Corporation, a California corporation. .

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

and debtor-in-possession in the above-styled case (collectively, the "Debtors"); and it appearing that notice of the objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Objection, the claims listed on Exhibits A through D annexed hereto, and any responses thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

FOUND AND DETERMINED THAT:

A.      This Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B.      Each holder of a claim (as to each, a "Claim") listed on Exhibits A through D attached hereto was properly and timely served with a copy of the Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C.      Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

D.      The Claims listed on Exhibit A hereto are Claims that have been amended and superseded by other claims set forth in later Proofs of Claim and, therefore, have been amended and superseded by the Remaining Claims; and

E.      The Claims listed on Exhibit B hereto are Claims for which no supporting documentation was attached to the filed Proofs of Claim; and

F.      The Duplicate Claims listed on Exhibit C hereto are Claims that assert duplicate or multiple claims against the same Debtor asserting the same liability in the same amount and, therefore, are duplicative of those asserted in the remaining Claims; and

G.      The Late Filed Claims listed on <u>Exhibit D</u> hereto are Claims that were filed after the Bar Date and, therefore, were not timely filed; and

H.      The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Objection is GRANTED.

2.      The Amended and Superseded Claims listed on <u>Exhibit A</u> in the column labeled "Amended Claim Number" be, and hereby are, disallowed or expunged in their entirety.

3.      The No Supporting Documentation Claims listed on <u>Exhibit B</u> be, and hereby are, disallowed and expunged in their entirety.

4.      The Duplicate Claims listed on <u>Exhibit C</u> in the column labeled "Duplicate Claim Number" be, and hereby are, disallowed and expunged in their entirety, and each Claimant retains a Claim that incorporates the entire liability asserted by the Claimant.

5.      The Late Filed Claims listed on <u>Exhibit D</u> hereby are disallowed and expunged in their entirety.

6.      The objection is hereby continued to January 9, 2008 at 1:30 p.m. with respect to the following Claims:  Orange County Treasurer Tax Collector [Claim No. 3339], Foley & Mansfield PLLP [Claim No. 2285] and Residential Mortgage Solution LLC [Claim No. 3444].

7.      The Objection is hereby withdrawn with respect to the following Claim: Donald E. and Judy S. Williams [Claim No. 871].

8.      The Debtors' rights to amend, modify, or supplement this Objection, to file additional objections to the Claims or any other claims (filed or not) which may be asserted against the Debtors, and to seek further reduction of any Claim to the extent such Claim has been paid, are

preserved. Additionally, should one or more of the grounds of objection stated in this Objection be dismissed, the Debtors rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these cases are preserved.

9.      This Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

10.     Each Claim and the objections by the Debtors to such Claim, as addressed in the Objection and as set forth on Exhibits A through D hereto, constitutes a separate contested matter as contemplated by Fed, R. Bankr. P. 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

Dated: December ____, 2007
        Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

4th Omnibus Objection

**Exhibit A**
**Amended Claims - Ordered**

In re: New Century TRS Holdings, Inc.  et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| 03 Griffing Associates Llc<br>85 Old Country Rd Ste 5<br>Riverhead, NY 11901 | 07-10416 | 1497 | 07-10416 | 3226 | $0.00 | $0.00 | $84,046.35 | $0.00 | $84,046.35 | $0.00 | $13,348.00 | $0.00 | $159,520.00 | $172,698.00 |
| Otenis P Duncan<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3082 | 07-10416 | 3487 | $215,000.00 | $0.00 | $0.00 | $0.00 | $215,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zetta Williams<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 2999 | 07-10416 | 3355 | $520,000.00 | $0.00 | $0.00 | $0.00 | $520,000.00 | $0.00 | $0.00 | $520,000.00 | $0.00 | $520,000.00 |
| Cf Consultants Inc<br>7700 Irvine Ctr Dr Ste 950<br>Irvine, CA 92618 | 07-10416 | 1480 | 07-10416 | 1548 | $0.00 | $0.00 | $0.00 | $69,693.38 | $69,693.38 | $0.00 | $0.00 | $0.00 | $70,833.38 | $70,833.38 |
| Charlie Skinner<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3074 | 07-10416 | 3345 | $260,000.00 | $0.00 | $0.00 | $0.00 | $260,000.00 | $0.00 | $0.00 | $260,000.00 | $0.00 | $260,000.00 |
| Daryl Hartigan<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3066 | 07-10428 | 3353 | $308,000.00 | $0.00 | $0.00 | $0.00 | $308,000.00 | $0.00 | $0.00 | $308,000.00 | $0.00 | $308,000.00 |
| Crestwood Behavioral Health Inc<br>7590 Shoreline Dr<br>Stockton, CA 95219 | 07-10416 | 668 | 07-10419 | 2337 | $0.00 | $0.00 | $0.00 | $60,304.21 | $60,304.21 | $0.00 | $0.00 | $0.00 | $60,304.21 | $60,304.21 |
| Crystal Lewis<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3091 | 07-10416 | 3346 | $270,000.00 | $0.00 | $0.00 | $0.00 | $270,000.00 | $0.00 | $0.00 | $270,000.00 | $0.00 | $270,000.00 |
| Department of the Treasury Internal Revenue Service<br>1352 Marrows Rd Ste 204<br>Newark, DE 19711-5445 | 07-10427 | 543 | 07-10427 | 3404 | $0.00 | $0.00 | $10,039.53 | $0.00 | $10,039.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

