## EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket No. 3926 |

## ORDER PURSUANT TO 11 U.S.C. §§ 502 AND 507, BANKRUPTCY RULES 3007 AND 9014, AND LOCAL RULE 3007-1 (I) DISALLOWING AND EXPUNGING CERTAIN BOOKS AND RECORDS CLAIMS AND (II) REDUCING AND RECLASSIFYING CERTAIN CLAIMS SET FORTH ON THE DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS

Upon the Debtors' Fifth Omnibus Objection to Claims: Substantive Objection Pursuant to §§ 502 and 507 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Delaware Local Bankruptcy Rules (the "Local Rules") to certain (i) Books and Records Claims, and (ii) Reduced and/or Reclassified Claims (the "Fifth Omnibus Objection");[2] and it appearing that notice of the Fifth Omnibus Objection was good and sufficient upon the particular circumstances, and that no other further notice need be given; and

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] All capitalized terms not otherwise defined herein shall have the meanings attributed to them in the Fifth Omnibus Objection.

RLF1-3236862-1

the Court having considered the Fifth Omnibus Objection, the Claims listed on Exhibits A and B, and any responses thereto, and the Brents Declaration; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby:

FOUND AND DETERMINED THAT:

A. This Fifth Omnibus Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B. Each holder of a claim (as to each, a "Claim") listed on Exhibits A and B attached to the Fifth Omnibus Motion was properly and timely served with a copy of the Fifth Omnibus Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C. Any entity known to have an interest in the Claims subject to the Fifth Omnibus Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Fifth Omnibus Objection; and

D. The relief requested in the Fifth Omnibus Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

1. The Fifth Omnibus Objection is GRANTED.

2. The Books and Records Claims listed on Exhibit A attached hereto are hereby disallowed and expunged in their entirety.

3. The Reduced and Reclassified Claims listed on Exhibit B attached hereto are hereby reduced and/or reclassified as set forth on Exhibit B.

4. The objection is continued to January 9, 2008 at 1:30 p.m. with respect to the following Claims: Cedar Hill Independent School District [Claim No. 173], City of DeSoto [Claim No. 1753], City of Frisco [Claim No. 342], City of Memphis TN [Claim No. 344], City

of Richardson [Claim No. 194], County of Denton, Denton County Fresh Water District No. 6 [Claim No. 472], County of Santa Clara [Claim No. 440], County of Santa Clara [Claim No. 441], County of Williamson Lender Independent School District [Claim No. 473], Cypress Fairbanks ISD [Claim No. 1307], Dallas County [Claim No. 296], DeSoto ISD [Claim No. 1754], Edcouch Elsa ISD [Claim No. 447], Fort Bend County [Claim No. 528], Grayson County [Claim No. 561], Harris County, *et al.* [Claim No. 1314], Hidalgo County [Claim No. 700], Hunt County [Claim No. 690], Hunt County [Claim No. 662], La Joya ISD [Claim No. 680], Limestone County [Claim No. 343], Maricopa County Treasurer [Claim No. 290], McLennan County [Claim No. 439], Mexia Independent School District [Claim No. 457], Montgomery County [Claim No. 526], Parker CAD [Claim No. 295], South Texas College [Claim No. 547], South Texas ISD Hidalgo Co [Claim No. 597], Tax Appraisal District of Bell County [Claim No. 471], Walker County Appraisal District [Claim No. 1203], Wilson County [Claim No. 466], Bexar County [Claim No. 307], County of Santa Clara [Claim No. 442], Nueces County [Claim No. 596], Orange County Treasurer Tax Collector [Claim No. 3339], and Tarrant County [Claim No. 294].

5.  This Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Fifth Omnibus Objection with respect to any matters related to or arising from the Fifth Omnibus Objection or the implementation of this Order.

6.  Each Claim and the objections by the Debtors to such Claim, as addressed in the Fifth Omnibus Objection and as set forth on Exhibits A and B hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the

4

contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection of this Order.

