# EXHIBIT "B"

# EXHIBIT "B"

## SUMMARY OF BILLING BY ATTORNEY
## NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate (including changes and 10% discount)* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Mark Minuti[1] | 1988 | Partner (since 1997) | $459.00 | 15.2 | $6,976.80 |
| Renee L. Lowder[2] | N/A | Paralegal (since 2005) | $144.00 | 10.3 | $1,483.20 |
| **TOTAL** | | | | **25.5** | **$8,460.00** |

Blended Rate:  $331.76

[1]  Total reflects a 10% reduction of $775.20 of fees.
[2]  Total reflects a 10% reduction of $164.80 of fees.

\*      This rate is Saul Ewing LLP's regular hourly rate for legal services.  All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustments occurred on July 1, 2007 with respect to the Bankruptcy and Reorganization Department, and on January 1, 2007 with respect to all other firm departments).

## Attorney Biography

**Mark Minuti**, *Partner.*  Mark Minuti is a Partner in Saul Ewing's Bankruptcy and Restructuring Department, and Managing Partner of the Firm's Wilmington, Delaware office. He concentrates his practice in bankruptcy law.  Having practiced bankruptcy law in Delaware since 1989, Mr. Minuti has seen his practice grow from a small local practice to a sophisticated national practice.  Along the way, Mr. Minuti has been involved in almost every major bankruptcy case filed in Delaware.

Mr. Minuti's practice includes the representation of debtors, unsecured creditors committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and Chapter 11 proceedings, both in and out of Delaware.  Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions.  Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

Mr. Minuti received his B.S. degree from the University of Delaware and his law degree from the Widener University School of Law in 1988.  He is admitted to practice law before the United States District Court for the District of Delaware and the United States Court of Appeals for the Third Circuit.

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S NOVEMBER 2007 TIME ENTRIES

| | | | | |
|---|---|---|---|---|
| 11/6/2007 | MM | Review of docket re: cash collateral | 0.1 | 45.9 |
| 11/6/2007 | MM | E-mail re: filing of cash collateral report | 0.1 | 45.9 |
| 11/6/2007 | MM | E-mails re: 11/7/07 Committee call | 0.2 | 91.8 |
| 11/6/2007 | MM | E-mails re: filed fee applications | 0.1 | 45.9 |
| 11/6/2007 | MM | Review and execute Notice of First Interim Fee Application Request for BDO Seidman | 0.2 | 91.8 |
| 11/7/2007 | MM | Participate in call with Committee counsel re: status of investigation | 1.5 | 688.5 |
| 11/9/2007 | MM | E-mail from Examiner re: interview of former employee | 0.1 | 45.9 |
| 11/9/2007 | MM | E-mail re: possibility of employee's invocation of 5th Amendment Rules | 0.1 | 45.9 |
| 11/13/2007 | MM | E-mail from Examiner re: Wall Street Journal article on mortgage industry | 0.1 | 45.9 |
| 11/16/2007 | MM | Review of memos of interviews with KPMG and Debtor's current/former employees | 1.5 | 688.5 |
| 11/19/2007 | MM | E-mails with K&L Gates re: filing of Examiner's Report | 0.2 | 91.8 |
| 11/19/2007 | MM | E-mail from BDO Seidman re: Certification of No Objection for fee application | 0.1 | 45.9 |
| 11/19/2007 | MM | E-mails re: filing Certifications of No Objection for K&L Gates and Examiner's fee applications | 0.2 | 91.8 |
| 11/20/2007 | MM | E-mails re: fee applications | 0.2 | 91.8 |
| 11/20/2007 | MM | Telephone call with E. Fox re: filing of cash collateral report | 0.2 | 91.8 |
| 11/20/2007 | MM | Review of draft report on cash collateral | 1 | 459 |
| 11/20/2007 | MM | Coordinate service and filing of Examiner's Report | 0.4 | 183.6 |
| 11/20/2007 | MM | Review of Notice of Filing Examiner's Report | 0.3 | 137.7 |
| 11/20/2007 | MM | Telephone call with U.S. Trustee re: service of Examiner's Report | 0.2 | 91.8 |
| 11/21/2007 | MM | Review, file and coordinate service of Examiner's Initial Cash Collateral Report | 1.5 | 688.5 |
| 11/21/2007 | MM | E-mail re: S. Topetzes' comments to draft report | 0.1 | 45.9 |
| 11/21/2007 | MM | E-mails re: K&L Gates' and Examiner's Fee Applications | 0.2 | 91.8 |
| 11/21/2007 | MM | E-mails re: memo of employee interview (5) | 0.5 | 229.5 |
| 11/21/2007 | MM | Telephone call and e-mail with U.S. Trustee re: service of Initial Report | 0.2 | 91.8 |
| 11/21/2007 | MM | E-mail re: possible 12/3/07 conference with Chambers | 0.1 | 45.9 |
| 11/21/2007 | MM | E-mails re: coordination of filing of Initial Report | 0.2 | 91.8 |
| 11/21/2007 | MM | Review of S. Topetzes' comments to draft report | 0.1 | 45.9 |
| 11/26/2007 | MM | Review of 2 memos of employee interviews | 0.3 | 137.7 |
| 11/26/2007 | MM | E-mails to Fee Auditor re: K&L Gates and Examiner's Fee Applications | 0.2 | 91.8 |
| 11/26/2007 | MM | Review of memo re: call with Debtor's counsel regarding cash collateral report | 0.1 | 45.9 |
| 11/26/2007 | MM | Review of memo re: call with SEC | 0.2 | 91.8 |
| 11/27/2007 | MM | Review and file BDO's Fee Application | 0.2 | 91.8 |
| 11/27/2007 | MM | E-mail re: employee interview | 0.1 | 45.9 |
| 11/27/2007 | MM | Review of memo of employee interview (2) | 0.4 | 183.6 |

