# EXHIBIT "C"

# EXHIBIT "C"

## COMPENSATION BY PROJECT CATEGORY

## NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | .4 | $57.60 |
| Cash Collateral and Dip Financing | .2 | $91.80 |
| Committee Matters | 1.7 | $780.30 |
| Fee Applications and Matters | 11.3 | $2,131.20 |
| Other Litigation, Including Stay Relief | 11.4 | $5,232.60 |
| Preparation for and Attendance at Hearing | .5 | $166.50 |
| **TOTAL** | **25.5** | **$8,460.00** |

# SAUL EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2016025 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 12/14/07 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00003 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/29/07 | RLL | Calendar hearing dates and Certification of No Objection due dates | 0.4 | 57.60 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Renee L. Lowder | 0.4 | at | $144.00 | = | 57.60 |

| | |
|---|---|
| CURRENT FEES | 57.60 |
| **TOTAL AMOUNT OF THIS INVOICE** | **57.60** |
| **NET AMOUNT OF THIS INVOICE** | **57.60** |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

554535.1 12/27/07

# SAUL EWING
### Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number  2016026 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date  12/14/07 |
| 1601 K Street, NW | Client Number  355619 |
| Washington, DC 20006 | Matter Number  00006 |

Re: Cash Collateral and Dip Financing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/06/07 | MM | Review of docket re: cash collateral | 0.1 | 45.90 |
| 11/06/07 | MM | E-mail re: filing of cash collateral report | 0.1 | 45.90 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 0.2 | at | $459.00 | = | 91.80 |

| | |
|---|---:|
| CURRENT FEES | 91.80 |
| **TOTAL AMOUNT OF THIS INVOICE** | **91.80** |
| **NET AMOUNT OF THIS INVOICE** | **91.80** |

P.O Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone (302) 421-6800 ♦ Fax (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

554535 1 12/27/07

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2016027 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 12/14/07 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00008 |

Re:  Committee Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/06/07 | MM | E-mails re: 11/7/07 Committee call | 0.2 | 91.80 |
| 11/07/07 | MM | Participate in call with Committee counsel re: status of investigation | 1.5 | 688.50 |
| | | TOTAL HOURS | 1.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 1.7 | at | $459.00 | = | 780.30 |

CURRENT FEES                                                           780.30

**TOTAL AMOUNT OF THIS INVOICE**                            780.30

**NET AMOUNT OF THIS INVOICE**                               780.30

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone. (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

554535 1 12/27/07

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2016029 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 12/14/07 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00011 |

Re:  Fee Applications and Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/01/07 | RLL | Review order regarding interim fee application due dates and hearing dates, create chart with dates and ecalendar due dates | 0.6 | 86.40 |
| 11/06/07 | MM | E-mails re: filed fee applications | 0.1 | 45.90 |
| 11/06/07 | MM | Review and execute Notice of First Interim Fee Application Request for BDO Seidman | 0.2 | 91.80 |
| 11/15/07 | RLL | Check docket for Objections to Fee Applications | 0.2 | 28.80 |
| 11/15/07 | RLL | Prepare Certificate of No Objection for BDO's Fee Application | 0.4 | 57.60 |
| 11/15/07 | RLL | Prepare Certificate of No Objection for Examiners Fee Application | 0.5 | 72.00 |
| 11/15/07 | RLL | Prepare Certificate of No Objection for K&L Gates Fee Application | 0.4 | 57.60 |
| 11/15/07 | RLL | Prepare Certificate of No Objection for Saul Ewing's Fee Application | 0.4 | 57.60 |
| 11/15/07 | RLL | Update fee application tracking sheet | 0.2 | 28.80 |
| 11/16/07 | RLL | Begin drafting Saul Ewing's September fee application | 0.7 | 100.80 |
| 11/19/07 | RLL | Check docket regarding objections to fee applications for Certificates of No Objection to be filed today | 0.4 | 57.60 |
| 11/19/07 | RLL | Efile Certificate of No Objection for BDO, K&L Gates, Examiner and Saul Ewing | 0.7 | 100.80 |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone. (302) 421-6800 • Fax. (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

554535.1 12/27/07

355619
00011
12/14/07

Missel, Michael J. (EXAMINER)
Fee Applications and Matters

Invoice Number 2016029
Page 2

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 11/19/07 | RLL | PDF Certificates of No Objection for BDO, K&L Gates, Examiner and Saul Ewing and distribute to outside counsel | 0.6 | 86.40 |
| 11/19/07 | MM | E-mail from BDO Seidman re: Certification of No Objection for fee application | 0.1 | 45.90 |
| 11/19/07 | MM | E-mails re: filing Certifications of No Objection for K&L Gates and Examiner's fee applications | 0.2 | 91.80 |
| 11/20/07 | RLL | Prepare Saul Ewing's September fee application | 0.6 | 86.40 |
| 11/20/07 | MM | E-mails re: fee applications | 0.2 | 91.80 |
| 11/21/07 | MM | E-mails re: K&L Gates' and Examiner's Fee Applications | 0.2 | 91.80 |
| 11/26/07 | MM | E-mails to Fee Auditor re: K&L Gates and Examiner's Fee Applications | 0.2 | 91.80 |
| 11/27/07 | MM | Review and file BDO's Fee Application | 0.2 | 91.80 |
| 11/28/07 | RLL | Update fee application chart | 0.3 | 43.20 |
| 11/28/07 | RLL | Prepare Saul Ewing's September fee application | 1.8 | 259.20 |
| 11/28/07 | RLL | Proofread Saul Ewing's September fee application | 0.4 | 57.60 |
| 11/28/07 | RLL | Begin Drafting Saul Ewing's October fee application | 1.2 | 172.80 |
| 11/29/07 | RLL | Revise Saul Ewing's fee application | 0.3 | 43.20 |
| 11/29/07 | MM | E-mails re: K&L Gates' fee applications | 0.2 | 91.80 |

