# EXHIBIT "D"

## EXHIBIT "D"

## EXPENSE SUMMARY

## NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (1932 pages @ $0.10/page) | | $193.20 |
| Telephone | | $3.95 |
| Postage | | $13.10 |
| Messenger Service | *Parcels* | $54.00 |
| Pacer Research | | $272.44 |
| Outside Photocopying | *Digital Legal Services* | $915.66 |
| **TOTAL** | | **$1,452.35** |

SAUL
EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2016023 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 12/14/07 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 11/27/07 | Photocopying | 150.20 | |
| 11/30/07 | Photocopying | 43.00 | |
| | Total Photocopying | | 193.20 |
| 11/07/07 | Telephone | 0.46 | |
| 11/07/07 | Telephone | 0.18 | |
| 11/20/07 | Telephone | 0.20 | |
| 11/20/07 | Telephone | 0.35 | |
| 11/20/07 | Telephone | 1.18 | |
| 11/20/07 | Telephone | 1.58 | |
| | Total Telephone | | 3.95 |
| 11/26/07 | Postage | 13.10 | |
| | Total Postage | | 13.10 |
| 11/28/07 | Messenger Service - - VENDOR: Parcels, Inc 11/21/07 to Blank Rome, Richards Layton Judge Carey / D. Frawley Bank ID: 14 Check Number: 105654 | 54.00 | |
| | Total Messenger Service | | 54.00 |
| 11/02/07 | Outside Reproduction - - VENDOR: Digital Legal, LLC Copying and Postage / M. Minuti Bank ID: 14 Check Number: 104627 | 580.32 | |
| 11/20/07 | Outside Reproduction - - VENDOR: Digital Legal, LLC Copying and Postage of Notice of First Interim Fee Application Request of BDO Seidman / M. Minuti Bank ID: 14 Check Number: 105250 | 335.34 | |
| | Total Outside Reproduction | | 915.66 |

P O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone (302) 421-6800 ♦ Fax (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON

A DELAWARE LIMITED LIABILITY PARTNERSHIP

| 355619<br>00002<br>12/14/07 | Missel, Michael J. (EXAMINER)<br>Expenses | Invoice Number 2016023<br>Page 2 |
|---|---|---|

| | | |
|---|---|---|
| 11/02/07 | Pacer Research - - VENDOR: Pacer Service Center<br>Login ID: WG0021 - Billing Cycle: 07/01/07 -<br>09/30/07 / K. Crampton<br>Bank ID: 9 Check Number: 219470 | 6.32 |
| 11/02/07 | Pacer Research - - VENDOR: Pacer Service Center<br>Login ID: WG0021 - Billing Cycle: 07/01/07 -<br>09/30/07 / K. Crampton<br>Bank ID: 9 Check Number: 219470 | 75.92 |
| 11/26/07 | Pacer Research - - VENDOR: Pacer Service Center<br>Pacer charges / M. Minuti<br>Bank ID: 14 Check Number: 105526 | 39.28 |
| 11/26/07 | Pacer Research - - VENDOR: Pacer Service Center<br>Pacer charges / M. Minuti<br>Bank ID: 14 Check Number: 105526 | 43.72 |
| 11/26/07 | Pacer Research - - VENDOR: Pacer Service Center<br>Pacer charges / M. Minuti<br>Bank ID: 14 Check Number: 105526 | 107.20 |

|  |  |
|---|---|
| Total Pacer Research | 272.44 |
| CURRENT EXPENSES | 1,452.35 |

**TOTAL AMOUNT OF THIS INVOICE**    1,452.35

**NET AMOUNT OF THIS INVOICE**    1,452.35