## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., | ) | |
| a Delaware Corporation, *et al.*, | ) | Jointly Administered |
|  | ) | |
| Debtors. | ) | |

### ORDER APPROVING FIFTH MONTHLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

Upon the Fifth Monthly Fee Application of Saul Ewing LLP ("Saul Ewing"), co-counsel to Michael J. Missel, as Examiner of New Century TRS Holdings, Inc., *et al.*, (collectively, the "Debtors") in the above-captioned chapter 11 cases, for monthly allowance of compensation and for reimbursement of expenses, for the period November 1, 2007 through November 30, 2007, pursuant to 11 U.S.C. § 331, and adequate notice of such application having been given, **IT IS ORDERED**:

1.   Saul Ewing is allowed compensation for professional services rendered in the amount of $8,460.00 for the period from November 1, 2007 through November 30, 2007.

2.   Saul Ewing is allowed reimbursement of its actual and necessary expenses in the amount of $1,452.35 for the period from November 1, 2007 through November 30, 2007.

3.   The Debtors are authorized and directed to promptly pay the foregoing amounts to Saul Ewing.

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

Dated: _____ ___, 2008