IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware Corporation, _et al._,<br><br>Debtors. | ) Chapter 11<br>) Case No. 07-10416 (KJC)<br>)<br>) Jointly Administered<br>)<br>) **Objection Deadline: January 16, 2008 at 4:00 p.m.**<br>) **Hearing Date: Only if Objection(s) are filed** |

## NOTICE OF FEE APPLICATION

| | | |
|---|---|---|
| Mark D. Collins, Esquire<br>Michael J. Merchant, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, 920 King Street<br>P.O. Box 551<br>Wilmington, DE 19899<br>(Counsel to Debtors) | Suzzanne S. Uhland, Esquire<br>Emily Culler, Esquire<br>O'Melveny & Myers LLP<br>275 Battery Street<br>San Francisco, CA 94111<br>(Counsel to Debtors) | Monika L. McCarthy, Esquire<br>New Century Mortgage Corporation<br>3121 Michelson Drive, Suite 600<br>Irvine, CA 92612<br>(Debtors) |
| Holly Felder Etlin<br>AP Services, LLC<br>9 West 57th Street, Suite 3420<br>New York, NY 10019<br>(Debtors' Crisis Manager) | Bonnie Glantz Fatell, Esquire<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801-4226<br>(Counsel to OCUC) | Mark S. Indelicato, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue, 14th & 15th Floor<br>New York, NY 10022<br>(Counsel to OCUC) |
| Joseph J. McMahon, Jr., Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207,<br>Lockbox #35<br>Wilmington, DE 19801<br>(U.S. Trustee) | Laura Davis Jones, Esquire<br>Timothy P. Cairns, Esquire<br>Pachulski Stang Ziehl Young<br>  Jones & Weintraub LLP<br>P.O. Box 8705<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>(Counsel to Lender) | Bennett L. Spiegel, Esquire<br>Shirley S. Cho, Esquire<br>Kirkland & Ellis LLP<br>777 S. Figueroa Street, Suite 3700<br>Los Angeles, CA 90017<br>(Counsel to Lender) |
| Warren H. Smith, Esquire<br>Warren H. Smith & Associates, P.C.<br>Republic Center<br>325 N. St. Paul, Suite 1275<br>Dallas, TX 75201<br>(Fee Auditor) | 2002 Service List | |

PLEASE TAKE NOTICE that the **Fifth Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2007 through November 30, 2007** (the "Application"), which seeks approval of a monthly fee application for professional services rendered to the Examiner of the above-captioned Debtors in the amount of $8,460.00, together with

554836 1 12/27/07

reimbursement of disbursements in the amount of $1,452.35 was filed with the Court on December 27, 2007.

You are required to file a response, if any, to the Application on or before **January 16, 2008 at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of the response upon the undersigned counsel.

> Mark Minuti, Esq.
> Saul Ewing LLP
> 222 Delaware Avenue, Suite 1200
> P.O. Box 1266
> Wilmington, DE 19899

A HEARING ON THE APPLICATION WILL BE HELD, ONLY IF AN OBJECTION IS TIMELY FILED AND SERVED, BEFORE THE HONORABLE KEVIN J. CAREY, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT, 824 MARKET STREET, WILMINGTON, DE 19801, AT A DATE AND TIME TO BE SCHEDULED BY THE COURT.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 27, 2007                     SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

*Co-Counsel to Michael J. Missel, Examiner*