IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS<br>HOLDINGS, INC., a Delaware<br>corporation, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>(Jointly Administered)<br><br>**Objection Date: January 2, 2008 @ 4:00 p.m.**<br><br>**Hearing Deadline: January 9, 2008 @ 1:30 p.m.** |

## OPPOSITION OF CREDITOR ALAMEDA COUNTY TREASURER-TAX COLLECTOR TO DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 3449

1. Debtors New Century Trs. Holdings, Inc., *et al.*, ("New Century") have filed the Seventh Omnibus Objection to Claims, and in particular, seek to have expunged claim no. 3449 filed by the Alameda County-Treasurer-Tax Collector ("Alameda") in case number 07-10416 (the " Claim" ). The Claim is for the amount of $1,334.88 for Alameda County property taxes.

2. The reason given for the proposed expungement is that the Claim was filed on September 28, 2007, which was after the General Bar Date of August 31, 2007.

3. However, Alameda County is a governmental unit of the State of California. The Court's order of June 28, 2007 fixed October 2, 2007 as the governmental unit bar date (see attached declaration of Jack Wong).

1

4. Accordingly, the Claim was timely filed and the Court should deny the objection with respect to the Claim.

5. Alameda expressly reserves the right to amend, modify, or supplement this Objection.

6. Address to which Debtors must return any reply to the Response:
Claude Kolm
Deputy County Counsel
Office of the County Counsel
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510)272-6700
Fax: (510)272-5020

7. Person possessing ultimate authority to reconcile, settle, or otherwise resolve the Claim on behalf of Claimant:
Brenda Guess
Chief Deputy Tax Collector
1221 Oak Street, Room 136
Oakland, California 94612
Telephone: Please contact through her attorney above at (510)272-6700

Respectfully submitted,

December 26, 2007        Richard E. Winnie, County Counsel

By: *Claude KL*
Claude F. Kolm, Deputy County Counsel

(California State Bar No. 83517)

OFFICE OF COUNTY COUNSEL.
COUNTY OF ALAMEDA
1221 Oak Street, Suite 450
Oakland, CA 94612

Telephone: (510) 272-6710

Attorneys for County of Alameda Treasurer-Tax Collector Donald R. White