# Clayton County
# Tax Commissioners Office



**TERRY L. BASKIN**
TAX COMMISSIONER

**JAMES P. GRANT**
CHIEF DEPUTY
TAX COMMISSIONER

ADMINISTRATION, ANNEX 3 - 2nd Floor
121 SOUTH McDONOUGH STREET
JONESBORO, GEORGIA 30236-3694
PHONE: (770) 477-3311
FAX: (770) 477-3326

December 21, 2007

Clerk
U. S. Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, Delaware 19801

RE:   New Century TRS Holdings, INC.
      Case No. 07-10416 KJC
      Chapter 11

**NOTICE OF DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS: NON-SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. 502, FED. R. BAKR. P. 3007 AND 9014 AND DEL. BANKR. L.R. 3007-1 TO CERTAIN (A) AMENDED AND SUPERSEDED CLAIMS, (B) DUPLICATE CLAIMS, (C) LATE-FILED CLAIMS AND (D) NO SUPPORTING DOCUMENTATION CLAIMS**

Now comes The Clayton County Tax Commissioner and files this objection to the above requested OBJECTION. The referenced claim #3476 in the amount of $1,423.15 is due in its entirety. Our tax bill's #054833 for 2007 was submitted with the 2007 millrate as levied by the Governing Board of Clayton County and is billed by this office according to Georgia Tax Law.

The Clayton County Tax Commissioner does respectfully request the Court to enter an order to the Debtor to pay the above referenced claim in its full amount.

Our claim was filed in timely manner, September 15, 2007.

Respectfully submitted,

*[signature]*

James P. Grant
Chief Deputy Tax Commissioner
Clayton County, Georgia

Page 2
December 21, 2007

Cc:    Mark Collins (No. 2981)
       Michael J. Merchant (No. 3458)
       Christopher M. Samis (No. 4909)
       RICHARDS, LAYTON & FINGER, P.A.
       One Rodney Square
       920 North King Street
       Wilmington, DE 19801

       -and-

       Suzanne S. Uhland
       Emily R. Culler
       Ana Acevedo
       O'MELVENY & MYERS LLP
       275 Battery Street
       San Francisco, CA 94111

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
NEW CENTURY TRS HOLDINGS, INC., A Delaware corporation, Et Al.
NEW CENTURY CLAIMS PROCESSING
C/O XROADS CASE MANAGEMENT SERVICES
1821 EAST DYER ROAD, SUITE 225
SANTA ANA, CA 92705
T: (888) 784-9571

**PROOF OF CLAIM**

**COPY**

In Re: New Century TRS Holdings, Inc., a Delaware corporation, et al.
Chapter 11 Case No. 07-10416 (KJC) (Jointly Administered)

Name of Debtor: New Century Mortgage Corp.
Case Numbers: 07-10419 (CSS)

Name of Creditor (The person or other entity to whom the debtor owes money or property): Clayton County Tax Commissioner

3054711

Name and Address Where Notices Should be Sent:

Clayton County Tax Commissioner
121 S Mc Donough St
Jonesboro GA 30236

Telephone No: 770-477-3310

THIS SPACE IS FOR COURT USE ONLY

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if this address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor: 2007# 054833

CHECK HERE IF THIS CLAIM:
☐ REPLACES   ☐ AMENDS   a previously filed claim, dated _____

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☑ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)   (date)

**2. DATE DEBT WAS INCURRED:** 1-1-2007

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
  Brief Description of Collateral:
  ☐ Real Estate  ☐ Motor Vehicle
  ☐ Other _____
  Value of Collateral: $_____
Amount of arrearage and other charges at time case was filed included in secured claim above, if any: $_____

**Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☑ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority.
  Amount entitled to priority $ 1,423.15
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
☑ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $_____ + $_____ + $ 1,423.15 = $ 1,423.15
  (Unsecured Nonpriority)  (Secured)  (Unsecured Priority)  (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below. (Complete box 6 if applicable.)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. SUPPORTING DOCUMENTS:** Attach legible copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

DATE: 9-15-2007
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Terry L. Baskin, Tax Commissioner

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

0710416070515171643020617

TERRY L. BASKIN  
Tax Commissioner  
Clayton County  
http://www.co.clayton.ga.us

