UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          *

                                      Case No. 07-10416-KJC

NEW CENTURY TRS HOLDINGS, INC.,  *    (Chapter 11)
a Delaware corporation, *et al.*,
            Debtor                          *
                        **********

HSBC BANK USA, N.A.             *
AS TRUSTEE
c/o Select Portfolio Servicing, Inc.  *
           Movant
                              *

v.

                              *    Objections due by: Jan. 16, 2008 4:00 PM
NEW CENTURY TRS HOLDING, Inc., et al    Hearing Date: January 23, 2008 at 1:30 PM
           Debtor                          *

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 27, 2007, copies of the foregoing Motion for Relief from Automatic Stay Under § 361 of the Bankruptcy Code (with Exhibit A); Notice of Motion; and proposed Order were served upon the parties listed on the below in the manner stated:

VIA US MAIL
New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

VIA US MAIL
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodeny Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

VIA US MAIL
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

VIA US MAIL
United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
*U.S. Trustee*

VIA US MAIL
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

VIA US MAIL
Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

Date: December 27, 2007

Respectfully submitted,

WITTSTADT & WITTSTADT, P.A.

*/s/ Lisa R. Hatfiled*
Lisa R. Hatfield (DE No. 4967)
1000 N. West Street
Suite 1200
Wilmington, DE 19801
(302) 295-5095
(866) 503-4930 (toll free)