UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              *

                                                    Case No. 07-10416-KJC
NEW CENTURY TRS HOLDINGS, INC.,   *        (Chapter 11)
a Delaware corporation, *et al.*,
                        Debtor                       *
                                          **********
HSBC BANK USA, N.A.                              *
AS TRUSTEE
c/o Select Portfolio Servicing, Inc.            *
                        Movant
                                                    *

       v.
                                                    *

NEW CENTURY TRS HOLDING, Inc., et al
                        Debtor                       *
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER TERMINATING AUTOMATIC STAY
### UNDER SECTION 362 OF THE BANKRUPTCY CODE AS IT APPLIES TO
### 989 CRESCENT MEADOWS CT., HENDERSON, NV 89052
*(Relates to Docket # )*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay

(hereinafter "Motion") filed by HSBC Bank USA, National Association, as trustee, on

behalf of the holders of the ACE Securities Corp., Home Equity Loan Trust, Series 2004-

HE4 Asset Backed Pass-Through Certificates c/o Select Portfolio Servicing, (hereinafter

"Movant"), and any response thereto, the Court having determined that (A) the Court has

jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core

proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C

§ 1409(a); and (D) service to the limited parties stated on the Certificate of Service is

adequate under the circumstances; and the Court having further determined that the

Debtor does not have an interest in the real known as 989 Crescent Meadows Ct.,

Henderson, NV 89052 (hereinafter the "Property") and that the Debtor's interest in the

Property, if any, is not necessary to an effective reorganization; and the Court having

further determined that cause exists to grant Movant relief from the automatic stay with

to the Property because Movant's interest in the Property is not adequately protected; it is

hereby **ORDERED** as follows:

1.  The Motion be, and the same is hereby is, **GRANTED.**

2.  Pursuant to 11 U.S.C. § 362(d), Movant is hereby granted relief from the
    automatic stay, and the automatic stay is terminated, with respect to Movant's
    interest in the Property. Movant is hereby permitted to exercise its rights
    under applicable non-bankruptcy law against the Property, including but not
    limited to foreclosure of any Mortgage or Deed of Trust or other similar
    security instrument relating to such Property.

3.  This Order is immediately effective and is not stayed by operation of law,
    notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: _____          BY THE COURT:


                               _____
                               Kevin J. Carey
                               U.S. Bankruptcy Court Judge