# EXHIBIT A

5th Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

# Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Adams County Special Assessments<br>12050 South Forth Aven<br>Brighton, CO 80601 | 07-10416 | 1205 | $5,988.82 | $0.00 | $0.00 | $0.00 | $5,988.82 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Alpena City<br>208 N First Ave<br>Alpena, MI 49707 | 07-10416 | 976 | $1,076.57 | $0.00 | $0.00 | $0.00 | $1,076.57 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Arlington Independent School District<br>c/o Perdue Brandon Fielder Collins & Mott LLP PO Box 13430<br>Arlington, TX 76094-0430 | 07-10419 | 228 | $21,844.43 | $0.00 | $0.00 | $0.00 | $21,844.43 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Beaver Falls City<br>Tax Collector Dan Cellini 715 15th St<br>Beaver Falls, PA 15010 | 07-10416 | 1658 | $1,789.92 | $0.00 | $0.00 | $0.00 | $1,789.92 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the obligor is New Century Homes of Carolina Inc. which is not a party to the bankruptcy filing | | | | | | | |
| Big Beaver Falls Sd<br>415 15th St Municipal Buildin<br>Beaver Falls, PA 15010 | 07-10416 | 1665 | $3,000.15 | $0.00 | $0.00 | $0.00 | $3,000.15 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the obligor is New Century Homes of Carolina Inc. which is not a party to the bankruptcy filing | | | | | | | |
| Black Hawk County<br>316 E 5th St<br>Waterloo, IA 50703 | 07-10419 | 1121 | $0.00 | $0.00 | $418.00 | $0.00 | $418.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Brevard County Tax Collector<br>400 South St 6th Fl PO Box 2500<br>Titusville, FL 32781-2500 | 07-10416 | 433 | $3,172.89 | $0.00 | $0.00 | $0.00 | $3,172.89 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Brevard County Tax Collector<br>400 South St 6th Fl PO Box 2500<br>Titusville, FL 32781-2500 | 07-10416 | 274 | $57.00 | $0.00 | $0.00 | $0.00 | $57.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Brevard County Tax Collector<br>400 South St 6th Fl PO Box 2500<br>Titusville, FL 32781-2500 | 07-10416 | 273 | $58.71 | $0.00 | $0.00 | $0.00 | $58.71 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

# Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Brevard County Tax Collector<br>400 South St 6th Fl PO Box 2500<br>Titusville, FL 32781-2500 | 07-10416 | 272 | $3,080.48 | $0.00 | | | $3,080.48 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Castleberry Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP PO Box 13430<br>Arlington, TX 76094-0430 | 07-10419 | 229 | $1,214.82 | $0.00 | $0.00 | $0.00 | $1,214.82 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | |
| Celina Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP PO Box 13430<br>Arlington, TX 76094-0430 | 07-10419 | 222 | $5,887.90 | $0.00 | $0.00 | $0.00 | $5,887.90 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| City of Cedar Hill<br>Perdue Brandon Fielder Collins & Mott LLP PO Box 13430<br>Arlington, TX 76094-0430 | 07-10419 | 241 | $7,354.95 | $0.00 | $0.00 | $0.00 | $7,354.95 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| City of Garland Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 605 | $1,393.57 | $0.00 | $0.00 | $0.00 | $1,393.57 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | |
| City of Garland Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 604 | $758.11 | $0.00 | $0.00 | $0.00 | $758.11 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| City of Garland Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 636 | $782.23 | $0.00 | $0.00 | $0.00 | $782.23 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | |
| City of Garland Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 609 | $586.11 | $0.00 | $0.00 | $0.00 | $586.11 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | |
| City of Garland Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 603 | $6,145.43 | $0.00 | $0.00 | $0.00 | $6,145.43 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | |

