# EXHIBIT B

5th Omnibus Objection

# Exhibit B
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | Reduced/Reclassified Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| City and County of Denver Treasury McNichols Civic Center Bldg 144 W Colfax Ave Rm 384 Denver, CO 80202-5391 | 07-10419 | 1522 | $1,536.83 | $0.00 | $846.60 | $0.00 | $2,383.43 | $0.00 | $0.00 | $846.60 | $0.00 | $846.60 |
| **Comments:** Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors |
| Fort Worth Independent School District Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | 07-10419 | 1263 | $8,997.16 | $0.00 | $0.00 | $0.00 | $8,997.16 | $784.97 | $0.00 | $0.00 | $0.00 | $784.97 |
| **Comments:** Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors |
| Los Angeles County Treasurer and Tax Collector PO Box 54110 Los Angeles, CA 90051-0110 | 07-10416 | 1304 | $0.00 | $0.00 | $1,068.27 | $0.00 | $1,068.27 | $0.00 | $0.00 | $548.14 | $0.00 | $548.14 |
| **Comments:** Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors |
| **Claims To Be Expunged Totals** | | 3 | $10,533.99 | $0.00 | $1,914.87 | $0.00 | $12,448.86 | $784.97 | $0.00 | $1,394.74 | $0.00 | $2,179.71 |

Page 1