# EXHIBIT A

4th Omnibus Objection

## Exhibit A
## Amended Claims - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| 303 Grifting Associates Llc<br>185 Old Country Rd Ste 5<br>Riverhead, NY 11901 | 07-10416 | 1497 | 07-10416 | 3226 | $0.00 | $0.00 | $84,046.35 | $0.00 | $84,046.35 | $0.00 | $13,348.00 | $0.00 | $159,620.00 | $172,698.00 |
| Alexis P Duncan<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3082 | 07-10416 | 3487 | $215,000.00 | $0.00 | $0.00 | $0.00 | $215,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Anita Williams<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 2999 | 07-10416 | 3355 | $520,000.00 | $0.00 | $0.00 | $0.00 | $520,000.00 | $0.00 | $0.00 | $520,000.00 | $0.00 | $520,000.00 |
| Bar Consultants Inc<br>7700 Irvine Ctr Dr Ste 950<br>Irvine, CA 92618 | 07-10416 | 1480 | 07-10416 | 1548 | $0.00 | $0.00 | $0.00 | $69,693.38 | $69,693.38 | $0.00 | $0.00 | $0.00 | $70,833.38 | $70,833.38 |
| Charles Skinner<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3074 | 07-10416 | 3345 | $260,000.00 | $0.00 | $0.00 | $0.00 | $260,000.00 | $0.00 | $0.00 | $260,000.00 | $0.00 | $260,000.00 |
| Cheryl Harrigan<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3066 | 07-10428 | 3353 | $308,000.00 | $0.00 | $0.00 | $0.00 | $308,000.00 | $0.00 | $0.00 | $308,000.00 | $0.00 | $308,000.00 |
| Crestwood Behavioral Health Inc<br>7790 Shoreline Dr<br>Stockton, CA 95219 | 07-10416 | 668 | 07-10419 | 2337 | $0.00 | $0.00 | $0.00 | $60,304.21 | $60,304.21 | $0.00 | $0.00 | $0.00 | $60,304.21 | $60,304.21 |
| Crystal Lewis<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3091 | 07-10416 | 3346 | $270,000.00 | $0.00 | $0.00 | $0.00 | $270,000.00 | $0.00 | $0.00 | $270,000.00 | $0.00 | $270,000.00 |
| Department of the Treasury Internal Revenue Service<br>1352 Marrows Rd Ste 204<br>Newark, DE 19711-5445 | 07-10427 | 543 | 07-10427 | 3404 | $0.00 | $0.00 | $10,039.53 | $0.00 | $10,039.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

4th Omnibus Objection

# Exhibit A
## Amended Claims - Ordered

In re: New Century TRS Hldgs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Department of the Treasury Internal Revenue Service<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | 07-10428 | 2 | 07-10428 | 3407 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Department of the Treasury Internal Revenue Service<br>1352 Marrows Rd Ste 204<br>Newark, DE 19711-5445 | 07-10421 | 539 | 07-10421 | 3388 | $0.00 | $0.00 | $13,631,904.54 | $5,234.88 | $13,637,139.42 | $0.00 | $0.00 | $0.00 | $5,234.88 | $5,234.88 |
| Department of the Treasury Internal Revenue Service<br>1352 Marrows Rd Ste 204<br>Newark, DE 19711-5445 | 07-10420 | 454 | 07-10420 | 3406 | $0.00 | $0.00 | $877,540.05 | $7,697.55 | $885,237.60 | $0.00 | $0.00 | $0.00 | $5,847.55 | $5,847.55 |
| Department of the Treasury Internal Revenue Service<br>1352 Marrows Rd Ste 204<br>Newark, DE 19711-5445 | 07-10429 | 542 | 07-10429 | 3405 | $0.00 | $0.00 | $65,882.41 | $0.00 | $65,882.41 | $0.00 | $0.00 | $11,514.31 | $0.00 | $11,514.31 |
| Department of the Treasury Internal Revenue Service<br>1352 Marrows Rd Ste 204<br>Newark, DE 19711-5445 | 07-10419 | 455 | 07-10419 | 3450 | $0.00 | $0.00 | $36,933,574.34 | $537,799.47 | $37,471,373.81 | $0.00 | $0.00 | $4,031,646.07 | $352,752.17 | $4,384,398.24 |
| Diana Spells<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3088 | 07-10416 | 3349 | $338,000.00 | $0.00 | $0.00 | $0.00 | $338,000.00 | $0.00 | $0.00 | $338,000.00 | $0.00 | $338,000.00 |
| Federal National Mortgage Association<br>1835 Market St Ste 2300<br>Philadelphia, PA 19103 | 07-10419 | 2828 | 07-10419 | 3497 | $0.00 | $0.00 | $0.00 | $4,634,209.53 | $4,634,209.53 | $0.00 | $0.00 | $0.00 | $5,018,146.67 | $5,018,146.67 |
| Innovative Staff Serv<br>17291 Irvine Blvd No 160<br>Tustin, CA 92782 | 07-10416 | 51 | 07-10416 | 1275 | $0.00 | $0.00 | $15,902.43 | $0.00 | $15,902.43 | $0.00 | $0.00 | $15,889.07 | $0.00 | $15,889.07 |

