# EXHIBIT B

RLF1-3236711-1

# Exhibit B
# Claims with No Supporting Documentation - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Anders Michael R 9913 El Camino Real No 228 Tustin, CA 92782 | 07-10421 | 824 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 |
| Comments: No supporting documentation attached to claim | | | | | | | |
| Andrew Merolla 22 Kelly Ave Liberty, NY 12754 | 07-10419 | 28 | $0.00 | $0.00 | $2,825.00 | $0.00 | $2,825.00 |
| Comments: No supporting documentation attached to claim | | | | | | | |
| Barrett Russell C 363 Alderwood Dr Newport Beach, CA 92660 | 07-10421 | 1016 | $0.00 | $0.00 | $12,500.00 | $99,720.00 | $112,220.00 |
| Comments: No supporting documentation attached to claim | | | | | | | |
| Carmel Holding 7390 Megginis Ferry Rd Suwanee, GA 30024 | 07-10416 | 1841 | $0.00 | $0.00 | $4,410.00 | $0.00 | $4,410.00 |
| Comments: No supporting documentation attached to claim | | | | | | | |
| Caitlin Whitney 4706 Bungalow Pl Corona Del Mar, CA 92625 | 07-10421 | 1155 | $0.00 | $0.00 | $13,300.00 | $0.00 | $13,300.00 |
| Comments: No supporting documentation attached to claim | | | | | | | |
| Delbert Peter Van Vliet 52293 Battanwood Dr Macomb Township, MI 48042 | 07-10416 | 914 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 |
| Comments: No supporting documentation attached to claim | | | | | | | |
| Demos Euripides George 744 Walpole St Canton, MA 02021 | 07-10421 | 881 | $0.00 | $0.00 | $7,500.00 | $0.00 | $7,500.00 |
| Comments: No supporting documentation attached to claim | | | | | | | |
| Dennis Witkowsky 64 Leisure Pk Cir Santa Rosa, CA 95401 | 07-10419 | 2465 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 |
| Comments: No supporting documentation attached to claim | | | | | | | |
| Di Liberto Alfonso G 429 Lasalle Ave Hasbrouck Hts, NJ 07604 | 07-10419 | 963 | $0.00 | $0.00 | $1,600.00 | $0.00 | $1,600.00 |
| Comments: No supporting documentation attached to claim | | | | | | | |

4th Omnibus Objection

# Exhibit B
## Claims with No Supporting Documentation - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Donald F Rowland<br>1437 E Wickieup Ln<br>Phoenix, AZ 85050 | 07-10417 | 36 | $0.00 | $0.00 | $3,049.39 | $0.00 | $3,049.39 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Al V Grande<br>1837 N Siavotn Dr<br>Orange, CA 92869 | 07-10419 | 2144 | $0.00 | $0.00 | $0.00 | $23,400.00 | $23,400.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Erica Rachel Buchanan<br>5999 Smith Springs Rd<br>Nashville, TN 37217 | 07-10416 | 1386 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Foothill Funding Group Inc<br>845 Ponte Vecchio Ct<br>Upland, CA 91784 | 07-10416 | 860 | $0.00 | $0.00 | $15,000.00 | $0.00 | $15,000.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Geller Alan M<br>106 Gravel Hill Station<br>Southampton, PA 18966 | 07-10421 | 846 | $0.00 | $0.00 | $3,500.00 | $0.00 | $3,500.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| George Cretella Esq<br>20 Cambridge Dr<br>Matawan, NJ 07747 | 07-10416 | 873 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Giordano Richard P<br>1306 N Congressional<br>Anthem, AZ 85086 | 07-10419 | 889 | $0.00 | $0.00 | $40,000.00 | $0.00 | $40,000.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Hodges Cortni J<br>4056 N 57th St<br>Milwaukee, WI 53210 | 07-10421 | 2276 | $0.00 | $0.00 | $3,453.44 | $0.00 | $3,453.44 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Jill Marie Corley<br>222 8th St No 2<br>Huntington Bch, CA 92648 | 07-10419 | 545 | $0.00 | $0.00 | $12,109.26 | $0.00 | $12,109.26 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |

