# EXHIBIT C

4th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit C
## Duplicate Claims - Ordered

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Imperial County Tax Collector 940 W Main St Ste 106 El Centro, CA 92243 | 07-10419 | 3150 | 07-10419 | 1315 | $2,219.11 | $0.00 | $0.00 | $0.00 | $2,219.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Innovative Staffing Resources 17291 Irvine Blvd Ste 160 Tustin, CA 92780 | 07-10419 | 1276 | 07-10416 | 1275 | $0.00 | $0.00 | $15,889.07 | $0.00 | $15,889.07 | $0.00 | $0.00 | $15,889.07 | $0.00 | $15,889.07 |
| Officemax Contract Inc 263 Shuman Blvd Naperville, IL 60563 | 07-10419 | 1448 | 07-10419 | 562 | $170,000.00 | $0.00 | $0.00 | $88,161.30 | $258,161.30 | $170,000.00 | $0.00 | $0.00 | $88,161.30 | $258,161.30 |
| Washington Mutual Mortgage Securities Corp Washington Mutual 623 Fifth Ave 17th Fl New York, NY 10022 | 07-10419 | 3499 | 07-10419 | 3506 | $0.00 | $0.00 | $0.00 | $5,063,878.51 | $5,063,878.51 | $0.00 | $0.00 | $0.00 | $5,063,878.51 | $5,063,878.51 |
| **Claims To Be Expunged Totals** | | | | 4 | $172,219.11 | $0.00 | $15,889.07 | $5,152,039.81 | $5,340,147.99 | $170,000.00 | $0.00 | $15,889.07 | $5,152,039.81 | $5,337,928.88 |