# EXHIBIT D

RLF1-3236711-1

4th Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

# Exhibit D
## Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Alexis P Duncan<br>2500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3487 | 9/21/2007 | $0.00 | $0.00 | $215,000.00 | $0.00 | $215,000.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Agnes Linda M<br>8810 Nw 13th Pl<br>Vancouver, WA 98685 | 07-10419 | 3239 | 9/4/2007 | $0.00 | $0.00 | $274,925.00 | $0.00 | $274,925.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Agna Becerra Gossman<br>4619 Shellflower Ln<br>Dallas, TX 75252 | 07-10417 | 3209 | 9/4/2007 | $0.00 | $0.00 | $10,950.00 | $18,983.53 | $29,933.53 |
| Comments: Filed After Bar Date | | | | | | | | |
| Apochon Appraisal Service<br>1401 West Grove St<br>Clarks Summit, PA 18411 | 07-10417 | 3274 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Branham Dawn C<br>487 N Temescal Cir<br>Corona, CA 92879 | 07-10419 | 3273 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $4,297.71 | $4,297.71 |
| Comments: Filed After Bar Date | | | | | | | | |
| Chris Jones<br>1501 Douglas Ln<br>Chesterfield, IN 46017 | 07-10416 | 3215 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $525.00 | $525.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Claire H Fremderman<br>1401 Captains Way<br>Jupiter, FL 33477 | 07-10417 | 3382 | 9/5/2007 | $0.00 | $0.00 | $0.00 | $21,695.55 | $21,695.55 |
| Comments: Filed After Bar Date | | | | | | | | |
| Claire Seidenrose<br>1401 Captains Way<br>Jupiter, FL 33477 | 07-10417 | 3380 | 9/5/2007 | $0.00 | $0.00 | $0.00 | $21,695.00 | $21,695.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Clear Capital com Inc<br>6030 Orchard Ave<br>Richmond, CA 94804 | 07-10416 | 3381 | 9/12/2007 | $0.00 | $0.00 | $0.00 | $29,492.00 | $29,492.00 |
| Comments: Filed After Bar Date | | | | | | | | |

4th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit D
## Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| David Mora<br>c/o Law Offices Of Rafael Bernardino Jr 445 South Figueroa St Ste 2700<br>Los Angeles, CA 90071-1631 | 07-10419 | 3206 | 9/4/2007 | $0.00 | | | $50,000.00 | $50,000.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Dawn C Branham<br>2287 N Temescal Cir<br>Corona, CA 92879 | 07-10416 | 3304 | 9/11/2007 | $0.00 | | | $4,297.71 | $4,297.71 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Dawnmarie K Kasachos<br>525 Shadow Glen<br>Escondido, CA 92029 | 07-10416 | 3258 | 9/5/2007 | $0.00 | | $2,838.46 | $0.00 | $2,838.46 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Don Johnson Appraisal Services<br>8459 Lavenham<br>San Antonio, TX 78254 | 07-10421 | 3516 | 9/20/2007 | $0.00 | | $0.00 | $725.00 | $725.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Ed Farkas<br>PO Box 370<br>Cassopolis, MI 49031 | 07-10416 | 3237 | 9/4/2007 | $0.00 | | $0.00 | $1,684.73 | $1,684.73 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Florida Default Law Group PL<br>Mail Stop 4<br>Tampa, FL 33622-5018 | 07-10416 | 3335 | 9/21/2007 | $0.00 | | $0.00 | $5,515.00 | $5,515.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Florine Williams<br>7 Commerce St<br>Newark, NJ 07102 | 07-10419 | 3442 | 9/7/2007 | $0.00 | | $0.00 | $142,183.64 | $142,183.64 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| ForecloureLink<br>4006 Sunrise Blvd Ste 200<br>Fair Oaks, CA 95628 | 07-10416 | 3384 | 9/5/2007 | $0.00 | $0.00 | $0.00 | $82,106.94 | $82,106.94 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| ForecloureLink<br>5006 Sunrise Blvd Ste 200<br>Fair Oaks, CA 95628 | 07-10416 | 3336 | 9/21/2007 | $0.00 | $0.00 | $0.00 | $82,106.94 | $82,106.94 |
| **Comments:** Filed After Bar Date | | | | | | | | |

