# EXHIBIT A

2nd Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Amended Claims - Ordered

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| EMC Corporation
PO Box 5126
Timonium, MD 21094 | 07-10419 | 2599 | 07-10419 | 3500 | $0.00 | $0.00 | $12,553.41 | $131,654.65 | $144,208.06 | $0.00 | $0.00 | $41,671.09 | $131,651.65 | $173,322.74 |
| Claims To Be Expunged Totals | | | | 1 | $0.00 | $0.00 | $12,553.41 | $131,654.65 | $144,208.06 | $0.00 | $0.00 | $41,671.09 | $131,651.65 | $173,322.74 |