# EXHIBIT B

2nd Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit B
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| EMC Corporation<br>PO Box 5126<br>Timonium, MD 21094 | 07-10419 | 3500 | $0.00 | $0.00 | $41,671.09 | $131,651.65 | $173,322.74 | $0.00 | $0.00 | $0.00 | $144,205.06 | $144,205.06 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| FFS Marketwyse<br>1409 Mimisink Rd<br>Totowa, NJ 07512 | 07-10417 | 450 | $0.00 | $0.00 | $0.00 | $134,770.00 | $134,770.00 | $0.00 | $0.00 | $0.00 | $132,775.00 | $132,775.00 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| **Claims To Be Expunged Totals** | | 2 | $0.00 | $0.00 | $41,671.09 | $266,421.65 | $308,092.74 | $0.00 | $0.00 | $0.00 | $276,980.06 | $276,980.06 |

Page 1