## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., | ) |
| a Delaware Corporation, *et al.*, | ) Jointly Administered |
| | ) |
| Debtors. | ) Related to Docket Nos. 4187, 4188 and 4245 |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Pauline Z. Ratkowiak, an employee of Saul Ewing LLP, that on December 21, 2007, I caused copies of the following to be served via electronic mail on Warren H. Smith:

1. **Notice and Fifth Monthly Application of Michael J. Missal, the Court-Approved Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from November 1, 2007 Through November 30, 2007** (Docket No. 4187); and

2. **Notice and Fifth Monthly Application of Kirkpatrick & Lockhart Preston Gates Ellis LLP, Counsel to the Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from November 1, 2007 through November 30, 2007, Including Request for Limited Waiver of Information Requirements of Local Bankruptcy Rule 2016-2(d)** (Docket No. 4188).

SAUL EWING LLP

By: _____
Pauline Z. Ratkowiak, Paralegal
222 Delaware Ave., Suite 1200
Wilmington, Delaware 19801
(302) 421-6800

Subscribed and sworn to before me
This 21st day of December, 2007

_____
Notary Public

MONICA A. MOLITOR
Notary Public - State of Delaware
My Comm. Expires July 20, 2008