# EXHIBIT B

RLF1-3238960-1

Exhibit B

This e-mail is to serve as Los Angeles Freightliner's formal bid on the shelving, which includes:
486 Warehouse Racks: Length- 69 1/2 inches Depth- 30 inches Height- 15 ft
70 Office Racks: Length- 42 1/2 inches Depth- 30 inches Height- 8 ft
Lobby racks (two sizes)
17 racks of: Length- 42 1/2 inches Depth- 15 inches Height- 7ft 1 inches
17 racks of: Length- 31 inches Depth- 15 inches Height- 7 ft 1 inches

at the price of $5,500
and the 3 Forklifts, which include:
(1) Picker: Crown-SP 3400 series Use- 35hrs

Model #SP3405-30
Serial #1A316470

Height exceeds 30ft

(2) Scissor lift: 2006 Genie GS-1530 Use- 42hrs

Serial #GS3006A-86800

(3) Raymond (Orange)

at the price of $7,800

Which is a total cost of $13,300. Los Angeles Freightliner will wire the money to the desired account which will be provided to us upon bid acceptance.

Los Angeles Freightliner will organize the pick-up, disassembly of the items mentioned above and will do our best to patch the floor as requested on or by January 6 due to the holidays. Los Angeles Freightliner is bonded and insured and will have this information available upon request.