| EXHIBIT A | | | | | | |
|---|---|---|---|---|---|---|
| In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11) | | | | | | |
| Movant: DLJ Mortgage Capital, Inc. | | | | | | |
| Loan Number | Mortgager | Loan Date | Original Loan Amount | Payoff Amount | Current Value | Property Address |
| 10786366 | Yuen | Jan. 20, 2007 | $652,000 | $693,404.26 | $800,000 | 4439 Melrose Abbey Place, Las Vegas, Nevada 89141 |