UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| | | Case No. 07-10416-KJC |
| NEW CENTURY TRS HOLDINGS, INC., | * | (Chapter 11) |
| a Delaware corporation, *et al.*, | | |
| Debtor | * | |
| | *********** | |
| DLJ MORTGAGE CAPITAL, INC., | * | |
| c/o Select Portfolio Servicing, Inc. | | |
| Movant | * | |
| | | |
| v. | * | |
| | | |
| NEW CENTURY TRS HOLDING, Inc., | * | |
| *et. al.*, | | **Objections due by: Jan. 16, 2008 4:00 PM** |
| Debtor | * | **Hearing Date: Jan. 23, 2008 at 1:30 PM** |

**NOTICE OF MOTION OF DLJ MORTGAGE CAPITAL, INC. C/O SELECT
PORTFOLIO SERVICING, INC. FOR RELIEF FROM STAY UNDER SECTION
<u>362 OF THE BANKRUPTCY CODE</u>**

To:

<u>VIA US MAIL</u>
New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

<u>VIA US MAIL</u>
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodeny Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

<u>VIA US MAIL</u>
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

<u>VIA US MAIL</u>
United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
*U.S. Trustee*

<u>VIA US MAIL</u>
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

<u>VIA US MAIL</u>
Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., has filed a

Motion for Relief from Stay which seeks the following relief: Relief from the automatic

stay to exercise its non-bankruptcy rights with respect to certain real property in which

the above-captioned debtor may hold an interest. A complete list of the real property

which the motion relates is attached to the motion as Exhibit A.


**HEARING ON THE MOTION WILL BE HELD ON <u>January 23, 2008</u> at
1:30 P.M. at the United States Bankruptcy Court, 824 Market Street, Wilmington,
Delaware 19801.**

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE <u>January 16, 2008</u>. FAILURE TO <u>TIMELY</u> FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELEIF REQUESTED IN THE MOTION.**

At the same time, you must also serve a copy of the response upon movant's attorney:

Lisa R. Hatfield, Esquire
WITTSTADT & WITTSTADT, P.A.
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, s determined by the Court.

The attorneys for the parties shall confer with respect to issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED BY THE MOTION WILL BE GRANTED.**

Date: December 28, 2007                    Respectfully submitted,

                                           WITTSTADT & WITTSTADT, P.A.

                                           /s/ *Lisa R. Hatfiled*_____
                                           Lisa R. Hatfield (DE No. 4967)
                                           1000 N. West Street
                                           Suite 1200
                                           Wilmington, DE 19801
                                           (302) 295-5095
                                           (866) 503-4930 (toll free)