# EXHIBIT A

**IBM CREDIT LLC**
**SCHEDULE FOR ASSET RECOVERY SOLUTIONS**
Flat Fee Value Program

Customer Name: New Century Mortgage Corp
Customer No: 6593157

Schedule No.: 004
Schedule Expiration Date: 12/31/2008

Master Agreement No: GARS000370
Designated Location: Morrisville / NC and Milpitas / CA

(the "Master Agreement")

Description of Equipment: Various PC Equipment located at 3337 Michelson Drive, Irvine CA 92612 (Park Place) and listed in Pricing Grid A.

This Schedule sets forth the terms and conditions by which Customer and IBM Credit agree to be bound for the Services defined below provided to Customer by IBM Credit. By signing below Customer has initiated a request for such Services. Capitalized terms shall have the meanings ascribed to them herein or in the Master Agreement. A description and quantity of Equipment is included herein. For purposes of this Agreement the following terms shall have the meanings ascribed herein.

"**Packing and Transportation Service**": Packing and Transportation Service is included in the per asset Handling Fee (set forth below) for any shipments of 25 assets or more, provided the weight of any individual asset contained in such shipment does not exceed one hundred (100) pounds. Shipments not meeting the criteria in the preceding sentence may be subject to a price adjustment. Any such price adjustment will be provided by IBM Credit upon request as such charges are subject to change throughout the term of the Agreement. IBM Credit shall retrieve Equipment at Customer's location, prepare Equipment for shipment and ship Equipment to IBM Credit's disposition location.

"**Asset Validation and Testing ("AVT")**" means that IBM Credit shall test Equipment for functionality, determine Equipment specifications, and remove Customer identifiers and asset tags.

"**Disk Overwrite**" means that IBM Credit shall overwrite all addressable locations of Equipment hard drives with a character, its complement, then a random character three times. If any sector on a given drive fails and cannot be overwritten or verified as overwritten, that drive will be physically destroyed. If Customer is contracting with IBM Credit for 3X or greater Disk Overwrite, then Customer's removal of information pursuant to Section 1(c) of the Master Agreement is limited to removal of any passwords necessary for IBM Credit to perform the Disk Overwrite.

"**Fixed Price Take Out**" means that Customer desires to sell, and IBM Credit agrees to purchase certain Equipment from Customer. IBM Credit shall pay Customer for Equipment in accordance with the prices listed on the then current Fixed Price Take Out Pricing Grid ("Pricing Grid") provided by IBM Credit. IBM Credit may from time to time provide Customer with updated Pricing Grids, which shall reference the Schedule Number herein. Any such updated Pricing Grid shall be subject to the terms and conditions of the Agreement and this Schedule.

IBM Credit agrees to purchase Equipment listed on the then current Pricing Grid for the price indicated on such Pricing Grid provided: (i) Equipment is accepted by IBM Credit pursuant to the Agreement; (ii) each item of Equipment is in good condition and working order, with no broken parts, as determined solely by IBM Credit; and (iii) the quantity of CRT monitors included in each shipment of Equipment does not exceed the quantity of desktops and/or notebooks included in such shipment. In the event that the quantity of CRT monitors in a particular shipment exceeds the quantity of desktops and/or notebooks in such shipment, IBM Credit may charge Customer a Disposition Fee (as set forth below) to dispose of such excess monitors. In addition, Equipment that is not in good condition and working order or otherwise does not satisfy the conditions set forth herein, including Equipment with missing components such as floppy drive, memory, hard drive, ac adapter, battery, etc., is subject to a price adjustment as determined by IBM Credit in its sole discretion. Notwithstanding any such price adjustments, for the total items of Equipment listed on each bill of lading (collectively, "Equipment Group"), IBM Credit agrees to pay no less than sixty percent (60%) of the sum total of the Buyback prices listed in the Pricing Grid for each Equipment Group delivered to, and accepted by, IBM Credit hereunder.

**IBM CREDIT LLC**
**SCHEDULE FOR ASSET RECOVERY SOLUTIONS**
Flat Fee Value Program

Subject to its acceptance of Equipment IBM Credit agrees to pay Customer the applicable Fixed Price Take Out Amount indicated in the applicable Pricing Grid, subject to any applicable price adjustments, within 45 days of IBM Credit's receipt of Equipment.

This Schedule shall be governed by and shall incorporate by reference the terms and conditions of the Master Agreement referenced above. This Schedule and any applicable addenda and/or attachments are the complete and exclusive statement of the parties with respect to the subject matter herein. These documents supersede any prior oral or written communications between the parties.

**Service Charges.** IBM Credit shall invoice Customer upon completion of any Services provided pursuant hereto. Payment terms will be indicated on such invoice and Customer agrees to pay according to such terms.

| SERVICE | CHARGE |
|---|---|
| Handling Fee: Includes Packing and Transportation Service, AVT, and Disk Overwrite: | $19.00 |
| Disposition Fee to dispose of excess CRT monitors | $15.00 |

The above Service Charges are valid, subject to the terms of the Agreement, for Equipment received by IBM Credit on or before the Schedule Expiration Date indicated herein.

NEW CENTURY MORTGAGE CORP

By: _____
Authorized Signature

T.R. SEDEN
Name (Type or Print)
AVP, Vendor Mgr

Date: 12/19/07

IBM CREDIT LLC

By: Marcia A Easton
Authorized Signature
Marcia A Easton
Customer OPS Mgr
Name (Type or Print)

Date: 12/20/07

**IBM CREDIT LLC**
**SCHEDULE FOR ASSET RECOVERY SOLUTIONS**
Flat Fee Value Program

## PRICING GRID A

| IBM Computer Purchase and Disk Erasure Proposal - December 2007 | |
|---|---|
| | Lot A |
| **Location** | Park Place |
| **Counts** | |
| PCs | 1,799 |
| Laptops | 345 |
| subotal: | 2,144 |
| Monitors | - |
| Total Item Count | 2,144 |
| List Price Comp | $ 233,054 |
| List Monitors | $ - |
| total: | $ 233,054 |
| Pricing Floor @ 60% | $ 139,832 |