# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: US Bank National Assoication, as Trustee

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 7880099 | Schultz | Feb. 25, 2005 | $152,000 | $155,488.52 | $195,000 | 814 Casey Lane, Hamphire, Illinois 60140 |
| 7874076 | Ung | Feb. 22, 2006 | $272,000 | $286,257.47 | $278,000 | 5760 Caribbean Circle, Stockon, CA 95210 |
| 7873003 | Oliver | Feb. 11, 2005 | $200,000 | $233,055.24 | $245,000 | 6317 Bristol Glen Dr. Bartlett, Tennesse 38135 |
| 7868789 | Parocha | Feb. 4, 2005 | $276,000 | $299,964.01 | $395,000 | 11462 Old Spring Road, Fontana, CA 92337 |
| 7855943 | Ellison | Jan. 27, 2005 | 183,200.00 | 192,657.42 | $296,000 | 677W Avenue H 8, Lancaster, CA 93534 |
| 7855653 | Peterson | Jan. 25, 2005 | $212,000 | $236,707.86 | $260,000 | 47 Hankin Loop, Poughkeepsie, NY 12601 |
| 7838352 | Salahuddin | Feb. 18, 2005 | $115,200 | $127,413.28 | $103,000 | 6135 Holbrook Dr. Huber Heights, OH 45424 |
| 7843709 | Forde | Feb. 17, 2006 | $467,500 | $482,782.86 | $590,000 | 991 Bergen Street, Brooklyn, NY 11216 |
| 7846967 | Thornley | Feb. 11, 2005 | $128,000 | $133,775.21 | $185,000 | 3 Ashepoo Drive, Okatie, SC 29909 |
| 7847742 | Perez, Jr. | Feb. 2, 2005 | $255,200 | $286,160.19 | $269,000 | 975 S Main Street, Bellingham, MA 02019 |
| 782155 | Turner | Feb. 15, 2005 | $54,900 | $64,338.56 | $39,000 | 328 W Waldorf Ave. Memphis TN 38109 |
| 785570 | Vargas | Jan. 22, 2005 | $180,000 | $192,928.55 | $245,000 | 15426 Mesquite Avenue, Victorille, CA 92394 |