| | | | | | | |
|---|---|---|---|---|---|---|
| | | | EXHIBIT A | | | |
| | | | In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11) | | | |
| | | | Movant: US BANK NATIONAL ASSOCIATION,  as Trustee | | | |
| Loan Number | Mortgager | Loan Date | Original Loan Amount | Payoff Amount | Current Value | Property Address |
| 9382425 | Marroquin | Feb. 13, 2006 | $519,200 | $536,475.18 | $510,000 | 2401 N. Spruce Street, Santa Ana, CA 92706 |
| 9377847 | Pfent | Feb. 21, 2006 | $112,800 | $126,636.68 | $131,000 | 16515 Manchester, Eastpointe, Michigan 48201 |
| 9376500 | Reyes | Feb. 13, 2006 | $393,600 | $407,786.71 | $399,000 | 1311 Grank Oak Way, Oakdale, CA 95361 |
| 9383993 | Tukumoeatu | Feb. 14, 2006 | $400,000 | $431,262.38 | $365,000 | 9121 Drakes Bay Court, Elk Grove, CA 95758 |
| 9372731 | Reyes | Feb. 8, 2006 | $376,000 | $398,749.97 | $304,000 | 716 N. Palisade Drive, Santa Maria, CA 93454 |
| 9370560 | Versailles | Feb. 14, 2006 | $109,280 | $116,804.49 | $123,000 | 18930 E Warren Circle, Aurora, Colorado 80013 |
| 9359860 | Suarez | Jan. 26, 2006 | $531,200 | $544,164.93 | $685,000 | 53 28 70th Street, Maspeth, NY 11378 |
| 9386442 | Morones | Feb. 22, 2006 | $232,000 | $241,399.90 | $278,000 | 15070 W Larkspur Drive, Surprise, Arizona 85379 |
| 9386525 | Stad | Feb. 16, 2006 | $512,000 | $533.992.66 | $560,000 | 937 Diamond Steet, Monrovia, CA 91016 |
| 9386939 | Portilla | Feb. 16, 2006 | $272,000 | $281,480.24 | $315,000 | 1220 Detroit Avenue, Concord, CA 94520 |
| 9388794 | Garcia/Lopez | Feb. 23, 2006 | $412,000 | $435,308.94 | $465,000 | 1185 Trombetta Street, Santa Rosa, CA 95407 |