
# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: US Bank National Assoication, as Trustee

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 8510869 | Islam | Jan. 30, 2006 | $484,000 | $523,429.45 | $550,000 | 82 Louisana Ave., Brooklyn, NY 11207 |
| 8507709 | Cerna/Moleno | Feb. 15, 2006 | $631,200 | $670,878.43 | $740,000 | 78 Siddall Ave., Las Vegas, NV 89123 |
| 8502007 | Woods | Feb. 21, 2006 | $420,000 | $454,719.09 | $450,000 | 7525 99th St.Court North, Grant, MN 55110 |
| 8500092 | Stokes | Feb. 9, 2006 | $444,000 | $459,078.20 | $457,500 | 243 San Francisco Ave., Pomona, CA 91768 |
| 8490096 | Danielyan | Feb. 15, 2006 | $128,000 | $138,005.18 | $135,000 | 496 West Alamos Ave., #4, Clovis, CA 93613 |
| 8479552 | Pavon | Feb. 14, 2006 | $445,600 | $474,870.54 | $412,000 | 16 Melissa Ct., Pittsburg, CA 94565 |
| 8479123 | Rodriquez/Pena | Feb. 17, 2006 | $344,000 | $382,210.59 | $315,000 | 727 East 27th St., Patterson, NJ 07504 |
| 8469108 | Yusuf | Feb. 27, 2006 | $496,000 | $556,428.50 | $670,000 | 2044 Pacific St., Brooklyn, NY 11233 |
| 8455412 | Brown | Feb. 24, 2006 | $104,832 | $108,015.01 | $125,000 | 4110 Rahn Rd., A309, Eagan, MN 55123 |
| 8446452 | Cox | Feb. 15, 2006 | $393,600 | $452,129.08 | $495,000 | 3630 Berkshire Rd., Pico Rivera, CA 90660 |
| 8441875 | Moveira | Feb. 24, 2006 | $256,000 | $277,835.64 | $262,000 | 821/23 Meadow Rd. Lehigh Acres, FL 33971 |