UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2007 DEC 26 AM 9:01

In Re:

HOME123 CORPORATION,

Debtor(s).

Case No. 07-10421 KJC

Chapter 11

Honorable Kevin J. Carey

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

TO: Clerk of the Court
US Bankruptcy Court-DE-Wilmington
824 N Market St
Wilmington DE 19801

Mark Collins
One Rodney Sq.
PO Box 551
Wilmington, DE 19899

PLEASE ENTER THE APPEARANCE of MICHAEL A. COX, Attorney General, and Deborah Waldmeir, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

MICHAEL A. COX
Attorney General

/S/ Deborah Waldmeir
Deborah Waldmeir (P60869)
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202
Telephone: (313) 456-0140

Dated: December 13, 2007
AG# 2007024824A