UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED

2007 DEC 26 AM 9:02

In Re:

HOME123 CORPORATION,

Case No. 07-10421 KJC

Chapter 11

Honorable Kevin J. Carey

Debtor(s).

_____/

## ADMINISTRATIVE EXPENSE PROOF OF CLAIM

1.  The undersigned, whose address is Cadillac Place, 3030 W. Grand Blvd., Detroit, MI 48202, is an attorney for the State of Michigan, Department of Treasury, and is duly authorized by said department to make this proof of claim on its behalf.

2.  The debtor herein, subsequent to the time of the filing of the petition initiating this case, has become indebted to this claimant in the sum of **$3,526.92**. The amount claimed is net of all payments, if any, made to date of the attached Sworn Summary of Claims. Interest and penalties continue to accrue pursuant to MCL 205.23(2).

3.  The consideration for this debt is as follows: Withholding Tax liability(ies) due and owing to the State of Michigan, as more fully appears in the Sworn Summary of Claims attached hereto and made a part hereof.

4.  This is a request for payment of administrative expenses entitled to priority under 11 USC 507(a)(1).

MICHAEL A. COX
Attorney General

/S/ Deborah Waldmeir
Deborah Waldmeir (P60869)
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202
Telephone: (313) 456-0140

Dated: December 13, 2007
AG# 2007024824A

Please send payments to:
Department of Treasury/Revenue/AG
P.O. Box 30456
Lansing, MI 48909-7955

| Michigan Department of Treasury | | Case Number: | Page 1 of 1 |
|---|---|---|---|
| 4265 (11-04) | 28241590 | 07-10421 KJC | 3205205 |
| **Sworn Summary** | | **Taxpayer Identification:** | **Attorney General:** |
| Issued under federal code, Title XI | | 33-0854965 | **ATTORNEY DETROIT** |
| **Type of Claim: Administrative** Original | | | |

**HOME123 CORPORATION**
18400 VON KARMAN AVE
IRVINE, CA. 92612

**Other Identification:**
F330854965

| Assessment Number | Debt Code | Assessment Date | Account ID | Tax Period | *If Est | Tax Deficiency | Penalty | Interest |
|---|---|---|---|---|---|---|---|---|
| P549664 | WTH | 11/14/07 | F330854965 | JULY 2007 | * | $3,144.00 | $314.40 | $68.52 |
| | | | | | | $3,144.00 | $314.40 | $68.52 |

**Debt Codes:**
WTH - WITHHOLDING TAX

**TOTAL CLAIM**  $3,526.92

\* An asterisk in this column indicates that tax liability is estimated based on the best information available since actual returns have not been filed. This claim will be adjusted when actual returns are filed.

SANDRA BRAUN _____, being duly sworn, deposes and says (s)he is authorized to act for the Department of Treasury and, to the best of her/his knowledge and belief, the defendant is indebted to the State of Michigan in this amount.

Signature                                    Date: 11/13/07

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED

2007 DEC 26 AM 9:06

In Re:

HOME123 CORPORATION,

Debtor(s).

Case No. 07-10421 KJC

Chapter 11

Honorable Kevin J. Carey

/

## PROOF OF SERVICE

The undersigned certifies that on December 13, 2007, a copy of Notice of Appearance and Request for Service of Notices, and Administrative Proof of Claim were served upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid:

Mark Collins
One Rodney Sq.
PO Box 551
Wilmington, DE 19899

/S/ Starkema T. Jackson
Starkema T. Jackson, Legal Secretary
Department of Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202
Telephone: (313) 456-0140

Dated: December 13, 2007
AG# 2007024824A