IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, ) | |
| INC., a Delaware Corporation, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## DECLARATION OF REVENUE AGENT DAVID FLORES

I, David Flores, do hereby declare and depose, pursuant to 28 U.S.C. § 1746(2), the following:

1. I am a duly commissioned Revenue Agent employed in the Large & Mid-sized Business Division of the Internal Revenue Service, Heavy Manufacturing & Transportation Industry, West Region Field Office with a post of Duty located at Laguna Niguel, California.

2. In my capacity as a Revenue Agent, I am the primary person examining the U.S. corporate income tax returns for the years ended December 31, 2004, 2005, and 2006 and the related application for a tentative carryback adjustment of $66,016,311 for year ended December 31, 2004 filed by New Century TRS Holdings Inc.

3. I have disallowed the application for a tentative carryback adjustment, claiming a net operating loss carryback from New Century TRS Holdings' taxable year ended December 31, 2006 to its taxable year ended December 31, 2004.

4. The reason that I disallowed the application is that it contains errors of computation and material omissions which could not be corrected within 90 days from the last day of the month in which fell the last date prescribed by law including extensions for filing a return for the taxable year ended December 31, 2006.

5.  The application contained errors of computation and material omissions due to the following reasons:

    a.  An improper valuation of the inventory of loans as of December 31, 2006.

    b.  An improper change in the method of accounting for the mark to market adjustment for the year ended December 31, 2006.

    c.  The failure to provide information in response to the limited examination of the application for a tentative carryback adjustment as requested by the Revenue Agent.

6.  The factual and legal issues raised with respect to the 2006 application for tentative carryback adjustment are not the same as those raised by the proof of claim for the 2004-2005 tax years.

7.  The 2004-2005 years involve the following issues:

- Interest Income and OID from CE & P certificates (REMIC securities)
- Gain on securitization (of loans).
- Loss on the conversion of senior convertible notes to Stock, related deduction of inducement expenses and accruals of OID.
- Unreported gain realized on options (related to loss on conversion of notes)
- Loss from NC Residual II
- Mark to Market Adjustment (Adjustment in 2004-2005 years, which is wholly unrelated to this issue in paragraph 5.)
- Loan fee Income
- Write down of residuals
- OID and interest income on CE & P certificates transferred off-shore and related gain on sale (Domestic & International issues)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2007

*David A. Fl* (signature)

David Flores
Revenue Agent
Internal Revenue Service
Laguna Niguel, California