**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :   Chapter 11
In re:                                  :
                                        :   Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,         :
a Delaware corporation, et al.,¹        :   Jointly Administered
                                        :
            Debtors                     :
                                        :   Re: Docket No. 4003
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**DECLARATION OF SERVICE**

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on December 3, 2007, I caused true and correct copies of the following to be served upon the parties listed on the attached Exhibit A by Overnight Mail:

- **Notice of Agenda of Matters Scheduled for Hearing on December 5, 2007 at 1:30 p.m.** [Docket No. 4003]

Dated:  December 20, 2007

/s/ Jamie L. Edmonson_____
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
 SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California  92705
Telephone:  (949) 567-1600

---

[1]   The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Objection Response Notice List
Overnight Mail Service List

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| A Fine Appraisal Service Inc | | 16 Chris Eliot Ct | | Hunt Valley | MD | 21030 | | Objection Response Notice Party |
| Academy Mortgage Services Inc | | 2403 San Mateo Blvd Ne Ste S W2 | | Albuquerque | NM | 87110 | | Objection Response Notice Party |
| Accuvant Inc | Attn Jennifer Dewar | 621 17th St Ste 2425 | | Denver | CO | 80293 | | Objection Response Notice Party |
| Adecco USA Inc Successor to the Assets of Corelink Staffing Services Inc | Adecco USA Inc | 175 Broad Hollow Rd | | Melville | NY | 11747-8905 | | Objection Response Notice Party |
| Albert M Roth | | 1467 23rd St | | Manhatten Beach | CA | 90266 | | Objection Response Notice Party |
| Alexandra T Piacenza | | 37 Fillmore | | Irvine | CA | 92620 | | Objection Response Notice Party |
| All Supplies Inc | Alex Klein | 15211 Springdale St | | Huntington Beach | CA | 92649 | | Objection Response Notice Party |
| Andrew Fleming | | 2029 Lenox Rd | | Schenectady | NY | 12308 | | Objection Response Notice Party |
| Appraisals By Sam | | 11970 E Stillwater Wy | | Redding | CA | 96003 | | Objection Response Notice Party |
| Avaya Inc | C O RMS Bankruptcy Services | PO Box 5126 | | Timonium | MD | | | Objection Response Notice Party |
| Blue Lonnie Knox | | 13611 Belle Rive | | Santa Ana | CA | 92705 | | Objection Response Notice Party |
| Brad Sorsabal | | 3053 Rancho Vista Blvd Ste H208 | | Palmdale | CA | 93551 | | Objection Response Notice Party |
| Bradd Cline | | 5519 Cajon Ave | | Buena Park | CA | 90621 | | Objection Response Notice Party |
| Brenda Kay Teachman | | 10777 Richmond Ave Apt 405 | | Houston | TX | 77042 | | Objection Response Notice Party |
| Brian Runge | | 30 Channel Ln | | Hampton | VA | 23664 | | Objection Response Notice Party |
| Brown Real Estate Group | | 19620 15th Ave Ne | | Shoreline | WA | 98155-1121 | | Objection Response Notice Party |
| Cameron W Petrie | | 5303 Winhawk Way | | Lutz | FL | 33558 | | Objection Response Notice Party |
| Castaneda Marco | | 27 Foxtail Ln | | Dove Canyon | CA | 92679 | | Objection Response Notice Party |
