## CERTIFICATE OF SERVICE

Joseph H. Huston, Jr., hereby certifies that on January 2, 2008, he caused a true and correct copy of the foregoing *OBJECTION TO MOTION OF WELLS FARGO BANK, N.A. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(1)(A)* to be served electronically through the Court's CM/ECF system and by email, and also by regular mail upon the parties listed below.

*Representing the Debtors*
Robert J. Stearn, Jr., Esq.
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

Joseph J. McMahon, Jr.
*Office of the United States Trustee*
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

*Representing Wells Fargo Bank N.A. a/k/a Wells Fargo ITS*
Joanne B. Wills, Esq.
Christopher A. Ward, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

*Representing The Official Committee of Unsecured Creditors*
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

*Representing the Compensation Committee*
Paul Blankenstein, Esq.
Gibson, Dunn & Crutcher
1050 Connecticut Avenue N.W.
Washington, D.C. 20036

*Representing Wells Fargo Bank N.A. a/k/a Wells Fargo ITS*
Andrew A. Nicely, Esq.
Tai Lui Tan, Esq.
Mayer, Brown, Rowe & Maw, LLP
1909 K Street NW
Washington, D.C. 20006

/s/ *Joseph H. Huston, Jr.*
Joseph H. Huston, Jr.