IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| NEW CENTURY TRS HOLDINGS, INC., : | CASE NO. 07-10416-KJC |
| a Delaware corporation, et al., : | |
| : | Jointly Administered |
| Debtors. : | |

## NOTICE OF CHANGE OF ADDRESS

### NOTICE OF CHANGE OF ADDRESS AND FIRM NAME

PLEASE TAKE NOTICE that the undersigned counsel for Walz Postal Solutions, Inc.

has changed his firm name, address, telephone number, and facsimile number as set forth

below.

William A. Hazeltine
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
302.428.8191
302.428.8195 (facsimile)

DATED:  January 2, 2008

SULLIVAN HAZELTINE ALLINSON LLC

William A. Hazeltine, Esq.
Bar ID No. 3294
4 East 8th Street, Suite 400
Wilmington, DE  19801
302.428.8191

*Attorneys for Walz Postal Solutions, Inc.*