**EXHIBIT A**

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**November 1, 2007 through November 30, 2007**

| Level | Name | Hourly Rate | Hours Incurred | Fees |
|-------|------|-------------|----------------|------|
| **_Tax Compliance_** | | | | |
| **_Partners/Principals_** | | | | |
| **_Senior Managers/Directors_** | Divers, Dale | 515.00 | 5 0 | 2,575.00 |
| **_Senior Associates_** | Kraft, Jonathan E | 435.00 | 1.1 | 478.50 |
| **_Associates_** | Gamez, Martin | 245.00 | 33.3 | 8,158.50 |
| | Martin, Matthew A | 225.00 | 1.7 | 382.50 |
| | Ramirez, Galacio J | 225.00 | 0.9 | 202.50 |
| | **Total Tax Compliance** | | **42.0** | **11,797.00** |

| | | |
|---|---|---:|
| 1st Interim Fee Application (April 2 – June 30, 2007) | $ | 198,177.00 |
| 2nd Monthly Fee Application (July 2007) | | 247,927.50 |
| 3rd Monthly Fee Application (August 2007) | | 212,593.50 |
| 4th Monthly Fee Application (September 2007 | | 131,745.50 |
| 5th Monthly Fee Application (October 2007) | | 40,337.50 |
| 6th Monthly Fee Application (November 2007) | | 11,797.00 |
| Cumulative Compliance Fees | | 842,578.00 |
| Fixed Fee | | (621,000.00) |
| Voluntary Discount | | (221,578.00) |
| Net Fees | $ | - |
| Less: 20% Hold-Back | | - |
| Net Fees | | - |
| Plus: Out-of-Pocket Expenses | | 346.92 |
| Total Net Fees and Expenses | $ | 346.92 |
| Blended Hourly Rate | $ | 281 |

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**November 1, 2007 through November 30, 2007**

| Level | Name | Hourly Rate | Hours Incurred | Fees |
|---|---|---|---|---|
| **_Tax Consulting_** | | | | |
| **_Partners/Principals_** | Cole, Richard K | 510.00 | 48.9 | 24,939.00 |
| | Dahl, Don | 600.00 | 15.9 | 9,540.00 |
| | Goldberg, Walter | 630.00 | 7.8 | 4,914.00 |
| | Grierson, Scot R | 600.00 | 1.4 | 840.00 |
| | Grush, Gary | 600.00 | 23.7 | 14,220.00 |
| | Lambert, Adam L | 605.00 | 2.9 | 1,754.50 |
| | Ryan, Steve | 600.00 | 24.0 | 14,400.00 |
| **_Senior Managers/Directors_** | Anderson, James P | 525.00 | 1.0 | 525.00 |
| | Divers, Dale | 515.00 | 29.7 | 15,295.50 |
| | Gould, Michael R | 495.00 | 0.7 | 346.50 |
| | Hughes, James | 490.00 | 21.7 | 10,633.00 |
| | Pomis, Brian | 515.00 | 11.2 | 5,768.00 |
| | Wong, James | 225.00 | 1.1 | 247.50 |
| **_Senior Associates_** | Conklin, Katie | 325.00 | 2.3 | 747.50 |
| | Crowe, John W | 325.00 | 5.8 | 1,885.00 |
| | Partridge, Ryan | 350.00 | 15.9 | 5,565.00 |
| | Ratanjee, Hiten D | 390.00 | 7.9 | 3,081.00 |
| **_Associates_** | Bunting, Rebecah J | 225.00 | 1.5 | 337.50 |
| | Gamez, Martin | 245.00 | 0.9 | 220.50 |
| | Maestas, Kristin A | 245.00 | 0.3 | 73.50 |
| | Ramirez, Galacio J | 225.00 | 1.5 | 337.50 |
| | Seddigh, Frank | 225.00 | 15.4 | 3,465.00 |
| | Steinmetz, Adam | 245.00 | 2.8 | 686.00 |
| | White, Alexis | 245.00 | 6.1 | 1,494.50 |
| **_Administration_** | Cochrum, Crystal | 75.00 | 18.3 | 1,372.50 |
| | Cronin, Caroline | 225.00 | 96.2 | 21,645.00 |
| | **Total Tax Consulting** | | 364.9 | $   144,333.50 |
| | Less: 20% Hold-Back | | | (28,866.70) |
| | Net Fees | | | 115,466.80 |
| | Plus: Out-of-Pocket Expenses | | | - |
| | Total Net Fees and Expenses | | | $   115,466.80 |
| | Blended Hourly Rate | | | $         396 |

EXHIBIT A

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**November 1, 2007 through November 30, 2007**

| Level | Name | Hourly Rate | Hours Incurred | Fees |
|-------|------|-------------|----------------|------|
| | **Grand Total Hours and Fees** | | 406.9 | $ 144,333.50 |
| | Net Fees | | | $ 144,333 50 |
| | Less: 20% Hold-Back | | | $ (28,866.70) |
| | **Net Fees** | | | $ 115,466.80 |
| | **Plus: Out-of-Pocket Expenses** | | | $ 346.92 |
| | **Total Net Fees and Expenses** | | | $ 115,813.72 |
| | **Blended Hourly Rate** | | | $ 355 |

EXHIBIT A