# EXHIBIT B

**Grant Thornton LLP**
**New Century Financial Corporation**
SUMMARY OF HOURS AND FEES INCURRED BY MATTER
November 1, 2007 through November 30, 2007

| Code | Matter Description | Out-of-Pocket Expenses | Hours | Net Fees |
|---|---|---|---|---|
| | **Tax Compliance** | | | |
| 1 | Preparation of 2006 federal tax returns | $ - | - | $ - |
| 2 | Preparation of 2006 state tax returns | 346.92 | 42.00 | 11,797.00 |
| | Subtotal | 346.92 | 42.0 | 11,797.00 |
| | 1st Interim Fee Application (April 2 - June 30, 2007) | | | $ 198,177.00 |
| | 2nd Monthly Fee Application (July 2007) | | | 247,927.50 |
| | 3rd Monthly Fee Application (August 2007) | | | 212,593.50 |
| | 4th Monthly Fee Application (September 2007) | | | 131,745.50 |
| | 5th Monthly Fee Application (October 2007) | | | 40,337.50 |
| | 6th Monthly Fee Application (November 2007) | | | 11,797.00 |
| | Cumulative Compliance Fees | | | 842,578.00 |
| | Fixed Fee | | | (621,000.00) |
| | Voluntary Discount | | | (221,578.00) |
| | Less: 20% Hold-Back | | | - |
| | Net Fees | | | - |
| | Plus: Out-of-Pocket Expenses | | | 346.92 |
| | Total Net Fees and Expenses | | | $ 346.92 |
| | Blended Hourly Rate | | | $ 281 |

**Grant Thornton LLP**
**New Century Financial Corporation**
**SUMMARY OF HOURS AND FEES INCURRED BY MATTER**
**November 1, 2007 through November 30, 2007**

| Code | Matter Description | Out-of-Pocket Expenses | Hours | Net Fees |
|---|---|---|---|---|
| | **Tax Consulting** | | | |
| 10 | Preparation of 2007 estimated federal and state tax payments | - | - | - |
| 11 | General case administration | - | 116.2 | 23,475.00 |
| 12 | Assist with federal and state tax audits | | 192.9 | 94,653.00 |
| 13 | Provide general corporate tax consulting, including potential bankruptcy tax related issues | | 55.8 | 26,205.50 |
| | Subtotal | - | 364.9 | 144,333.50 |

| | |
|---|---|
| Total Net Fees | 144,333.50 |
| Less: 20% Hold-Back | (28,866.70) |
| Net Fees | 115,466.80 |
| Plus: Out-of-Pocket Expenses | - |
| Total Net Fees and Expenses | $ 115,466.80 |
| Blended Hourly Rate | $ 396 |

| Grand Totals | $ 346.92 | 406.9 | $ 144,333.50 |
|---|---|---|---|
| **Net Fees** | | | $ 144,333.50 |
| Less: 20% Hold-Back | | | $ (28,866.70) |
| **Net Fees** | | | $ 115,466.80 |
| Plus: Out-of-Pocket Expenses | | | $ 346.92 |
| Total Net Fees and Expenses | | | $ 115,813.72 |
| **Blended Hourly Rate** | | | $ 355 |