**EXHIBIT C**

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Out-of-Pocket Expenses**
**Billing Period: November 1, 2007 - November 30, 2007**

|  | November 1-30 | Total |
|---|---|---|
| **Transportation, Parking & Mileage** | $157.78 | 157.78 |
| **Delivery** | $15.68 | $15.68 |
| **Total** | **$346.92** | **346.92** |

EXHIBIT C