**EXHIBIT D**

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 11/13/2007 | Divers, Dale F | 2.6 | $515.00 | $1,339.00 | 2 | Review and revisions to New York returns for New Century Mortgage Corporation and Home123 Corporation |
| 11/13/2007 | Divers, Dale F | 2.4 | $515.00 | $1,236.00 | 2 | Review and revisions to NC Capital Corp New York returns |
| 11/1/2007 | Gamez, Martin | 2.8 | $245.00 | $686.00 | 2 | Prepared New York tax returns for Home 123, New Century Capital and New Century Mortgage Corporation including setting up apportionment workpapers and calling New York for tax payments |
| 11/1/2007 | Gamez, Martin | 2.6 | $245.00 | $637.00 | 2 | Continued to prepare New York tax returns for Home 123, New Century Capital and New Century Mortgage Corporation including setting up apportionment workpapers and calling New York for tax payments |
| 11/7/2007 | Gamez, Martin | 2.8 | $245.00 | $686.00 | 2 | Clearing notes to New York tax returns for Home 123, New Century Mortgage Corporation and NC Capital |
| 11/7/2007 | Gamez, Martin | 2.6 | $245.00 | $637.00 | 2 | Continued to clear notes to New York tax returns for Home 123, New Century Mortgage Corporation and NC Capital |
| 11/8/2007 | Gamez, Martin | 2.9 | $245.00 | $710.50 | 2 | Continued to clear notes to New York tax returns for Home 123, New Century Mortgage Corporation and NC Capital |
| 11/8/2007 | Gamez, Martin | 2.8 | $245.00 | $686.00 | 2 | Continued to clear notes to New York tax returns for Home 123, New Century Mortgage Corporation and NC Capital |
| 11/9/2007 | Gamez, Martin | 2.9 | $245.00 | $710.50 | 2 | Continued to clear notes to New York tax returns for Home 123, New Century Mortgage Corporation and NC Capital |
| 11/9/2007 | Gamez, Martin | 2.4 | $245.00 | $588.00 | 2 | Continued to clear notes to New York tax returns for Home 123, New Century Mortgage Corporation and NC Capital |
| 11/12/2007 | Gamez, Martin | 2.1 | $245.00 | $514.50 | 2 | Clearing review points for Home 123 and New Century Mortgage Corp. |
| 11/14/2007 | Gamez, Martin | 2.4 | $245.00 | $588.00 | 2 | Continued to clear review points for Home 123 and New Century Mortgage Corporation |
| 11/16/2007 | Gamez, Martin | 1.9 | $245.00 | $465.50 | 2 | Clearing notes to Home 123, NC Capital Corporation and New Century Mortgage Corporation |
| 11/16/2007 | Gamez, Martin | 2.8 | $245.00 | $686.00 | 2 | Continued to clear notes to Home 123, NC Capital Corporation and New Century Mortgage Corporation |
| 11/16/2007 | Gamez, Martin | 2.3 | $245.00 | $563.50 | 2 | Continued to clear notes to Home 123, NC Capital Corporation and New Century Mortgage Corporation |
| 11/13/2007 | Kraft, Jonathan E | 1.1 | $435.00 | $478.50 | 2 | Reviewed the 2006 New York State returns for New Century. |
| 11/20/2007 | Martin, Matthew A | 1.7 | $225.00 | $382.50 | 2 | Assembled and delivered 2006 New York State, City and Metro returns for Home 123, NCMC, and NC Capital with G. Ramirez (GT) |
| 11/20/2007 | Ramirez, Galacio J | 0.9 | $225.00 | $202.50 | 2 | Assembled and delivered 2006 New York State, City, and Metro returns for Home 123, NCMC, and NC Capital with M. Martin (GT) |
| | | 42.0 | | $11,797.00 | | |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 10/15/2007 | Grierson, R Scot | 1.4 | $ 600.00 | $ 840.00 | 12 | Review New York combined filing calculation and decide on filing methodology. |
| 11/1/2007 | Cole, Richard K | 2.6 | $ 510.00 | $ 1,326.00 | 12 | Review New Century Capital Corporation Schedule Q |
| 11/1/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Analyze IRS information document request concerning New Century TRS Holdings Inc. |
| 11/1/2007 | Conklin, Katharine W | 1.9 | $ 325.00 | $ 617.50 | 12 | Reviewed 2004 net operating loss carryback claims to New York state and Illinois state |
| 11/1/2007 | Conklin, Katharine W | 0.1 | $ 325.00 | $ 32.50 | 12 | Continued to review 2004 net operating loss carryback claims to New York state and Illinois state |
| 11/1/2007 | Divers, Dale F | 0.4 | $ 515.00 | $ 206.00 | 12 | Contact with response to additional questions from Texas auditor regarding New Century Mortgage Corp and Home123 Corp. |
