| B 104 (Rev. 5/00) | **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|---|

**PLAINTIFFS**
Gary F. Edwards

**DEFENDANTS**
New Century Mortgage, LaSalle Bank, NA, Cadilis & associates, Rhonda Peek, Wayne Yowell, et al.

**ATTORNEYS** (Firm Name, Address, and Telephone No.)
Self represented

**ATTORNEYS** (If Known)
unknown

**PARTY** (Check one box only)  ✓ 1 U.S. PLAINTIFF   __ 2 U.S. DEFENDANT   __ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Seeking injunctive relief + declaratory relief secondary to cancellation of instruments created by fraudulent transfer, unjust enrichment, breach of fiduciary duty, trespass on contract; Civil RICO; Damages

**NATURE OF SUIT** (Check the one most appropriate)

- ✓ 454 To Recover Money or Property
- __ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
- __ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- __ 424 To object or to revoke a discharge 11 U.S.C. § 727
- __ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
- __ 426 To determine the dischargeability of a debt 11 U.S.C. §523
- __ 434 To obtain an injunction or other equitable relief
- __ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan
- __ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
- __ 459 To determine a claim or cause of action removed to a bankruptcy court
- __ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check One Box Only)
✓ 1 Original Proceeding   __ 2 Removed Proceeding   __ 4 Reinstated or Reopened   __ 5 Transferred from Another Bankruptcy Court   __ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND**  NEAREST THOUSAND   OTHER RELIEF SOUGHT   JURY DEMAND: No

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**
NAME OF DEBTOR: New Century Mortgage Corp.
BANKRUPTCY CASE NO.: 07-10416 (KJC), 07-10419 (KJC)

DISTRICT IN WHICH CASE IS PENDING   DIVISIONAL OFFICE   NAME OF JUDGE: Honorable Kevin J. Carey

**RELATED ADVERSARY PROCEEDING (IF ANY)**
PLAINTIFF   DEFENDANT: N/A   ADVERSARY PROCEEDING NO.
DISTRICT   DIVISIONAL OFFICE   NAME OF JUDGE

**FILING FEE** (Check one box only.)  ✓ FEE ATTACHED   __ FEE NOT REQUIRED   __ FEE IS DEFERRED

DATE: 12/18/07
PRINT NAME: Gary F. Edwards
SIGNATURE OF ATTORNEY (OR PLAINTIFF): [signature]

Local Form 109