# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC.,
et al.,
      Debtors.

Case No. 07-10416-KJC
Chapter 11

Jointly Administered

Ref. No. 4050

_____/

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Stay with Regard to 30 Properties, filed by UBS AG, Tampa Branch dba UBS Special Servicing Group (Doc. #4050), and the Certification of Counsel as to no opposition to said motion, it is

ORDERED, that the Motion be, and the same is hereby **GRANTED**; and it is further

ORDERED, that the automatic stay is terminated allowing UBS AG, Tampa Branch dba UBS Special Servicing Group to exercise its rights under applicable law with respect to the 30 properties identified on the list attached hereto.

Dated: _____

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

In re: New Century TRS Holdings, Inc.
Case No. 07-10416-KJC

UBS AG Mortgages

| | UBS LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | UBS MORTGAGE BOOK/PAGE | NC MORTGAGE BOOK/PAGE | APPROXIMATE PAYOFF | PROPERTY VALUE (EST) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1011298188 | 4369 NEWPORT AVE | SAN DIEGO | CA | 92107 | 2007-0060000 | 2007-0060001 | $787,209.74 | $560,000.00 |
| 2 | 1011527653 | 762 WATERLOO ROAD | NAPLES | FL | 34120 | 4168/3385 | 4168/3410 | $488,993.86 | $290,000.00 |
| 3 | 1011562640 | 8132 CHESTNUT HOLLOW | LAS VEGAS | NV | 89131 | 20070104-0003016 | 20070104-0003017 | $376,895.06 | $450,000.00 |
| 4 | 1011574762 | 11240 HEDGEMONT AVE | LAS VEGAS | NV | 89138 | 20070110-0002113 | 20070110-0002114 | $531,819.36 | $600,000.00 |
| 5 | 1011589444 | 25603 SIERRA BRAVO CT | MORENO VALLEY | CA | 92551 | 2006-0949003 | 2006-0949004 | $426,653.01 | $295,000.00 |
| 6 | 1011618225 | 2292 S COTA AVE | CORONA | CA | 92882 | 2007-0035967 | 2007-0035968 | $664,490.64 | $500,000.00 |
| 7 | 1011673129 | 11131 DOVERHILL ROAD | SAN DIEGO | CA | 92123 | 2007-0038630 | 2007-0038631 | $587,217.06 | $675,000.00 |
| 8 | 1011700395 | 316 CHELSEA AVE | DAVENPORT | FL | 33837 | 2007017040 | 2007017041 | $584,129.77 | $650,000.00 |
| 9 | 1011729757 | 8627 125TH STREET | RICHMOND HILL | NY | 11418 | 20070130000397002 | 20070130000397003 | $355,296.76 | $585,000.00 |
| 10 | 1011788620 | 342 FLOWER HILL WAY | SAN MARCOS | CA | 92078 | 2007-0047030 | 2007-0047031 | $595,997.48 | $570,000.00 |
| 11 | 1011844506 | 937 NORTH ALMA AVE | LOS ANGELES | CA | 90063 | 07-0192000 | 07-0192001 | $294,315.49 | $285,000.00 |
| 12 | 1011852382 | 526 CRANE BLVD | LOS ANGELES | CA | 90065 | 07-0220884 | 07-0220885 | $558,236.24 | $415,000.00 |
| 13 | 1011859223 | 1119 W DOUGLAS AVE | OXNARD | CA | 93030 | 20070202-00023152 | 20070202-00023153 | $494,595.16 | $465,000.00 |
| 14 | 1011960988 | 2188 HURAN DRIVE | SAN JOSE | CA | 95122 | 19286050 | 19286051 | $518,629.32 | $474,000.00 |
| 15 | 1012049516 | 1771 N LANDEN STREET | CAMARILLO | CA | 93010 | 20070305-00046936 | 20070305-00046937 | $463,759.36 | $480,000.00 |
| 16 | 1012080749 | 5266 N WILD GOOSE AVE | MERIDIAN | ID | 83646 | 107025684 | 107025685 | $442,334.64 | $390,000.00 |
| 17 | 1012085726 | 2945 ROSE AVE | SAN JOSE | CA | 95127 | 19322959 | 19322960 | $443,020.16 | $405,000.00 |
| 18 | 1012097759 | 1411 S D STREET | OXNARD | CA | 93033 | 20070214-00031456 | 20070214-00031457 | $480,259.80 | $380,000.00 |
| 19 | 1012098026 | 34234 LARKSBURG COURT | LAKE ELSINORE | CA | 92532 | 2007-0145958 | 2007-0145959 | $400,932.73 | $340,000.00 |
| 20 | 1012107105 | 1504 FORT STOCKTON DR | SAN DIEGO | CA | 92103 | 2007-0142159 | 2007-0142160 | $612,570.44 | $420,000.00 |
| 21 | 1012118111 | 5720 CAMAS CT | POLLOCK PINES | CA | 95726 | 2007-0012248 | 2007-0012250 | $275,490.23 | $270,000.00 |
| 22 | 1012156052 | 68325 ENCINITAS ROAD | CATHEDRAL CITY | CA | 92234 | 2007-0104431 | 2007-0104432 | $287,098.06 | $225,000.00 |
| 23 | 1012176995 | 17150 N BAY ROAD #2904 | SUNNY ISLES BEACH | FL | 33160 | 25519/4902 | 25519/4929 | $481,522.94 | $450,000.00 |
| 24 | 1012281130 | 23327 BEAUMONT STREET | VALENCIA | CA | 91354 | 07-0474111 | 07-0474112 | $810,810.09 | $775,000.00 |
| 25 | 1012286876 | 12139 RIVES AVE | DOWNEY | CA | 90242 | 07-0441986 | 07-0441987 | $512,409.46 | $485,000.00 |
| 26 | 1012292501 | 5612 RAWLINGS AVE | WOODLAND HILLS | CA | 92630 | 07-0455050 | 07-0455051 | $629,236.63 | $710,000.00 |
| 27 | 1012328616 | 835 W 0TH STREET 12 | CORONA | CA | 92882 | 2007-0159671 | 2007-0159672 | $433,373.49 | $440,000.00 |
| 28 | 1012339711 | 1248 BARNHILL LANE | LINCOLN | CA | 95648 | 2007-021857 | 2007-021858 | $437,922.62 | $355,000.00 |
| 29 | 1012374735 | 5988 79TH STREET | SACRAMENTO | CA | 95824 | 20070301-1980 | 20070301-1981 | $245,422.54 | $185,000.00 |
| 30 | 1012399228 | 964 S PRESCOTT PLACE | ANAHEIM | CA | 92808 | 200700013928 | 200700131929 | $444,414.88 | $450,000.00 |