UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
In re:                                                    : Chapter 11
                                                          :
NEW CENTURY TRS HOLDINGS, INC.,                           : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,                           :
                                                          : Jointly Administered
                          Debtors.                        :
                                                          : Related to Docket No. 4085 and 4086
-------------------------------------------------------x

## CERTIFICATION OF NO OBJECTION REGARDING FOURTH MONTHLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

## NO ORDER REQUIRED

I, Mark Minuti, counsel for Michael J. Missal, the Court appointed examiner (the "Examiner") in the above-captioned jointly administered chapter 11 cases, hereby certify as follows:

1. On December 13, 2007, the Examiner filed the **Fourth Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2007 through October 31, 2007** (the "Fourth Application") [Docket No. 4085] and the **Notice of Fee Application** (the "Notice") [Docket No. 4086].

2. In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, objections, if any, to the Fourth Application were due on or before 4:00 p.m. on January 2, 2008 (the "Objection Deadline").

3. The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

4. Accordingly, the Fourth Application may be granted.

Dated: January 4, 2008

SAUL EWING LLP

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

Co-Counsel to Michael J. Missal, Examiner