**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, <u>et</u> <u>al.</u>,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| **Debtors.** | : | |
| | : | Docket No.: 630 |

**<u>GENERAL ELECTRIC CAPITAL CORPORATION'S</u>**
**<u>NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>**
**<u>(DOCKET NO. 630)</u>**

General Electric Capital Corporation hereby withdraws its Motion for Relief from the Automatic Stay filed on or about May 11, 2007 as Document No. 630.

                    */s/ Michael G. Gallerizzo*
                    Michael G. Gallerizzo (No. 4550)
                    Eric Schuster
                    GEBHARDT & SMITH LLP
                    901 Market Street, Suite 451
                    Wilmington, Delaware 19801
                    (302) 656-9002

                    ATTORNEYS FOR GENERAL ELECTRIC
                    CAPITAL CORPORATION

Dated January 4, 2008

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership, and New Century Warehouse Corporation, a California corporation.

**CONSENTED TO:**

/s/ Mark D. Collins
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware  19899
(302) 651-7700

ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION


/s/ Mark T. Power
Mark T. Power
Mark S. Indelicato
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York  10022
(212) 478-7200

ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS