IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, et al.,[1] | : | **Case No. 07-10416 (KJC)** |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | Re: Docket No. 4142 |

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or any other responsive pleading to the **Motion to Amend Order Under Section 156(c) of the Judicial Code and Rule 2002-1(f) of the Local Rules Approving the Appointment of Xroads Case Management Services, LLC as Claims and Noticing Agent for the Debtors to Include Debtor New Century Warehouse Corporation** *Nunc Pro Tunc* **to August 3, 2007** (the "Motion") filed on December 18, 2007.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

Pursuant to the Notice of Motion, objections were to be filed and served no later than **January 2, 2008 at 4:00 p.m.**

It is hereby respectfully requested that the order attached to the Motion, a copy of which is attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

Dated: January 4, 2008
      Wilmington, Delaware

                                      */s/ Christopher M. Samis*
                                      Mark D. Collins (No. 2981)
                                      Michael J. Merchant (No. 3854)
                                      Christopher M. Samis (No. 4909)
                                      RICHARDS, LAYTON & FINGER, P.A.
                                      One Rodney Square
                                      920 North King Street
                                      Wilmington, Delaware 19801
                                      (302) 651-7700
                                      (302) 651-7701

                                      -and-

                                      Ben H. Logan
                                      Suzzanne S. Uhland
                                      Victoria H. Newmark
                                      Emily R. Culler
                                      O'MELVENY & MYERS LLP
                                      275 Battery Street
                                      San Francisco, California 94111
                                      (415) 984-8700
                                      (415) 984-8701

                                      ATTORNEYS FOR DEBTORS AND DEBTORS
                                      IN POSSESSION

RLF1-3240627-1