## EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
In re:                           :  Chapter 11
                                 :
                                 :  Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,  :
a Delaware corporation, et al.,¹ :  Jointly Administered
                                 :
         Debtors                 :
                                 :  Re: Docket No. 4142
---------------------------------x

**ORDER GRANTING MOTION TO AMEND ORDER UNDER § 156(c)
OF THE JUDICIAL CODE AND RULE 2002-1(f) OF THE
LOCAL RULES AUTHORIZING THE APPOINTMENT OF XROADS
CASE MANAGEMENT SERVICES, LLC AS CLAIMS AND NOTICING
AGENT FOR THE DEBTORS TO INCLUDE NEW CENTURY
WAREHOUSE CORPORATION *NUNC PRO TUNC* TO AUGUST 3, 2007**

Upon the motion (the "Motion")² of the Debtors to amend the order under section 156(c) of title 28 of the United States Code (the "Judicial Code") and Rule 2002-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") approving the appointment of XRoads Case Management Services, LLC ("XRoads") as claims and noticing (the "XRoads Appointment Order") to include debtor New Century Warehouse Corporation ("Warehouse") nunc pro tunc to August 3, 2007; and upon the Declaration of John Vander Hooven (the "Vander Hooven Declaration") filed

---

¹ The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a Delaware corporation.

² Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

RLF1-3236324-1

concurrently with the Motion; and the Court having reviewed the Motion and the Court having determined that the relief requested in the Motion is necessary and in the best interests of the Debtors, their estates, creditors, and other parties-in-interest, and it appearing that XRoads does not hold or represent any interest adverse to the Debtors' estates and this Court having determined that the appointment of XRoads is in the best interests of the Debtors, their creditors, and equity security holders; and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that

1. The Motion is GRANTED.

2. The XRoads Appointment Order is amended to include Warehouse, *nunc pro tunc* to August 3, 2007.

3. The XRoads Appointment Order shall be modified as set forth in the Motion and this Order.

4. All other terms of the XRoads Appointment Order shall remain in full force and effect.

Dated: _____, 2008
       Wilmington, Delaware

 

                                      THE HONORABLE KEVIN J. CAREY
                                      UNITED STATES BANKRUPTCY JUDGE

RLF1-3236324-1