UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| New Century Trs Holdings, Inc., | ) | CASE NO. 07-10416 |
| | ) | (Jointly Administered) |
| | ) | |
| DEBTORS. | ) | CHAPTER 11 |

## RESPONSE OF MARION COUNTY TREASURER
## TO DEBTORS' SEVENTH OMNIBUS OBJECTIONS TO CERTAIN CLAIMS

Comes now the Treasurer of Marion County, Indiana, by counsel, and for its Response to the Debtors' Seventh Omnibus Objections to Claims states as follows:

1. In the Debtors' Seventh Omnibus Objections to Claims, Debtors assert that Treasurer's Claim No. 3419 in the amount of $3,354.71 was received after the Government Bar Date of October 2, 2007.

2. The Marion County Treasurer mailed said claim to New Century Claims Processing, c/o XRoads Case Management Services, P O Box 8901, Marina Del Rey, CA 90295, which is provided address. This claim with cover letter (Exhibit A) were deposited with the United States Postal Service on Friday, September 21, 2007.

WHEREFORE, the Marion County Treasurer respectfully requests that its Proofs of Claim as filed be allowed in full as outlined herein, that the Debtors' Objection to this Claims be overruled, and for all other just and proper relief.

Respectfully submitted,

By: _____

Douglas J. DeGlopper
Attorney for Marion County Treasurer
318 East 64th Street
Indianapolis, IN 46220
(317) 403-0098

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice has been served upon all counsel of record listed below by electronic or United States first class postage pre-paid on this 28th day of December, 2007.

David D. Bird, Clerk
United States Bankruptcy Court for
  District of Delaware
824 Market Street, 3rd Floor
Wilmington DE 19801

Suzzanne S. Uhland, Emily R. Culler, Ana Acevedo
O'Melveny & Myers LLP
275 Battery St
San Francisco, CA 94111

Mark Collins, Michael J. Merchants, Christopher M. Samis,
Richards, Layton & Finger, PA
One Rodney Square
920 North King St
Wilmington DE 19801

Wells Fargo Bank, NA, Trustee
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479

By: /s/ Douglas J. DeGlopper
Douglas J. DeGlopper
Attorney for Marion County Treasurer

**MICHAEL W. RODMAN**
TREASURER OF MARION COUNTY

SUITE 1001 CITY-COUNTY BUILDING
200 EAST WASHINGTON STREET SUITE 1001
INDIANAPOLIS, INDIANA 46204-3356

THOMAS R. CREASSER, II
CHIEF DEPUTY

CYNTHIA K. LAND
ADMINISTRATIVE DEPUTY

TAX INFORMATION: 317.327.4444
ADMINISTRATION: 317.327.4040
TDD: 317.327.5186
FAX: 317.327.4440

September 21, 2007

New Century Claims Processing
c/o XRoads Case Management Services
P O Box 8901
Marina Del Rey, CA 90295

    Re:    New Century Mortgage Corp.
              07-10419

Please find enclosed an original Proof of Claim filed on behalf of the Marion County Treasurer and the appropriate copies. Please return one of the copies, file stamped in the the enclosed self-addressed stamped envelope.

Thank you.

Bonnie S. Darland
Collections Manageer
317-327-4051