IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
In re:                                    :
                                          :  Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,           :
a Delaware Corporation, et al.,           :  Case No. 07-10416 (KJC)
                                          :
              Debtors.                    :  Jointly Administered
                                          :
                                          :  Related to Docket No. ____
                                          :
-------------------------------------------------------x
```

## ORDER PURSUANT TO 11 U.S.C. § 105 AND DEL. BANKR. L.R. 9018-1(b) AUTHORIZING THE EXAMINER TO FILE UNDER SEAL THE LIMITED RESPONSE OF MICHAEL J. MISSAL, EXAMINER, TO DEBTORS' REPLY TO FIRST INTERIM REPORT OF MICHAEL J. MISSAL, EXAMINER

UPON the Motion of Michael J. Missal, Examiner (the "Examiner") for an Order Authorizing Him to File Under Seal the Limited Response of Michael J. Missal, Examiner, to Debtors' Reply to First Interim Report of Michael J. Missal, Examiner (the "Motion"), and the Motion having been served upon counsel for the Debtors, counsel for the Unsecured Creditors Committee, the Office of the United States Trustee and all other parties requesting notice pursuant to Fed. R. Bankr. P. 2002; and the Court finding that such notice is good and sufficient under the circumstances; and the Court further finding sufficient cause to grant the Motion, it is

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Examiner is authorized to file the Limited Response of Michael J. Missal, Examiner, to Debtors' Reply to First Interim Report of Michael J. Missal, Examiner (the "Limited Response") under seal, and it is further

ORDERED that the clerk of the Court shall maintain the Limited Response under seal absent further order of the Court.

SO ORDERED THIS ____ DAY OF _____, 2008

                                                          _____
                                                          The Honorable Kevin J. Carey
                                                          United States Bankruptcy Judge