IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                        :
                                              :  Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,               :
a Delaware Corporation, et al.,               :  Case No. 07-10416 (KJC)
                                              :
                        Debtors.              :  Jointly Administered
                                              :
                                              :
                                              :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Mark Minuti of Saul Ewing LLP hereby certify that on January 4, 2008, service of the **Limited Response of Michael J. Missal, Examiner, to Debtors' Reply to First Interim Report of Michael J. Missal, Examiner** was made on the parties identified on the attached Service List in the manner indicated therein.

_____
Mark Minuti (DE No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6480 (telephone)
(302) 421-5873 (fax)

Co-Counsel to Michael J. Missal, Examiner

555051.1 1/4/08


**NEW CENTURY TRS HOLDINGS, INC.,** *et al.*
**Service List** – *Limited Response of Michael J. Missal, Examiner, to Debtors' Reply to First Interim Report of Michael J. Missal, Examiner*

**Via Hand Delivery:**
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
P.O. Box 551
Wilmington, DE 19899

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

**Via Electronic Mail and U.S. Mail:**
Suzzanne S. Uhland, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

**NEW CENTURY TRS HOLDINGS, INC.,** *et al.*
**Service List** – *Limited Response of Michael J. Missal, Examiner, to Debtors' Reply to First Interim Report of Michael J. Missal, Examiner*

**Via Hand Delivery:**
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
P.O. Box 551
Wilmington, DE 19899

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

**Via Electronic Mail and U.S. Mail:**
Suzzanne S. Uhland, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022