## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, <u>et al.</u>,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |
| | : | **Re: Docket No. 4190** |
| | : | |

### <u>CERTIFICATION OF NO OBJECTION</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or any other responsive pleading to the **Motion of Debtors and Debtors in Possession for (I) an Order Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief** (the "Motion") filed on December 21, 2007.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

Pursuant to the Notice of Motion, objections were to be filed and served no later than **January 2, 2008 at 4:00 p.m**.

It is hereby respectfully requested that the proposed **Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief** attached to the Motion as Exhibit D, a copy of which is attached hereto as Exhibit 1, be entered at the earliest convenience of the Court.

Dated: January 4, 2008
      Wilmington, Delaware

                    Mark D. Collins (No. 2981)
                    Michael J. Merchant (No. 3854)
                    Christopher M. Samis (No. 4909)
                    RICHARDS, LAYTON & FINGER, P.A.
                    One Rodney Square
                    920 North King Street
                    Wilmington, Delaware 19801
                    (302) 651-7700
                    (302) 651-7701

                    -and-

                    Ben H. Logan
                    Suzzanne S. Uhland
                    Victoria H. Newmark
                    Emily R. Culler
                    O'MELVENY & MYERS LLP
                    275 Battery Street
                    San Francisco, California 94111
                    (415) 984-8700
                    (415) 984-8701

                    ATTORNEYS FOR DEBTORS AND DEBTORS
                    IN POSSESSION