## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 7, 2008, copies of the foregoing Certificate of No

Objection were served via first-class mail, postage prepaid, upon:

| | |
|---|---|
| 18400 Von Karman Ave.<br>Irvine, CA 92612<br>*Debtor* | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| Christopher M. Samis<br>Chun I. Jang<br>Mark D. Collins<br>Michael Joseph Merchant<br>Paul Noble Heath<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>*Attorneys for the Debtor* | Bonnie Glantz Fatell<br>David W. Carickhoff, Jr.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>*Attorneys for the Official Committee of*<br>*Unsecured Creditors* |
| Suzanne S. Uhland<br>Ben H. Logan<br>Victoria Newmark<br>Emily R. Culler<br>O'Melveny & Myers LLP<br>275 Battery Street San Francisco, CA 94111<br>*Attorneys for the Debtor* | Mark T. Power<br>Mark S. Indelicato<br>Jeffery L. Schwartz<br>Hahn & Hessen LLP<br>488 Madison Ave.<br>14th & 15th Floor<br>New York, NY 10022<br>*Attorneys for the Official Committee of*<br>*Unsecured Creditors* |

Dated: January 7, 2008
      Wilmington, Delaware

**/s/ Adam Hiller**
Adam Hiller (DE No. 4105)
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile