IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 9, 2008 AT 1:30 P.M.**

I.    **CONTINUED MATTERS:**

1.    Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 70; filed 4/4/07]

    Objection Deadline:    April 11, 2007 at 4:00 p.m.; Deadline to object to sale or assumption and assignment is May 14, 2007 at 4:00 p.m.; Extension deadline of May 15, 2007 granted to Union Bank of California; Deadline to object to adequate assurance of future performance under the assumed contracts is May 17, 2007

---

[1]    The debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Remaining Objections:

A.      Objection to Assumption and Assignment (Cure Amount) filed by Data-Link Systems, L.L.C. and Fiserv Solutions, Inc. [D.I. 633; filed 5/11/07]

Related Documents:

i.      Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [D.I. 90; filed 4/5/07]

ii.     Notice of Hearing Regarding Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 120; filed 4/5/07]

iii.    Notice of Filing of Amended and Restated Asset Purchase Agreement between (among others) New Century Financial Corporation and Carrington Capital Management, LLC [D.I. 335; filed 4/19/07]

iv.     Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures, Including Break-Up Fee and Expense Reimbursement Payable to Carrington Mortgage Services, LLC for Sale of Debtors' Servicing Business; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Notice Thereof; and (III) Approving Procedures to Fix Cure Amounts Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Approving Notice Thereof [D.I. 340; filed 4/20/07]

v.      Stipulation and Order (1) Approving Agreement for the Disposition of Certain Mortgage Loans and Residual Interests, and (2) Confirming, Inter Alia, (A) That Auctions of Mortgage Loans and Residuals Conducted in Accordance with Auction Procedures Therein are Covered by Bankruptcy Code "Safe Harbor" Provisions and Are Commercially Reasonable, and (B) Absence of Need to Seek Relief from Automatic Stay [D.I. 439; filed 4/27/07]

vi.     Notice of Filing Regarding Affidavit of Publication of the Sale Notice in The Wall Street Journal (National Edition) [D.I. 570; filed 5/7/07]

vii.    Notice of Hearing Date [D.I. 640; filed 5/11/07]

viii.   Notice of Withdrawal of Supplement to Objection of Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. to Notice of Intent to

Assume and Assign and Fixing of Cure Amounts Concerning Adequate Assurance of Future Performance [D.I. 766; filed 5/18/07]

ix.    Notice of Successful Bidder, Sale Hearing and Continuance of Hearing With Respect to Timely Filed Cure Objections Other Than as to Servicing Agreements [D.I. 768; filed 5/18/07]

x.    Notice of Withdrawal of Precautionary Objection [Re: D.I. 699] by Irwin Mortgage Corporation and Irwin Financial Corporation [D.I. 1021; filed 6/1/07]

xi.    Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure Approving (i) the Sale of Debtors' Servicing Business to Carrington Capital Management, LLC and Carrington Mortgage Services, LLC Pursuant to the Second Amended and Restated Asset Purchase Agreement, Dated as of May 21, 2007, Free and Clear of Liens, Claims, Encumbrances, and Interests, and (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to Carrington as Part of Such Sale [D.I. 844; filed 5/23/07]

Status: The Court entered an order on May 23, 2007 approving the sale to Carrington Management Services, LLC ("Carrington"). The hearing on all cure related objections filed with respect to the sale was continued to subsequent hearing dates. All outstanding cure objections have been resolved, with the exception of the objection filed by Data-Link Systems, L.L.C. and Fiserv Solutions, Inc. (the "Data-Link Objection"). The hearing on this matter as it relates to the Data-Link Objection is continued to the omnibus hearing scheduled for January 23, 2008 at 1:30 p.m.

