**Exhibit B**

**Status of Proofs of Claim for Debtors' Second Omnibus Objection (Substantive) to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims**

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | | **Exhibit B** | |
| | 3245 | Silver Key Property Corp | The Debtors have received an informal response from the claimant. This claim has been settled. The terms of the settlement will be reflected in a stipulation that will be presented at the hearing or filed shortly thereafter under certification of counsel. |
| | | **Exhibit C** | |
| | 60 | Leslie K Hill dba Farallon Enterprises | Responses filed 11/16/07; D.I. 3845 and 4186. This hearing for this claim is going forward. |