Exhibit C

Status of Proofs of Claim for Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | | | **Exhibit A** |
| 1181 | 3339 | Orange County Treasurer Tax Collector | Objection filed 12/11/07; D.I. 4074. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| | | | **Exhibit B** |
| | 2285 | Foley & Mansfield PLLP | Response filed 12/12/07; D.I. 4079. The Debtors have withdrawn their objection to this claim. |
| | | | **Exhibit D** |
| | 3444 | Residential Mortgage Solution LLC | The Debtors received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 23, 2008. |

1