Exhibit E

Status of Proofs of Claim for Debtors' Sixth Omnibus Objection (Non-Substantive) to Certain No Supporting Documentation Claims

Exhibit A

| Claim Number | Claimant | Status |
|---|---|---|
| 815 | Carol Wands aka Wands | The Debtors have received an informal response. The Debtors have withdrawn their objection to this claim. |
| 252 | Edward Parsons | The hearing on this claim is going forward. |
| 975 | Franca M. Rex | Response filed 12/13/07; D.I. 4089. The Debtors have withdrawn their objection to this claim. |
| 701 | John and Nicolette Davis | Response filed 12/13/07; D.I. 4089. The Debtors have withdrawn their objection to this claim. |
| 684 | Jonathan Collier | Response filed 12/13/07; D.I. 4089. The Debtors have withdrawn their objection to this claim. |
| 1657 | Kellie Battle | No response has been filed. |
| 2519 | Memphis Area Legal Services as Attorney for Elizabeth Pitchford | No response has been filed. |
| 2993 | Nathaniel Lewis | No response has been filed. |
| 1980 | Peter Wagner | No response has been filed. |
| 1610 | Stephanie Malone Borr | No response has been filed. |
| 1028 | Tracy Alford Smith | No response has been filed. |

1