**Exhibit F**

**Status of Proofs of Claim for Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed and (D) No Supporting Documentation Claims**

| Amended or Duplicate Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| **Exhibit A** | | | |
| 1916 | 3672 | CB Richard Ellis Corporate Facilities | No response has been filed. |
| 314 | 3395 | City of Alexandria, Virginia | No response has been filed. |
| 336 | 314 | City of Alexandria, Virginia | No response has been filed. |
| 2005 | 3221 | Cohn Goldberg & Deutsch LLC | No response has been filed. |
| 291 | 3447 | Maricopa County Treasurer | No response has been filed. |
| 3315 | 3479 | Pennsylvania Department of Revenue | No response has been filed. |
| 718 | 3315 | Pennsylvania Department of Revenue | No response has been filed. |
| 716 | 3312 | Pennsylvania Department of Revenue | No response has been filed. |
| 724 | 2112 | Reveal Inc. | No response has been filed. |
| 641 | 724 | Reveal Inc. | No response has been filed. |
| 2105 | 3306 | Stanton & Davis | No response has been filed. |
| 1882 | 3321 | State of Florida Department of Revenue | No response has been filed. |
| 2650 | 3228 | Sysdome Inc. and Interthinx Inc. | No response has been filed. |
| **Exhibit B** | | | |
| 3236 | 3234 | Bianco CAD | No response has been filed. |
| 656 | 612 | City of Mesquite and Mesquite Independent School District | No response has been filed. |
| 657 | 614 | City of Mesquite and Mesquite Independent School District | No response has been filed. |
| 658 | 613 | City of Mesquite and Mesquite Independent School District | No response has been filed. |
| 659 | 615 | City of Mesquite and Mesquite Independent School District | No response has been filed. |
| 3371 | 1294 | Clark County Treasurer | No response has been filed. |
| 3337 | 3221 | Cohn Goldberg & Deutsch LLC | No response has been filed. |
| 3579 | 440 | County of Santa Clara | No response has been filed. |
| 3252 | 3252 | El Paso County Treasurer | No response has been filed. |

1

Exhibit F

Status of Proofs of Claim for Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed and (D) No Supporting Documentation Claims

| Amended or Duplicate Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 3222 | 2859 | Interthinx Inc., Sysdome Inc. and Appintelligence Inc. | No response has been filed. |
| 3224 | 2945 | Interthinx Inc., Sysdome Inc. and Appintelligence Inc. | No response has been filed. |
| 3398 | 3342 | Lamar CAD | No response has been filed. |
| 3376 | 3334 | Lee County Tax Collector | No response has been filed. |
| 1500 | 594 | Miami Dade County Tax Collector | No response has been filed. |
| 3539 | 3479 | Pennsylvania Department of Revenue | No response has been filed. |
| 3385 | 3128 | Pima County Arizona | No response has been filed. |
| 3298 | 1912 | Riverside County Treasurer Tax Collector | No response has been filed. |
| 1442 | 1293 | Springfield City | No response has been filed. |
| 3409 | 3393 | St. Louis Co Collector of Revenue | No response has been filed. |
| 1033 | 3311 | Treasurer of Douglas County Nebraska | No response has been filed. |
| | | **Exhibit C** | |
| | 3225 | Advantage Reo Inc. | No response has been filed. |
| | 3449 | Alameda County Tax Collector | Response filed 12/27/07; D.I. 4227. The Debtors have withdrawn their objection to this claim. |
| | 3448 | Alameda County Tax Collector | No response has been filed. |
| | 3477 | Board of County Commissioners of Johnson County Kansas | No response has been filed. |
| | 3526 | Brazoria County M U D No. 21 | No response has been filed to date. The hearing on this claim is being continued to the omnibus hearing scheduled on January 23, 2008. |
| | 3527 | Brazoria County M U D No. 28 | No response has been filed. |
| | 3525 | Brazoria County Tax Office | No response has been filed. |
| | 3476 | Clayton County Tax Commissioner | Response filed 12/26/07; D.I. 4228. The hearing on this claim is being continued to the omnibus hearing scheduled on January 23, 2008. |
| | 3411 | Doug Belden Hillsborough County Tax Collector | No response has been filed. |
| | 3412 | Doug Belden Hillsborough County Tax Collector | No response has been filed. |

2

Exhibit F

Status of Proofs of Claim for Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed and (D) No Supporting Documentation Claims

| Amended or Duplicate Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3415 | Doug Belden Hillsborough County Tax Collector | No response has been filed. |
| | 3416 | Doug Belden Hillsborough County Tax Collector | No response has been filed. |
| | 3414 | Doug Belden Hillsborough County Tax Collector | No response has been filed. |
| | 3518 | Dynamic Title & Mortgage Services LlC | No response has been filed. |
| | 3528 | Emerald Forest U D | No response has been filed. |
| | 3493 | Everman Independent School District | No response has been filed. |
| | 3462 | Grand Rapids City | No response has been filed. |
| | 3453 | Harold Adams | No response has been filed. |
| | 3529 | Harris County M U D No. 239 | No response has been filed. |
| | 3482 | Harris County M U D No. 132 | No response has been filed. |
| | 3481 | Harris County M U D No. 96 | No response has been filed. |
| | 3484 | Humble Independent School District | No response has been filed. |
| | 3520 | Jackson County Treasurer | No response has been filed. |
| | 3475 | Kathy Ar Ehrig Kare | No response has been filed. |
| | 3530 | Klein Independent School District | No response has been filed. |
| | 3419 | Marion County | No response has been filed. |
| | 3469 | Martinsville City | No response has been filed. |
| | 3531 | Midtown Management District | No response has been filed. |
| | 3408 | Missouri Department of Revenue | No response has been filed. |
| | 3538 | Pender County | No response has been filed. |
| | 3532 | Spring Independent School District | No response has been filed. |
| | 3455 | Stitt Klein Daday & Aretos & Giampietro LLC | No response has been filed. |
| | 3456 | Stitt Klein Daday & Aretos & Giampietro LLC | No response has been filed. |
| | 3483 | Trail of the Lakes MUD | No response has been filed. |
| | 3533 | West Keegans Bayou ID | No response has been filed. |
| | | **Exhibit D** | |
| | 1200 | Bea Systems Inc. | No response has been filed. |
| | 2026 | Best Rate Funding Corporation | No response has been filed. |

3

Exhibit F

Status of Proofs of Claim for Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed and (D) No Supporting Documentation Claims

| Amended or Duplicate Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 1142 | Britton Village | No response has been filed. |
| | 1029 | Collins Appraisal Service | No response has been filed. |
| | 127 | Fair Home Lending Financial Inc. | No response has been filed. |
| | 829 | Florida Land Agency | No response has been filed. |
| | 960 | Groveland Town | No response has been filed. |
| | 781 | Kandiychi County | No response has been filed. |
| | 1057 | Katherine Thompson | No response has been filed. |
| | 1030 | MZ Appraisals | No response has been filed. |
| | 1292 | Marin County Tax Collector | No response has been filed. |
| | 1369 | Monroe County | No response has been filed. |
| | 1021 | Montral City | No response has been filed. |
| | 2476 | Northwest Trustee Services Inc. | No response has been filed. |
| | 1758 | Premier Funding Group | No response has been filed. |
| | 1903 | Riverdale City | No response has been filed. |
| | 676 | Robert J. Hopp & Associates LLC | No response has been filed. |
| | 2268 | Salvador Alina Or Dolores Alina | No response has been filed. |
| | 3391 | St. Louis Co Collector of Revenue | No response has been filed. |
| | 3393 | St. Louis Co Collector of Revenue | No response has been filed. |
| | 3392 | St. Louis Co Collector of Revenue | No response has been filed. |
| | 924 | Terriann Megowan | No response has been filed. |
| | 3328 | Washington County Recorder | No response has been filed. |

4