# EXHIBIT B

SF1:649006 2
RLF1-3240831-1

| P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|
| 3560 | Toshiba | 3560 | Copier | CED814336 | 1 |
| B046-17 | Ricoh | Aficio 1013F | Copier | H9228601987 | 1 |
| B064-17 | Ricoh | Aficio 1060 | Copier | J4235101182 | 1 |
| B065-17 | Ricoh | Aficio 1075 | Copier | J4334900329 | 1 |
| B065-17 | Ricoh | Aficio 1075 | Copier | J4335300509 | 1 |
| B065-17 | Ricoh | Aficio 1075 | Copier | J4345700467 | 1 |
| B140-17 | Ricoh | Aficio 2060 | Copier | K4565000022 | 1 |
| B141-17 | Ricoh | Aficio 2075 | Copier | K4645800002 | 1 |
| B141-17 | Ricoh | Aficio 2075 | Copier | K4646000030 | 1 |
| B265-17 | Ricoh | 3045 | Copier | J6057000419 | 1 |
| B265-17 | Ricoh | Aficio 3045 | Copier | K9455800836 | 1 |
| B265-17 | Ricoh | Aficio 3045 | Copier | K9465602457 | 1 |
| B265-17 | Ricoh | Aficio 3045 | Copier | K9465900146 | 1 |
| D3580 | Toshiba | D3580 | Copier | HL811338 | 1 |
| F132100 | Canon | NP6050 | Copier | NDK36723 | 1 |
| F135600 | Canon | ImageRunner 550 | Copier | NNT02880 | 1 |
| F140100 | Canon | Image Runner 3300 | Copier | MPH21655 | 1 |
| G080-17 | Ricoh | Aficio CL7000 | Copier | P9640900153 | 1 |
| C1316A | HP | 9100C | Digital Sender | JP16001316 | 1 |
| C1316A | HP | 9100C | Digital Sender | JP16003826 | 1 |
| C1316A | HP | 9100C | Digital Sender | JP16006139 | 1 |
| C1316A | HP | 9100C | Digital Sender | JP16007913 | 1 |
| C1316A | HP | 9100C | Digital Sender | JP26009004 | 1 |
| C1316A | HP | 9100C | Digital Sender | JP26009014 | 1 |
| C1316A | HP | 9100C | Digital Sender | JP26009763 | 1 |
| C1316A | HP | 9100C | Digital Sender | JP26020213 | 1 |
| C1316A | HP | 9100C | Digital Sender | JP26022116 | 1 |
| C1316A | HP | 9100C | Digital Sender | JP26022159 | 1 |
| C1316A | HP | 9100C | Digital Sender | JP26022249 | 1 |
| C1316A | HP | 9100C | Digital Sender | JP26022775 | 1 |
| C1316A | HP | 9100C | Digital Sender | JPR6003796 | 1 |
| C1316A | HP | 9100C | Digital Sender | JPT6000094 | 1 |
| C1316A | HP | 9100C | Digital Sender | JPX1001039 | 1 |
| C1316A | HP | 9100C | Digital Sender | JPX6001933 | 1 |
| C1316A | HP | 9100C | Digital Sender | JPX6004465 | 1 |
| C1316A | HP | 9100C | Digital Sender | USR3001417 | 1 |
| C1316A | HP | 9100C | Digital Sender | USR6004745 | 1 |
| C1316A | HP | 9100C | Digital Sender | X6001777 | 1 |
| Q5916A | HP | 9200C | Digital Sender | CN1R010421 | 1 |
| Q5916A | HP | 9200C | Digital Sender | CN1R011982 | 1 |
| Q5916A | HP | 9200C | Digital Sender | CN1R013554 | 1 |
| Q5916A | HP | 9200C | Digital Sender | SG1R006037 | 1 |
| Q5916A | HP | 9200C | Digital Sender | SG1R006307 | 1 |
| Q5916A | HP | 9200C | Digital Sender | SG1R008539 | 1 |
| Q5916A | HP | 9200C | Digital Sender | SGRR009951 | 1 |
| 4016 | Pitney Bowes | 1630 | Fax Machine | 1632156 | 1 |
| 4016 | Pitney Bowes | 1630 | Fax Machine | 1636242 | 1 |
| 4016 | Pitney Bowes | 1630 | Fax Machine | 1658209 | 1 |
| 40320 | Muratec | F320 | Fax Machine | 09436090009194 | 1 |
| DP120F | Toshiba | DP120F | Fax Machine | 03020027 | 1 |
| DP125F | Toshiba | DP125F | Fax Machine | 01110108 | 1 |
| DP125F | Toshiba | DP125F | Fax Machine | 01110148 | 1 |
| DP125F | Toshiba | DP125F | Fax Machine | 01110154 | 1 |
| DP125F | Toshiba | DP125F | Fax Machine | 01110202 | 1 |
| DP125F | Toshiba | DP125F | Fax Machine | 02020065 | 1 |
| DP125F | Toshiba | DP125F | Fax Machine | 02060028 | 1 |
| DP125F | Toshiba | DP125F | Fax Machine | 03030017 | 1 |
| DX-1000 | Panasonic | DX-1000 PanaFax | Fax Machine | 01990400368 | 1 |
| DX-1000 | Panasonic | DX-1000 PanaFax | Fax Machine | 01990700377 | 1 |
| DX-1000 | Panasonic | DX-1000 PanaFax | Fax Machine | 01990700453 | 1 |
| F05500 | Sharp | F05500 | Fax Machine | 70104181 | 1 |

| P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|
| FAX4100 | Brother | Intellifax 4100 | Fax Machine | U60298B3J208254 | 1 |
| FAX4100 | Brother | Intellifax 4100 | Fax Machine | U60298B4J270006 | 1 |
| FAX4100 | Brother | Intellifax 4100 | Fax Machine | U60298C3J228657 | 1 |
| FAX4100 | Brother | Intellifax 4100 | Fax Machine | U60298C3J229278 | 1 |
| FAX4100 | Brother | Intellifax 4100 | Fax Machine | U60298D4J472609 | 1 |
| FAX4100 | Brother | Intellifax 4100 | Fax Machine | U60298E3J422128 | 1 |
| FAX4100 | Brother | Intellifax 4100 | Fax Machine | U60298F3J490259 | 1 |
| FAX4100 | Brother | Intellifax 4100 | Fax Machine | U60298F3J507060 | 1 |
| FAX4100 | Brother | Intellifax 4100 | Fax Machine | U60298H3J604535 | 1 |
| FAX4100 | Brother | Intellifax 4100 | Fax Machine | U60298L3J854846 | 1 |
| FO-5500 | Sharp | FO-5500 | Fax Machine | 70106501 | 1 |
| FO-5600 | Sharp | FO-5600 | Fax Machine | 80100882 | 1 |
| H11292 | Canon | LC5500 | Fax Machine | UBW53342 | 1 |
| H12013 | Canon | LC7000 | Fax Machine | UBY84468 | 1 |
| H12013 | Canon | LC7000 | Fax Machine | UBY99611 | 1 |
| H12013 | Canon | LC7000 | Fax Machine | UBZ07462 | 1 |
| H12013 | Canon | LC7500 | Fax Machine | UBZ60564 | 1 |
| H12013 | Canon | LC7500 | Fax Machine | UBZ61352 | 1 |
| H12013 | Canon | LC7500 | Fax Machine | UBZ61965 | 1 |
| H12067 | Canon | LC 9500 | Fax Machine | UFL04698 | 1 |
| H12067 | Canon | LC 9500 | Fax Machine | UFL05795 | 1 |
| H12067 | Canon | LC 9500 | Fax Machine | UFL10734 | 1 |
| H12067 | Canon | LC9500 | Fax Machine | UFL03977 | 1 |
| H12067 | Canon | LC9500 | Fax Machine | UFL04156 | 1 |
| H12067 | Canon | LC9500 | Fax Machine | UFL04984 | 1 |
| H12067 | Canon | LC9500 | Fax Machine | UFL05939 | 1 |
| H12067 | Canon | LC9500 | Fax Machine | UFL06623 | 1 |
| H12067 | Canon | LC9500 | Fax Machine | UFL10192 | 1 |
| H12067 | Canon | LC9500 | Fax Machine | UFL10728 | 1 |
| H12067 | Canon | LC9500 | Fax Machine | UFL10738 | 1 |
| H12161 | Canon | LC3170 | Fax Machine | UYP67093 | 1 |
| H12161 | Canon | LC3170 | Fax Machine | UYP69153 | 1 |
| H12161 | Canon | LC3170 | Fax Machine | UYP71544 | 1 |
| H12161 | Canon | LC3170 | Fax Machine | UYP71705 | 1 |
| H12161 | Canon | LC3170 | Fax Machine | UYP71798 | 1 |
| H12161 | Canon | LC3170 | Fax Machine | UYP72166 | 1 |
| H12161 | Canon | LC3170 | Fax Machine | UYP72632 | 1 |
| H12161 | Canon | LC3170 | Fax Machine | UYP73484 | 1 |
| H12161 | Canon | LC3170 | Fax Machine | UYP73628 | 1 |
| H12161 | Canon | LC3170 | Fax Machine | UYP73631 | 1 |
| H12161 | Canon | LC3170 | Fax Machine | UYP73927 | 1 |
| H12161 | Canon | LC3170 | Fax Machine | UYP73928 | 1 |
| H12161 | Canon | LC3170 | Fax Machine | UYP73934 | 1 |
| H12161 | Canon | LC3170 | Fax Machine | UYP73947 | 1 |
| H12161 | Canon | LC3170 | Fax Machine | UYP73995 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG00008 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG01234 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG01237 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG01260 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG01263 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG01397 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG01414 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG01416 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG02347 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG02372 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG02377 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG02406 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG05489 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG07232 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG07306 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG13614 | 1 |

| P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|
| H12228 | Canon | LC710 | Fax Machine | KAG14499 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG14527 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG14534 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG15713 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG15714 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG16479 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG16864 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG16986 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG16987 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG16989 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG17380 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG24662 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG26663 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG27390 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG27854 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG29464 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG29591 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG31268 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG32653 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG51854 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG51863 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG51880 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG51905 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG52002 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG52919 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG52939 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG53008 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG53568 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG54362 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG58578 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG60123 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG60501 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG62801 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG62839 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG62843 | 1 |
| H12228 | Canon | LC710 | Fax Machine | KAG72860 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS05940 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS06243 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS06244 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS11489 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS11493 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS11825 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS12400 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS12404 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS14821 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS14847 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS16452 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS17911 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS19976 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS19996 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS24400 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS25009 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS30987 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS36102 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS36103 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS38909 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS38911 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZS38913 | 1 |
| H12228 | Canon | LC710 | Fax Machine | UZU03286 | 1 |
| H12230 | Canon | LC720I | Fax Machine | UZU03312 | 1 |
| H12230 | Canon | LC720I | Fax Machine | UZU03370 | 1 |

| P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|
| H12257 | Canon | LC510 | Fax Machine | UZY32125 | 1 |
| H12257 | Canon | LC510 | Fax Machine | UZY32314 | 1 |
| H306-20 | Ricoh | Aficio 5000L | Fax Machine | A1400801372 | 1 |
| H526-20 | Ricoh | Fax 3700L | Fax Machine | 70501651 | 1 |
| H526-20 | Ricoh | Fax 3700L | Fax Machine | 70701196 | 1 |
| H535-27 | Savin | Gestetner 9940 | Fax Machine | A2828901227 | 1 |
| H535-27 | Savin | Gestetner 9940 | Fax Machine | A2829300247 | 1 |
| H552-20 | Ricoh | Fax 3800L | Fax Machine | M2671102056 | 1 |
| H552-20 | Ricoh | Fax 3800L | Fax Machine | M2680808614 | 1 |
| KM-F1050 | Kyocera | KM-F1050 | Fax Machine | AGD4002609 | 1 |
| KM-F1050 | Kyocera | KM-F1050 | Fax Machine | AGD4002612 | 1 |
| KM-F1050 | Kyocera | KM-F1050 | Fax Machine | AGD4002613 | 1 |
| KM-F1050 | Kyocera | KM-F1050 | Fax Machine | AGD4002614 | 1 |
| KM-F1050 | Kyocera | KM-F1050 | Fax Machine | AGD4003225 | 1 |
| KM-F1050 | Kyocera | KM-F1050 | Fax Machine | AGD4003946 | 1 |
| KM-F1050 | Kyocera | KM-F1050 | Fax Machine | AGD4004042 | 1 |
| KM-F1050 | Kyocera | KM-F1050 | Fax Machine | AGD4004043 | 1 |
| KM-F1050 | Kyocera | KM-F1050 | Fax Machine | AGD4004298 | 1 |
| KM-F1050 | Kyocera | KM-F1050 | Fax Machine | AGD4004304 | 1 |
| MFC-8220 | Brother | MFC-8220 | Fax Machine | U60995B4J123363 | 1 |
| TF631 | Toshiba | TF631 | Fax Machine | 98010211 | 1 |
| TF631 | Toshiba | TF631 | Fax Machine | 98090062 | 1 |
| TF631 | Toshiba | TF631 | Fax Machine | 99010794 | 1 |
| TF831 | Toshiba | TF831 | Fax Machine | 00020109 | 1 |
| TF831 | Toshiba | TF831 | Fax Machine | 00020111 | 1 |
| TF831 | Toshiba | TF831 | Fax Machine | 00030058 | 1 |
| TF831 | Toshiba | TF831 | Fax Machine | 97100189 | 1 |
| TF831 | Toshiba | TF831 | Fax Machine | 98040097 | 1 |
| TF831 | Toshiba | TF831 | Fax Machine | 98060168 | 1 |
| TF831 | Toshiba | TF831 | Fax Machine | 98110075 | 1 |
| TF831 | Toshiba | TF831 | Fax Machine | 98110078 | 1 |
| TF831 | Toshiba | TF831 | Fax Machine | 98110090 | 1 |
| TF831 | Toshiba | TF831 | Fax Machine | 99080070 | 1 |
| TF861 | Toshiba | TF861 | Fax Machine | 98010042 | 1 |
| UF-550 | Panasonic | UF-550 PanaFax | Fax Machine | 01961001482 | 1 |
| UF-550 | Panasonic | UF-550 PanaFax | Fax Machine | 01970101873 | 1 |
| UF-880 | Panasonic | UF-880 Panafax | Fax Machine | 01980800068 | 1 |
| UF-885 | Panasonic | UF-885 Panafax | Fax Machine | 01001101188 | 1 |
| UF-885 | Panasonic | UF-885 Panafax | Fax Machine | FAG1FN00939 | 1 |
| UF-890 | Panasonic | UF-890 PanaFax | Fax Machine | GBG1WZ00141 | 1 |
| UF-890 | Panasonic | UF-890 Panafax | Fax Machine | GBG2AV00019 | 1 |
| UF-895 | Panasonic | UF-895 | Fax Machine | 01000600617 | 1 |
| UF-990 | Panasonic | UF-990 PanaFax | Fax Machine | HBG2GQ00055 | 1 |
| UF-990 | Panasonic | UF-990 PanaFax | Fax Machine | UE409056 | 1 |
| C9148A | HP | 4100 MFP | Multi Function Printer | USLGY26504 | 1 |
| Q3942A | HP | 4345 | Multi Function Printer | CNJYF15700 | 1 |
| C7769B | HP | DesignJet 500 | Plotter Printer | SG25G31022 | 1 |
| 33459A | HP | LaserJet IIID | Printer - B/W | 3122J75390 | 1 |
| B241B | Epson | Stylus C66 | Printer - B/W | FXFY223423 | 1 |
| C2003A | HP | 4L | Printer - B/W | USBB069344 | 1 |
| C2037A | HP | LaserJet 4 Plus | Printer - B/W | JPFF017655 | 1 |
| C3166A | HP | 5Si | Printer - B/W | USDK017707 | 1 |
| C3166A | HP | LaserJet 5 SI | Printer - B/W | USBK133261 | 1 |
| C3166A | HP | LaserJet 5 SI | Printer - B/W | USDK014983 | 1 |
| C3166A | HP | LaserJet 5 SI | Printer - B/W | USLK216970 | 1 |
| C3916A | HP | LaserJet 5 | Printer - B/W | JPKF038877 | 1 |
| C3917A | HP | LaserJet 5M | Printer - B/W | JPKG018139 | 1 |
| C3917A | HP | LaserJet 5M | Printer - B/W | JPKK005367 | 1 |
| C3917A | HP | LaserJet 5M | Printer - B/W | JPKK010664 | 1 |
| C3917A | HP | LaserJet 5M | Printer - B/W | USKB045382 | 1 |
| C3917A | HP | LaserJet 5M | Printer - B/W | USKC048300 | 1 |

| P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|
| C3917A | HP | LaserJet 5M | Printer - B/W | USLB013712 | 1 |
| C3917A | HP | LaserJet 5M | Printer - B/W | USLB014039 | 1 |
| C3917A | HP | LaserJet 5M | Printer - B/W | USLB017136 | 1 |
| C3941A | HP | LaserJet 5L | Printer - B/W | USCB008932 | 1 |
| C3952A | HP | LaserJet 5N | Printer - B/W | US3S002683 | 1 |
| C3982A | HP | Laserjet 6MP | Printer - B/W | USCB094455 | 1 |
| C4111A | HP | 5000N | Printer - B/W | JPB3164594 | 1 |
| C4111A | HP | 5000N | Printer - B/W | JPC3019973 | 1 |
| C4118A | HP | 4000 | Printer - B/W | USEF002026 | 1 |
| C4118A | HP | 4000 | Printer - B/W | USMB313163 | 1 |
| C4119A | HP | 4000T | Printer - B/W | USNC016919 | 1 |
| C4119A | HP | 4000T | Printer - B/W | USNC017886 | 1 |
| C4119A | HP | 4000T | Printer - B/W | USNC027368 | 1 |
| C4119A | HP | 4000T | Printer - B/W | USNC028503 | 1 |
| C4119A | HP | 4000T | Printer - B/W | USNC045307 | 1 |
| C4119A | HP | 4000T | Printer - B/W | USNC065406 | 1 |
| C4119A | HP | 4000T | Printer - B/W | USNC069208 | 1 |
| C4119A | HP | 4000T | Printer - B/W | USNC203554 | 1 |
| C4119A | HP | 4000T | Printer - B/W | USNC203847 | 1 |
| C4119A | HP | 4000T | Printer - B/W | USNC205176 | 1 |
| C4119A | HP | 4000T | Printer - B/W | USNC223126 | 1 |
| C4119A | HP | 4000T | Printer - B/W | USQB009407 | 1 |
| C4120A | HP | 4000N | Printer - B/W | USMB212420 | 1 |
| C4120A | HP | 4000N | Printer - B/W | USMB242026 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USEC005846 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USEF167371 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USEK013217 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USEX005326 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USJNF05445 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USLNK24432 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USNC033591 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USNC053957 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USNC063228 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USNC112655 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USNC113051 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USNC117320 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USNC127503 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USNC137331 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USNC167007 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USNC174614 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USNC174630 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USNC176446 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USNC214812 | 1 |
| C4121A | HP | 4000TN | Printer - B/W | USQC036699 | 1 |
| C4170A | HP | Laserjet 2100 | Printer - B/W | USGH066119 | 1 |
| C4170A | HP | LaserJet 2100 | Printer - B/W | USGH066201 | 1 |
| C4170A | HP | LaserJet 2100 | Printer - B/W | USGZ088748 | 1 |
| C4224A | HP | 1100 | Printer - B/W | USGP193307 | 1 |
| C4252A | HP | 4050T | Printer - B/W | USCC051212 | 1 |
| C4252A | HP | 4050T | Printer - B/W | USCC191429 | 1 |
| C4252A | HP | 4050T | Printer - B/W | USCF036787 | 1 |
| C4252A | HP | 4050T | Printer - B/W | USQF056279 | 1 |
| C4253A | HP | 4050N | Printer - B/W | USQB006949 | 1 |
| C4253A | HP | 4050N | Printer - B/W | USQF007140 | 1 |
| C4254A | HP | 4050TN | Printer - B/W | USCC145701 | 1 |
| C4254A | HP | 4050TN | Printer - B/W | USCC149982 | 1 |
| C4254A | HP | 4050TN | Printer - B/W | USCC154692 | 1 |
| C4254A | HP | 4050TN | Printer - B/W | USQC063469 | 1 |
| C4254A | HP | 4050TN | Printer - B/W | USQC064742 | 1 |
| C4254A | HP | 4050TN | Printer - B/W | USQC088811 | 1 |
| C4254A | HP | 4050TN | Printer - B/W | USQF035590 | 1 |

| P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|
| C4254A | HP | 4050TN | Printer - B/W | USQF070569 | 1 |
| C4266A | HP | 8150N | Printer - B/W | JPBLL39695 | 1 |
| C4266A | HP | 8150N | Printer - B/W | JPBLL52576 | 1 |
| C4266A | HP | 8150N | Printer - B/W | JPBLL55898 | 1 |
| C4266A | HP | 8150N | Printer - B/W | JPBLL68944 | 1 |
| C4266A | HP | 8150N | Printer - B/W | JPBLM40820 | 1 |
| C4266A | HP | 8150N | Printer - B/W | JPBLR09118 | 1 |
| C4266A | HP | 8150N | Printer - B/W | JPBLR09119 | 1 |
| C4266A | HP | 8150N | Printer - B/W | JPBTM02529 | 1 |
| C4266A | HP | 8150N | Printer - B/W | JPDLM94643 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPBLL56369 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPBLL68943 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPBLL71340 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPBLL72244 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPBLL74388 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPBLL77965 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPBLM61907 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPBLM71229 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPBLR11869 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPDLR27084 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPDLR27275 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPDLR34747 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPDLR34834 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPDLR36169 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPDLR38148 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPDLR40099 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPDLR41151 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPDLR41219 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPDLR42046 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPDLR51392 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPDLR57311 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPDLR59983 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPDLR69402 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPDLR78271 | 1 |
| C4267A | HP | 8150DN | Printer - B/W | JPDLR87743 | 1 |
| C6409B | HP | DeskJet 882C | Printer - B/W | MY92C120B1 | 1 |
| C6431A | HP | DeskJet 940C | Printer - B/W | MY16G6C0N2 | 1 |
| C6487C | HP | DeskJet 5550 | Printer - B/W | MY26Q1S3F6 | 1 |
| C6487C | HP | DeskJet 5550 | Printer - B/W | MY2851N1GM | 1 |
| C6487C | HP | DeskJet 5550 | Printer - B/W | MY2AL1R2DG | 1 |
| C7058A | HP | 2200D | Printer - B/W | CNGSB15832 | 1 |
| C7058A | HP | 2200D | Printer - B/W | JPDGF37568 | 1 |
| C7058A | HP | 2200D | Printer - B/W | JPGGD42484 | 1 |
| C7058A | HP | 2200D | Printer - B/W | JPGGD42545 | 1 |
| C7058A | HP | 2200D | Printer - B/W | JPGGD42783 | 1 |
| C8049A | HP | 4100 | Printer - B/W | USBDC06177 | 1 |
| C8049A | HP | 4100 | Printer - B/W | USGNJ17810 | 1 |
| C8049A | HP | 4100 | Printer - B/W | USGNJ17819 | 1 |
| C8049A | HP | 4100 | Printer - B/W | USJNG05758 | 1 |
| C8049A | HP | 4100 | Printer - B/W | USJNG11487 | 1 |
| C8049A | HP | 4100 | Printer - B/W | USJNG30867 | 1 |
| C8049A | HP | 4100 | Printer - B/W | USJNH28964 | 1 |
| C8049A | HP | 4100 | Printer - B/W | USJNH31506 | 1 |
| C8049A | HP | 4100 | Printer - B/W | USJNK18045 | 1 |
| C8049A | HP | 4100 | Printer - B/W | USJNK32804 | 1 |
| C8049A | HP | 4100 | Printer - B/W | USLNG04232 | 1 |
| C8049A | HP | 4100 | Printer - B/W | USLNG18606 | 1 |
| C8049A | HP | 4100 | Printer - B/W | USLNG19128 | 1 |
| C8049A | HP | 4100 | Printer - B/W | USLNG20620 | 1 |
| C8049A | HP | 4100 | Printer - B/W | USLNH21253 | 1 |
| C8049A | HP | 4100 | Printer - B/W | USLNK01711 | 1 |

| P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|
| C8049A | HP | 4100 | Printer - B/W | USLNK03661 | 1 |
| C8049A | HP | 4100 | Printer - B/W | USLNK10285 | 1 |
| C8050A | HP | 4100N | Printer - B/W | USBNG12023 | 1 |
| C8050A | HP | 4100N | Printer - B/W | USJNH19695 | 1 |
| C8050A | HP | 4100N | Printer - B/W | USLNG01875 | 1 |
| C8050A | HP | 4100N | Printer - B/W | USLNG01876 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | JPLG024894 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | JPLGC12711 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | JPLGD04245 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | JPLGD10789 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | JPLGD19797 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | JPLGD23760 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | JPLGD24912 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | JPLGD27497 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | JPLGD27972 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | JPLGD28564 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | JPLGD36374 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | JPLGD38691 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | JPLGF06198 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | JPLGF11320 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USBNF35988 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USBNJ20551 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USBNJ27394 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USBNJ45746 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USBNK28436 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USBNK30425 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USGNK00554 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USGNK01232 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USGNK03357 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USJNF07453 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USJNF28526 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USJNF30372 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USJNF35807 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USJNJ36071 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USJNJ36737 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USJNJ36815 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USJNJ41985 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USJNJ42894 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USJNK32101 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USJNK35762 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USJNK35766 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USJNK39569 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USJNK40233 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USLNG30368 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USLNG39761 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USLNG41790 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USLNG41792 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USLNG42318 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USLNJ07580 | 1 |
| C8051A | HP | 4100TN | Printer - B/W | USLNJ23659 | 1 |
| C8962A | HP | DeskJet 5150 | Printer - B/W | MY3CC4R0N7 | 1 |
| Q2425A | HP | 4200 | Printer - B/W | CNBX101273 | 1 |
| Q2425A | HP | 4200 | Printer - B/W | CNBX138705 | 1 |
| Q2425A | HP | 4200 | Printer - B/W | CNBX234650 | 1 |
| Q2425A | HP | 4200 | Printer - B/W | CNBX234679 | 1 |
| Q2425A | HP | 4200 | Printer - B/W | CNBX237044 | 1 |
| Q2425A | HP | 4200 | Printer - B/W | CNBX239937 | 1 |
| Q2425A | HP | 4200 | Printer - B/W | USBNL17794 | 1 |
| Q2425A | HP | 4200 | Printer - B/W | USBNL17799 | 1 |
| Q2425A | HP | 4200 | Printer - B/W | USDNP23804 | 1 |
| Q2425A | HP | 4200 | Printer - B/W | USGNS45945 | 1 |

| P/N | Make | Model | Description | Serial Number | Totals |
| --- | --- | --- | --- | --- | --- |
| Q2426A | HP | 4200N | Printer - B/W | CNBX134160 | 1 |
| Q2426A | HP | 4200N | Printer - B/W | USBNP06305 | 1 |
| Q2426A | HP | 4200N | Printer - B/W | USBNP06345 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | CNBX207153 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | CNBX230970 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | CNBX303796 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | CNBX310036 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | CNBX404544 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | CNBX409688 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | CNDX201067 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | CNDX300575 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | CNDX401585 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | CNDX608478 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | CNDX609120 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | CNDX611882 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | CNGX304151 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | CNGXC61141 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USBNL26269 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USBNL26286 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USBNL26297 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USBNN17159 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USBNP14485 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USBNP14650 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USBNS09575 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNL07947 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNL10724 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNL10730 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNL17707 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNL19112 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNM06779 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNN00629 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNN05609 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNN12252 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNN15910 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNN18667 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNP09340 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNP10683 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNP10685 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNS05349 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNS07822 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNS22618 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNX00178 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNX05758 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USDNX18787 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNM00729 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNM04029 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNM04209 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNM37935 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNM39359 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNN08967 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNN56456 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNP08848 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNP13703 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNP13705 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNP27893 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNS18652 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNS19153 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNS22491 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNS52659 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNX02577 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNX02578 | 1 |

| P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|
| Q2427A | HP | 4200TN | Printer - B/W | USGNX09110 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNX09355 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNX42264 | 1 |
| Q2427A | HP | 4200TN | Printer - B/W | USGNX60852 | 1 |
| Q2431A | HP | 4300 | Printer - B/W | CNBY814292 | 1 |
| Q2433A | HP | 4300TN | Printer - B/W | CNBY709335 | 1 |
| Q2433A | HP | 4300TN | Printer - B/W | CNBY719429 | 1 |
| Q2433A | HP | 4300TN | Printer - B/W | CNDY401495 | 1 |
| Q2433A | HP | 4300TN | Printer - B/W | CNGY510981 | 1 |
| Q3722A | HP | 9050N | Printer - B/W | JPSL48V02B | 1 |
| Q5400A | HP | 4250 | Printer - B/W | CNGXB19210 | 1 |
| Q5400A | HP | 4250 | Printer - B/W | CNGXC16216 | 1 |
| Q5400A | HP | 4250 | Printer - B/W | CNGXC16233 | 1 |
| Q5400A | HP | 4250 | Printer - B/W | CNGXC16236 | 1 |
| Q5400A | HP | 4250 | Printer - B/W | CNGXG33856 | 1 |
| Q5401A | HP | 4250N | Printer - B/W | CNBXB13050 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXB13668 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXB40672 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXC00821 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXC00925 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXC01631 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXC01731 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXC02099 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXC02101 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXC14603 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXC15078 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXC24604 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXD03754 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXD07193 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXD07408 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXD07518 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXD09451 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXD17490 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXF03514 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNBXF07750 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNDXJ03095 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXB40989 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXB54970 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXC17839 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXD23248 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXD26305 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXD32078 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXD66142 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXD78490 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXD81512 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXD89558 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXF48166 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXF59747 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXF79831 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXF81357 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXG33870 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXG35452 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXG42887 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXJ23136 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXJ40599 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | CNGXL06190 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | JPDGL03855 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | USBXS01884 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | USBXX15762 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | USBXX15907 | 1 |
| Q5402A | HP | 4250TN | Printer - B/W | USBXX23560 | 1 |

| P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|
| Q5402A | HP | 4250TN | Printer - B/W | USGNX24001 | 1 |
| Q5403A | HP | 4250DTN | Printer - B/W | CNBXC35919 | 1 |
| Q5408A | HP | 4350TN | Printer - B/W | CNGXC22285 | 1 |
| Q5408A | HP | 4350TN | Printer - B/W | CNGXD37923 | 1 |
| Q5408A | HP | 4350TN | Printer - B/W | CNGXD37928 | 1 |
| Q5408A | HP | 4350TN | Printer - B/W | CNGXF37776 | 1 |
| Q5408A | HP | 4350TN | Printer - B/W | CNGXF37780 | 1 |
| Q5408A | HP | 4350TN | Printer - B/W | CNGXF37782 | 1 |
| Q5408A | HP | 4350TN | Printer - B/W | CNGXF37783 | 1 |
| Q5927A | HP | 1320 | Printer - B/W | CNHC5DD17Z | 1 |
| Q5961A | HP | 2430TN | Printer - B/W | CNDJB62803 | 1 |
| Q5961A | HP | 2430TN | Printer - B/W | CNGJC89571 | 1 |
| Q5961A | HP | 2430TN | Printer - B/W | CNGKJ76827 | 1 |
| 0N6790 | Dell | 3000CN | Printer - Color | 622L751 | 1 |
| C3662A | HP | 4600DN | Printer - Color | JPAKD11015 | 1 |
| C3662A | HP | 4600DN | Printer - Color | JPDKB42468 | 1 |
| C3662A | HP | 4600DN | Printer - Color | JPGMC51037 | 1 |
| C3662A | HP | 4600DTN | Printer - Color | JPCKD38051 | 1 |
| C3662A | HP | 4600DTN | Printer - Color | JPCKF30800 | 1 |
| C3662A | HP | 4600DTN | Printer - Color | JPGMB52665 | 1 |
| C4530A | HP | 2000C | Printer - Color | US892140R3 | 1 |
| C4562B | HP | DeskJet 695C | Printer - Color | MX92411112 | 1 |
| C4582A | HP | DeskJet 692C | Printer - Color | SG8341N0S1 | 1 |
| C7085A | HP | 4550 | Printer - Color | JPPCA23579 | 1 |
| C7087A | HP | 4550DN | Printer - Color | JPPKH36960 | 1 |
| C8108A | HP | CP1700 | Printer - Color | SG2AQ5919Y | 1 |
| C8119A | HP | Business InkJet 2230 | Printer - Color | MY25TF14P2 | 1 |
| C9016A | HP | DeskJet 5740 | Printer - Color | MY49N133NN | 1 |
| C9126A | HP | 3330 | Printer - Color | SGG2311920 | 1 |
| C9660A | HP | 4600 | Printer - Color | JPAKD03948 | 1 |
| C9660A | HP | 4600 | Printer - Color | JPBKB13632 | 1 |
| C9660A | HP | 4600 | Printer - Color | JPCKD32150 | 1 |
| C9661A | HP | 4600DN | Printer - Color | JPAKC03166 | 1 |
| C9661A | HP | 4600DN | Printer - Color | JPAKC10773 | 1 |
| C9661A | HP | 4600DN | Printer - Color | JPBKD16863 | 1 |
| C9661A | HP | 4600DN | Printer - Color | JPBKF21809 | 1 |
| C9661A | HP | 4600DN | Printer - Color | JPDKF41159 | 1 |
| C9661A | HP | 4600DN | Printer - Color | JPFMC58980 | 1 |
| C9661A | HP | 4600DN | Printer - Color | JPFMC59872 | 1 |
| C9661A | HP | 4600DN | Printer - Color | JPFND56076 | 1 |
| C9662A | HP | 4600DTN | Printer - Color | JPGMC52393 | 1 |
| C9662A | HP | 4600DTN | Printer - Color | JPGMC63002 | 1 |
| GO63-17 | Ricoh | AP206 | Printer - Color | UR45751022 | 1 |
| Phaser 8400 | Xerox | Phaser 8400 | Printer - Color | RPC073093 | 1 |
| Q1319A | HP | 3500 | Printer - Color | CNBRK08751 | 1 |
| Q3670A | HP | 4650DN | Printer - Color | JPDAC06586 | 1 |
| Q3670A | HP | 4650DN | Printer - Color | JPFAB12247 | 1 |
| Q3670A | HP | 4650DN | Printer - Color | JPFAD10256 | 1 |
| Q3670A | HP | 4650DN | Printer - Color | JPHAB24298 | 1 |
| Q3670A | HP | 4650DN | Printer - Color | JPHAC17020 | 1 |
| Q3670A | HP | 4650DN | Printer - Color | JPHAC19251 | 1 |
| Q3670A | HP | 4650DN | Printer - Color | JPHAC19978 | 1 |
| Q3670A | HP | 4650DN | Printer - Color | JPHAD20211 | 1 |
| Q3670A | HP | 4650DN | Printer - Color | JPHADT5424 | 1 |
| Q3670A | HP | 4650DN | Printer - Color | JPKAB21585 | 1 |
| Q3670A | HP | 4650DN | Printer - Color | JPKAC37606 | 1 |
| Q3670A | HP | 4650DN | Printer - Color | JPKAC38391 | 1 |
| Q3670A | HP | 4650DN | Printer - Color | JPKAD35592 | 1 |
| Q3670A | HP | 4650DN | Printer - Color | JPKAD35969 | 1 |
| Q3670A | HP | 4650DN | Printer - Color | JPKAD45103 | 1 |
| Q3670A | HP | 4650DN | Printer - Color | JPKAD45347 | 1 |

| P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|
| Q3671A | HP | 4650DTN | Printer - Color | JPKAD24693 | 1 |
| Q5983A | HP | 3800DN | Printer - Color | CNWCH44923 | 1 |
| Q5990A | HP | 3550 | Printer - Color | CNBR529766 | 1 |
| Q7492A | HP | 4700N | Printer - Color | JPGLB08052 | 1 |
| Q7492A | HP | 4700N | Printer - Color | JPLLB26651 | 1 |
| Q7493A | HP | 4700DN | Printer - Color | JPLLC06228 | 1 |
| Q7493A | HP | 4700DN | Printer - Color | JPLLC11397 | 1 |
| Q7493A | HP | 4700DN | Printer - Color | JPRLB35695 | 1 |
| Q7493A | HP | 4700DN | Printer - Color | JPRLB36870 | 1 |
| Q7493A | HP | 4700DN | Printer - Color | JPRLB39077 | 1 |
| Q7493A | HP | 4700DN | Printer - Color | JPTLB47232 | 1 |
| Q7493A | HP | 4700DN | Printer - Color | JPTLB49879 | 1 |
| Q7493A | HP | 4700DN | Printer - Color | JPTLB53231 | 1 |
| C9149A | HP | LaserJet 4101MFP | Printer - Multi-function | USRGY16008 | 1 |
| Q3945A | HP | LaserJet 4345MFP | Printer - Multi-function | CNJYF06159 | 1 |
| Q3945A | HP | LaserJet 4345MFP | Printer - Multi-function | CNJYF13534 | 1 |
| Q3945A | HP | LaserJet 4345MFP | Printer - Multi-function | CNJYF18056 | 1 |
| Q3945A | HP | LaserJet 4345MFP | Printer - Multi-function | CNJYF18737 | 1 |
| Q3945A | HP | LaserJet 4345MFP | Printer - Multi-function | CNJYF20937 | 1 |
| Q3945A | HP | LaserJet 4345MFP | Printer - Multi-function | CNJYF21444 | 1 |
| J3295A | HP | J3295A | PRO CURVE 10/100 HUB 24 | TW23409288 | 1 |
| C7710A | HP | 7400C | Scanner | CN2C2S0101 | 1 |
| C7730A | HP | 4300C | Scanner | MD05M1132W | 1 |
| C9930B | HP | Scanjet 8250 | Scanner | CN5AMTR236 | 1 |
| DR-7080C | Canon | DR-7080C | Scanner | KPD00040 | 1 |
| LDVMX | AGFA | SNAPSCAN 1212U | Scanner | 53BIC086S | 1 |
| M11037 | Canon | DR 3080C II | Scanner | DF308593 | 1 |
| M11037 | Canon | DR 3080C II | Scanner | DF308599 | 1 |
| M11037 | Canon | DR 3080C II | Scanner | DF309858 | 1 |
| M11037 | Canon | DR 3080C II | Scanner | DF310902 | 1 |
| M11037 | Canon | DR 3080C II | Scanner | DF313411 | 1 |
| M11037 | Canon | DR 3080C II | Scanner | DF313419 | 1 |
| M11039 | Canon | DR 3060 | Scanner | CE302431 | 1 |
| M11039 | Canon | DR 3060 | Scanner | CE302433 | 1 |
| M11039 | Canon | DR 3060 | Scanner | CE302687 | 1 |
| M11039 | Canon | DR 3060 | Scanner | CE302801 | 1 |
| M11039 | Canon | DR 3060 | Scanner | CE304561 | 1 |
| M11039 | Canon | DR 3060 | Scanner | CE304674 | 1 |
| M11039 | Canon | DR 3060 | Scanner | CE310385 | 1 |
| M11039 | Canon | DR-3060 | Scanner | CE303729 | 1 |
| P330A | Epson | P330A | Stylus Photo 820 | DUBK126760 | 1 |
| 25RM100N | Sharp | 25RM100N | TV | 112868268 | 1 |
| 25RM100N | Sharp | 25RM100N | TV | 112868277 | 1 |
| 25RM100N | Sharp | 25RM100N | TV | 112868296 | 1 |
| 25RM100N | Sharp | 25RM100N | TV | 112868297 | 1 |
| 25RM100N | Sharp | 25RM100N | TV | 112868385 | 1 |
| 25RM100N | Sharp | 25RM100N | TV | 112868802 | 1 |
| | | | | **Total Pieces** | **657** |

Bid Price: $ 41,171