## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| New Century Trs Holdings, Inc. ) | CASE NO. 07-10416 |
| ) | |
| DEBTORS. ) | CHAPTER 11 |

### APPEARANCE

Comes now Douglas J. DeGlopper, and enters his appearance herein on behalf of the Marion County Treasurer.

By: _____
Douglas J. DeGlopper
Attorney for Marion County Treasurer
318 E. 64th St.
Indianapolis, IN 46220
(317) 403-0098

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent upon the following by U.S. Mail this 28th day of December, 2007.

David D. Bird, Clerk
United States Bankruptcy Court for
    District of Delaware
824 Market Street, 3rd Floor
Wilmington DE 19801

Mark Collins, Michael J. Merchants,
Christopher M. Samis,
Richards, Layton & Finger, PA
One Rodney Square
920 North King St
Wilmington DE 19801

Suzzanne S. Uhland, Emily R. Culler, Ana Acevedo
O'Melveny & Myers LLP
275 Battery St
San Francisco, CA 94111

Wells Fargo Bank, NA, Trustee
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479

By: _____
Douglas J. DeGlopper
Attorney; Marion County Treasurer