*Brendetta A. Scott*
*Texas Bar No. 24012219/FIN 24592*
*Hughes, Watters & Askanase, L.L.P.*
  **333 Clay 29th Floor**
*Houston, Texas 77002*
*Telephone (713) 759-0818*
*Telecopier (713) 759-6834*

*Attorney for Movant, Appearing Pro Hac Vice*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | **CHAPTER 11** |
| | § | |
| NEW CENTURY MORTGAGE | § | CASE NO. 07-10419 (KJC) |
| CORPORATION, | § | |
| *fka* JBE MORTGAGE CORPORATION | § | JOINTLY ADMINISTERED |
| *dba* NEW CENTURY CORPORATION | § | UNDER CASE NO. 07-10416 |
| *dba* NCMN MORTGAGE CORPORATION | § | |
| *dba* NEW CENTURY MORTGAGE | § | |
| VENTURES, LLC, | § | |
| | § | |
| DEBTOR | § | |

### NOTICE OF HEARING ON
### MOTION FOR ENTRY OF ORDER AUTHORIZING DEPOSIT
### OF FUNDS INTO THE REGISTRY OF THE COURT (Doc. #4161)

YOU WILL TAKE NOTICE:

    The Motion of CITI RESIDENTIAL LENDING, INC., as attorney-in-fact and servicer-in-fact for Deutsche Bank National Trust Company, as Trustee, for Entry of Order Authorizing Deposit of Funds Into the Registry of the Court, has been scheduled for hearing in Courtroom No. 5, 824 Market St., 5th Floor, Wilmington, Delaware, at **1:30 P.M. on January 23, 2008.**

    Objections in opposition to the Motion are due by **January 16, 2008.**

    */s/ Brendetta A. Scott*    bas@hwa.com
    Brendetta A. Scott
    Texas Bar No. 24012219
    HUGHES, WATTERS & ASKANASE, L.L.P.
    333 Clay, Suite 2900
    Houston, Texas 77002
    (713) 759-0818 telephone
    (713) 759-6834 telecopier

1176959-1;AMMC:2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following parties by first class United States Mail and/or ECF delivery, this 31st day of December, 2007:

| | |
|---|---|
| New Century Mortgage Corporation<br>18400 Von Karman Ave.<br>Irvine, CA 92612 | *Debtor* |
| Mark D. Collins, Esq.<br>Michael J. Merchant, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE 19899 | *Attorneys for Debtor* |
| Suzzanne S. Uhland, Esq.<br>Ben H. Logan, Esq.<br>Victoria Newmark, Esq.<br>Emily R. Culler, Esq.<br>O'Melveny & Myers, LLP<br>275 Battery Street<br>San Francisco, CA 94111 | *Attorneys for Debtor* |
| Waylon Allen<br>Attorney at Law<br>100 Congress Ave., Suite 2100<br>Austin, Texas 78701 | *Attorney for New Century Mortgage* |
| Bonnie Glantz Fatell, Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | *Attorneys for Creditors' Committee* |
| David W. Carickhoff, Jr., Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | |
| Mark T. Power, Esq.<br>488 Madison Ave., 14th & 15th Floor<br>New York, NY 10022 | *Attorneys for Creditors' Committee* |
| Mark S. Indelicato, Esq.<br>488 Madison Ave., 14th & 15th Floor<br>New York, NY 10022 | |
| United States Trustee<br>844 King St., Room 2207<br>Lockbox 35 | *U. S. Trustee* |

1176959-1:AMMC:2004

Wilmington, DE 19899

Adam Hiller
Draper & Goldberg, PLLC
1500 North French St., 2nd Floor
Wilmington, DE 19801

Christopher M. Samis
Richards, Layton & Finger, PA
920 N. King St.
Wilmington, DE 19801

Chun I. Jang
Richards, Layton & Finger, PA
920 N. King St.
Wilmington, DE 19801

Ivan Lerer Kallick
Manatt Phelps & Phillips LLP
11344 W. Olympic Blvd.
Los Angeles, CA 90064

Marcos Alexis Ramos
Richards, Layton & Finger, PA
P.O. Box 551
Wilmington, DE 19899

Mark D. Collins
Richards, Layton & Finger, PA
P.O. Box 551
Wilmington, DE 19899

Michael Joseph Merchant
Richards, Layton & Finger, PA
P.O. Box 551
Wilmington, DE 19899

Paul Noble Heath
Richards, Layton & Finger, PA
P.O. Box 551
Wilmington, DE 19899

Russell C. Silberglied
Richards, Layton & Finger, PA
P.O. Box 551
Wilmington, DE 19899

*Additional Counsel - Case No. 07-10416*

1176959-1:AMMC:2004