UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC.,
et al.,
        Debtors.

_____/

Case No. 07-10416-KJC
Chapter 11

Jointly Administered

Ref. No. 4050

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Stay with Regard to 30 Properties, filed by UBS AG, Tampa Branch dba UBS Special Servicing Group (Doc. #4050), and the Certification of Counsel as to no opposition to said motion, it is

ORDERED, that the Motion be, and the same is hereby **GRANTED**; and it is further

ORDERED, that the automatic stay is terminated allowing UBS AG, Tampa Branch dba UBS Special Servicing Group to exercise its rights under applicable law with respect to the 30 properties identified on the list attached hereto.

Dated: Jan 7, 2008

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE