IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS, INC., et al.,

Debtors.

Chapter 11
Case No. 07-10416-KJC, et seq.

### ORDER ANNULLING AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE
(relates to Docket No. 4093)

UPON CONSIDERATION of the Motion for Annulment of the Automatic Stay (the "Motion") filed by HSBC Bank USA National Association for the Benefit of Ace Securities Corp. Home Equity Loan Trust, Series 2006-NC2 ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against the real property located at 144 Saint James, Unit 54, Irvine, CA 92606 (the "Property") under applicable non-bankruptcy law and that such relief should be given retroactive effect; it is HEREBY ORDERED as follows:

1. The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2. To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is annulled, pursuant to 11 U.S.C. § 362(d), with

*Property Address: 144 Saint James, Unit 54, Irvine, CA 92606*
*Movant: HSBC Bank USA National Association for the Benefit of Ace Securities Corp. Home Equity Loan Trust, Series 2006-NC2*
*D&G References: 211135*

respect to Movant's exercise of its rights and remedies under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of any mortgage relating to such Property, to the extent such rights and remedies exist under applicable law.

3. The annulment of the automatic stay in this order is effective as of April 2, 2007, and the automatic stay shall not apply to any act by Movant to exercise its rights and remedies under applicable non-bankruptcy law against the Property, including but not limited to the sale of such Property at foreclosure.

4. Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

5. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: Jan 7, 2008
Wilmington, Delaware

HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE