- 5 -

## CERTIFICATE OF SERVICE

I, Jason W. Staib, hereby certify that on January 8, 2008, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated.

**Joinder Of The Official Committee Of Unsecured
Creditors To The Response Of The Debtors And The
Debtors In Possession To Internal Revenue Service's
Second Objection To Motion Of The Debtors And
Debtors In Possession Pursuant To 11 U.S.C. §§ 105(a) And
362(A) For An Order Enforcing The Automatic Stay Against
The Internal Revenue Service And Granting Related Relief**

_____
Jason W. Staib (Bar No. 3779)

# New Century
## 2002 Service List
*Via Hand Delivery (Local) & First Class Mail (Non-Local)*

| | | |
|---|---|---|
| 500 Eagles Landing LLC<br>David A Meskan Manager<br>2100 Green St Apt 404<br>San Francisco, CA 94123 | Akin Gump Strauss Hauer & Feld LLP<br>James R Savin Esq David M Dunn Esq & Joanna F Newdeck Esq<br>1333 New Hampshire Ave NW<br>Washington, DC 20036 | Aldine Independent School District<br>Susan R Fuertes<br>14910 Aldine Westfield Rd<br>Houston, TX 77032 |
| Allen & Overy LLP<br>Ken Coleman Esq<br>1221 Avenue of the Americas<br>New York, NY 10020 | Angelo Gordon & Co<br>Jed A Hart<br>245 Park Ave 26th Fl<br>New York, NY 10167 | Archer & Greiner<br>Charles J Brown III & J Jackson Shrum<br>300 Delaware Ave<br>Ste 1376<br>Wilmington, DE 19801 |
| Arnold & Porter<br>Richard M Lucas Esq & Charles A Malloy Esq<br>555 Twelfth St NW<br>Washington, DC 20004 | Ashby & Geddes PA<br>Don A Beskrone Esq<br>500 Delaware Ave<br>8th Fl PO Box 1150<br>Wilmington, DE 19899 | Ashby & Geddes PA<br>William P Bowden & Gregory A Taylor<br>500 Delaware Ave<br>8th Fl PO Box 1150<br>Wilmington, DE 19899 |
| Ashcroft Wiles Ammann LLP<br>Anna S Raman Esq<br>1000 SW Broadway<br>Ste 1500<br>Portland, OR 97205 | Attornery for SIRVA Relocation<br>Glenn M Reisman Esq<br>Two Corporate Dr Ste 234<br>Shelton, CT 06484 | Attorney Generals Office<br>Bankruptcy Department<br>Carvel State Office Bldg 820 N French St 8th Fl<br>Wilmington, DE 19801 |
| Attorney General's Office<br>Bankruptcy Department<br>Capitol Station PO Box 12548<br>Austin, TX 78711-2548 | Attorney General's Office<br>Bankruptcy Department<br>1300 I St Ste 1740<br>Sacramento, CA 95814 | Attorney General's Office<br>Bankruptcy Department<br>200 St Paul Place<br>Baltimore, MD 21202-2202 |
| Baker & Hostetler LLP<br>Donald A Workman Esq<br>1050 Connecticut Ave NW Ste 1100<br>Washington, DC 20036 | Barclays Bank PLC<br>Mark Manski Esq<br>200 Park Ave<br>New York, NY 10166 | Bartlett Hackett Feinberg PC<br>Frank F McGinn Esq<br>155 Federal St 9th Fl<br>Boston, MA 02110 |
| Becket and Lee LLP<br>Gilbert B Weisman<br>PO Box 3001<br>Malvern, PA 19355-0701 | Bernstein Litowitz Berger & Grossman LLP<br>Blair A Nicholas Esq<br>12481 High Bluff Dr Ste 300<br>San Diego, CA 92130 | Bernstein Litowitz Berger & Grossman LLP<br>Salvator J Graziano Esq<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| Bifferato Gentilotti LLC<br>Ian Connor Bifferato Esq & Garvan F McDaniel Esq<br>800 N King St Plz Level<br>Wilmington, DE 19801 | Binder & Malter LLP<br>Julie H Rome Banks Esq<br>2775 Park Ave<br>Santa Clara, CA 95050 | Bingham McCutchen LLP<br>Andrew J Gallo Esq<br>150 Federal St<br>Boston, MA 02110 |
| Bingham McCutchen LLP<br>Richard H Agins Esq<br>One State St<br>Hartford, CT 06103-3178 | Bingham McCutchen LLP<br>Robert M Dombroff Esq & Steven Wilamowsky Esq<br>399 Park Ave<br>New York, NY 10022-4689 | Blank Rome LLP<br>Bonnie Glantz Fatell |

27340.01600/40172870v.1

| | | |
|---|---|---|
| Bloom Murr & Accomazzo PC<br>Eric Accomazzo & Torben Welch<br>410 17th St<br>Ste 2400<br>Denver, CO 80202 | Brice Vander Linden & Wernick PC<br>Hilary B Bonial & Tyler B Jones<br>PO Box 829009<br>Dallas, TX 72382-9009 | Broward County Revenue Collection Division<br>Jeffrey J Newton<br>Bankruptcy and Litigation Section<br>Government Center Annex 115 S Andrews Ave<br>Fort Lauderdale, FL 33301 |
| Brown McCarroll LLP<br>Patricia B Tomasco<br>111 Congress Ave Ste 1400<br>Austin, TX 78701 | Bryan Cave LLP<br>Katherine M Windler Esq<br>120 Broadway Ste 300<br>Santa Monica, CA 90401-2386 | Bryan Cave LLP<br>Lawrence P Gottesman Esq & Sukyoung Suh Esq<br>1290 Ave of the Americas<br>New York, NY 10104 |
| Buchanan Ingersoll & Rooney PC<br>Mary F Caloway Esq & Eric Lopez Schnabel Esq<br>1000 West St Ste 1410<br>Wilmington, DE 19801 | Cadwalader Wickersham & Taft LLP<br>Gregory M Petrick Esq & Angela Somers Esq<br>One World Financial Center<br>New York, NY 10281 | Cadwalader Wickersham & Taft LLP<br>Howard R Hawkins Jr Esq<br>One World Financial Center<br>New York, NY 10281 |
| Cairncross & Hempelmann PS<br>John R Knapp Jr<br>524 2nd Ave Ste 500<br>Seattle, WA 98104-2323 | California Franchise Tax Board<br>Bankruptcy Division Chapter 11<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Campbell & Levine LLC<br>Marla R Eskin Mark T Hurford<br>800 North King Street<br>Suite 300<br>Wilmington, DE 19801 |
| Celina ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD<br>Perdue Brandon Fielder Collins & Mott LLP<br>Elizabeth Banda<br>PO Box 13430 | Chadbourne & Parke LLP<br>Joseph H Smolinsky & Douglas E Deutsch<br>30 Rockefeller Plaza<br>New York, NY 10112 | Chatham County Tax Commissioner<br>Daniel T Powers<br>PO Box 8321<br>Savannah, GA 31412 |
| Citigroup Global Markets Realty Corp<br>Susan Mills & Bobbie Theivakumaran<br>390 Greenwich Street<br>6th Fl<br>New York, NY 10013 | City of Jacksonville<br>Edward C Tannen<br>117 W Duval St<br>Ste 480<br>Jacksonville, FL 32202 | Clear Capital<br>Cy Epstein<br>6030 Orchard Ave<br>Richmond, CA 94804 |
| Cohen & Grigsby PC<br>Thomas D Maxson Esq<br>11 Stanwix St 15th Fl<br>Pittsburgh, PA 15222-1319 | Comptroller of Public Accounts<br>Bankruptcy Department<br>Lyndon B Johnson State Office Building<br>111 E 17th St<br>Austin, TX 78774 | Comptroller of Public Accounts Texas<br>Jay W Hurst<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Connolly Bove Lodge & Hutz LLP<br>Jeffrey C Wisler Esq & Marc J Phillips Esq<br>The Nemours Bldg<br>1007 N Orange St PO Box 2207<br>Wilmington, DE 19899 | Connolly Bove Lodge & Hutz LLP<br>Karen C Bifferato Esq & Marc J Phillips Esq<br>The Nemours Bldg<br>1007 N Orange St PO Box 2207<br>Wilmington, DE 19899 | Connolly Bove Lodge & Hutz LLP<br>Karen C Bifferato Esq & Marc J Phillips Esq<br>1007 N Orange St<br>Wilmington, DE 19801 |
| Contrarian Capital Management LLC<br>Mark Lee<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | Cooley Godward Kronish LLP<br>Gregg S Kleiner<br>101 California St 5th Fl<br>San Francisco, CA 94111-2222 | Coremetrics Inc<br>Seth R Weissman Esq VP & General Counsel<br>1840 Gateway Dr Ste 320<br>San Mateo, CA 94404 |

| | | |
|---|---|---|
| Countrywide Home Loans Inc<br>Paul T Liu Esq & John Guerry Esq<br>5220 Las Virgenes Rd<br>MS AC 11<br>Calabasas, CA 91302 | Cross & Simon LLC<br>Christopher P Simon & Kevin S Mann<br>913 N Market St 11th Fl<br>Wilmington, DE 19899-1380 | David G Baker Esq<br>105 Union Wharf<br>Boston, MA 02109 |
| Day Pitney LLP<br>Amish R Doshi Esq<br>7 Times Sq<br>New York, NY 10036-7311 | Deckelbaum Ogens & Raftery Chtd<br>Bryn H Sherman Esq<br>3 Bethesda Metro Center Ste 200<br>Bethesda, MD 20814 | Delaware Department Of Justice<br>Bankruptcy Department<br>Division Of Securities<br>820 N French St 5th Fl<br>Wilmington, DE 19801 |
| Delaware Dept Of Labor<br>Secretary<br>4425 N Market St<br>4th Fl<br>Wilmington, DE 19802 | Delaware Dept Of Natural Resources &<br>Environmental Control<br>Bankruptcy Department<br>John A Hughes Secretary<br>89 Kings Hwy<br>Dover, DE 19901 | Delaware Sec of State<br>Division of Corporations<br>Franchise Tax Division<br>PO Box 7040<br>Dover, DE 19903 |
| Division of Unemployment Ins<br>Department of Labor<br>4425 N Market St<br>Wilmington, DE 19802 | Dorsey & Whitney LLP<br>Chris Lenhart Esq<br>50 S Sixth St Ste 1500<br>Minneapolis, MN 55402-1498 | Drinker Biddle & Reath LLP<br>Andrew C Kassner Esq & Howard A Cohen Esq<br>1100 N Market St Ste 1000<br>Wilmington, DE 19801 |
| Duane Morris LLP<br>Michael R Lastowski and Christopher M Lastowski<br>1100 N Market St Ste 1200<br>Wilmington, DE 19801 | Eckert Seamans Cherin & Mellot LLC<br>Michael Busenkell & Tara L Lattomus<br>300 Delaware Ave Ste 1210<br>Wilmington, DE 19801 | Edwards Angell Palmer & Dodge LLP<br>William E Chipman Jr Esq<br>919 Market St Ste 1500<br>Wilmington, DE 19801 |
| eMortgage Logic LLC<br>Gene O Bannon Exce VP<br>8317 Whitley Rd<br>Fort Worth, TX 76148 | Employee Benefits Security Administration<br>Philadelphia Regional Office<br>Mabel Capolongo Director<br>Curtis Ctr<br>170 S Independence Mall West Ste 870 West<br>Philadelphia, PA 19106-3317 | Erskine & Tulley A Professional Corporation<br>Robert P Gates Esq<br>220 Montgomery St Ste 303<br>San Francisco, CA 94104 |
| Ervin Cohen & Jessup LLP<br>Randall S Leff Esq & Eric M Heller Esq<br>9401 Wilshire Blvd 9th Fl<br>Beverly Hills, CA 90212-2974 | Eschelon Telecom Inc<br>Dennis D Ahlers<br>730 Second Ave S Ste 900<br>Minneapolis, MN 55402 | Farrell Frtiz PC<br>Ted A Berkowitz<br>1320 Reckson Plaza<br>Uniondale, NY 11556-1320 |
| Featherstone Petrie DeSisto LLP<br>Andrew J Petrie<br>600 17th St Ste 2400 S<br>Denver, CO 80202-5424 | Fidelity National Title Company<br>Attn Wayne Fong<br>17911 Von Karman<br>Ste 300<br>Irvine, CA 92614-6253 | Filardi Law Offices LLC<br>Charles J Filardi Jr<br>65 Trumbull St<br>Second Floor<br>New Haven, CT 06510 |
| Finlayson Augustini & Williams LLP<br>Jesse S Finlayson & Michael R Williams<br>110 Newport Center Dr<br>Ste 100<br>Newport Beach, CA 92660 | Fox Rothschild LLP<br>Daniel K Astin & Anthony M Saccullo & Carl D Neff Esq<br>Citizens Bank Center<br>919 N Market St Ste 1300 PO Box 2323<br>Wilmington, DE 19899-2323 | Frank Gecker LLP<br>Joseph D Frank<br>325 N LaSalle St Ste 625<br>Chicago, IL 60610 |

| | | |
|---|---|---|
| Friedlander Misler Sloan Kletzkin & Ochsman PLLC<br>Robert E Greenberg Esq<br>1101 Seventeenth St NW Ste 700<br>Washington, DC 20036-4704 | Gay McCall Isaacs Gordon & Roberts PC<br>David McCall<br>777 E 15th St<br>Plano, TX 75074 | Gebhardt & Smith LLP<br>Michael G Gallerizzo Esq<br>901 Market St Ste 451<br>Wilmington, DE 19801 |
| Gerard Singer Levick PC<br>Larry A Levick Esq & Michelle E Shriro Esq<br>16200 Addison Rd Ste 140<br>Addison, TX 75001 | GMAC Commercial Finance LLC<br>Hernando Azarcon<br>Senior Legal Coordinator<br>3000 Town Center Ste 280<br>Southfield, MI 48075 | Goldberg Kamin & Garvin<br>John J Arminas Esq<br>1806 Frick Bldg<br>437 Grant St<br>Pittsburgh, PA 15219 |
| Graham Vaage & Cisneros<br>Susan L Vaage<br>500 N Brand Blvd Ste 1030<br>Glendale, CA 91203 | Grant & Morasse<br>Steven R Morasse & Desmond J Collins<br>4921 Birch St<br>Ste 120<br>Newport Beach, CA 92660 | Greenberg Traurig LLP<br>Daniel Ansell & Kenneth Philbin<br>MetLife Building<br>200 Park Ave<br>New York, NY 10166 |
| Greenberg Traurig LLP<br>Victoria W Counihan & Dennis A Meloro<br>The Nemours Bldg<br>1007 N Orange St Ste 1200<br>Wilmington, DE 19801 | Greenwich Capital Financial Products<br>General Counsel & Frank Skibo<br>600 Steamboat Rd<br>Greenwich, CT 06830 | Gust Rosenfeld PLC<br>Madeleine C Wanslee<br>210 E Washington Ste 800<br>Phoenix, AZ 85004-2327 |
| Hahn & Hessen LLP<br>Mark T Power, Mark S Indelicato and Jeffrey L Schwartz<br>488 Madison Avenue<br>14th and 15th Floor<br>New York, NY 10022 | Honigman Miller Schwartz & Cohn LLP<br>Bruce L Segal<br>38500 Woodward Ave Ste 100<br>Bloomfield Hills, MI 48304 | Hunton & Williams LLP<br>JR Smith & Jason W Harbour<br>Riverfront Plaza E Tower<br>951 E Byrd St<br>Richmond, VA 23219 |
| IBM Corporation<br>Vicky Namken<br>13800 Diplomat Dr<br>Dallas, TX 75234 | IBM Credit LLC<br>Bruce Gordon<br>Special Handling Group MD NC322<br>North Castle Dr<br>Armonk, NY 10504 | IKON Financial Services<br>Rosa Dominy<br>1738 Bass Rd<br>P.O. Box 13708<br>Macon, GA 31208-3708 |
| Ikon Office Solutions Recovery & Bankruptcy<br>Keith Clements<br>3920 Arkwright Rd Ste 400<br>Macon, GA 31210 | Imperial County Treasurer - Tax Collector<br>Flora Garcia<br>940 West Main Street<br>Suite 106<br>El Centro, CA 92243 | Integrated Payment Systems Inc<br>Larry Thomas<br>Meridian Bldg<br>12500 E Belford Ave Mail Stop M12B<br>Englewood, CO 80112 |
| Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz<br>Rm 1150<br>Baltimore, MD 21201 | Irs Local Office<br>844 King St<br>Wilmington, DE 19801 | Jeffer Mangels Butler & Marmaro LLP<br>Barry Freeman Esq & David Poitras Esq<br>1900 Ave of the Stars 7th Fl<br>Los Angeles, CA 90067 |
| John P Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | Jorden Burt LLP<br>Frank G Burt Esq Raul A Cuervo Esq & W Glenn Merten Esq<br>1025 Thomas Jefferson St NW<br>Ste 400 E<br>Washington, DC 20007-5208 | Katsky Korins LLP<br>Steven H Newman<br>605 Third Ave 16Th Floor<br>New York, NY 10158 |

| | | |
|---|---|---|
| Kaye Scholer LLP<br>Margot B Schonholtz & Mark F Liscio<br>425 Park Ave<br>New York, NY 10022 | Kelley Drye & Warren LLP<br>David E Retter Esq & Christen A Lambrianakos Esq<br>101 Park Ave<br>New York, NY 10178 | Kirkland & Ellis LLP<br>Paul M Basta & Joshua A Sussberg<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>Edward M Fox Esq<br>599 Lexington Ave<br>New York, NY 10022-6030 | Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>Michael J Missal<br>1601 K Street NW<br>Washington, DC 20006 | Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>Rebecca L Kline Dubill Esq & Stephen G Topetzes Esq<br>1601 K Street NW<br>Washington, DC 20006-1600 |
| Kitchens Kelley Gaynes PC<br>Heather D Dawson Esq<br>11 Piedmont Center Ste 900<br>3495 Piedmont Rd NE<br>Atlanta, GA 30305 | Klehr Harrison Harvey Branzburg & Ellers LLP<br>Joanne B Wills Esq & Michael W Yurkewicz Esq<br>919 Market St Ste 1000<br>Wilmington, DE 19801 | Klehr Harrison Harvey Branzburg & Ellers LLP<br>Richard M Beck Esq & Christopher A Ward Esq<br>919 Market St Ste 1000<br>Wilmington, DE 19801 |
| Klehr Harrison Harvey Branzburg & Ellers LLP<br>Richard M Beck Esq & Michael W Yurkewicz Esq<br>919 Market St Ste 1000<br>Wilmington, DE 19801 | Lamm Rubenstone Lesavoy Butz & David LLC<br>Sherry D Lowe Esq<br>3600 Horizon Blvd Ste 200<br>Trevose, PA 19053 | Landis Rath & Cobb LLP<br>Adam G Landis Esq<br>919 Market St Ste 600<br>Wilmington, DE 19801 |
| Landis Rath & Cobb LLP<br>Richard S Cobb Esq & Matthew B McGuire Esq<br>919 Market St Ste 600<br>Wilmington, DE 19801 | Lankenau & Miller LLP<br>Stuart J Miller<br>1775 Broadway Ste 610<br>New York, NY 10019 | Latham & Watkins LLP<br>Michael J Riela<br>885 Third Ave<br>53rd at Third Ste 1000<br>New York, NY 10022-4068 |
| Law Office of James F Bailey PA<br>James F Bailey Jr<br>Three Mill Rd<br>Ste 306A<br>Wilmington, DE 19806 | Law Office of John A Vos<br>John A Vos Esq<br>1430 Lincoln Ave<br>San Rafael, CA 94901 | Law Offices of Michael McArdle<br>Michael McArdle Esq<br>204 Lafayette St<br>Salem, MA 01970 |
| Law Offices of Robert E Luna PC<br>Andrea Sheehan Esq<br>4411 N Central Expressway<br>Dallas, TX 75205 | Sullivan Hazeltine Allinson LLC<br>Willam A Hazeltine Esq<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801 | Leo & Weber PC<br>T Scott Leo Esq and Grace Winkler Cranley Esq<br>One N LaSalle St Ste 3600<br>Chicago, IL 60602 |
| Leslie Marks<br>3099 Suter St<br>Oakland, CA 94602 | Levy Small & Iallas<br>Leo D Plotkin Esq<br>815 Moraga Dr<br>Los Angeles, CA 90049-1633 | Linebarger Goggan Blair & Sampson LLP<br>David G Aelvoet<br>Travis Bldg 711 Navarro Ste 300<br>San Antonio, TX 78205 |
| Linebarger Goggan Blair & Sampson LLP<br>Diane W Sanders<br>1949 South IH 35<br>PO Box 17428<br>Austin, TX 78760 | Linebarger Goggan Blair & Sampson LLP<br>Elizabeth Weller<br>2323 Bryan St Ste 1600<br>Dallas, TX 75201 | Linebarger Goggan Blair & Sampson LLP<br>John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 |

27340.01600/40172870v.1

| | | |
|---|---|---|
| Lowenstein Sandler PC<br>Michael S Etkin Esq & Ira M Levee Esq<br>65 Livingston Ave<br>Roseland, NJ 07068 | Machiline Xiong<br>603 Jensen Place<br>Placentia, CA 92870 | Malolm & Cisneros A Law Corporation<br>William G Malcolm<br>2112 Business Center Dr 2nd Fl<br>Irvine, CA 92612 |
| Manatee County Tax Collector<br>Susan D. Profant and Ken Burton Jr.<br>PO Box 25300<br>819 US 301 Blvd W<br>Bradenton, FL 34206-5300 | Margolis Edelstein<br>James E Huggett Esq<br>750 S Madison St Ste 102<br>Wilmington, DE 19801 | Maryland State Dept of Assessments and Taxation<br>Bankruptcy Department<br>301 W Preston St<br>Baltimore, MD 21201 |
| Mayer Brown LLP<br>Thomas S Kiriakos Esq & Sean T Scott Esq<br>71 S Wacker Dr<br>Chicago, IL 60606 | Mayer Brown Rowe & Maw LLP<br>Raniero D Aversa Jr Esq & Laura D Metzger Esq<br>1675 Broadway<br>New York, NY 10019-5820 | McCalla Raymer LLC<br>A Michelle Hart<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| McCarter & English LLP<br>William F Taylor Jr Esq & Katharine L Mayer Esq<br>919 N Market Ste 1800<br>PO Box 111<br>Wilmington, DE 19899 | McCreary Veselkda Bragg & Allen PC<br>Michael Reed<br>PO Box 1269<br>Round Rock, TX 78680 | McGuire Woods LLP<br>David I Swan Esq & Kenneth M Misken Esq<br>1750 Tysons Blvd Ste 1800<br>McLean, VA 22102-4215 |
| McGuire Woods LLP<br>Sally E Edison Esq<br>Dominion Tower<br>625 Liberty Ave 23rd Fl<br>Pittsburgh, PA 15222-3142 | Miami Dade County Tax Collector<br>Paralegal Unit Linda Eugene<br>140 W Flagler St<br>Ste 1403<br>Miami, FL 33130 | Michael A Cox<br>Attorney General<br>Cadillac Pl<br>3030 W Grand Blvd Ste 10 200<br>Detroit, MI 48202 |
| Milbank Tweed Hadley & McCloy LLP<br>Luc A Despins Esq & Wilbur F Foster Esq<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Missouri Department of Revenue Bankruptcy Unit<br>Sheryl L Moreau<br>General Counsels Office<br>301 W High St Room 670 PO Box 475<br>Jefferson City, MO 65105-0475 | Monzack & Monaco PA<br>Francis A Monaco Jr Esq<br>1201 N Orange St Ste 400<br>PO Box 2031<br>Wilmington, DE 19899-2031 |
| Morris James LLP<br>Brett D Fallon Esq<br>500 Delaware Ave Ste 1500<br>PO Box 2306<br>Wilmington, DE 19899-2306 | Morris James LLP<br>Stephen M Miller<br>500 Delaware Ave Ste 1500<br>PO Box 2306<br>Wilmington, DE 19899-2306 | Morris Nichols Arsht & Tunnel LLP<br>Robert J Dehney Gregory W Werkheiser & Daniel B Butz<br>1201 N Market St<br>PO Box 1347<br>Wilmington, DE 19899-1347 |
| Munsch Hardt Kopf & Harr PC<br>Mark H Ralston Esq & Davor Rukavina Esq<br>3800 Lincoln Plz<br>500 N Akard St<br>Dallas, TX 75201 | Nixon Peabody LLP<br>Dennis J Drebsky Esq<br>437 Madison Ave<br>New York, NY 10022 | Nixon Peabody LLP<br>Mark N Berman Esq<br>100 Summer St<br>Boston, MA 02110-1832 |
| Northeast Regional Office<br>Bankruptcy Department<br>Mark Schonfeld Regional Director<br>3 World Financial Ctr Room 4300<br>New York, NY 10281 | O'Melveny & Myers LLP<br>Suzzanne S Uhland Ben H Logan Victoria Newmark Emily R Culler<br>275 Battery Street<br>San Francisco, CA 94111 | Office of Joe G Tedder CFC<br>Sari E Meador<br>Delinquency and Enforcement<br>Tax Collector for Polk County Florida PO Box 2016<br>Bartow, FL 33831-2016 |

Office of the Attorney General
Carol E Momjian
21 S 12th St
3rd Fl
Philadelphia, PA 19107

Office of the United States Trustee
Joseph J McMahon Jr Esquire
J Caleb Boggs Federal Building
844 King Street Room 2207 Lockbox #35
Wilmington, DE 19801

Office of the US Trustee
844 King St
Ste 2313 Lockbox 35
Wilmington, DE 19801-3519

Ohio Attorney's General Office
Matthew J Lampke Assistant Chief
30 E Broad St 26th Fl
Columbus, OH 43215-4200

Oklahoma County Treasurer
Gretchen Crawford
Assistant District Attorney
320 Robert S Kerr Room 307
Oklahoma City, OK 73102

Olson Cannon Gormley & Desruisseaux
Christine Roberts
9950 W Cheyenne Ave
Las Vegas, NV 89129

Pasadena ISD
Dexter D Joyner
4701 Preston
Pasadena, TX 77505

Paul Hastings Janofsky & Walker LLP
Keith W Miller & James R Bliss
Park Ave Tower
75 E 55th St First Floor
New York, NY 10022

Paul Hastings Janofsky & Walker LLP
Richard A Chesley & Kimberly D Newmarch
191 N Wacker Dr
30th Fl
Chicago, IL 60606

Pepper Hamilton
David M. Fournier
1313 Market Street
Suite 5100
Wilmington, DE 19801

Pepper Hamilton LLP
David B Stratton Esq
Hercules Plz Ste 5100
1313 Market St PO Box 1709
Wilmington, DE 19899-1709

Pepper Hamilton LLP
Henry Jaffe Esq
1313 Market St
PO Box 1709
Wilmington, DE 19899-1709

Perdue Brandon Fielder Collins & Mott LLP
John Banks
3301 Northland Dr Ste 505
Austin, TX 78731

Phelan Hallinan and Schmieg LLP
Judith T Romano Esq
1617 John F Kennedy Blvd Ste 1400
Philadelphia, PA 19103

Phillips Goldman & Spence PA
Lisa C McLaughlin Esq
1200 N Broom St
Wilmington, DE 19806

Pima County Attorney Civil Division
German Yusufov & Terri A Roberts & Barbara Lawall
32 N Stone Ste 2100
Tucson, AZ 85701

Potter Anderson & Corroon LLP
Laurie Selber Silverstein Esq
1313 N Market St 6th Fl
Wilmington, DE 19801

Property Management Professionals LLC
Kurt Henry
1512 Royce Dr
Locust Grove, GA 30248

Proskauer Rose LLP
Sheldon I Hirshon Esq
1585 Broadway
New York, NY 10036-8299

Quadrangle Group LLC
Michael Weinstock
375 Park Ave 14th Fl
New York, NY 10152

Qwest Legal Department
Mitchell W Katz Esq
1801 California St Ste 900
Denver, CO 80202

Ray Wood & Bonilla
Andrew Dylan Wood
PO Box 165001
Austin, TX 78716

Receivable Management Services
Phyllis A Hayes
PO Box 5126
Timonium, MD 21094

Reed Smith LLP
Claudia Z Springer Esq
2500 One Liberty Pl
1650 Market St
Philadelphia, PA 19103-7301

Reed Smith LLP
Kurt F Gwynne Esq
1201 Market St Ste 1500
Wilmington, DE 19801

Reeves & Seidler
Felix A Seidler
2527 Santa Clara Ave
Alameda, CA 94501-4633

Rich F Martin
8109 Santa Luz Village Green S
San Diego, CA 92127

| | | |
|---|---|---|
| Richards Layton & Finger PA<br>Mark D Collins Michael J Merchant<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | Riverside Claims LLC<br>PO Box 626<br>Planetarium Station<br>New York, NY 10024 | Robert P Cocco PC<br>Robert P Cocco Esq<br>437 Chestnut St Ste 1006<br>Philadelphia, PA 19106 |
| Rosenthal Monhait & Goddess PA<br>Norman M Monhait Esq<br>919 Market St Ste 1401<br>PO Box 1070<br>Wilmington, DE 19899-1070 | Santoro Driggs Walch Kearney Johnson & Thompson<br>Victoria L Nelson Esq & Ogonna M Atamoh Esq<br>400 S Fourth St Third Fl<br>Las Vegas, NV 89101 | Saul Eqing LLP<br>Mark Minuti Esq<br>222 Delaware Ave Ste 1200<br>PO Box 1266<br>Wilmington, DE 19899 |
| SEC<br>15th & Pennsylvania Ave NW<br>Washington, DC 20020 | SEC<br>Nathan Fuchs<br>233 Broadway<br>New York, NY 10279 | Sec Headquarters<br>Bankruptcy Department<br>Office Of Investor Education And Assistance<br>100 F St Ne<br>Washington, DC 20549 |
| Secretary Of State<br>Division Of Corporations<br>Franchise Tax<br>PO Box 7040<br>Dover, DE 19903 | Secretary Of Treasury<br>PO Box 7040<br>Dover, DE 19903 | Securities & Exchange Commission<br>100 F St Ne<br>Washington, DC 20549 |
| Sherwood and Hardgrove<br>Don C Sherwood Esq<br>11812 San Vincente Blvd Ste 210<br>Los Angeles, CA 90049-6622 | Shipman & Goodwin LLP<br>Julie A Manning Esq<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Skadden Arps Slate Meagher & Flom LLP<br>DJ Baker Esq & Rosalie W Gray Esq<br>Four Time Square<br>New York, NY 10036-6522 |
| Skadden Arps Slate Meagher & Flom LLP<br>Megan E Cleghorn Esq<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899-0636 | Slatkin & Reynolds, P.A.<br>Robert F. Reynolds<br>One East Broward Boulevard<br>Suite 700<br>Fort Lauderdale, FL 33301 | Smith Stern Friedman & Nelms PC<br>Fielder F Nelms Esq<br>6688 North Central Expressway<br>Suite 550 LB 37<br>Dallas, TX 75206 |
| State Board of Equalization<br>Bankruptcy Department<br>PO Box 942879<br>Sacramento, CA 94279-0001 | State of Delaware<br>Randy Weller MS 25<br>Div of Revenue<br>820 N French St 8th Fl<br>Wilmington, DE 19801-0820 | State Of Delaware Division Of Revenue<br>Bankruptcy Department<br>Carvel State Office Bldg 820 N French St<br>Wilmington, DE 19801 |
| State of Michigan Dpet of Treasury<br>Deborah Waldmeir<br>Cadillac Pl<br>3030 W Grand Blvd Ste 10 200<br>Detroit, MI 48202 | State of New Jersey Division of Taxation & Department of Labor<br>Anne Milgram<br>25 Market St PO Box 119<br>Richard J Hughes Justice Complex<br>Trenton, NJ 08625-0119 | State Treasurer's Office<br>Bankruptcy Department<br>915 Capitol Mall Suite 110<br>Sacramento, CA 95814 |
| Stevens & Lee PC<br>Joseph Grey<br>1105 N Market St<br>Seventh Fl<br>Wilmington, DE 19801 | Stites & Harison PLLC<br>Robert Goodrich Esq<br>1800 Fifth Third Center<br>424 Church St<br>Nashville, TN 37219-2376 | Tennessee Dept of Labor & Workforce Development<br>c/o TN Atty General Office<br>PO Box 20207<br>Nashville, TN 37202-0207 |

27340.01600/40172870v.1

| | | |
|---|---|---|
| The Bayard Firm<br>Charlene D Davis Esq<br>Charlene D Davie Esq<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19801 | The Bayard Firm<br>Neil B Glassman Esq & Steven M Yoder Esq<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19801 | The CIT Group Business Credit Inc<br>Renee Singer<br>505 Fifth Ave<br>3rd Fl<br>New York, NY 10017 |
| The Gardner Firm PC<br>Mary E Olsen M Vance McCrary & J Cecil Gardner<br>1119 Government St<br>PO Drawer 3103<br>Mobile, AL 36652 | The Ralston Law Firm<br>Mark H Ralston Esq<br>2603 Oak Lawn Ave Ste 230 LB 2<br>Dallas, TX 75219-9109 | The State of MI Dept of Treasury<br>Michael A Cox & Julius O Curling<br>3030 W Grand Blvd<br>Cadillac Place Ste 10 200<br>Detroit, MI 48202 |
| Time Warner Telecom Inc<br>Linda Boyle<br>10475 Park Meadows Dr<br>Ste 400<br>Littelton, CO 80124 | Trainor Fairbrook<br>Nancy Hotchkiss Esq<br>PO Box 255824<br>Sacramento, CA 95865 | Travelers<br>Scot Freeman Case Manager<br>National Accounts<br>1 Tower Sq 5MN<br>Hartford, CT 06183-4044 |
| Trush Law Office<br>James M Trush Esq<br>695 Town Center Dr Ste 700<br>Costa Mesa, CA 92626-7187 | Turner Reynolds Greco & O'Hara<br>Richard J Reynolds<br>16485 Laguna Canyon Rd Ste 250<br>Irvine, CA 92618 | Union Bank of California<br>Diane J Richey Esq Vice President and Senior Counsel<br>445 S Figueroa St<br>Los Angeles, CA 90071 |
| US Attorneys Office<br>Ellen W Slights<br>1007 Orange St<br>7th Fl<br>Wilmington, DE 19899-2046 | US Department of Justice<br>Alberto P Gonzales<br>US Attorney General<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | Us Dept Of Labor<br>Administrative Review Board<br>Frances Perkins Building<br>200 Constitution Ave Nw<br>Washington, DC 20210 |
| Us Dept Of Labor<br>Benefits Review Board<br>Frances Perkins Building<br>200 Constitution Ave Nw<br>Washington, DC 20210 | Us Dept Of Labor<br>Employee Benefits Security Admin LA Regional Office<br>1055 E Colorado Blvd Ste 200<br>Attn Billy Beaver<br>Pasadena, CA 91106-2341 | Us Dept Of Labor<br>Secretary Elaine Chao<br>Frances Perkins Building<br>200 Constitution Ave Nw<br>Washington, DC 20210 |
| Vinson & Elkins LLP<br>John E Mitchell Esq<br>Trammell Crow Center<br>2001 Ross Ave Ste 3700<br>Dallas, TX 75201 | Warren H Smith & Associates<br>Warren H Smith<br>325 N St Paul<br>Ste 1275 Republic Center<br>Dallas, TX 75201 | Washington Mutual<br>David H Zielke Esq Vice President & Assitant General Counsel<br>1301 Second Ave WMC 3501<br>Seattle, WA 98101 |
| Weiland Golden Smiley Wang Ekvall & Strok LLP<br>Jeffrey I Golden Esq & Hutchinson B Meltzer Esq<br>650 Town Center Dr Ste 950<br>Costa Mesa, CA 92626 | Wells Fargo Bank NA<br>Thomas M Korsman Vice President<br>MAC N9303-120<br>608 2nd Ave S<br>Minneapolis, MN 55479 | Werb & Sullivan<br>Brian A. Sullivan & Amy D. Brown<br>300 Delaware Avenue<br>13th Floor<br>Wilmington, DE 19801 |
| William D Sullivan LLC<br>Elihu E Allinson III Esq<br>4 E 8th St Ste 400<br>Wilmington, DE 19801 | Wilshire Credit Corporation<br>PO Box 1650<br>Portland, OR 97207-1650 | Winston & Strawn LLP<br>Matthew Botica Esq David Wirt Esq & Grayson Walter Esq<br>35 W Wacker Dr<br>Chicago, IL 60601 |

27340.01600/40172870v.1

| | | |
|---|---|---|
| Wolfe & Wyman LLP<br>Stuart B Wolfe Esq & Yaron Shaham Esq<br>5 Park Plz Ste 1100<br>Irvine, CA 92614 | Wolff & Samson PC<br>Carlos G Manalansan Esq<br>The Offices of Crystal Lake<br>One Boland Dr<br>West Orange, NJ 07052 | Womac & Associates<br>Brian D Womac & Denise H Mitchell<br>Two Memorial City Plaza<br>820 Gessner Ste 1540<br>Houston, TX 77024 |
| Womble Carlyle Sandridge & Rice PLLC<br>Steven K Kortanek<br>222 Delaware Ave<br>Ste 1501<br>Wilmington, DE 19801 | Wright Finlay & Zak LLP<br>T Robert Finlay Esq & Donna L La Porte Esq<br>4665 MacArthur Ct Ste 280<br>Newport Beach, CA 92660 | XRoads Case Management Services<br>PO Box 8901<br>Marina Del Rey, CA 90295 |
| Yellow Book USA<br>Philip Thompson<br>Collections Department<br>2560 Renaissance Blvd<br>King of Prussia, PA 19406 | Young Conaway Stargatt & Taylor LLP<br>Michael R Nestor<br>The Brandywine Bldg<br>1000 West St 17th Fl PO Box 391<br>Wilmington, DE 19899-0391 | Young Conaway Stargatt & Taylor LLP<br>Robert S Brady<br>The Brandywine Bldg<br>1000 West St 17th Fl PO Box 391<br>Wilmington, DE 19899-0391 |
| Zachary Mosner<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Ave Ste 2000<br>Seattle, WA 98104-3188 | | |