## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., a | ) | Case No. 07-10416 (KJC) |
| Delaware corporation, *et al.*[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Objection Deadline:** January 28, 2008 at 4:00 p.m. |

### FIRST COMBINED MONTHLY APPLICATION OF ERNST & YOUNG LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS TAX ADVISORY SERVICES PROVIDER TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MAY 1, 2007 THROUGH AUGUST 3, 2007

| | |
|---|---|
| Name of Applicant: | Ernst & Young, LLP |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession |
| Date of Retention: | May 1, 2007 |
| Period for which compensation And reimbursement are sought: | May 1, 2007 through August 3, 2007 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $19,240.00 (80% of $24,050.00) |
| Amount of Expense Reimbursement sought | |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

1

As actual, reasonable, and necessary:         $    98.00

There is an(n):  __X__ monthly  _____ interim  _____ final application

Prior Application Filed:  No prior application has been filed.

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Richard Magnuson | Partner<br>27 years experience | $ 630 | 26.0 | $16,380.00 |
| Linda McCall | Executive Director (Principal)<br>27 years experience | $ 590 | 13.0 | $7,670.00 |
| **TOTAL** | | | 39.0 | $24,050.00 |

|  |  |
|---|---|
| Grand Total | $24,050.00 |
| Total Hours | 39.0 |
| Blended Rate | $616.67 |

Dated:   January 4, 2008
         Los Angeles, CA

2

DETR_486268 3

Case 07-10416-BLS    Doc 4341    Filed 01/08/08    Page 3 of 9

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Mark to Market Calculation | 15.0 | $9,450.00 |
| REMIC Securities | 20.0 | $12,080.00 |
| 2006 Federal income tax return | 4.0 | $2,520.00 |
| **TOTAL** | **39.0** | **$24,050.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Mileage and Parking | $98.00 |
| **TOTAL** | **$98.00** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NEW CENTURY TRS HOLDINGS, INC., a ) | Case No. 07-10416 (KJC) |
| Delaware corporation, *et al*.[2] ) | Jointly Administered |
| ) | |
| Debtors. ) | **Objection Deadline: January 28, 2008 at 4:00 p.m.** |

### FIRST COMBINED MONTHLY APPLICATION OF ERNST & YOUNG LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MAY 1, 2007 THROUGH AUGUST 3, 2007

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 [Docket No. 389] (the "Administrative Order"), Ernst & Young LLP ("E&Y") hereby files this First Combined Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Tax Advisory Services Provider to the Debtors and Debtors in

---

[2] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation

Possession for the Period From May 1, 2007 through and including August 3, 2007 (the "Application"). By this Application, E&Y seeks a monthly allowance pursuant to the Administrative Order with respect to the sums of $19,240.00 (80% of $24,050.00) as compensation and $98.00 for reimbursement of actual and necessary expenses for a total of $19,338.00 for the period May 1, 2007 through and including August 3, 2007 (the "Compensation Period"). In support of this Application, E&Y respectfully represents as follows:

### Background

1. On April 2, 2007 (the "Petition Date"), New Century Financial Corporation, New Century TRS Holdings, Inc., New Century Mortgage Corporation, NC Capital Corporation, Homes123 Corporation, New Century Credit Corporation, NC Asset Holding, L.P., NC Residual III Corporation, NC Residual IV Corporation, New Century R.E.O. Corp., New Century R.E.O. II Corp., New Century R.E.O. III Corp., New Century Mortgage Ventures, LLC, NC Deltex, LLC and NCoral, L.P. (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. The Debtors' retention of E&Y was approved effective as of May 1, 2007 by this Court's Order dated July 19, 2007 (the "Retention Order"). The Retention Order authorized E&Y to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### Compensation Paid and Its Source

3. All services for which compensation is requested by E&Y were performed for or on behalf of the Debtors.

4. Except to the extent of the retainer paid to E&Y as described in the application seeking approval of E&Y's employment by the Debtors during the period covered by this

5

Application, E&Y has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between E&Y and any other person other than the directors of E&Y for the sharing of compensation to be received for services rendered in these cases.

### Fee Statements

5.  The fee statement for the Compensation Period is attached hereto as Exhibit A. This statement contains daily time logs describing the time spent by each professional for this period. To the best of E&Y's knowledge, this Application complies with section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Administrative Order.

### Actual and Necessary Expenses

6.  A summary of actual and necessary expenses and daily logs of expenses incurred by E&Y during the Compensation Period is attached hereto as Exhibit B.

7.  E&Y believes the foregoing rates are the market rates that the majority of accounting firms charges clients for such services.

### Summary of Services Rendered

8.  The professionals of E&Y who have rendered professional services in these cases are as follows: Richard Magnuson and Linda McCall.

9.  E&Y, by and through the above-named persons, expended time in:

    - Consultation related to market calculations and associated repurchase loan requirements;
    - Consultation related to the tax treatment of certain REMIC securities held by New Century; and

- Consultation related to the calculation of tax adjustments related to these issues to assist the Company in preparation o the 2006 Federal income tax return.

## Valuation of Services

10. Professionals of E&Y have expended a total of 39.0 hours in connection with this matter during the Compensation Period, as follows:

| Professionals    | Hours | Hourly Rate |
|------------------|-------|-------------|
| Richard Magnuson | 26.0  | $630        |
| Linda McCall     | 13.0  | $590        |

The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto. These are E&Y's normal hourly rates for work of this character. The reasonable value of the services rendered by E&Y to the Debtors during the Compensation Period is $24,050.00

11. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by E&Y is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, E&Y respectfully requests that the Court enter an order providing that for the Compensation Period, an allowance be made to E&Y in the sum of $19,240.00 (80% of $24,050.00) as compensation for necessary professional services rendered, and the sum of $98.00 for reimbursement of actual necessary costs and expenses, for a total of $19,338.00, and that such sums be authorized for payment, and for such other and further relief as this Court may deem just and proper.

Dated: January 4, 2008
      Los Angeles, California

_____
Richard Magnuson
Ernst & Young LLP
Dept. 6793
Los Angeles, CA 90084
*Tax Advisory Services Provider for*
*Debtors and Debtors in Possession*

# VERIFICATION

STATE OF CALIFORNIA            )
                               ) SS:
COUNTY OF LOS ANGELES          )

Richard Magnuson, being duly sworn, deposes and says:

a)  I am a Partner with the applicant firm, Ernst & Young LLP.

b)  I am familiar with the work performed on behalf of the Debtors by the firm.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

_____
Richard Magnuson

SWORN AND SUBSCRIBED before me
This _8th_ day of January, 2008.

_____
Notary Public
My Commission Expires: _11/28/2011_

ALFONSO PENA
Commission # 1771120
Notary Public - California
Los Angeles County
My Comm. Expires Oct 28, 2011

DETR_486268.3

9