# EXHIBIT A

DETR_486268 3

| Emp/Vendor | Rank | Descr | Incur Dt | Bill Rate | Quantity | Std Fees | Activity Code | Vendor ID |
|---|---|---|---|---|---|---|---|---|
| Magnuson Jr,Richard R. US011392341 | 11 | research re repurchase reserves - cases related to the bi furcation of a security | 05/03/07 | 630 | 4.2 | 2,646 | 0000 | |
| Magnuson Jr,Richard R. US011392341 | 11 | conf call with lou garday and dave keneelly and Grant Thornton to review the detail on the repurchase reserve | 05/03/07 | 630 | 0.8 | 504 | | |
| Magnuson Jr,Richard R. US011392341 | 11 | research re repurchase reserves | 05/15/07 | 630 | 2.2 | 1,386 | 0000 | |
| Magnuson Jr,Richard R. US011392341 | 11 | review of preliminary numbers related to the reserves | 05/15/07 | 630 | 2.4 | 1,512 | | |
| Magnuson Jr,Richard R. US011392341 | 11 | read related rev ruling on repurchase | 05/15/07 | 630 | 0.4 | 252 | | |
| Magnuson Jr,Richard R. US011392341 | 11 | re securities and writeoffs | 05/16/07 | 630 | 4.6 | 2,898 | 0000 | |
| Magnuson Jr,Richard R. US011392341 | 11 | research re worthlessness tax rules | 05/16/07 | 630 | 1.4 | 882 | | |
| Magnuson Jr,Richard R. US011392341 | 11 | re research/ concept fo fmv on lhfs at 12/06 | 06/04/07 | 630 | 2.7 | 1,701 | 0000 | |
| Magnuson Jr,Richard R. US011392341 | 11 | research re FMV cases | 06/15/07 | 630 | 1.3 | 819 | | |
| Magnuson Jr,Richard R. US011392341 | 11 | re fmv on ye loans | 06/27/07 | 630 | 1.7 | 1,071 | 0000 | |
| Magnuson Jr,Richard R. US011392341 | 11 | reserch re mark to market | 06/27/07 | 630 | 0.3 | 189 | | |
| Magnuson Jr,Richard R. US011392341 | 11 | re reserach on MTM | 07/05/07 | 630 | 2.0 | 1,260 | 0000 | |
| | 11 | research on cong intent on MTM | 07/18/07 | 630 | 1.2 | 756 | | |
| Magnuson Jr,Richard R. US011392341 | 11 | re call with Lou Garday on preliminary results of research and filing of research and calculations | 07/18/07 | 630 | 0.8 | 504 | 0000 | |
| **Magnuson Jr,Richard R. US011392341 Total** | | | | | **26.0** | **16,380** | | |
| McCall,Linda Louise US012557233 | 13 | Review 2007 Residual sales | 05/04/07 | 590 | 1.6 | 944 | 0000 | |
| McCall,Linda Louise US012557233 | 13 | Review 2007 Residual sales - additional | 05/04/07 | 590 | 0.4 | 236 | | |
| McCall,Linda Louise US012557233 | 13 | Review spreadsheet calculations of basis | 05/04/07 | 590 | 3.3 | 1,947 | | |
| McCall,Linda Louise US012557233 | 13 | Review 2007 REMIC Residual Sales and research repurchase reserve issue | 05/08/07 | 590 | 1.7 | 1,003 | 0000 | |
| McCall,Linda Louise US012557233 | 13 | additional review of revenue ruling on secutity bifurcation | 05/08/07 | 590 | 0.6 | 354 | | |
| McCall,Linda Louise US012557233 | 13 | Review 2007 REMIC Residual Sales and research repurchase reserve issue | 05/09/07 | 590 | 0.4 | 236 | 0000 | |
| McCall,Linda Louise US012557233 | 13 | Continue review of revised numbers on residuals | 05/09/07 | 590 | 2.1 | 1,239 | | |

| Emp/Vendor | Rank | Descr | Incur Dt | Bill Rate | Quantity | Std Fees | Activity Code | Vendor ID |
|---|---|---|---|---|---|---|---|---|
| McCall,Linda Louise US012557233 | 13 | Residual analysis | 05/16/07 | 590 | 0.9 | 531 | 0000 | |
| McCall,Linda Louise US012557233 | 13 | Residual analysis - review changes | 05/18/07 | 590 | 1.0 | 590 | 0000 | |
| McCall,Linda Louise US012557233 | 13 | Review changes to residuals | 05/18/07 | 590 | 0.4 | 236 | | |
| McCall,Linda Louise US012557233 | 13 | Review residuals | 05/21/07 | 590 | 0.6 | 354 | 0000 | |
| **McCall,Linda Louise US012557233 Total** | | | | | **13.0** | **7,670** | | |
| **Grand Total** | | | | | **39.0** | **24,050** | | |