# EXHIBIT B

**Summary of Expenses**

Magnuson Jr,Richard R.
Mileage: 2 trips 5/15 and 4/25     06/15/07     $87.00

Magnuson Jr,Richard R.
Parking: meeting re tax strategize     06/15/07     $11.00

TOTAL                                               $98.00

15

DETR_486268 3