To the Honorable Judge Corey
Re: NEW CENTURY TRS HOLDINGS, INC, CHAPTER 11, CASE no. 07-10416(KJC)
Docket No 3582
From : Leslie K. Hill/ dba. Farallon Enterprises, an independent Executive Recruiter.
Mailed: January 3, 2008              ( Claimant number 60. that was continued to
                                        January 9, 2008, 1:30 p.m.)
Your Honor,                                              page 1 of 3

Something very important has come to my attention your honor, and I need to make you aware of this vital information. This has been eating away at me. In my last answer to the Debtor's Second Omnibus Objection to Claims, which I feel I answered well and completely, only to at the last minute to be sent a letter by Dick Austin, which I attached to that answer to you. Dick, whom has been my client of many years. The same Dick whom I have recruited for loyally now, through all the metamorphosis the original Sterling Capital group of Companies Executive team went through - Royal Bank of Canada and then Home123, ending with New Century... but why did Dick down-grade his titles (?), his authority, (?) areas of responsibility,(?) in his letter to you. I could not figure out why he had done this, but I needed to post my letter in time to get to you to reach the air service, but it has finally dawned on me, why.

Dick mentioned that he and a group of my clients there have their own attorney now against New Century fighting for their money owed. I was told by one of the attorneys, for New Century that they are going to say that Dick Austin didn't have authority to sign those invoices. That is hogwash your honor. He was Sr. Vice President of the National Builder Sales Team, and, he was a Sr. Vice President with a Region under him, all of Northern California. I believe it was told to him and to Keith Frachiseur, second in command with the Company not to work with me on this matter, as it was not in their best interest to do so, and their attorney is telling them to do that.

Next I contacted Donna Bailey, Director of Human Resources to get the signed copy of my Human Resources contract back. She had asked for the contract, and kept it. I have a copy in my computer; it was the same as it was with RBC, and with Sterling Capital: it hasn't changed, just that Chuck Jackson was the signatory on Sterling's, Rich Martin on RBC's, and Donna's on Home123's but she kept it, and hasn't returned my call. I have worked with these same people and on the same billing plan for 7 years. I have sent ((Exhibit ( a)) which is that contract. I also have the contract from RBC addressed to Rich Martin.

I have worked with these same people for so long, that I knew their whole infrastructure, had them all on my cell phone, had their entire Manager's numbers, knew them all by name, and knew their weak areas. Towards the end, I was Dick Austin's right, and left, I might add, hand. I was completely rebuilding a territory for him that had walked out, when Chuck Jackson was terminated (it was said because of a loan to his significant other- I and every one else believed it was more financially related to Chuck costing New Century too much money-he got the boot, and with him followed a huge territory.

Page 2 of three.
He inherited all of Northern California, from Bakersfield North to the Oregon Border, and yet still maintained the total responsibility of the National Builder Sales Team, and for building National builder accounts, and teams, which I also was working hard with him on, as that is a forte' of mine.

Your honor, I worked with all my heart, and soul on every search I performed for them, and an entire nine months work should not go unpaid. I had expenses. I worked full-time on this, I had huge phone bills, recruited day and night to help Dick in particular, I worked harder than I have in ten years. He was "on-the-line" and I was going to be there for him, and I was. I had far more expenses than an on-staff employee had; I covered ALL expenses for them in relationship to costs. I had candidates for him to meet in Stockton, Sacramento, San Francisco, San Jose which he offered Sales Managers Positions to 4 different Senior Mortgage Professionals in San Jose, in San Francisco between he and Chuck Jackson there were offered positions to four of five professionals, and all were turned down...In Sacramento, four different teams turned the Company down. Chico, Monterrey, Marin, I worked hard. Because of there being a new parent Company, New Century, and with most the region having followed Chuck Jackson, a man with a solid reputation, these were concerns for many potential recruits. It was very challenging to build this region with Dick, and we worked hard together.

Towards the very end, when I intimated to Dick Austin that Chris Doolittle, his top Manager in the Region, had asked me whether she should be asking for my help, he wrote back to me the attached note. (See attachment B. – note from Dick Austin). You'll see we had a very strong working relationship, as did I with the rest of the Division, but in particular, with Dick, Chuck Jackson, second in command for the whole Company, Keith Frachiseur, Divisional and Rich Martin, also a Divisional. I wanted to help place the group if they needed me, and I did help a few Loan Officers, but as Dick mentioned in his letter, the Senior Vice Presidents know everybody. However, as you know a chain reaction in the Industry occurred from New Century's meltdown.

I know I have told you this, but I do have "special" circumstances. I hate to say this, it sounds like I am "using" them, but unfortunately for me they are true, all too true. I am disabled, I don't hear well, I have shingles from this, and I have a neurological disease, I'm afraid, really afraid of what is going to happen to me. Please your honor, help me. These people used 9 months of my services, and in one case, one of the gentleman took two years to recruit. These two invoices were specifically for the Sales Managers and top Producer for two new offices, and included a total of 18 Mortgage Loan Professionals for both offices   the rest "en gratis". They need to pay me. This really does matter to me. It matters a lot.

New Century attorney, Chris Samis told me today, 1/3/08, that the most I could be paid is $10,000priority, and $40,000non-priority, and he then offered me $50,000 unsecured,
 but, if I take unsecured payment, doesn't' that mean I get nothing, like it's after everything is paid, I am the last to be paid, every paperclip, attorney's bill, everything is paid before me, as well as  it could be a year and a half?

Your Honor is it true that $10,000 priority and $40,000 non-priority is the most I could be paid as I was told????   That can't be right.  There can't be a law like that.

I think $50,000. paid $10,000 over five months sounds right, with interest of 6 percent.

I shouldn't jest here; I need every penny of this money your honor.  New Century's actions have hurt my livelihood, I don't know how I will make my living now, I may loose my house, and whatever happened at the top, and I hope you have knowledge of what happened, I have been far damaged beyond this amount.  This was how I earned my living, Your Honor, and the whole Industry was ruined by their carelessness, or dishonesty, or greed at the top, or plain illegal, lascivious acts and they should be behind bars.  This has destroyed my livelihood in the Industry that I have worked in for 9 years to become an expert in, and 25 in as an Executive Recruiter, and I was at the top of my game.  I have gone through my savings.  I feel completely destroyed.  I ask you for my money, money I more than earned.  I recruited over and over again for the same positions, as Dick indicated in his note.  He wanted me to rebill at my regular rate, not the sales price, my regular rate, knowing there would be NO 10 more offices, and he signed it, and he had the authority to sign it.  It is not $30,000, it is $50,000.  I have proven that.  I didn't send in multiple claims.  Xroads kept asking for them.  They have been AWFUL.  They should be ashamed of themselves.  I know they are just doing their jobs, but please your Honor, do yours justly, please I ask of you, review my information.  I am telling the truth.  I have fought for what is fair here, and paying me for my two invoices in the placement of two Sales Managers and two Loan Officers, all Senior Mortgage Bankers, for the total of 18 Mortgage Bankers that would have started up two offices for them, for $50,000.  I worked very, very hard to earn that money.

Thank You, Your Honor,

*Leslie K Hill*

Leslie K. Hill, dba. Farallon Enterprises, an independent Executive Recruiter
7756 Dos Palos Lane
Sebastopol, California  95472
707-824-8707, cell: 707-217-2178
Tax id:  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

# FARALLON ENTERPRISES

*7756 DOS PALOS LANE*
*SEBASTOPOL, CALIFORNIA 95472*
*707-824-8707 /Fax: 707-824-8708*

## Fee Agreement

To: Donna Bailey
Home123
RE: your request for updated fee schedule sent via e-mail transmission
Date: November 25, 2005

From: Kim Hill - Executive Recruiter/ Farallon Enterprises

Donna,
As promised, here is our fee arrangement for you to read and sign. I think you'll find that 20% of the annual salary, for those candidates of which are paid an annual salary, and a flat fee of $10,000 for Loan Officers, $15,000 for Sales or Branch Managers, and with this Sales or Branch Manager an additional Loan Officers fee of $10,000 if over 2 officers join them. Managers over more than one office would be billed at $18,000 flat. If a candidate is hired from within one year of our presentation of them to you, or by any of your offices, or subsidiaries therein, our fee would be due and payable. We are a real "Search" company within the Mortgage and Financial Industries. Our service is anything but "standard." We do not advertise, but strategically seek out individuals from the competition. As you know, experienced Lending Professionals more than pay their way by producing for you and by the book of business they bring with them. A better way to look at the bigger picture, is "what is it costing you to not have these people billing for you in your Division?" The individuals that we would choose to represent to your Company would have demonstrated success in the mortgage field, and typically are not unhappy where they are, but after being presented with an opportunity, sold on the principles and reputation of our client, are eventually sold on the merits of the Companies that we choose to represent. This way we are not in competition with your own in-house recruiting methods. We get them interested, we get them in your door, and once they have seen what's "there" we assist with closing them and will partner with your own efforts in negotiating their compensation if need be. The fee is due and payable at the acceptance date. There is a 90-day unconditional guarantee - as long as the fee is paid within 2 weeks of the candidates' acceptance date. No refund would be paid in the case of your company downsizing, or for elimination of the position the candidate was hired for, or in the case of bankruptcy. The refund only applies to performance issues – issues we could be held responsible for. We are a boutique-sized company, so of course we would like the opportunity to re-fill the position within a 6-week time frame. The occurrence for a fall-off is very rare for my Company; I have maintained a .04 percent or better success rate in this regards. As you know this is the same contract as was utilized for Sterling, as well as Royal Bank of Canada, and nothing has changed.
Thank You,

Kim Hill of Farallon Enterprises/ Executive Search
*/s/ Kim Hill/*

ATTACHMENT A.

From: "Dick Austin" <Richard.Austin@home123.com>
To: <myswancat@comcast.net>
Subject: RE: critical attitudes in working successfully
Date: Thursday, March 15, 2007 11:22:34 AM


Kim

I have the utmost respect for you and you have done a fabulous job for us. Wherever I end up, I plan on trying to utilize you. This will obviously depend on the company and what they will allow me to do.

In regards to our people, please try and place them if you can. I only want what is best for them and what works for one person will be different for the other. You have to make a living. This has been the hardest thing that I have ever had to deal with in my professional career. My heart and soul have been given to my people and the company and I feel betrayed. Nevertheless, there is nothing that I can do about it. I have no control at this point and it is an awful feeling.

You need to work and take care of yourself as I have not been successful in rewarding you for your efforts. You mentioned that you would have liked the opportunity to place me and all of our group. I have had nothing but top executives calling me as I am very well connected as is Rich and Keith. Some of our branches also have companies that fit their needs, such as Chris Doolittle. She only does affordable stuff and the rates are all set by government agencies. There is a requirement for a company to have a lot of expertise to do this type lending and the small boutique companies often have this like Mission Hills.

Good luck I will contact you once I know where I am landing.

Your friend

Dick


From: myswancat@comcast.net [mailto:myswancat@comcast.net]
Sent: Thursday, March 15, 2007 11:02 AM
To: Dick Austin
Cc: Keith Frachiseur
Subject: critical attitudes in working successfully

*Dick, in your call yesterday you mentioned a couple of things; I knew Chris had been looking, she hinted that she was, wanting me to help - I guess, I didn't take the bait, instead telling her to hang tight...might not have been the best suggestion, also I heard from other potential clients*

http://mailcenter2.comcast.net/wmc/v/wm/45F98F0B000517DB0000661F22070216339B...    3/15/2007

Attachment B.