## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416(KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | **Objection Deadline: January 28, 2008 at 4:00 p.m.** |
| | : | |

## EIGHTH MONTHLY APPLICATION OF O'MELVENY & MYERS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| | |
|---|---|
| Name of Applicant: | O'Melveny & Myers LLP |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession |
| Date of Retention: | May 7, 2007, *nunc pro tunc* to April 2, 2007 |
| Period for which compensation and reimbursement are sought: | Nov. 1, 2007 through Nov. 30, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,485,833.20 (80% of $1,857,291.50) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $23,872.57 |

This is a(n):   X  monthly        ___ interim        ___ final application

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R E O Corp., a California corporation; New Century R E O II Corp., a California corporation; New Century R E O III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

LA3:1143208.1

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Robert Rizzi | Partner in the Transactions Department. Joined firm in 1994. Member of the CA State Bar since 1978. | 840 | 4.6 | $3,864.00 |
| David Krinsky | Partner in the Transactions Department. Joined firm in 1994. Member of the CA State Bar since 1973 | 795 | 16.3 | $12,958.50 |
| Gordon Krischer | Partner in the Adversarial Department. Joined firm in 1971. Member of the CA State Bar since 1972 and NY State Bar since 1991. | 795 | 8.4 | $6,678.00 |
| Ben Logan | Partner in the Restructuring and Finance Department. Joined firm in 1976. Member of the CA State Bar since 1976 | 795 | 105.4 | $83,793.00 |
| Curt Kirschner | Partner in the Adversarial Department. Joined firm in 1986. Member of the CA State Bar since 1986 | 760 | 2.3 | $1,748.00 |
| Kathryn Sanders | Partner in the Transactions Department. Joined firm in 1985. Member of the CA State Bar since 1985. | 760 | 1.8 | $1,368.00 |
| Jeff Walbridge | Partner in the Executive Compensation and Benefits Group of the Tax Department. Joined firm in 1995. Member of the CA State Bar since 1995. | 730 | 1.0 | $730.00 |
| Suzzanne Uhland | Partner in the Restructuring and Finance Department. Joined firm in 1988. Member of the CA State Bar since 1988. | 725 | 130.1 | $94,322.50 |
| Alejandro Mayorkas | Partner in the Adversarial Department. Joined firm in 2001. Member of the CA State Bar since 1986 | 705 | 58.0 | $40,890.00 |
| Robert Carney | Partner in the Transactions Department. Joined firm in 2005. Member of the OH State Bar since 1972 and the DC Bar since 1977 | 690 | 34.1 | $23,529.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Patricia Perez | Partner in the Restructuring Practice. Joined firm in 2007. Member of the NY State Bar since 1998. | 660 | 4.5 | $2,970.00 |
| Shannon Lowry Nagle | Partner in the Transactions Department. Joined firm in 2007. Member of the NY State Bar since 2007. Member of VA State Bar since 1991. Member of NC Bar since 1993. Member of GA Bar since 1996. | 650 | 122.5 | $79,625.00 |
| William Sushon | Partner in the Adversarial Department. Joined firm in 2002. Member of the NY State Bar since 1996. | 650 | 4.9 | $3,185.00 |
| Karyn Zeldman | Associate in the Transactions Department. Joined firm in 2007. Member of the NY State Bar since 1995. | 620 | 2.5 | $1,550.00 |
| William Peters | Partner in the IP Transactions Department. Joined firm in 2002. Member of the CA State Bar since 1994. | 615 | 13.1 | $8,056.50 |
| Thomas M. Riordan | Partner in the Adversarial Department. Joined firm in 1995. Member of the CA State Bar since 1995. | 615 | 12.6 | $7,749.00 |
| Peter Ritter | Partner in the Transactions Department. Joined firm in 2001. Member of the CA State Bar since 1993. | 615 | 3.4 | $2,091.00 |
| Gary Tell | Partner in the Transactions Department. Joined firm in 1999. Member of the DC Bar since 1993. | 615 | 24.4 | $15,006.00 |
| Michael Camunez | Partner in the Adversarial Department. Joined firm in 1998. Member of the CA State Bar since 1998 | 590 | 18.0 | $9,882.50 *Includes non-working travel time billed at 50% |
| Jorge DeNeve | Counsel in the Adversarial Department. Rejoined firm in 2007. Member of the CA State Bar since 1998. | 590 | 87.6 | $50,946.50 *Includes non-working travel time billed at 50% |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Andor Terner | Partner in the Corporate Department. Joined firm in 1997. Member of the CA State Bar 1997 | 590 | 0.5 | $295.00 |
| Summer Conley | Counsel in the Transactions Department. Joined firm in 1997. Member of the CA State Bar since 1997. | 555 | 1.6 | $888.00 |
| Matthew Eastus | Counsel in the Labor & Employment Department. Joined firm in 2001. Member of the CA State Bar since 1997. | 555 | 1.1 | $610.50 |
| Victoria Newmark | Counsel in the Restructuring and Finance Department. Joined firm in 1995. Member of the CA State Bar since 1995. | 555 | 78.8 | $43,734.00 |
| Cynthia F. Filippone | Counsel in the Transactions Department. Joined firm in 1998. Member of the CA State Bar since 1998. | 550 | 2.2 | $1,210.00 |
| Christopher Campbell | Counsel in the Tax Department. Joined firm in 1999. Member of the CA State Bar since 1999. | 540 | 32.6 | $17,604.00 |
| Brian Metcalf | Counsel in the Restructuring and Finance Department. Joined firm in 1999. Member of the CA State Bar since 1999. | 540 | 15.1 | $8,154.00 |
| Winston Chang | Counsel in the Transactions Department. Joined firm in 2000. Member of the CA State Bar since 2000. | 520 | 2.6 | $1,352.00 |
| Jeff Cislini | Counsel in the Business Department. Joined firm in 2007. Member of the Virginia Bar since 2001. | 500 | 2.7 | $1,350.00 |
| Allan Johnson | Counsel in the Adversarial Department. Joined firm in 2002. Member of the CA State Bar since 2001. | 500 | 46.4 | $23,200.00 |
| Natausha Wilson | Counsel in the Transactions Department. Joined the firm in 2007. Member of the NY and NJ State Bars since 2002 and the CA State Bar since 2003. | 500 | 139.0 | $68,200.00<br>*Includes non-working travel time billed at 50% |

| Professional | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Hours Billed | Compensation |
|---|---|---|---|---|
| Justin Laubach | Associate in the Transactions Department. Joined firm in 2003. Member of the CA State Bar since 2002. | 480 | 2.4 | $1,152.00 |
| Khuong (David) Phan | Associate in the Adversarial Department. Joined firm in 2001. Member of the DC Bar since 2000. | 480 | 61.4 | $29,472.00 |
| Peter C. Herrick | Associate in the Adversarial Department. Joined the firm in 2004. Member of the NJ State Bar since 2004 and the NY State Bar since 2005. | 455 | 0.2 | $91.00 |
| Richard Mendoza | Associate in the Transactions Department. Joined firm in 2004. Member of the CA Sate Bar since 2003. | 445 | 8.2 | $3,649.00 |
| Laine Mervis | Associate in the Transactions Department. Joined firm in 2007. Member of the CA State Bar since 2003. | 445 | 21.1 | $9,389.50 |
| Andrew Parlen | Associate in the Transactions Department. Joined firm in 2007. Member of the CA State Bar since 2004. | 445 | 179.8 | $80,011.00 |
| Scott Sugino | Associate in the Transactions Department. Joined firm in 2006. Member of the IL State Bar since 2003 and member of the CA State Bar since 2004. | 445 | 9.4 | $4,183.00 |
| Sara Folchi | Associate in the Adversarial Department, Securities Litigation Practice Group. Joined firm in 2004. Member of the CA State Bar since 2003. | 415 | 1.8 | $747.00 |
| Jennifer Halvas | Associate in the Transactions Department. Joined firm in 2004. Member of the CA State Bar since 2004. | 415 | 14.5 | $6,017.50 |
| Karin Huang | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 415 | 106.1 | $44,031.50 |

| Professional | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Hours Billed | Compensation |
|---|---|---|---|---|
| Mike Symons | Associate in the Transactions Department. Joined firm in 2004. Member of the CA State Bar since 2004. | 415 | 29.7 | $12,325.50 |
| Roberta Vespremi (formerly Robarta Harting) | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2003.s | 415 | 1.8 | $747.00 |
| Melinda Mclellan | Associate in the Adversarial Department. Joined firm in 2005. Member of the NY State Bar since 2006. | 390 | 52.0 | $20,280.00 |
| Orly Nhaissi | Associate in the Adversarial Department. Joined firm in 2007. Member of the NY State Bar since 2007. | 390 | 53.1 | $20,709.00 |
| Melissa Onken | Associate in the Adversarial Department. Joined firm in 2005. Member of the CA State Bar since 2005. | 360 | 41.7 | $15,012.00 |
| Jessica Post | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 360 | 0.3 | $108.00 |
| Abby Schwartz | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA Bar since 2007. | 360 | 5.3 | $1,908.00 |
| Brianne Suska | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 360 | 2.7 | $972.00 |
| Jennifer Taylor | Associate in the Transactions Department. Joined firm in 2007. Member of the CA State Bar since 2005. | 360 | 2.3 | $828.00 |
| Sue Derian | Staff Attorney in the Transactions Department. Started at the firm in 2006. Member of the CA State Bar since 1983. | 335 | 47.1 | $15,778.50 |
| Barry Junker | Associate in the Adversarial Department. Joined firm in 2006. Member of the NY State Bar since 2006. | 330 | 57.9 | $19,107.00 |

LA3:1143208.1

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Mark Kanaga | Associate in the Adversarial Department. Joined firm in 2006. Member of the NY State Bar since 2007. | 330 | 22.5 | $7,425.00 |
| James Paugh | Associate in the Adversarial Department. Joined firm in 2006. Member of the NY State Bar since 2007. | 330 | 139.5 | $46,035.00 |
| Justin S. Siegel | Associate in the Adversarial Department. Joined firm in 2006. Member of the NY State Bar since 2007. | 330 | 87.9 | $29,007.00 |
| Ana Acevedo | Associate in the Transactions Department. Joined firm in 2006. Not currently a member of the CA State Bar. | 300 | 53.6 | $16,080.00 |
| Justin Bowen | Associate in the Transactions Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 300 | 1.8 | $540.00 |
| Strefan Fauble | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 300 | 71.7 | $21,510.00 |
| Jessica Hardy | Associate in the Adversarial Department. Joined firm in 2007. Member of the CA State Bar since 2006. | 300 | 32.9 | $9,870.00 |
| Danielle Oakley | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 300 | 61.0 | $18,300.00 |
| Katie Patton | Associate in the Labor & Employment Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 300 | 36.0 | $10,800.00 |
| Adrian Pollner | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 300 | 63.5 | $19,050.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Michael Scheppele | Associate in the Transactions Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 300 | 0.4 | $120.00 |
| Alexandra Thaler | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 300 | 25.9 | $7,770.00 |
| Vivi Tran | Associate in the Securities Litigation Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 300 | 3.4 | $1,020.00 |
| Zoheb Noorani | Associate in the Adversarial Department. Joined the firm in 2007. Member of the CA Bar since 2007. | 300 | 0.7 | $161.00 |
| Lisa Douglas | Staff Attorney in the Legal Service Center. Joined firm in 2003. Member of the CA State Bar since 1995. | 275 | 59.3 | $16,307.50 |
| John Janega | Staff Attorney in the Legal Services Center. Joined firm in 2004. Member of the IL State Bar since 1975. | 265 | 4.3 | $1,139.50 |
| Christine Bustany | Associate in thess Adversarial Department. Joined firm in 2007. Member of the NJ State Bar since 2007. | 260 | 82.6 | $21,476.00 |
| Justin Walker | Associate in the Adversarial Department. Joined firm in 2007. Member of the CA State Bar since 2007. | 230 | 6.4 | $1,472.00 |
| Allison Dietrick | Staff Attorney in the Adversarial Department. Joined firm in 2001. Member of the CA State Bar since 2001. | 260 | 65.2 | $16,952.00 |
| Anthony Dilello | Associate in the Adversarial Department. Joined firm in 2007. Member of the NJ State Bar since 2007. | 260 | 125.7 | $32,682.00 |
| Samantha Hill | Associate in the Adversarial Department. Joined firm in 2007. Not yet admitted to practice | 260 | 83.2 | $21,632.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Clara Pugsley | Associate in the Adversarial Department. Joined firm in 2007. Member of the NY State Bar since 2007. | 260 | 87.1 | $22,646.00 |
| David Sack | Associate in the Adversarial Department. Joined firm in 2007. Not yet admitted to practice. | 260 | 62.0 | $16,120.00 |
| Gerald Krimen | Staff Attorney in the Adversarial Department. Joined firm in 2001. Member of the CA State Bar since 1999. | 250 | 219.7 | $54,925.00 |
| June Burton | Staff Attorney in the Legal Services Center. Joined firm in 2005. Member of the DC Bar since 1997. | 235 | 3.7 | $869.50 |
| Tanya Guzman (formerly Tanya Avila) | Associate in the Adversarial Department. Joined firm in 2007. Member of the CA State Bar since 2007. | 230 | 37.8 | $8,694.00 |
| Timothy P. Caballero | Associate in the Adversarial Department. Joined firm in 2007. Member of the CA State Bar since 2007 | 230 | 10.5 | $2,415.00 |
| Anton P. Jongeneel | Associate in the Adversarial Department. Joined firm in 2007. Not yet admitted to practice. | 230 | 31.2 | $7,176.00 |
| Margaret (aka Molly) A. Moeser | Associate in the Adversarial Department. Joined firm in 2007. Member of the CA State Bar since 2007. | 230 | 49.7 | $11,431.00 |
| David Kirschner | Staff Attorney in the Legal Services Center. Joined firm in 2006. Member of the DC Bar since 1995. | 220 | 174.6 | $38,412.00 |
| Daniel Nitzani | Staff Attorney in the Legal Services Center. Joined firm in 2005. Member of the CA State Bar since 2001. | 220 | 66.4 | $14,608.00 |
| Angela Perry | Staff Attorney in the Legal Services Center. Joined firm in 2006. Member of the MD State Bar since 2002 and DC Bar since 2006. | 220 | 74.7 | $16,434.00 |

LA3:1143208 1

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Joanne Wisner | Staff Attorney in the Legal Services Center. Joined firm in 2006. Member of the MA, VA and DC Bars since 2000, 2004 and 2005, respectively | 220 | 6.8 | $1,496.00 |
| Kimberly Clarke | Staff Attorney in the Legal Services Center. Joined firm in 2006. Member of the DC Bar since 2005 | 160 | 206.0 | $32,960.00 |
| Paul Nalabandian | Staff Attorney in the Legal Services Center. Joined firm in 2006. Member of the AZ State Bar since 1999 and DC Bar since 2004. | 160 | 33.9 | $5,424.00 |
| Patrick Sanders | Staff Attorney in the Legal Services Center. Joined firm in 2006. Member of the DC Bar since 2001. | 160 | 32.9 | $5,264.00 |
| Brian Shaw | Staff Attorney in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2001 | 160 | 105.0 | $16,800.00 |
| Kamilah Williams | Staff Attorney in the Legal Service Center. Joined firm in 2006. Member of the MD State Bar since 2001 and DC Bar since 2006. | 160 | 109.4 | $17,504.00 |
| Nausheen Hassan | Staff Attorney in the Legal Services Center. Joined firm in 2006. Member of the CA State Bar since 2002 and DC Bar since 2004. | 150 | 105.6 | $15,840.00 |
| Marie Antoinette Perez-Brosset | Staff Attorney in the Legal Services Center. Joined firm in 2007. Member of the TX State Bar since 1985 and DC Bar since 2006. | 150 | 15.5 | $2,325.00 |
| Brock Pierson | Staff Attorney in the Legal Services Center. Joined firm in 2007. Member of the DC Bar since 2002. | 150 | 13.9 | $2,085.00 |
| Hessie Harris | Project Attorney in the Legal Services Center. Joined the firm in 2006. Member of the DC Bar since 1983. | 150 | 141.5 | $21,225.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Barry Hirsch | Project Attorney in the Legal Services Center. Joined the firm in 2007. Member of the PA State Bar since 1992. | 150 | 83.8 | $12,570.00 |
| David Kenyatta | Project Attorney in the Legal Services Center. Joined the firm in 2006. Member of the MD State Bar since 1993 and DC Bar since 2006. | 150 | 204.5 | $30,675.00 |
| Angela Bish | Project Attorney in the Legal Services Center. Joined firm in 2007. Member of the MA State Bar since 2006. | 150 | 197.0 | $29,550.00 |
| Kiley Alison Frank | Project Attorney in the Legal Services Center. Joined firm in 2007. Member of the MD State Bar since 2004 and the DC Bar since 2006. | 150 | 197.4 | $29,610.00 |
| Camille Fraser | Project Attorney in the Legal Services Center. Joined firm in 2007. Member of the NY State Bar since 1999 and DC Bar since 2006. | 150 | 158.9 | $23,835.00 |
| Paule Levadas | Project Attorney in the Legal Services Center. Joined firm in 2007. Member of the NJ State Bar since 1987 and DC Bar since 1988. | 150 | 186.9 | $28,035.00 |
| Lloyd McGuire | Project Attorney in the Legal Services Center. Joined firm in 2007. Member of the SC State Bar since 2006 and DC Bar since 2007. | 150 | 79.7 | $11,955.00 |
| Muhammed Mims | Project Attorney in the Legal Services Center. Joined firm in 2005. Member of the PA State Bar since 2004. | 150 | 135.4 | $20,310.00 |
| Helynn Nelson | Project Attorney in the Legal Services Center. Joined firm in 2006. Member of the MD State Bar since 2005 and DC Bar since 2006. | 150 | 126.4 | $18,960.00 |
| Shayla Settlers | Project Attorney in the Legal Services Center. Joined firm in 2007. Member of the MD State Bar since 2006. | 150 | 162.8 | $24,420.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Lisa Tekancic | Project Attorney in the Legal Services Center. Joined firm in 2006. Member of the DC Bar since 2006. | 150 | 144.3 | $21,645.00 |
| John Davis | Project Attorney in the Legal Services Center. Joined the firm in 2005. Member of the MD State Bar since 1995 and the DC Bar since 2006 | 75 | 213.5 | $16,012.50 |
| Lynn Talab | Adversarial Paralegal since 1992 | 285 | 78.1 | $22,258.50 |
| Greg Trotter | Senior Transactional Paralegal since 1989 | 285 | 0.8 | $228.00 |
| Payam Saidi-Ardestani | Litigation Support Specialist since 1998. | 275 | 3.1 | $852.50 |
| Son Dinh | Litigation Support Specialist since 2005. | 235 | 1.7 | $399.50 |
| Michael Donovan | Litigation Support Specialist since 2005. | 235 | 56.6 | $13,301.00 |
| Kaina Sainvil | Litigation Support Specialist since 2006. | 235 | 2.4 | $564.00 |
| James McCarthy | Adversarial Paralegal since 1997. | 225 | 40.0 | $9,000.00 |
| Denise Lieu | Practice Support Analyst since 2006 | 200 | 4.8 | $960.00 |
| Ryan Lopez | Litigation Support Specialist since 2007. | 200 | 26.1 | $5,220.00 |
| Catherine Mirhady | Litigation Support Specialist since 2007. | 200 | 23.2 | $4,640.00 |
| Jessica Bergman | Adversarial Paralegal since 2007 | 175 | 1.5 | $262.50 |
| Brian Osimiri | Transactions Project Assistant since 2006. | 175 | 59.9 | $10,482.50 |
| John Shannon | Practice Support Specialist since 2007 | 155 | 6.3 | $976.50 |
| Stella Kim | Project Assistant since 2007. | 150 | 5.8 | $870.00 |
| Lorna S. Escobar | Litigation Support Specialist since 1987 | 140 | 0.3 | $42.00 |
| Elizabeth Ene | Litigation Support Specialist since 2007. | 100 | 15.6 | $1,560.00 |
| Shara Evaskovich | Court Services Coordinator since 2007. | 90 | 0.4 | $36.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| TOTAL | | | 6509.5 | $1,857,291.50 |

13

## COMPENSATION BY PROJECT CATEGORY

| Fee Summary - November 1, 2007 through November 30, 2007 | | |
|---|---|---|
| **Matter** | **Hours** | **Fees** |
| Case Administration (071) | 67.4 | $40,940.50 |
| Non-Working Travel (072) | 10.2 | $2,775.00 |
| Asset Disposition (074) | 107.0 | $58,084.00 |
| Relief from Stay Proceedings (075) | 44.1 | $27,011.00 |
| Meetings/Communications with Creditors (076) | 1.6 | $425.00 |
| Business Operations (078) | 0.4 | $283.00 |
| Assumption/Rejection of Leases and Contracts (080) | 228.6 | $104,008.00 |
| Claims Administration and Objections (081) | 38.4 | $20,666.00 |
| Plan & Disclosure Statement (082) | 221.8 | $116,766.50 |
| General Litigation/Litigation Claims (083) | 131.7 | $47,724.00 |
| Reclamation Claims (086) | 2.7 | $1,201.50 |
| Fee/Employment Applications (087) | 124.4 | $51,691.50 |
| Employee Matters (Benefits, Pensions) (089) | 11.3 | $5,409.50 |
| Corporate and Securities Matters (090) | 8.7 | $6,037.50 |
| Tax Issues (091) | 89.1 | $54,989.00 |
| Government Investigations (093) | 206.1 | $71,499.50 |
| Warehouse Lenders (094) | 53.8 | $38,617.50 |
| Deferred Compensation Plan Litigation (095) | 139.9 | $75,303.00 |
| Access Lending (096) | 7.4 | $2,739.50 |
| WARN Litigation (097) | 429.3 | $142,590.00 |
| Examiner Issues (098) | 4,585.6 | $988,530.00 |
| **Total** | **6,509.5** | **$1,857,291.50** |

## EXPENSE SUMMARY

| Expense Summary - November 1, 2007 through November 30, 2007 | |
|---|---|
| **Expense** | **Amount** |
| Copying (Equitrac – Internal) (E101E) | $1,007.80 |
| Lasertrak Printing (E101L) | $310.50 |
| Specialty Photocopying (E101SP) | $341.70 |
| Outside Printing/Reproduction (Photocopying) (E102A) | $2,477.23 |
| Outside Printing/Reproduction (Microfilming) (E102A1) | $8,737.14 |
| Telephone (Accounts Payable) (E105A) | $145.97 |
| Premier Global Service Conference Call (E105P) | $41.23 |
| Online Research / Lexis-Nexis (E106L) | $1,820.19 |
| Online Research / Westlaw (E106W) | $4,057.82 |
| Delivery Services/Messengers (E107) | $1,143.38 |
| Local Travel (Taxi) (E109TX) | $875.57 |
| Expense Report Other - Includes Out of Town Travel (E110) | $1,901.04 |
| Out of Town Travel (Expense Reports - Meals) (E110EM) | $194.58 |
| Out-of-Town Travel (Direct Bill Firm – Airfare) (E110T) | $711.40 |
| Other Accounts Payable (E124A) | $40.72 |
| Other Internal Bindery (E124B1) | $10.50 |
| Scanning Services (Accuroute) (E130AR) | $55.80 |
| **Total** | **$23,872.57** |

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416(KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | Objection Deadline: January 28, 2008 at 4:00 p.m. |
| | : | |

### EIGHTH MONTHLY APPLICATION OF O'MELVENY & MYERS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

Pursuant to Sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 25, 2007 [Docket No. 389] (the "Administrative Order"), O'Melveny & Myers LLP ("OMM") hereby files this Eighth Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from November 1, 2007 through and including November 30, 2007 (the "Application"). By this Application, OMM seeks a monthly allowance pursuant to the Administrative Order with respect to the sums of

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCoral, L.P., a Delaware limited partnership.

seeks a monthly allowance pursuant to the Administrative Order with respect to the sums of

$1,485,833.20 (80% of $1,857,291.50) as compensation and $23,872.57 for reimbursement[2] of

actual and necessary expenses for a total of $1,509,705.77 for the period November 1, 2007

through and including November 30, 2007 (the "Compensation Period"). In support of this

Application, OMM respectfully represents as follows:

### Background

1.       On April 2, 2007 (the "Petition Date"), the Debtors, other than Access, filed

the instant petitions for relief and the Debtors' bankruptcy cases are being jointly administered

pursuant to an order of the Court. Access filed its chapter 11 petition on August 3, 2007 (the

"Access Petition Date"). The Debtors are operating their business and managing their affairs as

debtors and debtors in possession.

2.       The retention of OMM by the Debtors other than Access was approved

effective as of the Petition Date by this Court's Order dated May 7, 2007 [Docket No. 567] (the

"Retention Order"). The Retention Order authorized OMM to be compensated on an hourly basis

and to be reimbursed for actual and necessary out-of-pocket expenses. Subsequently, on October

23, 2007, the scope of OMM's retention was expanded to include the representation of Access

effective as of the Access Petition Date.

### Compensation Paid and its Source

3.       All services for which compensation is requested by OMM were performed

for or on behalf of the Debtors.

4.       Except to the extent of the retainers paid to OMM as described in the

applications seeking approval of OMM's employment by the Debtors during the period covered by

this Application, OMM has received no payment and no promises for payment from any source for

---

[2]   In accordance with the procedures approved by the Court pursuant to the Administrative Order, upon the filing of a certificate of no objection with the Court, the Debtors are authorized to pay OMM an amount equal to the lesser of (i) 80% of the fees ($1,485,833.20) and 100% of the expenses ($23,872.57) requested in the Application and (ii) 80% of the fees and 100% of the expenses not subject to an objection.

services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between OMM and any other person other than the partners of OMM for the sharing of compensation to be received for services rendered in these cases.

### Fee Statements

5.    The fee statements for the Compensation Period are attached hereto as Exhibit A. The statements contain daily time logs describing the time spent by each attorney and paraprofessional for this period.[3] To the best of OMM's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2 and the Administrative Order.

### Actual and Necessary Expenses

6.    A summary of the actual and necessary expenses and daily logs of expenses incurred by OMM for the Compensation Period is attached hereto as Exhibit B. OMM has charged $1.00 per page for out-going facsimile transmissions and $.10 per page for photocopying expenses for the purposes of these bankruptcy cases, in accordance with Del. Bankr. L.R. 2016-2(e)(iii).[4] Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7.    Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), OMM charges all its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal OMM's actual cost. OMM is currently under contract to pay these providers a flat fee every month. For certain months the flat fee may be higher than actual usage. For certain other months the flat fee may be lower than actual usage.

---

[3] OMM's word processing and distribution handling expenses are not included in its overhead but instead are charged separately to clients. OMM generally charges its bankruptcy clients at the same rates as its non-bankruptcy clients but, consistent with applicable guidelines, is not seeking reimbursement from the Debtors' estates for these actual incurred expenses.

[4] OMM typically charges its clients $1.25 per page for out-going facsimile transmissions and $0.15 per page for photocopying expenses.

Charging its clients the on-line providers' standard usage rates allows OMM to cover adequately the monthly flat fees it must pay to these types of providers.

8.    OMM believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, OMM believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

9.    The partners, counsel and associates who rendered professional services in this case during the Compensation Period are:  Robert Rizzi, Ben Logan, David Krinsky, Gordon Krischer, Curt Kirschner, Kathryn Sanders, Jeff Walbridge, Suzzanne Uhland, Alejandro Mayorkas, Robert Carney, Patricia Perez, Shannon Lowry Nagle, William Sushon, Karyn Zeldman, William Peters, Thomas Riordan, Peter Ritter, Gary Tell , Michael Camunez, Jorge DeNeve, Andor Terner, Victoria Newmark, Summer Conley, Matthew Eastus, Cynthia Filippone, Christopher Campbell, Brian Metcalf, Winston Chang, Allan Johnson, Jeff Cislini, Natausha Wilson, Justin Laubach, Khuong (David) Phan, Peter Herrick, Richard Mendoza, Laine Mervis, Andrew Parlen, Scott Sugino, Sara Folchi, Jennifer Halvas, Karin Huang, Mike Symons, Jessica Post, Roberta Vespremi (formerly Roberta Harting), Melinda Mclellan, Orly Nhaissi, Abby Schwartz, Melissa Onken, Brianne Suska, Jennifer Taylor, Sue Derian, Barry Junker, Mark Kanaga, James Paugh, Justin Siegel, Ana Acevedo, Justin Bowen, Strefan Fauble, Jessica Hardy, Danielle Oakley, Alexandra Thaler, Katie Patton, Adrian Pollner, Michael Scheppele, Vivi Tran, Zoheb Noorani, Lisa Douglas, John Janega, Christine Bustany, Justin Walker, Alison Dietrick, Anthony Dilello, Samantha Hill*, Clara Pugsley, David Sack*, Gerald Krimen, June Burton, Tanya Guzman (formerly Tanya Avila), Timothy Caballero, Anton Jongeneel*, Margaret Moeser, David Kirschner, Daniel Nitzani, Angela Perry, Brian Shaw, Joanne Wisner, Kimberly Clarke, Paul

---

*   Not yet admitted to practice.

Nalabandian, Patrick Sanders, Kamilah Williams, Marie Antoinette Perez-Brosset, Brock Pierson, and Nausheen Hassan.

10.    The project attorneys who rendered professional services in this case during the Compensation Period are Hessie Harris, Barry Hirsch, David Kenyatta, Angela Bish, Paule Levadas, Lloyd McGuire, Lisa Tekancic, Kiley Alison Frank, Camille Fraser, Helyn Nelson, Muhammed Mims, John Davis, and Shayla Settlers. These project attorneys were engaged on a temporary basis by OMM to assist in reviewing documents to be produced to the Securities and Exchange Commission. Such project attorneys were trained and closely supervised by OMM attorneys, worked in OMM's offices, and used equipment and furniture belonging to OMM. OMM contracted to engage the referenced project attorneys at an hourly rate below that which OMM bills the Debtors. The difference between the amount paid by OMM for engaging the project attorneys and amount billed by OMM for services rendered by the project attorneys reflects not only OMM's training and supervision of the project attorneys and the project attorneys' use of OMM's office space, equipment and furniture, but also the fact that OMM bears the fiduciary and professional responsibility for services rendered to the Debtors by the project attorneys.

11.    The paraprofessionals of OMM who provided services to the attorneys in these cases are: Lynn Talab, Greg Trotter, Payam Saidi-Ardestani, Son Dinh, Michael Donovan, Kaina Sainvil, James McCarthy, Denise Lieu, Ryan Lopez, Catherine Mirhady, Jessica Bergman, Brian Osimiri, John Shannon, Lorna Escobar, Stella Kim, Elizabeth Ene, and Shara Evaskovich. OMM by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed professional services which are described and narrated in detail hereafter.

### Summary of Services by Project

12.    The services rendered by OMM during the Compensation Period can be grouped into the categories set forth below.

A.    Case Administration (071)

Fees: $40,940.50          Total Hours: 67.4

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, regular status calls including management and professionals, review of work in process reports, review of notices of appearances and maintaining services lists.

B.    Non-Working Travel (072)

Fees: $2,775.00          Total Hours: 10.2

This category includes all travel time not otherwise chargeable (and is billed at one-half the normal billing rate) in accordance with Del. Bankr. L.R. 2016-2(e)(iii).

C.    Asset Disposition (074)

Fees: $58,084.00          Total Hours: 107.0

This category includes all matters relating to the disposition of property of the estate. OMM provided significant services during the Compensation Period assisting the Debtors' efforts in pursuing major asset sales. On May 7, 2007, the Court entered an order approving the sale of a pool of approximately 2,200 unencumbered mortgage loans to Ellington Management Group, L.L.C. on behalf of its Client Funds ("Ellington"). On May 23, 2007, the Court authorized the sale of the Debtors' servicing business (the "Carrington Sale") to Carrington Mortgage Services, LLC, an affiliate of Carrington Capital Management, LLC. On June 27, 2007, the Court approved an amendment to that sale agreement approving the sale of additional loans to Ellington. On July 3, 2007, the Court entered an order approving the sale of certain technology assets to EquiFirst Corporation. On September 14, 2007, the Court authorized the sale of 235 mortgage loans (the "Disputed Loans"), the rights to which were disputed between the Debtors and Deutsche Bank Structured Properties, Inc. Those sales are now successfully closed.

During the Compensation Period, OMM's efforts included attending to post-closing matters associated with the Carrington Sale. In that regard OMM spent time working with the Debtors in connection with the assignment of certain licenses and contracts to Carrington. In

connection therewith, OMM negotiated, on behalf of the New Century Mortgage Corporation ("NCMC"), a stipulation among NCMC, Carrington, and Microsoft Licensing GP by which the parties to the stipulation agreed to the transfer of certain licenses from NCMC to Carrington.

Moreover, OMM spent time during the Compensation Period attending to post-closing matters related to the supplemental sale of loans to Ellington. With respect to the technology sale, OMM's services during the Compensation Period focused on attending to closing and post-closing issues, including ensuring the delivery of assets and the negotiation of purchase price adjustments. OMM also drafted a motion by which the Debtors requested approval to give an investor consent to the amendment of a partnership agreement governing a fund managed by Carrington in which the Debtors are investors. Finally, during the Compensation Period, OMM also spent substantial time advising the Debtors in connection with and facilitating the sale of miscellaneous assets pursuant to Court-approved procedures.

D.    Relief from Stay Proceedings (075)

Fees: $27,011.00          Total Hours: 44.1

This category includes all matters related to and including all motions and stipulations to modify the automatic stay and issues related to the effect of the automatic stay or pending matters. In particular, OMM spent time within this category addressing General Electric Capital Corporation's ("GECC") relief from stay motion. Tasks related thereto included analyzing the status of and retrieving equipment that was the subject of the motion, and negotiating with GECC's counsel. OMM's efforts in this matter also included negotiating a stipulation among the Debtors, the Committee, and certain current and former directors and officers of the Debtors whereby the parties to the stipulation agreed, among other things, to lift the automatic stay with to allow such current and former directors and officers of the Debtors to enforce certain rights under certain of the Debtors' insurance policies.

E.    Meetings/Communications with Creditors (076)

Fees: $425.00          Total Hours: 1.6

OMM spent time during the Compensation Period receiving and responding to

numerous written and telephonic queries from creditors.

      F.     <u>Business Operations (078)</u>

          Fees:  $283.00          Total Hours:  0.4

          This category covers time spent by OMM advising the Debtors on the many business and legal implications of operating as a debtor in possession, such as addressing creditor customer and insurance issues.

      G.     <u>Assumption/Rejection of Leases and Contracts (080)</u>

          Fees:  $104,008.00        Total Hours:  228.6

          This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.  Within this category, OMM spent substantial time drafting numerous lease rejection notices. Additionally, OMM rendered services in this category analyzing and advising the Debtors in connection with their leases of non-residential real property and negotiating with the Debtors' landlords, including with respect to the lease for the Debtors headquarters.  During the Compensation Period, OMM also analyzed its claims under contracts with third parties.

H.    Claims Administration and Objections (081)

Fees: $20,666.00          Total Hours: 38.4

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters. Among other tasks, OMM worked with the Debtors and their other professionals to analyze claims filed against the Debtors, strategize with respect to the claims objection process, and prepare omnibus objections to claims. Moreover, OMM spent substantial time in this matter during the Compensation Period in connection with the Debtors' equipment financing arrangements and the rights of the Debtors and counterparties to such agreements.

I.    Plan & Disclosure Statement (082)

Fees: $116,766.50          Total Hours: 221.8

This category includes all matters related to the Debtors' plan and disclosure statement. During the Compensation Period, OMM rendered services necessary to begin drafting the Debtors' plan and disclosure statement, including working with the Debtors to construct a recovery analysis and claims analysis. OMM also continued to formulate a plan structure and continued to develop a joint plan term sheet within the Compensation Period. OMM negotiated the terms of this term sheet with the Committee's professionals and continued negotiating the plan structure with the Committee. Furthermore, during the Compensation Period, OMM spent time drafting the plan and disclosure statement.

J.    General Litigation/Litigation Claims (083)

Fees: $47,724.00          Total Hours: 131.7

This category includes all matters relating to pending state court litigation matters and adversary proceedings for which no separate matter is listed. A significant portion of OMM's time in this category was spent addressing matters pertaining to the cure and indemnity claims asserted against the Debtors by Deutsche Bank National Trust Company, as trustee for certain securitization trusts.

K.    Reclamation Claims (086)

Fees: $1,201.50                Total Hours: 2.7

This category includes the analyses of reclamation claims asserted in the Debtors' cases. OMM's primary tasks during the Compensation Period involved analyzing the reclamation claim asserted by KST Data, Inc. and the Debtors' liability, if any, with respect thereto and negotiating a stipulation to resolve the matter.

L.    Fee/Employment Applications (087)

Fees: $51,691.50               Total Hours: 124.4

This category includes all matters related the retention and compensation of professionals in the Debtors' cases.

M.    Employee Matters (Benefits, Pensions) (089)

Fees: $5,409.50                Total Hours: 11.3

This category includes all matters related to employee wages, employee plans, benefits, other employee relations matters and retiree benefits. Among the services rendered by OMM within this category during the Compensation Period was drafting an amendment to the Debtors' 401(k) plan.

N.    Corporate and Securities Matters (090)

Fees: $6,037.50                Total Hours: 8.7

This category includes the drafting of board resolutions, the preparation and filing of reports required by the Securities and Exchange Commission, preparing materials for and attending board of directors meetings, and related research.

O.    Tax Issues (091)

Fees: $54,989.00               Total Hours: 89.1

This category includes all federal and state income, property, employment, excise and other tax matters, other than tax aspects of a chapter 11 plan. During the Compensation Period, OMM spent much of the time within this category analyzing and conducting research with respect to the Debtors' tax liabilities and assisting the Debtors in responding to ongoing IRS audit

matters and their rights to receive payment of a tax refund. To that end, OMM drafted a motion requesting an order enforcing the automatic stay against the Internal Revenue Service and ordering the Internal Revenue Service to pay a tax refund of approximately $66 million to the Debtors.

P.    Government Investigations (093)

Fees:  $71,499.50          Total Hours:  206.1

Continuing its work from prior to the Petition Date, OMM assisted the Debtors in addressing certain ongoing investigations being conducted by the U.S. Department of Justice and the Securities and Exchange Commission relating to prepetition criminal and regulatory investigations by such entities.

Q.    Warehouse Lenders (094)

Fees: $38,617.50          Total Hours:  53.8

This category includes all matters related to the Debtors' master repurchase agreements and master loan purchase agreements and to the Debtors' disputes with the counterparties to such agreements. OMM spent time during the Compensation Period analyzing the rights of the parties to the Debtors' various repurchase agreements and engaging in communications and negotiations with counterparties to such agreements and whole loan purchasers. In particular, during the Compensation Period, OMM continued to dedicate efforts to formulating and drafting a settlement structure to resolve the Debtors' disputes with the counterparties to the master repurchase agreements and whole loan purchasers. Additionally, OMM worked with the Debtors and their other professionals to formulate a protocol for determining the amount of early payment default and breach claims under loan purchase agreements.

R.    Deferred Compensation Plan Litigation (095)

Fees: $75,303.00          Total Hours:  139.9

This category includes all matters related to litigation concerning the Debtors' deferred compensation plan (the "Deferred Compensation Plan Litigation"). In particular, OMM continued its analysis of the documents governing the Debtors' deferred compensation plan and its

fact investigation pertaining to the Deferred Compensation Plan Litigation. OMM also conducted research regarding and drafted an opposition to the plaintiffs' motion requesting class certification as well as a motion requesting approval to reallocate assets held in the Debtors' deferred compensation plans. Moreover, OMM spent time in this category responding to the plaintiffs' discovery requests.

      S.     <u>Access Lending (096)</u>

           Fees: $2,739.50          Total Hours:  7.4

        This category includes all matters related to the Access chapter 11 case. During the Compensation Period, OMM spent its time in this matter drafting an amendment to the asset purchase agreement related to the sale of Access' assets and investigating and reporting to the U.S. Trustee regarding a lap top computer that was stolen from Access in November 2006.

      T.     <u>WARN Litigation (097)</u>

           Fees: $142,590.00        Total Hours:  429.3

        This category includes all matters related to the WARN Act lawsuit brought against the Debtors, for which O'Melveny assumed responsibility at the end of June, 2007. During the Compensation Period, OMM spent substantial time in this category addressing discovery issues, including responding to the plaintiffs' discovery requests and preparing discovery requests to be propounded upon the plaintiffs. OMM also continued to conduct the fact investigation and to develop the Debtors' litigation strategy.

U.    Examiner Issues (098)

    Fees: $988,530.00        Total Hours:  4,585.6

    This category includes all matters related to facilitating the Debtors' cooperation with the investigation being conducted by the Court-appointed examiner (the "Examiner"). Services rendered by OMM within this category include, but are not limited to, reviewing a voluminous amount of documents for privilege, coordinating the production of such documents, and preparing for and attending the Examiner's interviews of the Debtors' employees.

### Valuation of Services

    13.    Attorneys and paraprofessionals of OMM have expended a total of 6,509.5 hours in connection with this matter during the Compensation Period.

    14.    The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto. These are OMM's normal hourly rates for work of this character. The reasonable value of the services rendered by OMM to the Debtors during the Compensation Period is $1,857,291.50.

    15.    In accordance with the factors set forth in Section 330 of the Bankruptcy Code, OMM respectfully submits that the amounts requested are fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services other than in a case under this title. Moreover, OMM has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, OMM respectfully requests that the Court enter an order providing that, for the Compensation Period, an allowance be made to OMM with respect to the sum of $1,485,833.20 (80% of $1,857,291.50 as compensation for necessary professional services rendered, and the sum of $23,872.57 for reimbursement of actual necessary costs and expenses, for a total of $1,509,705.77, and that such sums be authorized for payment less any sums that have been previously paid to OMM pursuant to the Administrative Order, and for such other and further relief as the Court may deem just and proper.

Dated:  January 8, 2008
Wilmington, Delaware

Respectfully submitted,


/s/ *Andrew M. Parlen*
Suzzanne Uhland
Ben H. Logan
Victoria A. Newmark
Andrew M. Parlen
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California  94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

## **VERIFICATION**

STATE OF CALIFORNIA)
COUNTY OF ORANGE   )

      Suzzanne Uhland, after being duly sworn according to law, deposes and says:

      a)  I am counsel with the applicant firm, O'Melveny & Myers LLP, co-counsel to the

Debtors in the above-captioned matter.

      b)  I have performed and am familiar with the work performed on behalf of the Debtors

by O'Melveny & Myers LLP.

      c)  I have reviewed the foregoing Application and the facts set forth therein are true and

correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.

Bankr. L.R. 2016-2 and submit that the Application substantially complies with such Rule.

                                  Suzzanne Uhland

SWORN AND SUBSCRIBED before me this ℔ th day of January, 2008

_____
           Notary Public

     **BARBARA J. WITTERS**
   **Notary Public - State of Delaware**
   **My Comm. Expires Mar. 13, 2009**