# EXHIBIT A

Intellectual Property Asset Advisory and
Disposition Services Agreement
Between

# NEW CENTURY MORTGAGE CORPORATION

and

IP Recovery, Inc.



Dated January 8, 2008

Ms. Eva Anderson                              Copyright 2007 IP Recovery, Inc.
Jan 8, 2008
Page 2 of 23

January 8, 2008

Ms. Eva Anderson
Alix Partners
On Behalf of New Century Mortgage Corp.
18400 Von Karmen Ave
#1000
Irvine, CA 92612

RE:  New Century Intellectual Property Assets

VIA EMAIL:  eanderson@AlixPartners.com

Re:    Agreement for Services on Behalf of New Century Mortgage
       Corporation, its subsidiaries and affiliates[1] (the "Company")

Dear Ms. Anderson:

This letter outlines the understanding and agreement ("Agreement") between IP
Recovery™ Inc. ("IPR") and the Company regarding the retention of IPR by the
Company for the purposes set forth herein.  Should the Company determine that
Court approval of this Agreement is necessary, the Company agrees to use its
best efforts to promptly seek such approval in the United States Bankruptcy
Court (the "Court") where the Company is the Debtor or Debtor in Possession.
This Agreement shall be effective as of the date this Agreement is executed or
approved by the Court.

The terms "we", "our" or "us" shall refer to IPR.

## Asset Marketing, Disposition and Liquidation Services:

### A. Objective:

The Company intends to dispose of certain saleable intangibles, presented in
Exhibit 1, which have been recommended for disposition by IPR and
approved by the Company, with the goal of generating cash and/or reducing
liabilities ("Assets").  Such disposition shall be by sale, license, transfer or

---

[1] Listing of Subsidiaries and Affiliates to be included as an attachment by New Century Mortgage
Corporation

NEW YORK              CHICAGO              ASPEN              SAN FRANCISCO

Copyright 2007 IP Recovery, Inc.

otherwise (each such disposition referred to herein as a "Transaction") as part of a liquidation of assets under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"). Under this Agreement, IPR shall be the exclusive provider of disposition services, subject to the termination provisions herein, to the Company in connection with the Transaction(s), including the marketing, auctioning (if required) and sale or other disposition of the Assets owned by the Company (collectively the "Services"). All Assets shall be sold "as is/where is" without representation or warranties by the Company or IPR in accordance with an Asset Purchase Agreement (APA) to be provided by the Company's counsel, unless some other form of document is accepted by the Company.

**B.  Scope of Services:**

Immediately upon execution of this Agreement by the Company and receipt by IPR of the "Commencement Payment" as set forth in Paragraph I., C., 3., below (and following Court approval of this Agreement), the engagement will commence with IPR professionals, working with the Company as necessary, to compile necessary background information, data, financial information and other historical data relevant to substantiating the case for expected recovery in the marketplace.

In performing this engagement, IPR's Scope of Services specifically involves assisting the Company and its advisors in the following key tasks:

1.  Confirming with the Company and its advisors the Company's rights to sell the Assets.   Making contact with vendors, licensors and granting authorities to confirm such determinations, seeking consent to transfer where applicable, or receive in writing consent to assign assets.

2.  Work with the Company's counsel to develop template contracts and agreements for the purpose of facilitating the dissemination of database samples or any other sensitive information that is required to facilitate a Transaction.   IPR has standard templates that we will share with the Company's counsel if necessary.

3.  Analyze for valuation purposes all trademarks and service marks including associated product designs, manufacturing agreements, graphics and logos, and other items of material interest to the sale of these assets.

4.  Identify potential acquirers of the Assets and solicit their interest on behalf of the Company.   Demonstrating the Assets and related supporting documentation, as necessary, on the IPR website and in "Parked" sites for interim revenue generation while on display for sale.

Copyright 2007 IP Recovery, Inc.

5. Secure Intangible assets.   This may include scanning and copying contracts, agreements and registration information.  In addition, IPR may redirect the Domain Name Server (DNS) addresses for the domain names to display them on the IPR website and to selectively place them with preferred domain name management companies to make them visible while being up for sale and to assess the potential traffic to establish the maximum market value for each.

6. Develop and disseminate marketing material to promote the sale of the Assets.  This may include providing summary statistics from historical financial performance, imaging of registrations and graphics, and creating brochures for private label products, brands, trademarks, service marks and domain names.

7. Recommend potential structures for sale and/or auction processes to be used to dispose of the Assets in the immediate near term, including "parking" of certain domain names.

8. Act as the Company's exclusive disposition agent for the Assets, collecting and analyzing appropriate data in connection therewith, and recommending Transactions to dispose of the Assets in the market in order to maximize value for the Company.

The Services, however, shall not include our testimony or appearance in court or at other legal proceedings, other than declarations, appearances, testimony or otherwise as may be necessary to consummate a Transaction which IPR has negotiated or in which IPR has otherwise been involved, unless specific arrangements therefore have been made.

IPR shall work on all aspects of the assignment subject to the conditions contained herein.  IPR will market the Assets, recommend structures for any potential transactions, negotiate with interested buyers and recommend appropriate pricing for the Assets, and oversee the sale/auction of the Assets.  All final decisions regarding the sale or disposition of the Assets shall be the determination of the Company, which determination will be based upon reasonable discretion.  Notwithstanding the foregoing, however, in the event the Company declines to accept a purchase offer produced by IPR that meets or exceeds a predetermined "reserve" amount, if any, IPR shall be entitle to its "success fee" in the same manner as if the transaction had been successfully concluded as set forth in Paragraph II., C., 3., I, below.

## C.  Timing and Fees

NEW YORK                 CHICAGO                 ASPEN                 SAN FRANCISCO

Ms. Eva Anderson
Jan 8, 2008
Page 5 of 23

Copyright 2007 IP Recovery, Inc.

## 1. Timing:

IPR will begin marketing the assets identified in Exhibit 1 immediately.  Should additional saleable IP assets be identified by the Company after commencement of this engagement, IPR will market these assets only after receiving the Company's consent. IPR is sensitive to the fact that some of the Company's assets depreciate more quickly than others, and has incentives in place to complete final asset sales in an orderly fashion, as contrasted with a "forced liquidation" as is normally the case in a Chapter 11 or Chapter 7 liquidation. Accordingly, the monetization strategies will be implemented swiftly with an orderly process implemented to maximize potential value received.

## 2. Fees:

Our compensation to perform the Services of this engagement shall consist of the following:

"Commencement Payment" and Direct Expenses as set forth below

    i.   As compensation for IPR's services in performance of the tasks set forth herein the fee to be paid by the Company to IPR shall be $15,000.00 payable immediately upon commencement of this project.   The Commencement Payment is subject to repayment through asset sales as set forth below.

    ii.   IPR will bill the Company, at actual cost incurred, for reasonable, out-of-pocket direct expenses approved by the Company in advance.   Direct expenses may include but are not limited to travel, communications, shipping, supplies and incidentals.

"Success Fees" as set forth below:

    i.   Upon the closing of any Transaction for each or all of the Assets, a "Success Fee" shall be paid to IPR as follows: The Success Fees payable to IPR shall be 30% of the Gross Consideration (as defined below) received by or for the benefit of the Company for all Transactions. Absent any arrangement to the contrary, any fees incurred for the use of sub-agents retained by IPR to assist in the sale or disposition of the Assets shall be the sole responsibility of IPR.

NEW YORK           CHICAGO           ASPEN           SAN FRANCISCO

Ms. Eva Anderson                            Copyright 2007 IP Recovery, Inc.
Jan 8, 2008
Page 6 of 23

ii.   The Commencement Payment of $15,000 under this engagement shall be applied as a credit toward future recovery, prior to the incurring of Success Fees. As such, the first Success Fee dollars payable to IPR shall begin accruing after the total of $15,000 in "Gross Consideration" has been generated by asset sales, which amount shall go directly to the Company without any associated Success Fees.

iii.  "Gross Consideration" shall mean any cash or other consideration paid to or for the benefit of the Company, including all fee income or other consideration received as a result of the sale, disposition or long-term license of the Assets. In the event that the Gross Consideration for any given Transaction is to be paid in any manner other than cash at closing (such as a reduction of liabilities or claims), the parties to this Agreement agree that IPR's Success Fees for such Transaction will be disbursed in cash, contemporaneous with receipt of any such Gross Consideration by or for the benefit of the Company.

**4. Expenses and Testimony:**

The aforesaid fees exclude any reasonable out-of-pocket expenses incurred in connection with this Agreement and approved by the Company, including travel or reasonable costs related to any court testimony or appearance that we may be asked by the Company to provide other than as may be necessary to consummate a Transaction, which IPR has negotiated or in which IPR has otherwise been involved. We understand that the reimbursement of our expenses is subject to the Company's prior approval. In addition, if you request that we provide a senior member of our management to furnish court testimony or appear in court for purposes other than declarations, appearances, testimony or otherwise as may be necessary to consummate a Transaction, which IPR has negotiated or in which IPR has otherwise been involved, our hourly rate for such person is $600.

The Company represents that it has authorized the matters set forth herein and agrees to cooperate with IPR in order for us to complete the services. The Company shall furnish or cause to be furnished to IPR, without representation or warranty of any kind, such information as is reasonable to render the services (all such information so furnished being the "Information"). The Company acknowledges that IPR: (a) Shall use and rely primarily on the Information and

**NEW YORK**          **CHICAGO**          **ASPEN**          **SAN FRANCISCO**

Ms. Eva Anderson                              Copyright 2007 IP Recovery, Inc.
Jan 8, 2008
Page 7 of 23

on information available from generally recognized public sources in performing the services contemplated by this Agreement without having independently verified the same, nor warranted the same; (b) Does not assume responsibility for the accuracy or completeness of the Information and such other information; (c) Is entitled to rely upon the Information without independent verification thereof; and (d) Shall not perform an MAI appraisal of any Assets in connection with the engagement hereunder.  IPR shall treat as confidential the Information, unless such information becomes publicly available (but not as a result of our breach of such confidentiality) or unless such information is required to be disclosed pursuant to court order after reasonable prior written notice to the Company.  Prior to disclosing any substantive or proprietary information to any third party, IPR shall obtain execution of a confidentiality agreement which has been approved by the Company.

The Company acknowledges and agrees that IPR has been retained to act solely for the matters contained herein.   In such capacity, IPR shall act as an independent contractor, and no other party shall be a beneficiary under this Agreement, except as specifically provided for with regard to the appointment of agents or sub-agents.

This Agreement shall commence on the date approved by the Court, but retroactive to actual date of acceptance set forth below in the signature block of this Agreement.   Notwithstanding the foregoing, this Agreement may be terminated: (a) Without cause upon at least thirty (30) days' written notice by the Company; (b) For cause (i.e., a material breach of this Agreement) by either party if the non-breaching party provides at least fifteen (15) days written notice to the breaching party (setting forth in reasonable detail the specifics of the material breach in the notice), and the breaching party shall have failed to cure such material breach within said fifteen (15) days.   Notwithstanding the termination or expiration of this Agreement, IPR shall be entitled to the payment of that portion of the Retainer and reimbursable expenses as described herein that have accrued through the date of termination (and for Success Fees in connection with matters occurring after termination as provided below).

IPR shall be entitled to its Success Fee in the event that any Transaction is consummated at any time prior to the expiration of twelve (12) months after the expiration of this Agreement, or earlier termination under the terms set forth above, where such Transaction was substantially on account of material work undertaken by IPR in connection with the development and/or implementation of such Transaction during the term hereof.  The status of IPR as independent contractor and the limitation as to whom IPR shall owe any duties shall survive any termination or expiration of this Agreement.

The Company shall indemnify and hold harmless IPR and its personnel from and against any claims, liabilities, costs, and expenses (including, without limitation, attorneys' fees and the time of IPR personnel involved) brought against, paid to,

NEW YORK               CHICAGO               ASPEN               SAN FRANCISCO

Ms. Eva Anderson
Jan 8, 2008
Page 8 of 23

Copyright 2007 IP Recovery, Inc.

or incurred by IPR at any time and in any way arising out of or relating to IPR services under this Agreement, except to the extent finally determined to have resulted from the gross negligence or willful misconduct of IPR personnel or any sub-agents utilized by IPR. This provision shall survive the termination of this agreement for any reason. IPR shall comply with all laws and regulations in the performance of the Services under this Agreement.

No representation or warranty is expressed or implied for any valuations, projections, estimates and information supplied by IPR. Actual results for the sale of the Assets may vary materially and adversely from the valuations, estimations and projections supplied by IPR. The parties recognize that market conditions, the motives of buyers, the time necessary to market the Assets, the current uncertain conditions for the sale of retail assets, and other matters all will have a material effect on actual results. Accordingly, IPR cannot predict the actual results that will ultimately be achieved in connection with their services and work performed hereunder.

This Agreement embodies the entire agreement and understanding by and among the parties hereto relating to the subject matter hereof. If any provision of this Agreement is determined to be invalid or unenforceable in any respect, such determination will not affect such provision in any other respect, which shall remain in full force and effect. No waiver, amendment or other modification of this Agreement shall be effective unless in writing and signed by each party to be bound thereby.

This Agreement shall be governed by, and construed in accordance with, the laws of the State of California applicable to contracts executed in and to be performed in California. Any actions to enforce this Agreement shall be brought in an appropriate proceeding before the Court.

It is expressly understood and agreed to by the parties that, in the event either party is required to bring an action to enforce its rights under this Agreement, including but not limited to, actions to recover fees or expenses, the prevailing party shall be entitled to recover it's expenses including reasonable attorneys' fees.

This Agreement may be signed in counterparts, together forming a complete agreement.

Please confirm that the foregoing correctly sets forth our agreement by signing and returning to IPR the duplicate copies of this Agreement.

NEW YORK            CHICAGO            ASPEN            SAN FRANCISCO

Ms. Eva Anderson
Jan 8, 2008
Page 9 of 23

Copyright 2007 IP Recovery, Inc.

Sincerely,

READ, AGREED AND APPROVED:

IP Recovery, Inc.

New Century Mortgage Corporation

By: _____

By: _____

Name: Jay D. Lussan

Name:

Title: Chairman, CEO

Title:

Date: ___January 8, 2008___

Date: _____

NEW YORK          CHICAGO          ASPEN          SAN FRANCISCO

Ms. Eva Anderson                                    Copyright 2007 IP Recovery, Inc.
Jan 8, 2008
Page 10 of 23

## ADDENDUM "A"

### STATEMENT OF LIMITING CONDITIONS

1.  Information furnished by others, upon which all, or portions of, our work product are based, is believed to be reliable but may not have been verified except as set forth in our report.  No warranty is given as to the accuracy of such information.

2.  Unless otherwise provided in the Agreement, neither IPR nor any individual signing or associated with this Agreement shall be required by reason of this report to give further consultation, provide testimony, or appear in court or at other legal proceedings unless specific arrangements therefore have been made.

3.  No responsibility is taken for changes in market conditions, and no obligation is assumed to revise this Agreement or the work product generated there under to reflect events or conditions that occur subsequent to the conclusion of Phase I of this Agreement.

4.  The work product generated pursuant to this Agreement may not be included or referred to in any Securities and Exchange Commission filing or other public document, except as required by Counsel for the Company.

NEW YORK              CHICAGO              ASPEN              SAN FRANCISCO

Ms. Eva Anderson
Jan 8, 2008
Page 11 of 23

Copyright 2007 IP Recovery, Inc.

## Exhibit 1 – Assets Identified by Company

### US Trademarks and Service Marks*

| Mark | Serial No | Filed | Reg No | Reg Date | Status |
|------|-----------|-------|--------|----------|--------|
| 1.800HOME123.com | 78/083,515 | 9/12/2001 | 2,559,001 | 4/9/2002 | Registered |
| 1.800HOME123.com & Design | 78/083,452 | 9/11/1999 | 2,631,907 | 10/8/2002 | Registered |
| 123LOAN.COM | 75/717,403 | 6/1/1999 | 2,486,670 | 9/11/2001 | Registered |
| ACCESS LENDING | 78/826,084 | 3/1/2006 | | | Pending |
| Casa123 | 78/539,073 | 12/28/2004 | | | Published |
| CLOSE MORE UNIVERSITY | 78/320,114 | 10/29/2003 | 2,895,857 | 10/19/2004 | Registered |
| CLOSE MORE UNIVERSITY & Design | 78/382,389 | 3/11/2004 | 2,905,252 | 11/23/2004 | Registered |
| CLOSE MORE UNIVERSITY PRESENTS & Design | 78/593,379 | 3/23/2005 | 3,097,711 | 5/30/2006 | Registered |
| CUTTING THROUGH THE LOAN CLUTTER | 78/488,448 | 9/23/2004 | 3,130,921 | 8/15/2006 | Registered |
| FAST N SURE INSURANCE WHEN YOU NEED IT! Logo | 78/517,857 | 11/16/2004 | | | Published |
| FASTNSURE | 78/474,249 | 8/26/2004 | | | Published |
| FastQual | 78/382,404 | 3/11/2004 | 2,940,008 | 4/12/2005 | Registered |
| FastQual & Design | 78/382,408 | 3/11/2004 | 3,030,444 | 12/13/2005 | Registered |
| FASTQUAL YOU JUST CLOSED MORE & Design | 76/407,466 | 5/2/2002 | 2,706,783 | 4/15/2003 | Registered |
| HOME 123 | 75/385,607 | 11/6/1997 | 2,250,525 | 6/1/1999 | Registered |

**NEW YORK**          **CHICAGO**          **ASPEN**          **SAN FRANCISCO**

Ms. Eva Anderson                          Copyright 2007 IP Recovery, Inc.
Jan 8, 2008
Page 12 of 23

| Mark | Serial No | Filed | Reg No | Reg Date | Status |
|------|-----------|-------|--------|----------|--------|
| Home 123 cutting through the loan clutter & Design **Home123** Cutting through the loan clutter | 78/492,931 | 10/1/2004 | 3,031,863 | 12/20/2005 | Registered |
| HOME123 (Logo) **Home123** | 78/509,088 | 11/1/2004 | 3,040,935 | 1/10/2006 | Registered |
| HOME123 CREDIT CARDS | | | | | Unfiled |
| Home123 Credit Tool Kit Deluxe | 78/926,653 | 7/11/2006 | | | Pending |
| HOME123 INSURANCE SERVICES & Design **Home123** Insurance Services | 78/517,886 | 11/16/2004 | 3,118,270 | 7/18/2006 | Registered |
| Home123 Mortgage & Design **Home123 MORTGAGE** | 77/043,669 | 11/14/2006 | | | Pending |
| INSURANCE RIGHT/WHEN YOU NEED IT! | 78/474,259 | 8/26/2004 | | | Published |
| INSURANCE WHEN YOU NEED IT! | 78/517,832 | 11/16/2004 | | | Published |
| N design | 75/732,816 | 6/17/1999 | 2,394,342 | 10/10/2000 | Registered |
| NC INSURANCE SERVICES & N Design NC INSURANCE SERVICES | 78/517,877 | 11/16/2004 | | | Published |
| NEW CENTURY & N design NEW CENTURY | 75/741,825 | 6/18/1999 | | | Published |
| NEW CENTURY FIRST MORTGAGE | 78/643,996 | 6/6/2005 | | | Published |
| NEW CENTURY MORTGAGE | 75/554,015 | 9/15/1998 | 2,580,564 | 6/18/2002 | Registered |
| NORTH AMERICAN REAL ESTATE SOLUTIONS & Design North American Real Estate Solutions | 76/531,479 | 7/17/2003 | 2,922,107 | 2/1/2005 | Registered |
| QUICKFUND | 76/022,988 | 4/11/2000 | 2,437,162 | 3/20/2001 | Registered |
| RAPID REQUEST | 78/523,745 | 11/29/2004 | 3,030,903 | 12/13/2005 | Registered |
| THE HANDSHAKE IS BACK | 76/033,411 | 4/25/2000 | 2,732,579 | 7/1/2003 | Registered |

**NEW YORK**          **CHICAGO**          **ASPEN**          **SAN FRANCISCO**

Ms. Eva Anderson
Jan 8, 2008
Page 13 of 23

Copyright 2007 IP Recovery, Inc.

| Mark | Serial No | Filed | Reg No | Reg Date | Status |
|------|-----------|-------|--------|----------|--------|
| TRATS FINANCIAL SERVICES | 78/854,501 | 4/5/2006 | | | Published |
| We Get It | 78/774,168 | 12/15/2005 | 3,171,267 | 11/14/2006 | Registered |

**\*this list may include trademarks whose registrations have expired or will expire prior to commencement of this engagement**

## Domain Names

| Domain Name | Expiration |
|-------------|------------|
| 1800home123.com | 26-Aug-09 |
| 1-800-home123.com | 26-Aug-09 |
| 1800home123.tv | 21-Jun-08 |
| 1ststerlingmortgage.com | 2-Feb-08 |
| 24-7realtorassist.com | 14-Jun-07 |
| 800anyloan.com | 6-Apr-11 |
| 800home123.com | 4-Aug-09 |
| 800home123.tv | 21-Jun-08 |
| 888home123.com | 17-Jun-11 |
| adastramortgage.com | 26-Apr-08 |
| anthonycummings.com | 9-Nov-10 |
| anyloan.com | 29-Sep-07 |
| anyloancompany.net | 29-Jun-10 |
| austinnationalmortgage.com | 8-Sep-08 |
| bakersfieldmortgagepro.com | 24-Mar-08 |
| banialopez.com | 13-Jan-09 |
| belindamarcet.com | 19-Jan-08 |
| bjlovesreferrals.com | 28-Sep-11 |
| brycedahlin.com | 24-Mar-08 |
| buybyrob.com | 10-Oct-07 |
| caesarbritten.com | 30-Nov-07 |
| campbellmortgages.com | 21-Jul-08 |
| carlaspragg.com | 3-Jun-08 |
| casa123.com | 24-May-08 |
| casa-123.com | 24-May-11 |
| casa123.net | 21-Jun-08 |
| christopherlefevre.com | 9-Jun-08 |
| closemorenow.com | 21-Dec-07 |
| closemoreu.com | 10-Oct-09 |
| compufundmortgage.com | 2-Feb-08 |
| cphloans.com | 2-Mar-11 |
| deannaolivo.com | 26-Jan-11 |
| debralowe.com | 28-Feb-11 |

Ms. Eva Anderson                          Copyright 2007 IP Recovery, Inc.
Jan 8, 2008
Page 14 of 23

| | |
|---|---|
| donreinartz.com | 12-Jul-08 |
| dreamsapproved.com | 10-Sep-08 |
| eckstum.com | 18-Jul-07 |
| edwardjrussell.com | 28-Apr-08 |
| eliteokc.com | 14-Jun-11 |
| elitetulsa.com | 14-Jun-11 |
| erinmerryman.com | 13-Jan-11 |
| fasthomeloans-bymnunez.com | 20-Apr-08 |
| fasthomeloans-byrgreen.com | 21-Mar-08 |
| fastinsur.com | 9-Jun-08 |
| fastinsur.net | 9-Jun-08 |
| fastinsur.org | 9-Jun-08 |
| fastinsure.net | 9-Jun-08 |
| fastinsure.org | 9-Jun-08 |
| fastnsur.com | 22-Jun-08 |
| fastnsur.net | 22-Jun-08 |
| fastnsur.org | 22-Jun-08 |
| fastnsure.com | 4-Jun-08 |
| fastnsure.net | 4-Jun-08 |
| fastnsure.org | 4-Jun-08 |
| fastqual.com | 26-Oct-11 |
| financingtheislands.com | 5-Aug-09 |
| findseattleloans.com | 28-Sep-08 |
| freyfinancialmortgage.com | 31-Oct-08 |
| fthoodmortgage.com | 21-Mar-08 |
| gail-best.com | 1-Nov-08 |
| gocommercial.com | 9-Oct-09 |
| goldenoakloans.com | 9-Sep-10 |
| gomultifamily.com | 12-May-08 |
| handymande.com | 24-Nov-08 |
| home123.cc | 21-Jun-08 |
| home123.com | 2-Sep-09 |
| home1-2-3.com | 21-Oct-09 |
| home123.info | 6-Oct-07 |
| home123.net | 5-Jan-08 |
| home123.org | 20-Sep-09 |
| home123.tv | 21-Jun-08 |
| home123.us | 21-Jun-08 |
| home123.ws | 21-Jun-08 |
| home123bank.com | 10-Aug-09 |
| home123-builder.com | 22-Jan-12 |
| home123corp.com | 17-Jun-11 |
| home1-2-3corp.com | 26-Aug-09 |

Ms. Eva Anderson                          Copyright 2007 IP Recovery, Inc.
Jan 8, 2008
Page 15 of 23

| | |
|---|---|
| home123-customersurvey.com | 28-Jul-11 |
| home123direct.com | 17-Jun-11 |
| home123insurance.com | 17-May-08 |
| home123insurance.info | 17-May-08 |
| home123insurance.name | 17-May-08 |
| home123insurance.net | 17-May-08 |
| home123insurance.org | 17-May-08 |
| home123insurance.us | 17-May-08 |
| home123insuranceservices.com | 17-May-08 |
| home123insuranceservices.info | 17-May-08 |
| home123insuranceservices.name | 17-May-08 |
| home123insuranceservices.net | 17-May-08 |
| home123insuranceservices.org | 17-May-08 |
| home123insuranceservices.us | 17-May-08 |
| home123loan.biz | 21-Jun-08 |
| home123loan.com | 17-Jun-11 |
| home123loan.info | 21-Jun-08 |
| home123loan.net | 21-Jun-08 |
| home123loan.tv | 21-Jun-08 |
| home123loan.ws | 21-Jun-08 |
| home123loans.biz | 21-Jun-08 |
| home123loans.com | 26-Aug-09 |
| home1-2-3loans.com | 26-Aug-09 |
| home123loans.info | 21-Jun-08 |
| home123loans.net | 21-Jun-08 |
| home123loans.tv | 21-Jun-08 |
| home123loans.us | 21-Jun-08 |
| home123loans.ws | 21-Jun-08 |
| home123mortgage.com | 30-Jun-08 |
| home123partners.com | 16-Jun-08 |
| home123partners.net | 21-Jun-08 |
| home123-pld.com | 9-Feb-11 |
| home123prime.com | 26-Aug-08 |
| home123racing.com | 14-Oct-09 |
| home123sucks.biz | 7-Nov-16 |
| home123sucks.com | 7-Nov-16 |
| home123sucks.info | 7-Nov-16 |
| home123sucks.net | 7-Nov-16 |
| home123sucks.us | 7-Nov-16 |
| homebuyerbenefit.com | 5-Sep-09 |
| homelandlenders.com | 26-Aug-08 |
| homeloanrockstar.com | 13-Jan-08 |
| homeloansbycolin.com | 21-Nov-07 |

NEW YORK            CHICAGO            ASPEN            SAN FRANCISCO

Ms. Eva Anderson                           Copyright 2007 IP Recovery, Inc.
Jan 8, 2008
Page 16 of 23

| | |
|---|---|
| homeloansbyrandy.com | 15-Jun-08 |
| ihaveyourhomeloan.com | 16-Aug-08 |
| insurxpress.net | 13-Jul-08 |
| insurxpress.org | 13-Jul-07 |
| jameslackman.com | 28-Jul-11 |
| jeffwiersma.com | 25-Oct-08 |
| jeffwucinich.com | 8-Oct-08 |
| jennasloans.com | 28-May-08 |
| jennifercreech.com | 29-Apr-08 |
| jesseedmonds.com | 9-Feb-08 |
| jimstick.com | 28-Jul-08 |
| johnfgoad.com | 13-Jul-08 |
| juliannegibson.com | 25-Aug-08 |
| jumboloanz.com | 8-Jun-08 |
| kensteamworks4you.com | 28-Sep-11 |
| kevin-ellis.com | 13-Jul-09 |
| kingstonmortgage.com | 2-Feb-11 |
| knowyourloans.com | 8-Jan-10 |
| lakecorpuschristihomeloans.com | 30-May-09 |
| laurakryan.com | 28-Jul-07 |
| laurieahansen.com | 9-Feb-08 |
| learnmoreu.com | 16-Jan-08 |
| learnmoreu.net | 16-Jan-08 |
| learnmoreuniversities.com | 16-Jan-08 |
| learnmoreuniversities.net | 16-Jan-08 |
| learnmoreuniversity.com | 16-Jan-08 |
| learnmoreuniversity.net | 16-Jan-08 |
| lesliethomerson.com | 7-Jun-08 |
| lindatheloanlady.com | 8-Oct-11 |
| loanpartnersmortgage.com | 2-Feb-11 |
| loansbycori.com | 3-Jun-08 |
| loanswithchrys.com | 14-Dec-10 |
| loanswithpete.com | 20-Dec-07 |
| mariortegon.com | 21-Nov-08 |
| metmortgagelending.com | 2-Jan-08 |
| midwesthomemtg.com | 27-May-11 |
| midweststerlingmortgage.com | 18-Feb-08 |
| millieho.com | 24-Mar-08 |
| mishaford.com | 7-Oct-08 |
| monticellomortgageservices.com | 29-Nov-10 |
| montimortgage.com | 29-Nov-10 |
| mortgage512.com | 21-Mar-08 |
| mortgagesbymichelle.com | 3-May-11 |

Ms. Eva Anderson                        Copyright 2007 IP Recovery, Inc.
Jan 8, 2008
Page 17 of 23

| | |
|---|---|
| mtganswerman.com | 23-Oct-08 |
| mtgaustin.com | 12-Jul-11 |
| nccommercial.com | 6-Sep-08 |
| ncen.com | 17-Aug-08 |
| ncenassociate.com | 13-Sep-09 |
| ncenassociate.info | 13-Sep-09 |
| ncenassociate.name | 13-Sep-09 |
| ncenassociate.net | 13-Sep-09 |
| ncenassociate.org | 13-Sep-09 |
| ncenassociate.us | 13-Sep-09 |
| ncencommercial.com | 18-Nov-08 |
| ncendirect.net | 5-Feb-08 |
| ncensucks.biz | 7-Nov-16 |
| ncensucks.com | 7-Nov-16 |
| ncensucks.info | 7-Nov-16 |
| ncensucks.net | 7-Nov-16 |
| ncensucks.us | 7-Nov-16 |
| ncinsuranceservices.com | 17-May-08 |
| ncinsuranceservices.info | 17-May-08 |
| ncinsuranceservices.name | 17-May-08 |
| ncinsuranceservices.net | 17-May-08 |
| ncinsuranceservices.org | 17-May-08 |
| ncinsuranceservices.us | 17-May-08 |
| ncissaly.com | 28-Jun-08 |
| ncmvboston.com | 16-Nov-11 |
| ncmvtc.com | 11-Dec-11 |
| ncmvtexas.com | 16-Nov-11 |
| newcentury.com | 3-May-08 |
| newcenturycommercial.com | 6-Sep-09 |
| newcenturyfinancial.org | 28-Oct-09 |
| newcenturyfinancialonlinemortgages.com | 5-Feb-08 |
| newcenturyfinancialonlinemortgages.net | 6-Feb-08 |
| newcenturyfinancialsucks.biz | 7-Nov-16 |
| newcenturyfinancialsucks.com | 7-Nov-16 |
| newcenturyfinancialsucks.info | 7-Nov-16 |
| newcenturyfinancialsucks.net | 7-Nov-16 |
| newcenturyfinancialsucks.us | 7-Nov-16 |
| newcenturyhmda.com | 29-Mar-08 |
| newcenturylending.com | 23-Jun-09 |
| newcenturymorgage.com | 27-Nov-09 |
| newcenturymortgage.com | 2-Dec-07 |
| newcenturymortgagesucks.biz | 7-Nov-16 |
| newcenturymortgagesucks.com | 7-Nov-16 |

NEW YORK          CHICAGO          ASPEN          SAN FRANCISCO

Ms. Eva Anderson
Jan 8, 2008
Page 18 of 23

Copyright 2007 IP Recovery, Inc.

| | |
|---|---|
| newcenturymortgagesucks.info | 7-Nov-16 |
| newcenturymortgagesucks.net | 7-Nov-16 |
| newcenturymortgagesucks.us | 7-Nov-16 |
| newcenturyonlinemortgages.com | 5-Feb-08 |
| newcenturyonlinemortgages.net | 6-Feb-08 |
| newcenturyprime.com | 26-Oct-08 |
| newcenturysucks.biz | 7-Nov-16 |
| newcenturysucks.com | 7-Nov-16 |
| newcenturysucks.info | 7-Nov-16 |
| newcenturysucks.net | 7-Nov-16 |
| newcenturysucks.us | 7-Nov-16 |
| newcenturytc.com | 2-Jan-10 |
| nick-watts.com | 20-Jun-09 |
| northamericanres.com | 29-Oct-12 |
| nwfundingsolutions.com | 3-Dec-11 |
| onestoploanshop.com | 11-May-08 |
| pahome123.com | 16-Oct-08 |
| pamelazank.com | 14-Oct-08 |
| peachtreeresidentialmtg.com | 2-Jan-10 |
| prestigeresidential.com | 2-Feb-11 |
| primewestfunding.com | 19-Jan-08 |
| ramonfrancis.com | 10-Jan-09 |
| regabnewcenturymortgagesecurities.com | 21-Dec-10 |
| resprimelending.com | 12-Sep-08 |
| reynarogers.com | 12-Jan-09 |
| sdmort.com | 18-May-08 |
| selectmortgagegroupltd.com | 21-Oct-10 |
| selectmortgageltd.com | 29-Nov-10 |
| sellmoreu.net | 16-Jan-08 |
| sellmoreuniversity.com | 16-Jan-08 |
| sellmoreuniversity.net | 16-Jan-08 |
| southtexasmortgagecenter.com | 13-Jul-11 |
| stephaniefisman.com | 28-Jul-11 |
| summitresortlending.com | 24-Jan-11 |
| teambiroschak.com | 14-Dec-07 |
| theanyloancompany.com | 29-Jun-10 |
| theanyloancompany.net | 29-Jun-10 |
| theoriginators123.com | 16-Jan-12 |
| tlh-mortgage.com | 3-Jun-08 |
| totalmortgageresource.com | 1-Sep-07 |
| totalmortgageresources.com | 14-Jun-11 |
| wendycarley.com | 2-Jan-11 |
| worthfunding.com | 8-Sep-09 |

NEW YORK          CHICAGO          ASPEN          SAN FRANCISCO

Ms. Eva Anderson                              Copyright 2007 IP Recovery, Inc.
Jan 8, 2008
Page 19 of 23

| wrtfinancial.com | 2-Feb-11 |
|---|---|
| wwwhome123.com | 2-Dec-08 |
| youcangetahome.com | 16-Jul-08 |
| yourlendinglady.com | 5-Aug-11 |
| yourlendingpro.com | 14-Apr-09 |
| yourlo.com | 27-Aug-08 |


## **Partial List of Software Licenses***


| Software | Product | Count |
|---|---|---|
| Adobe | Creative Suite Std. 2.0 Windows 2000/XP | 3 |
| | Acrobat Std 2.0 Windows 2000/XP | 800 |
| | Acrobat Std 7.0 | 14 |
| | After Effects Pro 7.0 Windows 2000/XP | 1 |
| | Encore 2.0 Windows 2000/XP | 1 |
| | Pagemaker 7.0.2 Windows 98/2000/NT/XP | 8 |
| | Photoshop CS2 Windows 2000/XP | 43 |
| | Photoshop Elements 4.0 Windows 2000/XP | 5 |
| | Premier Elements Windows XP | 1 |
| | Authorware 7.0 Windows 98/2000/XP/2003 | 4 |
| | Captivate Robodemo 1.0 Windows 98/2000/XP/2003 | 6 |
| | Contribute 3.0 Multiple Platforms | 4 |
| | Director 10.0 Multiple Platforms | 2 |
| | Dreamweaver 8.0 Multiple Platforms Version upgrade | 12 |
| | Dreamweaver 8.0 Multiple Platforms New | 7 |
| | Flash 8.0 Multiple Platforms | 26 |
| | Flash Paper 2.0 Windows 98/2000/NT/ME/XP | 1 |
| | Freehand from V10X 11.0 Upgrade Windows 98/2000/NT/ME/XP | 2 |
| | Freehand 11.0 Windows 98/2000/NT/ME/XP | 1 |
| | Homesite Tool 5.5 Windows 95/98/NT/2000/XP | 2 |
| | JRUN Pro 3.0 Multiple Platforms | 1 |
| | Reader Extension SVR Win Weblogic 7.0 Multiple Platforms | 2100 |
| | Reader Extension SVR Win Weblogic 7.0 Multiple Platforms | 1 |
| | Workflow Server 7.0 Multiple Platforms | 1 |
| Altiris Multiple Platforms | Client Management Suite Multiplatforms | 1100 |
| | Service and Management Suite Level 2 w/1 year Maintenance | 4 |
| | Client management Suite Level 1 upgrade PRO w/1 | 1000 |
| | Altiris Premium Support Technical Support Emergency 24x7 | 1 |
| Altova | XMLSPY Professional Edition +SMP 1yr Multiple Platforms | 17 |
| | XMLSYY Pro from Pro 2005 2006 Windows 98/2000/NT/ME/XP | 1 |
| | XMLSPY Pro from XMLSPY 05 Pro w/1Yr Mnt Multiple Platforms | 1 |


**NEW YORK**          **CHICAGO**          **ASPEN**          **SAN FRANCISCO**

Ms. Eva Anderson                          Copyright 2007 IP Recovery, Inc.
Jan 8, 2008
Page 20 of 23

|  |  |  |
|---|---|---|
|  | XMLSPY Pro Edition + SMP 1yr 5 users 2006 Windows 95/98/NT/2000/XP | 2 |
| Autocad | Autocad LT 2006 Windows 2000/XP Full Package Shrinkwrap | 3 |
| Aspose | Aspose.Cells Site Enterprise Multiple Platforms | 1 |
|  | XMLSPY Professional Edition + SMP 1 yr 2006 Multiple Platforms | 3 |
|  | Aspose.PDF for .net Dev Enterprise Sub Windows 2000/XP/2003 | 1 |
| Atlantis | Openview Network Node Mgr Adapter Multiple Platforms | 2 |
|  | PageManager Pro Unlimited Users 2.4 Mutliple Platforms | 2 |
| BEA | Linux Server |  |
|  | Ecmapp01/ecmapp02 - Staging/QA/Load  environment |  |
|  | Ecmapp03/ecmapp04 - Production (LSW and SLX production) |  |
|  | Ecmapp05/ecmapp06 - EDE production |  |
|  | Ecmapp07/ecmapp08 - ede (QA and Staging) |  |
|  | Ecmapp09/ecmapp10 - home123 QA/Staging |  |
|  | Ecmapp11/ecmapp12 - home123 load |  |
|  | Ecmapp13/ecmapp14 - production |  |
|  | Ecmapp15/ecmapp16 - home123  -- Dev license |  |
|  | Ecmapp17/ecmapp18 - dev (Weblogic 9.2) |  |
|  | Ecmapp19/ecmapp20 - stg(Weblogic 9.2) |  |
|  | Ecmapp21/ecmapp22 - QA (Weblogic 9.2) |  |
|  | Ecmapp23/ecmapp24 - Load (Weblogic 9.2) |  |
|  | Ecmapp25/ecmapp26 - prod (Weblogic 9.2) |  |
|  | Windows |  |
|  | Cwsui-350-d1/cwsui-350-d2 (preprod, QA, staging) |  |
|  | Cwsui-350-01/cwsui-350-02 (production) |  |
| Business | CRYSTAL XCELCIUS PRO FULL PRODUCT 4.0 | 2 |
| Objects | CRYSTAL XCELCIUS PRO FULL PRODUCT 4.0 | 2 |
|  | CRYSTAL REPORTS PRO 11 | 1 |
|  | CRYSTAL REPORTS PRO 11 | 1 |
|  | CRYSTAL REPORTS PRO 11 | 8 |
|  | CRYSTAL REPORTS PROFESSIONAL 9.0 | 20 |
| Centergistic | Agent Link Licenses | 115 |
| Solutions | Power User Licenses | 6 |
| Chordiant | Channel Selling Advisor | 500 |
| Citrix | Citrix Presentation Server Edition - Products taken from Subscription Advantage Renewal Quote | 1850 |
|  | Citrix Access Gateway, Advanced Edition | 450 |
|  | Metaframe Xpe Connection License Pack | 1920 |
|  | Citrix Presentation Server Enterprise | 390 |

NEW YORK          CHICAGO          ASPEN          SAN FRANCISCO

Ms. Eva Anderson                                Copyright 2007 IP Recovery, Inc.
Jan 8, 2008
Page 21 of 23

| | | |
|---|---|---:|
| | Citrix Access Gateway, StandardEdition | 1100 |
| | English Citrix Access Suite License | 550 |
| | Metaframe Access Suite 3.0 | 500 |
| | Citrix Access Suite 4, Step Up Edition | 100 |
| | | |
| | | |
| | | |
| Crystal | CRYSTAL REPORTS DEVELOPER | 4 |
| Decisions | CRYSTAL REPORTS PRO | 1 |
| | CRYSTAL REPORTS STANDARD | 2 |
| | | |
| | | |
| Embarcadero | ER/Studio for MS SQL Windows 95/98/NT/2000/XP | 2 |
| | | |
| EMC | DiskXtender Data Manager Server 2000 Multiple Platforms | 1 |
| | DiskXtender Mediastor Optical level 1 Multiple Platforms | 1 |
| | APPXtender Image Capture Server CC St Multiple Platforms | 1 |
| | ApplicationXtender Server CC (25-49) ST Multiple Platforms | 35 |
| | ApplicationXtender Server CC (2-5) ST Multiple Platforms | 5 |
| | Replicstor for Windows Standard Server Multiple Platforms | 2 |
| | | |
| GlobalScape | EFT Server License Multiple Platforms | 1 |
| | EFT DMZ Gateway License (In Production) | 1 |
| | | |
| IBM | Websphere Modeler Advanced User | 1 |
| | | |
| | | |
| Ilog | JRULES Application RT Server Side | 1 |
| | JRULES 4 Fixed Development | 1 |
| | JRULES 1 Fixed Development | 10 |
| | | |
| JetBrains | IntelliJ Idea 5.1 Multiple Platforms Version Upgrade License | 6 |
| | | |
| | | |
| McAfee | Enterprise Mgr, DB, Scan Engine, Appliance | 1 |
| Foundstone | FS Traveling Lic Unlimited IPS 1:1g | 1 |
| | Server Protect Multiplatform Win ALL | 1,500 |
| | | |
| Microsoft | *List of perpetual licenses acquired by New Century Prior to Enterprise Agreement 01E64499 is incomplete at this time and requires additional investigation | |
| | | |
| NetApp | VFM Enterprise Edition Software Tier 4 | 2 |
| | VFM Enterprise Edition Software, 1 Server | 2 |
| | | |
| Platespin | Powerconvert Universal ED 25 conversions Multiple Platforms | 1 |
| | | |
| Puridiom | Procurement Tracking System | |

**NEW YORK**              **CHICAGO**              **ASPEN**              **SAN FRANCISCO**

Ms. Eva Anderson                           Copyright 2007 IP Recovery, Inc.
Jan 8, 2008
Page 22 of 23

| Quest | VAS Server Deploy Pack Multiple Platforms | 50 |
|---|---|---|
| | Vintela Authentication Services Svr Lic, Multiple Platforms | 1 |
| | Vintela Authentication Services (VAS) Multiple Platforms | 1 |
| | | |
| Symantec | Symantec Deepsight Threat Management System Sub +Gold Support 3yr Elite C Band | |
| | Symantec Antivirus Home Use Rights Lic Elite C Band | 1000 |
| | Symantec Antivirus Enterprise Edition 10.0 Gold Maintenance 3 year | 8500 |
| | Symantec Antivirus Enterprise Edition 10.0 Lic Gold | |
| | | |
| ThinPrint | Thinprint.App Server | |
| | | $1,825 |
| | | |
| Vmotion | Vmotion 2 CPU Additive License Windows 98/2000/NT/ME/XP | 1 |
| | | |
| VMWare | VMware ESX Server 1.5, 2 Processor | 1 |
| | VMware ESX Server 1.5, 2 Processor | 1 |
| | VMware ESX Server 2, 2-Processor | 1 |
| | SMP for ESX Server 2, 2-Processor | 2 |
| | VMware ESX Server 2, 2-Processor | 2 |
| | VMware ESX Server 1.5, 2 Processor | 4 |
| | VMware ESX Server 2, 2-Processor | 4 |
| | GSX Server for Linux 2 Processor | 2 |
| | VMware GSX Server 3 for Linux, 2 Processor | 2 |
| | VMware ESX Server 2, 2-Processor | 1 |
| | SMP for ESX Server 2, 2-Processor | 2 |
| | VirtualCenter Agent 1 for ESX, 2-Processor | 2 |
| | VMotion 1.0 (2-Processor) | 2 |
| | VMware ESX Server 2, 2-Processor | 2 |
| | VirtualCenter Agent 1 for ESX, 4-Processor | 2 |
| | VMotion 1.0 (4-Processor) | 2 |
| | SMP for ESX Server 2, 4-Processor | 2 |
| | VMware ESX Server 2, 4-Processor | 2 |
| | VirtualCenter Agent 1 for ESX, 4-Processor | 2 |
| | VMotion 1.0 (4-Processor) | 2 |
| | SMP for ESX Server 2, 4-Processor | 2 |
| | VirtualCenter Management Server 1.0 | 1 |
| | VMware ESX Server 2, 4-Processor | 2 |
| | VirtualCenter Agent 1 for ESX, 4-Processor | 1 |
| | VMotion 1.0 (4-Processor) | 1 |
| | SMP for ESX Server 2, 4-Processor | 1 |
| | VMware ESX Server 2, 4-Processor | 1 |
| | SMP for ESX Server 2, 2-Processor | 1 |
| | VMware ESX Server 2, 2-Processor | 1 |
| | VirtualCenter Agent 1 for ESX, 2-Processor | 1 |
| | VMotion 1.0 (2-Processor) | 1 |

**NEW YORK**          **CHICAGO**          **ASPEN**          **SAN FRANCISCO**

Ms. Eva Anderson                                Copyright 2007 IP Recovery, Inc.
Jan 8, 2008
Page 23 of 23

|  |  |  |
|---|---|---|
|  | VirtualCenter Agent 1 for ESX, 4-Processor | 1 |
|  | VMotion 1.0 (4-Processor) | 1 |
|  | SMP for ESX Server 2, 2-Processor | 5 |
|  | SMP for ESX Server 2, 4-Processor | 1 |
|  | SMP for ESX Server 2, 4-Processor | 1 |
|  | VMotion 1.0 (2-Processor) | 8 |
|  | VMware ESX Server 2, 4-Processor | 1 |
|  | VirtualCenter Agent 1 for ESX, 2-Processor | 8 |
|  |  |  |
| Winzip | winzip standard 10.0 | 6441 |

**\*Transfer of software is subject to consent of the copyright holder**

\*Note – This list may not represent a comprehensive list of saleable intellectual property assets currently held by New Century Mortgage Corporation.  In the event that additional assets are identified after commencement of this agreement, New Century Mortgage Corporation may at its sole determination include and market these additional assets under the terms of this agreement.

NEW YORK              CHICAGO              ASPEN              SAN FRANCISCO