IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Proposed Objection Deadline: 1/17/08 @ 4:00 p.m. |
| | : | Proposed Hearing Date: 1/23/08 @ 1:30 p.m. |

## MOTION TO SHORTEN NOTICE PERIOD AND APPROVE THE FORM AND MANNER OF NOTICE

The above captioned debtors and debtors in possession (the "Debtors") hereby move the Court for an order pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), providing authorization to have the **Application For Order Authorizing Debtors and Debtors In Possession to Employ IP Recovery, Inc. To Market Certain Intellectual Property Assets Pursuant to 11 U.S.C. §§ 327(a) and 328** (the "Application") considered at the hearing scheduled in these cases on January 23, 2008 at 1:30 p.m. (Eastern Time) (the "Hearing"). A copy of the Application is attached hereto as Exhibit A.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

RLF1-3241081-1

By the Application, the Debtors have moved for the entry of an order, pursuant to section 327 of the United States Bankruptcy Code, authorizing the Debtors to retain IP Recovery, Inc. ("IP Recovery") as a broker in connection with the sale of certain internet domain names and other intellectual property assets (the "Intellectual Property"), and granting such other and further relief as the Court deems necessary and appropriate.[2]

Local Rule 9006-1(c) requires that motions be filed and served at least 15 days prior to the hearing date scheduled for such motion (or 18 days if notice is given by regular mail) unless the Bankruptcy Rules or Local Rules state otherwise. Local Rule 9006-1(c) also requires that objection deadlines be set at least five days before the hearing date. See Del. Bankr. L.R. 9006-1(c). Pursuant to Local Rule 9006-1(e), however, these notice and objection deadlines can be shortened "by order of the Court, on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e); see also Fed. R. Bankr. P. 9006(c) ("when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without notice order the period reduced").

The Debtors respectfully submit that the exigencies of this matter justify expedition. As described more fully in the Application, the Debtors believe they may be able to derive substantial value from a sale of the Intellectual Property. To facilitate and effectuate this sale in an expeditious and efficacious manner, the Debtors require the immediate assistance and advice of IP Recovery, Inc. ("IP Recovery") to market the Intellectual Property. The Debtors believe in their business judgment that the prompt sale of the Intellectual Property presents the best opportunity to realize the maximum value of the estates for the benefit of the Debtors' creditors,

---

[2] Capitalized terms used but not defined in this Motion to Shorten shall have the meanings ascribed to them in the Application.

RLF1-3241081-1

2

stakeholders and other parties in interest. Accordingly, as IP Recovery will only begin working on the sale after they are retained, approval of the Application is of paramount importance. Additionally, quick approval of the Application will permit the Debtors to more fully focus their attention on the plan of reorganization and disclosure statement that they anticipate filing with the Court shortly.

The Debtors intend to serve the Application today by hand delivery and/or electronic mail on (i) the Office of the United States Trustee for the District of Delaware, (ii) counsel to the Official Committee of Unsecured Creditors, (iii) other parties entitled to notice pursuant to Federal Rule of Bankruptcy Procedure 2002 and Delaware Local Bankruptcy Rule 2002-1(b). The Debtors submit that no other or further notice is necessary or required.

The Debtors also request that the Court set January 17, 2008 at 4:00 p.m. (Eastern Time) as the objection deadline with respect to the Application. Local Rule 9006-1(c) provides that objection deadlines be set at least five (5) business days before a hearing date. The Debtors, however, submit that allowing parties-in-interest additional time in which to object to the relief requested in the Application is warranted given the shortened notice of the Hearing. Accordingly, the Debtors respectfully submit that the parties-in-interest will not be prejudiced by the dates proposed herein.

*[Remainder of page left intentionally blank.]*

RLF1-3241081-1

WHEREFORE, the Debtors respectfully request the entry of an order, substantially in the form attached hereto as <u>Exhibit B</u>, approving the shortened notice period requested herein and the form, manner and sufficiency of notice of the Application and granting such other and further relief as may be just and proper.

Dated: January 8, 2008
       Wilmington, Delaware

                                   /s/ Christopher M. Samis
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

                              -and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION