# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

*Movant: Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for Morgan Stanley, MSAC, 2007*

*D&G Reference: 211490/Batch 35*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000242556 | MANTILLA | 11/20/2006 | $159,920.00 | $165,395.60 | $180,000.00 | 15262 SW 281 STREET UNIT 704 A HOMESTEAD FL 33034 |
| 2000242370 | ALVAREZ | 11/8/2006 | $196,000.00 | $206,562.28 | $188,000.00 | 313 SANTA BARBARA BLVD CAPE CORAL FL 33990 |
| 2000252334 | CRUZ | 11/21/2006 | $277,600.00 | $292,192.98 | $294,000.00 | 13633 GLENGARRY DRIVE VICTORVILLE CA 92392 |
| 2000241282 | SUMTER | 9/28/2006 | $100,720.00 | $104,679.66 | $122,000.00 | 16 DUNOON COURT COLUMBIA SC 29229 |
| 2000242290 | DELGADO | 11/7/2006 | $287,920.00 | $299,908.52 | $340,000.00 | 1608 AMMONS STREET WOODLAND CA 95776 |
| 2000242156 | VALENZUELA | 10/25/2006 | $608,000.00 | $640,461.87 | $623,000.00 | 4083 CUTLER AVENUE A B BALDWIN PARK CA 91706 |
| 2000280669 | MARULANDA | 10/5/2006 | $268,000.00 | $278,853.70 | $305,000.00 | 715 NEW YORK AVENUE BALDWIN NY 11510 |
| 2000276006 | JACKSON | 12/15/2006 | $485,600.00 | $506,200.34 | $375,000.00 | 151 SW 7TH AVENUE BOCA RATON FL 33486 |
| 2000259315 | CRUZ | 1/31/2007 | $520,000.00 | $539,942.42 | $630,000.00 | 80-80 88TH RD WOODHAVEN NY 11421 |
| 2000258909 | KIM | 2/22/2007 | $225,600.00 | $239,864.35 | $240,000.00 | 4061 FARMER WAY NORTH HIGHLANDS CA 95660 |
| 2000243340 | HOLLAND | 11/17/2006 | $528,000.00 | $552,355.65 | $536,000.00 | 19676 E PINEWOOD DR AURORA CO 80016 |
| 2000277316 | MUNOZ | 12/29/2006 | $225,657.00 | $231,823.30 | $255,000.00 | 13867 BRYNWOOD STREET VICTORVILLE CA 92392 |