# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
*Movant: Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for Morgan Stanley*
*D&G Reference: 211489/Batch 34*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000233347 | ESTERGAARD | 9/21/2006 | $128,000.00 | $133,519.47 | $143,000.00 | 4641 CASA GRANDE DR GREELEY CO 80634 |
| 2000228900 | GAGNON | 7/31/2006 | $620,000.00 | $643,296.51 | $570,000.00 | 503 ELEUTHERA LANE INDIAN HARBOUR BEACH FL 32937 |
| 2000228731 | PABLO | 8/19/2006 | $35,0000.00 | $369,693.96 | $540,000.00 | 1604 WEST SANTA ANA BLVD SANTA ANA   CA 92703 |
| 2000231618 | LOZANO | 8/28/2006 | $264,000.00 | $276,205.02 | $270,000.00 | 3506 DEL SOL BOULEVARD UNIT C SAN DIEGO CA 92154 |
| 2000233680 | MCCARTY | 9/19/2006 | $146,400.00 | $154,003.33 | $163,500.00 | 2713 HICKORY BEND DRIVE GARLAND    TX 75044 |
| 2000231478 | GORDON | 9/2/2006 | $356,000.00 | $379,088.18 | $460,000.00 | 4360 NW 160TH AVENUE CORAL SPRINGS FL 33605 |
| 2000231887 | WATSON | 8/23/2006 | $516,000.00 | $531,492.29 | $595,000.00 | 21 HIDDEN VALLEY ROAD POMONA CA 91766 |
| 2000233423 | OLGUIN SR | 9/9/2006 | $315,000.00 | $328,012.25 | $391,000.00 | 36461 CLEARWOOD COURT PALMDALE   CA 93550 |
| 2000228810 | MURRAY | 7/11/2006 | $283,500.00 | $295,734.11 | $300,000.00 | 8764 PINE CREST PLACE RANCHO CUCAMONGA CA 91730 |