IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | RE: Docket No. 4347 |
| | : | |

## ORDER SHORTENING NOTICE AND
## APPROVING THE FORM AND MANNER OF NOTICE

This matter coming before the Court on the Motion (the "Motion to Shorten") of the above captioned debtors and debtors in possession (the "Debtors"), for entry of an order shortening the notice period for and approving the form and manner of notice of the **Application For Order Authorizing Debtors and Debtors In Possession to Employ IP Recovery, Inc. To Market Certain Intellectual Property Assets Pursuant to 11 U.S.C. §§ 327(a) and 328** (the "Application"); the Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction over this Motion to Shorten pursuant to 28 U.S.C. §§ 157 and 1334; (b) this Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (c) capitalized terms used but not otherwise defined herein shall be ascribed the same meaning given to them in the Motion to Shorten; and the Court having determined that the legal and factual basis set forth

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

RLF1-3241081-1

in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. A hearing to consider the Application will be held before The Honorable Kevin J. Carey on January 23, 2008 at 1:30 p.m.

3. Any objection or response to the relief requested in the Application must be filed and served on counsel to the Debtors on or before 4:00 p.m. (Eastern Time) on January 18, 2008.

4. This Order shall be effective and enforceable immediately upon entry.

5. This Court retains jurisdiction to interpret, implement and enforce the provisions of this Order.

Dated: January 9, 2008
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

RLF1-3241081-1

2