IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: BARRY C. BARNETT and | § § | |
| OPHELIA F. CAMIÑA, | § § | Misc. Action No. 3:07-MC-93-N |
| Respondents. | § § | |

**SHOW CAUSE ORDER**

Pursuant to Local Rule 83.8(b), the Court orders Respondents Barry C. Barnett and Ophelia F. Camiña, members of the Bar of this Court, to appear and show cause, if there be any, why they should not be subject to discipline for the conduct found by the Court in *Positive Software Solutions, Inc. v. New Century Mortgage, Inc.*, 337 F. Supp. 2d 862, 865-70 (N.D. Tex. 2004), *rev'd on other grounds*, 476 F.3d 278 (5th Cir.) (en banc), *cert. denied*, 127 S. Ct. 2942 (2007). Respondents are directed to file written responses by November 16, 2007. Upon review of the written responses, the Court may schedule oral argument by separate order.

Signed October 5, 2007.

_____
David C. Godbey
United States District Judge

SHOW CAUSE ORDER – SOLO PAGE