**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 07-10416-KJC |
| NEW CENTURY TRS | : | |
| HOLDINGS, INC., *et al.*, | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | Related to Docket Nos. _____ |

**ORDER GRANTING SECOND MOTION OF POSITIVE SOFTWARE
SOLUTIONS, INC., FOR RELIEF FROM THE AUTOMATIC STAY
REGARDING COPYRIGHT INFRINGEMENT LITIGATION**

On February 6, 2008, this Court heard the *Second Motion of Positive Software Solutions, Inc., for Relief from the Stay Regarding Copyright Infringement Litigation* [Docket No.____] (the "Second Stay Motion"). Upon due consideration of the Second Stay Motion and responses and objections thereto filed by the Debtors and other parties in interest, and evidence admitted and argument presented at hearing, this Court finds and orders as follows:[1]

## I.  FINDINGS

1.  The Court has jurisdiction over the contested matter initiated by the filing of the Second Stay Motion under 28 U.S.C. § 1334 and that matter constitutes a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of this matter in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (Okla JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LW (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

2.      Service and notice of the Second Stay Motion was timely and adequate under the Federal Rules of Bankruptcy Procedure and the Local Rules.

3.      Cause exists under Section 362(d) to grant the relief requested by the movant, Positive Software Solutions, Inc. ("Positive Software") and to modify the automatic stay (the "Automatic Stay") initiated upon filing of the captioned jointly administered bankruptcy cases by the Debtors as requested by Positive Software as provided herein.

## II.      ORDERS

1.      The Automatic Stay is hereby modified to permit the 2003 Litigation (as that term is further defined in the Second Stay Motion) to proceed to final adjudication, including any future arbitration, or appellate proceedings that may be involved (but not authorizing non-bankruptcy attempts by Positive Software to collect on any monetary judgment that it may be awarded in its favor), including the claims that have been brought by or which may be brought by Positive Software against Debtor New Century Mortgage Corporation, Debtor New Century Financial Corporation and other Debtors in that action.

2.      This Court shall retain jurisdiction over any and all disputes concerning or related to the scope, interpretation or implementation of this Order.

SO ORDERED,

This ___ day of _____, 2008

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE