**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 07-10416-KJC |
| NEW CENTURY TRS | : | |
| HOLDINGS, INC., *et al.*, | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: January 30, 2008 at 4:00 p.m. |
| | : | Hearing Date: February 6, 2008 at 1:30 p.m. |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on January 9, 2008, Positive Software Solutions, Inc. ("Positive Software"), a creditor and party-in-interest in these jointly administered bankruptcy cases (the "Bankruptcy Cases"), filed its Second Motion for Relief from the Automatic Stay Regarding Copyright Infringement Litigation (the "Second Stay Motion").

PLEASE TAKE FURTHER NOTICE that any objections to the Second Stay Motion must be made in writing, filed with the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon the undersigned counsel so as to be received on or before **January 30, 2008, at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed in accordance with the above procedure, a hearing on the Second Stay Motion may be held before the Honorable Kevin J. Carey in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, on **February 6, 2008, at 1:30 p.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed in accordance

with the above procedures, the Bankruptcy Court may enter an order approving the Second Stay Motion without further notice or hearing.

Dated: January 9, 2008
      Wilmington, Delaware          FOX ROTHSCHILD LLP

                        By:      */s/ L. Jason Cornell*
                                Daniel K. Astin, Esquire (Del. No. 4068)
                                Anthony M. Saccullo, Esquire (Del. No. 4141)
                                L. Jason Cornell (Del. No.3821)
                                Citizens Bank Center, Suite 1300
                                919 N. Market Street, P.O. Box 2323
                                Wilmington, Delaware  19899-2323
                                Tel (302) 654-7444/Fax (302) 656-892
                                dastin@foxrothschild.com
                                asaccullo@foxrothschild.com
                                jcornell@foxrothschild.com

                                and

                                Mark H. Ralston, Esq.
                                Texas Bar No. 16489460
                                THE RALSTON LAW FIRM
                                2603 Oak Lawn Avenue
                                Suite 230, LB 2
                                Dallas, Texas 75219-9109
                                Telephone: (214) 295-6416
                                ralstonlaw@gmail.com

                                Counsel to Positive Software Solutions, Inc.