## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416(KJC) |
| INC., a Delaware corporation, <u>et al.</u>, | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

### MICHIGAN DEPARTMENT OF TREASURY'S RESPONSE TO THE DEBTOR'S EIGHTH OMNIBUS OBJECTION: SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. §§ 502 AND 507, BANKRUPTCY RULES 3007 AND 9014, <u>AND LOCAL RULE 3007-1 TO CERTAIN BOOKS AND RECORDS CLAIMS</u>

**NOW COMES** the State of Michigan, Department of Treasury (hereinafter referred to as "Treasury"), by and through its attorneys, MICHAEL COX, Attorney General, and Deborah Benedict Waldmeir, Assistant Attorney General, and responds to the Debtor's Eighth Omnibus Objection with regard to **Claim number 2179** as follows:

1.      On April 2, 2007, the Debtors filed for Chapter 11 bankruptcy protection.

2.       On December 28, 2007 the Debtor filed its Eighth Omnibus Objection to Claims and therein objected to a claim filed by the State of Michigan Department of Treasury.

3.      As set forth in Debtor's Eighth Omnibus Objection and Exhibit A attached thereto, Debtor objects to Treasury's Claim No. 2179 in that amount of $5,000.00 on the basis that its books and records do not reflect the existence of Treasury's claim.

4.      Treasury denies that Claim No. 2179 in the amount of $5,000.00 should be disallowed and expunged.   Treasury's Claim No. 2179 is a valid claim filed against co-Debtor Home123 Corporation. As of the date of this Response, Home123 Corporation has not filed its July 2007 State of Michigan withholding tax return.

**WHEREFORE**, the Michigan Department of Treasury requests that its proof of claim be allowed until and unless the Michigan Department of Treasury files an amended claim.

Respectfully submitted,

MICHAEL COX
Attorney General

By:      /s/ Deborah Benedict Waldmeir
Deborah Benedict Waldmeir (P 60869)
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI  48202
(313) 456-0140

Dated:  January 10, 2008