**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | Case No. 07-10416(KJC) |
| INC., a Delaware corporation, <u>et al.</u>, | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

**PROOF OF SERVICE**

STATE OF MICHIGAN )
                           ) ss.
COUNTY OF WAYNE )

      The undersigned certifies that on January 10, 2008, a copy of *Michigan Department of Treasury's Response to the Debtor's Eighth Omnibus Objection: Substantive Objection Pursuant To 11 U.S.C. §§ 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Books and Records Claims were* served upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid:

      Mark Collins
      One Rodney Square
      P.O. Box 551
      Wilmington, DE 19899

      I declare that the statements above are true and to the best of my information, knowledge and belief.

                                                                           /S/ Starkema T. Jackson
                                                                           Starkema T. Jackson, Legal Secretary
                                                                           Department of Attorney General
                                                                           3030 W. Grand Boulevard
                                                                           Suite 10-200
                                                                           Detroit, MI 48202
                                                                           (313) 456-0140