# EXHIBIT A
# BIDDING PROCEDURES

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## BIDDING PROCEDURES FOR THE SALE OF CERTAIN MORTGAGE LOANS

The following bidding procedures, which were approved by order of the Bankruptcy Court dated January __, 2008 (the "Bidding Procedures") shall govern the auction process for the Mortgage Loans[2] as set forth in the Asset Purchase Agreement between New Century Financial Corporation ("NCF"), the subsidiaries of the Company listed on Exhibit A thereto (each a "Seller" and together with NCF, the "Sellers"), and GRP Loan, LLC Dated as of December 19, 2007 (the "APA"). The Sellers will seek entry of an order from the Bankruptcy Court authorizing and approving the sale of the Mortgage Loans free and clear of liens, claims, and encumbrances to GRP Loan, LLC (the "Stalking Horse Bidder") or such other Successful Bidder (defined below) as may be made at the Auction (as defined below).

       1.     Approvals. The proposed sale shall in all respects be subject to approval by the Bankruptcy Court and the compliance with (i) the applicable provisions of the Bankruptcy Code; (ii) the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); (iii) other applicable rules and law; and (iv) the terms of the APA.

       2.     Assets to be Sold. The Auction shall consist of all of the Mortgage Loans free and clear of claims, interests, liens, and encumbrances.

       3.     Determination of "Qualifying Bidder" Status. In order to participate in the bidding process and be deemed a "Qualifying Bidder," each potential bidder other than the Stalking

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (Okla JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LW (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership and New Century Warehouse Corporation, a California corporation.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the APA.

Horse Bidder must deliver to the Sellers, with copies to the Official Committee of Unsecured Creditors (the "OCUC"), a written and binding offer that:

 (a) exceeds the purchase price offered by the Stalking Horse Bidder by at least $100,000;

 (b) states such bidder, on its own or together with other Qualifying Bidder(s), offers to purchase all of the Mortgage Loans upon the terms and conditions substantially as set forth in the APA;

 (c) states such bidder is prepared to enter into a legally binding purchase and sale agreement or similar agreement for the acquisition of the Mortgage Loans on terms and conditions no less favorable to the Sellers than the terms and conditions contained in the APA;

 (d) be accompanied by a clean and duly executed asset purchase agreement (the "Modified APA") and a marked Modified APA reflecting the variations from the APA executed by the Stalking Horse Bidder;

 (e) states such bidder is financially capable of consummating the transactions contemplated by the Modified APA;

 (f) states such Qualifying Bidder's offer is irrevocable until the closing of the purchase of the Mortgage Loans if such bidder is the Successful Bidder or the Back-Up Bidder (as defined below);

 (g) contains such financial and other information that will allow the Sellers to make a reasonable determination as to the bidder's financial and other capabilities to consummate the transactions contemplated by the Modified APA;

 (h) does not request or entitle the bidder to any transaction or break-up fee, expense reimbursement or similar type of payment;

 (i) fully discloses the identity of each entity that will be bidding for the Mortgage Loans or otherwise participating in connection with such bid, and the complete terms of any such participation; and

 (j) does not contain any due diligence or financing contingencies of any kind.

A competing bid meeting the above requirements shall constitute a "Qualifying Bid" and such bidder shall be a "Qualifying Bidder." The Sellers may aggregate separate bids from Qualifying Bidders to create a Qualifying Bid. The Sellers shall make a determination regarding whether a bid is a Qualifying Bid and shall notify bidders when their bids have been determined to be qualified. The Stalking Horse Bidder shall be deemed a Qualifying Bidder and the APA constitutes a Qualifying Bid for all purposes.

4.      Bid Deadline. All Qualifying Bids must be submitted no later than 12:00 p.m. (prevailing Eastern time) on January 18, 2008 (the "Bid Deadline") to:

(i)     Sellers:

O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Facsimile: (415) 984-8701
Email: blogan@omm.com
          bchristensen@omm.com
Attention: Ben Logan
           Brophy Christensen

(ii)    Official Committee of Unsecured Creditors:

Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Facsimile: (212) 478-7400
Email: mpower@hahnhessen.com
Attention: Mark Power

5.      No Qualifying Bids. If no timely, conforming Qualifying Bids are submitted by the Bid Deadline, the Debtors shall not hold an Auction (as defined below) and instead shall request at the Sale Hearing that the Court approve the APA with the Stalking Horse Bidder.

6.      Auction. In the event that the Debtors receive by the Bid Deadline one or more bids that they deem in their discretion, in consultation with the OCUC, to constitute Qualifying Bids other than the APA, the Sellers shall conduct an auction with respect to the Mortgage Loans (the "Auction"). The Auction will take place starting on January 22, 2008 at a time selected by the Sellers. The Auction will be conducted by telephonic conference call, internet, or such other method as designated by the Sellers. The Auction shall be governed by the following procedures:

(a)     Only representatives of the Sellers, the Stalking Horse Bidder, Qualifying Bidders and the OCUC shall participate at the Auction;

(b)     Only the Stalking Horse Bidder and Qualifying Bidders shall be entitled to make any subsequent bids at the Auction;

(c)     Each Qualifying Bidder shall be required to confirm that it has not engaged in any collusion with respect to the bidding or the sale;

(d)     The Stalking Horse Bidder and the Qualifying Bidders shall participate in

person in the Auction, or through a duly authorized representative;

(e)    Bidding shall commence at the amount of the highest and/or best Qualifying Bid submitted by the Qualifying Bidders prior to the Auction;

(f)    Qualifying Bidders may then submit successive bids in increments of at least $50,000 higher than the bid at which the Auction commenced and then continue in minimum increments of at least $50,000 higher than the previous bid;

(g)    All Qualifying Bidders shall have the right to submit additional bids and make additional modifications to the APA or Modified APA, as applicable, at or before the Auction;

(h)    The Auction will be conducted so that each Qualifying Bidder will be informed of the terms of the previous bid; and

(i)    The Auction shall continue until there is only one offer that the Sellers determine, in consultation with the OCUC and subject to Court approval, is the highest and best offer from among the Qualifying Bidders and the Stalking Horse Bidder submitted at the Auction (the "Successful Bid"). In making this decision, the Sellers, in consultation with the OCUC, will have the discretion to weigh multiple considerations including, without limitation, the amount of the purchase price, the form of the consideration being offered, the likelihood of the bidder's ability to close a transaction and the timing thereof, the number, type and nature of any changes to the APA requested by each bidder, and the net benefit to the Debtors' estates. The bidder submitting such Successful Bid shall become the "Successful Bidder," and shall have such rights and responsibilities of the purchaser, as set forth in the applicable Modified APA. For purposes of determining the Successful Bid, any overbid submitted by the Stalking Horse Bidder shall be deemed to include the full amount of the Break-Up Fee (as defined below) and Reimbursement Fee (as defined below). Within three days after adjournment of the Auction, the Successful Bidder shall complete and execute all agreements, contracts, instruments and other documents evidencing and containing the terms and conditions upon which the Successful Bid was made. Bids made after the close of Auction shall not be considered by the Bankruptcy Court.

The Sellers, in consultation with the OCUC, may develop additional rules or amend the foregoing rules governing the conduct of the Auction at the time of the Auction, including the amount at which the bidding shall commence, incremental amounts of successive overbids and the method by which each round of bidding will be conducted.

7.    Back-Up Bidder. If an Auction is conducted, the party with the next highest or otherwise Qualifying Bid (including for this purpose the Stalking Horse Bidder), as determined by the Sellers, in consultation with the OCUC, at the Auction shall be required to serve as a back-up bidder (the "Back-up Bidder") and keep such bid open and irrevocable until the earlier of 5:00 p.m. (prevailing Eastern time) on January 29, 2008 or the closing of the sale transaction with the Successful Bidder. Following the Sale Hearing, if the Successful Bidder fails to consummate an approved Sale because of a breach or failure to perform on the part of such Successful Bidder, the Back-up Bidder will be deemed to be the new Successful Bidder, and the Sellers will be authorized,

but not required, to consummate the Sale with the Back-up Bidder without further order of the Bankruptcy Court.

8.  Sale Hearing. The Successful Bid (or the APA, if no Qualifying Bid other than that of the Stalking Horse Bidder is received and accepted) will be subject to approval by the Bankruptcy Court. Please be advised that the hearing to approve the sale of the Mortgage Loans to the Successful Bidder (the "Sale Hearing") will take place on January 23, 2008 at 10:30 a.m. (Prevailing Eastern Time), or at such time thereafter as counsel may be heard, before the Honorable Kevin J. Carey, United States Bankruptcy Court, District of Delaware. The Sale Hearing may be adjourned with the consent of the Successful Bidder from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

9.  Payment of Break-Up Fee and Reimbursement Fee. In consideration of the Stalking Horse Bidder's entry into the APA and the time and expenses that the Stalking Horse Bidder has spent and incurred in connection with the negotiation of the APA, as well as for the risk associated with acting as the stalking horse, and in recognition of the benefits which it provides Sellers in seeking to sell the Mortgage Loans for the highest and best offer at the Auction, Sellers agree that in the event that the Mortgage Loans are sold to the Successful Bidder or the Back-Up Bidder, in each case other than the Stalking Horse Bidder, Sellers shall pay the Stalking Horse Bidder from the proceeds of sale the amounts of (i) $40,000 (the "Break-Up Fee") and (ii) $16,100 (the "Reimbursement Fee"). The Break-Up Fee and Reimbursement Fee shall be paid as administrative expense of the Sellers with priority over any and all administrative expenses of the kind specified in Sections 503(b) or 507(b) of the Bankruptcy Code. The Sellers hereby acknowledge that the Break-Up Fee and Reimbursement Fee shall survive termination of the APA and entry of the Bidding Procedures Order by the Bankruptcy Court shall bind all Sellers' senior secured lenders to the treatment of the Break-Up Fee and Reimbursement Fee.