**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| NEW CENTURY TRS  HOLDINGS, INC., | : | |
| A Delaware Corporation, et al., | : | Case No. 07-10416  (KJC) |
| | : | |
| Debtors | : | Jointly Administered |

**RESPONSE BY THE COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF REVENUE TO DEBTORS' EIGHTH OMNIBUS OBJECTION:
SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. §§ 502 AND 507,
BANKRUPTCY RULES 3007 AND 9014, AND LOCAL RULE 3007-1
<u>TO CERTAIN BOOKS AND RECORDS CLAIMS</u>**

TO THE HONORABLE KEVIN J. CAREY,
UNITED STATES BANKRUPTCY JUDGE:

The objection of New Century TRS Holdings, Inc., to proofs of claim 719 and 3312 filed by the Commonwealth of Pennsylvania, Department of Revenue lacks merit.  To the contrary, pursuant to 72 P.S. §7404, the PA Department of Revenue imposed on Debtor corporation tax estimates for tax years 2003 to 2007, under box number 5491-503.  Upon Debtor's submission and settlement of the unfiled corporation tax reports, the estimated figures for tax years 2003 to 2007 will be adjusted accordingly.   In addition, the PA Department of Revenue imposed on Debtor corporation tax estimates for tax years 2003, 2006, and 2007, under box number 2245-452.  The corporation tax report for 2006, under box number 2245-452, has since been filed with the PA Department of Revenue.  Upon Debtor's submission and settlement of unfiled

corporation tax reports for tax years 2003 and 2007, and settlement of the corporation tax report for tax year 2006, the estimated figures for tax years 2003, 2006, and 2007 will also be adjusted accordingly.

                Respectfully submitted,

                THOMAS W. CORBETT, JR.
                ATTORNEY GENERAL

DATED: January 10, 2008    BY:  /s/ Carol E. Momjian
                                            Carol E. Momjian
                                            Senior Deputy Attorney General
                                            Attorney No. 49219
                                            Office of Attorney General
                                            21 South 12th Street, 3rd Floor
                                            Philadelphia, PA  19107
                                            Tel: (215) 560-2128
                                            Fax: (215) 560-2202
                                            E-mail: cmomjian@attorneygeneral.gov

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | : | |
| A Delaware Corporation, et al., | : | Case No. 07-10416 (KJC) |
| | : | |
| Debtors | : | Jointly Administered |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the Response by the Commonwealth of Pennsylvania, Department of Revenue to Debtors' Eighth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. §§ 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 To Certain Books and Records Claims was served electronically and by First Class mail on January 10, 2008, upon the following:

Mark Collins, Esquire
Michael J. Merchant, Esquire
Christopher M. Samis, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

Suzzanne S. Uhland, Esquire
Emily R. Culler, Esquire
Ana Acevedo, Esquire
O'MELVENY & MYERS, LLP
275 Battery Street
San Francisco, CA  94111


DATED: January 10, 2008            BY:  /s/ Carol E. Momjian
                                        Carol E. Momjian
                                        Senior Deputy Attorney General
                                        Attorney No. 49219
                                        Office of Attorney General
                                        21 South 12th Street, 3rd Floor
                                        Philadelphia, PA  19107
                                        Tel: (215) 560-2128
                                        Fax: (215) 560-2202
                                        E-mail: cmomjian@attorneygeneral.gov