|          |            | EXHIBIT A ||||||
|----------|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |            | In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11) ||||||
|          |            | Movant: U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE OF SCFB ABSC TRUST SERIES 2003-HE2 ||||||
| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
| 4866018  | Windes     | Jan.15, 2003 | $95,200 | $93,937.63 | $215,000 | 3009 Leonard Drive, Everett, Washington 98201 |
| 4861431  | Johnson    | Jan. 6, 2003 | $110 | $115,992.91 | $125,000 | 2545 Moon River Loop, Las Cruces, NM 88007 |