# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings  **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC  **DATE:** January 9, 2008
**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Suzzane S. Uhland | O'Melveny & Myers | Debtor |
| Jeffery Milton | Milbank Tweed Hadley & McCloy | Morgan Stanley |
| Nicholas Cremona | Kaye Scholer LLP | Bank of America |
| Victoria Newmark | O'Melveny & Myers | Debtor |
| Douglas Deutsch | Chadbourne & Park, LLP | Crdit Suisse First Boston |
| Lizanne Reynolds | Office of The County Counsel | County of Santa Clara |
| Richard Agins | Bingham McCutchen, LLP | DB Structured Products |
| Chris Ward | Klehr Harrison | Wells Fargo |
| Andrew Nicely | Mayer Brown | Wells Fargo |
| Jon Geht | DOJ | United States |
| Joseph H. Huston | Stevens + Lee | ~~Joseph H. Huston~~ Deferred Comp Pltfs |
| Jaime White | Potter Anderson | Bank of America |
| Michael DeBaecke | Blank Rome | Committee of Unsecured Creditors |
| Mark Power | Hahn + Hessen | " |
| Mark Indelicato | | " |
| Martha Collins | RLF | Debtors |
| Ben H. Logan | OMM | " |
| Christopher M. Samis | RLF | " |

# SIGN-IN SHEET

CASE NAME: New Century TRS Holdings

CASE NO.: 07-10416

COURTROOM NO.: 5

DATE: 1/9/08

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Minuti | Saul Ewing LLP | Examiner |
| Edward Fox | K&L Gates | " |
| Joseph J. McMahon, Jr. | USDOJ | UST |

PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 01/09/2008
Calendar Time: 01:30 PM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2031246 | Suzzane S. Uhland | 415-984-8941 | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2034003 | Jeffrey Milton | 212-530-5136 | Milbank Tweed Hadley & McCloy | Creditor, Morgan Stanley / LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2031014 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP | Creditor, Bank of America, NA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2031102 | Victoria Newmark | 213-430-7717 | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2029036 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Credit Suisse First Boston / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2028114 | Lizanne Reynolds | 408-299-5940 | Office of The County Counsel | Creditor, County of Santa Clara / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2029035 | Richard Agins | 860-240-2840 | Bingham McCutchen, LLP | Interested Party, DB Structured Products / LIVE |