1st Omnibus Objection

In re: New Century TRS Holdigs, Inc., et al.
Case No. 07-10416 (KJC)

## Exhibit A
## Duplicate Claims - Ordered

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Leslie K Hill dba Farallon Enterprises | 07-10416 | 411 | 07-10416 | 401 | $0.00 | $0.00 | $14,500.00 | $10,500.00 | $25,000.00 | $0.00 | $0.00 | $14,500.00 | $10,500.00 | $25,000.00 |
| Leslie K Hill dba Farallon Enterprises | 07-10416 | 2542 | 07-10416 | 69 | $0.00 | $0.00 | $21,900.00 | $28,100.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 |
| Leslie K Hill dba Farallon Enterprises | 07-10416 | 70 | 07-10416 | 69 | $0.00 | $0.00 | $21,900.00 | $28,100.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 |
| **Claims To Be Expunged Totals** | | | | 3 | $0.00 | $0.00 | $58,300.00 | $66,700.00 | $125,000.00 | $0.00 | $0.00 | $14,500.00 | $70,500.00 | $85,500.00 |

Page 1