2nd Omnibus

# Exhibit A
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdings, Inc. et al.,
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||  Reduced/Reclassified Claim Amount ||||
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Leslie K Hill dba Farallon Enterprises<br>7756 Dos Palos Ln<br>Sebastopol, CA 95472-5315 | 07-10416 | 60 | $0.00 | $0.00 | $21,900.00 | $28,100.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 |

Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due

**Claims To Be Expunged Totals**    1    $0.00    $0.00    $21,900.00    $28,100.00    $50,000.00    $0.00    $0.00    $0.00    $30,000.00    $30,000.00