# EXHIBIT A

4th Omnibus Objection

**Exhibit A**
**Amended Claims - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | | Remaining Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Orange County Treasurer Tax Collector PO Box 1438 Santa Ana, CA 92702 | 07-10419 | 1181 | 07-10419 | 3339 | $59,310.62 | $0.00 | $474.15 | $0.00 | $59,784.77 | $56,216.50 | $0.00 | $474.15 | $0.00 | $55,690.65 |
| **Claims To Be Expunged Totals** | | | | 1 | $59,310.62 | $0.00 | $474.15 | $0.00 | $59,784.77 | $56,216.50 | $0.00 | $474.15 | $0.00 | $55,690.65 |