# EXHIBIT A

RLF1-3241640-1

7th Omnibus Objection

**Exhibit A**
**Amended Claims - Ordered**

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount Secured | Amended Claim Amount Admin | Amended Claim Amount Priority | Amended Claim Amount Unsecured | Amended Claim Amount Total | Remaining Claim Amount Secured | Remaining Claim Amount Admin | Remaining Claim Amount Priority | Remaining Claim Amount Unsecured | Remaining Claim Amount Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CB Richard Ellis Corporate Facilities Management Inc 2041 Rosecrans Ave Ste 300 El Segundo, CA 90245 | 07-10419 | 1916 | 07-10419 | 3672 | $0.00 | $0.00 | $0.00 | $484,631.62 | $484,631.62 | $0.00 | $0.00 | $0.00 | $1,568,061.34 | $1,568,061.34 |
| City of Alexandria Virginia Revenue Division PO Box 178 Alexandria, VA 22313 | 07-10416 | 336 | 07-10421 | 314 | $3,562.50 | $0.00 | $0.00 | $0.00 | $3,562.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| City of Alexandria Virginia Revenue Division PO Box 178 Alexandria, VA 22313 | 07-10421 | 314 | 07-10421 | 3395 | $3,562.50 | $0.00 | $0.00 | $0.00 | $3,562.50 | $1,015.97 | $0.00 | $0.00 | $0.00 | $1,015.97 |
| John Goldberg & Deutsch LLC 600 Baltimore Ave Ste 208 Towson, MD 21204 | 07-10419 | 2005 | 07-10419 | 3221 | $0.00 | $0.00 | $0.00 | $15,443.33 | $15,443.33 | $0.00 | $0.00 | $0.00 | $15,443.33 | $15,443.33 |
| Maricopa County Treasurer 301 E Washington Ste 800 Phoenix, AZ 85004 | 07-10419 | 291 | 07-10419 | 3447 | $5,553.06 | $0.00 | $0.00 | $0.00 | $5,553.06 | $9,396.56 | $0.00 | $0.00 | $0.00 | $9,396.56 |
| Pennsylvania Department of Revenue PO Box 280946 Harrisburg, PA 17128-0946 | 07-10419 | 718 | 07-10419 | 3315 | $0.00 | $0.00 | $893,764.00 | $3,674.00 | $897,438.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pennsylvania Department of Revenue PO Box 280946 Harrisburg, PA 17128-0946 | 07-10422 | 716 | 07-10422 | 3312 | $0.00 | $0.00 | $4,468.00 | $334.00 | $4,802.00 | $0.00 | $0.00 | $4,194.00 | $300.00 | $4,494.00 |
| Pennsylvania Department of Revenue PO Box 280946 Harrisburg, PA 17128-0946 | 07-10419 | 3315 | 07-10419 | 3479 | $0.00 | $0.00 | $7,433,358.00 | $58,544.00 | $7,491,902.00 | $0.00 | $0.00 | $7,434,253.00 | $58,578.00 | $7,492,831.00 |
| Reveal Inc 1241 Ambassador Blvd St Louis, MO 63132 | 07-10416 | 641 | 07-10416 | 724 | $0.00 | $0.00 | $0.00 | $5,685.88 | $5,685.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

7th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit A
## Amended Claims - Ordered

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount Secured | Amended Claim Amount Admin | Amended Claim Amount Priority | Amended Claim Amount Unsecured | Amended Claim Amount Total | Remaining Claim Amount Secured | Remaining Claim Amount Admin | Remaining Claim Amount Priority | Remaining Claim Amount Unsecured | Remaining Claim Amount Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reveal Inc 1241 Ambassador Blvd St Louis, MO 63132 | 07-10416 | 724 | 07-10421 | 2112 | $0.00 | $0.00 | $0.00 | $9,242.69 | $9,242.69 | $0.00 | $0.00 | $0.00 | $9,424.67 | $9,424.67 |
| Stanton & Davis 1000 Main St Marshfield, MA 02050 | 07-10419 | 2105 | 07-10419 | 3306 | $0.00 | $0.00 | $0.00 | $58,521.86 | $58,521.86 | $0.00 | $0.00 | $0.00 | $38,341.71 | $38,341.71 |
| State of Florida Department of Revenue PO Box 6668 Tallahassee, FL 32314-6668 | 07-10419 | 1882 | 07-10419 | 3321 | $0.00 | $0.00 | $28,620.50 | $6,981.99 | $35,602.49 | $0.00 | $0.00 | $28,609.81 | $5,865.19 | $14,475.20 |
| Sysdome Inc Interhive Inc c o ISO Inc Law Dept 545 Washington Blvd Jersey City, NJ 07310-1686 | 07-10419 | 2650 | 07-10419 | 3228 | $0.00 | $0.00 | $0.00 | $52,520.94 | $52,520.94 | $0.00 | $0.00 | $0.00 | $52,520.94 | $52,520.94 |
| **Claims To Be Expunged Totals** | | | | 13 | $12,678.06 | $0.00 | $8,360,210.50 | $695,580.31 | $9,068,468.87 | $10,412.53 | $0.00 | $7,466,966.81 | $1,748,535.38 | $9,225,914.72 |