# EXHIBIT B

RLF1-3241640-1

7th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.,
Case No.07-10416 (KJC)

# Exhibit B
## Duplicate Claims - Ordered

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Blanco CAD<br>Linebarger Goggan Blair & Sampson LLP<br>1949 South IH 35 78741 PO Box 17428<br>Austin, TX 78760-7428 | 07-10419 | 3236 | 07-10419 | 3234 | $13,399.31 | $0.00 | $0.00 | $0.00 | $13,399.31 | $13,399.31 | $0.00 | $0.00 | $0.00 | $13,399.31 |
| City of Mesquite and Mesquite Independent School District<br>Schuerenberg & Grimes PC Wells Fargo Bank Building 120 W Main St Ste 201<br>Mesquite, TX 75149 | 07-10419 | 656 | 07-10419 | 612 | $0.00 | $8,817.52 | $0.00 | $0.00 | $8,817.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| City of Mesquite and Mesquite Independent School District<br>Schuerenberg & Grimes Wells Fargo Bank Building 120 W Main St Ste 201<br>Mesquite, TX 75149 | 07-10419 | 658 | 07-10419 | 613 | $0.00 | $2,195.67 | $0.00 | $0.00 | $2,195.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| City of Mesquite and Mesquite Independent School District<br>Schuerenberg & Grimes PC Wells Fargo Bank Building 120 W Main St Ste 201<br>Mesquite, TX 75149 | 07-10419 | 657 | 07-10419 | 614 | $0.00 | $5,511.87 | $0.00 | $0.00 | $5,511.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| City of Mesquite and Mesquite Independent School District | 07-10419 | 659 | 07-10419 | 615 | $0.00 | $1,335.07 | $0.00 | $0.00 | $1,335.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Schuerenberg & Grimes Wells Fargo Bank Building 120 W Main St Ste 201<br>Mesquite, TX 75149 | | | | | | | | | | | | | | |
| Clark County Treasurer<br>500 S Grand Central Pky PO Box 551220<br>Las Vegas, NV 89155-1220 | 07-10419 | 3571 | 07-10419 | 1294 | $2,480.97 | $0.00 | $0.00 | $0.00 | $2,480.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cohn Goldberg & Deutsch LLC<br>600 Baltimore Ave Ste 208<br>Towson, MD 21204 | 07-10419 | 3337 | 07-10419 | 3223 | $0.00 | $0.00 | $0.00 | $15,443.33 | $15,443.33 | $0.00 | $0.00 | $0.00 | $15,443.33 | $15,443.33 |
| County of Santa Clara<br>Tax Collections Division County Government Center E Wing 70 W Hedding St<br>San Jose, CA 95110 | 07-10416 | 3579 | 07-10416 | 440 | $0.00 | $16,695.93 | $0.00 | $0.00 | $16,695.93 | $0.00 | $16,695.93 | $0.00 | $0.00 | $16,695.93 |

7th Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

## Exhibit B
## Duplicate Claims - Ordered

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| El Paso County Treasurer<br>PO Box 2007<br>Colorado Springs, CO 80901-2007 | 07-10419 | 3252 | 07-10419 | 3252 | $2,418.84 | $0.00 | $0.00 | $0.00 | $2,418.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Enterlinx Inc Sysdome Inc Appintelligence Inc<br>545 Washington Blvd<br>Jersey City, NJ 07310-1686 | 07-10421 | 3224 | 07-10421 | 2945 | $0.00 | $84.00 | $0.00 | $0.00 | $84.00 | $0.00 | $84.00 | $0.00 | $0.00 | $84.00 |
| Enterlinx Inc Sysdome Inc Appintelligence Inc<br>545 Washington Blvd<br>Jersey City, NJ 07310-1686 | 07-10421 | 3222 | 07-10421 | 2859 | $0.00 | $0.00 | $0.00 | $177,817.75 | $177,817.75 | $0.00 | $0.00 | $0.00 | $177,817.75 | $177,817.75 |
| Lamar CAD<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryant St Ste 1600<br>Dallas, TX 75201 | 07-10419 | 3398 | 07-10419 | 3342 | $3,401.69 | $0.00 | $0.00 | $0.00 | $3,401.69 | $3,401.69 | $0.00 | $0.00 | $0.00 | $3,401.69 |
| Lee County Tax Collector<br>PO Box 850<br>Fort Myers, FL 33902 | 07-10416 | 3376 | 07-10416 | 3334 | $1,533.07 | $0.00 | $0.00 | $0.00 | $1,533.07 | $1,533.07 | $0.00 | $0.00 | $0.00 | $1,533.07 |
| Miami Dade County Tax Collector<br>140 W Flagler St Ste 1403<br>Miami, FL 33130 | 07-10416 | 1500 | 07-10416 | 594 | $20,166.74 | $0.00 | $0.00 | $0.00 | $20,166.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pennsylvania Department of Revenue<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | 07-10419 | 3539 | 07-10419 | 3479 | $0.00 | $0.00 | $7,434,253.00 | $58,578.00 | $7,492,831.00 | $0.00 | $0.00 | $7,434,253.00 | $58,578.00 | $7,492,831.00 |
| Pima County Arizona<br>32 N Stone Ave Ste 2100<br>Tucson, AZ 85701 | 07-10421 | 3385 | 07-10421 | 3128 | $1,641.08 | $0.00 | $0.00 | $0.00 | $1,641.08 | $1,641.08 | $0.00 | $0.00 | $0.00 | $1,641.08 |
| Riverside County Treasurer Tax Collector<br>PO Box 12005<br>Riverside, CA 92502-2205 | 07-10419 | 3298 | 07-10419 | 1912 | $49,719.31 | $0.00 | $0.00 | $0.00 | $49,719.31 | $49,719.31 | $0.00 | $0.00 | $0.00 | $49,719.31 |

Page 2

7th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit B
## Duplicate Claims - Ordered

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Springfield City<br>601 Ave A<br>Springfield, MI 49035 | 07-10416 | 1442 | 07-10416 | 1293 | $0.00 | $0.00 | $2,012.58 | $118.29 | $2,130.87 | $0.00 | $0.00 | $2,012.58 | $118.29 | $2,130.87 |
| St Louis Co Collector of Revenue<br>41 S Central Ave<br>Clayton, MO 63105 | 07-10416 | 3409 | 07-10416 | 3393 | $639.80 | $0.00 | $0.00 | $0.00 | $639.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Treasurer of Douglas County Nebraska<br>Deputy County Attorney 909 Civic Center<br>1819 Farnam St<br>Omaha, NE 68183 | 07-10416 | 1033 | 07-10416 | 3311 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,101.56 | $0.00 | $0.00 | $0.00 | $3,101.56 |
| Claims To Be Expunged Totals | | | | 20 | $95,400.81 | $34,641.06 | $7,436,265.58 | $251,957.37 | $7,818,264.82 | $72,796.02 | $16,779.93 | $7,436,265.58 | $251,957.37 | $7,777,798.90 |

Page 3