# EXHIBIT C

RLF1-3241640-1

7th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit C
## Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| ADVANTAGE REO INC 1421 N Woods Rd Ste 120 Orange, CA 92867 | 07-10417 | 3225 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $59,059.71 | $59,059.71 |
| Comments: Filed after General Bar Date of August 31, 2007 | | | | | | | | |
| Alameda County Tax Collector 1221 Oak St Oakland, CA 94612 | 07-10416 | 3448 | 10/3/2007 | $389.50 | $0.00 | $0.00 | $0.00 | $389.50 |
| Comments: Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Board of County Commissioners of Johnson County Kansas 111 S Cherry St Ste 3200 Olathe, KS 66061 | 07-10416 | 3477 | 10/3/2007 | $2,126.48 | $0.00 | $0.00 | $0.00 | $2,126.48 |
| Comments: Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Brazoria County Perdue Brandon Fielder Collins & Mott LLP 1235 North Loop West Ste 600 Houston, TX 77008 | 07-10416 | 3527 | 10/4/2007 | $3,293.47 | $0.00 | $0.00 | $0.00 | $3,293.47 |
| Comments: Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Brazoria County MUD No 28 Perdue Brandon Fielder Collins & Mott LLP 1235 North Loop West Ste 600 Houston, TX 77008 | 07-10416 | 3525 | 10/4/2007 | $8,313.80 | $0.00 | $0.00 | $0.00 | $8,313.80 |
| Comments: Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Brazoria County Tax Office Perdue Brandon Fielder Collins & Mott LLP 1235 North Loop West Ste 600 Houston, TX 77008 | 07-10416 | 3525 | 10/4/2007 | $8,313.80 | $0.00 | $0.00 | $0.00 | $8,313.80 |
| Comments: Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Dynamic Title & Mortgage Services Llc East Stow Rd Ste 250 Marlton, NJ 08053 | 07-10419 | 3518 | 10/9/2007 | $0.00 | $0.00 | $33,875.00 | $0.00 | $33,875.00 |
| Comments: Filed after General Bar Date of August 31, 2007 | | | | | | | | |
| Emerald Forest UD Perdue Brandon Fielder Collins & Mott LLP 1235 North Loop West Ste 600 Houston, TX 77008 | 07-10416 | 3528 | 10/4/2007 | $1,673.85 | $0.00 | $0.00 | $0.00 | $1,673.85 |
| Comments: Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Everman Independent School District Ray Wood & Bonilla PO Box 165001 Austin, TX 78716 | 07-10416 | 3493 | 10/3/2007 | $9,632.40 | $0.00 | $0.00 | $0.00 | $9,632.40 |
| Comments: Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |

7th Omnibus Objection

Exhibit C
Claims Filed After Bar Date - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Grand Rapids City Tax Collector 300 Monroe Nw Room 220 Grand Rapids, MI 49503 | 07-10416 | 3462 | 10/3/2007 | $2,560.89 | $0.00 | $0.00 | $0.00 | $2,560.89 |
| Comments: Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Harold Adams 6227 N 5th Court Nashville, TN 37207 | 07-10416 | 3453 | 10/2/2007 | $0.00 | $0.00 | $0.00 | $89,000.00 | $89,000.00 |
| Comments: Filed after General Bar Date of August 31, 2007 | | | | | | | | |
| Harris County MUD No 239 Perdue Brandon Fielder Collins & Mott LLP 1235 North Loop West Ste 600 Houston, TX 77008 | 07-10416 | 3529 | 10/22/2007 | $2,337.36 | $0.00 | $0.00 | $0.00 | $2,337.36 |
| Comments: Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Harris County MUD No 132 Perdue Brandon Fielder Collins & Mott LLP 1235 N Loop W Ste 600 Houston, TX 77008 | 07-10416 | 3482 | 10/4/2007 | $1,358.24 | $0.00 | $0.00 | $0.00 | $1,358.24 |
| Comments: Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Harris County MUD No 96 Perdue Brandon Fielder Collins & Mott LLP 1235 N Loop W Ste 600 Houston, TX 77008 | 07-10416 | 3481 | 10/4/2007 | $4,658.06 | $0.00 | $0.00 | $0.00 | $4,658.06 |
| Comments: Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Humble Independent School District Perdue Brandon Fielder Collins & Mott LLP 1235 N Loop W Ste 600 Houston, TX 77008 | 07-10416 | 3484 | 10/4/2007 | $27,052.36 | $0.00 | $0.00 | $0.00 | $27,052.36 |
| Comments: Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Jackson County Treasurer 120 West Michigan Ave Jackson, MI 49201 | 07-10417 | 3520 | 10/9/2007 | $2,063.96 | $0.00 | $0.00 | $0.00 | $2,063.96 |
| Comments: Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Kelly Ar Eiersj Kere 6417 Fn Rd Allentown, PA 18104 | 07-10416 | 3475 | 10/2/2007 | $0.00 | $0.00 | $325.00 | $0.00 | $325.00 |
| Comments: Filed after General Bar Date of August 31, 2007 | | | | | | | | |

7th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit C
## Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Klein Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP 1235<br>North Loop West Ste 600<br>Houston, TX 77008 | 07-10416 | 3530 | 10/4/2007 | $10,978.77 | $0.00 | $0.00 | $0.00 | $10,978.77 |
| **Comments:** Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Martinsville City<br>PO Box 1023<br>Martinsville, VA 24114 | 07-10419 | 3469 | 10/3/2007 | $142.56 | $0.00 | $0.00 | $0.00 | $142.56 |
| **Comments:** Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Midtown Management District<br>Perdue Brandon Fielder Collins & Mott LLP 1235<br>North Loop West Ste 600<br>Houston, TX 77008 | 07-10416 | 3531 | 10/4/2007 | $1,120.19 | $0.00 | $0.00 | $0.00 | $1,120.19 |
| **Comments:** Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Missouri Department of Revenue<br>Box 475<br>Jefferson City, MO 65105 | 07-10422 | 3408 | 10/3/2007 | $0.00 | $0.00 | $2,343.59 | $0.00 | $2,343.59 |
| **Comments:** Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Pender County<br>PO Box 1047<br>Burgaw, NC 28425 | 07-10416 | 3538 | 10/16/2007 | $21,609.02 | $0.00 | $0.00 | $0.00 | $21,609.02 |
| **Comments:** Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Spring Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP 1235<br>North Loop West Ste 600<br>Houston, TX 77008 | 07-10416 | 3532 | 10/4/2007 | $3,076.18 | $0.00 | $0.00 | $0.00 | $3,076.18 |
| **Comments:** Filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Stitt Klein Daday & Aretos & Giampietro Llc<br>121 South Wilke Rd<br>Arlington Heights, IL 60005 | 07-10416 | 3455 | 10/2/2007 | $0.00 | $0.00 | $0.00 | $7,251.37 | $7,251.37 |
| **Comments:** Filed after General Bar Date of August 31, 2007 | | | | | | | | |
| Stitt Klein Daday & Aretos & Giampietro Llc<br>121 South Wilke Rd<br>Arlington Heights, IL 60005 | 07-10416 | 3456 | 10/2/2007 | $0.00 | $0.00 | $0.00 | $7,251.37 | $7,251.37 |
| **Comments:** Filed after General Bar Date of August 31, 2007 | | | | | | | | |

7th Omnibus Objection

In re: New Century TRS Hldgs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit C
## Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | Priority | Unsecured | Total |
| Trail of the Lakes MUD<br>Perdue Brandon Fielder Collins & Mott LLP 1235<br>N Loop W Ste 600<br>Houston, TX 77008 | 07-10416 | 3483 | 10/4/2007 | $2,376.87 | $0.00 | $0.00 | $0.00 | $2,376.87 |
| Comments: | | | Filed After Governmental Bar Date of October 2, 2007 | | | | | |
| West Keegans Bayou ID<br>Perdue Brandon Fielder Collins & Mott LLP 1235<br>North Loop West Ste 600<br>Houston, TX 77008 | 07-10416 | 3533 | 10/4/2007 | $433.28 | $0.00 | $0.00 | $0.00 | $433.28 |
| Comments: | | | Filed after Governmental Bar Date of October 2, 2007 | | | | | |
| Claims To Be Expunged Totals | | 26 | | $105,097.24 | $0.00 | $36,543.59 | $162,562.45 | $304,203.28 |