# EXHIBIT D

RLF1-3241640-1

7th Omnibus Objection

# Exhibit D
## Claims with No Supporting Documentation - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Bea Systems Inc<br>2315 N First St<br>San Jose, CA 95131 | 07-10419 | 1200 | $0.00 | $0.00 | $0.00 | $18,225.00 | $18,225.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Best Rate Funding Corporation<br>2 Macarthur Pl 800<br>Santa Ana, CA 92707 | 07-10416 | 2026 | $0.00 | $0.00 | $0.00 | $112,100.32 | $112,100.32 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Brinton Village<br>230 N Main St<br>Brinton, MI 49229 | 07-10416 | 1142 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Cofion Appraisal Service<br>1036 West Robinhood Dr Ste 205<br>Stockton, CA 95207 | 07-10416 | 1029 | $0.00 | $0.00 | $525.00 | $0.00 | $525.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Fair Home Lending Financial Inc<br>591 Camino de la Reina No 818<br>San Diego, CA 92108 | 07-10419 | 127 | $0.00 | $0.00 | $3,757.50 | $0.00 | $3,757.50 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Florida Land Agency<br>3978 W Riverside Dr<br>Fort Myers, FL 33901 | 07-10416 | 829 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Groveland Town<br>183 Main St<br>Groveland, MA 01834 | 07-10419 | 960 | $0.00 | $0.00 | $94.33 | $0.00 | $94.33 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Kandiyohi County<br>PO Box 896<br>Willmar, MN 56201 | 07-10416 | 781 | $481.95 | $0.00 | $0.00 | $0.00 | $481.95 |
| Comments: | | | No supporting documentation attached to claim | | | | |
| Katherine Thompson<br>1061 Elmira St<br>Aurora, CO 80010-0086 | 07-10416 | 1057 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | No supporting documentation attached to claim | | | | |

Page 1

**7th Omnibus Objection**

# Exhibit D
## Claims with No Supporting Documentation - Ordered

In re: New Century TRS Hldgs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| M Z Appraisals<br>9559 W Bent Tree Dr<br>Peoria, AZ 85383 | 07-10416 | 1030 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Marin County Tax Collector<br>PO Box 4220<br>San Rafael, CA 94913 | 07-10419 | 1292 | $0.00 | $0.00 | $129.03 | $0.00 | $129.03 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Monroe County<br>PO Box 357<br>Forsyth, GA 31029 | 07-10416 | 1369 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Montreal City<br>City Hall<br>Montreal, WI 54550 | 07-10416 | 1023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Northwest Trustee Services Inc<br>5535 Factoria Blvd SE Ste 208<br>Bellevue, WA 98006 | 07-10416 | 2476 | $0.00 | $0.00 | $0.00 | $11,301.87 | $11,301.87 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Premier Trading Group<br>1130 Lariat Ct<br>Walnut, CA 91789 | 07-10419 | 1758 | $0.00 | $0.00 | $0.00 | $110,332.00 | $110,332.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Riverdale City<br>Tax Commissioner 6690 Church St<br>Riverdale, GA 30274 | 07-10416 | 1903 | $1,267.00 | $0.00 | $0.00 | $0.00 | $1,267.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Robert J Hoepp & Associates LLC<br>899 18th St No 2301 PO Box 3689<br>Denver, CO 80201 | 07-10416 | 676 | $0.00 | $0.00 | $0.00 | $27,881.25 | $27,881.25 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |
| Salvador Alina Or Dolores Alina<br>822 Mckenzie Ave<br>Bremerton, WA 98337 | 07-10416 | 2268 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** No supporting documentation attached to claim | | | | | | | |

7th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit D
## Claims with No Supporting Documentation - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount ||||  |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| St Louis Co Collector of Revenue<br>41 S Central Ave<br>Clayton, MO 63105 | 07-10416 | 3392 | $377.67 | $0.00 | $0.00 | $0.00 | $377.67 |
| Comments: | | No supporting documentation attached to claim | | | | | |
| St Louis Co Collector of Revenue<br>41 S Central Ave<br>Clayton, MO 63105 | 07-10416 | 3393 | $639.80 | $0.00 | $0.00 | $0.00 | $639.80 |
| Comments: | | No supporting documentation attached to claim | | | | | |
| St Louis Co Collector of Revenue<br>41 S Central Ave<br>Clayton, MO 63105 | 07-10416 | 3391 | $1,881.44 | $0.00 | $0.00 | $0.00 | $1,881.44 |
| Comments: | | No supporting documentation attached to claim | | | | | |
| Tensam Mcgowan<br>1840 San Francisco Way<br>Rohnert, CA 94928 | 07-10416 | 924 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | No supporting documentation attached to claim | | | | | |
| Washington County Recorder<br>87 North 200 East Ste 103<br>St George, UT 84770 | 07-10416 | 3328 | $2,911.00 | $0.00 | $0.00 | $0.00 | $2,911.00 |
| Comments: | | No supporting documentation attached to claim | | | | | |
| Claims To Be Expunged Totals | | 23 | $7,558.86 | $0.00 | $5,805.86 | $279,840.44 | $293,205.16 |