# EXHIBIT A

6th Omnibus Objection

**Exhibit A**
**Consumer Claims Without Supporting Documentation - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | **To Be Expunged Claim Amount** | | | | |
| Edward Parsons<br>457 Chestnut St Ste 1006<br>Philadelphia, PA 19106 | 07-10419 | 252 | $0.00 | $0.00 | $156,000.00 | $0.00 | $156,000.00 |
| Comments: The claimant has not provided any supporting documentation with respect to the claim | | | | | | | |
| Kellie Battle<br>1,977 Keith La Brea Ave<br>Inglewood, CA 90302 | 07-10416 | 1657 | $1,300,000.00 | $0.00 | $0.00 | $0.00 | $1,300,000.00 |
| Comments: The claimant has not provided any supporting documentation with respect to the claim | | | | | | | |
| Memphis Area Legal Services as Attorney for Elizabeth Pitchford<br>109 N Main St 2nd Fl<br>Memphis, TN 38103 | 07-10419 | 2519 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 |
| Comments: The claimant has not provided any supporting documentation with respect to the claim | | | | | | | |
| Nathaniel Lewis<br>9508 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 2993 | $400,000.00 | $0.00 | $0.00 | $0.00 | $400,000.00 |
| Comments: He claimant has not provided any supporting documentation with respect to the claim | | | | | | | |
| Peter Wagner<br>28359 White Cliff Dr<br>Austin, TX 78759 | 07-10416 | 1980 | $60,000.00 | $0.00 | $0.00 | $0.00 | $60,000.00 |
| Comments: The claimant has not provided any supporting documentation with respect to the claim | | | | | | | |
| Stephanie Malone Barr<br>2416 Ivaline St<br>Knoxville, TN 37917-0006 | 07-10416 | 1610 | $98,000.00 | $0.00 | $0.00 | $0.00 | $98,000.00 |
| Comments: The claimant has not provided any supporting documentation with respect to the claim | | | | | | | |
| Tracy Alford Smith<br>561 Edgewood Ave<br>Akron, OH 44307 | 07-10416 | 1028 | $55,000.00 | $0.00 | $0.00 | $0.00 | $55,000.00 |
| Comments: The claimant has not provided any supporting documentation with respect to the claim | | | | | | | |
| **Claims To Be Expunged Totals** | | 7 | $1,913,000.00 | $0.00 | $156,000.00 | $300,000.00 | $2,369,000.00 |

Page 1