IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | Hearing Date: February 6, 2008 @ 1:30 p.m. |
| | : | Objection Deadline: January 30, 2008 @ 4:00 p.m. |

**MOTION TO AMEND ORDER UNDER 11 U.S.C. §§ 105 AND 363
AUTHORIZING THE EMPLOYMENT OF AP SERVICES, LLC AS CRISIS
MANAGERS FOR THE DEBTORS AND TO AUTHORIZE JAMIE LISAC
TO SERVE AS THE DEBTORS' CHIEF FINANCIAL OFFICER**

New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc. ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor in possession (collectively, the "Debtors" or the "Company"), by and through their undersigned counsel, hereby submit this motion (the "Motion") to amend the order under sections 105 and 363 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), authorizing the employment of AP Services, LLC ("APS") as their crisis managers (the "APS Retention Order"), to authorize Mr. Jamie Lisac to replace Mr. Michael G. Tinsley as the Debtors' Chief Financial Officer. In support of this Motion, the Debtors respectfully represent as follows:

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse corporation, a California corporation.

## BACKGROUND

1. On June 15, 2007, the Court entered the APS Retention Order.

2. Pursuant to the APS Retention Order, as amended, Michael Tinsley was authorized to serve as the Debtors' Chief Financial Officer ("CFO").

3. The APS Retention Order, as amended, provides that if APS' engagement by the Debtors materially changes, APS must file a motion to modify the retention. Jamie Lisac has been working closely with Mr. Tinsley throughout this engagement, with substantial responsibilities for cash management.

4. Mr. Tinsley has advised the Debtors that as of December 31, 2007, Mr. Tinsley will resign from his position as CFO of the Debtors.

5. The Debtors seek to appoint Mr. Jamie Lisac to replace Mr. Tinsley as CFO effective as of January 1, 2008.

6. Mr. Lisac is well qualified and uniquely situated to act as CFO for the Debtors. Mr. Lisac worked closely with Mr. Tinsley through-out this case. In addition, Mr. Lisac has had full responsibility for treasury matters in this case.

7. In that regard, the Debtors and APS have entered into a third amendment (the "Third Amendment") to the Engagement Letter between APS and Debtors originally dated as of March 22, 2007 (as amended on May 11, 2007 and again on June 12, 2007, the "Engagement Letter").[2] A copy of the Third Amendment is attached hereto as Exhibit A.

8. The Third Amendment also provides for a standard increase in billing rates for calendar year 2008, as contemplated by the Engagement Letter.

---

[2] The Debtors filed a Notice of the First Amendment to Agreement for Interim Management and Restructuring Services between APS and Debtors with the Court on May 25, 2007. The Debtors filed a Notice of the Second Amendment to Agreement for Interim Management and Restructuring Services between APS and Debtors with the Court on June 14, 2007.

## RELIEF' REQUESTED

9. By this Motion, the Debtors seek to amend the APS Retention Order to appoint Jamie Lisac to replace Michael Tinsley as CFO.

10. The Debtors also seek to have this court approve the Third Amendment to the Engagement Letter, for, among other matters, to approve the increase in billing rates effective as of January 1, 2008.

## MEMORANDUM OF LAW

11. The Debtors submit that this Motion does not present any novel issues of law requiring briefing. Therefore, pursuant to Rule 7.12 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware (as amended from time to time, the "Local District Court Rules"), incorporated by reference into Rule 1001-1(b) of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the Debtors respectfully request that the Court set aside the briefing schedule set forth in Rule 7.1.2(a) of the Local District Court Rules.

## NOTICE

12. No trustee has been appointed in these chapter 11 cases. Notice of this Motion has been provided to: (1) the Office of the United States Trustee for the District of Delaware; (2) counsel to the Official Committee of Unsecured Creditors appointed in these chapter 11 cases; (3) counsel to the examiner appointed in these chapter 11 cases; and (4) all parties who have timely filed requests for notice under Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is required.

## NO PRIOR REQUEST

13. No previous motion for the relief sought herein has been made to this or any other Court.

WHEREFORE, the Debtors respectfully request that the Court enter an Order, substantially in the form attached hereto as Exhibit B: (a) amending the APS Retention Order to appoint Mr. Jamie Lisac to replace Mr. Michael Tinsley as Chief Financial Officer under the terms of the Engagement Letter, as amended by the Third Amendment; and (b) granting such further relief as is just and proper.

Dated: January 10, 2008
      Wilmington, Delaware

Respectfully submitted,

*/s/ Michael Merchant*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Andrew M. Parlen
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION