# EXHIBIT A

**(Third Amendment)**



Detroit   New York   Chicago   Dallas

December 13, 2007

Fred Forster
Chairman of the Board
New Century Financial Corporation
18400 Von Karman, Suite 1000
Irvine, CA 92612

Re: Agreement for Interim Management and Restructuring Services – Third Amendment

Dear Fred:

This letter represents the third amendment ("Third Amendment") to the agreement between AP Services, LLC, a Michigan limited liability company ("APS") and New Century Financial Corporation (the "Company") dated March 22, 2007, as amended by that certain First Amendment dated May 11, 2007 and that certain Second Amendment dated June 12, 2007 (collectively, the "Engagement Letter"). This Third Amendment shall be effective as of January 1, 2008 (the "Effective Date"). The Engagement Letter shall remain effective with respect to all periods and events prior to the Effective Date and, except as expressly modified by this Third Amendment, the Engagement Letter shall remain in full force and effect after such date.

1. *The following is incremental to the section titled Objective and Tasks.*

   APS will provide Jamie Lisac to serve as the Company's Chief Financial Officer ("CFO"). Mike Tinsley will resign as the Company's CFO effective as of January 1, 2008.

2. *Exhibit A, Temporary Staff, is replaced in its entirety with the attached Exhibit A dated as of January 1, 2008.*

3. *Section 1, Fees, of Schedule 1 is replaced in its entirety by the following:*

   **1. Fees:** APS' fees will be based on the hours worked by APS personnel at APS' hourly rates, which are:

   | | |
   |---|---|
   | Managing Directors | $ 650-850 |
   | Directors | $ 485-650 |
   | Vice Presidents | $ 330-480 |
   | Associates | $ 280-340 |
   | Analysts | $ 230-250 |
   | Paraprofessionals | $ 170-200 |

2000 Town Center | Suite 2400 | Southfield, MI | 48075 | 248.358.4420 | 248.358.1969 fax | www.alixpartners.com

# APServices LLC

Fred Forster
December 13, 2007
Page Two

    Specific fees for Temporary Staff are listed on the attached Exhibit A. The above fees reflect billing rates for 2008. APS reviews and revises its billing rates on January 1 of each year

If these terms meet with your approval, please sign and return the enclosed copy of this Third Amendment.

We look forward to our continuing relationship with you.

Sincerely yours,

AP SERVICES, LLC



Holly Felder Etlin
Managing Director

Acknowledged and Agreed to:

NEW CENTURY FINANCIAL CORPORATION

By: _____

Its: _____

Dated: _____



AP Services, LLC
Employment by New Century Financial Corporation

Exhibit A
Revised as of January 1, 2008

Temporary Staff
Individuals with Executive Officer Positions

| Name | Description | Hourly Rate | Commitment Full[1] or Part Time |
|---|---|---|---|
| Holly Felder Etlin | Chief Executive Officer | $750 | Full |
| Jamie Lisac | Chief Financial Officer | $565 | Full |

Additional Temporary Staff

| Name | Description | Hourly Rate | Commitment Full[1] or Part[2] Time |
|---|---|---|---|
| Todd Brents | Director – Reporting and Claims | $695 | Full |
| Dan Puscas | Manager – Cost Initiatives | $565 | Full |
| Stacey Hightower | Manager - Restructuring | $530 | Full |
| Mike Laureno | Manager – Cash Management | $430 | Full |
| Eva Anderson | Manager – Cash Management | $565 | Full |
| Dennis Debassio | Lease and Contract Disposition | $335 | Full |
| Brieh Guevara | Data Management | $430 | Full |
| Andrew Wagner | Bankruptcy Administration | $430 | Full |

The parties agree that Exhibit A can be amended by APS from time to time to add or delete staff, and the Monthly Staffing Reports shall be treated by the parties as such amendments; provided, however, that the addition of staff shall be subject to the requirements set forth in the letter, including, without limitation, Company's prior written approval.

[1] Full time is defined as substantially full time.

[2] Part time is defined as approximately 2-3 days per week, with some weeks more or less depending on the needs and issues facing the Company at that time.