# EXHIBIT B

### (Proposed Order)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |

**ORDER GRANTING MOTION TO AMEND ORDER UNDER
11 U.S.C. §§ 105 AND 363 AUTHORIZING THE EMPLOYMENT OF
AP SERVICES, LLC AS CRISIS MANAGERS AND TO APPOINT
JAMIE LISAC AS CHIEF FINANCIAL OFFICER FOR THE DEBTORS**

Upon the motion (the "Motion")[2] of the Debtors to amend the order under sections 105 and 363 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), authorizing the employment of AP Services, LLC ("APS") as their crisis managers (the "APS Retention Order"); the Court having reviewed the Motion; the Court having held a hearing on the Motion and the Court having determined that the relief requested in the Motion is necessary and in the best interests of the Debtors, their estates, creditors, and other parties-in-interest; it appearing that notice of the Motion was good and sufficient under the particular circumstances

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse corporation, a California corporation.

[2] Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

and that no other or further notice need be given; upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that

1. The Motion is GRANTED.

2. The APS Retention Order is amended to appoint Mr. Jamie Lisac to replace Mr. Michael G. Tinsley as Chief Financial Officer of the Debtors.

3. The Third Amendment to the APS Retention Order is hereby approved, including, without limitation, the standard billing rate increases for 2008 effective as of January 1, 2008.

4. All other terms of the APS Retention Order shall remain in full force and effect.

5. This Court shall retain jurisdiction to enforce and interpret the terms of the Engagement Letter and this Order.

Dated: February ___, 2008
       Wilmington, Delaware

 

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE