UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| | | Case No. 07-10416-KJC |
| NEW CENTURY TRS HOLDINGS, INC., | * | (Chapter 11) |
| a Delaware corporation, *et al.*, | | |
| Debtor | * | |
| | *********** | |
| DLJ MORTGAGE CAPITAL, INC. | | |
| c/o Select Portfolio Servicing, Inc. | * | |
| Movant | | |
| | * | |
| v. | | |
| | * | Docket # 4130 |
| NEW CENTURY TRS HOLDING, Inc., et al | | |
| Debtor | * | |

## CERTIFICATE OF NO OBJECTION

DLJ Mortgage Capital, Inc. c/o Select Portfolio Servicing, Inc. (hereinafter "Movant"), by its undersigned counsel, hereby gives notice of the following:

1. Movant filed a Motion for Relief from the Automatic Stay on December 17, 2007. Copies of the Motion were served to the Debtor; Debtor's Counsel; the United States Trustee and the Official Committee of Unsecured Creditors on December 17, 2007.

2. The Notice of Motion states "If you fail to respond in accordance with this notice, the relief demanded by the motion will be granted." The Notice provides that a response to the Motion needs to be filed with the Court by January 2, 2008. As of January 10, 2008, no response has been filed by the Debtor and any other interested person.

3.  Accordingly, Movant respectfully requests the Court to enter the Proposed Order Terminating Automatic Stay.

| | |
|---|---|
| Date: January 10, 2008 | Respectfully submitted, |
| | WITTSTADT & WITTSTADT, P.A. |
| | /s/ *Lisa R. Hatfiled*_____ |
| | Lisa R. Hatfield (DE No. 4967) |
| | 284 East Main Street |
| | Newark, Delaware 19711 |
| | (302) 444-4602 |
| | (866) 503-4930 (toll free) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2008, copies of the foregoing Certificate of No Objection and proposed Order were served upon the parties listed below in the manner stated:

VIA US MAIL
New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

VIA US MAIL
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodeny Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

VIA US MAIL
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

<u>VIA US MAIL</u>
United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
*U.S. Trustee*

<u>VIA US MAIL</u>
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

<u>VIA US MAIL</u>
Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

/s/ *Lisa R. Hatfiled*_____
Lisa R. Hatfield (DE No. 4967)