FILED
2008 JAN 10 AM 9:04
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,** | : | **Case No. 07-10416 (KJC)** |
| | : | **Jointly Administered** |
| **Debtors.** | : | |

**RESPONSE TO DEBTORS' NINTH OMNIBUS OBJECTION: SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. §§ 502 AND 507, BANKRUPTCY RULES 3007 AND 9014, AND LOCAL RULE 3007-1 TO CERTAIN REDUCED AND/OR RECLASSIFIED CLAIMS**

This is a response to the Debtor's Ninth Omnibus Objection: Substantive Objection Pursuant to 11 USC 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims (the "Objection") which was served to me by mail on or around 1/3/2008.

The objection seeks to reclassify my claim (Claim #638 filed 6/6/2007 under Case #07-10419 listed on Exhibit A of the objection on page 13) originally entered as a priority claim (pursuant to **11 U.S.C. § 507(a)(4)**) for $8484.85 to $6073.76 as priority and $2411.09 as unsecured (non-priority). There is no supporting documentation or calculation to justify this reclassification so I am unable to verify this is correct and/or justified.

The basis of my priority claim is for non-payment of unused accrued vacation pay (pursuant to **11 U.S.C. § 507(a)(4)**). When I voluntarily terminated from New Century Mortgage on 4/13/2007 I was not paid out any of this unused accrued vacation.

As of the pay period ending 4/1/2007, which was the day **before** the petition date I had **139.21** hours of unused accrued vacation as evidenced by the attached pay stub entitled **EXHIBIT A**. Since my annual salary was $126,700 my hourly rate of pay was $60.91 (126,700 divided by 2080 work hours per year). The amount I should have been paid out for unused accrued vacation upon voluntary termination that was accrued prior to the bankruptcy petition was **$8479.28 ($60.91/hour multiplied by 139.21 hours).**

Furthermore, on 5/31/2007 the debtor's entered, among other things, the "Schedules of Assets and Liabilities re: New Century Mortgage Corporation" for case 07-10419. In this document under Schedule E my priority claim was clearly and correctly listed as $8485.26 (see Page 265 of 411). I am not sure what has changed since then to warrant the reclassification.

Please reconsider the reclassification of my claim and enter the entire amount of $8479.28 under the priority category as it is entitled to priority pursuant to **11 U.S.C. § 507(a)(4).**

Dated: January 6th, 2008

Respectfully submitted,

Sean O'Leary
6536 Amber Sky Way
Corona, CA 92880-8640

Home (951)738-8209
Mobile (951)427-0381

**EXHIBIT A**

18400 Von Karman
Suite 1000
Irvine CA 92612

PAY DATE
BEGIN DATE
END DATE
CONTROL NO.

PRE-TAX DEDUCTIONS

TAXES

AFTER TAX DEDUCTIONS

TAX INFORMATION

DIRECT DEPOSIT INFORMATION

MISC. INFORMATION

| | GROSS PAY | PRE-TAX DEDUCTIONS | TAXES | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| CURRENT | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

DETACH AT PERFORATION BELOW AND KEEP FOR YOUR RECORDS

139.21 hours of unused accrued vacation pay.