# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : **Chapter 11** |
| | : |
| **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, et al., | : **Case No. 07-10416 (KJC)** |
| | : |
| | : **Jointly Administered** |
| | : Objection Deadline: January 31, 2008 at 4:00 p.m. |
| **Debtors.** | : Hearing Date: To be determined |

## NOTICE OF SECOND INTERIM FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD AUGUST 1, 2007 THROUGH NOVEMBER 30, 2007

| | |
|---|---|
| Name of Applicant: | **SAUL EWING LLP** |
| Authorized to Provide Professional Services to: | **Michael J. Missal, Examiner** |
| Date of Retention: | **July 27, 2007 *nunc pro tunc* to June 8, 2007** |
| Period for which Compensation and Reimbursement is sought: | **August 1, 2007 through November 30, 2007**[1] |
| Amount of Compensation sought as actual, reasonable and necessary: | **$40,730.40 *** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$11,585.12** |
| This is (a)n:   X interim         Final Application | |

---

[1] Applicant's Second, Third, Fourth and Fifth monthly fee applications are incorporated herein by reference.

\* In the event no timely objections are received by January 16, 2008, Saul Ewing anticipates receipt of an additional $6,768 in fees and $1,452.35 in expenses in connection with its fifth monthly fee request.

Summary of Fee Applications for Compensation Period:

| Application Date Filed Docket No. | Period Covered | CONO Date Filed Docket No. | Fees Requested 100% | Expenses Requested (100%) | Fees Approved (80%) | Expenses Approved 100% | Holdback 20% |
|---|---|---|---|---|---|---|---|
| Second 10/26/07 DI 3428/3429 | 8/1/07 - 8/31/07 | 11/19/07 DI 3866 | $9,232.20 | $3,777.20 | $7,385.76 | $3,777.20 | $1,846.44 |
| Third 11/30/07 DI 3982/3983 | 9/1/07 – 9/30/07 | 12/27/07 DI 4218 | $10,350.90 | $2,728.59 | $8,280.72 | $2,728.59 | $2,070.18 |
| Fourth 12/13/07 DI 4085/4086 | 10/1/07 – 10/31/07 | 1/4/08 DI 4309 | $12,687.30 | $3,626.98 | $10,149.84 | $3,626.98 | $2,537.46 |
| Fifth 12/27/07 DI 4225/4226 | 11/1/07 – 11/30/07 | Obj. due 1/16/08 | $8,460.00 | $1,452.35 | *pending* | *pending* | $1,692.00 |
| Total | | | **$40,730.40** | **$11,585.12** | **$25,816.32** | **$10,132.77** | **$8,146.08** |

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 (the "Interim Compensation Order"), and the Order Appointing Fee Auditor Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications date October 10, 2007 (the "Fee Auditor Order"), objections, if any, to the Second Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the notice parties, identified on Exhibit "A" attached hereto so as to be received by **4:00 p.m. on January 31, 2008 (Eastern Time).** If no timely objections are filed to the

2

Second Interim Fee Application Request, the Court may enter an order granting the Second Interim Fee Application Request without a hearing.

Dated: January 11, 2008                                     SAUL EWING LLP

By: 

Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

*Co-Counsel to Michael J. Missal, as Examiner*