ANNE MILGRAM
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey  08625-0106
Attorney for State of New Jersey, Division of Taxation

By:  Heather Lynn Anderson
     Deputy Attorney General
     (609) 777-3505

            UNITED STATES BANKRUPTCY COURT
             FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 13 |
|---|---|---|
|  | ) |  |
| NEW CENTURY TRS HOLDINGS, | ) | Case No.: 07-10416 (KJC) |
| INC., et al. | ) | Jointly Administered |
|  | ) | Hearing Date: February 6, 2008 |
| Debtor. | ) | at 1:30 p.m. |

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on January 11, 2008, I caused to be served a true copy of the objection of the New Jersey Division of Taxation on the following by electronic and/or regular mail:

   Christopher Samis, Esq.
   Richards Layton & Finger, PA
   One Rodney Square
   920 North King Street
   Wilmington, DE 19801

                              ANNE MILGRAM
                              ATTORNEY GENERAL OF NEW JERSEY

                          By: /s/ Heather Lynn Anderson
                              Heather Lynn Anderson
Dated: January 11, 2008      Deputy Attorney General