## **EXHIBIT B**

LA3:1143591.1
RLF1-3243063-1

| Exhibit B - 350 Commerce Data Center Environmental Systems | | | |
|---|---|---|---|
| Description | Location | Model Number | Serial Number |
| **Electrical** | | | |
| Cummins 750 KW gen set | Enclosure | DFHA-5734888 | G050809848 |
| ASCA 7000 series automatic transfer switch | Electrical room | H07ATBC31200N50C | 321656FP |
| Powerware 500 KVA UPS | Electrical room | 9315-500 | EX411ZXX01 |
| Powerware 500 KVA UPS | Electrical room | 9315-500 | EX412ZXX04 |
| Powerware battery cabinet | Electrical room | 1085 | FX4124XX10 |
| Powerware battery cabinet | Electrical room | 1085 | FX4124XX10 |
| Powerware battery cabinet | Electrical room | 1085 | FX4124XX10 |
| Powerware battery cabinet | Electrical room | 1085 | FX4124XX10 |
| Powerware battery cabinet | Electrical room | 1085 | FX4124XX11 |
| Powerware battery cabinet | Electrical room | 1085 | FX4124XX11 |
| Powerware battery cabinet | Electrical room | 1085 | FX4124XX11 |
| Powerware battery cabinet | Electrical room | 1085 | FX4124XX11 |
| Eaton / Cuttler-Hammer 277V manual bypass | Data center (old) | PRL-4B #10 | RN456317 |
| Powerware 225 KVA UPS | Data center (old) | 9315-225 | EV506ZXX01 |
| Powerware battery cabinet | Data center (old) | 1085 | FW2624XX01 |
| Liebert PDU | Data center (old) | PPA 200C | 661951-001 |
| Hammond 3-phase 500KVA 480v-208/120 K-type transformer | Electrical room | 179111 | ME05K-01 |
| Hammond 3-phase 500KVA 480v-208/120 K-type transformer | Electrical room | 179111 | ME05K-02 |
| Hammond 3-phase 75KVA 480v-208/120 K-type transformer | Electrical room | NMK075KBC | M05J |
| Industrial Electric breaker panel | Electrical room | 480v/277 65k amp | 069509-001 |
| Industrial Electric breaker panel | Electrical room | 208v/120 65k amp | 069509-002 |
| Industrial Electric breaker panel | Electrical room | 208v/120 65k amp | 069509-003 |
| | | | |
| **Cooling (to include rooftop condensers)** | | | |
| Liebert 20 ton CRAC (old DC) | Data center (old) | DH245AUAGEI | 524785-001 |
| Liebert 20 ton CRAC (old DC) | Data center (old) | DH245AUAGEI | 524785-002 |
| Liebert 20 ton CRAC (old DC) | Data center (old) | DH245AUAGEI | 524785-003 |
| Liebert 15 ton CRAC (UPS room) | Electrical room | VH199A-AAEI | 787322-001 |
| Liebert 15 ton CRAC (UPS room) | Electrical room | VH199A-AAEI | 787322-002 |
| Liebert 22 ton CRAC (new DC) | Data center (new) | DH290A-AAEI | 787322-003 |
| Liebert 22 ton CRAC (new DC) | Data center (new) | DH290A-AAEI | 787322-004 |
| Liebert 22 ton CRAC (new DC) | Data center (new) | DH290A-AAEI | 787322-005 |
| Liebert 22 ton CRAC (new DC) | Data center (new) | DH290A-AAEI | 787322-006 |

| Exhibit B - 350 Commerce Data Center Environmental Systems | | | |
|---|---|---|---|
| Description | Location | Model Number | Serial Number |
| **Electrical** | | | |
| Cummins 750 KW gen set | Enclosure | DFHA-5734888 | G050809848 |
| ASCA 7000 series automatic transfer switch | Electrical room | H07ATBC31200N50C | 321656FP |
| Powerware 500 KVA UPS | Electrical room | 9315-500 | EX411ZXX01 |
| Powerware 500 KVA UPS | Electrical room | 9315-500 | EX412ZXX04 |
| Powerware battery cabinet | Electrical room | 1085 | FX4124XX10 |
| Powerware battery cabinet | Electrical room | 1085 | FX4124XX10 |
| Powerware battery cabinet | Electrical room | 1085 | FX4124XX10 |
| Powerware battery cabinet | Electrical room | 1085 | FX4124XX10 |
| Powerware battery cabinet | Electrical room | 1085 | FX4124XX11 |
| Powerware battery cabinet | Electrical room | 1085 | FX4124XX11 |
| Powerware battery cabinet | Electrical room | 1085 | FX4124XX11 |
| Powerware battery cabinet | Electrical room | 1085 | FX4124XX11 |
| Eaton / Cuttler-Hammer 277V manual bypass | Data center (old) | PRL-4B #10 | RN456317 |
| Powerware 225 KVA UPS | Data center (old) | 9315-225 | EV506ZXX01 |
| Powerware battery cabinet | Data center (old) | 1085 | FW2624XX01 |
| Liebert PDU | Data center (old) | PPA 200C | 661951-001 |
| Hammond 3-phase 500KVA 480v-208/120 K-type transformer | Electrical room | 179111 | ME05K-01 |
| Hammond 3-phase 500KVA 480v-208/120 K-type transformer | Electrical room | 179111 | ME05K-02 |
| Hammond 3-phase 75KVA 480v-208/120 K-type transformer | Electrical room | NMK075KBC | M05J |
| Industrial Electric breaker panel | Electrical room | 480v/277 65k amp | 069509-001 |
| Industrial Electric breaker panel | Electrical room | 208v/120 65k amp | 069509-002 |
| Industrial Electric breaker panel | Electrical room | 208v/120 65k amp | 069509-003 |
| | | | |
| **Cooling (to include rooftop condensers)** | | | |
| Liebert 20 ton CRAC (old DC) | Data center (old) | DH245AUAGEI | 524785-001 |
| Liebert 20 ton CRAC (old DC) | Data center (old) | DH245AUAGEI | 524785-002 |
| Liebert 20 ton CRAC (old DC) | Data center (old) | DH245AUAGEI | 524785-003 |
| Liebert 15 ton CRAC (UPS room) | Electrical room | VH199A-AAEI | 787322-001 |
| Liebert 15 ton CRAC (UPS room) | Electrical room | VH199A-AAEI | 787322-002 |
| Liebert 22 ton CRAC (new DC) | Data center (new) | DH290A-AAEI | 787322-003 |
| Liebert 22 ton CRAC (new DC) | Data center (new) | DH290A-AAEI | 787322-004 |
| Liebert 22 ton CRAC (new DC) | Data center (new) | DH290A-AAEI | 787322-005 |
| Liebert 22 ton CRAC (new DC) | Data center (new) | DH290A-AAEI | 787322-006 |
| | | Total Bid: | $ 182,000.00 |