## **EXHIBIT B**

## Exhibit B

The assets consist of various work stations, private office furniture and conference room furniture located at 350 Commerce, Irvine, CA.



5

RLF1-3161638-2
SF1:676652.1