# EXHIBIT B-1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(OCTOBER 1, 2007-OCTOBER 31, 2007)**

**Bill No: 1181895**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Eric M. Davis | 1992 | $775 | 1.50 | $ 1,162.50 |
| Benjamin B. Klubes | 1990 | 870 | 2.40 | 2,088.00 |
| | **TOTAL PARTNERS** | | **3.90** | **$ 3,250.50** |
| **ASSOCIATES** | | | | |
| Valerie L. Hletko | 2002 | $610 | 11.90 | $ 7,259.00 |
| Kimberly A. LaMaina | 2001 | 610 | 4.80 | 2,928.00 |
| | **TOTAL ASSOCIATES** | | **16.70** | **$10,187.00** |
| **PARAPROFESSIONALS** | | | | |
| Thinley Dorjee | N/A | $100 | 1.00 | $    100.00 |
| Denecchi L. Jackson | N/A | 100 | 0.50 | 50.00 |
| Larry S. Morton | N/A | 265 | 1.10 | 291.50 |
| Puja Murgai | N/A | 205 | 5.60 | 1,148.00 |
| Joseph Woodfield | N/A | 205 | 0.70 | 143.50 |
| | **TOTAL PARAPROFESSIONALS** | | **8.90** | **$ 1,733.00** |
| | | **TOTAL** | **29.50** | **$15,170.50** |
| | | **BLENDED HOURLY RATE** | | **$514.25** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(OCTOBER 1, 2007 - OCTOBER 31, 2007)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Regulatory and SEC Matters | 24.10 | $12,292.00 |
| Retention/Fee Matters (SASM&F) | 5.40 | $2,878.50 |
| **TOTAL** | **29.50** | **$15,170.50** |

**New Century Financial Corporation (DIP)**　　　　　　　　　　**Bill Date: 01/07/08**
**Regulatory and SEC Matters**　　　　　　　　　　　　　　　　**Bill Number: 1181895**

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| KLUBES BB | 10/02/07 | 0.20 | TELEPHONE CONFERENCE WITH V. HLETKO RE: DOCUMENT RETENTION(.2). |
| KLUBES BB | 10/05/07 | 0.30 | TELEPHONE CONFERENCE WITH CLIENT RE: DOCUMENT RETENTION (.3). |
| KLUBES BB | 10/08/07 | 0.20 | REVIEW E-MAIL RE: DOCUMENT RETENTION (.2). |
| KLUBES BB | 10/15/07 | 0.50 | TELEPHONE CONFERENCE WITH E. DAVIS RE: RETENTION (.2); CONFERENCE WITH V. HELTKO RE: STATUS, STRATEGY AND FILINGS (.3). |
| KLUBES BB | 10/22/07 | 0.40 | REVISE MEMORANDUM TO COMMITTEE RE: CONTINUED REPRESENTATION/LITIGATION (.3); CONFERENCE WITH V. HELTKO RE: SAME (.1). |
| KLUBES BB | 10/23/07 | 0.40 | REVISE CREDITORS' COMMITTEE MEMORANDUM RE: CONTINUED REPRESENTATION/LITIGATION (.4). |
| KLUBES BB | 10/25/07 | 0.40 | TELEPHONE CONFERENCE WITH K. RICHMAN RE: RETENTION AND STATUS (.4). |
|  |  | **2.40** |  |
| **Total Partner** |  | **2.40** |  |
| HLETKO VL | 10/05/07 | 0.80 | PREPARE FOR TELECONFERENCE RE DOCUMENT RETENTION (.5); TELEPHONE CONFERENCE WITH F. TOPPEL, M. LOEWENTHAL, B. KLUBES RE: DOCUMENT RETENTION (.3). |
| HLETKO VL | 10/08/07 | 0.50 | REVIEW E-MAIL RE: DOCUMENT RETENTION (.5). |
| HLETKO VL | 10/10/07 | 1.90 | E-MAIL WITH K. RICHMAN RE: SERVICE (.3); DRAFT NOTICE OF APPEARANCE (.8); DRAFT STIPULATION (.8). |
| HLETKO VL | 10/15/07 | 1.70 | TELEPHONE CONFERENCE WITH B. GOTTFRIED RE: SERVICE (.2); PREPARE AND FILE NOTICE OF APPEARANCE AND STIPULATION (1.2); TELEPHONE CONFERENCE WITH B. KLUBES RE: CASE STATUS (.3). |
| HLETKO VL | 10/18/07 | 0.40 | TELEPHONE CONFERENCE WITH D. SCHERZER RE: DOCUMENT RETENTION (.4). |
| HLETKO VL | 10/19/07 | 0.90 | DRAFT MEMORANDUM TO FILE RE: CONTINUING REPRESENTATION (.9). |
| HLETKO VL | 10/22/07 | 2.20 | DRAFT MEMORANDUM TO FILE RE: CONTINUING REPRESENTATION (2.0); TELEPHONE CONFERENCE WITH K. LAMAINA RE: SAME. (.2). |
| HLETKO VL | 10/24/07 | 0.80 | REVIEW STATUS OF PRODUCTIONS TO MASSACHUSETTS UNDER CID (.8). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| HLETKO VL | 10/26/07 | 2.10 | REVIEW BANKRUPTCY CLAIMS RE: METROPOLITAN MONEY STORE (.6); PREPARE MASSACHUSETTS PRODUCTION RE: CID (.7); DRAFT COVER LETTER RE: SAME (.8). |
| HLETKO VL | 10/31/07 | 0.60 | E-MAIL WITH K. RICHMAN RE: RHODE ISLAND SETTLEMENT, ELECTRONIC RETENTION, AND WASHINGTON, DC AG MATTER (.6). |
| | | **11.90** | |
| LAMAINA KA | 10/03/07 | 0.40 | REVIEW SERVICES FOR COMPLIANCE WITH BANKRUPTCY COURT ORDER (.4). |
| LAMAINA KA | 10/15/07 | 0.90 | TELECONFERENCE DEBTORS' COUNSEL RE: FEE EXAMINER PROCEDURES (.1); DRAFT MEMORANDUM TO COMPANY ON SERVICES (.8). |
| LAMAINA KA | 10/19/07 | 0.40 | RESEARCH STATUS OF SERVICES TO RESPOND TO COMPANY ON BUDGET (.4). |
| LAMAINA KA | 10/22/07 | 0.40 | REVIEW CAP ISSUES ON REGULATORY SERVICES (.4). |
| LAMAINA KA | 10/23/07 | 0.60 | REVIEW MEMORANDUM TO COMPANY RE: STATUS OF SERVICES (.2); REVISE SAME (.4). |
| | | **2.70** | |
| **Total Associate** | | **14.60** | |
| MURGAI P | 10/03/07 | 1.20 | REVIEW/PREPARE REGULATORY CORRESPONDENCE FOR LOGGING AND SCANNING INTO DATABASE (1.2). |
| MURGAI P | 10/26/07 | 2.80 | MA DOCUMENT PRODUCTION (2.8). |
| MURGAI P | 10/30/07 | 1.60 | MA DOCUMENT PRODUCTION (1.6). |
| | | **5.60** | |
| **Total Legal Assistant** | | **5.60** | |
| DORJEE T | 10/15/07 | 1.00 | ELECTRONIC FILING: FILE NOTICE OF APPEARANCE AND EXTENSION OF TIME TO FILE ANSWER ELECTRONICALLY FOR CASE 2007 CA 6023 B AT DC SUPERIOR COURT PER B. KLUBES. |
| | | **1.00** | |
| JACKSON DL | 10/15/07 | 0.50 | ASSIST WITH THE PREPARATION OF DOCUMENTS TO BE FILED. |
| | | **0.50** | |
| **Total Legal Assistant Specialist** | | **1.50** | |
| **TOTAL TIME** | | **24.10** | |

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

```
New Century Financial Corporation (DIP)              Bill Date: 01/07/08
Retention/Fee Matters (SASM&F)                       Bill Number: 1181895
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DAVIS EM | 10/24/07 | 0.90 | REVIEW AND ANALYZE QUESTIONS RE FEE AUDITOR (.4); FOLLOW-UP ON STATUS OF SKADDEN FEE APPS (.5). |
| DAVIS EM | 10/30/07 | 0.60 | ADDRESS ISSUES RE CAP ON REGULATORY AS OPPOSED TO FEE APPLICATIONS AND COMPENSATION. |
| | | **1.50** | |
| **Total Partner** | | **1.50** | |
| LAMAINA KA | 10/15/07 | 0.50 | REVIEW STATUS OF FEE STATEMENTS UNDER COURT ORDER (.3); REVIEW RETENTION ORDER (.2). |
| LAMAINA KA | 10/22/07 | 1.40 | REVIEW FEE STATEMENT (AUGUST) (.2); CONTINUE TO REVIEW FEE STATEMENT (AUGUST) (.6); REVIEW FEE STATEMENT (SEPTEMBER) (.6). |
| LAMAINA KA | 10/24/07 | 0.20 | DRAFT MEMORANDUM TO FEE EXAMINER RE: MATERIALS SENT LAST WEEK (.2). |
| | | **2.10** | |
| **Total Associate** | | **2.10** | |
| MORTON LS | 10/03/07 | 0.20 | RESEARCH FEE AUDITOR ORDER (.2). |
| MORTON LS | 10/04/07 | 0.40 | FILE MAINTENANCE AND STORAGE RE: BRSQ (.4). |
| MORTON LS | 10/23/07 | 0.30 | RESEARCH FEE AUDITOR PROCEDURES (.3). |
| MORTON LS | 10/24/07 | 0.20 | RESEARCH FEE AUDITOR PROCEDURES (.2). |
| | | **1.10** | |
| WOODFIELD J | 10/08/07 | 0.50 | DRAFT CERTIFICATE OF NO OBJECTION (.5). |
| WOODFIELD J | 10/10/07 | 0.20 | FINALIZE CERTIFICATE OF NO OBJECTION AND FILE (.2). |
| | | **0.70** | |
| **Total Legal Assistant** | | **1.80** | |
| **TOTAL TIME** | | **5.40** | |
| | | | |
| **CLIENT TOTAL** | | **29.50** | |