# EXHIBIT B-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(OCTOBER 1, 2007 - OCTOBER 31, 2007)**

| Expense Category | Total Expenses |
|---|---:|
| Computer Legal Research | $486.38 |
| Long Distance Telephone | $7.08 |
| In-House Reproduction (@ $.10 per page) | $31.20 |
| Outside Research | $39.60 |
| Filing/Court Fees | $30.68 |
| Courier & Express Carriers (e.g., Federal Express) | $6.67 |
| Postage | $6.55 |
| **TOTAL** | **$608.16** |

518629-Wilmington Server 1A - MSW

**New Century Financial Corporation (DIP)**  **Bill Date: 01/07/08**
**Regulatory and SEC Matters**  **Bill Number: 1181895**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/30/07 | Copy Center, D | 7.60 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$7.60** |
| Westlaw | 10/03/07 | Hletko VL | 445.66 |
| | | **TOTAL WESTLAW** | **$445.66** |
| Vendor Hosted Teleconferencing | 09/14/07 | Teleconferencing Services, LLC | 7.08 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$7.08** |
| Filing/Court Fees | 10/15/07 | Dorjee T | 15.34 |
| Filing/Court Fees | 10/15/07 | Dorjee T | 15.34 |
| | | **TOTAL FILING/COURT FEES** | **$30.68** |
| Messengers/ Courier | 10/26/07 | Dist Serv/Mail/Page, D | 6.67 |
| | | **TOTAL MESSENGERS/ COURIER** | **$6.67** |
| Outside Research/Internet Services | 10/04/07 | Pacer Service Center | 11.36 |
| Outside Research/Internet Services | 10/04/07 | Pacer Service Center | 8.48 |
| Outside Research/Internet Services | 10/04/07 | Pacer Service Center | 0.48 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$20.32** |
| CLR/Disclosure | 10/31/07 | Global Securities | 40.72 |
| | | **TOTAL CLR/DISCLOSURE** | **$40.72** |
| | | **TOTAL MATTER** | **$558.73** |

2

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

**New Century Financial Corporation (DIP)**          Bill Date: 01/07/08
**Retention/Fee Matters (SASM&F)**          Bill Number: 1181895

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/23/07 | Copy Center, D | 23.60 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$23.60** |
| Postage | 10/19/07 | Office Admin, D | 6.55 |
|  |  | **TOTAL POSTAGE** | **$6.55** |
| Outside Research/Internet Services | 10/04/07 | Pacer Service Center | 19.28 |
|  |  | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$19.28** |
|  |  | **TOTAL MATTER** | **$49.43** |
|  |  | **TOTAL CLIENT** | **$608.16** |

2