**EXHIBIT C-1**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(NOVEMBER 1, 2007-NOVEMBER 30, 2007)**

Bill No: 1184879

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Eric M. Davis | 1992 | $775 | 1.20 | $ 930.00 |
| Benjamin B. Klubes | 1990 | 870 | 4.60 | 4,002.00 |
| | **TOTAL PARTNERS** | | **5.80** | **$ 4,932.00** |
| **ASSOCIATES** | | | | |
| Valerie L. Hletko | 2002 | $610 | 8.80 | $ 5,368.00 |
| Kimberly A. LaMaina | 2001 | 610 | 12.60 | 7,686.00 |
| | **TOTAL ASSOCIATES** | | **21.40** | **$13,054.00** |
| **CLIENT SPECIALISTS** | | | | |
| Michelle N. Morin | N/A | $315 | 0.90 | $ 283.50 |
| | **TOTAL CLIENT SPECIALISTS** | | **0.90** | **$ 283.50** |
| **PARAPROFESSIONALS** | | | | |
| Thinley Dorjee | N/A | $100 | 1.50 | $ 150.00 |
| Larry S. Morton | N/A | 265 | 3.50 | 927.50 |
| Puja Murgai | N/A | 205 | 1.20 | 246.00 |
| | **TOTAL PARAPROFESSIONALS** | | **6.20** | **$ 1,323.50** |
| | | **TOTAL** | **34.30** | **$19,593.00** |
| | | **BLENDED HOURLY RATE** | | **$571.22** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(NOVEMBER 1, 2007 - NOVEMBER 30, 2007)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Regulatory and SEC Matters | 24.70 | $14,746.50 |
| Retention/Fee Matters (SASM&F) | 9.60 | $4,846.50 |
| **TOTAL** | **34.30** | **$19,593.00** |

**New Century Financial Corporation (DIP)**                        **Bill Date: 01/07/08**
**Regulatory and SEC Matters**                                          **Bill Number: 1184879**

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| KLUBES BB | 11/01/07 | 0.20 | CONFERENCE WITH V. HLETKO RE: WASHINGTON, DC AND RHODE ISLAND ISSUES AND WASHINGTON, DC AG ISSUES. |
| KLUBES BB | 11/02/07 | 0.20 | REVIEW WASHINGTON, DC AG PLEADING (.2). |
| KLUBES BB | 11/05/07 | 0.20 | REVIEW WASHINGTON, DC AG CONSENT AGREEMENT PROPOSAL (.2). |
| KLUBES BB | 11/06/07 | 0.80 | REVIEW WASHINGTON, DC SETTLEMENT PROPOSAL (.5); CONFERENCE WITH V. HLETKO RE: SAME (.3). |
| KLUBES BB | 11/07/07 | 0.30 | TELEPHONE CONFERENCE WITH K. RICHMAN RE: WASHINGTON, DC AG CONSENT DECREE. |
| KLUBES BB | 11/08/07 | 1.00 | TELEPHONE CONFERENCE WITH V. HLETKO AND K. RICHMAN RE: WASHINGTON, DC ACTION (.7); REVIEW MATERIALS RE: SAME (.3). |
| KLUBES BB | 11/09/07 | 0.10 | TELEPHONE CALL TO J. ROCHKIND RE: V. BURKE. |
| KLUBES BB | 11/13/07 | 0.70 | E-MAIL TO M. MCCARTHY RE: LICENSE ISSUE (.4); CONFERENCE WITH V. HLETKO RE: SAME (.3). |
| KLUBES BB | 11/14/07 | 0.30 | TELEPHONE CONFERENCE WITH V. HLETKO RE: WASHINGTON, DC AG MATTER. |
| KLUBES BB | 11/15/07 | 0.30 | REVIEW V. BURKE DRAFT AFFIDAVIT (.3). |
| KLUBES BB | 11/16/07 | 0.10 | TELEPHONE CONFERENCE WITH V. HLETKO RE: STATUS OF WASHINGTON, DC MATTER. |
| KLUBES BB | 11/21/07 | 0.10 | TELEPHONE CALL TO B. GOTTFRIED RE: CONSENT SETTLEMENT. |
| KLUBES BB | 11/26/07 | 0.20 | TELEPHONE CONFERENCE WITH B. GOTTFRIED RE: EXTENSION. |
| KLUBES BB | 11/27/07 | 0.10 | CONFERENCE WITH V. HLETKO RE: WASHINGTON, DC AG ACTION. |
| | | **4.60** | |
| **Total Partner** | | **4.60** | |
| HLETKO VL | 11/01/07 | 0.50 | RESEARCH RE: ESCROW ACCOUNT (.2); E-MAIL WITH K. RICHMAN RE: SAME (.1); REVIEW K. RICHMAN LETTER TO WASHINGTON RE: FEES (.2). |
| HLETKO VL | 11/02/07 | 0.20 | TELEPHONE CONFERENCE WITH B. GOTTFRIED RE: STATUS OF CONSENT AGREEMENT. |
| HLETKO VL | 11/05/07 | 1.20 | REVIEW AND REVISE WASHINGTON, DC AG'S PROPOSED CONSENT ORDER (1.2). |
| HLETKO VL | 11/06/07 | 0.30 | REVISE WASHINGTON, DC CONSENT AGREEMENT (.3). |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| HLETKO VL | 11/07/07 | 1.50 | MEET WITH B. KLUBES FOR TELEPHONE CONFERENCE WITH K. RICHMAN RE: WASHINGTON, DC CONSENT AGREEMENT (.3); REVISE CONSENT AGREEMENT (.9); TELEPHONE CONFERENCE WITH B. GOTTFRIED RE: CONSENT AGREEMENT (.3). |
| HLETKO VL | 11/08/07 | 2.80 | DRAFT AND FILE MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (2.1); TELEPHONE CONFERENCE WITH B. KLUBES, AND K. RICHMAN RE: FIRST AMERICAN CASE (.7). |
| HLETKO VL | 11/14/07 | 0.80 | TELEPHONE CONFERENCE WITH B. GOTTFRIED RE: METROPOLITAN MONEY STORE ACTION (.6); DRAFT E-MAIL TO B. KLUBES RE: SAME (.2). |
| HLETKO VL | 11/26/07 | 0.70 | TELEPHONE CALL WITH B. KLUBES AND B. GOTTFRIED REGARDING CONSENT AGREEMENT (.2); DRAFT MOTION FOR ADDITIONAL EXTENSION (.5). |
| HLETKO VL | 11/29/07 | 0.80 | REVISE FEE CAP MEMO (.8). |
| | | **8.80** | |
| LAMAINA KA | 11/02/07 | 1.60 | REVIEW SERVICES IN CASES (1.6). |
| LAMAINA KA | 11/05/07 | 1.40 | DRAFT FEE EXAMINER LETTER (.4); PREPARE ACCOMPANYING DOCUMENTS FOR FEE EXAMINER LETTER IN ACCORDANCE WITH FEE EXAMINER ORDER (.7); REVIEW SERVICES FOR NEW CENTURY (.3). |
| LAMAINA KA | 11/12/07 | 0.90 | REVIEW PROOF OF CLAIM ISSUES (.9). |
| LAMAINA KA | 11/14/07 | 0.40 | REVIEW CLIENT SERVICES RE NEW DEBTOR ENTITY (.4). |
| LAMAINA KA | 11/15/07 | 2.60 | DUE DILIGENCE RE: DEBTOR PAYMENTS UNDER COURT ORDER (2.2); MEMORANDUM TO COMPANY RE: AMOUNTS UNDER COURT ORDER APPLICABLE TO SKADDEN (.4). |
| LAMAINA KA | 11/29/07 | 0.50 | RESPOND TO COMPANY AND COMMITTEE REQUEST RE: SERVICES (.5). |
| LAMAINA KA | 11/30/07 | 0.30 | REVIEW AND RESPOND TO COMPANY MEMORANDUM ON SERVICES AND $3K PAYMENT (.3). |
| | | **7.70** | |
| **Total Associate** | | **16.50** | |
| MORIN MN | 11/08/07 | 0.90 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: CREATION OF MEDIA WITH DUPLICATES OF SPECIFIC DOCUMENTS. |
| | | **0.90** | |
| **Total Client Specialist** | | **0.90** | |

2

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| MURGAI P | 11/15/07 | 1.20 | REVIEW REGULATORY CORRESPONDENCE FOR SCANNING AND LOGGING INTO DATABASE (1.2). |
| | | **1.20** | |
| **Total Legal Assistant** | | **1.20** | |
| DORJEE T | 11/08/07 | 0.90 | ELECTRONIC FILING: FOR MOTION FOR EXTENSION OF TIME TO ANSWER FOR A CASE AT DC SUPERIOR COURT AND DISTRIBUTE SERVICES PER V. HLETKO. |
| DORJEE T | 11/26/07 | 0.60 | ELECTRONIC FILING: FILE MOTION FOR EXTENSION ELECTRONICALLY AT DC SUPERIOR COURT AND DISTRIBUTE SERVICE COPIES PER V. HLETKO. |
| | | **1.50** | |
| **Total Legal Assistant Specialist** | | **1.50** | |
| **TOTAL TIME** | | **24.70** | |

3

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
New Century Financial Corporation (DIP)            Bill Date: 01/07/08
Retention/Fee Matters (SASM&F)                     Bill Number: 1184879
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DAVIS EM | 11/01/07 | 1.20 | REVIEW TIME DETAIL FOR SUBMISSION TO CLIENT ON SAME (.9); REVIEW CLIENTS' PROPOSED METHOD OF ADDRESSING INCREASE CAP AND CALL TO KLUBES ON SAME (.3). |
| | | **1.20** | |
| **Total Partner** | | **1.20** | |
| LAMAINA KA | 11/02/07 | 2.80 | DRAFT FEE APPLICATION (1.5); REVISE FEE APPLICATION FOR FILING WITH COURT UNDER COURT ORDER (1.3). |
| LAMAINA KA | 11/08/07 | 2.10 | FINALIZE FEE APPLICATION DOCUMENTS FOR FILING (2.1). |
| | | **4.90** | |
| **Total Associate** | | **4.90** | |
| MORTON LS | 11/07/07 | 0.70 | PREPARE FOUR EXHIBITS FOR FILING IN PDF FORMAT (.7). |
| MORTON LS | 11/08/07 | 1.90 | UPDATE EXHIBIT LIST FOR FEE APPLICATION (.4); EDIT NOTICE FOR FEE APPLICATION (.3); REVIEW EXHIBITS FOR FEE APPLICATION (.4); PREPARE AND FILE FEE APPLICATION FOR AUGUST THROUGH SEPTEMBER, 2007 (.3); ASSIST WITH DISTRIBUTION OF SAME (.5). |
| MORTON LS | 11/30/07 | 0.90 | DRAFT CERTIFICATE OF NO OBJECTION AND EXHIBIT CHART TO SECOND MONTHLY FEE APPLICATION RE: SKADDEN (.4); PREPARE AND FILE SAME (.4); UPDATE FILE FOLDERS (.1). |
| | | **3.50** | |
| **Total Legal Assistant** | | **3.50** | |
| **TOTAL TIME** | | **9.60** | |
| | | | |
| **CLIENT TOTAL** | | **34.30** | |