# EXHIBIT C-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(NOVEMBER 1, 2007 - NOVEMBER 30, 2007)**

| Expense Category | Total Expenses |
|---|---:|
| Computer Legal Research | $12.65 |
| In-House Reproduction (@ $.10 per page) | $111.60 |
| Filing/Court Fees | $71.58 |
| Courier & Express Carriers (e.g., Federal Express) | $100.81 |
| **TOTAL** | **$296.64** |

**New Century Financial Corporation (DIP)**          **Bill Date: 01/07/08**
**Regulatory and SEC Matters**                       **Bill Number: 1184879**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/09/07 | Copy Center, D | 19.40 |
| In-house Reproduction | 11/09/07 | Copy Center, D | 4.00 |
| In-house Reproduction | 11/27/07 | Copy Center, D | 4.50 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$27.90** |
| Westlaw | 11/12/07 | Hletko VL | 12.65 |
| | | **TOTAL WESTLAW** | **$12.65** |
| Filing/Court Fees | 11/08/07 | Dorjee T | 35.79 |
| Filing/Court Fees | 11/27/07 | Dorjee T | 35.79 |
| | | **TOTAL FILING/COURT FEES** | **$71.58** |
| | | **TOTAL MATTER** | **$112.13** |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**New Century Financial Corporation (DIP)**  **Bill Date: 01/07/08**
**Retention/Fee Matters (SASM&F)**  **Bill Number: 1184879**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/09/07 | Copy Center, D | 83.70 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$83.70** |
| Messengers/ Courier | 11/08/07 | Dist Serv/Mail/Page, D | 10.09 |
| Messengers/ Courier | 11/08/07 | Dist Serv/Mail/Page, D | 10.09 |
| Messengers/ Courier | 11/08/07 | Dist Serv/Mail/Page, D | 10.09 |
| Messengers/ Courier | 11/08/07 | Dist Serv/Mail/Page, D | 10.09 |
| Messengers/ Courier | 11/08/07 | Dist Serv/Mail/Page, D | 10.09 |
| Messengers/ Courier | 11/08/07 | Dist Serv/Mail/Page, D | 10.09 |
| Messengers/ Courier | 11/08/07 | Dist Serv/Mail/Page, D | 10.09 |
| Messengers/ Courier | 11/08/07 | Dist Serv/Mail/Page, D | 10.09 |
| Messengers/ Courier | 11/08/07 | Dist Serv/Mail/Page, D | 20.09 |
| | | **TOTAL MESSENGERS/ COURIER** | **$100.81** |
| | | **TOTAL MATTER** | **$184.51** |
| | | **TOTAL CLIENT** | **$296.64** |

518613-Wilmington Server 1A - MSW

DD01