## CERTIFICATE OF SERVICE

I, Kimberly A. LaMaina, hereby certify that on January 14, 2008, I caused the foregoing **Second Interim Application Request of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred (August 1, 2007 Through November 30, 2007)** to be served on the parties listed on Exhibit A, attached hereto, by overnight courier.

/s/ *Kimberly A. LaMaina*
Kimberly A. LaMaina

# EXHIBIT A

Monika L. McCarthy
New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvine, CA 92612
(Debtors)

Suzzanne Uhland
Emily Culler
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071
(Counsel for Debtors)

Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Counsel for Debtors)

Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019
(Crisis Managers)

Joseph McMahon
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801
(Counsel for United States Trustee)

Bennett L. Spiegel
Shirley S. Cho
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017-5800
(Counsel for Post-Petition
Senior Secured Lenders)

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801
(Counsel for Official Committee
of Unsecured Creditors)

Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(Counsel for Official Committee
of Unsecured Creditors)

Warren H. Smith
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 7520
(Fee Examiner)