# EXHIBIT A

In re New Century TRS Holdings, Inc., et al., Case Nos. 07-10416-KJC (Chap. 11), et seq.
*Movant: Saxon Mortgage Services, Inc.*
*D&G Reference: 211494/Batch 39*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000201794 | ASALEM | 7/14/2006 | $234,000.00 | $269,403.49 | $247,000.00 | 5143 RED OAKS DR<br>MOUNDS VIEW  MN 55112 |
| 2000228408 | PERRY | 6/9/2006 | $480,000.00 | $538,813.38 | $600,000.00 | 7314 KRAUSE AVENUE<br>OAKLAND CA 94605 |
| 2000259136 | GOMEZ | 1/17/2007 | $576,000.00 | $593,874.64 | $600,000.00 | 10823 AQUEDUCT AVENUE<br>LOS ANGELES CA 91344 |
| 2000251626 | STAPLETON | 11/3/2006 | $110,075.00 | $119,271.28 | $105,000.00 | 3510 HANCOCK ST<br>BELLEVUE NE 68005 |
| 2000266473 | CAMPBELL | 9/21/2006 | $440,000.00 | $483,557.02 | $400,000.00 | 35 MONTAUK AVE<br>BROOKLYN NY 11208 |
| 2000259929 | GOMEZ-LEYVA | 2/5/2007 | $380,000.00 | $403,213.93 | $475,000.00 | 7440 WYNNDEL WAY<br>ELK GROVE CA 95758 |
| 2000253324 | NEUMEISTER | 11/28/2006 | $160,800.00 | $169,653.33 | $123,000.00 | 2606 SOUTH DURANGO DRIVE 246<br>LAS VEGAS NV  89117 |
| 2000259499 | SOUSA | 2/22/2007 | $276,000.00 | $291,108.20 | $205,000.00 | 1314 SW 22 AVENUE<br>CAPE CORAL FL 33991 |
| 2000263569 | YOUNG | 4/26/2006 | $205,516.00 | $229,208.86 | $220,000.00 | 895 HAWTHORNE AVENUE E<br>SAINT PAUL MN 55106 |
| 2000259821 | EM | 2/27/2007 | $389,592.00 | $412,390.54 | $455,500.00 | 3755 ATTIKA STREET<br>CERES CA 95307 |
| 2000273557 | JONES | 1/31/2007 | $732,000.00 | $779,710.55 | $61,5000 | 6770 QUAPAW STREET<br>LAS VEGAS NV  89103 |
| 2000273005 | ST. JOHN | 2/7/2007 | $400,000.00 | $411,923.09 | $510,000.00 | 13A RADDE PLACE<br>BROOKLYN NY 11233 |
| 2000309795 | WELTON | 11/28/2006 | $336,000.00 | $351,790.38 | $440,000.00 | 405 S CHESTER AVENUE<br>COMPTON CA  90221 |
| 2000258971 | ROSALES | 1/4/2007 | $400,000.00 | $424,917.59 | $490,000.00 | 6812 GRONINGEN COURT<br>LAS VEGAS NV  89131 |
| 2000206225 | CROWTHER | 2/7/2007 | $248,000.00 | $258,783.95 | $255,000.00 | 192 WEST WALNUT AVENUE C<br>RIALTO CA 92376 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000268189 | HAYES | 11/16/2006 | $92,000.00 | $97,292.78 | $102,000.00 | 803 E TIMBERVIEW LANE ARLINGTON TX 76014 |
| 2000304251 | MUNOZ | 9/20/2005 | $250,400.00 | $262,561.31 | $200,000.00 | 696 SANTA ALICIA DRIVE ROHNERT PARK CA 94928 |
| 2000252163 | KELLY | 11/20/2006 | $312,000.00 | $334,932.18 | $360,000.00 | 2256 WINDMILL COURT BRYANS ROAD MD 20616 |