# EXHIBIT A

In re New Century TRS Holdings, Inc., et al., Case Nos. 07-10416-KJC (Chap. 11), et seq.
*Movant: U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HE5*
*D&G Reference: 211496/Batch 40*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 0001443655 | SACCO | 3/29/2004 | $360,000.00 | $375,734.59 | $430,000.00 | 3039 SOUTH TRENTON AVENUE TULSA OK 74114 |
| 000150379 | JOHNSON | 4/27/2004 | $132,000.00 | $138,675.72 | $150,000.00 | 2509 COBBL E HILL CT UNIT C WOODBURY MN 55125 |
| 2000001915 | JUAN | 7/6/2004 | $436,000.00 | $70,596.20 | $619,000.00 | 2876 DUMETZ STREET CAMARILLO CA 93010 |
| 2000004026 | SMITH | 6/24/2004 | $355,000.00 | $384,400.61 | $400,000.00 | 10030 SCRIPPS VISTA WAY UNIT 51 SAN DIEGO CA 92131 |
| 2000003864 | JOHNSON | 7/6/2004 | $85,600.00 | $89,991.71 | $97,500.00 | 2307 EDGEDALE DRIVE MISSOURI CITY TX 77489 |
| 2000005771 | JOHNSON | 7/29/2004 | $176,000.00 | $197,736.02 | $205,000.00 | 4258 DOBSON DRIVE LAS VEGAS NV 89115 |
| 2000002996 | MATHIS | 7/28/2004 | $165,000.00 | $175,854.65 | $145,000.00 | 622 LAMPASAS AVENUE SACRAMENTO CA 95815 |
| 2000029317 | PAREDES | 11/15/2004 | $95,903.00 | $98,353.38 | $105,000.00 | 5507 VIEWPOINT DRIVE AUSTIN TX 78744 |
| 2000031801 | RAMOS | 11/17/2004 | $352,000.00 | $364,570.19 | $410,000.00 | 1591 LAS BRISAS DR HOLLISTER CA 95023 |
| 200032056 | WANG | 11/19/2004 | $420,000.00 | $437,175.45 | $632,000.00 | 37 ROYAL VICTORIA IRVINE CA 92606 |
| 2000047134 | MEDINA | 12/30/2004 | $340,000.00 | $366,779.61 | $345,000.00 | 1550 AVENIDA ROSA CHULA VISTA CA 91911 |
| 2000045359 | CHRISTOPHER | 12/15/2004 | $149,600.00 | $162,111.17 | $155,000.00 | 152 NEW LONDON AVE WEST WARWICK RI 02893 |
| 2000044753 | CARDOSO | 11/19/2004 | $306,000.00 | $332,056.94 | $245,000.00 | 132 MEADOWS ST PAWTUCKET RI 02860 |