# EXHIBIT A

In re New Century TRS Holdings, Inc., et al., Case Nos. 07-10416-KJC (Chap. 11), et seq.
*Movant: LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2007-HE1*
*D&G Reference: 211544/Batch 42*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000206432 | SANCHEZ | 7/3/2006 | $300,800.00 | $317,668.01 | $199,000.00 | 44503 CEDAR AVENUE LANCASTER CA 93534 |
| 2000205761 | WHITE | 6/22/2006 | $440,000.00 | $453,516.05 | $450,000.00 | 1825 WEST 41st PLACE LOS ANGELES CA 90062 |
| 2000201853 | EDWARDS | 7/11/2006 | $129,600.00 | $142,098.02 | $149,900.00 | 70 SOUTH MAIN STREET COVENTRY RI 02816 |