IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re:                                                    :
                                                          : **Chapter 11**
NEW CENTURY TRS HOLDINGS, INC.,                           :
a Delaware Corporation, *et al.*,                         : **Case No. 07-10416 (KJC)**
                                                          :
                    Debtors.                              : **Jointly Administered**
                                                          :
                                                          : **Related to Docket No. 4188**
                                                          :
-----------------------------------------------------------x

**CERTIFICATION OF NO OBJECTION REGARDING FIFTH MONTHLY APPLICATION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP, COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007 INCLUDING REQUEST FOR LIMITED WAIVER OF INFORMATION REQUIREMENTS OF LOCAL BANKRUPTCY RULE 2016-2(d)
NO ORDER REQUIRED**

The undersigned, counsel to Michael J. Missal, the Court-Appointed Examiner (the "Examiner") for New Century TRS Holdings, Inc., *et al.*, hereby certifies that:

1. On December 21, 2007, the **Notice of Application** (the "Notice") and **Fifth Monthly Application of Kirkpatrick & Lockhart Preston Gates Ellis LLP, Counsel to the Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from November 1, 2007 through November 30, 2007, Including Request for Limited Waiver of Information Requirements of Local Bankruptcy Rule 2016-2(d)** (the "Fifth Application") [Docket No. 4188] were filed with the Court.

2. In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, and the Order Appointing Fee Auditor Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official

Committees and Consideration of Fee Applications date October 10, 2007, objections, if any, to the Fifth Application were due on or before 4:00 p.m. on January 10, 2008 (the "Objection Deadline").

3.  The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

4.  Accordingly, the Fifth Application may be granted.

Dated: January 14, 2008                             SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

Co-Counsel to Michael J. Missal, Examiner