IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **NEW CENTURY TRS HOLDINGS, INC.**, a Delaware corporation, et al.,[1] | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| | Objection Deadline: February 4, 2008 at 4:00 p.m. (Eastern Time) |
| | Hearing Date: To be determined |

## NOTICE OF SECOND INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Application | Manatt, Phelps & Phillips, LLP |
| Authorized to Provide Professional Services to: | The above-captioned Debtors and Debtors-in-Possessions |
| Date of Retention: | April 24, 2007, *nunc pro tunc* to April 2, 2007 |
| Period for which Compensation and Reimbursement are sought: | August 1, 2007 through November 30, 2007[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $30,050.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,543.57 |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware Corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2] Manatt, Phelps & Phillips, LLP's August, September, October and November 2007 monthly fee applications are incorporated herein by reference.

1

This is (a)__X__ interim _____ final application

**Summary of Fee Applications for Compensation Period:**

| Date Filed Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) |
| Filed: 10.10.07 Doc. Nos: 3265 and 3266 | 08.01.07 – 08.31.07 | $9,182.50 | $138.67 | $7,346.00 | $138.67 |
| Filed: 10.22.07 Doc. Nos: 3396 and 3397 | 09.01.07 – 09.30.07 | $9,989.50 | $561.81 | $7,918.80 | $561.81 |
| Filed: 12.17.07 Doc Nos: 4135 and 4136 | 10.01.07 – 10.31.07 | $5,269.00 | $638.29 | $4,215.20 | $638.29 |
| Filed: 12.18.07 Doc Nos. 4144 and 4145 | 11.01.07 – 11.30.07 | $5,700.00 | $204.80 | $4,560.00 | $204.80 |

**Summary of Any Objections to Fee Applications:**

No objections have been filed to the monthly fee applications of Manatt, Phelps and Phillips, LLP.

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 (the "Interim Compensation Order"), and the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications (the "Fee Auditor Order") dated October 10, 2007 [Docket No. 3260], objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the Notice Parties, identified on Exhibit A attached hereto so as to be received by **February 4, 2008 at 4:00 p.m. (Eastern Time).** If no timely objections are filed to

the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: January 14, 2008

MANATT, PHELPS & PHILLIPS, LLP

By: _____
Ellen R. Marshall [CA Bar No.666715]
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
(714) 371-2508

Attorneys for Debtors

# EXHIBIT A

## Notice Parties

| | |
|---|---|
| Debtor: | New Century Mortgage Corporation<br>Attn: Monika L. McCarthy, Esq.<br>3121 Michelson Drive, Sixth Floor<br>Irvine, CA 92612 |
| Counsel for Debtor: | O'Melveny & Myers LLP<br>Attn: Suzzanne Uhland, Esq.<br>　　　Emily Culler, Esq.<br>400 South Hope Street<br>Los Angeles, CA 90071 |
| Counsel for Debtor: | Richards, Layton & Finger, P.A.<br>Attn: Mark D. Collins, Esq.<br>　　　Michael J. Merchant, Esq.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 |
| Counsel for Crisis Managers: | AP Services, LLC<br>Attn: Holly Feder Etlin<br>Nine West 57th Street, Suite 3420<br>New York, NY 10019 |
| United States Trustee | Office of the United States Trustee<br>Attn: Joseph McMahon, Esq.<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| Counsel for Unsecured Creditors Committee: | Blank Rome LLP<br>Attn: Bonnie Glantz Fatell<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 |
| Counsel for Unsecured Creditors Committee: | Hahn & Hessen LLP<br>Attn: Mark S. Indelicato<br>488 Madison Avenue<br>New York, NY 10022 |
| Fee Auditor | Warren H. Smith<br>Warren H. Smith & Associates<br>Republic Center<br>325 N. St. Paul, Suite 1275<br>Dallas, TX 75201 |

## **VERIFICATION**

STATE OF CALIFORNIA         )
                            ) SS:
COUNTY OF ORANGE            )

      Ellen R. Marshall, after being duly sworn according to law, deposes and says:

      1.     I am a partner with the applicant firm, Manatt, Phelps & Phillips, LLP, and have been admitted to appear before this Court.

      2.     I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

      3.     I have reviewed the foregoing Notice of Second Interim Fee Application Request and the facts set forth therein are true and correct to the best of my knowledge, informtion and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

                                                     Ellen R. Marshall [CA Bar No. 66715]

SWORN AND SUBSCRIBED before me
this 14th day of January, 2008.

_____
Notary Public
My Commission Expires: 8/28/2011

[Notary Stamp: CRYSTAL TAYLOR, Commission # 1764065, Notary Public - California, Orange County, My Comm. Expires Aug 28, 2011]

5

## PROOF OF SERVICE

I, Tracey J. Dunn, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 695 Town Center Drive, 14th Floor, Costa Mesa, CA 92626. On January 14, 2008, I served the within documents:

**Notice of Second Interim Fee Application Request**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. from (310) 312-4000, the transmission was reported as complete and without error, and a true copy of the transmission report was properly issued by the transmitting facsimile machine and is annexed to this proof of service.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed FedEx Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

*Please see attached Service List*

I am readily familiar with the Manatt, Phelps & Phillips, LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 14, 2008, at Costa Mesa, California.

*/s/ Tracey J. Dunn*
Tracey J. Dunn

5

## PROOF OF SERVICE MAILING LIST

| DELIVERY VIA FEDERAL EXPRESS | DELIVERY VIA U.S. MAIL SERVICE & E-MAIL |
|---|---|
| New Century Mortgage Corporation<br>Attn: Monika L. McCarthy, Esq.<br>3121 Michelson Drive, Sixth Floor<br>Irvine, CA 92612<br><br>O'Melveny & Myers LLP<br>Attn: Suzzanne Uhland, Esq.<br>       Emily Culler, Esq.<br>400 South Hope Street<br>Los Angeles, CA 90071<br><br>Richards, Layton & Finger, P.A.<br>Attn: Mark D. Collins, Esq.<br>       Michael J. Merchant, Esq.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br><br>AP Services, LLC<br>Attn: Holly Feder Etlin<br>Nine West 57th Street, Suite 3420<br>New York, NY 10019<br><br>Office of the U.S. Trustee<br>Attn: Joseph McMahon, Esq.<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br><br>Blank Rome LLP<br>Attn: Bonnie Glantz Fatell<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br><br>Hahn & Hessen LLP<br>Attn: Mark S. Indelicato<br>488 Madison Avenue<br>New York, NY 10022 | Warren H. Smith, Esq.<br>Warren H. Smith & Associates, P.C.<br>Republic Center<br>435 N. St. Paul, Suite 1275<br>Dallas, TX 75201<br><br>feeaudit@whsmithlaw.com |