IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| | : |
| Debtors. | : Objection Deadline: February 4, 2008 at 4:00 p.m. |
| | : Hearing Date: To be determined |

## NOTICE OF SECOND INTERIM FEE APPLICATION REQUEST OF BDO SEIDMAN, LLP

| | |
|---|---|
| Name of Applicant: | BDO Seidman, LLP |
| Authorized To Provide Professional Services to: | Michael J. Missal, Examiner |
| Date of Retention: | Order Entered September 7, 2007, Effective June 29, 2007 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2007 – November 30, 2007 |
| Amount of Compensation Sought as actual, reasonable and necessary: | $2,449,777.73 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $60,309.98 |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership and New Century Warehouse Corporation, a California Corporation.

This is a(n): _X_ interim ___ final application

| Date Filed; Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) |
| 10/26/07; Dkt. No. 3432 | 09/01/07 – 9/30/07 | $458,761.05 | $10,882.00 | $367,008.84 | $10,882.00 |
| 11/27/07; Dkt. No. 3944 | 10/01/07 – 10/31/07 | 1,041,818.40 | 21,848.06 | 833,454.72 | 21,848.06 |
| 01/14/08; Dkt. No. TBD | 11/01/07 – 11/30/07 | 949,198.28 | 27,579.92 | 0.00 | 0.00 |
| **TOTAL** | | **$2,449,777.73** | **$60,309.98** | **$1,200,463.56** | **$32,730.06** |

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 (the "Interim Compensation Order"), objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant and counsel for the Examiner at the following addresses and the notice parties, identified on Exhibit A attached hereto so as to be received by **February 4, 2008 at 4:00 p.m.** (Eastern Time).

William K. Lenhart
BDO Seidman, LLP
330 Madison Avenue, 10th Floor
New York, NY 10017

Edward M. Fox, Esquire
Kirkpatrick & Lockhart Preston Gates
 Ellis LLP
599 Lexington Avenue
New York, NY 10022

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266

If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: January 14, 2008
Wilmington, Delaware

SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
Patrick J. Reilley (No. 4451)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6800

-and-

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
Edward M. Fox, Esq.
A Member of the Firm
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Michael J. Missal, Examiner

# EXHIBIT A
## NOTICE PARTIES

*(Debtor)*
Monika McCarthy, Esquire
New Century Mortgage Corporation
18400 Von Karman Avenue, Suite 1000
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street, Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

*(Counsel to Lender)*
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801

*(Counsel to Lender)*
Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

*(Fee Auditor)*
Warren H. Smith, Esquire
Warren H. Smith & Associates
325 N. St. Paul, Suite 1275
Dallas, TX 75201