# EXHIBIT B

EXHIBIT "B"

## NEW CENTURY TRS HOLDINGS, INC.
### Schedule of Expenses
### November 1, 2007 through November 30, 2007

| | | | |
|---|---|---|---|
| 1. | PHOTOCOPYING | | |
| | a. | Internal | |
| | b. | External | 2,675.82 |
| 2. | TELECOMMUNICATIONS | | |
| | a. | Toll Charges | 21.54 |
| | b. | Facsimile | 23.37 |
| | c. | Out-of-State toll charges | |
| 3. | COURIER, FRIEGHT AND POSTAL SERVICES | | |
| | *For overnight and hand delivery to Counsel and Committee members* | | |
| 4. | COURT REPORTER AND TRANSCRIPTS | | |
| 5. | TECHNOLOGY SERVICES | | 4,795.00 |
| | *Data hosting/Concordance software licensing November 1, 2007 through November 30, 2007* | | |
| 6. | OUT-OF-TOWN TRAVEL | | |
| | a. | Transportation | 9,037.89 |
| | b. | Lodging | 9,884.42 |
| | c. | Meals | 1,141.88 |
| 7. | OUTSIDE SERVICES | | |
| 8. | LOCAL MEALS | | |
| 9. | LOCAL TRANSPORTATION, TOLLS, MILEAGE AND PARKING – for cabs to/from meetings, car service *for employees working after 8:00 p.m. and local mileage using personal auto* | | |
| 10. | MISCELLANEOUS | | |
| | **TOTAL** | | **$27,579.92** |