IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., | : Case No. 07-10416 (KJC) |
| a Delaware Corporation, *et al.*,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : **Hearing Date: N/A** |
| | . **Objection Deadline: N/A** |
| | : |
| | **Related to Docket No. 4342** |

------------------------------------------------------------x

## CERTIFICATION OF COUNSEL REQUESTING STATUS CONFERENCE ON THE SCHEDULING OF THE MOTION OF MICHAEL J. MISSAL, EXAMINER, FOR A SECOND EXTENSION OF TIME TO FILE REPORT WITH THE COURT

Mark Minuti, counsel for Michael J. Missal (the "Examiner"), the Court appointed examiner in the above captioned cases, hereby certifies and requests that the Court hold an in-person or telephonic status conference regarding the scheduling of the **Motion of Michael J. Missal, Examiner, for a Second Extension of Time to File His Report With the Court [Docket No. 4342]** (the "Motion"), for the following reasons:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

1.	On January 8, 2008, the Examiner filed the Motion seeking the entry of an order extending the time to file his report through and including March 17, 2008. As described in the Motion, the Examiner has encountered significant delays in obtaining information, and as a result, the Examiner was forced to seek additional time to file his report.

2.	The Motion was originally noticed for hearing on February 6, 2008, with an objection deadline of January 30, 2008.

3.	At the omnibus hearing on January 9, 2008 (the "January 9 Hearing"), and at the request of counsel for the Official Committee of Unsecured Creditors (the "Committee"), the Court expedited consideration of the Motion and scheduled the Motion for the next omnibus hearing on January 23, 2008 at 1:30 p.m. (the "January 23 Hearing"). The Court further requested that the Examiner be present at the January 23 Hearing to explain the basis for the Motion. The Examiner personally did not attend the January 9 Hearing, as he was traveling to California in connection his investigation.

4.	The Examiner welcomes the opportunity to present his Motion and to discuss the basis therefore, but has the following concerns regarding the January 23 Hearing:

	A.	The Examiner has a potential scheduling conflict on January 23. The Examiner has discussed this potential scheduling conflict with counsel for the Committee and understands that the Committee is willing to discuss a new date for consideration of the Motion. Accordingly, the Examiner wishes to discuss the rescheduling of the hearing on the Motion with the Court.

	B.	Certain information that the Examiner wishes to provide to the Court in connection with the Motion is confidential and/or of a sensitive nature. The Examiner would prefer that this information about the Motion not be on the record.

C.      Finally, the Examiner wishes to bring to the Court's attention an additional issue related to the Debtors' production of documents that may have a material impact on the Examiner's investigation. In the late afternoon of Friday, January 11, 2008, counsel for the Debtors informed the Examiner that at least 650,000 emails that they had previously represented were produced, actually had not been produced. As noted in the Motion, e-mails are an important source of information and these e-mails cover relevant time periods and are from some of the more significant employees of the Debtors. The Examiner is continuing to speak with counsel for the Debtors to understand why these emails were not previously produced, when they will be produced to the Examiner and whether there are other emails outstanding that have not been produced. Once the Examiner has a complete understanding of these issues, he intends to amend his Motion to include these issues. The delay in producing these emails, and the impact such delay will have on the Examiner's investigation, should be relevant to the Court's consideration of the Motion.

5.  Given the issues outlined above, the Examiner would respectfully request that the Court hold an in-person or telephonic status conference as soon as possible to discuss the rescheduling of the Motion. As with prior status conferences, the Examiner would suggest that the status conference participants be limited to the Examiner and his counsel, counsel to the Debtors, counsel to the Committee and counsel for the Office of the United States Trustee.

Respectfully submitted,

SAUL EWING LLP

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6840

Attorneys for Michael J. Missal, Examiner