# EXHIBIT B

# Details of Hours Expended

New Century Financial Corporation
Lazard Frères & Co. LLC
Summary of Services Rendered by Project

September 1, 2007 - December 31, 2007

| Project # | Project Description | Sep-Dec |
|---|---|---|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 30.5 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 3 | Preparation and/or Review of Court Filings | 0.0 |
| 4 | Court Testimony/Deposition and Preparation | 0.0 |
| 5 | Valuation Analysis | 0.0 |
| 6 | Capital Structure Review and Analysis | 0.0 |
| 7 | Merger & Acquisition Activity | 0.0 |
| 8 | Financing Including DIP and Exit Financing | 0.0 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 10 | Fee Application, Engagement | 0.0 |
| 11 | Employee Retention Program | 0.0 |
| **TOTAL** | | **30.5** |

Summary of Services Rendered by Professional

| Name | Sep-Dec |
|---|---|
| Ari Lefkovits, Director | 30.5 |
| **TOTAL** | **30.5** |

New Century Financial Corporation
Time Detail
Lazard Frères & Co. LLC
Ari Lefkovits - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 9/5/2007 | Calls with management and counsel | 1.0 | 1 |
| 9/6/2007 | Review of documents | 1.0 | 1 |
| 9/7/2007 | Calls with management and counsel | 3.0 | 1 |
| 9/8/2007 | Review of documents | 1.0 | 1 |
| 9/10/2007 | Calls with management and counsel | 1.5 | 1 |
| 9/10/2007 | Review of documents | 1.5 | 1 |
| 9/11/2007 | Calls with Company and UCC | 1.0 | 1 |
| 9/12/2007 | Board call | 1.5 | 1 |
| 9/17/2007 | Calls with Company and counsel | 2.0 | 1 |
| 9/17/2007 | Review of documents | 2.0 | 1 |
| 9/18/2007 | Calls with Company and counsel | 3.0 | 1 |
| 9/19/2007 | Calls with Company and counsel | 1.0 | 1 |
| 9/19/2007 | Review of documents | 2.0 | 1 |
| 9/19/2007 | Board call | 1.0 | 1 |
| 9/21/2007 | Calls with Company and counsel | 1.0 | 1 |
| 9/26/2007 | Calls with Company and counsel | 1.0 | 1 |
| 9/28/2008 | Calls with counsel | 1.0 | 1 |
| | **SEPTEMBER TOTAL** | **25.5** | |
| 10/3/2007 | Calls with Company and counsel | 1.0 | 1 |
| 10/15/2007 | Calls with Company and counsel | 1.5 | 1 |
| 10/30/2007 | Calls with Company and counsel | 0.5 | 1 |
| | **OCTOBER TOTAL** | **3.0** | |
| 11/28/2007 | Calls with Company and counsel | 1.0 | 1 |
| | **NOVEMBER TOTAL** | **1.0** | |
| 12/12/2007 | Review of documents provided | 1.0 | 1 |
| | **DECEMBER TOTAL** | **1.0** | |