# EXHIBIT C

# Fee Calculation

## New Century Financial Corporation
## Monthly Fee Statement
## Lazard Frères & Co. LLC

### September 1, 2007 - December 31, 2007

#### Fee Calculation

| Item | Amount Incurred |
|---|---|
| **Sale Transaction Fees:** | |
| Broker and Loan Data | $12,500.00 [a] |

*(a) In December 2007, the Debtors closed on the sale of certain brokerage and loan data to Goldman Sachs for proceeds of $250,000.00. As set forth in Lazard's Retention Order, Lazard is entitled to a fee equal to 5% of such proceeds, or $12,500.*