# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **NEW CENTURY TRS HOLDINGS, INC.**, a : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] : | |
| : | **Jointly Administered** |
| : | |
| **Debtors.** : | Objection Deadline: February 4, 2008 at 4:00 p.m. |
| : | Hearing Date: To be determined |

## NOTICE OF SECOND INTERIM FEE APPLICATION REQUEST

Name of Applicant:                                Grant Thornton LLP

Authorized to Provide
Professional Services to:                         Debtors and Debtors in Possession

Date of Retention:                                April 24, 2007, (Nunc Pro Tunc to April 2, 2007)

Period for which compensation
and reimbursement is sought:                      August 1, 2007 through November 30, 2007[2]

Amount of Compensation sought as
actual, reasonable and necessary:                 $     166,926.90

This is (a)n:  _X_ interim      ____ final application

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership and New Century Warehouse Corporation, a California Corporation.

[2] Grant Thornton LLP's August, September, October and November 2007 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) |
| DATE FILED: 9/24/07 DOCKET NO: 3032 | AUGUST 1 – AUGUST 31, 2007 | $299,082.75 | $713.51 | $239,266.20 | $713.51 |
| DATE FILED: 10/26/07 DOCKET NO: 3436 | SEPTEMBER 1 – SEPTEMBER 30, 2007 | $156,926.25 | $1,738.47 | $125,541.00 | $1,738.47 |
| DATE FILED: 11/28/07 DOCKET NO: 3968 | OCTOBER 1 – OCTOBER 31, 2007 | $234,292.00 | $1,766.49 | $187,433.60 | $1,766.49 |
| DATE FILED: 1/2/08 DOCKET NO: 4295 | NOVEMBER 1 – NOVEMBER 30, 2007 | $144,333.50 | $346.92 | Pending Approval | Pending Approval |

Summary of Any Objections to Fee Applications: No objections have been filed to Grant Thornton LLP's monthly fee applications.

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 (the "Interim Compensation Order"), and the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications (the "Fee Auditor Order") dated October 10, 2007 [Docket No. 3260], objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the notice parties, identified on Exhibit A attached hereto so as to be received by **February 4, 2008 at 4:00 p.m. (Eastern Time).** If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: January 14, 2008
       Irvine, California

                                                 *[signature]*
Gary A. Grush
Grant Thornton LLP
18400 Von Karman Avenue, Suite 900
Irvine, California 92612
(949) 553-1600
(949) 553-0168

*Accountants and Business Advisors for Debtors and Debtors in Possession*

## EXHIBIT A
## NOTICE PARTIES

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
3121 Michelson Drive, Suite 600
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

*(Fee Auditor)*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

4

RLF1-3241806-1