**Exhibit 1**

-13-

## EXHIBIT 1

| Professional | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Mette H. Kurth | $475.00 | 10.40 | $4,940.00 |
| Greg S. Labate | $480.00 | 0.6 | $288.00 |
| M. Reed Mercado | $265.00 | 0.9 | $238.50 |
| Gail H. Reinig | $225.00 | 3.5 | $787.50 |
| Michele E. Mason | $195.00 | 0.5 | $97.50 |
| Grand Total – Before Discount: | | | $6,351.50 |
| Total Attorney Hours | | | 15.90 |
| Blended Rate | | | $399.47 |

-14-

| Project Category | Total Hours | Total Fees Before Discount |
|---|---|---|
| **Litigation** | | |
| Fee/Employment Applications | 15.00 | 5,921.00 |
| Claim Objections | 0.90 | 430.50 |
| **Corporate** | 0 | 0 |
| Asset Disposition | | |
| Fee/Employment Applications | | |