**Exhibit 2**

Daniel Paik  
Billing Coordinator, Legal Department  
New Century Mortgage Corporation  
Suite 1000  
18400 Von Karman  
Irvine, CA 92612  

SMRH Tax ID 95-1463164  
January 10, 2008  
Invoice 222533846  

Our Matter No.   05CV-116988  
                 New Century Mortgage adv. Rubio  
Billing Atty:    Greg S. Labate  

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2007

| | | |
|---|---|---|
| Current Fees | $ 6,351.50 | |
| Current Disbursements | $ 695.17 | |
| Total Current Activity | | $ 7,046.67 |
| Fee Discount | | $ (762.18) |
| Total Due for This Invoice | | $ 6,284.49 |

Payment Terms: Balance due upon receipt of this statement.

05CV-116988: New Century Mortgage adv. Rubio  
Greg S. Labate

January 10, 2008  
Invoice 222533846  
Page 2 of 10

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2007

## FEE DETAIL

**Fee/Employment Applications**

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/07/07 | Prepared monthly fee application for July 2007. Exchanged correspondence w G.Labate and D.Sands re same. | Mette H. Kurth | .30 hrs. | $ 475.00/hr. | $ 142.50 |
| 08/14/07 | Reviewed various correspondence from D.Sands and from debtor regarding committee objection to SMRH fees. | Mette H. Kurth | .30 hrs. | $ 475.00/hr. | $ 142.50 |
| 08/14/07 | Analyzed committee objection to SMRH fee application and analyzed SMRH employment application and related order in response to same. | Mette H. Kurth | .80 hrs. | $ 475.00/hr. | $ 380.00 |
| 08/14/07 | Prepared correspondence to D.Sands re response to committee objection to SMRH fees. | Mette H. Kurth | .20 hrs. | $ 475.00/hr. | $ 95.00 |
| 08/14/07 | Reviewed and finalized July billings and prepared monthly fee application. | Mette H. Kurth | 1.40 hrs. | $ 475.00/hr. | $ 665.00 |
| 08/16/07 | Reviewed and responded to correspondence from C. Samis re objection to fee application. | Mette H. Kurth | .10 hrs. | $ 475.00/hr. | $ 47.50 |

| | |
|---|---|
| 05CV-116988: New Century Mortgage adv. Rubio<br>Greg S. Labate | January 10, 2008<br>Invoice 222533846<br>Page 3 of 10 |

## FEE DETAIL

| | | | | |
|---|---|---|---|---|
| 08/17/07 | Made revisions and calculations of Second Fee Application and exhibits. | | | |
| | Gail H. Reinig | 3.30 hrs. | $ 225.00/hr. | $ 742.50 |
| 08/20/07 | Reviewed and revised interim fee application. | | | |
| | Mette H. Kurth | .50 hrs. | $ 475.00/hr. | $ 237.50 |
| 09/03/07 | Reviewed correspondence from G. Reinig re status of second fee application. | | | |
| | Mette H. Kurth | .10 hrs. | $ 475.00/hr. | $ 47.50 |
| 09/03/07 | Exchanged correspondence w C.Samis re committee issues re source of payment for SMRH fees. | | | |
| | Mette H. Kurth | .20 hrs. | $ 475.00/hr. | $ 95.00 |
| 09/04/07 | On line research for Second Fee Application, downloaded same and sent to Kurth. | | | |
| | Gail H. Reinig | .20 hrs. | $ 225.00/hr. | $ 45.00 |
| 09/10/07 | Reviewed August invoices. Prepared correspondence to C. Samis re resolution of fee objection. Exchanged correspondence with D. Sands re status of fees. | | | |
| | Mette H. Kurth | .60 hrs. | $ 475.00/hr. | $ 285.00 |
| 09/11/07 | Prepared correspondence to C. Samis re monthly fee applications. | | | |

| | | | | |
|---|---|---|---|---|
| 05CV-116988: New Century Mortgage adv. Rubio | | | | January 10, 2008 |
| Greg S. Labate | | | | Invoice 222533846 |
| | | | | Page 4 of 10 |

## FEE DETAIL

| | | | | |
|---|---|---|---|---|
| | Mette H. Kurth | .10 hrs. | $ 475.00/hr. | $ 47.50 |
| 09/11/07 | Reviewed correspondence from L. McNaughton re quarterly fee applications | | | |
| | Mette H. Kurth | .20 hrs. | $ 475.00/hr. | $ 95.00 |
| 09/11/07 | Reviewed order re interim fee proceedures and correspondence from L.McNaughton re same. Prepared first quarterly fee application. | | | |
| | Mette H. Kurth | 1.30 hrs. | $ 475.00/hr. | $ 617.50 |
| 09/12/07 | Telephone call to local counsel re invoices and fee payments. | | | |
| | Michele E. Mason | .10 hrs. | $ 195.00/hr. | $ 19.50 |
| 09/13/07 | Finalize quarterly fee application. | | | |
| | Mette H. Kurth | .40 hrs. | $ 475.00/hr. | $ 190.00 |
| 09/13/07 | Revisions to third fee application. Communication with local counsel re filing and service of same. | | | |
| | Michele E. Mason | .40 hrs. | $ 195.00/hr. | $ 78.00 |
| 09/17/07 | Telephone conference with C. Samis re Committee's limited objection to fees. Prepared correspondence to D. Sands and G. Labate re same. | | | |
| | Mette H. Kurth | .20 hrs. | $ 475.00/hr. | $ 95.00 |

| | | | January 10, 2008 |
|---|---|---|---|
| 05CV-116988: New Century Mortgage adv. Rubio | | | Invoice 222533846 |
| Greg S. Labate | | | Page 5 of 10 |

## FEE DETAIL

| | | | | |
|---|---|---|---|---|
| 09/18/07 | Reviewed various correspondence re resolution of SMRH fee objections and status of payment. Prepared correspondence to C.Samis re same. Prepared correspondence to D.Sands and G.Labate re same. | | | |
| | Mette H. Kurth | .50 hrs. | $ 475.00/hr. | $ 237.50 |
| 09/24/07 | Prepared correspondence to D. Sands and G. Labate re New Century fee applications. | | | |
| | Mette H. Kurth | .20 hrs. | $ 475.00/hr. | $ 95.00 |
| 09/26/07 | Telephone conference with C. Santis re unresolved issues re SMRH fee application. Exchanged correspondence w G. Labate re same. | | | |
| | Mette H. Kurth | .40 hrs. | $ 475.00/hr. | $ 190.00 |
| 09/27/07 | Prepared correspondence to C. Samis re issues re payment of SMRH fees. Prepared correspondence to G. Labate and D. Sands re same. | | | |
| | Mette H. Kurth | .50 hrs. | $ 475.00/hr. | $ 237.50 |
| 09/28/07 | Exchanged email correspondence with M. Merchant re fee issues. Prepared correspondence to G. Labate re same. | | | |
| | Mette H. Kurth | .30 hrs. | $ 475.00/hr. | $ 142.50 |
| 10/08/07 | Prepared correspondence to C.Samis and G.Labate re status of objections to fee application and employment. | | | |
| | Mette H. Kurth | .10 hrs. | $ 475.00/hr. | $ 47.50 |
| 10/17/07 | Reviewed correspondence from C.Samis re fee examiner and procedures re same. Prepared correspondence to R.Mercado re same. | | | |

| | | | | |
|---|---|---|---|---|
| 05CV-116988: New Century Mortgage adv. Rubio | | | | January 10, 2008 |
| Greg S. Labate | | | | Invoice 222533846 |
| | | | | Page 6 of 10 |

## FEE DETAIL

| | | | | |
|---|---|---|---|---|
| | Mette H. Kurth | .30 hrs. | $ 475.00/hr. | $ 142.50 |
| 10/19/07 | Conferred with C. Samis re Fee Auditor request. | | | |
| | M. Reed Mercado | .10 hrs. | $ 265.00/hr. | $ 26.50 |
| 10/22/07 | Conferred with R. Mercado re submission of fee to fee examiner. | | | |
| | Mette H. Kurth | .40 hrs. | $ 475.00/hr. | $ 190.00 |
| 10/22/07 | Conferred and corresponded with B. Montoya and M. Kurth re submission of Fee Details to Fee Auditor; coordinated compilation of same. | | | |
| | M. Reed Mercado | .30 hrs. | $ 265.00/hr. | $ 79.50 |
| 10/23/07 | Coordinated obtaining informtation required to be sent to Fee Auditor in proper format. | | | |
| | M. Reed Mercado | .20 hrs. | $ 265.00/hr. | $ 53.00 |
| 10/24/07 | Drafted correspondence to Fee Auditor re Fee Details; coordinated shipment of same pursuant to Order. | | | |
| | M. Reed Mercado | .30 hrs. | $ 265.00/hr. | $ 79.50 |
| 11/07/07 | Prepared correspondence to B. Logan and C. Samis re resolution of dispute re fees. | | | |
| | Mette H. Kurth | .10 hrs. | $ 475.00/hr. | $ 47.50 |

05CV-116988: New Century Mortgage adv. Rubio
Greg S. Labate

January 10, 2008
Invoice 222533846
Page 7 of 10

## FEE DETAIL

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/09/07 | Reviewed correspondence from B.Longan re SMRH engagement letter, reviewed engagement letter and responded to B.Logan re same. | Mette H. Kurth | .40 hrs. | $475.00/hr. | $190.00 |
| 11/09/07 | Reviewed and responded to correspondence from B.Logan re unresolved issues re SMRH fees re sale. Exchanged correspondence w/ D.Sands re same. | Mette H. Kurth | .20 hrs. | $475.00/hr. | $95.00 |

*Timekeeper Summary of Fee/Employment Applications*

| Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|
| Mette H. Kurth | 10.10 | $475.00 | $4,797.50 |
| Gail H. Reinig | 3.50 | $225.00 | $787.50 |
| Michele E. Mason | 0.50 | $195.00 | $97.50 |
| M. Reed Mercado | 0.90 | $265.00 | $238.50 |
| Totals | 15.00 | $394.73 | $5,921.00 |

**Claims Administration/Objections**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/25/07 | Reviewed and respond to correspondence from G.Labate re filing of case re New Century Warehouse. | Mette H. Kurth | .30 hrs. | $475.00/hr. | $142.50 |
| 10/31/07 | Reviewed issues re relief from stay, insurers. Telephone conference with client re same. | | | | |

| | | |
|---|---|---|
| 05CV-116988:  New Century Mortgage adv. Rubio<br>Greg S. Labate | | January 10, 2008<br>Invoice 222533846<br>Page 8 of 10 |

| | | | |
|---|---|---|---|
| Greg S. Labate | .60 hrs. | $ 480.00/hr. | $ 288.00 |

*Timekeeper Summary of: Claims Administration/Objections*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Mette H. Kurth* | *0.30* | *$ 475.00* | *$ 142.50* |
| *Greg S. Labate* | *0.60* | *$ 480.00* | *$ 288.00* |
| *Totals* | *0.90* | *$ 478.33* | *$ 430.50* |

## SUMMARY OF TIMEKEEPER FEES

| **Timekeeper** | **Hours** | **Average Rate/Hr** | **Dollars** |
|---|---|---|---|
| Greg S. Labate | .60 | $ 480.00 | $ 288.00 |
| Mette H. Kurth | 10.40 | $ 475.00 | $ 4,940.00 |
| M. Reed Mercado | .90 | $ 265.00 | $ 238.50 |
| Gail H. Reinig | 3.50 | $ 225.00 | $ 787.50 |
| Michele E. Mason | .50 | $ 195.00 | $ 97.50 |
| Current Fees | | | $ 6,351.50 |
| Fee Discount | | | $ (762.18) |
| **Total Fees for Professional Services** | | | **$ 5,589.32** |

| | | |
|---|---|---|
| 05CV-116988: New Century Mortgage adv. Rubio<br>Greg S. Labate | | January 10, 2008<br>Invoice 222533846<br>Page 9 of 10 |

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---:|
| 08/28/07 | Federal Express on 08/28/07 | 10.91 |
| 08/27/07 | PACER Legal Research, Statement Dated 07/01/07 - 07/31/07. | 6.84 |
| 08/27/07 | PACER Legal Research, Statement Dated 07/01/07 - 07/31/07. | 16.92 |
| 08/27/07 | PACER Legal Research, Statement Dated 07/01/07 - 07/31/07. | 2.81 |
| 08/02/07 | Pro Courier on 08/02/07 | 116.35 |
| 08/03/07 | Pro Courier on 08/03/07 | 98.15 |
| 08/09/07 | Pro Courier on 08/09/07 | 425.05 |
| 08/14/07 | Pro Courier on 08/14/07 | 8.94 |
| | Duplication | 9.20 |

**Total Disbursements**           $ 695.17