**Exhibit 3**

# EXHIBIT 3

| Expense Category | Expenses |
| --- | --- |
| Federal Express | $ 10.91 |
| Electronic Research | $ 26.57 |
| Copy Costs | $ 9.20 |
| Messenger | $ 648.49 |
| Total | $ 695.17 |