# Exhibit A

# HellerEhrman LLP

333 South Hope Street. Suite 3900
Los Angeles. CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No 73536
PO. Box 60000
San Francisco. CA 94160-3536

Invoice
Number      10467024

Page 1

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

Invoice Date:        October 3, 2007

For Professional Services Through August 31, 2007

Client:        New Century Financial Corporation
Matter:        Reporting - Memoranda & Presentations
Our Matter #:  25126-0005

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|-----------|-------|------|-------|
| 01-Aug-2007 | Correspond with Mr Mayorkas re privilege issues (.3); correspond with PwC re document requests (.9); conference re same (.2); telephone with Ms. Moser re requests for information (.4); coordinate document and interview memoranda requests (.4). | M E Liftik | 2.20 | 505.00 | 1,111.00 |
| 01-Aug-2007 | Discuss PwC interview with team (.3); drafting interview memoranda (1.5). | M Dixon | 1.80 | 580.00 | 1,044.00 |
| 02-Aug-2007 | Communicate with team, government, and company counsel re productions. | M Dixon | 0.40 | 580.00 | 232.00 |
| 02-Aug-2007 | Correspond re document requests from SEC (.5); telephone with PwC re document requests and status of production (.6); telephone with Mr. deNeve and correspond with SEC re subpoena (.5); conference re interview memoranda (.3) | M E Liftik | 1.90 | 505.00 | 959.50 |
| 02-Aug-2007 | Call with PwC re examiner's request | M J Shepard | 0.70 | 750.00 | 525.00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
        charge of .83% per month

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043

Telephone 213 689 0200
Facsimile 213 614 1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No 73536
PO Box 60000
San Francisco, CA 94160-3536

Invoice
Number          10467024

Page 2

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | for documents (0.3); supervise response to SEC call (0.4). | | | | |
| 03-Aug-2007 | Review documents and prepare for production to SEC (1.3); draft cover letter re same(.2); telephone with Mr. Rosen re same (.1). | M E Liftik | 1.60 | 505.00 | 808.00 |
| 06-Aug-2007 | Meet with Ms. Dixon re editing interview memos (.4); edit and revise interview memos (1.8) | B Diggs | 2.20 | 285.00 | 627.00 |
| 06-Aug-2007 | Draft and edit interview memoranda for production to SEC. | M Dixon | 4.20 | 580.00 | 2,436.00 |
| 07-Aug-2007 | Conference re PwC document production and meeting set up (1.0); telephone with Ms. Moser re PwC meeting (.6); inventory interviews and existing memoranda (.5). | M E Liftik | 2.10 | 505.00 | 1,060.50 |
| 07-Aug-2007 | Drafting/revising interview memoranda. | M Dixon | 4.60 | 580.00 | 2,668.00 |
| 07-Aug-2007 | Discussions re PwC interview (0.4); supervise ongoing projects for production, etc (0.3). | M Dixon | 0.70 | 580.00 | 406.00 |
| 08-Aug-2007 | Draft/edit interview memoranda. | M Dixon | 4.50 | 580.00 | 2,610.00 |
| 08-Aug-2007 | Telephone with Ms. Kline re PwC presentation (.3); telephone with Ms. Moser re same (.4); coordinate PwC meeting (.3); review and edit witness interview memoranda (2.0). | M E Liftik | 3.00 | 505.00 | 1,515.00 |
| 09-Aug-2007 | Draft/edit interview memoranda. | M Dixon | 6.50 | 580.00 | 3,770.00 |
| 09-Aug-2007 | Revise and edit interview memoranda (4.4); coordinate PwC meeting with examiner and SEC (1.2); telephone with Mr. Keenan re same (.3). | M E Liftik | 5.90 | 505.00 | 2,979.50 |
| 10-Aug-2007 | Revise and edit multiple interview memoranda (5.7); distribute same (.2). | M E Liftik | 5.90 | 505.00 | 2,979.50 |
| 13-Aug-2007 | Coordinate meeting with PwC and BDO Seidman (.4); transmit PwC | M E Liftik | 0.60 | 505.00 | 303.00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street  Suite 3900
Los Angeles, CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I D # 94-1217308
Please Remit Payment To:
File No 73536
P.O. Box 60000
San Francisco CA 94160-3536

Invoice
Number    10467024

Page 3

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | data to SEC and correspond re same(.2). | | | | |
| 14-Aug-2007 | Coordinate and correspond re accountants meeting. | M E Liftik | 0.70 | 505.00 | 353.50 |
| 15-Aug-2007 | Telephone with BDO and PwC re agenda for meeting (1.0); telephone with PwC re preparation for meeting (.5); coordinate and prepare for meeting (.3). | M E Liftik | 1.80 | 505.00 | 909.00 |
| 16-Aug-2007 | Review and comment on report of meeting between PwC and examiner; follow up re same. | M J Shepard | 0.20 | 750.00 | 150.00 |
| 16-Aug-2007 | Prepare for meeting with accountants (1.0); attend meeting between FTI, BDO and PwC (4.0); unusable portion of travel to and from Los Angeles (7.0). | M E Liftik | 12.00 | 505.00 | 6,060.00 |
| 17-Aug-2007 | Follow up with PwC re documents requested at meeting. | M E Liftik | 0.40 | 505.00 | 202.00 |
| 22-Aug-2007 | Meet with team re conversations with Gibson re privilege in context of examiner requests, etc. and parameters for meeting with PwC. | M Dixon | 0.50 | 580.00 | 290.00 |
| 22-Aug-2007 | Telephone with Meryl Young re privilege issues and PwC presentation (1.0); conference re same (.2); telephone with Mr. Mayorkas re same (.3); telephone with Ms. Moser re investigation parameters and correspond with SEC (.3). | M E Liftik | 1.80 | 505.00 | 909.00 |
| 23-Aug-2007 | Drafting interview memorandum (2.5); discuss additional requests for information with team (.3). | M Dixon | 2.80 | 580.00 | 1,624.00 |
| 24-Aug-2007 | Discuss status with team. | M Dixon | 0.20 | 580.00 | 116.00 |
| 27-Aug-2007 | Telephone with Mr. Sanchez re AC privilege assertion re KPMG documents producing to SEC, | M Dixon | 0.70 | 580.00 | 406.00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS:  Payments due upon receipt  Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of  83% per month

# HellerEhrman LLP

333 South Hope Street  Suite 3900
Los Angeles  CA 90071-3043
Telephone  213 689 0200
Facsimile  213 614 1868

Tax I D. # 94-1217308
Please Remit Payment To:
File No 73536
PO Box 60000
San Francisco  CA 94160-3536

Invoice
Number      10467024

Page 4

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 28-Aug-2007 | Examiner; discuss same with team and with Gibson attorneys re individuals. Telephone with Gibson and Mr. Forster re KPMG request, discuss same with team and then with Sidley. | M Dixon | 1.10 | 580.00 | 638.00 |
| 29-Aug-2007 | Call from PwC lawyer re SEC subpoena. | M J Shepard | 0.20 | 750.00 | 150.00 |
| 30-Aug-2007 | Complete final interview memoranda | M Dixon | 2.50 | 580.00 | 1,450.00 |

| Timekeeper | Hours | Rate/Hr | Value |
|------------|-------|---------|-------|
| M J Shepard | 1.10 | 750.00 | 825.00 |
| M Dixon | 30.50 | 580.00 | 17,690.00 |
| M E Liftik | 39.90 | 505.00 | 20,149.50 |
| B Diggs | 2.20 | 285.00 | 627.00 |
| Total | 73.70 | | $39,291.50 |

Total Fees for Professional Services ............................................... $   39,291.50

Total for this Matter ............................................... $   39,291.50

## Matter Summary

Fees for Professional Services ............................................... $   39,291.50
Disbursements............................................... $   0.00

Total (Net) Current Billing (Inv. 10467024) ............................................... $   39,291.50

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of  83% per month

# HellerEhrman LLP

| | | |
|---|---|---|
| 333 South Hope Street. Suite 3900 | Tax I D. # 94-1217308 | Invoice<br>Number    10467025 |
| Los Angeles. CA 90071-3043 | Please Remit Payment To: | |
| Telephone 213 689 0200 | File No. 73536 | |
| Facsimile 213 614 1868 | P.O. Box 60000 | |
| | San Francisco. CA 94160-3536 | Page 1 |

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

Invoice Date:        October 3, 2007

For Professional Services Through August 31, 2007

Client:        New Century Financial Corporation
Matter:        Audit Committee Meetings - Preparation & Communication
Our Matter #:   25126-0006

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|---|---|---|---|---|---|
| 03-Aug-2007 | Telephone discussion with Ms. Young re minutes (0.2); revise same and send to Mr. Tortorelli (0.7). | N H Brockmeyer | 0.90 | 635.00 | 571.50 |
| 06-Aug-2007 | Review file, email records and calendars to research Gibson question re March 22 AC meeting. | M Dixon | 0.40 | 580.00 | 232.00 |
| 17-Aug-2007 | Revise minutes and send to Mr. Tortorelli. | N H Brockmeyer | 0.30 | 635.00 | 190.50 |
| 23-Aug-2007 | Exchange e-mails re minutes with Messrs. Zona and Tortorelli. | N H Brockmeyer | 0.20 | 635.00 | 127.00 |

| Timekeeper | Hours | Rate/Hr | Value |
|---|---|---|---|
| N H Brockmeyer | 1.40 | 635.00 | 889.00 |
| M Dixon | 0.40 | 580.00 | 232.00 |
| Total | 1.80 | | $1,121.00 |

Total Fees for Professional Services .............................................   $   1,121.00

Total for this Matter .........................................................   $   1,121.00

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt. Unless otherwise agreed. any amounts not paid within 30 days will be subject to a late payment
charge of 83% per month.

# HellerEhrman LLP

333 South Hope Street. Suite 3900
Los Angeles. CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I D # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco. CA 94160-3536

Invoice Number       10467026

Page 1

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
1 8400 Von Karman, Ste. 1000
Irvine, CA 92612

Invoice Date:        October 3, 2007

For Professional Services Through August 31, 2007

Client:       New Century Financial Corporation
Matter:       Retention & Fee Applications (Heller Ehrman)
Our Matter #:  25126-0007

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|---|---|---|---|---|---|
| 01-Aug-2007 | Prepare exhibits for fee application. | M Correa | 0.60 | 485.00 | 291.00 |
| 02-Aug-2007 | Review and comment on Fee Application. | M Dixon | 0.70 | 580.00 | 406.00 |
| 06-Aug-2007 | Review and revise draft interim fee application (.40); confer with Ms. Correa re interim fee application, revisions to same (.20); . | P J Benvenutti | 0.60 | 695.00 | 417.00 |
| 07-Aug-2007 | Review and revise fee application. | M Correa | 3.60 | 485.00 | 1,746.00 |
| 07-Aug-2007 | E-mails re interim fee application (.10); telephone with Mr. Brockmeyer re same, confidentiality issues, and telephone to debtor's counsel re same (.20); further e-mails re same (.10). | P J Benvenutti | 0.40 | 695.00 | 278.00 |
| 07-Aug-2007 | Telephone discussions and e-mails with Ms. Correa and Ms. Dixon re billing statements; telephone discussion with Mr. Benvenutti. | N H Brockmeyer | 0.80 | 635.00 | 508.00 |
| 07-Aug-2007 | Conference re fee application details. | M E Liftik | 0.60 | 505.00 | 303.00 |
| 08-Aug-2007 | Review and revise interim fee application, and confer with Ms. | P J Benvenutti | 0.70 | 695.00 | 486.50 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of 83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles. CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I D. # 94-1217308
Please Remit Payment To:
File No 73536
P.O. Box 60000
San Francisco. CA 94160-3536

Invoice
Number      10467026

Page 2

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| | Correa re same ( 30); e-mail to O'Melveny re confidentiality considerations (.10); review response, and e-mails with colleagues re same, review and redaction of billing statements (.30). | | | | |
| 08-Aug-2007 | Correspond re bill revision issue. | M E Liftik | 0.40 | 505.00 | 202.00 |
| 09-Aug-2007 | E-mails re redaction of fee statements (.10); confer with Mr. Shepard, Ms. Correa, Mr. Liftik re same (.20); skim bill memos re same (.20). | P J Benvenutti | 0.50 | 695.00 | 347.50 |
| 09-Aug-2007 | Follow up re privilege and fee application issues. | M J Shepard | 0.20 | 750.00 | 150.00 |
| 09-Aug-2007 | Confer with Mr. Benvenutti re fee application. | M Correa | 0.20 | 485.00 | 97.00 |
| 14-Aug-2007 | Skim billing statements re confidentiality considerations, and telephone to Ms. Uhland re same. | P J Benvenutti | 0.20 | 695.00 | 139.00 |
| 14-Aug-2007 | Correspondence re July billing statement (0.1); prepare same (1.3). | M Correa | 1.40 | 485.00 | 679.00 |
| 15-Aug-2007 | E-mail to Ms. Uhland and Mr. Mayorkas re fee statement confidentiality issue. | P J Benvenutti | 0.10 | 695.00 | 69.50 |
| 16-Aug-2007 | Review and revise fee application, and correspondence with Debtors re same. | M Correa | 1.20 | 485.00 | 582.00 |
| 16-Aug-2007 | Confer with Ms. Correa re interim fee request, confidentiality concerns re billing statements, and e-mails with OMM re same. | P J Benvenutti | 0.20 | 695.00 | 139.00 |
| 17-Aug-2007 | Review fee application and comment re same. | M J Shepard | 0.80 | 750.00 | 600.00 |
| 17-Aug-2007 | Review e-mails re interim fee application. | P J Benvenutti | 0.20 | 695.00 | 139.00 |
| 20-Aug-2007 | Review e-mails, confer with Ms. Correa re OMM proposed redaction of billing statements. | P J Benvenutti | 0.20 | 695.00 | 139.00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles. CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I D. # 94-1217308
Please Remit Payment To:
File No 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number        10467026

Page 3

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|------|----------------------|------------|-------|------|-------|
| 20-Aug-2007 | Redact sensitive data from invoices for production. | B Stone | 1.60 | 265.00 | 424.00 |
| 20-Aug-2007 | Conference re billing redaction (.5); review suggested redactions ( 4); telephone with Mr. Mayorkas re same (.3). | M E Liftik | 1.20 | 505.00 | 606.00 |
| 20-Aug-2007 | Telephone calls with Mr. Mayorkas and Mr. Liftik re bills (1.0); review and revise fee application per Mr. Mayorkas' comments (0.9); | M Correa | 1.90 | 485.00 | 921.50 |
| 21-Aug-2007 | Confer with Ms. Correa re redaction of billing records. | P J Benvenutti | 0.10 | 695.00 | 69.50 |
| 21-Aug-2007 | Redact bills for fee application. | M E Liftik | 2.40 | 505.00 | 1,212.00 |
| 22-Aug-2007 | Correspondence with Mr. Stone re application. | M Correa | 0.10 | 485.00 | 48.50 |
| 23-Aug-2007 | Review and revise fee application (0.5); correspondence with debtor's counsel re same (0.3); confer with Mr. Benvenutti re same (0.2). | M Correa | 1.00 | 485.00 | 485.00 |
| 23-Aug-2007 | Review e-mail, confer with Ms. Correa re interim fee application, and sign same. | P J Benvenutti | 0.20 | 695.00 | 139.00 |
| 28-Aug-2007 | Correspondence with Mr. Samis re fee application. | M Correa | 0.10 | 485.00 | 48.50 |

| Timekeeper | Hours | Rate/Hr | Value |
|------------|-------|---------|-------|
| M J Shepard | 1.00 | 750.00 | 750.00 |
| P J Benvenutti | 3.40 | 695.00 | 2,363.00 |
| N H Brockmeyer | 0.80 | 635.00 | 508.00 |
| M Dixon | 0.70 | 580.00 | 406.00 |
| M E Liftik | 4.60 | 505.00 | 2,323.00 |
| M Correa | 10.10 | 485.00 | 4,898.50 |
| B Stone | 1.60 | 265.00 | 424.00 |
| Total | 22.20 | | $11,672.50 |

Total Fees for Professional Services ............ ... ............................ .... $    11,672.50

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No : 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt. Unless otherwise agreed. any amounts not paid within 30 days will be subject to a late payment charge of .83% per month

# HellerEhrman L.L.P

333 South Hope Street, Suite 3900
Los Angeles. CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I D # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number        10467026

Page 4

Total for this Matter ............................................................ $    11,672.50

## Matter Summary

| | | |
|---|---|---|
| Fees for Professional Services ....................................... | $ | 11,672.50 |
| Disbursements........................................................ | $ | 0 00 |
| Total (Net) Current Billing (Inv. 10467026) ........................... | $ | 11,672.50 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice
Number      10467027

Page 1

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

Invoice Date:      October 3, 2007

For Professional Services Through August 31, 2007

Client:      New Century Financial Corporation
Matter:      Administrative Matters
Our Matter #:    25126-0008

| Date | Disbursement | Amount |
|------|--------------|--------|
| 11-May-2007 | Air Freight/Special Postage - Fx - A. Barth - Janet Mosey 05/03/07 | 8.24 |
| 11-May-2007 | Air Freight/Special Postage - Fx - A. Barth - Robb Arkins 05/03/07 | 8.24 |
| 24-Jul-2007 | VENDOR: Golden State Legal Copy; INVOICE#: 18428; DATE: 7/24/2007 - Two litigation copy sets of company documents for production to bankcruptcy examiner and creditors committee | 3,396.40 |
| 26-Jul-2007 | VENDOR: Golden State Legal Copy; INVOICE#: 18452; DATE: 7/26/2007 - Three litigation copy sets of 10b5-1 plans sent from company for DeNeve, bankcruptcy examiner and creditors committee | 142.54 |
| 01-Aug-2007 | VENDOR: Sunny's Executive Sedan Service, Inc.; INVOICE#: 57391; DATE: 08/01/07 - Sedan Services 7/15/07 - 7/31/07 Taxi on 7/17/07 | 105.65 |
| 01-Aug-2007 | VENDOR: MICHAELINE CORREA; INVOICE#: 80107; DATE: 8/1/2007 - M Correa, AT&T A/C #118203606 dated 6/21-7/20/07, client related cell phone charges | 9.78 |
| 03-Aug-2007 | Air Freight/Special Postage - Fx - A. Barth - Michael Missal 07/26/07 | 52.81 |
| 03-Aug-2007 | Air Freight/Special Postage - Fx - A. Barth - Michael Missal 07/26/07 | 51.87 |
| 03-Aug-2007 | Air Freight/Special Postage - Fx - A. Barth - Michael Missal 07/26/07 | 48.06 |
| 03-Aug-2007 | Air Freight/Special Postage - Fx - A. Barth - Michael Missal 07/26/07 | 45.85 |
| 03-Aug-2007 | Air Freight/Special Postage - Fx - A. Barth - John McCaney 07/26/07 | 41.50 |
| 03-Aug-2007 | Air Freight/Special Postage - Fx - A. Barth - Jorge De Neve 07/26/07 | 13.34 |
| 03-Aug-2007 | Air Freight/Special Postage - Fx - A. Barth - John M Cabey 07/26/07 | 41.50 |
| 03-Aug-2007 | Air Freight/Special Postage - Fx - A. Barth - John McCahey 07/26/07 | 41.50 |
| 03-Aug-2007 | Air Freight/Special Postage - Fx - M. Barth - John McCahey 07/26/07 | 41.50 |

**Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No : 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit**

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

**TERMS:** Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

| | | Invoice Number | 10467027 |
|---|---|---|---|

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone 213 689 0200
Facsimile 213 614 1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Page 2

| Date | Description | Amount |
|---|---|---|
| 13-Aug-2007 | Vendor: Lawyers Travel Service Name:MICHAEL LIFTIK Ticket No: 2329253734 Depart Date: 8/16/2007 Route: OAK/LAX/OAK | 303.80 |
| 16-Aug-2007 | VENDOR: PETTY CASH CUSTODIAN; INVOICE#: 81607; DATE: 8/16/2007 P. Benvenutti - 7/15/07 - 7/16/07 Airport parking and taxis in Philadelphia re employment hearing | 146.00 |
| 16-Aug-2007 | VENDOR: MRS. FIELDS COOKIES; INVOICE#: 50479081407; DATE: 8/16/2007 - Reception for client meeting 8/16/07 | 14.99 |
| 16-Aug-2007 | VENDOR: CITY FARE, INC.; INVOICE#: 80377; DATE: 8/16/2007 - Reception for client meeting 8/16/07 | 142.08 |
| 16-Aug-2007 | VENDOR: CITY FARE, INC.; INVOICE#: 80376; DATE: 8/16/2007 - Reception for client meeting 8/16/07 | 121.78 |
| 17-Aug-2007 | VENDOR: Liftik, Michael E.; INVOICE#: 81807; DATE: 8/17/2007 - M Liftik, cabfare/parking/mileage on 8/16/07 trip from San Francisco to Los Angeles, CA to attend client meeting | 103.34 |
| 17-Aug-2007 | Air Freight/Special Postage - Fx - A. Barth - David Rosen 08/03/07 | 32.55 |
| 17-Aug-2007 | Air Freight/Special Postage - Fx - A. Barth - David Rosen 08/03/07 | 37.25 |
| 17-Aug-2007 | Air Freight/Special Postage - Fx - A. Barth - David Rosen 08/03/07 | 37.25 |
| 17-Aug-2007 | Air Freight/Special Postage - Fx - A. Barth - David Rosen 08/03/07 | 20.53 |
| 21-Aug-2007 | VENDOR: PETER J. BENVENUTTI; INVOICE#: 82107; DATE: 08/21/07 - P Benvenutti, lodging on 7/15/07 trip from San Francisco, CA to Pennsylvania, PA re client business | 174.90 |
| 21-Aug-2007 | VENDOR: PETER J. BENVENUTTI; INVOICE#: 82107; DATE: 08/21/07 - P Benvenutti, meals on 7/15/07 trip from San Francisco, CA to Pennsylvania, PA re client business | 33.95 |
| 31-Aug-2007 | Air Freight/Special Postage - Fx - P. Autio - David Rosen, Esq. 08/22/07 | 8.54 |
| 31-Aug-2007 | Air Freight/Special Postage - Fx - M. Correa - Mew Century Claims Processing 08/23/07 | 8.54 |
| | Photocopy Expense, 248 pages @ $ 0.10/pg | 24.80 |
| | Research Support Services | 0.16 |

Total Disbursements ............................................................... $   5,259.24

Total for this Matter ................................. ........................ $   5,259.24

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt  Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.