## EXHIBIT B

### ATTORNEY/PARALEGAL BILLING SUMMARY BY MONTH
(August 1, 2007 - August 31, 2007)

**Reporting - Memoranda & Presentations (0005)**

| Attorneys | | | |
|---|---|---|---|
| Michael Shepard | 750 | 1.10 | 825.00 |
| Megan Dixon | 580 | 30.50 | 17,690.00 |
| Michael Liftik | 505 | 39.90 | 20,149.50 |
| Benjamin Diggs | 285 | 2.20 | 627.00 |
| **Total** | | **73.70** | **39,291.50** |

**Audit Committee Meetings - Preparation & Communication (0006)**

| Attorneys | | | |
|---|---|---|---|
| Neal Brockmeyer | 635 | 1.40 | 889.00 |
| Megan Dixon | 580 | 0.40 | 232.00 |
| **Total** | | **1.80** | **1,121.00** |

**Retention and Fee Applications (Heller Ehrman) (0007)**

| Attorneys | | | |
|---|---|---|---|
| Michael Shepard | 750 | 1.00 | 750.00 |
| Peter Benvenutti | 695 | 3.40 | 2,363.00 |
| Neal Brockmeyer | 635 | 0.80 | 508.00 |
| Megan Dixon | 580 | 0.70 | 406.00 |
| Michael Liftik | 505 | 4.60 | 2,323.00 |
| Michaeline Correa | 485 | 10.10 | 4,898.50 |
| **Paralegal** | | | |
| Brett Stone | 265 | 1.60 | 424.00 |
| **Total** | | **22.20** | **11,672.50** |
| **Grand Total** | | **97.70** | **52,085.00** |