**EXHIBIT C**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Shepard | Joined firm as Shareholder in 1984 and 1994. Bar Admissions: CA Bar 1979 and IL Bar 1977. | 750.00 | 2.1 | $1,575.00 |
| Peter Benvenutti | Joined firm as Shareholder in 1988. Member of CA Bar since 1974. | 695.00 | 3.4 | $2,363.00 |
| Neal Brockmeyer | Joined firm as Shareholder in 1996. Became Senior Of Counsel in 2003. Member of CA Bar since 1964. | 635.00 | 2.2 | $1,397.00 |
| Megan Dixon | Joined firm in 2004. Promoted to Shareholder in 2007. Member of CA Bar since 1992. | 580.00 | 31.6 | $18,328.00 |
| Michael Liftik | Joined firm as Associate in 2004. Member of CA Bar since 2004. Member of MA Bar since 2001. | 505.00 | 44.5 | $22,472.50 |
| Michaeline Correa | Joined firm as Associate in 2001. Member of CA Bar since 2001. | 485.00 | 10.1 | $4,898.50 |
| Benjamin Diggs | Joined firm as Associate in 2001. Member of CA Bar since 2001. | 285.00 | 2.2 | $627.00 |
| Brett Stone | Joined firm as Paralegal in 2000. | 265.00 | 1.6 | $424.00 |
| | | Grand Total | | $52,085.00 |
| | | Total Hours | | 97.70 |
| | | Blended Rate | | $533.11 |