## EXHIBIT D

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile ($1.00/page) | | |
| Long Distance Telephone | | 9.78 |
| Telephone Conferencing | Premier Conferencing Service | |
| In-House Reproduction (Duplication/Printing) ($0.10/page) | | 24.80 |
| Outside Reproduction | Golden State Legal and Williams Lea | 3538.94 |
| Legal Research (at cost) | Lexis, West and Alcara, Inc. | .16 |
| Filing/Court Fees | | |
| Transportation | | 208.99 |
| Travel Expenses | | 624.70 |
| Inside Courier & Expense Carriers | | |
| Outside Courier & Expense Carriers | First Legal, Federal Express, Network Global Logistics, U.S. Legal Management Services, Inc. | 539.07 |
| Postage | | |
| Binding | | |
| Business Meals | | 312.80 |
| Document Production | | |
| Record Retrieval | | |
| Word Processing and Desktop Publishing | | |
| Overtime | | |
| **TOTAL** | | **5,259.24** |