# Exhibit A

# HellerEhrman LLP

333 South Hope Street Suite 3900  
Los Angeles, CA 90071-3043  
Telephone 213 689 0200  
Facsimile 213 614 1868

Tax I.D. # 94-1217308  
Please Remit Payment To:  
File No. 73536  
P.O. Box 60000  
San Francisco, CA 94160-3536

Invoice Number    10472361

Page 1

Jennifer Jewett, Esq.,  
VP, Corporate Counsel and Secretary  
New Century Financial Corporation  
18400 Von Karman, Ste. 1000  
Irvine, CA 92612

Invoice Date:    November 13, 2007

For Professional Services Through October 31, 2007

Client:         New Century Financial Corporation  
Matter:         Reporting - Memoranda & Presentations  
Our Matter #:   25126-0005

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|---|---|---|---|---|---|
| 04-Sep-2007 | Follow up re examiner's inquiry. | M J Shepard | 0.20 | 750.00 | 150.00 |
| 04-Sep-2007 | Discuss follow-up requests from Examiner with team and review email file for information for same. | M Dixon | 0.50 | 580.00 | 290.00 |
| 04-Sep-2007 | Telephone with Mr. Ochs re request for information (.2); conference re response to same (.3). | M E Liftik | 0.50 | 505.00 | 252.50 |
| 10-Sep-2007 | Telephone with Ms. Marsh re PwC presentation to counsel (.3); draft email and correspond re same (.3). | M E Liftik | 0.60 | 505.00 | 303.00 |
| 11-Sep-2007 | Correspond with PwC, Gibson Dunn and other re accounting presentation. | M E Liftik | 0.90 | 505.00 | 454.50 |
| 12-Sep-2007 | Logistics and strategy of presentation to Gibson, et al. | M Dixon | 0.40 | 580.00 | 232.00 |
| 12-Sep-2007 | Coordinate PwC presentation (1.0); coordinate request for personal brokerage statements (.3); telephone with Mr. deNeve re same (.2). | M E Liftik | 1.50 | 505.00 | 757.50 |
| 14-Sep-2007 | Telephone with Ms. Marsh re PwC presentation (.6); coordinate and conference re same (.4); coordinate and conference re personal | M E Liftik | 1.40 | 505.00 | 707.00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499  
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043

Telephone 213 689 0200
Facsimile 213 614 1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number 10472361

Page 2

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
|  | brokerage statements (.4). |  |  |  |  |
| 17-Sep-2007 | Coordinate PwC presentation (1.3); telephone with individual counsel re request for brokerage statements(.5). | M E Liftik | 1.80 | 505.00 | 909.00 |
| 17-Sep-2007 | Communicate with Gibson, PwC re presentation Thursday, strategy, parameters and logistics. | M Dixon | 0.70 | 580.00 | 406.00 |
| 18-Sep-2007 | Coordinate PwC presentation (.6); telephone with various individual counsel and Mr. Mayorkas re request for personal brokerage statements (.7); conference re same (.4). | M E Liftik | 1.50 | 505.00 | 757.50 |
| 19-Sep-2007 | Coordinate with Gibson and with PwC for presentation tomorrow and prepare for same. | M Dixon | 1.00 | 580.00 | 580.00 |
| 19-Sep-2007 | Review and QC personal brokerage statement documents for production. | A J Barth | 0.50 | 180.00 | 90.00 |
| 19-Sep-2007 | Coordinate details for PwC presentation. | M E Liftik | 0.40 | 505.00 | 202.00 |
| 20-Sep-2007 | Prepare for and travel to Irvine to participate in PwC presentation on accounting issues for Gibson, et al. | M Dixon | 10.50 | 580.00 | 6,090.00 |
| 25-Sep-2007 | Telephone with Mr. Ochs re personal brokerage statements. | M E Liftik | 0.40 | 505.00 | 202.00 |
| 26-Sep-2007 | Compile contact information for individual counsel. | M E Liftik | 0.40 | 505.00 | 202.00 |
| 03-Oct-2007 | Review request from SEC and correspond re same. | M E Liftik | 0.30 | 505.00 | 151.50 |
| 04-Oct-2007 | Telephone with Mr. Rosen from the SEC re document database issues. | M E Liftik | 0.30 | 505.00 | 151.50 |
| 08-Oct-2007 | Telephone with Gibson re document issues (.2); locate, review and forward requested materials (.5). | M Dixon | 0.70 | 580.00 | 406.00 |
| 11-Oct-2007 | Revise and edit Gotschall interview. | M E Liftik | 0.40 | 505.00 | 202.00 |
| 18-Oct-2007 | Respond to request for documents from Mr. deNeve. | M E Liftik | 1.90 | 505.00 | 959.50 |
| 19-Oct-2007 | Correspond with Mr. deNeve re | M E Liftik | 0.30 | 505.00 | 151.50 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043

Telephone 213 689 0200
Facsimile 213 614 1868

Tax I D # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number   10472362

Page 1

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

Invoice Date:   November 13, 2007

For Professional Services Through October 31, 2007

Client:        New Century Financial Corporation
Matter:        Audit Committee Meetings - Preparation & Communication
Our Matter #:  25126-0006

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|---|---|---|---|---|---|
| 21-Sep-2007 | Check records re SIC meetings (.1); draft Minutes for final SIC meeting and circulate entire set with explanation to AC members per Zona request (.7). | M Dixon | 0.80 | 580.00 | 464.00 |
| 24-Sep-2007 | Send final audit committee minutes and review e-mails for SIC minutes. | N H Brockmeyer | 0.40 | 635.00 | 254.00 |
| 25-Sep-2007 | Discussion with Mr. Brockmeyer re minutes (.1); review and respond to correspondence from client re same (.5). | M Dixon | 0.60 | 580.00 | 348.00 |
| 25-Sep-2007 | Exchange e-mails re minutes (.2); telephone discussion with Mr. Tortorelli re same (.2). | N H Brockmeyer | 0.40 | 635.00 | 254.00 |
| 26-Sep-2007 | Communicate with Mr. Brockmeyer and company counsel re minutes. | M Dixon | 0.40 | 580.00 | 232.00 |
| 26-Sep-2007 | Exchange e-mails with Ms. Dixon (.4); leave message for Ms. Young (.1); review message from Mr. Hana (.1). | N H Brockmeyer | 0.60 | 635.00 | 381.00 |
| 27-Sep-2007 | Send out SIC minutes. | N H Brockmeyer | 0.10 | 635.00 | 63.50 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043

Telephone 213 689 0200
Facsimile 213 614 1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10472362

Page 2

| Timekeeper | Hours | Rate/Hr | Value |
|---|---|---|---|
| N H Brockmeyer | 1.50 | 635.00 | 952.50 |
| M Dixon | 1.80 | 580.00 | 1,044.00 |
| Total | 3.30 | | $1,996.50 |

Total Fees for Professional Services ................................................. $ 1,996.50

Total for this Matter ................................................................. $ 1,996.50

## Matter Summary

Fees for Professional Services ..................................................... $ 1,996.50
Disbursements ......................................................................... $ 0.00

Total (Net) Current Billing (Inv. 10472362) ........................................ $ 1,996.50

---

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please Indicate our Invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900  
Los Angeles, CA 90071-3043

Telephone 213 689 0200  
Facsimile 213 614 1868

Tax I.D. # 94-1217308  
Please Remit Payment To:  
File No. 73536  
P.O. Box 60000  
San Francisco, CA 94160-3536

Invoice Number  10472363

Page 1

Jennifer Jewett, Esq.,  
VP, Corporate Counsel and Secretary  
New Century Financial Corporation  
18400 Von Karman, Ste. 1000  
Irvine, CA 92612

Invoice Date:   November 13, 2007

For Professional Services Through October 31, 2007

Client:        New Century Financial Corporation  
Matter:        Retention & Fee Applications (Heller Ehrman)  
Our Matter #:  25126-0007

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|---|---|---|---|---|---|
| 04-Sep-2007 | Further redactions per debtor's counsel (0.1); correspondence with Mr. Samis re same (0.1); revise July prebills (0.5). | M Correa | 0.70 | 485.00 | 339.50 |
| 07-Sep-2007 | E-mails and telephone conferences with Ms. Correa and Ms. Villegas re July and August statements and billing application. | N H Brockmeyer | 1.10 | 635.00 | 698.50 |
| 07-Sep-2007 | Draft second monthly fee application (1.7); draft first interim fee application (0.5); telephone with Mr. Brockmeyer re fee cap, application (0.3); telephone with Ms. Villegas re billing statements (0.2); review and revise billing statements for fee guideline compliance (0.9). | M Correa | 3.60 | 485.00 | 1,746.00 |
| 07-Sep-2007 | Review billing statement (.4); draft description of work done (.4); and conference re same (.4). | M E Liftik | 1.20 | 505.00 | 606.00 |
| 10-Sep-2007 | Draft second fee application and exhibits. | M Correa | 1.50 | 485.00 | 727.50 |
| 11-Sep-2007 | E-mails, confer with Ms. Correa re | P J Benvenutti | 0.20 | 695.00 | 139.00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499  
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of 83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900  
Los Angeles, CA 90071-3043

Telephone 213 689 0200  
Facsimile 213 614 1868

Tax I D # 94-1217308  
Please Remit Payment To:  
File No. 73536  
P.O. Box 60000  
San Francisco, CA 94160-3536

Invoice Number 10472363

Page 2

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|---|---|---|---|---|---|
| | interim fee application. | | | | |
| 11-Sep-2007 | Review and comment on interim monthly fee application. | N H Brockmeyer | 0.90 | 635.00 | 571.50 |
| 11-Sep-2007 | Redact billing statements for second fee application (1.0); finalize first interim fee application, verification, second monthly fee application (0.5); telephone with Mr. Brockmeyer re same (0.2); correspondence with team re comments (0.2). | M Correa | 1.90 | 485.00 | 921.50 |
| 12-Sep-2007 | Review and revise fee applications and exhibits (1); correspondence with Mr. Samis re same (0.1). | M Correa | 1.10 | 485.00 | 533.50 |
| 12-Sep-2007 | Review and revise interim fee application, and confer with Ms. Correa re same (.40); review e-mails re OMM review of fee application and statements and requested redactions (.10). | P J Benvenutti | 0.50 | 695.00 | 347.50 |
| 13-Sep-2007 | Finalize application, including correspondence with debtor's counsel. | M Correa | 1.20 | 485.00 | 582.00 |
| 13-Sep-2007 | Confer with Ms. Correa re OMM requests for revisions, redactions in fee application (.10); telephone with OMM attorney re same (.10); telephone with Mr. Shepard re same (.10); review revisions to fee application and billing statements and confer with Ms. Correa re same(.10); review and sign final version of fee application (.10). | P J Benvenutti | 0.50 | 695.00 | 347.50 |
| 14-Sep-2007 | Telephone and correspondence with Ms. Witters re fee applications. | M Correa | 0.30 | 485.00 | 145.50 |
| 01-Oct-2007 | Correspondence re August fee application (0.1); draft same (0.3). | M Correa | 0.40 | 485.00 | 194.00 |
| 03-Oct-2007 | Draft August fee application and | M Correa | 0.80 | 485.00 | 388.00 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499  
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043

Telephone 213 689 0200
Facsimile 213 614 1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number  10472363

Page 3

| Date | Professional Services | Timekeeper | Hours | Rate | Value |
|---|---|---|---|---|---|
| | exhibits. | | | | |
| 10-Oct-2007 | Telephone with Mr. Brockmeyer re fee applications. | M Correa | 0.30 | 485.00 | 145.50 |
| 12-Oct-2007 | Review fee auditor order and correspondence re same. | M Correa | 0.20 | 485.00 | 97.00 |
| 12-Oct-2007 | Review e-mail re fee reporting requirements, and e-mails with colleagues re same. | P J Benvenutti | 0.10 | 695.00 | 69.50 |
| 15-Oct-2007 | Correspondence with fee auditor re compliance with order (0.5); review and revise August fee application (0.3). | M Correa | 0.80 | 485.00 | 388.00 |

| Timekeeper | Hours | Rate/Hr | Value |
|---|---|---|---|
| P J Benvenutti | 1.30 | 695.00 | 903.50 |
| N H Brockmeyer | 2.00 | 635.00 | 1,270.00 |
| M E Liftik | 1.20 | 505.00 | 606.00 |
| M Correa | 12.80 | 485.00 | 6,208.00 |
| Total | 17.30 | | $8,987.50 |

Total Fees for Professional Services .................................................. $ 8,987.50

Total for this Matter .................................................................... $ 8,987.50

### Matter Summary

Fees for Professional Services .................................................. $ 8,987.50
Disbursements ....................................................................... $ 0.00

Total (Net) Current Billing (Inv. 10472363) ............................... $ 8,987.50

---

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles CA 90071-3043

Telephone 213 689 0200
Facsimile 213 614 1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number   10472364

Page 1

Jennifer Jewett, Esq.,
VP, Corporate Counsel and Secretary
New Century Financial Corporation
18400 Von Karman, Ste. 1000
Irvine, CA 92612

Invoice Date:   November 13, 2007

For Professional Services Through October 31, 2007

Client:        New Century Financial Corporation
Matter:        Administrative Matters
Our Matter #:  25126-0008

| Date | Disbursement | Amount |
|---|---|---|
| 02-Aug-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 993873 DATE: 08/26/2007 | 2.45 |
|  | Name: Mr. Michael Liftik Conference call - Call Date: 8/2/2007 minutes:71 |  |
| 06-Aug-2007 | VENDOR: ALC Legal Technologies SF; INVOICE#: 54245; DATE: 8/6/2007 - Full copy set of client documents sent to David Rosen on 8/3/2007, Bates range HE-NC 0003 through HE-NC 07126. | 2,396.16 |
| 15-Aug-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 993873 DATE: 08/26/2007 | 4.78 |
|  | Name: Mr. Michael Liftik Conference call - Call Date: 8/15/2007 minutes:138 |  |
| 16-Aug-2007 | VENDOR: PREMIERE CONFERENCING INVOICE#: 993873 DATE: 08/26/2007 | 12.73 |
|  | Name: Mr. Michael Liftik Conference call - Call Date: 8/16/2007 minutes:369 |  |
| 31-Aug-2007 | VENDOR: ADMINISTRATIVE SERVICES CO-OP; INVOICE#: 209460; DATE: 8/31/2007 Voucher #239040/M. Liftik to L.A. Airport 8/16/07 | 46.20 |
| 11-Sep-2007 | Air Freight/Special Postage - Fx - M. Correa - Michaeline Correa 08/28/07 | 8.54 |
| 14-Sep-2007 | VENDOR: Golden State Legal Copy; INVOICE#: 19035; DATE: 9/14/2007 - Copy set of personal brokerage statements | 615.05 |
| 17-Sep-2007 | Vendor: Lawyers Travel Service Name:MEGAN DIXON Ticket No: 8156732995 Depart Date: | 35.00 |
| 18-Sep-2007 | Vendor: Lawyers Travel Service Name:MEGAN DIXON Ticket No: 7076001840 Depart Date: 9/20/2007 Route: SFO/SNA/SFO Re-Issue Fee | 666.61 |
| 27-Sep-2007 | VENDOR: PETTY CASH CUSTODIAN; INVOICE#: 92707; DATE: | 82.83 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No : 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman LLP

333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043

Telephone 213 689 0200
Facsimile 213 614 1868

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number 10472364

Page 2

| | |
|---|---:|
| 9/27/2007 Megan Dixon taxi and parking, mileage charge re: New Century meeting 09/27/07 | |
| Photocopy Expense, 270 pages @ $ 0.10/pg | 27.00 |
| Research Support Services | 35.60 |
| Telephone Expense | 7.39 |
| Total Disbursements................................................................... $ | 3,940.34 |
| | |
| Total for this Matter ................................................................. $ | 3,940.34 |

## Matter Summary

| | | |
|---|---|---:|
| Fees for Professional Services .............................................. | $ | 0.00 |
| Disbursements ........................................................................ | $ | 3,940.34 |
| Total (Net) Current Billing (Inv. 10472364) ............................................. | $ | 3,940.34 |

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 026009593 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of 83% per month.