## EXHIBIT B

### ATTORNEY/PARALEGAL BILLING SUMMARY BY MONTH
(September 1, 2007 - October 31, 2007)

**Reporting - Memoranda & Presentations (0005)**

| Attorneys | | | |
|---|---|---|---|
| Michael Shepard | 750 | 0.20 | 150.00 |
| Megan Dixon | 580 | 13.80 | 8,004.00 |
| Michael Liftik | 505 | 13.40 | 6,767.00 |
| **Paralegal** | | | |
| Amy Barth | 180 | 0.50 | 90.00 |
| **Total** | | 27.90 | 15,011.00 |

**Audit Committee Meetings - Preparation & Communication (0006)**

| Attorneys | | | |
|---|---|---|---|
| Neal Brockmeyer | 635 | 1.50 | 952.50 |
| Megan Dixon | 580 | 1.80 | 1,044.00 |
| **Total** | | 3.30 | 1,996.50 |

**Retention and Fee Applications (Heller Ehrman) (0007)**

| Attorneys | | | |
|---|---|---|---|
| Peter Benvenutti | 695 | 1.30 | 903.50 |
| Neal Brockmeyer | 635 | 2.00 | 1,270.00 |
| Michael Liftik | 505 | 1.20 | 606.00 |
| Michaeline Correa | 485 | 12.80 | 6,208.00 |
| **Total** | | 17.30 | 8,987.50 |
| **Grand Total** | | 48.50 | 25,995.00 |