| EXHIBIT C | | | | |
|---|---|---|---|---|
| **Name of Professional Individual** | **Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Michael Shepard | Joined firm as Shareholder in 1984 and 1994.  Bar Admissions:  CA Bar 1979 and IL Bar 1977. | 750.00 | 0.2 | $150.00 |
| Peter Benvenutti | Joined firm as Shareholder in 1988.  Member of CA Bar since 1974. | 695.00 | 1.3 | $903.50 |
| Neal Brockmeyer | Joined firm as Shareholder in 1996.  Became Senior Of Counsel in 2003.  Member of CA Bar since 1964. | 635.00 | 3.5 | $2,222.50 |
| Megan Dixon | Joined firm in 2004.  Promoted to Shareholder in 2007.  Member of CA Bar since 1992. | 580.00 | 15.6 | $9,048.00 |
| Michael Liftik | Joined firm as Associate in 2004.  Member of CA Bar since 2004.  Member of MA Bar since 2001. | 505.00 | 14.6 | $7,373.00 |
| Michaeline Correa | Joined firm as Associate in 2001.  Member of CA Bar since 2001. | 485.00 | 12.8 | $6,208.00 |
| Amy Barth | Joined firm as Paralegal in 2006. | 180.00 | 0.5 | $90.00 |
| | | | | |
| | | Grand Total | | $25,995.00 |
| | | Total Hours | | 48.50 |
| | | Blended Rate | | $535.98 |
| | | | | |
| | | | | |