IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | Objection Deadline: February 4, 2008 at 4:00 p.m. |
| | : | Hearing Date: To be determined |

## NOTICE OF SECOND INTERIM FEE APPLICATION REQUEST

Name of Applicant:                Blank Rome LLP

Authorized to Provide
Professional Services to:         Official Committee of Unsecured Creditors

Date of Retention:                May 31, 2007, (Nunc Pro Tunc to April 9, 2007)

Period for which compensation
and reimbursement is sought:      August 1, 2007 through November 30, 2007[2]

Amount of Compensation sought as
actual, reasonable and necessary: $576,994.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $14,287.75

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership and New Century Warehouse Corporation, a California Corporation.

[2] Blank Rome LLP's August, September, October and November 2007 monthly fee applications are incorporated herein by reference.

This is (a)n: __X__ interim  _____ final application

Summary of Fee Applications for Compensation Period:

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed<br>Docket No. | Period Covered | Fees | Expenses | Fees<br>(80%) | Expenses<br>(100%) |
| Date Filed: 6/27/07<br>Docket No. 1700 | 4/9/07 – 4/30/07 | $231,047.50 | $14,247.88 | $184,820.90 | $14,264.98 |
| Date Filed: 9/14/07<br>Docket No. 2832 | 5/1/07 – 5/31/07 | $322,057.50 | $12,004.58 | $256,408.00 | $12,004.58 |
| Date Filed: 9/14/07<br>Docket No. 2835 | 6/1/07 – 7/31/07 | $241,366.00 | $13,864.00 | $193,092.80 | $13,864.00 |
| Date Filed: 11/8/07<br>Docket No. 3751 | 8/1/07 – 8/31/07 | $167,354.00 | $5,049.75 | $133,883.20 | $5,049.75 |
| Date Filed: 12/3/07<br>Docket No. 4014 | 9/1/07 – 10/31/07 | $262,884.00 | $7,698.93 | $210,307.20 | $7,698.93 |
| Date Filed: 1/14/08<br>Docket No. TBD | 11/1/07 – 11/30/07 | $146,756.00 | $1,539.07 | PENDING | PENDING |

Summary of Any Objections to Fee Applications: No objections have been filed to Blank Rome LLP's monthly fee applications.

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 (the "Interim Compensation Order"), and the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications (the "Fee Auditor Order") dated October 10, 2007 [Docket No. 3260], objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the notice parties, identified on Exhibit A attached hereto so as to be received by **February 4, 2008 at 4:00 p.m. (Eastern Time).** If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

2

Dated: January 14, 2008
      Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Bonnie Fatell*
Bonnie Glantz Fatell (No. 3809)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:    (302) 425-6464

*Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*

127340.01600/40172635v.1