## CERTIFICATE OF SERVICE

I, Bonnie Glantz Fatell, hereby certify that on January 14, 2008, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated.

**Notice Of Second Interim Fee Application Request**

*[signature]*
Bonnie Glantz Fatell (DE Bar. No. 3809)

127340.01600/40173004v.1