IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**Objection Deadline: February 4, 2008 at 4:00 p.m.**

**EIGHTH MONTHLY FEE APPLICATION OF BLANK ROME LLP,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007**

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Professional Services to*: | Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.* |
| *Date of Retention*: | May 31, 2007, *nunc pro tunc* to April 9, 2007 |
| *Period for which Compensation and Reimbursement is Sought*: | November 1, 2007 through November 30, 2007 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $117,404.80   (80% of $146,756.00) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $1,539.07 |

This is a:      ✓   Monthly      _____ Quarterly      _____ Final Application

127340.01600/40172816v.1

The following is pertinent information regarding the prior fee applications submitted to the Court:

| Date Filed | Period Covered | Requested | | Paid | | Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | 20% of Fees |
| 6/27/07 | 4/9/07-4/30/07 | $231,047.50 | $14,247.88 | $184,820.90 | $14,264.98 | PENDING |
| 9/14/07 | 5/1/07-5/31/07 | $322,057.50 | $12,004.58 | $256,408.00 | $12,004.58 | PENDING |
| 9/14/07 | 6/1/07-7/31/07 | $241,366.00 | $13,864.00 | $193,092.80 | $13,864.00 | PENDING |
| 11/8/07 | 8/1/07-8/31/07 | $167,354.00 | $5,049.75 | $133,883.20 | $5,049.75 | PENDING |
| 12/3/07 | 9/1/07-10/31/07 | $262,884.00 | $7,698.93 | $210,307.20 | $7,698.93 | PENDING |

-iii-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.,* [1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**Objection Deadline: February 4, 2008 at 4:00 p.m.**

**EIGHTH MONTHLY FEE APPLICATION OF BLANK ROME LLP,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.,*
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007**

This Eighth monthly fee application for compensation and reimbursement of expenses

(the *"Fee Application"*) is filed by Blank Rome LLP (*"Blank Rome"*) requesting payment for

services rendered and reimbursement of costs expended as co-counsel for the Official Committee

of Unsecured Creditors (the *"Committee"*) of New Century TRS Holdings, Inc., *et al.* (the

*"Debtors"*) for the period of November 1, 2007 through November 30, 2007 (the *"Application*

*Period"*).  In support of this Fee Application, Blank Rome respectfully states as follows:

---

[1]  The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

127340.01600/40172816v.1

**Jurisdiction**

1.      The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core

proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of these chapter 11 cases in

this district is proper under 28 U.S.C. §§ 1408 and 1409.

**Background**

2.      On April 2, 2007 (the *"Petition Date"*), the Debtors commenced with this Court

voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code

(the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an

Order of this Court. The Debtors are continuing their businesses and managing their affairs as

debtors and debtors in possession.

3.      On April 9, 2007, the Office of the United States Trustee for the District of

Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the

Official Committee of Unsecured Creditors (the *"Committee"*): Credit Suisse First Boston

Mortgage Capital LLC, Credit-Based Asset Servicing and Securitization LLC, Residential

Funding Company, LLC, Deutsche Bank National Trust Co., Wells Fargo Bank, N.A. as

Indenture Trustee, Fidelity National Information Services, Inc., and Maguire Properties – Park

Place, LLC. Since its formation, the Committee has appointed Kodiak Funding LP as an *ex*

*officio* member of the Committee.

4.      Hahn & Hessen LLP (*"Hahn & Hessen"*) and Blank Rome were selected by the

Committee to serve as co-counsel to the Committee, and FTI Consulting, Inc. (*"FTI"*) was

selected by the Committee to serve as financial advisor to the Committee.

127340.01600/40172816v.1

5.      On April 25, 2007, the Court entered the Administrative Order Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the

*"Administrative Order"*) (Docket No. 389).

6.      On May 4, 2007, the Committee filed the Application of the Official Committee

of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.*, for an Order Authorizing the

Committee to Employ Blank Rome LLP as Its Co-Counsel Pursuant 11 U.S.C. §§ 328 and 1103

and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of April 9, 2007 (the *"Blank Rome Retention*

*Application"*) (Docket No. 550) with the Court.  On May 31, 2007, the Court entered an order

approving the Blank Rome Retention Application (Docket No. 973).

7.      Blank Rome is a nationally recognized law firm with extensive experience and

expertise in bankruptcy and reorganization proceedings, particularly with respect to the

representation of debtors and creditors' committees.

8.      Presently, the attorneys at Blank Rome having the day-to-day responsibility for

representation of the Committee in the Chapter 11 Cases are Bonnie Glantz Fatell, Regina

Stango Kelbon, and David Carickhoff.  Blank Rome has drawn and will draw upon the

knowledge and skills of other firm attorneys to provide services as the need arises.

### Relief Requested

9.      Blank Rome submits this Fee Application pursuant to sections 330 and 331 of the

Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the

Administrative Order, and Del. Bankr. LR 2016-2.  By this Fee Application, Blank Rome seeks

interim allowance of compensation for actual and necessary professional services rendered in the

amount of $146,756.00 for the Application Period, and seeks payment of 80% of this amount,

$117,404.80, and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $1,539.07, in accordance with the terms of the Administrative Order.

10.     Blank Rome has made all reasonable efforts to avoid duplication of work with co-counsel, Hahn & Hessen.

### Summary of Fees

11.     The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 419.40 hours at a blended billing rate of $349.92 per hour.  The value of these services has been computed at the rates Blank Rome customarily charges for similar services provided other clients.

12.     A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**.  Every effort has been made by Blank Rome to categorize daily time entries in accordance with the correct project code.  However, in some instances, services overlap between project codes.  Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.

13.     Specifically, the services rendered by Blank Rome to the Committee during the Application Period included the following:

(Project Code 1)     Blank Rome Fee/Employment Applications:

Blank Rome spent time preparing, revising, and finalizing its fifth monthly fee application for the period of August 1, 2007 through August 31, 2007, and combined sixth and seventh monthly fee application for the period of September 1, 2007 through October 31, 2007.

127340.01600/40172816v.1

Blank Rome also prepared its first interim fee application.  Such work required coordination between and among the Accounting Department, paralegals, and attorneys, for retrieval and review of billing statements, and drafting and revising the fee applications.

**Total Hours: 17.30      Total Fees: $5,780.00**

(Project Code 2)        Other Professionals' Fee/Employment Application:

Blank Rome reviewed Hahn & Hessen's second monthly fee application.  Blank Rome also reviewed and analyzed fee applications filed by other professionals, including the Examiner's professionals, counsel for the Examiner, counsel for the Debtors, and the Debtors' financial advisors.

**Total Hours: 8.90      Total Fees: $3,440.00**

(Project Code 3)        Executory Contracts and Unexpired Leases

Blank Rome reviewed the Debtors' motion to assume a lease for warehouse space.

**Total Hours: 0.10      Total Fees: $60.00**

(Project Code 4)        Claims Analysis and Objections:

Blank Rome reviewed various pleadings, including the Debtors' omnibus claims objections.  Blank Rome also prepared an objection to a creditor's motion to file late proof of claim, and communicated with that creditor regarding the same.  Further, Blank Rome participated in telephonic conferences and email correspondence with the mediator, Hahn & Hessen and opposing counsel, regarding the mediation of the Positive Software claims.

**Total Hours: 3.30      Total Fees: $1,460.00**

127340.01600/40172816v.1

(Project Code 5)     Committee Business and Meetings:

Blank Rome prepared for and participated in all aspects of Committee business, including, without limitation, attendance at weekly Committee meetings (in person and via teleconference), procedural matters of import to the case, and in the general provision of information regarding case status. Blank Rome reviewed documents, and communicated with Committee representatives, in keeping them apprised on developments to the case. Blank Rome also communicated with Hahn & Hessen and FTI on a host of issues to coordinate and share analysis on matters affecting the estate.

**Total Hours: 15.10     Total Fees: $7,071.00**

(Project Code 6)     Case Administration:

The time billed to this category includes services related to general administrative and case management matters, including, but not limited to, filing pleadings, calendaring hearings, reviewing orders, reviewing the docket, and circulating pertinent pleadings. This category also includes time that otherwise would not comport with an identified project code. Blank Rome devoted a considerable amount of time monitoring and reviewing the docket, retrieving and transmitting recently filed pleadings, and reviewing motions, objections, responses and orders. In particular, Blank Rome reviewed a motion to establish procedures for settling affirmative lawsuits, and communicated with Hahn & Hessen regarding the same. Blank Rome also maintained and updated a case calendar, which highlighted the deadlines and hearing dates of pertinent matters, including 341 meetings of creditors. Further, Blank Rome was responsible for monitoring changes to the 2002 service list, and e-filing pleadings on behalf of the Committee and its professionals.

**Total Hours: 11.30     Total Fees: $2,975.00**

9

(Project Code 8)      Employee Benefits / General Labor:

Blank Rome performed work in connection with the adversary proceeding filed by the plan beneficiaries. Blank Rome, in consultation with attorneys from its Tax and Employment Retirement Insurance Security Act ("ERISA") group, reviewed the employment benefit plans, the rabbi trust agreement, plan documents, and other pertinent documents, in its efforts towards reviewing and providing detailed comments and revisions to the Debtors' motion to terminate the deferred compensation plans and the Debtors' motion regarding investment of the Rabbi Trust funds. In this regard, Blank Rome communicated often with the Debtors and co-counsel Hahn & Hessen. Blank Rome also reviewed additional filed pleadings, including the plan beneficiaries' supplement and the Debtors' motion to reallocate certain investments. Blank Rome spent a considerable amount of time researching legal issues, analyzing the cases cited by the plan beneficiaries, and communicating with counsel for the Debtor and Hahn & Hessen on case strategy, legal analysis and factual background.

**Total Hours: 16.70      Total Fees: $9,143.00**

(Project Code 9)      Evaluation and Negotiations of Debtors' Plan:

Blank Rome spent considerable time reviewing and evaluating the Debtors' financial information and proposed term sheets regarding the plan of reorganization. In collaboration with Hahn & Hessen and FTI, Blank Rome assessed the viability of the Debtors' proposed terms including evaluating issues involving substantive consolidation, treatment of inter-company claims, breach claims, and potential recoveries. Blank Rome, FTI and Hahn & Hessen worked together to assess whether the Debtors' proposed terms would maximize distributions to the unsecured creditors of the Debtors' estates. Further, Blank Rome reviewed FTI's analysis and

10

attended strategy meetings with Hahn & Hessen and FTI.  In this respect, Blank Rome actively participated in the negotiation of plan issues with the Debtors and their retained professionals.

**Total Hours: 22.60        Total Fees: $11,163.00**

(Project Code 12)        Sale of Assets/Asset Purchase Agreement

The time billed to this matter during this interim period relates to the sale of certain of the Debtors' loan portfolios and includes communications in connection with the same.

**Total Hours: 0.20        Total Fees: $120.00**

(Project Code 13)        Stay Relief Issues:

Blank Rome reviewed and analyzed several motions for stay relief with respect to real property and pending litigation in other forums.  Blank Rome also communicated with counsel for an unsecured creditor regarding stay relief issues.

**Total Hours: 0.40        Total Fees: $214.50**

(Project Code 14)        Secured Creditor / Equipment Lessors:

The time billed to this matter relates to the investigation and analysis of asserted liens against and security interests in the Debtors' assets.  Blank Rome reviewed the Examiner's initial report on cash collateral.  Blank Rome also reviewed documents related to the second lienholder's notice of foreclosure.

**Total Hours: 0.70        Total Fees: $420.00**

(Project Code 16)        Asset Analysis / Recovery:

The time billed to this matter relates to the investigation and analysis performed regarding assets, including potential causes of action for the estates as well as the Examiner's

11

investigation.   In coordination with co-counsel, and FTI Consulting, and utilizing the Ringtail electronic document review program, Blank Rome and its litigation team continued its efforts of extensively reviewing hundreds of thousands of documents produced by the Debtors.  Members of the team attended regular teleconference and in-person meetings regarding the document review.  Members of the team also communicated amongst one other, by telephone and e-mail correspondence, in an effort to collaborate on document review methodology and to exchange information about specific documents.  Further, Blank Rome and Hahn & Hessen strategized with FTI on the various claims and causes of actions to be initiated by the Committee.  In connection with said litigation strategy, Blank Rome reviewed and analyzed file memoranda prepared by the Examiner, KPMG work papers, e-mails, and other pertinent documents.  Blank Rome met with the Examiner, the Examiner's retained professionals, Hahn & Hessen, and FTI in order to evaluate the Examiner's investigation and coordinate the Committee's efforts with such investigation.

**Total Hours: 310.00     Total Fees: $98,363.00**


(Project Code 17)    Hearings - Attendance / Preparation:

The time billed to this matter relates to the attendance of hearings and related proceedings and includes time spent in preparation of the same.  Typically, time billed to this matter involves hearings on multiple matters that cannot be efficiently segregated.

**Total Hours: 2.70     Total Fees: $1,386.50**


(Project Code 19)    D & O Issues/E & O Issues

Blank Rome reviewed and executed a stipulation regarding the insurance defense costs for the Debtors' directors and officers.

127340.01600/40172816v.1

**Total Hours: 0.20          Total Fees: $120.00**

(Project Code 20)      Non-Working Travel:

The time billed to this matter relates to non-working travel.  In accordance with Del.

Bankr. LR 2016-2(d)(viii), only half of the actual non-working travel time was billed.

**Total Hours: 9.90          Total Fees: $5,040.00**

## Actual and Necessary Costs and Expenses Incurred

14.     Reimbursement of expenses in the amount of $1,539.07 is sought herein.  A
categorized summary of the actual and necessary costs and expenses incurred by Blank Rome
during the Application Period, and an itemization of each expense within each category, is
attached as **Exhibit "B"**.  Blank Rome reserves the right to request, in subsequent fee
applications, reimbursement of any additional expenses incurred during the Application Period,
as such expenses may not have been captured to date in Blank Rome's billing system.

## Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules

15.     In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees
for each attorney and paraprofessional, and a summary of hours and fees categorized by project
code follow the cover sheet to this Fee Application.  The undersigned submits that this Fee
Application complies with Del. Bankr. LR 2016-2.

16.     Blank Rome submits that the services rendered and expenses incurred were actual
and necessary and that the compensation sought is reasonable and in accordance with the
standards of section 330 of the Bankruptcy Code.

17.     No agreement or understanding exists between Blank Rome and any other entity
(other than members or employees of Blank Rome) for the sharing of compensation received or

to be received for services rendered in or in connection with the Chapter 11 Cases.

### **Notice**

18.      As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee; and (d) counsel to the DIP Lender.  Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

127340.01600/40172816v.1

WHEREFORE, Blank Rome respectfully requests an award of compensation for professional services rendered as co-counsel to the Committee during the Application Period in the sum of $117,404.80 (80% of $146,756.00), together with the reimbursement of expenses in the amount of $1,539.07; and such other and further relief that the Court deems just and proper.

Dated:    January 14, 2008

BLANK ROME LLP

Bonnie Glantz Fatell (No. 3809)
Regina Stango Kelbon
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*

15