# Exhibit A

## NEW CENTURY OFFICIAL COMMITTEE
## PROJECT CODE SUMMARY
## NOVEMBER 1 - 30, 2007

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 17.30 | $5,780.00 |
| 2 | Other Professionals' Fee/Employment Issues | 8.90 | $3,440.00 |
| 3 | Executory Contracts and Unexpired Leases | 0.10 | $60.00 |
| 4 | Claims Analysis and Objections | 3.30 | $1,460.00 |
| 5 | Committee Business and Meetings | 15.10 | $7,071.00 |
| 6 | Case Administration | 11.30 | $2,975.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | | |
| 8 | Employee Benefits/General Labor | 16.70 | $9,143.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 22.60 | $11,163.00 |
| 10 | Financing Issues | | |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.20 | $120.00 |
| 13 | Stay Relief Issues | 0.40 | $214.50 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.70 | $420.00 |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 310.00 | $98,363.00 |
| 17 | Hearings - Attendance/Preparation | 2.70 | $1,386.50 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | 0.20 | $120.00 |
| 20 | Non-Working Travel Time | 9.90 | $5,040.00 |
| | **TOTALS** | **419.40** | **$146,756.00** |

## NEW CENTURY OFFICIAL COMMITTEE
### PROFESSIONAL BACKGROUND
#### NOVEMBER 1 - 30, 2007

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bachman, A. | Partner Since 1983, Member of PA Bar Since 1972 Area of Expertise - Employment, Benefits and Labor | $635.00 | 7.40 | $4,699.00 |
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $600.00 | 53.70 | $32,220.00 |
| Wright, S. | Partner Since 2004, Member of DC Bar Since 1998, Member of MD Bar Since 1995, Area of Expertise - Litigation | $420.00 | 63.90 | $26,838.00 |
| Staib, J. | Associate Since 2002, Member of DE Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $385.00 | 0.90 | $346.50 |
| Courtney, M. | Associate Since 2005, Member of NY Bar Since 2005, Area of Expertise - Corporate, White Collar and Condemnation | $360.00 | 10.90 | $3,924.00 |
| Vonngtama, M. | Associate Since 2006, Member of IL Bar Since 2003, Area of Expertise - Business Restructuring and Bankruptcy | $345.00 | 112.10 | $38,674.50 |
| Stevens, K. K. | Associate Since 2007, Member of PA Bar Since 2007, Area of Expertise - Employment, Benefits and Labor | $245.00 | 3.20 | $784.00 |
| Gibbons, L. | Paralegal | $260.00 | 34.40 | $8,944.00 |
| Kamara, I. T. | Paralegal | $260.00 | 1.50 | $390.00 |
| Brathwaite, K. | Paralegal | $250.00 | 7.30 | $1,825.00 |
| Davilar, K. | Paralegal | $230.00 | 109.70 | $25,231.00 |
| Moody, T. | Paralegal | $200.00 | 14.40 | $2,880.00 |
| Grand Total: | | | 419.40 | $146,756.00 |
| Blended Rate: | | | | 349.92 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  01 | | | | |
| Nov 02 07 | REVIEW AND REVISE MONTHLY FEE APPLICATION | FATELL | 0.60 | $360.00 |
| Nov 05 07 | COORDINATE WITH B. FATELL AND ACCOUNTING REGARDING AUGUST FEE APPLICATION AND EXHIBITS | MOODY | 0.50 | $100.00 |
| Nov 05 07 | COORDINATE WITH H. ROSCOE REGARDING SEPTEMBER AND OCTOBER BILLS | MOODY | 0.20 | $40.00 |
| Nov 05 07 | REVISE 5TH MONTHLY APPLICATION | MOODY | 0.30 | $60.00 |
| Nov 05 07 | REVIEW SEPTEMBER PRO FORMA | MOODY | 0.30 | $60.00 |
| Nov 06 07 | E-MAIL TO PARTNERS REGARDING FEES | FATELL | 0.10 | $60.00 |
| Nov 06 07 | REVISE 5TH MONTHLY APPLICATION PAPERS | MOODY | 0.60 | $120.00 |
| Nov 07 07 | REVIEW AND FINALIZE MONTHLY FEE APPLICATION FOR FILING | FATELL | 0.30 | $180.00 |
| Nov 07 07 | COORDINATE WITH ACCOUNTING REGARDING REVISING EXHIBITS TO AUGUST FEE APPLICATION | MOODY | 0.40 | $80.00 |
| Nov 07 07 | WORK ON BLANK ROME'S SIXTH AND SEVENTH MONTHLY FEE APPLICATION, INCLUDING REVIEW AND REVISION OF MONTHLY STATEMENTS (2.2); E-MAILS TO AND FROM H. ROSCOE AND T. MOODY REGARDING SAME (.2); TELECONFERENCE WITH A. BACHMAN (.1) | VONGTAMA | 2.50 | $862.50 |
| Nov 08 07 | REVIEW AND REVISE SIXTH AND SEVENTH MONTHLY BILLING STATEMENT, IN PREPARATION FOR FILING FEE APPLICATION | VONGTAMA | 0.50 | $172.50 |
| Nov 09 07 | REVISE, FINALIZE 5TH MONTHLY APPLICATION; SCAN AND E-FILE SAME; COORDINATE SERVICE OF SAME WITH PARCELS | MOODY | 1.50 | $300.00 |
| Nov 09 07 | PREPARE AND SEND E-MAIL TO FEE AUDITOR ATTACHING 5TH MONTHLY APPLICATION PAPERS | MOODY | 0.30 | $60.00 |
| Nov 12 07 | REVIEW, DRAFT MONTHLY FEE APPLICATION AND EDIT | FATELL | 0.40 | $240.00 |
| Nov 12 07 | PREPARE COMBINED 6TH AND 7TH MONTHLY APPLICATION; E-MAIL TO M. VONGTAMA ATTACHING SAME | MOODY | 0.40 | $80.00 |
| Nov 12 07 | PREPARE DRAFT OF FEE APPLICATION FOR SIXTH AND SEVENTH MONTH | VONGTAMA | 3.10 | $1,069.50 |
| Nov 13 07 | E-MAIL WITH HAHN & HESSEN REGARDING BOA WAIVER | FATELL | 0.20 | $120.00 |
| Nov 14 07 | REVIEW AND REVISE BLANK ROME FEE APPLICATION FOR AUGUST AND SEPTEMBER | FATELL | 1.00 | $600.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Nov 15 07 | CONTINUED WORK ON COMBINED SIXTH AND SEVENTH MONTHLY FEE APPLICATION | VONGTAMA | 1.50 | $517.50 |
| Nov 19 07 | WORK ON REVISION OF BLANK ROME'S SIXTH AND SEVENTH MONTHLY FEE APPLICATION | VONGTAMA | 0.40 | $138.00 |
| Nov 27 07 | REVIEW SEPTEMBER AND OCTOBER BILLS AND FEE APPLICATION PAPERS; MEET AND COORDINATE WITH ACCOUNTING REGARDING SAME | MOODY | 1.20 | $240.00 |
| Nov 29 07 | MEET WITH ACCOUNTING REGARDING REVISIONS TO 6TH COMBINED FEE APPLICATION; E-MAILS TO GROUP REGARDING STATUS OF SAME | MOODY | 0.70 | $140.00 |
| Nov 30 07 | REVIEW MONTHLY FEE APPLICATION FOR OCTOBER | FATELL | 0.30 | $180.00 |

PROJECT CODE TOTALS  01                 TOTAL VALUE:    $5,780.00      17.30

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE:  02 | | | | |
| Nov 01 07 | SCAN/REVIEW FEE APPLICATION OF EXAMINER PROFESSIONALS AND E-MAIL CO-COUNSEL | FATELL | 0.40 | $240.00 |
| Nov 14 07 | REVIEW HAHN & HESSEN JUNE FEE APPLICATION AND EXECUTE NOTICE | FATELL | 2.00 | $1,200.00 |
| Nov 14 07 | PREPARE AND REVISE NOTICE AND CERTIFICATE OF SERVICE; REVISE THIRD MONTHLY FEE APPLICATION; E-FILE HAHN & HESSEN THIRD MONTHLY FEE APPLICATION; SCAN AND E-MAIL THIRD MONTHLY FEE APPLICATION OF E-FILINGS; REVISE 2002 SERVICE LIST; PREPARE MAILING LABELS AND SERVE | BRATHWAITE | 4.20 | $1,050.00 |
| Nov 15 07 | PREPARE CERTIFICATE OF NO OBJECTION FOR HAHN & HESSEN'S SECOND MONTHLY FEE APPLICATION | BRATHWAITE | 0.40 | $100.00 |
| Nov 16 07 | REVISE CERTIFICATE OF NO OBJECTION AND SERVICE TO HAHN AND HESSEN'S 2ND MONTHLY APPLICATION (.1); REVIEW UPDATED DOCKET SHEETS (.1) | MOODY | 0.20 | $40.00 |
| Nov 16 07 | E-FILE CERTIFICATE OF NO OBJECTION TO SECOND MONTHLY APPLICATION OF HAHN & HESSEN LLP AND SERVE | BRATHWAITE | 0.60 | $150.00 |
| Nov 20 07 | SCAN REVIEW FEE APPLICATIONS FROM EXAMINER AND ALIX PARTNERS, O'MELVENY | FATELL | 0.80 | $480.00 |
| Nov 26 07 | REVIEW EXAMINERS FEE APPLICATION | FATELL | 0.30 | $180.00 |
| PROJECT CODE TOTALS  02 | TOTAL VALUE: | $3,440.00 | 8.90 | |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 03 | | | | |
| Nov 02 07 | REVIEW MOTION TO ASSUME LEASE FOR WAREHOUSE SPACE | FATELL | 0.10 | $60.00 |

| PROJECT CODE TOTALS 03 | TOTAL VALUE: | $60.00 | 0.10 |
|------------------------|--------------|--------|------|

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  04 | | | | |
| Nov 01 07 | REVIEW DRAFT OBJECTION TO MOTION TO FILE LATE PROOF OF CLAIM AND DISCUSS WITH J. CARBONE | FATELL | 0.60 | $360.00 |
| Nov 01 07 | TELEPHONE CALL WITH CREDITOR REGARDING PROOF OF CLAIMS | FATELL | 0.10 | $60.00 |
| Nov 02 07 | REVIEW AND FINALIZE OBJECTION TO TAYLOR REQUEST TO FILE LATE CLAIM | FATELL | 0.50 | $300.00 |
| Nov 02 07 | PREPARE SERVICE PAPERS FOR OBJECTION TO JOSEPH & LAVON TAYLOR'S CLAIMS BAR DATE MOTION | MOODY | 0.40 | $80.00 |
| Nov 02 07 | REVIEW DOCKET FOR TAYLOR LATE CLAIMS MOTION (.1); REVISE COMMITTEE'S OBJECTION AND SERVICE PAPERS TO SAME (.4); SCAN, E-FILE, COORDINATE AND FINALIZE SERVICE OF SAME (.4) | MOODY | 0.90 | $180.00 |
| Nov 05 07 | E-MAIL CORRESPONDENCE TO L. KLEPTO REGARDING TAYLORS' REQUEST TO FILE LATE CLAIMS | FATELL | 0.30 | $180.00 |
| Nov 13 07 | E-MAILS WITH MEDIATOR AND PARTIES TO POSITIVE SOFTWARE | FATELL | 0.20 | $120.00 |
| Nov 26 07 | REVIEW OMNIBUS CLAIMS OBJECTIONS | FATELL | 0.30 | $180.00 |
| PROJECT CODE TOTALS  04 | TOTAL VALUE: | $1,460.00 | 3.30 | |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  05 | | | | |
| Nov 05 07 | REVIEW M. VONGTAMA REPORT ON COMMITTEE CONFERENCE CALL | FATELL | 0.10 | $60.00 |
| Nov 05 07 | ATTEND COMMITTEE MEETING BY TELECONFERENCE | VONGTAMA | 0.90 | $310.50 |
| Nov 05 07 | E-MAIL CORRESPONDENCE TO B. FATELL WITH SUMMARY OF COMMITTEE CALL. | VONGTAMA | 0.30 | $103.50 |
| Nov 07 07 | REVIEW OF DOCUMENTS IN PREPARATION FOR CONFERENCE CALL WITH DEBTORS (.4); ATTEND CONFERENCE WITH COMMITTEE PROFESSIONALS AND DEBTOR TO DISCUSS PLAN ISSUES (1.5); FOLLOW UP CALL WITH B. FATELL (.2) | VONGTAMA | 2.10 | $724.50 |
| Nov 12 07 | E-MAIL J. CERBONE REGARDING WEEKLY COMMITTEE MEETING | FATELL | 0.10 | $60.00 |
| Nov 13 07 | REVIEW DRAFT AGENDA FOR COMMITTEE MEETING | FATELL | 0.10 | $60.00 |
| Nov 13 07 | E-MAILS REGARDING MEETING WITH EXAMINER NEXT WEEK | FATELL | 0.20 | $120.00 |
| Nov 19 07 | WEEKLY COMMITTEE TELEPHONIC MEETING | FATELL | 1.80 | $1,080.00 |
| Nov 27 07 | ATTEND CREDITORS COMMITTEE MEETING IN NEW YORK CITY | FATELL | 5.00 | $3,000.00 |
| Nov 27 07 | PREPARE FOR MEETING BY REVIEWING DOCUMENTS (1.0); ATTEND PART OF COMMITTEE MEETING (3.5) | VONGTAMA | 4.50 | $1,552.50 |

PROJECT CODE TOTALS  05                TOTAL VALUE:   $7,071.00   15.10

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  06 | | | | |
| Nov 01 07 | REVIEW DOCKET AND PLEADINGS AND UPDATE CASE CALENDAR | MOODY | 3.50 | $700.00 |
| Nov 01 07 | MONITOR CURRENT BANKRUPTCY DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.50 | $125.00 |
| Nov 02 07 | REVIEW MULTIPLE ORDERS RECENTLY ENTERED | FATELL | 0.10 | $60.00 |
| Nov 04 07 | REVIEW DAILY DOCKET FOR SEVERAL DAYS TO MONITOR CASE ACTIVITY | FATELL | 0.20 | $120.00 |
| Nov 05 07 | REVIEW UPDATED DOCKET AND PLEADINGS; UPDATE CASE CALENDAR | MOODY | 0.90 | $180.00 |
| Nov 05 07 | MONITOR CURRENT BANKRUPTCY DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.70 | $175.00 |
| Nov 06 07 | MONITOR CURRENT BANKRUPTCY DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.50 | $125.00 |
| Nov 07 07 | REVIEW DOCKET, PLEADINGS, CALENDAR; UPDATE CASE CALENDAR | MOODY | 0.80 | $160.00 |
| Nov 07 07 | OBTAIN AND PRINT DOCUMENTS RELATED TO PLAN AND DISCLOSURE STATEMENT FROM COURT DOCKET | TAYLOR-KAM | 0.90 | $234.00 |
| Nov 08 07 | MONITOR CURRENT BANKRUPTCY DOCKET; RETRIEVE PLEADINGS VIA PACER AND DISTRIBUTE SAME | BRATHWAITE | 0.40 | $100.00 |
| Nov 12 07 | REVIEW MOTION FOR PROCEDURES TO SETTLE AFFIRMATIVE LAW SUITS AND E-MAIL M. INDELICATO | FATELL | 0.30 | $180.00 |
| Nov 19 07 | REVIEW INCOMING PLEADINGS, UPDATED DOCKET; UPDATE CASE CALENDAR | MOODY | 1.20 | $240.00 |
| Nov 20 07 | REVIEW VARIOUS PLEADINGS AND DOCKET AND CALENDAR TO MONITOR CASE ACTIVITY | FATELL | 0.40 | $240.00 |
| Nov 20 07 | PRINT PLEADINGS FROM BANKRUPTCY CASE | TAYLOR-KAM | 0.60 | $156.00 |
| Nov 26 07 | REVIEW DOCKET AND SELECTED PLEADINGS TO MONITOR CASE | FATELL | 0.30 | $180.00 |
| PROJECT CODE TOTALS   06 | TOTAL VALUE:    $2,975.00 | | 11.30 | |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|

PROJECT CODE:  08

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Nov 02 07 | TELEPHONE CALL WITH M. INDELICATO REGARDING RABBI TRUST; E-MAIL S. UHLAND AND H. ETLIN REGARDING SAME | FATELL | 0.30 | $180.00 |
| Nov 02 07 | TELEPHONE WITH B. FATELL REGARDING RABBIT TRUST | BACHMAN | 0.30 | $190.50 |
| Nov 04 07 | E-MAIL CORRESPONDENCE REGARDING RABBI TRUST | FATELL | 0.20 | $120.00 |
| Nov 07 07 | REVIEW MEMOS AND DOCUMENTS REGARDING RABBI TRUST ISSUES | BACHMAN | 0.30 | $190.50 |
| Nov 12 07 | REVIEW EMPLOYEE BENEFIT PLANS AND COMPARE LANGUAGE IN PLAN AND TRUST AGREEMENT AND DISCUSS WITH A. BACHMAN | FATELL | 1.10 | $660.00 |
| Nov 14 07 | TELEPHONE WITH B. FATELL REGARDING RABBI TRUST AND RELATED ISSUES; REVIEW PLAN PROVISIONS | BACHMAN | 0.40 | $254.00 |
| Nov 15 07 | REVIEW AND EDIT DEBTORS DRAFT MOTION REGARDING DEFERRED COMPENSATION PLAN AND INVESTMENTS INCLUDING REVIEWING PLAN DOCUMENTS AND DISCUSSIONS WITH A. BACHMAN | FATELL | 1.40 | $840.00 |
| Nov 15 07 | E-MAILS REGARDING DEBTORS MOTION REGARDING DEFERRED COMPENSATION PLAN | FATELL | 0.30 | $180.00 |
| Nov 15 07 | REVIEW MEMOS; REVIEW RABBI TRUST DOCUMENTS | BACHMAN | 1.30 | $825.50 |
| Nov 15 07 | REVIEW AND REVISE MOTION TO TERMINATE DEFERRED COMPENSATION PLANS | BACHMAN | 1.10 | $698.50 |
| Nov 15 07 | TELEPHONE WITH B. FATELL REGARDING MOTION AND TRUST FUND INVESTMENTS | BACHMAN | 0.40 | $254.00 |
| Nov 15 07 | REVIEW RABBI TRUST DOCUMENT FOR A. BACHMAN FOR SPECIFIC REFERENCES TO OTHER COMPANIES AND AFFILIATES | STEVENS | 0.70 | $171.50 |
| Nov 16 07 | TELEPHONE CALLS WITH A. BACHMAN REGARDING RABBI TRUST | FATELL | 0.30 | $180.00 |
| Nov 16 07 | REVIEW AND EDIT DEBTORS' MOTION REGARDING INVESTMENTS OF RABBI TRUST FUNDS | FATELL | 0.60 | $360.00 |
| Nov 16 07 | MULTIPLE E-MAILS REGARDING RABBI TRUST AND MOTION REGARDING INVESTMENTS | FATELL | 0.40 | $240.00 |
| Nov 16 07 | E-MAILS WITH PARTIES REGARDING DEFERRED COMPENSATION INVESTMENT MOTION | FATELL | 0.30 | $180.00 |
| Nov 16 07 | REVIEW DEBTORS' REVISED MOTION REGARDING DEFERRED COMPENSATION INVESTMENTS AND E-MAIL DETAILED COMMENTS | FATELL | 0.80 | $480.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Nov 16 07 | REVIEW RABBI TRUST; REVIEW AND REVISE MOTION; MEMO TO B. FATELL; TELEPHONE B. FATELL; REVIEW MEMOS FROM COUNSELS | BACHMAN | 1.20 | $762.00 |
| Nov 16 07 | REVIEW MEMOS FROM ATTORNEYS (.8); TELEPHONE CALLS FROM AND TO B. FATELL (.3) | BACHMAN | 1.10 | $698.50 |
| Nov 21 07 | RESEARCH; REVIEW SUPPLEMENT FILED BY PLAINTIFFS | BACHMAN | 0.50 | $317.50 |
| Nov 21 07 | MEETING WITH A. BACHMAN REGARDING RESEARCH ASSIGNMENT ON ERISA CLAIMS | STEVENS | 0.20 | $49.00 |
| Nov 26 07 | REVIEW DEBTOR'S MOTION TO REALLOCATE CERTAIN INVESTMENTS | FATELL | 0.40 | $240.00 |
| Nov 26 07 | CONFERENCE WITH K. STEVENS REGARDING RECENT CASES; CALL TO B. FATELL | BACHMAN | 0.80 | $508.00 |
| Nov 26 07 | REVIEW PLAINTIFF'S SUPPLEMENT AND CASE CITED THEREIN, FENWICK V. MERRILL LYNCH; REVIEW ARTICLE AND CASES ON ERISA CLAIMS | STEVENS | 2.10 | $514.50 |
| Nov 28 07 | MEETING WITH A. BACHMAN TO DISCUSS ASSIGNMENT FINDINGS ON RESEARCH | STEVENS | 0.20 | $49.00 |

PROJECT CODE TOTALS   08                    TOTAL VALUE:    $9,143.00    16.70

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  09 | | | | |
| Nov 02 07 | TELEPHONE CALL WITH M. INDELICATO REGARDING POR ISSUES | FATELL | 0.20 | $120.00 |
| Nov 07 07 | CONFERENCE CALL WITH DEBTOR'S PROFESSIONALS AND COMMITTEE PROFESSIONALS REGARDING POR ANALYSIS | FATELL | 1.20 | $720.00 |
| Nov 07 07 | E-MAIL CORRESPONDENCE TO FTI REGARDING INFORMATION REQUEST | FATELL | 0.10 | $60.00 |
| Nov 09 07 | REVIEW PROPOSED PLAN DOCUMENTS AND E-MAILS, FOR PURPOSES OF PLAN EVALUATION | VONGTAMA | 2.50 | $862.50 |
| Nov 12 07 | REVIEW PLAN DOCUMENTS SENT BY DEBTORS AND FTI | VONGTAMA | 2.40 | $828.00 |
| Nov 13 07 | REVIEW AND STUDY DETAILED INFORMATION PROVIDED BY DEBTORS FOR TELEPHONIC MEETING ON POR TERMS | FATELL | 1.40 | $840.00 |
| Nov 13 07 | E-MAIL CORRESPONDENCE REGARDING PLAN STRUCTURE | FATELL | 0.30 | $180.00 |
| Nov 14 07 | REVIEW MATERIALS REGARDING PLAN ANALYSIS | FATELL | 1.30 | $780.00 |
| Nov 14 07 | ATTEND PART OF TEAM CONFERENCE CALL WITH DEBTORS' AND COMMITTEES' PROFESSIONAL REGARDING POR | FATELL | 3.00 | $1,800.00 |
| Nov 14 07 | TELECONFERENCE WITH M. VONGTAMA REGARDING POR DISCUSSIONS | FATELL | 0.20 | $120.00 |
| Nov 14 07 | ATTEND TELECONFERENCE WITH COMMITTEE AND DEBTOR PROFESSIONALS TO DISCUSS REVISIONS TO PROPOSED PLAN AND RELATED ISSUES | VONGTAMA | 3.70 | $1,276.50 |
| Nov 14 07 | PREPARE E-MAIL SUMMARY TO B. FATELL OF REMAINDER OF PROFESSIONALS MEETING. | VONGTAMA | 0.30 | $103.50 |
| Nov 14 07 | REVIEW REVISED TERM SHEET AND OTHER DOCUMENTS PREPARED BY DEBTORS, IN PREPARATION FOR MEETING OF PROFESSIONALS | VONGTAMA | 0.30 | $103.50 |
| Nov 14 07 | TELECONFERENCE WITH B. FATELL, REGARDING PLAN FOLLOW-UP ISSUES | VONGTAMA | 0.20 | $69.00 |
| Nov 16 07 | STUDY AND ANALYZE TRUST AGREEMENT AND DEFERRED COMPENSATION PLAN TO CONSIDER LIQUIDATING PLAN STRUCTURE | FATELL | 1.10 | $660.00 |
| Nov 16 07 | E-MAIL CORRESPONDENCE WITH S. STAR REGARDING ANALYSIS OF RABBI TRUST AND DEFERRED COMPENSATION PLAN | FATELL | 0.40 | $240.00 |
| Nov 16 07 | REVIEW FURTHER POR ANALYSIS FROM FTI | FATELL | 0.60 | $360.00 |
| Nov 18 07 | REVIEW LATEST PLAN SCENARIOS AND TELEPHONIC | FATELL | 1.40 | $840.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | MEETING WITH FTI AND HAHN & HESSEN | | | |
| Nov 19 07 | REVIEW FTI REVISED REPORT ON PLAN STRUCTURE | FATELL | 0.80 | $480.00 |
| Nov 27 07 | REVIEW MATERIALS FROM FTI AND HAHN HESSEN REGARDING PDR MODELS | FATELL | 1.20 | $720.00 |

PROJECT CODE TOTALS  09                    TOTAL VALUE:    $11,163.00        22.60

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 12 | | | | |
| Nov 20 07 | REVIEW AND E-MAIL REGARDING WITHDRAWAL OF UBS APPEAL | FATELL | 0.20 | $120.00 |

| PROJECT CODE TOTALS 12 | TOTAL VALUE: | $120.00 | 0.20 |
|------------------------|--------------|---------|------|

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|

PROJECT CODE:  13

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Nov 20 07 | SCAN AND REVIEW STAY RELIEF MOTIONS | FATELL | 0.30 | $180.00 |
| Nov 30 07 | TELEPHONE CONFERENCE WITH COUNSEL FOR AN UNSECURED CREDITOR REGARDING POTENTIAL STAY RELIEF MOTION | VONGTAMA | 0.10 | $34.50 |

| | | TOTAL VALUE: | | |
|---|---|---|---|---|
| PROJECT CODE TOTALS  13 | | $214.50 | 0.40 | |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  14 | | | | |
| Nov 20 07 | REVIEW LETTER AND DOCUMENTS REGARDING NOTICE OF FORECLOSURE BY SECOND LIENHOLDER | FATELL | 0.20 | $120.00 |
| Nov 26 07 | REVIEW EXAMINERS INITIAL REPORT ON CASH COLLATERAL | FATELL | 0.50 | $300.00 |

PROJECT CODE TOTALS  14          TOTAL VALUE:     $420.00      0.70

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|-----------|-------|----------------|
| PROJECT CODE: 16 | | | | |
| Nov 01 07 | CODE ELECTRONIC DOCUMENTS ON RINGTAIL DATABASE | DAVILAR | 3.40 | $782.00 |
| Nov 01 07 | REVIEW AND ANALYZE DOCUMENTS RECEIVED BY DEBTORS | VONGTAMA | 0.30 | $103.50 |
| Nov 02 07 | CODE ELECTRONIC DOCUMENTS ON RINGTAIL DATABASE | DAVILAR | 4.80 | $1,104.00 |
| Nov 02 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 1.80 | $621.00 |
| Nov 03 07 | REVIEW AND ANALYZE DOCUMENTS RECEIVED IN DISCOVERY | VONGTAMA | 2.10 | $724.50 |
| Nov 04 07 | REVIEW AND ANALYZE DOCUMENTS RECEIVED IN DISCOVERY | VONGTAMA | 2.50 | $862.50 |
| Nov 05 07 | CODE ELECTRONIC DOCUMENTS ON RINGTAIL DATABASE | DAVILAR | 4.00 | $920.00 |
| Nov 05 07 | REVIEW AND ANALYZE DOCUMENTS UNDER "UNKNOWN CUSTODIAN" | VONGTAMA | 1.90 | $655.50 |
| Nov 06 07 | CODE ELECTRONIC DOCUMENTS ON RINGTAIL DATABASE | DAVILAR | 6.00 | $1,380.00 |
| Nov 06 07 | REVIEW AND ANALYZE DOCUMENTS RECEIVED IN DISCOVERY, WITH COMPLETION OF CURRENT SET OF ASSIGNED BATCHES; E-MAIL STATUS UPDATE TO S. WRIGHT AND B. FATELL | VONGTAMA | 0.50 | $172.50 |
| Nov 06 07 | TELECONFERENCES WITH S. WRIGHT AND M. COURTNEY, REGARDING DOCUMENT REVIEW AND ASSIGNMENTS; E-MAILS TO AND FROM S. WRIGHT, B. FATELL AND M. COURTNEY REGARDING SAME | VONGTAMA | 0.50 | $172.50 |
| Nov 06 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 0.50 | $172.50 |
| Nov 06 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS ON TO RINGTAIL DATABASE. | GIBBONS | 2.00 | $520.00 |
| Nov 07 07 | TELEPHONE CONFERENCE WITH EXAMINER AND HAHN HESSEN | FATELL | 1.60 | $960.00 |
| Nov 07 07 | REVIEW UPDATED INFORMATION FROM FTI | FATELL | 0.20 | $120.00 |
| Nov 07 07 | DRAFT AND REVIEW CORRESPONDENCE FROM M. ARNOTT REGARDING LITIGATION TEAM STRATEGY CALL | WRIGHT | 0.20 | $84.00 |
| Nov 07 07 | PARTICIPATE IN CONFERENCE CALL WITH EXAMINER | WRIGHT | 1.50 | $630.00 |
| Nov 07 07 | CODE ELECTRONIC DOCUMENTS ON RINGTAIL DATABASE | DAVILAR | 6.10 | $1,403.00 |
| Nov 07 07 | CONDUCT REVIEW OF DOCUMENTS UNDER CUSTODIAN KARINA DIAZ | VONGTAMA | 1.20 | $414.00 |
| Nov 07 07 | REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 5.50 | $1,897.50 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|-----------|-------|----------------|
| Nov 07 07 | ATTEND CONFERENCE CALL | GIBBONS | 0.10 | $26.00 |
| Nov 07 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS TO RINGTAIL DATABASE | GIBBONS | 1.90 | $494.00 |
| Nov 08 07 | REVIEW SUB PRIME SECTOR MATERIALS FROM FTI CONSULTING | WRIGHT | 2.10 | $882.00 |
| Nov 08 07 | CODE ELECTRONIC DOCUMENTS ON RINGTAIL DATABASE | DAVILAR | 5.00 | $1,150.00 |
| Nov 08 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 8.50 | $2,932.50 |
| Nov 09 07 | TELEPHONE CONFERENCE WITH J. MCCAHEY REGARDING STATUS UPDATE ON MEETING WITH FTI CONSULTING | WRIGHT | 0.40 | $168.00 |
| Nov 09 07 | CODE ELECTRONIC DOCUMENTS ON RINGTAIL DATABASE | DAVILAR | 6.00 | $1,380.00 |
| Nov 09 07 | REVIEW MEMOS TO FILE RE STATUS OF EXAMINER'S INVESTIGATION | VONGTAMA | 0.40 | $138.00 |
| Nov 09 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS (UNDER CUSTODIAN RICK DAVIES) | VONGTAMA | 4.60 | $1,587.00 |
| Nov 12 07 | TELEPHONE CONFERENCE WITH J. MCCAHEY REGARDING MEETING WITH ACCOUNTING TEAMS AND THE EXAMINER | WRIGHT | 0.20 | $84.00 |
| Nov 12 07 | REVIEW MEMORANDUM FROM J. MCCAHEY REGARDING STRATEGY MEETINGS WITH EXAMINER | WRIGHT | 1.20 | $504.00 |
| Nov 12 07 | CODE ELECTRONIC DOCUMENTS ON RINGTAIL DATABASE | DAVILAR | 6.30 | $1,449.00 |
| Nov 12 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS ON TO RINGTAIL DATABASE | GIBBONS | 2.00 | $520.00 |
| Nov 13 07 | TELEPHONE CONFERENCE WITH M. ARNOTT AND J. MCCAHEY REGARDING LITIGATION STRATEGY AND EXAMINER'S PROGRESS ON SEVERAL ISSUES | WRIGHT | 0.30 | $126.00 |
| Nov 13 07 | REVIEW KPMG WORKPAPERS AND OTHER DOCUMENTS PRODUCED BY KPMG | WRIGHT | 2.30 | $966.00 |
| Nov 13 07 | CODE ELECTRONIC DOCUMENTS ON RINGTAIL DATABASE | DAVILAR | 6.50 | $1,495.00 |
| Nov 13 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 5.40 | $1,863.00 |
| Nov 13 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS ON TO RINGTAIL DATABASE | GIBBONS | 4.00 | $1,040.00 |
| Nov 14 07 | PARTICIPATE IN LITIGATION TEAM CONFERENCE CALL REGARDING STATUS OF DOCUMENT REVIEW AND ANALYSIS | WRIGHT | 0.40 | $168.00 |
| Nov 14 07 | REVIEW MATERIALS FROM FTI CONSULTING REGARDING | WRIGHT | 4.60 | $1,932.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | POSSIBLE CLAIMS AND ANALYSIS OF ACCOUNTING METHODOLOGIES AND STRATEGIES EMPLOYED BY DEBTOR | | | |
| Nov 14 07 | LITIGATION TEAM MEETING TO DISCUSS PROTOCOL FOR DOCUMENT REVIEW | DAVILAR | 0.20 | $46.00 |
| Nov 14 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIAN: PATTI DODGE ON RINGTAIL DATABASE | DAVILAR | 6.10 | $1,403.00 |
| Nov 14 07 | ATTEND WEEKLY TELECONFERENCE TO DISCUSS DOCUMENT REVIEW PROTOCOL AND STRATEGY | VONGTAMA | 0.20 | $69.00 |
| Nov 14 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS UNDER "NO CUSTODIAN" | VONGTAMA | 6.40 | $2,208.00 |
| Nov 14 07 | ATTEND CONFERENCE CALL | GIBBONS | 0.20 | $52.00 |
| Nov 14 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS ON TO RINGTAIL DATABASE | GIBBONS | 4.00 | $1,040.00 |
| Nov 15 07 | REVIEW OF REIT ELECTION DISCLOSURE, RISK FACTORS AND EXECUTIVE SUMMARY DOCUMENTS PRODUCED BY KPMG AND SUMMARIZED BY FTI CONSULTING | WRIGHT | 4.20 | $1,764.00 |
| Nov 15 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIAN PATTI DODGE ON RINGTAIL DATABASE | DAVILAR | 6.40 | $1,472.00 |
| Nov 15 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 6.60 | $2,277.00 |
| Nov 15 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS ON TO RINGTAIL DATABASE | GIBBONS | 4.00 | $1,040.00 |
| Nov 16 07 | REVIEW ALLOWANCE FOR LOAN LOSSES INFORMATION FROM FTI CONSULTING | WRIGHT | 2.30 | $966.00 |
| Nov 18 07 | REVIEW OF DEBTOR MATERIALS FROM FTI CONSULTING IN PREPARATION FOR MEETING WITH EXAMINER AND ACCOUNTANTS | WRIGHT | 3.50 | $1,470.00 |
| Nov 18 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS RECEIVED FROM DEBTORS AND FILED UNDER "NO CUSTODIAN" | VONGTAMA | 4.10 | $1,414.50 |
| Nov 19 07 | TRAVEL TO NEW YORK CITY WHILE WORKING WITH S. WRIGHT REGARDING LITIGATION ANALYSIS | FATELL | 2.60 | $1,560.00 |
| Nov 19 07 | MEET WITH HAHN & HESSEN PRIOR TO MEETING WITH EXAMINER | FATELL | 0.60 | $360.00 |
| Nov 19 07 | MEETING WITH EXAMINER, BDO AND FTI REPORTING ON EXAMINER PROGRESS | FATELL | 3.70 | $2,220.00 |
| Nov 19 07 | MEETING WITH EXAMINER AND ACCOUNTANTS IN NEW | WRIGHT | 4.30 | $1,806.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | YORK TO DISCUSS ANALYSIS OF POSSIBLE CLAIMS | | | |
| Nov 19 07 | REVIEW OF MATERIALS SUBMITTED BY FTI CONSULTING REGARDING SUBSTANTIVE ANALYSIS OF CLAIMS IN PREPARATION FOR MEETING WITH EXAMINER AND ACCOUNTANTS | WRIGHT | 3.30 | $1,386.00 |
| Nov 19 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIAN, PATTI DODGE ON THE RINGTAIL DATABASE | DAVILAR | 6.00 | $1,380.00 |
| Nov 19 07 | REVIEW AND ANALYSIS OF DOCUMENTS RECEIVED FROM DEBTORS AND ORGANIZED UNDER "NO CUSTODIAN" | VONGTAMA | 7.90 | $2,725.50 |
| Nov 19 07 | CONDUCT REVIEW AND ANALYSIS OF ADDITIONAL DOCUMENTS | VONGTAMA | 2.50 | $862.50 |
| Nov 20 07 | E-MAILS WITH EXAMINER AND HAHN & HESSEN REGARDING CHAMBERS CONFERENCE | FATELL | 0.20 | $120.00 |
| Nov 20 07 | REVIEW MATERIALS ON ALLOWANCE FOR LOAN LOSSES PREPARED BY FTI CONSULTING | WRIGHT | 2.30 | $966.00 |
| Nov 20 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIAN, PATTI DODGE ON THE RINGTAIL DATABASE | DAVILAR | 5.90 | $1,357.00 |
| Nov 20 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 4.30 | $1,483.50 |
| Nov 20 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS ON TO RINGTAIL DATABASE | GIBBONS | 2.00 | $520.00 |
| Nov 21 07 | REVIEW MATERIALS ON ALLOWANCE FOR LOAN LOSSES PREPARED BY FTI CONSULTING | WRIGHT | 2.40 | $1,008.00 |
| Nov 21 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIAN, PATTI DODGE ON THE RINGTAIL DATABASE | DAVILAR | 6.30 | $1,449.00 |
| Nov 21 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 3.40 | $1,173.00 |
| Nov 21 07 | ATTEND CONFERENCE CALL | GIBBONS | 0.20 | $52.00 |
| Nov 21 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS ON TO RINGTAIL DATABASE | GIBBONS | 6.00 | $1,560.00 |
| Nov 26 07 | REVIEW ADDITIONAL KPMG MATERIALS, INCLUDING E-MAILS AND WORKPAPERS | WRIGHT | 4.30 | $1,806.00 |
| Nov 26 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIAN, PATTI DODGE ON THE RINGTAIL DATABASE | DAVILAR | 6.30 | $1,449.00 |
| Nov 26 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 5.50 | $1,897.50 |
| Nov 26 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS ON TO RINGTAIL DATABASE | GIBBONS | 4.00 | $1,040.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Nov 27 07 | REVIEW KPMG WORKPAPERS, E-MAILS ETC. IN ANALYZING POTENTIAL CLAIMS | WRIGHT | 4.60 | $1,932.00 |
| Nov 27 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIAN, PATTI DODGE ON THE RINGTAIL DATABASE | DAVILAR | 6.00 | $1,380.00 |
| Nov 27 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 6.60 | $2,277.00 |
| Nov 27 07 | CORRESPOND WITH S. WRIGHT AND M. VONGTAMA REGARDING DOCUMENT REVIEW | COURTNEY | 0.20 | $72.00 |
| Nov 27 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS ON TO RINGTAIL DATABASE | GIBBONS | 4.00 | $1,040.00 |
| Nov 28 07 | LITIGATION TEAM STRATEGY CONFERENCE CALL | WRIGHT | 0.40 | $168.00 |
| Nov 28 07 | REVIEW AND ANALYZE KPMG E-MAILS, WORKPAPERS, AND BACKGROUND INFORMATION ON DEBTORS' FINANCIAL STRUCTURE IN PREPARATION FOR CONFERENCE CALL WITH FTI CONSULTING | WRIGHT | 6.30 | $2,646.00 |
| Nov 28 07 | LITIGATION TEAM MEETING TO DISCUSS PROTOCOL FOR DOCUMENT REVIEW | DAVILAR | 0.10 | $23.00 |
| Nov 28 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIAN, PATTI DODGE ON THE RINGTAIL DATABASE | DAVILAR | 5.90 | $1,357.00 |
| Nov 28 07 | TELECONFERENCE WITH INVESTIGATION TEAM | VONGTAMA | 0.10 | $34.50 |
| Nov 28 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 3.50 | $1,207.50 |
| Nov 28 07 | CORRESPOND WITH G. KOCHANSKY REGARDING DOCUMENT REVIEW; CONFERENCE CALL WITH REVIEW TEAM; REVIEW DOCUMENTS | COURTNEY | 3.00 | $1,080.00 |
| Nov 29 07 | REVIEW POWERPOINT PRESENTATION SUBMITTED BY FTI CONSULTING ON DEBTORS' FINANCIAL STRUCTURE | WRIGHT | 0.60 | $252.00 |
| Nov 29 07 | PARTICIPATE IN CONFERENCE CALL WITH FTI CONSULTING AND HAHN & HESSEN REGARDING LITIGATION STRATEGY | WRIGHT | 3.00 | $1,260.00 |
| Nov 29 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIAN, PATTI DODGE ON THE RINGTAIL DATABASE | DAVILAR | 6.20 | $1,426.00 |
| Nov 29 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 4.10 | $1,476.00 |
| Nov 30 07 | TELECONFERENCE WITH JUDGE CAREY CHAMBERS REGARDING CHAMBERS CONFERENCE WITH EXAMINER | FATELL | 0.40 | $240.00 |
| Nov 30 07 | CONTINUE REVIEW OF KPMG WORKPAPERS AND E-MAILS, BOD MINUTES IN LIGHT OF FTI'S PRESENTATION | WRIGHT | 4.20 | $1,764.00 |
| Nov 30 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIAN, PATTI | DAVILAR | 6.20 | $1,426.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | DODGE ON THE RINGTAIL DATABASE | | | |
| Nov 30 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 3.60 | $1,296.00 |

PROJECT CODE TOTALS  16              TOTAL VALUE:  $98,363.00      310.00

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  17 | | | | |
| Nov 06 07 | ATTEND OMNIBUS HEARING | STAIB | 0.90 | $346.50 |
| Nov 19 07 | REVIEW NOVEMBER 20, 2007 AGENDA; FORWARD COPY OF SAME TO B. FATELL | MOODY | 0.10 | $20.00 |
| Nov 20 07 | REVIEW AGENDA LETTER | FATELL | 0.20 | $120.00 |
| Nov 20 07 | REVIEW DOCUMENTS REGARDING DEBTORS CAPTIVE INSURANCE COMPANY AND RUBIO PLAINTIFFS OBJECTION | FATELL | 0.30 | $180.00 |
| Nov 20 07 | ATTEND OMNIBUS HEARING | FATELL | 1.20 | $720.00 |

PROJECT CODE TOTALS  17          TOTAL VALUE:   $1,386.50      2.70

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  19 | | | | |
| Nov 08 07 | REVIEW AND EXECUTE STIPULATION REGARDING D&O INSURANCE DEFENSE COSTS | FATELL | 0.20 | $120.00 |

| PROJECT CODE TOTALS  19 | TOTAL VALUE: | $120.00 | 0.20 |
|--------------------------|--------------|---------|------|

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  20 | | | | |
| Nov 19 07 | RETURN TRAVEL TO PHILADELPHIA (NON-WORKING) | FATELL | 1.40 | $840.00 |
| Nov 19 07 | ROUND TRIP TRAVEL TO NEW YORK TO ATTEND MEETING WITH EXAMINER AND ACCOUNTANTS; REVIEW DOCUMENTS TO PREPARE FOR MEETING AND ANALYZE INFORMATION FOLLOWING MEETING | WRIGHT | 5.00 | $2,100.00 |
| Nov 27 07 | TRAVEL TO NEW YORK CITY (NON-WORKING) | FATELL | 1.70 | $1,020.00 |
| Nov 27 07 | RETURN TO PHILADELPHIA FROM NEW YORK CITY MEETING (NON-WORKING) | FATELL | 1.80 | $1,080.00 |

PROJECT CODE TOTALS   20                    TOTAL VALUE:    $5,040.00        9.90

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|---|------------|-------|----------------|
| REPORT TOTALS | | TOTAL VALUE: | 146,756.00 | 419.40 | |