# Exhibit B

NEW CENTURY OFFICIAL COMMITTEE
EXPENSE SUMMARY
NOVEMBER 1 - 30, 2007

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | In-House @ $.24/minute | $5.57 |
| Telephone Conference Calls | | $21.53 |
| Courier and Express Services | Federal Express | $136.23 |
| Reproduction of Documents | In-House @ $.10/copy | $241.60 |
| Hand Delivery Service | Parcels | $210.00 |
| Travel Expenses | M. Vongtama, S. Wright, B. Fatell | $811.80 |
| Westlaw | | $36.50 |
| Record/Docket Searches | | $75.84 |
| **TOTAL** | | **$1,539.07** |

Billed and Unbilled Recap Of Account Detail 04264B-0600 Representation of Official Committee   Page 3 of 7
Client:127340 - NEW CENTURY OFFICIAL COMMITTEE OF   1/14/2008 10:01:58 AM

Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 10/02/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5402564 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 10/08/2007 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | Court ID: DEBK | 5402565 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 10/08/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5402566 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE323 | |
| 10/10/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5402567 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 10/10/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5402568 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 10/10/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5402569 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 10/16/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5402570 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE329 | |
| 10/16/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5402571 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE329 | |
| 10/23/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 200.00 | 200.00 | HAND DELIVERY SERVICE | 5435234 |
| 10/26/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5402572 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 10/26/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5402573 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE342 | |
| 10/29/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5402574 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 10/29/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5402575 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 10/29/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5402576 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 10/29/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5402577 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 10/30/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5402578 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 10/30/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5402579 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 10/31/2007 | 08413 | SHAWN WRIGHT | 11HARD | 1.00 | 12.40 | 12.40 | TELEPHONE CONFERENCE CALLS - CONFERENCE | 5414865 |
| | | | | | | | AMERICA, INC. CONS000181140 | |
| | | | | | | | Bank ID: 210 Check Number: 60179 | |
| | | Voucher=611778 Paid | | | | | Vendor=CONFERENCE AMERICA, INC.  Balance= .00  Amount= | |
| | | | | | | | 433.85 | |
| | | | | | | | Check #60179  01/03/2008 | |
| 11/02/2007 | 00020 | BONNIE G. FATELL | 30 | 595.00 | 0.10 | 59.50 | REPRODUCTION OF DOCUMENTS | 5369276 |
| 11/02/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 6.61 | 6.61 | FEDERAL EXPRESS | 5385724 |

Client:127340 - NEW CENTURY OFFICIAL COMMITTEE OF 1/14/2008 10:01:58 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Invoice: 236735597 | |
| | | | | | | | Tracking: 856767698960 | |
| | | | | | | | Name:   RICHARD G PLACEY | |
| | | | | | | | Company:  MONTGOMERY MC CRACKER WALKER | |
| | | | | | | | Address1:  123 S BOARD ST | |
| | | | | | | | City,St,Z: PHILADELPHIA, PA  19109 | |
| | | | | | | | Reference: 127340-01600 | |
| 11/04/2007 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 165.10 | 165.10 | WESTLAW | 5374336 |
| | | | | | | | OULAVONG,MELIS | |
| 11/07/2007 | 05016 | MELISSA S. VONGTAMA | 06 | 1.00 | 77.00 | 77.00 | TRAVEL EXPENSE: PARKING, TOLLS - MELISSA S. | 5396559 |
| | | | | | | | VONGTAMA CABS - LATE NIGHT 11/7, 14, 19-20/07 | |
| | | Voucher=609889 Paid | | | | | Bank ID: 210 Check Number: 58499 | |
| | | | | | | | Vendor=MELISSA S. VONGTAMA  Balance= .00  Amount= 77.00 | |
| | | | | | | | Check #58499  12/04/2007 | |
| 11/07/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: NYSBK | 5409558 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 11/07/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: NYSBK | 5409560 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE321 | |
| 11/07/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: NYSBK | 5409562 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE321 | |
| 11/07/2007 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | Court ID: NYSBK | 5409564 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE319 | |
| 11/08/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE | 5435271 |
| 11/08/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE | 5435272 |
| 11/08/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5438740 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 11/09/2007 | 00020 | BONNIE G. FATELL | 10 | 3.80 | 0.24 | 0.91 | LONG DISTANCE TELEPHONE CALLS | 5383085 |
| 11/14/2007 | 00020 | BONNIE G. FATELL | 10 | 9.50 | 0.24 | 2.28 | LONG DISTANCE TELEPHONE CALLS | 5383462 |
| 11/14/2007 | 02489 | KIM BRATHWAITE | 30 | 1749.00 | 0.10 | 174.90 | REPRODUCTION OF DOCUMENTS | 5390784 |
| 11/14/2007 | 02489 | KIM BRATHWAITE | 30 | 1749.00 | 0.10 | 174.90 | REPRODUCTION OF DOCUMENTS | 5392248 |
| 11/14/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 23.17 | 23.17 | FEDERAL EXPRESS | 5394006 |
| | | | | | | | Invoice: 237949556 | |
| | | | | | | | Tracking: 790382745798 | |
| | | | | | | | Name:   Suzzanne S. Uhland | |
| | | | | | | | Company:  O'Melveny & Myers LLP | |
| | | | | | | | Address1:  275 Battery St | |
| | | | | | | | City,St,Z: SAN FRANCISCO, CA  94111 | |
| | | | | | | | Reference: 127340.01600 | |
| 11/14/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 23.17 | 23.17 | FEDERAL EXPRESS | 5394008 |
| | | | | | | | Invoice: 237949556 | |
| | | | | | | | Tracking: 790382750536 | |
| | | | | | | | Name:   Emily Culler | |
| | | | | | | | Company:  O'Melveny & Myers LLP | |
| | | | | | | | Address1:  400 S Hope St | |
| | | | | | | | City,St,Z: LOS ANGELES, CA  90071 | |
| | | | | | | | Reference: 127340.01600 | |
| 11/14/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 23.17 | 23.17 | FEDERAL EXPRESS | 5394010 |
| | | | | | | | Invoice: 237949556 | |
| | | | | | | | Tracking: 790382753844 | |
| | | | | | | | Name:   Monika L. McCarthy, Esq. | |
| | | | | | | | Address1:  18400 Von Karman Ave | |
| | | | | | | | City,St,Z: IRVINE, CA  92612 | |
| | | | | | | | Reference: 127340.01600 | |
| 11/14/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 23.17 | 23.17 | FEDERAL EXPRESS | 5394012 |

Billed and Unbilled Recap Of Cost Detail - [127340 01600 - REPRESENTATION OF OFFICIAL COMMITTEE]

Client:127340 - NEW CENTURY OFFICIAL COMMITTEE OF  1/14/2008 10:01:58 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Invoice: 237949556 | |
| | | | | | | | Tracking: 790874401330 | |
| | | | | | | | Name: Bennet L. Spiegel | |
| | | | | | | | Company: Kirkland & Ellis LLP | |
| | | | | | | | Address1: 777 S Figueroa St | |
| | | | | | | | City,St,Z: LOS ANGELES, CA 90017 | |
| | | | | | | | Reference: 127340.01600 | |
| 11/14/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 12.46 | 12.46 | FEDERAL EXPRESS | 5394014 |
| | | | | | | | Invoice: 237949556 | |
| | | | | | | | Tracking: 791434609794 | |
| | | | | | | | Name: Holly Felder Etlin | |
| | | | | | | | Company: AP Services, LLC | |
| | | | | | | | Address1: 9 W 57th St | |
| | | | | | | | City,St,Z: NEW YORK CITY, NY 10019 | |
| | | | | | | | Reference: 127340.01600 | |
| 11/14/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 12.46 | 12.46 | FEDERAL EXPRESS | 5394016 |
| | | | | | | | Invoice: 237949556 | |
| | | | | | | | Tracking: 798309654950 | |
| | | | | | | | Name: Michael J. Missal, Esq. | |
| | | | | | | | Company: Kirkpatrick & Lockhart Preston | |
| | | | | | | | Address1: 1601 K St NW | |
| | | | | | | | City,St,Z: WASHINGTON, DC 20006 | |
| | | | | | | | Reference: 127340.01600 | |
| 11/14/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 12.02 | 12.02 | FEDERAL EXPRESS | 5394018 |
| | | | | | | | Invoice: 237949556 | |
| | | | | | | | Tracking: 798090404416 | |
| | | | | | | | Name: Mark S. Indelicato | |
| | | | | | | | Company: Hahn & Hessen LLP | |
| | | | | | | | Address1: 488 Madison Ave | |
| | | | | | | | City,St,Z: NEW YORK CITY, NY 10022 | |
| | | | | | | | Reference: 127340.01600 | |
| 11/14/2007 | 08413 | SHAWN WRIGHT | 64 | 1.00 | 377.00 | 377.00 | Passenger: WRIGHT/SHAWN | 5394657 |
| | | | | | | | 64 TRAVEL EXPENSE: TRAIN | |
| | | | | | | | Travel Date: 11/19/2007 | |
| | | | | | | | Invoice #: 4614 | |
| | | | | | | | Flt  BWI.NYP BWI | |
| | | | | | | | Ticket #:7089918792 | |
| 11/14/2007 | 02489 | KIM BRATHWAITE | 30 | 1749.00 | -0.10 | -174.90 | REPRODUCTION OF DOCUMENTS | 5407667 |
| 11/14/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5438741 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 11/14/2007 | 09994 | BR PACER | PACERPG | 26.00 | 0.08 | 2.08 | Court ID: DEBK | 5438742 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE340 | |
| 11/14/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5438743 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 11/14/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5438744 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE340 | |
| 11/14/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5438745 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 11/15/2007 | 00020 | BONNIE G. FATELL | 64 | 1.00 | 281.00 | 281.00 | Passenger: FATELL/BONNIE | 5394658 |
| | | | | | | | 64 TRAVEL EXPENSE: TRAIN | |
| | | | | | | | Travel Date: 11/19/2007 | |
| | | | | | | | Invoice #: 12905 | |
| | | | | | | | Flt  PHL NYP PHL | |
| | | | | | | | Ticket #:7089470177 | |
| 11/16/2007 | 00020 | BONNIE G. FATELL | 30 | 35.00 | 0.10 | 3.50 | REPRODUCTION OF DOCUMENTS | 5390785 |
| 11/19/2007 | 00020 | BONNIE G. FATELL | 11HARD | 1.00 | 9.13 | 9.13 | TELEPHONE CONFERENCE CALLS - CONFERENCE | 5386125 |
| | | | | | | | AMERICA, INC. | |
| | | | | | | | Bank ID: 210 Check Number: 57999 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | Voucher=609136 Paid | | | | | Vendor=CONFERENCE AMERICA, INC.  Balance= .00  Amount= | |
| | | | | | | | 609.88 | |
| | | | | | | | Check #57999  11/26/2007 | |
| 11/19/2007 | 00020 | BONNIE G. FATELL | 10 | 9.20 | 0.24 | 2.21 | LONG DISTANCE TELEPHONE CALLS | 5387057 |
| 11/20/2007 | 00020 | BONNIE G. FATELL | 30 | 37.00 | 0.10 | 3.70 | REPRODUCTION OF DOCUMENTS | 5390786 |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | Court ID: NYSBK | 5409566 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | Court ID: NYSBK | 5409567 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 9.00 | 0.08 | 0.72 | Court ID: NYSBK | 5409569 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE687 | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | Court ID: NYSBK | 5409571 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE688 | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | Court ID: NYSBK | 5409573 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE688 | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 24.00 | 0.08 | 1.92 | Court ID: NYSBK | 5409575 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE689 | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 14.00 | 0.08 | 1.12 | Court ID: NYSBK | 5409577 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE689 | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: NYSBK | 5409579 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE689 | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 9.00 | 0.08 | 0.72 | Court ID: NYSBK | 5409581 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE689 | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | Court ID: NYSBK | 5409582 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE689 | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 24.00 | 0.08 | 1.92 | Court ID: NYSBK | 5409583 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE689 | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 25.00 | 0.08 | 2.00 | Court ID: NYSBK | 5409585 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE690 | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | Court ID: NYSBK | 5409586 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE690 | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 26.00 | 0.08 | 2.08 | Court ID: NYSBK | 5409588 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE692 | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | Court ID: NYSBK | 5409590 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE693 | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | Court ID: NYSBK | 5409592 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE693 | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | Court ID: NYSBK | 5409595 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE694 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/20/2007 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | Court ID: NYSBK | 5409596 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE694 | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | Court ID: NYSBK | 5409598 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE694 | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | Court ID: NYSBK | 5409600 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE694 | |
| 11/20/2007 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | Court ID: NYSBK | 5409602 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE693 | |
| 11/21/2007 | 00020 | BONNIE G. FATELL | 10 | 0.70 | 0.24 | 0.17 | LONG DISTANCE TELEPHONE CALLS | 5388170 |
| 11/26/2007 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 17.39 | 17.39 | WESTLAW | 5402835 |
| | | | | | | | STEVENS,KARI K | |
| 11/28/2007 | 05923 | MICHELLE G. COURTNEY | 48 | 1.00 | 36.00 | 36.00 | CAB FARE REIMBURSEMENT - MICHELLE G. COURTNEY | 5425263 |
| | | | | | | | WORKING LATE 11/28-29, 12/5, 10 AND 12/07 | |
| | | | | | | | Bank ID: 210 Check Number: 59585 | |
| | | Voucher=612450 Paid | | | | | Vendor=MICHELLE G. COURTNEY  Balance= .00  Amount= 36.00 | |
| | | | | | | | Check #59585  12/31/2007 | |
| 11/30/2007 | 00020 | BONNIE G. FATELL | 78 | 1.00 | 40.80 | 40.80 | TRAVEL EXPENSE: LOCAL TRANSPORTATION - | 5400943 |
| | | | | | | | EXECUTIVE CHARGE INC - INV 1169036 - DATE: | |
| | | | | | | | 10/31/07 | |
| | | | | | | | Bank ID: 210 Check Number: 60434 | |
| | | Voucher=610384 Paid | | | | | Vendor=EXECUTIVE CHARGE INC  Balance= .00  Amount= 3811.43 | |
| | | | | | | | Check #60434  01/07/2008 | |
| | | | | | | | | |
| | | UNBILLED TOTALS:  WORK | | | | 1,685.06 | 77 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 1,539.07 | | |
| | | | | | | | | |
| | | GRAND TOTAL:      WORK: | | | | 1,685.06 | 77 records | |
| | | GRAND TOTAL:      BILL: | | | | 1,539.07 | | |