IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

## NOTICE OF (A) INTENT TO FILE AMENDED TAX RETURNS AND (B) PAYMENT OF WITHHOLDING TAXES

PLEASE TAKE NOTICE that in the course of continuing payroll reconciliations with its third-party payroll vendor, the above-captioned debtors and debtors in possession (the "Debtors") have determined that New Century Mortgage Corporation, Home123 Corporation, and New Century Warehouse Corporation must amend certain tax returns for 2006 and 2007 relating to "trust fund" taxes that the Debtors have withheld from employees. Such amended tax returns reflect that the Debtors have outstanding trust-fund tax liability of $565,378.82. A complete list of the tax returns that the Debtors have determined must be amended, along with the amount to be paid in connection with each amended tax return, is attached hereto as Exhibit A. The trust fund taxes held by the Debtors are not property of the Debtors' estates, see Begier v. IRS, 496 U.S. 53 (1990), and, accordingly, on January 15, 2008, the Debtors are remitting a

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

LA3:1143669.2
RLF1-3243662-1

total of $565,378.82 to their third-party payroll vendor, which, in turn, will file the amended tax returns and remit payments on account of the outstanding tax liabilities to the appropriate taxing authorities no later than January 31, 2008.

Dated: January 15, 2008
      Wilmington, Delaware

Respectfully submitted,

/s/ *Andrew M. Parlen*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Andrew M. Parlen
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION