## **EXHIBIT A**

RLFI-3243676-1

# Exhibit A

| Company | Agency | Year | State | Tax Form | Account No/Tax ID | Liability |
|---|---|---|---|---|---|---|
| HOME123 Corp | Florida Department of Revenue | 2006 | FL | UCT-8A | 2629324-9 | $7.27 |
| HOME123 Corp | Department of Unemployment Insurance | 2006 | KY | UI-3 | 00 767094 6 | $16.80 |
| New Century Mortgage Corp | Arizona Department of Economic Security | 2006 | AZ | UC-018 | 4230541 5 | $49.13 |
| New Century Mortgage Corp | Division of Unemployment Assistance | 2006 | MA | 1711-HI | 83-75969-0 | $51.28 |
| New Century Warehouse Corp | Texas Workforce Commission | 2006 | TX | C-5 | 10-671574-2 | $51.68 |
| HOME123 Corp | Employment Security Commission | 2006 | SC | UCE-120C | 422535-1 | $53.86 |
| New Century Mortgage Corp | Employment Security | 2006 | NH | STF NH37609F | 149982 | $79.73 |
| New Century Mortgage Corp | Virginia Employment Commission | 2006 | VA | VEC-FC-34 | 6815250 | $95.63 |
| New Century Mortgage Corp | Florida Department of Revenue | 2006 | FL | UCT-8A | 2447091-2 | $108.36 |
| New Century Mortgage Corp | Department of Labor & Industry | 2006 | PA | UC-2X | 99-999688-8 | $108.40 |
| New Century Mortgage Corp | Department of Taxation | 2006 | OH | IT-941X | 52-613008 | $117.48 |
| HOME123 Corp | Indiana Department of Workforce Development | 2006 | IN | 44954 | 538474 | $128.25 |
| New Century Mortgage Corp | Indiana Department of Workforce Development | 2006 | IN | 44954 | 554849 | $149.78 |
| New Century Mortgage Corp | Virginia Employment Commission | 2006 | VA | VEC-FC-34 | 8435049 | $156.53 |
| HOME123 Corp | Georgia Department of Labor | 2006 | GA | DOL-3C | 908753-07 | $212.98 |
| New Century Mortgage Corp | Ohio Department of Job & Family Services | 2006 | OH | JPS 66105 | 135238-00-0 | $225.40 |
| HOME123 Corp | Arizona Department of Economic Security | 2006 | AZ | UC-018 | 6027450 4 | $260.54 |

RLF1-3245676-1

| Company | Agency | Year | State | Tax Form | Account No/Tax ID | Liability |
|---|---|---|---|---|---|---|
| HOME123 Corp | Arizona Department of Economic Security | 2006 | AZ | UC-522 | 6027450 4 | $282.88 |
| New Century Mortgage Corp | TN Department of Labor and Workforce Development | 2006 | TN | LB-0456 | 0538-378 8 | $326.59 |
| New Century Mortgage Corp | Colorado Department of Labor & Employment | 2006 | CO | UITR-3 | 584699009 | $404.70 |
| New Century Mortgage Corp | NYS Employment Taxes | 2006 | NY | NYS-45-X-MN | 46391937/ 931195257 | $476.78 |
| HOME123 Corp | Department of Labor & Economic Growth | 2006 | MI | UIA 1021 | 1499531 | $514.38 |
| New Century Mortgage Corp | Texas Workforce Commission | 2006 | TX | C-5 | 09-268691-4 | $523.94 |
| HOME123 Corp | Department of Labor & Industry | 2006 | PA | UC-2X | 86-27006-4 | $600.32 |
| New Century Mortgage Corp | Massachusetts Department of Workforce Development | 2006 | MA | 0735-NCR | 83-75969-0 | $646.24 |
| New Century Mortgage Corp | Department of Labor & Economic Growth | 2006 | MI | UIA 1021 | 1445186 | $650.20 |
| HOME123 Corp | North Carolina Department of Revenue | 2006 | NC | NC-5X | 600527081 | $1,906.00 |
| New Century Mortgage Corp | CA Employment Development Department | 2007 | CA | DE-678 | 484-1908-9 | $122,143.26 |
| New Century Mortgage Corp | IRS - Adjustment to Federal + FICA | 2007 | IRS | 941C | 93-1195257 | $435,030.43 |
| Total | | | | | | $565,378.82 |