WILMINGTON
TRUST

## Activity Detail

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 11/15/2007 | MATURITY | (52,373,000.0000) | MATURITY |
| | | | 52,373,000 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/14/2007 4.20% 11/15/2007 |
| | | | PAYABLE 11/15/2007 |
| | PURCHASE | 52,395,190.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/15/2007 4.12% 11/16/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 11/15/2007 |
| | | | PAYABLE SATISFIED |
| | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |
| 11/16/2007 | MATURITY | (52,395,190.0000) | MATURITY |
| | | | 52,395,190 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/15/2007 4.12% 11/16/2007 |
| | | | PAYABLE 11/16/2007 |
| | PURCHASE | 51,895,000.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/16/2007 4.17% 11/19/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 11/16/2007 |
| | | | PAYABLE SATISFIED |

**WILMINGTON**
TRUST

# Activity Detail

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 11/16/2007 | PURCHASE | 506,350.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/16/2007 4.17% 11/19/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 11/16/2007 |
| | | | PAYABLE SATISFIED |
| | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |
| 11/19/2007 | MATURITY | (52,401,350.0000) | MATURITY |
| | | | 52,401,350 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/16/2007 4.17% 11/19/2007 |
| | | | PAYABLE 11/19/2007 |
| | PURCHASE | 52,407,463.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/19/2007 4.28% 11/20/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 11/19/2007 |
| | | | PAYABLE SATISFIED |
| | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |
| 11/20/2007 | MATURITY | (52,407,463.0000) | MATURITY |
| | | | 52,407,463 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/19/2007 4.28% 11/20/2007 |
| | | | PAYABLE 11/20/2007 |



# Activity Detail

| DATE | TYPE | QUANTITY | DESCRIPTION |
|---|---|---|---|
| 11/20/2007 | PURCHASE | 48,280,000.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/20/2007 4.26% 11/21/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 11/20/2007 |
| | | | PAYABLE SATISFIED |
| | PURCHASE | 4,133,400.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/20/2007 4.26% 11/21/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 11/20/2007 |
| | | | PAYABLE SATISFIED |
| | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |
| 11/21/2007 | MATURITY | (52,413,400.0000) | MATURITY |
| | | | 52,413,400 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/20/2007 4.26% 11/21/2007 |
| | | | PAYABLE 11/21/2007 |
| | PURCHASE | 52,431,600.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/21/2007 4.05% 11/23/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 11/21/2007 |
| | | | PAYABLE SATISFIED |
| | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |

# WILMINGTON
## TRUST

## Activity Detail

**Account Number**

*November 1, 2007 thru*

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 11/23/2007 | MATURITY | (52,431,600.0000) | MATURITY |
| | | | 52,431,600 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/21/2007 4.05% 11/23/2007 |
| | | | PAYABLE 11/23/2007 |
| | PURCHASE | 52,437,900.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/23/2007 4.10% 11/26/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 11/23/2007 |
| | | | PAYABLE SATISFIED |
| | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |
| 11/26/2007 | MATURITY | (52,437,900.0000) | MATURITY |
| | | | 52,437,900 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/23/2007 4.10% 11/26/2007 |
| | | | PAYABLE 11/26/2007 |
| | PURCHASE | 52,444,102.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/26/2007 4.15% 11/27/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 11/26/2007 |
| | | | PAYABLE SATISFIED |
| | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |



2007-12-0400001069100000 PSB5000029 000

WILMINGTON
TRUST

# Activity Detail

Account Number

*November 1, 2007 thro*

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 11/27/2007 | MATURITY | (52,444,102.0000) | MATURITY |
| | | | 52,444,102 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/26/2007 4.15% 11/27/2007 |
| | | | PAYABLE 11/27/2007 |
| | PURCHASE | 52,455,800.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/27/2007 4.05% 11/28/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 11/27/2007 |
| | | | PAYABLE SATISFIED |
| | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |
| 11/28/2007 | MATURITY | (52,455,800.0000) | MATURITY |
| | | | 52,455,800 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/27/2007 4.05% 11/28/2007 |
| | | | PAYABLE 11/28/2007 |
| | PURCHASE | 52,473,815.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/28/2007 3.70% 11/29/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 11/28/2007 |
| | | | PAYABLE SATISFIED |
| | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |

**WILMINGTON**
TRUST

## Activity Detail

__Account Number__

*November 1, 2007 thro.*

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 11/29/2007 | MATURITY | (52,473,815.0000) | MATURITY |
| | | | 52,473,815 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/28/2007 3.70% 11/29/2007 |
| | | | PAYABLE 11/29/2007 |
| | PURCHASE | 52,479,861.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/29/2007 2.98% 11/30/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 11/29/2007 |
| | | | PAYABLE SATISFIED |
| | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |
| 11/30/2007 | MATURITY | (52,479,861.0000) | MATURITY |
| | | | 52,479,861 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/29/2007 2.98% 11/30/2007 |
| | | | PAYABLE 11/30/2007 |
| | OTHER DISBURSEMENT | | AS DIRECTED - DISBURSEMENT |
| | | | PAID TO UNION BANK OF CALIFORNIA |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | FUNDS WIRED TO UNION BANK OF CALIFORNIA |
| | | | DEPOSITED FROM ACCOUNT NUMBER AS-DIRECTED |
| | PURCHASE | 42,485,762.0000 | PURCHASE SETTLEMENT |
| | | | CANTOR FITZGERALD REPURCHASE AGREEMENT |
| | | | DTD 11/30/2007 3.10% 12/3/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 11/30/2007 |
| | | | PAYABLE SATISFIED |



2007-12-0400001069100000 PSB5000029 0001

# WILMINGTON
## TRUST

# Activity Detail

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 11/30/2007 | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |
| **CLOSING BALANCES:** | | | |

## INCOME
### PORTFOLIO 1: NEW CENTURY INC USD
### OPENING BALANCES:

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 11/1/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 52,302,100 UNITS OF |
| | | | ABN REPURCHASE AGREEMENT |
| | | | DTD 10/31/2007 4.40% 11/1/2007 |
| | | | PAYABLE 11/1/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 10/31/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 11/2/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 52,308,900 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/1/2007 4.42% 11/2/2007 |
| | | | PAYABLE 11/2/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/1/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |

# WILMINGTON
TRUST

## Activity Detail

**Account Number**

*November 1, 2007 thro*

| DATE | TYPE | QUANTITY | DESCRIPTION |
|---|---|---|---|
| 11/5/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 52,315,700 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/2/2007 4.43% 11/5/2007 |
| | | | PAYABLE 11/5/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/4/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 11/6/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 52,322,190 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/5/2007 4.42% 11/6/2007 |
| | | | PAYABLE 11/6/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/5/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 11/7/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 52,328,600 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/6/2007 4.36% 11/7/2007 |
| | | | PAYABLE 11/7/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/6/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |



2007-12-0400001069100000  PSB5000029  000

WILMINGTON
TRUST

# Activity Detail

Account Number

*November 1, 2007 thro*

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 11/8/2007 | INTEREST | | INTEREST PAYMENT |
| | | 52,347,900 | UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/7/2007 4.25% 11/8/2007 |
| | | | PAYABLE 11/8/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/7/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 11/9/2007 | INTEREST | | INTEREST PAYMENT |
| | | 52,354,300 | UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/8/2007 4.28% 11/9/2007 |
| | | | PAYABLE 11/9/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/8/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 11/12/2007 | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/11/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 11/13/2007 | INTEREST | | INTEREST PAYMENT |
| | | 52,360,600 | UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/9/2007 3.80% 11/13/2007 |
| | | | PAYABLE 11/13/2007 |

**WILMINGTON**
TRUST

# Activity Detail

__Account Number__

*November 1, 2007 thr*

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 11/14/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 52,373,000 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/13/2007 4.23% 11/14/2007 |
| | | | PAYABLE 11/14/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/13/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 11/15/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 52,373,000 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/14/2007 4.20% 11/15/2007 |
| | | | PAYABLE 11/15/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/14/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 11/16/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 52,395,190 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/15/2007 4.12% 11/16/2007 |
| | | | PAYABLE 11/16/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/15/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |



2007-12-0400001069100000  PSB5000029  000:

WILMINGTON
TRUST

# Activity Detail

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 11/19/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 52,401,350 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/16/2007 4.17% 11/19/2007 |
| | | | PAYABLE 11/19/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/18/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 11/20/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 52,407,463 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/19/2007 4.28% 11/20/2007 |
| | | | PAYABLE 11/20/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/19/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 11/21/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 52,413,400 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/20/2007 4.26% 11/21/2007 |
| | | | PAYABLE 11/21/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/20/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |

# WILMINGTON
TRUST

## Activity Detail

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 11/23/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 52,431,600 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/21/2007 4.05% 11/23/2007 |
| | | | PAYABLE 11/23/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/22/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 11/26/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 52,437,900 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/23/2007 4.10% 11/26/2007 |
| | | | PAYABLE 11/26/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/25/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 11/27/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 52,444,102 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/26/2007 4.15% 11/27/2007 |
| | | | PAYABLE 11/27/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/26/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |



WASHINGTON
TRUST

# Activity Detail

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 11/28/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 52,455,000 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/27/2007 4.05% 11/28/2007 |
| | | | PAYABLE 11/28/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/27/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 11/29/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 52,473,815 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/28/2007 3.70% 11/29/2007 |
| | | | PAYABLE 11/29/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/28/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 11/30/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 52,479,861 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 11/29/2007 2.98% 11/30/2007 |
| | | | PAYABLE 11/30/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 11/29/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |

# WILMINGTON TRUST

## Activity Detail

**Account Number**

*November 1, 2007 thru*

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|

**CLOSING BALANCES:**



2007-12-0400001069100000  PSB5000029  0001

WILMINGTON
TRUST

# Equity Diversification

Account Number

*As of November 30, 200*

| INDUSTRY CLASSIFICATION | MARKET VALUE (M/V) | % EQ |
|---|---|---|
| No equity investments to report. | | |

2007-12-0400001069100000  PSB5000029  0001

**WILMINGTON**
TRUST

## Fixed Income Analysis

**Account Number**

*As of November 30, 20*

No fixed income investments to report.



2007-12-040000106910000  PSB5000029  0001

WILMINGTON
TRUST

THIS PAGE IS INTENTIONALLY LEFT BLANK

**NEW CENTURY MORTGAGE CORPORATION**
**ASSET SALES ESCROW ACCOUNT**
**UNION BANK 7930004221**
**ACCOUNT RECONCILIATION  NCMC 1057-0000**
**As of November 30, 2007**

| Balance per bank | | | | 1,690,676.36 |
|---|---|---|---|---|
| 11/01/07 | JRNL200158875 | Deposit Asset Sales | | 64,870.00 |
| 11/08/07 | JRNL200158977 | Deposit Asset Sales | | 106,561.00 |
| Adjusted bank balance | | | | 1,862,107.36 |

| Balance per G/L | | | | 1,595,361.20 |
|---|---|---|---|---|
| 11/27/04 | Wire Trans TRN 1127020803 112707 200711270000558 | 93055321 | 27,600.00 |
| 11/27/04 | Wire Trans TRN 1127014876 112707 071127103430EK0 | 93051673 | 239,146.16 |
| | | | 1,862,107.36 |

variance                                                                              -



## STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES        CA   90071

Page 1 of 1
NEW   CENTURY   MORTGAGE
CORPORATION
**Statement Number: 7930004221**
11/01/07 - 11/30/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION**
**DEBTOR-IN-POSSESSION CASE #07-10417**
**ASSET SALES ESCROW ACCOUNT**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■

---

### Analyzed Business Checking Summary

Account Number: 7930004221

Days in statement period: Days in statement period: 30

| | | | |
|---|---|---|---|
| **Balance on 11/ 1** | $ | | **1,377,265.20** |
| **Total Credits** | | | **313,411.16** |
| Electronic credits (3) | | 313,411.16 | |
| **Total Debits** | | | **0.00** |
| **Balance on 11/30** | $ | | **1,690,676.36** |

## C R E D I T S

### Electronic credits

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 11/14 | WIRE TRANS TRN 1114022228 111407 UBOC UB143422N | 93054803 | $  46,665.00 ✓ |
| 11/27 | WIRE TRANS TRN 1127020803 112707 20071270000558 | 93055321 | 27,600.00 |
| 11/27 | WIRE TRANS TRN 1127014876 112707 071127103430EK0 | 93051673 | 239,146.16 |
| | **3  Electronic credits** | **Total** | $   **313,411.16** |

## D E B I T S

### Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 11/1-11/13 | $   1,377,265.20 | 11/27-11/30 | $   1,690,676.36 |
| 11/14-11/26 | 1,423,930.20 | | |

**NEW CENTURY MORTGAGE CORPORATION**
**UNION BANK 2110104033**
**UNION BANK 7930000897 (new manual payroll acct)**
**MANUAL PAYROLL**
** ACCOUNT RECONCILIATION - NCMC 1066-0000**
**As of November 30, 2007**

| | | |
|---|---|---|
| Balance per bank | | |
| account closed - no statement available | 2110104033 | - |
| | 7930000897 | 196,869.14 |
| Outstanding checks | | |
| See attached listing | | (91,986.37) |
| Adjusted bank balance | | 104,882.77 |
| | | |
| Balance per G/L | | 104,935.40 |
| Ck #23569 - need to reclass | | (52.63) |
| | | |
| Adjusted G/L balance | | 104,882.77 |
| | | |
| variance | | - |



# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES        CA    90071

Page 1 of 2
NEW   CENTURY   MORTGAGE
CORPORATION
**Statement Number: 7930000897**
11/01/07 - 11/30/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION**
**MANUAL PAYROLL ACCT**
**CASE #07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

## Analyzed Business Checking Summary

Account Number: 7930000897

Days in statement period: Days in statement period: 30

| | | |
|---|---|---|
| **Balance on 11/ 1** | $ | **217,780.91** |
| **Total Credits** | | **121.27** |
| Account recon cr (1) | 121.27 | |
| **Total Debits** | | **-21,033.04** |
| Account recon dr (10) | -21,033.04 | |
| **Balance on 11/30** | $ | **196,869.14** |

## CREDITS

### Account reconciliation credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 11/23 | *ACCOUNT RECON CHECK ADJUSTMENT # 0000024511 | 99890253 | $ | 121.27 |

## DEBITS

### Account reconciliation debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 11/7 | ACCOUNT RECONCILIATION LIST POST | 99977121 | $ | 2,912.42 |
| 11/7 | ACCOUNT RECONCILIATION LIST POST | 99976994 | | 11,512.75 |
| 11/13 | ACCOUNT RECONCILIATION LIST POST | 99977377 | | 1,622.01 |
| 11/14 | ACCOUNT RECONCILIATION LIST POST | 99977218 | | 116.61 |
| 11/15 | ACCOUNT RECONCILIATION LIST POST | 99977193 | | 51.92 |
| 11/19 | ACCOUNT RECONCILIATION LIST POST | 99977225 | | 130.22 |
| 11/20 | ACCOUNT RECONCILIATION LIST POST | 99977201 | | 780.58 |
| 11/21 | ACCOUNT RECONCILIATION LIST POST | 99977175 | | 507.13 |
| 11/27 | ACCOUNT RECONCILIATION LIST POST | 99976847 | | 24.70 |
| 11/28 | ACCOUNT RECONCILIATION LIST POST | 99976820 | | 3,374.70 |
| | **10  Account reconciliation debits** | **Total** | $ | **21,033.04** |

## Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|
| 11/1-11/6 | $ | 214,868.49 | 11/20 | $ | 200,654.40 |
| 11/7-11/12 | | 203,355.74 | 11/21-11/22 | | 200,147.27 |

Page 2 of 2
NEW   CENTURY   MORTGAGE
CORPORATION
**Statement Number: 7930000897**
11/01/07 - 11/30/07

## Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|----------------|------|----------------|
| 11/13 | 201,733.73 | 11/23-11/26 | 200,268.54 |
| 11/14 | 201,617.12 | 11/27 | 200,243.84 |
| 11/15-11/18 | 201,565.20 | 11/28-11/30 | 196,869.14 |
| 11/19 | 201,434.98 | | |

**NEW CENTURY MORTGAGE CORPORATION**
**UNION BANK 2110104025**
**ACCOUNT RECONCILIATION - 1068-0000**
**Operating Account**
**November 30, 2007**

| BALANCE PER BANK | | | | 10,293,469.61 | |
|---|---|---|---|---|---|
| Reconciling Items: | | | | | |
| Date: | | Description | | Amount | |
| Deposit In Transit - Clrs | | | | | |
| 4/30/2007 | LA | NCMC checks rec'd | JRNL200157174 | 79,413.04 | Paul |
| 4/30/2007 | LA | NCMC checks rec'd | JRNL200157174 | 334.11 | Paul |
| 5/31/2007 | LA | 5/29/7 T-3388-1 | JRNL200157355 | 850.59 | Paul |
| 10/11/2007 | | Deposit of $20,046.07 consisted a Ck that posted for $8,389.44 instead of $8,386.44 | | (3.00) | |
| | | | | | |
| ADJ BANK BALANCE | | | | 10,374,064.35 | |

| 10/31/2007 BALANCE PER G/L 1068-0000 | | | 10,252,598.17 | |
|---|---|---|---|---|
| 10/31/2007 BALANCE PER G/L 1068-1190 | | | (49,964.82) | |
| | TOTAL 10/31/2007 G/L BALANCE A/C 1068 | | 10,202,633.35 | |

| Reconciling Items: | | | |
|---|---|---|---|
| Date: | Description | Amount | |
| 11/01/07 | Unencoded Courier Deposit | 64,870.00 | pending bank wire in January 07 |
| 11/08/07 | Unencoded Courier Deposit | 106,561.00 | pending bank wire in January 07 |
| | | | |
| Preliminary G/L BALANCE | | 10,374,064.35 | |

| Adjusted G/L Balance | | 10,374,064.35 |
|---|---|---|

|  | Unreconciled Difference | - |
|---|---|---|



# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 6
NEW   CENTURY   MORTGAGE
CORPORATION
**Statement Number: 2110104025**
11/01/07 - 11/30/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003


**NEW CENTURY MORTGAGE CORPORATION**
**OPERATING ACCOUNT**
**CASE #07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■

---

## Analyzed Business Checking Summary

Account Number: 2110104025

Days in statement period: Days in statement period: 30

| | | |
|---|---:|---:|
| **Balance on 11/ 1** $ | | 1,534,424.53 |
| **Total Credits** | | 22,723,739.12 |
| Deposits (11) | 1,471,529.60 | |
| Electronic credits (18) | 21,248,812.09 | |
| Other credits (3) | 3,397.43 | |
| **Total Debits** | | -13,964,694.04 |
| Electronic debits (84) | -11,351,793.77 | |
| ZBA debits (20) | -2,610,414.13 | |
| Other debits (4) | -2,486.14 | |
| **Balance on 11/30** $ | | 10,293,469.61 |


## C R E D I T S

### Deposits *including check and cash credits*

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 11/1 | UNENCODED COURIER DEPOSIT # 0000022083 | 44441496 | $   399,494.31 |
| 11/1 | UNENCODED COURIER DEPOSIT # 0000022085 | 44441481 | 64,870.00 |
| 11/1 | UNENCODED COURIER DEPOSIT # 0000022097 | 44441484 | 6,366.17 |
| 11/8 | UNENCODED COURIER DEPOSIT # 0000030673 | 44940106 | 317,348.56 |
| 11/8 | UNENCODED COURIER DEPOSIT # 0000035529 | 44940123 | 1,112.00 |
| 11/8 | UNENCODED COURIER DEPOSIT # 0000035531 | 44940118 | 106,561.00 |
| 11/15 | UNENCODED COURIER DEPOSIT # 0000022060 | 44401800 | 3,354.86 |
| 11/15 | UNENCODED COURIER DEPOSIT # 0000022062 | 44406631 | 14,452.46 |
| 11/21 | UNENCODED COURIER DEPOSIT # 0000039591 | 47248058 | 220,115.11 |
| 11/29 | UNENCODED COURIER DEPOSIT # 0000039883 | 45126579 | 336,464.52 |
| 11/29 | UNENCODED COURIER DEPOSIT # 0000039885 | 45126576 | 1,390.61 |
| | **11  Deposits** | **Total** | $   1,471,529.60 |


### Electronic credits

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 11/1 | WIRE TRANS TRN 1101025772 110107 UBOC UB121476N | 93055051 | $   300,000.00 |
| 11/1 | WIRE TRANS TRN 1101025670 110107 UBOC UB121438N | 93054979 | 3,533,388.16 |
| 11/6 | WIRE TRANS TRN 1106023382 110607 0308900310FE | 93056079 | 18,737.04 |
| 11/7 | WIRE TRANS TRN 1107024374 110707 UBOC UB132805N | 93055447 | 1,742.56 |
| 11/14 | WIRE TRANS TRN 1114026743 111407 UBOC UB144419N | 93056918 | 173,313.02 |
| 11/15 | WIRE TRANS TRN 1115023800 111507 UBOC UB145699N | 93053578 | 200,000.00 |

Case 07-10416-BLS    Doc 4434-1    Filed 01/15/08    Page 25 of 40

Page 2 of 6
NEW   CENTURY   MORTGAGE
CORPORATION
**Statement Number: 2110104025**
11/01/07 - 11/30/07

### Electronic credits

| Date | Description/Location | Reference | | Amount |
|------|---------------------|-----------|---|--------|
| 11/15 | WIRE TRANS TRN 1115029024 111507 UBOC UB146772N | 93056753 | | 500,000.00 |
| 11/16 | WIRE TRANS TRN 1116021267 111607 UBOC UB148303N | 93052675 | | 4,500,000.00 |
| 11/20 | WIRE TRANS TRN 1120018218 112007 2270100324JO | 93052998 | | 924.56 |
| 11/20 | WIRE TRANS TRN 1120018221 112007 2270000324JO | 93053001 | | 1,102.99 |
| 11/20 | WIRE TRANS TRN 1120018219 112007 2269900324JO | 93052999 | | 1,868.70 |
| 11/20 | WIRE TRANS TRN 1120018220 112007 2269800324JO | 93053000 | | 2,109.47 |
| 11/20 | WIRE TRANS TRN 1120018217 112007 2269700324JO | 93052997 | | 9,397.20 |
| 11/21 | WIRE TRANS TRN 1121021149 112107 200711210003479 | 93052618 | | 499.15 |
| 11/23 | WIRE TRANS TRN 1123021394 112307 1637400327JO | 93052926 | | 3,649.42 |
| 11/26 | WIRE TRANS TRN 1126016509 112607 1706300330JO | 93052517 | | 2,079.82 |
| 11/28 | WIRE TRANS TRN 1128018608 112807 UBOC UB166012N | 93052331 | | 2,000,000.00 |
| 11/30 | WIRE TRANS TRN 1130021891 113007 20071130135159K | 93055918 | | 10,000,000.00 |
| | **18 Electronic credits** | **Total** | $ | **21,248,812.09** |

### Other credits and adjustments

| Date | Description/Location | Reference | | Amount |
|------|---------------------|-----------|---|--------|
| 11/14 | MISCELLANEOUS BANK ORIGINATED ITEM | 46034988 | $ | 1,084.41 |
| 11/14 | MISCELLANEOUS BANK ORIGINATED ITEM | 46034992 | | 1,813.02 |
| 11/14 | MISCELLANEOUS BANK ORIGINATED ITEM | 46034990 | | 500.00 |
| | **3 Other credits and adjustments** | **Total** | $ | **3,397.43** |

# D E B I T S

### Electronic debits

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 11/1 | WIRE TRANS TRN 1101022043 110107 UBOC 93052892 UB120480N | | $ | 40,119.03 |
| 11/1 | WIRE TRANS TRN 1101026662 110107 UBOC 93055656 UB121772N | | | 91,194.39 |
| 11/1 | WIRE TRANS TRN 1101022044 110107 UBOC 93052893 UB120479N | | | 154,890.64 |
| 11/1 | WIRE TRANS TRN 1101026663 110107 UBOC 93055657 UB121773N | | | 3,928,273.95 |
| 11/2 | WIRE TRANS TRN 1102022907 110207 UBOC 93053161 UB124238N | | | 4,436.10 |
| 11/2 | WIRE TRANS TRN 1102022906 110207 UBOC 93053160 UB124237N | | | 24,037.21 |
| 11/5 | WIRE TRANS TRN 1105019336 110507 UBOC 93052570 UB126815N | | | 601.85 |
| 11/5 | WIRE TRANS TRN 1105021359 110507 UBOC 93053722 UB127310N | | | 1,566.85 |
| 11/5 | WIRE TRANS TRN 1105019341 110507 UBOC 93052573 UB126818N | | | 1,940.90 |
| 11/5 | WIRE TRANS TRN 1105019339 110507 UBOC 93052571 UB126816N | | | 4,030.39 |
| 11/5 | WIRE TRANS TRN 1105019777 110507 UBOC 93052868 UB126956N | | | 5,340.31 |
| 11/5 | WIRE TRANS TRN 1105019340 110507 UBOC 93052572 UB126817N | | | 22,144.40 |
| 11/5 | WIRE TRANS TRN 1105019343 110507 UBOC 93052574 UB126819N | | | 23,066.73 |

**Electronic debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|-------:|
| 11/6 | WIRE TRANS TRN 1106015802 110607 UBOC 93051827 UB128952N | | 1,876.00 |
| 11/6 | WIRE TRANS TRN 1106015804 110607 UBOC 93051828 UB128953N | | 29,573.43 |
| 11/7 | WIRE TRANS TRN 1107019949 110707 UBOC 93052913 UB131865N | | 1,296.00 |
| 11/7 | WIRE TRANS TRN 1107019946 110707 UBOC 93052911 UB131863N | | 3,596.55 |
| 11/7 | WIRE TRANS TRN 1107019948 110707 UBOC 93052912 UB131864N | | 17,999.78 |
| 11/8 | WIRE TRANS TRN 1108019322 110807 UBOC 93052228 UB133774N | | 1,075.30 |
| 11/8 | WIRE TRANS TRN 1108019320 110807 UBOC 93052227 UB133773N | | 23,553.80 |
| 11/8 | WIRE TRANS TRN 1108022587 110807 UBOC 93054050 UB134605N | | 199,665.15 |
| 11/9 | WIRE TRANS TRN 1109021589 110907 UBOC 93053112 UB136633N | | 24,901.22 |
| 11/13 | WIRE TRANS TRN 1113024744 111307 UBOC 93054692 UB139910N | | 1,387.80 |
| 11/13 | WIRE TRANS TRN 1113024745 111307 UBOC 93054693 UB139911N | | 133,829.69 |
| 11/14 | WIRE TRANS TRN 1114018089 111407 UBOC 93052321 UB142320N | | 1,387.80 |
| 11/14 | WIRE TRANS TRN 1114018087 111407 UBOC 93052320 UB142318N | | 1,839.18 |
| 11/14 | WIRE TRANS TRN 1114018086 111407 UBOC 93052319 UB142317N | | 2,437.07 |
| 11/14 | WIRE TRANS TRN 1114018092 111407 UBOC 93052325 UB142322N | | 17,360.82 |
| 11/14 | WIRE TRANS TRN 1114026742 111407 UBOC 93056917 UB144417N | | 33,175.19 |
| 11/14 | WIRE TRANS TRN 1114022228 111407 UBOC 93054802 UB143422N | | 46,665.00 |
| 11/14 | WIRE TRANS TRN 1114018091 111407 UBOC 93052324 UB142321N | | 234,089.60 |
| 11/15 | WIRE TRANS TRN 1115023921 111507 UBOC 93053587 UB145702N | | 1,237.50 |
| 11/15 | WIRE TRANS TRN 1115023923 111507 UBOC 93053590 UB145704N | | 3,188.14 |
| 11/15 | WIRE TRANS TRN 1115023918 111507 UBOC 93053585 UB145701N | | 14,705.57 |
| 11/15 | WIRE TRANS TRN 1115023262 111507 UBOC 93053358 UB145588N | | 21,643.42 |
| 11/15 | WIRE TRANS TRN 1115023922 111507 UBOC 93053589 UB145703N | | 43,790.92 |
| 11/15 | WIRE TRANS TRN 1115023260 111507 UBOC 93053357 UB145587N | | 105,468.33 |
| 11/16 | WIRE TRANS TRN 1116021266 111607 UBOC 93052674 UB148302N | | 1,914.60 |
| 11/16 | WIRE TRANS TRN 1116021264 111607 UBOC 93052673 UB148301N | | 14,127.23 |
| 11/19 | WIRE TRANS TRN 1119017463 111907 UBOC 93052314 UB151296N | | 601.85 |
| 11/19 | WIRE TRANS TRN 1119017466 111907 UBOC 93052316 UB151298N | | 2,380.25 |

**Electronic debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|-------:|
| 11/19 | WIRE TRANS TRN 1119017467 111907 UBOC 93052317 UB151299N | | 2,452.50 |
| 11/19 | WIRE TRANS TRN 1119017469 111907 UBOC 93052319 UB151300N | | 17,906.78 |
| 11/19 | WIRE TRANS TRN 1119018786 111907 UBOC 93053056 UB151598N | | 17,946.74 |
| 11/19 | WIRE TRANS TRN 1119018785 111907 UBOC 93053055 UB151597N | | 25,157.80 |
| 11/19 | WIRE TRANS TRN 1119017464 111907 UBOC 93052315 UB151297N | | 32,633.74 |
| 11/19 | WIRE TRANS TRN 1119026539 111907 UBOC 93056883 UB153079N | | 54,113.90 |
| 11/19 | WIRE TRANS TRN 1119018782 111907 UBOC 93053052 UB151595N | | 181,350.53 |
| 11/19 | WIRE TRANS TRN 1119018783 111907 UBOC 93053053 UB151596N | | 1,848,614.16 |
| 11/20 | WIRE TRANS TRN 1120019365 112007 UBOC 93053768 UB153961N | | 4,296.11 |
| 11/20 | WIRE TRANS TRN 1120017894 112007 UBOC 93052893 UB153603N | | 4,675.00 |
| 11/20 | WIRE TRANS TRN 1120019366 112007 UBOC 93053769 UB153962N | | 6,331.18 |
| 11/20 | WIRE TRANS TRN 1120017895 112007 UBOC 93052894 UB153604N | | 16,090.50 |
| 11/21 | WIRE TRANS TRN 1121021650 112107 UBOC 93052932 UB156786N | | 1,033.70 |
| 11/21 | WIRE TRANS TRN 1121021649 112107 UBOC 93052931 UB156785N | | 1,546.13 |
| 11/21 | WIRE TRANS TRN 1121022566 112107 UBOC 93053562 UB157153N | | 7,484.67 |
| 11/21 | WIRE TRANS TRN 1121021651 112107 UBOC 93052933 UB156787N | | 29,248.94 |
| 11/21 | WIRE TRANS TRN 1121021856 112107 UBOC 93053067 UB156838N | | 724,171.01 |
| 11/26 | WIRE TRANS TRN 1126017696 112607 UBOC 93053194 UB161027N | | 2,390.00 |
| 11/26 | WIRE TRANS TRN 1126017695 112607 UBOC 93053193 UB161026N | | 60,437.48 |
| 11/27 | WIRE TRANS TRN 1127015915 112707 UBOC 93052324 UB163245N | | 1,569.90 |
| 11/27 | WIRE TRANS TRN 1127015916 112707 UBOC 93052325 UB163246N | | 14,774.08 |
| 11/27 | WIRE TRANS TRN 1127022282 112707 UBOC 93056212 UB164785N | | 127,279.47 |
| 11/27 | WIRE TRANS TRN 1127022830 112707 UBOC 93056226 UB164790N | | 413,939.48 |
| 11/28 | WIRE TRANS TRN 1128018621 112807 UBOC 93052339 UB166019N | | 1,010.40 |
| 11/28 | WIRE TRANS TRN 1128025925 112807 UBOC 93056642 UB167651N | | 1,100.00 |
| 11/28 | WIRE TRANS TRN 1128018191 112807 UBOC 93052071 UB165901N | | 2,447.93 |
| 11/28 | WIRE TRANS TRN 1128018627 112807 UBOC 93052344 UB166021N | | 2,660.83 |
| 11/28 | WIRE TRANS TRN 1128025927 112807 UBOC 93056644 UB167653N | | 11,162.96 |

## Electronic debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|-------:|
| 11/28 | WIRE TRANS TRN 1128018624 112807 UBOC 93052342 UB166020N | | 23,067.72 |
| 11/28 | WIRE TRANS TRN 1128018596 112807 UBOC 93052323 UB166007N | | 104,002.94 |
| 11/28 | WIRE TRANS TRN 1128018642 112807 UBOC 93052354 UB166025N | | 162,000.00 |
| 11/28 | WIRE TRANS TRN 1128018185 112807 UBOC 93052067 UB165900N | | 231,240.70 |
| 11/28 | WIRE TRANS TRN 1128025923 112807 UBOC 93056640 UB167649N | | 377,890.84 |
| 11/28 | WIRE TRANS TRN 1128025926 112807 UBOC 93056643 UB167652N | | 1,336,441.06 |
| 11/29 | WIRE TRANS TRN 1129019586 112907 UBOC 93052568 UB168847N | | 66.48 |
| 11/29 | WIRE TRANS TRN 1129019589 112907 UBOC 93052570 UB168849N | | 3,259.60 |
| 11/29 | WIRE TRANS TRN 1129023138 112907 UBOC 93054784 UB169774N | | 19,632.74 |
| 11/29 | WIRE TRANS TRN 1129019590 112907 UBOC 93052571 UB168850N | | 20,782.08 |
| 11/29 | WIRE TRANS TRN 1129023157 112907 UBOC 93054797 UB169776N | | 47,175.89 |
| 11/29 | WIRE TRANS TRN 1129023165 112907 UBOC 93054804 UB169779N | | 120,000.00 |
| 11/30 | WIRE TRANS TRN 1130019389 113007 UBOC 93054370 UB172203N | | 333.00 |
| 11/30 | WIRE TRANS TRN 1130019384 113007 UBOC 93054366 UB172200N | | 601.85 |
| 11/30 | WIRE TRANS TRN 1130019388 113007 UBOC 93054369 UB172202N | | 5,063.01 |
| | **84  Electronic debits** | **Total** | **$  11,351,793.77** |

## Zero Balance Accounting debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|-------:|
| 11/1 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99967119 | | $  108,080.08 |
| 11/2 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99967256 | | 6,464.90 |
| 11/5 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99967473 | | 110,656.99 |
| 11/6 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99967019 | | 83,554.13 |
| 11/7 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99966992 | | 40,266.26 |
| 11/3 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99967011 | | 704,903.57 |
| 11/9 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99967127 | | 26,822.12 |
| 11/13 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99967375 | | 33,763.47 |
| 11/14 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99967216 | | 172,672.39 |
| 11/15 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99967191 | | 630,810.27 |
| 11/16 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99967109 | | 481,674.18 |
| 11/19 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99967222 | | 30,294.91 |
| 11/20 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99967198 | | 19,264.39 |
| 11/21 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99967173 | | 73,550.45 |
| 11/23 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99967099 | | 77,059.30 |
| 11/26 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99967002 | | 13,590.33 |
| 11/27 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99966845 | | 2,818.62 |
| 11/28 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99966818 | | 17,462.36 |
| 11/29 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99967044 | | 49,273.26 |
| 11/30 | ZERO BALANCE ACCOUNTING DEBIT 90810005 57 99967286 | | 204,140.62 |
| | **20  Zero Balance Accounting debits** | **Total** | **$  2,610,414.13** |

## Other debits, fees and adjustments

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 11/7 | DEPOSITED ITEM RETURNED | 99310758 | $ | 1,015.50 |
| 11/8 | DEPOSIT CORRECTION # 0000030673 | 44993304 | | 181.00 |
| 11/23 | DEPOSITED ITEM RETURNED | 99311385 | | 1,125.00 |
| 11/26 | DEPOSITED ITEM RETURNED | 99311052 | | 164.64 |
| | **4  Other debits, fees and adjustments** | **Total** | $ | **2,486.14** |

## Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|----------------|------|---|----------------|
| 11/1 | $ | 1,515,985.08 | 11/16-11/18 | $ | 4,320,460.70 |
| 11/2-11/4 | | 1,481,046.87 | 11/19 | | 2,087,007.64 |
| 11/5 | | 1,311,698.45 | 11/20 | | 2,051,733.38 |
| 11/6 | | 1,265,431.93 | 11/21-11/22 | | 1,430,982.71 |
| 11/7 | | 1,203,000.40 | 11/23-11/25 | | 1,355,847.83 |
| 11/8 | | 698,643.14 | 11/26 | | 1,253,814.54 |
| 11/9-11/12 | | 644,919.80 | 11/27 | | 693,438.79 |
| 11/13 | | 453,939.14 | 11/28 | | 423,221.26 |
| 11/14 | | 120,822.54 | 11/29 | | 500,886.34 |
| 11/15 | | 318,176.71 | 11/30 | | 10,293,469.61 |

## Zero Balance Subsidiary Accounts

9081000557

**NEW CENTURY MORTGAGE CORPORATION**
**GOLDMAN SACHS BLOCK ACCOUNT**
**UNION BANK 7930003489**
**ACCOUNT RECONCILIATION - NCMC 1070-0000**
**As of November 30, 2007**

Balance per Bank                                                                    -

Balance per G/L                                                                     -
    Items not recorded in the G/L

Adjusted G/L Balance                                                               -

    variance                                                   -



**STATEMENT
OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA  90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 7930003489**
11/01/07 - 11/30/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 1999

**NEW CENTURY MORTGAGE CORPORATION
HOME 123 CORPORATION, NEW CENTURY CREDIT
CORPORATION, NC CAPITAL CORP COLLECTION
ACCT FBO GOLDMAN SACHS MORTGAGE COMPANY
18400 VON KARMAN STE 1000
IRVINE CA 92612**

■

---

**Analyzed Business Checking Summary**                                                Account Number: 7930003489

Days in statement period: Days in statement period: 30

| | | |
|---|---|---|
| **Balance on 11/ 1** | $ | 0.00 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 11/30** | $ | 0.00 |

**C R E D I T S**

**D E B I T S**

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 11/1-11/30 | $ | 0.00 | | |

**NEW CENTURY MORTGAGE CORPORATION**
**W/C BLOCKED ACCOUNT - TRAVLER**
**UNION BANK 7930003802**
**ACCOUNT RECONCILIATION - NCMC 1071-0000**
**As of November 30, 2007**

Balance per Bank                                             578,878.84


Balance per G/L                                              578,878.84


    variance                                                    -

 **STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NEW CENTURY MORTGAGE CORPORATION
**Statement Number: 7930003802**
11/01/07 - 11/30/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION**
**TRAVELERS L/C ACCOUNT**
**CASE #07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■

## Business Savings Summary

Account Number: 7930003802

Days in statement period: Days in statement period:30

| | | |
|---|---|---|
| Balance on 11/1 | $ | 578,878.84 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Balance on 11/30 | $ | 578,878.84 |

**Interest**
| | | |
|---|---|---|
| Paid this period | $ | 0.00 |
| Paid year-to-date | $ | 1,378.84 |

**Interest Rates**
| | |
|---|---|
| 11/1/07-11/30/07 | 0.35% |

## C R E D I T S

## D E B I T S

**NEW CENTURY MORTGAGE CORPORATION**
**UNION BANK  2110108179 and 9081001845**
**CBRE FACILITIES ACCOUNT**
**ACCOUNT RECONCILIATION  1073-0000**
**As of November 30, 2007**

| | | Debit | Credit | | |
|---|---|---|---|---|---|
| Balance per bank | 2110108179 | | | 605,311.32 | |
| | 9081001845 | | | - | |
| Adjustments: | | | | | |
| Outstanding Checks | | | | (1,259,546.09) | |
| Adjusted bank balance 10/31/07 | | | | (654,234.77) | |
| | | | | | |
| Balance per G/L | | | | (1,016,310.31) | |
| Adjustments: | | | | | |
| | | | | | |
| Jul reconciling items carried over | | | | | |
| Reverse 04/30/2007 JRNL 200156931 | | 5,390.94 | | | |
| Feb 07 Account recon adjustment | | 5,390.94 | | | Waiting for reply from bank |
| Apr 07 Controlled disbursement adjustment | | 2,990.01 | | | Waiting for reply from bank |
| Apr 07 Controlled disbursement adjustment | | 3,784.40 | | | Waiting for reply from bank |
| Apr 07 Miscellaneous bank originated item | | 164,976.64 | | | Waiting for reply from bank |
| Apr 07 Miscellaneous bank originated item | | 179,542.61 | | | Waiting for reply from bank |
| | | | | 362,075.54 | |
| | | | | | |
| Adjusted balance per G/L. | | | | (654,234.77) | |
| | | | | | |
| variance | | | | - | |

 **STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA    90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 2110108179**
11/01/07 - 11/30/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION**
**CBRE FACILITIES ACCOUNT**
**CB RICHARD ELLIS-AGENT**
**CASE #07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■

---

### Analyzed Business Checking Summary

Account Number: 2110108179

Days in statement period: Days in statement period: 30

| | | |
|---|---:|---:|
| **Balance on 11/ 1** | $ | **605,116.42** |
| **Total Credits** | | **194.90** |
| ZBA credits (1) | 194.90 | |
| **Total Debits** | | **0.00** |
| **Balance on 11/30** | $ | **605,311.32** |

## C R E D I T S

### Zero Balance Accounting credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 11/13 | ZERO BALANCE ACCOUNTING CREDIT 9081001845 | 99967376 | $ | 194.90 |

## D E B I T S

### Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---:|---|---|---:|
| 11/1-11/12 | $ | 605,116.42 | 11/13-11/30 | $ | 605,311.32 |

### Zero Balance Subsidiary Accounts

9081001845



# STATEMENT OF ACCOUNTS

**UNION BANK OF CALIFORNIA**
EAST COAST CONTROLLED DISBURSMENT 908
460 HEGENBERGER ROAD
OAKLAND          CA   94621

Page 1 of 1
NEW CENTURY MORTGAGE
CORPORATION
**Statement Number: 9081001845**
11/01/07 - 11/30/07

**Customer Inquiries**
510-577-8023

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION**
**CBRE FACILITIES ACCOUNT**
**CB RICHARD ELLIS- AGENT**
**(CBRE CD FACILITIES) CASE #07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■

---

## Analyzed Business Checking Summary

Account Number: 9081001845

Days in statement period: Days in statement period: 30

| | | | |
|---|---|---|---|
| **Balance on 11/ 1** | **$** | | **0.00** |
| **Total Credits** | | | **194.90** |
| | Deposits (1) | 194.90 | |
| **Total Debits** | | | **-194.90** |
| | ZBA debits (1) | -194.90 | |
| **Balance on 11/30** | **$** | | **0.00** |

---

## C R E D I T S

### Deposits *including check and cash credits*

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 11/13 | OFFICE DEPOSIT # 0118026131 | 47438669 | $ | 194.90 |

## D E B I T S

### Zero Balance Accounting debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 11/13 | ZERO BALANCE ACCOUNTING DEBIT 2110108179 99962908 | | $ | 194.90 |

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 11/1 -11/30 | $ | 0.00 | | |

**NEW CENTURY MORTGAGE CORPORATION**
**UNION BANK 2110106052**
**ACCOUNT RECONCILIATION - NCMC 1074-0000**
**CREDIT REPORT FEE REFUND**
**As of November 30, 2007**

| | | |
|---|---|---:|
| Balance per bank | closed account - no statement available | - |
| | Outstanding checks | (232,129.82) |
| Adjusted bank balance | | (232,129.82) |
| | | |
| Balance per G/L | | (232,129.82) |
| | | |
| Adjusted balance per G/L | | (232,129.82) |
| | | |
| | variance | - |

New Century Mortgage
Deutshce Bank Control Accounts
November 30, 2007

EOD Monday

CDC - 1003 (34003 & 34004)
Bank Balance
    11/30/2007

5,500.00

over/short DB debit

(0.02)

Adj Bank

5,499.98

GL Balance

5,499.98

UBS - 1004 (53986)
Bank Balance
    11/30/2007

| | | |
|---|---|---|
| | over/short DB debit | - |
| 2/28/2007 | Returned Wire Ln#1011431051 | (104,670.30) |
| 3/2/2007 | Casn Receipt loan 1011651027 | (53,587.96) |
| 3/2/2007 | Casn Receipt loan 1011651081 | (219,048.37) |
| 3/12/2007 | Cash UBS- Journal 200155219 | (8,029.45) |
| 3/14/2007 | Cash UBS- Journal 200155221 | 2,416.20 |
| 3/28/2007 | Cash UBS- Journal 200155228 | (1,052.38) |
| 4/10/2007 | Cash Receipt loan 1011992258 | (266,215.37) |

Adj Bank

(650,187.63)

GL Balance.

(650,187.63)

B of A   1005 (33984)
Bank Balance
    11/30/2007

| | | |
|---|---|---|
| | over/short DB debit | - |
| 3/31/2007 | Funds Wiredloan 1011771200 | 394,242.65 |
| 3/31/2007 | Funds Wired New Century to B of A | 2,606,875.44 |
| 8/1/2007 | JRNL200158452 | 1,481,279.76 |
| 8/1/2007 | JRNL200158426 | (1,781,627.05) |

Adj Bank

2,700,770.80

GL Balance

2,700,770.80

Van Karman - 1006 (38489)
Bank Balance

Adj Bank

GL Balance

CitiGroup - 1044 (42109)
Bank Balance
    11/30/2007

-

Adj Bank            -

GL Balance        -

       -

BearStearns - 1069 (38622)
  Bank Balance
      **11/30/2007**        -

Adj Bank            -

GL Balance        -

       -

Barclays - 1069 (42804 & 42805)
  Bank Balance        473,108.58 ✓
      **11/30/2007**        over/short DB debit        (0.01)

Adj Bank            473,108.57

GL Balance        473,108.57 ✓

       -

| Account | Balance | Account Description |
|---|---|---|
| 013984 | - | NEW CENTURY / B OF A DISBURSEMENT |
| 014986 | - | NEW CENTURY / UBS WET-INK WIRE FUNDING |
| 014002 | - | NEW CENTURY / CDC DISBURSEMENT A/C |
| 014004 | 5,500.00 | NEW CENTURY / CDC WIRE-OUT A/C |
| 014489 | - | NEW CENTURY /VON KARMAN (No Activity) |
| 014622 | - | NEW CENTURY/BEAR STEARNS DISBURSEMENT AC |
| 142109 | - | NEW CENTURY/CITIGROUP (No Activity) |
| 042804 | 412,974.63 | NEW CENTURY / BARCLAYS DISBURSEMENT |
| 042805 | 60,133.95 | NEW CENTURY / BARCLAYS DISBURSEMENT |

Total        478,608.58

Notes:

PREPARED BY:        Andy Chen        12/21/2007

APPROVED BY

Note: Statements on file.

EUTSCHE BANK TRUST COMPANY AMERICAS
/O DB SERVICES TENNESSEE,INC.
RUST & SECURITIES OPERATIONS
.O. BOX 305050
ASHVILLE, TN  37230

**Deutsche Bank**

## CASH ACCOUNT SUMMARY
### NOVEMBER 1, 2007  - NOVEMBER 30, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 5,500.00 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 5,500.00 |

WO - 34004 4000034004
NEW CENTURY / CDC WIRE-OUT A
WIRE-OUT A/C, DB NATL TRUST
DISBURSEMENT AGENT FOR NEW C

Certain investments made for the
been executed through Deutsche Ban
or an affiliate. Any such transacti
account(s) shown and without recou
As to any such transactions, usu
included and retained by us as a pa
confirms are available upon cust
charge.

DBTCA provides a wide range of mutu
investment yield, fee structure,
well as other important terms and
fund.   Since investment needs a
contact your account representat
request a prospectus describing an
options.

DBTCA has entered into agreements
their agents to provide certain
funds. For providing these shareh
fee by the mutual funds that calcul
exceed 80  basis points of the amo
funds.

NEW CENTURY MORT
NEW CENTURY / CD
ATTN: CASH MANAG
18400 VON KARMAN
IRVINE CA  92612

**For Questions Please Call (714)-247**

This statement shall be deemed to b
unless DBTCA is notified in writing
to the contrary within thirty (30)
the date of this statement.