# **Deutsche Bank** ◢

count:    WO - 34004 4000034004
  Name:   NEW CENTURY / CDC WIRE-OUT A/C
          WIRE-OUT A/C, DB NATL TRUST CO AS
          DISBURSEMENT AGENT FOR NEW CENTURY MTG

STATEMENT PERIO

## TRANSACTION STATEMENT

| | | | TRANSACTIONS | | |
| | | | | SECURITIES | |
| DATE | TRANSACTION DESCRIPTION | CASH | FACE | PRICE | Y |
|---|---|---|---|---|---|
| .1/01/07 | OPENING BALANCE | | | | |
| .1/30/07 | NET TRANSACTIONS | 0.00 | | | |
| | CLOSING BALANCE | | | | |

: are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now acces
lication sites, product information, news, and contact details using a single URL.

Page 2 of 2

EUTSCHE BANK TRUST COMPANY AMERICAS
/O DB SERVICES TENNESSEE,INC.
RUST & SECURITIES OPERATIONS
.O. BOX 305050
ASHVILLE, TN  37230

**Deutsche Bank** ◪

## CASH ACCOUNT SUMMARY
### NOVEMBER 1, 2007   - NOVEMBER 30, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 412,974.63 |
| **RECEIPTS:** | |
|   CASH DIVIDENDS | 0.00 |
|   INTEREST | 0.00 |
|   MATURITIES/REDEMPTIONS | 0.00 |
|   PRINCIPAL PAYMENTS | 0.00 |
|   SALES: | |
|     PRINCIPAL/ACCRUED INCOME | 0.00 |
|   CASH TRANSFERS IN | 0.00 |
|   CASH RECEIPTS | 0.00 |
|   ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| **DISBURSEMENTS:** | |
|   DEBT SERVICE PAYMENTS | 0.00 |
|   PURCHASES: | |
|     PRINCIPAL/ACCRUED INCOME | 0.00 |
|   CASH TRANSFERS OUT | 0.00 |
|   CASH DISBURSEMENTS | 0.00 |
|   ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 412,974.63 |

WO - 42804 4000042804
NEW CENTURY / BARCLAYS DISBU
NEW CENTURY / BARCLAYS DISBU
NC040C

Certain investments made for the
been executed through Deutsche Banl
or an affiliate. Any such transacti
account(s) shown and without recou
As to any such transactions, usu
included and retained by us as a pa
confirms are available upon cust
charge.

DBTCA provides a wide range of mutu
investment yield, fee structure,
well as other important terms and
fund.   Since investment needs a
contact your account representat
request a prospectus describing an
options.

DBTCA has entered into agreements
their agents to provide certain
funds. For providing these shareh
fee by the mutual funds that calcul
exceed 80  basis points of the amc
funds.

NEW CENTURY MORT
ATTN: CASH MANAG
SUITE 1000
18400 VON KARMAN
IRVINE CA  92612

For Questions Please Call (714)-247

This statement shall be deemed to b
unless DBTCA is notified in writing
to the contrary within thirty (30)
the date of this statement.

**Deutsche Bank**

:count:   **WO - 42804 4000042804**
  **Name:**   **NEW CENTURY / BARCLAYS DISBURSEMENT**
          **NEW CENTURY / BARCLAYS DISBURSEMENT**
          **NC040C**

STATEMENT PERIC

## TRANSACTION STATEMENT

| DATE | TRANSACTION DESCRIPTION | CASH | FACE | PRICE | Y |
|------|------------------------|------|------|-------|---|
| | | | **TRANSACTIONS** | | |
| | | | **SECURITIES** | | |
| 11/01/07 | **OPENING BALANCE** | | | | |
| 11/30/07 | **NET TRANSACTIONS** | 0.00 | | | |
| | **CLOSING BALANCE** | | | | |

: are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now acces
plication sites, product information, news, and contact details using a single URL.

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN 37230

# Deutsche Bank 

## CASH ACCOUNT SUMMARY
### NOVEMBER 1, 2007   - NOVEMBER 30, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 60,133.95 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | **0.00** |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | **0.00** |
| **CASH CLOSING BALANCE** | 60,133.95 |

WO - 42805 4000042805
NEW CENTURY / BARCLAYS COLLE
NEW CENTURY / BARCLAYS COLLE
NC040C

Certain investments made for the
been executed through Deutsche Ban
or an affiliate. Any such transacti
account(s) shown and without recou
As to any such transactions, usu
included and retained by us as a pa
confirms are available upon cust
charge.

DBTCA provides a wide range of mutu
investment yield, fee structure,
well as other important terms and
fund.   Since investment needs a
contact your account representat
request a prospectus describing ar
options.

DBTCA has entered into agreement:
their agents to provide certain
funds. For providing these shareh
fee by the mutual funds that calcu
exceed 80  basis points of the amo
funds.

NEW CENTURY MORT
ATTN: CASH MANAG
SUITE 1000
18400 VON KARMAN
IRVINE CA  92612

For Questions Please Call (714)-247

This statement shall be deemed to b
unless DBTCA is notified in writing
to the contrary within thirty (30)
the date of this statement.

**Deutsche Bank** ◪

:count:   WO - 42805 4000042805
Name:   NEW CENTURY / BARCLAYS COLLECTION
        NEW CENTURY / BARCLAYS COLLECTION
        NC040C

STATEMENT PERI(

## TRANSACTION STATEMENT

| | | | TRANSACTIONS | | |
| | | | | SECURITIES | |
| DATE | TRANSACTION DESCRIPTION | CASH | FACE | PRICE | Y |
|---|---|---|---|---|---|
| 11/01/07 | OPENING BALANCE | | | | |
| 11/30/07 | NET TRANSACTIONS | 0.00 | | | |
| | CLOSING BALANCE | | | | |

: are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now acces
plication sites, product information, news, and contact details using a single URL.

EUTSCHE BANK TRUST COMPANY AMERICAS
/O DB SERVICES TENNESSEE,INC.
RUST & SECURITIES OPERATIONS
.O. BOX 305050
ASHVILLE, TN  37230

**Deutsche Bank** 

### CASH ACCOUNT SUMMARY
### NOVEMBER 1, 2007   - NOVEMBER 30, 2007

WO - 42109 4000042109
NEW CENTURY/ CITIGROUP DISBU
NEW CENTURY/ CITIGROUP DISBU
NC041C

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 0.00 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| | |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 0.00 |

Certain investments made for the
been executed through Deutsche Ban
or an affiliate. Any such transacti
account(s) shown and without recou
As to any such transactions, usu
included and retained by us as a pa
confirms are available upon cust
charge.

DBTCA provides a wide range of mutu
investment yield, fee structure,
well as other important terms and
fund.   Since investment needs a
contact your account representat
request a prospectus describing an
options.

DBTCA has entered into agreement:
their agents to provide certain
funds. For providing these shareh
fee by the mutual funds that calcul
exceed 80  basis points of the amc
funds.

NEW CENTURY MORT
ATTN: CASH MANAG
SUITE 1000
18400 VON KARMAN
IRVINE CA  92612

For Questions Please Call (714)-247

This statement shall be deemed to b
unless DBTCA is notified in writing
to the contrary within thirty (30)
the date of this statement.

# Deutsche Bank

count:   WO - 42109 4000042109
Name:   NEW CENTURY/ CITIGROUP DISBURSEMENT
         NEW CENTURY/ CITIGROUP DISBURSEMENT
         NC041C

STATEMENT PERI(

## TRANSACTION STATEMENT

| DATE | TRANSACTION DESCRIPTION | CASH | TRANSACTIONS | | |
|---|---|---|---|---|---|
| | | | SECURITIES | | |
| | | | FACE | PRICE | Y |
| 1/01/07 | OPENING BALANCE | | | | |
| 1/30/07 | NET TRANSACTIONS | 0.00 | | | |
| | CLOSING BALANCE | | | | |

are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now acce
plication sites, product information, news, and contact details using a single URL.

EUTSCHE BANK TRUST COMPANY AMERICAS
/O DB SERVICES TENNESSEE,INC.
RUST & SECURITIES OPERATIONS
.O. BOX 305050
ASHVILLE, TN  37230

**Deutsche Bank** 

## CASH ACCOUNT SUMMARY
### NOVEMBER 1, 2007   - NOVEMBER 30, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 0.00 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 0.00 |

WO - 38489 4000038489
NEW CENTURY /VON KARMAN FUND
VON KARMAN FUNDING LLC WIRE-
VON KARMAN FUNDING LLC WIRE-
NC031C

Certain investments made for the
been executed through Deutsche Ban
or an affiliate. Any such transact:
account(s) shown and without recou
As to any such transactions, usu
included and retained by us as a pa
confirms are available upon cust
charge.

DBTCA provides a wide range of mutu
investment yield, fee structure,
well as other important terms and
fund.   Since  investment needs a
contact  your  account representat
request a prospectus describing an
options.

DBTCA has entered into agreement:
their  agents  to  provide  certain
funds. For providing these sharehe
fee by the mutual funds that calcu)
exceed 80  basis points of the and
funds.

NEW CENTURY MORT
ATTN: CASH MANAG
SUITE 1000
18400 VON KARMAN
IRVINE CA  92612

For Questions Please Call (714)-247

This statement shall be deemed to b
unless DBTCA is notified in writing
to the contrary within thirty (30)
the date of this statement.

# **Deutsche Bank** /

:count:   WO - 38489 4000038489
Name:   NEW CENTURY /VON KARMAN FUNDING W/O A/C          STATEMENT PERI(
        VON KARMAN FUNDING LLC WIRE-OUT A/C
        VON KARMAN FUNDING LLC WIRE-OUT A/C
        NC031C

## TRANSACTION STATEMENT

| | | | TRANSACTIONS | | |
| | | | | SECURITIES | |
| DATE | TRANSACTION DESCRIPTION | CASH | FACE | PRICE | Y |
|---|---|---|---|---|---|
| 11/01/07 | OPENING BALANCE | | | | |
| 11/30/07 | NET TRANSACTIONS | 0.00 | | | |
| | CLOSING BALANCE | | | | |

e are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now acces
plication sites, product information, news, and contact details using a single URL.

**NEW CENTURY MORTGAGE CORPORATION**
**DISBURSEMENT ACCOUNT MORGAN STANLEY**
**DEUTSCHE BANK 4000037429**
**ACCOUNT RECONCILIATION - NCMC 1008-0000**
**As of November 30, 2007**

Balance per Bank    closed account - no statement                    -

Balance per G/L                                        1,048,920.64
   Items not posted to the G/L
   03/13/07   JRNL200155220    Cash Morgan              5,691,286.52    Haircut activity not cleared from G/L
   03/14/07   JRNL200155221    Cash Morgan              (822,836.77)    Haircut activity not cleared from G/L
   03/15/07   JRNL200155225    Cash Morgan              (115,596.24)    Haircut activity not cleared from G/L
   03/16/07   JRNL200155226    Cash Morgan                (4,767.90)    Haircut activity not cleared from G/L
   03/19/07   JRNL200155227    Cash Morgan               (10,437.76)    Haircut activity not cleared from G/L
   03/27/07   JRNL200155217    Trsf to MS from BofA      (627,038.41)    Haircut activity not cleared from G/L
   03/28/07   JRNL200155690    Cash Morgan                (17,646.65)    Haircut activity not cleared from G/L
   06/30/07   JRNL200157798    Reclass to proper acct   (5,141,883.43)    Duplicate Entry

Adjusted G/L Balance                                          -

   variance                                              -

NEW CENTURY MORTGAGE CORP.
UBS BLOCKED ACCOUNT RECONCILIATION
GL ACCOUNT # 1085-0000
Deutsche Bank Account #35071
11/30/07

| Date | Reference | Description | Amount | Comment |
|---|---|---|---|---|
| 11/30/07 | | Bank Account Balance | - | No Activity, No Bank Statement |
| 11/30/07 | | GL Balance | (3,385,996.25) | |
| 10/18/06 | | | 1,913.14 | in bank but not in gl |
| 11/03/06 | | | (131,013.93) | in bank but not in gl |
| 11/03/06 | | | 103,228.92 | in bank but not in gl |
| 12/26/06 | JRNL200148626 | | (11,089.86) | UBS Block 400 Principal -MS not reflected on bank account |
| 01/03/07 | | | 10,598.86 | in bank but not in gl; Move to GL Feb |
| 02/02/07 | JRNL200151976 | | (225,239.52) | UBS Block 400 Principal -MS not reflected on bank account |
| 02/03/07 | JRNL200151977 | | (418.21) | UBS Block 400 Principal -MS not reflected on bank account |
| 02/05/07 | | | (22,390.59) | in bank but not in gl |
| 02/08/07 | | | 225,491.05 | in bank but not in gl |
| 02/09/07 | JRNL200152663 | | (1,001.11) | UBS Block 400 Principal -MS not reflected on bank account |
| 02/10/07 | JRNL200152667 | | (827.56) | UBS Block 400 Principal -MS not reflected on bank account |
| 02/22/07 | JRNL200152696 | | 444.04 | UBS Block 400 Principal -MS not reflected on bank account |
| 02/27/07 | | | 4,992.89 | in bank but not in gl |
| 02/28/07 | JRNL200153513 | | 1,062.68 | UBS Block 400 Principal -MS not reflected on bank account |
| 03/01/07 | JRNL200154027 | | (5,815.14) | UBS Block 400 Principal -MS not reflected on bank account |
| 03/05/07 | | | (21,772.44) | in bank but not in gl |
| 03/08/07 | JRNL200155248 | | (690.11) | UBS Block 400 Principal -MS not reflected on bank account |
| 03/12/07 | | | (806,500.77) | in bank but not in gl, Nikki researched New BK acc 9301035581 with JP Morgan, no GL code yet assigned |
| 03/14/07 | JRNL200155520 | | (935,755.98) | UBS Block 400 Principal -MS not reflected on bank account |
| 03/16/07 | JRNL200155478 | | (9,526.45) | UBS Block 400 Principal -MS not reflected on bank account |
| 03/17/07 | JRNL200155480 | | 19,657.14 | UBS Block 400 Principal -MS not reflected on bank account |
| 03/23/07 | | | 842,178.00 | in bank but not in gl, block or inv cannot be identified on report 62-3 |
| 03/23/07 | | | 488,258.59 | in bank but not in gl, block or inv cannot be identified on report 62-3 |
| 03/23/07 | | | 422,870.57 | in bank but not in gl, report 62-3, 3/19/07 shows to inv 16 instead block 400 |
| 03/23/07 | | | 5,442.57 | in bank but not in gl, block or inv cannot be identified on report 62-3 |
| 03/27/07 | JRNL200155511 | | (52.75) | UBS Block 400 Principal -MS, in bank on 4/12/07 added to $111479.63 |
| 03/29/07 | | | 601,152.27 | in bank but not in gl, report 62-3, 3/22/07 shows to inv 16 instead block 400 |
| 03/30/07 | | | 234,711.10 | in bank but not in gl, report 62-3, 3/26/07 shows to inv 16 instead block 400 |
| 04/09/07 | | | 948,878.71 | in bank but not in gl, report 62-3, 3/30/07 shows to inv 16 instead block 400 |
| 04/12/07 | | | 2,615.55 | in bank but not in gl, block or inv cannot be identified on report 62-3 |
| 04/12/07 | | | 379,699.24 | in bank but not in gl, report 62-3, 3/20/07 shows to inv 16 instead block 400 |
| 04/12/07 | | | 617,654.24 | in bank but not in gl, report 62-3, 3/21/07 shows to inv 16 instead block 400 |
| 04/12/07 | | | 111,479.63 | in bank but not in gl, report 62-3, 3/27/07 shows to inv 16 instead block 400 |
| 04/12/07 | | | 217,271.33 | in bank but not in gl, report 62-3, 3/28/07 shows to inv 16 instead block 400 |
| 04/12/07 | | | 318,514.50 | in bank but not in gl, report 62-3, 3/29/07 shows to inv 16 instead block 400 |
| 06/05/07 | JRNL200157567 | | (24.25) | UBS Block 400 Principal -MS not reflected on bank account |
| | | Adjusted GL Balance | (0.00) | |
| | | Variance | 0.00 | |

Prepared by: J. Kennedy

Reviewed by: _____

M:\accounting\Recons 2007\1085-0000 UBS Block Acct\[1085-0000 Nov 07.xls]Recon

**CDC PRINCIPAL BLOCKED ACCOUNT RECONCILIATION**
**GL ACCOUNT # 1086-0000**
**UNION BANK OF CALIFORNIA # 2110104114**
**November 30, 2007**

| Date | Reference | Description | | | Amount | Comment |
|------|-----------|-------------|---|---|--------|---------|
| 11/30/07 | | **Bank Account Balance** | | | 12,052.80 | |
| 11/30/07 | | **GL Balance** | | | 619,383.55 | |
| 03/12/07 | 45295037 | CHECK OR OTHER DEBIT | | | (465,914.21) | On GL, not on Bank |
| 03/16/07 | 2-155478 | CDC Block 300 Principal -MS | | | (150,926.24) | In GL not in Bank |
| 03/16/07 | 46617710 | CHECK OR OTHER DEBIT | | | (1,821.49) | In Bank but not in GL |
| 03/19/07 | 2-155483 | CDC Block 300 Principal -MS | | | (100.37) | In GL not in Bank |
| 03/20/07 | 2-155486 | CDC Block 300 Principal -MS | | | (24.08) | In GL not in Bank |
| 03/21/07 | 2-155489 | CDC Block 300 Principal -MS | | | (76.73) | In GL not in Bank |
| 03/22/07 | 2-155495 | CDC Block 300 Principal -MS | | | (54.40) | In GL not in Bank |
| 03/23/07 | 2-155497 | CDC Block 300 Principal -MS | | | (95.26) | In GL not in Bank |
| 03/24/07 | 2-155500 | CDC Block 300 Principal -MS | | | (15.20) | In GL not in Bank |
| 03/30/07 | 45100757 | CHECK OR OTHER DEBIT | | | (59.45) | In Bank but not in GL |
| 04/04/07 | 47897439 | CHECK OR OTHER DEBIT | | | (29.07) | In Bank but not in GL |
| 04/06/07 | 46381538 | CHECK OR OTHER DEBIT | | | (267.05) | In Bank but not in GL |
| 04/17/07 | 51849826 | NEW CENTURY MTG  INV. DDA  CCD | | 680000 | 2,942.70 | in bank but not in gl, report 62-3, 5/14/07 shows to Inv 14 instead block 300 |
| 05/01/07 | 52072099 | NEW CENTURY MTG  INV. DDA  CCD | | 680000 | 1,074.90 | in bank but not in gl, report 62-3, 4/30/07 shows to Inv 14 instead block 300 |
| 05/15/07 | 51707090 | NEW CENTURY MTG  INV. DDA  CCD | | 680000 | 1,074.90 | in bank but not in gl, report 62-3, 5/14/07 shows to Inv 14 instead block 300 |
| 05/17/07 | 53024361 | NEW CENTURY MTG  INV. DDA  CCD | | 680000 | 2,942.70 | in bank but not in gl, report 62-3, 5/16/07 shows to Inv 14 instead block 300 |
| 06/18/07 | 53538211 | NEW CENTURY MTG  INV. DDA  CCD | | 680000 | 698.96 | In Bank but not in GL |
| 06/18/07 | 53538275 | NEW CENTURY MTG  INV. DDA  CCD | | 680000 | 2,243.74 | In Bank but not in GL |
| 06/29/07 | 52520792 | NEW CENTURY MTG  INV. DDA  CCD | | 680000 | 1,074.90 | In Bank but not in GL |

**Adjusted GL Balance**                                         12,052.80

**Variance**                                                     (0.00)

Prepared By: J. Kennedy

Approved By _____



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 2110104114**
11/01/07 - 11/30/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2005

**NEW CENTURY MORTGAGE CORPORATION**
**COLLECTION ACCT FBO IXIS R E CAPITAL INC**
**001 P & I**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

---

**Analyzed Business Checking Summary**                                           Account Number: 2110104114

Days in statement period: Days in statement period: 30

| | | |
|---|---|---|
| Balance on 11/ 1 | $ | 12,052.80 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Balance on 11/30 | $ | 12,052.80 |

## CREDITS

## DEBITS

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 11/1-11/30 | $ | 12,052.80 | | |

NEW CENTURY MORTGAGE CORP.
BARCLAYS CAPITAL CASH ACCOUNT RECONCILIATION
GL ACCOUNT # 1098-0000
UNION BANK OF CALIFORNIA 2110106273
November 30, 2007

| Date | Reference | Description | | | Amount | Comment |
|------|-----------|-------------|---|---|--------|---------|
| 11/30/07 | | **Bank Balance** | | | 11,338.54 | |
| 11/30/07 | | **GL Balance** | | | (1,117,241.83) | |
| 03/19/07 | 50866358 | NEW CENTURY MTG INV. DDA  CCD | 680000 | | 32,029.56 | In bank, but not in GL |
| 03/19/07 | 50866358 | NEW CENTURY MTG INV. DDA  CCD | 680000 | | 495,237.81 | In bank, but not in GL |
| 03/19/07 | JRNL200155483 | Block 900 WH Principal -DDA | | | (23.65) | |
| 03/19/07 | JRNL200155483 | Block 900 WHS Int -DDA | | | (2,182.55) | |
| 03/20/07 | JRNL200155486 | Block 900 WH Principal -DDA | | | 269.18 | |
| 03/20/07 | JRNL200155486 | Block 900 WHS Int -DDA | | | 2,120.04 | |
| 03/23/07 | 53377221 | NEW CENTURY MTG INV. DDA  CCD | 680001 | | 3,247.33 | In bank, but not in GL, report 62-3, 3/22/07 shows to Inv 15 instead block 900 |
| 03/26/07 | 54062258 | NEW CENTURY MTG INV. DDA  CCD | 680002 | | 8,644.22 | In bank, but not in GL, report 62-3, 3/23/07 shows to Inv 15 instead block 900 |
| 03/27/07 | 54843743 | NEW CENTURY MTG INV. DDA  CCD | 680003 | | 5,268.03 | In bank, but not in GL, report 62-3, 3/26/07 shows to Inv 15 instead block 900 |
| 03/28/07 | 56339490 | NEW CENTURY MTG INV. DDA  CCD | 680004 | | 425.12 | In bank, but not in GL, report 62-3, 3/27/07 shows to Inv 15 instead block 900 |
| 03/31/07 | JRNL200166622 | 3/21 Sweep from Barc Block Account | | | 83,313.62 | In bank, but not in GL, report 62-3, 3/19/07 shows to Inv 15 instead block 900 |
| 03/31/07 | JRNL200166622 | 3/20 Sweep from Barc Block Account | | | 488,893.12 | In bank, but not in GL, report 62-3, 3/29/07 shows to Inv 15 instead block 900 |
| 04/16/07 | 51010880 | NEW CENTURY MTG INV. DDA  CCD | 680000 | | 2,051.17 | In bank, but not in GL, report 62-3 4/13/07 shows to Inv 15 instead block 900 |
| 04/20/07 | 63057621 | WIRE TRANS   TRN 0420024192 042007 UBOC  UB595763N | | | 4,063.19 | In bank, but not in GL |
| 05/01/07 | 52072124 | NEW CENTURY MTG INV. DDA  CCD | 680000 | | 1,939.74 | In bank, but not in GL, report 62-3 4/30/07 shows to Inv 15 instead block 900 |
| 05/11/07 | 50244689 | NEW CENTURY MTG INV. DDA  CCD | 680000 | | 3,284.44 | In bank, but not in GL, report 62-3 5/09/07 shows to Inv 15 instead block 900 |

**Adjusted GL Balance**                                                          11,338.54

**Difference**                                                                    -

Prepared by: J. Kennedy _____

Reviewed by: _____



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES         CA   90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 2110106273**
11/01/07 - 11/30/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 1999

**NEW CENTURY MORTGAGE CORPORATION
ITF BARCLAYS BANK PLC COLLECTION ACCT
ATTN: RALPH FLICK
18400 VON KARMAN STE 1000
IRVINE CA 92612**

■

---

**Analyzed Business Checking Summary**                                    Account Number: 2110106273

Days in statement period: Days in statement period: 30

| | | |
|---|---|---:|
| **Balance on 11/ 1** | $ | 11,338.54 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 11/30** | $ | 11,338.54 |

## CREDITS

## DEBITS

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---:|---|---|
| 11/1-11/30 | $ | 11,338.54 | | |

**NEW CENTURY CAPITAL CORPORATION**
**UNION BANK 7930000692**
**MANUAL PAYROLL**
**ACCOUNT RECONCILIATION - NCCC 1066-0000**
**As of November 30, 2007**

| | | | | |
|---|---|---|---|---|
| Balance per bank | | Acct #7930000692 | | 21,878.16 |

Outstanding Checks

| Date | Check # | Amount | |
|---|---|---|---|
| 03/31/07 | 3504 | (742.96) | |
| 03/31/07 | 3511 | (2,534.49) | |
| 03/31/07 | 3636 | (189.25) | |
| | | | (3,466.70) |
| Adjusted bank balance | | | 18,411.46 |

| | |
|---|---|
| Balance per G/L | 18,411.46 |

|  |  |
|---|---|
| variance | - |



# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NC CAPITAL CORPORATION
**Statement Number: 7930000692**
11/01/07 - 11/30/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2004

**NC CAPITAL CORPORATION
MANUAL PAYROLL ACCOUNT
CASE #07-10417
18400 VON KARMAN STE 1000
IRVINE CA 92612**

■

## Analyzed Business Checking Summary

Account Number: 7930000692

Days in statement period: Days in statement period: 30

| | | |
|---|---|---:|
| **Balance on 11/ 1** | $ | 21,878.16 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 11/30** | $ | 21,878.16 |

# C R E D I T S

# D E B I T S

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 11/1-11/30 | $ | 21,878.16 | | |

**NEW CENTURY CAPITAL CORPORATION**
**UNION BANK 2110103894**
**PAYROLL ACCOUNT RECONCILIATION - 1076**
**As of November 30, 2007**

| Balance per bank | | Acct #2110103894 | | 56,816.35 |
|---|---|---|---|---|
| Outstanding checks | | | | |
| | 02/28/06 | 25370 | 3,741.10 | |
| | 08/11/06 | 1000117 | 929.44 | |
| | 08/26/06 | 1000177 | 1,004.54 | |
| | 05/17/07 | 1000445 | 4,540.57 | |
| | 05/24/07 | 1000457 | 188.96 | |
| | | | | (10,404.61) |
| Adjusted bank balance | | | | 46,411.74 |
| Balance per G/L | | | | 46,411.74 |
| | | variance | | - |



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA    90071

Page 1 of 1
NC CAPITAL CORPORATION
**Statement Number: 2110103894**
11/01/07 - 11/30/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2004

**NC CAPITAL CORPORATION
PAYROLL ACCOUNT
CASE #07-10417
18400 VON KARMAN STE 1000
IRVINE CA 92612**

---

## Analyzed Business Checking Summary

Account Number: 2110103894

Days in statement period: Days in statement period: 30

| | | |
|---|---:|---:|
| **Balance on 11/ 1** | $ | 56,816.35 |
| **Total Credits** | | 4,885.00 |
| Electronic credits (2) | 4,885.00 | |
| **Total Debits** | | -4,885.00 |
| Electronic debits (2) | -4,885.00 | |
| **Balance on 11/30** | $ | 56,816.35 |

## C R E D I T S

### Electronic credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 11/14 | WIRE TRANS TRN 1114018086 111407 UBOC UB142317N | 93052318 | $ | 2,437.07 |
| 11/28 | WIRE TRANS TRN 1128018191 112807 UBOC UB165901N | 93052070 | | 2,447.93 |
| | **2 Electronic credits** | **Total** | $ | **4,885.00** |

## D E B I T S

### Electronic debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 11/14 | NC CAPITAL CORPO ACH ENTRY PPD -SETT- GENESYS | 52479932 | $ | 2,437.07 |
| 11/27 | NC CAPITAL CORPO ACH ENTRY PPD -SETT- GENESYS | 50734789 | | 2,447.93 |
| | **2 Electronic debits** | **Total** | $ | **4,885.00** |

### Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---:|---|---|---:|
| 11/1-11/26 | $ | 56,816.35 | 11/28-11/30 | $ | 56,816.35 |
| 11/27 | | 54,368.42 | | | |

**Home 123**
**Bank of America Disbursement/Settlement**
**G/L ACCT #1005-0000**
**As of November 30, 2007**

| Date | Description | Amount | | Comments |
|------|-------------|--------|--|----------|
| 11/30/07 | Deustche Bank Account #4000051933 Disbursement | - | | Account opened 5/06 |
| 11/30/07 | Deustche Bank Account #4000052039 Operating | 200,190.13 | | Account opened 5/06 |
| | ADJUSTED BANK BAL | | 200,190.13 | |
| 11/30/07 | BALANCE PER GL | | 200,190.13 | |
| | Total Adjustments | | - | |
| | Adjusted GL Balance | | 200,190.13 | |
| | Variance | | - | |

PREPARED BY:  J. Kennedy          12/17/2007

APPROVED BY:  _____

**Note:**
This account is the cash account for the BofA warehouse line.  Activity should equal zero each month.

E:\Loan Accounting 2007\2007 Home 123 Recons\11-2007\[Home 1005-1097 Disbursement Accts Nov 07.xls]1005 - Bofa

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

## Deutsche Bank

**CASH ACCOUNT SUMMARY**
**NOVEMBER 1, 2007   - NOVEMBER 30, 2007**

WO - 52039 4000052039
NEW CENTURY(PRIME)/ B OF A
NEW CENTURY(PRIME)/ B OF A

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 200,190.13 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| | |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 200,190.13 |

Certain investments made for th
been executed through Deutsche  
or an affiliate. Any such transa
account(s) shown and without re
As to any such transactions,  
included and retained by us as a
confirms are available upon c
charge.

DBTCA provides a wide range of m
investment yield, fee structur
well as other important terms
fund.   Since investment need
contact  your  account  represen
request  a  prospectus  describin
options.

DBTCA has entered into agreem
their  agents  to  provide  certa
funds. For providing these sha
fee by the mutual funds that cal
exceed 80  basis points of the
funds.

NEW CENTURY M(
18400 VON KARI
NEW CENTURY/ I
ATTN: CASH MAI
IRVINE CA  92€

For Questions Please Call (714)-

This statement shall be deemed 1
unless DBTCA is notified in writ
to the contrary within thirty (3
the date of this statement.

# Deutsche Bank

**Account:**   WO - 52039 4000052039
**Name:**   NEW CENTURY(PRIME)/ B OF A OPERATING
      NEW CENTURY(PRIME)/ B OF A OPERATING

STATEMENT PEF

## TRANSACTION STATEMENT

| | | TRANSACTIONS | | |
|---|---|---|---|---|
| | | | SECURITIES | |
| **DATE** | **TRANSACTION DESCRIPTION** | **CASH** | **FACE** | **PRICE** |
| 11/01/07 | OPENING BALANCE | | | |
| 11/30/07 | NET TRANSACTIONS | 0.00 | | |
| | CLOSING BALANCE | | | |

We are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now ac
application sites, product information, news, and contact details using a single URL.

Page 2 of 2

**HOME123**
**UNION BANK OPERATING ACCT 7930001893 - CLOSED**
**UNION BANK OPERATING ACCT 7930002156 - CLOSED**
**ACCOUNT RECONCILIATION 1007-0000**
**Operating Account**
**As of November 30, 2007**

0.00   Diff

| | | | |
|---|---|---|---|
| **BALANCE PER BANK** | | Union Bank  Acct #7930001893 - closed | - |
| **BALANCE PER BANK** | | Union Bank  Acct #7930002156 - closed | - |
| | | | - |

| | | | |
|---|---|---|---|
| 03/31/07 | JRNL4200025783 | 3/14/7 Investor 00013 Interest reversed | (144,806.76) |
| 03/31/07 | JRNL4200025783 | 3/14/7 warehouse principle inv. 13 rever | (15,972.31) |
| 03/31/07 | JRNL4200025783 | 3/15/7 Investor 00013 Interest reversed | (193,484.65) |
| 03/31/07 | JRNL4200025783 | 3/15/7 warehouse principle inv. 13 rever | (23,516.07) |
| 03/31/07 | JRNL4200025783 | 3/16/7 Investor 00013 Interest reversed | (236,985.33) |
| 03/31/07 | JRNL4200025783 | 3/16/7 warehouse principle inv. 13 rever | (129,893.23) |
| 03/31/07 | JRNL4200025783 | 3/19/7 Investor 00013 Interest reversed | (118,624.08) |
| 03/31/07 | JRNL4200025783 | 3/19/7 warehouse principle inv. 13 rever | (135,010.84) |
| 03/31/07 | JRNL4200025783 | 3/28/7 Investor 00013 Interest reversed | (160,988.77) |
| 03/31/07 | JRNL4200025783 | 3/28/7 Investor 00020 Interest reversed | (1,085.31) |
| 03/31/07 | JRNL4200025783 | 3/28/7 Investor 00020 Principal reversed | (5,200.00) |
| 03/31/07 | JRNL4200025783 | 3/28/7 warehouse principle inv. 13 rever | (96,445.55) |
| 03/31/07 | JRNL4200025783 | 3/29/7 Investor 00013 Interest reversed | (270,564.28) |
| 03/31/07 | JRNL4200025783 | 3/29/7 Investor 00020 Interest reversed | (3,283.40) |
| 03/31/07 | JRNL4200025783 | 3/29/7 Investor 00020 Principal reversed | (342.49) |
| 03/31/07 | JRNL4200025783 | 3/29/7 warehouse principle inv. 13 rever | (173,422.96) |
| | | | |
| 02/22/07 | JRNL4200024133 | FHA WIRE LATE/INT 01/05/07 | (22.56) |
| 02/22/07 | JRNL4200024133 | FHA WIRE 01/19/07 | (63.45) |
| 02/22/07 | JRNL4200024133 | FHA WIRE 01/22/07 | (79.76) |
| 02/22/07 | JRNL4200024133 | FHA WIRE 01/22/07 | (93.43) |
| 03/24/07 | JRNL4200025470 | Block 4300 Int | 168.21 |
| 03/01/07 | JRNL4200025296 | Correction Fundings | 1,390.00 |
| | | | |
| 06/04/07 | JRNL4200026178 | Block 4100 Inv (inv 5) | 154.49 |
| 06/04/07 | JRNL4200026178 | Block 4000 Principal | (700.77) |
| 06/04/07 | JRNL4200026178 | Block 4000 Principal | (286.31) |
| 06/04/07 | JRNL4200026178 | Block 4100 Inv (inv 5) | 500.00 |
| 06/04/07 | JRNL4200026178 | Block 4000 Int | (4,231.33) |
| 06/04/07 | JRNL4200026178 | Block 4000 Int | (3,729.14) |

**Subtotal Item(s) not yet in Bank**                                    **(1,716,620.08)**

**ADJ BANK BALANCE**                                                      **(1,716,620.08)**

**BALANCE PER G/L 1007**                                                   1,229,133.43

| | | |
|---|---|---|
| 02/12/07 | Wire Trans TRN 0212027297 021207 200702120026436 | 213,058.60 |
| 03/09/07 | Wire Trans TRN 0309023361 030907 UBOC | (78,375.20) |
| 03/19/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 4,509.86 |
| 03/21/07 | Wire Trans TRN 0321015913 032107 UBOC UB516117N | 3,605,726.16 |
| 03/21/07 | Wire Trans TRN 0321023590 032107 11 | (5,974,212.89) |

**ACCOUNT RECONCILIATION 1007-0000**
**Operating Account**
**As of November 30, 2007**

| Date | Description | Amount | | |
|------|-------------|-------:|---|---|
| 03/30/07 | CHECK OR OTHER DEBIT | (264,769.10) | | |
| 04/04/07 | CHECK OR OTHER DEBIT | (449,720.93) | | |
| 06/01/07 | CHECK OR OTHER DEBIT | (2,065.24) | | |
| 03/27/07 | DEPOSITED ITEM RETURNED | (1,125.00) | | |
| 03/29/07 | DEPOSITED ITEM RETURNED | (400.00) | | |
| 05/01/07 | MERCHANT SERVICE MI CCD51933436 | (30.00) | | |
| 03/20/07 | MERCHANT SERVIC MERCH CHBK CCD 51456170 | (415.00) | | |
| 04/09/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 5,464.16 | | |
| 04/10/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 3,901.83 | | |
| 04/11/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 56,417.25 | | |
| 04/12/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 5,535.99 | | |
| 04/13/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 3,186.21 | | |
| 04/16/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,420.71 | | |
| 04/16/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 4,383.87 | | |
| 04/19/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,270.48 | | |
| 04/20/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,455.47 | | |
| 04/23/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 40,904.18 | | |
| 04/24/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,092.08 | | |
| 04/27/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,195.09 | | |
| 04/30/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,560.19 | | |
| 05/01/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 3,856.99 | | |
| 05/02/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 289.25 | | |
| 05/03/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,733.41 | | |
| 05/04/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 240.00 | | |
| 05/07/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 3,893.59 | | |
| 05/08/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 10,673.99 | | |
| 05/11/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 3,097.17 | | |
| 05/11/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 116,044.12 | | |
| 05/14/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 681.64 | | |
| 05/14/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,000.00 | | |
| 05/15/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 64,080.18 | | |
| 05/16/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 1,305.24 | | |
| 05/31/07 | NEW CENTURY MTG INV. DDA CCD 68000 | 2,065.24 | | |
| 05/17/07 | CHECK OR OTHER DEBI 47703961 | (334,683.09) | Diff need a debit to 1007 | 4.25 |

|  | Variance | (0.01) | |
|---|---|---:|---|
|  | **Subtotal Item(s) not yet in G/L** | **(2,945,753.51)** | |

**ADJ G/L BALANCE** **(1,716,620.08)**

**Variance**                                                                     **0.00**



## STATEMENT OF ACCOUNTS

Page 1 of 1
NEW CENTURY MORTGAGE
CORPORATION
**Statement Number: 7930002156**
11/01/07 - 11/30/07

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2005

**NEW CENTURY MORTGAGE CORPORATION**
**SPEC DEP ACCT ITF DB STRUCTURED**
**PRODUCTS, INC**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■

### Analyzed Business Checking Summary

Account Number: 7930002156

Days in statement period: Days in statement period: 30

| | | |
|---|---|---|
| **Balance on 11/ 1** | $ | 0.00 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 11/30** | $ | 0.00 |

## C R E D I T S

## D E B I T S

### Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 11/1-11/30 | $          0.00 | | |

### *HOME 123*
### *Countrywide EPP Reserve Control Account*
### *G/L ACCT # 1056*
### *As of November 30, 2007*

| <u>Date</u> | <u>Description</u> | <u>Amount</u> | <u>Comment</u> |
|---|---|---|---|
| 11/30/07 | Balance per Countrywide report | - | account inactivated- no statement |
| 11/30/07 | GL Balance as of 11/30/07 | 1,046,843.05 | |

**<u>Adjusting Items</u>**

| 03/08/07 | Withdrawal | (1,046,843.06) | Cash withdrawn by CW to pay off repurchases |
|---|---|---|---|
| | Adjusted Total GL: | (0.01) | |
| | Variance | 0.01 | |

Prepared by:  J. Kennedy
Approved by: _____

**<u>Note:</u>**
This account is a reserve account required by Countrywide as part of the sales agreement.
It represents a reserve cash balance to cover any early payoffs or other shortfalls.
 On March 8 2007 Countrywide took possession of the funds in this account to settle outstanding EPP issues due to BK

E:\Loan Accounting 2007\2007 Home 123 Recons\11-2007\[Home 1056-0000 CW EPP Reserve Control Acct Nov 07.xls]Recon

**HOME123**
**UNION BANK 7930000102 (new manual payroll acct)**
**MANUAL PAYROLL**
**ACCOUNT RECONCILIATION  HOME 1066-0000**
**As of November 30, 2007**

| | | |
|---|---|---|
| Balance per bank | 66,237.52 | |
| Outstanding checks | | |
| See Attached Listing | (71,895.63) | Checks JRNL - Not cashed yet |
| Adjusted bank balance | (5,658.11) | |
| | | |
| Balance per G/L | (5,658.11) | |
| Adjusted G/L balance | (5,658.11) | |
| | | |
| variance | - | |

NOTE:
As of July:
Currently have an issue with PR system not providing an adequate manual check listing
to post correctly to the GL.  Check issue file currently is posted using the paid listing for
prior month.



**STATEMENT**
**OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES        CA   90071

Page 1 of 1
HOME123 CORPORATION
**Statement Number: 7930000102**
11/01/07 - 11/30/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2004

**HOME123 CORPORATION**
**MANUAL PAYROLL ACCOUNT**
**CASE #07-10417**
**18400 VON KARMAN AVE STE 1000**
**IRVINE CA 92612**

---

## Analyzed Business Checking Summary

Account Number: 7930000102

Days in statement period: Days in statement period: 30

| | | |
|---|---|---|
| **Balance on 11/ 1** | $ | 66,545.51 |
| **Total Credits** | | 2,410.59 |
| Account recon cr (1) | 2,410.59 | |
| **Total Debits** | | -2,718.58 |
| Account recon dr (5) | -2,718.58 | |
| **Balance on 11/30** | $ | 66,237.52 |

## CREDITS

### Account reconciliation credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 11/29 | *ACCOUNT RECON CHECK ADJUSTMENT # 0000012598 | 99890104 | $ | 2,410.59 |

## DEBITS

### Account reconciliation debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 11/16 | ACCOUNT RECONCILIATION LIST POST | 99977111 | | 110.78 |
| 11/19 | ACCOUNT RECONCILIATION LIST POST | 99977224 | | 173.88 |
| 11/20 | ACCOUNT RECONCILIATION LIST POST | 99977200 | | 15.31 |
| 11/26 | ACCOUNT RECONCILIATION LIST POST | 99977003 | | 8.02 |
| 11/28 | ACCOUNT RECONCILIATION LIST POST | 99976819 | | 2,410.59 |
| | **5  Account reconciliation debits** | **Total** | **$** | **2,718.58** |

### Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|
| 11/1-11/15 | $ | 66,545.51 | 11/26-11/27 | $ | 66,237.52 |
| 11/16-11/18 | | 66,434.73 | 11/28 | | 63,826.93 |
| 11/19 | | 66,260.85 | 11/29-11/30 | | 66,237.52 |
| 11/20-11/25 | | 66,245.54 | | | |

**HOME 123**
**UNION BANK 2110103967**
**PAYROLL ACCOUNT**
**RECONCILIATION  HOME 1077-0000**
**As of November 30, 2007**

| | |
|---|---:|
| Balance per bank | 301,038.32 |
| Outstanding Checks | |
| See attached Listing | (295,435.48) |
| Adjusted bank balance | 5,602.84 |
| | |
| Balance per G/L | 6,102.84 |
| 06/30/07   Cash management bank not transfer | (500.00) |
| Adjusted G/L balance | 5,602.84 |
| variance | (0.00) |

 **STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
HOME123 CORPORATION
**Statement Number: 2110103967**
11/01/07 - 11/30/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2004

**HOME123 CORPORATION**
**PAYROLL ACCOUNT**
**CASE #07-10417**
**18400 VON KARMAN AVE STE 1000**
**IRVINE CA 92612**

■

## Analyzed Business Checking Summary

Account Number: 2110103967

Days in statement period: Days in statement period: 30

| | | |
|---|---|---|
| **Balance on 11/ 1** | $ | 301,038.32 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 11/30** | $ | 301,038.32 |

## CREDITS

## DEBITS

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 11/1-11/30 | $ | 301,038.32 | | |

*Home 123*
*Deutsche Bank Disbursement/Settlement*
*G/L ACCT #1089-0000*
*As of November 30, 2007*

| Date | Description | Amount | | Comments |
|------|-------------|--------|--|----------|
| 11/30/07 | Deutsche Bank Account #52108 4000052107 Dis | | 45,227.16 | |
| 11/30/07 | Deutsche Bank Account #52109 4000052108 Ops | | 8,360.49 | |
| 11/30/07 | Deutsche Bank Account #52109 4000052109 Stl | | - | |
| | ADJUSTED BANK BAL | | 53,587.65 | |
| | | | | |
| 11/30/07 | BALANCE PER GL | | 994,263.13 | |
| | | | | |
| 02/09/07 | Cash Receipt, returned wire | 3,317.22 | | Not recorded on GL |
| 02/14/07 | DB-SALES PYDN | (534,607.96) | | JRNL4200024750 not shown on bank stmt |
| 02/22/07 | CASH DB | 3,411,406.90 | | researching-partial clearing to 2024 |
| 02/22/07 | Cash transfer EOD Shortage | (214,591.47) | | researching-partial clearing to 2024 |
| 02/23/07 | Cash transfer Payoffs shortage | (66,136.60) | | Clears to acct 2024--Kane to journalize |
| 02/23/07 | DB-SALES PYDN | (11,373.41) | | Clears to acct 2024--Kane to journalize |
| 02/28/07 | TRNFR TO DBSP FROM UBS | (149,605.00) | | JRNL4200024771 not shown on bank stmt |
| | | | | |
| 03/06/07 | Cash transfer EOD | 306,175.46 | | Not recorded on GL |
| 03/14/07 | CASH-DB | (114,000.00) | | JRNL4200025342 recorded 2x |
| 03/29/07 | DB SALES PYDN | (7,980.61) | | JRNL4200025602 Not shown on bank stmt |
| | | | | |
| 07/01/07 | 2/22 Borrowing DB | (3,634,446.43) | | JRNL4200026361 Clearing entry, needs res |
| 07/01/07 | 2-23 DB Paydown | 214,666.45 | | JRNL4200026361 Clearing entry, needs res |
| 07/01/07 | 2-23 DB Sales Paydown | (143,500.00) | | JRNL4200026361 Clearing entry, needs res |
| | | | | |
| | Total Adjustments | | (940,675.45) | |
| | | | | |
| | Adjusted GL Balance | | 53,587.68 | |
| | | | | |
| | Variance | | (0.03) | |

PREPARED BY: J. Kennedy          12/17/2007

APPROVED BY: _____

**Note:**
This account is the cash account for the Deutsche Bank warehouse line.  Activity should equal zero each month.

E:\Loan Accounting 2007\2007 Home 123 Recons\11-2007\[Home 1005-1097 Disbursement Accts Nov 07.xls]1089 - DB

Cleared Items                    -

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

## Deutsche Bank 

### CASH ACCOUNT SUMMARY
### NOVEMBER 1, 2007   - NOVEMBER 30, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 45,227.16 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| | |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 45,227.16 |

WO - 52107 4000052107
NEW CENTURY(PRIME)/DBSP DI
NEW CENTURY(PRIME)/DBSP DI
NC066C

Certain investments made for th
been executed through Deutsche I
or an affiliate. Any such transa
account(s) shown and without re
As to any such transactions, i
included and retained by us as a
confirms are available upon cu
charge.

DBTCA provides a wide range of m
investment yield, fee structur
well as other important terms
fund.   Since investment needs
contact your account represen
request a prospectus describing
options.

DBTCA has entered into agreeme
their agents to provide certa
funds. For providing these shar
fee by the mutual funds that cal
exceed 80  basis points of the
funds.

NEW CENTURY 18
SUITE 1000
18400 VON KARM
NEW CENTURY(PR
IRVINE CA  926

For Questions Please Call (714)-

This statement shall be deemed t
unless DBTCA is notified in writ
to the contrary within thirty (3
the date of this statement.

Page 1 of 2

# Deutsche Bank

**Account:**  WO - 52107 4000052107
**Name:**  NEW CENTURY(PRIME)/DBSP DISBURSEMENT
NEW CENTURY(PRIME)/DBSP DISBURSEMENT
NC066C

STATEMENT PE[

## TRANSACTION STATEMENT

| | | | TRANSACTIONS | | |
| | | | | SECURITIES | |
| DATE | TRANSACTION DESCRIPTION | CASH | | FACE | PRICE |
|---|---|---|---|---|---|
| 11/01/07 | OPENING BALANCE | | | | |
| 11/30/07 | NET TRANSACTIONS | 0.00 | | | |
| | CLOSING BALANCE | | | | |

We are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now ac
application sites, product information, news, and contact details using a single URL.