## EXHIBIT B

LA3:1143618.1
RLF1-3243077-1

**Exhibit B - Buena Park Telecom Bid Lot: Sale to Knight-Tel Telecommunications**

| # | P/N | Make | Model | Description | Serial Number | Count | Buena Park or 340 |
|---|---|---|---|---|---|---|---|
| 1 | 74-2905-02 | Cisco | CP-7920 | 2.4GHz Wireless IP Phone | | 1 | 340 |
| 2 | IN9010-74 | Infinite | IN9010 | 48 Button DSS Console | | 1 | 340 |
| 3 | N/A | Sonare Technologies | N/A | Babble | | 1 | 340 |
| 4 | | | 7290 | Blackberry Cell Phone / Smartphone | | 510 | 340 |
| 5 | | | 7510 | Blackberry Cell Phone / Smartphone | | 231 | 340 |
| 6 | | | 7100i | Blackberry Cell Phone / Smartphone | | 34 | 340 |
| 7 | | | 7230 | Blackberry Cell Phone / Smartphone | | 384 | 340 |
| 8 | | | 6510 | Blackberry Cell Phone / Smartphone | | 58 | 340 |
| 9 | | | 7520 | Blackberry Cell Phone / Smartphone | | 87 | 340 |
| 10 | | | 8700g | Blackberry Cell Phone / Smartphone | | 4 | 340 |
| 11 | | | 8700c | Blackberry Cell Phone / Smartphone | | 2 | 340 |
| 12 | | | 8703c | Blackberry Cell Phone / Smartphone | | 2 | 340 |
| 13 | | | 7130c | Blackberry Cell Phone / Smartphone | | 1 | 340 |
| 14 | 910101014 | Konftel | N/A | Conference Phone | | 1 | 340 |
| 15 | 2201-03309-001 | Polycom | Soundstation EX | Conference Phone | | 2 | 340 |
| 16 | 2201-06846-001 | Polycom | Voicestation 100 | Conference Phone | | 3 | 340 |
| 17 | 2201-16200-001 | Polycom | Soundstation 2 | Conference Phone | | 2 | 340 |
| 18 | 2201-17910-001 | Polycom | Voicestation 300 | Conference Phone | | 1 | 340 |
| 19 | 2201-3308-001 | Polycom | Soundstation | Conference Phone | | 1 | 340 |
| 20 | 2301-06375-001 | Polycom | Soundstation Premiere 550D | Conference Phone | | 1 | 340 |
| 21 | 2201-07142-001 | Polycom | Soundstation VTX1000 | Conference Phone w/ woofer | | 1 | 340 |
| 22 | 107305054 | Avaya | 7515H | Display Phone | | 32 | 340 |
| 23 | 108199050 | Avaya | 4412D+ | Display Phone | | 5 | 340 |
| 24 | 108807595 | Avaya | 6424D+M | Display Phone | | 5 | 340 |
| 25 | 108883257 | Avaya | Partner 18D | Display Phone | | 3 | 340 |
| 26 | 700340183 | Avaya | 18D | Display Phone | | 2 | 340 |
| 27 | 700340227 | Avaya | N/A | Display Phone | | 12 | 340 |
| 28 | 8410D03A-003 | Lucent | 8410D | Display Phone | | 2 | 340 |
| 29 | IN9015-71 | Infinite | IN9015 | Display Phone | | 11 | 340 |
| 30 | M3904 | Nortel Networks | M3904 | Display Phone | | 22 | 340 |
| 31 | N/A | Avaya | 6408D+ | Display Phone | | 31 | 340 |
| 32 | B64-U20 | NEC | N/A | Elite IPK | | 1 | 340 |
| 33 | 700259674 | Avaya | 4620SW | IP Phone | | 15 | 340 |
| 34 | 700274673 | Avaya | 4610SW | IP Phone | | 147 | 340 |
| 35 | 68-0808-05 | Cisco | 7960 | IP Phone | | 4 | 340 |
| 36 | 68-1756-04 | Cisco | 7970 | IP Phone | | 4 | 340 |
| 37 | 68-2564-02 | Cisco | 7940 | IP Phone | | 2 | 340 |
| 38 | 68-2688-02 | Cisco | 7941 | IP Phone | | 8 | 340 |
| 39 | 68-2689-02 | Cisco | 7961 | IP Phone | | 9 | 340 |
| 40 | 108099219 | Avaya | 6210 | Non-display Phone | | 2 | 340 |
| 41 | 108883018 | Avaya | Partner 6 | Non-display Phone | | 1 | 340 |
| 42 | 700203599 | Avaya | 2420 | Non-display Phone | | 33 | 340 |
| 43 | 6408D02A-329 | Lucent | 6408+ | Non-display Phone | | 9 | 340 |
| 44 | 7311H13 | Lucent | Partner 18 | Non-display Phone | | 25 | 340 |
| 45 | 8410D04A-003 | Lucent | 8410B | Non-display Phone | | 4 | 340 |
| 46 | 255447-VBA-20M | Cortelco | N/A | Red Wall Phone | | 8 | 340 |
| 47 | | | T-Mobile Dash | T-Mobile Dash | | 1 | 340 |
| 48 | CS50 | Plantronics | CS50 | Wireless Headsets | | 153 | 340 |
| 49 | 108199050 | Avaya | 4412D+ | Display Phone | | 37 | Buena Park |
| 50 | 108883257 | Avaya | 7311H14G | Display Phone | | 1 | Buena Park |
| 51 | 700339823 | Avaya | 5420 | Display Phone | | 37 | Buena Park |
| 52 | 700340227 | Avaya | 34D | Display Phone | | 30 | Buena Park |
| 53 | 7000020100 | Avaya | 6408D+ | Display Phone | | 151 | Buena Park |
| 54 | 6408D+ | Avaya | 6408D+ | Display Phone | | 215 | Buena Park |
| 55 | 6416D+M | Avaya | 6416D+M | Display Phone | | 5 | Buena Park |
| 56 | 6424D+M | Avaya | 6424D+M | Display Phone | | 34 | Buena Park |
| 57 | NT8B27JAAA | Nortel Networks | T7316E | Display Phone | | 18 | Buena Park |
| 58 | CAP | Nortel Networks | CAP | Extension Accessory | | 4 | Buena Park |
| 59 | 700359847 | Avaya | 30 V2-PCS 09 | IP 400 DIGITAL STATION | 06FC33500888 | 1 | Buena Park |
| 60 | 700359896 | Avaya | 8 V2 ASSY-PCS 05 | IP 400 PHONE | 06FC33502506 | 1 | Buena Park |
| 61 | 700359946 | Avaya | V2 DS MUL-BASE-PCS 10 | IP 406 OFFICE | 06FC34501781 | 1 | Buena Park |
| 62 | 700316326 | Avaya | G700 | Media Gateway | 04J216801028 | 1 | Buena Park |
| 63 | 700316326 | Avaya | G700 | Media Gateway | 04J217800386 | 1 | Buena Park |
| 64 | 700316326 | Avaya | G700 | Media Gateway | 04J217800390 | 1 | Buena Park |
| 65 | 700316326 | Avaya | G700 | Media Gateway | 04J218800020 | 1 | Buena Park |
| 66 | 700316326 | Avaya | G700 | Media Gateway | 04J222801240 | 1 | Buena Park |
| 67 | 700316326 | Avaya | G700 | Media Gateway | 04J225801042 | 1 | Buena Park |
| 68 | 700316326 | Avaya | G700 | Media Gateway | 04J225801157 | 1 | Buena Park |
| 69 | 700316326 | Avaya | G700 | Media Gateway | 04J225801191 | 1 | Buena Park |
| 70 | 700316326 | Avaya | G700 | Media Gateway | 04J225801265 | 1 | Buena Park |
| 71 | 700316326 | Avaya | G700 | Media Gateway | 04J225801268 | 1 | Buena Park |
| 72 | 700316326 | Avaya | G700 | Media Gateway | 04J225801741 | 1 | Buena Park |
| 73 | 700316326 | Avaya | G700 | Media Gateway | 04J225801742 | 1 | Buena Park |
| 74 | 700316326 | Avaya | G700 | Media Gateway | 04J226801734 | 1 | Buena Park |
| 75 | 700316326 | Avaya | G700 | Media Gateway | 04J226801737 | 1 | Buena Park |
| 76 | 700316326 | Avaya | G700 | Media Gateway | 04J226801738 | 1 | Buena Park |
| 77 | 700316326 | Avaya | G700 | Media Gateway | 04J226801745 | 1 | Buena Park |
| 78 | 700316326 | Avaya | G700 | Media Gateway | 04J244801125 | 1 | Buena Park |
| 79 | 700316326 | Avaya | G700 | Media Gateway | 04J245800953 | 1 | Buena Park |

## Exhibit B - Buena Park Telecom Bid Lot: Sale to Knight-Tel Telecommunications

| # | P/N | Make | Model | Description | Serial Number | Count | Buena Park or 340 |
|---|---|---|---|---|---|---|---|
| 80 | 700316326 | Avaya | G700 | Media Gateway | 05J221801689 | 1 | Buena Park |
| 81 | 6221 | Avaya | 6221 | Non-display Phone | | 2 | Buena Park |
| 82 | 107854812 | Lucent | Partner 18 | Non-display Phone | | 6 | Buena Park |
| 83 | 107854812 | Avaya | Partner 18B | Non-display Phone | | 15 | Buena Park |
| 84 | Norstar M7310 | Nortel Networks | Norstar M7310 | Non-display Phone | | 86 | Buena Park |
| 85 | 107085821 | Lucent | 400E | Partner 2 400E Module R3.1 | 97SP39151416 | 1 | Buena Park |
| 86 | 107085821 | Lucent | 400E | Partner 2 400E Module R3.1 | 98SP35188256 | 1 | Buena Park |
| 87 | 107085821 | Lucent | 400E | Partner 2 400E Module R3.1 | 98SP28188567 | 1 | Buena Park |
| 88 | 107085839 | AT&T | 400EC | Partner 2 400EC Module R3.1 | 98DI02001261 | 1 | Buena Park |
| 89 | 107525651 | Lucent | Processor Module | Partner 2 Processor Module R4.1 | 97SP52195040 | 1 | Buena Park |
| 90 | 107525560 | Lucent | 206 | Partner 206 Module R4.1 | 98SP26170985 | 1 | Buena Park |
| 91 | 107525560 | Lucent | 206 | Partner 206 Module R4.1 | 98SP67168577 | 1 | Buena Park |
| 92 | 107659054 | Lucent | 206E | Partner 206E Module R4.1 | 97SP64196320 | 1 | Buena Park |
| 93 | 107659054 | Lucent | 206E | Partner 206E Module R4.1 | 97SP64196324 | 1 | Buena Park |
| 94 | 107659064 | Lucent | 206E | Partner 206E Module R4.1 | 97SP64196340 | 1 | Buena Park |
| 95 | N/A | AT&T | Partner | Partner 206EC Module R3.0 | 96SP14088 | 1 | Buena Park |
| 96 | 107525651 | Lucent | Expansion Processor | Partner Expansion Processor R3.1 | 96SP70179106 | 1 | Buena Park |
| 97 | 108248238 | Lucent | Mail VS | Partner Mail VS R5.0 | 99SP51180027 | 1 | Buena Park |
| 98 | 182758 | Avaya | Intuity Audix LXS321 | Telecom Server | 04J230801358 | 1 | Buena Park |
| 99 | 40-00179-00 | Avaya | 40-00179-00 | Telecom Server | 03J212805099 | 1 | Buena Park |
| 100 | 108873233 | Avaya | P133G2 | Telecom Switch | S4599340 | 1 | Buena Park |
| 101 | 700290273 | Avaya | PW9125 1000 | UPS | 042R04315948 | 1 | Buena Park |
| 102 | 700290273 | Avaya | PW9125 1000 | UPS | 042R05317441 | 1 | Buena Park |
| 103 | 700290273 | Avaya | PW9125 1000 | UPS | 042R05317572 | 1 | Buena Park |
| 104 | 700290273 | Avaya | PW9125 1000 | UPS | 042R07322451 | 1 | Buena Park |
| 105 | | | | | | | |
| 106 | | | | | | 2562 | Total Pieces |
| 107 | **Telecom Systems** | | | | | | |
| 108 | System 1 | | | | | | |
| 109 | ACD03-0655JP | Avaya | G650 | Phone System | | 1 | Buena Park |
| 110 | | | Blades listed below are part of this system | | | | |
| 111 | 107582728 | Lucent | TN2224 | 2W Digital Line V5 | 98DR06132900 | 1 | Buena Park |
| 112 | 108551755 | Avaya | TN793B | Analog Line V12 | 04J216701550 | 1 | Buena Park |
| 113 | 108551755 | Lucent | TN793B | 24port Analog V5 | 01DR03301254 | 1 | Buena Park |
| 114 | 108551755 | Avaya | TN793B | 24port Analog V5 | 01DR06148941 | 1 | Buena Park |
| 115 | 700059652 | Avaya | TN2224CP | 2W Digital Line HV5 | 03J208717417 | 1 | Buena Park |
| 116 | 107784001 | Lucent | TN744D | Call Class-DET | 00SP54798208 | 1 | Buena Park |
| 117 | 108774696 | Avaya | TN2302AP | IP Media Processor HV15 | 04J210703046 | 1 | Buena Park |
| 118 | 108773912 | Avaya | TN771DP | Maintenance/Test HV2 | 03J210708633 | 1 | Buena Park |
| 119 | | | | | | | |
| 120 | | | | | | 2571 | Total Pieces |
| 121 | | | | | | | |
| 122 | **P/N** | **Make** | **Model** | **Description** | **Serial Number** | **Count** | **Buena Park or 340** |
| 123 | 954 | AT&T | 954 | Phone W/DISPLAY | | 3 | Buena Park |
| 124 | 107085821 | Lucent | 103D7 | Partner 2 400E Module R3.1 | 97SP30190651 | 1 | Buena Park |
| 125 | 107085821 | Lucent | 103D7 | Partner 2 400E Module R3.1 | 97SP42173069 | 1 | Buena Park |
| 126 | 107085821 | Lucent | 103D7 | Partner 2 400E Module R3.1 | 97SP62179668 | 1 | Buena Park |
| 127 | 107085821 | Lucent | 400E | Partner 2 400E Module R3.1 | 97SP57187926 | 1 | Buena Park |
| 128 | 107085821 | Lucent | 400E | Partner 2 400E Module R3.1 | 97SP67187899 | 1 | Buena Park |
| 129 | 107085862 | Lucent | Partner | Parnter Expansion Processor R3.1 | 97SP31199779 | 1 | Buena Park |
| 130 | 107092215 | AT&T | MLS-18D | Phone w/ display | | 2 | Buena Park |
| 131 | 107305054 | Avaya | 7515H04A-003 | Phone w/ display | | 86 | Buena Park |
| 132 | 107305054 | Avaya | 7525H04A | Phone W/DISPLAY | | 80 | Buena Park |
| 133 | 107525651 | AT&T | Processor Module | Partner 2 Processor Module R4.1 | N/A | 1 | Buena Park |
| 134 | 107659054 | Lucent | 103E18 | Partner 206E Module 4.1 | 97SP43178687 | 1 | Buena Park |
| 135 | 107659054 | Lucent | 103E18 | Partner 206E Module 4.1 | 97SP43178698 | 1 | Buena Park |
| 136 | 107659054 | Lucent | 206E | Partner 206E Module R4.1 | 98SP54196793 | 1 | Buena Park |
| 137 | 107659054 | Lucent | 206E | Partner 206E Module R4.1 | 98SP54196801 | 1 | Buena Park |
| 138 | 107659064 | Lucent | 206E | Partner 206E Module R4.1 | 97SP28173057 | 1 | Buena Park |
| 139 | 107854812 | Lucent | Partner 18 | Phone | | 60 | Buena Park |
| 140 | 108018888 | Avaya | 6408+ | Phone | | 2 | Buena Park |
| 141 | 108098070 | Avaya | 103D9 | Partner ACS 400EC Module R3.1 | 01SP55014736 | 1 | Buena Park |
| 142 | 108098070 | Avaya | 103D9 | Partner ACS 400EC Module R3.1 | A21642607181 | 1 | Buena Park |
| 143 | 108199027 | Avaya | 4406A01A-009 | Phone W/DISPLAY | | 1 | Buena Park |
| 144 | 108199050 | Avaya | 4412A01A-003 | Phone W/DISPLAY | | 101 | Buena Park |
| 145 | 108199696 | Avaya | XM200A003 | Operator Console | | 4 | Buena Park |
| 146 | 108236712 | Lucent | 7311H14E-003 | Phone w/ display | | 36 | Buena Park |
| 147 | 108429580 | Avaya | 4424A02A003 / 4424LD+ | Phone W/DISPLAY | | 6 | Buena Park |
| 148 | 108463001 | Avaya | 103G9(28)R3.0 NEW SLIC | Partner ACS 308EC Module | 041632241309 | 1 | Buena Park |
| 149 | 108463001 | Avaya | 103G9(28)R3.0 NEW SLIC | Partner ACS 308EC Module | 041639553199 | 1 | Buena Park |
| 150 | 108463001 | Avaya | 103G9(28)R3.0 NEW SLIC | Partner ACS 308EC Module | 041644395746 | 1 | Buena Park |
| 151 | 108463001 | Avaya | 103G9(28)R3.0 NEW SLIC | Partner ACS 308EC Module | 061632004565 | 1 | Buena Park |
| 152 | 108463001 | Avaya | 103G9(28)R3.0 NEW SLIC | Partner ACS 308EC Module | A21645600585 | 1 | Buena Park |
| 153 | 108463001 | Avaya | 103G9(28)R3.0 NEW SLIC | Partner ACS 308EC Module | A21645600587 | 1 | Buena Park |
| 154 | 108463001 | Avaya | 103G9(28) R3.0 | Partner ACS 308EC Module R3.0 | 041644395663 | 1 | Buena Park |
| 155 | 108463001 | Avaya | 103G9(28) R3.0 | Partner ACS 308EC Module R3.0 | 41647002845 | 1 | Buena Park |
| 156 | 108463001 | Avaya | 103G9(28) R3.0 | Partner ACS 308EC Module R3.0 | 61626402821 | 1 | Buena Park |
| 157 | 108463001 | Avaya | 103G9(28) R3.0 | Partner ACS 308EC Module R3.0 | 061626403035 | 1 | Buena Park |
| 158 | 108463001 | Avaya | 103G9(28) R3.0 | Partner ACS 308EC Module R3.0 | A11673010019 | 1 | Buena Park |
| 159 | 108463001 | Avaya | 103G9(28) R3.0 | Partner ACS 308EC Module R3.0 | A11673101632 | 1 | Buena Park |
| 160 | 108524141 | Avaya | 103G11(28) R4 | Partner ACS Processor R4.0 | A21625100168 | 1 | Buena Park |

**Exhibit B - Buena Park Telecom Bid Lot: Sale to Knight-Tel Telecommunications**

| # | ID | Vendor | Model | Description | Serial | Qty | Location |
|---|---|---|---|---|---|---|---|
| 161 | 108566569 | Avaya | 539C10 | Partner ACS Messaging R1 | 02MM66733809 | 1 | Buena Park |
| 162 | 108716176 | Avaya | 302DA323 | Phone W/DISPLAY | | 5 | Buena Park |
| 163 | 108773896 | Avaya | Partner ACS | 012E Module | 051622306279 | 1 | Buena Park |
| 164 | 108773896 | Avaya | Partner ACS | 012E Module | 51635201152 | 1 | Buena Park |
| 165 | 108773896 | Avaya | Partner ACS | 012E Module | 61651201236 | 1 | Buena Park |
| 166 | 108773896 | Avaya | LINE MODULE-103M | Partner ACS 012E Module | 041648503348 | 1 | Buena Park |
| 167 | 108773896 | Avaya | LINE MODULE-103M | Partner ACS 012E Module | 051604318218 | 1 | Buena Park |
| 168 | 108807595 | Avaya | 6424D+M | Phone | | 1 | Buena Park |
| 169 | 108829581 | Avaya | 26CB323 | Operator Console | | 5 | Buena Park |
| 170 | 108883257 | Avaya | Partner 18D | Phone W/DISPLAY | | 14 | Buena Park |
| 171 | 408128056 | Avaya | | Extension Battery Unit w/ Charger | 01F304000219 | 1 | Buena Park |
| 172 | 408128064 | Avaya | | Extension Battery Unit | 01F306000512 | 1 | Buena Park |
| 173 | 700020100 | Avaya | 6408D+ | Phone W/DISPLAY | | 310 | Buena Park |
| 174 | 700203599 | Avaya | 2420D01A-2001 | Phone W/DISPLAY | | 135 | Buena Park |
| 175 | 700216047 | Avaya | 103G15(28) R6 | Partner ACS Processor | 41617049892 | 1 | Buena Park |
| 176 | 700216047 | Avaya | 103G15(28)R6 | Partner ACS Processor | A31644049463 | 1 | Buena Park |
| 177 | 700216054 | Avaya | 103G16(28) R6 | Partner ACS Processor | 04539332480 | 1 | Buena Park |
| 178 | 700241813 | Avaya | 103P1(28) | Partner ACS T1 Module | 041633346105 | 1 | Buena Park |
| 179 | 700241813 | Avaya | 103P1(28) | Partner ACS T1 Module | 041633346374 | 1 | Buena Park |
| 180 | 700241813 | Avaya | 103P1(28) | Partner ACS T1 Module | 41621048418 | 1 | Buena Park |
| 181 | 700241813 | Avaya | 103P1(28) | Partner ACS T1 Module | 41621048667 | 1 | Buena Park |
| 182 | 700241813 | Avaya | 103P1(28) | Partner ACS T1 Module | 041633346098 | 1 | Buena Park |
| 183 | 700241813 | Avaya | 103P1(28) | Partner ACS T1 Module | 051646600065 | 1 | Buena Park |
| 184 | 700258577 | Avaya | 6408D+ | Phone w/ display | | 537 | Buena Park |
| 185 | 700262058 | Avaya | 539C11 | Partner ACS Partner Messaging | 41614251085 | 1 | Buena Park |
| 186 | 700267132 | Avaya | 6424D+M | Phone w/ display | | 33 | Buena Park |
| 187 | 700276017 | Avaya | 6416D+M | Phone w/ display | | 38 | Buena Park |
| 188 | 700281694 | Avaya | G350 | Media Gateway | 04J249801341 | 1 | Buena Park |
| 189 | 700283823 | Avaya | 6402D | Phone w/ display | | 4 | Buena Park |
| 190 | 700285265 | Avaya | PW9125 3000U | UPS | 042R05500089 | 1 | Buena Park |
| 191 | 700285273 | Avaya | PW9125 72 EBM E | UPS | 042R05500085 | 1 | Buena Park |
| 192 | 700285281 | Avaya | PDM2-LV-US-P1 | UPS | 042R06318361 | 1 | Buena Park |
| 193 | 700290273 | Avaya | PW9125 1000 | UPS | 042R05317193 | 1 | Buena Park |
| 194 | 700290273 | Avaya | PW9125 1000 | UPS | 042R05500081 | 1 | Buena Park |
| 195 | 700290273 | Avaya | PW9125 1000 | UPS | 042R05500082 | 1 | Buena Park |
| 196 | 700290273 | Avaya | PW9125 1000 | UPS | 042R07321547 | 1 | Buena Park |
| 197 | 700290273 | Avaya | PW9125 1000 | UPS | 042R07322450 | 1 | Buena Park |
| 198 | 700290273 | Avaya | PW9125 1000 | UPS | 042R09326061 | 1 | Buena Park |
| 199 | 700290273 | Avaya | PW9125 1000 | UPS | 042R11329591 | 1 | Buena Park |
| 200 | 700292407 | Avaya | 103G13(28)R5 | Partner ACS Processor | 02MM66729039 | 1 | Buena Park |
| 201 | 700293673 | Avaya | S8700MS | Media Server & Media Gateways | 04AD14001052 | 1 | Buena Park |
| 202 | 700293673 | Avaya | S8700MS | Media Server & Media Gateways | 04AD14001073 | 1 | Buena Park |
| 203 | 700316326 | Avaya | G700 | Media Gateway | 061648603356 | 1 | Buena Park |
| 204 | 700316326 | Avaya | G700 | Media Gateway | 061648603777 | 1 | Buena Park |
| 205 | 700316326 | Avaya | G700 | Media Gateway | 061648603779 | 1 | Buena Park |
| 206 | 700316326 | Avaya | G700 | Media Gateway | 03DR03075997 | 1 | Buena Park |
| 207 | 700316326 | Avaya | G700 | Media Gateway | 03J207800054 | 1 | Buena Park |
| 208 | 700316326 | Avaya | G700 | Media Gateway | 03J209808913 | 1 | Buena Park |
| 209 | 700316326 | Avaya | G700 | Media Gateway | 04J220802476 | 1 | Buena Park |
| 210 | 700316326 | Avaya | G700 | Media Gateway | 04J220802477 | 1 | Buena Park |
| 211 | 700316326 | Avaya | G700 | Media Gateway | 04J220802478 | 1 | Buena Park |
| 212 | 700316326 | Avaya | G700 | Media Gateway | 04J220802479 | 1 | Buena Park |
| 213 | 700316326 | Avaya | G700 | Media Gateway | 04J220802480 | 1 | Buena Park |
| 214 | 700316326 | Avaya | G700 | Media Gateway | 04J220802485 | 1 | Buena Park |
| 215 | 700316326 | Avaya | G700 | Media Gateway | 04J225801646 | 1 | Buena Park |
| 216 | 700316326 | Avaya | G700 | Media Gateway | 04J225801744 | 1 | Buena Park |
| 217 | 700316326 | Avaya | G700 | Media Gateway | 04J225801745 | 1 | Buena Park |
| 218 | 700316326 | Avaya | G700 | Media Gateway | 04J225802442 | 1 | Buena Park |
| 219 | 700316326 | Avaya | G700 | Media Gateway | 04J225802480 | 1 | Buena Park |
| 220 | 700316326 | Avaya | G700 | Media Gateway | 04J225802496 | 1 | Buena Park |
| 221 | 700316326 | Avaya | G700 | Media Gateway | 04J225802497 | 1 | Buena Park |
| 222 | 700316326 | Avaya | G700 | Media Gateway | 04J226802084 | 1 | Buena Park |
| 223 | 700316326 | Avaya | G700 | Media Gateway | 04J242800050 | 1 | Buena Park |
| 224 | 700316326 | Avaya | G700 | Media Gateway | 04J245801018 | 1 | Buena Park |
| 225 | 700316326 | Avaya | G700 | Media Gateway | 04J245801019 | 1 | Buena Park |
| 226 | 700316326 | Avaya | G700 | Media Gateway | 04J245801097 | 1 | Buena Park |
| 227 | 700316326 | Avaya | G700 | Media Gateway | 04J245801102 | 1 | Buena Park |
| 228 | 700316474 | Avaya | 509 | 509 Processor | 041641344616 | 1 | Buena Park |
| 229 | 700316474 | Avaya | 509 | 509 Processor | 061622005964 | 1 | Buena Park |
| 230 | 700316474 | Avaya | 509 | 509 Processor | 061633604050 | 1 | Buena Park |
| 231 | 700316474 | Avaya | 103R1 R7 | Partner ACS 509 Processor | 041646403533 | 1 | Buena Park |
| 232 | 700316474 | Avaya | 103R1 R7 | Partner ACS 509 Processor | 041648209339 | 1 | Buena Park |
| 233 | 700316474 | Avaya | 103R1 R7 | Partner ACS 509 Processor | 061616609838 | 1 | Buena Park |
| 234 | 700316477 | Avaya | 103R1 R7 | Partner ACS 509 Processor | 05109308554 | 1 | Buena Park |
| 235 | 700323207 | Avaya | 539C12 | Partner ACS Messaging | 041644249213 | 1 | Buena Park |
| 236 | 700323207 | Avaya | 539C12 | Partner ACS Messaging | 051611602373 | 1 | Buena Park |
| 237 | 700323207 | Avaya | 539C12 | Partner ACS Messaging | 051617303494 | 1 | Buena Park |
| 238 | 700323207 | Avaya | 539C12 | Partner ACS Messaging | 061626004976 | 1 | Buena Park |
| 239 | 700323207 | Avaya | Partner ACS | Partner Messaging | 041648306558 | 1 | Buena Park |
| 240 | 700323207 | Avaya | Partner ACS | Partner Messaging | 51639503854 | 1 | Buena Park |
| 241 | 700323207 | Avaya | Partner ACS | Partner Messaging | 061626110310 | 1 | Buena Park |

Exhibit B - Buena Park Telecom Bid Lot: Sale to Knight-Tel Telecommunications

| # | Part # | Mfr | Model | Description | Serial | Qty | Location |
|---|---|---|---|---|---|---|---|
| 242 | 700323207 | Avaya | Partner ACS | Partner Messaging | 061638210174 | 1 | Buena Park |
| 243 | 700339823 | Avaya | 5420 | Phone w/ display | | 45 | Buena Park |
| 244 | 700340193 | Avaya | 18D | Phone w/ display | | 16 | Buena Park |
| 245 | 700340227 | Avaya | 34D | Phone W/DISPLAY | | 105 | Buena Park |
| 246 | 700381775 | Avaya | 302D1-B-323 | Operator Console | | 1 | Buena Park |
| 247 | 700381809 | Avaya | 26C1-C-323 | Operator Console | | 1 | Buena Park |
| 248 | 05146074-4193 | Avaya | PW9125 48 EBM | UPS | 062R10374289 | 1 | Buena Park |
| 249 | 05146074-4193 | Avaya | PW9125 48 EBM | UPS | 602R10374290 | 1 | Buena Park |
| 250 | 2201-03309-001 | Polycom | 1668-04037-001 | Conference phone - Soundstation EX | | 4 | Buena Park |
| 251 | 25414RE3-A | RCA | 25414RE3-A | Phone W/DISPLAY | | 3 | Buena Park |
| 252 | 77K4 | Powerware | FE1.15KVA | FERRUPS FE SERIES | 15K25493 | 1 | Buena Park |
| 253 | 8024S-GT | Comdial | 8024S-GT Impact | Phone W/DISPLAY | | 15 | Buena Park |
| 254 | D60241070140 | Lucent | 6000P6HV | UPS | TT072W0160 | 1 | Buena Park |
| 255 | E5YD110G486VPC | Comdial | LR91672 | Voicemail Server | 97010819 | 1 | Buena Park |
| 256 | F10B-0789-B001#IV | Fujitsu | 789 | Phone w/ display | | 58 | Buena Park |
| 257 | F10B-0790-B001#IV | Fujitsu | 790 | Phone w/ display | | 61 | Buena Park |
| 258 | F10B-0794-B001#IV | Fujitsu | 794 | Phone | | 37 | Buena Park |
| 259 | MMU2-42RAB | Interalia | MMU2-42RAB | Digital Voice Announcer | 71262 | 1 | Buena Park |
| 260 | N/A | Panasonic | Digital | Phone w/ display | | 3 | Buena Park |
| 261 | NT5874AABJ | Nortel | A0787385 | Applications Module | 1S7504V3G41B5413 | 1 | Buena Park |
| 262 | NT7B53FA-93 | Nortel | 970715 | Modular ICS | NNTM040A2ZW5 | 1 | Buena Park |
| 263 | NT7B75GB93 | Nortel | | PC Board | NNTM8455GQZR | 1 | Buena Park |
| 264 | NT8B20AB03 | Nortel Networks | Norstar M7310 | Phone | | 50 | Buena Park |
| 265 | NT8B20AF-03 | Norstar | M7310 | Phone W/DISPLAY | | 10 | Buena Park |
| 266 | NT8B27JAAA | Nortel Networks | T7316E | Phone w/ display | | 51 | Buena Park |
| 267 | NT8B80AAAB | Nortel | | Norstar Fast RAD | NNTM84551JDR | 1 | Buena Park |
| 268 | NT9B27AABA | Nortel | T7316 | Phone W/DISPLAY | | 14 | Buena Park |
| 269 | NTBB41FB-93 | Nortel | M0X16 | Norstar Station Module | NNTM8455UR3E | 1 | Buena Park |
| 270 | NTBB41FB-93 | Nortel | M0X16 | Norstar Station Module | NNTM8456BV56 | 1 | Buena Park |
| 271 | | Avaya | PW9125 1500 | UPS | 062R11375297 | 1 | Buena Park |
| 272 | | | | | **Total Pieces** | **2049** | |
| 273 | | | | | | | |
| 274 | | | | | | | |
| 275 | | | | | | | |
| 276 | **Telecom Phone System 1** | | | | | | |
| 277 | ACD03-0655JP | Avaya | G650 | Phone System | None Listed | 1 | Buena Park |
| 278 | 700246671 | Avaya | 655A | Power Unit | 04R403000787 | 1 | Buena Park |
| 279 | 108826884 | Avaya | TN464GP_S4_VH6F13 | DS1 INTFC 24/32 HV6 | 04J211705032 | 1 | Buena Park |
| 280 | 108826884 | Avaya | TN464GP_S4_VH6F13 | DS1 INTFC 24/32 HV6 | 04J214704346 | 1 | Buena Park |
| 281 | 700055015 | Avaya | TN799DP_S1_VH1F11 | C-LAN HV1 | 04J214702551 | 1 | Buena Park |
| 282 | 108276148 | Lucent | TN2224B S1 V12 R7 | 2W DIGITAL LINE V12 | 01DR01129983 | 1 | Buena Park |
| 283 | 108276148 | Lucent | TN2224B S1 V12 R7 | 2W DIGITAL LINE V12 | 01DR08137958 | 1 | Buena Park |
| 284 | 102791732 | Avaya | TN747B V8 | CO TRUNK | 90DR01304634 | 1 | Buena Park |
| 285 | 108276148 | Lucent | TN2224B S1 V12 R7 | 2W DIGITAL LINE V12 | 01DR03303375 | 1 | Buena Park |
| 286 | 106405616 | Avaya | TN763D S3 V5 R11 | AUXILIARY TRUNK | 01DR07305922 | 1 | Buena Park |
| 287 | 108276148 | Avaya | TN2224B S2 V3 R2 | 2W DIGITAL LINE V3 | 01DR07148123 | 1 | Buena Park |
| 288 | 700260359 | Avaya | TN2312BP_S1_F9 | IPSI HV6 | 04J214706722 | 1 | Buena Park |
| 289 | | | | | | | |
| 290 | **Telecom Phone System 2** | | | | | | |
| 291 | N/A | AT&T | 103D7 | Partner 2 400E Module R3.1 | 95221.0104 | 1 | Buena Park |
| 292 | N/A | AT&T | 103D7 | Partner 2 400E Module R3.1 | 95221.0106 | 1 | Buena Park |
| 293 | 539A8 | AT&T | 539A8 | Partner Plus Processor Module R4.0 | 95235.0295 | 1 | Buena Park |
| 294 | 107659054 | Lucent | 103103E18 | Partner 206E Module R4.1 | 96SP69165545 | 1 | Buena Park |
| 295 | 107659054 | Lucent | 103103E18 | Partner 206E Module R4.1 | 96SP69165532 | 1 | Buena Park |
| 296 | | | | | | | |
| 297 | **Telecom Phone System 3** | | | | | | |
| 298 | ACD03-0655JP | Avaya | G650 | Phone System | None Listed | 1 | Buena Park |
| 299 | 700246671 | Avaya | 655A | Power Unit | 04R403000790 | 1 | Buena Park |
| 300 | 700055015X | Avaya | TN799DP_S1_VH1F11 | C-LAN HV1 | 04J214702613 | 1 | Buena Park |
| 301 | 108772583 | Avaya | TN2501AP_S1_VH2F7 | ANNOUNCEMENT HV2 | 04J213700810 | 1 | Buena Park |
| 302 | 107214710 | Avaya | TN767E SOC,1 V21 R12 | DS1 INTERFACE V21 | 01DR09377415 | 1 | Buena Park |
| 303 | 108826884 | Avaya | TN464GP S3 VH2F6 | DS1 INTFC 24/32 HV2 | 02J201970346 | 1 | Buena Park |
| 304 | 107784001 | Avaya | TN744D | CALL CLASS-DET | 00SP61798817 | 1 | Buena Park |
| 305 | 108276148 | Avaya | TN2224B S2 V3 R2 | 2W DIGITAL LINE | 01DR07148067 | 1 | Buena Park |
| 306 | 700059652 | Avaya | TN2224CP_S0,1_VH2F1 | DIGITAL LN 24 PT HV2 | 02J208703057 | 1 | Buena Park |
| 307 | 700059652 | Avaya | TN2224CP_S3_VH5F14 | 2W DIGITAL LINE HV5 | 03J208717387 | 1 | Buena Park |
| 308 | 700059652 | Avaya | TN2224CP_S3_VH5F14 | 2W DIGITAL LINE HV5 | 03J208705387 | 1 | Buena Park |
| 309 | 700059652 | Avaya | TN2224CP_S3_VH5F14 | 2W DIGITAL LINE HV5 | 03J208703858 | 1 | Buena Park |
| 310 | 700059652 | Avaya | TN2224CP_S3_VH5F14 | 2W DIGITAL LINE HV5 | 04J204705001 | 1 | Buena Park |
| 311 | | | | | | | |
| 312 | **Telecom Phone System 4 - NOTE: Racks A through E noted below are all part of this system** | | | | | | |
| 313 | IL0195294764 | Definity | Multi Carrier Cabinet | Phone System | 97DR05978328 | 1 | Buena Park |
| 314 | **Rack C** | | | | | | |
| 315 | TN748D | AT&T | TN748D V1 | TONE DETECTOR | 91DR10304948 | 1 | Buena Park |
| 316 | TN746B | AT&T | TN746B V8 | ANALOG LINE | 95DR08130086 | 1 | Buena Park |
| 317 | 103557468 | Lucent | TN793 V6 | ANALOG LINE | 99DR10133017 | 1 | Buena Park |
| 318 | 700055015 | Avaya | TN799DP HV0 | C-LAN | 02J210713420 | 1 | Buena Park |
| 319 | TN767E | Lucent | TN767E V14 | DS1 INTERFACE | 97DR12261220 | 1 | Buena Park |
| 320 | 106361421 | Lucent | TN746B V16 | ANALOG LINE | 98DR09151714 | 1 | Buena Park |
| 321 | 106361421 | Lucent | TN746B V12 | ANALOG LINE | 97DR11145300 | 1 | Buena Park |

**Exhibit B - Buena Park Telecom Bid Lot: Sale to Knight-Tel Telecommunications**

| # | Part | Mfr | Model | Description | Serial | Qty | Location |
|---|---|---|---|---|---|---|---|
| 322 | 108276148 | Lucent | TN2224B V3 | 2W DIGITAL LINE | 99SP22842021 | 1 | Buena Park |
| 323 | TN750C | Lucent | TN750C V8 | ANNOUNCEMENT | 97DR07304084 | 1 | Buena Park |
| 324 | TN746B | Lucent | TN746B V10 | ANALOG LINE | 97DR09141349 | 1 | Buena Park |
| 325 | 106361421 | Lucent | TN746B V16 | ANALOG LINE | 98DR10131915 | 1 | Buena Park |
| 326 | 700059652 | Avaya | TN2224CP HV5 | 2W DIGITAL LINE | 04J212708373 | 1 | Buena Park |
| 327 | TN767E | Lucent | TN767E V10 | DS1 INTERFACE | 97DR10263466 | 1 | Buena Park |
| 328 | 700059652 | Avaya | TN2224CP HV5 | 2W DIGITAL LINE | 04J206700773 | 1 | Buena Park |
| 329 | 108551755 | Avaya | TN793B V8 | ANALOG LINE | 03J205719783 | 1 | Buena Park |
| 330 | TN767E | Lucent | TN767E V10 | DS1 INTERFACE | 97DR04269157 | 1 | Buena Park |
| 331 | Rack B | | | | | | |
| 332 | TN744C | Lucent | TN744C V3 | CALL CLASS-DET | 97DR05300080 | 1 | Buena Park |
| 333 | TN2224 | Lucent | TN2224 V4 | 2W DIGITAL LINE | 97DR05262046 | 1 | Buena Park |
| 334 | 106361421 | Lucent | TN746B V19 | ANALOG LINE | 99F807105309 | 1 | Buena Park |
| 335 | TN767E | Lucent | TN767E V10 | DS1 INTERFACE | 97DR10262323 | 1 | Buena Park |
| 336 | TN747B | Lucent | TN747B V8 | CO TRUNK | 97ST09013285 | 1 | Buena Park |
| 337 | 107214710 | Avaya | TN767E V31 | DS1 INTERFACE | 02J209706063 | 1 | Buena Park |
| 338 | Rack A | | | | | | |
| 339 | TN2404 | Avaya | TN2404 V3 | PROCESSOR | 02J208731978 | 1 | Buena Park |
| 340 | TN765 | AT&T | TN765 V19 | PROCESSOR INTFC | 94DR08320632 | 1 | Buena Park |
| 341 | 108516675 | Avaya | TN2401 V4 | NETCON/PKT INTFC | 02J207738184 | 1 | Buena Park |
| 342 | 108305814 | Avaya | TN2400 V2 | NET/PKT BP CONN | 02J207724694 | 1 | Buena Park |
| 343 | TN2182 | Lucent | TN2182 V5 | TONE - CLOCK | 97DR05301164 | 1 | Buena Park |
| 344 | 108469446 | Avaya | TN570D V5 | EXPANSION INTFC | 04J207701020 | 1 | Buena Park |
| 345 | 106361421 | Lucent | TN746B V16 | ANALOG LINE | 98DR09125310 | 1 | Buena Park |
| 346 | 107214710 | Lucent | TN767E V18 | DS1 INTERFACE | 00DR02375378 | 1 | Buena Park |
| 347 | 106361421 | Lucent | TN746B V13 | ANALOG LINE | 98DR08137606 | 1 | Buena Park |
| 348 | TN746B | AT&T | TN746B V9 | ANALOG LINE | 94DR02126143 | 1 | Buena Park |
| 349 | 107214710 | Lucent | TN767E V16 | DS1 INTERFACE | 98DR03261260 | 1 | Buena Park |
| 350 | TN747B | AT&T | TN747B V16 | CO TRUNK | 94DR12136550 | 1 | Buena Park |
| 351 | TN747B | Lucent | TN747B V1 | CO TRUNK | 97ST09013278 | 1 | Buena Park |
| 352 | Rack D | | | | | | |
| 353 | TN767E | Lucent | TN767E V10 | DS1 INTERFACE | 97DR10260044 | 1 | Buena Park |
| 354 | TN2224 | Lucent | TN2224 V5 | 2W DIGITAL LINE | 97DR10267483 | 1 | Buena Park |
| 355 | TN2224 | Lucent | TN2224 V5 | 2W DIGITAL LINE | 98DR02260304 | 1 | Buena Park |
| 356 | 700059652 | Avaya | TN2224CP HV4 | 2W DIGITAL LINE | 03J205715716 | 1 | Buena Park |
| 357 | TN767E | Lucent | TN767E V21 | DS1 INTERFACE | 97DR08263264 | 1 | Buena Park |
| 358 | TN746B | AT&T | TN746B V6 | ANALOG LINE | 92DR08133503 | 1 | Buena Park |
| 359 | TN2224 | Lucent | TN2224 V5 | 2W DIGITAL LINE | 97DR11263304 | 1 | Buena Park |
| 360 | TN2224 | Lucent | TN2224 V5 | 2W DIGITAL L;INE | 97DR11264117 | 1 | Buena Park |
| 361 | 106361421 | Lucent | TN746B V12 | ANALOG LINE | 97DR11128523 | 1 | Buena Park |
| 362 | 700059652 | Avaya | TN2224CP HV5 | 2W DIGITAL LINE | 04J206700741 | 1 | Buena Park |
| 363 | 700059652 | Avaya | TN2224CP HV5 | 2W DIGITAL LINE | 04J206700712 | 1 | Buena Park |
| 364 | 700059652 | Avaya | TN2224CP HV5 | 2W DIGITAL LINE | 03J208716772 | 1 | Buena Park |
| 365 | Rack E | | | | | | |
| 366 | 106361421 | Lucent | TN746B V13 | ANALOG LINE | 98DR08136932 | 1 | Buena Park |
| 367 | 107582728 | Lucent | TN2224 V5 | 2W DIGITAL LINE | 98DR08168219 | 1 | Buena Park |
| 368 | 106361421 | Lucent | TN746B V13 | ANALOG LINE | 98DR06129582 | 1 | Buena Park |
| 369 | 107582728 | Lucent | TN2224 V5 | 2W DIGITAL LINE | 98DR08130035 | 1 | Buena Park |
| 370 | TN767E | Lucent | TN767E V14 | DS1 INTERFACE | 98DR03264138 | 1 | Buena Park |
| 371 | TN746B | Lucent | TN746B V10 | ANALOG LINE | 97DR08126341 | 1 | Buena Park |
| 372 | TN2224 | Lucent | TN2224 V5 | 2W DIGITAL LINE | 97DR11263327 | 1 | Buena Park |
| 373 | TN746B | AT&T | TN746B V6 | ANALOG LINE | 92DR08131304 | 1 | Buena Park |
| 374 | TN763D | Lucent | TN763D V5 | AUXILIARY TRUNK | 97DR07311053 | 1 | Buena Park |
| 375 | TN2224 | Lucent | TN2224 V5 | 2W DIGITAL LINE | 97DR11263311 | 1 | Buena Park |
| 376 | TN2224 | Lucent | TN2224 V5 | 2W DIGITAL LINE | 97DR09262239 | 1 | Buena Park |
| 377 | TN2224 | Lucent | TN2224 V5 | 2W DIGITAL LINE | 97DR09262266 | 1 | Buena Park |
| 378 | TN2224 | Lucent | TN2224 V5 | 2W DIGITAL LINE | 97DR09261192 | 1 | Buena Park |
| 379 | TN2224 | Lucent | TN2224 V5 | 2W DIGITAL LINE | 97DR09262271 | 1 | Buena Park |
| 380 | TN2224 | Lucent | TN2224 V5 | 2W DIGITAL LINE | 97DR09262257 | 1 | Buena Park |
| 381 | TN747B | AT&T | TN747B V13 | CO TRUNK | 93DR04127631 | 1 | Buena Park |
| 382 | 108826884 | Avaya | TN464GP HV6 | DS1 INTFC 24/32 | 04J235702792 | 1 | Buena Park |
| 383 | 108826884 | Avaya | TN464GP HV6 | DS1 INTFC 24/32 | 04J235702956 | 1 | Buena Park |
| 384 | | | | | | | |
| 385 | Telecom Phone System 5 | | | | | | |
| 386 | 108588542 | Avaya | Merlin Magix 515A | Magix CU Carrier Kit | A31624200646 | 1 | Buena Park |
| 387 | 700156516X | Avaya | Magix 49E1 | Power Supply | A31624603520 | 1 | Buena Park |
| 388 | 700253461 | Avaya | 617X33 | Processor W-CKE5 | A31661146261 | 1 | Buena Park |
| 389 | 108514423 | Avaya | 617B52 | 412 TDL LS-ID | A31631000018 | 1 | Buena Park |
| 390 | 108514423 | Avaya | 617B52 | 412 TDL LS-ID | A31631301994 | 1 | Buena Park |
| 391 | 108514522 | Avaya | 617B58 | 024 TDL | A31664044336 | 1 | Buena Park |
| 392 | 108514522 | Avaya | 617B58 | 024 TDL | A31664044348 | 1 | Buena Park |
| 393 | 700210909 | Avaya | 617T15 | 100 DCD | A31658348266 | 1 | Buena Park |
| | | | | | Total Phone System 5 | 104 | |

Winning Bid: $ 131,670.00