UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| *In re* | : | Chapter 11 |
|   | : |   |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | : | Case Number 07-10416 (KJC) |
| Debtors. | : | (Jointly Administered) |

Hearing Date: January 23, 2008 at 1:30 P.M.

### STATEMENT OF THE UNITED STATES TRUSTEE IN SUPPORT OF THE MOTION OF MICHAEL J. MISSAL, EXAMINER, FOR A SECOND EXTENSION OF TIME TO FILE HIS REPORT WITH THE COURT
### (DOCKET ENTRY # 4342)

In support of the motion of Michael J. Missal, Examiner, for a second extension of time to file his report with the Court (the "Motion"), Kelly Beaudin Stapleton, United States Trustee for Region 3 ("U.S. Trustee"), by and through her counsel, and based upon information and belief, avers:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corp., a California Corporation.

**INTRODUCTION**

1.      Under (i) 28 U.S.C. § 1334, (ii) (an) applicable order(s) of the United States District Court for the District of Delaware issued pursuant to 28 U.S.C. § 157(a), and (iii) 28 U.S.C. § 157(b)(2)(A), this Court has jurisdiction to hear and determine the Motion.

2.      Under 28 U.S.C. § 586, the U.S. Trustee has an overarching responsibility to enforce the laws as written by Congress and interpreted by the courts.  See United States Trustee v. Columbia Gas Sys., Inc. (In re Columbia Gas Sys., Inc.), 33 F.3d 294, 295-96 (3d Cir. 1994) (noting that UST has "public interest standing" under 11 U.S.C. § 307 which goes beyond mere pecuniary interest); Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.), 898 F.2d 498, 500 (6th Cir. 1990) (describing the UST as a "watchdog").

3.      Under 11 U.S.C. § 307, the U.S. Trustee has standing to be heard on the Motion and this Statement in support of the Motion.

**STATEMENT**

4.      The U.S. Trustee supports the Examiner's request for an extension of time to complete his report.  Within the last six weeks, there have been two key developments which support the Examiner's request.  First, some of the Debtors' former employees who were subpoenaed by the Examiner refused initially to be interviewed.  The Examiner was informed in December, 2007 that these employees agreed to be interviewed.  Those interviews are scheduled for January, 2008.  Mot. ¶ 11.  Second, within the last week the Examiner was informed by the Debtors that 600,000 electronic mail communications from the "prior to 2/6/07" period had not been produced.  Based upon communications with the Examiner, the U.S. Trustee understands that the Debtors previously indicated to the Examiner that the e-mails at issue had, in fact, been produced.

5. The Examiner has faced a series of challenges in conducting the examination which are detailed in the Motion. The Examiner's request for a brief extension of time to complete the report will serve all parties in interest by permitting the Examiner an opportunity to interview the aforementioned employees and to review the latest document production(s).

## CONCLUSION

WHEREFORE the U.S. Trustee requests that this Court issue an order granting the Motion.

    Respectfully submitted,

    **KELLY BEAUDIN STAPLETON**
    **UNITED STATES TRUSTEE**


    **BY:** /s/ Joseph J. McMahon, Jr.
        Joseph J. McMahon, Jr., Esquire (# 4819)
        Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        J. Caleb Boggs Federal Building
        844 King Street, Room 2207, Lockbox 35
        Wilmington, DE  19801
        (302) 573-6491
        (302) 573-6497 (Fax)

Date:  January 16, 2008