UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | |
| | Case Number 07-10416 (KJC) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I certify that, on January 16, 2008, I caused to be served a copy/copies of the United States Trustee's Statement in Support of the Motion of Michael J. Missal, Examiner, for a Second Extension of Time to File His Report with the Court via electronic mail to the following persons:

| | |
|---|---|
| Mark D. Collins, Esquire | Ben H. Logan, Esquire |
| Michael J. Merchant, Esquire | Suzzanne S. Uhland, Esquire |
| Christopher M. Samis, Esquire | Victoria A. Newmark, Esquire |
| RICHARDS, LAYTON & FINGER, P.A. | Emily R. Culler, Esquire |
| One Rodney Square | O'MELVENY & MYERS LLP |
| P.O. Box 551 | 275 Battery Street |
| Wilmington, DE  19899 | San Francisco, CA  94111 |
| collins@rlf.com | suhland@omm.com |
| merchant@rlf.com | blogan@omm.com |
| samis@rlf.com | vnewmark@omm.com |
| | eculler@omm.com |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corp., a California Corporation.

Michael J. Missal, Esquire
Edward M. Fox, Esquire
Stephen G. Topetzes, Esquire
K&L GATES LLP
1601 K Street, NW
Washington, D.C.  20006-1600
michael.missal@klgates.com
edward.fox@klgates.com
steven.topetzes@klgates.com

Mark Minuti, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
mminuti@saul.com

Bonnie Glantz Fatell, Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE  19801-4226
fatell@blankrome.com

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
HAHN & HESSEN LLP
488 Madison Avenue
14th and 15th Floors
New York, NY  10022
mpower@hahnhessen.com
mindelicato@hahnhessen.com

    /s/ Joseph J. McMahon, Jr.
    Joseph J. McMahon, Jr.
    Trial Attorney