Cy Epstein, SB no. 76339
General Counsel
Clear Capital.com, Inc.
6030 Orchard Avenue
Richmond, CA 94804



UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                    ) Case No. 07-10416 KJC
                                          )
NEW CENTURY TRS HOLDINGS, NEW             )
                                          ) CHAPTER 11
CENTURY FINANCIAL CORPORATION,            )
                                          ) NOTICE OF CHANGE OF ADDRESS
        Debtor.                           )
                                          )
                                          )
                                          )

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, ITS ATTORNEY OF RECORD, THE US TRUSTEE, AND ALL PARTIES IN INTEREST:

In regard to the Request for Notice filed July 12, 2007 and all other filings, please be advised that the address for unsecured creditor **CLEAR CAPITAL.COM, INC.** has changed. The new address is:

> **Corporate Counsel**
> **Clear Capital**
> **10875 Pioneer Trail**
> **Truckee, Ca 96161**

Please send all further notices, filings and correspondence to the above address.

By: _____
Cy Epstein, Corporate Counsel

# CERTIFICATE OF SERVICE

FILED 2008 JAN 15 AM 11:00

The undersigned hereby certifies that on this 12th day of January, 2008, a copy of the foregoing Notice of Change of Address has been served upon the person or parties listed below by UNITED STATES MAIL, FIRST CLASS POSTAGE PAID.

| | |
|---|---|
| Mark D. Collins, Esq.<br>Richards, Layton & Fingar<br>PO Box 551<br>One Rodney Square<br>Wilmington, DE 19801 | Debtor's Counsel |
| Suzanne S. Uhland, Esq.<br>O'Melveny & Meyers LLP<br>275 Battery Park<br>San Francisco, CA 94111 | Debtor's Counsel |
| Joseph McMahan, Esq.<br>Office of United States Trustee<br>844 Market Street<br>Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | United States Trustee |

By: _____
Cy Epstein
Corporate Counsel
Clear Capital.com, Inc.