# PAUL J. KÖEPKE
*Real Estate Specialist*

Certified Real Estate Appraiser
Real Estate Consultant
Licensed Real Estate Broker
Real Estate Loans

715 South Upper Broadway, Suite 1103
Corpus Christi, Texas 78401-3553
Telephone (361) 883-6575
FAX (361) 882-7140
e-mail: okpk@ccaronline.com

10 January 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, Delaware 19801

      Debtors: **New Century TRS Holdings, Inc., a Delaware Corporation, et.al.**
          Case No:    07-10416 (KJC)
          Objection:   Ninth Omnibus Objection to Claims
          Claimant:   Paul J. Koepke
          Claim Number:   1774
          Claim Basis:   VA requested Appraisal Report

Gentlepersons:

First, please be informed that this is the first notice that I have received that my Claim was placed within a Bankruptcy procedure. The instrument I have just received, on Page 10, shows that my Claim is rated as secured and the Court is now being asked to reclassify my claim to the status of unsecured.

***I object to the reclassification. I feel this should remain as a secured debt.***

Our services were promptly and correctly performed and sent to the VA. Previously, notice was given to Challenge Financial Investors Corp. that the Invoice for Appraisal Services remains unpaid.

Our services were requested for the Veterans Administration on May 18, 2007 as requested by e-mail. Copy of the *"VA Request for Determination of Reasonable Value (Real Estate)"* is attached. It states: *"On receipt of "Certification of Reasonable Value: or advice from the Department of Veteran Affairs that a "Certificate of Reasonable Value" will not be issued, we agree to forward to the appraiser the approved fee which we are holding for this purpose"*. This form also includes the following statement: *"WARNING: Section 1010 of title 18, U.S.C. provides "whoever for the purpose of ... including such Administration... makes, passes, utters or publishes any statement knowing the same to false...shall be fined not more than $5,000 or imprisoned not more that two years or both."*

(Continued on Next Page)

Page 2 (Continued)

It is my contention that Challenge Financial Investors Corporation has violated Veterans Administration rules. Please see attached Letter from the VA dated 27 December 2007 ordering the Corporation to send the fee as approved.

In my opinion, this is a violation of Federal Law and that my claim should remain secured; therefore, the Court should order the Debtor to immediately pay my fee, in accordance with the attached Invoice. I have not added collection fees to my request, although it is my further opinion that I should be entitled to additional monies for the inconveniences.

I, Paul J. Köepke, am the person to whom this debt is owed. My Address is: 715 South Upper Broadway, Suite 1103, Corpus Christi, TX 78401. My telephone Number is: (361) 883-6575. I am authorized to settle this claim.

Thank you for giving consideration to my claim.

Paul J. Köepke

CC:  Veterans Administration,
     Construction and Valuation
     6900 Almeda Drive
     Houston, TX
CC:  RICHARDS, LAYTON & FINGER, P.A.
     One Rodney Square
     920 North King Street
     Wilmington, DE 19801
CC:  O'MELVENY & MYERS, L.L.P.
     275 Battery Street
     San Francisco, CA 94111



**DEPARTMENT OF VETERANS AFFAIRS**
**REGIONAL OFFICE**
**6900 ALMEDA ROAD**
**HOUSTON, TX 77030**

December 27, 2007

CHALLENGE FINANCIAL INVESTORS CORP(6356190000)　　RE: 362/263
360 CENTRAL AVENUE ,STE 600　　　　　　　　　　　　LH#: 62-62-6-1073033
ST PETERSBURG, FL 33701　　　　　　　　　　　　　　LOAN TYPE:LAP
　　　　　　　　　　　　　　　　　　　　　　　　　　PROPERTY ADDRESS:
　　　　　　　　　　　　　　　　　　　　　　　　　　714 EAST 6TH ST
　　　　　　　　　　　　　　　　　　　　　　　　　　BISHOP, TX 78343

Dear Sir:

We received a complaint from one of our fee appraisers regarding this unpaid bill for an appraisal and/or inspection at the property address shown above. This letter explains your responsibility for paying the fee, what you should do now, and who to contact if you need further assistance.

**Who is Responsible for Paying the Appraisal Fee?**
The lender, whose name is shown in box #5 of VA Form 26-1805-1, VA Request for Determination of Reasonable Value, is responsible for paying the appraisal fee. In this case it indicates that your company is responsible.

If the appraiser is not paid within **30 calendar days of the date of this letter, we will place your branch office on a "Payment In Advance" listing** which will appear on our website at www.vba.va.gov/ro/houston/lgy/home.html. This will authorize all our appraisers to collect fees in advance from your company until we have confirmation that this, and all due appraisal fees are current.

**What Should You Do?**
You should pay the bill, a copy of which is enclosed **and provide evidence of payment within 30 calendar days** by faxing a copy of the check (electronic receipt, etc in addition to a copy of this letter) to Ms. Ellen Mangum at fax number 713-383-1846. If you need to contact the appraiser, his/her telephone number is on the bill. We are also enclosing a copy of the 26-1805-1 form for this case.

**Do You Need Further Assistance?**
If you need our assistance, please contact **Gloria H. Pointer** at 713-383-1788 or by email at lgygpointer@vba.va.gov.

Sincerely yours,

GLORIA H. POINTER
Valuation Officer

Enclosure(s)
Invoice
26-1805-1

cc:　PAUL KOEPKE(0523)　　　　　　　　　　　　　　FRANKLIN AMERICAN MTG(8753184811
　　　715 SOUTH UPPER BROADWAY, STE 1103　　　　　5221 NORTH O'CONNOR BLVD,STE 900
　　　CORPUS CHRISTI, TX 78401　　　　　　　　　　IRVING, TX 75039

210 764 5956

**Paul Koepke**

**From:** PAWEIR@CFIC.COM
**Sent:** Friday, May 18, 2007 10:50 AM
**To:** okpk@ccaronline.com
**Cc:** haleema.banafe@branch.cfic.com; PAWEIR@CFIC.COM
**Subject:** 62-62-6-1073033

### Notice of Request for VA Appraisal

As a member of the VA Fee Appraiser Panel, you have been assigned to perform an appraisal for the property identified below. A copy of the request, VA Form 26-1805 is attached below. It may also be downloaded from the TAS Appr/Insp menu in the Veterans Information Portal (VIP) at http://vip.vba.va.gov/ . Any questions you may have concerning this request should be directed to the lender or point of contact indicated on the VA Form 26-1805. Please send (upload) your completed report in Adobe pdf format to the E-Appraisal application in VIP. If you are unable to accept this assignment, please contact the C & V Section at the RLC immediately.

RESPONDENT BURDEN: VA may not conduct or sponsor, and respondent is not required to respond to this collection of information unless it displays a valid OMB Control Number. Public reporting burden for this collection of information is estimated to average 12 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments regarding this burden estimate or any other aspect of this collection of information, call 1-800-827-1000 for mailing information on where to send your comments.

OMB Approved No.: 2900-0045
Respondent Burden: 12 minutes

| Department of Veterans Affairs | VA REQUEST FOR DETERMINATION OF REASONABLE VALUE (Real Estate) | 1. Case Number -- LAPP 62-62-6-1073033 | |
|---|---|---|---|
| 2. Property Address (Include ZIP Code and County) 714 EAST 6TH ST BISHOP, TX 78343 NUECES County | 3. Legal Description E 46' of Lot 14 and all of Lots 15 & 16 blk 106, Park Add | 4. Title Limits & Restrictive Covenants | |
| 5. Name and Address of Firm or Person Making Request/Application (Include ZIP Code) -- LAPP CHALLENGE FINANCIAL INVESTORS CORP 360 CENTRAL AVENUE SUITE 600 ST PETERSBURG, FL 33701-0000 E.Mail: haleema.banafe@branch.cfic.com | 6. Lot Dimensions: x    1. Irregular/Square Feet:    2. Acres: | | |
| | 7. Utilities: | | |
| | 8. Equip.: | | |
| 9. Building Status: Existing | 10. Building Type: DETACHED | 12A. No. of Bldgs: 12B. No. of Living Units: 1 | 13A. Street Access: 13B. Street Maint.: |
| | 11. Factory Fabricated? | | |
| 14A. Construction Warranty Included? NO | | 14B. Name of Warranty Program: | |
| 14C. Expiration Date: | | 15. Constr. Completed: | |
| 16. Name of Owner: | | 17. Property: | |
| 18. Rent | 19. Name of Occupant: LEANDRO ORTEGON JR | 20. Telephone No.: (361)584-2257 | |
| | 21. Name of Broker: | 22. Telephone No.: | |
| 23. Date and Time Available for Inspection: | | 24. Keys At: | |
| 25. Originator's Ident. No.: 6356190000 | 26. Sponsor's Ident. No.: 8753184811 | 27. Institution's Case No.: | |
| 28. Purchaser's Name and Address LEANDRO ORTEGON 714 E. 6TH ST BISHOP, TX 78343 | **EQUAL OPPORTUNITY IN HOUSING** NOTE: Federal laws and regulations prohibit discrimination because of race, color, religion, sex, or national origin in the sale or rental of residential property. Numerous State statutes and local ordinances also prohibit such discrimination. In addition, section 805 of the Civil Rights Act of 1968 prohibits discriminatory practices in connection with the financing of housing. If VA finds there is noncompliance with any antidiscrimination laws or regulations, it may discontinue business with the violator. | | |
| 29. NEW OR PROPOSED CONSTRUCTION (Complete items 29A through 29G for new or proposed construction cases only.) | | | |
| 29A. Compliance Inspections Will Be or Were Made By: N/A | 29B. Plans | 29C. Plans Previously Submitted Under Case No. | |

5/18/2007

| 29D. Name and Address of Builder | 29F. Name and Address of Warrantor |
|---|---|
| 29E. Telephone No.: | 29G. Telephone No.: |

| 30. Comments on Special Assessments or Home Owner's Association Charges: | | | 33. Leasehold Cases<br>A. Lease Is:<br>B. Expires:<br>C. Annual Ground Rent: |
|---|---|---|---|
| 31. Annual Real Estate Taxes | 32. Mineral Rights Reserved? | | |
| 34. Sale Price of Property<br>$0 | 34A. Is Buyer Purchasing Lot Separately? | 35. Refinancing-Amount of Proposed Loan: $128,300 | 36. Proposed Sale Contract Attached? |

**CERTIFICATIONS FOR SUBMISSIONS TO VA**

On receipt of "Certificate of Reasonable Value" or advice from the Department of Veterans Affairs that a "Certificate of Reasonable Value" will not be issued, we agree to forward to the appraiser the approved fee which we are holding for this purpose.

**CERTIFICATION REQUIRED ON CONSTRUCTION UNDER FHA SUPERVISION**

I hereby certify that plans and specifications and related exhibits including acceptable FHA Change Orders, if any, supplied to VA in this case are identical to those *submitted to / to be submitted to / approved by* FHA, and that FHA inspections *have been / will be* made pursuant to FHA approval for mortgage insurance on this basis of proposed construction under SEC.

| 38. Signature of Person Authorizing This Request<br>FRANK PATTISON | 39. Title: BRANCH MANAGER | 41. Date<br>05/18/2007 |
|---|---|---|
| | 40. Telephone Number: (210)696-0114 | |
| 42. Date of Assignment: 05/18/2007 | 43. Name of Appraiser: (0523) PAUL KOEPKE<br>(O): (361)883-6575  E.Mail: okpk@ccaronline.com | |

WARNING: Section 1010 of title 18, U.S.C. provides "Whoever for the purpose of ... including such Administration ... makes, passes, utters or publishes any statement knowing the same to be false ... shall be fined not more than $5,000 or imprisoned not more than two years or both."

VA FORM APR 1999   **26-1805-1**

---

**LAP Case:** 62-62-6-1073033
**Date:** 05/18/2007
**Requester Data:** Lender: 6356190000
210-696-0114 X310 , Banafe

*Selina*

*called 10/2*

### Case Description

**Address:** 714 EAST 6TH ST
BISHOP, TX 78343
**County:** NUECES

### Appraiser Data

**Appraisers Assigned: 1**

**0523   PAUL KOEPKE**
**Address:** 715 SOUTH UPPER BROADWAY
SUITE 1103
CORPUS CHRISTI, TX 78401
**Office Phone:** (361)-883-6575
**FAX:** (361)-882-7140
**E-Mail:** okpk@ccaronline.com

---

### Inspector Data

**Inspectors Assigned: 0**

5/18/2007

# INVOICE

**FROM:**
Paul J. Koepke, MAI, SRA
Paul J. Koepke, Real Estate Specialists
715 S.Upper Broadway #103
Corpus Christi, TX 78401

Telephone Number: 361-883-6575    Fax Number:

**TO:**
Challenge Financial Investor Corp.
360 Central Avenue, Suite 600
St. Petersburg, FL 33701

Telephone Number: 210-696-0114    Fax Number:
Alternate Number:    E-Mail: haleema.banafe@branch.cfic.c

| INVOICE NUMBER |
|---|
| S7015 |
| DATE |
| May 25, 2007 |

| REFERENCE | |
|---|---|
| Internal Order #: | S7015 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | S7015 |
| Other File # on form: | 62-62-6-1073033/LAPP |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

Lender: Department of Veterans Affairs    Client: Department of Veterans Affairs
Purchaser/Borrower: Leandro Ortegon
Property Address: 714 East 6th St.
City: Bishop
County: Nueces    State: TX    Zip: 78343
Legal Description: E46' of Lot 14 and all of Lots 15 & 16, Block 106, Park-Bishop

| FEES | AMOUNT |
|---|---|
| VA | 350.00 |
| SUBTOTAL | 350.00 |

| PAYMENTS | | | AMOUNT |
|---|---|---|---|
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | SUBTOTAL | |
| | | **TOTAL DUE** $ | 350.00 |

Please Return This Portion With Your Payment

**FROM:**
Challenge Financial Investor Corp.
360 Central Avenue, Suite 600
St. Petersburg, FL 33701

Telephone Number: 210-696-0114    Fax Number:
Alternate Number:    E-Mail: haleema.banafe@branch.cfic.c

AMOUNT DUE:    $    350.00
AMOUNT ENCLOSED:    $

| INVOICE NUMBER |
|---|
| S7015 |
| DATE |
| May 25, 2007 |

**TO:**
Paul J. Koepke, MAI, SRA
Paul J. Koepke, Real Estate Specialists
715 S.Upper Broadway #103
Corpus Christi, TX 78401

| REFERENCE | |
|---|---|
| Internal Order #: | S7015 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | S7015 |
| Other File # on form: | 62-62-6-1073033/LAPP |
| Federal Tax ID: | |
| Employer ID: | |