FILED

2009 JAN 15  AM 9: 30

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

Chapter 11

In re:

NEW CENTURY TRS HOLDINGS, INC.,
a Deleware corporation, et al.,

    Debtors.

Case No.: 07-10416(KJC)
Jointly Administered

## AFFIDAVIT TO FILING

The Defendant, CAROL M. WANDS f/k/a LANDRY, ET AL, hereby files these COPIES IN SUPPORT OF THE CLAIM FILED.

PROOF OF RECORDED QUIT CLAIM/DEED FROM WILLIAM. R. LANDRY, JR TO CAROL M. WANDS

_____
CAROL M. WANDS
440 SE Sandia Drive
Port St. Lucie, FL 34983

I CERTIFY that a copy of this document was provided by US Postal Service and by fax, to the Plaintiff, this 7th day of January 2008 and to the UNITED STATES BANKRUPTCY COURT DISTRICT OF DELEWARE, CASE NO:07-10416 and New Century Claims Processing P.O. Box 8901 Marina Del Ray, CA 90295 c/o XRoads Case Management Services, O'Melveny & Myers, LLP 3121 Michelson Drive, Suite 600 Irvine, CA 92612, Christopher M. Samis 920 N. King Street Wilmington, DE 19801 c/o Richards, Layton & Finger, P.A., via US Mail.

_____
CAROL M. WANDS
440 SE Sandia Drive
Port St. Lucie, FL 34983
772-332-7292

05-DR-3006

# NONNEGOTIABLE COPY

Ellen M. Peoples
Peoples Title of South Florida
10100 West Sample Road, #401, Coral Springs, Florida 33065
Parcel ID No: 3419-540-0209-000-9

**EDWIN M. FRY, Jr., CLERK OF THE CIRCUIT COURT**
**SAINT LUCIE COUNTY**
FILE # 3062024 05/31/2007 at 11:50 AM
OR BOOK 2825  PAGE 2757 - 2757  Doc Type: DEED
RECORDING: $10.00
D DOC STAMP COLLECTION: $0.70

## Quit Claim Deed

Made this August 2 , 2006 A.D. by William Landry, a divorced man, hereinafter called the grantor, to **Carol M.**
**Wands, a married woman , f/k/a Carol Merrilee Landry** whose post office address is: 440 SE Sandia Drive, Port St. Lucie,
**Florida 34983** hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal
re-presentatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of $ TEN AND NO/100 DOLLARS ($10.00) and other
valuable considerations, receipt whereof is hereby acknowledged, does hereby remise, release, and quit claim unto the grantee forever,
all the right, title, interest, claim and demand which the said grantor has in and to, all that certain land situate in St. Lucie County,
Florida, viz:

Lot 8, Block 49, RIVER PARK, UNIT FIVE, according to the Plat thereof as recorded in Plat Book 11, Page 31, of the
Public Records of St. Lucie County, Florida.

Said property is not the homestead of the Grantor(s) under the laws and constitution of the State of Florida in that neither Grantor(s) or
any members of the household of Grantor(s) reside thereon. Grantor resides at:  1410 SE Barker Lane, Port St. Lucie, Florida 34983.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,**  the same together with all and singular the appurtenances thereunto belonging or in anywise
appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the said grantor, either in law or equity, to the
only proper use, benefit and behoof of the said grantee forever.

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:* "Original to be furnished upon satisfaction of "Final Judgment of
Dissolution of Marriage, case number 05-DR-3006, dated July 12,
2006".                                                                                          (Seal)

Witness                                        Printed    William Landry
Name: Robert Zipperian                                    Address: 1410 SE Barker Lane, Port St. Lucie, FL 34983

Witness
Name: RONALD Quoma          Printed

State of Florida
County of FLORIDA

The foregoing instrument was acknowledged before me this  2  day, of August, 2006, by , who is personally known to me or
who has produced F DL  as identification.

L536 436-55-264-0

Notary Public
Print Name: Helen M Quoma
My Commission Expires: 3/19/2010

Helene M. Quoma
Commission # DD530211
Expires March 19, 2010

STATE OF FLORIDA
ST. LUCIE COUNTY
THIS IS TO CERTIFY THAT THIS IS A
TRUE AND CORRECT COPY OF THE
ORIGINAL.
        EDWIN M. FRY JR. CLERK

Quit Claim Deed
Closers' Choice

By: _____
        Deputy Clerk

Date: _____



FILED
2009 JAN 15 AM 9:37
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

Chapter 11

In re:

NEW CENTURY TRS HOLDINGS, INC.,
a Deleware corporation, et al.,

Case No.: 07-10416(KJC)
Jointly Administered

Debtors.

AFFIDAVIT TO FILING

The Defendant, CAROL M. WANDS f/k/a LANDRY, ET AL, hereby files these COPIES IN SUPPORT OF THE CLAIM FILED.

PROOF OF PAYMENTS MADE THAT WERE PROVIDED TO NEW CENTURY MORTGAGE COMPANY PRIOR TO FORECLOSURE; FOR REFINANCING. NEW CENTURY PREVENTED NEW FINANCE COMPANY TO BUY MORTGAGE OF $90,000.00, BY ILLEGALLY REPORTING MORTGAGE 5 MONTHS LATE TO NEW LENDER.

CAROL M. WANDS
440 SE Sandia Drive
Port St. Lucie, FL 34983

I CERTIFY that a copy of this document was provided by US Postal Service and by fax, to the Plaintiff, this 7th day of January 2008 and to the UNITED STATES BANKRUPTCY COURT DISTRICT OF DELEWARE, CASE NO:07-10416 and New Century Claims Processing P.O. Box 8901 Marina Del Ray, CA 90295 c/o XRoads Case Management Services, O'Melveny & Myers, LLP 3121 Michelson Drive, Suite 600 Irvine, CA 92612, Christopher M. Samis 920 N. King Street Wilmington, DE 19801 c/o Richards, Layton & Finger, P.A., via US Mail.

CAROL M. WANDS
440 SE Sandia Drive
Port St. Lucie, FL 34983
772-332-7292

## Merrilee Landry

**From:**     "Kevin Barna" <kbarna@bellsouth.net>
**To:**       <agentcm44@adelphia.net>
**Cc:**       <abidot@icm4loans.com>
**Sent:**     Tuesday, July 25, 2006 10:54 AM
**Subject:**  FW: Emailing: phoenix

Merilee, we can close this as earlier as tomorrow once we get the payoff back from your old lender and we receive the title work. We should have titite right away and we should have the payoff by tomorrow.

-----Original Message-----
**From:** Kevin Barna [mailto:kbarna@bellsouth.net]
**Sent:** Tuesday, July 25, 2006 10:39 AM
**To:** 'Merrilee Landry'
**Cc:** 'abidot@icm4loans.com'
**Subject:** RE: Emailing: phoenix

Good morning Merilee

We are almost ready to close this loan, but I just want to make sure we handle everything the way you desire. We are waiting on title and they have to provide title with your husband on it if you are going to quit claim him off later. If you choose to quit claim him off now then title will come back with just you on it. I have to let them know.

The way we left it was you wanted to have him sign the docs and leave him on title until you are ready for him to sign the quit claim. Let me know how you want to do it. Also, he may have questions to the closing agent regarding his options about the quit claim deed and his money. The processor is waiting on title and she asked me to confirm how you want to do it. Other then that we are just witing on the payoffs for your old loan.

Also, did you want to escrow your taxes and insurance (include them in your monthly payment)? Or, would you rather pay them each year yourself? Let me know.

Thanks

Kevin

-----Original Message-----
**From:** Merrilee Landry [mailto:agentcm44@adelphia.net]
**Sent:** Monday, July 24, 2006 5:13 PM
**To:** Kevin Barna
**Subject:** Re: Emailing: phoenix

## Merrilee Landry

| | |
|---|---|
| **From:** | "Kevin Barna" <kbarna@bellsouth.net> |
| **To:** | "'Merrilee Landry'" <agentcm44@adelphia.net> |
| **Cc:** | <abidot@icm4loans.com> |
| **Sent:** | Monday, July 24, 2006 5:01 PM |
| **Subject:** | RE: Emailing: phoenix |

Also, when we schedule the closing we will need to quit claim your husband off and I think we will be able to draw docs up under the name of Wands. So, your husband may want to come in a little early to handle the quit claim deed at the time of closing. He will then be off title and have no ownership ineterest in the house. Once we know when the closing will be we will let you know so you can inform him. We will do the closing here at the office.

Thanks

Kevin

-----Original Message-----
**From:** Merrilee Landry [mailto:agentcm44@adelphia.net]
**Sent:** Monday, July 24, 2006 4:56 PM
**To:** Kevin Barna
**Subject:** Re: Emailing: phoenix

okay
Merrilee Wands

----- Original Message -----
**From:** Kevin Barna
**To:** 'Merrilee Landry'
**Cc:** abidot@icm4loans.com
**Sent:** Monday, July 24, 2006 12:51 PM
**Subject:** RE: Emailing: phoenix

The insurance company is waiting on a response from you regarding the increase in coverage before they will send the insurance to send to the lender. Please call them so we can proceed.

thanks

Kevin Barna

ICM Financial, Inc.

901 SW Martin downs Blvd.

Suite 317

Palm City, FL 34990

phone: 772-286-9070

7/24/2006

fax: 772-426-9962

mobile: 954-245-8727

-----Original Message-----
**From:** Merrilee Landry [mailto:agentcm44@adelphia.net]
**Sent:** Monday, July 24, 2006 10:28 AM
**To:** Kevin Barna
**Subject:** Re: Emailing: phoenix

did you get my faxes
Merrilee Wands

> ----- Original Message -----
> **From:** Kevin Barna
> **To:** 'Merrilee Landry'
> **Sent:** Monday, July 24, 2006 9:45 AM
> **Subject:** RE: Emailing: phoenix
>
> I have called them.  They will only deal with you.  We went through this three
> weeks ago with you.  Go back though our e-mails and you will see when I faxed
> my request to them (I cut and pasted it into and e-mail for you).  I specifically
> requested what I needed at that time.  Let me know.
>
> thanks
>
> Kevin
>
> > -----Original Message-----
> > **From:** Merrilee Landry [mailto:agentcm44@adelphia.net]
> > **Sent:** Friday, July 21, 2006 5:58 PM
> > **To:** Kevin Barna
> > **Subject:** Re: Emailing: phoenix
> >
> > so you didn't call the mortgage company. what do you want from me then. call them and
> > ask for it. what's the problem/
> > Merrilee Wands
> >
> > > ----- Original Message -----
> > > **From:** Kevin Barna
> > > **To:** 'Merrilee Landry'
> > > **Sent:** Friday, July 21, 2006 4:37 PM
> > > **Subject:** RE: Emailing: phoenix
> > >
> > > We need something showing when your period started and when it
> > > ended with your name and loan number attached to it in New
> > > Cenutruy's letterhead.  Also, what your payment plan is or if it is due in
> > > one lump sum at the end of the ninetly day period.  the lender made me
> > > aware of this webpage several weeks ago when we initially spoke
> > > regarding this.  My prior e-mails explain what we need.

7/24/2006

thanks

Kevin Barna
ICM Financial, Inc.
901 SW Martin downs Blvd.
Suite 317
Palm City, FL 34990
phone:  772-286-9070
fax:  772-426-9962
mobile:  954-245-8727

-----Original Message-----
**From:** Merrilee Landry [mailto:agentcm44@adelphia.net]
**Sent:** Friday, July 21, 2006 3:23 PM
**To:** Kevin Barna
**Subject:** Emailing: phoenix



**NEW CENTURY**
FINANCIAL CORPORATION

A NEW SHADE OF BLUE CHIP™

New Century Financial Corporation Extends Support to Hurricane

IRVINE, Calif., Dec. 7 /PRNewswire-FirstCall/ -- New Century Fin
(NYSE: NEW), a real estate investment trust (REIT) and parent com
nation's premier full-service mortgage finance companies, today an
relief it is providing to borrowers affected by the recent hurricanes,
some affected areas and the delay in the assessment and recovery p

"This season's hurricanes have affected many individuals in the Gul
Kevin M. Cloyd, Executive Vice President, Secondary Marketing an
Century Financial Corporation. "We are committed to working clos
borrowers to ensure that they are given the assistance and flexibilit
rebuild their homes, communities and their lives."

The company has offered a variety of special considerations to ensu
affected areas are provided the assistance needed to assess their dar
appropriate course of action. Those considerations include:

* An additional 90-day payment deferral period, which follows the i
  90-day deferral period immediately following Hurricane Katrina fc
  borrowers we have been unable to contact or borrowers who are sti
  need of additional time to get themselves reestablished
* No late fees
* No adverse credit reporting
* Flexible repayment terms
* Suspension of legal actions including cessation of foreclosure ac
* Absorption of property inspection fees/costs

7/24/2006

"We encourage our borrowers affected by the recent hurricanes to c
possible so that we can help assess and meet their needs on an indiv
"We stand prepared to help our borrowers begin to rebuild their liv

New Century has a dedicated Hurricane Response Team ready to h
addition, the company has:

* Extended business hours (Pacific time) to Monday through Thursday
  to 8 PM; Fridays, 6 AM to 6 PM; and Saturdays 6 AM to noon.
* Established a toll-free number — 1 (888) 477-0193, selection #1,
  an email address (map@ncen.com)
* Published special contact information on https://myloan.newcentur

"It is encouraging that the vast majority of New Century borrowers
current on their payments, and have maintained their payment sch
offered them the opportunity to defer," said Cloyd.

About New Century Financial Corporation

Founded in 1995 and headquartered in Irvine, California, New Cent
Corporation is a real estate investment trust (REIT) and one of the n
service mortgage finance companies, providing first and second mo
borrowers nationwide through its operating subsidiaries, New Cent
Corporation and Home123 Corporation. The company offers a broa
products designed to meet the needs of all borrowers. New Century
the communities in which it operates with fair and responsible lend
more about New Century, please visit www.ncen.com.

SOURCE  New Century Financial Corporation
        -0-                12/07/2005
     /CONTACT: Carrie Marrelli, VP, Investor Relations, +1-949-224-5745,
Erin Freeman, VP, Corporate Communications, +1-949-862-7624, both of New
Century Financial Corporation/
     /Web site: https://myloan.newcentury.com
               http://www.ncen.com /
     (NEW)

CO:  New Century Financial Corporation
ST:  California, Louisiana
IN:  FIN RLT
SU:  CSR

BF-MS
-- LAW102 --
5282 12/07/2005 19:41 EST http://www.prnewswire.com

**SPECIALIZED SECRETARIAL SERVICES OF FLORIDA, PORT ST. LUCIE**
Occupational License Number: 7299-20030596
Licensed Insured and Bonded
772-878-7664
yoursecretary.us

January 22, 2007

William R. Landry, Jr.
P.O. Box 880672
Ft. Pierce, Florida 34994

This letter is to seek your attention regarding the refinancing of the home on Sandia Drive, in Port St. Lucie, Florida. Secondly, a date with the refinance company and the title company has been set up for the transfer of the property back to me, however their needs to be some sort of communication from you to execute the transfer of title.

If you are still in the area or otherwise relocated, please contact Mortgages by Premier in order to set up the transfer of mortgage and AKC. I am enclosing a business card for you to act upon.

Accordingly,

Ms. Carol M. Wands
772-878-7664 or 772-332-7292

cc. Clerk of Court St. Lucie 05-DR-3006



**Providing World Class Customer Service**

Dear Mr. Landny:

My name is Ricardo Valentin a mortgage broker from Mortgages by Premier.  Our client Ms. Carol Wands is in the process of refinancing the property on 440 SE Sandia Dr. which is own by you William Landny and Ms Carol Wands.  We need from you to please contact us via phone, e-mail, or mail. It is necessary to your cooperation in this matter; in order for us to continue the refinancing process. Please do not hesitate to contact us for any questions regarding this matter.  Thank you for you time and I hope to hear from you soon.

Thank you very much.

Ricardo Valentin.

433 NW Prima Vista Blvd.
Port Saint Lucie Fl 34983
772) 359 7551
772) 323 2448

433 NW Prima Vista Blvd.   Port St. Lucie, FL  34983
PH: (772) 398-9292    FX: (772) 398-9225

OFFICE OF
## C. MERRILEE WANDS
dba
## SPECIALIZED SECRETARIAL SERVICES OF FLORIDA
440 SE Sandia Drive, Port St. Lucie, Florida 34983
772-878-7444 or 772-332-7292
agentcm44@juno.com
www.yoursecretary.us

---

## FLORIDA LOCAL ADVOCACY COUNCIL
## CERTIFIED PROCESS SERVER AND SUPREME COURT MEDIATOR
## NINETEENTH JUDICIAL CIRCUIT

---

July 8, 2006

William R. Landry, Jr.
1040 Barker Street
Port St. Lucie, Florida 34983

Landry v. Landry

Dear Mr. Landry:

I have enclosed the Quit Claim Deed necessary for signature and re-financing for the home mortgage loan. As you are aware this is the second time I have sent it to you and that I have spoken to you with reference to this on the telephone. Please govern yourself accordingly, everything is ready to close on the new mortgage to remove your name and we are waiting for you to do your part.

Yours truly,

Carol M. Wands

cc: Judge Cynthia Cox
218 S. Second Street
Ft. Pierce, Florida 34950

## Carol Wands

**From:** "Kevin Barna" <kbarna@bellsouth.net>
**To:** "'Merrilee Landry'" <agentcm44@adelphia.net>
**Sent:** Tuesday, July 11, 2006 4:01 PM
**Subject:** RE: Mortgage info.

Thanks.  I will need the final one signed by all parties.

Kevin

-----Original Message-----
From: Merrilee Landry [mailto:agentcm44@adelphia.net]
Sent: Tuesday, July 11, 2006 3:51 PM
To: Kevin Barna
Subject: Re: Mortgage info.


re-typed for usage for refi, sending to judge
Merrilee Wands
----- Original Message -----
From: "Kevin Barna" <kbarna@bellsouth.net>
To: <agentcm44@adelphia.net>
Sent: Tuesday, July 11, 2006 2:19 PM
Subject: RE: Mortgage info.


> Any word from New Century?
>
> -----Original Message-----
> From: agentcm44@adelphia.net [mailto:agentcm44@adelphia.net]
> Sent: Thursday, July 06, 2006 8:38 AM
> To: Kevin Barna
> Subject: RE: Mortgage info.
>
>
> they were supposed to fax them to me, i received via us mail the
> defferment package yest. which I filled out and forwarded back to
> them..
> ---- Kevin Barna <kbarna@bellsouth.net> wrote:
>> Did New Century let you know what the turn around time would be on
>> receiving the moratorium documents?
>>
>> -----Original Message-----
>> From: Merrilee Landry [mailto:agentcm44@adelphia.net]
>> Sent: Wednesday, July 05, 2006 3:32 PM
>> To: Kevin Barna
>> Subject: Re: Mortgage info.
>>
>>
>> I am still waiting for the final judgment from the Judge and that

>> will
>
>> reflect the last name of Wands. I received docs in the mail today
>> with
>
>> Wands :Landry. That will not suffice.. Merrilee Wands
>>
>> ----- Original Message -----
>> From: Kevin  <mailto:kbarna@bellsouth.net> Barna
>> To: 'Merrilee Landry' <mailto:agentcm44@adelphia.net>
>> Sent: Wednesday, July 05, 2006 11:51 AM
>> Subject: RE: Mortgage info.
>>
>> Good morning Carol. I hope you had a great 4th of july weekend.
>>
>> I will need three things from you. I will need the documents that we
>> have discussed from New Century regarding the moratorium, a copy of
>> your divorce decree and documents that show that your name is
>> currently Wands.
>>
>> We have pretty much finished the rest of the loan process. Let me
>> know when you are able to supply those items. Call if you need
>> anything.
>>
>> Have a great day!
>>
>> Kevin Barna
>>
>> ICM Financial, Inc.
>>
>> 901 SW Martin Downs Blvd.
>>
>> Suite 317
>>
>> Palm City, FL 34990
>>
>> phone:  772-286-9070
>>
>> fax:  772-426-9962
>>
>> mobile:  952-245-8727
>>
>> -----Original Message-----
>> From: Merrilee Landry [mailto:agentcm44@adelphia.net]
>> Sent: Saturday, July 01, 2006 1:21 PM
>> To: Kevin Barna
>> Subject: Re: Mortgage info.
>>
>>
>> so far they haven't dent me the fax that they said they would to
>> defer

>
>> two payments Merrilee Wands
>>
>> ----- Original Message -----
>> From: Kevin  <mailto:kbarna@bellsouth.net> Barna
>> To: agentcm44@adelphia.net
>> Sent: Friday, June 30, 2006 3:51 PM
>> Subject: FW: Mortgage info.
>>
>>
>> I forgot the "44" in your e-mail address.  I am resending my message.
>> see below.
>>
>>  -----Original Message-----
>> From: Kevin Barna [mailto:kbarna@bellsouth.net]
>> Sent: Friday, June 30, 2006 3:46 PM
>> To: 'agent44@adelphia.net'
>> Subject: Mortgage info.
>>
>>
>> Carol
>>
>> Thanks for your time today.  It was my pleasure talking to you and I
>> am sorry to hear about your recent misfortune.
>>
>> I spoke to New Century and I have requested the specific terms of
>> your
>
>> agreement.  The way a moratorium works is your payments are suspended
>> but are due in one lump some at the time the moratorium ends.  The
>> original moratorium ended on April 1st.  What they are telling me is
>> that they simply won't report it on your credit report but when we
>> request the pay history they have to show when the payments were
>> actually paid.  They refused to send me something stating that your
>> mortgage was paid as agreed.  So, all the new lender has to go by is
>> the documents they are willing to send me.  I have faxed a request
>> for
>
>> the terms of the moratoium so I can attempt to show that currently
>> your mortgage is paid as agreed.  I will cut and paste the content of

>> my fax cover sheet so you can see what I've requested.  They would
>> not
>
>> give me a turn around time on the phone as to how long it would take
>> or even if they would send it to me.  They said they would send it at

>> your request.
>>
>> This is what I faxed to them:
>>

>> To Whom It May Concern:
>>
>>
>>
>> Enclosed, please find the "Borrower's Signature Authorization" for
>> Carol Landry.
>>
>> I am in the process of refinancing Carol's property located at 440 SE
>> Sandia Drive, Port Saint Lucie, FL 34983-2163. I am requesting a
copy
>
>> of the moratorium agreement as it pertains to Carol Landry's loan. I
>> will need and outline of the moratorium stating the month and year
the
>
>> moratorium began and when it ends along with the terms of the
>> moratorium (as it specifically relates to Carol Landry LN#
>> 0001979050). Also, please include if you are extending the
moratorium
>
>> for Carol Landry beyond the date of the original moratorium and the
>> terms of the extension. Please contact me at your earliest
>> convenience to confirm receipt of this request and to give me the
turn
>
>> around time so I know when I should expect to receive this
>> information. Thanks in advance for your help in this matter.
>>
>>
>>
>> Kevin
>>
>>
>>
>> Please contact me on Wednesday to let me know what New Cenutury is
>> sending you and when we should expect to receive it regarding the
>> moratorium. I have finished everything else except for some minor
>> items pertaining to this loan. The only other item that may slow us
>> down has to do with your husband and the terms of the divorce decree
>> and the lender will want proof of your last name. Thanks in advance
>> for all of your help and have a great holiday weekend.
>>
>>
>>
>> Thanks
>>
>>
>>
>> Kevin Barna
>>
>> ICM Financial, Inc.

```
>>
>> 901 SW Martin Downs Blvd.
>>
>> Suite 317
>>
>> Palm City, FL 34990
>>
>> phone:  772-286-9070
>>
>> fax:  772-426-9962
>>
>> mobile:  952-245-8727
>>
>
```

thanks

Kevin Barna
ICM Financial, Inc.
901 SW Martin downs Blvd.
Suite 317
Palm City, FL 34990
phone:  772-286-9070
fax:  772-426-9962
mobile:  954-245-8727

-----Original Message-----
**From:** Merrilee Landry [mailto:agentcm44@adelphia.net]
**Sent:** Friday, July 21, 2006 3:23 PM
**To:** Kevin Barna
**Subject:** Emailing: phoenix



**NEW CENTURY**
FINANCIAL CORPORATION

A NEW SHADE OF BLUE CHIP⁻

New Century Financial Corporation Extends Support to Hur

IRVINE, Calif., Dec. 7 /PRNewswire-FirstCall/ — New Cent
(NYSE: NEW), a real estate investment trust (REIT) and pare
nation's premier full-service mortgage finance companies, to
relief it is providing to borrowers affected by the recent hurr
some affected areas and the delay in the assessment and recc

"This season's hurricanes have affected many individuals in
Kevin M. Cloyd, Executive Vice President, Secondary Marke
Century Financial Corporation. "We are committed to workii
borrowers to ensure that they are given the assistance and fle
rebuild their homes, communities and their lives."

The company has offered a variety of special considerations
affected areas are provided the assistance needed to assess th
appropriate course of action. Those considerations include:

```
 *  An additional 90-day payment deferral period, which follo
    90-day deferral period immediately following Hurricane Ka
    borrowers we have been unable to contact or borrowers who
    need of additional time to get themselves reestablished
 *  No late fees
 *  No adverse credit reporting
 *  Flexible repayment terms
 *  Suspension of legal actions including cessation of forecl
 *  Absorption of property inspection fees/costs
```

7/25/2006

"We encourage our borrowers affected by the recent hurrican
possible so that we can help assess and meet their needs on a
"We stand prepared to help our borrowers begin to rebuild t

New Century has a dedicated Hurricane Response Team rea
addition, the company has:

* Extended business hours (Pacific time) to Monday through
  to 8 PM; Fridays, 6 AM to 6 PM; and Saturdays 6 AM to noo
* Established a toll-free number — 1 (888) 477-0193, selec
  an email address (map@ncen.com)
* Published special contact information on https://myloan.n

"It is encouraging that the vast majority of New Century bor
current on their payments, and have maintained their payme
offered them the opportunity to defer," said Cloyd.

About New Century Financial Corporation

Founded in 1995 and headquartered in Irvine, California, Ne
Corporation is a real estate investment trust (REIT) and one
service mortgage finance companies, providing first and sec
borrowers nationwide through its operating subsidiaries, Ne
Corporation and Home123 Corporation. The company offers
products designed to meet the needs of all borrowers. New (
the communities in which it operates with fair and responsib
more about New Century, please visit www.ncen.com.

```
SOURCE  New Century Financial Corporation
    -0-                    12/07/2005
    /CONTACT: Carrie Marrelli, VP, Investor Relations, +1-949-2:
Erin Freeman, VP, Corporate Communications, +1-949-862-7624, botl
Century Financial Corporation/
    /Web site: https://myloan.newcentury.com
               http://www.ncen.com /
    (NEW)

CO: New Century Financial Corporation
ST: California, Louisiana
IN: FIN RLT
SU: CSR

BF-MS
-- LAW102 --
5282 12/07/2005 19:41 EST http://www.prnewswire.com
```

*Jeanne*
*Frances*
*a Wilma*

**OFFICE OF**
**C. MERRILEE WANDS**
dba
**SPECIALIZED SECRETARIAL SERVICES OF FLORIDA**
440 SE Sandia Drive, Port St. Lucie, Florida 34983
772-878-7444 or 772-332-7292
agentcm44@juno.com
www.yoursecretary.us

---

**FLORIDA LOCAL ADVOCACY COUNCIL**
**CERTIFIED PROCESS SERVER AND SUPREME COURT MEDIATOR**
**NINETEENTH JUDICIAL CIRCUIT**

---

New Century                                                July 5, 2006
Re loan: 0001979050

Letter of Hardship

On the date of September 2004, in Port St. Lucie, Florida, we were hit with Hurricane Jeanne. Approximately 15 days later we were hit again (for the second time directly) with Hurricane Frances. This caused the area that we are living in to be a "Disaster Area". It took almost 45 days to regain electric and about 3 weeks to regain telephone service and another almost 2 months to have clear drinking water; also before Hurricane Jeanne and Frances hit my father, Robert Lee Wands, Sr, died on August 12, 2004. My husband at the time went to Delaware with me to bury my father in the National Cemetery. We barely had time to get supplies for the hurricanes when we got back to Florida. Work was not available after the hurricanes for almost two years as my business is a legal or secretarial service. We played catch up with damages exceeding $40,000 on our property alone and on going battles with insurance companies that cancelled our home owner's policies and raised our insurance premiums to twice the amount as you can see currently in my escrow.

Since that time Hurricane Wilma passed through and finished off what work we had accomplished in March 05, my grandfather died that Easter and my mother Carol Bradford died in Panama City in April of 06, I was with her during Hurricane Katrina when she was first hospitalized in late July early August of 2005. Since then my husband divorced me in May of 2006, to be finalized when the home that I have resided in for 11 years is refinanced. I would like very much to have the opportunity to continue to live at my home in Port St. Lucie, and to see the damages repaired, most importantly to have a home that me three sons can come home to and know that all is good for the family. Thank you.

Carol M. Wands
26975418
fka Landry

# TRUTH-IN-LENDING DISCLOSURE STATEMENT

(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicants: **CAROL WANDS LANDRY**

Property Address: **Wands LANDRY, CAROL**

Application No:

Prepared By: **MORTGAGE RESULTS OF FLA.INC.**
4899 N. Federal Highway #205
Pompano Beach , FL  33064
888-782-1313

Date Prepared: **07/25/2006**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after making all payments as scheduled |
| * 15.917 % | $ * 934,642.35 | $ * 154,273.50 | $ * 1,088,915.85 |

☐ REQUIRED DEPOSIT:  The annual percentage rate does not take into account your required deposit

PAYMENTS:  Your payment schedule will be:

| Number of Payments | Amount of Payments ** | When Payments Are Due | Number of Payments | Amount of Payments ** | When Payments Are Due | Number of Payments | Amount of Payments ** | When Payments Are Due |
|---|---|---|---|---|---|---|---|---|
| | | Monthly Beginning: | | | Monthly Beginning: | | | Monthly Beginning: |
| 24 | 1,339.10 | | | | | | | |
| 455 | 2,318.35 | | | | | | | |
| 1 | 2,144.20 | | | | | | | |

☐ DEMAND FEATURE:  This obligation has a demand feature.

☐ VARIABLE RATE FEATURE:  This loan contains a variable rate feature.  A variable rate disclosure has been provided earlier.

CREDIT LIFE/CREDIT DISABILITY:  Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you sign and agree to pay the additional cost.

| Type | Premium | Signature | |
|---|---|---|---|
| Credit Life | | I want credit life insurance. | Signature: |
| Credit Disability | | I want credit disability insurance. | Signature: |
| Credit Life and Disability | | I want credit life and disability insurance. | Signature: |

INSURANCE:  The following insurance is required to obtain credit.

☐ Credit life insurance  ☐ Credit disability  ☑ Property insurance  ☑ Flood insurance

You may obtain the insurance from anyone you want that is acceptable to creditor

☐ If you purchase  ☐ property  ☐ flood insurance from creditor you will pay $       for a one year term.

SECURITY:  You are giving a security interest in:

☐ The goods or property being purchased  ☐ Real property you already own.

FILING FEES: $       46.00

LATE CHARGE:  If a payment is more than  15 days late, you will be charged  5.000 % of the payment

PREPAYMENT:  If you pay off early, you

☑ may  ☐ will not  have to pay a penalty.

☐ may  ☐ will not  be entitled to a refund of part of the finance charge.

ASSUMPTION:  Someone buying your property

☐ may  ☐ may, subject to conditions  ☑ may not  assume the remainder of your loan on the original terms.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties

☑ * means an estimate  ☐ all dates and numerical disclosures except the late payment disclosures are estimates.

** * NOTE: The Payments shown above include reserve deposits for Mortgage Insurance (if applicable), but exclude Property Taxes and Insurance.

THE UNDERSIGNED ACKNOWLEDGES RECEIVING A COMPLETED COPY OF THIS DISCLOSURE.

| | | | |
|---|---|---|---|
| **CAROL WANDS LANDRY** (Applicant)  (Date) | | (Applicant)  (Date) | |
| (Applicant)  (Date) | | (Applicant)  (Date) | |
| (Lender)  (Date) | | | |

Calyx Form - til.hp (02/95)

## LENDER GOOD FAITH ESTIMATE

Lender: WILMINGTON FINANCE INC.
Address: 401 PLYMOUTH ROAD, SUITE 400
PLYMOUTH MEETING, PA 19462
Applicant(s):
CAROL WANDS LANDRY

Sales Price:
Base Loan Amount: $158,100.00
Total Loan Amount: $159,100.00
Interest Rate: 9.600%
Type of Loan: Conventional
Program Name: FIRST LIEN FIXED 40 YEARS
Preparation Date: JULY 21, 2006
Loan Number: 2600010956

Property Address: 440 SE SANDIA DR, PORT SAINT LUCIE, FL 34983

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates - actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 or HUD-1A settlement statement which you will be receiving at settlement. The HUD-1 or HUD-1A settlement statement will show you the actual cost for items paid at settlement.

| | | |
|---|---|---|
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN: | | |
| 801. Origination Fee @ ____ to | | |
| 802. Discount Fee @ ____ to | | $550.00 |
| 803. Appraisal Fee to | | |
| 804. Credit Report to | | |
| 805. Lender's Insp. Fee to | | |
| 806. M.I. Application Fee to | | |
| 807. ASSUMPTION FEE to | A | $4,995.00 |
| 808. MORTGAGE BROKER FEE to | A | $60.00 |
| 809. TAX SERVICE FEE to | A | $1,754.00 |
| 810. PROCESSING FEE to | A | $410.00 |
| 811. UNDERWRITING FEE to | A | $75.00 |
| 812. WIRE TRANSFER to | A | $510.00 |
| 813. ADMINISTRATIVE FEE to | | |
| 814. | | |
| 821. Compensation to Broker from Lender $0 - $3,952.50 (P.O.C.) | | |
| 900. ITEMS REQUIRED by LENDER TO BE PAID IN ADVANCE: | A | $623.74 |
| 901. Interest 15 days at $41.5825 per day | | |
| 902. Mortgage Insurance Premium for ____ months to | | |
| 903. Hazard Insurance Premium | | |
| 904. | | |
| 1000. RESERVES DEPOSITED WITH LENDER: | | |
| 1001. Hazard Insurance          mos @ $125.25 \mo | | |
| 1002. Mortgage Insurance       mos @ \mo | | |
| 1003. City Property Tax          mos @ \mo | | |
| 1004. County Property Tax      mos @ $200.00 \mo | | |
| 1005. Annual Assessments      mos @ \mo | | |
| 1100. TITLE CHARGES: | A | $500.00 |
| 1101. Settlement Closing Fee | | |
| 1102. Abstract/Title Search | | |
| 1103. Title Examination | | |
| 1104. Title Insurance Binder | | |
| 1105. Document Preparation Fee | A | $100.00 |
| 1106. Notary Fee | | |
| 1107. Attorney's Fee | | $1,921.00 |
| 1108. Title Insurance BRO- FL | | $200.00 |
| 1109. ENDORSEMENTS to | | $350.00 |
| 1110. ABSTRACT / TITLE SEARCH to | A | $75.00 |
| 1111. CLOSING PROTECTION LETTER to | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES: | | $200.00 |
| 1201. Recording Fee | | |
| 1202. City/County Tax/Stamps | | |
| 1203. State Tax/Stamps | | $582.75 |
| 1204. FL DOC STAMPS to | | $333.00 |
| 1205. FL INTANGIBLE TAX to | | |

_(handwritten)_ Celeste
re Merriles
1 8 2

_(handwritten)_ 1 8 (2)

7608.19

| 1300 ADDITIONAL SETTLEMENT CHARGES: | | |
|---|---|---|
| 1301. Survey | | |
| 1302. Pest Inspection | | |
| 1303. MESSENGER / COURIER FEES to | A | $75.00 |
| 1304. CITY/COUNTY STAMPS to | | $450.00 |
| 1305. | | |
| TOTAL ESTIMATED SETTLEMENT CHARGES: | | $13,764.49 |
| "A" designates those costs affecting APR. | | |
| TOTAL ESTIMATED MONTHLY PAYMENT: | | |
| Principal & Interest | | $1,293.02 |
| Hazard Insurance | | $125.25 |
| Mortgage Insurance | | |
| City Property Tax | | |
| County Property Tax | | $200.00 |
| Annual assessments | | |
| TOTAL MONTHLY PAYMENT | | $1,618.27 |

THIS SECTION IS COMPLETED ONLY IF A PARTICULAR PROVIDER OF SERVICE IS REQUIRED. Listed below are providers of service which we required you to use. The charges indicated in the Good Faith Estimate above are based upon the corresponding charge of the below designated providers.

| ITEM NO. | NAME & ADDRESS OF PROVIDER | TELEPHONE NO. | NATURE OF RELATIONSHIP |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application is to purchase residential property and the Lender will take a first lien on the property.

- BORROWER - CAROL WANDS LANDRY - DATE -

OFFICE OF
C. MERRILEE WANDS

New Century Mortgage Corp.
Atten: Temeka                              fax number:  949-726-7489

1979050 Loan Number:

Today's date: 11/16/06

With reference to the following documents as existing proof of payment of said account 1979050.

1) USAA bank account checks numbered 2192/ 2005, 2328/2005, 2329/2005 each for $1000.00.

2) USAA bank check numbered 929689011 in the amount of $1840.04.

Please contact me immediately regarding the interest and late penalties and extra costs regarding the reviewed.

Sincerely,

C. Merrilee Wands


# NEW CENTURY
### MORTGAGE CORPORATION

P.O. Box 17494, Salt Lake City, UT 84117-0494  (888) 788-7306  Fax (949) 517-5170

SPC
June 28, 2006

5226

WILLIAM LANDRY
CAROL MERRILEE LANDRY
440 SE SANDIA DRIVE
PORT ST LUCIE, FL  34983-2163

Property Address :
440 SE SANDIA DRIVE
PORT ST LUCIE, FL  34983

RE: Loan Number: 0001979050

Dear Mortgagor(s):

This letter is to confirm that you verbally authorized a payment to New Century Mortgage on June 21, 2006 for the above referenced account.

Details regarding this transaction are as follows:

Payment Amount: $900.00
Fee Amount: $0.00
Total Amount: $900.00
Confirmation Number: 617241

These funds will be automatically deducted from your bank account.  Please retain this letter as documentation regarding this transaction.  On your bank account statement, you may not see a check number; you may however, see an ACH or EFT Debit.
If you have any questions, please contact our office at 1-888-788-7306 between the hours of 6:00 a.m. and 8:00 p.m., Monday through Thursday, 6:00 a.m. to 6:00 p.m. Friday, Pacific Standard Time.

Sincerely,

Collection Department
New Century Mortgage Corporation

C600506   1278SCOL0

## Payment History : Loan 1979050

1979050

3 Months        **12 Months**

Print this page

| Date | Amount | Principal | Interest | Escrow | Late Chrg | Fees | Suspense |
|------|--------|-----------|----------|--------|-----------|------|----------|
| 25-May-06 | $900.00 | 66.23 | 669.54 | 153.36 | 10.87 | 0.00 | 0.00 |
| 05-May-06 | $15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 19-Apr-06 | $900.00 | 65.76 | 670.01 | 153.36 | 10.87 | 0.00 | 0.00 |
| 22-Mar-06 | $900.00 | 65.29 | 670.48 | 153.36 | 10.87 | 0.00 | 0.00 |
| 16-Feb-06 | $6.71 | 6.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16-Feb-06 | $77.73 | 0.00 | 0.00 | 0.00 | 77.73 | 0.00 | 0.00 |
| 27-Jan-06 | $900.00 | 64.78 | 670.99 | 153.36 | 10.87 | 0.00 | 0.00 |
| 23-Jan-06 | $900.00 | 64.33 | 671.44 | 153.36 | 10.87 | 0.00 | 0.00 |
| 31-Dec-05 | $0.00 | 0.00 | 0.00 | 0.00 | 10.87 | 0.00 | -10.87 |
| 16-Dec-05 | $889.13 | 63.87 | 671.90 | 153.36 | 0.00 | 0.00 | 0.00 |
| 16-Dec-05 | $10.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.87 |
| 18-Oct-05 | $889.13 | 62.63 | 673.14 | 153.36 | 0.00 | 0.00 | 0.00 |
| 18-Oct-05 | $110.87 | 110.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13-Sep-05 | $10.87 | 10.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13-Sep-05 | $889.13 | 62.11 | 673.66 | 153.36 | 0.00 | 0.00 | 0.00 |
| 02-Aug-05 | $10.87 | 10.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02-Aug-05 | $889.13 | 61.60 | 674.17 | 153.36 | 0.00 | 0.00 | 0.00 |
| 11-Jul-05 | ($25.00) | 61.16 | 674.61 | 153.36 | 0.00 | 0.00 | -914.13 |
| 11-Jul-05 | $1,840.04 | 60.73 | 675.04 | 153.36 | 36.78 | 0.00 | 914.13 |
| 11-Jul-05 | $25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Note: Transaction history information as of 25-May-06

## Payment History : Loan 1979050

*1979050*

**3 Months**         12 Months

Print this page

| Date | Amount | Principal | Interest | Escrow | Late Chrg | Fees | Suspense |
|------|--------|-----------|----------|--------|-----------|------|----------|
| 25-May-06 | $900.00 | 66.23 | 669.54 | 153.36 | 10.87 | 0.00 | 0.00 |
| 05-May-06 | $15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 19-Apr-06 | $900.00 | 65.76 | 670.01 | 153.36 | 10.87 | 0.00 | 0.00 |
| 22-Mar-06 | $900.00 | 65.29 | 670.48 | 153.36 | 10.87 | 0.00 | 0.00 |

Note: Transaction history information as of 25-May-06

## OFFICE OF
## C. MERRILEE WANDS

EMERALD COAST
c/o Midge
Atten: Check Research Department

Account Number: 66649
Or 6855403

Today's date: 11/10/06

Please send to the address of: C. Merrilee Landry nka Wands
440 SE Sandia Drive, Port St. Lucie, Florida 34983
772-878-7664 cellular 772-332-7292

***Copies of the following checks cashed front and back:***

| | |
|---|---|
| 6/22/06 | $900.00 certified check number #618241 |
| 7/31/06 | $1153.10 #234 |
| 8/15/06 | $900.00 certified check number 651038 |
| 9/18/06 | $1156.00 #1126 |
| 10/18/06 | $1156.00 #1149 |

ALL MADE OUT TO : NEW CENTURY MORTGAGE