JAN 15 2008

Greg Easter Appraisals, LLC
P.O. Box 360685
Birmingham, AL 35236

Case Number: 10421

This response is to: The United States Bankruptcy Court
For the District of Delaware
Chapter 11 Case No. 07-10416 (KJC)

In reference to: NEW CENTURY TRS HOLDINGS, INC.,
A Delaware corporation, et al.,

To the Honorable Kevin J. Carey, United State Bankruptcy Court for the District of Delaware,

My name is Gregory W. Easter, I am a State Certified Residential Real Property Appraiser in the State of Alabama ( Certification Number R00341)

I am an owner and principal in Greg Easter Appraisals, LLC and I have authority to respond to the objection dated December 28, 2007 in the above stated case. My claim should not be disallow due to the fact that I performed an appraisal as requested.

On Nov 14, 2006, an appraisal request was received in my office via fax that requested a residential real estate appraisal for the client **Ms. Sharon Sandlin** whose house is located at **401 2nd St East – Warrior, Alabama 35180**.
Loan officer for Home 123 originally ordered the report COD but phoned the same day and verbally changed the order to bill Home 123 for this report when the homeowner (Ms Sandlin) asked the lender to pay. This can be verified by Ms Sandlin and the loan officer.
I have enclosed a copy of the order form, a copy of my invoice, and a copy of the appraisal that is the basis of this claim for $350.00.

We inspected the subject property on Nov. 16, 2006 and delivered the full report the next day through internet delivery. The invoice amount of $350.00 was due upon delivery and to date <u>has not been paid</u> by any entity. That full amount still remains outstanding.

I have ultimate authority to reconcile, settle or otherwise resolve the claim on behalf of the claimant.
Any response can be made directly to me:   Gregory W. Easter
Greg Easter Appraisals, LLC
P.O. Box 360685
Birmingham, AL 35236
Phone: 205-979-3226

Respectfully Submitted by;

*Gregory W. Easter*    01/10/2008
Gregory W. Easter

# Home123 — Appraisal Order

*NOTE — If at any time you believe any party is attempting to influence your opinion of value, or to influence the disclosure of adverse property features, please call New Century's Appraiser Hotline at 800-421-8755.*

| | |
|---|---|
| Appraiser: GREG EASTER | From: ZONETTA MCCRAY |
| Phone: 205-979-3226 | Phone: 205-421-4500 |
| Fax: 205647-6776 | Fax: 1-866-536-1225 |
| Email: | Email: zmccray@home123.com |
| Date Assigned: 11/14/2006 | Email/Fax Due Date: |
| Hard Copy Due Date:  _____ (or sooner) | Fee (including overnight): |

☐ Urgent   ☐ For Your Review   ☐ Reply ASAP   ☐ Please Comment

---Property Information---

Borrower: Sharon Sandlin     Loan #: 63469755     Cost Center: _____
Street Address: 401 2nd Street East
City: Warrior     County: Jefferson     State: AL     Zip: 35180
Home Phone: 915-2683     Contact: Sandlin     Work Phone: 3792550     Contact: Sandlin

**Appraisal Type:**
- Appraisal-SFR-1004, Condo -1073, 2-4 Unit -1025  ☒
- Drive By-2055  ☐
- Field Review-2000  ☐
- Desk Review-2006  ☐
- Other _____  ☐

### Requirements

| | | |
|---|---|---|
| Front Photo ☒ | Rear Photo ☐ | Street Scene (both directions) ☒ |
| Comparable Sale & Listing Photos ☒ | Listing Comp (Include Agent Ph#) ☐ | Comparable Location Map ☐ |
| Note any additions & permits ☒ | Note pool, spa, or other amenities ☐ | Note remodeling ☒ |
| Note deferred maintenance ☒ | Attached guidelines ☒ | Plat Map (if available) ☐ |
| Note external obsolescence ☒ | Note functional obsolescence ☒ | As Is (market value) ☐ |
| Original report copy attached ☐ | C.O.D. Amount $ | Invoice New Century $ |
| Estimated Square Footage _____ | | Bedroom/Bath Count _____ |

Special Notes or Instructions: COLLECT @ DOOR FROM CUSTOMER
Branch Manager Signature: [signed]     Date: 11/14/06
Regional Manager Signature Required for HOME123 Invoice: _____     Date: _____

*[handwritten: Bill Home 123 Per Zonetta]*

**APPRAISER'S ACKNOWLEDGEMENT SIGNATURE**

## PLEASE EMAIL OR FAX COMPLETED APPRAISALS TO (___)
## OR EMAIL TO _____

A copy of the prior appraisal report for the subject property (if Drive-By or Field Review) should be attached to this order sheet. Please return this order sheet with your appraisal package.

The designated appraiser (named above) agrees to perform this work assignment within the requested time limit. HOME123 does not accept the work of trainees or associates without advanced approval. The designated appraiser also agrees to obtain payment for work performed directly from the property owner unless the HOME123 Regional Manager's approval signature appears above.

Please SIGN: _____     DATE: _____
*And return via Email or Fax within 24 hours*

Signature acknowledges your acceptance and agreement of this assignment. If for any reason you are unable to meet the turn around time, please contact us as soon as possible.

**PLEASE NOTE:** *IF YOU HAVE NEWSPAPER ARTICLES, PROFESSIONAL ORGANIZATION PAMPHLETS, GENERAL KNOWLEDGE, ETC. ABOUT QUESTIONABLE TRANSACTIONS IN YOUR AREA, WE WOULD APPRECIATE YOUR FORWARDING COPIES TO THE FAX OR E-MAIL ADDRESS ABOVE.*

**HOME123**

***Confidential Notice***

This message is intended for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above listed address via the United States Postal Service. Thank you.

Lend-32H123 (7/26/05)

# INVOICE

**FROM:**

Greg Easter Appraisals, LLC
P.O. Box 360685
Birmingham, AL 35236

Telephone Number: 205-979-3226        Fax Number:

| | |
|---|---|
| **INVOICE NUMBER** | 206632 |
| **DATE** | 11-16-2006 |

**TO:**

Jennifer Roselli
HOME 123 CORPORATION
ONE PARK PL.
621 NW 53RD ST. STE 600
BOCA RATON, FL 33487
Telephone Number:        Fax Number:
Alternate Number:        E-Mail: jamie.teitel@home123.com

| | |
|---|---|
| Internal Order #: | 206632 |
| Lender Case #: | |
| Client File #: | 206632 |
| Main File # on form: | 206632 |
| Other File # on form: | |
| Federal Tax ID: | 75-3067746 |
| Employer ID: | |

## DESCRIPTION

Lender: HOME 123 CORPORATION          Client: HOME 123 CORPORATION
Purchaser/Borrower: RICHARD & SHARON SANDLIN
Property Address: 401 2ND STREET EAST
City: WARRIOR
County: JEFFERSON                     State: AL          Zip: 35180
Legal Description: LOTS 1 & 2 BLOCK A EAST WARRIOR

## FEES                                                                 AMOUNT

| | |
|---|---|
| Full Appraisal | 350.00 |
| | |
| **SUBTOTAL** | **350.00** |

## PAYMENTS                                                             AMOUNT



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:
401 2ND STREET EAST
LOTS 1 & 2 BLOCK A EAST WARRIOR
WARRIOR, AL 35180

### FOR:
HOME 123 CORPORATION
ONE PARK PL.
BOCA RATON, FL 33487

### AS OF:
NOVEMBER 16, 2006

GREG EASTER APPRAISALS, LLC
P.O. BOX 360685
BIRMINGHAM, AL 35236
(205) 979-3226


NOVEMBER 16, 2006


HOME 123 CORPORATION
ONE PARK PL.
BOCA RATON, FL 33487


Re: Property:   401 2ND STREET EAST
                WARRIOR, AL 35180
    Borrower:   RICHARD & SHARON SANDLIN
    File No.:   206632


In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached. In my opinion, the above stated subject property has a market value of $150,000.00

The purpose of this appraisal is to form an opinion of the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.


Sincerely,

*Gregory W. Easter*

GREGORY W. EASTER, R#00341
CERTIFIED RESIDENTIAL REAL
PROPERTY APPRAISER

# Uniform Residential Appraisal Report
**Summary Appraisal Report**  File # 206632

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT
- Property Address: 401 2ND STREET EAST  City: WARRIOR  State: AL  Zip Code: 35180
- Borrower: RICHARD & SHARON SANDLIN  Owner of Public Record: RICHARD & SHARON SANDLIN  County: JEFFERSON
- Legal Description: LOTS 1 & 2 BLOCK A EAST WARRIOR
- Assessor's Parcel #: 03-13-4-000-046.000  Tax Year: 2004  R.E. Taxes $: 514.65
- Neighborhood Name: WARRIOR  Map Reference: 04-M-07Z  Census Tract: 0114.00
- Occupant: [X] Owner [ ] Tenant [ ] Vacant  Special Assessments $: 0.00  [ ] PUD  HOA $: N/A  [ ] per year [ ] per month
- Property Rights Appraised: [X] Fee Simple [ ] Leasehold [ ] Other (describe) N/A
- Assignment Type: [ ] Purchase Transaction [X] Refinance Transaction [ ] Other (describe)
- Lender/Client: HOME 123 CORPORATION  Address: ONE PARK PL. 621 NW 53RD ST. STE 600, BOCA RATON, FL 33487
- Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No
- Report data source(s) used, offering price(s), and date(s). AGDA/MLS/COURTHOUSE RECORDS/MULTIPLE LISTING SERVICE

## CONTRACT
I [ ] did [X] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. THIS REPORT IS FOR REFINANCE PURPOSES ONLY.

- Contract Price $: REFINANCE  Date of Contract: N/A  Is the property seller the owner of public record? [X] Yes [ ] No  Data Source(s): PUBLIC RECDS
- Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [X] No
- If Yes, report the total dollar amount and describe the items to be paid. N/A  REFINANCE PURPOSES ONLY

## NEIGHBORHOOD
Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location: [ ] Urban [X] Suburban [ ] Rural | Property Values: [ ] Increasing [X] Stable [ ] Declining | PRICE / AGE | One-Unit 70% |
| Built-Up: [ ] Over 75% [X] 25-75% [ ] Under 25% | Demand/Supply: [ ] Shortage [X] In Balance [ ] Over Supply | $ (000) / (yrs) | 2-4 Unit % |
| Growth: [ ] Rapid [X] Stable [ ] Slow | Marketing Time: [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths | 35 Low / NEW | Multi-Family % |
| | | 300 High / 105 | Commercial % |
| | | 150 Pred. / 50 | Other 30% |

- Neighborhood Boundaries: BORDERED TO THE NORTH BY BLOUNT COUNTY; TO THE SOUTH BY GARDENDALE; TO THE EAST BY TRAFFORD; TO THE WEST BY I-65.
- Neighborhood Description: THE SUBJECT IS LOCATED OFF HIGHWAY 31 IN THE WARRIOR CITY LIMITS, WHICH IS APPROXIMATELY 25 MINUTES NORTH OF THE CENTRAL BUSINESS DISTRICT OF BIRMINGHAM, ALABAMA. THE IMMEDIATE AREA CONSISTS OF SINGLE FAMILY RESIDENTIAL HOMES WITH A VARIETY OF STYLES, AGES AND PRICE RANGES. SUPPLY AND DEMAND APPEAR TO BE IN
- Market Conditions (including support for the above conclusions): TYPICAL MARKET CONDITIONS ARE WITH SUPPLY AND DEMAND IN BALANCE. THERE ARE NO UNUSUAL FINANCING CONDITIONS SUCH AS BUYDOWNS OR INTEREST CONCESSIONS. ADJUSTMENTS ARE MADE FOR ANY FINANCING IF NEEDED. SELLER CONCESSIONS OF 6% OR LESS ARE CONSIDERED TYPICAL AND ARE NOT ADJUSTED FOR

## SITE
- Dimensions: 100 X 172.5  Area: 17,250 Sq.Ft.  Shape: RECTANGULAR  View: HOMES
- Specific Zoning Classification: R-1 RESIDENTIAL  Zoning Description: SINGLE FAMILY RESIDENTIAL
- Zoning Compliance: [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
- Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe N/A

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street ASPHALT | [X] | |
| Gas | [X] | | Sanitary Sewer | [ ] | [ ] SEPTIC TANK | Alley NONE | [ ] | [ ] |

- FEMA Special Flood Hazard Area [ ] Yes [X] No  FEMA Flood Zone: X  FEMA Map #: 01073C0060G  FEMA Map Date: 9/29/2006
- Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe TYPICAL FOR THE MARKET
- Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe
- THERE ARE NO ADVERSE EASEMENTS OR ENCROACHMENTS THAT WOULD ADVERSELY AFFECT MARKETABILITY OF THE SUBJECT. PUBLIC WATER SERVES THE SITE. NO PUBLIC SEWER OR TRANSPORTATION IS AVAILABLE.

## IMPROVEMENTS

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [ ] Concrete Slab [ ] Crawl Space | Foundation Walls BRICK/BLOCK/AVG | Floors CARPET,VYL/AVG |
| # of Stories 2 STORY | [ ] Full Basement [X] Partial Basement | Exterior Walls VINYL SIDING | Walls S.R./PANELING |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area CELLAR sq.ft. | Roof Surface COMP SHGL | Trim/Finish WOOD/PAINT/AVG |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish N/A % | Gutters & Downspouts ALUMINUM | Bath Floor VINYL/AVG |
| Design (Style) 2 STY/AVG | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type WOOD D/H | Bath Wainscot CERAMIC TILE/AVG |
| Year Built 1969 | Evidence of [ ] Infestation NONE NOT | Storm Sash/Insulated YES | Car Storage [ ] None |
| Effective Age (Yrs) 15 YEARS | [ ] Dampness [ ] Settlement | Screens STORM | [ ] Driveway # of Cars |
| Attic [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities [ ] Woodstove(s) # | Driveway Surface CONCRETE |
| [ ] Drop Stair [ ] Stairs | [ ] Other  Fuel GAS | [X] Fireplace(s) # 1 [ ] Fence | [X] Garage # of Cars 1 DETAC |
| [X] Floor [ ] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck [X] Porch | [ ] Carport # of Cars |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool [ ] Other | [ ] Att. [X] Det. [ ] Built-in |

- Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [ ] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe)
- Finished area above grade contains: 10 Rooms  4 Bedrooms  2 Bath(s)  2,332 Square Feet of Gross Living Area Above Grade
- Additional features (special energy efficient items, etc.): FEATURES INCLUDE: VINYL SIDING EXTERIOR, FIREPLACE IN LIVING ROOM, OPEN FRONT PORCH, DETACHED 1 CAR GARAGE.
- Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). PHYSICAL DEPRECIATION IS BASED UPON

# Uniform Residential Appraisal Report

File # 206632

There are 35 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 43,000 to $ 400,000
There are 45 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 32,500 to $ 221,500

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 401 2ND STREET EAST WARRIOR, AL 35180 | 401 HICKORY ROAD GARDENDALE, AL | | 8424 MANN LANE MORRIS, AL | | 2186 WHITE OAK TRAIL WARRIOR, AL | |
| Proximity to Subject | | 7 MILES | | 4 MILES | | 3.5 MILES | |
| Sale Price | $ REFINANCE | | $ 155,400 | | $ 145,000 | | $ 145,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 73.68 sq.ft. | | $ 68.24 sq.ft. | | $ 75.68 sq.ft. | |
| Data Source(s) | | DATA FILES/AGDA | | DATA FILES/AGDA | | DATA FILES/AGDA | |
| Verification Source(s) | | SITE INSPECTION | | SITE INSPECTION | | SITE INSPECTION | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | CONV FIN 6.375/5400 | | CONV FIN */* | | CONV FIN */* | |
| Date of Sale/Time | | CLOSED 10/06 | | CLOSED 06/06 | | CLOSED 04/06 | |
| Location | AVERAGE | GOOD | -10,000 | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 17250/AVG | 30092/AVG | | 37660/AVG | | 3.2 AC/AVG | -6,000 |
| View | HOMES | HOMES | | HOMES | | HOMES | |
| Design (Style) | 2 STY/AVG | 1 STY/AVG | | 1 STY/AVG | | 2 STY/AVG | |
| Quality of Construction | AVG/VINYL SD | AVG/BRK&FRM | | AVG/BRK&FRM | | AVG/BRK&FRM | |
| Actual Age | 57 YEARS | 42 YEARS | | 44 YEARS | | 31 YEARS | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 10 / 4 / 2 | 6 / 3 / 2 | | 8 / 4 / 2 | | 6 / 4 / 2.5 | -1,000 |
| Gross Living Area | 2,332 sq.ft. | 2,109 sq.ft. | +4,460 | 2,125 sq.ft. | +4,140 | 1,916 sq.ft. | +8,320 |
| Basement & Finished Rooms Below Grade | CELLAR | CRAWL SPACE | +2,500 | 1475U OF | -2,500 | SLAB | +2,500 |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FA/CENT | FA/CENT | | FA/CENT | | FA/CENT | |
| Energy Efficient Items | F/P 1 | F/P 1 | | F/P 1 | | F/P 1 | |
| Garage/Carport | 1 DETGAR | NONE | +3,000 | 2CA | | 2GA | -3,000 |
| Porch/Patio/Deck | PORCH/STOOP | 2CP,SP,FN | | DK | | DK,P,FN,PL | |
| KITCHEN EQUIPMENT | BUILT-INS | RO,DP,DW,MW | | RO,DW,FH | | RO,DW | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ 40 | ☒ + ☐ - | $ 1,640 | ☒ + ☐ - | $ 820 |
| Adjusted Sale Price of Comparables | | Net Adj. % Gross Adj. 12.8 % | $ 155,360 | Net Adj. 1.1 % Gross Adj. 4.6 % | $ 146,640 | Net Adj. 0.6 % Gross Adj. 14.4 % | $ 145,820 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain    PUBLIC RECORDS

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)    COURTHOUSE RETRIEVAL/MULTIPLE LISTING SERVICE
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)    COURTHOUSE RETRIEVAL/MULTIPLE LISTING SERVICE
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | NO PRIOR SALES/LISTING | NO PRIOR SALES | NO PRIOR SALES | NO PRIOR SALES |
| Price of Prior Sale/Transfer | PAST 36 MTHS | PAST 12 MTHS | PAST 12 MTHS | PAST 12 MTHS |
| Data Source(s) | PER PUB REC. | PER PUBLIC RECORDS | PER PUBLIC RECORDS | PER PUBLIC RECORDS |
| Effective Date of Data Source(s) | 11/16/2006 | 11/16/2006 | 11/16/2006 | 11/16/2006 |

Analysis of prior sale or transfer history of the subject property and comparable sales    NEITHER THE SUBJECT NOR THE COMPARABLES SELECTED ARE LISTED AT THIS PRESENT TIME. THE SUBJECT HAS NOT BEEN LISTED IN THE PAST 12 MONTHS NOR HAS IT SOLD WITHIN THE PAST 36 MONTHS.

Summary of Sales Comparison Approach    SALE 3 IS 6 MONTHS BUT UNDER ONE YEAR AND WAS USED DUE TO LACK OF MORE RECENT SALES WITH SIMILAR PHYSICAL CHARACTERISTICS. ADJUSTMENTS WERE MADE FOR SIZE, SITE, AND PHYSICAL CHARACTERISTICS. THE SUBJECT AND COMPARABLES SELECTED OFFER GOOD COMPATIBILITY TO NEIGHBORHOOD

Indicated Value by Sales Comparison Approach $

# Uniform Residential Appraisal Report

File # 206632

THIS ASSIGNMENT WAS MADE SUBJECT TO REGULATIONS OF THE STATE OF ALABAMA REAL ESTATE APPRAISER'S BOARD. THE UNDERSIGNED STATE LICENSED REAL ESTATE APPRAISER HAS MET THE REQUIREMENTS OF THE BOARD THAT ALLOW THIS REPORT TO BE REGARDED AS A 'CERTIFIED APPRAISAL'.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   THE SITE VALUE FORMED IN THIS ANALYSIS WAS DERIVED FROM ACTUAL SALES WITHIN THE MARKET AND OTHER METHODS INCLUDING ALLOCATION AND EXTRACTION.

| | | | | |
|---|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 20,000 |
| Source of cost data  LOCAL CONTRACTORS & APPRAISER DATA FILES | DWELLING  2,332 Sq.Ft. @ $ | 70.00 | =$ | 163,240 |
| Quality rating from cost service  AVG  Effective date of cost data  CURRENT | CELLAR Sq.Ft. @ $ | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | FP,FL COV, APPL, PCH, ETC. | | =$ | 10,000 |
| THE SUBJECT PROPERTY CONFORMS TO MINIMUM ACCEPTABLE | Garage/Carport  399 Sq.Ft. @ $ | 15.00 | =$ | 5,985 |
| PROPERTY STANDARDS FOR HUD/ VA.SEE ATTACHED SKETCH. | Total Estimate of Cost-New | | =$ | 179,225 |
| THE SITE VALUE WAS EXTRACTED FROM THE MARKET. | Less   Physical   Functional   External | | | |
| REMAINING ECONOMIC LIFE ESTIMATED AT 45 YEARS. | Depreciation  44,806 | | =$( | 44,806) |
| | Depreciated Cost of Improvements | | =$ | 134,419 |
| | "As-is" Value of Site Improvements | | =$ | 10,000 |
| Estimated Remaining Economic Life (HUD and VA only)   45 Years | INDICATED VALUE BY COST APPROACH | | =$ | 164,419 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $   650   X Gross Rent Multiplier   N/A   = $     Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)   LACK OF RENTAL DATA WITHIN THE DEFINED SALES MARKET HAS MADE THE INCOME APPROACH UNRELIABLE.

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes   ☐ No   Unit type(s)   ☐ Detached   ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

# Uniform Residential Appraisal Report

File # 206632

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such

## Uniform Residential Appraisal Report    File # 206632

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

## Uniform Residential Appraisal Report    File # 206632

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature *(signed)* | Signature |
| Name  GREGORY W. EASTER, R#00341 | Name |
| Company Name  GREG EASTER APPRAISALS, LLC | Company Name |
| Company Address  P.O. BOX 360685 | Company Address |
| BIRMINGHAM, AL 35236 | |
| Telephone Number  205-979-3226 | Telephone Number |
| Email Address  seaster2@bellsouth.net | Email Address |
| Date of Signature and Report  NOVEMBER 16, 2006 | Date of Signature |
| Effective Date of Appraisal  NOVEMBER 16, 2006 | State Certification # |
| State Certification #  R#00341 | or State License # |
| or State License # | State |
| or Other (describe)  _____ State # _____ | Expiration Date of Certification or License |
| State  AL | |
| Expiration Date of Certification or License  9/30/2007 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 401 2ND STREET EAST | |

File No. 206632

## Location Map

| | | | | |
|---|---|---|---|---|
| Borrower/Client | RICHARD & SHARON SANDLIN | | | |
| Property Address | 401 2ND STREET EAST | | | |
| City WARRIOR | County JEFFERSON | State AL | | Zip Code 35180 |
| Lender HOME 123 CORPORATION | | | | |



## Subject Photo Page

| | |
|---|---|
| Borrower/Client | RICHARD & SHARON SANDLIN |
| Property Address | 401 2ND STREET EAST |
| City WARRIOR | County JEFFERSON    State AL    Zip Code 35180 |
| Lender | HOME 123 CORPORATION |



**Subject Front**

| | |
|---|---|
| 401 2ND STREET EAST | |
| Sales Price | REFINANCE |
| GLA | 2,332 |
| Total Rooms | 10 |
| Total Bedrms | 4 |
| Total Bathrms | 2 |
| Location | AVERAGE |
| View | HOMES |
| Site | 17250/AVG |
| Quality | AVG/VINYL SD |
| Age | 57 YEARS |



**Subject Rear**



**Subject Street**

| | |
|---|---|
| Borrower/Client | RICHARD & SHARON SANDLIN |
| Property Address | 401 2ND STREET EAST |
| City WARRIOR | County JEFFERSON    State AL    Zip Code 35180 |
| Lender | HOME 123 CORPORATION |

**ADVERSE ENVIRONMENTAL CONDITIONS:**
ENVIRONMENTAL DISCLAIMER: THE OPINION OF VALUE ESTIMATED IN THIS REPORT IS BASED UPON THE ASSUMPTION THAT THE PROPERTY IS NOT NEGATIVELY AFFECTED BY THE EXISTENCE OF HAZARDOUS SUBSTANCES OR DETRIMENTAL ENVIRONMENTAL CONDITIONS. THE APPRAISER'S ROUTINE INSPECTIONS OF AND INQUIRIES ABOUT THE SUBJECT PROPERTY DID NOT DEVELOP ANY INFORMATION THAT INDICATED ANY APPARENT SIGNIFICANT HAZARDOUS SUBSTANCES OR DETRIMENTAL ENVIRONMENTAL CONDITIONS WHICH WOULD AFFECT THE PROPERTY NEGATIVELY. IT IS POSSIBLE THAT TESTS AND INSPECTIONS MADE BY A QUALIFIED EXPERT WOULD REVEAL THE EXISTENCE OF HAZARDOUS MATERIALS AND ENVIRONMENTAL CONDITIONS ON OR AROUND THE PROPERTY THAT WOULD NEGATIVELY AFFECT ITS VALUE.

**CONDITIONS OF APPRAISAL:**
THIS IS A COMPLETE APPRAISAL ASSIGNMENT ACCORDING TO STANDARD RULE NUMBER 1 AND A SUMMARY APPRAISAL REPORT ACCORDING TO STANDARD RULE NUMBER 2-2 (B) OF THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE. ALL ADJUSTMENTS ARE DEEMED REASONABLE AND APPROPRIATE AND AFTER ALL SUCH ADJUSTMENTS ARE MADE, ALL SALES OFFER A REASONABLE AND ACCEPTABLE RANGE OF VALUE.

**SITE:**
THE SUBJECT'S SITE IS SERVED BY PRIVATE SEPTIC TANK. THIS IS COMMON TO THE MARKET AND APPLIES TO ALL COMPARABLES. PUBLIC SEWER IS NOT AVAILABLE. THE PRIVATE SEPTIC TANK IS NOT CONSIDERED A NEGATIVE INFLUENCE WITHIN THIS ANALYSIS. THERE WERE NO APPARENT SEPTIC SYSTEMS MALFUNCTIONS EVIDENT AT THE TIME OF INSPECTION.

**CONDITIONS OF IMPROVEMENTS:**
THE APPRAISER IS NOT A HOME INSPECTOR NOR AN EXPERT IN THIS FIELD AND MAKES NO WARRANTIES, GUARANTEES, EXPRESS OR IMPLIED OR MAKES ANY REPRESENTATION AS TO THE STRUCTURAL STABILITY OR THE CONDITION OF THE SUBJECT IMPROVEMENTS OR ANY OF ITS COMPONENTS. THE APPRAISER HAS ASSUMED THAT THERE ARE NO SUCH CONDITIONS THAT WOULD MAKE THE PROPERTY MORE OR LESS VALUABLE AND BECAUSE THE APPRAISER IS NOT AN EXPERT IN THIS, THIS APPRAISAL REPORT MUST NOT BE CONSIDERED AS A CONDITION ASSESSMENT OF THE PROPERTY. THE APPRAISER RECOMMENDS THAT IF THE EXTERIOR OF THE SUBJECT IS COVERED BY DRYVIT/EXTERIOR INSULATION AND FINISHING SYSTEM (EIFS)/SYNTHETIC STUCCO OR COMPARABLE SYSTEM OR IF THE CONDITION OF THE SUBJECT IS A CONCERN, THAT A QUALIFIED HOME INSPECTOR BE EMPLOYED.

**WOOD AND BUILDING INFESTATION:**
NO WOOD INFESTATION WAS NOTED, HOWEVER, A TERMITE, FUNGUS, MOLD, SPORE AND WOOD INSPECTION IS ALWAYS RECOMMENDED AND SHOULD BE PERFORMED BY A PROFESSIONAL INSPECTOR. AS REAL ESTATE APPRAISERS, WE ARE NOT QUALIFIED TO RENDER SUCH INSPECTIONS. THEREFORE, THIS APPRAISAL SHOULD NOT BE CONSIDERED A WOOD INFESTATION REPORT OR A REPORT CONCERNING ANY BACTERIAL OR FUNGAL MATTER.

**FEMA/FLOOD HAZARD AREA:**
AS WE ARE NOT PROFESSIONAL CIVIL ENGINEERS, WE ARE NOT QUALIFIED TO RENDER EXACT ADVICE CONCERNING FLOOD ZONE MATTERS. WE CONSULT THE APPROPRIATE MAPS, ASCERTAIN AS BEST AS POSSIBLE THE LOCATION AND RENDER AN OPINION. IN MANY CASES IT IS IMPOSSIBLE TO DETERMINE WHETHER OR NOT THE SUBJECT PROPERTY IS IN A FLOOD ZONE: EITHER PARTIALLY OF ALL OF THE PROPERTY. A SURVEY BY A QUALIFIED CIVIL ENGINEER IS HIGHLY RECOMMENDED TO EXAMINE THE ENTIRE PROPERTY TO DETERMINE IT'S PROPER FLOOD ZONE LOCATION

**FINAL RECONCILIATION:**
THE FINAL "OPINION OF VALUE" IS A RECONCILIATION OF THE THREE APPROACHES TO VALUE WITH THE MOST RELIANCE PLACED ON THE MARKET APPROACH. <THIS ASSIGNMENT WAS MADE SUBJECT TO THE REGULATIONS OF THE STATE OF ALABAMA REAL ESTATE APPRAISER'S BOARD.>

*__WE ARE NOT HOME INSPECTORS. A HOME INSPECTION IS ALWAYS RECOMMENDED.__*

*__NOTE TO UNDERWRITER:__*
THE SUBJECT PROPERTY IS SOMEWHAT OF AN OVERIMPROVEMENT FOR THE AREA. MOST OF THE SURROUNDING HOMES ARE IN THE 1,000 TO 1,200 SQ FT RANGE. THIS APPRAISER SEARCHED THE MAP PAGES IN ALL DIRECTIONS. **THE SOLD COMPARABLES USED ARE THE BEST AVAILABLE.** WHILE THERE ARE SOME HOMES GREATER THAT 2,500 SQ FT TO THE SOUTH AND LESS THAN 2 MILES AWAY... THOSE SALES ARE AROUND THE $300,000.00 FIGURE AND BENEFIT FROM PROTECTIVE COVENANTS AND ARE ALL NEW CONSTRUCTION AND ARE IN NO WAY COMPARABLE TO THE SUBJECT.

File No. 206632

## Comparable Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client | RICHARD & SHARON SANDLIN | | |
| Property Address | 401 2ND STREET EAST | | |
| City WARRIOR | County JEFFERSON | State AL | Zip Code 35180 |
| Lender | HOME 123 CORPORATION | | |



### Comparable 1
401 HICKORY ROAD
Proximity       7 MILES
Sale Price      155,400
GLA             2,109
Total Rooms     6
Total Bedrms    3
Total Bathrms   2
Location        GOOD
View            HOMES
Site            30092/AVG
Quality         AVG/BRK&FRM
Age             42 YEARS



### Comparable 2
8424 MANN LANE
Proximity       4 MILES
Sale Price      145,000
GLA             2,125
Total Rooms     8
Total Bedrms    4
Total Bathrms   2
Location        AVERAGE
View            HOMES
Site            37660/AVG
Quality         AVG/BRK&FRM
Age             44 YEARS



### Comparable 3
2186 WHITE OAK TRAIL
Proximity       3.5 MILES
Sale Price      145,000
GLA             1,916
Total Rooms     6
Total Bedrms    4
Total Bathrms   2.5
Location        AVERAGE

