To: The Honorable Judge Corey
Re: NEW CENTURY TRS HOLDINGS, INC., CHAPTER 11, CASE NO., 07-10416
(KJC) Docket No.3582
From: Leslie K. Hill/ Dba. Farallon Enterprise, (working independently
      As an Executive Recruiter due to a neurological disability- that due to the stress
      of this case has left me totally disabled)

Your Honor,                        January 14, 2008
*Page one of two*

I am seeing that there are duplicate claims listed that were never intended, as I have mentioned before   Xroads Management kept asking me for copies, I believe that I mentioned this to you in my earlier letters – and once it was even requested from your office. That is all I can think of. I believe that Xroads intentionally did this to confuse people like me, and it worked. The pain I have been under can be very severe, and it is amplified under stress. I have never thought to send you a Doctor's letter, feeling it didn't matter here, and don't feel it is an excuse for anything, but rather that the Xroads practices are 100% to blame. However, my health issues are all verifiable, and I actually had to go on total disability as the pain has been so awful, and a major portion of the increase in the pain, causing the disability, I feel is a direct result from the stress of non-payment here, and fighting to get my money to pay taxes, and hold on to my house, etc. Times are tough all of a sudden, and quite unexpectedly, when I had fully thought, and was expecting to be at the top "of my game" and income earning. Instead I have had to live a year off of my savings, and now almost half of my IRA.

The fact that the Company owed me the money for the two new offices, that I was wholly responsible for placing the whole team of Loan Professionals for (billing only for the Manager and the top Loan Officer) was never in question; it was on their books. The point was, once the Bankruptcy was announced, I was no longer willing to give them the Sales price I had arranged with Dick Austin and Keith Frachiseur for multiple offices. Because of the investigation, everything STOPPED!, and then very shortly, a week perhaps, the BANKRUPTCY was announced, and I rebilled. Of course no growth would be happening; I wanted my regular fee. They agreed, and I sent through my regular bill and it was signed, which you have seen. I am sending you other bills that transpired around the same March date that just so happened that I had talked with Kevin Polivka about and he put through. In regards to these invoices in our case, the offers were made and accepted on 2/27 and billed on 3/2. Dick Austin told me all their start dates were to be April 1st.

The reason these candidates didn't start is that there was **no where for them TO start.**
The Company went Bankrupt....

As to the New Century People not having a contract with me, please see attached. When New Century bought Home123 in 2005, they set me up as a new vendor when my first payment was due; see attached W9 Request from their Finance Department. Of course I had a contract with them. (Exhibit A) . Kevin Polivka was a Senior level Financial person with New Century, I believe the CFO, and we were on a first name basis. I called

Kevin on occasion, and they were friendly chats, sometimes to check on invoices – he regarded me highly, he was polite and would always expedite things quickly for me, investigate payment himself for me, getting things done. (see the attached exhibit B.) He seems to me to be a super guy, and one I'd like to work with again. Also you'll see on this Exhibit B. the name Maggy Olaiz, who is the Accounts Payables Supervisor for New Century, who is inquiring whether I need further help into on invoices that had just been cleared up that had been paid a bit late. Kevin got on it, Maggy checked on the back end, just to make sure. I appreciated that.

As to the amounts of the fees that I typically collected you will also see them in Exhibit A. That is what they were. It was my standard fee amounts. This is the fee structure that has been discussed. There should be no question after looking at Exhibit C and B, C, And D, as to whether I had a contract with New Century, or Home123. (See checks….Exhibit C.D)

lAnyway, Your Honor, it seems that they have worked backwards here. First it was the amount, and then it was supposed white-out on Dick Austin's signature! Then it was whether Dick had authority or not. Then it was whether I had a contract with Home123. Then it went back to the amount, then to New Century didn't have a Contract with me, then the candidates didn't actually start (how could they – the Company went Bankrupt), then to multiple claims again – and I've had to answer all of these. Do you really think I would fight so hard if I didn't feel I was justified in asking?

Judge, I am very angry at what has happened to me here. The irresponsibility here, by the Industry apparently, has cost me my livelihood, and right now, I need the last billings that I had, as a matter of pride, because it was due, yes, because it was owed, and because unfortunately THEY have all put me in a despicable situation that I hate, that I don't deserve after years of practice and dedication – 25 and 7 to be exact.

Your Honor, I am really owed this money, and in the amount I am asking for, and actually more…for the amount of pain they have put me through. If you had any idea you would agree. I am not lying; I am not stretching the truth for drama here. This is my reality.

Please Re-evaluate the situation, grant me at least the $50,000 that is my due. Thank you, your Honor.

Leslie K. Hill, dba Farallon Enterprises
7756 Dos Palos Lane, Sebastopol, California 95472-5315
7077-824-8707 myswancat@comcast.net



# NEW CENTURY℠
## MORTGAGE CORPORATION

We are in the process of creating a vendor profile for your company. As a part of our internal controls, we are required to obtain your Tax ID number.

Please complete the attached W9 and return to New Century.

Thank you for your cooperation,
Accounts Payable Department
New Century Mortgage Corporation
18400 Von Karman, Suite 1000   Irvine, CA 92612

949-862-7948

ELLEN LO    A/P Specialist  Vendors A-L
949-862-7948← PHONE

ELO @ NCEN.COM

FAX #
949-471-3002

Please Send me back the W-9
ASAP. Other wise Your payment
will be Pending

Thanks

ELLEN



FAX #
949-471-3002

Please feel free to use this letter as your cover page.



( EXHIBIT A )



Subj: **FW: Farallon Enterprises invoices**
Date: 3/16/2006 8:06:50 AM Pacific Standard Time
From: molaiz@ncen.com
To: MYSWANCAT@aol.com

Here is a list if the invoices  Please let me know if you have others you need us to research.

Maggy Olaiz
Accounts Payable Supervisor
New Century Mortgage
molaiz@ncen.com
949 724 **3353** Desk
949 471 8249 FAX


-----Original Message-----
**From:** Tiffany Huynh
**Sent:** Wednesday, March 15, 2006 5:09 PM
**To:** Maggy Olaiz
**Subject:** RE: Farallon Enterprises invoices

All the invoices is been paid.

Invoice# 0161750, amount: $15,000
Invoice# 0161752, amount: $15,000
Invoice# 0161753, amount: $10,000
Invoice# 0161754, amount: $15,000

Regards,

Tiffany

  -----Original Message-----
  **From:** Maggy Olaiz
  **Sent:** Wednesday, March 15, 2006 5:01 PM
  **To:** Tiffany Huynh
  **Subject:** FW: Farallon Enterprises invoices

  Please research and get back to me ASAP.
  -----Original Message-----
  **From:** Kevin Polivka
  **Sent:** Tuesday, March 14, 2006 1:41 PM
  **To:** Maggy Olaiz

    Thursday, March 16, 2006 America Online: MYSWANCAT



| INVOICE NO. | DATE | DESCRIPTION | PAID AMOUNT | DISCOUNT | APPLIED AMOUNT |
|---|---|---|---|---|---|
| 0161758 | 4/3/2006 | Vchr: VO035892  *Sales Mgr* | 15,000.00 | | 15,000.00 |
| 0161759 | 4/3/2006 | Vchr: VO035893  *Top Loan Officer* | 10,000.00 | | 10,000.00 |
| 0161755  *when it was* | 3/21/2006 | Vchr: VO035894  *Sales Mgr + still building* | 15,000.00 | | 15,000.00 |
| 0161756  *PAID* | 3/21/2006 | Vchr: VO035932 | 15,000.00 | | 15,000.00 |
| *remember* | | | | | |

| INTERNAL NO. | VENDOR | | TOTALS | |
|---|---|---|---|---|
| 375 | FAR002 | FARALLON ENTERPRISES | 55,000.00 | |

---

THIS WARNING BAR MUST HAVE A COLORED BACKGROUND WHICH FADES TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. ADDITIONAL SECURITY FEATURES ARE LISTED ON THE BACK.

**119690**

# h.Home123®

18400 VON KARMAN AVE. STE. 1000
IRVINE, CA 92612-0516

UBOC Disbursement Services
Boston, MA 02108
53-292/113
9081001977

| DATE | CHECK NUMBER |
|---|---|
| 4/26/2006 | cd119690 |

fifty-five thousand and 00 / 100 Dollars Only ********************************************************

| AMOUNT |
|---|
| 55,000.00 |

PAY
TO THE
ORDER
OF

KIM HILL
FARALLON ENTERPRISES
7756 DOS PALOS LANE
SEBASTOPOL, CA 95472

SIGNATURES REQUIRED OVER $10,000.00

⑈119690⑈ ⑆011302920⑆ ⑈9081001977⑈960000

119690

Exhibit C

SUPERIOR PRESS · (888) 590-7998  JB650874

Back-up matched_____
Disposition date_____
circle one:
**MAIL     IOM     EPU     HD**

HOME 123



| INVOICE NO. | DATE | DESCRIPTION | PAID AMOUNT | DISCOUNT | APPLIED AMOUNT |
|---|---|---|---|---|---|
| 0161761 RUSH | 6/13/2006 | Vchr: VO048475 | 15,000.00 | | 15,000.00 |

| INTERNAL NO. | VENDOR | | TOTALS | |
|---|---|---|---|---|
| 496 | FAR002 | FARALLON ENTERPRISES | 15,000.00 | |

THIS WARNING BAR MUST HAVE A COLORED BACKGROUND WHICH FADES TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. ADDITIONAL SECURITY FEATURES ARE LISTED ON THE BACK.

**Home123®**
18400 VON KARMAN AVE. STE. 1000
IRVINE, CA 92612-0516

UBOC DISBURSEMENT SERVICES
BOSTON, MA 02108
53-292/113
9081001977

126855

| DATE | CHECK NUMBER |
|---|---|
| 7/13/2006 | cd126855 |

fifteen thousand and  00 / 100 Dollars Only **********************************************

AMOUNT

15,000.00

PAY
TO THE
ORDER
OF

KIM HILL
FARALLON ENTERPRISES
7756 DOS PALOS LANE
SEBASTOPOL, CA 95472

SIGNATURES REQUIRED OVER $10,000.00

⑈126855⑈  ⑆011302920⑆  ⑈908100197⑈⑈960000

Hawaii placement  Rhonda Lovette.

( (EXHIBIT D)  UNILATERAL
HIRING FREEZE? )