# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| NEW CENTURY TRS HOLDINGS, : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] : | |
| : | Jointly Administered |
| Debtors. : | |
| | Re: Docket Nos. 3934, 4150 and 4324 |

## ORDER PROVIDING THAT THE EXAMINER'S CASH COLLATERAL REPORT, THE DEBTORS' CASH COLLATERAL REPLY AND THE EXAMINER'S CASH COLLATERAL REPLY BE FILED PUBLICLY

This matter coming before the Court on the Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors to File, and Directing the Clerk of the Court to Maintain, the Debtors' Reply to First Interim Report of Michael J. Missal, Examiner Under Seal dated December 3, 2007 [Docket no. 4012], the Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors to File, and Directing the Clerk of the Court to Maintain, the Debtors' Reply to First Interim Report of Michael J. Missal, Examiner, Under Seal, dated December 19, 2007 [Docket no. 4150 ], and the Motion of Michael J. Missal, Examiner, for an Order Authorizing Him to File Under Seal the Limited Response of Michael J. Missal, Examiner, to Debtors' Reply to First Interim Report of Michael J. Missal, Examiner [Docket no.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation

LA3:1142673.4

RLF1-3244326-1

4315] (collectively the "Motions"); the Debtors having filed their Notice of Withdrawal of (i) Motion of the Debtor and Debtors in Possession for an Order Authorizing the Debtors to File, and Directing the Clerk of the Court to Maintain, the Debtors' Reply to First Interim Report of Michael J. Missal, Examiner, Under Seal and (ii) the Motion of the Debtors and Debtors in Possession for an Order Authorizing the Debtors to File, and Directing the Clerk of the Court to Maintain, the Debtors' Reply to First Interim Report of Michael J. Missal, Examiner, Under Seal (the "Notice of Withdrawal); the Court having reviewed the Motions and the Notice of Withdrawal; the Court finding that it has jurisdictions over this matter pursuant to 28 U.S.C. sections 157 and 1334, that this is a core proceeding pursuant to 28 U.S.C. section 157(b)(2) and that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. sections 1408 and 1409; and after due deliberation and sufficient cause appearing therefor,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The First Interim Report of Michael J. Missal, Examiner dated November 21, 2007 [related motion to seal - Docket No. 3934], the Debtors' Reply to First Interim Report of Michael J. Missal, Examiner dated December 19, 2007 [related motion to seal - Docket No. 4150], and the Amended Limited Response of Michael J. Missal, Examiner, to Debtors' Reply to First Interim Report of Michael J. Missal, Examiner dated as of January 7, 2008 Motion [related motion to seal - Docket No. 4135] (collectively, the "Cash Collateral Reports") shall be made part of the public record in these cases.

2. The Clerk of the United States Bankruptcy Court for the District of Delaware is directed to enter on the docket of these cases the Cash Collateral Reports as previously delivered to the Clerk under seal.

3.	The Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

Dated: January _____, 2008
       Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE