*EXHIBIT A*

| | Examiners' Professional's Monthly Fee Applications | | | | | | |
|---|---|---|---|---|---|---|---|
| Entity Name | Filing | Filing Period | Date of Filing | Total Bill | Total Hours Billed | Fees | Disbursements/ Expense Reimbursement |
| 1 - Michael J. Missal | | | | | | | |
| | 1st Monthly | 06/05/07 - 07/31/07 | 8/24/2007 | $248,696.12 | 380.60 | $248,341.50 | $354.62 |
| | 2nd Monthly | 08/01/07 - 08/31/07 | 9/25/2007 | $172,960.80 | 263.8 | $172,129.50 | $831.30 |
| | 3rd Monthly | 09/01/07 - 09/30/07 | 10/26/2007 | $133,648.75 | 204.7 | $133,566.75 | $82.00 |
| | 4th Monthly | 10/01/07 - 10/31/07 | 11/21/2007 | $175,914.00 | 269.6 | $175,914.00 | $0.00 |
| | 5th Monthly | 11/01/07 - 11/30/07 | 12/21/2007 | $173,829.30 | 265.5 | $173,238.75 | $590.55 |
| | | | TOTAL - | $905,048.97 | 1,384.20 | $903,190.50 | $1,858.47 |
| 2 - Kirkpatrick & Lockhart Preston Gates Ellis LLP | | | | | | | |
| | 1st Monthly | 06/01/07 - 07/31/07 | 8/24/2007 | $1,778,206.76 | 4,489.50 | $1,723,362.08 | $54,844.68 |
| | 2nd Monthly | 08/01/07 - 08/31/07 | 9/25/2007 | $1,719,926.46 | 3,880.70 | $1,651,840.26 | $68,086.20 |
| | 3rd Monthly | 09/01/07 - 09/30/07 | 10/26/2007 | $1,655,754.55 | 3,477.70 | $1,596,567.45 | $59,187.10 |
| | 4th Monthly | 10/01/07 - 10/31/07 | 11/21/2007 | $2,030,527.48 | 5,258.70 | $1,973,952.95 | $56,574.53 |
| | 5th Monthly | 11/01/07 - 11/30/07 | 12/21/2007 | $1,683,975.28 | 4,493.30 | $1,632,555.78 | $51,419.50 |
| | | | TOTAL - | $8,868,390.53 | 21,599.90 | $8,576,278.52 | $290,112.01 |
| 3 - BDO Seidman, LLP | | | | | | | |
| | 1st Monthly | 06/29/07 - 08/31/07 | 9/26/2007 | $666,116.35 | 2,103.20 | $655,012.35 | $11,104.00 |
| | 2nd Monthly | 09/01/07 - 09/30/07 | 10/26/2007 | $469,643.05 | 1,628.20 | $458,761.05 | $10,882.00 |
| | 3rd Monthly | 10/01/07 - 10/31/07 | 11/27/2007 | $1,063,666.46 | 4,223.60 | $1,041,818.40 | $21,848.06 |
| | 4th Monthly | 11/01/07 - 11/30/07 | 1/14/2008 | $976,778.20 | 3,818.80 | $949,198.28 | $27,579.92 |
| | | | TOTAL - | $3,176,204.06 | 11,973.80 | $3,104,790.08 | $71,413.98 |
| 4 - Saul Ewing LLP | | | | | | | |
| | 1st Monthly | 06/01/07 - 07/31/07 | 9/4/2007 | $21,492.86 | 53.5 | $15,948.00 | $5,544.86 |
| | 2nd Monthly | 08/01/07 - 08/31/07 | 10/26/2007 | $13,009.40 | 22.6 | $9,232.20 | $3,777.20 |
| | 3rd Monthly | 09/01/07 - 09/30/07 | 11/30/2007 | $13,079.49 | 26.5 | $10,350.90 | $2,728.59 |
| | 4th Monthly | 10/01/07 - 10/31/07 | 12/13/2007 | $16,314.28 | 44 | $12,687.30 | $3,626.98 |
| | 5th Monthly | 11/01/07 - 11/30/07 | 12/27/2007 | $9,912.35 | 25.5 | $8,460.00 | $1,452.35 |
| | | | TOTAL - | $73,808.38 | 172.1 | $56,678.40 | $17,129.98 |
| | TOTAL FOR EXAMINER AND HIS PROFESSIONALS | | | $13,023,451.94 | 35,130.00 | | |
| 5 - O'Melveny & Myers, LLP (Examiner Issues 098) | | | | | | | |
| | 1st Monthly | 04/02/07 - 04/30/07 | 7/17/2007 | 0 | 0.00 | 0 | |
| | 2nd Monthly | 05/01/07 - 05/31/07 | 8/5/2007 | 0 | 0.00 | 0 | |
| | Supplemental Monthly | 04/02/07 - 04/30/07 & 05/01/07 -05/31/07 | 8/7/2007 | 0 | 0.00 | 0 | |
| | 3rd Monthly | 06/01/07 - 06/30/07 | 10/19/2007 | $62,534.00 | 98.2 | $62,534.00 | |
| | 4th Monthly | 07/01/07 - 07/31/07 | 11/29/2007 | $553,172.50 | 1,527.90 | $553,172.50 | |
| | 5th Monthly | 08/1/07 - 08/31/07 | 12/4/2007 | $1,245,468.00 | 5,569.90 | $1,245,468.00 | |
| | 6th Monthly | 09/01/07 - 09/30/07 | 12/19/2007 | $362,041.50 | 871.7 | $362,041.50 | |
| | 7th Monthly | 10/01/07 - 10/31/07 | 12/28/2007 | $416,530.50 | 1,325.00 | $416,530.50 | |
| | 8th Monthly | 11/01/07 - 11/30/07 | 1/8/2008 | $988,530.00 | 4,585.60 | $988,530.00 | |
| | | | TOTAL - | $3,628,276.50 | 13,978.30 | $3,628,276.50 | |
| | | | GRAND TOTAL - | $16,651,728.44 | 49,108.30 | $16,271,214.00 | $380,514.44 |