UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
NEW CENTURY TRS HOLDINGS, INC. a                             : Case No. 07-10416 (KJC)
Delaware corporation, et al.,                                :
                                                             : Jointly Administered
        Debtors.                                             :
------------------------------------------------------------ x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code, the following counsel enter their appearance on behalf of First American Title Insurance Company and request that all notices given or required to be given, and all papers served in these cases, be delivered to and served upon the following at their offices at the addresses set forth below, and that the following be added to the general matrix and all special or limited matrices in this matter.

All motions, pleadings, notices, applications and other papers should be served upon:

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> Edwin J. Harron (No. 3396)
> Email: eharron@ycst.com
> Patrick A. Jackson (No. 4976)
> Email: pjackson@ycst.com
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> Telephone: (302) 571-6600
> Fax: (302) 571-1253

DB02:6500129.1                                                                    099999.1252

Dated: January 17, 2008                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

*[signature]*

Edwin J. Harron (No. 3396)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-3588
Facsimile: (302) 576-3544
e-mail: pjackson@ycst.com

Counsel for First American Title Insurance Company