**EXHIBIT B**

**Exhibit B - Buena Park Network Equipment Bid Lot: Sale to WPO Business Solutions**

| | P/N | Make | Model | Description | Serial | Count | Buena Park or 340 |
|---|---|---|---|---|---|---|---|
| 1 | 720.247 | SMC | SMC3312TC | Multi-segment Stackable Hub | K164709849 | 1 | **Buena Park** |
| 2 | 8671 | IBM | 4HX | E-Server X Series 235 | KPDFV82 | 1 | **Buena Park** |
| 3 | 8671 | IBM | 4HX | E-Server X Series 235 | KPDFV78 | 1 | **Buena Park** |
| 4 | 8671 | IBM | 4HX | E-Server X Series 235 | KPDKZ07 | 1 | **Buena Park** |
| 5 | 8671 | IBM | 8LX | E-Server X Series 235 | KPCWCD9 | 1 | **Buena Park** |
| 6 | 8671 | IBM | 8LX | E-Server X Series 235 | KPCWCG3 | 1 | **Buena Park** |
| 7 | 8671 | IBM | 4HX | E-Server X Series 235 | KPDFV90 | 1 | **Buena Park** |
| 8 | 8671 | IBM | 4HX | E-Server X Series 235 | KPDFV97 | 1 | **Buena Park** |
| 9 | 8671 | IBM | 4AX | E-Server X Series 235 | KPDKG15 | 1 | **Buena Park** |
| 10 | 8671 | IBM | 4AX | E-Server X Series 235 | KPDKN95 | 1 | **Buena Park** |
| 11 | 8671 | IBM | 4AX | E-Server X Series 235 | KPDKW54 | 1 | **Buena Park** |
| 12 | 3100213001 | StorageTek | L20 | Tape library | 460000105087 | 1 | **Buena Park** |
| 13 | 1672-100-000-1 | 3Com | OfficeConnect Hub TP1200 | Network Hub | 7YMR017279 | 1 | **Buena Park** |
| 14 | 232098-001 | HP | Proliant DL380 G3 | Server | D247LDN1D201 | 1 | **Buena Park** |
| 15 | 2621XM | Cisco | 2600 XM | Router | JMX0802L1B8 | 1 | **Buena Park** |
| 16 | 2621XM | Cisco | 2600 XM | Router | JMX0802L2TA | 1 | **Buena Park** |
| 17 | 293765-001 | HP | Proliant DL380 G3 | Server | EB44LDN42B | 1 | **Buena Park** |
| 18 | 293765-001 | HP | Proliant DL380 G3 | Server | HTM0LDN43D | 1 | **Buena Park** |
| 19 | 310587-001 | HP | Proliant DL380 G3 | Server | D339LJC1H129 | 1 | **Buena Park** |
| 20 | 333705-001 | HP | Proliant DL380 G3 | Server | X0DHLDN43J | 1 | **Buena Park** |
| 21 | 333705-001 | HP | Proliant DL380 G3 | Server | X0G3LDN43J | 1 | **Buena Park** |
| 22 | 405852-005 | HP | ML310 G3 | Server | MX262200K8 | 1 | **Buena Park** |
| 23 | A-903MK2 | TOA | 900 Series 2 | Amplifier | 73348449 | 1 | **Buena Park** |
| 24 | BK650MC | APC | Back UPS 650 | UPS | PB0230120794 | 1 | **Buena Park** |
| 25 | BK650MC | APC | Back UPS 650 | UPS | FB9818460933 | 1 | **Buena Park** |
| 26 | BX1000 | APC | Backups XS1000 | UPS | JB0243013995 | 1 | **Buena Park** |
| 27 | CE-510-K9 | Cisco | 510 | Content Engine | KPGK470 | 1 | **Buena Park** |
| 28 | CE-510-K9 | Cisco | 510 | Content Engine | KPVP963 | 1 | **Buena Park** |
| 29 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR021 | 1 | **Buena Park** |
| 30 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR148 | 1 | **Buena Park** |
| 31 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR226 | 1 | **Buena Park** |
| 32 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR288 | 1 | **Buena Park** |
| 33 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR368 | 1 | **Buena Park** |
| 34 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR497 | 1 | **Buena Park** |
| 35 | CE-510-K9 | Cisco | 510 | Content Engine | KPXF879 | 1 | **Buena Park** |
| 36 | CE-511-K9 | Cisco | 511 | Content Engine | KPCTN97 | 1 | **Buena Park** |
| 37 | CE-511-K9 | Cisco | 511 | Content Engine | KPCTP25 | 1 | **Buena Park** |
| 38 | CE-511-K9 | Cisco | 511 | Content Engine | KPCTP26 | 1 | **Buena Park** |
| 39 | CE-511-K9 | Cisco | 511 | Content Engine | KPDNT98 | 1 | **Buena Park** |
| 40 | CE-511-K9 | Cisco | 511 | Content Engine | KQAYA3W | 1 | **Buena Park** |
| 41 | CE-511-K9 | Cisco | 511 | Content Engine | KPCTP37 | 1 | **Buena Park** |
| 42 | CISCO1721 | Cisco | CISCO1721 | Router | JMX0724E0E2 | 1 | **Buena Park** |
| 43 | CISCO1721 | Cisco | CISCO1721 | Router | JMX0738RBDN | 1 | **Buena Park** |
| 44 | CISCO1751 | Cisco | CISCO1751 | Router | JMX0526F18Y | 1 | **Buena Park** |
| 45 | CISCO1751 | Cisco | CISCO1751 | Router | JMX0620F2EK | 1 | **Buena Park** |
| 46 | CISCO1751 | Cisco | Cisco 1751 | Router | FTX0916Y20K | 1 | **Buena Park** |
| 47 | CISCO1751 | Cisco | Cisco 1751 | Router | FTX0945W051 | 1 | **Buena Park** |
| 48 | CISCO2621XM | Cisco | CISCO2621XM | Signaling Gateway Manager | FTX0941A5QF | 1 | **Buena Park** |
| 49 | CISCO2621XM | Cisco | CISCO2621XM | Signaling Gateway Manager | JMX0802L25U | 1 | **Buena Park** |
| 50 | CISCO2621XM | Cisco | CISCO2621XM | Signaling Gateway Manager | JMX0802L26D | 1 | **Buena Park** |
| 51 | CISCO2621XM | Cisco | CISCO2621XM | Signaling Gateway Manager | JMX0813L1SK | 1 | **Buena Park** |
| 52 | CISCO2621XM | Cisco | CISCO2621XM | Signaling Gateway Manager | JMX0813L2N9 | 1 | **Buena Park** |

**Exhibit B - Buena Park Network Equipment Bid Lot: Sale to WPO Business Solutions**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 53 | CISCO2621XM | Cisco | CISCO2621XM | Signaling Gateway Manager | JMX0827L2SU | 1 | **Buena Park** |
| 54 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0644L0TX | 1 | **Buena Park** |
| 55 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0751L1E0 | 1 | **Buena Park** |
| 56 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0753L0Q0 | 1 | **Buena Park** |
| 57 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0753L0Q3 | 1 | **Buena Park** |
| 58 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0845L2CJ | 1 | **Buena Park** |
| 59 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0845L2CM | 1 | **Buena Park** |
| 60 | D4943A | HP | NetServer Raid Adapter | Raid Adapter | N/A | 1 | **Buena Park** |
| 61 | D5023-60200 | HP | NetServer LH II PII/300 | Netserver | US83900053 | 1 | **Buena Park** |
| 62 | F1DA108T | Belkin | F1DA108T | KVM Switch | 3043642491 | 1 | **Buena Park** |
| 63 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0333000390AF031 | 1 | **Buena Park** |
| 64 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0333000528AF031 | 1 | **Buena Park** |
| 65 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0427100035AF031 | 1 | **Buena Park** |
| 66 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0427100037AF031 | 1 | **Buena Park** |
| 67 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0524500056AF031 | 1 | **Buena Park** |
| 68 | GXT2-1000RT120 | Liebert | GXT2 1000 | UPS | 0503600002AF031 | 1 | **Buena Park** |
| 69 | GXT2-1000RT120 | Liebert | GXT2 1000 | UPS | 0503600005AF031 | 1 | **Buena Park** |
| 70 | GXT21500RT120 | Liebert | GXT 2 1500RT | UPS | 06226R0004AF051 | 1 | **Buena Park** |
| 71 | GXT2-1500RT120 | Liebert | GXT2 1500 | UPS | 06226R0010AF051 | 1 | **Buena Park** |
| 72 | IBM1500 | IBM | Eserver UPS 1500T | UPS | AS0341130229 | 1 | **Buena Park** |
| 73 | JFS524 | Netgear | 24 PORT SWITCH | 24 PORT SWITCH | JS52235LB035454 | 1 | **Buena Park** |
| 74 | ML350T01 | Compaq | Proliant ML 350 | Server | D008DMZ1K093 | 1 | **Buena Park** |
| 75 | ON400A-SN | ONEAC | 400 | UPS | 03313417 | 1 | **Buena Park** |
| 76 | PWR-675-AC-RPS-N1 | Cisco | 675 | Redundant power supply | ABC08129161 | 1 | **Buena Park** |
| 77 | SU1000NET | APC | 1000 Smart UPS | UPS | QS0130327301 | 1 | **Buena Park** |
| 78 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | QS0332110521 | 1 | **Buena Park** |
| 79 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | QS0332110571 | 1 | **Buena Park** |
| 80 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | QS0332310576 | 1 | **Buena Park** |
| 81 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | QS0439211877 | 1 | **Buena Park** |
| 82 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | QS0439211896 | 1 | **Buena Park** |
| 83 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | QS0439211903 | 1 | **Buena Park** |
| 84 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | WS0249151142 | 1 | **Buena Park** |
| 85 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | WS0249151183 | 1 | **Buena Park** |
| 86 | SU2200RMXLNET | APC | 2200XL Smart UPS | UPS | WS0214140550 | 1 | **Buena Park** |
| 87 | SU2200RMXLNET | APC | 2200XL Smart UPS | UPS | WS0228150201 | 1 | **Buena Park** |
| 88 | SU3000RMT3U | APC | 3000 | UPS | WS0330150038 | 1 | **Buena Park** |
| 89 | SUA1000XL | APC | 1000 Smart UPS XL | UPS | AS0219231292 | 1 | **Buena Park** |
| 90 | SUA1500 | APC | 1500 Smart UPS | UPS | AS0218211146 | 1 | **Buena Park** |
| 91 | SUA1500 | APC | 1500 Smart UPS | UPS | AS0302230072 | 1 | **Buena Park** |
| 92 | SUA1500 | APC | 1500 Smart UPS | UPS | AS0308230567 | 1 | **Buena Park** |
| 93 | SUA3000RM2U | APC | 3000 Smart UPS | UPS | YS0321210697 | 1 | **Buena Park** |
| 94 | SUA3000RM2U | APC | 3000 Smart UPS | UPS | YS0431121919 | 1 | **Buena Park** |
| 95 | TFT5600 RKM | HP | TFT5600 RKM | Clamshell | 9X38JTJ8M083 | 1 | **Buena Park** |
| 96 | TFT5600 RKM | HP | TFT5600 RKM | Clamshell | 9X48JTJ8L303 | 1 | **Buena Park** |
| 97 | Unknown | Compaq | Uknown | Server | D140FPR1K020 | 1 | **Buena Park** |
| 98 | WS-C2950-24 | Cisco | Catalyst 2950 | Switch - 24port | FAB0601W2XQ | 1 | **Buena Park** |
| 99 | WS-C2950-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0747Z3GH | 1 | **Buena Park** |
| 100 | WS-C2950G-48-E1 | Cisco | 2950 | 48 PORT SWITCH | FOC1021Z504 | 1 | **Buena Park** |
| 101 | WS-C2950G-48-EI | Cisco | Catalyst 2950 | Switch - 48port | FOC0938Z1RZ | 1 | **Buena Park** |
| 102 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0731X243 | 1 | **Buena Park** |
| 103 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0751Y1DA | 1 | **Buena Park** |
| 104 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0752Y1R9 | 1 | **Buena Park** |
| 105 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0752Z12K | 1 | **Buena Park** |
| 106 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0810Y02K | 1 | **Buena Park** |

**Exhibit B - Buena Park Network Equipment Bid Lot: Sale to WPO Business Solutions**

| # | Part | Vendor | Model | Description | Serial | Qty | Location |
|---|---|---|---|---|---|---|---|
| 107 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0810Y20G | 1 | **Buena Park** |
| 108 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0752W14H | 1 | **Buena Park** |
| 109 | WS-X4013 | Cisco | Supervisor II Engine | Supervisor II Engine | JAB04530D5P | 1 | **Buena Park** |
| 110 | WS-X4148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE063702HD | 1 | **Buena Park** |
| 111 | WS-X4148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAB054105RP | 1 | **Buena Park** |
| 112 | 69-1362-02 | Cisco | N/A | Footstand Kit for Single 7914 | 2 | 2 | **CN-340** |
| 113 | | Avocent | DSR2010 | 16port Switch | 0100014003 | 1 | **CN-340** |
| 114 | | Belkin | Omniview | 8port KVM switch | 3041250601 | 1 | **CN-340** |
| 115 | | Raritan | | Master Console 2 | AX83216 | 1 | **CN-340** |
| 116 | | APC | | Network Power Controller | LR63938 | 1 | **CN-340** |
| 117 | | Cisco | 1503 | Router | ACT972600BW | 1 | **CN-340** |
| 118 | | Cisco | 1900 | Switch | FAA0227X0NZ | 1 | **CN-340** |
| 119 | | Cisco | 2610 | Switch | JMX0601K4TF | 1 | **CN-340** |
| 120 | | Cisco | 2950 | Switch | FOC0837W3BA | 1 | **CN-340** |
| 121 | | Cisco | 2621XM | Switch | JMX0813L1NC | 1 | **CN-340** |
| 122 | | Cisco | 2621XM | Switch | JMX0802L26G | 1 | **CN-340** |
| 123 | | Cisco | 2621XM | Switch | JMX0802L4LE | 1 | **CN-340** |
| 124 | | Cisco | 2621XM | Switch | JMX0802L26K | 1 | **CN-340** |
| 125 | | Cisco | 2621XM | Switch | JMX0802L1AW | 1 | **CN-340** |
| 126 | | Cisco | 2621XM | Switch | JMX0813L1SL | 1 | **CN-340** |
| 127 | | Cisco | 2621XM | Switch | JMX0813L1N9 | 1 | **CN-340** |
| 128 | | Cisco | 2900XL | Switch | FAA0333H022 | 1 | **CN-340** |
| 129 | | | | | | | |
| 130 | | | | | | | |
| 131 | | | | | | **129** | Total |
| 132 | **Chassis w/ Blades** | | | | | | |
| 133 | **Chassis 1** | | NCEN ASSET# 7040851 | | | | |
| 134 | WS-C4500 Series | Cisco | C4506 | Chassis | FOX0830033E | 1 | **Buena Park** |
| 135 | | | Blades listed below are part of this system | | | | |
| 136 | WS-4013+ | Cisco | WS-4013+ | Supervisor Enginee II Plus | JAE0842YQG5 | 1 | **Buena Park** |
| 137 | WS-X4248-RJ45V | Cisco | WS-X4248-RJ45V | 48 port switch | JAB084101TB | 1 | **Buena Park** |
| 138 | WS-X4248-RJ45V | Cisco | WS-X4248-RJ45V | 48 port switch | JAB0841022T | 1 | **Buena Park** |
| 139 | WS-X4248-RJ45V | Cisco | WS-X4248-RJ45V | 48 port switch | JAB08410246 | 1 | **Buena Park** |
| 140 | 8-681-339-51 | Sony | APS-195 | 1300ACV power supply | SNI0836ARE8 | 1 | **Buena Park** |
| 141 | 8-681-339-51 | Sony | APS-195 | 1300ACV power supply | SNI0837ARQR | 1 | **Buena Park** |
| 142 | | | | | | | |
| 143 | **Chassis 2** | | NCEN ASSET# 7023889 | | | | |
| 144 | WS-C4500 Series | Cisco | C4506 | Chassis | FOC073000H0 | 1 | **Buena Park** |
| 145 | | | Blades listed below are part of this system | | | | |
| 146 | WS-X4013 | Cisco | WS-4013 | Supervisor II Engine | JAE07382AA0 | 1 | **Buena Park** |
| 147 | WS-X4148-RJ45V | Cisco | WS-X4148-RJ45V | 48 port switch | JAE07341GYT | 1 | **Buena Park** |
| 148 | WS-X4148-RJ45V | Cisco | WS-X4148-RJ45V | 48 port switch | JAE07341H1Q | 1 | **Buena Park** |
| 149 | WS-X4148-RJ45V | Cisco | WS-X4148-RJ45V | 48 port switch | JAE0816E2QW | 1 | **Buena Park** |
| 150 | WS-X4148-RJ45V | Cisco | WS-X4148-RJ45V | 48 port switch | JAE0822JWBU | 1 | **Buena Park** |
| 151 | WS-X4148-RJ45V | Cisco | WS-X4148-RJ45V | 48 port switch | JAE1015ZRFJ | 1 | **Buena Park** |
| 152 | 8-681-334-71 | Sony | APS-190 | Power supply | SON07320A9P | 1 | **Buena Park** |
| 153 | 8-681-339-51 | Sony | APS-195 | 1300ACV power supply | SNI0948AR2D | 1 | **Buena Park** |
| 154 | | | | | | | |
| 155 | **Chassis 3** | | | | | | |
| 156 | WS-C6513 | Cisco | C6513 | Chassis | TBM06213933 | 1 | **Buena Park** |
| 157 | | | Blades listed below are part of this system | | | | |
| 158 | WS-X6K-SUP2-2GE | Cisco | WS-X6K-SUP2-2GE | Supervisor 2 | SAD055004BL | 1 | **Buena Park** |
| 159 | WS-X6K-S2U-MSFC2 | Cisco | WS-X6K-S2U-MSFC2 | Supervisor 2 | SAL062616G1 | 1 | **Buena Park** |
| 160 | WS-X6515-GBIC | Cisco | WS-X6515-GBIC | 16 port switch | SAL06210AD0 | 1 | **Buena Park** |

**Exhibit B - Buena Park Network Equipment Bid Lot: Sale to WPO Business Solutions**

| # | P/N | Make | Model | Description | Serial | Count | Location |
|---|---|---|---|---|---|---|---|
| 161 | WS-X6515-GBIC | Cisco | WS-X6515-GBIC | 16 port switch | SAL06210AET | 1 | **Buena Park** |
| 162 | WS-X6548 | Cisco | WS-X6548 | 48 port switch | SAD062200ZD | 1 | **Buena Park** |
| 163 | WS-X6500-SFM2 | Cisco | WS-X6500-SFM2 | Switch fabric module | SAD0617026A | 1 | **Buena Park** |
| 164 | WS-X6500-SFM2 | Cisco | WS-X6500-SFM2 | Switch fabric module | SAD062002NG | 1 | **Buena Park** |
| 165 | | | | | | | |
| 166 | **Chassis 4** | **NCEN ASSET# 8028522** | | | | | |
| 167 | WS-C6509 | Cisco | C6509 | Chassis | SMG0625A03V | 1 | **Buena Park** |
| 168 | | **Blades listed below are part of this system** | | | | | |
| 169 | WS-X6K-SUP1A-2GE | Cisco | WS-X6K-SUP1A-2GE | Supervisor 1 | SAL06190E7Y | 1 | **Buena Park** |
| 170 | WS-X6K-SUP1A-2GE | Cisco | WS-X6K-SUP1A-2GE | Supervisor 1 | SAL061806RG | 1 | **Buena Park** |
| 171 | WS-X6348 | Cisco | WS-X6348 | 48 port switch | SAL0640CTWK | 1 | **Buena Park** |
| 172 | WS-X6348 | Cisco | WS-X6348 | 48 port switch | SAL09486982 | 1 | **Buena Park** |
| 173 | WS-X6348 | Cisco | WS-X6348 | 48 port switch | SAL06220F4Z | 1 | **Buena Park** |
| 174 | WS-X6348 | Cisco | WS-X6348 | 48 port switch | SAL06220F24 | 1 | **Buena Park** |
| 175 | WS-X6348 | Cisco | WS-X6348 | 48 port switch | SAL06220F1U | 1 | **Buena Park** |
| 176 | WS-X6348 | Cisco | WS-X6348 | 48 port switch | SAL06152LLM | 1 | **Buena Park** |
| 177 | WS-X6348 | Cisco | WS-X6348 | 48 port switch | SAL044940P1 | 1 | **Buena Park** |
| 178 | 34-1535-01 | Cisco | Milan Plus | Power supply | ART062100FJ | 1 | **Buena Park** |
| 179 | 34-1535-01 | Cisco | Milan Plus | Power supply | ART062200AL | 1 | **Buena Park** |
| 180 | | | | | | | |
| 181 | **Chassis 5** | **NCEN ASSET# 5000201** | | | | | |
| 182 | WS-C4500 Series | Cisco | C4506 | Chassis | FOX0749028A | 1 | **Buena Park** |
| 183 | | **Blades listed below are part of this system** | | | | | |
| 184 | 8-681-339-11 | Sony | 8-681-339-11 | Power supply | SNI0803ABK9 | 1 | **Buena Park** |
| 185 | 8-681-339-11 | Sony | 8-681-339-11 | Power supply | SNI0803AAG4 | 1 | **Buena Park** |
| 186 | WS-X4013 | Cisco | WS-X4013 | Supervisor 2 Engine | JAE08094DJ3 | 1 | **Buena Park** |
| 187 | WS-X4148-RJ45V | Cisco | WS-X4148-RJ45V | 48 port switch | JAE080721CQ | 1 | **Buena Park** |
| 188 | WS-X4148-RJ45V | Cisco | WS-X4148-RJ45V | 48 port switch | JAE07371P5S | 1 | **Buena Park** |
| 189 | WS-X4148-RJ45V | Cisco | WS-X4148-RJ45V | 48 port switch | JAE08071QXA | 1 | **Buena Park** |
| 190 | WS-X4148-RJ45V | Cisco | WS-X4148-RJ45V | 48 port switch | JAE08071PDT | 1 | **Buena Park** |
| 191 | | | | | | | |
| 192 | **Chassis 6** | **No Asset Tag** | | | | | |
| 193 | 6506 | Cisco | 6500 | 6506 Chassis | TBM06186659 | 1 | **Buena Park** |
| 194 | | **Blades listed below are part of this system** | | | | | |
| 195 | WS-X6K-SUP1A-2GE | Cisco | Supervisor 1 | Supervisor 1 | SAL0606HSHD | 1 | **Buena Park** |
| 196 | WS-X6K-SUP1A-2GE | Cisco | Supervisor 1 | Supervisor 1 | SAL06162WH4 | 1 | **Buena Park** |
| 197 | WS-X6348 | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | SAL06152LN1 | 1 | **Buena Park** |
| 198 | WS-X6348 | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | SAL0604H6FC | 1 | **Buena Park** |
| 199 | WS-X6148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | SAL0804TJW2 | 1 | **Buena Park** |
| 200 | 34-0918-02 | Cisco | POWER SUPPLY | 1300W | ABC07302093 | 1 | **Buena Park** |
| 201 | 34-0918-06 | Cisco | POWER SUPPLY | 1300W | SNI1018BC58 | 1 | **Buena Park** |
| 202 | | | | | | | |
| 203 | | | | | | 181 | Total Pieces |
| 204 | | | | | | | |
| 205 | **P/N** | **Make** | **Model** | **Description** | **Serial** | **Count** | **Buena Park or 340** |
| 206 | 1721 | Cisco | 1721 | 1700 SERIES ROUTER | JMX0638H0YK | 1 | Buena Park |
| 207 | 1751 | Cisco | 1751 | 1700 SERIES ROUTER | JMX0526J1EH | 1 | Buena Park |
| 208 | 1751 | Cisco | 1751 | 1700 SERIES ROUTER | JMX0526J1EL | 1 | Buena Park |
| 209 | J3295A | HP | J3295A | 24port hub | TW13500644 | 1 | Buena Park |
| 210 | FS524 | NetGear | FS524 | 24port switch | DS54B0A102486 | 1 | Buena Park |
| 211 | FS524 | NetGear | FS524 | 24port switch | FS54135DB281731 | 1 | Buena Park |
| 212 | FS524 | NetGear | FS524 | 24port switch | FS54136DB286190 | 1 | Buena Park |
| 213 | FS524 | NetGear | FS524 | 24port switch | FS54138DB291738 | 1 | Buena Park |
| 214 | FS524 | NetGear | FS524 | 24port switch | FS54138DB291740 | 1 | Buena Park |

**Exhibit B - Buena Park Network Equipment Bid Lot: Sale to WPO Business Solutions**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 215 | FS524 | NetGear | FS524 | 24port switch | FS54D1C110249 | 1 | Buena Park |
| 216 | FS524 | NetGear | FS524 | 24port switch | FS54D1C110353 | 1 | Buena Park |
| 217 | FS524 | NetGear | FS524 | 24port switch | FS54D1C110354 | 1 | Buena Park |
| 218 | FS524 | NetGear | FS524 | 24port switch | FS54E29152562 | 1 | Buena Park |
| 219 | FS524 | NetGear | FS524 | 24port switch | FS54E29152565 | 1 | Buena Park |
| 220 | FS524 | NetGear | FS524 | 24port switch | FS54E29153151 | 1 | Buena Park |
| 221 | WS-C2950G-48-E1 | Cisco | 2950 | 48 PORT SWITCH | FOC0921X0LJ | 1 | Buena Park |
| 222 | DS104 | NetGear | DS104 | 4port hub | DS14J31009493 | 1 | Buena Park |
| 223 | P81041-A | Belkin | Omniview | 8port KVM switch | 3043641588 | 1 | Buena Park |
| 224 | FS108 | NetGear | FS108 | 8port switch | FS08235CB186840 | 1 | Buena Park |
| 225 | N/A | Belkin | Omniview | 8port switch | N/A | 1 | Buena Park |
| 226 | A-903MK2 | TOA | 900 Series 2 | Amplifier | 73551433 | 1 | Buena Park |
| 227 | WAE-512-K9 | Cisco | WAE 500 | Application Engine | KQGTC51 | 1 | Buena Park |
| 228 | TFT5600 RKM | Compaq | 5600 | Clamshell Display / Key | 9X2AJTJ84161 | 1 | Buena Park |
| 229 | TFT5600 RKM | Compaq | 5600 | Clamshell Display / Key | 9X2AJTJ84163 | 1 | Buena Park |
| 230 | TFT5600 RKM | Compaq | 5600 | Clamshell Display / Key | 9X2BJTJ8T220 | 1 | Buena Park |
| 231 | TFT5600 RKM | HP | TFT5600 RKM | Clamshell KB/Monitor | 9X48JTJ8S051 | 1 | Buena Park |
| 232 | CE-510A-80GB-K9 | Cisco | 510 | Content Engine | KPGVN78 | 1 | Buena Park |
| 233 | CE-510A-80GB-K9 | Cisco | 510 | Content Engine | KPGVT32 | 1 | Buena Park |
| 234 | CE-510A-80GB-K9 | Cisco | 510 | Content Engine | KPGVX16 | 1 | Buena Park |
| 235 | CE-510A-80GB-K9 | Cisco | 510 | Content Engine | KPVR414 | 1 | Buena Park |
| 236 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR039 | 1 | Buena Park |
| 237 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR045 | 1 | Buena Park |
| 238 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR049 | 1 | Buena Park |
| 239 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR056 | 1 | Buena Park |
| 240 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR119 | 1 | Buena Park |
| 241 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR181 | 1 | Buena Park |
| 242 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR258 | 1 | Buena Park |
| 243 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR308 | 1 | Buena Park |
| 244 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR347 | 1 | Buena Park |
| 245 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR370 | 1 | Buena Park |
| 246 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR391 | 1 | Buena Park |
| 247 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR393 | 1 | Buena Park |
| 248 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR396 | 1 | Buena Park |
| 249 | CE-510-K9 | Cisco | 510 | Content Engine | KPXF806 | 1 | Buena Park |
| 250 | CE-511-K9 | Cisco | 511 | Content Engine | KPCTL18 | 1 | Buena Park |
| 251 | CE-511-K9 | Cisco | 511 | Content Engine | KPCTL57 | 1 | Buena Park |
| 252 | CE-511-K9 | Cisco | 511 | Content Engine | KPCTL68 | 1 | Buena Park |
| 253 | CE-511-K9 | Cisco | 511 | Content Engine | KPCTP16 | 1 | Buena Park |
| 254 | CE-511-K9 | Cisco | 511 | Content Engine | KPCTP23 | 1 | Buena Park |
| 255 | CE-511-K9 | Cisco | 511 | Content Engine | KPCTP45 | 1 | Buena Park |
| 256 | CE-511-K9 | Cisco | 511 | Content Engine | KPCTP99 | 1 | Buena Park |
| 257 | CE-511-K9 | Cisco | 511 | Content Engine | KPDNR25 | 1 | Buena Park |
| 258 | CE-511-K9 | Cisco | 511 | Content Engine | KPDNR40 | 1 | Buena Park |
| 259 | CE-511-K9 | Cisco | 511 | Content Engine | KPDNR63 | 1 | Buena Park |
| 260 | CE-511-K9 | Cisco | 511 | Content Engine | KPDNT54 | 1 | Buena Park |
| 261 | CE-511-K9 | Cisco | 511 | Content Engine | KPDNT61 | 1 | Buena Park |
| 262 | CE-511-K9 | Cisco | 511 | Content Engine | KPDNT65 | 1 | Buena Park |
| 263 | CE-511-K9 | Cisco | 511 | Content Engine | KPDNV34 | 1 | Buena Park |
| 264 | 56002336 | Mitel | 3300 NSU | Controller | AABBL2868 | 1 | Buena Park |
| 265 | 56004537 | Mitel | 3300 | Controller | AABCW4281 | 1 | Buena Park |
| 266 | 899380045171 | Philips | DVR1EP2 | Digital Video Record | V1E1290230 | 1 | Buena Park |
| 267 | 8671 | IBM | 4AX | E-Server X Series 235 | KPDHW4B | 1 | Buena Park |
| 268 | 8671 | IBM | 4AX | E-Server X Series 235 | KPDHX47 | 1 | Buena Park |

**Exhibit B - Buena Park Network Equipment Bid Lot: Sale to WPO Business Solutions**

| # | Part | Mfr | Model | Description | Serial | Qty | Location |
|---|---|---|---|---|---|---|---|
| 269 | 8671 | IBM | 4AX | E-Server X Series 235 | KPDKA85 | 1 | Buena Park |
| 270 | 8671 | IBM | 4AX | E-Server X Series 235 | KPDKF55 | 1 | Buena Park |
| 271 | 8671 | IBM | 8LX | E-Server X Series 235 | KPCNCF2 | 1 | Buena Park |
| 272 | 8671 | IBM | 8LX | E-Server X Series 235 | KPCWBZ0 | 1 | Buena Park |
| 273 | 8671 | IBM | 8MX | E-Server X Series 235 | KPDDWB3 | 1 | Buena Park |
| 274 | 8685 | IBM | 4RX | E-Server X Series 255 | KPXW875 | 1 | Buena Park |
| 275 | 8685 | IBM | 4RX | E-Server X Series 255 | KPXW881 | 1 | Buena Park |
| 276 | 8676 | IBM | 61X | E-Server X Series 335 | KPVN708 | 1 | Buena Park |
| 277 | 47-10539-02 REV.A0 | Cisco | PIX 506E | Firewall | 88809451578 | 1 | Buena Park |
| 278 | 47-10539-02 REV.A0 | Cisco | PIX 506E | Firewall | 88810122843 | 1 | Buena Park |
| 279 | LTC 2682/90 | Philips | LTC 2682/90 | Multiplexer, 16CH, Color | UN013677 | 1 | Buena Park |
| 280 | 501 | Cisco | PIX SERIES | PIX 501 | 88810220388 | 1 | Buena Park |
| 281 | 47-7647-01 | Cisco | CISCO1751 | Router | FTX0925W16G | 1 | Buena Park |
| 282 | 47-7647-01 | Cisco | CISCO1751 | Router | FTX0945W0NY | 1 | Buena Park |
| 283 | 47-7647-01 | Cisco | CISCO1751 | Router | FTX1023W2LG | 1 | Buena Park |
| 284 | 47-7647-01 | Cisco | CISCO1751 | Router | JMX0526J1EB | 1 | Buena Park |
| 285 | 47-7647-01 | Cisco | CISCO1751 | Router | JMX0526J1F5 | 1 | Buena Park |
| 286 | 47-7647-01 | Cisco | CISCO1751 | Router | JMX0534E1LA | 1 | Buena Park |
| 287 | 47-7647-01 | Cisco | CISCO1751 | Router | JMX0534F1SP | 1 | Buena Park |
| 288 | 47-7647-01 | Cisco | CISCO1751 | Router | JMX0614J1UJ | 1 | Buena Park |
| 289 | 47-7647-01 | Cisco | CISCO1751 | Router | JMX0711H0RQ | 1 | Buena Park |
| 290 | 47-7647-01 | Cisco | CISCO1751 | Router | JMX0804U0E9 | 1 | Buena Park |
| 291 | 47-7647-03 | Cisco | CISCO1721 | Router | JMX0621J3DB | 1 | Buena Park |
| 292 | CISCO 3845-MB | Cisco | CISCO 3845 | Router | FTX1104A3CY | 1 | Buena Park |
| 293 | CISCO1751 | Cisco | Cisco 1751 | Router | JMX0707F1D5 | 1 | Buena Park |
| 294 | CISCO3845V01 | Cisco | CISCO3845V01 | Router | FTX0950C579 | 1 | Buena Park |
| 295 | CISCO3845V01 | Cisco | CISCO3845V01 | Router | FTX110745W8 | 1 | Buena Park |
| 296 | 173812-001 | Compaq | Proliant Agency Series ES1010 | Server | D140FPR1K041 | 1 | Buena Park |
| 297 | 293765-001 | Compaq | DL380 | Server | 81GBLDN433 | 1 | Buena Park |
| 298 | 293765-001 | Compaq | DL380 | Server | D236JZG2F782 | 1 | Buena Park |
| 299 | 293765-001 | Compaq | DL380 | Server | D236JZG2F783 | 1 | Buena Park |
| 300 | 293765-001 | Compaq | DL380 | Server | D245LDN1D293 | 1 | Buena Park |
| 301 | 293765-001 | Compaq | DL380 | Server | D317LDN1J586 | 1 | Buena Park |
| 302 | 293765-001 | Compaq | DL380 | Server | EALRLDN434 | 1 | Buena Park |
| 303 | 293765-001 | Compaq | DL380 | Server | EAMXLDN434 | 1 | Buena Park |
| 304 | 293765-001 | HP | Proliant DL380 G3 | Server | D401DN4H080 | 1 | Buena Park |
| 305 | 293765-001 | HP | Proliant DL380 G3 | Server | DZ41ZG2G480 | 1 | Buena Park |
| 306 | 293765-001 | HP | Proliant DL380 G3 | Server | X0A0LDN43J | 1 | Buena Park |
| 307 | 293765-001 | HP | Proliant DL380 G3 | Server | X0FWLDN43J | 1 | Buena Park |
| 308 | 293765-001 | HP | Proliant DL380 G3 | Server | EBYMLDN428 | 1 | Buena Park |
| 309 | 293765-001 | HP | Proliant DL380 G3 | Server | X09DLDN43J | 1 | Buena Park |
| 310 | 293765-001 | HP | Proliant DL380 G3 | Server | X0G5LDN43J | 1 | Buena Park |
| 311 | 372708-001 | HP | Proliant DL320 G4 | Server | USE549N8AH | 1 | Buena Park |
| 312 | 378738-001 | HP | Proliant DL380 G4 | Server | 2UX60238G | 1 | Buena Park |
| 313 | Series 4055 | HP | Prosignia 200 | Server | D813BWP10263 | 1 | Buena Park |
| 314 | Unknown | Compaq | Uknown | Server Rack 4 FOOT TALL | 006687 | 1 | Buena Park |
| 315 | Unknown | Compaq | Uknown | Server Rack 4 FOOT TALL | 014177 | 1 | Buena Park |
| 316 | 2621XM | Cisco | 2600 XM | Signaling Gateway Manager | JMX0802L26L | 1 | Buena Park |
| 317 | 2621XM | Cisco | 2600 XM | Signaling Gateway Manager | JMX0802L2SZ | 1 | Buena Park |
| 318 | 2621XM | Cisco | 2600 XM | Signaling Gateway Manager | JMX0813L1TT | 1 | Buena Park |
| 319 | 2621XM | Cisco | 2600 XM | Signaling Gateway Manager | JMX082L262 | 1 | Buena Park |
| 320 | 2621XM | Cisco | 2600 XM | Signaling Gateway Manager | JMX0831L24K | 1 | Buena Park |
| 321 | 2621XM | Cisco | 2600 XM | Signaling Gateway Manager | JMX0832L03E | 1 | Buena Park |
| 322 | 47-1950-01 | Cisco | 2503 | Signaling Gateway Manager | 25939348 | 1 | Buena Park |

**Exhibit B - Buena Park Network Equipment Bid Lot: Sale to WPO Business Solutions**

| # | Model | Mfr | Model | Description | Serial | Qty | Location |
|---|---|---|---|---|---|---|---|
| 323 | CISCO2611 | Cisco | CISCO2611 | Signaling Gateway Manager | JMX0551K470 | 1 | Buena Park |
| 324 | CISCO2621XM | Cisco | CISCO2621XM | Signaling Gateway Manager | JMX0751L404 | 1 | Buena Park |
| 325 | CISCO2621XM | Cisco | CISCO2621XM | Signaling Gateway Manager | JMX0802L1AX | 1 | Buena Park |
| 326 | CISCO2621XM | Cisco | CISCO2621XM | Signaling Gateway Manager | JMX0802L2UF | 1 | Buena Park |
| 327 | CISCO2621XM | Cisco | CISCO2621XM | Signaling Gateway Manager | JMX0802L47Y | 1 | Buena Park |
| 328 | CISCO2621XM | Cisco | CISCO2621XM | Signaling Gateway Manager | JMX0813L1UR | 1 | Buena Park |
| 329 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0627K7J6 | 1 | Buena Park |
| 330 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0637LHW9 | 1 | Buena Park |
| 331 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0637LHWB | 1 | Buena Park |
| 332 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0637LHWC | 1 | Buena Park |
| 333 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0643L7Q0 | 1 | Buena Park |
| 334 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0643L7Q3 | 1 | Buena Park |
| 335 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0739L3KG | 1 | Buena Park |
| 336 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0753L0PS | 1 | Buena Park |
| 337 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0821L272 | 1 | Buena Park |
| 338 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0844L4EE | 1 | Buena Park |
| 339 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0844L4JP | 1 | Buena Park |
| 340 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0845L2C7 | 1 | Buena Park |
| 341 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0845L2CA | 1 | Buena Park |
| 342 | CISCO2651XM | Cisco | CISCO2651XM | Signaling Gateway Manager | JMX0812L1NU | 1 | Buena Park |
| 343 | SU2200RMXL3U | APC | 2200XL | Smart UPS | JS0627041715 | 1 | Buena Park |
| 344 | SU2200RMXL3U | APC | 2200XL | Smart UPS | QS0411115319 | 1 | Buena Park |
| 345 | SU2200RMXL3U | APC | 2200XL | Smart UPS | QS0437221733 | 1 | Buena Park |
| 346 | SU2200RMXL3U | APC | 2200XL | Smart UPS | WS0237140164 | 1 | Buena Park |
| 347 | SU2200RMXL3U | APC | 2200XL | Smart UPS | WS0237140167 | 1 | Buena Park |
| 348 | SU2200RMXL3U | APC | 2200XL | Smart UPS | WS0239251835 | 1 | Buena Park |
| 349 | SU2200RMXL3U | APC | 2200XL | Smart UPS | WS0239251836 | 1 | Buena Park |
| 350 | SU2200RMXL3U | APC | 2200XL | Smart UPS | WS0249151190 | 1 | Buena Park |
| 351 |  | APC |  | Smart UPS Batpk 48VXL | ES9641300694 | 1 | Buena Park |
| 352 |  | APC |  | Smart UPS Batpk 48VXL | ES9641300733 | 1 | Buena Park |
| 353 | Surge Arrest | APC | Surge Arrest Network | Surge Protectors | N/A | 2 | Buena Park |
| 354 | WS-C2950-12 | Cisco | Catalyst 2950 | Switch - 12port | FOC1017Z6PT | 1 | Buena Park |
| 355 | WS-C2950-24 | Cisco | Catalyst 2950 | Switch - 24port | FAB0601P1TZ | 1 | Buena Park |
| 356 | WS-C2950-24 | Cisco | Catalyst 2950 | Switch - 24port | FAB0601W2XN | 1 | Buena Park |
| 357 | WS-C2950-24 | Cisco | Catalyst 2950 | Switch - 24port | FAB0602W1NT | 1 | Buena Park |
| 358 | WS-C2950-24 | Cisco | Catalyst 2950 | Switch - 24port | FHK0622W05U | 1 | Buena Park |
| 359 | WS-C2950-24 | Cisco | Catalyst 2950 | Switch - 24port | FHK063W0R7 | 1 | Buena Park |
| 360 | WS-C2950-24 | Cisco | Catalyst 2950 | Switch - 24port | FHK0701Y0V5 | 1 | Buena Park |
| 361 | WS-C2950-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0824X3TV | 1 | Buena Park |
| 362 | WS-C2950-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC082S12P | 1 | Buena Park |
| 363 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FAB0601W2X9 | 1 | Buena Park |
| 364 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FHK0706X0EP | 1 | Buena Park |
| 365 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FHK0726Z1NC | 1 | Buena Park |
| 366 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0741W1ZG | 1 | Buena Park |
| 367 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0752W144 | 1 | Buena Park |
| 368 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0752X132 | 1 | Buena Park |
| 369 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0752X136 | 1 | Buena Park |
| 370 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0752Y1RS | 1 | Buena Park |
| 371 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0752Z1PB | 1 | Buena Park |
| 372 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0752Z1PJ | 1 | Buena Park |
| 373 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0752Z1VH | 1 | Buena Park |
| 374 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0810Y02S | 1 | Buena Park |
| 375 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0810Y0YZ | 1 | Buena Park |
| 376 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0810Z0X0 | 1 | Buena Park |

**Exhibit B - Buena Park Network Equipment Bid Lot: Sale to WPO Business Solutions**

| # | Model | Mfr | Description | Type | Serial | Qty | Location |
|---|---|---|---|---|---|---|---|
| 377 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0810Z1UX | 1 | Buena Park |
| 378 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC752X12B | 1 | Buena Park |
| 379 | WS-C2950G-48-EI | Cisco | Catalyst 2950 | Switch - 48port | FHK0613Y0UY | 1 | Buena Park |
| 380 | WS-C2950G-48-EI | Cisco | Catalyst 2950 | Switch - 48port | FOC0803W3MR | 1 | Buena Park |
| 381 | WS-C2950G-48-EI | Cisco | Catalyst 2950 | Switch - 48port | FOC0803W3NK | 1 | Buena Park |
| 382 | WS-C2950G-48-EI | Cisco | Catalyst 2950 | Switch - 48port | FOC0803W3NY | 1 | Buena Park |
| 383 | WS-C2950G-48-EI | Cisco | Catalyst 2950 | Switch - 48port | FOC0846W1K9 | 1 | Buena Park |
| 384 | WS-C2950G-48-EI | Cisco | Catalyst 2950 | Switch - 48port | FOC0925W2H5 | 1 | Buena Park |
| 385 | WS-C2950G-48-EI | Cisco | Catalyst 2950 | Switch - 48port | FOC0925Z38V | 1 | Buena Park |
| 386 | WS-C2950G-48-EI | Cisco | Catalyst 2950 | Switch - 48port | FOC1017Z18C | 1 | Buena Park |
| 387 | WS-C2950G-48-EI | Cisco | Catalyst 2950 | Switch - 48port | FOC1032Z3AE | 1 | Buena Park |
| 388 | 3100213001 | StorageTek | StorageTek L20 | Tape Backup | 460000104204 | 1 | Buena Park |
| 389 | 3100213001 | StorageTek | StorageTek L20 | Tape Backup | 460000105086 | 1 | Buena Park |
| 390 | C5658A | HP | SureStore DLT70 | Tape backup | USA0100501 | 1 | Buena Park |
| 391 | 3100213001 | StorageTek | L20 | Tape library | 460000104285 | 1 | Buena Park |
| 392 | 3100213001 | StorageTek | L20 | Tape library | 460000104962 | 1 | Buena Park |
| 393 | 90000605 | Minute Man | PRO500E | UPS | 3D54061100721 | 1 | Buena Park |
| 394 | 90000607 | Minuteman | Pro1100E | UPS | 3D56040300106 | 1 | Buena Park |
| 395 | 74P4905 | IBM | Eserver UPS 1500T | UPS | 21305TX23Q4626 | 1 | Buena Park |
| 396 | 74P4905 | IBM | Eserver UPS 1500T | UPS | AS0341130316 | 1 | Buena Park |
| 397 | BR24BP | APC | RS 1500 | UPS | JB0439042379 | 1 | Buena Park |
| 398 | BR24BP | APC | RS 1500 | UPS | JB0446004956 | 1 | Buena Park |
| 399 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0333000389AF031 | 1 | Buena Park |
| 400 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0409600040AF031 | 1 | Buena Park |
| 401 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0417800125AF031 | 1 | Buena Park |
| 402 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0417800130AF031 | 1 | Buena Park |
| 403 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0434300042AF031 | 1 | Buena Park |
| 404 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0434300044AF031 | 1 | Buena Park |
| 405 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0503200267AF031 | 1 | Buena Park |
| 406 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0503200323AF031 | 1 | Buena Park |
| 407 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0529200035AF031 | 1 | Buena Park |
| 408 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0529200040AF031 | 1 | Buena Park |
| 409 | GXT2-1000RT120 | Liebert | GXT2 1000 | UPS | 0417800018AF031 | 1 | Buena Park |
| 410 | GXT2-1000RT120 | Liebert | GXT2 1000 | UPS | 0424300164AF031 | 1 | Buena Park |
| 411 | GXT2-1000RT120 | Liebert | GXT2 1000 | UPS | 0503600114AF031 | 1 | Buena Park |
| 412 | GXT2-1000RT120 | Liebert | GXT2 1000 | UPS | 0503600123AF031 | 1 | Buena Park |
| 413 | GXT2-1000RT120 | Liebert | GXT2 1000 | UPS | 06262R0032AF031 | 1 | Buena Park |
| 414 | GXT2-1000RT120 | Liebert | GXT2 1000 | UPS | 06262R0037AF031 | 1 | Buena Park |
| 415 | GXT21500RT120 | Liebert | GXT 2 1500RT | UPS | 06262R0066AF051 | 1 | Buena Park |
| 416 | GXT21500RT120 | Liebert | GXT 2 1500RT | UPS | 06262R0197AF051 | 1 | Buena Park |
| 417 | GXT2-6000RT208 | Liebert | 6000RT208 | UPS | 06340r0032by632 | 1 | Buena Park |
| 418 | IBM1500 | IBM | eServer UPS 1500T | UPS | AS0341130221 | 1 | Buena Park |
| 419 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | QS0437221715 | 1 | Buena Park |
| 420 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | QS0439211891 | 1 | Buena Park |
| 421 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | QS0439211892 | 1 | Buena Park |
| 422 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | QS0439211894 | 1 | Buena Park |
| 423 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | WS0237140168 | 1 | Buena Park |
| 424 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | WS0239251838 | 1 | Buena Park |
| 425 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | WS0244251291 | 1 | Buena Park |
| 426 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | WS0247140434 | 1 | Buena Park |
| 427 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | WS0247140485 | 1 | Buena Park |
| 428 | SUA1500 | APC | 1500 Smart UPS | UPS | AS0302130387 | 1 | Buena Park |
| 429 | SUA1500 | APC | 1500 Smart UPS | UPS | AS0337124203 | 1 | Buena Park |
| 430 | SUA3000RM2U | APC | 3000 Smart UPS | UPS | JS0432013328 | 1 | Buena Park |

**Exhibit B - Buena Park Network Equipment Bid Lot: Sale to WPO Business Solutions**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 431 | SUA3000RM2U | APC | 3000 Smart UPS | UPS | YS0414222952 | 1 | Buena Park |
| 432 | SURT005 | APC | XFMR | UPS | ZS0547023935 | 1 | Buena Park |
| 433 | WAE-512-K9 | Cisco | WAE-512-K9 | Wide Area Application Engine | KQZ4670 | 1 | Buena Park |
| 434 | 8671 | IBM | 4HX | X Series 235 Server | KPCWCC6 | 1 | Buena Park |
| 435 | 8671 | IBM | 4HX | X Series 235 Server | KPCWCK9 | 1 | Buena Park |
| 436 | 8671 | IBM | 4HX | X Series 235 Server | KPDKH26 | 1 | Buena Park |
| 437 | | | | | **Total Pieces** | **232** | |
| 438 | | | | | | | |
| 439 | Chassis 1 | Chassis 1 | | | | | |
| 440 | WS-C4006 | Cisco | WS-C4006 | Chassis | FOX0630015E | 1 | Buena Park |
| 441 | 34-0873-01 | Cisco | REV: A0 | Power Supply | SNI06251557 | 1 | Buena Park |
| 442 | 34-0873-01 | Cisco | REV: D0 | Power Supply | ABC07413105 | 1 | Buena Park |
| 443 | 34-0873-01 | Cisco | REV: D0 | Power Supply | SNI06281092 | 1 | Buena Park |
| 444 | WS-X4013 | Cisco | WS-X4013 | Supervisor II Engine | JAE063201MF | 1 | Buena Park |
| 445 | WS-X4148-RJ45V | Cisco | WS-X4148-RJ45V | 48port Switch | JAE063301SH | 1 | Buena Park |
| 446 | WS-X4148-RJ45V | Cisco | WS-X4148-RJ45V | 48port Switch | JAE063204JN | 1 | Buena Park |
| 447 | WS-X4148-RJ45V | Cisco | WS-X4148-RJ45V | 48port Switch | JAE073909E7 | 1 | Buena Park |
| 448 | Chassis 2 | Chassis 2 | | | | | |
| 449 | WS-C4500 | Cisco | 4506 | 4506 Chassis | FOX083802R4 | 1 | Buena Park |
| 450 | WS-X0413+ | Cisco | Supervisor II PLUS | Supervisor II PLUS | JAE0840XEAL | 1 | Buena Park |
| 451 | WS-X4248-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAB0841022M | 1 | Buena Park |
| 452 | WS-X4248-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAB084101Z0 | 1 | Buena Park |
| 453 | WS-X4248-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAB084101YT | 1 | Buena Park |
| 454 | 341-0038-03 A0 | Cisco | 1300W Power Supply | 1300W Power Supply | SNI0837AS3T | 1 | Buena Park |
| 455 | 341-0038-03 A0 | Cisco | 1300W Power Supply | 1300W Power Supply | SNI0837AS4V | 1 | Buena Park |
| 456 | Chassis 3 | Chassis 3 | | | | | |
| 457 | WS-C6509 | Cisco | 6509 | 6500 Chassis | TBM05490151 | 1 | Buena Park |
| 458 | WS-X6K-SUP1A-2GE | Cisco | Supervisor I | Supervisor I | SAL0551FFT7 | 1 | Buena Park |
| 459 | WS-X6K-SUP1A-2GE | Cisco | Supervisor I | Supervisor I | SAL08133RS0 | 1 | Buena Park |
| 460 | WS-X6348 | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | SAL0548EZ9V | 1 | Buena Park |
| 461 | WS-X6348 | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | SAL0548EWE9 | 1 | Buena Park |
| 462 | WS-X6348 | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | SAL0549F5JY | 1 | Buena Park |
| 463 | WS-X6348 | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | SAL0601FWTM | 1 | Buena Park |
| 464 | WS-X6348 | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | SAL0603GTAU | 1 | Buena Park |
| 465 | WS-X6148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | SAL08133YCR | 1 | Buena Park |
| 466 | WS-X6148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | SAL08133Y1J | 1 | Buena Park |
| 467 | 34-0918-02 | Cisco | 1300W Power Supply | 1300W Power Supply | SNI05472066 | 1 | Buena Park |
| 468 | 34-0918-02 | Cisco | 1300W Power Supply | 1300W Power Supply | SNI05472070 | 1 | Buena Park |
| 469 | Chassis 4 | Chassis 4 | | | | | |
| 470 | WS-C4500 | Cisco | 4506 | 4506 Chassis | FOX080601NP | 1 | Buena Park |
| 471 | WS-X4013+ | Cisco | Supervisor II PLUS | Supervisor II PLUS | JAE08138KA5 | 1 | Buena Park |
| 472 | WS-X4148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE07440B03 | 1 | Buena Park |
| 473 | WS-X4148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE0814AFZY | 1 | Buena Park |
| 474 | WS-X4148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE07510HHG | 1 | Buena Park |
| 475 | WS-X4148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE0813A878 | 1 | Buena Park |
| 476 | 341-0038-03 A0 | Cisco | 1300W Power Supply | 1300W Power Supply | SNI0815AR63 | 1 | Buena Park |
| 477 | 341-0038-03 A0 | Cisco | 1300W Power Supply | 1300W Power Supply | SNI0945AR7V | 1 | Buena Park |
| 478 | Chassis 5 | Chassis 5 | | | | | |
| 479 | WS-C4006 | Cisco | 4000 | 4006 Chassis | FOX063001BN | 1 | Buena Park |
| 480 | WS-X4013 | Cisco | Supervisor II Engine | Supervisor II Engine | JAE090867CU | 1 | Buena Park |
| 481 | WS-X4148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE063300DL | 1 | Buena Park |
| 482 | WS-X4148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAB054105SR | 1 | Buena Park |
| 483 | WS-X4148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE0822JWBN | 1 | Buena Park |
| 484 | WS-X4148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE0822K6ML | 1 | Buena Park |

**Exhibit B - Buena Park Network Equipment Bid Lot: Sale to WPO Business Solutions**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 485 | 34-0873-01 | Cisco | 400W Power Supply | 400W Power Suppy | SNI06281379 | 1 | Buena Park |
| 486 | 34-0873-01 | Cisco | 400W Power Supply | 400W Power Suppy | SNI06281780 | 1 | Buena Park |
| 487 | 34-0873-01 | Cisco | 400W Power Supply | 400W Power Suppy | SNI06360989 | 1 | Buena Park |
| 488 | Chassis 6 | Chassis 6 | | | | | |
| 489 | WS-C4006 | Cisco | 4000 | 4006 Chassis | FOX06340EKP | 1 | Buena Park |
| 490 | 34-0873-01 | Cisco | 400W Power Supply | 400W Power Suppy | SNI06373287 | 1 | Buena Park |
| 491 | 34-0873-01 | Cisco | 400W Power Supply | 400W Power Suppy | SNI06321526 | 1 | Buena Park |
| 492 | 34-0873-01 | Cisco | 400W Power Suppy | 400W Power Suppy | SNI06321328 | 1 | Buena Park |
| 493 | WS-X4013 | Cisco | Supervisor II Engine | Supervisor II Engine | JAE091076VU | 1 | Buena Park |
| 494 | WS-X4148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE062401V8 | 1 | Buena Park |
| 495 | WS-X4148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE062401VV | 1 | Buena Park |
| 496 | WS-X4148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE075203E1 | 1 | Buena Park |
| 497 | WS-X4148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE0821JBY1 | 1 | Buena Park |
| 498 | Chassis 7 | Chassis 7 | | | | | |
| 499 | WS-C4507R V06 | Cisco | 4507R | 4507R Chassis | FOX104602U4 | 1 | Buena Park |
| 500 | WS-X4516 | Cisco | Supervisor Engine V | Supervisor Engine V | JAE1051HY4P | 1 | Buena Park |
| 501 | WS-X4516 | Cisco | Supervisor Engine V | Supervisor Engine V | JAE1051HX6N | 1 | Buena Park |
| 502 | WS-X4548-GB-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE1053JYQR | 1 | Buena Park |
| 503 | WS-X4548-GB-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE1053JKMC | 1 | Buena Park |
| 504 | WS-X4548-GB-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE1053JYQV | 1 | Buena Park |
| 505 | 341-0043-03 A0 | Cisco | 2800 W POWER SUPP | 2800 W POWER SUPP | SNI1049A00W | 1 | Buena Park |
| 506 | 341-0043-03 A0 | Cisco | 2800 W POWER SUPP | 2800 W POWER SUPP | SNI1049A09C | 1 | Buena Park |
| 507 | Chassis 8 | Chassis 8 | | | | | |
| 508 | 4507R | Cisco | Catalyst 4507R | Chassis | FOX09290AUC | 1 | Buena Park |
| 509 | WS-X4515 | Cisco | WS-X4515 | Supervisor Engine IV | JAE0929G22H | 1 | Buena Park |
| 510 | WS-X4515 | Cisco | WS-X4515 | Supervisor Engine IV | JAE0929G451 | 1 | Buena Park |
| 511 | WS-X4248-RJ45V | Cisco | WS-X4248-RJ45V | 48port Switch | JAE0942N9RS | 1 | Buena Park |
| 512 | WS-X4248-RJ45V | Cisco | WS-X4248-RJ45V | 48port Switch | JAE0942N9RL | 1 | Buena Park |
| 513 | WS-X4248-RJ45V | Cisco | WS-X4248-RJ45V | 48port Switch | JAE0941N38D | 1 | Buena Park |
| 514 | Chassis 9 | Chassis 9 | | | | | |
| 515 | 4506 | Cisco | Catalyst 4506 | Chassis | FOX074101LY | 1 | Buena Park |
| 516 | WS-X4013 | Cisco | WS-X4013 | Supervisor II Engine | JAE073825NN | 1 | Buena Park |
| 517 | WS-X4148-RJ45V | Cisco | WS-X4148-RJ45V | 48port Switch | JAE07450LYD | 1 | Buena Park |
| 518 | WS-X4148-RJ45V | Cisco | WS-X4148-RJ45V | 48port Switch | JAE07350D7S | 1 | Buena Park |
| | | | | | **Total Chassis System Pi** | **71** | |

| | |
|---|---|
| **Total Winning Bid** | **$ 97,327.00** |