IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY HOLDINGS, INC., a<br>Delaware corporation, et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br>Jointly Administered<br><br>Re: Docket No. 4156 |

## ORDER DENYING WELLS FARGO BANK, N.A.'S MOTION FOR AN ADMINISTRATIVE CLAIM WITHOUT PREJUDICE

Upon the motion of Wells Fargo Bank, N.A. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) (the "Motion"); and the objections thereto, and after considering the arguments of counsel and the record at the hearing held on January 9, 2008; and due and adequate notice of the Motion having been provided; and this Court having jurisdiction over the Motion; it is hereby

ORDERED that the Motion is denied without prejudice *for the reasons stated on the record.*

Date: January 1, 2008

The Honorable Kevin J. Carey
United States Bankruptcy Judge