**Exhibit B**
Status of Proofs of Claim for Debtors' Fifth Omnibus Objection (Substantive) to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims

| Claim Number | Claimant Exhibit A | Status |
|---|---|---|
| 173 | Cedar Hill Independent School District | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 1753 | City of DeSoto | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 342 | City of Frisco | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 344 | City of Memphis, TN | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008 |
| 194 | City of Richardson | Response filed 12/6/07; D.I. 4042. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 472 | County of Denton Denton County Fresh Water District No 6 | Response filed 12/10/07; D.I. 4073. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 440 | County of Santa Clara | |

1

Exhibit B
Status of Proofs of Claim for Debtors' Fifth Omnibus Objection (Substantive) to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 441 | County of Santa Clara | Response filed 12/10/07; D.I. 4073. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 473 | County of Williamson Lender Independent School District | Response filed 12/6/07; D.I. 4042. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 1307 | Cypress Fairbanks ISD | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 296 | Dallas County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 1754 | DeSoto ISD | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 447 | Edcouch Elsa ISD | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 528 | Fort Bend County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |

2

Exhibit B
Status of Proofs of Claim for Debtors' Fifth Omnibus Objection (Substantive) to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 561 | Grayson County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for January 9, 2008. |
| 1314 | Harris County et al | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 700 | Hidalgo County | Response filed 12/13/07; D.I. 4087. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 690 | Hunt County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 662 | Hunt County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 680 | La Joya ISD | Response filed 12/13/07; D.I. 4087. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 343 | Limestone County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 290 | Maricopa County Treasurer | Response filed 12/13/07; D.I. 4088. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |

3

4

Exhibit B
Status of Proofs of Claim for Debtors' Fifth Omnibus Objection (Substantive) to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 439 | McLennan County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 457 | Mexia Independent School District | Response filed 12/6/07; D.I. 4042. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |

Exhibit B
Status of Proofs of Claim for Debtors' Fifth Omnibus Objection (Substantive) to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 526 | Montgomery County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 295 | Parker CAD | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 547 | South Texas College | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 597 | South Texas ISD Hidalgo Co | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 471 | Tax Appraisal District of Bell County | Response filed 12/6/07; D.I. 4042. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 1203 | Walker County Appraisal District | Response filed 12/13/07; D.I. 4087. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 466 | Wilson County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |

5

**Exhibit B**
**Status of Proofs of Claim for Debtors' Fifth Omnibus Objection (Substantive) to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims**

**Exhibit B**

| Claim Number | Claimant | Status |
|---|---|---|
| 307 | Bexar County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 442 | County of Santa Clara | Response filed 12/10/07; D.I. 4073. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 596 | Nueces County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 3339 | Orange County Treasurer Tax Collector | Objection filed 12/11/07; D.I. 4074. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |
| 294 | Tarrant County | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 6, 2008. |