Exhibit C
Status of Proofs of Claim for Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed and (D) No Supporting Documentation Claims

## Exhibit C

| Amended or Duplicate Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3526 | Brazoria County M U D No. 21 | Response filed 12/28/07 [D.I. 4260]. The hearing on this claim is being continued to the omnibus hearing scheduled on February 6, 2008. |
| | 3527 | Brazoria County M U D No. 28 | Response filed 12/28/07 [D.I. 4260]. The hearing on this claim is being continued to the omnibus hearing scheduled on February 6, 2008. |
| | 3525 | Brazoria County Tax Office | Response filed 12/28/07 [D.I. 4260]. The hearing on this claim is being continued to the omnibus hearing scheduled on February 6, 2008. |
| | 3476 | Clayton County Tax Commissioner | Response filed 12/26/07; D.I. 4228. The hearing on this claim is being continued to the omnibus hearing scheduled on February 6, 2008. |
| | 3411 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled on February 6, 2008. |
| | 3412 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled on February 6, 2008. |
| | 3415 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled on February 6, 2008. |
| | 3416 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled on February 6, 2008. |
| | 3414 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled on February 6, 2008. |

1

2

Exhibit C
Status of Proofs of Claim for Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed and (D) No Supporting Documentation Claims

| Amended or Duplicate Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
|  | 3419 | Marion County | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled on February 6, 2008. |