UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| | | Case No. 07-10416-KJC |
| NEW CENTURY TRS HOLDINGS, INC., | * | (Chapter 11) |
| a Delaware corporation, *et al.*, | | |
| Debtor | * | |
| *********** | | |
| HSBC BANK USA, N.A. | * | |
| AS TRUSTEE | | |
| c/o Select Portfolio Servicing, Inc. | * | |
| Movant | | |
| | * | Docket Ref # **4237** |
| v. | | |
| | * | |
| NEW CENTURY TRS HOLDING, Inc., et al | | |
| Debtor | * | |

## **CERTIFICATE OF NO OBJECTION**

HSBC Bank USA, National Association, as trustee, on behalf of the holders of the Nomura Home Equity Loan, Inc. Asset-Backed Certificates Series 2005-HE1 c/o Select Portfolio Servicing, Inc. (hereinafter "Movant"), by its undersigned counsel, hereby gives notice of the following:

1. Movant filed a Motion for Relief from the Automatic Stay on December 28, 2007. Copies of the Motion were served to the Debtor, Debtor's Counsel, the United States Trustee and the Official Committee of Unsecured Creditors on December 28, 2007.

2. The Notice of the Motion states, "If you fail to respond in accordance with this notice, the relief demanded by the Motion will be granted." The Notice provides that a response to the Motion needs to be filed with the Court by January 16, 2008. As of

January 18, 2008, no response has been filed by the Debtor or any other interested person.

      3.  Accordingly, Movant respectfully requests that the Court enter the Proposed Order  Terminating Automatic Stay.

Date: January 18, 2008                        Respectfully submitted,

                                         WITTSTADT & WITTSTADT, P.A.

                                         /s/ *Lisa R. Hatfiled*_____
                                         Lisa R. Hatfield (DE No. 4967)
                                         284 East Main Street
                                         Newark, DE 19711
                                         (302) 444-4602
                                         (866) 503-4930 (toll free)

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on January 18, 2008, copies of the foregoing Certificate of No Response was served upon the parties listed on the below in the manner stated:

VIA US MAIL
New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

VIA US MAIL
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodeny Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

VIA US MAIL
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

VIA US MAIL
United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
*U.S. Trustee*

VIA US MAIL
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

VIA US MAIL
Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

    Respectfully submitted,

    WITTSTADT & WITTSTADT, P.A.

    /s/ *Lisa R. Hatfiled*_____
    Lisa R. Hatfield (DE No. 4967)
    284 East Main Street
    Newark, DE 19711
    (302) 444-4602
    (866) 503-4930 (toll free)