## EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **NEW CENTURY TRS HOLDINGS INC., a Delaware corporation, et al.,**[1] | : | **Case No. 07-10416 (KJC)** |
| | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |

### AMENDED NOTICE OF SALE HEARING

PLEASE BE ADVISED that this amended notice of sale hearing is in reference to the motion of the above captioned debtors and debtors in possession (the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on December 21, 2007 for (i) an order (a) approving procedures in connection with an auction of residential mortgage loans (the "Loans"), (b) scheduling a hearing to consider approval of the sale of the Loans to GRP Loan, LLC or such other prevailing bidder pursuant to the terms and conditions of that certain Asset Purchase Agreement dated as of December 19, 2007 and approving the form and manner of notice thereof and (c) granting related relief and (ii) an order (a) approving the sale of the Loans and (b) granting related relief (the "Bidding Procedures Motion"), in which the Debtors seek to sell the Loans to the Successful Bidder[2] free and clear of any claims, liens, interests and/or other encumbrances pursuant to section 363(f) of title 11 of the United States Code.

PLEASE BE FURTHER ADVISED that the hearing to approve any Qualifying Bid accepted by the Debtors at the Auction and sale of the Loans to the Successful Bidder will be held at **1:30 p.m.** (Prevailing Eastern Time), on January 23, 2008, in the Bankruptcy Court, located at 824 Market Street, Wilmington, Delaware 19801, or at such time thereafter as counsel may be heard or at such time as the Bankruptcy Court may determine.

Wilmington, Delaware

Dated: January 18, 2008

| | |
|---|---|
| Mark D. Collins (No. 2981) | Ben H. Logan |
| Michael J. Merchant (No. 3854) | Suzzanne Uhland |
| RICHARDS, LAYTON & FINGER, P.A. | Victoria A. Newmark |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (Okla JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O Corp , a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LW (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Bidding Procedures Motion.

One Rodney Square                       O'MELVENY & MYERS LLP
P.O. Box 551                            275 Battery Street
Wilmington, Delaware  19899             San Francisco, California  94111
(302) 651-7700                          (213) 430-6000

Counsel for the Debtors in Possession