# **EXHIBIT 2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

**ORDER PURSUANT TO 11 U.S.C. § 502, FED R. BANKR. P. 3007 AND 9014 AND DEL. BANKR. L.R. 3007-1 DISALLOWING AND EXPUNGING CERTAIN (A) DUPLICATE CLAIMS; (B) AMENDED AND SUPERSEDED CLAIMS; (C) LATE-FILED CLAIMS; AND (D) NO SUPPORTING DOCUMENTATION CLAIMS SET FORTH IN DEBTORS' TENTH OMNIBUS OBJECTION TO CLAIMS**

Upon the Debtors' Tenth Omnibus Objection To Claims: Non-Substantive Objection Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Duplicate Claims; (B) Amended and Superseded Claims; (C) Late-Filed Claims; and (D) No Supporting Documentation Claims (the "Objection"),[2] filed by New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc, ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession in the above-styled case (collectively, the "Debtors"); and it appearing that notice of the objection was good and sufficient upon the particular circumstances

---

[1] The debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

and that no other or further notice need be given; and the Court having considered the Objection, the claims listed on Exhibits A through D annexed hereto, and any responses thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

FOUND AND DETERMINED THAT:

A. This Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B. Each holder of a claim (as to each, a "Claim") listed on Exhibits A through D attached hereto was properly and timely served with a copy of the Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C. Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

D. The Duplicate Claims listed on Exhibit A hereto are Claims that assert duplicate or multiple claims against the same Debtor asserting the same liability in the same amount and, therefore, are duplicative of those asserted in the remaining Claims; and

E. The Claims listed on Exhibit B hereto are Claims that have been amended and superseded by other claims set forth in later Proofs of Claim and, therefore, have been amended and superseded by the Remaining Claims; and

F. The Claims listed on Exhibit C hereto are Claims that were filed after the Bar Date and, therefore, were not timely filed; and

G. The Claims listed on Exhibit D hereto are Claims for which no supporting documentation was attached to the filed Proofs of Claim; and

2

H.      The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Objection is GRANTED.

2.      The Duplicate Claims listed on Exhibit A in the column labeled "Duplicate Claim Number" be, and hereby are, disallowed and expunged in their entirety, and each Claimant retains a Claim that incorporates the entire liability asserted by the Claimant.

3.      The Amended and Superseded Claims listed on Exhibit B in the column labeled "Amended Claim Number" be, and hereby are, disallowed or expunged in their entirety.

4.      The Late Filed Claims listed on Exhibit C hereby are disallowed and expunged in their entirety.

5.      The No Supporting Documentation Claims listed on Exhibit D be, and hereby are, disallowed and expunged in their entirety.

6.      The Debtors' rights to amend, modify, or supplement this Objection, to file additional objections to the Claims or any other claims (filed or not) which may be asserted against the Debtors, and to seek further reduction of any Claim to the extent such Claim has been paid, are preserved. Additionally, should one or more of the grounds of objection stated in this Objection be dismissed, the Debtors rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these cases are preserved.

7.      This Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

8.     Each Claim and the objections by the Debtors to such Claim, as addressed in the Objection and as set forth on Exhibits A through D hereto, constitutes a separate contested matter as contemplated by Fed, R. Bankr. P. 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim.  Any stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

Dated: February ___, 2008
       Wilmington, Delaware                  _____
                                             THE HONORABLE KEVIN J. CAREY
                                             UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT A**

10th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit A
## Duplicate Claims

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Empower<br>Baker Hostetler LLP 1050 Connecticut Ave NW Ste 1100<br>Washington, DC 20036 | 07-10419 | 2916 | 07-10419 | 2351 | $0.00 | $0.00 | $0.00 | $1,700.00 | $1,700.00 | $0.00 | $0.00 | $0.00 | $1,700.00 | $1,700.00 |
| Key Equipment Finance Inc<br>1000 S McCaslin Blvd<br>Superior, CO 80027 | 07-10416 | 3278 | 07-10416 | 2556 | $128,070.00 | $0.00 | $0.00 | $279,191.27 | $407,261.27 | $128,070.00 | $0.00 | $0.00 | $279,191.27 | $407,261.27 |
| New Invoice LLC<br>Baker Hostetler LLP 1050 Connecticut Ave NW Ste 1100<br>Washington, DC 20036 | 07-10419 | 2893 | 07-10419 | 2304 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 |
| **Claims To Be Expunged Totals** | | | | 3 | $128,070.00 | $0.00 | $0.00 | $281,891.27 | $409,961.27 | $128,070.00 | $0.00 | $0.00 | $281,891.27 | $409,961.27 |

Page 1

# **EXHIBIT B**

RLF1-3245153-1

10th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit B
## Amended Claims

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| AT&T Corp<br>15100 FAA Blvd<br>Fort Worth, TX 76155 | 07-10416 | 1075 | 07-10416 | 1313 | $0.00 | $0.00 | $0.00 | $1,248,079.76 | $1,248,079.76 | $0.00 | $0.00 | $0.00 | $1,259,077.00 | $1,259,077.00 |
| Bonnie Viola Hughes<br>PO Box 1475<br>Helendale, CA 92342 | 07-10417 | 119 | 07-10421 | 855 | $0.00 | $0.00 | $25,855.00 | $0.00 | $25,855.00 | $0.00 | $0.00 | $29,245.00 | $0.00 | $29,245.00 |
| Department of the Treasury Internal Revenue Service<br>1352 Marrows Rd Ste 204<br>Newark, DE 19711-5445 | 07-10416 | 378 | 07-10416 | 3752 | $25,300.00 | $0.00 | $399,824,500.16 | $196,191.28 | $400,045,991.44 | $25,300.00 | $0.00 | $102,607,408.77 | $196,191.28 | $102,828,900.05 |
| Department of the Treasury Internal Revenue Service<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | 07-10419 | 3450 | 07-10419 | 3671 | $0.00 | $0.00 | $4,031,646.07 | $352,752.17 | $4,384,398.24 | $0.00 | $0.00 | $3,825,435.59 | $342,678.24 | $4,168,113.83 |
| Department of the Treasury Internal Revenue Service<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | 07-10419 | 3671 | 07-10419 | 3743 | $0.00 | $0.00 | $3,825,435.59 | $342,678.24 | $4,168,113.83 | $0.00 | $0.00 | $363,529.97 | $342,678.24 | $706,208.21 |
| Department of the Treasury Internal Revenue Service<br>1352 Marrows Rd Ste 204<br>Newark, DE 19711-5445 | 07-10417 | 451 | 07-10417 | 3667 | $0.00 | $0.00 | $1,222,264.61 | $0.00 | $1,222,264.61 | $0.00 | $0.00 | $1,207,364.53 | $0.00 | $1,207,364.53 |
| Department of the Treasury Internal Revenue Service<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | 07-10417 | 3667 | 07-10417 | 3746 | $0.00 | $0.00 | $1,207,364.53 | $0.00 | $1,207,364.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Department of the Treasury Internal Revenue Service<br>1352 Marrows Rd Ste 204<br>Newark, DE 19711-5445 | 07-10425 | 541 | 07-10425 | 3666 | $0.00 | $0.00 | $20,883.29 | $0.00 | $20,883.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Page 1

**10th Omnibus Objection**

**Exhibit B**
**Amended Claims**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| FedEx Customer Information Service as Assignee of FedEx Express FedEx Ground 2005 Corporate Ave 2nd Fl Memphis, TN 38132 | 07-10419 | 1969 | 07-10419 | 3702 | $0.00 | $0.00 | $0.00 | $218,732.63 | $218,732.63 | $0.00 | $0.00 | $0.00 | $125,007.84 | $125,007.84 |
| Glorious Sun Robert Martin LLC By Its Agent Mack Cali Realty Corp Accounts Receivable Manager Mack Cali Realty Corp 343 Thornall St Edison, NJ 08837-2206 | 07-10416 | 1402 | 07-10416 | 3740 | $0.00 | $0.00 | $0.00 | $726,164.64 | $726,164.64 | $0.00 | $0.00 | $0.00 | $729,342.46 | $729,342.46 |
| Krista A Brayer 1914 N Ranch Dr Tucson, AZ 85715 | 07-10416 | 363 | 07-10421 | 1067 | $0.00 | $0.00 | $12,772.00 | $0.00 | $12,772.00 | $0.00 | $0.00 | $23,502.61 | $0.00 | $23,502.61 |
| Mack Cali Taxter Associates LLC Mack Cali Realty Corp 343 Thornall St Edison, NJ 08837-2206 | 07-10421 | 538 | 07-10416 | 3741 | $0.00 | $0.00 | $0.00 | $85,426.39 | $85,426.39 | $0.00 | $0.00 | $0.00 | $88,604.21 | $88,604.21 |
| Peter Justin Merola 1435 India St No 215 San Diego, CA 92101 | 07-10419 | 204 | 07-10419 | 257 | $0.00 | $0.00 | $3,288.06 | $0.00 | $3,288.06 | $0.00 | $0.00 | $3,464.84 | $0.00 | $3,464.84 |
| Safeco Financial Institution Solutions Inc Jorden Burt LLP 1025 Thomas Jefferson St NW Ste 400 E Washington, DC 20007 | 07-10416 | 2997 | 07-10416 | 3660 | $0.00 | $0.00 | $0.00 | $96,266.09 | $96,266.09 | $0.00 | $0.00 | $0.00 | $96,266.09 | $96,266.09 |
| United Insurance Company of America 400 S 4th St 3rd Fl Las Vegas, NV 89101 | 07-10421 | 1298 | 07-10421 | 3676 | $0.00 | $0.00 | $597.05 | $64,905.65 | $65,502.70 | $0.00 | $0.00 | $0.00 | $67,922.70 | $67,922.70 |
| **Claims To Be Expunged Totals** | | | | 15 | $25,300.00 | $0.00 | $410,174,606.36 | $3,331,196.85 | $413,531,103.21 | $25,300.00 | $0.00 | $108,059,951.31 | $3,247,768.06 | $111,333,019.37 |

Page 2

# EXHIBIT C

10th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit C
## Claims Filed After Bar Date

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| 3 Day Express Appraisals<br>12110 E Slauson Ave 15<br>Santa Fe Springs, CA 90670 | 07-10416 | 3618 | 10/3/2007 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Comments: | | Claim filed After General Bar Date of August 31, 2007 | | | | | | |
| All Points Moving & Storage Lp and Atlas Van Lines Inc<br>7225 W Sam Houston Pkwy N<br>Houston, TX 77040 | 07-10421 | 3199 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $3,668.87 | $3,668.87 |
| Comments: | | Claim filed After General Bar Date of August 31, 2007 | | | | | | |
| American Express Travel Related Svcs Co Inc Corp Card<br>PO Box 3001<br>Malvern, PA 19355-0701 | 07-10416 | 3296 | 9/10/2007 | $0.00 | $0.00 | $0.00 | $16,712.10 | $16,712.10 |
| Comments: | | Claim filed After General Bar Date of August 31, 2007 | | | | | | |
| Appraisal And Inspection Services Inc<br>7002 Railway Ave 2nd Fl<br>Baltimore, MD 21222 | 07-10416 | 3694 | 11/21/2007 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 |
| Comments: | | Claim filed After General Bar Date of August 31, 2007 | | | | | | |
| Cc Pace Systems Inc<br>4100 Monument Corner Dr Ste 400<br>Fairfax, VA 22030 | 07-10416 | 3522 | 10/9/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Claim filed After General Bar Date of August 31, 2007 | | | | | | |
| Core Logic Systems Inc<br>10360 Old Placerville Rd Ste 100<br>Sacramento, CA 95827 | 07-10419 | 3677 | 11/7/2007 | $0.00 | $0.00 | $0.00 | $5,770.17 | $5,770.17 |
| Comments: | | Claim filed After General Bar Date of August 31, 2007 | | | | | | |
| Cp Ipers Coral Llc<br>PO Box 533253<br>Atlanta, GA 30353-3253 | 07-10416 | 3457 | 10/2/2007 | $0.00 | $0.00 | $0.00 | $12,730.35 | $12,730.35 |
| Comments: | | Claim filed After General Bar Date of August 31, 2007 | | | | | | |
| DBSI Corporate Woods LeaseCo LLC<br>12426 W Explorer Dr Ste 100<br>Boise, ID 83713 | 07-10416 | 3720 | 9/25/2007 | $0.00 | $0.00 | $0.00 | $80,618.75 | $80,618.75 |
| Comments: | | Claim filed After General Bar Date of August 31, 2007 | | | | | | |
| DRA CRT Baymeadows Center LLC<br>Shutts & Bowen LLP 200 E Broward Blvd Ste 2100<br>Fort Lauderdale, FL 33301 | 07-10419 | 3753 | 12/13/2007 | $0.00 | $0.00 | $0.00 | $73,778.17 | $73,778.17 |
| Comments: | | Claim filed After General Bar Date of August 31, 2007 | | | | | | |

Page 1

10th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit C
## Claims Filed After Bar Date

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| First American Real Estate Solutions<br>4 First American Way<br>Santa Ana, CA 92707 | 07-10416 | 3542 | 10/11/2007 | $0.00 | $0.00 | $0.00 | $94,362.64 | $94,362.64 |
| Comments: | | | Claim filed After General Bar Date of August 31, 2007 | | | | | |
| Golden State Overnight<br>1201 Marina Village Pkwy Ste 300<br>Alameda, CA 94501 | 07-10421 | 3659 | 11/1/2007 | $0.00 | $0.00 | $0.00 | $1,017.63 | $1,017.63 |
| Comments: | | | Claim filed After General Bar Date of August 31, 2007 | | | | | |
| Golden State Overnight<br>1201 Marina Village Pkwy Ste 300<br>Alameda, CA 94501 | 07-10421 | 3658 | 11/1/2007 | $0.00 | $0.00 | $0.00 | $418.64 | $418.64 |
| Comments: | | | Claim filed After General Bar Date of August 31, 2007 | | | | | |
| Hall & Associates<br>1152 E Greenway St No 13<br>Mesa, AZ 85203 | 07-10421 | 3688 | 11/14/2007 | $0.00 | $0.00 | $1,050.00 | $0.00 | $1,050.00 |
| Comments: | | | Claim filed After General Bar Date of August 31, 2007 | | | | | |
| Lake George Village<br>PO Box 791<br>Lake George, NY 12845 | 07-10416 | 3656 | 11/1/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | |
| Landsafe Inc<br>Paul T Liu EVP Deputy General Counsel 5220 Las Virgenes Rd MS AC 11<br>Calabasas, CA 91302-4041 | 07-10419 | 3623 | 10/19/2007 | $0.00 | $0.00 | $0.00 | $8,373.00 | $8,373.00 |
| Comments: | | | Claim filed After General Bar Date of August 31, 2007 | | | | | |
| Levitt Bakersfield Llc<br>5601 Truxtun Ave No 190<br>Bakersfield, CA 93309 | 07-10416 | 3333 | 9/21/2007 | $0.00 | $0.00 | $0.00 | $205,775.96 | $205,775.96 |
| Comments: | | | Claim filed After General Bar Date of August 31, 2007 | | | | | |
| Melanie D Desousa<br>7950 Wayside Trail<br>San Antonio, TX 78244 | 07-10416 | 3489 | 10/9/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | Claim filed After General Bar Date of August 31, 2007 | | | | | |
| T Mobile USA Inc<br>PO Box 53410<br>Bellevue, WA 98015 | 07-10419 | 3619 | 10/9/2007 | $0.00 | $0.00 | $0.00 | $219,731.61 | $219,731.61 |
| Comments: | | | Claim filed After General Bar Date of August 31, 2007 | | | | | |

10th Omnibus Objection

Exhibit C
Claims Filed After Bar Date

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | To Be Expunged Claim Amount - Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Tax Verification Bureau Inc<br>247 Sw 8th St Ste 147<br>Miami, FL 33130 | 07-10419 | 3669 | 10/29/2007 | $0.00 | $0.00 | $0.00 | $2,085.63 | $2,085.63 |
| Comments: | | Claim filed After General Bar Date of August 31, 2007 | | | | | | |
| Tax Verification Bureau Inc<br>247 Sw 8th St Ste 147<br>Miami, FL 33130 | 07-10419 | 3674 | 10/30/2007 | $0.00 | $0.00 | $0.00 | $2,085.63 | $2,085.63 |
| Comments: | | Claim filed After General Bar Date of August 31, 2007 | | | | | | |
| Time Warner Telecom<br>10475 Park Meadows Dr<br>Littleton, CO 80124 | 07-11043 | 3681 | 11/14/2007 | $0.00 | $0.00 | $0.00 | $3,497.74 | $3,497.74 |
| Comments: | | Claim filed After General Bar Date of August 31, 2007 | | | | | | |
| Tri State Appraisals<br>PO Box 1810<br>Lake Havasu City, AZ 86405 | 07-10421 | 3657 | 11/1/2007 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 |
| Comments: | | Claim filed After General Bar Date of August 31, 2007 | | | | | | |
| United Parcel Service<br>PO Box 4396<br>Timonium, MD 21094 | 07-10431 | 3673 | 10/18/2007 | $0.00 | $0.00 | $0.00 | $57,500.00 | $57,500.00 |
| Comments: | | Claim filed After General Bar Date of August 31, 2007 | | | | | | |
| Verizon Wireless South<br>PO Box 3397<br>Bloomington, IL 61701 | 07-10416 | 3684 | 11/14/2007 | $0.00 | $0.00 | $0.00 | $161,835.60 | $161,835.60 |
| Comments: | | Claim filed After General Bar Date of August 31, 2007 | | | | | | |
| Verizon Wireless West<br>404 Brock Dr<br>Bloomington, IL 61701 | 07-10416 | 3680 | 11/14/2007 | $0.00 | $39,791.59 | $0.00 | $0.00 | $39,791.59 |
| Comments: | | Claim filed After General Bar Date of August 31, 2007 | | | | | | |
| Windsor Capital Mortgage<br>4810 East Gate Mall Ste 203<br>San Diego, CA 92121 | 07-10416 | 3541 | 10/16/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Claim filed After General Bar Date of August 31, 2007 | | | | | | |
| **Claims To Be Expunged Totals** | 26 | | | $0.00 | $39,791.59 | $11,050.00 | $954,362.49 | $1,005,204.08 |

Page 3

# **EXHIBIT D**

2

10th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit D
## Claims with No Supporting Documentation

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount ||||| 
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Sloane Mortgage Llc<br>1825 Cherry Ridge Dr<br>Heathrow, FL 32746 | 07-10416 | 1071 | $0.00 | $0.00 | $4,800.00 | $0.00 | $4,800.00 |
| Comments: No Supporting Documentation attached to Claim ||||||||
| Claims To Be Expunged Totals | | 1 | $0.00 | $0.00 | $4,800.00 | $0.00 | $4,800.00 |

Page 1