# EXHIBIT 2

5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

**NEW CENTURY TRS HOLDINGS, INC.,**
**a Delaware corporation, et al.,**[1]

Debtors.

Chapter 11

**Case No. 07-10416 (KJC)**

**Jointly Administered**

## ORDER PURSUANT TO 11 U.S.C. § 502, FED R. BANKR. P. 3007 AND 9014 AND DEL. BANKR. L.R. 3007-1 DISALLOWING AND EXPUNGING CERTAIN (A) BOOKS AND RECORDS CLAIMS; (B) EQUITY CLAIMS; (C) REDUCED AND RECLASSIFIED CLAIMS; AND (D) INSUFFICIENT DOCUMENTATION CLAIMS

Upon the Debtors' Eleventh Omnibus Objection To Claims: Substantive Objection Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Reduced and Reclassified Claims; and (D) Insufficient Documentation Claims (the "Objection"),[2] filed by New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc, ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession in the above-styled case (collectively, the "Debtors"); and it appearing that notice of the objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

considered the Objection, the claims listed on <u>Exhibits</u> <u>A</u> through <u>D</u> annexed hereto, and any responses thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

FOUND AND DETERMINED THAT:

A.        This Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B.        Each holder of a claim (as to each, a "Claim") listed on <u>Exhibits</u> <u>A</u> through <u>D</u> attached hereto was properly and timely served with a copy of the Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C.        Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

D.        Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

E.        The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

1.        The Objection is GRANTED.

2.        The Books and Records Claims listed on <u>Exhibit A</u> attached hereto are hereby disallowed and expunged in their entirety.

3.        The Equity Claims listed on <u>Exhibit B</u> attached hereto are hereby disallowed and expunged in their entirety.

2

4.       The Reduced and Reclassified Claims listed on Exhibit C attached hereto are hereby reduced and/or reclassified as set forth on Exhibit C.

5.       The Insufficient Documentation Claims listed on Exhibit D attached hereto are hereby disallowed and expunged in their entirety.

6.       The Debtors' rights to amend, modify, or supplement this Objection, to file additional objections to the Claims or any other claims (filed or not) which may be asserted against the Debtors, and to seek further reduction of any Claim to the extent such Claim has been paid, are preserved. Additionally, should one or more of the grounds of objection stated in this Objection be dismissed, the Debtors rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these cases are preserved.

7.       This Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

8.       Each Claim and the objections by the Debtors to such Claim, as addressed in the Objection and as set forth on Exhibits A through D hereto, constitutes a separate contested matter as contemplated by Fed, R. Bankr. P. 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

Dated: February ____, 2008
          Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

11th Omnibus Objection

**Exhibit A**

**Books and Records**

In re: New Century TRS Holdings, Inc. _et al._,
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | To Be Expunged Claim Amount | | | |
| Bank of Oklahoma NA<br>124 E 4th St<br>Tulsa, OK 74103 | 07-10416 | 581 | $0.00 | $0.00 | $0.00 | $225,000.00 | $225,000.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Boston Water & Sewer Commission<br>Billing & Collections 980 Harrison<br>Boston, MA 02119 | 07-10416 | 1890 | $1,459.93 | $0.00 | $0.00 | $0.00 | $1,459.93 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Cisco Systems Capital Corporation<br>Balston Barger & Schwab 2600 El Camino Real Ste<br>300<br>Palo Alto, CA 94306 | 07-10416 | 2964 | $0.00 | $1,792,152.68 | $0.00 | $0.00 | $1,792,152.68 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Coastal Construction Corp<br>22 Depot St P O Box 1644<br>Duxbury, MA 02331 | 07-10416 | 3250 | $0.00 | $0.00 | $0.00 | $117,043.00 | $117,043.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Comed<br>Comed Co 2100 Swift Dr<br>Oakbrook, IL 60523 | 07-10416 | 467 | $0.00 | $0.00 | $0.00 | $12,731.05 | $12,731.05 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Committee of Finance<br>22 Market St<br>Poughkeepsie, NY 12603 | 07-10416 | 3440 | $2,559.53 | $0.00 | $0.00 | $0.00 | $2,559.53 |
| Comments: | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Commonwealth of Massachusetts<br>PO Box 3564<br>Boston, MA 02114-3564 | 07-11043 | 3490 | $0.00 | $0.00 | $472.39 | $34.20 | $506.59 |
| Comments: | | The Debtors have filed the requisite tax returns | | | | | |
| Contract Floors Inc<br>James R Gillespie Pa 300 West Myrtle Ste 100<br>Boise, ID 83702 | 07-10419 | 1967 | $24,955.36 | $0.00 | $0.00 | $0.00 | $24,955.36 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| County Of Hawaii<br>Department Of Finance 101 Pauahi St Ste 4<br>Hilo, HI 96720-4224 | 07-10416 | 3478 | $3,836.34 | $0.00 | $0.00 | $0.00 | $3,836.34 |
| Comments: | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |

11th Omnibus Objection

**Exhibit A**

**Books and Records**

In re: New Century TRS Holdings, Inc. _et al_.

Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Admin | Priority | Unsecured | Total | |
| County of Santa Clara<br>Tax Collections Division County Government<br>Center E Wing 70 W Hedding St<br>San Jose, CA 95110 | 07-10416 | 3584 | $3,949.66 | $0.00 | $0.00 | $0.00 | $3,949.66 | |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Crestwood Behavioral Health Inc<br>520 Capital Mall<br>Sacramento, CA 95814 | 07-10419 | 2337 | $0.00 | $0.00 | $0.00 | $60,394.21 | $60,394.21 | |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Dutchess County<br>22 Market St<br>Poughkeepsie, NY 12601 | 07-10416 | 3383 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Everman Independent School District<br>Ray Wood & Bonilla PO Box 165001<br>Austin, TX 78716 | 07-10416 | 3502 | $5,632.40 | $0.00 | $0.00 | $0.00 | $5,632.40 | |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | |
| Executive Management Recreations<br>30251 Golden Lantern Ste E354<br>Laguna Niguel, CA 92677 | 07-10416 | 2053 | $0.00 | $0.00 | $0.00 | $212,500.00 | $212,500.00 | |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | | |
| FNS Real Estate Tax Services<br>Baker Hostetler LLP 1050 Connecticut Ave NW Ste 1100<br>Washington, DC 20036 | 07-10416 | 2299 | $0.00 | $0.00 | $0.00 | $486,723.00 | $486,723.00 | |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Foothills Self Storage<br>4555 N Flint Ave<br>Tucson, AZ 85718 | 07-10421 | 1264 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Greenville Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP PO Box 2007<br>Tyler, TX 75710-2007 | 07-10416 | 3401 | $3,854.88 | $0.00 | $0.00 | $0.00 | $3,854.88 | |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | |
| Gwinnett County Tax Commissioner<br>PO Box 372<br>Lawrenceville, GA 30066 | 07-10419 | 3480 | $0.00 | $0.00 | $1,439.28 | $0.00 | $1,439.28 | |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |

11th Omnibus Objection

## Exhibit A
## Books and Records

In re: New Century TRS Holdings, Inc. et al .
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | To Be Expunged Claim Amount | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Admin | Priority | Unsecured | Total |
| H Snook Realty Inc Steven J Bedzarowski 2717 W Capitol Dr Appleton, WI 54914 | 07-10416 | 279 | $0.00 | $0.00 | $2,930.02 | $0.00 | $2,930.02 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Hansen Quality Lic End User 2204 Garnet Ave Ste 102 San Diego, CA 92109 | 07-10419 | 2245 | $0.00 | $0.00 | $0.00 | $869,294.00 | $869,294.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| HSBC Securities USA Inc Mark Steffensen Esq 452 Fifth Ave New York, NY 10018 | 07-10419 | 2044 | $0.00 | $0.00 | $0.00 | $123,242.19 | $123,242.19 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| James Flagg PO Box 1764 Lake Isabella, CA 93240 | 07-10416 | 1712 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Judson Ltd 8012 Shin Oak Dr San Antonio, TX 78233 | 07-10419 | 3485 | $2,278.39 | $0.00 | $0.00 | $0.00 | $2,278.39 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Kim Hill 7756 Dos Palos Ln Sebastopol, CA 95472 | 07-10421 | 3445 | $0.00 | $0.00 | $21,900.00 | $28,100.00 | $50,000.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| LandAmerica Default Service Company 405 N King St 8th Fl Wilmington, DE 19899 | 07-10431 | 1791 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| LandAmerica Default Service Company 405 N King St 8th Fl Wilmington, DE 19899 | 07-10424 | 1807 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| LandAmerica Default Service Company 405 N King St 8th Fl Wilmington, DE 19899 | 07-10423 | 1828 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |

11th Omnibus Objection

**Exhibit A**
**Books and Records**

In re: New Century TRS Holdings, Inc., et al.,
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| LandAmerica Default Service Company 405 N King St 8th Fl Wilmington, DE 19899 | 07-10429 | 1830 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| LandAmerica Default Service Company 405 N King St 8th Fl Wilmington, DE 19899 | 07-10421 | 2020 | $0.00 | | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| LandAmerica Default Service Company 405 N King St 8th Fl Wilmington, DE 19899 | 07-10425 | 1824 | $0.00 | | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| LandAmerica Default Service Company 405 N King St 8th Fl Wilmington, DE 19899 | 07-10427 | 1805 | $0.00 | | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| LandAmerica Default Service Company 405 N King St 8th Fl Wilmington, DE 19899 | 07-10426 | 1825 | $0.00 | | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| LandAmerica Default Service Company 405 N King St 8th Fl Wilmington, DE 19899 | 07-10430 | 2022 | $0.00 | | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| LandAmerica Default Service Company 405 N King St 8th Fl Wilmington, DE 19899 | 07-10428 | 1827 | $0.00 | | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| LandAmerica Default Service Company 405 N King St 8th Fl Wilmington, DE 19899 | 07-10422 | 1802 | $0.00 | | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| LandAmerica Default Services Company 405 N King St 8th Fl Wilmington, DE 19899 | 07-10417 | 1829 | $0.00 | | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |

11th Omnibus Objection

**Exhibit A**

**Books and Records**

In re: New Century TRS Holdings, Inc. et al.,
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | To Be Expunged Claim Amount | | | |
| LandAmerica Default Services Company<br>405 N King St 8th Fl<br>Wilmington, DE 19809 | 07-10416 | 1806 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| LandAmerica Default Services Company<br>405 N King St 8th Fl<br>Wilmington, DE 19809 | 07-10420 | 1808 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Leslie K Hill dba Farallon Enterprises<br>7756 Dos Palos Ln<br>Sebastopol, CA 95472-9315 | 07-10416 | 60 | $0.00 | $0.00 | $21,900.00 | $28,100.00 | $50,000.00 |
| Comments: | Claim subject to previous objection and order of this Court. Order entered reclassifying and reducing claim from original amount shown above to $50,000.00 Unsecured. | | | | | | |
| Leslie K Hill dba Farallon Enterprises<br>7756 Dos Palos Ln<br>Sebastopol, CA 95472 | 07-10416 | 401 | $0.00 | $0.00 | $14,500.00 | $10,500.00 | $25,000.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| LexisNexis  A Div of Reed Elsevier Inc<br>9443 Springboro Pike<br>Miamisburg, OH  45342 | 07-10416 | 3503 | $0.00 | $0.00 | $0.00 | $126,442.32 | $126,442.32 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Loanleaders of America Inc<br>2081 Business Ctr Dr No 150<br>Irvine, CA  92612 | 07-10417 | 715 | $0.00 | $0.00 | $0.00 | $32,585.65 | $32,585.65 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Lois F Litwin<br>23310 Alcoa Dr<br>Boca Raton, FL  33433 | 07-10416 | 3374 | $0.00 | $0.00 | $3,554.00 | $0.00 | $3,554.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Maricopa County Treasurer<br>201 E Washington Ste 800<br>Phoenix, AZ  85004 | 07-10419 | 3402 | $27,230.82 | $0.00 | $0.00 | $0.00 | $27,230.82 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | |
| Magree Real Estate Office Building Lc<br>1501 Kasold Dr<br>Lawrence, KS 66047 | 07-10419 | 1244 | $0.00 | $0.00 | $0.00 | $12,000.00 | $12,000.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |

11th Omnibus Objection

**Exhibit A**

**Books and Records**

In re: New Century TRS Holdings, Inc._et al_.

Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | To Be Expunged Claim Amount Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Mif Services Inc<br>1848 Norwood Plaza Ste 205<br>Harr, TX 76054 | 07-10416 | 1309 | $0.00 | $0.00 | $0.00 | $14,423.31 | $14,423.31 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Missouri Department of Revenue<br>Box 475<br>Jefferson City, MO 65105 | 07-10417 | 3452 | $0.00 | $0.00 | $212,596.78 | $31,876.80 | $244,473.58 |
| **Comments:** The Debtors have filed the requisite tax returns | | | | | | | |
| Missouri Department of Revenue<br>Box 475<br>Jefferson City, MO 65105 | 07-10419 | 3422 | $0.00 | $0.00 | $86,964.80 | $0.00 | $86,964.80 |
| **Comments:** The Debtors have filed the requisite tax returns | | | | | | | |
| Nampa & Meridian Irrigation District<br>PO Box 2773<br>Boise, ID 83701 | 07-10416 | 3379 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Neil Ian Ball<br>23543 Walners Ct<br>Laguna Niguel, CA 92677 | 07-10416 | 3513 | $0.00 | $0.00 | $9,000.00 | $0.00 | $9,000.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| New Castle Holding Llc<br>PO Box 706115<br>Cincinnati, OH 45270-6115 | 07-10421 | 2429 | $0.00 | $0.00 | $0.00 | $134,507.40 | $134,507.40 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| New York State Department of Taxation and Finance<br>PO Box 5300<br>Albany, NY 12205-0300 | 07-10419 | 3459 | $0.00 | $0.00 | $120,783.36 | $0.00 | $120,783.36 |
| **Comments:** The Debtors have filed the requisite tax returns | | | | | | | |
| Pasadena Independent School District<br>Attn Dexter D Joyner or C Austin 4701 Orenton Ave<br>Pasadena, TX 77505 | 07-10416 | 3514 | $1,688.85 | $0.00 | $0.00 | $0.00 | $1,688.85 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Reliant Energy<br>PO Box 1409<br>Houston, TX 77251-1409 | 07-10421 | 685 | $0.00 | $0.00 | $0.00 | $16,892.23 | $16,892.23 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |

11th Omnibus Objection

**Exhibit A**

**Books and Records**

In re: New Century TRS Holdings, Inc. _et al_.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Revenue Commissioner Morgan County<br>PO Box 969<br>Decatur, AL 256-351-4886 | 07-10416 | 3454 | $25.37 | $0.00 | $0.00 | $0.00 | $25.37 |
| **Comments:** | | | The Debtors have filed the requisite tax returns | | | | |
| SBS Investments LLC<br>2701 West Sixth St<br>Lawrence, KS 66049 | 07-10419 | 1212 | $0.00 | $0.00 | $0.00 | $28,680.00 | $28,680.00 |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Shishir A Xalxo San Joaquin County Tax Collector<br>PO Box 2169<br>Stockton, CA. 95201-2169 | 07-10416 | 3378 | $15,555.66 | $0.00 | $0.00 | $0.00 | $15,555.66 |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Stanislaus County Tax Collector<br>PO Box 859<br>Modesto, CA. 95353 | 07-10416 | 3461 | $13,655.48 | $0.00 | $0.00 | $13,655.48 | $13,655.48 |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | |
| Stony Point East LP<br>919 Market St Ste 600 PO Box 2087<br>Wilmington, DE 19899 | 07-10416 | 1570 | $0.00 | $0.00 | $0.00 | $140,100.00 | $140,100.00 |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | |
| TCAM Core Property Fund Operating LP<br>225 Broadway Ste 1900<br>San Diego, CA. 92101 | 07-10421 | 3390 | $0.00 | $0.00 | $0.00 | $232,184.04 | $232,184.04 |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | |
| The Irvine Company<br>110 Newport Center Dr Ste 100<br>Newport Beach, CA. 92660 | 07-10419 | 2362 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Tricor America Inc<br>PO Box 8100 Sfia<br>San Francisco, CA. 94128 | 07-10416 | 877 | $0.00 | $0.00 | $27,425.98 | $0.00 | $27,425.98 |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Webb Mason<br>10830 Gilroy Rd<br>Hunt Valley, MD 21031 | 07-10421 | 340 | $0.00 | $0.00 | $0.00 | $234,176.92 | $234,176.92 |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | |

11th Omnibus Objection

In re: New Century TRS Holdings, Inc. _et al_.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records

|  |  |  | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
| Claims To Be Expunged Totals | | 63 | $110,682.67 | $1,792,152.68 | $533,476.61 | $14,648,037.00 | $17,074,348.96 |

# EXHIBIT B

11th Omnibus Objection

**Exhibit B**
**Equity Claims**

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | **Filed Claim Amount** | | | |
| Arnold C Goldstein<br>11380 Ohmni Circle<br>Boynton Beach, FL 33437 | 07-10417 | 688 | $0.00 | $0.00 | $0.00 | $230,008.00 | $230,008.00 |
| Bear Stearns & Co Inc as representative for itself<br>and underwriters on Annex A<br>Paul Hastings Janofsky & Walker LLP 515 S<br>Flower No 2500<br>Los Angeles, CA 90071 | 07-10417 | 2373 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bear Stearns & Co Inc as representative for itself and<br>underwriters on Annex A<br>Paul Hastings Janofsky & Walker LLP 515 S<br>Flower No 2500<br>Los Angeles, CA 90071 | 07-10417 | 2370 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Erist Pamela Marie<br>19015 Zieglinde<br>Lake Elsinore, CA 92530 | 07-10421 | 3521 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Marcia C Goldstein<br>11380 Chapel Circle<br>Boynton Beach, FL 33437 | 07-10417 | 679 | $0.00 | $0.00 | $0.00 | $182,476.00 | $182,476.00 |
| Nancy Moreland<br>3715 Congress Ave<br>Dallas, TX 75219 | 07-10416 | 2242 | $0.00 | $0.00 | $74,966.00 | $0.00 | $74,966.00 |
| Patrick J Moloney<br>173 Oak Tree Rd<br>Tappan, NY 10983 | 07-10416 | 696 | $0.00 | $0.00 | $260.94 | $0.00 | $260.94 |
| Ricky J Allen Virginia E Allen<br>10197 Wagner Crk Rd<br>Talent, OR 97540 | 07-10419 | 3631 | $0.00 | $0.00 | $0.00 | $2,076.00 | $2,076.00 |

11th Omnibus Objection

**Exhibit B**
**Equity Claims**

In re: New Century TRS Holdings, Inc., _et al_.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total | |
| The Commerce Insurance Company<br>The Commerce Group Inc 211 Main St<br>Webster, MA  01570 | 07-10416 | 2164 | $0.00 | $0.00 | $0.00 | $7,860,000.00 | $7,860,000.00 | |
| The Depository Trust Company<br>25 Highgate Rd<br>Wellesley, MA  02481 | 07-10416 | 3597 | $0.00 | $0.00 | $0.00 | $3,772.00 | $3,772.00 | |
| Thomas J Baltman<br>4313 Minute Man Dr<br>Cincinnati, OH  45245 | 07-10417 | 3750 | $0.00 | $0.00 | $0.00 | $12,589.42 | $12,589.42 | |
| **Claims To Be Expunged Totals** | | 11 | $0.00 | $0.00 | $75,226.94 | $8,290,921.42 | $8,366,148.36 | |

# EXHIBIT C

11th Omnibus Objection

**Exhibit C**
**Reduce / Reclassify**

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| 303 Grifting Associates Llc<br>185 Old Country Rd Ste 5<br>Riverhead, NY 11901 | 07-10416 | 3226 | $0.00 | $13,348.00 | $0.00 | $159,620.00 | $172,968.00 | $0.00 | $13,348.00 | $0.00 | $79,000.00 | $92,348.00 |
| Comments: | Claim should be reduced and allowed in accordance with Section 502(b)(6) of the Bankruptcy Code | | | | | | | | | | | |
| Al Dumas<br>2000 Weber St<br>Sarasota, FL 34239 | 07-10416 | 1372 | $0.00 | $0.00 | $2,577.59 | $0.00 | $2,577.59 | $0.00 | $0.00 | $0.00 | $2,577.59 | $2,577.59 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Baute & Tidus Llp<br>777 S Figueroa St Ste 4900<br>Los Angeles, CA 90017 | 07-10416 | 2924 | $0.00 | $0.00 | $2,775.42 | $0.00 | $2,775.42 | $0.00 | $0.00 | $0.00 | $2,775.42 | $2,775.42 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Brown & Shapiro Suspended Effective 8/5/05 Until Further Notice<br>4620 Fairmont Pkwy Ste 108<br>Pasadena, TX 77504 | 07-10416 | 2166 | $0.00 | $0.00 | $4,358.77 | $0.00 | $4,358.77 | $0.00 | $0.00 | $0.00 | $4,358.77 | $4,358.77 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Cash Fast Finance Llc<br>2830 N 44th St Ste1100<br>Phoenix, AZ 85008 | 07-10419 | 1961 | $0.00 | $0.00 | $0.00 | $1,746,594.00 | $1,746,594.00 | $0.00 | $0.00 | $0.00 | $84,619.15 | $84,619.15 |
| Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | |
| Emco Press<br>PO Box 40335<br>Houston, TX 77240-0335 | 07-10421 | 1125 | $0.00 | $0.00 | $0.00 | $52,724.08 | $52,724.08 | $0.00 | $0.00 | $0.00 | $45,474.03 | $45,474.03 |
| Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | |
| Gary Kramer<br>3500 452 Manchester Blvd<br>Inglewood, CA 90305 | 07-10419 | 987 | $0.00 | $0.00 | $3,600.00 | $0.00 | $3,600.00 | $0.00 | $0.00 | $0.00 | $3,600.00 | $3,600.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Gateway Mortgage Group<br>6910 East 14th St<br>Tulsa, OK 74112 | 07-10419 | 3192 | $0.00 | $0.00 | $0.00 | $178,763.15 | $178,763.15 | $0.00 | $0.00 | $0.00 | $7,163.15 | $7,163.15 |
| Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | |
| Idm Corporation<br>3100 New York Dr Ste 100<br>Pasadena, CA 91107 | 07-10416 | 775 | $0.00 | $0.00 | $0.00 | $23,361.00 | $23,361.20 | $0.00 | $0.00 | $0.00 | $22,644.20 | $22,644.20 |
| Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | |

## Exhibit C
## Reduce / Reclassify

In re: New Century TRS Holdings, Inc., et al. .
Case No.07-10416 (KJC)

11th Omnibus Objection

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| JJC Enterprises Inc<br>6965 El Camino Real 105 639<br>Carlsbad, CA 92009 | 07-10421 | 1837 | $0.00 | $0.00 | $15,750.00 | $0.00 | $15,750.00 | $0.00 | $0.00 | $0.00 | $15,550.00 | $15,550.00 |
| Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | |
| Kristiyan Aassouri Esq<br>19046 Hamlin St No 5<br>Reseda, CA 91335 | 07-10416 | 723 | $0.00 | $0.00 | $19,500.00 | $0.00 | $19,500.00 | $0.00 | $0.00 | $0.00 | $19,500.00 | $19,500.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Metropolitan Home Mortgage Inc<br>4 PK Plaza Ste 800<br>Irvine, CA 92614 | 07-10419 | 2103 | $37,427.50 | $0.00 | $0.00 | $0.00 | $37,427.50 | $0.00 | $0.00 | $0.00 | $37,427.50 | $37,427.50 |
| Comments: | No Basis for Secured Status | | | | | | | | | | | |
| Mg Rentals Inc<br>1145 Dominguez Ste J<br>Carson, CA 90746-3566 | 07-10416 | 816 | $0.00 | $0.00 | $948.00 | $0.00 | $948.00 | $0.00 | $0.00 | $0.00 | $948.00 | $948.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| New York Life Insurance Company<br>23325 Network Pl<br>Chicago, IL 60673-1233 | 07-10421 | 2251 | $0.00 | $0.00 | $18,221.35 | $0.00 | $18,221.35 | $0.00 | $0.00 | $0.00 | $18,221.35 | $18,221.35 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Pacific Mutual Funding<br>3020 Saturn St Ste 100<br>Brea, CA 92821 | 07-10419 | 281 | $0.00 | $0.00 | $43,950.20 | $0.00 | $43,950.20 | $0.00 | $0.00 | $0.00 | $43,950.20 | $43,950.20 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Roth Staffing Companies dba Ultimate Staffing Services<br>333 City Blvd W Ste 100<br>Orange, CA 92868 | 07-10419 | 95 | $0.00 | $0.00 | $29,610.33 | $0.00 | $29,610.33 | $0.00 | $0.00 | $0.00 | $26,047.46 | $26,047.46 |
| Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | |
| Shapiro & Burton LLP<br>13135 Lee Jackson Hwy Ste 201<br>Fairfax, VA 22033 | 07-10419 | 3132 | $0.00 | $0.00 | $2,650.38 | $0.00 | $2,650.38 | $0.00 | $0.00 | $0.00 | $2,650.38 | $2,650.38 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Stewart Advisors Inc<br>4314 Stanford St<br>Houston, TX 77005 | 07-10421 | 1226 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |

11th Omnibus Objection

**Exhibit C**
**Reduce / Reclassify**

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Streamcom<br>1 Mircom Ste F<br>Irvine, CA 92618 | 07-10416 | 3372 | $0.00 | $0.00 | $0.00 | $339,814.59 | $339,814.59 | $0.00 | $0.00 | $0.00 | $196,721.21 | $196,721.21 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Sugime Mian Plic<br>2100 Pennsylvania Ave Nw<br>Washington, DC 200371-3213 | 07-10416 | 1520 | $0.00 | $0.00 | $0.00 | $28,915.13 | $28,915.13 | $0.00 | $0.00 | $0.00 | $21,882.48 | $21,882.48 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Summit Business Media<br>6000 Lombarda Cte Ste 420<br>Seven Hills, OH 44131 | 07-10419 | 807 | $0.00 | $0.00 | $0.00 | $16,840.00 | $16,839.90 | $0.00 | $0.00 | $0.00 | $13,305.60 | $13,305.60 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Systems Source Inc<br>2100 Main St Ste 100<br>Irvine, CA 92614-6238 | 07-10419 | 1971 | $0.00 | $0.00 | $0.00 | $856,030.78 | $856,090.78 | $0.00 | $0.00 | $0.00 | $647,531.60 | $647,531.60 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Thomson Financial Services LLC<br>195 Broadway<br>New York, NY 10007 | 07-10417 | 3495 | $0.00 | $0.00 | $0.00 | $50,426.61 | $50,426.61 | $0.00 | $0.00 | $0.00 | $45,642.86 | $45,642.86 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| United Pacific Mortgage<br>3865 Prado De La Mariposa<br>Calabasas, CA 93102 | 07-10419 | 670 | $0.00 | $0.00 | $0.00 | $147,103.50 | $147,103.50 | $0.00 | $0.00 | $0.00 | $856.42 | $856.42 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Zucker Goldberg & Ackerman LLC<br>200 Sheffield St Ste 301 PO Box. 1024<br>Mountainside, NJ 07092-0024 | 07-10419 | 1484 | $0.00 | $0.00 | $4,220.42 | $0.00 | $4,220.42 | $0.00 | $0.00 | $0.00 | $4,220.42 | $4,220.42 |
| **Comments:** No Basis for Priority Status | | | | | | | | | | | | |
| **Claims To Be Expunged Totals** | | 25 | $37,447.50 | $13,348.00 | $103,152.13 | $3,617,553.17 | $3,771,210.90 | $0.00 | $13,348.00 | $0.00 | $1,345,017.79 | $1,358,365.79 |

Page 3

# EXHIBIT D

11th Omnibus Objection

**Exhibit D**

**Claims with Insufficient Documentation**

In re: New Century TRS Holdings, Inc._et al._,
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Druckman & Sinel Llp Nyc<br>242 Drexel Ave<br>Westbury, NY 11590 | 07-10416 | 949 | $0.00 | $0.00 | $0.00 | $83,213.97 | $83,213.97 |
| **Comments:** Insufficient Documentation to Substantiate Claim | | | | | | | |
| Spring Ford Area School District Limerick Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10424 | 3430 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** Insufficient Documentation to Substantiate Claim | | | | | | | |
| Spring Ford Area School District Limerick Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10416 | 3423 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** Insufficient Documentation to Substantiate Claim | | | | | | | |
| Spring Ford Area School District Limerick Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10417 | 3424 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** Insufficient Documentation to Substantiate Claim | | | | | | | |
| Spring Ford Area School District Limerick Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10419 | 3425 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** Insufficient Documentation to Substantiate Claim | | | | | | | |
| Spring Ford Area School District Limerick Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10420 | 3426 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** Insufficient Documentation to Substantiate Claim | | | | | | | |
| Spring Ford Area School District Limerick Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10431 | 3437 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** Insufficient Documentation to Substantiate Claim | | | | | | | |
| Spring Ford Area School District Limerick Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10422 | 3428 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** Insufficient Documentation to Substantiate Claim | | | | | | | |

11th Omnibus Objection

Exhibit D
Claims with Insufficient Documentation

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Spring Ford Area School District Limerick Township Tax Collector Fox Rothschild LLP 2000 Market St 10th Flr Philadelphia, PA 19103-3291 | 07-10421 | 3427 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Insufficient Documentation to Substantiate Claim | | | | | |
| Spring Ford Area School District Limerick Township Tax Collector Fox Rothschild LLP 2000 Market St 10th Flr Philadelphia, PA 19103-3291 | 07-10425 | 3431 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Insufficient Documentation to Substantiate Claim | | | | | |
| Spring Ford Area School District Limerick Township Tax Collector Fox Rothschild LLP 2000 Market St 10th Flr Philadelphia, PA 19103-3291 | 07-10426 | 3432 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Insufficient Documentation to Substantiate Claim | | | | | |
| Spring Ford Area School District Limerick Township Tax Collector Fox Rothschild LLP 2000 Market St 10th Flr Philadelphia, PA 19103-3291 | 07-10427 | 3433 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Insufficient Documentation to Substantiate Claim | | | | | |
| Spring Ford Area School District Limerick Township Tax Collector Fox Rothschild LLP 2000 Market St 10th Flr Philadelphia, PA 19103-3291 | 07-10428 | 3434 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Insufficient Documentation to Substantiate Claim | | | | | |
| Spring Ford Area School District Limerick Township Tax Collector Fox Rothschild LLP 2000 Market St 10th Flr Philadelphia, PA 19103-3291 | 07-10429 | 3435 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Insufficient Documentation to Substantiate Claim | | | | | |
| Spring Ford Area School District Limerick Township Tax Collector Fox Rothschild LLP 2000 Market St 10th Flr Philadelphia, PA 19103-3291 | 07-10430 | 3436 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Insufficient Documentation to Substantiate Claim | | | | | |
| Spring Ford Area School District Limerick Township Tax Collector Fox Rothschild LLP 2000 Market St 10th Flr Philadelphia, PA 19103-3291 | 07-10423 | 3429 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Insufficient Documentation to Substantiate Claim | | | | | |
| Claims To Be Expunged Totals | 16 | | $0.00 | $0.00 | $0.00 | $83,213.97 | $83,213.97 |

11th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

**Exhibit D**
**Claims with Insufficient Documentation**

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |