UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : | **Case No. 07-10416 (KJC)** |
| **a Delaware Corporation, et al.,** | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | **Related to Docket No. 4225 and 4226** |

---------------------------------------------------------x

## CERTIFICATION OF NO OBJECTION REGARDING FIFTH MONTHLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

### NO ORDER REQUIRED

I, Mark Minuti, counsel for Michael J. Missal, the Court appointed examiner (the "Examiner") in the above-captioned jointly administered chapter 11 cases, hereby certify as follows:

1.      On December 27, 2007, the Examiner filed the **Fifth Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2007 through November 30, 2007** (the "Fifth Application") [Docket No. 4225] and the **Notice of Fee Application** (the "Notice") [Docket No. 4226].

2.      In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, objections, if any, to the Fifth Application were due on or before 4:00 p.m. on January 16, 2008 (the "Objection Deadline").

3.      The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

553557 4 1/17/08

4.      Accordingly, the Fifth Application may be granted.

Dated: January 21, 2008

**SAUL EWING LLP**

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

Co-Counsel to Michael J. Missal, Examiner