**GUST ROSENFELD P.L.C.**
201 E. Washington, Suite 800
Phoenix, Arizona 85004-2327
Telephone No. (602) 257-7430
Facsimile No. (602) 340-1538
Madeleine C. Wanslee
mwanslee@gustlaw.com
**Attorneys for** Maricopa County Treasurer

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br><br>**Objection Deadline: 1/30/2008**<br>**Hearing Date: 2/6/2008 @ 1:30 p.m.** |

### LIMITED OBJECTION OF MARICOPA COUNTY TREASURER TO MOTION FOR ORDER APPROVING SETTLEMENT BETWEEN DEBTORS AND DEBTORS IN POSSESSION AND GENERAL ELECTRIC CAPITAL CORPORATION REGARDING SECURED FINANCING ARRANGEMENTS (DOCKET NO. 4345)

Maricopa County Treasurer ("Maricopa County") a secured creditor, by and through its undersigned counsel, hereby provides notice that it claims concerning

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TR Holdings, Inc. (f/k/a New Century Financial Corporation) a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, LP (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, AD Astra Mortgage, Midwest Home Mortgage, Trats Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCORAL, L.P., a Delaware limited partnership.

perfected statutory liens in accordance with A.R.S. § 42-17153 and its limited objection to the Motion for Order Approving Settlement Between Debtors and Debtors in Possession and General Electric Capital Corporation Regarding Secured Financing Arrangements (Docket No. 4345) (the "Settlement Motion") filed on behalf of Debtors.

Maricopa County filed a secured Proof of Claim dated April 27, 2007 in the bankruptcy of jointly administered Debtor New Century Mortgage Corporation, Case No. 07-10419-KJC, in the total sum of $5,553.06 for unpaid pre-petition personal property taxes for the year 2006, plus the accrual of interest at the statutory rate of 16% per annum[2]. Maricopa County filed an amended secured Proof of Claim dated September 26, 2007 in the bankruptcy of Jointly Administered Debtor New Century Mortgage Corporation, Case No. 07-10419-KJC, in the amount of $9,396.56 for unpaid pre-petition personal property taxes for the years 2006 and 2007, plus the accrual of interest at the statutory rate of 16% per annum. Maricopa County filed a Proof of Claim dated September 26, 2007, in the bankruptcy of jointly administered Debtor Home 123 Corporation, Case No. 07-10421-KJC, in the total sum of $2,819.05 for unpaid pre-petition personal property taxes for the year 2006 and/or 2007, plus the accrual of interest at the statutory rate of 16% per annum. The following is summary of the Maricopa County's claims for personal property taxes:

The personal property located at 4835 E. Cactus Road, Suite 200, Phoenix, Arizona 85032 is encumbered with fully perfected tax liens in the amount of $9,724.58, plus accruing interest. The lien represents a 2006 and 2007 tax liability on personal

---

[2] Interest accrues at the statutory rate of 16% per annum pursuant to A.R.S. § 42-18053 and 11 U.S.C. § 511.

property Parcel 949-97-937. In addition, the 2008 tax lien attached on January 1, 2008 and the amount due will be known around September 1, 2008.

The personal property located at 10835 N. 25th Avenue, Suite 140, Phoenix, Arizona 85029 is encumbered with a fully perfected tax lien in the amount of $1,318.30, plus accruing interest. The lien represents a 2006 and 2007 tax liability on personal property Parcel 949-97-946. In addition, the 2008 tax lien attached on January 1, 2008 and the amount due will be known around September 1, 2008.

The personal property located at 1600 W. Broadway Road, Suite 150, Tempe Arizona 85282 is encumbered with a fully perfected tax lien in the amount of $119.97, plus accruing interest. The lien represents a 2006 tax liability on personal property Parcel 949-62-520.

The personal property located at 301 W. Warner Road, Suite 133, Tempe, Arizona 85284 is encumbered with a fully perfected tax lien in the amount of $403.02, plus accruing interest. The lien represents a 2007 tax liability on personal property parcel 949-15-136. In addition, the 2008 tax lien attached on January 1, 2008 and the amount due will be known around September 1, 2008.

The personal property located at 4250 E. Camelback Road, Suite K190, Phoenix, Arizona 85018 is encumbered with a fully perfected tax lien in the amount of $100.11 plus accruing interest. The lien represents a 2007 tax liability on personal property Parcel 949-16-302. In addition, the 2008 tax lien attached on January 1, 2008 and the amount due will be known around September 1, 2008.

The personal property located at 5859 W. Talavi Boulevard, Suite 160, Glendale, Arizona 85306 is encumbered with a fully perfected tax lien in the amount of

$962.45 plus accruing interest.  The lien represents a 2007 tax liability on personal property Parcel 949-17-300.  In addition, the 2008 tax lien attached on January 1, 2008 and the amount due will be known around September 1, 2008.

In addition, Maricopa County has filed several Notices of Perfected Liens in this bankruptcy regarding its secured personal property tax claims.  In addition, Maricopa County has filed a Limited Objection of Maricopa County Treasurer to General Electric Capital Corporation's Motion for Relief from the Automatic Stay dated June 28, 2007 (Docket No. 1728).  On January 4, 2004, General Electric Capital Corporation (GECC) withdrew its Motion for Relief from the Automatic Stay (Docket No. 4310).  Subsequently, on January 8, 2008, Debtors and GECC filed the pending Settlement Motion (Docket 4345) regarding the proposed settlement between the two parties.

The Settlement Motion states on page 2, item 2 that "Pre-petition, GECC extended financing to the Debtors evidenced by promissory notes and secured by first priority liens in certain equipment owned by the Debtors, namely computers, printers, fax machines and other office equipment used in the Debtors' locations nationwide."  The Debtors business operations included various locations in Maricopa County.  Arizona law grants Maricopa County a valid lien that is "prior and superior to all other liens and encumbrances on the property."  *See*, A.R.S. § 42-17153.

Arizona law further provides that "It is unlawful for the owner,…to knowingly sell or transfer personal property or remove it from its location until the taxes on the property are paid."  *See*, A.R.S. § 42-19107(A).  Accordingly, it is Maricopa County's position that before any transfer of Debtors' personal property located in

Maricopa County, all taxes associated with each of the above parcels of personal property must be paid.

WHEREFORE, Maricopa County respectfully requests that (1) the Court deny Debtors' proposed Settlement Motion to the extent that property securing Maricopa County's tax liens was removed from Maricopa County by either Debtor or GECC prior to payment of the property taxes, and (2) order Debtors and/or GECC provide a list to Maricopa County of the Assets and location of Assets that were transferred, and (3) order that payment from monies paid to GECC be disgorged up to the personal property tax liability regarding any property located in Maricopa County or that was previously located in Maricopa County and that said funds be paid to Maricopa County for the unpaid property taxes.

Dated this 22nd day of January, 2008.

Respectfully submitted,

By /s/ Madeleine C. Wanslee
    Madeleine C. Wanslee
    Arizona State Bar No. 012590
    Gust Rosenfeld P.L.C.
    201 E. Washington Street, Suite 800
    Phoenix, AZ  85004-2327
    Telephone No. (602) 257-7430
    Facsimile No. (602) 34-1538
    Email: mwanslee@gustlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on the 22nd day of January, 2008, I served by facsimile and by first-class, postage prepaid mail, true and correct copies of the foregoing upon the following parties:

Mark D. Collins
Michael J. Merchant
Marcos A. Ramos
Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King St.
One Rodney Square
Wilmington, DE  19801
Attorneys for Debtors
Fax: 302-651-7701

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
Brophy Christensen, Esq.
O'MELVENY & MYERS LLP
275 Battery St., 26th Fl.
San Francisco, CA  94111-3305
Attorneys for Debtors
Fax: 415-984-8701

U.S. Trustee
Attn: Joseph J. McMahon, Jr.
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-00335
Fax: 302-573-6497

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
Attorneys for The Official Committee
 of Unsecured Creditors
Fax: 302-428-5110

Mark T. Power
Hahn & Ilessen LLP
488 Madison Avenue
New York, NY  10022
Attorneys for The Official Committee
 of Unsecured Creditors
Fax: 212-478-7400

By */s/ Madeleine C. Wanslee*
    Madeleine C. Wanslee