IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 23, 2008 AT 1:30 P.M.**

## I.    CONTINUED/RESOLVED MATTERS:

1.    Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 70; filed 4/4/07]

   Objection Deadline:    April 11, 2007 at 4:00 p.m.; Deadline to object to sale or assumption and assignment was May 14, 2007 at 4:00 p.m.; Extension deadline of May 15, 2007 granted to Union Bank of California; Deadline to object to adequate assurance of future performance under the assumed contracts was May 17, 2007

---

[1]    The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2]    Amended/Added agenda items are noted in **bold.**

Remaining Objections:

A.     Objection to Assumption and Assignment (Cure Amount) filed by Data-Link Systems, L.L.C. and Fiserv Solutions, Inc. [D.I. 633; filed 5/11/07]

Related Documents:

i.     Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [D.I. 90; filed 4/5/07]

ii.     Notice of Hearing Regarding Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 120; filed 4/5/07]

iii.     Notice of Filing of Amended and Restated Asset Purchase Agreement between (among others) New Century Financial Corporation and Carrington Capital Management, LLC [D.I. 335; filed 4/19/07]

iv.     Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures, Including Break-Up Fee and Expense Reimbursement Payable to Carrington Mortgage Services, LLC for Sale of Debtors' Servicing Business; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Notice Thereof; and (III) Approving Procedures to Fix Cure Amounts Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Approving Notice Thereof [D.I. 340; filed 4/20/07]

v.     Stipulation and Order (1) Approving Agreement for the Disposition of Certain Mortgage Loans and Residual Interests, and (2) Confirming, Inter Alia, (A) That Auctions of Mortgage Loans and Residuals Conducted in Accordance with Auction Procedures Therein are Covered by Bankruptcy Code "Safe Harbor" Provisions and Are Commercially Reasonable, and (B) Absence of Need to Seek Relief from Automatic Stay [D.I. 439; filed 4/27/07]

vi.     Notice of Filing Regarding Affidavit of Publication of the Sale Notice in The Wall Street Journal (National Edition) [D.I. 570; filed 5/7/07]

vii.     Notice of Hearing Date [D.I. 640; filed 5/11/07]

viii.     Notice of Withdrawal of Supplement to Objection of Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. to Notice of Intent to

2

Assume and Assign and Fixing of Cure Amounts Concerning Adequate Assurance of Future Performance [D.I. 766; filed 5/18/07]

ix. Notice of Successful Bidder, Sale Hearing and Continuance of Hearing With Respect to Timely Filed Cure Objections Other Than as to Servicing Agreements [D.I. 768; filed 5/18/07]

x. Notice of Withdrawal of Precautionary Objection [Re: D.I. 699] by Irwin Mortgage Corporation and Irwin Financial Corporation [D.I. 1021; filed 6/1/07]

xi. Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure Approving (i) the Sale of Debtors' Servicing Business to Carrington Capital Management, LLC and Carrington Mortgage Services, LLC Pursuant to the Second Amended and Restated Asset Purchase Agreement, Dated as of May 21, 2007, Free and Clear of Liens, Claims, Encumbrances, and Interests, and (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to Carrington as Part of Such Sale [D.I. 844; filed 5/23/07]

Status: The Court entered an order on May 23, 2007 approving the sale to Carrington Management Services, LLC ("Carrington"). The hearing on all cure related objections filed with respect to the sale was continued to subsequent hearing dates. All outstanding cure objections have been resolved, with the exception of the objection filed by Data-Link Systems, L.L.C. and Fiserv Solutions, Inc. (the "Data-Link Objection"). The hearing on this matter as it relates to the Data-Link Objection is continued to the omnibus hearing scheduled for February 6, 2008 at 1:30 p.m.

2. Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, All Others Similarly Situated, and the General Public, for an Order Granting Relief from the Automatic Stay [Docket No. 635; filed 5/110/7]

Objection Deadline: May 23, 2007 at 4:00 p.m.; extended to May 30, 2007 at 4:00 p.m. for Debtors

Objections/Responses Received:

A. Debtors' Response to Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, all Others Similarly Situated, and the General Public, for an Order Granting Relief from the Automatic Stay [Docket No. 945; filed 5/30/07]

B. Reply of Movants Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, all Others Similarly Situated and the General Public, in Support of Motion for an Order Granting Relief from the Automatic Stay [Docket No. 1195; filed 6/12/07]

C.    Response of the Official Committee of Unsecured Creditors in Support of the Debtors' Response to Motion of Daniel J. Rubio, John Hicks, David Vizcara, Individuals on Behalf of Themselves, all Others Similarly Situated, and the General Public, for an Order Granting Relief from the Automatic Stay [Docket No. 1229; filed 6/13/07]

Related Documents:

i.    Stipulation for Limited Relief from the Automatic Stay Between Debtors and Daniel J. Rubio, John Hicks and David Vizcarra, Individuals on Behalf of Themselves, All Others Similarly Situated and the General Public [D.I. 1685; filed 6/27/07]

ii.    Order Approving Stipulation Between Debtors and Daniel J. Rubio, John Hicks and David Vizcarra, Individuals on Behalf of Themselves, All Others Similarly Situated and the General Public for Limited Relief from the Automatic Stay [D.I. 1722; filed 6/28/07]

iii.    Order Approving Stipulation Between Debtors and Daniel J. Rubio, John Hicks and David Vizcarra, Individuals on Behalf of Themselves, All Others Similarly Situated and the General Public to Allow a Class Proof of Claim [D.I. 1909; filed 7/13/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for March 25, 2008.

3.    Application of Debtors and Debtors In Possession for an Order Authorizing the Retention and Employment of Susman Godfrey LLP as Special Litigation Counsel to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e), 328, 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 [D.I. 2073; filed 7/27/07]

Objection Deadline:  August 16, 2007 at 4:00 p.m.; extended for the United States Trustee to a date to be determined.

Objections/Responses Received:  None to date

Related Documents:

i.    Supplemental Declaration of Barry Barnett in Support of Application of Debtors and Debtors In Possession for an Order Authorizing the Retention and Employment of Susman Godfrey LLP as Special Ligitation Counsel to Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e), 328, 329, and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016, and 5002 [D.I. 3019; filed 9/21/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for February 6, 2008.

4.  National City Commercial Capital Company LLC's Motion for Relief from Automatic Stay [D.I. 2857; filed 9/19/07]

    Objection Deadline:  October 18, 2007; extended to November 15, 2007

    Objections/Responses Received:  None at this time.

    Related Documents:

    i.      Exhibits to be Attached to National City Commercial Capital Company LLC's Motion for Relief from Automatic Stay [D.I. 3022; filed 9/24/07]

    ii.     Amended Notice of Motion of Stay [D.I. 3070; filed 9/26/07]

    Status:  The hearing on this matter has been continued to the next omnibus hearing scheduled for February 20, 2008 at 1:30 p.m.

5.  Motion of ADT Security Services, Inc. to Compel the Payment of Administrative Expenses Claim Pursuant to 11 U.S.C. Section 503(b)(1) [D.I. 3229; filed 10/5/07]

    Objection Deadline:  October 16, 2007

    Objections/Responses Received:  None to date

    Related Documents:  None to date.

    Status:  The hearing on this matter is not going forward, as Movant has indicated that it will be withdrawing the Motion.

6.  Debtors' Fourth Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims [D.I. 3925; filed 11/20/07]

    Objection deadline:  December 13, 2007

    Objections/Responses Received:

    A.      The Debtors received an informal response from Residential Mortgage Solution LLC.

    Related Documents:

    i.      Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) No Supporting Documentation

Claims, (C) Duplicate Claims and (D) Late Filed Claims Set Forth in Debtors' Fourth Omnibus Objection to Claims [D.I. 4242; filed 12/28/07]

ii.   Order (Second) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late Filed Claims Set Forth in Debtors' Fourth Omnibus Objection to Claims [D.I. 4371; filed 1/10/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for February 6, 2008. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit A.

7.   Debtors' Fifth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims [D.I. 3926; filed 11/20/07]

Objection deadline: December 13, 2007

Objections/Responses Received:

A.   Response to Debtors' Fifth Omnibus Objection to Claims (filed by Tax Appraisal District of Bell County, et al.,) [D.I. 4042; filed 12/6/07]

B.   Response to Debtors' Fifth Omnibus Objection to Claims (filed by County of Santa Clara) [D.I. 4073; filed 12/10/07]

C.   Response to Debtors' Fifth Omnibus Objection to Claims (filed by Orange County (California) Treasurer-Tax Collector) [D.I. 4074; filed 12/11/07]

D.   Response to Debtors' Fifth Omnibus Objection to Claims (filed by Hidalgo County, et al.) [D.I. 4087; filed 12/13/07]

E.   Response to Debtors' Fifth Omnibus Objection to Claims (filed by Maricopa County Treasurer) [D.I. 4088; filed 12/13/07]

F.   The Debtors received a consolidated informal response from various taxing authorities. (Cedar Hill ISD, et al.)

Related Documents:

i.   Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 (I) Disallowing and Expunging Certain Books and Records Claims and (II) Reducing and Reclassifying Certain Claims Set Forth on the Debtors' Fifth Omnibus Objection to Claims [D.I. 4238; filed 12/28/07]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for February 6, 2008. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit B.

8.    Debtors' Seventh Omnibus Objection to Claims:  Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed Claims and (D) No Supporting Documentation Claims [D.I. 4075; filed 12/11/07]

Objection deadline:  January 2, 2008

Objections/Responses Received:

A.    Response to Debtors' Seventh Omnibus Objection to Claims (filed by Clayton County Tax Commissioners Office) [D.I. 4228; filed 12/26/07]

B.    Response to Debtors' Seventh Omnibus Objection to Claims (filed by Brazoria County M.U.D. #21, et al.) [D.I. 4260; filed 12/28/07]

C.    The Debtors received an informal Response from Marion County, Indiana.

D.    The Debtors received an informal Response from Hillsborough, Florida.

Related Documents:  None.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for February 6, 2008. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit C.

9.    Motion for Entry of Order Authorizing Deposit of Funds into the Registry of the Court  [D.I. 4161; filed 12/18/07]

Objection Deadline:  January 16, 2008; extended to January 30, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Notice of Hearing [D.I. 4326; filed 1/4/08]

Status: The hearing on this matter has been continued to the next omnibus hearing scheduled for February 6, 2008 at 1:30 p.m.

## II.    UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION:

10.    Third Motion of the Debtors and Debtors in Possession for an Order Pursuant to Section 1121(d) of the Bankruptcy Code for Entry of an Order Extending the

Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 4263; filed 12/2807]

Objection Deadline: January 15, 2008

Objections/Responses Received: None to date

Related Documents:

i.        Certificate of No Objection [D.I. 4505; filed 1/8/08]

Status: On January 18, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

## III.    UNCONTESTED MATTERS GOING FORWARD:

11.    Motion of Debtors and Debtors in Possession for (I) an Order Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) and Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 4190; filed 12/21/07]

Objection Deadline: January 2, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.        Order (A) Approving Bidding Procedures and Bid Protections in Connection with Auction of Certain Assets, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief [D.I. 4361; filed January 10, 2008]

Status: On January 10, 2008, the Court entered an order (the "Bidding Procedures Order") approving the bidding procedures proposed in the Motion. Pursuant to the Bidding Procedures Order, "Qualifying Bids" must be submitted no later than noon today, with an "Auction", if necessary, scheduled for January 22, 2008. At the hearing, the Debtors will seek approval of the "Successful Bid."

12.    Motion of DLJ Mortgage Capital Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4196; filed 12/26/07]

Objection Deadline: January 16, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.      **Certificate of No Objection [D.I. 4513; filed 1/18/08]**

Status: **On January 18, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.**

13.     Motion of US Bank National Association, as Trustee c/o Select Portfolio Servicing Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4197; filed 12/26/07]

Objection Deadline: January 16, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.      **Certificate of No Objection [D.I. 4517; filed 1/18/08]**

Status: **On January 18, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.**

14.     Motion of HSBC Bank USA, National Association, as Trustee c/o Select Portfolio Servicing Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4231; filed 12/27/07]

Objection Deadline: January 16, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.      **Certificate of No Objection [D.I. 4515; filed 1/18/08]**

Status: **On January 18, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.**

15.     Motion of DLJ Mortgage Capital Inc. c/o Select Portfolio Servicing, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4235; filed 12/28/07]

Objection Deadline: January 16, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.       **Certificate of No Objection [D.I. 4514; filed 1/18/08]**

Status: **On January 18, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.**

16.    Motion of IMC 97-7 Refi Co., LLC c/o Select Portfolio Servicing, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4236; filed 12/28/07]

Objection Deadline: January 16, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.       **Certificate of No Objection [D.I. 4512; filed 1/18/08]**

Status: **On January 18, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.**

17.    Motion of HSBC Bank USA, National Association, as Trustee c/o Select Portfolio Servicing, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4237; filed 12/28/07]

Objection Deadline: January 16, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.       **Certificate of No Objection [D.I. 4516; filed 1/18/08]**

Status: **On January 18, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.**

18.    Motion of DLJ Mortgage Capital, Inc. c/o Select Portfolio Servicing, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4248; filed 12/28/07]

Objection Deadline: January 16, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.       **Certificate of No Objection [D.I. 4248; filed 1/18/08]**

Status: **On January 18, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.**

19.    Motion of HSBC Bank USA, National Association, as Trustee c/o Select Portfolio Servicing, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4250; filed 12/28/07]

Objection Deadline: January 16, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.       **Certificate of No Objection [D.I. 4510; filed 1/18/08]**

Status: **On January 18, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.**

20.    Motion of US Bank National Association, as Trustee c/o Select Portfolio Servicing, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4251; filed 12/28/07]

Objection Deadline: January 16, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.       **Certificate of No Objection [D.I. 4509; filed 1/18/08]**

Status: **On January 18, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.**

21.    Motion of US Bank National Association, as Trustee c/o Select Portfolio Servicing, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4252; filed 12/28/07]

Objection Deadline: January 16, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.      **Certificate of No Objection [D.I. 4508; filed 1/18/08]**

Status: **On January 18, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.**

22.     Motion of US Bank National Association, as Trustee c/o Select Portfolio Servicing, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4254; filed 12/28/07]

Objection Deadline:  January 16, 2008

Objections/Responses Received:  None at this time.

Related Documents:

i.      **Certificate of No Objection [D.I. 4507; filed 1/18/08]**

Status: **On January 18, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.**

23.     Application for Order Authorizing Debtors and Debtors in Possession to Employ IP Recovery, Inc. to Market Certain Intellectual Property Assets Pursuant to 11 U.S.C. Sections 327(a) and 328 [D.I. 4346; filed 1/8/08]

Objection Deadline:  January 17, 2008; extended to January 18, 2008 at 4:00 p.m. for the U.S. Trustee and the Official Committee of Unsecured Creditors

Objections/Responses Received:  None to date

Related Documents:

i.      Motion to Shorten Notice Period and Approve the Form and Manner of Notice [D.I. 4347; filed 1/8/08]

ii.     Order Shortening Notice and Approving Form and Manner of Notice [D.I. 4353; filed 1/9/08]

Status:  The hearing on this matter is going forward.

## IV.    **CONTESTED MATTER GOING FORWARD:**

24.     Motion of Michael J. Missal, Examiner, for a Second Extension of Time to File His Report with the Court [D.I. 4342; filed 1/8/08]

Objection Deadline: January 30, 2008

Objections/Responses Received:

A.      Debtors' Statement in Response to Motion of Examiner for a Second Extension of Time to File His Report with the Court [D.I. 4422; filed 1/14/08]

B.      Statement of the United States Trustee in Support of the Motion of Michael J. Missal, Examiner, for a Second Extension of Time t File his Report with the Court [D.I. 4439; filed 1/16/08]

C.      Objection of the Committee of Unsecured Creditors to Motion of Michael J. Missal, Examiner, for a Second Extension of Time to File His Reply with the Court [D.I. 4493; filed 1/17/08]

Related Documents:

i.      Re-Notice of Hearing on Motion of Michael J. Missal, Examiner, for a Second Extension of Time to File His Report with the Court [D.I. 4360; filed 1/10/08]

ii.     Certification of Counsel Requesting Status Conference on the Scheduling of the Motion of Michael J. Missal, Examiner, for a Second Extension of Time to File His Report with the Court [D.I. 4418; 1/14/08]

Status: The hearing on this matter is going forward.

Dated:  January 22, 2008
       Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

RLF1-3245646-1