**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In Re:

NEW CENTURY TRS HOLDNGS, INC.,
a Delaware Corporation, *et al.*,

Debtors.

CHAPTER 11
Case No.  07-10416 KJC
JOINTLY ADMINISTERED

## OPPSOITION OF THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO DEBTORS' EIGHTH OMNIBUS OJBECTION TO CLAIMS

The New York State Department of Taxation and Finance ("Department"), submits this opposition to Debtors' Eighth Omnibus Objection to Claims.  For the reasons noted below, the motion should be denied as to the Department:

1.  The undersigned has been granted permission of this Court to file by paper and the undersigned has filed a motion to appear *pro hac vice* along with the required fee.  A good faith effort to resolve the dispute was made by the undersigned contacting the debtors' counsel on several occasions. None of undersigned's telephone calls or e-mails were returned subsequent to the filing of this motion.

2.  The Department duly and appropriately filed proofs and amended proofs of claim, described in the moving papers on pages 10 and 11 of Exhibit A as it pertain cases 07-10419, 07-10420, 07-10421 and 07-10422.  The debtors do not dispute that the claims were timely filed or that they are legally sufficient.  The debtors have been provided with all necessary factual information required by the Bankruptcy Code and controlling legal authority.

3.  The Department consents and agrees to the relief requested with respect to claim

number 2051 in case 07-10420 in the amount of $111,946.33. The balance due was paid in full by the debtor.

4. The Department consents and agrees to the relief requested with respect to claim numbered 1797 in case 07-10419 in sum of $47,824.27(1st Amended Pre-Petition Proof of Claim) as related in the moving papers but only to the extent this claim is redundant and will be superseded by the Department's 5th Amended Pre-Petition Proof of Claim dated 1/22/08 (expected arrival date at the Clerk's office) in amount of $3,136.74. See Exhibit 1. The majority of the 5th Amended Proof of claim is for priority unsecured claim is for unpaid sales taxes assessed as a result of an audit of this debtor of which it was duly notified of the findings. The debtor never challenged the audit findings. There is an estimated claim in the sum of $1,004.47 for corporate franchise tax. The debtor failed to file the appropriate return as required by New York law. The estimated assessment was calculated based upon prior actual filed tax returns of the debtor. All assessments were duly and properly issued pursuant to New York tax law.

5. The Department consents and agrees to the relief requested with respect to claim numbered 1794 in case 07-10421 in sum of $13,883.23 (1st Amended Pre-Petition Proof of Claim) as related in the moving papers but only to the extent this claim is redundant as it will be superseded by the Department's 3rd Amended Pre-Petition Proof of Claim dated 1/22/08 in amount of $14,166.85. See Exhibit 2. The majority of 3rd Amended Pre-Petition Proof of Claim consists of unpaid priority unsecured sales taxes assessed as a result of an audit of this debtor of which it was duly notified of the findings. The debtor never challenged the audit findings. There is an estimated claim in the sum of $1,004.47 for corporate franchise tax. The debtor failed to file the appropriate return as required by New York law. The latter assessment was calculated based upon debtor's prior actual filed tax returns. All assessments were duly and properly issued

pursuant to New York tax law.

6. The Department consents and agrees to the relief requested with respect to claim numbered 265 in case 07-10422 in sum of $222.16 as related in the moving papers but only to the extent this claim is redundant having been superseded by the Department's 1st Amended Pre-Petition proof of claim dated 8/20/07 in amount of $431.95. See Exhibit 3. The assessment was calculated upon debtor's actual prior filed returns. All assessments were duly and properly issued pursuant to New York tax law.

7. In *Raleigh v. Illinois Dept. Of Revenue, (In re stoecker)*, 530 U.S. 15, 120 S.Ct. 1951, 147 L.Ed. 2d 13 (2000), the Supreme Court ruled the burden of proof on a state tax claim in bankruptcy is on the trustee, when a state's substantive law creating the obligations puts the burden on the taxpayer. The Court recognized the importance of the burden of proof as an "essential element" and "substantive' aspect" of a claim and "one who asserts a claim is entitled to the burden of the proof that normally comes with it" 530 U.S. at 21, 22. In specific regard to tax claims, *Raleigh* states:

> Tax law is no candidate for exception from this general rule, for the very fact that the burden of proof has often been placed on the taxpayer indicates how critical the burden rule is, and reflects several compelling rationales: the vital interest of the government is acquiring its lifeblood revenue, [citation omitted]; the taxpayer's readier access to the relevant information, [citation omitted]; and the incentives to self-report and to keep adequate records in case of dispute, [citation omitted]. These are powerful justifications not to be disregarded lightly. *Id.* at 21.

8. A New York taxpayer has the burden of proving that its tax assessments have been paid or otherwise resolved. *See* 20 NYCCR 3000.15(d)(5); *Finserv Computer Corp. v. Tully*, 94 A.D. 2d 197, 463 N.Y.S. 2d 923 ( 3rd Dept. 1983), *affirmed* 61 N.Y. 2d 947 (1984). Here, mere assertions by the debtors legal counsel that Department claims should be disallowed or found to be otherwise paid or resolved does satisfy the debtors burden of proof. The debtors must

demonstrate by affirmative proof, such as books, records and receipts that they have no outstanding tax liabilities for the tax periods and claims set forth in the proofs of claim at issue.

9. If the debtor does come forward with evidence, the Department will rely on its books and records including the actual returns filed by the debtor, prior actual returns filed by the debtors, the Departments audit records and other documents and materials that pertain directly to the claims herein.

WHEREFORE, the Department respectfully requests entry of an order denying the scope the relief requested by the Debtors in connection claim number with respect to claims 1797, 1794 and 265 and limit the relief solely as to these claims being redundant and have been superseded by later amended proofs of claim which remain unaffected by the relief sought herein, grant the relief in its entirety as to claim 2051 and for such other and further relief as the Court may deem just and proper.

DANIEL SMIRLOCK
Deputy Commissioner and Counsel

By: /s/ William E. Nowakowski
William E. Nowakowski, Esq.
77 Broadway, Suite 112
Buffalo, New York 14203-1670
Phone: (716) 855-5310
Fax:     (716) 855-5462
E-Mail: William_Nowakowski@tax.state.ny.us

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In Re:

NEW CENTURY TRS HOLDNGS, INC.,
a Delaware Corporation, *et al,*.

|  |  |  |
|---|---|---|
|  |  | CHAPTER 11 |
|  |  | Case No.  07-10416 KJC |
|  | Debtors. | JOINTLY ADMINISTERED |

## CERTIFICATE OF SERVICE

I hereby certify that Opposition of New York State Department of Taxation and Finance Opposition to Debtors' Eighth Omnibus Objection to Claims was served by first class mail on January 17, 2008, upon the following:

Mark A. Collins
Michael J. Merchant
Christopher M Samis
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Suzzanne S. Uhland
Emily R. Culler
Ana Acedo
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA  94111

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

David W. Carickhoff, Jr.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

>                    DANIEL SMIRLOCK
>                    Deputy Commissioner and Counsel
>
>
>                    By: /s/ William E. Nowakowski
>                    William E. Nowakowski, Esq.
>                    77 Broadway, Suite 112
>                    Buffalo, New York 14203-1670
>                    Phone:  (716) 855-5310
>                    Fax:    (716) 855-5462
>                    E-Mail: William_Nowakowski@tax.state.ny.us

# EXHIBIT 1

**New York State Department of**
## Taxation and Finance

Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

| | |
|---|---|
| Statement date: | 1/22/2008 |
| Amendment: | 5th |
| Case number: | 07-10419 KJC |
| Refer to this number for inquiries | |
| Total claim amount: | $3,136.74 |
| Taxpayer ID#: | B-93-1195257-3 |

## Pre-Petition Proof of Claim

UNITED STATES BANKRUPTCY COURT
TOTAL DISTRICT OF DELAWARE
NEW CENTURY FINANCIAL CORPORATION
c/o X ROADS CASE MANAGEMENT SERVICES LLC
PO BOX 8901
MARINA DEL RAY, CA  90295

This is a statement of tax liabilities for NEW CENTURY MORTGAGE CORPORATION. Penalty and interest for each
liability is computed to 4/2/2007.

### Unsecured Priority Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 12/31/2006 | L-029078828-1 | 1,000. | .00 | 4.67 | 1,004.67 | EST |
| SALES | 04/01/2007 | L-029278847-5 | 2,127. | .00 | 5.01 | 2,132.07 | AUD |
| | | | | | Total $ | 3,136.74 | |

This claim amends and supercedes the previous claim dated 12/31/2007.
Current Annual Interest Rates by Tax Type: Corporation - 9%, Sales and Use - 14%
Liability Type Descriptions: EST - Estimated (No Return Filed), AUD - Audit Assessment

TC-988 (10/00)     080117130837000001

# EXHIBIT 2

**New York State Department of**
## Taxation and Finance

Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

| | |
|---|---|
| Statement date: | 1/22/2008 |
| Amendment: | 3rd |
| Case number: | 07-10421 KJC |
| Refer to this number for inquiries | |
| Total claim amount: | $14,166.85 |
| Taxpayer ID#: | B-33-0854965-6 |

## Pre-Petition Proof of Claim

UNITED STATES BANKRUPTCY COURT
TOTAL DISTRICT OF DELAWARE
NEW CENTURY FINANCIAL CORPORATION
c/o X ROADS CASE MANAGEMENT SERVICES LLC
PO BOX 8901
MARINA DEL RAY, CA  90295

This is a statement of tax liabilities for HOME123 CORPORATION. Penalty and interest for each liability is computed to 4/2/2007.

### Unsecured Priority Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 12/31/2006 | L-029078825-4 | 1,000. | .00 | 4.67 | 1,004.67 | EST |
| SALES | 04/01/2007 | L-029279600-8 | 11,342. | .00 | 1,819.52 | 13,162.18 | AUD |
| | | | | | Total # | 14,166.85 | |

This claim amends and supercedes the previous claim dated 10/15/2007.
Current Annual Interest Rates by Tax Type: Corporation - 9%, Sales and Use - 14%
Liability Type Descriptions: EST - Estimated (No Return Filed), AUD - Audit Assessment

TC-988 (10/00)        080117131058000001

# EXHIBIT 3

**New York State Department of**
## Taxation and Finance

Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

| | |
|---|---|
| **Statement date:** | 11/5/2007 |
| **Amendment:** | 1st |
| **Case number:** | 07-10422 KJC |
| Refer to this number for inquiries | |
| **Total claim amount:** | $431.95 |
| **Taxpayer ID#:** | B-95-4729811-8 |

## Pre-Petition Proof of Claim

UNITED STATES BANKRUPTCY COURT
TOTAL DISTRICT OF DELAWARE
NEW CENTURY FINANCIAL CORPORATION
c/o X ROADS CASE MANAGEMENT SERVICES LLC
PO BOX 8901
MARINA DEL RAY, CA  90295

This is a statement of tax liabilities for NEW CENTURY CREDIT CORPORATION. Penalty and interest for each liability is computed to 4/2/2007.

### Unsecured Priority Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 12/31/2006 | L-029373240-5 | 300.00 | 0.00 | 19.95 | 319.95 | ACT |
| | | | | | SubTotal $ | 319.95 | |

### General Unsecured Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 12/31/2006 | L-029373240-5 | 0.00 | 112.00 | 0.00 | 112.00 | ACT |
| | | | | | SubTotal $ | 112.00 | |

This claim amends and supercedes the previous claim dated 4/30/2007.
Current Annual Interest Rates by Tax Type: Corporation - 10%
Liability Type Descriptions: ACT - Actual Return Filed

TC-988 (10/00)        080117131349000001

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In Re:

NEW CENTURY TRS HOLDNGS, INC.,
a Delaware Corporation, *et al,*.

|  | CHAPTER 11 |
|---|---|
| Debtors. | Case No.  07-10416 KJC |
|  | JOINTLY ADMINISTERED |

# CERTIFICATE OF SERVICE

I hereby certify that Opposition of New York State Department of Taxation and Finance Opposition to Debtors' Eighth Omnibus Objection to Claims was served by first class mail on January 17, 2008, upon the following:

Mark A. Collins
Michael J. Merchant
Christopher M Samis
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Suzzanne S. Uhland
Emily R. Culler
Ana Acedo
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA  94111

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

David W. Carickhoff, Jr.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

DANIEL SMIRLOCK
Deputy Commissioner and Counsel

By: /s/ William E. Nowakowski
William E. Nowakowski, Esq.
77 Broadway, Suite 112
Buffalo, New York 14203-1670
Phone:  (716) 855-5310
Fax:     (716) 855-5462
E-Mail: William_Nowakowski@tax.state.ny.us