EXHIBIT A
In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: HSBC BANK USA, as Trustee

| Loan Number | Mortgager | Loan Date | Original Loan Amount | Payoff Amount | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 8233462 | Centz | Mar. 25, 2005 | $151,400 | $159,844.95 | $195,000 | 1136 E 130th Avenue B, Thornton, Colorado 80241 |
| 8229833 | Seiders | Ap. 15, 2005 | $300,000 | $314,938.97 | $325,000 | 2202 Iris Way, Fort Myers, FL 33905 |
| 8227225 | Bryant | Ap. 18, 2005 | $200,000 | $233,160.78 | $245,000 | 16006 Stags Leap Drive, Lutz, FL 33559 |
| 8224404 | Brenneman | Ap. 13, 2005 | $71,000 | $75,683.77 | $70,000 | 2018 E 34th Street, Tucson, Arizona 85713 |