



January 14, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, DE 19801

RE: Response to New Century TRS Holdings Objections
    Case No. 07-10416 (KJC)
    Claim Number: 2176

To whom it may concern:

I have included copies of the outstanding invoices that New Century Mortgage is disputing. All of the invoices are for MBS Profile Reports that are used in hiring and team building. I have included a copy of a report as an example.

Section 10 of the Objection requires the following:

    a. Court - United States Bankruptcy Court for the District of Delaware
       Debtor – New Century Mortgage
       Case No. 07-10416 (KJC) / Claim Number: 2176
       Title – Debtors' Ninth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 <u>To Certain Reduced and/or Reclasified Claims</u>
    b. Claimant: MBS, Inc.
       Basis of Amount: New Century Mortgage has submitted 69 MBS Surveys (attached copy) to be processed, creating 69 MBS Profile Reports (attached example). These surveys were submitted on behalf of New Century Mortgage or Home 123 employees, prospective employees, clients or vendors. The cost per survey is $21.00, resulting in a charge of $1,449.00.
    c. Documentation – attached
    d. Claimant Address is the same as listed in the Dispute:    MBS, Inc.
                                                                                               601 N. Mur-Len / Suite 16
                                                                                             Olathe, KS 66062
    e. Contact information to settle this claim is Steve Postlewait, listed below.

Sincerely,

*Steve Postlewait*

Steve Postlewait – President
MBS, Inc.
601 N. Mur-Len / Suite 16
Olathe, KS 66062
(913) 393-2525



# Account Statement

MBS, Inc. * 601 N. Mur-Len / Suite 16 * Olathe, KS 66062 * (913) 393-2525 * Fax: (913) 393-2288

DATE: 01/11/08                                          ACC # 01340

TO: Accounts Payable
    New Century Mortgage
    18400 Von Karman / #1000
    Irvine, CA   92612

| INV DTE | INV/CHK | INV AMT | PAYMENT | DAYS PAST DUE |
|---|---|---|---|---|
| 05/02/06 | 138604 | 336.00 | | 609 |
| 06/02/06 | 138946 | 609.00 | | 579 |
| 08/02/06 | 139454 | 252.00 | | 519 |
| 09/02/06 | 139710 | 252.00 | | 489 |

**PAST DUE BALANCE:** $   1,449.00

If your records show that any of these invoices have been paid, please contact our Accounts Receivables at (913) 393-2525 or FAX: (913) 393-2288.

THANK YOU!



# Profile Report





Self | Adjustment 4 - 8 Weeks Ago | Role

Description of Strengths: (GREEN Color Code)
People oriented, outgoing, very friendly, poised, talkative, persists with people to accomplish goals step by step, wants people to do the right thing at the right time, cooperative, easy-going, idealistic at times, appreciates time to adjust to change, non-threatening, loyal, will listen to people's problems, likes to help people, congenial, can get along with most people, pleasant.

Combination of Strengths:
   E/D: Persuader, Seller, Tactful, Friendly.
   E-S: Very sensitive to criticism.

Motivation by Strengths:
   -D (-48): non-intimidating style
    E ( 47): opportunity, recognition, money
    P ( 19): harmony, cooperation, timing
    S (  8): justice, specific praise, constancy

Communication by Strengths:
   You appreciate people who are persuasive, who advise rather than criticize, give you facts, accurate information, and time to adjust to change.

Logic: Intuitively oriented

Note: Additional information is available at www.strengths.com

New Century Financial Corpo    Sr. Trainer                    03/31/06



**Management By Strengths Survey**

Return FAX #: _____

Telephone: _____

MBS, Inc.
601 N. Mur-Len / Suite 16
Olathe, KS  66062

www.strengths.com

Office: (913) 393-2525
FAX: (913) 393-2288

Name (Please print clearly) _____   Date _____

Company _____   Position _____

☐ I have taken the MBS Survey before

A.  Note that the directions are different on Side 1 & 2
B.  Respond to EVERY word

### SIDE 1 DIRECTIONS
ON A SCALE OF 1 TO 5, WITH 1 BEING NO AND 5 BEING YES, COLOR IN THE NUMBER WHICH BEST DESCRIBES: *THE WAY OTHERS EXPECT YOU TO ACT*

1.  Diplomatic . . . . . . . (1) (2) (3) (4) (5)
2.  Dynamic . . . . . . . . (1) (2) (3) (4) (5)
3.  Outstanding . . . . . . (1) (2) (3) (4) (5)
4.  Self-Assured . . . . . (1) (2) (3) (4) (5)
5.  Daring . . . . . . . . . (1) (2) (3) (4) (5)
6.  Cheerful . . . . . . . . (1) (2) (3) (4) (5)
7.  Congenial . . . . . . . (1) (2) (3) (4) (5)
8.  Persistent . . . . . . . (1) (2) (3) (4) (5)
9.  Popular . . . . . . . . . (1) (2) (3) (4) (5)
10. Reserved . . . . . . . . (1) (2) (3) (4) (5)
11. Eager . . . . . . . . . . (1) (2) (3) (4) (5)
12. Dominant . . . . . . . (1) (2) (3) (4) (5)
13. Brave . . . . . . . . . . (1) (2) (3) (4) (5)
14. Convincing . . . . . . (1) (2) (3) (4) (5)
15. Appealing . . . . . . . (1) (2) (3) (4) (5)
16. Serious . . . . . . . . . (1) (2) (3) (4) (5)
17. Agreeable . . . . . . . (1) (2) (3) (4) (5)
18. Wholesome . . . . . . (1) (2) (3) (4) (5)
19. Gentle . . . . . . . . . . (1) (2) (3) (4) (5)
20. Esteemed . . . . . . . (1) (2) (3) (4) (5)
21. Assertive . . . . . . . . (1) (2) (3) (4) (5)
22. Competitive . . . . . (1) (2) (3) (4) (5)
23. Tolerant . . . . . . . . (1) (2) (3) (4) (5)
24. Sympathetic . . . . . (1) (2) (3) (4) (5)
25. Charitable . . . . . . . (1) (2) (3) (4) (5)
26. Persevering . . . . . . (1) (2) (3) (4) (5)
27. Responsive . . . . . . (1) (2) (3) (4) (5)
28. Sophisticated . . . . (1) (2) (3) (4) (5)
29. Relaxed . . . . . . . . (1) (2) (3) (4) (5)
30. Conventional . . . . (1) (2) (3) (4) (5)
31. Neighborly . . . . . . (1) (2) (3) (4) (5)
32. Polite . . . . . . . . . . (1) (2) (3) (4) (5)

### SIDE 2 DIRECTIONS
ON A SCALE OF 1 TO 5, WITH 1 BEING NO AND 5 BEING YES, COLOR IN THE NUMBER WHICH BEST DESCRIBES: *HOW YOU FEEL YOU REALLY ARE*

1.  Thoughtful . . . . . . (1) (2) (3) (4) (5)
2.  Individualistic . . . . (1) (2) (3) (4) (5)
3.  Fashionable . . . . . . (1) (2) (3) (4) (5)
4.  Unassuming . . . . . (1) (2) (3) (4) (5)
5.  Aggressive . . . . . . (1) (2) (3) (4) (5)
6.  Earnest . . . . . . . . . (1) (2) (3) (4) (5)
7.  Understanding . . . . (1) (2) (3) (4) (5)
8.  Spontaneous . . . . . (1) (2) (3) (4) (5)
9.  Industrious . . . . . . (1) (2) (3) (4) (5)
10. Careful . . . . . . . . . (1) (2) (3) (4) (5)
11. Talkative . . . . . . . . (1) (2) (3) (4) (5)
12. Adventurous . . . . . (1) (2) (3) (4) (5)
13. Demanding . . . . . . (1) (2) (3) (4) (5)
14. Attractive . . . . . . . (1) (2) (3) (4) (5)
15. Spirited . . . . . . . . . (1) (2) (3) (4) (5)
16. Good Natured . . . . (1) (2) (3) (4) (5)
17. Compassionate . . . . (1) (2) (3) (4) (5)
18. Calm . . . . . . . . . . . (1) (2) (3) (4) (5)
19. Kind Hearted . . . . . (1) (2) (3) (4) (5)
20. Persuasive . . . . . . . (1) (2) (3) (4) (5)
21. Fussy . . . . . . . . . . (1) (2) (3) (4) (5)
22. Stick to it . . . . . . . (1) (2) (3) (4) (5)
23. Controlling . . . . . . (1) (2) (3) (4) (5)
24. Nice . . . . . . . . . . . (1) (2) (3) (4) (5)
25. Adaptable . . . . . . . (1) (2) (3) (4) (5)
26. Selfish . . . . . . . . . (1) (2) (3) (4) (5)
27. Soft Hearted . . . . . (1) (2) (3) (4) (5)
28. Outgoing . . . . . . . (1) (2) (3) (4) (5)
29. Generous . . . . . . . (1) (2) (3) (4) (5)
30. Shy . . . . . . . . . . . . (1) (2) (3) (4) (5)
31. Pleasant . . . . . . . . (1) (2) (3) (4) (5)
32. Cultured . . . . . . . . (1) (2) (3) (4) (5)

© Copyright 1982 MBS, Inc., Rev. 2006



# INVOICE

DATE: 05/02/06

ACC # 01340
INV # 138604

```
TO: Accounts Payable
    New Century Mortgage
    18400 Von Karman / #1000
    Irvine, CA   92612


FOR: 16   MBS Profile Reports @ $21.00..............$     336.00
                                                      ----------

                           TOTAL DUE          $     336.00


                   TERMS: Due on Receipt


***    Profiles processed between 04/01/06 and 04/30/06    ***
```

Thank You!

United States Bankruptcy Court for the District of Delaware

Debtor – New Century Mortgage

### Case No. 07-10416 (KJC)  /  Claim Number: 2176

Title – Debtors' Ninth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 <u>To Certain Reduced and/or Reclasified Claims</u>

```
New Century Mortgage Activity List - 04/01/2006 to 04/30/2006
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 01340 | 01557 | 04/01/2006 | Wallace, Mike | | | Sr. Trainer |
| 01340 | | New Century Financial Corporation | | | TOTAL = 1 | |
| 01556 | 00002 | 04/04/2006 | Towner, Kyle | | | Loan Advisor |
| 01556 | | Home 123 - BIRMINGHAM | | | TOTAL = 1 | |
| 01883 | 00066 | 04/25/2006 | Grundy, Ryan | | | Loan Advisor |
| 01883 | 00067 | 04/28/2006 | Jones, AnnMarie | | | Loan Officer |
| 01883 | 00065 | 04/05/2006 | Marcotte, Maria C. | | | Loan Advisor |
| 01883 | | HOME 123 - OKLAHOMA CITY | | | TOTAL = 3 | |
| 01890 | 00152 | 04/03/2006 | Ford, Christopher | 2204 | | Loan Advisor |
| 01890 | 00153 | 04/03/2006 | Lee, David | 2204 | | Loan Officer |
| 01890 | 00154 | 04/03/2006 | McCloyen, Angela | 2204 | | Loan Advisor |
| 01890 | | Home 123 - DALLAS | | | TOTAL = 3 | |
| 01905 | 00084 | 04/10/2006 | Riley, Patrick | 2623 | | Loan Advisor |
| 01905 | | Home 123 - LUBBOCK | | | TOTAL = 1 | |
| 03801 | 00082 | 04/19/2006 | Flynn, Kevin | 2636 | | Loan Advisor |
| 03801 | 00083 | 04/27/2006 | Williams, Brett C. | 2636 | | Loan Advisor |
| 03801 | | Home 123 - PARSIPPANY | | | TOTAL = 2 | |
| 03923 | 00091 | 04/06/2006 | Lim, Giovanni | | | Loan Advisor |
| 03923 | 00092 | 04/06/2006 | Nemet, David | | | Loan Advisor |
| 03923 | 00090 | 04/06/2006 | Pagan, Loyda Y. Mo | 2636 | | Loan Advisor |
| 03923 | 00089 | 04/06/2006 | Porcena, Jonathan | 2636 | | Loan Advisor |
| 03923 | | Home 123 - MORRIS PLAINS | | | TOTAL = 4 | |
| 03990 | 00042 | 04/25/2006 | Khan, Shaheen | | | Loan Advisor |
| 03990 | | Home 123 - ALEXANDRIA | | | TOTAL = 1 | |

TOTAL PROFILES CREATED = 16

------ End of Report ------



# INVOICE

DATE: 06/02/06

ACC # 01340
INV # 138946

```
TO: Accounts Payable - HR Dept.
    New Century Mortgage
    18400 Von Karman / #1000
    Irvine, CA  92612


FOR: 29  MBS Profile Reports @ $21.00..............$     609.00
                                                       ----------
                               TOTAL DUE           $     609.00


                     TERMS: Due on Receipt


***    Profiles processed between 05/01/06 and 05/31/06   ***
```

Thank You!

United States Bankruptcy Court for the District of Delaware

Debtor - New Century Mortgage

### Case No. 07-10416 (KJC)  /  Claim Number: 2176

Title – Debtors' Ninth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 <u>To Certain Reduced and/or Reclassified Claims</u>

MBS, Inc. ◆ 601 N. Mur-Len / Suite 16 ◆ Olathe, KS 66062 ◆ (913) 393-2525 ◆ FAX (913) 393-2288
www.strengths.com

New Century Mortgage Activity List - 05/01/2006 to 05/31/2006

```
01821  00049  05/15/2006    Alexander, Nancy           Processor
01821  00060  05/26/2006    Bartolotta, Diana          Loan Advisor
01821  00053  05/16/2006    Brown, Ingrid              Sr. Loan Advisor
01821  00057  05/18/2006    Carney, Margaret           Loan Advisor
01821  00059  05/19/2006    DeFeria, Richard           Loan Advisor
01821  00061  05/31/2006    Elia, Jessica              Loan Advisor
01821  00055  05/17/2006    Fessler, Casey             Loan Advisor
01821  00054  05/17/2006    Gleitmann, Mark            Loan Advisor
01821  00056  05/18/2006    Jimenez, Carlos A.
01821  00051  05/16/2006    Madsen, Lesa               Loan Advisor
01821  00052  05/16/2006    Pham, Sonny                Loan Advisor
01821  00047  05/15/2006    Shea, Gina                 Loan Advisor
01821  00058  05/18/2006    VanHorn, Tiffany           Loan Officer
01821  00048  05/15/2006    Vela, Kimberly             Processor
01821  00050  05/15/2006    Von Kriegenbergh,          Loan Advisor

01821    Home 123 - LAS VEGAS                          TOTAL = 15
```

```
01882  00157  05/03/2006    Bivens, Luke               Loan Advisor
01882  00156  05/03/2006    Cooper, Jerry              Loan Advisor

01882    Home 123 - CINCINNATI                         TOTAL = 2
```

```
01883  00068  05/15/2006    Holman, David              Loan Advisor
01883  00069  05/17/2006    Phillips, Modesto          Loan Advisor

01883    HOME 123 - OKLAHOMA CITY                      TOTAL = 2
```

```
01890  00155  05/19/2006    Allan, TeRon        2204   Loan Advisor
01890  00156  05/24/2006    Dunlap, Stephen            Loan Advisor

01890    Home 123 - DALLAS                             TOTAL = 2
```

```
04074  00003  05/17/2006    Bebb, Russell              LA
04074  00004  05/17/2006    Craig, Myra                Loan Officer
04074  00001  05/17/2006    Gross, Nancy               Loan Processor
04074  00002  05/17/2006    Kamleh, Lisa               Loan Advisor
04074  00008  05/17/2006    Marquez, Summer            Loan Advisor
04074  00005  05/17/2006    Smith, Mary K.             LA
04074  00009  05/23/2006    Sommers, Tracy             Loan Advisor
04074  00007  05/17/2006    Standifer, Fred            Loan Officer

04074    Home 123 - KNOXVILLE                          TOTAL = 8
```

TOTAL PROFILES CREATED = 29



# INVOICE

DATE: 09/02/06                                    ACC # 01340
                                                  INV # 139710

TO: Accounts Payable
    New Century Mortgage
    18400 Von Karman / #1000
    Irvine, CA 92612


FOR: 12   MBS Profile Reports @ $21.00..............$    252.00
                                                      ---------
                              TOTAL DUE        $    252.00


TERMS: Due on Receipt


***   Profiles processed between 08/01/06 and 08/31/06    ***

Thank You!


United States Bankruptcy Court for the District of Delaware

Debtor – New Century Mortgage

**Case No. 07-10416 (KJC)  /  Claim Number: 2176**

Title – Debtors' Ninth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 <u>To Certain Reduced and/or Reclassified Claims</u>


MBS, Inc. ◆ 601 N. Mur-Len / Suite 16 ◆ Olathe, KS 66062 ◆ (913) 393-2525 ◆ FAX (913) 393-2288
www.strengths.com

```
New Century Mortgage Activity List - 08/01/2006 to 08/31/2006


01821  00001  08/31/2006    Mondak, Jason                   Loan Advisor
01821  00064  08/23/2006    Ortega, Jon                     Loan Advisor

01821     Home 123 - LAS VEGAS                        TOTAL = 2


01883  00072  08/11/2006    Godwin, Deborah                 Loan Advisor
01883  00073  08/30/2006    Jerles, Jay                     Loan Advisor
01883  00071  08/09/2006    Johnson, Scott         3        Loan Advisor

01883     HOME 123 - OKLAHOMA CITY                    TOTAL = 3


01890  00157  08/14/2006    Hotchkiss, Mendy                Loan Processor

01890     Home 123 - DALLAS                           TOTAL = 1


01905  00088  08/22/2006    Vasquez, Jessi        2623      Loan Processor

01905     Home 123 - LUBBOCK                          TOTAL = 1


03668  00044  08/21/2006    Cross, Melissa K.     2299      Loan Processor
03668  00043  08/21/2006    Reynolds, Christin    2299      Loan Advisor

03668     Home 123 - LEWISVILLE                       TOTAL = 2


04074  00015  08/07/2006    Paulechko, Sara                 Loan Advisor
04074  00017  08/07/2006    Roland, Jessica                 Loan Advisor
04074  00016  08/07/2006    Short, Laryssa S.               Loan Advisor

04074     Home 123 - KNOXVILLE                        TOTAL = 3


TOTAL PROFILES CREATED = 12
```



# INVOICE

DATE: 08/02/06

ACC # 01340
INV # 139454

TO: Accounts Payable
    New Century Mortgage / HR Dept.
    18400 Von Karman / #1000
    Irvine, CA  92612


FOR: 12  MBS Profile Reports @ $21.00..............$    252.00
                                                       ----------

                              TOTAL DUE        $    252.00


TERMS: Due on Receipt


\*\*\*    Profiles processed between 07/01/06 and 07/31/06    \*\*\*

Thank You!


United States Bankruptcy Court for the District of Delaware

Debtor – New Century Mortgage

**Case No. 07-10416 (KJC)  /  Claim Number: 2176**

Title – Debtors' Ninth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 To Certain Reduced and/or Reclassified Claims


MBS, Inc. ◆  601 N. Mur-Len / Suite 16 ◆ Olathe, KS 66062 ◆ (913) 393-2525 ◆ FAX (913) 393-2288
www.strengths.com

New Century Mortgage Activity List - 07/01/2006 to 07/31/2006

```
01556  00006  07/20/2006    Burton, Stephanie         Loan Advisor
01556  00007  07/25/2006    Chambers, Morgan C        Loan Officer
01556  00004  07/12/2006    Miller, Jeremy            Loan Advisor
01556  00005  07/17/2006    Stack, Stephanie L        Loan Advisor

01556     Home 123 - BIRMINGHAM                       TOTAL = 4

01821  00063  07/06/2006    Mondak, Jason             Loan Advisor

01821     Home 123 - LAS VEGAS                        TOTAL = 1

01883  00070  07/19/2006    Ferguson, Jason           Loan Advisor

01883     HOME 123 - OKLAHOMA CITY                    TOTAL = 1

01905  00087  07/07/2006    Rodriguez, Christo        Loan Advisor

01905     Home 123 - LUBBOCK                          TOTAL = 1

03984  00100  07/11/2006    Ottoson, Daphne           Payroll

03984     Home 123 - STATEN ISLAND                    TOTAL = 1

04074  00013  07/18/2006    Davenport, Tanya          Loan Advisor
04074  00014  07/18/2006    Greene, Chris             Loan Advisor
04074  00011  07/18/2006    Rushing, S. Christ        Sr. Loan Processor
04074  00012  07/18/2006    Williams, Dereke          Loan Advisor

04074     Home 123 - KNOXVILLE                        TOTAL = 4
```

TOTAL PROFILES CREATED = 12