**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:

NEW CENTURY TRS HOLDINGS, INC., et al.,

                Debtors.

_____/

Case No. 07-10416-KJC
Chapter 11

(Jointly Administered)

Re: Docket Nos: 526 & 1163

**NOTICE OF FORECLOSURE**

      COMES NOW Litton Loan Servicing LP, as servicer for U.S. Bank National Association, as Trustee for the GSAMP Trust 2006-NC-1 Mortgage Pass-Through Certificates, Series 2006-NC-1 ("Litton"), by and through its undersigned attorney, pursuant to the Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to 11 U.S.C. Sections 165(a) and 362 of the Bankruptcy Code (Doc. #1163) and states the following:

      1.     A mortgagee has defaulted under the terms of a mortgage held by U.S. Bank on property at **5315 NW 55th Place, Ocala, FL 34482**, and Litton intends to initiate a foreclosure action against said property in Marion County, Florida.

      2.     No foreclosure action is pending at this time.

      3.     New Century Mortgage Corporation, or one of the other related Debtors ("New Century") holds a junior lien on the property.

      4.     The fair market value of the subject property is approximately $133,182.00 as assessed by the Property Appraiser of Marion County, Florida.

      5.     The amount of Litton's senior lien on the subject property is approximately $162,000.00.

      6.     A copy of Litton's mortgage, which is recorded in Official Records Book 04243 at Page 0867, of the Public Records of Marion County, Florida, is attached as Exhibit A.

      7.     A copy of New Century's second mortgage, which is recorded in Official Records Book 04243 at Page 0867, of the Public Records of Marion County, Florida, is attached as Exhibit B.

      8.     Litton is unaware of any other liens that have priority over the New Century

mortgage.

9.     Pursuant to the above mentioned Order Establishing Procedure for Relief, Litton Loan Servicing, LP servicer for U.S. Bank National Association has made payments to Debtor's Estate in the aggregate amount of $10,000.00 and is therefore not required to make payment with this Notice.

**WHEREFORE**, Litton respectfully requests that the automatic stay be deemed lifted upon Debtor's failure to take further action within 30 days of receipt of this Notice.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically or by U.S. mail, first-class postage prepaid, this 23rd day of January, 2008 to: O'Melveny & Myers LLP, Attn: Suzzanne S. Uhland, Ben H. Logan, Victoria Newmark, Emily R. Culler, 275 Battery St., San Francisco, CA 94111; New Century Mortgage Corp., Attn: Charles Houston, VP Litigation and Regulatory Counsel, 3121 Michelson Dr., Irvine, CA 92612-0515; and Hahn & Hessen, LLP, Attn: Mark T. Power, Mark S. Indelicato, Jeffrey L. Schwartz, 488 Madison Ave., 14th & 15th Floor, New York, New York 10022.

        LAW OFFICES OF DAVID J. STERN, P.A.
        Attorney for Litton Loan Servicing LP
        801 S. University Drive Suite 500
        Plantation, FL 33324
        Phone: (954) 233-8000 ext 207
        Fax: (954) 233-8648

        /S/ Frederic J. DiSpigna

        FREDERIC J. DISPIGNA, ESQUIRE
        Florida Bar No. 345539
        fdispigna@dstern.com