IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., | : Case No. 07-10416 (KJC) |
| a Delaware Corporation, *et al.*, | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Related to Docket No. 4342 |

------------------------------------------------------------x

## CERTIFICATION OF COUNSEL REGARDING PROPOSED FORM OF ORDER GRANTING MOTION OF MICHAEL J. MISSAL, EXAMINER, FOR A SECOND EXTENSION OF TIME TO FILE HIS REPORT WITH THE COURT

The undersigned, counsel to Michael J. Missal, the Court-Appointed Examiner (the "Examiner") for New Century TRS Holdings, Inc., *et al.*, hereby certifies that:

1. At a hearing on January 23, 2008 (the "Hearing") the Court granted, in part, the Motion of Michael J. Missal, Examiner, for a Second Extension of Time to File His Report with the Court [Docket No. 4342] (the "Motion") and extended the deadline by which the Examiner must file his report through and including February 29, 2008.

2. Attached hereto as Exhibit "A" is a proposed form of order (the "Proposed Order") granting the Motion consistent with the Court's ruling as placed on the record at the Hearing.

3. We would respectfully request that the Court sign the Proposed Order and direct that it be docketed.

555807.1 1/23/08

4.     We are available to discuss this matter at the Court's convenience.

Dated: January 23, 2008                                Respectfully submitted,

By: 

Mark Minuti (No. 2659)
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

Co-Counsel to Michael J. Missal, Examiner