# Exhibit "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                                      : Chapter 11
                                                            :
NEW CENTURY TRS HOLDINGS, INC.,                             : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,[1]                          :
                                                            : Jointly Administered
                                  Debtors.                  :
                                                            : **Related to Docket No. 4342**
                                                            :
------------------------------------------------------------x

### ORDER GRANTING MOTION OF MICHAEL J. MISSAL, EXAMINER, FOR A SECOND EXTENSION OF TIME TO FILE HIS REPORT WITH THE COURT

The Court having considered the Motion of Michael J. Missal, Examiner, for a Second Extension of Time to File His Report with the Court (the "Motion");[2] and any opposition thereto; and the Court having conducted a hearing (the "Hearing") on the Motion on January 23, 2008; and the Court finding that good and sufficient notice of the Motion having been given; and the Court otherwise being fully advised in the premises; it is

HEREBY ORDERED that the Motion is GRANTED as set forth herein; and it is further

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

[2] Capitalized terms used herein shall have the same meaning as set forth in the Motion.

ORDERED, that the Court's June 1, 2007 Order and October 10, 2007 Order are hereby modified to extend the deadline for the Examiner to file his report through and including February 28, 2008, without prejudice to the Examiner's right to seek further extension(s) of the deadline.

                                                Kevin J. Carey
                                                United States Bankruptcy Judge

Dated: January ___, 2008