# SIGN-IN-SHEET

**CASE NAME:** NEW CENTURY TRS HOLDINGS  **COURTROOM LOCATION:** 5
**CASE NO.:** -KJC 07-10416  **DATE:** 1/23/08
**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Merchant | Richards, Layton & Finger | Debtors |
| Mark Minuti | Saul Ewing LLP | Examiner |
| Stev Topetzis | K&L Gates | " |
| Michael Missal | " | Examiner |
| Mark Power | Hahn & Hessen | Creditors' Committee |
| David Carickhoff | Blank Rome | " |
| Colored MacConaM | Potter Anderson & Corroon | Bank of America |
| Joseph J. McMahon, Jr. | U.S. Dep't of Justice | U.S. Trustee |
| MARK COLLINS | RICHARDS LAYTON & FINGER | DEBTORS |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 01/23/2008
Calendar Time: 01:30 PM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2046039 | Victoria Newmark | 213-430-7717 | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2048128 | Lizanne Reynolds | 408-299-5940 | Office of The County Counsel | Creditor, County of Santa Clara Tax Collector / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2046028 | Suzzane S. Uhland | 415-984-8941 | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2031015 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP | Creditor, Bank of America, NA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2049109 | Alejandro Mayorkas | 213-430-7767 | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2054650 | Donald Workman | 202-861-1602 | Baker & Hostetler LLP | Creditor, Fidelity National Information Services / LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2049069 | Ben Logan | 302-651-7687 | Richards, Layton & Finger, P.A. | Debtor, New Century TRS Holdings, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2049551 | Jose Sanchez | 213-896-6755 | Sidley Austin | Creditor, KPMG / LIVE |