# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. |
| **Case Number:** | 07-10416-KJC    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 23, 2008 01:30 PM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | AL LUGANO |

### Matter:

Omnibus

**R / M #:**   0 / 0

### Appearances:

See sign in sheet

### Proceedings:

Hearing Held and Orders Signed for Agenda Items 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22 and 23