# PAUL J. KÖEPKE
*Real Estate Specialist*

Certified Real Estate Appraiser
Real Estate Consultant
Licensed Real Estate Broker
Real Estate Loans

715 South Upper Broadway, Suite 1103
Corpus Christi, Texas 78401-3553
Telephone (361) 883-6575
FAX (361) 882-7140
e-mail: okpk@ccaronline.com

18 January 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, Delaware 19801

> **Debtors:** **New Century TRS Holdings, Inc., a Delaware Corporation, et.al.**
> Case No:   07-10416 (KJC)
> Objection:   Ninth Omnibus Objection to Claims
> Claimant:   Paul J. Koepke
> Claim Number:   1774
> Claim Basis:   VA requested Appraisal Report Case # 62-62-6-1073033

Gentlepersons:

Please be advised that I received a check yesterday in the amount of $350.00. This is check # 00071353 drawn on Regions Bank # 87-7159/2640.

This was accompanied by a copy of my original Invoice to Challenge Financial Investor Corp. for this same amount. I have marked this account as "Paid in Full".

Thank you to whom ever caused this account to be paid.

Paul J. Köepke

CC:   Veterans Administration,
      Construction and Valuation
      6900 Almeda Drive
      Houston, TX
CC:   RICHARDS, LAYTON & FINGER, P.A.
      One Rodney Square
      920 North King Street
      Wilmington, DE 19801
CC:   O'MELVENY & MYERS, L.L.P.
      275 Battery Street
      San Francisco, CA 94111