# Clayton County
# Tax Commissioners Office



**TERRY L. BASKIN**
TAX COMMISSIONER

**JAMES P. GRANT**
CHIEF DEPUTY
TAX COMMISSIONER

ADMINISTRATION, ANNEX 3 - 2nd Floor
121 SOUTH McDONOUGH STREET
JONESBORO, GEORGIA 30236-3694
PHONE: (770) 477-3311
FAX: (770) 477-3326

---

January 17, 2008

Clerk
U.S. Bankruptcy Court for the District of Delaware
824 Market Strfeet
Wilmington, Delaware 19801

RE:   New Century TRS Holdings, Inc.
      Case No. 07-10416-KJC
      Chapter 11

Please accept this letter as "Withdrawal of Claim" for the above-mentioned account. The referenced claim #3476 in the amount of $1,423.15 has been paid in full.

If I can be of further assistance, please give me a call.

Respectfully submitted,

James P. Grant
Chief Deputy Tax Commissioner
Clayton County, Georgia

Page 2.
January 17, 2008

cc:     Mark Collins (No. 2981)
        Michael J. Merchant (No. 3458)
        Christopher M. Samis (No. 4909)
        Richards, Layton & Finger, P.A.
        One Rodney Square,
        920 North King Street
        Wilmington, Delaware 19801

                and

        Suzanne S. Uhland
        Emily R. Culler
        O'Melveny & Myers, LLP
        275 Battery Street
        San Francisco, Ca.  94111