IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS,
INC., et al.,

                                    Debtors.

Chapter 11
Case No. 07-10416-KJC, et seq.

**Objections due by: February 13, 2008, 4:00 p.m.**
**Hearing Date: February 20, 2008 at 1:30 p.m.**

**NOTICE OF MOTION OF DEUTSCHE BANK TRUST COMPANY AMERICAS
FORMERLY KNOWN AS BANKER'S TRUST COMPANY, AS TRUSTEE AND
CUSTODIAN FOR IXIS 2007-HE1
FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

TO:    Parties listed on the Certificate of Service

        Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for IXIS 2007-HE1 has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to a parcel of real property in which the above-captioned debtor may hold an interest, located at 56 Chesley Court, Vallejo, CA 94591.

        **HEARING ON THE MOTION WILL BE HELD ON FEBRUARY 20, 2008 AT 1:30 P.M.**

        You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at lease five business days before the above hearing date. At the same time, you must also serve a copy of the response upon movant's attorneys:

Thomas D.H. Barnett, Esquire          Adam Hiller, Esquire
Draper & Goldberg, PLLC               Draper & Goldberg, PLLC
P.O. Box 947                          1500 North French Street, 2nd Floor
512 East Market Street                Wilmington, Delaware 19801
Georgetown, Delaware 19947            (302) 339-8776 telephone

        The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

        The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTING IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 22, 2008        Respectfully submitted,
   Wilmington, Delaware

           DRAPER & GOLDBERG, PLLC


          **/s/ Adam Hiller**
          Adam Hiller (DE No. 4105)
          1500 North French Street, 2nd Floor
          Wilmington, Delaware 19801
          (302) 339-8776 telephone
          (302) 213-0043 facsimile

          and

          Thomas D.H. Barnett (DE No. 994)
          Draper & Goldberg, PLLC
          P.O. Box 947
          512 East Market Street
          Georgetown, Delaware 19947

          *Attorneys for Movant*