5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re: NEW CENTURY TRS HOLDINGS, INC.
a Delaware Corporation, *et al.*

Chapter 11
Case No. 07-10416 (KJC)

Debtor:

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned moves the admission pro hac vice of himself to represent the New York State Department of Taxation and Finance in this action.

William E. Nowakowski
District Tax Attorney
New York State Department of Taxation and Finance
77 Broadway, Suite 112
Buffalo, New York 14203
(716) 855-5310

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court receipt number 150369.

William E. Nowakowski
District Tax Attorney
New York State Department of Taxation and Finance
77 Broadway, Suite 112
Buffalo, New York 14203
(716) 855-5310
William_Nowakowski@tax.state.ny.us

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: January 24, 2008

United States Bankruptcy Judge

Local Form 105