# EXHIBIT B



## RICHARDS & LAYTON & FINGER
A PROFESSIONAL ASSOCIATION

One Rodney Square
P.O. Box 551
Wilmington, DE  19899
Telephone:  (302) 651-7700
Fax:        (302) 651-7701
Tax I.D. No: 51-0226371

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

January 23, 2008
Invoice 286674

Page 1

Client #  727440

Matter # 157422

---

For disbursements incurred through December 31, 2007
relating to  Representation of Debtor in Chapter 11 Bankruptcy

OTHER CHARGES:

| | |
|---|---:|
| Binding | $10.00 |
| Business Meals | $80.71 |
| Court Reporter Services | $208.55 |
| Document Retrieval | $1,931.76 |
| Filing Fees | $50.00 |
| Lexis/Westlaw | $490.77 |
| Long distance telephone charges | $1,014.19 |
| Messenger and delivery service | $1,066.25 |
| Photocopying/Printing | $1,484.70 |
| 9,232 @ $.10/pg. / 1,123 @ $.05/pg. | |
| Postage | $68.44 |
| Telecopier | $1,499.00 |

| | |
|---|---:|
| Other Charges | $7,904.37 |

| | |
|---|---:|
| **TOTAL DUE FOR THIS INVOICE** | **$7,904.37** |
| BALANCE BROUGHT FORWARD | $7,292.21 |
| **TOTAL DUE FOR THIS MATTER** | **$15,196.58** |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

January 23, 2008
Invoice 286674
Page 81

Client #  727440

Client: New Century Financial Corporation and New Century

Matter: Representation of Debtor in Chapter 11 Bankruptcy
Case Administration
Creditor Inquiries
Executory Contracts/Unexpired Leases
Automatic Stay/Adequate Protection
Plan of Reorganization/Disclosure Statement
Use, Sale of Assets
Cash Collateral/DIP Financing
Claims Administration
Court Hearings
General Corporate/Real Estate
Schedules/SOFA/U.S. Trustee Reports
Employee Issues
Tax Issues
Litigation/Adversary Proceedings
RLF Retention
Retention of Others
RLF Fee Applications
Fee Applications of Others
Insurance

| Date | Description | | Summary Phrase |
|------|-------------|--|----------------|
| 11/01/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $67.76 | |
| 11/02/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $29.28 | |
| 11/04/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $0.56 | |
| 11/05/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $110.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

January 23, 2008
Invoice 286674
Page 82
Client #  727440

| Date | Description | | Amount | Code |
|------|-------------|---|--------|------|
| 11/06/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $43.52 | |
| 11/07/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $40.96 | |
| 11/08/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $47.68 | |
| 11/09/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $51.20 | |
| 11/11/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $3.92 | |
| 11/12/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $55.92 | |
| 11/13/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $12.00 | |
| 11/14/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $11.36 | |
| 11/15/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $55.60 | |
| 11/16/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $30.00 | |
| 11/17/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $2.64 | |
| 11/18/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $8.24 | |
| 11/19/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $39.28 | |
| 11/20/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $71.84 | |
| 11/21/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $12.40 | |
| 11/25/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $1.44 | |
| 11/26/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $49.44 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

January 23, 2008
Invoice 286674
Page 83

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 11/27/07 | ALL PACER | | DOCRETRI |
| | | Amount = $28.24 | |
| 11/28/07 | ALL PACER | | DOCRETRI |
| | | Amount = $51.52 | |
| 11/29/07 | ALL PACER | | DOCRETRI |
| | | Amount = $73.76 | |
| 11/30/07 | ALL PACER | | DOCRETRI |
| | | Amount = $73.92 | |
| 12/01/07 | Conference calls for month of November Long Distance | | LD |
| | | Amount = $100.87 | |
| 12/02/07 | ALL PACER | | DOCRETRI |
| | | Amount = $8.72 | |
| 12/02/07 | Printing | | DUP |
| | | Amount = $2.05 | |
| 12/02/07 | Printing | | DUP |
| | | Amount = $2.05 | |
| 12/03/07 | IKON OFFICE SOLUTIONS: INVOICE WIL07120021/BROADCAST FAX ON 12/3/07/157422 | | TELC |
| | | Amount = $468.00 | |
| 12/03/07 | GALLUCIO'S CAFE: FOOD SERVICE 11/26-12/7 | | MEALSCL |
| | | Amount = $22.85 | |
| 12/03/07 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | | Amount = $32.51 | |
| 12/03/07 | Photocopies | | DUP |
| | | Amount = $0.90 | |
| 12/03/07 | Photocopies | | DUP |
| | | Amount = $10.80 | |
| 12/03/07 | Photocopies | | DUP |
| | | Amount = $16.40 | |
| 12/03/07 | Photocopies | | DUP |
| | | Amount = $10.80 | |
| 12/03/07 | Photocopies | | DUP |
| | | Amount = $0.40 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

January 23, 2008
Invoice 286674
Page 84

Client #  727440

| Date | Description | Code |
|------|-------------|------|
| 12/03/07 | 18132511541 Telecopier Charges | TELC |
| | Amount =   $2.00 | |
| 12/03/07 | 17162044600 Telecopier Charges | TELC |
| | Amount =   $2.00 | |
| 12/03/07 | 5025680318 Long Distance | LD |
| | Amount =   $7.14 | |
| 12/03/07 | 4128856387 Long Distance | LD |
| | Amount =   $14.28 | |
| 12/03/07 | 3127017933 Long Distance | LD |
| | Amount =   $2.38 | |
| 12/03/07 | 2022633264 Long Distance | LD |
| | Amount =   $2.38 | |
| 12/03/07 | 2077741200 Long Distance | LD |
| | Amount =   $5.95 | |
| 12/03/07 | 2147541903 Long Distance | LD |
| | Amount =   $2.38 | |
| 12/03/07 | 4107734033 Long Distance | LD |
| | Amount =   $10.71 | |
| 12/03/07 | 2134306262 Long Distance | LD |
| | Amount =   $5.95 | |
| 12/03/07 | 2134306262 Long Distance | LD |
| | Amount =   $3.57 | |
| 12/03/07 | 9495171725 Long Distance | LD |
| | Amount =   $2.38 | |
| 12/03/07 | 4159848933 Long Distance | LD |
| | Amount =   $1.19 | |
| 12/03/07 | 2134228093 Long Distance | LD |
| | Amount =   $11.90 | |
| 12/03/07 | 9516821771 Long Distance | LD |
| | Amount =   $2.38 | |
| 12/03/07 | 7162044600 Long Distance | LD |
| | Amount =   $1.19 | |
| 12/03/07 | 8132511541 Long Distance | LD |
| | Amount =   $1.19 | |
| 12/03/07 | 2023835315 Long Distance | LD |
| | Amount =   $2.38 | |
| 12/03/07 | 2023835315 Long Distance | LD |
| | Amount =   $4.76 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

January 23, 2008
Invoice 286674
Page 85

Client #  727440

| | | | |
|---|---|---|---|
| 12/03/07 | 2023835315 Long Distance | | LD |
| | Amount = | $11.90 | |
| 12/03/07 | 2023835315 Long Distance | | LD |
| | Amount = | $21.42 | |
| 12/03/07 | ALL PACER | | DOCRETRI |
| | Amount = | $60.48 | |
| 12/03/07 | Printing | | DUP |
| | Amount = | $2.80 | |
| 12/04/07 | IKON OFFICE SOLUTIONS: INVOICE WIL07120039/FAX BROADCAST ON 12/4/07/157422 | | TELC |
| | Amount = | $468.00 | |
| 12/04/07 | Photocopies | | DUP |
| | Amount = | $2.90 | |
| 12/04/07 | 2023076449 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/04/07 | 2152992079 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/04/07 | 8139087725 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/04/07 | 8139087725 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/04/07 | 4159511122 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/04/07 | 2134307717 Long Distance | | LD |
| | Amount = | $5.95 | |
| 12/04/07 | 2134306262 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/04/07 | 2023076449 Long Distance | | LD |
| | Amount = | $4.76 | |
| 12/04/07 | 5102362365 Long Distance | | LD |
| | Amount = | $10.71 | |
| 12/04/07 | 2136875623 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/04/07 | 7814301757 Long Distance | | LD |
| | Amount = | $7.14 | |
| 12/04/07 | 2134228093 Long Distance | | LD |
| | Amount = | $7.14 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

January 23, 2008
Invoice 286674
Page 86

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 12/04/07 | 9492664292 Long Distance | | LD |
| | Amount = $5.95 | | |
| 12/04/07 | 2134306262 Long Distance | | LD |
| | Amount = $3.57 | | |
| 12/04/07 | DELIVERY EXPENSE 12/1-12/3 | | MESS |
| | Amount = $3.20 | | |
| 12/04/07 | Messenger and delivery - 12/3/07, BANKRUPTCYCOURT, MJM | | MESS |
| | Amount = $4.50 | | |
| 12/04/07 | ALL PACER | | DOCRETRI |
| | Amount = $23.84 | | |
| 12/04/07 | Printing | | DUP |
| | Amount = $1.05 | | |
| 12/04/07 | Printing | | DUP |
| | Amount = $31.60 | | |
| 12/04/07 | Printing | | DUP |
| | Amount = $1.80 | | |
| 12/05/07 | DIANA DOMAN TRANSCRIBING: INVOICE 2007-02530/FEDERAL COURT EXPEDITED 12/5/07 | | CTRPT |
| | Amount = $106.70 | | |
| 12/05/07 | Photocopies | | DUP |
| | Amount = $49.20 | | |
| 12/05/07 | Photocopies | | DUP |
| | Amount = $5.10 | | |
| 12/05/07 | Photocopies | | DUP |
| | Amount = $7.50 | | |
| 12/05/07 | 6173316463 Long Distance | | LD |
| | Amount = $2.38 | | |
| 12/05/07 | 2139102200 Long Distance | | LD |
| | Amount = $1.19 | | |
| 12/05/07 | 7024811355 Long Distance | | LD |
| | Amount = $4.76 | | |
| 12/05/07 | 2134307704 Long Distance | | LD |
| | Amount = $66.64 | | |
| 12/05/07 | 2032711614 Long Distance | | LD |
| | Amount = $1.19 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

January 23, 2008
Invoice 286674
Page 87

Client #  727440

| | | | |
|---|---|---|---|
| 12/05/07 | 8189068300 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/05/07 | 4159848941 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/05/07 | 2155610950 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/05/07 | 2134306262 Long Distance | | LD |
| | Amount = | $8.33 | |
| 12/05/07 | 4157726421 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/05/07 | Messenger and delivery - 12/4/07, BANKRUPTCY COURT. CXG | | MESS |
| | Amount = | $4.50 | |
| 12/05/07 | ALL PACER | | DOCRETRI |
| | Amount = | $41.60 | |
| 12/05/07 | Printing | | DUP |
| | Amount = | $2.00 | |
| 12/05/07 | Printing | | DUP |
| | Amount = | $2.00 | |
| 12/05/07 | Printing | | DUP |
| | Amount = | $32.50 | |
| 12/05/07 | Printing | | DUP |
| | Amount = | $6.05 | |
| 12/06/07 | NEW CENTURY MORTGAGE CORP - Messenger and delivery | | MESS |
| | Amount = | $24.60 | |
| 12/06/07 | OMELVENY AND MYERS - Messenger and delivery | | MESS |
| | Amount = | $24.60 | |
| 12/06/07 | OFFICE OF THE UNITED STATES TRUSTEE - Messenger and delivery | | MESS |
| | Amount = | $11.86 | |
| 12/06/07 | AP SERVICES - Messenger and delivery | | MESS |
| | Amount = | $11.86 | |
| 12/06/07 | BLANK ROME - Messenger and delivery | | MESS |
| | Amount = | $11.86 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

January 23, 2008
Invoice 286674
Page 88

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 12/06/07 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | Amount = | $11.86 | |
| 12/06/07 | WARREN H SMITH AND ASSOC. - Messenger and delivery | | MESS |
| | Amount = | $22.45 | |
| 12/06/07 | Photocopies | | DUP |
| | Amount = | $31.50 | |
| 12/06/07 | Photocopies | | DUP |
| | Amount = | $32.40 | |
| 12/06/07 | 21297230000 Long Distance | | LD |
| | Amount = | $7.14 | |
| 12/06/07 | 7024811355 Long Distance | | LD |
| | Amount = | $5.95 | |
| 12/06/07 | 2156800780 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/06/07 | Messenger and delivery - 12/5/07, US TRUSTEE, CXS | | MESS |
| | Amount = | $4.50 | |
| 12/06/07 | Messenger and delivery - 12/5/07, BLAKE ROME, CXS | | MESS |
| | Amount = | $4.50 | |
| 12/06/07 | Messenger and delivery - 12/5/07, BANKRUPTCY COURT, MDC/CXS | | MESS |
| | Amount = | $4.50 | |
| 12/06/07 | ALL PACER | | DOCRETRI |
| | Amount = | $72.00 | |
| 12/07/07 | 2155602128 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/07/07 | 2134307717 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/07/07 | 6103042665 Long Distance | | LD |
| | Amount = | $4.76 | |
| 12/07/07 | 6022577430 Long Distance | | LD |
| | Amount = | $5.95 | |
| 12/07/07 | ALL PACER | | DOCRETRI |
| | Amount = | $73.60 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq.. SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

January 23, 2008
Invoice 286674
Page 89
Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 12/07/07 | Printing | | DUP |
| | Amount = | $12.05 | |
| 12/09/07 | ALL PACER | | DOCRETRI |
| | Amount = | $4.80 | |
| 12/10/07 | GALLUCIO'S CAFE: FOOD SERVICE 12/6-12/19 | | MEALSCL |
| | Amount = | $6.33 | |
| 12/10/07 | Photocopies | | DUP |
| | Amount = | $0.30 | |
| 12/10/07 | Photocopies | | DUP |
| | Amount = | $3.00 | |
| 12/10/07 | Photocopies | | DUP |
| | Amount = | $14.90 | |
| 12/10/07 | Photocopies | | DUP |
| | Amount = | $8.80 | |
| 12/10/07 | Photocopies | | DUP |
| | Amount = | $1.70 | |
| 12/10/07 | 2124787320 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/10/07 | 2146515586 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/10/07 | 3104362154 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/10/07 | 2146515586 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/10/07 | 2134306262 Long Distance | | LD |
| | Amount = | $13.09 | |
| 12/10/07 | 9495171725 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/10/07 | 2134306049 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/10/07 | DELIVERY EXPENSE 12/7/07 | | MESS |
| | Amount = | $3.20 | |
| 12/10/07 | Messenger and delivery - 12/6/07. BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 12/10/07 | ALL PACER | | DOCRETRI |
| | Amount = | $27.04 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

January 23, 2008
Invoice 286674

Page 90

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 12/10/07 | Printing | | DUP |
| | | Amount =   $32.60 | |
| 12/10/07 | Printing | | DUP |
| | | Amount =   $6.05 | |
| 12/10/07 | Printing | | DUP |
| | | Amount =   $5.55 | |
| 12/11/07 | IKON OFFICE SOLUTIONS: INVOICE WII 07120097/12/11/07 BROADCAST FAX/157422 | | TELC |
| | | Amount =   $70.50 | |
| 12/11/07 | IKON OFFICE SOLUTIONS: INVOICE WII 07120085/12/11/07 FAX BROADCAST/157422 | | TELC |
| | | Amount =   $66.00 | |
| 12/11/07 | Messenger and delivery - 12/6/07, ADJ NY, BJW | | MESS |
| | | Amount =   $0.61 | |
| 12/11/07 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | | Amount =   $71.42 | |
| 12/11/07 | Photocopies | | DUP |
| | | Amount =   $0.30 | |
| 12/11/07 | Photocopies | | DUP |
| | | Amount =   $0.10 | |
| 12/11/07 | 2124787320 Long Distance | | LD |
| | | Amount =   $5.95 | |
| 12/11/07 | 9495171696 Long Distance | | LD |
| | | Amount =   $3.57 | |
| 12/11/07 | 3014412420 Long Distance | | LD |
| | | Amount =   $3.57 | |
| 12/11/07 | 9259436570 Long Distance | | LD |
| | | Amount =   $7.14 | |
| 12/11/07 | 9493559801 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 12/11/07 | Messenger and delivery - 12/10/07, BANKRUPTCY COURT, CXG | | MESS |
| | | Amount =   $4.50 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq.. SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

January 23. 2008
Invoice 286674
Page 91
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 12/11/07 | ALL PACER | | DOCRETRI |
| | Amount = | $39.68 | |
| 12/11/07 | Printing | | DUP |
| | Amount = | $4.45 | |
| 12/11/07 | Printing | | DUP |
| | Amount = | $1.15 | |
| 12/11/07 | Printing | | DUP |
| | Amount = | $1.15 | |
| 12/12/07 | JENNIFER RYAN ENSLEN: TRANSCRIPT OF 12/12/07 HEARING | | CTRPT |
| | Amount = | $40.25 | |
| 12/12/07 | Photocopies | | DUP |
| | Amount = | $12.00 | |
| 12/12/07 | 4692215075 Long Distance | | LD |
| | Amount = | $9.52 | |
| 12/12/07 | 3102013571 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/12/07 | 8133422200 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/12/07 | 5102362365 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/12/07 | 4102633131 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/12/07 | 9495171696 Long Distance | | LD |
| | Amount = | $7.14 | |
| 12/12/07 | 6154653814 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/12/07 | 7182913400 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/12/07 | 6503299996 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/12/07 | 9167970823 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/12/07 | 2145382436 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/12/07 | Messenger and delivery - 12/11/07, BANKRUPTCY COURT. CXG | | MESS |
| | Amount = | $4.50 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

January 23, 2008
Invoice 286674
Page 92

Client #   727440

| | | | |
|---|---|---|---|
| 12/12/07 | ALL PACER | | DOCRETRI |
| | | Amount = $26.80 | |
| 12/12/07 | Printing | | DUP |
| | | Amount = $14.90 | |
| 12/12/07 | Printing | | DUP |
| | | Amount = $3.85 | |
| 12/12/07 | Printing | | DUP |
| | | Amount = $2.45 | |
| 12/13/07 | Messenger and delivery - 12/3/07, ADJ CA, AJ | | MESS |
| | | Amount = $2.59 | |
| 12/13/07 | WARREN H SMITH AND ASSOC. - Messenger and delivery | | MESS |
| | | Amount = $43.44 | |
| 12/13/07 | Photocopies | | DUP |
| | | Amount = $2.00 | |
| 12/13/07 | Photocopies | | DUP |
| | | Amount = $0.20 | |
| 12/13/07 | Photocopies | | DUP |
| | | Amount = $0.70 | |
| 12/13/07 | 9498606043 Long Distance | | LD |
| | | Amount = $1.19 | |
| 12/13/07 | 2147541903 Long Distance | | LD |
| | | Amount = $3.57 | |
| 12/13/07 | 2489526459 Long Distance | | LD |
| | | Amount = $1.19 | |
| 12/13/07 | 2124082452 Long Distance | | LD |
| | | Amount = $1.19 | |
| 12/13/07 | 2134228093 Long Distance | | LD |
| | | Amount = $11.90 | |
| 12/13/07 | 5123233200 Long Distance | | LD |
| | | Amount = $17.85 | |
| 12/13/07 | 8067445091 Long Distance | | LD |
| | | Amount = $4.76 | |
| 12/13/07 | 2124787425 Long Distance | | LD |
| | | Amount = $2.38 | |
| 12/13/07 | 9408988888 Long Distance | | LD |
| | | Amount = $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

January 23, 2008
Invoice 286674
Page 93
Client #  727440

| | | | | |
|---|---|---|---|---|
| 12/13/07 | 8564357172 Long Distance | | | LD |
| | | Amount = | $1.19 | |
| 12/13/07 | 2126321913 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 12/13/07 | 2124787425 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 12/13/07 | 2126321993 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 12/13/07 | 2482040675 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 12/13/07 | 2134228093 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 12/13/07 | 8564357172 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 12/13/07 | 8564357172 Long Distance | | | LD |
| | | Amount = | $1.19 | |
| 12/13/07 | 9516821771 Long Distance | | | LD |
| | | Amount = | $3.57 | |
| 12/13/07 | 4107734089 Long Distance | | | LD |
| | | Amount = | $3.57 | |
| 12/13/07 | 2134306262 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 12/13/07 | 2134306262 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 12/13/07 | ALL PACER | | | DOCRETRI |
| | | Amount = | $104.00 | |
| 12/13/07 | Printing | | | DUP |
| | | Amount = | $2.30 | |
| 12/13/07 | Printing | | | DUP |
| | | Amount = | $2.30 | |
| 12/13/07 | Printing | | | DUP |
| | | Amount = | $2.55 | |
| 12/13/07 | Printing | | | DUP |
| | | Amount = | $3.15 | |
| 12/13/07 | Printing | | | DUP |
| | | Amount = | $1.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

January 23, 2008
Invoice 286674

Page 94

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 12/13/07 | Printing | | DUP |
| | | Amount = $2.20 | |
| 12/13/07 | Printing | | DUP |
| | | Amount = $2.70 | |
| 12/13/07 | Printing | | DUP |
| | | Amount = $2.70 | |
| 12/13/07 | Printing | | DUP |
| | | Amount = $2.90 | |
| 12/13/07 | Printing | | DUP |
| | | Amount = $2.55 | |
| 12/13/07 | Printing | | DUP |
| | | Amount = $3.10 | |
| 12/13/07 | Printing | | DUP |
| | | Amount = $1.85 | |
| 12/13/07 | Printing | | DUP |
| | | Amount = $1.95 | |
| 12/13/07 | Printing | | DUP |
| | | Amount = $1.95 | |
| 12/13/07 | Printing | | DUP |
| | | Amount = $1.55 | |
| 12/13/07 | Printing | | DUP |
| | | Amount = $1.00 | |
| 12/13/07 | Printing | | DUP |
| | | Amount = $1.00 | |
| 12/13/07 | Printing | | DUP |
| | | Amount = $46.20 | |
| 12/14/07 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | | Amount = $51.49 | |
| 12/14/07 | Photocopies | | DUP |
| | | Amount = $22.90 | |
| 12/14/07 | 18188711901 Telecopier Charges | | TELC |
| | | Amount = $2.00 | |
| 12/14/07 | 18132511541 Telecopier Charges | | TELC |
| | | Amount = $2.00 | |
| 12/14/07 | 9408988888 Long Distance | | LD |
| | | Amount = $19.04 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq.. SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

January 23. 2008
Invoice 286674
Page 95
Client #  727440

| 12/14/07 | 2134306262 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/14/07 | 6173316463 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/14/07 | 6173316463 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/14/07 | 2124787425 Long Distance | | LD |
| | Amount = | $19.04 | |
| 12/14/07 | 2145382436 Long Distance | | LD |
| | Amount = | $9.52 | |
| 12/14/07 | 7138621860 Long Distance | | LD |
| | Amount = | $4.76 | |
| 12/14/07 | 8188711900 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/14/07 | 2134306262 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/14/07 | 2134307800 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/14/07 | 8188711901 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/14/07 | 8132514766 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/14/07 | 7162044600 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/14/07 | 7162044600 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/14/07 | 8132514766 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/14/07 | 7162044600 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/14/07 | 8132514766 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/14/07 | 8132514766 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/14/07 | 7162044600 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/14/07 | 8132514766 Long Distance | | LD |
| | Amount = | $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq.. SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

January 23. 2008
Invoice 286674
Page 96

Client #  727440

| Date | Description | | Code |
|------|-------------|--|------|
| 12/14/07 | 7162044600 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 12/14/07 | 8132511541 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 12/14/07 | 7162044600 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 12/14/07 | 7162044600 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 12/14/07 | 7162044600 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 12/14/07 | 7162044600 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 12/14/07 | 7162044600 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 12/14/07 | 7162044600 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 12/14/07 | DELIVERY EXPENSE 12/13/07 | | MESS |
| | Amount =  $3.20 | | |
| 12/14/07 | ALL PACER | | DOCRETRI |
| | Amount =  $21.84 | | |
| 12/14/07 | Printing | | DUP |
| | Amount =  $6.25 | | |
| 12/14/07 | Printing | | DUP |
| | Amount =  $3.50 | | |
| 12/14/07 | Printing | | DUP |
| | Amount =  $4.75 | | |
| 12/16/07 | ALL PACER | | DOCRETRI |
| | Amount =  $25.68 | | |
| 12/16/07 | Printing | | DUP |
| | Amount =  $3.05 | | |
| 12/17/07 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount =  $66.25 | | |
| 12/17/07 | Photocopies | | DUP |
| | Amount =  $42.60 | | |
| 12/17/07 | Photocopies | | DUP |
| | Amount =  $73.40 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

January 23, 2008
Invoice 286674

Page 97

Client #  727440

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 12/17/07 | 17162044600 Telecopier Charges | | TELC |
| | Amount =  $2.00 | | |
| 12/17/07 | 7182913400 Long Distance | | LD |
| | Amount =  $3.57 | | |
| 12/17/07 | 2128211980 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 12/17/07 | 3014412420 Long Distance | | LD |
| | Amount =  $3.57 | | |
| 12/17/07 | 7162044600 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 12/17/07 | 4088087901 Long Distance | | LD |
| | Amount =  $7.14 | | |
| 12/17/07 | 3106212210 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 12/17/07 | 7148345257 Long Distance | | LD |
| | Amount =  $3.57 | | |
| 12/17/07 | 2147541903 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 12/17/07 | 4159848941 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 12/17/07 | 2124787200 Long Distance | | LD |
| | Amount =  $2.38 | | |
| 12/17/07 | 5123020190 Long Distance | | LD |
| | Amount =  $3.57 | | |
| 12/17/07 | 2134307717 Long Distance | | LD |
| | Amount =  $1.19 | | |
| 12/17/07 | ALL PACER | | DOCRETRI |
| | Amount =  $41.84 | | |
| 12/17/07 | ALL PACER | | DOCRETRI |
| | Amount =  $12.56 | | |
| 12/17/07 | Printing | | DUP |
| | Amount =  $51.30 | | |
| 12/17/07 | Printing | | DUP |
| | Amount =  $17.80 | | |
| 12/18/07 | IKON OFFICE SOLUTIONS: INVOICE WIL07120158/FAX BROADCAST OF 12/18/07/ 157422 | | TELC |
| | Amount =  $416.50 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

January 23, 2008
Invoice 286674
Page 98

Client #  727440

| | | | |
|---|---|---|---|
| 12/18/07 | Photocopies | | DUP |
| | Amount = | $0.10 | |
| 12/18/07 | Photocopies | | DUP |
| | Amount = | $9.30 | |
| 12/18/07 | 3127017074 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/18/07 | 9497605130 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/18/07 | 2134228093 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/18/07 | 9516821771 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/18/07 | 2145382436 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/18/07 | 2129723000 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/18/07 | 8165501546 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/18/07 | 2124082452 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/18/07 | 2134307704 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/18/07 | Messenger and delivery - 12/14/07, BANKRUPTCY COURT, AJ | | MESS |
| | Amount = | $5.50 | |
| 12/18/07 | Messenger and delivery - 12/14/07, PEPPER HAMILTON, AJ | | MESS |
| | Amount = | $4.50 | |
| 12/18/07 | Messenger and delivery - 12/14/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 12/18/07 | ALL PACER | | DOCRETRI |
| | Amount = | $47.44 | |
| 12/18/07 | Printing | | DUP |
| | Amount = | $1.00 | |
| 12/18/07 | Printing | | DUP |
| | Amount = | $6.95 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

January 23, 2008
Invoice 286674
Page 99

Client #  727440

| 12/18/07 | Printing | DUP |
|---|---|---|
| | Amount =   $1.50 | |
| 12/18/07 | Westlaw | LEXIS |
| | Amount =   $357.42 | |
| 12/19/07 | #152294-INTERCALL TO RECLASS NOVEMBER CONFERENCE CALLS FROM 8001 TO VARIOUS MATTERS | LD |
| | Amount =   $16.06 | |
| 12/19/07 | COURTCALL LLC: CCDA-05-1619/DEBIT LEDGER 12/1-12/16 | FLFEE |
| | Amount =   $50.00 | |
| 12/19/07 | GALLUCIO'S CAFE: FOOD SERVICE 12/6-12/19 | MEALSCL |
| | Amount =   $17.75 | |
| 12/19/07 | BINDING  12/10-12/18 | BIND |
| | Amount =   $8.00 | |
| 12/19/07 | KIRKPATRICK and LOCKHARD PRESONT GATE - Messenger and delivery | MESS |
| | Amount =   $9.81 | |
| 12/19/07 | HAHN AND HESSEN - Messenger and delivery | MESS |
| | Amount =   $9.81 | |
| 12/19/07 | OMELVENY AND MYERS - Messenger and delivery | MESS |
| | Amount =   $15.10 | |
| 12/19/07 | AP SERVICES - Messenger and delivery | MESS |
| | Amount =   $9.88 | |
| 12/19/07 | BLANK ROME - Messenger and delivery | MESS |
| | Amount =   $9.88 | |
| 12/19/07 | WARREN H SMITH AND ASSOC - Messenger and delivery | MESS |
| | Amount =   $14.01 | |
| 12/19/07 | KIRKPATRICK and LOCKHART PRETON GATES - Messenger and delivery | MESS |
| | Amount =   $9.81 | |
| 12/19/07 | KIRKPATRICK and LOCKHARD PRESTON GATE - Messenger and delivery | MESS |
| | Amount =   $9.81 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

January 23, 2008
Invoice 286674

Page 100

Client #  727440

| | | | |
|---|---|---|---|
| 12/19/07 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | Amount = | $15.10 | |
| 12/19/07 | OFFICE OF THE US TRUSTEE - Messenger and delivery | | MESS |
| | Amount = | $9.88 | |
| 12/19/07 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | Amount = | $9.88 | |
| 12/19/07 | Photocopies | | DUP |
| | Amount = | $7.10 | |
| 12/19/07 | Photocopies | | DUP |
| | Amount = | $32.90 | |
| 12/19/07 | 2145382436 Long Distance | | LD |
| | Amount = | $9.52 | |
| 12/19/07 | 9549830670 Long Distance | | LD |
| | Amount = | $10.71 | |
| 12/19/07 | 9544654432 Long Distance | | LD |
| | Amount = | $7.14 | |
| 12/19/07 | 2022633264 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/19/07 | 7078248707 Long Distance | | LD |
| | Amount = | $16.66 | |
| 12/19/07 | 2134228093 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/19/07 | 2146515586 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/19/07 | 2125364812 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/19/07 | 6503436002 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/19/07 | 2023835315 Long Distance | | LD |
| | Amount = | $7.14 | |
| 12/19/07 | 4159848933 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/19/07 | 2134228093 Long Distance | | LD |
| | Amount = | $4.76 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

January 23, 2008
Invoice 286674
Page 101

Client #  727440

| | | |
|---|---|---|
| 12/19/07 | 3107146646 Long Distance | LD |
| | Amount = $1.19 | |
| 12/19/07 | Messenger and delivery - 12/18/07, BANKRUPTCY COURT, CXG | MESS |
| | Amount = $4.50 | |
| 12/19/07 | ALL PACER | DOCRETRI |
| | Amount = $16.72 | |
| 12/19/07 | Printing | DUP |
| | Amount = $5.45 | |
| 12/19/07 | Printing | DUP |
| | Amount = $9.45 | |
| 12/19/07 | Printing | DUP |
| | Amount = $6.00 | |
| 12/19/07 | Printing | DUP |
| | Amount = $43.90 | |
| 12/19/07 | Printing | DUP |
| | Amount = $2.20 | |
| 12/20/07 | DIANA DOMAN TRANSCRIBING: INVOICE 2007-02646/FEDERAL COURT EXPEDITED 12/20/07 | CTRPT |
| | Amount = $61.60 | |
| 12/20/07 | GALLUCIO'S CAFE: FOOD SERVICE 11/26-12/27 | MEALSCL |
| | Amount = $12.91 | |
| 12/20/07 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | MESS |
| | Amount = $27.40 | |
| 12/20/07 | OFFICE OF THE US TRUSTEE - Messenger and delivery | MESS |
| | Amount = $12.47 | |
| 12/20/07 | HAHN AND HESSEN - Messenger and delivery | MESS |
| | Amount = $12.47 | |
| 12/20/07 | OMELVENY AND MYERS - Messenger and delivery | MESS |
| | Amount = $27.40 | |
| 12/20/07 | AP SERVICES - Messenger and delivery | MESS |
| | Amount = $12.47 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

January 23, 2008
Invoice 286674

Page 102

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 12/20/07 | BLANK ROME - Messenger and delivery | | MESS |
| | Amount = | $12.47 | |
| 12/20/07 | WARREN H SMITH AND ASSOC. - Messenger and delivery | | MESS |
| | Amount = | $25.29 | |
| 12/20/07 | Photocopies | | DUP |
| | Amount = | $31.20 | |
| 12/20/07 | Photocopies | | DUP |
| | Amount = | $7.40 | |
| 12/20/07 | Photocopies | | DUP |
| | Amount = | $0.40 | |
| 12/20/07 | Photocopies | | DUP |
| | Amount = | $0.40 | |
| 12/20/07 | Photocopies | | DUP |
| | Amount = | $86.40 | |
| 12/20/07 | Photocopies | | DUP |
| | Amount = | $98.70 | |
| 12/20/07 | 2484310190 Long Distance | | LD |
| | Amount = | $4.76 | |
| 12/20/07 | 2484310190 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/20/07 | 2484310190 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/20/07 | 2484310190 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/20/07 | 21248197777 Long Distance | | LD |
| | Amount = | $4.76 | |
| 12/20/07 | 2124819777 Long Distance | | LD |
| | Amount = | $9.52 | |
| 12/20/07 | 2134307717 Long Distance | | LD |
| | Amount = | $14.28 | |
| 12/20/07 | 9495171725 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/20/07 | 2124787355 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/20/07 | 9495171725 Long Distance | | LD |
| | Amount = | $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

January 23, 2008
Invoice 286674
Page 103

Client #  727440

| | | | |
|---|---|---|---|
| 12/20/07 | 3129527494 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/20/07 | 4159848941 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/20/07 | 2134307717 Long Distance | | LD |
| | Amount = | $5.95 | |
| 12/20/07 | 3122761407 Long Distance | | LD |
| | Amount = | $13.09 | |
| 12/20/07 | 2134228093 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/20/07 | 2134307717 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/20/07 | DELIVERY EXPENSE 12/19/07 | | MESS |
| | Amount = | $9.60 | |
| 12/20/07 | Messenger and delivery - 12/19/07, BANKRUPTCY COURT, MDC | | MESS |
| | Amount = | $4.50 | |
| 12/20/07 | ALL PACER | | DOCRETRI |
| | Amount = | $19.28 | |
| 12/20/07 | Postage | | POST |
| | Amount = | $68.44 | |
| 12/20/07 | Printing | | DUP |
| | Amount = | $15.35 | |
| 12/20/07 | Printing | | DUP |
| | Amount = | $56.05 | |
| 12/21/07 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | Amount = | $15.10 | |
| 12/21/07 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | Amount = | $9.88 | |
| 12/21/07 | OMELVENY AND MYERS - Messenger and delivery | | MESS |
| | Amount = | $15.10 | |
| 12/21/07 | AP SERVICES - Messenger and delivery | | MESS |
| | Amount = | $9.88 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

January 23, 2008
Invoice 286674
Page 104

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 12/21/07 | WARREN H SMITH AND ASSOC. - Messenger and delivery | | MESS |
| | Amount = | $14.01 | |
| 12/21/07 | Photocopies | | DUP |
| | Amount = | $21.60 | |
| 12/21/07 | 2124787355 Long Distance | | LD |
| | Amount = | $5.95 | |
| 12/21/07 | 2146515586 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/21/07 | 4159848933 Long Distance | | LD |
| | Amount = | $29.75 | |
| 12/21/07 | 2124082452 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/21/07 | 2134307717 Long Distance | | LD |
| | Amount = | $4.76 | |
| 12/21/07 | 6125963930 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/21/07 | 3148639100 Long Distance | | LD |
| | Amount = | $5.95 | |
| 12/21/07 | 4159848933 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/21/07 | 2122596097 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/21/07 | 4159848933 Long Distance | | LD |
| | Amount = | $10.71 | |
| 12/21/07 | DELIVERY EXPENSE 12/20/07 | | MESS |
| | Amount = | $7.70 | |
| 12/21/07 | Messenger and delivery - 12/20/07, POST OFFICE/NEW CASTLE, BJW | | MESS |
| | Amount = | $51.30 | |
| 12/21/07 | Messenger and delivery - 12/20/07, US TRUSTEE, BJW | | MESS |
| | Amount = | $5.50 | |
| 12/21/07 | Messenger and delivery - 12/20/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 12/21/07 | ALL PACER | | DOCRETRI |
| | Amount = | $52.08 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

January 23, 2008
Invoice 286674
Page 105

Client #  727440

| | | | |
|---|---|---|---|
| 12/22/07 | ALL PACER | | DOCRETRI |
| | | Amount = $2.72 | |
| 12/26/07 | Photocopies | | DUP |
| | | Amount = $0.30 | |
| 12/26/07 | Photocopies | | DUP |
| | | Amount = $2.40 | |
| 12/26/07 | Photocopies | | DUP |
| | | Amount = $0.80 | |
| 12/26/07 | Photocopies | | DUP |
| | | Amount = $36.70 | |
| 12/26/07 | 2136941200 Long Distance | | LD |
| | | Amount = $2.38 | |
| 12/26/07 | Messenger and delivery - 12/21/07. POST OFFICE/NEW CASTLE. AJ | | MESS |
| | | Amount = $51.30 | |
| 12/26/07 | Messenger and delivery - 12/21/07. 2 AFTER HOURS DELIVERIES. AJ | | MESS |
| | | Amount = $11.00 | |
| 12/26/07 | ALL PACER | | DOCRETRI |
| | | Amount = $53.28 | |
| 12/26/07 | Printing | | DUP |
| | | Amount = $5.45 | |
| 12/26/07 | Printing | | DUP |
| | | Amount = $10.90 | |
| 12/26/07 | Printing | | DUP |
| | | Amount = $1.15 | |
| 12/27/07 | GALLUCIO'S CAFE: FOOD SERVICE 12/27-1/15 | | MEALSCL |
| | | Amount = $20.87 | |
| 12/27/07 | Photocopies | | DUP |
| | | Amount = $10.80 | |
| 12/27/07 | 2134228093 Long Distance | | LD |
| | | Amount = $3.57 | |
| 12/27/07 | 8067445091 Long Distance | | LD |
| | | Amount = $2.38 | |
| 12/27/07 | 3129527494 Long Distance | | LD |
| | | Amount = $7.14 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

January 23, 2008
Invoice 286674
Page 106

Client #  727440

| 12/27/07 | 6094050554 Long Distance | | LD |
|---|---|---|---|
| | Amount = | $2.38 | |
| 12/27/07 | 7078248707 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/27/07 | 8165501546 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/27/07 | ALL PACER | | DOCRETRI |
| | Amount = | $62.64 | |
| 12/27/07 | Printing | | DUP |
| | Amount = | $1.05 | |
| 12/27/07 | Printing | | DUP |
| | Amount = | $8.00 | |
| 12/27/07 | Printing | | DUP |
| | Amount = | $1.00 | |
| 12/28/07 | OMELVENY AND MYERS - Messenger and delivery | | MESS |
| | Amount = | $29.68 | |
| 12/28/07 | AP SERVICES - Messenger and delivery | | MESS |
| | Amount = | $13.90 | |
| 12/28/07 | BLANK ROME - Messenger and delivery | | MESS |
| | Amount = | $13.90 | |
| 12/28/07 | WARREN H SMITH AND ASSOC. - Messenger and delivery | | MESS |
| | Amount = | $27.98 | |
| 12/28/07 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | Amount = | $29.68 | |
| 12/28/07 | OFFICE OF THE US TRUSTEE - Messenger and delivery | | MESS |
| | Amount = | $13.90 | |
| 12/28/07 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | Amount = | $13.90 | |
| 12/28/07 | Photocopies | | DUP |
| | Amount = | $136.00 | |
| 12/28/07 | Photocopies | | DUP |
| | Amount = | $89.90 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq . SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

January 23, 2008
Invoice 286674
Page 107

Client #  727440

| 12/28/07 | 7173464643 Long Distance | | LD |
|---|---|---|---|
| | Amount = | $9.52 | |
| 12/28/07 | 6154653814 Long Distance | | LD |
| | Amount = | $4.76 | |
| 12/28/07 | 5855908932 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/28/07 | 2134306262 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/28/07 | 7138621860 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/28/07 | 2134228093 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/28/07 | 2134228093 Long Distance | | LD |
| | Amount = | $3.57 | |
| 12/28/07 | 7138621860 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/28/07 | 2134306262 Long Distance | | LD |
| | Amount = | $1.19 | |
| 12/28/07 | Messenger and delivery - 12/27/07, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 12/28/07 | Messenger and delivery - 12/27/07, BANKRUPTCY COURT. MJM | | MESS |
| | Amount = | $4.50 | |
| 12/28/07 | ALL PACER | | DOCRETRI |
| | Amount = | $56.32 | |
| 12/28/07 | Printing | | DUP |
| | Amount = | $10.10 | |
| 12/28/07 | Printing | | DUP |
| | Amount = | $2.65 | |
| 12/28/07 | Printing | | DUP |
| | Amount = | $22.50 | |
| 12/30/07 | ALL PACER | | DOCRETRI |
| | Amount = | $44.40 | |
| 12/30/07 | Printing | | DUP |
| | Amount = | $13.15 | |
| 12/31/07 | BINDING 12/26-12/31/07 | | BIND |
| | Amount = | $2.00 | |

| 12/31/07 | 7138621860 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/31/07 | 7032731400 Long Distance | | LD |
| | Amount = | $2.38 | |
| 12/31/07 | 7078248707 Long Distance | | LD |
| | Amount = | $8.33 | |
| 12/31/07 | ALL PACER | | DOCRETRI |
| | Amount = | $19.92 | |
| 12/31/07 | Westlaw | | LEXIS |
| | Amount = | $133.35 | |

TOTALS FOR   727440                    New Century Financial Corporation and New Century

Expenses     $7,904.37