IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS,
INC., et al.,

Debtors.

Chapter 11
Case No. 07-10416-KJC, et seq.

**Objections due by: February 13, 2008, 4:00 p.m.**
**Hearing Date: February 20, 2008 at 1:30 p.m.**

**NOTICE OF MOTION OF COUNTRYWIDE HOME LOANS SERVICING LP FOR
THE BENEFIT OF HSBC BANK USA, N.A..
FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

TO:   Parties listed on the Certificate of Service

Countrywide Home Loans Servicing LP for the benefit of HSBC Bank USA, N.A.. has
filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic
stay to exercise its non-bankruptcy rights with respect to a parcel of real property in which the
above-captioned debtor may hold an interest, located at 4412 Durance Drive, Modesto, CA
95354.

**HEARING ON THE MOTION WILL BE HELD ON FEBRUARY 20, 2008 AT
1:30 P.M.**

You are required to file a response (and the supporting documentation required by Local
Rule 4001-1(d)) to the attached motion at lease five business days before the above hearing date.
At the same time, you must also serve a copy of the response upon movant's attorneys:

Thomas D.H. Barnett, Esquire
Draper & Goldberg, PLLC
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947

Adam Hiller, Esquire
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone

The hearing date specified above may be a preliminary hearing or may be consolidated
with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in
advance for the purpose of determining whether a consent judgment may be entered and/or for
the purpose of stipulating to relevant facts such as value of the property, and the extent and
validity of any security instrument.

*Movant: Countrywide Home Loans Servicing LP for the benefit of HSBC Bank USA, N.A..*
*D&G Reference: 212039*
*Property Address: 4412 Durance Drive, Modesto, CA 95354*

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTING IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 22, 2008     Respectfully submitted,
   Wilmington, Delaware

            DRAPER & GOLDBERG, PLLC


             **/s/ Adam Hiller**
            Adam Hiller (DE No. 4105)
            1500 North French Street, 2nd Floor
            Wilmington, Delaware 19801
            (302) 339-8776 telephone
            (302) 213-0043 facsimile

            and

            Thomas D.H. Barnett (DE No. 994)
            Draper & Goldberg, PLLC
            P.O. Box 947
            512 East Market Street
            Georgetown, Delaware 19947

            *Attorneys for Movant*