# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:  
Stanley Votruba  
Creditor

Chapter 11  
Case No. 07-10416 (KJC)  
Jointly Administered

## Response to Debtor's Eight Ominbus Objection

B) Please take notice that Stanley Votruba was an employee of Home 123 Corp. a division of New Century Corporation. Employment was terminated by Home 123 on February 2, 2007. Home 123 failed to pay Stanley Votruba for two weeks of work performed on the behalf of said company and reasonable expenses. For the period January 15-31, 2007 $ 2,500.00 is owed for the two weeks worked in addition to a balance of $ 463.00 in expenses from September 15, 2006 to February 2, 2007. Furthermore, I was recruited by a company and individuals that knew I was in a position for 9 years. They made false and misleading claims about the stability of the company and damaged my ability to earn a living. In addition, I am seeking an additional $ 12,000.00 for loss of income and severance. ( see attached e mails ) This amount is less than two months salary and by no means the total damages. This was the maximum allowed under NJ law to sue the defendants in Special Civil Part filed on March 7, 2007. ( see attached ). This case was dismissed as the result of the Federal Bankruptcy.

C ) Proof of claim filed previously with the courts.

D/E ) Stanley Votruba

   P.O. Box 1371

   Morristown, NJ  07962-1371  
   973 267 7666

1

## Conclusion

I believe that the **Debtors should not be granted relief as requested**.

I certify the above to be true to the best of my knowledge in information and belief. I declare under the penalty of perjury that the foregoing is true and correct.

*[signature]*

Stanley Votrube    1/21/08

# FORM A
## SPECIAL CIVIL COMPLAINT

Stanley Votruba ,Plaintiff(s)
(Your name)

P.O. Box 1371
(Your Address)

Morristown, NJ 07962-1371
(Zip Code)

(973) 267-7666
(Telephone Number)

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART

MORRIS COUNTY

Docket No. DC_____
[COURT USE ONLY]

CIVIL ACTION

**COMPLAINT**

VS.

Donna Baily, V.P. Human Resources and Home 123 Mortgage Corp. ,Defendant(s)
(Person you are suing)

22485 Tomball Parkway
(address)

Suite 100, Houston, TX 77070
(Zip Code)

(281) 205-2320
(Telephone Number)

Type or print the reasons you, the Plaintiff(s), are suing the Defendant(s): (See instruction B)

Home 123 Corporation failed to pay me for weeks worked, January 15-31 in the amount of $2,500.00. Furthermore said Corporation failed to pay me $963.00 for Business Expenses from September 18, 2006 to January 31, 2007. Lastly, said Corporation recruited me and sold me on Terms and Conditions that did not exist or were misleading or False. Causing Financial hardship and damage to my Career and Finances. As a result of Home 123 Mortgage Corp damages to me, I seek $11,000 for lost wages (You may attach more sheets if you need to)

The amount you, the Plaintiff(s) are demanding from the Defendant(s) $ 14,963.00 plus interest and $ 64.00 for the costs of suing.

At the trial Plaintiff will need:
An interpreter: ☐ Yes ☒ No  Indicate Language: _____
An accommodation for a disability: ☐ Yes ☒ No

I certify that the above matter in controversy is not the subject of any other court action or arbitration proceeding now pending or contemplated, and that no other parties should be joined in this action.

Dated: 3/7/07

_____
Your Signature

Stanley Votruba
Name Typed or Printed

RECEIVED & FILED
SUPERIOR COURT
2007 MAR -7 AM 10:57
CIVIL DIVISION

7

Fax      610-382-3819
Cell      610-247-1179

Web Site    www.thomasforker.home123.com

---

**From:** svotruba@aol.com [mailto:svotruba@aol.com]
**Sent:** Thursday, February 01, 2007 3:31 PM
**To:** Thomas Forker
**Subject:** Pay/severance

Tom.,

I have not heard from you pertaining to my pay and employment. This lack of attention to detail is indicative of to the way things have been handled with respect to our group and the set up of the Freehold office. I am very unhappy about your deceptive practices and not being truthful with me. Tom, when were you going to tell me that the entire Freehold office was no longer with the company including my manager ( Steve Mutti ) ???

It is obvious you have made a conscious effort behind my back to have me work for the last two weeks and not pay me. I was hired under terms and conditions that were represented to me that have since changed . I can not sit by in limbo waiting until you decide how you will handle this situation and the debacle you have created with the Freehold office and any licencing issues with the State of New Jersey.

I will take this opportunity to bring this to a head and make the following demands:
1) I expect to get compensated for the last two weeks of my work , in accordance to state and federal labor laws.
2) I also expect 6 weeks severance pay as a result of you and Home 123 damaging my career and repution in the industry.
3) I will consider this a layoff and file for unemployment benefits.

I trust you have the ability to make this happen and we will part on friendly terms. Failure to do so will force me to file a complaint with Home 123, all state and federal agencies where laws have been violated. Lastly, file legal action against you and Home 123 for said damages to make me whole.

Sincerly,
Stanley Votruba

973 267 7666

---

**Check out the new AOL**. Most comprehensive set of free safety and security tools, free access to millions of high-quality videos from across the web, free AOL Mail and more.

size=2 width="100%" align=center>

**Check out the new AOL**. Most comprehensive set of free safety and security tools, free access to millions of high-quality videos from across the web, free AOL Mail and more.

Stanley, can you fax me a copy of your expense report? I'll follow up with Accounts Payable. Please fax to 800-532-8574. Thanks

**Donna Bailey**
**Home 123 Mortgage Company**
**22485 Tomball Parkway Suite 100**
**Houston, TX 77070**
**Phone: 281-205-2326**
**Fax: 281-205-2417**
**donna.bailey@home123.com.**

NOTE: "Confidential, Attorney-Client Privileged Communication" This e-mail, and any attachment to it, may contain privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If you have received this e-mail in error, please notify the sender immediately at (800) 926-0256, and destroy the original e-mail and its attachment(s) without reading, printing or saving in any manner. Thank You.

**From:** svotruba@aol.com [mailto:svotruba@aol.com]
**Sent:** Thursday, February 08, 2007 4:05 PM
**To:** Donna Bailey
**Subject:** Re: Pay/severance

Hello Donna,

I am still waiting for a responce pertaing to my pay, and expenses I have submitted to my manager nearly 3 months ago for travel to Plymithmeeting. Can you please adives how long it will take you to obtain the necessary file information ???? I would like to wrap this up ASAP ! thank you..
Stanley Votruba
973 267 7666


-----Original Message-----
From: Donna.Bailey@home123.com
To: svotruba@aol.com
Sent: Mon, 5 Feb 2007 10:55 AM
Subject: FW: Pay/severance

Stanley, Please direct all future correspondence or communication to me for handling. I have requested a copy of your offer letter from your personnel file. I'll forward a copy to you as soon as I receive it. I will also follow up with the Houston Commission team to see if you have any commissions owed to you. I'll email you back shortly with additional information. Thanks

**Donna Bailey**
**Home 123 Mortgage Company**
**22485 Tomball Parkway Suite 100**
**Houston, TX 77070**
**Phone: 281-205-2326**
**Fax: 281-205-2417**
**donna.bailey@home123.com.**

**From:** svotruba@aol.com [mailto:svotruba@aol.com]
**Sent:** Friday, February 02, 2007 11:59 AM
**To:** Thomas Forker
**Subject:** Re: Pay/severance