# EXHIBIT A

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**December 1, 2007 through December 31, 2007**

| Category | Name | | Rate | Hours | Fees |
|---|---|---|---:|---:|---:|
| **_Tax Consulting_** | | | | | |
| _Partners/Principals_ | Cole, Richard K | | 510.00 | 55.1 | 28,101.00 |
| | Dahl, Don | | 600.00 | 14.2 | 8,520.00 |
| | Goldberg, Walter | | 630.00 | 6.4 | 4,032.00 |
| | Grush, Gary | | 600.00 | 27.7 | 16,620.00 |
| | Hopkins, Christopher J | | 565.00 | 0.3 | 169.50 |
| | Ryan, Steve | | 600.00 | 6.0 | 3,600.00 |
| _Senior Managers/Directors_ | Divers, Dale | | 515.00 | 10.5 | 5,407.50 |
| | Hughes, James | | 490.00 | 25.1 | 12,299.00 |
| | Hughes, James | 1 | 225.00 | 1.3 | 292.50 |
| | Lefebvre, Kathleen | | 605.00 | 4.5 | 2,722.50 |
| | Lambert, Adam L | | 605.00 | 0.4 | 242.00 |
| | Pomis, Brian | | 515.00 | 4.6 | 2,369.00 |
| | Wong, James | 1 | 225.00 | 0.9 | 202.50 |
| _Managers_ | Casey, Marisol | | 450.00 | 1.9 | 855.00 |
| _Senior Associates_ | Partridge, Ryan | | 350.00 | 12.5 | 4,357.50 |
| _Associates_ | Bunting, Rebecah J | | 225.00 | 3.1 | 697.50 |
| | Douglas, Roger E | | 220.00 | 3.0 | 660.00 |
| | Seddigh, Frank | | 225.00 | 8.6 | 1,935.00 |
| | Steinmetz, Adam | | 245.00 | 2.5 | 612.50 |
| _Administration_ | Cochrum, Crystal | | 75.00 | 6.5 | 487.50 |
| | Cronin, Caroline | | 225.00 | 23.5 | 5,287.50 |
| | **Total Tax Consulting** | | | **218.6** | **$ 99,470.00** |

| | |
|---|---:|
| Less: 20% Hold-Back | (19,894.00) |
| Net Fees | 79,576.00 |
| Plus: Out-of-Pocket Expenses | 1,757.38 |
| Total Net Fees and Expenses | $ 81,333.38 |
| Blended Hourly Rate | $ 455 |

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**December 1, 2007 through December 31, 2007**

| | | |
|---|---:|---:|
| Grand Total Hours and Fees | 218.6 | $ 99,470.00 |
| Net Fees | | $ 99,470.00 |
| Less: 20% Hold-Back | | $ (19,894.00) |
| Net Fees | | $ 79,576.00 |
| Plus: Out-of-Pocket Expenses | | 1,757.38 |
| Total Net Fees and Expenses | | $ 81,333.38 |
| Blended Hourly Rate | | $ 455 |

[1] Pursuant to the US Trustee's recommendations, these individuals' hourly rate as related to fee application preparation is billed at $225.00 per hour.