**EXHIBIT B**

**Grant Thornton LLP**
**New Century Financial Corporation**
**SUMMARY OF HOURS AND FEES INCURRED BY MATTER**
December 1, 2007 through December 31, 2007

| Code | Matter Description | Out-of-Pocket Expenses | Hours | Net Fees |
|---|---|---|---|---|
| | **Tax Consulting** | | | |
| 11 | General case administration | — | 32.2 | 6,270.00 |
| 12 | Assist with federal and state tax audits | | 114.1 | 61,002.25 |
| 13 | Provide general corporate tax consulting, including potential bankruptcy tax related issues | 1,757.38 | 72.3 | 32,197.75 |
| | Subtotal | 1,757.38 | 218.6 | 99,470.00 |
| | Total Net Fees | | | 99,470.00 |
| | Less: 20% Hold-Back | | | (19,894.00) |
| | Net Fees | | | 79,576.00 |
| | Plus: Out-of-Pocket Expenses | | | 1,757.38 |
| | Total Net Fees and Expenses | | | $ 81,333.38 |
| | Blended Hourly Rate | | | $ 455 |

| | | | | |
|---|---|---|---|---|
| **Grand Totals** | | $ 1,757.38 | 218.6 | $ 99,470.00 |
| **Net Fees** | | | | $ 99,470.00 |
| **Less: 20% Hold-Back** | | | | (19,894.00) |
| **Net Fees** | | | | $ 79,576.00 |
| **Plus: Out-of-Pocket Expenses** | | | | 1,757.38 |
| **Total Net Fees and Expenses** | | | | $ 81,333.38 |
| **Blended Hourly Rate** | | | | $ 455 |