# EXHIBIT C

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Out-of-Pocket Expenses**
Billing Period: December 1, 2007 - December 31, 2007

|  | December 1-31 | Total |
|---|---:|---:|
| **Transportation, Parking & Mileage** | $1,038.95 | $1,038.95 |
| **Lodging** | 374.58 | 374.58 |
| **Meals** | 343.85 | 343.85 |
| **Total** | $ 1,757.38 | $ 1,757.38 |
| **Total** | $1,757.38 | 1,757.38 |

EXHIBIT C