**EXHIBIT D**

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 11/28/2007 | Hughes, James R | 1.3 | $ 225.00 | $ 292.50 | 11 | Review of November fee application and related exhibits |
| 12/3/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Repond to IRS information document requests regarding 2004 audit |
| 12/3/2007 | Grush, Gary A | 2.9 | $ 600.00 | $ 1,740.00 | 13 | Review of excess inclusion income for New Century TRS Holdings |
| 12/3/2007 | Hughes, James R | 2.1 | $ 490.00 | $ 1,029.00 | 12 | Review and analysis related to the New Century IRS exam for the 2004-2006 tax years |
| 12/3/2007 | Hughes, James R | 1.9 | $ 490.00 | $ 931.00 | 13 | Review of IRS notice related to 2006 tax return filing of New Century |
| 12/3/2007 | Partridge, Ryan M | 1.6 | $ 350.00 | $ 560.00 | 13 | Engagement management procedures with scheduling and staffing |
| 12/3/2007 | Pomis, Brian M | 0.6 | $ 515.00 | $ 309.00 | 13 | Conference call with G. Grush and S. Ryan (GT) regarding CA excess inclusion income issue for New Century and affiliates |
| 12/3/2007 | Steinmetz, Adam L | 0.3 | $ 245.00 | $ 61.25 | 13 | Updating schedule of Schedule Q's received |
| 12/4/2007 | Divers, Dale F | 1.2 | $ 515.00 | $ 618.00 | 12 | Review of New Century Warehouse Corp. information from Texas Comptroller website and discussion with Texas representatives regarding 2007 franchise tax return mailed back to client |
| 12/4/2007 | Hughes, James R | 1.3 | $ 490.00 | $ 637.00 | 12 | Review and analysis related to the New Century IRS exam for the 2004-2006 tax years |
| 12/4/2007 | Hughes, James R | 1.1 | $ 490.00 | $ 539.00 | 13 | Review and analysis of 2007 tax information for New Century |
| 12/4/2007 | Partridge, Ryan M | 0.9 | $ 350.00 | $ 315.00 | 13 | Engagement management procedures with scheduling and staffing |
| 12/4/2007 | Pomis, Brian M | 0.3 | $ 515.00 | $ 154.50 | 13 | Correspondence to D Divers (GT) to request 2006 New Century CA 2006 return relating to the excess inclusion income issue |
| 12/4/2007 | Seddigh, Frank | 2.6 | $ 225.00 | $ 585.00 | 13 | Analysis of New Century Credit Corporation excess inclusion income for 2007 |
| 12/4/2007 | Seddigh, Frank | 0.2 | $ 225.00 | $ 45.00 | 13 | Continued analysis of New Century Credit Corporation excess inclusion income for 2007 |
| 12/4/2007 | Steinmetz, Adam L | 0.5 | $ 245.00 | $ 122.50 | 13 | Prepared schedule of excess income and schedule Q's |
| 12/5/2007 | Cronin, Caroline | 1.3 | $ 225.00 | $ 292.50 | 11 | Prepared time detail for New Century December 2007 |
| 12/5/2007 | Cronin, Caroline | 1.2 | $ 225.00 | $ 270.00 | 11 | Continued to prepare time detail for New Century December 2007 |
| 12/5/2007 | Cronin, Caroline | 1.7 | $ 225.00 | $ 382.50 | 11 | Continued to prepare time detail for New Century December 2007 |
| 12/5/2007 | Divers, Dale F | 0.7 | $ 515.00 | $ 360.50 | 12 | Request for California 2006 return information for FTB audit purposes to B Pomis (GT) |
| 12/5/2007 | Goldberg, Walter S | 0.9 | $ 630.00 | $ 567.00 | 13 | Conference call with Bob Carney to discuss strategy issues |
| 12/5/2007 | Pomis, Brian M | 1.3 | $ 515.00 | $ 669.50 | 12 | Review of the CA audit workpapers and potential refund claim relating to apportionment position for New Century for the tax years 1998-2002 |
| 12/5/2007 | Ryan, Stephen T | 0.4 | $ 600.00 | $ 240.00 | 12 | CA Audit - interco transactions |
| 12/5/2007 | Ryan, Stephen T | 0.6 | $ 600.00 | $ 360.00 | 13 | Consulting- excess inclusion income |
| 12/5/2007 | Seddigh, Frank | 2.6 | $ 225.00 | $ 585.00 | 13 | Review excess inclusion income for New Century TRS Holdings, Inc for 2007 |
| 12/5/2007 | Seddigh, Frank | 0.6 | $ 225.00 | $ 135.00 | 13 | Continued review of excess incluison income for New Century TRS Holdings, Inc for 2007 |
| 12/5/2007 | Seddigh, Frank | 1.8 | $ 225.00 | $ 405.00 | 13 | Analysis of New Century Credit Corporation excess inclusion income for 2007 |
| 12/5/2007 | Seddigh, Frank | 0.2 | $ 225.00 | $ 45.00 | 13 | Continued analysis of New Century Credit Corporation excess inclusion income for 2007 |
| 12/6/2007 | Cole, Richard K | 2.8 | $ 510.00 | $ 1,428.00 | 12 | Prepared response to IRS information document requests for New Century TRS Holdings, Inc |
| 12/6/2007 | Cole, Richard K | 2.8 | $ 510.00 | $ 1,428.00 | 12 | Compiled documentation and information for IRS audit covering the 2004 tax year |
| 12/6/2007 | Cronin, Caroline | 1.6 | $ 225.00 | $ 360.00 | 11 | Continued to prepare time detail for New Century December 2007 |
| 12/6/2007 | Grush, Gary A | 2.4 | $ 600.00 | $ 1,440.00 | 12 | Response to IRS information document requests |
| 12/6/2007 | Pomis, Brian M | 0.7 | $ 515.00 | $ 360.50 | 12 | Preparation of letter to Mr. Craig Swieso regarding CA Audit for New Century and affiliates for the tax years 1998-2002. |
| 12/7/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Meet with IRS agent D Flores regarding 2004 through 2006 audit |
| 12/7/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Meet with D Walker (debtor) regarding IRS information document requests |
| 12/7/2007 | Cronin, Caroline | 1.9 | $ 225.00 | $ 427.50 | 11 | Reviewed and revised time detail for fee application |
| 12/7/2007 | Divers, Dale F | 1.4 | $ 515.00 | $ 721.00 | 13 | Researched Texas requirements for initial year return for New Century Warehouse Corp (qualified in Texas on 1/26/06) |
| 12/7/2007 | Goldberg, Walter S | 2.1 | $ 630.00 | $ 1,323.00 | 13 | Conference call with debtors counsel regarding IRS audit |
| 12/7/2007 | Grush, Gary A | 2.1 | $ 600.00 | $ 1,260.00 | 12 | Conference call with debtors counsel regarding IRS audit |
| 12/7/2007 | Grush, Gary A | 2.6 | $ 600.00 | $ 1,560.00 | 12 | Review IRS information document requests for 2006 |
| 12/7/2007 | Partridge, Ryan M | 1.8 | $ 350.00 | $ 630.00 | 13 | Organizing and researching issues for Information document requests |
| 12/7/2007 | Steinmetz, Adam L | 1.5 | $ 245.00 | $ 367.50 | 12 | Compilation IRS Documentation Request binders |
| 12/10/2007 | Bunting, Rebecah J | 0.8 | $ 225.00 | $ 180.00 | 13 | Revised 2006 New Century Warehouse Texas franchise tax return based on 01/26/2006 - 12/31/2007 period and prepared transmittal letter to send revised return to the client |
| 12/10/2007 | Bunting, Rebecah J | 0.2 | $ 225.00 | $ 45.00 | 13 | Located New Century Mortgage Company 2006 Texas return for GT partner to |
| 12/10/2007 | Cochrum, Crystal L | 2.9 | $ 75.00 | $ 217.50 | 11 | Review of data required to process November fee application |
| 12/10/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Follow up with Agent regarding option exchanges and underlying wire transfers |
| 12/10/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 13 | Meet with G. Grush (GT) and O'Melveny (debtor) regarding 2004-2006 IRS audit |
| 12/10/2007 | Dahl, Don W | 1.7 | $ 600.00 | $ 1,020.00 | 12 | IRS exam coordination and consultation with Grant Thornton professionals. |
| 12/10/2007 | Divers, Dale F | 1.3 | $ 515.00 | $ 669.50 | 12 | Received Texas audit results for New Century Mortgage Corp. 2004 franchise tax refund claim and summarized 2004 refund claim and 2004-2006 audit findings |
| 12/10/2007 | Divers, Dale F | 1.2 | $ 515.00 | $ 618.00 | 13 | Telephone calls to Texas to discuss rejected 2007 franchise tax return for New Century Warehouse Corporation and since company qualified on 1-26-06, return to be revised to show different dates for privilege period and weighing of capital tax |
| 12/10/2007 | Grush, Gary A | 2.6 | $ 600.00 | $ 1,560.00 | 12 | Analyze IRS information document requests for 2004-2006 |
| 12/10/2007 | Grush, Gary A | 2.9 | $ 600.00 | $ 1,740.00 | 13 | Meet with D. Cole (GT) and O'Melveny (debtor) regarding 2004-2006 IRS audit |
| 12/10/2007 | Hughes, James R | 2.1 | $ 490.00 | $ 1,029.00 | 12 | Coordination and review of IRS Information request of the 2004-2006 tax years |
| 12/10/2007 | Steinmetz, Adam L | 0.3 | $ 245.00 | $ 61.25 | 12 | Respond to IRS information document requests |
| 12/11/2007 | Bunting, Rebecah J | 2.1 | $ 225.00 | $ 472.50 | 13 | Printed and assembled 2006 Texas return and prepared return and t-letter for review |
| 12/11/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Conference call with O'Melveny (debtor) regarding tax refunds |
| 12/11/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Analysis of IRS information document requests for 2004 audit |
| 12/11/2007 | Divers, Dale F | 0.7 | $ 515.00 | $ 360.50 | 12 | Summarized Texas audit results for New Century Mortgage Corp. and forward to J. Hughes (GT) for comment |
| 12/11/2007 | Grush, Gary A | 1.9 | $ 600.00 | $ 1,140.00 | 12 | Review IRS information document requests for 2004 |
| 12/11/2007 | Hughes, James R | 1.7 | $ 490.00 | $ 833.00 | 12 | Analysis related to the New Century IRS exam and information requests for the 2004-2006 tax years |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 12/11/2007 | Partridge, Ryan M | 0.7 | $ 350.00 | $ 245.00 | 13 | Analyzing excess inclusion and gathering schedule Qs |
| 12/11/2007 | Ryan, Stephen T | 0.7 | $ 600.00 | $ 420.00 | 12 | CA Audit - Interco transactions |
| 12/11/2007 | Wong, James Y | 0.3 | $ 225.00 | $ 67.50 | 11 | Email correspondence to J Hughes and G Grush (GT) regarding the November 2007 fee application |
| 12/12/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Meeting with IRS agent D. Flores regarding 2004 - 2006 audit. |
| 12/12/2007 | Cole, Richard K | 2.8 | $ 510.00 | $ 1,428.00 | 12 | Continued to meet with IRS agent D Flores and respons to information document requests |
| 12/12/2007 | Cronin, Caroline | 1.6 | $ 225.00 | $ 360.00 | 11 | Continued to review and revise time detail for fee application |
| 12/12/2007 | Cronin, Caroline | 2.6 | $ 225.00 | $ 585.00 | 11 | Continued to review and revise time detail for fee application |
| 12/12/2007 | Divers, Dale F | 2.3 | $ 515.00 | $ 1,184.50 | 13 | Review of amended state returns for New Century Mortgage Corp. 2005 net operating loss carryback refund claims |
| 12/12/2007 | Goldberg, Walter S | 1.2 | $ 630.00 | $ 756.00 | 12 | Review of IRS information document request |
| 12/12/2007 | Grush, Gary A | 0.9 | $ 600.00 | $ 540.00 | 13 | Meeting with debtors regarding tax compliance for 2007 |
| 12/12/2007 | Hughes, James R | 1.8 | $ 490.00 | $ 882.00 | 12 | Analysis and review of the New Century IRS exam of the 2004-2006 tax years |
| 12/13/2007 | Cole, Richard K | 2.8 | $ 510.00 | $ 1,428.00 | 12 | Preprared response to IRS information document requests. |
| 12/13/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Continue to prepare response to IRS informaiton document requests |
| 12/13/2007 | Cronin, Caroline | 1.4 | $ 225.00 | $ 315.00 | 11 | Continued to review and revise time detail for fee application |
| 12/13/2007 | Cronin, Caroline | 2.8 | $ 225.00 | $ 630.00 | 11 | Continued to review and revise time detail for fee application |
| 12/13/2007 | Dahl, Don W | 2.7 | $ 600.00 | $ 1,620.00 | 12 | IRS exam coordination and consultation with Grant Thornton professionals |
| 12/13/2007 | Dahl, Don W | 2.3 | $ 600.00 | $ 1,380.00 | 12 | IRS exam coordination and consultation with Grant Thornton professionals |
| 12/13/2007 | Divers, Dale F | 0.6 | $ 515.00 | $ 309.00 | 12 | Review of status of various New Century Mortgage Corp. state audits and notices |
| 12/13/2007 | Goldberg, Walter S | 0.8 | $ 630.00 | $ 504.00 | 13 | Conference call regarding IRS refund |
| 12/13/2007 | Grush, Gary A | 2.1 | $ 600.00 | $ 1,260.00 | 12 | Prepare response to IRS information document requests |
| 12/13/2007 | Hopkins, Christopher J | 0.3 | $ 565.00 | $ 169.50 | 13 | Call with client regarding escheat question. |
| 12/13/2007 | Hughes, James R | 1.2 | $ 490.00 | $ 588.00 | 12 | Review and analysis of the New Century IRS exam of the 2004-2006 tax year and conference call with debtors |
| 12/13/2007 | Hughes, James R | 1.1 | $ 490.00 | $ 539.00 | 13 | Analysis and call regarding human resources question and payroll consulting services. |
| 12/13/2007 | Lambert, Adam L | 0.4 | $ 605.00 | $ 242.00 | 13 | Conference call with J Okimoto (Debtor)and K Lefebvre (GT) regarding payroll taxes |
| 12/13/2007 | Lefebvre, Kathleen | 0.7 | $ 605.00 | $ 423.50 | 13 | Review of payroll taxes |
| 12/13/2007 | Lefebvre, Kathleen | 0.4 | $ 605.00 | $ 242.00 | 13 | Conference call with J Okimoto (Debtor)and A Lambert (GT) regarding payroll taxes |
| 12/14/2007 | Cole, Richard K | 0.9 | $ 510.00 | $ 459.00 | 12 | Prepared response to IRS information document requests. |
| 12/14/2007 | Cronin, Caroline | 2.2 | $ 225.00 | $ 495.00 | 11 | Continued to review and revise time detail for fee application |
| 12/14/2007 | Dahl, Don W | 2.1 | $ 600.00 | $ 1,260.00 | 12 | IRS exam coordination and consultation with Grant Thornton professionals |
| 12/14/2007 | Divers, Dale F | 0.3 | $ 515.00 | $ 154.50 | 12 | Reviewed information needed for preparation of 2007 state income tax returns |
| 12/14/2007 | Divers, Dale F | 0.8 | $ 515.00 | $ 412.00 | 12 | Review of status and timing of Pennsylvania petition for New Century Mortgage Corp. for tax years 2002 - 2004 |
| 12/14/2007 | Grush, Gary A | 2.6 | $ 600.00 | $ 1,560.00 | 12 | Review response to IRS information document requests |
| 12/14/2007 | Hughes, James R | 2.2 | $ 490.00 | $ 1,078.00 | 12 | Review of outstanding Information Document Requests for the 2004-2006 tax years of New Century. |
| 12/14/2007 | Partridge, Ryan M | 2.5 | $ 350.00 | $ 857.50 | 13 | Engagement management procedures with scheduling and staffing |
| 12/14/2007 | Partridge, Ryan M | 2.4 | $ 350.00 | $ 840.00 | 13 | Continued engagement management procedures with scheduling and staffing |
| 12/14/2007 | Seddigh, Frank | 0.4 | $ 225.00 | $ 90.00 | 13 | Review of New Century TRS Holdings, Inc excess inclusion income |
| 12/16/2007 | Hughes, James R | 1.1 | $ 490.00 | $ 539.00 | 12 | Coordination of IRS exam and follow up items related to IRS agents questions and |
| 12/17/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Meeting with IRS regarding convertible debt |
| 12/17/2007 | Cole, Richard K | 2.7 | $ 510.00 | $ 1,377.00 | 12 | Continued to meet with IRS regarding convertible debt. |
| 12/17/2007 | Cronin, Caroline | 2.9 | $ 225.00 | $ 652.50 | 11 | Prepared fee application for New Century December 2007 |
| 12/17/2007 | Cronin, Caroline | 1.7 | $ 225.00 | $ 382.50 | 11 | Continued to prepare fee application for New Century December 2007 |
| 12/17/2007 | Dahl, Don W | 1.3 | $ 600.00 | $ 780.00 | 12 | IRS exam coordination and consultation with Grant Thornton professionals |
| 12/17/2007 | Grush, Gary A | 0.4 | $ 600.00 | $ 240.00 | 12 | Meeting with IRS auditor regarding 2004-2006 examination |
| 12/17/2007 | Grush, Gary A | 1.8 | $ 600.00 | $ 1,080.00 | 12 | Review and complete Information Document requests for 2006 IRS exam |
| 12/17/2007 | Hughes, James R | 2.1 | $ 490.00 | $ 1,029.00 | 13 | Review and analysis of 2007 tax information for New Century. |
| 12/18/2007 | Casey, Marisol | 1.9 | $ 450.00 | $ 855.00 | 13 | Provided instructions to G. Chen (GT) regarding the New Century 2005 and 2006 |
| 12/18/2007 | Cole, Richard K | 2.9 | $ 510.00 | $ 1,479.00 | 12 | Analyzed IRS information document requests regarding 2004-2006 audits |
| 12/18/2007 | Cronin, Caroline | 0.6 | $ 225.00 | $ 135.00 | 11 | Final draft and review of fee application for New Century December 2007 |
| 12/18/2007 | Dahl, Don W | 1.7 | $ 600.00 | $ 1,020.00 | 12 | IRS exam coordination and consultation with Grant Thornton professionals |
| 12/18/2007 | Goldberg, Walter S | 0.6 | $ 630.00 | $ 378.00 | 13 | Discussion with debtor's counsel regarding tentative refund claim |
| 12/18/2007 | Grush, Gary A | 0.6 | $ 600.00 | $ 360.00 | 13 | Discussion with debtor's counsel regarding tentative refund claim |
| 12/18/2007 | Hughes, James R | 1.1 | $ 490.00 | $ 539.00 | 12 | Review and analysis related to the IRS exam of New Century and Form 1139. |
| 12/18/2007 | Ryan, Stephen T | 1.4 | $ 600.00 | $ 840.00 | 12 | CA Audit - Interco transactions |
| 12/18/2007 | Seddigh, Frank | 0.2 | $ 225.00 | $ 45.00 | 13 | Review IRS information document requests. |
| 12/19/2007 | Cole, Richard K | 2.8 | $ 510.00 | $ 1,428.00 | 13 | Review IRS information document requests covering the 2006 audit. |
| 12/19/2007 | Dahl, Don W | 2.4 | $ 600.00 | $ 1,440.00 | 12 | IRS exam coordination and consultation with Grant Thornton professionals |
| 12/19/2007 | Douglas, Roger E | 2.4 | $ 220.00 | $ 528.00 | 13 | Researched payroll tax issues at request of K Lefebvre (GT) |
| 12/19/2007 | Douglas, Roger E | 0.6 | $ 220.00 | $ 132.00 | 13 | Continued to research tax issues related to payroll taxes |
| 12/19/2007 | Goldberg, Walter S | 0.8 | $ 630.00 | $ 504.00 | 12 | Discussion with debtor regarding state tax refund claims and audits |
| 12/19/2007 | Grush, Gary A | 0.8 | $ 600.00 | $ 480.00 | 12 | Discussion with debtor regarding state tax refund claims and audits |
| 12/19/2007 | Hughes, James R | 2.2 | $ 490.00 | $ 1,078.00 | 13 | Review and analysis of New Century 2007 tax information and estimated tax information |
| 12/19/2007 | Lefebvre, Kathleen | 0.4 | $ 605.00 | $ 242.00 | 13 | Preliminary Review of client-provided documentation to address payroll taxes |
| 12/19/2007 | Partridge, Ryan M | 0.7 | $ 350.00 | $ 245.00 | 13 | Managing hours for scheduling purposes |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 12/19/2007 | Pomis, Brian M | 1.7 | $ 515.00 | $ 875.50 | 12 | Review of CA audit and call with Jamie Lisac of Alix Partners regarding New Century Financial Corp. audit for tax year 1998-2002 |
| 12/19/2007 | Ryan, Stephen T | 0.9 | $ 600.00 | $ 540.00 | 12 | CA audit - interco transactions |
| 12/19/2007 | Ryan, Stephen T | 1.1 | $ 600.00 | $ 660.00 | 13 | Consulting - NY combined |
| 12/20/2007 | Cochrum, Crystal L. | 1.4 | $ 75.00 | $ 105.00 | 11 | Finalization of November fee app |
| 12/20/2007 | Cole, Richard K | 0.9 | $ 510.00 | $ 459.00 | 12 | Review IRS information document requests for 2004 audit. |
| 12/20/2007 | Cole, Richard K | 1.1 | $ 510.00 | $ 561.00 | 12 | Continue to review IRS information document request for 2004 audit |
| 12/20/2007 | Grush, Gary A | 1.1 | $ 600.00 | $ 660.00 | 13 | Review schedule Q Excess inclusion Income for 2007 |
| 12/20/2007 | Wong, James Y | 0.6 | $ 225.00 | $ 135.00 | 11 | Review November 2007 fee application and suggest modifications thereto. |
| 12/21/2007 | Cochrum, Crystal L | 2.2 | $ 75.00 | $ 165.00 | 11 | Finalization of November fee app |
| 12/21/2007 | Cole, Richard K | 0.9 | $ 510.00 | $ 459.00 | 12 | Prepared response to IRS information document requests for New Century TRS |
| 12/21/2007 | Cole, Richard K | 1.1 | $ 510.00 | $ 561.00 | 12 | Continue to prepare response to IRS informaiton document requests |
| 12/21/2007 | Hughes, James R | 2.1 | $ 490.00 | $ 1,029.00 | 13 | Review and analysis of liquidation of certain corporate entities and review of |
| 12/21/2007 | Lefebvre, Kathleen | 0.9 | $ 605.00 | $ 544.50 | 13 | Review of client provided documentation related to payroll taxes. |
| 12/21/2007 | Partridge, Ryan M | 1.2 | $ 350.00 | $ 420.00 | 13 | Analyzing the effect of suspended losses against excess inclusion income |
| 12/21/2007 | Partridge, Ryan M | 0.7 | $ 350.00 | $ 245.00 | 13 | Researching the necessary information to prepare the federal form 966 |
| 12/21/2007 | Ryan, Stephen T | 0.9 | $ 600.00 | $ 540.00 | 12 | CA audit - interco transactions |
| 12/26/2007 | Cole, Richard K | 1.6 | $ 510.00 | $ 816.00 | 12 | Respond to IRS information document requests. |
| 12/27/2007 | Lefebvre, Kathleen | 2.1 | $ 605.00 | $ 1,270.50 | 13 | Review of FICA regulations and discussions with J Okimoto (New Century). |
| | | 218.6 | | $ 99,470.00 | | |