# EXHIBIT "A"

NY-580458-v1

January 25, 2008

Michael J. Missal
1601 K Street, NW
Washington, DC  20036

| | |
|---|---|
| Our File Number : | 0309077.00100 |
| Invoice : | 1753700 |
| Services Through : | December 31, 2007 |

**New Century Examiner**

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/01/07 | M. J. Missal | 2.70 | Review background materials and revise outline of report | 1,957.50 |
| 12/02/07 | M. J. Missal | 3.80 | Review background materials (1.3); review credit quality information (2.5) | 2,755.00 |
| 12/03/07 | M. J. Missal | 11.10 | Meeting with team leaders (.3); review interview memos (1.5); various communications with team on status and strategy (2.6); review accounting materials (1.8); prepare for meeting with court (2.1); conference call with Creditor's committee (.5); review response to cash collateral report (.6); review loan quality information (1.7) | 8,047.50 |
| 12/04/07 | M. J. Missal | 11.30 | Various communications with team on status and strategy (2.4); review accounting materails (1.8); prepare for conference with judge (4.8); revise outline of report (2.3) | 8,192.50 |
| 12/05/07 | M. J. Missal | 12.20 | Prepare for meeting with Judge (2.3); meeting with Judge (1.0); various communications with team on status and strategy (3.4); review interview memos (2.1); revise outline of report (3.4) | 8,845.00 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/06/07 | M. J. Missal | 12.10 | Various communications with team on status and strategy (3.4); revise outline of report (4.7); review interview memos (2.1); review accounting and financial reporting documents (1.9) | 8,772.50 |
| 12/07/07 | M. J. Missal | 10.40 | Review interview memos (1.6); review background and accounting- materials (3.4); various communications with team on strategy and status (2.3); revise report outline (3.1) | 7,540.00 |
| 12/08/07 | M. J. Missal | 2.50 | Review accounting and loan quality materials | 1,812.50 |
| 12/09/07 | M. J. Missal | 2.70 | Revise outline of report | 1,957.50 |
| 12/10/07 | M. J. Missal | 12.30 | Meeting with team leaders (1.5); revise outline of freport (2.2); various communications with team on strategy and status (1.8); review disclosure, accounting and causes of action documents (6.8) | 8,917.50 |
| 12/11/07 | M. J. Missal | 11.10 | Review disclosures (4.2); various communications with team on status and strategy (2.7); review accounting and loan quality documents (1.8); revise report outline (2.4) | 8,047.50 |
| 12/12/07 | M. J. Missal | 12.90 | Prepare for status call (2.4); conduct status call (1.3); telephone call with counsel for Creditors' Committee (.3); various communications with team on status and strategy (3.1); review interview memos (1.7); revise outline of report (4.1) | 9,352.50 |
| 12/13/07 | M. J. Missal | 11.20 | Various communications with team on strategy and status (2.8); review interview memos (2.2); review hot documents (4.3); revise outline of report (1.9) | 8,120.00 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/14/07 | M. J. Missal | 10.20 | Various communications with team on status and strategy (2.2); revise outline of report (4.6); review numerous hot documents and documents and documents on accounting and subprime issues (3.4) | 7,395.00 |
| 12/15/07 | M. J. Missal | 1.50 | Review interview memos (1.5) | 1,087.50 |
| 12/16/07 | M. J. Missal | 1.80 | Revise outline of report (1.8) | 1,305.00 |
| 12/17/07 | M. J. Missal | 12.90 | Meeting with team leaders (1.4); telephone call with counsel for creditors (.8); revise report outline (1.7); various communications with team on status and strategy (2.6); review interview memos (1.8); review accounting and subprime documents (4.6) | 9,352.50 |
| 12/18/07 | M. J. Missal | 12.10 | Various communications with team on status and strategy (2.3); review accounting section for report (1.5); prepare motion for court (2.5); review loan quality and accounting documents (5.8) | 8,772.50 |
| 12/19/07 | M. J. Missal | 11.90 | Various communications with team on status and strategy (2.4); review interview memos (1.3); review accounting section of report (2.8); review various hot documents (3.9); review cash collateral response (1.5) | 8,627.50 |
| 12/20/07 | M. J. Missal | 11.50 | Various conferences with team on status and strategy (2.8); review interview memos (1.6); revise outline of report (3.5); review accounting and underwriting documents (3.6) | 8,337.50 |
| 12/21/07 | M. J. Missal | 10.30 | Various communications with team on status and strategy (2.3); revise outline of report (1.5); review interview memos (1.2); review sections of report (5.3) | 7,467.50 |
| 12/22/07 | M. J. Missal | 3.50 | Review sections of report | 2,537.50 |
| 12/23/07 | M. J. Missal | 4.70 | Review sections of report | 3,407.50 |
| 12/24/07 | M. J. Missal | 5.10 | Review sections of report | 3,697.50 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/25/07 | M. J. Missal | 3.20 | Review sections of report | 2,320.00 |
| 12/26/07 | M. J. Missal | 8.60 | Various communications with team on status and strategy (1.5); review various sections of report (5.8); review interview memos (1.3) | 6,235.00 |
| 12/27/07 | M. J. Missal | 10.20 | Various communications with team on status and strategy (2.5); review interview memos (2.8); review sections of report (4.9) | 7,395.00 |
| 12/28/07 | M. J. Missal | 7.40 | Various communications with team on status and strategy (1.3); review various interview memos (2.3); revise filings (3.8) | 5,365.00 |
| 12/29/07 | M. J. Missal | 4.40 | Review various documents on accounting and loan quality (2.1); review sections of report (2.3) | 3,190.00 |
| 12/30/07 | M. J. Missal | 5.00 | Revise filings (2.6); review sections of report (2.4) | 3,625.00 |
| 12/31/07 | M. J. Missal | 4.70 | Review interview memos (1.3); various communications with team on strategy and status (.8); revise court filings (2.6) | 3,407.50 |
| | | **TOTAL FEES** | | $   177,842.50 |

| M. J. Missal | | 245.30  hrs  at  $  725  / hr | $177,842.50 |
|---|---|---|---|
| | **TOTAL FEES** | 245.30 hrs | $   177,842.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Travel Expenses | 427.55 |
| Taxi / Cab Fare | 30.00 |
| Air Fare | 1,249.55 |
| DISBURSEMENTS & OTHER CHARGES | $   1,707.10 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|------|----------|------|-------|-----------|
| 08/24/07 | 1688275 | 49,668.30 | 0.00 | 49,668.30 |
| 09/25/07 | 1701721 | 34,425.90 | 0.00 | 34,425.90 |
| 10/26/07 | 1712432 | 26,713.35 | 0.00 | 26,713.35 |
| 11/21/07 | 1726730 | 35,182.80 | 0.00 | 35,182.80 |
| 12/21/07 | 1740352 | 173,238.75 | 590.55 | 173,829.30 |
| | OUTSTANDING BALANCE | | | $ 319,819.65 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 177,842.50 |
| Fee Discount | $ (17,784.25) |
| Total Fees | $ 160,058.25 |
| Disbursements and Other Charges | $ 1,707.10 |
| **CURRENT INVOICE DUE** | **$ 161,765.35** |
| Past Due Invoices * | $ 319,819.65 |
| **TOTAL AMOUNT DUE** | **$ 481,585.00** |

# EXHIBIT "B"

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (8) 8

Proforma Number: 1296945
Invoice Number: 1753700
Client:  New Century Examiner, Michael J. Missal
Matter Description: New Century Examiner

25 Jan 2008
Batch #:  1523765
Inventory Manager: Missal, M. J
Matter Number:  0309077.00100

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14159714 | 32h | 03216 | 19 Nov 2007 | Travel Expenses - Michael J. Missal 11/19/07 - 11/20/07 NY to attend an interview<br>Voucher # 968906     Check #   49641 | 427.55 | 427.55 | 1 |
| | | | | Subtotal Travel Expenses | 427.55 | 427.55 | |
| 14159078 | 34h | 03216 | 28 Nov 2007 | Cab Fare - Michael J. Missal 11/28/07 Cabfare to/from Department of Justice<br>Voucher # 968741     Check #   49641 | 16.00 | 16.00 | 1 |
| 14170392 | 34h | 03216 | 5 Dec 2007 | Cab Fare -  Michael J. Missal 12/05/07 Wilmington, Del to meet judge<br>Voucher # 971132     Check #   49641 | 35.00 | 14.00 | 1 |
| | | | | Subtotal Cab Fare | 51.00 | 30.00 | |
| 14180878 | 35h | 03216 | 26 Dec 2007 | Air Fare - American Express AmEx 11/28/07 Strip - 11/14/07 - M. Missal<br>Voucher # 974167     Check #   1047630 | 49.00 | 49.00 | 1 |
| 14180880 | 35h | 03216 | 26 Dec 2007 | Air Fare - American Express AmEx 11/28/07 Strip - 11/08/07 - M. Missal<br>Voucher # 974167     Check #   1047630 | 803.90 | 803.90 | 1 |
| 14181755 | 35h | 03216 | 26 Dec 2007 | Air Fare - American Express Air Fare - American Express AmEx 11/28/07 Strip - 11/08/07 - M. Missal<br>Voucher # 974167     Check #   1047630 | 396.65 | 396.65 | 1 |
| | | | | Subtotal Air Fare | 1,249.55 | 1,249.55 | |
| | | | | TOTAL DISBURSEMENTS AND OTHER CHARGES | 1,728.10 | 1,707.10 | |

Page (9) 9

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Proforma Number: 1296945
Invoice Number: 1753700
Client: New Century Examiner, Michael J. Missal
Matter Description: New Century Examiner

25 Jan 2008
Batch #:  1523765
Inventory Manager: Missal, M. J
Matter Number: 0309077.00100

## DISBURSEMENTS & OTHER CHARGES SUMMARY

| CODE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT |
|------|-------------|----------------|-----------------|
| 32h | Travel Expenses | 427.55 | 427.55 |
| 34h | Cab Fare | 51.00 | 30.00 |
| 35h | Air Fare | 1,249.55 | 1,249.55 |
| | TOTAL DISBURSEMENTS AND OTHER CHARGES | 1,728.10 | 1,707.10 |