IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                        : Chapter 11
                                              :
NEW CENTURY TRS HOLDINGS, INC.,               : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,               :
                                              : Jointly Administered
                        Debtors.              :
------------------------------------------------------------x

## VERIFICATION

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Edward M. Fox, having been duly sworn according to law, deposes and says as follows:

1. I am a partner of the applicant law firm, Kirkpatrick & Lockhart Preston Gates Ellis LLP ("K&L Gates"). I have been admitted *pro hac vice* to appear before this Court in the above-captioned Chapter 11 cases.

2. I am familiar with the work performed on behalf of the Examiner by K&L Gates professionals and paraprofessionals during the Sixth Monthly Period.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the requirements of Del. Bankr. L. R. 2016-2 and the Fee Procedures Order, and I believe that the Application is in compliance therewith, except where noted in the Application.

_____
Edward M. Fox

SWORN AND SUBSCRIBED to before
me on this 25th day of January, 2008

_____
Notary Public
ELAINE FERA
NOTARY PUBLIC, State of New York
No. 01FE4867816
**ELAINE FERA**
**Notary Public, State of New York**
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 20_10_