## EXHIBIT B

LA3:1143618 1
RLF1-3247171-1

## Exhibit B - Carrington Purchase Data Center Equipment Bid Lot # 6

| P/N | Make | Model | Description | Totals | Price |
|---|---|---|---|---|---|
| Scalar i2000 CM | | | | | |
| 3-01804-02 Rev.B-1 | Scalar | SCI2000 | Storage Tape Control Module | 1 | $1,000 |
| 8-00405-01 | Scalar | UF-IN-LTO3-FC | Drive Asm, IBM LTO3 4GB, UDS3, FC | 12 | $17,000 |
| 3-00507-01 Rev.C | Scalar | 0D6366 | Cooling Assembly | 1 | $350 |
| 3-00937-03 Rev.A | Scalar | 3-00937-03 Rev.A | Network Chassis Assembly | 1 | $500 |
| 3-00525-06 Rev.A | Scalar | 0C6670 | Fiber Channel Blade | 3 | $1,650 |
| 3-01995-03 Rev.A | Scalar | 0C6674 | CMB, No Flash | 1 | $250 |
| 3-01994-01 Rev.A | Scalar | 3-01994-01 Rev.A | MCB, No Flash | 1 | $250 |
| 3-00529-05 Rev.A | Scalar | 3-00529-05 Rev.A | Robot Control Unit | 1 | $1,000 |
| 3-00530-03 Rev.B | Scalar | 3-00530-03 Rev.B | Library Motor Driver | 1 | $500 |
| 1-00074-08 | Scalar | 1-00074-08 | 2KW Power Supply | 2 | $1,000 |
| 1-00075-02 | Scalar | 1-00075-02 | Power Supply Controller | 2 | $250 |
| | | | | | |
| Scalar i2000 EM | | | | | |
| 3-01804-02 Rev.B-1 | Scalar | SCI2000 | Storage Tape Expansion Module | 1 | $750 |
| 8-00405-01 | Scalar | UF-IN-LTO3-FC | Drive Asm, IBM LTO3 4GB, UDS3, FC | 4 | $7,000 |
| 3-00507-01 Rev.C | Scalar | 0D6366 | Cooling Assembly | 1 | $350 |
| 3-00937-03 Rev.A | Scalar | 3-00937-03 Rev.A | Network Chassis Assembly | 1 | $500 |
| 3-00525-06 Rev.A | Scalar | 0C6670 | Fiber Channel Blade | 1 | $550 |
| 1-00074-08 | Scalar | 1-00074-08 | 2KW Power Supply | 2 | $1,000 |
| 1-00075-02 | Scalar | 1-00075-02 | Power Supply Controller | 2 | $250 |
| 237259-001 | HP | TFT5600RKM | Clamshell | 1 | $200 |
| 333705-001 | HP | ProLiant DL380 G3 | Server | 1 | $500 |
| 333705-001 | HP | ProLiant DL380 G3 | Server | 1 | $600 |
| 333705-001 | HP | ProLiant DL380 G3 | Server | 1 | $700 |
| 413929-001 | HP | ProLiant DL585 G2 | Server | 1 | $1,000 |
| 201723-B22 | HP | 201723-B22 | Modular SAN Array 1000 | 1 | $2,800 |
| 520-331-002 | Avocent | DSR2010 | 16port switch | 1 | $200 |
| 520-331-002 | Avocent | DSR2010 | 16port switch | 1 | $200 |
| 407613-001 | HP | ProLiant DL385 | Server | 1 | $500 |
| 333705-001 | HP | ProLiant DL380 G3 | Server | 1 | $500 |
| 405204-B21 | HP | BL685c | Blade Server | 1 | $500 |
| 232098-001 | HP | ProLiant DL380 G2 | Server | 1 | $500 |
| 407613-001 | HP | ProLiant DL385 | Server | 1 | $600 |
| 403435-B21 | HP | BL465c | Blade Servers | 2 | $750 |
| 361011-001 | HP | Proliant DL380 G4 | Server | 1 | $800 |
| 413929-001 | HP | ProLiant DL585 G2 | Server | 1 | $1,000 |
| 413929-001 | HP | ProLiant DL585 G2 | Server | 1 | $1,000 |
| 413929-001 | HP | ProLiant DL585 G2 | Server | 1 | $1,000 |
| 412152-B21 | HP | c7000 | BladeSystem Enclosure | 1 | $2,750 |
| 412152-B21 | HP | c7000 | BladeSystem Enclosure | 1 | $2,750 |
| 403435-B21 | HP | BL465c | Blade Servers | 7 | $3,500 |
| 403435-B21 | HP | BL465c | Blade Servers | 11 | $5,000 |
| | | | | Total | $ 61,500 |