IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | CASE NO. 07-10416 KJC |
| A Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**LIMITED OBJECTION
OF NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC,
TO DEBTORS' NOTICE OF PROPOSED SALE OF ASSETS
(WPO BUSINESS SOLUTIONS)**

National City Commercial Capital Company, LLC, ("National City"), by and through its attorneys, Weir & Partners LLP and Lamm Rubenstone LLC, hereby objects to Debtors' Notice of Proposed Sale of Assets (the "Notice") to the extent that the Debtors seek to sell any assets subject to National City's interests[1] without National City's express approval. National City further reserves all its rights to raise additional objections with respect to Debtors' Notice if revised prior to or at the time of any hearing on the Notice.

---

[1] National City's interests and collateral are further defined and supported in National City's Limited Objection filed in this case on May 2, 2007 at Document No. 509.

376886

**WHEREFORE,** National City Commercial Capital Company, LLC, respectfully requests that the Court deny Debtors' Notice of Proposed Sale of Assets, and the relief sought therein, to the extent that the Debtors intend to sell any assets subject to the interest of National City, and grant such other and further relief as this Court may deem just and proper.

Respectfully Submitted,

Date:   January 25, 2008.

By:   \_\_\_/s/Sherry D. Lowe_____
Sherry D. Lowe, Esquire
Lamm Rubenstone LLC
3600 Horizon Blvd, Ste. 200
Trevose, PA  19053
sdlowe@lammrubenstone.com
(215) 638-9330
(215) 638-2867 –Facsimile

Date:   January 25, 2008

By:   \_\_\_/s/Jeffrey S. Cianciulli_____
Jeffrey S. Cianciulli, Esquire
Weir & Partners LLP
824 Market Street
Wilmington, DE 19801
302-652-8181
302-652-8909 (fax)

377469_1