## EXHIBIT B

LA3:1143618.1
RLF1-3247371-1

| Exhibit B - Alltech Electronics Purchase of Bid Lot 5 | | | | |
|---|---|---|---|---|
| P/N | Make | Model | Description | Qty |
| Intel | 841553 | PWLA8490XF | PCI-X Fiber Optic Network Card | 4 |
| Compaq | 201099-B21 | P1400/133-512 DL380G2 ALL | RAM | 1 |
| HP | 293048-B21 | HPBB300021 | D380G3 Red Fan | 5 |
| Chatsworth | 30130719 | HORIZ MGR-MCS,2 RMU,19" | Cable Management Tubes | 15 |
| HP | 331903-B21 | DW-224E | Proliant DVD/CD Burner Combo | 3 |
| HP | 364507-B21 | | D380G4 Floppy Drive With Brack | 1 |
| HP | 378751-B21 | Intel X3.6Ghz 2MB 370/380 G4 P | Processor | 1 |
| Sun | 565-1703-02 | SUN-KIT-ACC-AC | Server Rack Kit | 3 |
| Sun | 595-5773-02 | X1151A | Access Graphics | 5 |
| MultiTech | 92834342 | MT2834BA-EMC | 33.6K Faxmodem | 3 |
| MIC | A7388A REV 0C | | PCI-X Fiber Optic Network Card | 1 |
| None | AMP NetConnect | None | 48port Fiber Optic Patch Panel | 1 |
| APC | AP7541 | | Deep Toolless Mount Kit | 34 |
| MO9RM | APC | Surge Arrest | Multiple Outlet Unit | 10 |
| AR2800 | APC | 42U | Rack | 2 |
| AR8364BLK | APC | 42U S PNL 1070MM BLK | Rack | 6 |
| BP650S | APC | BackUPS Pro 650 | UPS | 1 |
| SUA2200RMXL3U | APC | Smart UPS 2200 XL | UPS | 1 |
| SUA2200RMXL3U | APC | Smart UPS 2200 XL | UPS | 1 |
| 520-331-002 | Avocent | DSR2010 | 16port switch | 4 |
| 520-247-001 | Avocent | DSR2161 | 16port switch | 10 |
| F1D104 | Belkin | Omniview SE | 4port KVM switch | 2 |
| CE-505A-144GB-K9 | Cisco | 505A | Content Engine | 4 |
| IMU | Cisco | IDS-4250 Series | Intrusion Detection Sensor | 2 |
| WS-C2950-24 | Cisco | Catalyst 2950 | Switch - 24port | 1 |
| WS-C2950-24 | Cisco | Catalyst 2950 | Switch - 24port | 1 |
| WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | 1 |
| 224090-001 | Compaq | TFT5010 | Clamshell | 1 |
| 178651-001 | Compaq | ML570 | Server | 1 |
| DL360 | Compaq | ProLiant DL360 | Server | 1 |
| DL360 | Compaq | ProLiant DL360 | Server | 1 |
| 881371 REV.C | Concerto | 881371 REV.C | Digital Communications Process | 1 |
| SMM | Dell | PowerEdge 2400 | Server | 2 |
| LP1150-E Rev: B | EMC | LP1150-E Rev: B | 4 GB FC PCI-X2 1 CH | 65 |
| 100-561-661 | EMC² | 42U | Rack | 1 |
| SPC104-1020 | Geist | SPC104-1020 | Transient Voltage Surge Suppres | 19 |
| 237259-001 | HP | TFT5600RKM | Clamshell | 4 |
| 237259-001 | HP | TFT5600RKM | Clamshell | 1 |
| 201723-B22 | HP | 201723-B22 | Modular SAN Array 1000 | 1 |
| 201723-B22 | HP | 201723-B22 | Modular SAN Array 1000 | 1 |
| 150728-001 | HP | StorageWorks | SAN Array | 1 |
| 283056-B21 | HP | 2/16-EL | San Switch | 1 |
| P2587A | HP | E800 | Server | 1 |
| 353830-001 | HP | ProLiant DL360 G3 | Server | 1 |
| 353830-001 | HP | ProLiant DL360 G3 | Server | 1 |
| 353830-001 | HP | ProLiant DL360 G3 | Server | 3 |
| 353830-001 | HP | ProLiant DL360 G3 | Server | 1 |
| 353830-001 | HP | ProLiant DL360 G3 | Server | 1 |
| 354572-001 | HP | ProLiant DL360 G4 | Server | 1 |
| 354572-001 | HP | ProLiant DL360 G4 | Server | 1 |
| 354572-001 | HP | ProLiant DL360 G4 | Server | 1 |
| 354572-001 | HP | ProLiant DL360 G4 | Server | 4 |

| Exhibit B - Alltech Electronics Purchase of Bid Lot 5 | | | | |
|---|---|---|---|---|
| 378705-001 | HP | ProLiant DL360 G4P | Server | 1 |
| 232098-001 | HP | ProLiant DL380 G2 | Server | 2 |
| 232098-001 | HP | ProLiant DL380 G2 | Server | 1 |
| 333705-001 | HP | ProLiant DL380 G3 | Server | 1 |
| 333705-001 | HP | ProLiant DL380 G3 | Server | 1 |
| 333705-001 | HP | ProLiant DL380 G3 | Server | 1 |
| 333705-001 | HP | ProLiant DL380 G3 | Server | 1 |
| 333705-001 | HP | ProLiant DL380 G3 | Server | 1 |
| 333705-001 | HP | ProLiant DL380 G3 | Server | 1 |
| 333705-001 | HP | ProLiant DL380 G3 | Server | 1 |
| 333705-001 | HP | ProLiant DL380 G3 | Server | 1 |
| 333705-001 | HP | ProLiant DL380 G3 | Server | 8 |
| 333705-001 | HP | ProLiant DL380 G3 | Server | 1 |
| 333705-001 | HP | ProLiant DL380 G3 | Server | 1 |
| 333705-001 | HP | ProLiant DL380 G3 | Server | 1 |
| 361011-001 | HP | ProLiant DL380 G4 | Server | 1 |
| 361011-001 | HP | ProLiant DL380 G4 | Server | 1 |
| 361011-001 | HP | ProLiant DL380 G4 | Server | 1 |
| 361011-001 | HP | ProLiant DL380 G4 | Server | 2 |
| 346921-001 | HP | ProLiant DL560 | Server | 1 |
| 261760-012 | HP | ProLiant ML570 | Server | 1 |
| 302515-001 | HP | MSL 5000 | Tape library | 1 |
| EMC | LP982-E REV A | FC PCI/PCI-X HBA 33/66/100/133 MHZ | | 1 |
| EMC | LP982-E REV C | FC PCI/PCI-X HBA 33/66/100/133 MHZ | | 3 |
| NAC-0501 | NetAPP | 42U | Rack | 1 |
| 70-60420-05 Rev. A0 | Quantum | TH8XH-TE | Tape Drive | 1 |
| A1-60420-05 Rev. B0 | Quantum | TH8XH-TE | Tape Drive | 1 |
| CS-2A0 KVM-0D2 | Raritan | CS8 | LPT Switch | 1 |
| PT40-H404-1-02C | Server Techrology | Sentry Commander | Remote Power Manager | 1 |
| 200 | Sun Microsystems | Ultra 5 | Server | 1 |
| 603-3099-01 | Sun Microsystems | Ultra 60 Creator 3D | Workstation | 1 |
| | | | Box Misc. Peripherals | |
| GIX-03834 | | GB1002 | Google Appliance | 1 |
| | | | TOTAL | |
| | | | | |

| Total Bid: | $ | 26,638.50 |
|---|---|---|