FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : Jointly Administered |
| Debtors. | : Re: Docket No. 2265 |

## STIPULATION BY AND BETWEEN THE DEBTORS AND POSITIVE SOFTWARE SOLUTIONS, INC. REGARDING AMOUNT OF COMPENSABLE COSTS AND DAMAGES RELATING TO ALLEGED VIOLATIONS OF AUTOMATIC STAY

The above-referenced debtors and debtors in possession (collectively, the "Debtors"), and Positive Software Solutions, Inc. ("PSS"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

### RECITALS

A) On August 15, 2007, the Bankruptcy Court entered its Order (I) Denying the Motion of Positive Software Solutions, Inc., for Relief from the Stay Regarding

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

Copyright Infringement Litigation and (II) Granting the Debtors' Cross-Motion for Sanctions for Violation of the Automatic Stay [Docket No. 2265] (the "Order").

B) As more fully set forth in the Order, the Bankruptcy Court: (i) awarded the Debtors damages, including the reasonable costs of professional fees incurred by the Debtors' professionals in connection with certain actions by PSS which the Debtors had contended were in violation of the automatic stay (the "Stay Damages"); and (ii) ordered that the Debtors file by a date certain affidavits or declarations setting forth the Stay Damages.

C) In accordance with the Order, the Debtors filed the following affidavits or declarations in support of the Stay Damages sought by the Debtors:

   i. Declaration of Russell C. Silberglied in Support of Damages [Docket No. 2683] (the "RLF Declaration"); and

   ii. Declaration of Barry Barnett Regarding Attorney's Fees [Docket No. 2706] (the "SG Declaration").

D) As set forth in the RLF Declaration, the Debtors assert that they incurred compensable legal fees of approximately $21,000 in connection with legal services performed by their general bankruptcy counsel, Richards, Layton & Finger, P.A. ("RLF"). The Debtors' counsel later notified PSS's counsel of additional expenses that were not reflected in the RLF Declaration, but which the Debtors contend are compensable under the Order.

E) As set forth in the SG Declaration, the Debtors assert that they incurred compensable legal fees of $28,350 and approximately $340 in expenses in connection

2

with legal services performed by Susman Godfrey, L.L.P. ("SG"), the Debtors' special litigation counsel.

F) As permitted under the Order, on September 25, 2007, PSS filed its Objection to Alleged Damages [Docket No. 3045] (the "Objection").

G) On August 24, 2007, PSS filed its Notice of Appeal [Docket No. 2561], initiating an appeal of the Order before the District Court (the "Appeal"). PSS contests the legal and factual basis of the portions of the Order in which the Bankruptcy Court found that PSS had violated the automatic stay and found PSS liable to the Debtors for the Stay Damages.

## STIPULATIONS

For good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties agree and stipulate as follows:

1) The amount of the Stay Damages shall be and is hereby established in the total amount of $25,000.

2) The foregoing stipulation establishing the amount of the Stay Damages is not intended to be and shall not be deemed as an admission of any nature, including an admission of legal liability, but is made only for the purpose of compromise, and is without effect or prejudice on PSS's rights to appeal the Order on any legal and factual ground (including those which PSS has or may be permitted to raise in the Appeal), but with the exception of the amount of any Stay Damages, which by virtue of this Stipulation cannot be litigated.

3) The undersigned represent and warrant that they have the authorization of their respective clients to execute this stipulation and to bind them to the terms hereof, except

3

RLF1-3222858-1

that this Stipulation will not be binding on the Debtors unless and until approved by the Court.

/s/ Russell C. Silberglied
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
O'MELVENY & MYERS
275 Battery Street
San Francisco, California 94111
(415) 984-8700

COUNSEL FOR DEBTORS AND
DEBTORS IN POSSESSION

4

RLF1-3222858-1

      /s/ Daniel K. Astin
Daniel K. Astin (No. 4068)
FOX ROTHSCHILD LLP
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, Delaware 19801-2323
(302) 654-7444

Mark H. Ralston
THE RALSTON LAW FIRM
2603 Oak Lawn Avenue, Suite 230
Dallas, Texas 75219
(214) 295-6416

      -and-

Michael W. Shore
SHORE CHAN BRAGALONE LLP
325 North St. Paul Street, Suite 4450
Dallas, Texas 75201

COUNSEL FOR POSITIVE SOFTWARE
SOLUTIONS, INC.