**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | |
| et al., | (Jointly Administered) |
|         Debtors. | |
| | Hrg Date: 2/20/08 @1:30 p.m. |
| _____/ | Objection Deadline: 2/13/08 |

**RESIDENTIAL CAPITAL, LLC'S MOTION FOR**
**RELIEF FROM STAY WITH REGARD TO 80 PROPERTIES**

COMES NOW RESIDENTIAL CAPITAL, LLC, ("ResCap"), by and through its undersigned attorney, as and for its Motion for Relief from Stay with regard to 80 Properties, and states:

1. ResCap has initiated or seeks to initiate foreclosure proceedings against 80 properties wherein NEW CENTURY TRS HOLDINGS, INC., or one or more of the other Debtor entities (collectively, "the Debtor"), holds an inferior mortgage. A complete listing of said properties is attached hereto as Exhibit A.

2. Each of the listed mortgages is in default and ResCap is prevented from enforcing its rights under state law by virtue of the automatic stay.

3. Debtor has no defenses to the priority of ResCap's listed mortgages nor any defense to foreclosure thereof.

4. ResCap is not seeking any affirmative relief from the Debtor but is seeking to foreclose the mortgages on the aforementioned properties wherein the Debtor holds a junior lien.

5. For each listed property, the recording information for the ResCap mortgage, the

approximate amount due and ResCap's good faith estimate of the value of the collateral are shown on Exhibit A.

6. Due to the number of properties, copies of the loan documents are not being filed with this motion but are available upon request.

7. ResCap requests that the Court waive the ten (10) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3), so that it may pursue its in rem remedies without further delay.

WHEREFORE, ResCap prays for an order lifting the stay with respect to the 80 properties identified on the attached list.

|  |  |
|---|---|
| Dated: January 28, 2008 | LAW OFFICES OF DAVID J. STERN, P.A.<br>801 S. University Drive Suite 500<br>Plantation, FL 33324<br>Phone: (954) 233-8000 ext 207<br>Fax: (954) 233-8648<br><br>/S/ Frederic J. DiSpigna<br>_____<br>FREDERIC J. DISPIGNA, ESQUIRE<br>Florida Bar No. 345539<br>fdispigna@dstern.com |