# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., et al., | Jointly Administered |
| Debtors. | Ref. No. xxxx |

_____/

## PROPOSED ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Stay with Regard to 80 Properties, filed by RESIDENTIAL CAPITAL, LLC (Doc. #xxxx), and the Certification of Counsel as to no opposition to said motion, it is

ORDERED, that the Motion be, and the same is hereby **GRANTED**; and it is further

ORDERED, that the automatic stay is terminated allowing Residential Capital LLC to exercise its rights under applicable law with respect to the 80 properties identified on the list attached hereto.

Dated: _____

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

# IN RE: NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416-KJC

## LIST OF RESIDENTIAL CAPITAL MORTGAGES

| | RESCAP LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | RESCAP MTG BK/PG | APPROX. DEBT | ESTIMATED PROPERTY VALUE | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0810033145 | 1161 REMSEN AVE | BROOKLYN | NY | 11236 | 2006063001740001 | $440,000.00 | $437,233.55 | 1 |
| 2 | 0810033153 | 7 SOMERSET RD W | AMITYVILLE | NY | 11701 | 21407/238 | $256,000.00 | $285,162.04 | 2 |
| 3 | 0810033154 | 239 WINDSONG DR | HENDERSON | NV | 89074 | 20060925/0003326 | $472,000.00 | $505,252.28 | 3 |
| 4 | 0810033158 | 7280 THUNDERBIRD LN | STANTON | CA | 90680 | 2006000637025 | $471,920.00 | $505,086.60 | 4 |
| 5 | 7437346505 | 6101 NW 43 WAY | COCONUT CREEK | FL | 33073 | 36640/1019 | $169,061.70 | $215,000.00 | 5 |
| 6 | 7439670696 | 1223 N. WHITHALL HIGHWAY | BURBANK | CA | 91505 | 05 1389285 | $518,500.00 | $440,662.06 | 6 |
| 7 | 7439671595 | 7050 CLAREMONT CIRCLE | ROSEVILLE | CA | 95678 | 2005-00081924 | $575,000.00 | $485,419.69 | 7 |
| 8 | 7440260727 | 4201 W. 5TH STREET UNIT 218 | SANTA ANA | CA | 92703 | 2005000760566 | $295,000.00 | $263,887.87 | 8 |
| 9 | 7440260735 | 2 GEORGES WAY | NEWTON | NH | 03858 | 4548/681 | $340,000.00 | $282,899.95 | 9 |
| 10 | 7440261733 | 9465 MAMMATH PEAK CIRCLE | STOCKTON | CA | 95212 | 2005-240682 | $455,000.00 | $380,752.38 | 10 |
| 11 | 7440411957 | 4678 - 80 N. 19TH ST | MILWAUKEE | WI | 53209 | 91420357 | $120,500.00 | $108,721.17 | 11 |
| 12 | 7440504025 | 12 WHEATLAND AVENUE #3 | DORCHESTER | MA | 02124 | 38235/323 | $330,000.00 | $274,799.37 | 12 |
| 13 | 7440505063 | 3321 AMERICUS DR | SAN JOSE | CA | 95148 | 18558481 | $850,000.00 | $719,153.18 | 13 |
| 14 | 7440505121 | 607 6TH STREET N. | NAMPA | ID | 83687 | 200559111 | $81,655.37 | $94,500.00 | 14 |
| 15 | 7440505352 | 3071 BREEZEWAY DRIVE | ROCKFORD | IL | 61109 | 553589 | $129,000.00 | $13,881.89 | 15 |
| 16 | 7440506558 | 12047 166TH STREET | NORWALK | CA | 90650 | 06 1337252 | $398,000.00 | $334,560.87 | 16 |
| 17 | 7440506624 | 18383 WILLOW STREET | HESPERIA | CA | 92345 | 2005-691594 | $320,000.00 | $271,844.47 | 17 |
| 18 | 7440508364 | 12601 VAN NUYS BOULEVARD # 153 | LOS ANGELES | CA | 91331 | 05 2540894 | $276,000.00 | $237,509.21 | 18 |
| 19 | 7440509909 | 8283 HOLLY JILL WAY | SACRAMENTO | CA | 95823 | 20051020/2166 | $401,000.00 | $341,444.06 | 19 |
| 20 | 7440510972 | 1178 BUENA VISTA | BULLHEAD CITY | AZ | 86442 | 5906/83 | $176,500.00 | $139,097.29 | 20 |
| 21 | 7440511756 | 23796 MEADOWGATE COURT | MURRIETA | CA | 92562 | 2007-0131616 | $475,000.00 | $400,278.76 | 21 |
| 22 | 7440513067 | 7788 GABRIEL GARTH COURT | SEVERN | MD | 21144 | 17577/711 | $446,000.00 | $379,273.94 | 22 |
| 23 | 7440513091 | 2206 SOUTH MAPLE STREET | SANTA ANA | CA | 92707 | 2005000849668 | $575,000.00 | $489,424.27 | 23 |
| 24 | 7440514602 | 6209 CHECKERBERRY DR | RICHMOND | VA | 23231 | 3996/1512 | $150,000.00 | $124,703.52 | 24 |
| 25 | 7440514727 | 548 W. 107TH STREET | LOS ANGELES | CA | 90044 | 05 2645584 | $371,000.00 | $313,268.48 | 25 |
| 26 | 7440514743 | 5155 SOUTH VAN NESS AVE | LOS ANGELES | CA | 90062 | 05 2515116 | $409,000.00 | $323,050.20 | 26 |
| 27 | 7440516631 | 1250 E. SHAW 259 | FRESNO | CA | 93710 | 2005-0249753 | $173,500.00 | $147,647.75 | 27 |
| 28 | 7440540177 | 4921 WERRE COURT | ELK GROVE | CA | 95757 | 20051027/2247 | $545,819.00 | $460,002.82 | 28 |
| 29 | 7440540300 | 1726 N. WESTERN AVENUE | SANTA MARIA | CA | 93458 | 2005-01102484 | $418,000.00 | $351,238.82 | 29 |
| 30 | 7440540953 | 7592 PEACH AVENUE | HESPERIA | CA | 92345 | 2005-0788883 | $389,000.00 | $338,684.57 | 30 |
| 31 | 7440540961 | 13122 MESA VERDE WAY | SYLMAR | CA | 91342 | 05 2549464 | $610,000.00 | $513,265.12 | 31 |

# IN RE: NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416-KJC

## LIST OF RESIDENTIAL CAPITAL MORTGAGES

| | RESCAP LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | RESCAP MTG BK/PG | APPROX. DEBT | ESTIMATED PROPERTY VALUE | |
|---|---|---|---|---|---|---|---|---|---|
| 32 | 7440542769 | 1954 WYNDHAM WAY | LODI | CA | 95242 | 2005-263583 | $470,000.00 | $395,514.86 | 32 |
| 33 | 7440665792 | 9608 UNION AVENUE | CLEVELAND | OH | 44105 | 200511150863 | $85,000.00 | $85,515.59 | 33 |
| 34 | 7440672137 | 2022 WEST CHANDLER AVENUE | SANTA ANA | CA | 92704 | 2005000922629 | $700,000.00 | $597,811.83 | 34 |
| 35 | 7440719318 | 4575 N KEVIN WAY | LAS VEGAS | NV | 89129 | 05045/2005112 | $704,000.00 | $629,592.36 | 35 |
| 36 | 7440720084 | 424 LAFAYETTE STREET | SAN GABRIEL | CA | 91776 | 05-2840978 | $630,000.00 | $516,038.09 | 36 |
| 37 | 7440720530 | 2228 PACIFIC AVE | MODESTO | CA | 95354 | 2005-0211217-00 | $380,000.00 | $326,128.44 | 37 |
| 38 | 7440721520 | 43 RAINBOW RIDGE ROAD | POMONA | CA | 91766 | 05 2932599 | $580,000.00 | $480,756.70 | 38 |
| 39 | 7440722577 | 8817 BALBOA BOULEVARD | NORTHRIDGE | CA | 91325 | 05 2928183 | $780,000.00 | $668,641.55 | 39 |
| 40 | 7440723468 | 837 SYMPHONY DRIVE | AURORA | IL | 60504 | R2005218767 | $160,000.00 | $141,997.73 | 40 |
| 41 | 7440723799 | 1430 SOUTH PACIFIC AVENUE | SANTA ANA | CA | 92704 | 2005000963388 | $585,000.00 | $490,589.60 | 41 |
| 42 | 7440732063 | 33360 ALAGON STREET | TEMECULA | CA | 92592 | 2005-0818601 | $460,000.00 | $391,101.18 | 42 |
| 43 | 7440732410 | 13801 SHIRLEY ST # 57 | GARDEN GROVE | CA | 92843 | 2005000967321 | $363,000.00 | $309,424.19 | 43 |
| 44 | 7440732626 | 605 EAST MAUDE AVENUE | SUNNYVALE | CA | 94085 | 18692038 | $755,000.00 | $625,614.83 | 44 |
| 45 | 7440732683 | 2324-2326 17TH AVE | OAKLAND | CA | 94606 | 2007128127 | $585,538.58 | $590,000.00 | 45 |
| 46 | 7440761518 | 286 CARL AVENUE | BROCKTON | MA | 02302 | 31754/52 | $327,000.00 | $276,193.30 | 46 |
| 47 | 7440762276 | 2831 LYNN STREET NE | SALEM | OR | 97303 | 2566/433 | $115,000.00 | $97,202.09 | 47 |
| 48 | 7440902518 | 1870 SUMMERTIME DRIVE | TRACY | CA | 95376 | 2005-305994 | $535,000.00 | $455,445.17 | 48 |
| 49 | 7440902716 | 820 FOXWORTH AVENUE | LA PUENTE | CA | 91744 | 05-3037122 | $490,000.00 | $439,035.13 | 49 |
| 50 | 7440904753 | 13 DACIA STREET | DORCHESTER | MA | 02125 | 38694/281 | $288,000.00 | $240,624.67 | 50 |
| 51 | 7440905040 | 320 SOUTH THORSON AVENUE | COMPTON | CA | 90221 | 05-3127007 | $350,000.00 | $295,390.36 | 51 |
| 52 | 7440909737 | 3166 OVERDALE STREET | DELTONA | FL | 32738 | 5742/2792 | $155,662.00 | $186,000.00 | 52 |
| 53 | 7440910339 | 3910 OLD US HWY 45 S | PADUCAH | KY | 42003 | 1052/1 | $425,000.00 | $386,272.55 | 53 |
| 54 | 7440912731 | 3004 HORIZON COURT | PLAINFIELD | IL | 60544 | R2005218767 | $320,000.00 | $290,259.31 | 54 |
| 55 | 7440915189 | 2717 WEST 143RD PL. | GARDENA | CA | 90249 | 05-3055282 | $573,500.00 | $510,832.64 | 55 |
| 56 | 7440915718 | 8205 LORRAINE AVE | STOCKTON | CA | 95210 | 2005-316592 | $345,000.00 | $290,619.14 | 56 |
| 57 | 7440920882 | 8106 5TH STREET | DOWNEY | CA | 90241 | 05 3130329 | $737,000.00 | $610,417.43 | 57 |
| 58 | 7440922482 | 25071 FILAREE AVENUE | MORENO VALLEY | CA | 92551 | 2005-1053846 | $335,000.00 | $284,439.29 | 58 |
| 59 | 7440922615 | 120 HIGHLAND PLACE | MONROVIA | CA | 91016 | 05 3072020 | $772,000.00 | $659,860.74 | 59 |
| 60 | 7440925709 | 223 PLEASANT STREET | STOUGHTON | MA | 02072 | 23237/150 | $490,000.00 | $427,830.52 | 60 |
| 61 | 7440927408 | 1456 VENTURA AVE | SAN PABLO | CA | 94806 | 2005-0488147-00 | $430,000.00 | $355,490.73 | 61 |
| 62 | 7440998425 | 1425 AVILA DR. | PERRIS | CA | 92571 | 2006-0073596 | $395,000.00 | $341,621.09 | 62 |

**IN RE: NEW CENTURY TRS HOLDINGS, INC.**
**CASE NO. 07-10416-KJC**

**LIST OF RESIDENTIAL CAPITAL MORTGAGES**

| | RESCAP LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | RESCAP MTG BK/PG | APPROX. DEBT | ESTIMATED PROPERTY VALUE |
|---|---|---|---|---|---|---|---|---|
| 63 | 7441009347 | 5310 S WOOD STREET | CHICAGO | IL | 60609 | 603441069 | $230,000.00 | $215,584.96 |
| 64 | 7441076759 | 1678 HEATHER HILL DRIVE | SAN JACINTO | CA | 92583 | 2005-1019809 | $380,000.00 | $293,889.15 |
| 65 | 7441083219 | 84 OLD MILL ROAD | WALLKILL | NY | 12589 | 11989/368 | $345,000.00 | $285,616.66 |
| 66 | 7441084001 | 4100 BLUE GILL AVENUE | WAUSAU | WI | 54401 | 1434356 | $173,000.00 | $155,747.26 |
| 67 | 7441084621 | 14179 POLLY COURT | HELENDALE | CA | 92342 | 2005-0968324 | $425,000.00 | $349,875.06 |
| 68 | 7441088689 | 5923 SANDBURG DR | NORTH FORT MYERS | FL | 33903 | 2006000040717 | $274,000.00 | $239,431.13 |
| 69 | 7441088887 | 4309 DEAMES ST | PLANO | IL | 60545 | 20060002640 | $160,000.00 | $148,524.98 |
| 70 | 7441090958 | 16058 TULSA STREET | LOS ANGELES | CA | 91344 | 06 0187515 | $590,000.00 | $493,064.20 |
| 71 | 7441091154 | 35 BARONS VIEW CT | EL SOBRANTE | CA | 94803 | 2006-0027005-00 | $540,000.00 | $456,104.76 |
| 72 | 7441093465 | 2623 ELLENBROOK DRIVE | RANCHO CORDOVA | CA | 95670 | 20060130/2439 | $349,000.00 | $293,543.83 |
| 73 | 7441093606 | 1215 EAST LOCUST AVENUE | ORANGE | CA | 92867 | 20060000062411 | $695,000.00 | $599,231.62 |
| 74 | 7441094778 | 4808 EAST AVENUE R-12 | PALMDALE | CA | 93552 | 06-0213354 | $310,000.00 | $259,882.39 |
| 75 | 7441095122 | 10-12 ELLIS STREET 12-1 | HYDE PARK | MA | 02136 | 38932/179 | $360,000.00 | $314,397.86 |
| 76 | 7442047361 | 536 YOSEMITE DRIVE | TRACY | CA | 95376 | 2006-204283 | $415,000.00 | $350,637.08 |
| 77 | 7442047890 | 7250 FRANKLIN AVENUE 603 | LOS ANGELES | CA | 90046 | 06 21341948 | $575,000.00 | $485,790.67 |
| 78 | 7442051389 | 202 BRUSHWOOD PLACE | BRENTWOOD | CA | 94513 | 2006-0297265-00 | $512,000.00 | $434,986.69 |
| 79 | 7442155933 | 100-16 31ST AVE | EAST ELMHURST | NY | 11369 | 2006000369613 | $850,000.00 | $747,839.79 |
| 80 | 7655514511 | 2017 SOUTH MOLERA DRIVE | SANTA MARIA | CA | 93454 | 2004-0113708 | $485,000.00 | $412,469.82 |