## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-10416 |
| | § | |
| NEW CENTURY TRS HOLDINGS, INC. | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

### TRAVIS COUNTY'S AMENDED NOTICE OF TAX LIEN

**TO ALL PARTIES IN INTEREST:**

      Notice is hereby given to all interested parties and creditors that Nelda Wells Spears, Tax Assessor-Collector for Travis County for and on behalf of the following taxing authorities: Travis County, Texas, City of Austin, Austin Independent School District, Austin Community College, Manor Independent School District, Travis County Municipal Utility District Number 2, Travis County Emergergency Services District Number 12, Travis County Emergency Services District Number 4, and Travis County Hospital District (hereinafter referred to as "Travis County") by and through her attorney of record, David Escamilla, Travis County Attorney, holds a statutory lien against the Debtor's **Real/Personal** property as listed below:

              **BILLING NO.: 795179**
              **PERSONAL PROPERTY HOME 123**

              **BILLING NO.: 433378**
              **LOT 17 BLK E SILVERSTONE PHS 2 SEC 1**

              **BILLING NO.: 355574**
              **LOT 14 LEDGESTONE CLIFFS**

              **BILLING NO.: 742992**
              **LOT 34 BLK B MEADOW LAKE SUBD PHS 1&2**

              **BILLING NO.: 673214**
              **LOT 20 BLK M MOUNTAIN CREEK SEC 3**

              **BILLIN NO.: 738531**
              **LOT 12 BLK F GREENRIDGE PHS 2**

174610-1

**BILLING NO.: 604631**
**PERSONAL PROPERTY COMMERCIAL NEW CENTURY MORTGAGE CORP**

**BILLING NO.: 748975**
**PERSONAL PROPERTY COMMERCIAL N C M GROUP OFFICE**

**BILLING NO.: 96540**
**LOT 30 BLK N DELWOOD 4 SEC B**

**BILLING NO.: 141027**
**LOT 3 BLK B BROOKHOLLOW SEC 1**

**BILLING NO.: 754976**
**LOT 30 BLK L SHADOWGLEN PHS 1 SEC 1(A),2(A),3(A),4(A)**

The lien of Travis County takes priority over the claims and interests of any other creditor in this proceeding under §32.05 of the Texas Property Tax Code.

By this Notice Travis County hereby claims an interest in the proceeds of the sale of the same. Texas Property Tax Code §32.01.

**Respectfully submitted,**

**DAVID ESCAMILLA**
**Travis County Attorney**
P. O. Box 1748
Austin, Texas 78767
(512) 854-9513 Telephone
(512) 854-4808 Telecopier

By:   */s/ Karon Y. Wright*
**KARON Y. WRIGHT**
Assistant County Attorney
Texas Bar No. 22044700
karon.wright@co.travis.tx.us

174610-1

## CERTIFICATE OF SERVICE

I, Karon Y. Wright, Assistant County Attorney, hereby certify that a true and correct copy of the foregoing **Travis County's Amended Notice of Tax Lien** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this **28th** day of **January 2008** and mailed by United States First Class Mail to any party listed below that is not registered.

                                                                */s/ Karon Y. Wright*

**ATTORNEY FOR DEBTOR**
Mark D. Collins
P.O. Box 551
Wilmington, Delaware 19899

**TRUSTEE**
Wells Fargo Bank, N.A.
608 2nd Avenue South
Minneapolis, Minnesota 55479

174610-1