# EXHIBIT B

**Exhibit B - WPO Business Solutions Purchase of Bid Lot 3**

| | P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|---|
| 1 | WS-C6509 | Cisco | WS-C6509 | Chassis | SAL0802SH99 | 1 |
| 2 | WS-X6K-SUP1A-2GE | Cisco | WS-X6K-SUP1A-2GE | 1000BaseX Supervisor | | 1 |
| 3 | WS-X6K-SUP1A-2GE | Cisco | WS-X6K-SUP1A-2GE | 1000BaseX Supervisor | | 1 |
| 4 | WS-X6148-RJ-45 | Cisco | WS-X6148-RJ-45 | 10/100BaseTX Ethernet | | 1 |
| 5 | WS-X6148-RJ-45 | Cisco | WS-X6148-RJ-45 | 10/100BaseTX Ethernet | | 1 |
| 6 | WS-X6148-RJ-45 | Cisco | WS-X6148-RJ-45 | 10/100BaseTX Ethernet | | 1 |
| 7 | WS-X6148-RJ-45 | Cisco | WS-X6148-RJ-45 | 10/100BaseTX Ethernet | | 1 |
| 8 | WS-X6148-RJ-45 | Cisco | WS-X6148-RJ-45 | 10/100BaseTX Ethernet | | 1 |
| 9 | WS-X6148-RJ-45 | Cisco | WS-X6148-RJ-45 | 10/100BaseTX Ethernet | | 1 |
| 10 | WS-F6020A | Cisco | WS-F6020A | L2 Switching Engine II | | 1 |
| 11 | WS-F6020A | Cisco | WS-F6020A | L2 Switching Engine II | | 1 |
| 12 | WS-F6K-VPWR | Cisco | WS-F6K-VPWR | Inline Power Module | | 1 |
| 13 | WS-F6K-VPWR | Cisco | WS-F6K-VPWR | Inline Power Module | | 1 |
| 14 | WS-F6K-VPWR | Cisco | WS-F6K-VPWR | Inline Power Module | | 1 |
| 15 | WS-F6K-VPWR | Cisco | WS-F6K-VPWR | Inline Power Module | | 1 |
| 16 | WS-F6K-VPWR | Cisco | WS-F6K-VPWR | Inline Power Module | | 1 |
| 17 | WS-CAC-2500W | Cisco | WS-CAC-2500W | PS1 Module | | 1 |
| 18 | WS-CAC-2500W | Cisco | WS-CAC-2500W | PS2 Module | | 1 |
| 19 | | | | | | |
| 20 | WS-C6509-E | Cisco | WS-C6509-E | Chassis | SMG0832N30G | 1 |
| 21 | WS-SUP720-3B | Cisco | WS-SUP720-3B | Supervisor Engine 720 | | 1 |
| 22 | WS-X6748-SFP | Cisco | WS-X6748-SFP | CEF720 48 port 1000mb SFP | | 1 |
| 23 | WS-F6K-PFC3B | Cisco | WS-F6K-PFC3B | Policy Feature Card 3 | | 1 |
| 24 | WS-SUP720 | Cisco | WS-SUP720 | MSFC3 Daughterboard | | 1 |
| 25 | WS-F6700-CFC | Cisco | WS-F6700-CFC | Centralized Forwarding Card | | 1 |
| 26 | | Cisco | | | | 1 |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | WS-C6509-E | Cisco | WS-C6509-E | Chassis | SMG0827N2CG | 1 |
| 30 | WS-X6066-SLB-APC | Cisco | WS-X6066-SLB-APC | SLB Application Processor Complex | | 1 |
| 31 | vWS-SVC-FWM-1 | Cisco | WS-SVC-FWM-1 | Firewall Module | | 1 |
| 32 | WS-X6748-SFP | Cisco | WS-X6748-SFP | CEF720 48 port 1000mb SFP | | 1 |
| 33 | WS-SUP720-3B | Cisco | WS-SUP720-3B | Supervisor Engine 720 | | 1 |
| 34 | WS-SUP720-3B | Cisco | WS-SUP720-3B | Supervisor Engine 720 | | 1 |
| 35 | WS-X6748-GE-TX | Cisco | WS-X6748-GE-TX | CEF720 48 port 10/100/1000mb Ethernet | | 1 |
| 36 | WS-F6700-CFC | Cisco | WS-F6700-CFC | Centralized Forwarding Card | | 1 |
| 37 | WS-F6K-PFC3B | Cisco | WS-F6K-PFC3B | Policy Feature Card 3 | | 1 |
| 38 | WS-SUP720 | Cisco | WS-SUP720 | MSFC3 Daughterboard | | 1 |
| 39 | WS-F6K-PFC3B | Cisco | WS-F6K-PFC3B | Policy Feature Card 3 | | 1 |
| 40 | WS-SUP720 | Cisco | WS-SUP720 | MSFC3 Daughterboard | | 1 |
| 41 | WS-F6700-CFC | Cisco | WS-F6700-CFC | Centralized Forwarding Card | | 1 |
| 42 | | | | | | |
| 43 | WS-C6509-E | Cisco | WS-C6509-E | Chassis | SMG0827N2D0 | 1 |
| 44 | WS-X6066-SLB-APC | Cisco | WS-X6066-SLB-APC | SLB Application Processor Complex | | 1 |
| 45 | vWS-SVC-FWM-1 | Cisco | WS-SVC-FWM-1 | Firewall Module | | 1 |
| 46 | WS-X6748-SFP | Cisco | WS-X6748-SFP | CEF720 48 port 1000mb SFP | | 1 |
| 47 | WS-SUP720-3B | Cisco | WS-SUP720-3B | Supervisor Engine 720 | | 1 |
| 48 | WS-SUP720-3B | Cisco | WS-SUP720-3B | Supervisor Engine 720 | | 1 |
| 49 | WS-X6748-GE-TX | Cisco | WS-X6748-GE-TX | CEF720 48 port 10/100/1000mb Ethernet | | 1 |
| 50 | WS-F6700-CFC | Cisco | WS-F6700-CFC | Centralized Forwarding Card | | 1 |
| 51 | WS-F6K-PFC3B | Cisco | WS-F6K-PFC3B | Policy Feature Card 3 | | 1 |
| 52 | WS-SUP720 | Cisco | WS-SUP720 | MSFC3 Daughterboard | | 1 |
| 53 | WS-F6K-PFC3B | Cisco | WS-F6K-PFC3B | Policy Feature Card 3 | | 1 |
| 54 | WS-SUP720 | Cisco | WS-SUP720 | MSFC3 Daughterboard | | 1 |
| 55 | WS-F6700-CFC | Cisco | WS-F6700-CFC | Centralized Forwarding Card | | 1 |
| 56 | | | | | | |
| 57 | CISCO3825 V01 | Cisco | 3800 Series | Router | FTX0926A0SS | 1 |
| 58 | NM-CIDS-K9 | Cisco | 800-23372-02 B0 | Daughtercard | | 1 |

**Exhibit B - WPO Business Solutions Purchase of Bid Lot 3**

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | NM-1T3/E3 | Cisco | 800-19180-02 A0 | Daughtercard | | 1 |
| 60 | | | | | | |
| 61 | CISCO3825 V01 | Cisco | 3800 Series | Router | FTX0926A0TX | 1 |
| 62 | NM-CIDS-K9 | Cisco | 800-23372-02 B0 | Daughtercard | | 1 |
| 63 | NM-1T3/E3 | Cisco | 800-19180-02 A0 | Daughtercard | | 1 |
| 64 | | | | | | |
| 65 | IPC6MNUDAA | Cisco | CISCO3745 | Router | JMX0824L24C | 1 |
| 66 | CISCO3745-IO-2FE | Cisco | IPI7MU0EAA | Daughtercard | | 1 |
| 67 | | | | | | |
| 68 | IPC6MNUDAA | Cisco | CISCO3745 | Router | JMX0824L24R | 1 |
| 69 | CISCO3745-IO-2FE | Cisco | IPI7MU0EAA | Daughtercard | | 1 |
| 70 | | | | | | |
| 71 | 800-20059-02 | Cisco | CISCO2651XM | Router | | 1 |
| 72 | CNI8LPEAAA | Cisco | ASYNC 32A | Daughtercard | | 1 |
| 73 | | | | | | |
| 74 | WS-C6509 | Cisco | WS-C6509 | Chassis | SMG0632A05G | 1 |
| 75 | WS-SVC-FWM-1 | Cisco | WS-SVC-FWM-1 | Firewall Module | | 1 |
| 76 | WS-X6066-SLB-APC | Cisco | WS-X6066-SLB-APC | SLB Application Processor Complex | | 1 |
| 77 | WS-X6724-SFP | Cisco | WS-X6724-SFP | CEF720 24 port 1000mb SFP | | 1 |
| 78 | WS-SUP720-3B | Cisco | WS-SUP720-3B | Supervisor Engine 720 | | 1 |
| 79 | WS-X6548-GE-TX | Cisco | WS-X6548-GE-TX | SFM-capable 48 port 10/100/1000mb RJ45 | | 1 |
| 80 | WS-F6700-CFC | Cisco | WS-F6700-CFC | Centralized Forwarding Card | | 1 |
| 81 | WS-F6K-PFC3B | Cisco | WS-F6K-PFC3B | Policy Feature Card 3 | | 1 |
| 82 | WS-SUP720 | Cisco | WS-SUP720 | MSFC3 Daughterboard | | 1 |
| 83 | WS-F6K-GE48-AF | Cisco | WS-F6K-GE48-AF | IEEE Voice Daughter Card | | 1 |
| 84 | | | | | | |
| 85 | WS-C6509 | Cisco | WS-C6509 | Chassis | SMG0632A05L | 1 |
| 86 | WS-SVC-FWM-1 | Cisco | WS-SVC-FWM-1 | Firewall Module | | 1 |
| 87 | WS-X6066-SLB-APC | Cisco | WS-X6066-SLB-APC | SLB Application Processor Complex | | 1 |
| 88 | WS-X6724-SFP | Cisco | WS-X6724-SFP | CEF720 24 port 1000mb SFP | | 1 |
| 89 | WS-SUP720-3B | Cisco | WS-SUP720-3B | Supervisor Engine 720 | | 1 |
| 90 | WS-X6548-GE-TX | Cisco | WS-X6548-GE-TX | SFM-capable 48 port 10/100/1000mb RJ45 | | 1 |
| 91 | WS-F6700-CFC | Cisco | WS-F6700-CFC | Centralized Forwarding Card | | 1 |
| 92 | WS-F6K-PFC3B | Cisco | WS-F6K-PFC3B | Policy Feature Card 3 | | 1 |
| 93 | WS-SUP720 | Cisco | WS-SUP720 | MSFC3 Daughterboard | | 1 |
| 94 | WS-F6K-GE48-AF | Cisco | WS-F6K-GE48-AF | IEEE Voice Daughter Card | | 1 |
| 95 | | | | | | |
| 96 | 800-20044-04 A0 | Cisco | CISCO2610XM | Router | | 1 |
| 97 | CNI8LPEAAA | Cisco | ASYNC 32A | Daughtercard | | 1 |
| 98 | | | | | | |
| 99 | CISCO7206VXR | Cisco | CISCO7206VXR | Router | | 1 |
| 100 | CN8ILMJAAA | Cisco | 73-3762-03 A0 | IDS3+ Serial | | 1 |
| 101 | COUCACNCAA | Cisco | NPE-G2 | Network Processing Engine - G2 | | 1 |
| 102 | | | | | | |
| 103 | | | | | | |
| 104 | WS-C2950G-48-EI | Cisco | C2950G | Catalyst 2950 48port switch | | 1 |
| 105 | WS-C2950G-48-EI | Cisco | C2950G | Catalyst 2950 48port switch | | 1 |
| 106 | WS-C2950G-48-EI | Cisco | C2950G | Catalyst 2950 48port switch | | 1 |
| 107 | WS-C2950G-48-EI | Cisco | C2950G | Catalyst 2950 48port switch | | 1 |
| 108 | WS-C2950G-48-EI | Cisco | C2950G | Catalyst 2950 48port switch | | 1 |
| 109 | WS-C2950G-48-EI | Cisco | C2950G | Catalyst 2950 48port switch | | 1 |
| 110 | GESM | Cisco | CISCO GESM | GESM Blade System Card | | 2 |
| 111 | DS-C9513 | Cisco | DS-C9513 | Fiber Switch Chassis | FOX103505HW | 1 |
| 112 | DS-X9148 | Cisco | DS-X9148 | 1/2/4GBPS 48port Fiber Channel Module | | 4 |
| 113 | DS-X9530-SF2-K9 | Cisco | DS-X9530-SF2-K9 | Supervisor 2 | | 2 |
| 114 | DS-C9513 | Cisco | DS-C9513 | Fiber Switch Chassis | FOX104301HY | 1 |
| 115 | DS-X9148 | Cisco | DS-X9148 | 1/2/4GBPS 48port Fiber Channel Module | | 4 |
| 116 | DS-X9530-SF2-K9 | Cisco | DS-X9530-SF2-K9 | Supervisor 2 | | 2 |
| 117 | WS-C2924-XL-A | Cisco | C2924 | 24port switch | | 1 |
| 118 | WS-C2950G-24-EI | Cisco | C2950G | 24port switch | | 1 |
| 119 | WS-C2950T-24 | Cisco | C2950T | 24port switch | | 9 |

**Exhibit B - WPO Business Solutions Purchase of Bid Lot 3**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 120 | WS-C2950G-48-EI | Cisco | C2950G | 48port switch | | | 8 |
| 121 | WS-C3560-48TS-E | Cisco | C3560 | 48port switch | | | 1 |
| 122 | WS-C2950-24 | Cisco | C2950 | Catalyst 2950 24port switch | | | 4 |
| 123 | CE-510-K9 | Cisco | 510 | Content Engine | | | 4 |
| 124 | CE-511-K9 | Cisco | 511 | Content Engine | | | 1 |
| 125 | CE-510A-80GB-K9 | Cisco | 510A | Content Engine | | | 2 |
| 126 | CISCO1601 | Cisco | CISCO1601 | Router | | | 1 |
| 127 | CISCO1750 | Cisco | CISCO1750 | Router | | | 1 |
| 128 | CISCO1751 | Cisco | CISCO1751 | Router | | | 5 |
| 129 | CISCO2501 | Cisco | CISCO2501 | Router | | | 1 |
| 130 | 47-13900-02 Rev. A0 | Cisco | CISCO2621XM | Router | | | 2 |
| 131 | WS-C3550-48-EMI | Cisco | WS-C3550-48-EMI | Catalyst 3550 48port switch | | | 1 |
| 132 | WS-C2950G-48-EI | Cisco | WS-C2950G-48-EI | Catalyst 2950 48port switch | | | 1 |
| 133 | WS-C2950G-48-EI | Cisco | WS-C2950G-48-EI | Catalyst 2950 48port switch | | | 1 |
| 134 | IMU | Cisco | IDS-4250 Series | Intrusion Detection Sensor | | | 1 |
| 135 | IMU | Cisco | IDS-4250 Series | Intrusion Detection Sensor | | | 1 |
| 136 | 47-10539-02 | Cisco | PIX 501 | Firewall | | | 1 |
| 137 | WS-C2950T-24 | Cisco | WS-C2950T-24 | Catalyst 2950 24port switch | | | 1 |
| 138 | WS-C2950T-24 | Cisco | WS-C2950T-24 | Catalyst 2950 24port switch | | | 1 |
| 139 | IPS-4255-K9 VB0 | Cisco | IPS-4200 | Intrusion Prevention Sensor 4255 | | | 1 |
| 140 | WS-C3550-24-EMI | Cisco | WS-C3550-24-EMI | Catalyst 3550 24port switch | | | 1 |
| 141 | WS-C3550-24-EMI | Cisco | WS-C3550-24-EMI | Catalyst 3550 24port switch | | | 1 |
| 142 | 68-1098-02 E0 | Cisco | PIX-525 | Firewall | | | 1 |
| 143 | 68-1098-02 E0 | Cisco | PIX-525 | Firewall | | | 1 |
| 144 | WS-C2950G-24-EI | Cisco | WS-C2950G-24-EI | Catalyst 2950 24port switch | | | 1 |
| 145 | WS-C2950G-24-EI | Cisco | WS-C2950G-24-EI | Catalyst 2950 24port switch | | | 1 |
| 146 | WS-C2950G-48-EI | Cisco | WS-C2950G-48-EI | Catalyst 2950 48port switch | | | 1 |
| 147 | WS-C3548-XL-EN | Cisco | 3500XL | 48port switch | | | 1 |
| 148 | WS-C3750-48TS-S | Cisco | C3750 | 48port switch | | | 1 |
| 149 | WS-2950-24 | Cisco | 2950 | 24port switch | | | 1 |
| 150 | WS-C3750G-24TS-E | Cisco | C3750G | 24port switch | | | 1 |
| 151 | WS-C2970G-24T-E | Cisco | C2970G | 24port switch | | | 1 |
| 152 | DS-C9216I-K9 | Cisco | MDS 9216i EMC² | 14port fiber | | | 1 |
| 153 | DS-C9216I-K9 | Cisco | MDS 9216i EMC² | 14port fiber | | | 1 |
| 154 | WS-C2950G-48-EI | Cisco | C2950G | Catalyst 2950 48port switch | | | 1 |
| 155 | WS-C2950G-48-EI | Cisco | C2950G | Catalyst 2950 48port switch | | | 3 |
| 156 | PWR675-AC-RPS-N1= | Cisco | PWR675-AC-RPS-N1= | Redundant Power Supply | | | 1 |
| 157 | CE-565-K9 | Cisco | CE565 | Content Engine | | | 2 |
| 158 | WS-C2950G-48-EI | Cisco | C2950G | Catalyst 2950 48port switch | | | 1 |
| 159 | WS-C2950-24 | Cisco | C2950 | Catalyst 2950 24port switch | | | 3 |
| 160 | 47-7647-03 Rev.A0 | Cisco | CISCO1721 | Router | | | 1 |
| 161 | IMU | Cisco | IDS-4250 Series | Intrusion Detection Sensor | | | 1 |
| 162 | ISP1100 | Cisco | Secure IDS 4210 | Intrusion Detection Sensor | | | 2 |
| 163 | 68-1098-01 E0 | Cisco | PIX 525 | Firewall | | | 2 |
| 164 | WS-C2950G-48-EI | Cisco | C2950G | Catalyst 2950 48port switch | | | 1 |
| 165 | WS-C2950G-24-EI | Cisco | C2950G | Catalyst 2950 24port switch | | | 1 |
| 166 | WS-C2950-24 | Cisco | C2950 | Catalyst 2950 24port switch | | | 1 |
| 167 | WS-C2950-24 | Cisco | C2950 | Catalyst 2950 24port switch | | | 1 |
| 168 | CSS-11052-AC Rev.H0 | Cisco | CSS 11000 | Content Services Switch | | | 3 |
| 169 | CSS-11052-AC Rev.E0 | Cisco | CSS 11000 | Content Services Switch | | | 2 |
| 170 | CE-565A-72GB-K9 | Cisco | 565A | Content Engine | | | 1 |
| 171 | CE-565-K9 | Cisco | 565 | Content Engine | | | 1 |
| | | | | | | | |
| | | | | | | | |

**Total Bid** $ 248,704.00