IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No.: 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 4345 |
| | : | |
| | : | Objection Deadline: 01/30/08 |
| | : | Hearing Date: 02/06/08 @ 1:30 p.m. |

**CERTIFICATE OF SERVICE OF RESPONSE OF GENERAL ELECTRIC CAPITAL CORPORATION TO LIMITED OBJECTION OF MARICOPA COUNTY TREASURER TO MOTION FOR ORDER APPROVING SETTLEMENT BETWEEN DEBTORS AND DEBTORS IN POSSESSION AND GENERAL ELECTRIC CAPITAL CORPORATION REGARDING SECURED FINANCING ARRANGEMENTS (DOCKET NO. 4345)**

I HEREBY CERTIFY that on January 29th, 2008, I did serve a copy of the Response of General Electric Capital Corporation to Limited Objection of Maricopa County Treasurer to Motion for Order Approving Settlement Between Debtors and Debtors In Possession and General Electric Capital Corporation Regarding Secured Financing Arrangements (Docket No. 4345) via facsimile to Marcos A. Ramos, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, counsel for the Debtors; and Madeleine C. Wanslee, Gust Rosenfeld P.L.C., 201 E. Washington Street, Suite 800, Phoenix, Arizona, 85004, counsel for Maricopa County Treasurer.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

/s/ Michael G. Gallerizzo
Michael G. Gallerizzo, Esquire (4550)
David V. Fontana (4805)
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, Delaware 19801
(302) 656-9002
Facsimile No.: (302) 429-5953
mgall@gebsmith.com

Counsel for General Electric Capital Corporation