# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-10416 |
| | § | |
| **NEW CENTURY TRS HOLDINGS, INC.** | § | |
| | § | |
| | § | |
| **DEBTOR** | § | CHAPTER 11 |

### TRAVIS COUNTY'S RESPONSE TO
### DEBTORS' NINTH OMNIBUS OBJECTION:
### SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. §§502 AND 507,
### BANKRUPTCY RULES 3007 AND 9014, AND LOCAL RULE 3007-1
### TO CERTAIN REDUCED AND /OR RECLASSIFIED CLAIMS

**TO THE HONORABLE JUDGE OF SAID BANKRUPTCY COURT:**

**COMES NOW,** Nelda Wells Spears, Travis County Tax Assessor Collector, for an on behalf of the following taxing authorities: Travis County, City of Austin, Austin Independent School District, Austin Community College, Austin Independent School District County Education District, and Travis County Hospital District (hereinafter referred to as "Travis County") by and through her attorney of record, David Escamilla, Travis County Attorney, and files this Response to Debtors' Ninth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C §§502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims and in support thereof would respectfully show the Court the following:

1. On August 21, 2007, Travis County filed its secured Proof of Claim in the amount of $35,098.88, for the 2005-2006, and estimated 2007 pre-petition taxes.

2. On December 14, 2007, Travis County filed its Amended Proof of Claim in the amount of $38,735.51. The Amendment was filed to reflect the actual 2007 taxes as assessed and was intended to supersede the estimated current taxes in Travis County's previous Proof of Claim.

3. On January 7, 2008, Travis County received a copy of the Debtors' Ninth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C §§ 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims. In said Objection, Debtors list Travis County's Proof of Claim (Claim No. 1818) on "Exhibit A" as a claim that should be reduced to $1,544.46, and allowed as a secured claim. The Debtors' assert that after reviewing and analyzing their Books and Records, "the filed amounts and/or classifications of the Reduced and/or Reclassified Claims are incorrect."

4. On January 28, 2008, Travis County filed its Second Amended Proof of Claim in the amount of $19,649.35, with the office of the claims agent. The Proof of Claim was amended to reflect payment of billing numbers 433378, 738531, 96540, and 141027 by a third party.

5. Travis County does not agree with the Debtors' assertion that Travis County's Proof of Claim should be reduced to $1,544.46. Travis County's Proof of Claim provides sufficient information and documentation to support the claimed amount. Tax statements for the 2006-2007 pre-petition taxes are attached to the claim and show the amount due for the ad valorem taxes, the appraised value, property description, parcel number, billing number, taxing units, exemption amounts, net taxable value, tax rates per $100.00, exemptions, and property type.

5. Travis County does agree with the treatment of Travis County's Proof of Claim as a secured claim.

Wherefore, premises considered Travis County prays that the court deny the Debtors' Ninth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C §§ 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims. Travis County prays that the court allow Travis County's secured Claim in the amount of $19,649.35, and for such other relief to which it may show itself justly entitled.

**Respectfully submitted,**

**DAVID ESCAMILLA**
County Attorney, Travis County
P. O. Box 1748
Austin, Texas  78767
(512) 854-9513 Telephone
(512) 854-4808 Telecopier

By:   */s/ Karon Y. Wright*
KARON Y. WRIGHT
Assistant County Attorney
Texas Bar No. 22044700
karon.wright@co.travis.tx.us

**CERTIFICATE OF SERVICE**

I, Karon Y. Wright, Assistant County Attorney, hereby certify that a true and correct copy of the foregoing **Debtors' Ninth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C §§ 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy's Clerk's Office on or about the time this document was electronically filed with the Clerk on this **29th** day of **January 2008** and mailed by United States First Class Mail to any party listed below that is not registered.

/s/ Karon Y. Wright

**DEBTORS' ATTORNEY**
Mark D. Collins
P.O. Box 551
Wilimington, DE 19899

**TRUSTEE**
Wells Fargo Bank, N.A.
608 2nd Avenue South
Minneapolis, MN 55479