IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| : | |
| NEW CENTURY TRS HOLDINGS, INC., : | CASE NO. 07-10416 KJC |
| A Delaware corporation, et al., : | (Jointly Administered) |
| : | |
| Debtors. : | Related Document Nos. 4495, 4496, 4497 & 4711 |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTIONS
OF NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC,
TO DEBTORS' NOTICES OF PROPOSED SALES OF ASSETS TO:
(1) ABE OFFICE INTERIORS; (2) POWER AND ENVIRONMENT
INTERNATIONAL; (3) KNIGHT-TEL COMMUNICATIONS;
AND WPO BUSINESS SOLUTIONS**

AND NOW COMES, National City Commercial Capital Company, LLC, ("National City"), by and through its attorneys, Weir & Partners LLP and Lamm Rubenstone LLC, and hereby WITHDRAWS its Limited Objections to Debtors' Notices of Proposed Sales of Assets to ABE Office Interiors filed as Document No. 4399; Power and Environment International filed as Document No. 4398; Knight-Tel Communications filed as Document No. 4435; and WPO Business Solutions filed as Document No. 4501, in exchange for "in-kind" unencumbered assets of the Debtors. National City reserves its right to object to the value of its collateral sold by Debtors.

Respectfully Submitted,

Date: January 29, 2008.

By:    /s/Sherry D. Lowe
Sherry D. Lowe, Esquire
Lamm Rubenstone LLC
3600 Horizon Blvd, Ste. 200
Trevose, PA 19053
sdlowe@lammrubenstone.com
(215) 638-9330
(215) 638-2867 –Facsimile

Attorneys for National City Commercial Capital Company, LLC

377710v1

Date:   January 29, 2008          By:       /s/Jeffrey S. Cianciulli
                                                        Jeffrey S. Cianciulli, Esquire
                                                        Weir & Partners LLP
                                                        824 Market Street
                                                        Wilmington, DE 19801
                                                        302-652-8181
                                                        302-652-8909 (fax)

                                                        Local Attorneys for National City
                                                        Commercial Capital Company, LLC

377710-1