UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC.,[1] | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Related Docket No. 4161 |

**CERTIFICATION OF COUNSEL WITH RESPECT TO PROPOSED FORM OF ORDER APPROVING STIPULATION AMONG NEW CENTURY MORTGAGE CORPORATION, CARRINGTON MORTGAGE SERVICES LLC AND CITI RESIDENTIAL LENDING, INC. RESOLVING CITI RESIDENTIAL LENDING, INC.'S MOTION FOR ENTRY OF ORDER AUTHORIZING DEPOSIT OF FUNDS INTO REGISTRY OF THE COURT**

The undersigned counsel for Carrington Mortgage Services, LLC submits for consideration and approval by the Court the attached form of proposed order, and in support thereof states as follows:

1. The proposed form of order (Exhibit 1 hereto) would fully resolve *CITI Residential Lending, Inc.'s Motion for Entry of Order Authorizing Deposit of Funds into Registry of the Court* (the "Citi Motion"), Docket No. 4161 (courtesy chambers copy being provided herewith), by approving the *Stipulation Among New Century Mortgage Corporation, Carrington Mortgage Services LLC and CITI Residential Lending, Inc. Resolving CITI Residential Lending, Inc.'s Motion for Entry of Order*

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Stalking Horse Bidders Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

WCSR 3828116v2

*Authorizing Deposit of Funds into Registry of the Court* dated January 24, 2008 (the "Stipulation"), which is attached hereto as Exhibit 2.

2. The Stipulation has been entered into by all known parties in interest respecting the issue raised the Citi Motion. No other person or entity timely responded to the Citi Motion, formally or informally. The Stipulation contains detailed recitals in order to explain the relevant facts pertaining to the underlying residential real estate transaction.

WHEREFORE, the undersigned counsel respectfully requests that the Court consider and enter the proposed form of order attached hereto as Exhibit 1, without further notice or hearing.

Dated: January 29, 2008　　　　WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
Wilmington, Delaware

　　　　　　　　　　　　　　　*/s/ Steven K. Kortanek*
　　　　　　　　　　　　　　　Steven K. Kortanek (Del. Bar No. 3106)
　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1501
　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　Ph: (302) 252-4363
　　　　　　　　　　　　　　　Fax: (302) 661-7728
　　　　　　　　　　　　　　　skortanek@wcsr.com

　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　MAYER BROWN LLP
　　　　　　　　　　　　　　　Thomas S. Kiriakos, Esq.
　　　　　　　　　　　　　　　Sean T. Scott, Esq.
　　　　　　　　　　　　　　　Matthew V. Wargin, Esq.
　　　　　　　　　　　　　　　71 South Wacker Drive
　　　　　　　　　　　　　　　Chicago, IL  60606
　　　　　　　　　　　　　　　Ph: 312-701-8310
　　　　　　　　　　　　　　　Fax: 312-706-8482
　　　　　　　　　　　　　　　tkiriakos@mayerbrown.com
　　　　　　　　　　　　　　　stscott@mayerbrown.com
　　　　　　　　　　　　　　　mwargin@mayerbrown.com

　　　　　　　　　　　　　　　Counsel to Carrington Mortgage Services, LLC and Carrington Capital Management, LLC

WCSR 3828116v2