# **EXHIBIT 1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, <u>et al.</u>,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Related Docket No.  4161 |

**ORDER APPROVING STIPULATION AMONG NEW CENTURY
MORTGAGE CORPORATION, CARRINGTON MORTGAGE SERVICES LLC
AND CITI RESIDENTIAL LENDING, INC. RESOLVING CITI RESIDENTIAL
LENDING, INC.'S MOTION FOR ENTRY OF ORDER AUTHORIZING
<u>DEPOSIT OF FUNDS INTO REGISTRY OF THE COURT</u>**

Upon review and consideration of the Stipulation Resolving Citi Residential Lending, Inc.'s Motion For Entry of An Order Authorizing Deposit of Funds Into Registry of the Court (the "<u>Stipulation</u>"), and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1.      The Stipulation is hereby approved.

2.      The Bankruptcy Court shall retain jurisdiction to enforce the terms and conditions of this Stipulation to the full extent allowed under law.

Date: _____, 2008
      Wilmington, Delaware

                                       THE HONORABLE KEVIN J. CAREY
                                       UNITED STATES BANKRUPTCY JUDGE

---

[1]  The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Stalking Horse Bidders Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.