**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, <u>et al.</u>,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |

## **CERTIFICATE OF SERVICE**

I, Steven K. Kortanek, hereby certify that on this 29th day of January 2008, I caused a copy of the Certificate of Counsel regarding the *Stipulation Among New Century Mortgage Corporation, Carrington Mortgage Services LLC and CITI Residential Lending, Inc. Resolving CITI Residential Lending, Inc.'s Motion for Entry of Order Authorizing Deposit of Funds into Registry of the Court* to be served upon the parties listed on the attached service list via United States first class mail, postage pre-paid unless otherwise indicated thereon.

                                                                                    */s/ Steven K. Kortanek*
                                                                                     Steven K. Kortanek (Del. Bar No. 3106)

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Stalking Horse Bidders Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

WCSR 3767445v1