ORIGINAL

1  **BIEN QUACH**
   **BQ CONSULTING, INC.**
2  **7709 Dragon Lane**
   **Winnetka, CA 91306**
3  **Tel: (310) 999-3593 and (818) 671-8762**
   **bien_quach@hotmail.com**
4
   **In pro per**
5

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    FOR THE DISTRICT OF DELAWARE

10

11 | In re                                          | CHAPTER 11

12 | New Century TRS Holdings, Inc., a Delaware     | CASE NO.: 07-10416(KJC)
   | corporation, et al.,
13 |                                                | (Jointly Administered)
                     Debtors.
14                                                  | **CLAIMANTS BIEN QUACH AND BQ**
                                                    | **CONSULTING, INC.'S RESPONSE TO**
15                                                  | **DEBTORS' NINTH OMNIBUS OBJECTION**
                                                    | **TO REDUCE AND/OR RECLASSIFY**
16                                                  | **CLAIMS; DECLARATION OF BIEN QUACH**
                                                    | **IN SUPPORT THEREOF**
17

18                                                  | Objection Deadline: January 30, 2008 at 4:00 p.m.
                                                    | Hearing Date: February 6, 2008 at 1:30 p.m.
19

20 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

21         Claimants Bien Quach and BQ Consulting, Inc. (collectively "Claimants"), hereby

22 submit the following Response to Debtors' Ninth Omnibus Objection to Reduce and/or

23 Reclassify Claims:

24     **I.     THE CLAIM**

25         Claimants entered into a Consulting Agreement with the Debtors on or about April 1,

26 2005. See Exhibit 1 attached to the Declaration of Bien Quach, filed with the Proof of Claim on

27 August 30, 2007.

28         From April 18, 2005 to March 17, 2007, Claimants worked as an independent contractor

1

1  providing valuable consulting services to the Debtors pursuant to the Consulting Agreement.
2  See Exhibits 2-5 to the Declaration of Bien Quach filed on August 30, 2007. Unfortunately, the
3  Debtors failed to pay Claimants for three (3) weeks of services rendered from February 25, 2007
4  to March 17, 2007. See Exhibits 4 and 5 to the Declaration of Bien Quach filed on August 30,
5  2007.

6  On or about August 30, 2007, Claimants filed a claim in the amount of $15,456.00
7  against the Debtors for unpaid independent contractor services provided to the Debtors from
8  February 25, 2007 through March 17, 2007. See Claimants' Proof of Claims on file herein.

## II. CLAIMANTS ARE ENTITLED TO PRIORITY ON $10,950 OF THEIR CLAIM UNDER 11 USC 507(a)(4)(B)

11 USC §507 sets forth the priority of expenses and claims. Section 507(a)(4) provides in pertinent part as follows:

> "(4) Fourth, allowed unsecured claims, but only to the extent of $10,950 for each individual or corporation, as the case may be, earned within 180 days before the date of the filing of the petition or the date of the cessation of the debtor's business, whichever occurs first, for –
> 
> (A) wages, salaries, or commissions, …; or
> 
> (B) sales commissions earned by an individual or by a corporation with only 1 employee, acting as an independent contractor in the sale of goods or services for the debtor in the ordinary course of the debtor's business if, and only if during the 12 months preceding that date, at least 75 percent of the amount that the individual or corporation earned by acting as an independent contractor in the sale of goods or services was earned from the debtor."

In other words, Section 507(a)(4)(B) clarifies that independent contractors are entitled to the same priority as employees of the debtor if at least 75 percent of their income was earned as an independent contractor for the debtor. That is exactly the case here.

The Claimants at issue are Bien Quach individually and doing business as BQ Consulting, Inc. Mr. Quach is the President and *sole employee* of BQ Consulting, Inc. (See

*attached* Declaration of Bien Quach ["Quach Decl."], ¶2.) From the time Claimants entered into the subject Consulting Agreement with the Debtors in April 2005 until the time they were terminated on or about March 17, 2007, Claimants worked exclusively as independent contractors for the Debtors. (Quach Decl., ¶3.) In other words, during that time frame, one hundred percent of Claimants' income was earned providing valuable independent contractor services to the Debtors. (Quach Decl., ¶4.) Accordingly, pursuant to §507(a)(4)(B), Claimants should be treated as employees for the purposes of priority, and $10,950.00 of their claim is entitled to priority.

Nevertheless, while Claimants are entitled to priority on $10,950.00 of their claim under Section 507(a)(4)(B), Claimants concede that no such priority attaches to the remaining $4,506.00 of their claim. Therefore, Claimants do not object to the reclassification of $4,506.00 of their claim as an unsecured, non-priority claim.

**PLEASE TAKE NOTICE** that aside from Claimants, Vicky Pham also possesses the ultimate authority to reconcile, settle, or otherwise resolve Claimants' claims. Ms. Pham can be reached at the address and telephone number set forth for the Claimants above.

DATED: January 18, 2008        BIEN QUACH
                               BQ CONSULTING, INC.

                               By: _____
                                      BIEN QUACH
                               In Pro Per

## DECLARATION OF BIEN QUACH

I, BIEN QUACH, declare as follows:

1. I am an individual over the age of 18 and am the President of BQ Consulting, Inc, a California corporation. I, individually and doing business as BQ Consulting, Inc. am a Creditor in the action entitled In re: New Century TRS Holdings, Inc., a Delaware corporation, et al., Chapter 11 Case No. 07-10416(KJC) (Jointly Administered). I make this declaration in support of my Response to the Debtors' Ninth Omnibus Objection to Reduce and/or Reclassify Claims.

2. BQ Consulting, Inc. was formed on or about November 1, 2005. Since its formation to the present, I have acted as BQ Consulting, Inc.'s President and am its sole employee.

3. I, individually and through BQ Consulting, Inc., worked as an independent contractor for the Debtors *exclusively* from April 2005 until March 17, 2007, and provided valuable services to Debtors during that timeframe.

4. From April 2005 until March 17, 2007, one hundred percent of my and BQ Consulting, Inc.'s income was earned providing independent contractor services to the Debtors.

5. Accordingly, pursuant to §507(a)(4)(B), Claimants should be treated as employees for the purposes of priority, and $10,950.00 of their claim is entitled to priority.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 18, 2008 at Los Angeles, California.

_____
BIEN QUACH

**DECLARATION OF BIEN QUACH**

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a resident of the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action. My address is 7709 Dragon Lane, Winnetka, CA 91306; telephone (310) 999-3593.

On **January 25, 2008**, I served the document(s) described as **CLAIMANTS BIEN QUACH AND BQ CONSULTING, INC.'S RESPONSE TO DEBTORS' NINTH OMNIBUS OBJECTION TO REDUCE AND/OR RECLASSIFY CLAIMS; DECLARATION OF BIEN QUACH IN SUPPORT THEREOF** on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

> Mark Collins, Esq.
> Michael J. Merchant, Esq.
> Christopher M. Samis, Esq.
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801

☐ **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail.

☒ **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

☐ **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐ **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addresses listed on the attached Service List.

☐ **[State]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X **[Federal]** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 25, 2008, at Los Angeles, California.

_____
VICKY N. PHAM

64350.1  40500.00289

January 24, 2008

VIA ~~████████~~ FEDERAL EXPRESS

UNITED STATES BANKRUPTCY
COURT – DISTRICT OF DELAWARE
*Attn: Clerk of the Court*
824 N. Market Street
3rd Floor
Wilmington, Delaware 91801

  Re: <u>In re New Century TRS Holdings, Inc., a Delaware corporation, et al.</u>
     Chapter 11, Case No.: 07-10416(KJC)
     Jointly Administered

Dear Sir or Madam:

  Pursuant to my telephone conversation with the Court's Clerk on Tuesday January 22, 2008, enclosed please find Claimants Bien Quach and BQ Consulting, Inc.'s Response to Debtors' Ninth Omnibus Objection To Reduce and/or Reclassify Claims; Declaration of Bien Quach In Support Thereof.

  Please file the above-mentioned document, conform same and return our copy in the self-addressed stamped envelope provided.

  Thank you for your assistance. Should you have any questions or require additional information, please do not hesitate to contact us.

              Very truly yours,

              Bien Quach

Enclosures