## EXHIBIT B

LA3:1143618 1
RLF1-3248421-1

Exhibit B - Circular Technologies Bid Lot 4

| # | P/N | Make | Model | Description | Totals |
|---|---|---|---|---|---|
| 1 | **EMC² Clarion Cabinet** | EMC² | Clarion CX700 | | |
| 2 | 100-560-244 | EMC² | Rack-40U | Hard Drives Cabinet | 1 |
| 3 | 005048246 Rev A05 | EMC² | CX2-300-CX700 | 3 Fan Assembly | 1 |
| 4 | | | | | |
| 5 | **EMC² Symmetrix Cabinets 1-5** | EMC² | SYMMETRIX DMX3 | | |
| 6 | **EMC² Symmetrix Cabinet 1** | | | | |
| 7 | 100-885-104 | EMC² | SYMMETRIX | Hard Drives Cabinet | 1 |
| 8 | **EMC² Symmetrix Cabinet 2** | | | | |
| 9 | 100-885-102 | EMC² | SYMMETRIX | Hard Drives Cabinet | 1 |
| 10 | **EMC² Symmetrix Cabinet 3** | | | | |
| 11 | 900-885-010 | EMC² | DMX3-SYS24-XX | Fibre Channel SAN | 1 |
| 12 | 071-000-451 | EMC² | 071-000-451 | Power Supply | 8 |
| 13 | 091-000-080 Rev.A02 | Aydin Displays | | Clamshell | 1 |
| 14 | 090-000-181 Rev.A02 | EMC² | | Server | 1 |
| 15 | EMC350R1U | APC | EMC350R1U | UPS | 1 |
| 16 | **EMC² Symmetrix Cabinet 4** | | | | |
| 17 | 100-885-102 | EMC² | SYMMETRIX | Hard Drives Cabinet | 1 |
| 18 | **EMC² Symmetrix Cabinet 5** | | | | |
| 19 | 100-885-104 | EMC² | SYMMETRIX | Hard Drives Cabinet | 1 |
| 20 | | | | | |
| 21 | **EMC² Centera Cabinet** | EMC² | Centera | | |
| 22 | CENTERA-BLK | EMC² | CNRRK8NG3 | Centera Cabinet | 1 |
| 23 | 118032398 | Allied Telesyn | AT-RP48I-EMC-20 | EMC Cube Switch | 2 |
| 24 | 118032307 | APC | A04 | Redundant Switch | 1 |
| 25 | 118032400 | EMC² | CENTERA-SN2 | NAS Appliance | 8 |
| 26 | MT2834BA | MultiTech Systems | MT2834BA | 33.6K Modem | 1 |
| 27 | | | | | |
| 28 | **EMC² Connectrix Cabinets 1-2** | | | | |
| 29 | 046-002-054 Rev.A03 | EMC² | EMC-1500 | Connectrix Cabinet | 1 |
| 30 | DS-C9509 | Cisco | DS-C9509 | Fiber Chassis | 1 |
| 31 | DS-X9032 | Cisco | DS-X9032 | 32port fiber switch | 2 |
| 32 | DS-X9016 | Cisco | DS-X9016 | 16port fiber switch | 2 |
| 33 | DS-X9530-SF1-K9 | Cisco | DS-X9530-SF1-K9 | Supervisor 1 | 2 |
| 34 | DS-9SLOT-FAN | Cisco | DS-9SLOT-FAN | Fan | 1 |
| 35 | DS-CAC-2500W | Cisco | DS-CAC-2500W | 2500W Power Supply | 2 |
| 36 | 046-002-054 Rev.A03 | EMC² | EMC-1500 | Connectrix Cabinet | 1 |
| 37 | DS-C9509 | Cisco | DS-C9509 | Fiber Chassis | 1 |
| 38 | DS-X9032 | Cisco | DS-X9032 | 32port fiber switch | 2 |
| 39 | DS-X9016 | Cisco | DS-X9016 | 16port fiber switch | 2 |
| 40 | DS-X9530-SF1-K9 | Cisco | DS-X9530-SF1-K9 | Supervisor 1 | 2 |
| 41 | DS-9SLOT-FAN | Cisco | DS-9SLOT-FAN | Fan | 1 |
| 42 | DS-CAC-2500W | Cisco | DS-CAC-2500W | 2500W Power Supply | 2 |
| 43 | | | | | |
| 44 | **EMC Clarion Cabinets 1-2** | EMC² | Clarion CX700 | | |
| 45 | **EMC Clarion Cabinet 1** | | | | |
| 46 | 002056740-A01 | EMC² | Rack-40U | | 1 |
| 47 | 005048494 Rev. A04 | EMC² | | 15 Hard Drive Bay | 6 |
| 48 | **EMC Clarion Cabinet 2** | | | | |
| 49 | 002056740-A01 | EMC² | Rack-40U | | 1 |
| 50 | 005048246 Rev A05 | EMC² | CX2-300-CX700 | 3 Fan Assembly | 1 |
| 51 | 005048494 Rev. A04 | EMC² | | 15 Hard Drive Bay | 11 |

$ 78,000