## CERTIFICATE OF SERVICE

I, Christopher P. Simon, certify that on January 30, 2008, I caused to be served via hand delivery, or otherwise indicated, on the parties listed below a copy of the Limited Objection of New York State Teachers' Retirement System to Debtors' Motion Pursuant to Bankruptcy Code Section 554 to Abandon Marketing Materials Burdensome and Inconsequential in Value to the Estates.

Joseph J. McMahon, Jr., Esq.
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King St., Suite 2207, Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Marcus A. Ramos, Esq.
Christopher M. Samis, Esq.
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
BLANK ROME LLP
1201 Market St., Suite 800
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Suzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
Emily R. Culler, Esq.
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111

**VIA FIRST CLASS MAIL**
Mark S. Indelicato, Esq.
Mark T. Power, Esq.
HAHN & HESSEN LLP
448 Madison Avenue
New York, NY 10022

                    /s/ Christopher P. Simon
                  Christopher P. Simon (Bar No. 3967)

-2-