UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re: : Chapter 11
:
NEW CENTURY TRS HOLDINGS, INC. a : Case No. 07-10416 (KJC)
Delaware corporation, et al., :
: Jointly Administered
Debtors. :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                   ) SS
NEW CASTLE COUNTY  )

    Kimberly A Beck, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for First American Title Insurance Company in the above-referenced cases, and on 17th day of January, 2008, she caused a copy of the following document(s):

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS [Docket No. 4494]**

to be served as indicated upon the parties identified on the attached list.

_____
Kimberly A. Beck

SWORN TO AND SUBSCRIBED before me this 17th day of January, 2008.

_____
Notary Public

DEBBIE E. LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 21, 2008

DB02:6509008.1                                                                                                              900002.0001

## SERVICE LIST
## 1/17/2008

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Chun I. Jang, Esq.
Michael J. Merchant, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Counsel to the Debtors)
*Hand Delivery*

Mark T. Power, Esq.
Mark S. Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Counsel for Official Committee of Unsecured Creditors)
*First Class Mail*

US Trustee
Office of the US Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
(United States Trustee)
*Hand Delivery*

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 2100
Wilmington, DE 19801
Counsel for Official Cmmittee of Unsecured Creditors
*Hand Delivery*

Suzzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
O'Melveny & Myers LLP
275 Battery Street
Embarcadero Center West
San Francisco, CA 94111-3305
(Counsel to Debtors)
*First Class Mail*