IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS INC., a | ) | |
| Delaware corporation, et al., | ) | Case No. 07-10416 (KJC) |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS OF CLAIMANT UNITED PACIFIC MORTGAGE

To: The Debtors and other Parties in Interest:

PLEASE TAKE NOTICE that United Pacific Mortgage, the holder of claim number 670 in these jointly administered cases in the amount of $147,103.50 has made an assignment for the benefit of its creditors to Development Specialists, Inc. pursuant to applicable laws of the State of California. A true and correct copy of the assignment documents is attached hereto as Exhibit "A" and is incorporated herein by reference.

PLEASE TAKE FURTHER NOTICE that the address of the claimant is changed to:

**United Pacific Mortgage**
c/o: **Development Specialists, Inc., Assignee for the**
**Benefit of Creditors of United Pacific Mortgage**
Attn: **Geoffrey L. Berman**
**333 South Grand Avenue-Suite 4070**
**Los Angeles, California 90071**
Phone: **213-617-2717**
Email: gberman@dsi.biz

DATED: January 22, 2008

DEVELOPMENT SPECIALISTS, INC.
Assignee for the Benefit of Creditors of United Pacific Mortgage

By: /s/ Geoffrey L. Berman
    Geoffrey L. Berman

BN 1628393v1

1

## CERTIFICATE OF SERVICE

I, Michelle Morice, do hereby certify that on January 23, 2008, I caused copies of the foregoing Notice Of Change Of Address Of Claimant United Pacific Mortgage to be served upon the parties on the attached service list in the manner indicated.

*Michelle Morice*
Michelle Morice

## SERVICE LIST

**New Century TRS Holdings, Inc.**
3121 Michelson Drive
Suite 600
Irvine, CA 92612

**Ivan Lerer Kallick**
Manatt Phelps & Phillips, LLP
11344 West Olympic Boulevard
Los Angeles, CA 90064

**Paul Noble Heath**
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

**Russell C. Silberglied**
Richards, Layton & Finger
One Rodney Square
P.O. BOX 551
Wilmington, DE 19899

*U.S. Trustee*
**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

*Creditor Committee Counsel:*

**Attorneys for Debtor:**

**Adam Hiller**
Draper & Goldberg, PLLC
1500 North French Street
2nd Floor
Wilmington, DE 19801

**Chun I. Jang**
Richards, Layton & Finger, P.A.
920 North King Street
P.O. Box 551
Wilmington, DE 19899

**Marcos Alexis Ramos**
Richards Layton & Finger, PA
One Rodney Square
PO Box 551
Wilmington, DE 19899

**Mark D. Collins**
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

**Michael Joseph Merchant**
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Bonnie Glantz Fatell**
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**David W. Carickhoff, Jr**
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801