January 28, 2008

US Bankruptcy Court District of Delaware

824 Market Street

Wilmington, DE 19801



Response to : Debtor's Ninth Omnibus objection: Substantive Objection pursuant to 11 U.S.C. 502 and 507, bankruptcy rules 3007 and 9014, and local rule 3007-1 to certain reduced and/or reclassified claims

New Century TRS Holdings, Inc., a Delaware corporation, et al., Debtors

Case# 07-10416 (KJC)

Reclassification for Claimant – Sandra Krampota - claim # 598

20410 Whispering Water Way, Cypress, Texas 77433

713-817-2029 –mobile number

Basis of claim – I am owed a bonus earned in 2006 of which 25% was held back quarterly, to be paid in April of 07. Bonus was earned in 2006 prior to filing of bankruptcy by the debtor's. I was never paid this remaining 25% or $15,892.00. This should not be disallowed as per the terms of my contract of employment, this 25% holdback was to be paid every year at the end of the 1st quarter for the prior year's earned bonus earnings. I understand that I must reclassify this claim. Per Exhibit A attached, this claim should be "reclassified and allowed because Debt's books and records reflect same amount is owed".

I am the only person to be contacted to reconcile this claim.

Thank you for your consideration.

Sandra Krampota

713-817-2029

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
NEW CENTURY TRS HOLDINGS, INC., A DELAWARE CORPORATION, ET AL.
NEW CENTURY CLAIMS PROCESSING
C/O XROADS CASE MANAGEMENT SERVICES
1821 EAST DYER ROAD, SUITE 225
SANTA ANA, CA 92705
T: (888) 784-9571

**PROOF OF CLAIM**

In Re: New Century TRS Holdings, Inc., a Delaware corporation, et al.
Chapter 11 Case No. 07-10416 (KJC) (Jointly Administered)

**Name of Debtor:** NEW CENTURY TRS HOLDING
**Case Numbers:** 07-10416

**Name of Creditor:** Sandra Krampota

3121291

**Name and Address Where Notices Should be Sent:**
Sandra Krampota
20410 Whispering Water
Cypress TX 77433

CLAIM # 598

**Telephone No:** 713-817-2029

THIS SPACE IS FOR COURT USE ONLY

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if this address differs from the address on the envelope sent to you by the court.

**Account or other number by which creditor identifies debtor:**

CHECK HERE IF THIS CLAIM: ☐ REPLACES ☒ AMENDS a previously filed claim, dated 6-3-07

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☒ Wages, salaries, and compensation (Fill out below)
Last four digits of SS #: 2147
Unpaid compensation for services performed
from 1-1-06 to 12-31-06

**2. DATE DEBT WAS INCURRED:** DUE 4-15-07

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.**

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Value of Collateral: $
Amount of arrearage and other charges at time case was filed included in secured claim above, if any: $

**Unsecured Nonpriority Claim** $

Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority.
Amount entitled to priority $ 6035.60

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☒ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ ___ (Unsecured Nonpriority) + $ 9958.80 (Secured) + $ 6035.60 (Unsecured Priority) = $ 15892.40 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. SUPPORTING DOCUMENTS:** Attach legible copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Previously Sent

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**DATE:** 1/27/08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Revised
6/3/07
Sent



0710416070515172127087178

Omnibus Objection

Exhibit A
Reduce / Reclassify

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Rebecca Sue Barnard<br>330 E Enos Dr No 140<br>Santa Maria, CA 93454 | 07-10421 | 1017 | $0.00 | $0.00 | $425.00 | $0.00 | $425.00 | $0.00 | $0.00 | $0.00 | $425.00 | $425.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Rich Marin<br>8109 Santaluz Village Green South<br>San Diego, CA 92127 | 07-10416 | 347 | $0.00 | $0.00 | $141,369.00 | $0.00 | $141,369.00 | $0.00 | $0.00 | $0.00 | $97,520.00 | $97,520.00 |
| Comments: Claim should be reclassified, reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Rick Brown<br>3535 E Coast Hwy No 44<br>Corona Del Mar, CA 92625 | 07-10419 | 379 | $0.00 | $0.00 | $9,188.68 | $0.00 | $9,188.68 | $0.00 | $0.00 | $0.00 | $2,836.48 | $9,188.69 |
| Comments: Claim should be reclassified and allowed because Debtors' Books and Records reflect same | | | | | | | | | | | | |
| Robert R. Jones & Associates<br>7860 Allentown Blvd<br>Harrisburg, PA 17112 | 07-10419 | 1054 | $0.00 | $0.00 | $1,700.00 | $0.00 | $1,700.00 | $0.00 | $0.00 | $0.00 | $1,700.00 | $1,700.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Robert Stauffer Appraisal Associates<br>28609 Applewood Ln<br>Castaic, CA 91384 | 07-10421 | 365 | $0.00 | $0.00 | $6,550.00 | $0.00 | $6,550.00 | $0.00 | $0.00 | $0.00 | $6,550.00 | $6,550.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Rodney L Allen<br>1905 Uinta St<br>Denver, CO 80220 | 07-10421 | 1089 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Rosa Torres Gomez<br>13771 Bewley St<br>Garden Grove, CA 92843 | 07-10417 | 2469 | $0.00 | $0.00 | $2,897.87 | $0.00 | $2,897.87 | $0.00 | $0.00 | $653.21 | $6,023.60 | $653.21 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| Sandra Kumpota<br>20410 Whispering Water Way<br>Cypress, TX 77433 | 07-10416 | 598 | $0.00 | $0.00 | $15,982.40 | $0.00 | $15,982.40 | $0.00 | $0.00 | $9,958.80 | $0.00 | $15,982.40 |
| Comments: Claim should be reclassified and allowed because Debtors' Books and Records reflect same | | | | | | | | | | | | |
| Saturn Group Services<br>3839 113th Ave NE<br>Bellevue, WA 98004 | 07-10421 | 1331 | $0.00 | $0.00 | $9,085.00 | $0.00 | $9,085.00 | $0.00 | $0.00 | $0.00 | $9,085.00 | $9,085.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |