

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | Objection deadline: January 30, 2008 at 4:00 p.m. |
| | Hearing Date: February 6, 2008 at 1:30 p.m. |

## CLAIMANTS RESPONSE TO DEBTORS' NINTH OMNIBUS OBJECTION

Claimants Richard Martin, Claim No. 347 and Nancy Anderson, Claim No. 346 respectfully submit the following response to the Debtors' Ninth Omnibus Objection:

Both Mr. Martin and Ms. Anderson were longstanding employees of consolidated debtor New Century TRS Holdings.

Both Mr. Martin and Ms. Anderson filed Proofs of Claim in a timely fashion for unpaid "hold back" bonuses pursuant to contract in connection with wages and commissions earned while employees of New Century. Both Claims 346 and 347 were filed as priority unsecured claims.

Pursuant to 11 U.S.C. §507(a)(4) it would appear that both Mr. Martin's and Ms. Anderson's claims should be classified as priority for the total amount of $10,950 each, with the balance of the amount claimed as an unsecured, non-priority claim.

In Mr. Martin's case, Mr. Martin's unsecured claim should be a $130,419 and Mr. Martin's priority claim under §507 $10,950.

In Ms. Anderson's case, Ms. Anderson's unsecured claim should be a $74,827 and Ms. Anderson's priority claim under §507 $10,950.

The error in calculation of the total amount appears to be from the Debtors' omission of January and February 2007 hold-backs, pre-petition.

                              Respectfully submitted,

DATED: January 28, 2008             PROCOPIO, CORY, HARGREAVES &
                                             SAVITCH LLP

                                 By:  /s/ Philip J. Giacinti, Jr.
                                       Philip J. Giacinti, Jr.
                                       530 B Street, Suite 2100
                                       San Diego, California 92101
                                       Phone: (619) 515-3269
                                       Fax: (619) 744-5469
                                       Attorneys for Respondent Richard Martin
                                       and Nancy Anderson

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re | In Re |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al | NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al |
| Debtors. | Debtors. |

## AFFIDAVIT OF NANCY ANDERSON IN RESPONSE TO THE DEBTORS' 9TH OMNIBUS OBJECTION

I, Nancy Anderson declare:

1. I am a former employee of New Century TRS Holdings Inc. (New Century) the consolidated Debtor in the above captioned case.

2. I make this declaration of my own personal knowledge and if called as a witness can competently testify to the facts set forth herein.

3. On or about May 15, 2007, I filed a Proof of Claim for unpaid bonuses for the years 2006 and 2007, to the point of the Debtor's bankruptcy filing in the total amount of $85,777. My Proof of Claim was assigned No. 346.

4. I have received and reviewed the Debtors' Ninth Omnibus Objection to my Proof of Claim and find the Debtor's calculation of the amount of the bonus not paid to be in error.

ORIGINAL

5. The Debtor's calculations in the objection appear to reflect only the holdback of bonuses for 2006 and excludes the 25% holdback for January and February of 2007 not received.

6. The basis for my Proof of Claim is as follows: I was paid 75% of bonuses earned in 2006 and 25% was held back pursuant to contract to be paid March 31, 2007. The 2006 25% holdback amounts to $63,403.

7. 25% was also held back for the months of January and February of 2007 which predated the Debtor's Chapter 11 filing of April 2, 2007. The correct amount of the 25% holdback for January and February of 2007 is $22,374. Therefore, the total holdback of the unpaid bonus for 2006 and 2007 is $85,777.

8. The calculation and the percentage calculation and how it was arrived at was done pursuant to contract which contract is in the possession of the Debtors in Possession.

I declare under penalty of perjury, according to the laws of the United States, that the foregoing is true and correct. Executed this 28th day of January 2008, at San Diego, California.

Nancy Anderson

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | Objection deadline: January 30, 2008 at 4:00 p.m. |
| | Hearing Date: February 6, 2008 at 1:30 p.m. |

## AFFIDAVIT OF RICHARD MARTIN IN RESPONSE TO THE DEBTORS' 9TH OMNIBUS OBJECTION

I, Richard Martin declare:

1. I am a former employee of New Century TRS Holdings Inc. (New Century) the consolidated Debtor in the above captioned case.

2. I make this declaration of my own personal knowledge and if called as a witness can competently testify to the facts set forth herein.

3. On or about May 15, 2007, I filed a Proof of Claim for unpaid bonuses for the years 2006 and 2007, to the point of the Debtor's bankruptcy filing, in the total amount of $141,369. My Proof of Claim was assigned No. 347.

4. I have received and reviewed the Debtors' Ninth Omnibus Objection to my Proof of Claim and find the Debtor's calculation of the amount of the bonus not paid to be in error.

103922.000100/794299.01

ORIGINAL

5. The Debtor's calculations in the objection appear to reflect only the holdback of bonuses for 2006 and excludes the 25% holdback for January and February of 2007 not received.

6. The basis for my Proof of Claim is as follows: I was paid 75% of bonuses earned in 2006 and 25% was held back pursuant to contract to be paid March 31, 2007. The 2006 25% holdback amounts to $97,520.

7. 25% was also held back for the months of January and February of 2007 which predated the Debtor's Chapter 11 filing of April 2, 2007. The correct amount of the 25% holdback for January and February of 2007 is $43,849. Therefore, the total holdback of the unpaid bonus for 2006 and 2007 is $141,369.

8. The calculation and the percentage calculation and how it was arrived at was done pursuant to contract which contract is in the possession of the Debtors in Possession.

I declare under penalty of perjury, according to the laws of the United States, that the foregoing is true and correct. Executed this 28Th day of January 2008, at San Diego, California.

_____
Richard Martin

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | Objection deadline: January 30, 2008 at 4:00 p.m. |
| | Hearing Date: February 6, 2008 at 1:30 p.m. |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Procopio, Cory Hargreaves & Savitch LLP, 530 "B" Street, Suite 2100, San Diego, California 92101. On January 28, 2008 in this action I served the following document(s) described as:

1. **Claimant's Response to Debtors' Ninth Omnibus Objection;**

2. **Affidavit of Richard Martin in Response to the Debtors' Ninth Omnibus Objection; and**

3. **Affidavit of Nancy Anderson in Response to the Debtors' Ninth Omnibus Objection**

by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission confirmation report is attached hereto.

\_\_\_ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal

**ORIGINAL**

103922.000100/795353.01

cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

\_\_\_\_    by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located at 530 "B" Street, San Diego, California 92101 in the ordinary course of business on the date of this declaration.

\_\_\_\_    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

XX    by electronic mail to the following:

Christopher M .Samis at samis@rlf.com;
Russell C. Silberglied, Esq. at silberlied@rlf.com
David W. Carickhoff, Jr., Esq. at carickoff@blankrome.com;
Chun I. Jang, Esq. at jang@rlf.com
Ivan Lerer Kallick, Esq. at ikallick@manatt.com;
Marcos Alexis Ramos, Esq. at ramos@rlf.com;
Mark D. Collins, Esq. at collins@rlf.com
Michael Joseph Merchant, Esq. at merchant@rlf.com;
Paul Noble Heath, Esq. at heath@rlf.com

_____(State)  I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

XX   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 28, 2008, at San Diego, California.

/s/ Susan P. Strong

- 2 -

103922.000100/795353.01