IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDING, INC. | ) | Case No. 07-10416 KJC) |
| A Delaware Corp. et al. | ) | |
| | ) | Jointly Administered |
| Debtors | ) | |

### RESPONSE OF GREGORY F. X. DALY, COLLECTOR OF REVENUE, CITY OF ST. LOUIS TO DEBTORS' OBJECTION TO CLAIM # 3441.

1. Claimant, Gregory F. X. Daly, Collector of Revenue, city of St. Louis, has filed a claim number 3341 in the principal amount of $1445.44 as a secured claim representing the unpaid balance due on delinquent real estate taxes on two separate parcels of property located within the city of St. Louis.

2. The first parcel is a condominium unit located at 4036 Laclede Avenue in the city of St. Louis. The records of the Recorder of Deeds of the City of St. Louis reflect that this property was acquired by New Century Mortgage Corporation by deed recorded on March 16, 2007, daily one 143. The second parcel is a condominium unit located at 2652 Pennsylvania Ave in the City of St. Louis, Missouri, which parcel was acquired by New Century Mortgage Corporation by deed recorded in the office of the Recorder of Deeds for the City of St. Louis on April 14, 2006, daily number 104.

3. While the debtor, in its objection, states that these properties have been liquidated, the records of the Recorder of Deeds reflect that these properties are still in the name New Century Mortgage Corporation, and remain debts of the Corporation.

4.     As an alternative, claimant suggests that if the debtor desires to be relieved of the delinquent real estate taxes owed on these properties, that it consent to an order lifting this day and allowing Claimant to proceed to collect the delinquent real estate taxes against the property by judicial proceedings and foreclosure.

WHEREFORE Claimant prays an order of this Court, in the alternative, that Claimant's objections to claim number 3441 be overruled and denied, or in the alternative that the Court lift the stay order as to the Collector of Revenue, City of St. Louis, and allow the Collector to proceed against the property which serves as security for the claim, by judicial collection and foreclosure.

                                          THE SESTRIC LAW FIRM

                                          By _____
                                             Anthony J. Sestric ARN 4332
                                      3967 Holly Hills Blvd.
                                      St. Louis, MO 63116-3135
                                      (314) 351-2512
                                      (314) 351-2396 (Fax)
                                      ajsestric@juno.com (Email)
                                      **Attorney for Collector**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing response has been served upon the attorneys for the debtor by depositing the same postage prepaid in the United States mail is 25th day of January 2008 address to:

**Mr. Mark Collins**
**Richards, Layton & Finger, P.A.**
**Attorneys at Law**
**One Rodney Square**
**920 N. King St**
**Wilmington De 19801**

and

**Suzanne S. Uhland**
**O'Melveny & Meyers LLP**
**Attorneys at Law**
**275 Battery St**
**San Francisco, CA 94111**

**Attorneys for the debtor**

_____
Anthony J. Sestric