# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1*
*D&G Reference: 212145*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000153604 | Williams Jr. | 9/16/2005 | 332,000.00 | 352,553.35 | 287,000.00 | 7648 Lansing Drive, Lemon Grove, CA 91945 |
| 2000153657 | Scoville | 9/20/2005 | 131,000.00 | 134,368.11 | 158,500.00 | 351 Asboth Drive, Centerton, AR 72719 |
| 2000151932 | Naderi | 8/29/2005 | 715,500.00 | 750,694.00 | 730,000.00 | 16809 Cory Drive, Morgan Hill, CA 95037 |
| 2000151395 | Monsalve | 8/8/2005 | 260,000.00 | 367,364.99 | 220,000.00 | 10263 Wood Ibis Ave., Bonita Springs, FL 34135 |
| 2000152018 | Holman | 9/19/2005 | 70,000.00 | 87,729.32 | 96,500.00 | 7 Netherton Lane, Bella Vista, AR 72714 |
| 2000153506 | Santos | 9/14/2005 | 248,000.00 | 248,000.00 | 282,202.82 | 108 NW 28th Street, Cape Coral, FL 33993 |
| 2000151624 | Rebstock | 8/4/2005 | 148,000.00 | 175,667.35 | 170,000.00 | 3824 S 16th Street, Milwaukee, WI 53221 |