IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., et al.,<br><br>Debtor. | Chapter 11<br>Case No. 07-10416-KJC<br><br>Objections due by: February 13, 2008, 4:00 p.m.<br>Hearing Date: February 20, 2008, 1:30 p.m. |

**NOTICE OF MOTION OF
SAXON MORTGAGE SERVICES, INC.
<u>FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE</u>**

TO:

New Century TRS Holdings, Inc.
New Century TRS Holdings
18400 Von Karman Ave.
Irvine, CA 92612
*Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for the Debtor*

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee
  of Unsecured Creditors*

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for the Debtor*

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Ave.
14th & 15th Floor
New York, NY 10022
*Attorneys for the Official Committee
  of Unsecured Creditors*

    Saxon Mortgage Services, Inc. has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to certain real property in which the above-captioned debtor may hold an interest. A complete list of the real property to which the motion relates is attached to the motion as Exhibit A.

*Movant: Saxon Mortgage Services, Inc.*
*D&G Reference: 212150*

**HEARING ON THE MOTION WILL BE HELD ON FEBRUARY 20, 2008, 1:30 P.M.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at lease five business days before the above hearing date. At the same time, you must also serve a copy of the response upon movant's attorneys:

| James E. Clarke, Esquire | Thomas D.H. Barnett, Esquire | Adam Hiller, Esquire |
|---|---|---|
| Draper & Goldberg, PLLC | Draper & Goldberg, PLLC | Draper & Goldberg, PLLC |
| 803 Sycolin Road, Suite 301 | P.O. Box 947 | 1500 North French Street |
| Leesburg, VA 20175 | 512 East Market Street | 2nd Floor |
| | Georgetown, DE 19947 | Wilmington, DE 19801 |
| | | (302) 339-8776 telephone |

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTING IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 30, 2008  
Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC

 /s/ **Adam Hiller**  
Adam Hiller (DE No. 4105)  
1500 North French Street, 2nd Floor  
Wilmington, Delaware 19801  
(302) 339-8776 telephone  
(302) 213-0043 facsimile

and

James E. Clarke, Esquire  
Draper & Goldberg, PLLC  
803 Sycolin Road, Suite 301  
Leesburg, VA 20175

and

Thomas D.H. Barnett (DE No. 994)
Draper & Goldberg, PLLC
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947

*Attorneys for Movant*