# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: Saxon Mortgage Services, Inc.*
*D&G Reference: 212150*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000263177 | Garcia | 3/17/2006 | 568,000.00 | 657,908.49 | 575,000.00 | 31 Pinehurst Drive, Mount Sinai, NY 11766 |
| 2000268973 | Naranjo | 12/20/2006 | 540,000.00 | 557,697.90 | 630,000.00 | 109 24 122nd Street, South Ozone Park, NY 11420 |
| 2000259668 | Thomas | 1/30/2007 | 440,000.00 | 461,875.39 | 625,000.00 | 111 West 238th Street, Bronx, NY 10463 |
| 2000274719 | Rodgers | 9/6/2005 | 97,125.00 | 367,364.99 | 220,000.00 | 164 Searcy Street, Guntown, MS 38849 |