# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: Fannie Mae*
*D&G Reference: 212171*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000304339 | Jenkins | 9/28/2005 | 100,800.00 | 102,650.94 | 98,800.00 | 3245 Salisbury Drive, Holiday, FL 34691 |
| 2000304808 | Lopez | 3/28/2006 | 128,000.00 | 145,464.76 | 122,000.00 | 4806 66th Street, Lubbock, TX 79414 |
| 2000304517 | Nichols | 10/12/2005 | 104,800.00 | 110,376.59 | 126,000.00 | 66 S. Sycamore Ave., West Fork, AR 72774 |