**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., et al.,[1] | |
| | (Jointly Administered) |
| Debtors. | |
| _____/ | |

**MOTION FOR RELIEF FROM STAY BY HOMEQ SERVICING**
**TO ALLOW USE OF LIMITED POWERS OF ATTORNEY**

COMES NOW Barclays Capital Real Estate, Inc., d/b/a/ HomEq Servicing ("HomEq"), by and through its undersigned attorney, as and for its Motion for Relief from Stay to Allow Use of Limited Powers of Attorney and states:

1. On April 2, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2. Pursuant to various agreements executed by one of the Debtors, HomEq has purchased loans originated by the Debtors, or is servicing loans for investors who purchased loans originated by one of the Debtors.

3. New Century Mortgage has, either prepetition or postpetition, executed one or more Limited Powers of Attorney (the "Limited POAs"), granting to HomEq the power to, among other things: endorse checks; execute and file assignments, mortgages, deeds, bills of

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

sale, endorsements, satisfactions, releases, reconveyances, subordinations, modifications, and declarations relating to said loans; and pursue deficiency, insurance and other claims, all as more fully set forth in the Limited POAs.

    4.    HomEq desires to exercise said powers with regard to the loans and mortgages originated by the Debtors and either sold to HomEq or sold to a third party and serviced by HomEq

    5.    Pursuant to the Limited POAs, HomEq was appointed as Debtors' true and lawful attorney-in-fact and granted the ability to exercise such powers on behalf of the Debtors.

    6.    Certain of the loans are shown by the local public records as still being recorded in the Debtors' name.

    7.    HomEq believes that the continued use of the Limited POAs would not violate sections 362 or 549 of the Bankruptcy Code, however, out of an abundance of caution, HomEq seeks an order from this Court to that effect.

WHEREFORE, HomEq prays that the Court will enter the attached order modifying the Automatic Stay to the extent necessary to permit HomEq to exercise the powers granted in the Limited POAs.

LAW OFFICES OF DAVID J. STERN, P.A.
Attorney for HomEq Servicing
801 S. University Drive Suite 500
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna

Dated: January 30, 2008

FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

07-05978.MRS