UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., et al., | Jointly Administered |
| Debtors. | |
| | Ref. No. _____ |
| _____/ | |

**ORDER ALLOWING BARCLAYS CAPITAL REAL ESTATE, INC.
DBA HOMEQ SERVICING TO USE LIMITED POWERS OF ATTORNEY**

UPON CONSIDERATION of the Motion for Relief from Stay to Allow Use of Limited Powers of Attorney (Doc. #____), filed by Barclays Capital Real Estate, Inc., d/b/a/ HomEq Servicing ("HomEq"), and the Certification of Counsel as to no opposition to said motion, it is

ORDERED that:

1. The motion is granted.

2. The Automatic Stay is modified to the extent necessary to permit HomEq to exercise the powers granted in the Limited Powers of Attorney described in the motion.

Dated: _____          _____
                                KEVIN J. CAREY
                                UNITED STATES BANKRUPTCY JUDGE

07-05978.SRO