# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant:* U. S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HE7
*D&G Reference: 212184*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000001354 | Walker | 6/17/2004 | 341,600.00 | 313,893.61 | 425,000.00 | 43160 Whittier Avenue, Hemet, CA 92544 |
| 2000005685 | Williams | 7/28/2004 | 87,500.00 | 93,689.29 | 85,000.00 | 16014 Alta Mar Drive, Houston, TX 77083 |