# EXHIBIT A

FORM B10 (MOW 3001-1)(04/07)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>New Century Mortgage Corporation | Case Number 07-10419 | |

NOTE: this form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

☑ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Positive Software Solutions, Inc.

Name and address where notices should be sent:
The Ralston Law Firm
2603 Oak Loan Ave.,
Suite 230, LB 2
Dallas, TX 75219-9109

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: (214) 295-6416

Last four digits of account or other number by which creditor identifies debtor:

Check here if ☐ replaces  ☐ amends  a previously filed claim, dated _____
this claim

**1. Basis for Claim**
☐ Goods Sold
☐ Services Performed
☐ Money Loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other Copyright infringement and related wrongful conduct

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: ___ ___ ___
  Unpaid Compensation for Services Performed
  from _____ to _____
       (date)          (date)

**2. Date debt was incurred:**
February 6, 2003 (commencement of civil action)

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**   $580,000,000 (est.)  _____  _____   $580,000,000 (est.)
                                                   (unsecured)   (secured)   (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5, 6 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
  Brief Description of Collateral:
  ☐ Real Estate  ☐ Motor Vehicle
  ☐ Other _____
  Value of Collateral:  $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $580,000,000 (est.)
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $_____
  Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).
☐ Up to $ 2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. [SEE ATTACHED SUMMARY.]

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope along with your original claim and a copy.

RECEIVED
AUG 30 2007
XRoads Claims
Management Services

| Date<br>August 29, 2007 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) [signature] |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



0710419070830000000000052

# THE RALSTON LAW FIRM

■ 2603 Oak Lawn Avenue
Suite 230, LB 2
Dallas, Texas 75219
■ (214) 295-6416
■ ralstonlaw@gmail.com

August 24, 2007

**VIA Fed Ex [8627 8648 0460]**

New Century Claims Processing
c/o XRoads Case Management Services
1821 East Dyer Road, Suite 225
Santa Ana, CA 92705

    Re:  *New Century TRS Holdings, Inc., et al, Debtors,* Case No. 07-10416
          (Jointly Administered)

Dear Sir or Madam:

Enclosed for filing is an original proof of claim of Positive Software Solutions, Inc., in each of the following New Century bankruptcy cases:

- New Century TRS Hodings, Inc. (Case No. 07-10416);
- New Century Financial Corp. (Case No. 07-10417);
- New Century Mortgage Corp. (Case No. 07-10419); and
- Home123 Corp. (Case No. 07-10421).

Also enclosed are two (2) copies of each proof of claim. Please file-stamp and return all copies in the enclosed Federal Express envelope.

Of course, if you have any questions, please contact me.

                              Very truly yours,

                              Mark H. Ralston, Esq.

MHR/tk

cc:   Michael Shore (via email, w/o encl.)

## Positive Software Solutions, Inc.
### Proof of Claim Summary

Positive Software Solutions, Inc. ("POSITIVE SOFTWARE") is the plaintiff in a federal civil action brought by POSITIVE SOFTWARE against certain of the Debtors, including New Century Mortgage Corporation (itself, "New Century" and collectively with other Debtors, the "Debtor Defendants") and other parties. That suit is pending before the United States District Court for the Northern District of Texas (the "Texas District Court") as Civil Action No. 3:03-CV-0257-N (the "District Court Action").

POSITIVE SOFTWARE's claims arise out of the Debtor Defendants' copying of POSITIVE SOFTWARE's copyright-protected software applications to derive what Debtor Defendants allege was proprietary software and the Debtor Defendants' use of that allegedly proprietary (but infringing) software. POSITIVE SOFTWARE asserted claims for among other things, copyright infringement, misappropriation of trade secrets, misappropriation of intellectual property, breach of contract, fraud, and conversion. POSITIVE SOFTWARE's claims are more specifically set forth in its Complaint filed in the District Court Action, which is of record.[1]

In the course of the District Court Action, the Texas District Court issued a Memorandum Opinion and Order providing for a preliminary injunction and protective order in favor of POSITIVE SOFTWARE and against the Debtor Defendants.[2] In its ruling, the Texas District Court found that POSITIVE SOFTWARE had demonstrated a "substantial likelihood of success on the merits of its claims" that New Century's alleged proprietary software infringed on POSITIVE SOFTWARE's copyrights.[3] Finding that POSITIVE SOFTWARE had demonstrated other elements entitling it to injunctive relief, the Texas District Court enjoined New Century and any other person acting with New Century from using POSITIVE SOFTWARE's software programs. The District Court also ordered the parties to arbitrate POSITIVE SOFTWARE's remaining claims.[4]

In the arbitration proceeding (the "Arbitration"), POSITIVE SOFTWARE submitted expert reports regarding the nature and amount of damages it was and is entitled to recover (the "Damage Reports"). As set forth in the Damage Reports, POSITIVE SOFTWARE is entitled to recover in excess of $580 million from the Debtor Defendants. The damages that POSITIVE SOFTWARE is entitled to recover include statutory damages arising under the Digital Millennium Copyright Act of 1998 relating to New Century's unlawful circumvention of technological measures employed to prevent

---

[1] See Complaint [District Court Action Docket No. 1].

[2] See Memorandum Opinion and Order dated April 28, 2003 [District Court Action Docket No. 88].

[3] Id. at 9.

[4] Id. at 16-17.

copying of POSITIVE SOFTWARE's software programs. In addition, POSITIVE SOFTWARE is entitled to recover for breach of contract, fraud and conversion.[5]

POSITIVE SOFTWARE also has claims for damages against the Debtor Defendants improper conduct in which the Debtor Defendants and/or their legal counsel engaged in the course of the Arbitration and the District Court Action. Those claims, which remain subject to further investigation, include the willful and fraudulent failure to disclose and the affirmative misrepresentation of relevant and material facts to the arbitrator and POSITIVE SOFTWARE, which resulted in the arbitrator absolving the New Century Defendants of their wrongful acts.[6]

---

[5] In the course of the Arbitration, POSITIVE SOFTWARE produced the Damage Reports to the Debtor Defendants. Because, however, the Damage Reports are subject to a protective order issued by the Texas District Court, POSITIVE SOFTWARE has not attached such reports to this proof of claim.

[6] Notably, the information that New Century and its counsel withheld was only uncovered because of discovery taken after the Arbitration had been concluded. The discovery resulted from the Texas District Court's finding that POSITIVE SOFTWARE had made a prima facie showing that New Century and its counsel had engaged in fraud in connection with discovery matters and had thus waived attorney-client and work-product privileges. *See* Order dated January 21, 2004 [District Court Docket No. 136].

☑ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

FORM B10 (MOW 3001-1)(04/07)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Home 123 Corp. | Case Number 07-10421 | |

NOTE: this form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Positive Software Solutions, Inc.<br><br>Name and address where notices should be sent:<br>The Ralston Law Firm<br>2603 Oak Loan Ave.,<br>Suite 230, LB 2<br>Dallas, TX 75219-9109<br><br>Telephone number: (214) 295-6416 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | |

Last four digits of account or other number by which creditor identifies debtor: _____  Check here if ☐ replaces ☐ amends this claim a previously filed claim, dated _____

**1. Basis for Claim**
☐ Goods Sold
☐ Services Performed
☐ Money Loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other <u>Copyright infringement and related wrongful conduct</u>
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: ___ ___ ___
Unpaid Compensation for Services Performed
from _____ to _____
    (date)            (date)

**2. Date debt was incurred:**
February 6, 2003 (commencement of civil action)

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**  $580,000,000 (est.) _____ _____ $580,000,000 (est.)
                                                  (unsecured)    (secured)  (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5, 6 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
  Brief Description of Collateral:
  ☐ Real Estate   ☐ Motor Vehicle
  ☐ Other_____
  Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $580,000,000 (est.)
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $_____
  Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).
☐ Up to $ 2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. [SEE ATTACHED SUMMARY.]
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope along with your original claim and a copy.


RECEIVED AUG 3 0 2007 XRoads Claims Management Services

| Date<br>August 29, 2007 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _____ |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0710421070830000000000016

# THE RALSTON LAW FIRM

■ 2603 Oak Lawn Avenue
Suite 230, LB 2
Dallas, Texas 75219
■ (214) 295-6416
■ ralstonlaw@gmail.com

August 24, 2007

**VIA Fed Ex [8627 8648 0460]**

New Century Claims Processing
c/o XRoads Case Management Services
1821 East Dyer Road, Suite 225
Santa Ana, CA 92705

    Re:   *New Century TRS Holdings, Inc., et al, Debtors,* Case No. 07-10416
           (Jointly Administered)

Dear Sir or Madam:

Enclosed for filing is an original proof of claim of Positive Software Solutions, Inc., in each of the following New Century bankruptcy cases:

- New Century TRS Hodings, Inc. (Case No. 07-10416);
- New Century Financial Corp. (Case No. 07-10417);
- New Century Mortgage Corp. (Case No. 07-10419); and
- Home123 Corp. (Case No. 07-10421).

Also enclosed are two (2) copies of each proof of claim. Please file-stamp and return all copies in the enclosed Federal Express envelope.

Of course, if you have any questions, please contact me.

                                            Very truly yours,

                                            Mark H. Ralston, Esq.

MHR/tk

cc:    Michael Shore (via email, w/o encl.)

**Positive Software Solutions, Inc.**

**Proof of Claim Summary**

Positive Software Solutions, Inc. ("POSITIVE SOFTWARE") is the plaintiff in a federal civil action brought by POSITIVE SOFTWARE against certain of the Debtors, including New Century Mortgage Corporation (itself, "New Century" and collectively with other Debtors, the "Debtor Defendants") and other parties. That suit is pending before the United States District Court for the Northern District of Texas (the "Texas District Court") as Civil Action No. 3:03-CV-0257-N (the "District Court Action").

POSITIVE SOFTWARE's claims arise out of the Debtor Defendants' copying of POSITIVE SOFTWARE's copyright-protected software applications to derive what Debtor Defendants allege was proprietary software and the Debtor Defendants' use of that allegedly proprietary (but infringing) software. POSITIVE SOFTWARE asserted claims for among other things, copyright infringement, misappropriation of trade secrets, misappropriation of intellectual property, breach of contract, fraud, and conversion. POSITIVE SOFTWARE's claims are more specifically set forth in its Complaint filed in the District Court Action, which is of record.[1]

In the course of the District Court Action, the Texas District Court issued a Memorandum Opinion and Order providing for a preliminary injunction and protective order in favor of POSITIVE SOFTWARE and against the Debtor Defendants.[2] In its ruling, the Texas District Court found that POSITIVE SOFTWARE had demonstrated a "substantial likelihood of success on the merits of its claims" that New Century's alleged proprietary software infringed on POSITIVE SOFTWARE's copyrights.[3] Finding that POSITIVE SOFTWARE had demonstrated other elements entitling it to injunctive relief, the Texas District Court enjoined New Century and any other person acting with New Century from using POSITIVE SOFTWARE's software programs. The District Court also ordered the parties to arbitrate POSITIVE SOFTWARE's remaining claims.[4]

In the arbitration proceeding (the "Arbitration"), POSITIVE SOFTWARE submitted expert reports regarding the nature and amount of damages it was and is entitled to recover (the "Damage Reports"). As set forth in the Damage Reports, POSITIVE SOFTWARE is entitled to recover in excess of $580 million from the Debtor Defendants. The damages that POSITIVE SOFTWARE is entitled to recover include statutory damages arising under the Digital Millennium Copyright Act of 1998 relating to New Century's unlawful circumvention of technological measures employed to prevent

---

[1] *See* Complaint [District Court Action Docket No. 1].

[2] *See* Memorandum Opinion and Order dated April 28, 2003 [District Court Action Docket No. 88].

[3] *Id.* at 9.

[4] *Id.* at 16-17.

copying of POSITIVE SOFTWARE's software programs. In addition, POSITIVE SOFTWARE is entitled to recover for breach of contract, fraud and conversion.[5]

POSITIVE SOFTWARE also has claims for damages against the Debtor Defendants improper conduct in which the Debtor Defendants and/or their legal counsel engaged in the course of the Arbitration and the District Court Action. Those claims, which remain subject to further investigation, include the willful and fraudulent failure to disclose and the affirmative misrepresentation of relevant and material facts to the arbitrator and POSITIVE SOFTWARE, which resulted in the arbitrator absolving the New Century Defendants of their wrongful acts.[6]

---

[5] In the course of the Arbitration, POSITIVE SOFTWARE produced the Damage Reports to the Debtor Defendants. Because, however, the Damage Reports are subject to a protective order issued by the Texas District Court, POSITIVE SOFTWARE has not attached such reports to this proof of claim.

[6] Notably, the information that New Century and its counsel withheld was only uncovered because of discovery taken after the Arbitration had been concluded. The discovery resulted from the Texas District Court's finding that POSITIVE SOFTWARE had made a prima facie showing that New Century and its counsel had engaged in fraud in connection with discovery matters and had thus waived attorney-client and work-product privileges. *See* Order dated January 21, 2004 [District Court Docket No. 136].

☑ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

FORM B10 (MOW 3001-1)(04/07)

| UNITED STATES BANKRUPTCY COURT — DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

| Name of Debtor: New Century TRS Holdings, Inc. | Case Number 07-10416 |

NOTE: this form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Positive Software Solutions, Inc.

Name and address where notices should be sent:
The Ralston Law Firm
2603 Oak Loan Ave.,
Suite 230, LB 2
Dallas, TX 75219-9109

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: (214) 295-6416

Last four digits of account or other number by which creditor identifies debtor: ____

Check here if  ☐ replaces  ☐ amends  a previously filed claim, dated ____
this claim

**1. Basis for Claim**
☐ Goods Sold
☐ Services Performed
☐ Money Loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other Copyright infringement and related wrongful conduct

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: ____ ____ ____
Unpaid Compensation for Services Performed
from _____ to _____
    (date)         (date)

**2. Date debt was incurred:** February 6, 2003 (commencement of civil action)

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $580,000,000 (est.) _____ _____ $580,000,000 (est.)
                                                  (unsecured)        (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5, 6 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other ____
Value of Collateral: $ ____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ ____

**6. Unsecured Nonpriority Claim** $580,000,000 (est.)
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ ____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).
☐ Up to $ 2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( ___ ).
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. [SEE ATTACHED SUMMARY.]

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope along with your original claim and a copy.

RECEIVED AUG 30 2007 XRoads Claims Management Services

| Date August 29, 2007 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):  |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0710416070830000000000091

# THE RALSTON LAW FIRM

■ 2603 Oak Lawn Avenue
Suite 230, LB 2
Dallas, Texas 75219
■ (214) 295-6416
■ ralstonlaw@gmail.com

August 24, 2007

**VIA Fed Ex [8627 8648 0460]**

New Century Claims Processing
c/o XRoads Case Management Services
1821 East Dyer Road, Suite 225
Santa Ana, CA 92705

    Re:   *New Century TRS Holdings, Inc., et al, Debtors*, Case No. 07-10416 (Jointly Administered)

Dear Sir or Madam:

Enclosed for filing is an original proof of claim of Positive Software Solutions, Inc., in each of the following New Century bankruptcy cases:

- New Century TRS Hodings, Inc. (Case No. 07-10416);
- New Century Financial Corp. (Case No. 07-10417);
- New Century Mortgage Corp. (Case No. 07-10419); and
- Home123 Corp. (Case No. 07-10421).

Also enclosed are two (2) copies of each proof of claim. Please file-stamp and return all copies in the enclosed Federal Express envelope.

Of course, if you have any questions, please contact me.

Very truly yours,

Mark H. Ralston, Esq.

MHR/tk

cc:    Michael Shore (via email, w/o encl.)

## Positive Software Solutions, Inc.
### Proof of Claim Summary

Positive Software Solutions, Inc. ("POSITIVE SOFTWARE") is the plaintiff in a federal civil action brought by POSITIVE SOFTWARE against certain of the Debtors, including New Century Mortgage Corporation (itself, "New Century" and collectively with other Debtors, the "Debtor Defendants") and other parties. That suit is pending before the United States District Court for the Northern District of Texas (the "Texas District Court") as Civil Action No. 3:03-CV-0257-N (the "District Court Action").

POSITIVE SOFTWARE's claims arise out of the Debtor Defendants' copying of POSITIVE SOFTWARE's copyright-protected software applications to derive what Debtor Defendants allege was proprietary software and the Debtor Defendants' use of that allegedly proprietary (but infringing) software. POSITIVE SOFTWARE asserted claims for among other things, copyright infringement, misappropriation of trade secrets, misappropriation of intellectual property, breach of contract, fraud, and conversion. POSITIVE SOFTWARE's claims are more specifically set forth in its Complaint filed in the District Court Action, which is of record.[1]

In the course of the District Court Action, the Texas District Court issued a Memorandum Opinion and Order providing for a preliminary injunction and protective order in favor of POSITIVE SOFTWARE and against the Debtor Defendants.[2] In its ruling, the Texas District Court found that POSITIVE SOFTWARE had demonstrated a "substantial likelihood of success on the merits of its claims" that New Century's alleged proprietary software infringed on POSITIVE SOFTWARE's copyrights.[3] Finding that POSITIVE SOFTWARE had demonstrated other elements entitling it to injunctive relief, the Texas District Court enjoined New Century and any other person acting with New Century from using POSITIVE SOFTWARE's software programs. The District Court also ordered the parties to arbitrate POSITIVE SOFTWARE's remaining claims.[4]

In the arbitration proceeding (the "Arbitration"), POSITIVE SOFTWARE submitted expert reports regarding the nature and amount of damages it was and is entitled to recover (the "Damage Reports"). As set forth in the Damage Reports, POSITIVE SOFTWARE is entitled to recover in excess of $580 million from the Debtor Defendants. The damages that POSITIVE SOFTWARE is entitled to recover include statutory damages arising under the Digital Millennium Copyright Act of 1998 relating to New Century's unlawful circumvention of technological measures employed to prevent

---

[1]  *See* Complaint [District Court Action Docket No. 1].

[2]  *See* Memorandum Opinion and Order dated April 28, 2003 [District Court Action Docket No. 88].

[3]  *Id.* at 9.

[4]  *Id.* at 16-17.

copying of POSITIVE SOFTWARE's software programs. In addition, POSITIVE SOFTWARE is entitled to recover for breach of contract, fraud and conversion.[5]

POSITIVE SOFTWARE also has claims for damages against the Debtor Defendants improper conduct in which the Debtor Defendants and/or their legal counsel engaged in the course of the Arbitration and the District Court Action. Those claims, which remain subject to further investigation, include the willful and fraudulent failure to disclose and the affirmative misrepresentation of relevant and material facts to the arbitrator and POSITIVE SOFTWARE, which resulted in the arbitrator absolving the New Century Defendants of their wrongful acts.[6]

---

[5] In the course of the Arbitration, POSITIVE SOFTWARE produced the Damage Reports to the Debtor Defendants. Because, however, the Damage Reports are subject to a protective order issued by the Texas District Court, POSITIVE SOFTWARE has not attached such reports to this proof of claim.

[6] Notably, the information that New Century and its counsel withheld was only uncovered because of discovery taken after the Arbitration had been concluded. The discovery resulted from the Texas District Court's finding that POSITIVE SOFTWARE had made a prima facie showing that New Century and its counsel had engaged in fraud in connection with discovery matters and had thus waived attorney-client and work-product privileges. *See* Order dated January 21, 2004 [District Court Docket No. 136].

FORM B10 (MOW 3001-1)(04/07)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>New Century Financial Corporation | Case Number 07-10417 | ☑ Date Stamped Copy Returned<br>☐ No self addressed stamped envelope<br>☐ No copy to return |

NOTE: this form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Positive Software Solutions, Inc.<br><br>Name and address where notices should be sent:<br>The Ralston Law Firm<br>2603 Oak Loan Ave.,<br>Suite 230, LB 2<br>Dallas, TX 75219-9109<br><br>Telephone number: (214) 295-6416 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |
|---|---|
| Last four digits of account or other number by which creditor identifies debtor: | Check here if ☐ replaces ☐ amends a previously filed claim, dated _____ |

| 1. Basis for Claim<br>☐ Goods Sold<br>☐ Services Performed<br>☐ Money Loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☒ Other <u>Copyright infringement and related wrongful conduct</u> | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Last four digits of SS #: ___ ___ ___<br>Unpaid Compensation for Services Performed<br>from _____ to _____<br>    (date)        (date) |
|---|---|
| 2. Date debt was incurred:<br>February 6, 2003 (commencement of civil action) | 3. If court judgment, date obtained: |

4. Total Amount of Claim at Time Case Filed:   $580,000,000 (est.)                                                            $580,000,000 (est.)
                                                                  (unsecured)         (secured)         (priority)                  (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5, 6 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim.<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br>Brief Description of Collateral:<br>☐ Real Estate    ☐ Motor Vehicle<br>☐ Other _____<br>Value of Collateral: $ _____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____<br><br>6. Unsecured Nonpriority Claim $<u>580,000,000 (est.)</u><br>☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. | 7. Unsecured Priority Claim.<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $_____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).<br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).<br>☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).<br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. [SEE ATTACHED SUMMARY.]
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope along with your original claim and a copy.

RECEIVED AUG 30 2007 XRoads Claims Management Services

| Date<br>August 29, 2007 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _____ |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



0710417070830000000000018

# THE RALSTON LAW FIRM

■ 2603 Oak Lawn Avenue
Suite 230, LB 2
Dallas, Texas 75219
■ (214) 295-6416
■ ralstonlaw@gmail.com

August 24, 2007

**VIA Fed Ex [8627 8648 0460]**

New Century Claims Processing
c/o XRoads Case Management Services
1821 East Dyer Road, Suite 225
Santa Ana, CA 92705

    Re:   *New Century TRS Holdings, Inc., et al, Debtors*, Case No. 07-10416
           (Jointly Administered)

Dear Sir or Madam:

Enclosed for filing is an original proof of claim of Positive Software Solutions, Inc., in each of the following New Century bankruptcy cases:

- New Century TRS Hodings, Inc. (Case No. 07-10416);
- New Century Financial Corp. (Case No. 07-10417);
- New Century Mortgage Corp. (Case No. 07-10419); and
- Home123 Corp. (Case No. 07-10421).

Also enclosed are two (2) copies of each proof of claim. Please file-stamp and return all copies in the enclosed Federal Express envelope.

Of course, if you have any questions, please contact me.

Very truly yours,

Mark H. Ralston, Esq.

MHR/tk

cc:   Michael Shore (via email, w/o encl.)

## Positive Software Solutions, Inc.
### Proof of Claim Summary

Positive Software Solutions, Inc. ("POSITIVE SOFTWARE") is the plaintiff in a federal civil action brought by POSITIVE SOFTWARE against certain of the Debtors, including New Century Mortgage Corporation (itself, "New Century" and collectively with other Debtors, the "Debtor Defendants") and other parties. That suit is pending before the United States District Court for the Northern District of Texas (the "Texas District Court") as Civil Action No. 3:03-CV-0257-N (the "District Court Action").

POSITIVE SOFTWARE's claims arise out of the Debtor Defendants' copying of POSITIVE SOFTWARE's copyright-protected software applications to derive what Debtor Defendants allege was proprietary software and the Debtor Defendants' use of that allegedly proprietary (but infringing) software. POSITIVE SOFTWARE asserted claims for among other things, copyright infringement, misappropriation of trade secrets, misappropriation of intellectual property, breach of contract, fraud, and conversion. POSITIVE SOFTWARE's claims are more specifically set forth in its Complaint filed in the District Court Action, which is of record.[1]

In the course of the District Court Action, the Texas District Court issued a Memorandum Opinion and Order providing for a preliminary injunction and protective order in favor of POSITIVE SOFTWARE and against the Debtor Defendants.[2] In its ruling, the Texas District Court found that POSITIVE SOFTWARE had demonstrated a "substantial likelihood of success on the merits of its claims" that New Century's alleged proprietary software infringed on POSITIVE SOFTWARE's copyrights.[3] Finding that POSITIVE SOFTWARE had demonstrated other elements entitling it to injunctive relief, the Texas District Court enjoined New Century and any other person acting with New Century from using POSITIVE SOFTWARE's software programs. The District Court also ordered the parties to arbitrate POSITIVE SOFTWARE's remaining claims.[4]

In the arbitration proceeding (the "Arbitration"), POSITIVE SOFTWARE submitted expert reports regarding the nature and amount of damages it was and is entitled to recover (the "Damage Reports"). As set forth in the Damage Reports, POSITIVE SOFTWARE is entitled to recover in excess of $580 million from the Debtor Defendants. The damages that POSITIVE SOFTWARE is entitled to recover include statutory damages arising under the Digital Millennium Copyright Act of 1998 relating to New Century's unlawful circumvention of technological measures employed to prevent

---

[1]   See Complaint [District Court Action Docket No. 1].

[2]   See Memorandum Opinion and Order dated April 28, 2003 [District Court Action Docket No. 88].

[3]   Id. at 9.

[4]   Id. at 16-17.

copying of POSITIVE SOFTWARE's software programs. In addition, POSITIVE SOFTWARE is entitled to recover for breach of contract, fraud and conversion.[5]

POSITIVE SOFTWARE also has claims for damages against the Debtor Defendants improper conduct in which the Debtor Defendants and/or their legal counsel engaged in the course of the Arbitration and the District Court Action. Those claims, which remain subject to further investigation, include the willful and fraudulent failure to disclose and the affirmative misrepresentation of relevant and material facts to the arbitrator and POSITIVE SOFTWARE, which resulted in the arbitrator absolving the New Century Defendants of their wrongful acts.[6]

---

[5] In the course of the Arbitration, POSITIVE SOFTWARE produced the Damage Reports to the Debtor Defendants. Because, however, the Damage Reports are subject to a protective order issued by the Texas District Court, POSITIVE SOFTWARE has not attached such reports to this proof of claim.

[6] Notably, the information that New Century and its counsel withheld was only uncovered because of discovery taken after the Arbitration had been concluded. The discovery resulted from the Texas District Court's finding that POSITIVE SOFTWARE had made a prima facie showing that New Century and its counsel had engaged in fraud in connection with discovery matters and had thus waived attorney-client and work-product privileges. *See* Order dated January 21, 2004 [District Court Docket No. 136].