UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                                Case No. 07-10416-KJC
                                                                      Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,
et al.,                                                               Motion No: 4746
            Debtors.

**Objections due by: 2/13/07**
**Hrg Date: 2/20/07 @1:30 p.m.**

### NOTICE OF MOTION FOR RELIEF FROM STAY BY HOMEQ SERVICING TO ALLOW USE OF LIMITED POWERS OF ATTORNEY

TO:

| | |
|---|---|
| New Century TRS Holdings<br>18400 Von Karman Ave.<br>Irvine, CA 92612<br>Debtor | United States Trustee<br>844 King St., Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Attorneys for the Debtor | Bonnie Glantz Fatell, Esq.<br>David W. Carickhoff, Jr., Esq.<br>Bland Rome, LLP<br>1201 Market St., 800<br>Wilmington, DE 19801<br>Attorneys for the Official Committee of Unsecured Creditors |
| Suzanne S. Uhland, Esq.<br>Ben S. Logan, Esq.<br>O'Melveny & Myers, LLP<br>275 Battery St.<br>San Francisco, CA 94111<br>Attorneys for the Debtor | Mark T. Power, Esq<br>Mark S. Indelicato, Esq.<br>488 Madison Ave.<br>14th & 15th Floor<br>New York, NY 10022<br>Attorneys for the Official Committee of Unsecured Creditors |

HOMEQ SERVICING CORPORATION ("HOMEQ"), has filed a Motion for Relief from Stay which seek the following relief: Relief from the automatic stay to allow use of Limited Powers of Attorney to endorse checks; execute and file assignments, mortgages, deeds, bills of sale, endorsements, satisfactions, releases, reconveyances, subordinations, modifications, and

1

declarations, pursue deficiency, insurance and other claims, with regard to loans purchased from the Debtors.

**NOTICE ON THE MOTION WILL BE HELD ON FEBRUARY 20, 2008 at 1:30 pm**

You are required to file a response (and supporting document required by Local Rule 4001-1(d) to the attached motion at least 5 business days before the above hearing date.

At the same time you must also serve a copy of the response upon movant's attorney:

**Law Offices of David J. Stern, PA**
**Frederic J. DiSpigna, Esq.**
**800 S. University Dr. Suite 500**
**Plantation, FL 33324**
**954-233-8000**

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect the issues raided by the Motion t advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the properties and the extent and validity of any security instrument.

                                              /s/ Frederic J. DiSpigna
By:_____
           Frederic J. DiSpigna, Esq.
           Florida Bar Number 345539