## EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| POSITIVE SOFTWARE SOLUTIONS, INC., and EDWARD MANDEL, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:07-CV-1422-O |
| SUSMAN GODFREY, L.L.P., et al., | § § § | |
| Defendants. | § | |

## ORDER

Pursuant to the District Court's *Order of Reference*, filed November 28, 2007, *Defendants' Motion to Stay All Discovery*, filed November 26, 2007, has been referred to this Court for hearing, if necessary, and for determination.

The Court conducted a hearing on this motion on Wednesday, December 5, 2007. After consideration of the pleadings, evidence, oral argument, and applicable law, and for the reasons stated on the record during the hearing, the motion is hereby **GRANTED.** Discovery shall be stayed in this case until the District Court rules upon the pending motions to dismiss, issues an order for a status conference, or issues a scheduling order, whichever occurs first.

**SO ORDERED** on this 5th day of December, 2007.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

1