IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | Hearing Date: February 20, 2008 at 1:30 p.m. |
| | Objection Deadline: February 13, 2008 at 4:00 p.m. |
| | Re: Docket No. 4751 |

**DEBTORS' MOTION TO FILE UNDER SEAL ARBITRATION AWARD IN CONNECTION WITH DEBTORS' (A) RESPONSE TO THE "SECOND MOTION OF POSITIVE SOFTWARE SOLUTIONS, INC. FOR RELIEF FROM THE STAY REGARDING COPYRIGHT INFRINGEMENT LITIGATION," (B) CROSS-MOTION TO DISALLOW OR ESTIMATE POSITIVE SOFTWARE'S PROOFS OF CLAIM, AND (C) OBJECTION TO PROOFS OF CLAIM**

The above-captioned debtors (the "Debtors") hereby move the Court, pursuant to Section 107(b) and 105(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9018-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for an order permitting the Debtors to file, and directing the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Clerk") to maintain under seal the arbitration award issued in Positive Software Solutions, Inc. v. New Century Mortgage Corp. el al., Civil Action No. 3:03-CV-0257-N in the United States District Court for the Northern District of Texas, Dallas Division (the "Arbitration Award") under seal (the "Motion"). The Debtors are filing the Arbitration Award in connection with the *Debtors' (A) Response to the "Second Motion of Positive Software Solutions, Inc. for Relief From the Stay Regarding Copyright Infringement Litigation," and (B) Cross-Motion to Disallow*

*or Estimate Positive Software's Proofs of Claim and, (C) Objection to Proofs of Claim* [Docket No. 4751] (the "Response"), filed earlier today.[1] In support thereof, the Debtors state as follows:

1.  The basis for this Motion to file the PSSI Arbitration Award under seal is different than other seal motions that the Debtors have filed in this case. Simply put, the Arbitration Award has been designated "confidential" under a confidentiality order of another federal court, the United States District Court for the Northern District of Texas (the "Texas District Court"). See *Memorandum Opinion and Order*, dated September 28, 2004 in Positive Software Solutions, Inc. v. New Century Mortgage Corp. *et al.*, Civil Action No. 3:03-CV-0257-N in the United States District Court for the Northern District of Texas (the "Confidentiality Order," attached hereto as Exhibit A). As the Court will see, the Arbitration Award is central to the Debtors' position on the Response. Thus, the Debtors wish to provide the Arbitration Award to the Court to review in ruling on the Response, and at the same time to maintain the Debtors' confidentiality obligations as imposed by the Texas District Court's Confidentiality Order.

2.  In light of the Confidentiality Order, section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, Local Rule 9018-1 and the Court's broad equitable powers under section 105(a) of the Bankruptcy Code to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title," the Debtors respectfully submit that the relief requested herein should be granted.

## Notice

3.  No trustee has been appointed in these chapter 11 cases. Notice of this Motion has been provided to: (1) the Office of the United States Trustee for the District of Delaware; (2)

---

[1] The Response is incorporated herein by reference.

2

the Examiner; (3) the Official Committee of Unsecured Creditors; and (4) all parties who have timely filed requests for notice under Rule 2002 of the Bankruptcy Rules. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is required.

4. As required by Local Rule 9018-1, the Debtors are delivering a copy of the Arbitration Award to the Court along with this Motion. The Debtors have also served a copy of the Arbitration Award on Positive Software Solutions, Inc.'s Texas counsel along with this Motion.

### No Prior Request

5. No prior motion for the relief requested herein has been made to this or any other Court.

WHEREFORE, For all the foregoing reasons, the Debtors respectfully request the entry of an order, substantially in the form attached hereto as <u>Exhibit B</u>, granting this Motion.

Dated: January 30, 2008
      Wilmington, Delaware

*/s/ Russell C. Silberglied*
_____
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

4