4th Omnibus Objection

## Exhibit A
## Amended Claims - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Department of the Treasury Internal Revenue Service<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | 07-10428 | 2 | 07-10428 | 3407 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Department of the Treasury Internal Revenue Service<br>1352 Marrows Rd Ste 204<br>Newark, DE 19711-5445 | 07-10421 | 539 | 07-10421 | 3388 | $0.00 | $0.00 | $13,651,904.54 | $5,234.88 | $13,657,139.42 | $0.00 | $0.00 | $0.00 | $5,234.88 | $5,234.88 |
| Department of the Treasury Internal Revenue Service<br>1352 Marrows Rd Ste 204<br>Newark, DE 19711-5445 | 07-10420 | 454 | 07-10420 | 3406 | $0.00 | $0.00 | $877,540.05 | $7,697.55 | $885,237.60 | $0.00 | $0.00 | $0.00 | $5,847.55 | $5,847.55 |
| Department of the Treasury Internal Revenue Service<br>1352 Marrows Rd Ste 204<br>Newark, DE 19711-5445 | 07-10429 | 542 | 07-10429 | 3405 | $0.00 | $0.00 | $65,882.41 | $0.00 | $65,882.41 | $0.00 | $0.00 | $11,514.31 | $0.00 | $11,514.31 |
| Department of the Treasury Internal Revenue Service<br>1352 Marrows Rd Ste 204<br>Newark, DE 19711-5445 | 07-10419 | 455 | 07-10419 | 3450 | $0.00 | $0.00 | $36,933,574.34 | $537,799.47 | $37,471,373.81 | $0.00 | $0.00 | $4,031,646.07 | $352,752.17 | $4,384,398.24 |
| Queens Spells<br>500 Arena Dr Ste 104<br>...argo, MD 20774 | 07-10416 | 3088 | 07-10416 | 3349 | $338,000.00 | $0.00 | $0.00 | $0.00 | $338,000.00 | $0.00 | $0.00 | $338,000.00 | $0.00 | $338,000.00 |
| Federal National Mortgage Association<br>3855 Market St Ste 2300<br>Philadelphia, PA 19103 | 07-10419 | 2828 | 07-10419 | 3497 | $0.00 | $0.00 | $0.00 | $4,654,209.53 | $4,654,209.53 | $0.00 | $0.00 | $0.00 | $5,031,146.67 | $5,031,146.67 |
| Innovative Staff Serv<br>17291 Irvine Blvd No 160<br>Tustin, CA 92782 | 07-10416 | 51 | 07-10416 | 1275 | $0.00 | $0.00 | $15,902.43 | $0.00 | $15,902.43 | $0.00 | $0.00 | $15,889.07 | $0.00 | $15,889.07 |

**4th Omnibus Objection**

## Exhibit A
## Amended Claims - Ordered

In re: New Century TRS Holdigs, Inc. et al.

Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Sano Hammonds<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3068 | 07-10416 | 3354 | $625,000.00 | $0.00 | $0.00 | $0.00 | $625,000.00 | $0.00 | $0.00 | $625,000.00 | $0.00 | $625,000.00 |
| Joseph & LaDosca Richardson<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3063 | 07-10416 | 3351 | $545,000.00 | $0.00 | $0.00 | $0.00 | $545,000.00 | $0.00 | $0.00 | $545,000.00 | $0.00 | $545,000.00 |
| Lorraine Sturghill P R Estate of Sturghill<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3085 | 07-10416 | 3515 | $240,000.00 | $0.00 | $0.00 | $0.00 | $240,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Saidina Morris<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3077 | 07-10416 | 3347 | $235,000.00 | $0.00 | $0.00 | $0.00 | $235,000.00 | $0.00 | $0.00 | $235,000.00 | $0.00 | $235,000.00 |
| Newlin Lewis<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3089 | 07-10416 | 3350 | $298,000.00 | $0.00 | $0.00 | $0.00 | $298,000.00 | $0.00 | $0.00 | $298,000.00 | $0.00 | $298,000.00 |
| OKC Maui Owner LLC<br>200 E Long Lake Rd<br>Bloomfield Hills, MI 48304 | 07-10416 | 1188 | 07-10416 | 3460 | $0.00 | $0.00 | $0.00 | $154,948.39 | $154,948.39 | $0.00 | $0.00 | $0.00 | $10,379.52 | $10,379.52 |
| Sohard Kitciouk<br>8712 1/2 Lafigura Blvd<br>Los Angeles, CA 90056 | 07-10419 | 2644 | 07-10419 | 3261 | $0.00 | $0.00 | $1,275,200.00 | $0.00 | $1,275,200.00 | $0.00 | $0.00 | $1,275,200.00 | $0.00 | $1,275,200.00 |
| Sananscom<br>Marcoui Ste F<br>Irvine, CA 92618-2518 | 07-10419 | 1076 | 07-10416 | 3372 | $0.00 | $0.00 | $0.00 | $235,174.39 | $235,174.39 | $0.00 | $0.00 | $0.00 | $339,814.59 | $339,814.59 |
| Tallulah Anderson<br>9500 Arena Dr Ste 104<br>Largo, MD 20744 | 07-10416 | 3071 | 07-10416 | 3348 | $376,000.00 | $0.00 | $0.00 | $0.00 | $376,000.00 | $0.00 | $0.00 | $376,000.00 | $0.00 | $376,000.00 |

4th Omnibus Objection

**Exhibit A**
**Amended Claims - Ordered**

In re: New Century TRS Holdings, Inc. _et al._
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| The Next Level Sales Consulting 2321 Rosecrans Ave Ste 4250 El Segundo, CA. 90425 | 07-10419 | 811 | 07-10419 | 1046 | $0.00 | $0.00 | $0.00 | $17,631.00 | $17,630.77 | $0.00 | $0.00 | $0.00 | $47,118.28 | $47,118.28 |
| The Next Level Sales Consulting 2321 Rosecrans Ave Ste 4250 El Segundo, CA. 90425 | 07-10419 | 812 | 07-10419 | 1046 | $0.00 | $0.00 | $0.00 | $25,988.00 | $25,987.51 | $0.00 | $0.00 | $0.00 | $47,118.28 | $47,118.28 |
| Washington Mutual Mortgage Securities Corp Washington Mutual Bank 623 Fifth Ave 17th Fl New York, NY 10022 | 07-10419 | 2457 | 07-10419 | 3506 | $0.00 | $0.00 | $0.00 | $4,909,613.41 | $4,909,613.41 | $0.00 | $0.00 | $0.00 | $5,063,878.51 | $5,063,878.51 |
| HWM Specialty Mortgage LLC c/o Mr. Michael D Coyne Washington Mutual Bank 623 Fifth Avenue 17th Floor New York New York 10022 423 Fifth Ave 17th Fl New York, NY 10022 | 07-10420 | 2679 | 07-10420 | 3505 | $0.00 | $0.00 | $0.00 | $203,538.88 | $203,538.88 | $0.00 | $0.00 | $0.00 | $909,400.71 | $909,400.71 |
| Yolanda & Wayne Matthews 5500 Arena Dr Ste 104 Largo, MD 20774 | 07-10416 | 3008 | 07-10416 | 3352 | $360,000.00 | $0.00 | $0.00 | $0.00 | $360,000.00 | $0.00 | $0.00 | $360,000.00 | $0.00 | $360,000.00 |
| **Claims To Be Expunged Totals** | | | | 31 | $4,550,000.00 | $0.00 | $52,894,389.65 | $10,861,833.09 | $68,346,222.02 | $0.00 | $13,348.00 | $9,469,249.45 | $12,090,448.75 | $21,572,775.20 |

# EXHIBIT B

**Exhibit B**

**Claims with No Supporting Documentation - Ordered**

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | | To Be Expunged Claim Amount | | |
| Quदेra Michael R<br>2913 El Camino Real No 228<br>Tustin, CA 92782 | 07-10421 | 824 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Andrew Merolla<br>92 Kelly Ave<br>Liberty, NY 12754 | 07-10419 | 28 | $0.00 | $0.00 | $2,825.90 | $0.00 | $2,825.90 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Garrett Russell C<br>7063 Alderwood Dr<br>Newport Beach, CA 92660 | 07-10421 | 1016 | $0.00 | $0.00 | $12,500.00 | $99,720.00 | $112,220.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Hamel Holding<br>4590 Maginnis Ferry Rd<br>Suwanee, GA 30024 | 07-10416 | 1841 | $0.00 | $0.00 | $4,410.00 | $0.00 | $4,410.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Jalilir Whitney<br>9706 Bungalow Pl<br>Corona Del Mar, CA 92625 | 07-10421 | 1155 | $0.00 | $0.00 | $13,300.00 | $0.00 | $13,300.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Delbert Peter Van Vliet<br>52293 Battenwood Dr<br>Macomb Township, MI 48042 | 07-10416 | 914 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Demas Euripides George<br>149 Walpole St<br>Canton, MA 02021 | 07-10421 | 881 | $0.00 | $0.00 | $7,500.00 | $0.00 | $7,500.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Dennis Witkowsky<br>68 Leisure Pk Cir<br>Santa Rosa, CA 95401 | 07-10419 | 2465 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Di Liberto Alfonso G<br>429 Lasalle Ave<br>Hasbrouck Hts, NJ 07604 | 07-10419 | 963 | $0.00 | $0.00 | $1,600.00 | $0.00 | $1,600.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |

4th Omnibus Objection

**Exhibit B**

**Claims with No Supporting Documentation - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Donald F Rowland<br>437 E Wickieup Ln<br>Phoenix, AZ 85050 | 07-10417 | 36 | $0.00 | $0.00 | $3,049.39 | $0.00 | $3,049.39 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Betty V Grande<br>317 N Stovibn Dr<br>Orange, CA 92869 | 07-10419 | 2144 | $0.00 | $0.00 | $0.00 | $23,400.00 | $23,400.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Erica Rachel Buchanan<br>3999 Smith Springs Rd<br>Nashville, TN 37217 | 07-10416 | 1386 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Foothill Funding Group Inc<br>845 Ponte Vecchio Ct<br>Upland, CA 91784 | 07-10416 | 860 | $0.00 | $0.00 | $15,000.00 | $0.00 | $15,000.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Feller Alan M<br>266 Gravel Hill Station<br>Southampton, PA 18966 | 07-10421 | 846 | $0.00 | $0.00 | $3,500.00 | $0.00 | $3,500.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| George Cretella Esq<br>23 Cambridge Dr<br>Matawan, NJ 07747 | 07-10416 | 873 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Excofano Richard P<br>11306 N Congressional<br>Fanthem, AZ 85086 | 07-10419 | 889 | $0.00 | $0.00 | $40,000.00 | $0.00 | $40,000.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| George Cotini J<br>3056 N 57th St<br>Milwaukee, WI 53210 | 07-10421 | 2276 | $0.00 | $0.00 | $3,453.44 | $0.00 | $3,453.44 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Jill Marie Cotley<br>222 8th St No 2<br>Huntington Bch, CA 92648 | 07-10419 | 545 | $0.00 | $0.00 | $12,109.26 | $0.00 | $12,109.26 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |

4th Omnibus Objection

## Exhibit B
## Claims with No Supporting Documentation - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Joel Terrill<br>421 E Canyon Way<br>Chandler, AZ 85249 | 07-10416 | 210 | $0.00 | $0.00 | $9,650.00 | $0.00 | $9,650.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Karen Byrd<br>PO Box 86<br>Dry Ridge, KY 41035 | 07-10416 | 500 | $124,000.00 | $0.00 | $0.00 | $0.00 | $124,000.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Katherine Ackerman Magorda<br>4227 Foxborough Rd<br>Charlotte, NC 28213 | 07-10416 | 890 | $0.00 | $0.00 | $600.00 | $0.00 | $600.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Leaman Mock Cunnyngham & Davis<br>Maxine Cunnyngham 5900 North Grand Blvd<br>Oklahoma City, OK 73118 | 07-10416 | 1101 | $0.00 | $0.00 | $0.00 | $39,869.72 | $39,869.72 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Leticia Chavez<br>3605 Millbrook Way<br>Bakersfield, CA 93313 | 07-10416 | 1389 | $500.00 | $0.00 | $500.00 | $4,500.00 | $5,500.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Lino Lily B<br>201 Great Lawn<br>Irvine, CA 92620 | 07-10419 | 1737 | $0.00 | $0.00 | $9,375.00 | $0.00 | $9,375.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Lopez Michael Paul<br>227 Center<br>Irvine, CA 92620 | 07-10421 | 852 | $0.00 | $0.00 | $10,950.00 | $0.00 | $10,950.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Mcdonald Scott Alan<br>3027 Cinnabar Court<br>Sparks, NV 89436 | 07-10421 | 1022 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Mcdowell Shelly Marie<br>88418 Allen Rd<br>Veneta, OR 97487 | 07-10421 | 810 | $0.00 | $0.00 | $30.00 | $0.00 | $30.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |

**4th Omnibus Objection**

**Exhibit B**

**Claims with No Supporting Documentation - Ordered**

In re: New Century TRS Holdigs, Inc. et al.

Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | | **To Be Expunged Claim Amount** | | |
| Michael F Clancy<br>289 Village Ave<br>Collegeville, PA 19426 | 07-10416 | 994 | $0.00 | $0.00 | $8,850.00 | $0.00 | $8,850.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Michael R Anders<br>3913 El Camino Real No 228<br>Tustin, CA 92782 | 07-10416 | 808 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Nancy Kaufman Thompson<br>2408 Dogwood Ln<br>Louisville, KY 40214 | 07-10421 | 2646 | $0.00 | $0.00 | $9,900.00 | $0.00 | $9,900.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Nikki Davis<br>4423 West D St<br>Benecia, CA 94510 | 07-10421 | 1413 | $36,900.00 | $0.00 | $0.00 | $0.00 | $36,900.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Nino Brian Christopher<br>78698 Racquet Ln<br>Huntington Beach, CA 92648 | 07-10419 | 886 | $0.00 | $0.00 | $3,815.00 | $0.00 | $3,815.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Pacific Gold Mortgage Inc<br>16417 E Greenway Pkwy No 140<br>Scottsdale, AZ 85254 | 07-10419 | 3136 | $0.00 | $0.00 | $0.00 | $59,600.00 | $59,600.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Renedria Ann Bennett<br>3104 Creek Valley Dr<br>Millington, TX 76018 | 07-10421 | 2039 | $0.00 | $0.00 | $1,250.00 | $0.00 | $1,250.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Richard E Ballarini<br>266 E Shady Way<br>Arlington Heights, IL 60005 | 07-10419 | 249 | $0.00 | $0.00 | $3,800.00 | $3,800.00 | $7,600.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Sacas Christopher T<br>940 Seoqualm Pl<br>North Bend, WA 98045 | 07-10421 | 1139 | $0.00 | $0.00 | $10,950.00 | $5,150.00 | $16,100.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |

4th Omnibus Objection

**Exhibit B**

**Claims with No Supporting Documentation - Ordered**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Spicia Dawn Elizabeth<br>2231 Great Cove Ln<br>Sugarland, TX 77479 | 07-10421 | 1297 | $0.00 | $0.00 | $7,963.00 | $0.00 | $7,963.00 |
| Comments: No supporting documentation attached to claim | | | | | | | |
| Stan W Stridel<br>4654 Mary Ingles Hwy<br>Cold Spring, KY 41076 | 07-10416 | 1547 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 |
| Comments: No supporting documentation attached to claim | | | | | | | |
| Steve Harris<br>9611 Old Minden Rd<br>Bossier City, LA 71112 | 07-10416 | 2977 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Comments: No supporting documentation attached to claim | | | | | | | |
| Worthen Brenda Kaye<br>1 Terra Way<br>Odessa, TX 79762 | 07-10421 | 884 | $0.00 | $0.00 | $3,500.00 | $0.00 | $3,500.00 |
| Comments: No supporting documentation attached to claim | | | | | | | |
| **Claims To Be Expunged Totals** | | 40 | $161,400.00 | $0.00 | $218,180.09 | $486,039.72 | $865,619.81 |

# EXHIBIT C

4th Omnibus Objection

## Exhibit C
## Duplicate Claims - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Imperial County Tax Collector 940 W Main St Ste 106 El Centro, CA 92243 | 07-10419 | 3150 | 07-10419 | 1315 | $2,219.11 | $0.00 | $0.00 | $0.00 | $2,219.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Innovative Staffing Resources 17291 Irvine Blvd Ste 160 Tustin, CA 92780 | 07-10419 | 1276 | 07-10416 | 1275 | $0.00 | $0.00 | $15,889.07 | $0.00 | $15,889.07 | $0.00 | $0.00 | $15,889.07 | $0.00 | $15,889.07 |
| Officemax Contract Inc 263 Shuman Blvd Naperville, IL 60563 | 07-10419 | 1448 | 07-10419 | 562 | $170,000.00 | $0.00 | $0.00 | $88,161.30 | $258,161.30 | $170,000.00 | $0.00 | $0.00 | $88,161.30 | $258,161.30 |
| Washington Mutual Mortgage Securities Corp 623 Fifth Ave 17th Fl New York, NY 10022 | 07-10419 | 3499 | 07-10419 | 3506 | $0.00 | $0.00 | $0.00 | $5,063,878.51 | $5,063,878.51 | $0.00 | $0.00 | $0.00 | $5,063,878.51 | $5,063,878.51 |
| **Claims To Be Expunged Totals** | | | | **4** | $172,219.11 | $0.00 | $15,889.07 | $5,152,039.81 | $5,340,147.99 | $170,000.00 | $0.00 | $15,889.07 | $5,152,039.81 | $5,337,928.88 |

# EXHIBIT D

4th Omnibus Objection

Exhibit D
Claims Filed After Bar Date - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Secured | Admin | Priority | Unsecured | Total |
| Quesis P Duncan<br>4500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3487 | 9/21/2007 | $0.00 | $0.00 | $215,000.00 | $0.00 | $215,000.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Rynes Linda M<br>10810 Nw 13th Pl<br>Vancouver, WA 98685 | 07-10419 | 3239 | 9/4/2007 | $0.00 | $0.00 | $274,025.00 | $0.00 | $274,025.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Liu Becerra Goetman<br>4619 Shellflower Ln<br>Dallas, TX 75252 | 07-10417 | 3209 | 9/4/2007 | $0.00 | $0.00 | $10,950.00 | $18,983.53 | $29,933.53 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Bochon Appraisal Service<br>501 West Grove St<br>Clarks Summit, PA 18411 | 07-10417 | 3274 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Markham Dawn C<br>887 N Terraceal Cir<br>Corona, CA 92879 | 07-10419 | 3273 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $4,297.71 | $4,297.71 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Chris Jooss<br>301 Douglas Ln<br>Chesterfield, IN 46017 | 07-10416 | 3215 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $525.00 | $525.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Ilaire H Frenderman<br>4601 Captains Way<br>Jupiter, FL 33477 | 07-10417 | 3382 | 9/5/2007 | $0.00 | $0.00 | $0.00 | $21,695.55 | $21,695.55 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Ilaire Seidenrose<br>4601 Captains Way<br>Jupiter, FL 33477 | 07-10417 | 3380 | 9/5/2007 | $0.00 | $0.00 | $0.00 | $21,695.00 | $21,695.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Clear Capital com Inc<br>6030 Orchard Ave<br>Richmond, GA 94804 | 07-10416 | 3381 | 9/12/2007 | $0.00 | $0.00 | $0.00 | $29,492.00 | $29,492.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |

4th Omnibus Objection

**Exhibit D**
**Claims Filed After Bar Date - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claims Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| David Mora<br>Law Offices Of Rafael Bernardino Jr 445 South Figueroa St Ste 2700<br>Los Angeles, CA. 90071-1631 | 07-10419 | 3206 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 |
| **Comments:** | | | Filed After Bar Date | | | | | |
| Dawn C Branham<br>1987 N Terraceal Cir<br>Corona, CA. 92879 | 07-10416 | 3304 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $4,297.71 | $4,297.71 |
| **Comments:** | | | Filed After Bar Date | | | | | |
| Dawnmarie K Kezaztios<br>825 Shadow Glen<br>Escondido, CA. 92029 | 07-10416 | 3258 | 9/5/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $2,838.46 |
| **Comments:** | | | Filed After Bar Date | | | | | |
| Dee Johnson Appraisal Services<br>8459 Laventham<br>San Antonio, TX. 78254 | 07-10421 | 3516 | 9/20/2007 | $0.00 | $0.00 | $2,838.46 | $725.00 | $725.00 |
| **Comments:** | | | Filed After Bar Date | | | | | |
| Ed Farkas<br>PO Box 370<br>Cassopolis, MI 49031 | 07-10416 | 3237 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $1,684.73 | $1,684.73 |
| **Comments:** | | | Filed After Bar Date | | | | | |
| Florida Default Law Group PL<br>Mail Stop 4<br>Tampa, FL. 33622-5018 | 07-10416 | 3335 | 9/21/2007 | $0.00 | $0.00 | $0.00 | $5,515.00 | $5,515.00 |
| **Comments:** | | | Filed After Bar Date | | | | | |
| Florise Williams<br>7 Commerce St<br>Newark, NJ 07102 | 07-10419 | 3442 | 9/7/2007 | $0.00 | $0.00 | $0.00 | $142,183.64 | $142,183.64 |
| **Comments:** | | | Filed After Bar Date | | | | | |
| ForeclosureLink<br>5006 Sunrise Blvd Ste 200<br>Fair Oaks, CA. 95628 | 07-10416 | 3384 | 9/5/2007 | $0.00 | $0.00 | $0.00 | $82,106.94 | $82,106.94 |
| **Comments:** | | | Filed After Bar Date | | | | | |
| ForeclosureLink<br>5006 Sunrise Blvd Ste 200<br>Fair Oaks, CA. 95628 | 07-10416 | 3336 | 9/21/2007 | $0.00 | $0.00 | $0.00 | $82,106.94 | $82,106.94 |
| **Comments:** | | | Filed After Bar Date | | | | | |

**Exhibit D**

**Claims Filed After Bar Date - Ordered**

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | To Be Expunged Claim Amount | | |
| Patrick P Sullivan<br>PO Box 556<br>Veneta, OR 97067 | 07-10416 | 3303 | 9/7/2007 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Yeager Bros<br>PO Box 712144<br>Cincinnati, OH 45271-2144 | 07-10419 | 3272 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $1,471.96 | $1,471.96 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Hacienda Md 7901 Llc<br>37901 Stoneridge Dr<br>Pleasanton, CA 94588 | 07-10419 | 3223 | 9/4/2007 | $7,969.31 | $0.00 | $0.00 | $7,551.29 | $15,520.60 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| James W Harris<br>4235 Clairmont Pl<br>Macon, GA 31204 | 07-10417 | 3220 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $21,836.21 | $21,836.21 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Janet Thompson Davis<br>9640 Lynncrest Dr Unit Ne<br>Cleveland, TN 37323-0000 | 07-10419 | 3210 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Jessica McLin | 07-10419 | 3233 | 9/6/2007 | $0.00 | $0.00 | $6,601.54 | $0.00 | $6,601.54 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Julia Barsky Zorin<br>48267 Via Luis<br>Laguna Niguel, CA 92677 | 07-10416 | 3207 | 9/4/2007 | $0.00 | $0.00 | $1,731.00 | $0.00 | $1,731.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Juvenbos Dawnmarie K<br>3825 Shadow Glen<br>Escondido, CA 92029 | 07-10419 | 3255 | 9/5/2007 | $0.00 | $0.00 | $2,838.41 | $0.00 | $2,838.41 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Kelly Services Inc<br>999 Big Beaver Rd<br>Troy, MI 48084 | 07-10421 | 3259 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $291.49 | $291.49 |
| **Comments:** Filed After Bar Date | | | | | | | | |

4th Omnibus Objection

Exhibit D
Claims Filed After Bar Date - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | To Be Expunged Claim Amount | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Priority | Unsecured | Total |
| Raney & Smith Properties PO Box 1068 Longview, TX 75606 | 07-10416 | 3327 | 9/19/2007 | $0.00 | $0.00 | $0.00 | $1,300.00 | $1,300.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Reyena Smart 9400 Channing Ave Ft Myers, FL 33905 | 07-10421 | 3238 | 9/4/2007 | $0.00 | $0.00 | $400.00 | $0.00 | $400.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Lorraine Sturghill PR Estate of Sturghill 9500 Arena Dr Ste 104 Largo, MD 20774 | 07-10416 | 3515 | 9/21/2007 | $240,000.00 | $0.00 | $0.00 | $0.00 | $240,000.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Mary Donald PO Box 697 Flat Rock, MI 48134 | 07-10419 | 3310 | 9/10/2007 | $0.00 | $0.00 | $2,425.00 | $20,000.00 | $22,425.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Monica Lewis & Stacy Ann Narcia Boothe Legal Services of Greater Miami Inc 10720 Caribbean Blvd Ste 400 Miami, FL 33189 | 07-10416 | 3254 | 9/5/2007 | $0.00 | $0.00 | $0.00 | $260,000.00 | $260,000.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Mortgage Information Services Inc 4877 Galaxy Pkwy Cleveland, OH 44128 | 07-10416 | 3265 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $475.00 | $475.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Norton Patricia 318 Marcella Houston, TX 77091 | 07-10421 | 3230 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $16,478.00 | $16,478.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Nye Ryan Michael 1171 W Silver Creek Rd Gilbert, AZ 85233 | 07-10419 | 3205 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Nye Ryan Michael 1171 W Silver Creek Rd Gilbert, AZ 85233 | 07-10419 | 3375 | 9/4/2007 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 |
| Comments: Filed After Bar Date | | | | | | | | |

4th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

**Exhibit D**
**Claims Filed After Bar Date - Ordered**

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | Priority | Unsecured | Total |
| OMI Mortgage Services Co<br>3503 Oak Rd<br>Walnut Creek, CA  94597 | 07-10416 | 3396 | 9/21/2007 | $0.00 | $0.00 | $0.00 | $53,533.75 | $53,533.75 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| BPS Rental Service<br>PO Box 42<br>Wauseka, IL  60970 | 07-10419 | 3301 | 9/7/2007 | $0.00 | $0.00 | $1,865.00 | $0.00 | $1,865.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| BDS Rental Service<br>PO Box 42<br>Wauseka, IL  60970 | 07-10419 | 3302 | 9/7/2007 | $0.00 | $0.00 | $2,100.00 | $0.00 | $2,100.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Robert A. Aparicio<br>138 E Holliday<br>Tucson, AZ  85706 | 07-10416 | 3256 | 9/6/2007 | $0.00 | $0.00 | $3,068.55 | $0.00 | $3,068.55 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Robert Carroll Morian Carroll<br>Earl & Tareoe 900 17th St NW Ste 1250<br>Washington, DC  20006 | 07-10419 | 3441 | 9/10/2007 | $0.00 | $0.00 | $0.00 | $750,000.00 | $750,000.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Root Learning Inc<br>2470 Main St<br>Powania, OH  43560 | 07-10417 | 3329 | 9/24/2007 | $0.00 | $0.00 | $0.00 | $91,471.66 | $91,471.66 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Evan Michael Nye<br>1371 W Silver Creek Rd<br>Gilbert, AZ  85233 | 07-10417 | 3243 | 9/4/2007 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Evan Michael Nye<br>1371 W Silver Creek Rd<br>Gilbert, AZ  85233 | 07-10417 | 3242 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Sidney Morris and Aleem Morris<br>5 Commerce St<br>Newark, NJ  07102 | 07-10419 | 3438 | 9/6/2007 | $0.00 | $0.00 | $0.00 | $161,145.08 | $161,145.08 |
| **Comments:** Filed After Bar Date | | | | | | | | |

4th Omnibus Objection

**Exhibit D**
**Claims Filed After Bar Date - Ordered**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Secured | Admin | Priority | Unsecured | Total |
| Stone Meala / Paxton Obrien Law Group Llp 350 Fifth St / Hollister, CA 95023 | 07-10419 | 3204 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $105,300.00 | $105,300.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Buick Computer / Fujibyys Inc 28925 Fountain Pkwy / Solon, OH 44139 | 07-10416 | 3203 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $35,142.85 | $35,142.85 |
| Comments: Filed After Bar Date | | | | | | | | |
| Tico Partners Consulting Llc / 225 West Wacker Dr Ste 1600 / Chicago, IL 60606 | 07-10416 | 3271 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $7,550.00 | $7,550.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Tucson Electric Power / Po Box 27327 / Tucson, AZ 85726-7327 | 07-10416 | 3211 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $72.80 | $72.80 |
| Comments: Filed After Bar Date | | | | | | | | |
| Tyrees Maintenance / 43430 32nd St E / Lancaster, CA 93535-4941 | 07-10419 | 3492 | 9/17/2007 | $0.00 | $0.00 | $0.00 | $2,333.23 | $2,333.23 |
| Comments: Filed After Bar Date | | | | | | | | |
| Unisource Energy Services / Po Box 3099 / Flagstaff, AZ 86402 | 07-10419 | 3208 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $102.42 | $102.42 |
| Comments: Filed After Bar Date | | | | | | | | |
| Western Oregon Appraisals Llc / Po Box 40114 / Eugene, OR 97404 | 07-10419 | 3212 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Wilgus Appraisal Services / Po Box 7081 / Wilmington, DE 19803 | 07-10421 | 3275 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Yamaguchi Deann Karen / 3411 Wilcox Rd K 125 / Lihue, HI 96766 | 07-10421 | 3270 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: Filed After Bar Date | | | | | | | | |

4th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

Exhibit D
Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | Priority | Unsecured | Total |
| Claims To Be Expunged Totals | | 54 | | $247,969.31 | $0.00 | $543,842.96 | $2,012,364.49 | $2,804,176.76 |