Dated: December ___, 2007
      Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

RLF1-3236862-1

5th Omnibus Objection

# Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Adams County Special Assessments<br>450 South Forth Aven<br>Brighton, CO 80601 | 07-10416 | 1205 | $5,988.82 | $0.00 | $0.00 | $0.00 | $5,988.82 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Alpena City<br>208 N First Ave<br>Alpena, MI 49707 | 07-10416 | 976 | $1,076.57 | $0.00 | $0.00 | $0.00 | $1,076.57 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Arlington Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP PO Box 13430<br>Arlington, TX 76094-0430 | 07-10419 | 228 | $21,844.43 | $0.00 | $0.00 | $0.00 | $21,844.43 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Beaver Falls City<br>Tax Collector Dan Cellini 715 15th St<br>Beaver Falls, PA 15010 | 07-10416 | 1658 | $1,789.92 | $0.00 | $0.00 | $0.00 | $1,789.92 |
| Comments: The Debtors have no record of this liability in their Books and Records as the obligor is New Century Homes of Carolina Inc. which is not a party to the bankruptcy filing | | | | | | | |
| Big Beaver Falls Sd/beaver Falls<br>715 15th St Municipal Buildin<br>Beaver Falls, PA 15010 | 07-10416 | 1665 | $3,000.15 | $0.00 | $0.00 | $0.00 | $3,000.15 |
| Comments: The Debtors have no record of this liability in their Books and Records as the obligor is New Century Homes of Carolina Inc. | | | | | | | |
| Black Hawk County<br>316 E 5th St<br>Waterloo, IA 50703 | 07-10419 | 1121 | $0.00 | $0.00 | $418.00 | $0.00 | $418.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Brevard County Tax Collector<br>400 South St 6th Fl PO Box 2500<br>Titusville, FL 32781-2500 | 07-10416 | 433 | $3,172.89 | $0.00 | $0.00 | $0.00 | $3,172.89 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Brevard County Tax Collector<br>400 South St 6th Fl PO Box 2500<br>Titusville, FL 32781-2500 | 07-10416 | 274 | $57.00 | $0.00 | $0.00 | $0.00 | $57.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Brevard County Tax Collector<br>400 South St 6th Fl PO Box 2500<br>Titusville, FL 32781-2500 | 07-10416 | 273 | $58.71 | $0.00 | $0.00 | $0.00 | $58.71 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

Page 1

5th Omnibus Objection

# Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Brevard County Tax Collector 400 South St 6th Fl PO Box 2500 Titusville, FL 32781-2500 | 07-10416 | 272 | $3,080.48 | $0.00 | $0.00 | $0.00 | $3,080.48 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Castleberry Independent School District Bruce Medley Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 229 | $1,214.82 | $0.00 | $0.00 | $0.00 | $1,214.82 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Celina Independent School District Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 222 | $5,887.90 | $0.00 | $0.00 | $0.00 | $5,887.90 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| City of Cedar Hill Bruce Medley Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 241 | $7,354.95 | $0.00 | $0.00 | $0.00 | $7,354.95 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| City of Garland Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 605 | $1,393.57 | $0.00 | $0.00 | $0.00 | $1,393.57 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| City of Garland Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 604 | $758.11 | $0.00 | $0.00 | $0.00 | $758.11 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| City of Garland Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 636 | $782.23 | $0.00 | $0.00 | $0.00 | $782.23 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| City of Garland Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 609 | $586.11 | $0.00 | $0.00 | $0.00 | $586.11 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| City of Garland Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 603 | $6,145.43 | $0.00 | $0.00 | $0.00 | $6,145.43 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |

5th Omnibus Objection

# Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdgs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| City of Mesquite and or Mesquite Independent School District C O Schuerenberg & Grimes P C Gary Allmon Grimes Wells Fargo Bank Building 20 W Main 201 Mesquite, TX 75149 | 07-10419 | 615 | $1,336.07 | $0.00 | $0.00 | $0.00 | $1,336.07 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| City of Mesquite and or Mesquite Independent School District C O Schuerenberg & Grimes P C Gary Allmon Grimes Wells Fargo Bank Building 20 W Main 201 Mesquite, TX 75149 | 07-10419 | 612 | $8,817.52 | $0.00 | $0.00 | $0.00 | $8,817.52 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| City of Mesquite and or Mesquite Independent School District C O Schuerenberg & Grimes P C Gary Allmon Grimes Wells Fargo Bank Building 20 W Main 201 Mesquite, TX 75149 | 07-10419 | 613 | $2,195.67 | $0.00 | $0.00 | $0.00 | $2,195.67 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| City of Mesquite and or Mesquite Independent School District C O Schuerenberg & Grimes P C Gary Allmon Grimes Wells Fargo Bank Building 20 W Main 201 Mesquite, TX 75149 | 07-10419 | 614 | $5,511.87 | $0.00 | $0.00 | $0.00 | $5,511.87 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| City of Princeton | 07-10419 | 225 | $2,472.24 | $0.00 | $0.00 | $0.00 | $2,472.24 |
| Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | | | | | | | |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| City of Whitewright | 07-10419 | 224 | $573.24 | $0.00 | $0.00 | $0.00 | $573.24 |
| Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | | | | | | | |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Clark County Treasurer 500 S Grand Central Pky PO Box 551220 Las Vegas, NV 89155-1220 | 07-10419 | 1294 | $2,480.97 | $0.00 | $0.00 | $0.00 | $2,480.97 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Collin County Tax 777 E 15th St Plano, TX 75074 | 07-10419 | 644 | $13,266.76 | $0.00 | $0.00 | $0.00 | $13,266.76 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

Case 07-10416-BLS    Doc 4222-3    Filed 12/27/07    Page 10 of 20

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Collin County Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 600 | $16,518.98 | $0.00 | $0.00 | $0.00 | $16,518.98 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Collin County Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 602 | $3,408.65 | $0.00 | $0.00 | $0.00 | $3,408.65 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Collin County Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 601 | $1,305.11 | $0.00 | $0.00 | $0.00 | $1,305.11 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Collin County Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 650 | $1,216.98 | $0.00 | $0.00 | $0.00 | $1,216.98 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Collin County Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 651 | $35,345.75 | $0.00 | $0.00 | $0.00 | $35,345.75 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Concordia City of<br>818 Main St PO Box 847<br>Concordia, MO 64020 | 07-10416 | 1757 | $233.94 | $0.00 | $0.00 | $0.00 | $233.94 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| County of Lehigh Fiscal Office<br>Government Center 17 S Seventh St Rm 119<br>Allentown, PA 18101-2400 | 07-10416 | 1572 | $482.01 | $0.00 | $0.00 | $0.00 | $482.01 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Cumberland Co Tax Collector<br>PO Box 449<br>Fayetteville, NC 28302-0449 | 07-10426 | 1167 | $1,472.14 | $0.00 | $0.00 | $0.00 | $1,472.14 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Danielson Boro<br>PO Box 117<br>Danielson, CT 06239 | 07-10416 | 1062 | $180.96 | $0.00 | $0.00 | $0.00 | $180.96 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

## Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Dekalb County<br>4380 Memorial Dr<br>Decatur, GA 30032 | 07-10416 | 1191 | $6,153.58 | $0.00 | $0.00 | $0.00 | $6,153.58 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Denton Independent School District<br>100 Dallas Dr Ste 100<br>Denton, TX 76205 | 07-10419 | 610 | $16,494.02 | $0.00 | $0.00 | $0.00 | $16,494.02 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Derry Town<br>14 Manning St<br>Derry, NH 03038 | 07-10416 | 1388 | $0.00 | $0.00 | $9,042.66 | $0.00 | $9,042.66 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Dodge County Treasurer<br>127 E Oak St<br>Juneau, WI 53039 | 07-10419 | 1336 | $2,093.54 | $0.00 | $0.00 | $0.00 | $2,093.54 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Floyd County Central Appraisal District<br>Perdue Brandon Fielder Collins & Mott LLP Po Box 9132<br>Amarillo, TX 79105-9132 | 07-10419 | 537 | $1,652.29 | $0.00 | $0.00 | $0.00 | $1,652.29 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Frederick County<br>PO Box 220<br>Winchester, VA 22604 | 07-10419 | 962 | $1,527.07 | $0.00 | $0.00 | $0.00 | $1,527.07 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Frisco ISD Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 637 | $2,709.15 | $0.00 | $0.00 | $0.00 | $2,709.15 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Frisco ISD Tax<br>PO Box 547<br>Frisco, TX 75034 | 07-10419 | 647 | $11,340.87 | $0.00 | $0.00 | $0.00 | $11,340.87 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Frisco ISD Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 648 | $17,642.38 | $0.00 | $0.00 | $0.00 | $17,642.38 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

**5th Omnibus Objection**

**Exhibit A**
**Books and Records - Ordered**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX 75205 | 07-10419 | 1596 | $735.06 | $0.00 | $0.00 | $0.00 | $735.06 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX 75205 | 07-10419 | 1597 | $3,933.78 | $0.00 | $0.00 | $0.00 | $3,933.78 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX 75205 | 07-10419 | 1598 | $7,624.86 | $0.00 | $0.00 | $0.00 | $7,624.86 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX 75205 | 07-10419 | 1593 | $2,940.87 | $0.00 | $0.00 | $0.00 | $2,940.87 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX 75205 | 07-10419 | 1595 | $1,102.60 | $0.00 | $0.00 | $0.00 | $1,102.60 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Garland Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX 75205 | 07-10419 | 1594 | $1,426.19 | $0.00 | $0.00 | $0.00 | $1,426.19 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Gilpin County Treasurer PO Box 368 Central City, CO 80427 | 07-10419 | 260 | $0.00 | $0.00 | $812.02 | $0.00 | $812.02 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Ginger Franklin Jefferson County Trustee PO Box 38 Dandridge, TN 37725 | 07-10416 | 1495 | $988.00 | $0.00 | $0.00 | $0.00 | $988.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

# Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Hamilton County<br>Delinquent Tax Office 625 Georgia Ave Rm 210<br>Chattanooga, TN 37402 | 07-10416 | 734 | $558.62 | $0.00 | $0.00 | $0.00 | $558.62 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| Hamilton County<br>Delinquent Tax Office 625 Georgia Ave Rm 210<br>Chattanooga, TN 37402 | 07-10416 | 733 | $196.00 | $0.00 | $0.00 | $0.00 | $196.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| Hubbard County<br>301 Court Ave<br>Park Rapids, MN 56470 | 07-10419 | 1290 | $1,653.28 | $0.00 | $0.00 | $0.00 | $1,653.28 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| Imperial County Unsecured Tax Col<br>County Administration Ctr 940 W Main St Ste 106<br>El Centro, CA 92243 | 07-10419 | 1315 | $2,219.11 | $0.00 | $0.00 | $0.00 | $2,219.11 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| Joe G Tedder CFC Tax Collector for Polk County Florida<br>Tedder Post Office Box 2016<br>Bartow, FL 33831 | 07-10416 | 246 | $5,140.22 | $0.00 | $0.00 | $0.00 | $5,140.22 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| Joe G Tedder CFC Tax Collector for Polk County Florida<br>Tedder Post Office Box 2016<br>Bartow, FL 33831 | 07-10416 | 277 | $1,780.70 | $0.00 | $0.00 | $0.00 | $1,780.70 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| Kern County Treasurer Tax Collector<br>PO Box 579<br>Bakersfield, CA 93302-0579 | 07-10419 | 1509 | $2,587.02 | $0.00 | $0.00 | $0.00 | $2,587.02 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| Lee County Tax Collector<br>PO Box 850<br>Fort Myers, FL 33902-0850 | 07-10416 | 1697 | $1,533.07 | $0.00 | $0.00 | $0.00 | $1,533.07 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||

Page 7

5th Omnibus Objection

# Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdgs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Lehigh County Tax Claim Room 119 17 South 7th St Allentown, PA 18101 | 07-10416 | 1450 | $528.73 | $0.00 | $0.00 | $0.00 | $528.73 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Little Elm 100 Dallas Dr Ste 100 Denton, Texas 78205 | 07-10419 | 560 | $805.88 | $0.00 | $0.00 | $0.00 | $805.88 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Lubbock Central Appraisal District Perdue Brandon Fielder Collins & Mott LLP PO Box 817 Lubbock, TX 79408 | 07-10416 | 1617 | $5,946.43 | $0.00 | $0.00 | $0.00 | $5,946.43 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mansfield Independent School District Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 268 | $7,089.54 | $0.00 | $0.00 | $0.00 | $7,089.54 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1194 | $1,190.24 | $0.00 | $0.00 | $0.00 | $1,190.24 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1190 | $600.22 | $0.00 | $0.00 | $0.00 | $600.22 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1207 | $829.87 | $0.00 | $0.00 | $0.00 | $829.87 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1189 | $1,441.64 | $0.00 | $0.00 | $0.00 | $1,441.64 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1204 | $644.27 | $0.00 | $0.00 | $0.00 | $644.27 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

Page 8

5th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1187 | $756.44 | $0.00 | $0.00 | $0.00 | $756.44 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1179 | $1,132.73 | $0.00 | $0.00 | $0.00 | $1,132.73 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1206 | $537.05 | $0.00 | $0.00 | $0.00 | $537.05 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1174 | $464.19 | $0.00 | $0.00 | $0.00 | $464.19 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1210 | $937.23 | $0.00 | $0.00 | $0.00 | $937.23 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1178 | $808.81 | $0.00 | $0.00 | $0.00 | $808.81 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1234 | $615.44 | $0.00 | $0.00 | $0.00 | $615.44 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1193 | $1,151.66 | $0.00 | $0.00 | $0.00 | $1,151.66 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1233 | $1,205.27 | $0.00 | $0.00 | $0.00 | $1,205.27 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

# Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdgs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10416 | 1202 | $1,117.12 | $0.00 | $0.00 | $0.00 | $1,117.12 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1176 | $250.74 | $0.00 | $0.00 | $0.00 | $250.74 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1209 | $936.21 | $0.00 | $0.00 | $0.00 | $936.21 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1231 | $561.81 | $0.00 | $0.00 | $0.00 | $561.81 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Pawtucket City 137 Roosevelt Ave Pawtucket, RI 02860 | 07-10416 | 806 | $0.00 | $0.00 | $4,555.00 | $0.00 | $4,554.52 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Pend Oreille County Treasurer PO Box 5080 Newport, WA 99156-5080 | 07-10419 | 817 | $271.45 | $0.00 | $0.00 | $0.00 | $271.45 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Princeton Independent School District Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 227 | $6,055.66 | $0.00 | $0.00 | $0.00 | $6,055.66 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Richardson Independent School District Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 174 | $5,602.93 | $0.00 | $0.00 | $0.00 | $5,602.93 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Richmond County PO Box 1644 Rockingham, NC 28379 | 07-10416 | 1107 | $437.59 | $0.00 | $0.00 | $0.00 | $437.59 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

# Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Sacramento County Tax Collector<br>600 H St Rm 1710<br>Sacramento, CA 95814 | 07-10416 | 973 | $60,111.94 | $0.00 | $0.00 | $0.00 | $60,111.94 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Scott County Tax Collector<br>600 W 4th St<br>Davenport, IA 52801 | 07-10422 | 891 | $0.00 | $0.00 | $1,807.20 | $0.00 | $1,807.20 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Scott County Taxation Dept<br>200 4th Ave W<br>Shakopee, MN 55379 | 07-10419 | 957 | $1,063.00 | $0.00 | $0.00 | $0.00 | $1,063.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Scott County Taxation Dept<br>200 4th Ave W<br>Shakopee, MN 55379 | 07-10419 | 958 | $2,005.00 | $0.00 | $0.00 | $0.00 | $2,005.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| St Louis County Auditor<br>100 North 5th Ave W Rm 214<br>Duluth, MN 55802-1287 | 07-10419 | 468 | $502.75 | $0.00 | $0.00 | $0.00 | $502.75 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| St Louis County Auditor<br>100 North 5th Ave W Rm 214<br>Duluth, MN 55802-1287 | 07-10419 | 469 | $510.87 | $0.00 | $0.00 | $0.00 | $510.87 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Stafford Town<br>PO Box 111<br>Stafford Springs, CT 06076 | 07-10419 | 902 | $2,003.40 | $0.00 | $0.00 | $0.00 | $2,003.40 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Tax Collector Manatee County<br>PO Box 25300<br>Bradenton, FL 34206-5300 | 07-10416 | 323 | $1,938.06 | $0.00 | $0.00 | $0.00 | $1,938.06 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Tax Collector Manatee County<br>PO Box 25300<br>Bradenton, FL 34206-5300 | 07-10416 | 324 | $2,002.20 | $0.00 | $0.00 | $0.00 | $2,002.20 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

# Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Tax Collector Manatee County<br>PO Box 25300<br>Bradenton, FL 34206-5300 | 07-10416 | 371 | $6,051.89 | $0.00 | $0.00 | $0.00 | $6,051.89 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | |
| Tax Collector Manatee County<br>PO Box 25300<br>Bradenton, FL 34206-5300 | 07-10416 | 372 | $6,239.45 | $0.00 | $0.00 | $0.00 | $6,239.45 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | |
| TWP of Bloomfield<br>1 Municipal Plaza<br>Bloomfield, NJ 07003 | 07-10419 | 677 | $3,553.80 | $0.00 | $0.00 | $0.00 | $3,553.80 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Whitewright Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP PO Box 13430<br>Arlington, TX 76094-0430 | 07-10419 | 226 | $1,860.97 | $0.00 | $0.00 | $0.00 | $1,860.97 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | |
| Woodbury County<br>620 Douglas St<br>Sioux City, IA 51101 | 07-10416 | 1674 | $0.00 | $0.00 | $1,925.00 | $0.00 | $1,925.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Wright County<br>10 2nd St Nw Rm 230<br>Buffalo, MN 55313 | 07-10416 | 1392 | $0.00 | $0.00 | $3,652.89 | $0.00 | $3,652.89 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Claims To Be Expunged Totals | | 102 | $384,805.71 | $0.00 | $22,212.77 | $0.00 | $407,018.00 |

# EXHIBIT B

5th Omnibus Objection

## Exhibit B
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| City and County of Denver Treasury<br>McNichols Civic Center Bldg 144 W Colfax Ave Rm 384<br>Denver, CO 80202-5391 | 07-10419 | 1522 | $1,536.83 | $0.00 | $846.60 | $0.00 | $2,383.43 | $0.00 | $0.00 | $846.60 | $0.00 | $846.60 |
| Comments: Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors |
| Fort Worth Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP PO Box 13430<br>Arlington, TX 76094-0430 | 07-10419 | 1263 | $8,997.16 | $0.00 | $0.00 | $0.00 | $8,997.16 | $784.97 | $0.00 | $0.00 | $0.00 | $784.97 |
| Comments: Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors |
| Los Angeles County Treasurer and Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90051-0110 | 07-10416 | 1304 | $0.00 | $0.00 | $1,068.27 | $0.00 | $1,068.27 | $0.00 | $0.00 | $548.14 | $0.00 | $548.14 |
| Comments: Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors |
| Claims To Be Expunged Totals | | 3 | $10,533.99 | $0.00 | $1,914.87 | $0.00 | $12,448.86 | $784.97 | $0.00 | $1,394.74 | $0.00 | $2,179.71 |

Page 1