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S NOVEMBER 2007 TIME ENTRIES

| | | | | |
|---|---|---|---|---|
| 11/28/2007 | MM | E-mails re: deadline for Debtor to respond to the Report | 0.2 | 91.8 |
| 11/29/2007 | MM | E-mails re: K&L Gates' fee applications | 0.2 | 91.8 |
| | **MM** | **Total** | **15.2** | **6976.8** |
| | | | | |
| 11/1/2007 | RLL | Review order regarding interim fee application due dates and hearing dates, create chart with dates and ecalendar due dates | 0.6 | 86.4 |
| 11/15/2007 | RLL | Check docket for Objections to Fee Applications | 0.2 | 28.8 |
| 11/15/2007 | RLL | Prepare Certificate of No Objection for BDO's Fee Application | 0.4 | 57.6 |
| 11/15/2007 | RLL | Prepare Certificate of No Objection for Examiners Fee Application | 0.5 | 72 |
| 11/15/2007 | RLL | Prepare Certificate of No Objection for K&L Gates Fee Application | 0.4 | 57.6 |
| 11/15/2007 | RLL | Prepare Certificate of No Objection for Saul Ewing's Fee Application | 0.4 | 57.6 |
| 11/15/2007 | RLL | Update fee application tracking sheet | 0.2 | 28.8 |
| 11/16/2007 | RLL | Print and review hearing agenda | 0.2 | 28.8 |
| 11/16/2007 | RLL | Begin drafting Saul Ewing's September fee application | 0.7 | 100.8 |
| 11/19/2007 | RLL | Check docket regarding objections to fee applications for Certificates of No Objection to be filed today | 0.4 | 57.6 |
| 11/19/2007 | RLL | Efile Certificate of No Objection for BDO, K&L Gates, Examiner and Saul Ewing | 0.7 | 100.8 |
| 11/19/2007 | RLL | PDF Certificates of No Objection for BDO, K&L Gates, Examiner and Saul Ewing and distribute to outside counsel | 0.6 | 86.4 |
| 11/20/2007 | RLL | Prepare Saul Ewing's September fee application | 0.6 | 86.4 |
| 11/28/2007 | RLL | Update fee application chart | 0.3 | 43.2 |
| 11/28/2007 | RLL | Prepare Saul Ewing's September fee application | 1.8 | 259.2 |
| 11/28/2007 | RLL | Proofread Saul Ewing's September fee application | 0.4 | 57.6 |
| 11/28/2007 | RLL | Begin Drafting Saul Ewing's October fee application | 1.2 | 172.8 |
| 11/29/2007 | RLL | Revise Saul Ewing's fee application | 0.3 | 43.2 |
| 11/29/2007 | RLL | Calendar hearing dates and Certification of No Objection due dates | 0.4 | 57.6 |
| | **RLL** | **Total** | **10.3** | **1483.2** |
| | | **Grand Total** | **25.5** | **8460** |