TOTAL HOURS   11.3

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Renee L. Lowder | 9.7 | at | $144.00 | = | 1,396.80 |
| Mark Minuti | 1.6 | at | $459.00 | = | 734.40 |

CURRENT FEES   2,131.20

**TOTAL AMOUNT OF THIS INVOICE**   2,131.20

**NET AMOUNT OF THIS INVOICE**   2,131.20

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER)<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>1601 K Street, NW<br>Washington, DC 20006 | Invoice Number 2016030<br>Invoice Date 12/14/07<br>Client Number 355619<br>Matter Number 00013 |

Re: Other Litigation, Including Stay Relief

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/01/07 | MM | E-mail from M. Missal re: script for subpoena interviews | 0.1 | 45.90 |
| 11/02/07 | MM | E-mail from M. Missal re: open matters/updates | 0.1 | 45.90 |
| 11/02/07 | MM | Review of memos re: KPMG and New Century employee interviews (7) | 2.0 | 918.00 |
| 11/02/07 | MM | E-mail re: subpoena issues | 0.1 | 45.90 |
| 11/06/07 | MM | Review of 4 memos of employee interviews | 1.0 | 459.00 |
| 11/09/07 | MM | E-mail from Examiner re: interview of former employee | 0.1 | 45.90 |
| 11/09/07 | MM | E-mail re: possibility of employee's invocation of 5th Amendment Rules | 0.1 | 45.90 |
| 11/13/07 | MM | E-mail from Examiner re: Wall Street Journal article on mortgage industry | 0.1 | 45.90 |
| 11/16/07 | MM | Review of memos of interviews with KPMG and Debtor's current/former employees | 1.5 | 688.50 |
| 11/19/07 | MM | E-mails with K&L Gates re: filing of Examiner's Report | 0.2 | 91.80 |
| 11/20/07 | MM | Telephone call with E. Fox re: filing of cash collateral report | 0.2 | 91.80 |
| 11/20/07 | MM | Review of draft report on cash collateral | 1.0 | 459.00 |
| 11/20/07 | MM | Coordinate service and filing of Examiner's Report | 0.4 | 183.60 |
| 11/20/07 | MM | Review of Notice of Filing Examiner's Report | 0.3 | 137.70 |
| 11/20/07 | MM | Telephone call with U.S. Trustee re: service of Examiner's Report | 0.2 | 91.80 |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone. (302) 421-6800 • Fax. (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

554535.1 12/27/07

355619
00013
12/14/07

Missel, Michael J. (EXAMINER)
Other Litigation, Including Stay Relief

Invoice Number 2016030
Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/21/07 | MM | Review, file and coordinate service of Examiner's Initial Cash Collateral Report | 1.5 | 688.50 |
| 11/21/07 | MM | E-mail re: S. Topetzes' comments to draft report | 0.1 | 45.90 |
| 11/21/07 | MM | E-mails re: memo of employee interview (5) | 0.5 | 229.50 |
| 11/21/07 | MM | Telephone call and e-mail with U.S. Trustee re: service of Initial Report | 0.2 | 91.80 |
| 11/21/07 | MM | E-mail re: possible 12/3/07 conference with Chambers | 0.1 | 45.90 |
| 11/21/07 | MM | E-mails re: coordination of filing of Initial Report | 0.2 | 91.80 |
| 11/21/07 | MM | Review of S. Topetzes' comments to draft report | 0.1 | 45.90 |
| 11/26/07 | MM | Review of 2 memos of employee interviews | 0.3 | 137.70 |
| 11/26/07 | MM | Review of memo re: call with Debtor's counsel regarding cash collateral report | 0.1 | 45.90 |
| 11/26/07 | MM | Review of memo re: call with SEC | 0.2 | 91.80 |
| 11/27/07 | MM | E-mail re: employee interview | 0.1 | 45.90 |
| 11/27/07 | MM | Review of memo of employee interview (2) | 0.4 | 183.60 |
| 11/28/07 | MM | E-mails re: deadline for Debtor to respond to the Report | 0.2 | 91.80 |

TOTAL HOURS    11.4

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 11.4 | at | $459.00 | = | 5,232.60 |

CURRENT FEES                5,232.60

**TOTAL AMOUNT OF THIS INVOICE**                5,232.60

**NET AMOUNT OF THIS INVOICE**                5,232.60

# SAUL EWING
### Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Michael J. Missel (EXAMINER)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006

| | |
|---|---:|
| Invoice Number | 2016031 |
| Invoice Date | 12/14/07 |
| Client Number | 355619 |
| Matter Number | 00015 |

Re: Preparation For And Attendance At Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---:|---:|
| 11/06/07 | MM | Review of 11/6/07 agenda | 0.1 | 45.90 |
| 11/06/07 | MM | E-mails re: agenda for 11/6/07 hearing and no need to attend hearing | 0.2 | 91.80 |
| 11/16/07 | RLL | Print and review hearing agenda | 0.2 | 28.80 |
| | | TOTAL HOURS | 0.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---:|---|---:|---|---:|
| Renee L. Lowder | 0.2 | at | $144.00 | = | 28.80 |
| Mark Minuti | 0.3 | at | $459.00 | = | 137.70 |

| | |
|---|---:|
| CURRENT FEES | 166.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | **166.50** |
| **NET AMOUNT OF THIS INVOICE** | **166.50** |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone. (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

554535.1 12/27/07