Taxes for Year  
**2007**  
*TAXES DELINQUENT AFTER*  
11/15/2007

Make checks payable to:  
*CLAYTON COUNTY TAX COMMISSIONER*  
Mail to: Clayton County Tax Commissioner  
Administration Annex 3, 2nd Floor  
121 S. McDonough Street  
Jonesboro, GA 30236  
(770) 477-3311  Fax # (770) 477-3326

BILL#: 054833   AREA:   8

IDENTIFICATION NUMBER: 13205B  B059  
PROPERTY LOCATION: 7582 SMITH CT  
MARKET VALUE: 107,480  
GROSS ASSESSMENT: 40%  42,992  
ASSESSMENT PENALIZED:  
EXEMPTIONS ALLOWED:

| | | |
|---|---|---|
| County Tax | 13.453 | $ 578.37 |
| County HTRG Credit | 8.535 | $ .00 |
| County Bonds | | $ .00 |
| Filing Penalty | | $ .00 |
| Fire Protection | 3.900 | $ 167.67 |
| Fire HTRG Credit | 3.900 | $ .00 |
| Street Light Protection | | $ 25.00 |
| Total County Tax | | 771.04 |
| Sales Tax Credit | 4.918 | $ 211.43- |
| **Net Tax Due Board of Commissioners** | | $ 559.61 |
| School Tax | 19.836 | $ 852.79 |
| School HTRG Credit | 19.836 | $ .00 |
| School Bonds | | $ .00 |
| **Total School Tax** | | $ 852.79 |

(Questions? Call 770-473-2700, Board of Education)

| | | |
|---|---|---|
| State Tax | .250 | $ 10.75 |
| State HTRG Credit | .250 | $ .00 |
| **Total State Tax** | | $ 10.75 |

(Questions? Call 404-656-4240, State Revenue Department)

Taxes for City of   FIRE DISTRICT-NO CITY TAX

**TOTAL PAYABLE TO TAX COMMISSIONER**    $1,423.15

Owner as of January 1:  
NEW CENTURY MORTGAGE CORP   %  054833  
1610 EAST ST ANDREW STREET  
SANTA ANA, CA  92705

If ownership of property has changed (by law, taxes are billed to owner of record on January 1st of the taxing year) and the new owner is responsible for paying taxes, please forward the tax bill to them.

If the taxes due are to be paid by your mortgage company, please forward the bottom portion of this statement to them, retaining the top portion for your income tax records.

**Receipts will be mailed only when payment is accompanied by a stamped, self-addressed envelope.**

Failure to pay this bill by due date will result in the following: A delinquent tax fifa (lien) will be placed in your name or against your property on the General Execution Docket, interest will be charged at the rate of 12% per annum and bills over 90 days delinquent will be charged a 10% penalty in addition to the 12% interest.

**Homeowners Tax Relief Grant (HTRG)** - This reduction in your bill is the result of homeowner's tax relief enacted by the Governor and the General Assembly of the State of Georgia.

**(SEE REVERSE SIDE FOR FURTHER INFORMATION)**

---

*TAXPAYER PORTION*         OFFICE COPY   8/20/2007



TERRY L. BASKIN  
Tax Commissioner  
Clayton County  
http://www.co.clayton.ga.us

**Taxes for Year**  
**2007**  
*TAXES DELINQUENT AFTER*  
11/15/2007

Make checks payable to:  
*CLAYTON COUNTY TAX COMMISSIONER*  
Mail to: Clayton County Tax Commissioner  
Administration Annex 3, 2nd Floor  
121 S. McDonough Street  
Jonesboro, GA 30236  
(770) 477-3311  Fax # (770) 477-3326

BILL#: 054833   AREA:   8

IDENTIFICATION NUMBER: 13205B  B059  
PROPERTY LOCATION: 7582 SMITH CT  
MARKET VALUE: 107,480  
GROSS ASSESSMENT: 40%  42,992  
ASSESSMENT PENALIZED:  
EXEMPTIONS ALLOWED:

Owner as of January 1:  
NEW CENTURY MORTGAGE CORP   %  054833  
1610 EAST ST ANDREW STREET  
SANTA ANA, CA  92705

| | | |
|---|---|---|
| Net Tax Due County | $ | 559.61 |
| Total School Tax | $ | 852.79 |
| Total State Tax | $ | 10.75 |

Taxes for City of FIRE DISTRICT-NO CITY TAX

**TOTAL PAYABLE TO TAX COMMISSIONER**     $1,423.15

*RETURN THIS PORTION WITH PAYMENT*  
                OFFICE COPY   8/20/2007