5th Omnibus Objection

# Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdgs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount ||||  Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| City of Mesquite and or Mesquite Independent School District C O Schuerenberg & Grimes P C Gary Allmon Grimes Wells Fargo Bank Building 120 W Main 201 Mesquite, TX 75149 | 07-10419 | 615 | $1,336.07 | $0.00 | $0.00 | $0.00 | $1,336.07 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| City of Mesquite and or Mesquite Independent School District C O Schuerenberg & Grimes P C Gary Allmon Grimes Wells Fargo Bank Building 120 W Main 201 Mesquite, TX 75149 | 07-10419 | 612 | $8,817.52 | $0.00 | $0.00 | $0.00 | $8,817.52 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| City of Mesquite and or Mesquite Independent School District C O Schuerenberg & Grimes P C Gary Allmon Grimes Wells Fargo Bank Building 120 W Main 201 Mesquite, TX 75149 | 07-10419 | 613 | $2,195.67 | $0.00 | $0.00 | $0.00 | $2,195.67 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| City of Mesquite and or Mesquite Independent School District C O Schuerenberg & Grimes P C Gary Allmon Grimes Wells Fargo Bank Building 120 W Main 201 Mesquite, TX 75149 | 07-10419 | 614 | $5,511.87 | $0.00 | $0.00 | $0.00 | $5,511.87 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| City of Princeton Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 225 | $2,472.24 | $0.00 | $0.00 | $0.00 | $2,472.24 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| City of Whitewright | 07-10419 | 224 | $573.24 | $0.00 | $0.00 | $0.00 | $573.24 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated ||||||||
| Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 1294 | $2,480.97 | $0.00 | $0.00 | $0.00 | $2,480.97 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| Clark County Treasurer 500 S Grand Central Pky PO Box 551220 Las Vegas, NV 89155-1220 | 07-10419 | 644 | $13,266.76 | $0.00 | $0.00 | $0.00 | $13,266.76 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| Collin County Tax 777 E 15th St Plano, TX 75074 | | | | | | | |

Page 3

5th Omnibus Objection

## Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdgs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount ||||  Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Collin County Tax<br>1377 E 15th St<br>Plano, TX 75074 | 07-10419 | 600 | $16,518.98 | $0.00 | $0.00 | $0.00 | $16,518.98 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors ||||||||
| Collin County Tax<br>1377 E 15th St<br>Plano, TX 75074 | 07-10419 | 602 | $3,408.65 | $0.00 | $0.00 | $0.00 | $3,408.65 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| Collin County Tax<br>1377 E 15th St<br>Plano, TX 75074 | 07-10419 | 601 | $1,305.11 | $0.00 | $0.00 | $0.00 | $1,305.11 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| Collin County Tax<br>1377 E 15th St<br>Plano, TX 75074 | 07-10419 | 650 | $1,216.98 | $0.00 | $0.00 | $0.00 | $1,216.98 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| Collin County Tax<br>1377 E 15th St<br>Plano, TX 75074 | 07-10419 | 651 | $35,345.75 | $0.00 | $0.00 | $0.00 | $35,345.75 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors ||||||||
| Concordia City of<br>818 Main St PO Box 847<br>Concordia, MO 64020 | 07-10416 | 1757 | $233.94 | $0.00 | $0.00 | $0.00 | $233.94 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| County of Lehigh Fiscal Office<br>Government Center 17 S Seventh St Rm 119<br>Allentown, PA 18101-2400 | 07-10416 | 1572 | $482.01 | $0.00 | $0.00 | $0.00 | $482.01 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated ||||||||
| Cumberland Co Tax Collector<br>PO Box 449<br>Fayetteville, NC 28302-0449 | 07-10426 | 1167 | $1,472.14 | $0.00 | $0.00 | $0.00 | $1,472.14 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||
| Danielson Boro<br>PO Box 117<br>Danielson, CT 06239 | 07-10416 | 1062 | $180.96 | $0.00 | $0.00 | $0.00 | $180.96 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors ||||||||

5th Omnibus Objection

# Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Dekalb County<br>1280 Memorial Dr<br>Decatur, GA 30032 | 07-10416 | 1191 | $6,153.58 | $0.00 | $0.00 | $0.00 | $6,153.58 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Denton Independent School District<br>2400 Dallas Dr Ste 100<br>Denton, TX 76205 | 07-10419 | 610 | $16,494.02 | $0.00 | $0.00 | $0.00 | $16,494.02 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Derry Town<br>14 Manning St<br>Derry, NH 03038 | 07-10416 | 1388 | $0.00 | $0.00 | $9,042.66 | $0.00 | $9,042.66 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Dodge County Treasurer<br>127 E Oak St<br>Juneau, WI 53039 | 07-10419 | 1336 | $2,093.54 | $0.00 | $0.00 | $0.00 | $2,093.54 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Floyd County Central Appraisal District<br>c/o Perdue Brandon Fielder Collins & Mott LLP Po Box 9132<br>Amarillo, TX 79105-9132 | 07-10419 | 537 | $1,652.29 | $0.00 | $0.00 | $0.00 | $1,652.29 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Frederick County<br>PO Box 220<br>Winchester, VA 22604 | 07-10419 | 962 | $1,527.07 | $0.00 | $0.00 | $0.00 | $1,527.07 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Frisco ISD Tax<br>177 E 15th St<br>Plano, TX 75074 | 07-10419 | 637 | $2,709.15 | $0.00 | $0.00 | $0.00 | $2,709.15 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Frisco ISD Tax<br>PO Box 547<br>Frisco, TX 75034 | 07-10419 | 647 | $11,340.87 | $0.00 | $0.00 | $0.00 | $11,340.87 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Frisco ISD Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419 | 648 | $17,642.38 | $0.00 | $0.00 | $0.00 | $17,642.38 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

Page 5

**5th Omnibus Objection**

# Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Garland Independent School District<br>Law Offices of Robert E Luna PC 4411 N Central Expressway<br>Dallas, TX 75205 | 07-10419 | 1596 | $735.06 | $0.00 | $0.00 | $0.00 | $735.06 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Garland Independent School District<br>Law Offices of Robert E Luna PC 4411 N Central Expressway<br>Dallas, TX 75205 | 07-10419 | 1597 | $3,933.78 | $0.00 | $0.00 | $0.00 | $3,933.78 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Garland Independent School District<br>Law Offices of Robert E Luna PC 4411 N Central Expressway<br>Dallas, TX 75205 | 07-10419 | 1598 | $7,624.86 | $0.00 | $0.00 | $0.00 | $7,624.86 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Garland Independent School District<br>Law Offices of Robert E Luna PC 4411 N Central Expressway<br>Dallas, TX 75205 | 07-10419 | 1593 | $2,940.87 | $0.00 | $0.00 | $0.00 | $2,940.87 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Garland Independent School District<br>Law Offices of Robert E Luna PC 4411 N Central Expressway<br>Dallas, TX 75205 | 07-10419 | 1595 | $1,102.60 | $0.00 | $0.00 | $0.00 | $1,102.60 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Garland Independent School District<br>Law Offices of Robert E Luna PC 4411 N Central Expressway<br>Dallas, TX 75205 | 07-10419 | 1594 | $1,426.19 | $0.00 | $0.00 | $0.00 | $1,426.19 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Gilpin County Treasurer<br>PO Box 368<br>Central City, CO 80427 | 07-10419 | 260 | $0.00 | $0.00 | $812.02 | $0.00 | $812.02 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Ginger Franklin Jefferson County Trustee<br>PO Box 38<br>Dandridge, TN 37725 | 07-10416 | 1495 | $988.00 | $0.00 | $0.00 | $0.00 | $988.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

# Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdgs, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Hamilton County<br>Delinquent Tax Office 625 Georgia Ave Rm 210<br>Chattanooga, TN 37402 | 07-10416 | 734 | $558.62 | $0.00 | $0.00 | $0.00 | $558.62 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Hamilton County<br>Delinquent Tax Office 625 Georgia Ave Rm 210<br>Chattanooga, TN 37402 | 07-10416 | 733 | $196.00 | $0.00 | $0.00 | $0.00 | $196.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Hubbard County<br>301 Court Ave<br>Park Rapids, MN 56470 | 07-10419 | 1290 | $1,653.28 | $0.00 | $0.00 | $0.00 | $1,653.28 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Imperial County Unsecured Tax Col<br>County Administration Ctr 940 W Main St Ste 106<br>El Centro, CA 92243 | 07-10419 | 1315 | $2,219.11 | $0.00 | $0.00 | $0.00 | $2,219.11 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Joe G Tedder CFC Tax Collector for Polk County Florida<br>Tedder Post Office Box 2016<br>Bartow, FL 33831 | 07-10416 | 246 | $5,140.22 | $0.00 | $0.00 | $0.00 | $5,140.22 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Joe G Tedder CFC Tax Collector for Polk County Florida<br>Delinquency and Enforcement Office of Joe G Tedder Post Office Box 2016<br>Bartow, FL 33831 | 07-10416 | 277 | $1,780.70 | $0.00 | $0.00 | $0.00 | $1,780.70 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Kern County Treasurer Tax Collector<br>PO Box 579<br>Bakersfield, CA 93302-0579 | 07-10419 | 1509 | $2,387.02 | $0.00 | $0.00 | $0.00 | $2,387.02 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Lee County Tax Collector<br>PO Box 850<br>Fort Myer, FL 33902-0850 | 07-10416 | 1697 | $1,533.07 | $0.00 | $0.00 | $0.00 | $1,533.07 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

# Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Lehigh County Tax Claim Room 119 17 South 7th St Allentown, PA 18101 | 07-10416 | 1450 | $528.73 | $0.00 | $0.00 | $0.00 | $528.73 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Little Elm 1700 Dallas Dr Ste 100 Denton, Texas 78205 | 07-10419 | 560 | $805.88 | $0.00 | $0.00 | $0.00 | $805.88 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Lubbock Central Appraisal District Perdue Brandon Fielder Collins & Mott LLP PO Box 817 Lubbock, TX 79408 | 07-10416 | 1617 | $5,946.43 | $0.00 | $0.00 | $0.00 | $5,946.43 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mansfield Independent School District Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 268 | $7,089.54 | $0.00 | $0.00 | $0.00 | $7,089.54 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1194 | $1,190.24 | $0.00 | $0.00 | $0.00 | $1,190.24 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1190 | $600.22 | $0.00 | $0.00 | $0.00 | $600.22 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1207 | $829.87 | $0.00 | $0.00 | $0.00 | $829.87 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1189 | $1,441.64 | $0.00 | $0.00 | $0.00 | $1,441.64 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Mason County Treasurer Attn Dawna PO Box 429 Shelton, WA 98584 | 07-10419 | 1204 | $644.27 | $0.00 | $0.00 | $0.00 | $644.27 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

To Be Expunged Claim Amount

## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1187 | $756.44 | $0.00 | $0.00 | $0.00 | $756.44 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1206 | $537.05 | $0.00 | $0.00 | $0.00 | $537.05 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1179 | $1,132.73 | $0.00 | $0.00 | $0.00 | $1,132.73 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1174 | $464.19 | $0.00 | $0.00 | $0.00 | $464.19 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1210 | $937.23 | $0.00 | $0.00 | $0.00 | $937.23 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1178 | $808.81 | $0.00 | $0.00 | $0.00 | $808.81 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1234 | $615.44 | $0.00 | $0.00 | $0.00 | $615.44 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1193 | $1,151.66 | $0.00 | $0.00 | $0.00 | $1,151.66 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1233 | $1,205.27 | $0.00 | $0.00 | $0.00 | $1,205.27 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |

5th Omnibus Objection

# Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdgs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10416 | 1202 | $1,117.12 | $0.00 | $0.00 | $0.00 | $1,117.12 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1209 | $936.21 | $0.00 | $0.00 | $0.00 | $936.21 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1176 | $250.74 | $0.00 | $0.00 | $0.00 | $250.74 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Mason County Treasurer<br>Attn Dawna PO Box 429<br>Shelton, WA 98584 | 07-10419 | 1231 | $561.81 | $0.00 | $0.00 | $0.00 | $561.81 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Pend Oreille County Treasurer<br>PO Box 5080<br>Newport, WA 99156-5080 | 07-10419 | 817 | $271.45 | $0.00 | $0.00 | $0.00 | $271.45 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Pawtucket City<br>137 Roosevelt Ave<br>Pawtucket, RI 02860 | 07-10416 | 806 | $0.00 | $0.00 | $4,555.00 | $0.00 | $4,554.52 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Princeton Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP PO Box 13430<br>Arlington, TX 76094-0430 | 07-10419 | 227 | $6,055.66 | $0.00 | $0.00 | $0.00 | $6,055.66 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Richardson Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP PO Box 13430<br>Arlington, TX 76094-0430 | 07-10419 | 174 | $5,602.93 | $0.00 | $0.00 | $0.00 | $5,602.93 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Richmond County<br>PO Box 1644<br>Rockingham, NC 28379 | 07-10416 | 1107 | $437.59 | $0.00 | $0.00 | $0.00 | $437.59 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Sacramento County Tax Collector<br>700 H St Rm 1710<br>Sacramento, CA 95814 | 07-10416 | 973 | $60,111.94 | $0.00 | | $0.00 | $60,111.94 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Scott County Tax Collector<br>500 W 4th St<br>Davenport, IA 52801 | 07-10422 | 891 | $0.00 | $0.00 | $1,807.20 | $0.00 | $1,807.20 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Scott County Taxation Dept<br>200 4th Ave W<br>Shakopee, MN 55379 | 07-10419 | 958 | $2,005.00 | $0.00 | $0.00 | $0.00 | $2,005.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Scott County Taxation Dept<br>200 4th Ave W<br>Shakopee, MN 55379 | 07-10419 | 957 | $1,063.00 | $0.00 | $0.00 | $0.00 | $1,063.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| St Louis County Auditor<br>100 North 5th Ave W Rm 214<br>Duluth, MN 55802-1287 | 07-10419 | 468 | $502.75 | $0.00 | $0.00 | $0.00 | $502.75 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| St Louis County Auditor<br>100 North 5th Ave W Rm 214<br>Duluth, MN 55802-1287 | 07-10419 | 469 | $510.87 | $0.00 | $0.00 | $0.00 | $510.87 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Stafford Town<br>PO Box 111<br>Stafford Springs, CT 06076 | 07-10419 | 902 | $2,003.40 | $0.00 | $0.00 | $0.00 | $2,003.40 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Tax Collector Manatee County<br>PO Box 25300<br>Bradenton, FL 34206-5300 | 07-10416 | 323 | $1,938.06 | $0.00 | $0.00 | $0.00 | $1,938.06 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Tax Collector Manatee County<br>PO Box 25300<br>Bradenton, FL 34206-5300 | 07-10416 | 324 | $2,002.20 | $0.00 | $0.00 | $0.00 | $2,002.20 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

To Be Expunged Claim Amount

5th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | |
| Tax Collector Manatee County<br>PO Box 25300<br>Bradenton, FL 34206-5300 | 07-10416 | 371 | $6,051.89 | $0.00 | $0.00 | $0.00 | $6,051.89 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Tax Collector Manatee County<br>PO Box 25300<br>Bradenton, FL 34206-5300 | 07-10416 | 372 | $6,239.45 | $0.00 | $0.00 | $0.00 | $6,239.45 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| WP of Bloomfield<br>Municipal Plaza<br>Bloomfield, NJ 07003 | 07-10419 | 677 | $3,553.80 | $0.00 | $0.00 | $0.00 | $3,553.80 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Whitewright Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP PO Box 13430<br>Arlington, TX 76094-0430 | 07-10419 | 226 | $1,860.97 | $0.00 | $0.00 | $0.00 | $1,860.97 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Woodbury County<br>820 Douglas St<br>Sioux City, IA 51101 | 07-10416 | 1674 | $0.00 | $0.00 | $1,925.00 | $0.00 | $1,925.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Wright County<br>10 2nd St Nw Rm 230<br>Buffalo, MN 55313 | 07-10416 | 1392 | $0.00 | $0.00 | $3,652.89 | $0.00 | $3,652.89 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Claims To Be Expunged Totals | | 102 | $384,805.71 | $0.00 | $22,212.77 | $0.00 | $407,018.00 |