4th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Amended Claims - Ordered

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Joan Hammonds<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3068 | 07-10416 | 3354 | $625,000.00 | $0.00 | $0.00 | $0.00 | $625,000.00 | $0.00 | $0.00 | $625,000.00 | $0.00 | $625,000.00 |
| Joseph & LaDosca Richardson<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3063 | 07-10416 | 3351 | $545,000.00 | $0.00 | $0.00 | $0.00 | $545,000.00 | $0.00 | $0.00 | $545,000.00 | $0.00 | $545,000.00 |
| Lorraine Sturghill P R Estate of Sturghill<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3085 | 07-10416 | 3515 | $240,000.00 | $0.00 | $0.00 | $0.00 | $240,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nadine Morris<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3077 | 07-10416 | 3347 | $235,000.00 | $0.00 | $0.00 | $0.00 | $235,000.00 | $0.00 | $0.00 | $235,000.00 | $0.00 | $235,000.00 |
| Nevelle Lewis<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3089 | 07-10416 | 3350 | $298,000.00 | $0.00 | $0.00 | $0.00 | $298,000.00 | $0.00 | $0.00 | $298,000.00 | $0.00 | $298,000.00 |
| OKC Maui Owner LLC<br>200 E Long Lake Rd<br>Bloomfield Hills, MI 48304 | 07-10416 | 1188 | 07-10416 | 3460 | $0.00 | $0.00 | $0.00 | $154,948.39 | $154,948.39 | $0.00 | $0.00 | $0.00 | $10,379.52 | $10,379.52 |
| Richard Kinlock<br>3912 1/2 Ladijera Blvd<br>Los Angeles, CA 90056 | 07-10419 | 2644 | 07-10419 | 3261 | $0.00 | $0.00 | $1,275,200.00 | $0.00 | $1,275,200.00 | $0.00 | $0.00 | $1,275,200.00 | $0.00 | $1,275,200.00 |
| Stratscom<br>2 Marconi Ste F<br>Irvine, CA 92618-2518 | 07-10419 | 1076 | 07-10416 | 3372 | $0.00 | $0.00 | $0.00 | $235,174.39 | $235,174.39 | $0.00 | $0.00 | $0.00 | $339,814.59 | $339,814.59 |
| Tallulah Anderson<br>9500 Arena Dr Ste 104<br>Largo, MD 20744 | 07-10416 | 3071 | 07-10416 | 3348 | $376,000.00 | $0.00 | $0.00 | $0.00 | $376,000.00 | $0.00 | $0.00 | $376,000.00 | $0.00 | $376,000.00 |

4th Omnibus Objection

Exhibit A
Amended Claims - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| The Next Level Sales Consulting 2321 Rosecrans Ave Ste 4250 El Segundo, CA 90425 | 07-10419 | 811 | 07-10419 | 1046 | $0.00 | $0.00 | $0.00 | $17,631.00 | $17,630.77 | $0.00 | $0.00 | $0.00 | $47,118.28 | $47,118.28 |
| The Next Level Sales Consulting 2321 Rosecrans Ave Ste 4250 El Segundo, CA 90425 | 07-10419 | 812 | 07-10419 | 1046 | $0.00 | $0.00 | $0.00 | $25,988.00 | $25,987.51 | $0.00 | $0.00 | $0.00 | $47,118.28 | $47,118.28 |
| Washington Mutual Mortgage Securities Corp Washington Mutual Bank 623 Fifth Ave 17th Fl New York, NY 10022 | 07-10419 | 2457 | 07-10419 | 3506 | $0.00 | $0.00 | $0.00 | $4,909,613.41 | $4,909,613.41 | $0.00 | $0.00 | $0.00 | $5,063,878.51 | $5,063,878.51 |
| LWM Specialty Mortgage LLC co Mr Michael D Coyne Washington Mutual Bank 623 Fifth Avenue 17th Floor New York New York 10022 | 07-10420 | 2679 | 07-10420 | 3505 | $0.00 | $0.00 | $0.00 | $203,538.88 | $203,538.88 | $0.00 | $0.00 | $0.00 | $909,400.71 | $909,400.71 |
| 623 Fifth Ave 17th Fl New York, NY 10022 | | | | | | | | | | | | | | |
| Yolanda & Wayne Matthews 9500 Arena Dr Ste 104 Largo, MD 20774 | 07-10416 | 3008 | 07-10416 | 3352 | $360,000.00 | $0.00 | $0.00 | $0.00 | $360,000.00 | $0.00 | $0.00 | $360,000.00 | $0.00 | $360,000.00 |
| Claims To Be Expunged Totals | | | | 31 | $4,590,000.00 | $0.00 | $52,894,389.65 | $10,861,833.09 | $68,346,222.02 | $0.00 | $13,348.00 | $9,469,249.45 | $12,090,448.75 | $21,572,776.20 |

Page 4