4th Omnibus Objection

Exhibit B
**Claims with No Supporting Documentation - Ordered**

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Joel Terrill<br>621 E Canyon Way<br>Chandler, AZ 85249 | 07-10416 | 210 | $0.00 | $0.00 | $9,650.00 | $0.00 | $9,650.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Karen Byrd<br>PO Box 86<br>Dry Ridge, KY 41035 | 07-10416 | 500 | $124,000.00 | $0.00 | $0.00 | $0.00 | $124,000.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Katherine Ackerman Magnotta<br>727 Foxborough Rd<br>Charlotte, NC 28213 | 07-10416 | 890 | $0.00 | $0.00 | $600.00 | $0.00 | $600.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Seamun Mock Cunnyngham & Davis<br>Maxine Cunnyngham 5900 North Grand Blvd<br>Oklahoma City, OK 73118 | 07-10416 | 1101 | $0.00 | $0.00 | $0.00 | $39,869.72 | $39,869.72 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Leticia Chavez<br>4605 Millbrook Way<br>Bakersfield, CA 93313 | 07-10416 | 1389 | $500.00 | $0.00 | $500.00 | $4,500.00 | $5,500.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Liao Lily B<br>201 Great Lawn<br>Irvine, CA 92620 | 07-10419 | 1737 | $0.00 | $0.00 | $9,375.00 | $0.00 | $9,375.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Lopez Michael Paul<br>727 Cantor<br>Irvine, CA 92620 | 07-10421 | 852 | $0.00 | $0.00 | $10,950.00 | $0.00 | $10,950.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Mcdonald Scott Allen<br>6627 Cinnabar Court<br>Sparks, NV 89436 | 07-10421 | 1022 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Mcdowell Shelly Marie<br>89418 Allen Rd<br>Veneta, OR 97487 | 07-10421 | 810 | $0.00 | $0.00 | $30.00 | $0.00 | $30.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |

# Exhibit B
# Claims with No Supporting Documentation - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Michael F Clancy<br>89 Village Ave<br>Collegeville, PA 19426 | 07-10416 | 994 | $0.00 | $0.00 | $8,850.00 | $0.00 | $8,850.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Michael R Anders<br>2913 El Camino Real No 228<br>Tustin, CA 92782 | 07-10416 | 808 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Nancy Kaufman Thompson<br>208 Dogwood Ln<br>Louisville, KY 40214 | 07-10421 | 2646 | $0.00 | $0.00 | $9,900.00 | $0.00 | $9,900.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Nikki Davis<br>121 West D St<br>Benecia, CA 94510 | 07-10421 | 1413 | $36,900.00 | $0.00 | $0.00 | $0.00 | $36,900.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Orsino Brian Christopher<br>8698 Racquet Ln<br>Huntington Beach, CA 92648 | 07-10419 | 886 | $0.00 | $0.00 | $3,815.00 | $0.00 | $3,815.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Pacific Gold Mortgage Inc<br>2047 E Greenway Pkwy No 140<br>Scottsdale, AZ 85254 | 07-10419 | 3136 | $0.00 | $0.00 | $0.00 | $59,600.00 | $59,600.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Renedria Ann Bennett<br>7104 Creek Valley Dr<br>Arlington, TX 76018 | 07-10421 | 2039 | $0.00 | $0.00 | $1,250.00 | $0.00 | $1,250.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Richard E Ballarini<br>926 E Shady Way<br>Arlington Heights, IL 60005 | 07-10421 | 249 | $0.00 | $0.00 | $3,800.00 | $3,800.00 | $7,600.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Sakas Christopher T<br>940 Snoqualm Pl<br>North Bend, WA 98045 | 07-10421 | 1139 | $0.00 | $0.00 | $10,950.00 | $5,150.00 | $16,100.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |

4th Omnibus Objection

Exhibit B
Claims with No Supporting Documentation - Ordered

In re: New Century TRS Hodigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Spiccia Dawn Elizabeth<br>2231 Green Cove Ln<br>Sugarland, TX 77479 | 07-10421 | 1297 | $0.00 | $0.00 | $7,963.00 | $0.00 | $7,963.00 |
| Comments: No supporting documentation attached to claim | | | | | | | |
| Ron W Steidel<br>14654 Mary Ingles Hwy<br>Cold Spring, KY 41076 | 07-10416 | 1547 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 |
| Comments: No supporting documentation attached to claim | | | | | | | |
| Steve Harris<br>2611 Old Minden Rd<br>Bossier City, LA 71112 | 07-10416 | 2977 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Comments: No supporting documentation attached to claim | | | | | | | |
| Worthen Brenda Kaye<br>– Terra Way<br>Odessa, TX 79762 | 07-10421 | 884 | $0.00 | $0.00 | $3,500.00 | $0.00 | $3,500.00 |
| Comments: No supporting documentation attached to claim | | | | | | | |
| Claims To Be Expunged Totals | | 40 | $161,400.00 | $0.00 | $218,180.09 | $486,039.72 | $865,619.81 |