4th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit D
## Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Garrick P Sullivan<br>PO Box 556<br>Welches, OR 97067 | 07-10416 | 3303 | 9/7/2007 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Geiger Bros<br>PO Box 712144<br>Cincinnati, OH 45271-2144 | 07-10419 | 3272 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $1,471.96 | $1,471.96 |
| Comments: Filed After Bar Date | | | | | | | | |
| Hacienda Md 7901 Llc<br>7901 Stoneridge Dr<br>Pleasanton, CA 94588 | 07-10419 | 3223 | 9/4/2007 | $7,969.31 | $0.00 | $0.00 | $7,551.29 | $15,520.60 |
| Comments: Filed After Bar Date | | | | | | | | |
| James W Harris<br>1235 Clairmont Pl<br>Macon, GA 31204 | 07-10417 | 3220 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $21,836.21 | $21,836.21 |
| Comments: Filed After Bar Date | | | | | | | | |
| Janet Thompson Davis<br>4240 Lyncrest Dr Unit Ne<br>Cleveland, TN 37323-0000 | 07-10419 | 3210 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Jessica McLin<br>Orange, CA 92865 | 07-10419 | 3233 | 9/6/2007 | $0.00 | $0.00 | $6,601.54 | $0.00 | $6,601.54 |
| Comments: Filed After Bar Date | | | | | | | | |
| Julia Barsky Zorin<br>27267 Via Luis<br>Laguna Niguel, CA 92677 | 07-10416 | 3207 | 9/4/2007 | $0.00 | $0.00 | $1,731.00 | $0.00 | $1,731.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| K Geachos Dawnmarie<br>1825 Shadow Glen<br>Escondido, CA 92029 | 07-10419 | 3255 | 9/5/2007 | $0.00 | $0.00 | $2,838.41 | $0.00 | $2,838.41 |
| Comments: Filed After Bar Date | | | | | | | | |
| Kelly Services Inc<br>999 Big Beaver Rd<br>Troy, MI 48084 | 07-10421 | 3259 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $291.49 | $291.49 |
| Comments: Filed After Bar Date | | | | | | | | |

4th Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

# Exhibit D
## Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Laney & Smith Properties<br>CGO Box 1068<br>Longview, TX 75606 | 07-10416 | 3327 | 9/19/2007 | $0.00 | $0.00 | $0.00 | $1,300.00 | $1,300.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Lorena Smart<br>3400 Channing Ave<br>Ft Myers, FL 33905 | 07-10421 | 3238 | 9/4/2007 | $0.00 | $0.00 | $400.00 | $0.00 | $400.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Lorraine Sturghill PR Estate of Sturghill<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3515 | 9/21/2007 | $240,000.00 | $0.00 | $0.00 | $0.00 | $240,000.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Mary Donald<br>Luchow & Trahey Law Offices 26316 Telegraph<br>PO Box 697<br>Flat Rock, MI 48134 | 07-10419 | 3310 | 9/10/2007 | $0.00 | $0.00 | $2,425.00 | $20,000.00 | $22,425.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Monica Lewis & Stacy Ann Nardia Boothe<br>Legal Services of Greater Miami Inc 10720 Caribbean Blvd Ste 400<br>Miami, FL 33189 | 07-10416 | 3254 | 9/5/2007 | $0.00 | $0.00 | $0.00 | $260,000.00 | $260,000.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Mortgage Information Services Inc<br>4877 Galaxy Pkwy<br>Cleveland, OH 44128 | 07-10416 | 3265 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $475.00 | $475.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Morton Patricia<br>818 Marcella<br>Houston, TX 77091 | 07-10421 | 3230 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $16,478.00 | $16,478.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Nye Ryan Michael<br>1171 W Silver Creek Rd<br>Gilbert, AZ 85233 | 07-10419 | 3205 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Nye Ryan Michael<br>1171 W Silver Creek Rd<br>Gilbert, AZ 85233 | 07-10419 | 3375 | 9/4/2007 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 |
| Comments: Filed After Bar Date | | | | | | | | |

4th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit D
## Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| PMI Mortgage Services Co<br>3003 Oak Rd<br>Walnut Creek, CA 94597 | 07-10416 | 3396 | 9/21/2007 | $0.00 | $0.00 | $0.00 | $53,533.75 | $53,533.75 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| BDS Rental Service<br>PO Box 42<br>Watseka, IL 60970 | 07-10419 | 3301 | 9/7/2007 | $0.00 | $0.00 | $1,865.00 | $0.00 | $1,865.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| BDS Rental Service<br>PO Box 42<br>Watseka, IL 60970 | 07-10419 | 3302 | 9/7/2007 | $0.00 | $0.00 | $2,100.00 | $0.00 | $2,100.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Robert A Aparicio<br>2138 E Holladay<br>Tucson, AZ 85706 | 07-10416 | 3256 | 9/6/2007 | $0.00 | $0.00 | $3,068.55 | $0.00 | $3,068.55 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Robert Carroll Monica Carroll<br>Kiril & Tarone 900 17th St NW Ste 1250<br>Washington, DC 20006 | 07-10419 | 3441 | 9/10/2007 | $0.00 | $0.00 | $0.00 | $750,000.00 | $750,000.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Root Learning Inc<br>5970 Main St<br>Sylvania, OH 43560 | 07-10417 | 3329 | 9/24/2007 | $0.00 | $0.00 | $0.00 | $91,471.66 | $91,471.66 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Ryan Michael Nye<br>171 W Silver Creek Rd<br>Gilbert, AZ 85233 | 07-10417 | 3243 | 9/4/2007 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Ryan Michael Nye<br>171 W Silver Creek Rd<br>Gilbert, AZ 85233 | 07-10417 | 3242 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 |
| **Comments:** Filed After Bar Date | | | | | | | | |
| Sidney Morris and Aleem Morris<br>5 Commerce St<br>Newark, NJ 07102 | 07-10419 | 3438 | 9/6/2007 | $0.00 | $0.00 | $0.00 | $161,145.08 | $161,145.08 |
| **Comments:** Filed After Bar Date | | | | | | | | |

4th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit D
## Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Stone Meals<br>Caxton Obrien Law Group Llp 350 Fifth St<br>Hollister, CA 95023 | 07-10419 | 3204 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $105,300.00 | $105,300.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Jack Computer<br>Unisysys Inc 28925 Fountain Pkwy<br>Solon, OH 44139 | 07-10416 | 3203 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $35,142.85 | $35,142.85 |
| Comments: Filed After Bar Date | | | | | | | | |
| True Partners Consulting Llc<br>225 West Wacker Dr Ste 1600<br>Chicago, IL 60606 | 07-10416 | 3271 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $7,550.00 | $7,550.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Tucson Electric Power<br>Po Box 27327<br>Tucson, AZ 85726-7327 | 07-10416 | 3211 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $72.80 | $72.80 |
| Comments: Filed After Bar Date | | | | | | | | |
| Tyrea Maintenance<br>4430 32nd St E<br>Lancaster, CA 93535-4941 | 07-10419 | 3492 | 9/17/2007 | $0.00 | $0.00 | $0.00 | $2,333.23 | $2,333.23 |
| Comments: Filed After Bar Date | | | | | | | | |
| Unisource Energy Services<br>PO Box 3099<br>Kingman, AZ 86402 | 07-10419 | 3208 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $102.42 | $102.42 |
| Comments: Filed After Bar Date | | | | | | | | |
| Western Oregon Appraisals Llc<br>PO Box 40114<br>Eugene, OR 97404 | 07-10419 | 3212 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Wittigus Appraisal Services<br>PO Box 7081<br>Wilmington, DE 19803 | 07-10421 | 3275 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Comments: Filed After Bar Date | | | | | | | | |
| Yamaguchi Deann Karen<br>3411 Wilcox Rd K 125<br>Lihue, HI 96766 | 07-10421 | 3270 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: Filed After Bar Date | | | | | | | | |

4th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit D
## Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | To Be Expunged Claim Amount ||||  |
|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | Priority | Unsecured | Total |
| Claims To Be Expunged Totals | | 54 | | $247,969.31 | $0.00 | $543,842.96 | $2,012,364.49 | $2,804,176.76 |