| Central Valley Appraisal Group | | 2222 Watt Ave Bldg B 8 | | Sacramento | CA | 95825 | | Objection Response Notice Party |
| Central Valley Appraisal Group | | 2222 Watt Ave Building B 8 | | Sacramento | CA | 95825 | | Objection Response Notice Party |
| Century West Associates LLC | Century West Associates | 1158 26th St Ste 111 | | Santa Monica | CA | 90403 | | Objection Response Notice Party |
| Christina Gasperino | | 14017 Citrus Crest Cir | | Tampa | FL | 33625 | | Objection Response Notice Party |
| CIT Technology Financing | Weltman Weinberg and Reis Co | 175 S 3rd St Ste 900 | | Columbus | OH | 43215 | | Objection Response Notice Party |
| City of El Paso | City of El Paso | PO Box 2992 | | El Paso | TX | 79999-2992 | | Objection Response Notice Party |
| Collector of Revenue | | 41 S Central Ave | | Clayton | MO | 63105 | | Objection Response Notice Party |
| County of Santa Clara | Tax Collections Division | 70 W Hedding St | County Government Center E Wing | San Jose | CA | 95110 | | Objection Response Notice Party |
| David J Ferguson | | 193 Broadview Circle | | Mooresville | NC | 28117 | | Objection Response Notice Party |
| Deborah C Globerson | | 15 Hacienda | | Irvine | CA | 92620 | | Objection Response Notice Party |
| Demos Euripides George | | 104 Walpole St | | Canton | MA | 02021 | | Objection Response Notice Party |
| Department of the Treasury Internal Revenue Service | Internal Revenue Service | 1352 Marrows Rd Ste 204 | | Newark | DE | 19711-5445 | | Objection Response Notice Party |
| Department of the Treasury Internal Revenue Service | | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 | | Objection Response Notice Party |
| Dina L Kenzy | | 14452 Dry Creek Rd | PPO Box 1744 | Middletown | CA | 95461 | | Objection Response Notice Party |
| Dorothy Washington | | 716 Twilight Blue Ave | | N Las Vegas | NV | 89032 | | Objection Response Notice Party |
| Downs Financial Inc | | 44 Cook St Ste 310 | | Denver | CO | 80206 | | Objection Response Notice Party |
| EMC Corporation | c o Receivable Management Services RMS | PO Box 5126 | | Timonium | MD | 21094 | | Objection Response Notice Party |
| Employment Security Commission of North Carolina | Phillip W Smith | PO Box 26504 | | Raleigh | NC | 27611-6504 | | Objection Response Notice Party |
| Equity Direct Mortgage Corp | | 26040 Acero | | Mission Viejo | CA | 92691 | | Objection Response Notice Party |
| Eugene R Holden | Office Furniture Services | 5209 Crane St | | Houston | TX | 77026 | | Objection Response Notice Party |
| Euripides George Demos | | 104 Walpole St No 3 | | Canton | MA | 02021 | | Objection Response Notice Party |
| Fair Home Lending Financial Inc | | 591 Camino de la Reina No 818 | | San Diego | CA | 92108 | | Objection Response Notice Party |
| Fairmount Appraisal Services | | 2130 Millbrook Rd | | Sea Girt | NJ | 08750 | | Objection Response Notice Party |
| Financial Capital Inc | Attn Sandra Ryan | 1123 Hilltop Dr | | Redding | CA | 96003 | | Objection Response Notice Party |
| Frederick B Beaver | | 3016 Glenwood Cir | | Torrance | CA | 90505-7117 | | Objection Response Notice Party |
| Frost Brown Todd LLC | Bart Greenwald | 400 W Market St 32nd FL | | Louisville | KY | 40270 | | Objection Response Notice Party |
| Frost Brown Todd LLC | c o Stan Tucker | P O Box 70087 | | Louisville | KY | 40270 | | Objection Response Notice Party |

Exhibit A
Objection Response Notice List
Overnight Mail Service List

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| Grable Brian Douglas | | 1 Carol Way | | Salem | MA | 01970 | | Objection Response Notice Party |
| Greg Easter Appraisals Llc | | PO Box 360685 | | Birmingham | AL | 35236 | | Objection Response Notice Party |
| Greg Hoy | Titanium Media | 19071 Willow Brook Ln | | Trabuco Canyon | CA | 92679 | | Objection Response Notice Party |
| Hall Appraisers Inc | | 1102 Longfellow | Ste D | Beaumont | TX | 77706 | | Objection Response Notice Party |
| Idaho State Tax Commission | Bankruptcy Unit | PO Box 36 | | Boise | ID | 83722 | | Objection Response Notice Party |
| Jeffrey M Bonnear | | 42 Brentwood St | | Springfield | MA | 01108 | | Objection Response Notice Party |
| Jenkins Gwendoline Jl | | 8652 Marvale Dr | | Huntington Bch | CA | 92646 | | Objection Response Notice Party |
| John Hedlund | | 13719 Pristine Lake Ln | | Cypress | TX | 77429 | | Objection Response Notice Party |
| Judi A Clark | | 19321 103rd Ave Ct E | | Graham | WA | 98338 | | Objection Response Notice Party |
| Julie E McCombs | | 633 Oak Valley Pkwy | | Beaumont | CA | 92223 | | Objection Response Notice Party |
| Justin Glenn Travis | C Tex Appraisal | 9600 Escarpment Bl | No 745 33 | Austin | TX | 78749 | | Objection Response Notice Party |
| Kam Koepnick | | 21292 Calle Balsa | | Lake Forest | CA | 92630 | | Objection Response Notice Party |
| Kathrelina Acosta et al | Ken Russell | 12223 Old Oaks | | Houston | TX | 77024 | | Objection Response Notice Party |
| Kevin Pangle | | 63990 Deschutes Mkt Rd | | Bend | OR | 97701 | | Objection Response Notice Party |
| Larry Anderson | | 202 S Parkridge Dr | | Benton | LA | 71006 | | Objection Response Notice Party |
| Lawrence & Diane Boone | | 1527 West 82nd St | | Los Angeles | CA | 90047 | | Objection Response Notice Party |
| Lawrence R Zastrow | | PO Box 220544 | | Charlotte | NC | 28222-0544 | | Objection Response Notice Party |
| Leslie K Hill dba Farallon Enterprises | Leslie K Hill | 7756 Dos Palos Ln | | Sebastopol | CA | 95472-5315 | | Objection Response Notice Party |
| Leslie K Hill dba Farallon Enterprises | Leslie K Hill | 7756 Dos Palos Ln | | Sebastopol | CA | 95472 | | Objection Response Notice Party |
| Linebarger Goggan Blair & Sampson LLP | Attn David G Aelvoet | 711 Navarro Ste 300 | | San Antonio | TX | 78205 | | Objection Response Notice Party |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | 1949 S IH 35 78741 | PO Box 17428 | Austin | TX | 78760-7428 | | Objection Response Notice Party |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | 1949 South IH 35 78741 | PO Box 17428 | Austin | TX | 78760-7428 | | Objection Response Notice Party |
| Mackoff Kellogg Law Firm | c o Charles J Peterson | PO Box 1097 | | Dickinson | ND | 58601 | | Objection Response Notice Party |
| Maria Lubczynski | | 9066 Wagner River Cir | | Fountain Valley | CA | 92708 | | Objection Response Notice Party |
| Marie Rombold | | 1619 E 34th St | | Tacoma | WA | 98404 | | Objection Response Notice Party |
| Mark Lundborg dba The Real Estate Book | Mark Lundborg | 4312 Elder Ct | | Bakersfield | CA | 93306 | | Objection Response Notice Party |
| Marsha L Laudenbak | | 361 Ravello Ln | | Costa Mesa | CA | 92627 | | Objection Response Notice Party |
| Mary E Shields | | 4505 Humbug Creek Rd | | Applegate | OR | 97530 | | Objection Response Notice Party |
| McLennan County | McLennan County | PO Box 406 | | Waco | TX | 76703-0406 | | Objection Response Notice Party |
| Nancy Anderson | | 8109 Santa Luz Villiage Green South | | San Diego | CA | 92127 | | Objection Response Notice Party |
| Nancy Gillingham | Appraisals Now | 585 Crescent Ln | | Arroyo Grande | CA | 93420 | | Objection Response Notice Party |
| National Field Representatives | National Field Representatives Inc | PO Box 1440 | | Claremont | NH | 03743 | | Objection Response Notice Party |
| One West Associates | | 4515 Maryland Ave STE 1W | | St Louis | MO | 63108 | | Objection Response Notice Party |
| Orsino Brian Christopher | Orsino Brian Christopher | 9632 Hamilton Ave No G 12 | | Huntington Beach | CA | 92646 | | Objection Response Notice Party |
| Orsino Brian Christopher | | 18698 Racquet Ln | | Huntington Beach | CA | 92648 | | Objection Response Notice Party |
| Pamela K Teel President | Corpus Christi Appraisal Service Inc | 5926 S Staples C 1 | | Corpus Christi | TX | 78413 | | Objection Response Notice Party |
| Pamela K Teel President | Pamela K Teel President | 5525 S Staples Ste A5 | | Corpus christi | TX | 78411 | | Objection Response Notice Party |
| Paul A Kennelly | | 2086 Ridgeline Ave | | Vista | CA | 92081 | | Objection Response Notice Party |
| Paula Renea Brown | | 1722 Mitchell Ave No 153 | | Tustin | CA | 92780 | | Objection Response Notice Party |
| Phelan Jeffrey M | | 152 Plymouth Blvd | | Smithtown | NY | 11787 | | Objection Response Notice Party |
| Philip Bromiley | | 432 De Sola Terrace | | Corona Del Mar | CA | 92625 | | Objection Response Notice Party |
| Quality Appraisals Of Arizona Llc | | 2238 North 22nd St | | Phoenix | AZ | 85006 | | Objection Response Notice Party |
| Quick Apply Inc | | 1501 Main St No 202 | | Venice | CA | 90291 | | Objection Response Notice Party |
| Rachel Guttenberg | Maria Massaro Esq | 9145 E Kenyon Ave No 200 | | Denver | CO | 80237 | | Objection Response Notice Party |
| Remax Crossroads | Giovinco | 1 Landmark Ctr | | E Stroudsburg | PA | 18301 | | Objection Response Notice Party |
| Rhoades Appraisal Services Inc | | 9720 D Candelaria Ne | | Albuquerque | NM | 87112 | | Objection Response Notice Party |
| Richard E Ballarini | | 826 E Shady Way | | Arlington Heights | IL | 60005 | | Objection Response Notice Party |

Exhibit A
Objection Response Notice List
Overnight Mail Service List

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| Riverside Claims LLC as Assignee of P F S Marketwyse | | PO 626 | Planetarium Station | New York | NY | 10024-0540 | | Objection Response Notice Party |
| Robertson Kristen Lee | | 62 Dietrich Ln | | North Haledon | NJ | 07508 | | Objection Response Notice Party |
| Roland A & Delouise H Sawyer JTWROS | | 1638 Kingsway Rd | | Norfolk | VA | 23518 | | Objection Response Notice Party |
| Roth Appraisals aka The Appraisals | | 1230 West Ave | | Waukesha | WI | 53186 | | Objection Response Notice Party |
| Ryan Michael Nye | | 1171 W Silver Creek Rd | | Gilbert | AZ | 85233 | | Objection Response Notice Party |
| Sam Quintanilla | | 8046 Golden Ave | | South Gate | CA | 90280 | | Objection Response Notice Party |
| Scott County Tax Collector | | 600 W 4th St | | Davenport | IA | 52801 | | Objection Response Notice Party |
| Sharon A Ferline | | 5087 Raintree Rd | | Pittsburgh | PA | 15236 | | Objection Response Notice Party |
| Silver Key Property Corp | c o Horner & Singer LLP | 1646 N California Blvd Ste 250 | | Walnut Creek | CA | 94596 | | Objection Response Notice Party |
| South Texas College | South Texas College | PO Box 178 | | Edinburg | TX | 78540 | | Objection Response Notice Party |
| Standard Register Company | | 600 Albany St | | Dayton | OH | 45408 | | Objection Response Notice Party |
| Stephen Evans | | 14599 Corral St | | Victorville | CA | 92394 | | Objection Response Notice Party |
| Suzanne K Vettor | | 33 Conch Reef | | Aliso Viejo | CA | 92656 | | Objection Response Notice Party |
| Suzanne Nickolson Allen | | 4610 N Borgatello Ln | | Phoenix | AZ | 85018 | | Objection Response Notice Party |
| Synergy Capital Mortgage Corp | Attn Ryan Wilkinson | 27130A Paseo Espada No 1424 | | San Juan Capistrano | CA | 92675 | | Objection Response Notice Party |
| Tasador Inc | | PO Box 81492 | | Corpus Christi | TX | 78468-1492 | | Objection Response Notice Party |
| Terriann Mcgowan | | 1040 San Francisco Way | | Rohnert | CA | 94928 | | Objection Response Notice Party |
| Thomas R Schnabel | | 21314 Evalyn Ave | | Torrance | CA | 90503 | | Objection Response Notice Party |
| Tim Dedmon | | 2753 Rio De Flag | | Flagstaff | AZ | 86004 | | Objection Response Notice Party |
| Tommy Woods Borr | | 7044 Shadow Oaks Dr | | Memphis | TN | 38125-0000 | | Objection Response Notice Party |
| Treasurer James City County | | PO Box 8701 | | Williamsburg | VA | 23187 | | Objection Response Notice Party |
| Tricor America Inc | | PO Box 8100 Sfia | | San Francisco | CA | 94128 | | Objection Response Notice Party |
| Trimark Funding Inc | Mark Reynolds President | 5101 E La Palma Ave Ste 206 | | Anaheim | CA | 92807 | | Objection Response Notice Party |
| True Value Appraisal | | 16203 Oakmanor Dr | | Tampa | FL | 33624 | | Objection Response Notice Party |
| United Virginia Title Llc | | 315 S Washington St | | Alexandria | VA | 22314 | | Objection Response Notice Party |
| United Virginia Title LLC | | 315 S Washington St 2nd Fl | | Alexandria | VA | 22314 | | Objection Response Notice Party |
| Valley Yellow Pages | | 1850 N Gateway Blvd No 132 | | Fresno | CA | 93727 | | Objection Response Notice Party |
| Veronica Goodson | | 35428 Woshka Ln | | Wildomar | CA | 92595 | | Objection Response Notice Party |
| Virginia Appraisal Company | | 485 Johnstown Rd | | Chesapeake | VA | 23322 | | Objection Response Notice Party |
| Webb Mason | Ernie Vaile CFO | 10830 Gilroy Rd | | Hunt Valley | MD | 21031 | | Objection Response Notice Party |
| Weeson Houng | Weeson Houng | 22641 Pineridge | | Mission Viejo | CA | 92692 | | Objection Response Notice Party |
| Western Capital Mortgage | Aaron Leffler President | 500 N State College Blvd Ste 1470 | | Orange | CA | 92868 | | Objection Response Notice Party |
| William Dawley | | 16623 Big Creek Falls Ct | | Spring | TX | 77379 | | Objection Response Notice Party |
| Worthen Brenda Kaye | | 1 Terra Way | | Odessa | TX | 79762 | | Objection Response Notice Party |

In re New Century TRS Holdings, Inc., et al., Case No. 07-10416 (KJC) Jointly Administered
United States Bankruptcy Court, District of Delaware

Page 3 of 3

12/3/2007
Exhibit A - Obj Response Notice Parties 071203