| 11/1/2007 | Divers, Dale F | 0.6 | $ 515.00 | $ 309.00 | 12 | Review New York separate company returns for New Century Mortgage Corp, Home123 Corp and NC Capital Corp. |
| 11/1/2007 | Divers, Dale F | 0.6 | $ 515.00 | $ 309.00 | 13 | Review schedule of 2005 NOL carryback received from K Conklin (GT) with potential 2006 NOL carryback refunds to be quantified |
| 11/1/2007 | Goldberg, Walter S | 1.2 | $ 630.00 | $ 756.00 | 13 | Analysis and research regarding New Century TRS Holdings, Inc. Refund Claim - Form 1139 issue |
| 11/1/2007 | Gould, Michael R | 0.7 | $ 495.00 | $ 346.50 | 13 | Research regarding IRS information document request for New Century TRS Holdings, Inc regarding convertible debt |
| 11/1/2007 | Grush, Gary A | 1.4 | $ 600.00 | $ 840.00 | 12 | Review IRS notices in connection with payroll tax matters |
| 11/1/2007 | Grush, Gary A | 2.2 | $ 600.00 | $ 1,320.00 | 12 | Review IRS information document requests in connection with 2004 - 2006 audit of New Century TRS Holdings |
| 11/1/2007 | Hughes, James R | 2.2 | $ 490.00 | $ 1,078.00 | 12 | Review of New Century IRS information requests and responses for the 2006 tax year |
| 11/1/2007 | Hughes, James R | 0.8 | $ 490.00 | $ 392.00 | 12 | Coordination of amended state tax return filings |
| 11/1/2007 | Lambert, Adam L | 0.9 | $ 605.00 | $ 544.50 | 13 | Review of employment tax matters for New Century TRS Holdings, Inc |
| 11/1/2007 | Partridge, Ryan M | 2.3 | $ 350.00 | $ 805.00 | 12 | Compiled information for information document request from IRS auditor |
| 11/1/2007 | Partridge, Ryan M | 1.8 | $ 350.00 | $ 630.00 | 12 | Continued to compile information for information document request from IRS auditor. |
| 11/2/2007 | Cole, Richard K | 2.8 | $ 510.00 | $ 1,428.00 | 13 | Response to IRS information request for New Century Mortgage 2004 audit |
| 11/2/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 13 | Continued to respond to IRS information request for New Century Mortgage 2004 audit |
| 11/2/2007 | Conklin, Katharine | 0.3 | $ 325.00 | $ 97.50 | 12 | Met with K Maestas (GT) about amended state returns for tax years 2002 - 2004 that need to be finished |
| 11/2/2007 | Grush, Gary A | 0.4 | $ 600.00 | $ 240.00 | 12 | Meeting with IRS auditor D. Flores regarding 2004 - 2006 examination |
| 11/2/2007 | Grush, Gary A | 1.1 | $ 600.00 | $ 660.00 | 13 | Discussion with J. Okimoto (debtor) regarding payroll tax matters and A. Lambert (GT) |
| 11/2/2007 | Hughes, James R | 2.2 | $ 490.00 | $ 1,078.00 | 12 | Review of New Century IRS information requests and meeting with IRS agent |
| 11/2/2007 | Lambert, Adam L | 0.1 | $ 605.00 | $ 60.50 | 13 | Discussion with J Okimoto (debtor) regarding payroll tax matters and G. Grush (GT) |
| 11/2/2007 | Maestas, Kristin A | 0.3 | $ 245.00 | $ 73.50 | 12 | Met with K Conklin (GT) about amended state returns for tax years 2002 - 2004 that need to be finished |
| 11/2/2007 | Partridge, Ryan M | 2.9 | $ 350.00 | $ 1,015.00 | 12 | Continued to compile information for information document request from IRS auditor |
| 11/2/2007 | Partridge, Ryan M | 1.6 | $ 350.00 | $ 560.00 | 12 | Continued to compile information for information document request from IRS auditor. |
| 11/2/2007 | Pomis, Brian M | 2.3 | $ 515.00 | $ 1,184.50 | 13 | Research relating to the excess inclusion income issue for New Century and affiliated entities (2005-2007 tax years) and summary to Greg Swieso (CA FTB) |
| 11/2/2007 | Ratanjee, Hiten D | 2.1 | $ 390.00 | $ 819.00 | 12 | Drafted memo regarding federal and California treatment of excess inclusion income |
| 11/2/2007 | Seddigh, Frank | 0.9 | $ 225.00 | $ 202.50 | 12 | Response to IRS information request for New Century Mortgage 2004 audit |
| 11/4/2007 | Ratanjee, Hiten D | 2.9 | $ 390.00 | $ 1,131.00 | 12 | Drafted memo regarding federal and California treatment of excess inclusion income |
| 11/4/2007 | Ratanjee, Hiten D | 0.4 | $ 390.00 | $ 156.00 | 12 | Continued drafting memo regarding federal and California treatment of excess inclusion income |
| 11/5/2007 | Cole, Richard K | 2.7 | $ 510.00 | $ 1,377.00 | 12 | Analysis of IRS information document request for New Century Mortgage regarding options |
| 11/5/2007 | Dahl, Don W | 2.1 | $ 600.00 | $ 1,260.00 | 12 | IRS exam coordination and consultation with Grant Thornton professionals |
| 11/5/2007 | Divers, Dale F | 2.4 | $ 515.00 | $ 1,236.00 | 12 | Review New York State, Metro and City returns for New Century Mortgage Corp and review New York mortgage credit forms |
| 11/5/2007 | Divers, Dale F | 2.6 | $ 515.00 | $ 1,339.00 | 12 | Review New York State, Metro and City returns for Home123 Corporation and review New York mortgage credit forms |
| 11/5/2007 | Divers, Dale F | 2.3 | $ 515.00 | $ 1,184.50 | 12 | Review New York State, Metro and City returns for NC Capital Corporation including revisions for apportionment and state payments |
| 11/5/2007 | Hughes, James R | 1.6 | $ 490.00 | $ 784.00 | 12 | Review of IRS notices received related to 1099 reporting |
| 11/5/2007 | Lambert, Adam L | 0.6 | $ 605.00 | $ 363.00 | 13 | Discussion with R. Partridge (GT) regarding IRS notices for payroll and 1099 late filings |
| 11/5/2007 | Partridge, Ryan M | 1.7 | $ 350.00 | $ 595.00 | 12 | Reviewing employment tax issues created from IRS notices involving 1099s |
| 11/5/2007 | Partridge, Ryan M | 0.6 | $ 350.00 | $ 210.00 | 13 | Discussion with A. Lambert (GT) regarding IRS notices for payroll and 1099 late filings |
| 11/5/2007 | Pomis, Brian M | 1.1 | $ 515.00 | $ 566.50 | 12 | Review of excess inclusion income memo for New Century and affiliates (CA) |
| 11/5/2007 | Seddigh, Frank | 2.1 | $ 225.00 | $ 472.50 | 12 | Review IRS information document request regarding New Century Credit Corporation 2005 audit. |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 11/6/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Reviewed response to IRS information document request for New Century Mortgage Corporation 2004 audit. |
| 11/6/2007 | Cronin, Caroline | 1.8 | $225.00 | $ 405.00 | 11 | Format preparation for New Century time detail documents |
| 11/6/2007 | Divers, Dale F | 0.7 | $ 515.00 | $ 360.50 | 12 | Summarize preliminary refunds and payments for 2006 New York state, Metro and City returns for New Century Mortgage Corp, Home123 Corp. and NC Capital Corporation with returns to be revised and finalized |
| 11/6/2007 | Hughes, James R | 2.6 | $ 490.00 | $ 1,274.00 | 12 | Conference call with IRS and debtors regarding IRS notices received related to 1099 reporting |
| 11/6/2007 | Hughes, James R | 0.9 | $ 490.00 | $ 441.00 | 13 | Conference calls with A. Lambert (GT), Donna (New Century) and IRS regarding 2004 and 2005 civil penalties for late and incorrect 1099 filings |
| 11/6/2007 | Lambert, Adam L | 0.9 | $ 605.00 | $ 544.50 | 13 | Conference calls with J. Hughes, Donna (New Century) and IRS regarding 2004 and 2005 civil penalties for late and incorrect 1099 filings |
| 11/6/2007 | White, Alexis W | 1.3 | $ 245.00 | $ 318.50 | 12 | Reviewed TX auditor information request, drafted and sent letter to TX auditor |
| 11/7/2007 | Cole, Richard K | 2.7 | $ 510.00 | $ 1,377.00 | 12 | Prepared response to 2004 IRS information request for New Century TRS Holdings, Inc |
| 11/7/2007 | Cronin, Caroline | 8.0 | $225.00 | $ 1,800.00 | 11 | Continued to format New Century time detail documents |
| 11/7/2007 | Dahl, Don W | 2.9 | $ 600.00 | $ 1,740.00 | 12 | Continued with IRS exam coordination and consultation with Grant Thornton professionals. |
| 11/7/2007 | Dahl, Don W | 0.8 | $ 600.00 | $ 480.00 | 12 | Continued with IRS exam coordination and consultation with Grant Thornton professionals |
| 11/7/2007 | Lambert, Adam L | 0.4 | $ 605.00 | $ 242.00 | 13 | Preparation and transmittal of verbiage for reasonable cause penalty abatement letter for 2005 incorrect TINs on 1099s, which was sent to Donna Walker pursuant to a call on November 16, 2007. |
| 11/7/2007 | Ryan, Stephen T | 2.8 | $ 600.00 | $ 1,680.00 | 12 | CA audit - excess inclusion income |
| 11/7/2007 | Ryan, Stephen T | 1.1 | $ 600.00 | $ 660.00 | 12 | CA audit - excess inclusion income |
| 11/8/2007 | Bunting, Rebecah J | 0.4 | $ 225.00 | $ 90.00 | 12 | Updated amended returns |
| 11/8/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Review IRS information document request for New Century Credit Corporation REMIC reporting |
| 11/8/2007 | Cronin, Caroline | 7.0 | $225.00 | $ 1,575.00 | 11 | Continued to format New Century time detail documents |
| 11/8/2007 | Crowe, John W | 2.9 | $ 325.00 | $ 942.50 | 12 | Reviewed and analyzed the 2003 amended state returns for all of the entities that allowed the 2005 NOL to be carried back |
| 11/8/2007 | Divers, Dale F | 0.9 | $ 515.00 | $ 463.50 | 13 | Prepared 2005 net operating loss carryback claims and sent info to J. Crowe (GT) for completion of amended returns |
| 11/8/2007 | Grush, Gary A | 1.2 | $ 600.00 | $ 720.00 | 12 | Review IRS information document requests |
| 11/8/2007 | Hughes, James R | 1.2 | $ 490.00 | $ 588.00 | 12 | Coordination and review of IRS requests in connection with preserving tax attributes |
| 11/8/2007 | Ramirez, Galacio J | 0.6 | $ 225.00 | $ 135.00 | 12 | Made changes to forms for 2003 and 2004. |
| 11/9/2007 | Cole, Richard K | 2.6 | $ 510.00 | $ 1,326.00 | 12 | Analyze IRS information document request concerning New Century TRS Holdings Inc. |
| 11/9/2007 | Crowe, John W | 2.9 | $ 325.00 | $ 942.50 | 12 | Reviewed and analyzed the 2003 amended state returns for every New Century entity that allowed the 2005 NOL to be carried back |
| 11/9/2007 | Divers, Dale F | 0.4 | $ 515.00 | $ 206.00 | 12 | Review correspondence relating to New York State withholding tax audit |
| 11/9/2007 | Divers, Dale F | 0.4 | $ 515.00 | $ 206.00 | 12 | Received request from K. Tram (Texas auditor) regarding needed information, forwarded request to B. Pomis (GT) to determine if this information had already been obtained |
| 11/9/2007 | Divers, Dale F | 0.7 | $ 515.00 | $ 360.50 | 12 | Review draft New York State and City returns for New Century Financial Corp, Home123 Corp and NC Capital with revisions needed for refunds from overpayments and mortgage credits |
| 11/9/2007 | Goldberg, Waller S | 0.8 | $ 630.00 | $ 504.00 | 13 | Conversations with Bob Carney (debtors counsel) concerning tentative claim for refund for New Century TRS Holdings, Inc |
| 11/9/2007 | Grush, Gary A | 1.4 | $ 600.00 | $ 840.00 | 12 | Review IRS claim for refund |
| 11/9/2007 | Grush, Gary A | 1.7 | $ 600.00 | $ 1,020.00 | 12 | Review IRS information document requests |
| 11/9/2007 | Hughes, James R | 1.2 | $ 490.00 | $ 588.00 | 12 | Consultation regarding IRS exam and information requests for the 2006 tax year |
| 11/9/2007 | Hughes, James R | 1.1 | $ 490.00 | $ 539.00 | 13 | Review of tax motion and coordination with attorneys |
| 11/10/2007 | Cronin, Caroline | 6.0 | $225.00 | $ 1,350.00 | 11 | Reconciliation of New Century time entries in CMS |
| 11/12/2007 | Bunting, Rebecah J | 0.9 | $ 225.00 | $ 202.50 | 12 | Updated amended return (NY CT-9) |
| 11/12/2007 | Bunting, Rebecah J | 0.2 | $ 225.00 | $ 45.00 | 12 | Continued to amend return (NY CT-9) |
| 11/12/2007 | Dahl, Don W | 2.4 | $ 600.00 | $ 1,440.00 | 12 | Continued with IRS exam coordination and consultation with Grant Thornton professionals |
| 11/12/2007 | Divers, Dale F | 0.6 | $ 515.00 | $ 309.00 | 12 | Review New York withholding notice and provide recommendation to J. Hughes (GT) regarding response |
| 11/12/2007 | Divers, Dale F | 0.6 | $ 515.00 | $ 309.00 | 12 | Connecticut assessment for 2006 for Home123 Corp. forwarded to A. White (GT) to confirm amounts and contacted state for additional time to respond |
| 11/12/2007 | Divers, Dale F | 0.8 | $ 515.00 | $ 412.00 | 12 | Communications to B. Pomis (GT) regarding status of Texas audit of refund claim FYE 12-31-2003 and to H. Ratanjee (GT) regarding information needed to respond to Texas auditor |
| 11/12/2007 | Hughes, James R | 2.4 | $ 490.00 | $ 1,176.00 | 12 | Analysis of 2006 New Century IRS exam and open items |
| 11/12/2007 | Partridge, Ryan M | 1.5 | $ 350.00 | $ 525.00 | 13 | Coordination and management of staff |
| 11/12/2007 | Pomis, Brian M | 0.8 | $ 515.00 | $ 412.00 | 12 | Communication to D. Divers (GT) regarding status of Texas audit of refund claim FYE 12-31-2003 and to H. Ratanjee (GT) regarding information needed to respond to Texas auditor |
| 11/12/2007 | Steinmetz, Adam L | 0.8 | $ 245.00 | $ 196.00 | 12 | Creating binders for IRS information requests |
| 11/12/2007 | White, Alexis W | 0.8 | $ 245.00 | $ 196.00 | 12 | Call state of CT regarding state notice and summarized information in spreadsheet and to D. Divers (GT) |
| 11/13/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Review IRS information document for New Century TRS Holdings, Inc |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 11/13/2007 | Cole, Richard K | 2.7 | $ 510.00 | $ 1,377.00 | 12 | Prepare response to IRS information document information request for New Century Mortgage Corporation for 2005 |
| 11/13/2007 | Cronin, Caroline | 2.9 | $225.00 | $ 652.50 | 11 | Continued to format New Century time detail documents |
| 11/13/2007 | Cronin, Caroline | 2.3 | $225.00 | $ 517.50 | 11 | Continued to format New Century time detail documents |
| 11/13/2007 | Divers, Dale F | 0.8 | $ 515.00 | $ 412.00 | 12 | Review files for documentation relating to information requested by Texas auditor for audit of New Century Mortgage Corp. refund claim for the year ended 12-31-2003. |
| 11/13/2007 | Goldberg, Walter S | 1.2 | $ 630.00 | $ 756.00 | 13 | Form 1139 issue discussed with Bob Carney (debtor counsel) |
| 11/13/2007 | Grush, Gary A | 1.8 | $ 600.00 | $ 1,080.00 | 12 | Assistance with IRS examination for 2004-2006 |
| 11/13/2007 | Partridge, Ryan M | 1.4 | $ 350.00 | $ 490.00 | 12 | Continued to compile information for information document request from IRS auditor. |
| 11/13/2007 | Partridge, Ryan M | 1.1 | $ 350.00 | $ 385.00 | 12 | Schedule Q analysis and relationship to excess inclusion income |
| 11/13/2007 | Ryan, Stephen T | 2.1 | $ 600.00 | $ 1,260.00 | 12 | CA audit - interco transactions |
| 11/13/2007 | Seddigh, Frank | 2.8 | $ 225.00 | $ 630.00 | 13 | Review of IRS information document request for New Century Credit Corporation concerning REMIC reporting |
| 11/13/2007 | Steinmetz, Adam L | 0.4 | $ 245.00 | $ 98.00 | 12 | PDFing copies of the 2004 - 2006 Pro Forma NCMC returns for IRS information request |
| 11/13/2007 | White, Alexis W | 2.4 | $ 245.00 | $ 588.00 | 12 | Continued with contacting state of CT regarding state notice, summarized information in spreadsheet and to D. Divers (GT) |
| 11/14/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Meeting with IRS agent regarding 2004 -2006 tax years |
| 11/14/2007 | Cronin, Caroline | 2.9 | $225.00 | $ 652.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/14/2007 | Cronin, Caroline | 2.9 | $225.00 | $ 652.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/14/2007 | Dahl, Don W | 1.7 | $ 600.00 | $ 1,020.00 | 12 | Continued with IRS exam coordination and consultation with Grant Thornton professionals. |
| 11/14/2007 | Goldberg, Walter S | 0.8 | $ 630.00 | $ 504.00 | 13 | Conference call on bankruptcy court filing |
| 11/14/2007 | Grush, Gary A | 1.2 | $ 600.00 | $ 720.00 | 13 | Meeting with M. Tinsley(debtors) regarding tax updates |
| 11/14/2007 | Partridge, Ryan M | 0.4 | $ 350.00 | $ 140.00 | 12 | Compiling and coordinating documents for state income tax audits |
| 11/15/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 13 | Preparation of response for IRS 2004 New Century TRS Holdings, Inc regarding |
| 11/15/2007 | Cronin, Caroline | 2.9 | $225.00 | $ 652.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/15/2007 | Cronin, Caroline | 2.9 | $225.00 | $ 652.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/15/2007 | Divers, Dale F | 0.4 | $ 515.00 | $ 206.00 | 12 | Received client documentation to provide to the Texas auditor relating to sales of loans from New Century Mortgage Corp to NC Capital Corp. |
| 11/15/2007 | Hughes, James R | 1.2 | $ 490.00 | $ 588.00 | 13 | Requesting information for 2007 quarterly estimated tax calculations for New Century |
| 11/15/2007 | Partridge, Ryan M | 0.6 | $ 350.00 | $ 210.00 | 11 | Resolving staffing matters with other associates as it relates to New Century |
| 11/15/2007 | Pomis, Brian M | 1.4 | $ 515.00 | $ 721.00 | 12 | Research and documentation for CA audit of New Century Financial Corp and affiliates for 2003-2005 tax years |
| 11/16/2007 | Cochrum, Crystal L | 1.4 | $ 75.00 | $ 105.00 | 11 | Analyze time entries for October fee application |
| 11/16/2007 | Cole, Richard K | 2.7 | $ 510.00 | $ 1,377.00 | 12 | Review information document requests for New Century TRS Holdings, Inc. |
| 11/16/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 13 | Meeting with IRS agent regarding 2004-2006 tax years |
| 11/16/2007 | Cronin, Caroline | 2.9 | $225.00 | $ 652.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/16/2007 | Cronin, Caroline | 1.6 | $225.00 | $ 360.00 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/16/2007 | Divers, Dale F | 1.4 | $ 515.00 | $ 721.00 | 12 | Review mortgage loan purchase and servicing agreement between NC Capital Corp and New Century Mortgage Corp prior to submission to Texas auditor |
| 11/16/2007 | Divers, Dale F | 0.9 | $ 515.00 | $ 463.50 | 12 | Meeting with M. Gamez (GT) to discuss revisions to New York returns for New Century Mortgage Corp., Home123 Corp. and NC Capital Corp. |
| 11/16/2007 | Gamez, Martin | 0.9 | $ 245.00 | $ 220.50 | 12 | Meeting with D. Divers (GT) to discuss revisions to New York returns for New Century Mortgage Corp., Home123 Corp. and NC Capital Corp. |
| 11/16/2007 | Seddigh, Frank | 2.3 | $ 225.00 | $ 517.50 | 13 | Conduct legal research regarding amortization periods for multiple accounts within loan pools as it pertains to mortgage servicing rights provisions that are discussed in Rev. Rul. 1.167-14(a), et. seq. |
| 11/16/2007 | Seddigh, Frank | 2.8 | $ 225.00 | $ 630.00 | 13 | Review of REMIC reporting for New Century Credit Corporation |
| 11/16/2007 | White, Alexis W | 1.6 | $ 245.00 | $ 392.00 | 12 | Review and update all state filings spreadsheet and CT law |
| 11/19/2007 | Anderson, James P | 0.9 | $ 525.00 | $ 472.50 | 13 | Conference with G. Grush (GT) regarding 2007 tax issues |
| 11/19/2007 | Anderson, James P | 0.1 | $ 525.00 | $ 52.50 | 13 | Continued conference with G. Grush (GT) regarding 2007 tax issues |
| 11/19/2007 | Cochrum, Crystal L | 2.4 | $ 75.00 | $ 180.00 | 11 | Review of October fee application |
| 11/19/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Review information document requests for New Century TRS Holdings, Inc. related to 2004-2006 tax years |
| 11/19/2007 | Cronin, Caroline | 2.9 | $225.00 | $ 652.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/19/2007 | Cronin, Caroline | 2.9 | $225.00 | $ 652.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/19/2007 | Divers, Dale F | 1.4 | $ 515.00 | $ 721.00 | 12 | Review documents relating to Texas audit of refund claim for 2003 tax year relating to sales of loans from New Century Mortgage Corp to NC Capital Corp. |
| 11/19/2007 | Divers, Dale F | 2.1 | $ 515.00 | $ 1,081.50 | 12 | Review changes to New York returns for New Century Mortgage Corp., Home123 Corp. and NC Capital Corp. |
| 11/19/2007 | Grush, Gary A | 0.9 | $ 600.00 | $ 540.00 | 13 | Conference call with P Anderson (GT) regarding 2007 tax issues |
| 11/19/2007 | Grush, Gary A | 0.1 | $ 600.00 | $ 60.00 | 13 | Continued conference call with P Anderson (GT) regarding 2007 tax issues |
| 11/19/2007 | Hughes, James R | 1.9 | $ 490.00 | $ 931.00 | 13 | Review and analysis of 2007 quarterly estimated tax calculations and information needs |
| 11/19/2007 | Seddigh, Frank | 1.9 | $ 225.00 | $ 427.50 | 13 | Review of IRS information document request for New Century Credit Corporation concerning REMIC reporting |
| 11/19/2007 | Seddigh, Frank | 2.6 | $ 225.00 | $ 585.00 | 13 | Continued review of IRS information document request for New Century Credit Corporation concerning REMIC reporting |
| 11/20/2007 | Cochrum, Crystal L | 2.9 | $ 75.00 | $ 217.50 | 11 | Continued review of October fee application |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 11/20/2007 | Cronin, Caroline | 2.9 | $225.00 | $ 652.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/20/2007 | Cronin, Caroline | 2.9 | $225.00 | $ 652.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/20/2007 | Divers, Dale F | 2.3 | $ 515.00 | $ 1,184.50 | 12 | Reviewed New York returns for New Century Mortgage Corp., Home123 Corp and NC Capital Corp. and final processing |
| 11/20/2007 | Grush, Gary A | 0.8 | $ 600.00 | $ 480.00 | 12 | Respond to IRS information document requests |
| 11/20/2007 | Hughes, James R | 1.2 | $ 490.00 | $ 588.00 | 12 | Review and analysis regarding the New Century 2006 tax year IRS information requests |
| 11/20/2007 | Ramirez, Galacio J | 0.9 | $ 225.00 | $ 202.50 | 12 | Assembled and delivered 2006 New York State, City, and Metro returns for Home 123, NCMC, and NC Capital with M. Martin (GT) |
| 11/20/2007 | Ratanjee, Hiten D | 0.7 | $ 390.00 | $ 273.00 | 12 | Gathered audit documentation for Texas audit |
| 11/20/2007 | Ryan, Stephen T | 0.9 | $ 600.00 | $ 540.00 | 12 | CA audit - interco transactions |
| 11/21/2007 | Cochrum, Crystal L | 2.9 | $ 75.00 | $ 217.50 | 11 | Review and revise final draft of October fee application |
| 11/21/2007 | Cronin, Caroline | 2.9 | $225.00 | $ 652.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/21/2007 | Cronin, Caroline | 2.9 | $225.00 | $ 652.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/21/2007 | Grush, Gary A | 1.1 | $ 600.00 | $ 660.00 | 12 | Review IRS information document requests |
| 11/21/2007 | Hughes, James R | 1.2 | $ 490.00 | $ 588.00 | 12 | Meeting with IRS agent regarding the 2006 tax year and additional information requests |
| 11/21/2007 | Ryan, Stephen T | 1.1 | $ 600.00 | $ 660.00 | 12 | Excess inclusion income |
| 11/21/2007 | Wong, James Y | 1.1 | $ 225.00 | $ 247.50 | 11 | Review and suggest revisions to the October 2007 monthly fee application |
| 11/24/2007 | Cronin, Caroline | 2.9 | $225.00 | $ 652.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/24/2007 | Cronin, Caroline | 1.8 | $225.00 | $ 405.00 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/26/2007 | Cochrum, Crystal L | 2.9 | $ 75.00 | $ 217.50 | 11 | Review of October fee application |
| 11/26/2007 | Cronin, Caroline | 2.7 | $225.00 | $ 607.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/26/2007 | Cronin, Caroline | 2.6 | $225.00 | $ 585.00 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/26/2007 | Cronin, Caroline | 2.7 | $225.00 | $ 607.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/26/2007 | Dahl, Don W | 2.9 | $ 600.00 | $ 1,740.00 | 12 | Continued with IRS exam coordination and consultation with Grant Thornton professionals |
| 11/26/2007 | Dahl, Don W | 0.4 | $ 600.00 | $ 240.00 | 12 | Continued with IRS exam coordination and consultation with Grant Thornton professionals |
| 11/26/2007 | Divers, Dale F | 1.1 | $ 515.00 | $ 566.50 | 12 | Drafted letter and included supporting documentation to Texas auditor regarding the audit of the refund claim filed by New Century Mortgage Corp. for the tax year 12-31-2003 |
| 11/26/2007 | Grush, Gary A | 2.6 | $ 600.00 | $ 1,560.00 | 12 | Review IRS information document requests |
| 11/26/2007 | Pomis, Brian M | 2.2 | $ 515.00 | $ 1,133.00 | 13 | Review of memorandum regarding excess inclusion income issues relating to the New Century affiliated group for the tax years 2005-2007 |
| 11/26/2007 | Ratanjee, Hiten D | 1.8 | $ 390.00 | $ 702.00 | 12 | Drafted excess inclusion memo analyzing California's tax treatment |
| 11/26/2007 | Ryan, Stephen T | 0.9 | $ 600.00 | $ 540.00 | 12 | Excess inclusion income |
| 11/27/2007 | Cochrum, Crystal L | 1.9 | $ 75.00 | $ 142.50 | 11 | Additional review of October fee application |
| 11/27/2007 | Cochrum, Crystal L | 2.9 | $ 75.00 | $ 217.50 | 11 | Review of October fee application |
| 11/27/2007 | Cochrum, Crystal L | 0.6 | $ 75.00 | $ 45.00 | 11 | Additional review and finalization of October fee application |
| 11/27/2007 | Cole, Richard K | 0.9 | $ 510.00 | $ 459.00 | 12 | Review response to IRS information requests concerning New Century TRS Holdings, Inc |
| 11/27/2007 | Cronin, Caroline | 2.7 | $225.00 | $ 607.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/27/2007 | Cronin, Caroline | 2.6 | $225.00 | $ 585.00 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/27/2007 | Cronin, Caroline | 2.9 | $225.00 | $ 652.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/27/2007 | Divers, Dale F | 0.8 | $ 515.00 | $ 412.00 | 12 | Finalized and sent letter and supporting documents to Texas auditor relating to audit of 12-31-2003 refund claim |
| 11/27/2007 | Grush, Gary A | 1.8 | $ 600.00 | $ 1,080.00 | 12 | Review REMIC Schedule Q for New Century TRS Holdings |
| 11/27/2007 | Pomis, Brian M | 1.1 | $ 515.00 | $ 566.50 | 13 | Review of memorandum regarding excess inclusion income issues relating to the New Century |
| 11/27/2007 | Ryan, Stephen T | 1.1 | $ 600.00 | $ 660.00 | 12 | Excess inclusion income |
| 11/28/2007 | Cochrum, Crystal L | 0.4 | $ 75.00 | $ 30.00 | 11 | Prepare, sign and send October fee application |
| 11/28/2007 | Cole, Richard K | 1.9 | $ 510.00 | $ 969.00 | 12 | Review IRS information document requests for 2006 audit of New Century Mortgage Corporation |
| 11/28/2007 | Cronin, Caroline | 2.7 | $225.00 | $ 607.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/28/2007 | Cronin, Caroline | 2.6 | $225.00 | $ 585.00 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/28/2007 | Cronin, Caroline | 2.7 | $225.00 | $ 607.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/28/2007 | Goldberg, Walter S | 1.9 | $ 630.00 | $ 1,197.00 | 13 | Discussion with Bob Carney (debtors counsel) regarding refund claim |
| 11/28/2007 | Pomis, Brian M | 0.8 | $ 515.00 | $ 412.00 | 12 | Minnesota refund claims for New Century Financial Corp |
| 11/28/2007 | Ryan, Stephen T | 2.6 | $ 600.00 | $ 1,560.00 | 12 | CA audit - interco transactions |
| 11/28/2007 | Ryan, Stephen T | 2.9 | $ 600.00 | $ 1,740.00 | 12 | CA audit - interco transactions |
| 11/28/2007 | Ryan, Stephen T | 2.4 | $ 600.00 | $ 1,440.00 | 12 | CA audit - interco transactions |
| 11/28/2007 | Steinmetz, Adam L | 1.6 | $ 245.00 | $ 392.00 | 12 | Updating schedule of Schedule Q forms that were received |
| 11/29/2007 | Cronin, Caroline | 2.9 | $225.00 | $ 652.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/29/2007 | Cronin, Caroline | 2.9 | $225.00 | $ 652.50 | 11 | Continued to reconcile New Century time entries in CMS |
| 11/29/2007 | Dahl, Don W | 2.7 | $ 600.00 | $ 1,620.00 | 12 | Continued with IRS exam coordination and consultation with Grant Thornton professionals |
| 11/29/2007 | Divers, Dale F | 1.8 | $ 515.00 | $ 927.00 | 12 | Reviewed summary of state controversies and forwarded to G. Grush (GT) |
| 11/29/2007 | Divers, Dale F | 0.8 | $ 515.00 | $ 412.00 | 12 | Review status of Pennsylvania audit and resettlement for New Century Mortgage Corp for 2002 - 2004 |
| 11/29/2007 | Divers, Dale F | 1.2 | $ 515.00 | $ 618.00 | 12 | Review summary of audit adjustments from Texas auditor relating to New Century Mortgage Corp 2003 refund claim and Texas audit of 2003 - 2005 tax years |
| 11/29/2007 | Grush, Gary A | 2.1 | $ 600.00 | $ 1,260.00 | 12 | Review IRS information document requests for 2004 audit |
| 11/29/2007 | Pomis, Brian M | 0.4 | $ 515.00 | $ 206.00 | 12 | Review of Texas refund and audit letter for NCMC |
| 11/29/2007 | Ryan, Stephen T | 2.1 | $ 600.00 | $ 1,260.00 | 12 | Consulting - excess inclusion income |
| 11/29/2007 | Ryan, Stephen T | 2.6 | $ 600.00 | $ 1,560.00 | 12 | Consulting - excess inclusion income |
| 11/29/2007 | Ryan, Stephen T | 1.4 | $ 600.00 | $ 840.00 | 12 | Consulting - excess inclusion income |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 11/30/2007 | Cole, Richard K | 0.4 | $ 510.00 | $ 204.00 | 12 | Meeting with IRS agent D. Flores |
| 11/30/2007 | Cole, Richard K | 0.8 | $ 510.00 | $ 408.00 | 12 | Continued meeting with IRS Agent D. Flores |
| 11/30/2007 | Divers, Dale F | 0.7 | $ 515.00 | $ 360.50 | 12 | Review status of Pennsylvania audit assessments and re-settlements for New Century Mortgage Corp. for 2002 - 2004 tax years |
| 11/30/2007 | Goldberg, Walter S | 1.9 | $ 630.00 | $ 1,197.00 | 13 | Conference call with debtor and debtors counsel regarding tax issues |
| 11/30/2007 | Grush, Gary A | 1.9 | $ 600.00 | $ 1,140.00 | 13 | Conference call with debtor and debtors counsel regarding tax issues |
| 11/30/2007 | Pomis, Brian M | 1.1 | $ 515.00 | $ 566.50 | 12 | California audit for New Century Financial and affiliates including discussion with Kim Yamane |
| | | 364.9 | | $ 144,333.50 | | |