## II.    UNCONTESTED MATTER WITH CERTIFICATIONS OF NO OBJECTION:

2.    Motion of Avelo Mortgage, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4037 ; filed 12/5/07]

Objection Deadline: January 2, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certificate of No Objection [D.I. 4301; filed 1/4/08]

Status: On January 4, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

3.    Motion of Avelo Mortgage, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4039; filed 12/5/07]

Objection Deadline: January 2, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certificate of No Objection [D.I. 4302; filed 1/4/08]

Status: On January 4, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

4.    Motion of Avelo Mortgage, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4040; filed 12/5/07]

Objection Deadline: January 2, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certificate of No Objection [D.I. 4303; filed 1/4/08]

Status: On January 4, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

5.    Motion of Avelo Mortgage, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4041; filed 12/5/07]

Objection Deadline: January 2, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certificate of No Objection [D.I. 4304; filed 1/4/08]

Status: On January 4, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

6.    UBS AG's Motion for Relief from Stay with Regard to 30 Properties [D.I. 4050; filed 12/6/07]

Objection Deadline: January 2, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.       Certificate of No Objection [D.I. 4298; filed 1/3/08]

Status: On January 3, 2008, a certificate of no objection was filed with respect to
        this matter. Accordingly, a hearing on this matter is only necessary to the
        extent the Court has any questions or concerns.

7.      Motion of HSBC Bank USA National Association for the Benefit of Ace
        Securities Corp. Home Equity Loan Trust, Series 2006-NC2 for Annulment of the
        Automatic Stay [D.I. 4093; filed 12/14/07]

        Objection Deadline: January 2, 2008

        Objections/Responses Received: None at this time.

        Related Documents:

        i.       Certificate of No Objection [D.I. 4320; filed 1/7/08]

        Status: On January 7, 2008, a certificate of no objection was filed with respect to
                this matter. Accordingly, a hearing on this matter is only necessary to the
                extent the Court has any questions or concerns.

8.      Motion of LaSalle Bank National Association, as Trustee and Custodian for
        Morgan Stanley, MSAC 2007-HE1 for Relief from Automatic Stay Under Section
        362 of the Bankruptcy Code [D.I. 4095; filed 12/14/07]

        Objection Deadline: January 2, 2008

        Objections/Responses Received: None at this time.

        Related Documents:

        i.       Certificate of No Objection [D.I. 4305; filed 1/4/08]

        Status: On January 4, 2008, a certificate of no objection was filed with respect to
                this matter. Accordingly, a hearing on this matter is only necessary to the
                extent the Court has any questions or concerns.

9.      Motion of Deutsche Bank Trust Company Americas, as Trustee and Custodian for
        HSBC Bank USA, NA ACE 2006-NC1 for Relief from Automatic Stay Under
        Section 362 of the Bankruptcy Code [D.I. 4097; filed 12/14/07]

Objection Deadline: January 2, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.       Certificate of No Objection [D.I. 4306; filed 1/4/08]

Status: On January 4, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

10.    Motion of LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2006-HE8 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4099; filed 12/14/07]

Objection Deadline: January 2, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.       Certificate of No Objection [D.I. 4307; filed 1/4/08]

Status: On January 4, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

11.    Motion of Saxon Mortgage Services, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4101; filed 12/14/07]

Objection Deadline: January 2, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.       Certificate of No Objection [D.I. 4308; filed 1/4/08]

Status: On January 4, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

12.    Motion to Amend Order Under Section 156(c) of the Judicial Code and Rule 2002-1(f) of the Local Rules Authorizing the Appointment of Xroads Case Management Services, LLC as Claims and Noticing Agent for the Debtors to Include New Century Warehouse Corporation *Nunc Pro Tunc* to August 3, 2007 [D.I. 4142; filed 12/18/07]

Objection Deadline: January 2, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.        Certificate of No Objection [D.I. 4312; filed January 4, 2008]

Status: On January 4, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

13.    Motion of Debtors and Debtors in Possession for (I) an Order Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) and Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 4190; filed 12/21/07]

Objection Deadline: January 2, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.        Certificate of No Objection [D.I. 4317; filed January 4, 2008]

Status: On January 4, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

## III.    UNCONTESTED MATTERS GOING FORWARD:

14.    Motion of DLJ Mortgage Capital, Inc. c/o Select Portfolio Servicing, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4130; filed 12/17/07]

Objection Deadline: January 2, 2008

Objections/Responses Received: None at this time.

Related Documents: None.

Status: The hearing on this matter is going forward.

15.    Motion of US Bank National Association, as Trustee c/o Select Portfolio Servicing, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4131; filed 12/17/07]

Objection Deadline: January 2, 2008

Objections/Responses Received: None at this time.

Related Documents: None.

Status: The hearing on this matter is going forward.

## IV.    CONTESTED MATTERS GOING FORWARD:

16.    Debtors' First Omnibus Objection to Claims: Non-Substantive Objection Pursuant to U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Duplicate Claims and (B) Amended and Superseded Claims [D.I. 3317; filed 10/18/07]

Objection deadline: November 28, 2007

Objections/Responses Received:

A.    Response to Debtors First Omnibus Objection to Claims Non-Substantive (filed by Leslie K. Hill dba Farallon Enterprises) [D.I. 3845; filed 11/16/07]

Related Documents:

i.    Declaration of Todd B. Brents in Support of Debtors' First Omnibus Objection to Claims: Non-Substantive Objection Pursuant to U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Duplicate Claims and (B) Amended and Superseded Claims [D.I. 3318; filed 10/18/07]

ii.    Amended Notice of Debtors' First Omnibus Objection to Claims: Non-Substantive Objection Pursuant to U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Duplicate Claims and (B) Amended and Superseded Claims [D.I. 3664; filed 11/5/07]

iii.    Order Pursuant to U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Duplicate Claims and (B) Amended and Superseded Claims [D.I. 4032; filed 12/5/07]

Status: The Court has previously entered an order sustaining the objection with respect to certain claims. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit A.

17.    Debtors' Second Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims [D.I. 3582; filed 10/31/07]

Objection deadline: November 28, 2007

Objections/Responses Received:

A.    Response to Debtors Second Omnibus Objection (filed by Leslie K. Hill dba Farallon Enterprises) [D.I. 3845; filed 11/16/07]

B.    Additional Response to Debtors Second Omnibus Objection (filed by Leslie K. Hill dba Farallon Enterprises) [D.I. 4186; filed 12/21/07]

C.    The Debtors received an informal response from Silver Key Property Corp.

Related Documents:

i.    Amended Notice of Debtors' Second Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims [D.I. 3669; filed 11/21/07]

ii.    Notice of Submission of Copies of Proofs of Claims for Debtors' Second Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims [D.I. 3928; filed 11/21/07]

iii.    Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims [D.I. 4033; filed 12/5/07]

Status: The Court has previously entered an order sustaining the objection with respect to certain claims. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit B.

18.    Motion of the Debtors and Debtors-in-Possession Pursuant to 11 U.S.C. Sections 105(a) and 362(a) for an Order Enforcing the Automatic Stay Against the Internal Revenue Service and Granting Related Relief [D.I. 3829; filed 11/15/07]

Objection deadline: December 5, 2007

Objections/Responses Received:

A.    Internal Revenue Service's Objection to Motion of the Debtors and Debtors-in-Possession Pursuant to 11 U.S.C. Sections 105(a) and 362(a) for an Order Enforcing the Automatic Stay Against the Internal Revenue Service and Granting Related Relief [D.I. 3955; filed 11/15/07]

B.      Internal Revenue Service's Second Objection to Motion of the Debtors and Debtors-in-Possession Pursuant to 11 U.S.C. Sections 105(a) and 362(a) for an Order Enforcing the Automatic Stay Against the Internal Revenue Service and Granting Related Relief [D.I. 4267; filed 12/31/07]

C.      Response of Debtors and the Debtors in Possession to Internal Revenue Service's Second Objection to Motion of the Debtors and Debtors-in-Possession Pursuant to 11 U.S.C. Sections 105(a) and 362(a) for an Order Enforcing the Automatic Stay Against the Internal Revenue Service and Granting Related Relief [D.I. 4319; filed 1/4/08]

Related Documents:  None.

Status: Per the agreed briefing and hearing schedule placed on record at the December 20, 2007 hearing, the Debtors and the Internal Revenue Service will present legal arguments with respect to the Court's jurisdiction to review the Internal Revenue Services' denial of the Debtors' Form 1139 request.

19.      Debtors' Fourth Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims [D.I. 3925; filed 11/20/07]

Objection deadline:  December 13, 2007

Objections/Responses Received:

A.      Response to Debtors Fourth Omnibus Objection to Claims Non-Substantive (filed by Foley & Mansfield PLLP) [D.I. 4079; filed 12/12/07]

B.      The Debtors received an informal response from Residential Mortgage Solution LLC.

Related Documents:

i.      Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late Filed Claims Set Forth in Debtors' Fourth Omnibus Objection to Claims [D.I. 4242; filed 12/28/07]

Status: The Court has previously entered an order sustaining the objection with respect to certain claims.  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit C.

20.      Debtors' Fifth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local

Rule 3007-1 to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims [D.I. 3926; filed 11/20/07]

Objection deadline: December 13, 2007

Objections/Responses Received:

A.     Response to Debtors' Fifth Omnibus Objection to Claims (filed by Tax Appraisal District of Bell County, County of Denton, Mexia Independent School District, County of Williamson) [D.I. 4042; filed 12/6/07]

B.     Response to Debtors' Fifth Omnibus Objection to Claims (filed by County of Santa Clara) [D.I. 4073; filed 12/10/07]

C.     Response to Debtors' Fifth Omnibus Objection to Claims (filed by Orange County (California) Treasurer-Tax Collector) [D.I. 4074; filed 12/11/07]

D.     Response to Debtors' Fifth Omnibus Objection to Claims (filed by Hidalgo County, LaJoya ISD, and Walker CAD) [D.I. 4087; filed 12/13/07]

E.     Response to Debtors' Fifth Omnibus Objection to Claims (filed by Maricopa County Treasurer) [D.I. 4088; filed 12/13/07]

F.     The Debtors received a consolidated informal response from various taxing authorities.  (Cedar Hill ISD, City of DeSoto, City of Frisco, City of Memphis, City of Richardson, Cypress-Fairbanks ISD, Dallas County, DeSoto ISD, Edcouch Elsa ISD, Fort Bend County, Grayson County, Harris County, Hunt County, Limestone County, McLennan County, Montgomery County, Parker CAD,South Texas College, South Texas ISD, Wilson Co., Bexar County, Nueces County, Tarrant County)

Related Documents:

i.     Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 (I) Disallowing and Expunging Certain Books and Records Claims and (II) Reducing and Reclassifying Certain Claims Set Forth on the Debtors' Fifth Omnibus Objection to Claims [D.I. 4238; filed 12/28/07]

Status: The Court has previously entered an order sustaining the objection with respect to certain claims.  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit D.

21.     Debtors' Sixth Omnibus Objection to Claims:     Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain No Supporting Documentation Claims [D.I. 3996; filed 11/30/07]

Objection deadline:  January 2, 2008

Objections/Responses Received:

A.      Response to Debtors' Sixth Omnibus Objection to Claims (filed by
        Claimants Franca M. Rex, Nicolette Davis and Johnathan Collier) [D.I.
        4089; filed 12/13/07]

B.      The Debtors received an informal response from Carol M. Wands.

Related Documents:  None.

Status: The individual status of each claim with respect to this matter is listed on
        the attached Exhibit E.

22.     Debtors' Seventh Omnibus Objection to Claims:   Non-Substantive Objection
        Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del.
        Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims, (B)
        Duplicate Claims, (C) Late-Filed Claims and (D) No Supporting Documentation
        Claims [D.I. 4075; filed 12/11/07]

        Objection deadline:  January 2, 2008

        Objections/Responses Received:

A.      Response to Debtors' Seventh Omnibus Objection to Claims (filed by
        Alameda County Treasurer & Tax Collector) [D.I. 4227; filed 12/27/07]

B.      Response to Debtors' Seventh Omnibus Objection to Claims (filed by
        Clayton County Tax Commissioners Office) [D.I. 4228; filed 12/26/07]

C.      Response to Debtors' Seventh Omnibus Objection to Claims (filed by
        Brazoria County M.U.D. #21 et al.) [D.I. 4260; filed 12/28/07]

D.      The Debtors received an iformal Response received by Marion County,
        Indiana.

Related Documents:  None.

Status: The individual status of each claim with respect to this matter is listed on
        the attached Exhibit F.

23.     Motion of the Debtors and Debtors in Possession for an Order Directing the Clerk
        of the Court to Maintain the First Interim Report of Michael J. Missal, Examiner,
        Under Seal [D.I. 4012; filed 12/3/07]

        Objection deadline:  January 2, 2008

        Objections/Responses Received:

A. Objection of the United States Trustee to (I) Motion of the Debtors and Debtors in Possession for an Order Directing the Clerk of the Court to Maintain the First Interim Report of Michael J. Missal, Examiner, Under Seal and (II) the Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors to File, and Directing the Clerk of the Court to Maintain, the Debtors' Reply to the First Interim Report of Michael J. Missal, Examiner, Under Seal [D.I. 4287; filed 1/2/08]

Related Documents: None.

Status: The hearing on this matter is going forward.

24. Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors to File, and Directing the Clerk of the Court to Maintain, the Debtors' Reply to the First Interim Report of Michael J. Missal, Examiner, Under Seal [D.I. 4150; filed 12/19/07]

Objection deadline: January 2, 2008

Objections/Responses Received:

A. Objection of the United States Trustee to (I) Motion of the Debtors and Debtors in Possession for an Order Directing the Clerk of the Court to Maintain the First Interim Report of Michael J. Missal, Examiner, Under Seal and (II) the Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors to File, and Directing the Clerk of the Court to Maintain, the Debtors' Reply to the First Interim Report of Michael J. Missal, Examiner, Under Seal [D.I. 4287; filed 1/2/08]

B. Response of the Official Committee of Unsecured Creditors in Support of (I) Motion of the Debtors and Debtors in Possession for an Order Directing the Clerk of the Court to Maintain the First Interim Report of Michael J. Missal, Examiner, Under Seal and (II) Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors to File, and Directing the Clerk of the Court to Maintain, the Debtors' Reply to First Interim Report of Michael J. Missal, Examiner, Under Seal [D.I. 4311; filed 1/4/08]

Related Documents: None.

Status: The hearing on this matter is going forward.

25. Motion of Wells Fargo Bank, N.A. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(B)(1)(A) [D.I. 4156; filed 12/19/07]

Objection deadline: January 2, 2008

Objections/Responses Received:

A.    Objection to Motion of Wells Fargo Bank, N.A. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(B)(1)(A) [D.I. 4292; filed 1/2/08]

B.    Debtors' Limited Opposition to Motion of Wells Fargo Bank, N.A. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(B)(1)(A) [Docket No. 4318; filed 1/4/08]

C.    Reply of Wells Fargo Bank, N.A. to Plaintiff's Objection and Debtors' Limited Objection to Wells Fargo's Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(B)(1)(A) [D.I. 4321; filed 1/7/08]

Related Documents: None.

Status: The hearing on this matter is going forward.

Dated: January 7, 2008
      Wilmington, Delaware

                                       Mark D. Collins (No. 2981)
                                       Michael J. Merchant (No. 3854)
                                       Christopher M. Samis (No. 4909)
                                       RICHARDS, LAYTON & FINGER, P.A.
                                       One Rodney Square
                                       920 North King Street
                                       Wilmington, DE 19801
                                       Telephone:  (302) 651-7700
                                       Facsimile:  (302) 651-7701

                                       - and -

                                       Suzzanne S. Uhland
                                       Ben H. Logan
                                       Brian M. Metcalf
                                       Victoria Newmark
                                       Emily R. Culler
                                       O'MELVENY & MYERS LLP
                                       275 Battery Street
                                       San Francisco, CA 94111
                                       Telephone:  (415) 984-8700
                                       Facsimile:  (415) 984-8701

                                       ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION