## EXHIBIT B

Exhibit B - Alltech 1.29.08 - Lot 1

| # | P/N | Make | Model | Description | Totals | Notes | Location |
|---|---|---|---|---|---|---|---|
| 1 | BR1500 | APC | BR1500 | UPS | 3 | | 3121 5th Floor |
| 2 | BP1400 | APC | BP1400 | UPS | 2 | | 3121 5th Floor |
| 3 | 45U Rack (Black) | ? | | 2 POST RACK | 4 | | 3121 5th Floor IDF |
| 4 | 600B | Systimax | 600B | 24 Port Fiber Patch Panel | 1 | | 3121 5th Floor IDF |
| 5 | GigaFlex PS6+ | IBDN | GigaFlex PS6+ | 48 Port Ethernet Patch Panel | 12 | | 3121 5th Floor IDF |
| 6 | WS-C2950G-48-EI | Cisco | C2950G | 48port switch | 1 | | 3121 5th Floor IDF |
| 7 | MIL-RC6113LX | Milan | 100/1000 UTP 1000 Fiber | Auto MDI/MDIX | 1 | | 3121 5th Floor IDF |
| 8 | AP7580 | APC | AP7580 | Basic Rack PDU | 1 | | 3121 5th Floor IDF |
| 9 | GXT2-144VBATT | Liebert | GXT2-144VBATT | Battery | 2 | | 3121 5th Floor IDF |
| 10 | WS-C3548-XL-EN | Cisco | C3548-XL | Catalyst 48 Port Switch | 1 | | 3121 5th Floor IDF |
| 11 | AP9319 | APC | AP9319 | Environmental Monitoring Unit | 1 | | 3121 5th Floor IDF |
| 12 | AP9319 | APC | AP9319 | Environmental Monitoring Unit | 1 | | 3121 5th Floor IDF |
| 13 | IPS-4255-K9 V01 | Cisco | IPS 4255 | Intrusion Prevention Sensor | 1 | | 3121 5th Floor IDF |
| 14 | IPS-4255-K9 V01 | Cisco | IPS 4255 | Intrusion Prevention Sensor | 1 | | 3121 5th Floor IDF |
| 15 | CISCO2610XM | Cisco | CISCO2610XM | Router | 1 | | 3121 5th Floor IDF |
| 16 | CISCO2610XM | Cisco | CISCO2610XM | Router | 1 | | 3121 5th Floor IDF |
| 17 | AP7901 | APC | AP7901 | Switched Rack PDU | 1 | | 3121 5th Floor IDF |
| 18 | GXT2-6000RT208 | Liebert | GXT2-6000RT208 | UPS | 1 | | 3121 5th Floor IDF |
| 19 | **WS-C6509-E** | | | | | | |
| 20 | WS-C6509-E | Cisco | C6509-E | | 1 | 6509 Chassis | 3121 5th Floor IDF |
| 21 | WS-X6K-SUP2-2GE | Cisco | | Supervisor 2 | 1 | Inside 6509 Chassis | 3121 5th Floor IDF |
| 22 | WS-X6K-SUP2-2GE | Cisco | | Supervisor 2 | 1 | Inside 6509 Chassis | 3121 5th Floor IDF |
| 23 | WS-X6148A-GE-45AF | Cisco | | 48 Port 10/100/1000 IEEE 802 3AF | 1 | Inside 6509 Chassis | 3121 5th Floor IDF |
| 24 | WS-X6148A-GE-45AF | Cisco | | 48 Port 10/100/1000 IEEE 802 3AF | 1 | Inside 6509 Chassis | 3121 5th Floor IDF |
| 25 | WS-X6148A-GE-45AF | Cisco | | 48 Port 10/100/1000 IEEE 802 3AF | 1 | Inside 6509 Chassis | 3121 5th Floor IDF |
| 26 | WS-X6148A-GE-45AF | Cisco | | 48 Port 10/100/1000 IEEE 802 3AF | 1 | Inside 6509 Chassis | 3121 5th Floor IDF |
| 27 | WS-X6148A-GE-45AF | Cisco | | 48 Port 10/100/1000 IEEE 802 3AF | 1 | Inside 6509 Chassis | 3121 5th Floor IDF |
| 28 | WS-X6148A-GE-45AF | Cisco | | 48 Port 10/100/1000 IEEE 802 3AF | 1 | Inside 6509 Chassis | 3121 5th Floor IDF |
| 29 | **WS-C6509-E** | | | | | | |
| 30 | WS-C6509-E | Cisco | C6509 | Chassis | 1 | 6509 Chassis | 3121 5th Floor IDF |
| 31 | WS-X6K-SUP2-2GE | Cisco | WS-X6K-SUP2-2GE | Supervisor II Engine | 2 | Inside 6509 Chassis | 3121 5th Floor IDF |
| 32 | WS-X6148-GE-45AF | Cisco | WS-X6148-GE-45AF | 48port switch | 6 | Inside 6509 Chassis | 3121 5th Floor IDF |
| 33 | N/A | Cisco | N/A | Power Supply | 2 | Inside 6509 Chassis | 3121 5th Floor IDF |
| 34 | | | | | | | |
| 35 | BR1500 | APC | BR1500 | UPS | 1 | | 3121 6th Floor |
| 36 | SU7005M2U | APC | SU7005M2U | UPS | 1 | | 3121 6th Floor |
| 37 | GXT2-144VBATT | Liebert | GXT2-144VBATT | Battery | 4 | | 3121 6th Floor IDF |
| 39 | N/A | APC | N/A | Environmental Monitoring Unit | 1 | | 3121 6th Floor IDF |
| 40 | IPS-4255-K9 V01 | Cisco | IPS 4255 | Intrusion Prevention Sensor | 1 | | 3121 6th Floor IDF |
| 41 | | | | | | | 3121 6th Floor IDF |
| 42 | CISCO2610XM | Cisco | CISCO2610XM | Router | 1 | | 3121 6th Floor IDF |
| 43 | M11039 | Canon | DR 3060 | Scanner | 1 | | 3121 6th Floor IDF |
| 44 | AP7901 | APC | AP7901 | Switched Rack PDU | 1 | | 3121 6th Floor IDF |
| 45 | GXT2-6000RT208 | Liebert | GXT2-6000RT208 | UPS | 2 | | 3121 6th Floor IDF |
| 46 | **AdTran Battery Backup** | | | | | | 3121 6th Floor IDF |
| 47 | B31D4332 | AdTran | Battery Backup | Battery Backup | 1 | | 3121 6th Floor IDF |
| 48 | N/A | AdTran | Total Access 750 | Channel Cards Module | 1 | | 3121 6th Floor IDF |
| 49 | 117500612 | AdTran | PSU | Power Supply Unit | 1 | | 3121 6th Floor IDF |
| 50 | 1175012L1 | AdTran | BCU | Basic Control Unit | 1 | | 3121 6th Floor IDF |
| 51 | 1175408L2 | AdTran | FXS | FXS | 6 | | 3121 6th Floor IDF |
| 52 | 1175099L1 | AdTran | Blank | Blank | 2 | | 3121 6th Floor IDF |
| 53 | **WS-C6509-E** | | | | 1 | 6509 Chassis | |
| 54 | WS-X6K-SUP2-2GE | Cisco | WS-X6K-SUP2-2GE | Supervisor II Engine | 2 | Inside 6509 Chassis | 3121 6th Floor IDF |
| 55 | WS-X6148-GE-45AF | Cisco | WS-X6148-GE-45AF | 48port switch | 3 | Inside 6509 Chassis | 3121 6th Floor IDF |
| 56 | N/A | Cisco | N/A | Power Supply | 2 | Inside 6509 Chassis | 3121 6th Floor IDF |
| 57 | **WS-C6509-E** | | | | 1 | 6509 Chassis | |
| 58 | WS-X6K-SUP2-2GE | Cisco | WS-X6K-SUP2-2GE | Supervisor II Engine | 2 | Inside 6509 Chassis | 3121 6th Floor IDF |
| 59 | WS-X6148-GE-45AF | Cisco | WS-X6148-GE-45AF | 48port switch | 3 | Inside 6509 Chassis | 3121 6th Floor IDF |
| 60 | N/A | Cisco | N/A | Power Supply | 2 | Inside 6509 Chassis | 3121 6th Floor IDF |
| 61 | | | | | | | |
| 62 | CE-510-K9 | Cisco | 510 | Content Engine | 1 | | CN-340 Park Place |
| 63 | WS-X4013 | Cisco | WS-X4013 | Supervisor 2 Engine | 1 | | CN-340 Park Place |
| 64 | **WS-C4006** | | | | | | |
| 65 | WS-C4006 | Cisco | C4006 | Chassis | 1 | 4006 Chassis | CN-340 Park Place |
| 66 | WS-X4013 | Cisco | WS-X4013 | Supervisor 2 Engine | 1 | Inside 4006 Chassis | CN-340 Park Place |
| 67 | WS-X4148-RJ45V | Cisco | WS-X4148-RJ45V | 48 PORT 10/100 Switch | 3 | Inside 4006 Chassis | CN-340 Park Place |
| 68 | | | | | | | CN-340 Park Place |
| 69 | 484000-2180 | MovinCool | Office Pro 12 | Spot Cooling System | 1 | | CN-340 Park Place |
| 70 | 484000-1750 | MovinCool | 24HFU-1 | Spot Cooling System | 1 | | CN-340 Park Place |
| 71 | 484000-0601 | MovinCool | 20HFU-1 | Spot Cooling System | 1 | | CN-340 Park Place |
| 72 | | | | | | | |
| 73 | WS-C2950-24 | Cisco | C2950 | 24port switch | 1 | | CN-200 IDF Park Place |
| 74 | GXT2-144VBATT | Liebert | GXT2-144VBATT | Battery | 4 | | CN-200 IDF Park Place |
| 75 | AP9319 | APC | AP9319 | Environmental Monitoring Unit | 1 | | CN-200 IDF Park Place |
| 76 | IPS-4255-K9 V01 | Cisco | IPS 4255 | Intrusion Prevention Sensor | 1 | | CN-200 IDF Park Place |
| 77 | CISCO2610XM | Cisco | CISCO2610XM | Router | 1 | | CN-200 IDF Park Place |
| 78 | AP7901 | APC | AP7901 | Switched Rack PDU | 1 | | CN-200 IDF Park Place |
| 79 | GXT2-6000RT208 | Liebert | GXT2-6000RT208 | UPS | 2 | | CN-200 IDF Park Place |
| 90 | | | | | | | |
| 91 | 38U Rack (Black) | TBD | | 2 POST RACK | 1 | | CN-410 B Park Place |
| 92 | 42U Rack (Black) | TBD | | 2 POST RACK | 1 | | CN-410 B Park Place |
| 93 | 42U Rack (White) | APC | | 2 POST RACK | 1 | | CN-410 B Park Place |
| 94 | N/A | N/A | N/A | 2 POST RACK | 1 | | CN-410 B Park Place |
| 95 | MO9RM | APC | Surge Arrest | Multiple Outlet Unit | 1 | | CN-410 B Park Place |
| 96 | AP9211 | APC | AP9211 | PDU | 2 | | CN-410 B Park Place |
| 97 | 800-20056-01 | Cisco | CISCO2650XM | Router | 1 | | CN-410 B Park Place |
| 98 | N/A | Compaq | ProLiant Storage System UE | SAN Array | 1 | (6) 18GB HDDs | CN-410 B Park Place |
| 99 | 146744-001 | Compaq | ProLiant ML530 G2 | Server | 1 | (4) 18GB HDDs | CN-410 B Park Place |

Exhibit B - Alltech 1.29.08 - Lot 1

| | P/N | Make | Model | Description | Totals | Notes | Location |
|---|---|---|---|---|---|---|---|
| 100 | 330551-001 | Compaq | ProLiant 6500 | Server | 1 | (7) 18GB HDDs | CN-410 B Park Place |
| 101 | ES1003 | Compaq | ProLiant 5500 | Server | 1 | (2) 9GB HDDs | CN-410 B Park Place |
| 102 | N/A | Compaq | ProLiant ML350 | Server | 1 | (3) HDDs | CN-410 B Park Place |
| 103 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | 1 | | CN-410 B Park Place |

| | |
|---|---|
| Lot 1: | Total Bid High End: $ 45,214.75 |
| Lot 2: | Total Bid: $ 20,000.00 |
| Lot 3: | Total Bid: $ 43,493.00 |
| Lot 4: | Total Bid: $ 25,234.00 |
| Lot 5: | Total Bid: $ 17,013.00 |
| | Total for all Lots: $150,954.75 |

Exhibit B - Alltech 1.29.08 - Lot 2

| # | P/N | Make | Model | Description | Count | Notes | Location |
|---|---|---|---|---|---|---|---|
| 1 | 108551755 | Avaya | TN793B | 24port Analog V7 | 1 | | 3121 6th Floor IDF |
| 2 | 700059652 | Avaya | TN2224CP | 2W Digital Line HV5 | 3 | | 3121 6th Floor IDF |
| 3 | 700059652 | Avaya | TN2224CP | 2W Digital Line HV8 | 6 | | 3121 6th Floor IDF |
| 4 | 2201-06846-001 | Polycom | Voicestation 100 | Conference Phone | 1 | | 3121 6th Floor IDF |
| 5 | 840101035 | Konftel | Konftel 100 | Conference Phone | 1 | | 3121 6th Floor IDF |
| 6 | 700059652 | Avaya | TN2224CP | Digital Line 24port HV2 | 5 | | 3121 6th Floor IDF |
| 7 | 700260359 | Avaya | TN2312BP | IPSI HV12 | 1 | | 3121 6th Floor IDF |
| 8 | 108716150 | Avaya | 302D | Operator Console | 1 | | 3121 6th Floor IDF |
| 9 | 700258577 | Avaya | 6408D+ | Phone w/ display | 98 | | 3121 6th Floor IDF |
| 10 | 700267132 | Avaya | 6424D+M | Phone w/ display | 3 | | 3121 6th Floor IDF |
| 11 | 700203599 | Avaya | 2420 | Phone w/ display | 1 | | 3121 6th Floor IDF |
| 12 | 700290273 | Avaya | PW9125 1000 | UPS | 4 | | 3121 6th Floor IDF |
| 13 | G650 w/ letter B | | | | | Still connected | |
| 14 | 700259724 | Avaya | G650 | Media Gateway | 1 | G650 | 3121 6th Floor IDF |
| 15 | 655A | Avaya | 655A | Power Unit | 1 | Inside G650 | 3121 6th Floor IDF |
| 16 | 700260359 | Avaya | TN2312BP | IPSI HV6 | 1 | Inside G650 | 3121 6th Floor IDF |
| 17 | 700055015 | Avaya | TN799DP | C-LAN HV1 | 1 | Inside G650 | 3121 6th Floor IDF |
| 18 | 108773912 | Avaya | TN771DP | Maintenance/Test HV2 | 1 | Inside G650 | 3121 6th Floor IDF |
| 19 | 108774696 | Avaya | TN2302AP | IP Media Processor HV20 | 1 | Inside G650 | 3121 6th Floor IDF |
| 20 | 700055015 | Avaya | TN799DP | C-LAN HV1 | 1 | Inside G650 | 3121 6th Floor IDF |
| 21 | 700059652 | Avaya | TN2224CP | 2W Digital Line HV4 | 3 | Inside G650 | 3121 6th Floor IDF |
| 22 | 108826884 | Avaya | TN464GP | DS1 INTFC 24/32 HV6 | 2 | Inside G650 | 3121 6th Floor IDF |
| 23 | 700059652 | Avaya | TN2224CP | 2W Digital Line HV5 | 1 | Inside G650 | 3121 6th Floor IDF |
| 24 | 108551755 | Avaya | TN793B | Analog Line V8 | 1 | Inside G650 | 3121 6th Floor IDF |
| 25 | G650 w/ letter A | | | | | Still connected | |
| 26 | 700259724 | Avaya | G650 | Media Gateway | 1 | G650 | 3121 6th Floor IDF |
| 27 | 655A | Avaya | 655A | Power Unit | 1 | Inside G650 | 3121 6th Floor IDF |
| 28 | G650 w/ letter C | | | | | | |
| 29 | 700259724 | Avaya | G650 | Media Gateway | 1 | G650 | 3121 6th Floor IDF |
| 30 | 655A | Avaya | 655A | Power Unit | 2 | Inside G650 | 3121 6th Floor IDF |
| 31 | 108774696 | Avaya | TN2302AP | IP Media Processor HV20 | 1 | Inside G650 | 3121 6th Floor IDF |
| 32 | G650 w/ letter C | | | | | | |
| 33 | 700259724 | Avaya | G650 | Media Gateway | 1 | G650 | 3121 6th Floor IDF |
| 34 | 655A | Avaya | 655A | Power Unit | 2 | Inside G650 | 3121 6th Floor IDF |
| 35 | 700059652 | Avaya | TN2224CP | 2W Digital Line HV2 | 5 | Inside G650 | 3121 6th Floor IDF |
| 36 | 108551755 | Lucent | TN793B | 24port Analog V7 | 1 | Inside G650 | 3121 6th Floor IDF |
| 37 | 108551755 | Avaya | TN793B | Analog Line V8 | 1 | Inside G650 | 3121 6th Floor IDF |
| 38 | 108774696 | Avaya | TN2302AP | IP Media Processor HV20 | 1 | Inside G650 | 3121 6th Floor IDF |
| 39 | G650 w/ letter A | | | | | | |
| 40 | 700259724 | Avaya | G650 | Media Gateway | 1 | G650 | 3121 6th Floor IDF |
| 41 | 655A | Avaya | 655A | Power Unit | 2 | Inside G650 | 3121 6th Floor IDF |
| 42 | G650 w/ letter A | | | | | | |
| 43 | 700259724 | Avaya | G650 | Media Gateway | 1 | G650 | 3121 6th Floor IDF |
| 44 | 655A | Avaya | 655A | Power Unit | 2 | Inside G650 | 3121 6th Floor IDF |
| 45 | 108774696 | Avaya | TN2302AP | IP Media Processor HV20 | 2 | Inside G650 | 3121 6th Floor IDF |
| 46 | G650 w/ letter B | | | | | | |
| 47 | 700259724 | Avaya | G650 | Media Gateway | 1 | G650 | 3121 6th Floor IDF |
| 48 | 655A | Avaya | 655A | Power Unit | 2 | Inside G650 | 3121 6th Floor IDF |
| 49 | 700260359 | Avaya | TN2312BP | IPSI HV12 | 1 | Inside G650 | 3121 6th Floor IDF |
| 50 | 108774696 | Avaya | TN2302AP | IP Media Processor HV20 | 1 | Inside G650 | 3121 6th Floor IDF |
| 51 | G650 w/ letter B | | | | | | |
| 52 | 700259724 | Avaya | G650 | Media Gateway | 1 | G650 | 3121 6th Floor IDF |
| 53 | 655A | Avaya | 655A | Power Unit | 2 | Inside G650 | 3121 6th Floor IDF |
| 54 | 700260359 | Avaya | TN2312BP | IPSI HV12 | 1 | Inside G650 | 3121 6th Floor IDF |
| 55 | 700059652 | Avaya | TN2224CP | 2W Digital Line HV2 | 2 | Inside G650 | 3121 6th Floor IDF |
| 56 | 700059652 | Avaya | TN2224CP | 2W Digital Line HV8 | 1 | Inside G650 | 3121 6th Floor IDF |
| 57 | 108551755 | Lucent | TN793B | 24port Analog V7 | 1 | Inside G650 | 3121 6th Floor IDF |
| 58 | 108774696 | Avaya | TN2302AP | IP Media Processor HV20 | 1 | Inside G650 | 3121 6th Floor IDF |
| 59 | | | | | | | |
| 60 | 700258577 | Avaya | 6408D+ | Phone w/ display | 107 | | 3121 6th Floor |
| 61 | 700267132 | Avaya | 6424D+M | Phone w/ display | 7 | | 3121 6th Floor |
| 62 | 2201-16200-001 | Polycom | Soundstation 2 | Conference Phone | 4 | Comes with 2 mics | 3121 6th Floor |
| 63 | 108716176 | Avaya | 302DA323 | Phone w/ display | 1 | | 3121 6th Floor |
| 64 | | | | | | | |
| 65 | 700258577 | Avaya | 6408D+ | Phone w/ display | 16 | | CN-200 IDF Park Place |
| 66 | | | | | | | |
| 67 | N/A | Sunrise Telecom | SunSet MTT-C | Network Testing Kit | 1 | Comes with case | CN-340 Park Place |
| 68 | 955(HAC) | AT&T | 955 | Phone | 3 | | CN-340 Park Place |
| 69 | 107854812 | Lucent | Partner 18 | Phone | 24 | | CN-340 Park Place |
| 70 | 108883257 | Avaya | 7311H14G | Phone w/ display | 2 | | CN-340 Park Place |
| 71 | 700258577 | Avaya | 6408D+ | Phone w/ display | 6 | | CN-340 Park Place |
| 72 | 107305054 | Avaya | 7515H04A-003 | Phone w/ display | 20 | | CN-340 Park Place |
| 73 | 108199050 | Avaya | 4412D+ | Phone w/ display | 23 | | CN-340 Park Place |
| 74 | S8100 G600 | | | | | Labeled A | |
| 75 | 175436 | Avaya | S8100 G600 MEDI | Gateway (Chassis) | 1 | G600 | CN-340 Park Place |
| 76 | 650A | Avaya | S4 3 | Power Supply | 1 | Inside G600 | CN-340 Park Place |
| 77 | 108549494 | Avaya | TN2314 | Processor V10 | 1 | Inside G600 | CN-340 Park Place |
| 78 | 700059645 | Avaya | TN744E | Call Class-DET V2 | 1 | Inside G600 | CN-340 Park Place |
| 79 | IP600 GROWTH CA | | | | | Labeled B | |
| 80 | 174280 | Avaya | IP600 GROWTH CA | Gateway (Chassis) | 1 | IP600 | CN-340 Park Place |

Exhibit B - Alltech 1.29.08 - Lot 2

|  | P/N | Make | Model | Description | Count | Notes | Location |
|---|---|---|---|---|---|---|---|
| 81 | 650A | Avaya | S4.3 | Power Supply | 1 | Inside IP600 | CN-340 Park Place |
| 82 | G650 |  |  |  |  | Labeled A |  |
| 83 | 700259724 | Avaya | G650 | Media Gateway | 1 | G650 | CN-410 B Park Place |
| 84 | 700260359 | Avaya | TN2312BP | IPSI HV10 | 1 | Inside G650 | CN-410 B Park Place |
| 85 | 700055015 | Avaya | TN799DP | C-LAN HV1 | 1 | Inside G650 | CN-410 B Park Place |
| 86 | N/A | AT&T | TN747B | CO Trunk V11 | 1 | Inside G650 | CN-410 B Park Place |
| 87 | 108551755 | Lucent | TN793B | 24port Analog V2 | 1 | Inside G650 | CN-410 B Park Place |
| 88 | 700059652 | Avaya | TN2224CP | 2W Digital Line HV8 | 2 | Inside G650 | CN-410 B Park Place |
| 89 | 108551755 | Avaya | TN793B | Analog Line V16 | 1 | Inside G650 | CN-410 B Park Place |
| 90 | 108826884 | Avaya | TN464GP | DS1 INTFC 24/32 HV6 | 2 | Inside G650 | CN-410 B Park Place |
| 91 | 108774696 | Avaya | TN2302AP | IP Media Processor HV20 | 1 | Inside G650 | CN-410 B Park Place |
| 92 | 655A | Avaya | 655A | Power Unit | 2 | Inside G650 | CN-410 B Park Place |
| 93 | G650 |  |  |  |  | Labeled B |  |
| 94 | 700259724 | Avaya | G650 | Media Gateway | 1 | G650 | CN-410 B Park Place |
| 95 | 655A | Avaya | 655A | Power Unit | 2 | Inside G650 | CN-410 B Park Place |
| 96 | 700055015 | Avaya | TN799DP | C-LAN HV1 | 1 | Inside G650 | CN-410 B Park Place |
| 97 | 108276148 | Avaya | TN2224B | 2W Digital Line V12 | 2 | Inside G650 | CN-410 B Park Place |
| 98 | 108276148 | Lucent | TN2224B | 2W Digital Line V3 | 1 | Inside G650 | CN-410 B Park Place |
| 99 | 700059652 | Avaya | TN2224CP | 2W Digital Line HV8 | 1 | Inside G650 | CN-410 B Park Place |
| 100 | 108551755 | Lucent | TN793B | 24port Analog V2 | 1 | Inside G650 | CN-410 B Park Place |
| 101 | N/A | AT&T | TN763D | Aux Trunk V5 | 1 | Inside G650 | CN-410 B Park Place |
| 102 | 700069645 | Avaya | TN744E | Call Classifier DE V2 | 1 | Inside G650 | CN-410 B Park Place |
| 103 | 108773912 | Avaya | TN771DP | Maintenance/Test HV3 | 1 | Inside G650 | CN-410 B Park Place |
| 104 | 108826884 | Avaya | TN464GP | DS1 INTFC 24/32 HV6 | 2 | Inside G650 | CN-410 B Park Place |
| 105 |  |  |  |  |  |  |  |
| 106 | 108873233 | Avaya | P133G2 | 24port switch | 1 |  | CN-410 B Park Place |
| 107 | 700276132 | Avaya | 6424D+M | Phone w/ display | 2 | New in box | CN-410 B Park Place |
| 108 | 185686 | Avaya | IALX Factory Assy | Server | 1 |  | CN-410 B Park Place |
| 109 | 700262629 | Avaya | S8500 | Server | 1 |  | CN-410 B Park Place |
| 110 | 700290273 | Avaya | PW9125 1000 | UPS | 1 |  | CN-410 B Park Place |

Total Bid: $20,000.00

**Exhibit B - Alltech 1.29.08 - Lot 3**

| # | P/N | Make | Model | Description | Totals | Location |
|---|---|---|---|---|---|---|
| 1 | B064-17 | Ricoh | Aficio 1060 | Copier | 2 | 3121 5th Floor |
| 2 | 3560 | Toshiba | 3560 | Copier | 1 | 3121 5th Floor |
| 3 | C1316A | HP | 9100C | Digital Sender | 3 | 3121 5th Floor |
| 4 | H12161 | Canon | LC3170 | Fax Machine | 1 | 3121 5th Floor |
| 5 | H12228 | Canon | LC710 | Fax Machine | 4 | 3121 5th Floor |
| 6 | DP120F | Toshiba | DP120F | Fax Machine | 2 | 3121 5th Floor |
| 7 | DP125F | Toshiba | DP125F | Fax Machine | 1 | 3121 5th Floor |
| 8 | PL777A | HP | HP1755 | LCD 17in | 11 | 3121 5th Floor |
| 9 | VLCDS23719-5W | Viewsonic | VG710B | LCD 17in | 3 | 3121 5th Floor |
| 10 | VLCDS24606-1W | Viewsonic | VG700B | LCD 17in | 4 | 3121 5th Floor |
| 11 | VS10047 | Viewsonic | VE710B | LCD 17in | 11 | 3121 5th Floor |
| 12 | VS10697 | Viewsonic | VA712B | LCD 17in | 11 | 3121 5th Floor |
| 13 | VS10927 | Viewsonic | VP720B | LCD 17in | 15 | 3121 5th Floor |
| 14 | LCD1915X | NEC | LCD1915X | LCD 19in | 2 | 3121 5th Floor |
| 15 | LCD1960NXI | NEC | LCD1960NXI | LCD 19in | 3 | 3121 5th Floor |
| 16 | RA373A | HP | LP1965 | LCD 19in | 5 | 3121 5th Floor |
| 17 | VLCDS27944-3W | Viewsonic | VG910S | LCD 19in | 1 | 3121 5th Floor |
| 18 | VLCDS27944-4W | Viewsonic | VG910B | LCD 19in | 6 | 3121 5th Floor |
| 19 | VS10162 | Viewsonic | VX922 | LCD 19in | 3 | 3121 5th Floor |
| 20 | LCD2080UX-BK | NEC | LCD2080UX-BK | LCD 20in | 2 | 3121 5th Floor |
| 21 | VLCDS26064-3W | Viewsonic | VP211B | LCD 20in | 2 | 3121 5th Floor |
| 22 | C3982A | HP | 6MP | Printer - B/W | 1 | 3121 5th Floor |
| 23 | C4253A | HP | 4050N | Printer - B/W | 1 | 3121 5th Floor |
| 24 | C4267A | HP | 8150DN | Printer - B/W | 1 | 3121 5th Floor |
| 25 | C7058A | HP | 2200D | Printer - B/W | 1 | 3121 5th Floor |
| 26 | C8050A | HP | 4100N | Printer - B/W | 1 | 3121 5th Floor |
| 27 | C8051A | HP | 4100TN | Printer - B/W | 2 | 3121 5th Floor |
| 28 | C8520A | HP | 9000N | Printer - B/W | 1 | 3121 5th Floor |
| 29 | C8521A | HP | 9000DN | Printer - B/W | 3 | 3121 5th Floor |
| 30 | Q2427A | HP | 4200TN | Printer - B/W | 9 | 3121 5th Floor |
| 31 | Q2428A | HP | 4200DTN | Printer - B/W | 1 | 3121 5th Floor |
| 32 | Q5402A | HP | 4250TN | Printer - B/W | 8 | 3121 5th Floor |
| 33 | C9661A | HP | 4600DN | Printer - Color | 1 | 3121 5th Floor |
| 34 | Q3670A | HP | 4650DN | Printer - Color | 1 | 3121 5th Floor |
| 35 | Q5983A | HP | 3800DN | Printer - Color | 1 | 3121 5th Floor |
| 36 | EMP-715 | Epson | PowerLite 715c | Projector | 1 | 3121 5th Floor |
| 37 | MRS-1200ADF | MicroTek | ArtixScan DI 2010 | Scanner | 1 | 3121 5th Floor |
| 38 | PV-C2542 | Panasonic | PV-C2542 | TV | 3 | 3121 5th Floor |
| 39 | VV2009 | Quasar | VV2009 | TV | 1 | 3121 5th Floor |
| 40 | | | | | | |
| 41 | B064-17 | Ricoh | Aficio 1060 | Copier | 1 | 3121 6th Floor |
| 42 | B065-17 | Ricoh | Aficio 1075 | Copier | 2 | 3121 6th Floor |
| 43 | | | | | | |
| 44 | B141-17 | Ricoh | Aficio 2075 | Copier | 1 | 3121 6th Floor |
| 45 | 3580 | Toshiba | DP3580 | Copier | 2 | 3121 6th Floor |
| 46 | C1316A | HP | 9100C | Digital Sender | 2 | 3121 6th Floor |
| 47 | Q5916A | HP | 9200C | Digital Sender | 1 | 3121 6th Floor |
| 48 | H12228 | Canon | LC710 | Fax Machine | 5 | 3121 6th Floor |
| 49 | DP120F | Toshiba | DP120F | Fax Machine | 2 | 3121 6th Floor |
| 50 | TF831 | Toshiba | TF831 | Fax Machine | 1 | 3121 6th Floor |
| 51 | M45551 | Apple | MAC Studio Display | LCD 17in | 1 | 3121 6th Floor |
| 52 | PL777A | HP | HP1755 | LCD 17in | 2 | 3121 6th Floor |
| 53 | LCD1760V-BK | NEC | LCD1760V | LCD 17in | 1 | 3121 6th Floor |
| 54 | LS17MHNSSZ/XAA | Samsung | 710MP | LCD 17in | 1 | 3121 6th Floor |
| 55 | VLCDS23719-5W | Viewsonic | VG710B | LCD 17in | 8 | 3121 6th Floor |
| 56 | VS10047 | Viewsonic | VE710B | LCD 17in | 5 | 3121 6th Floor |
| 57 | VS10697 | Viewsonic | VA712B | LCD 17in | 10 | 3121 6th Floor |
| 58 | VS10791 | Viewsonic | VG720 | LCD 17in | 1 | 3121 6th Floor |
| 59 | VS10927 | Viewsonic | VP720B | LCD 17in | 15 | 3121 6th Floor |
| 60 | LCD1850X | NEC | LCD1850X | LCD 18in | 1 | 3121 6th Floor |
| 61 | PD974A | HP | HP1955 | LCD 19in | 2 | 3121 6th Floor |

Exhibit B - Alltech 1.29.08 - Lot 3

|    | P/N | Make | Model | Description | Totals | Location |
|----|-----|------|-------|-------------|--------|----------|
| 62 | RA373A | HP | LP1965 | LCD 19in | 3 | 3121 6th Floor |
| 63 | LCD1915X | NEC | LCD1915X | LCD 19in | 1 | 3121 6th Floor |
| 64 | LCD1920X | NEC | LCD1920X | LCD 19in | 1 | 3121 6th Floor |
| 65 | LCD1960NXI | NEC | LCD1960NXI | LCD 19in | 3 | 3121 6th Floor |
| 66 | VLCDS27944-3W | Viewsonic | VG910S | LCD 19in | 1 | 3121 6th Floor |
| 67 | VLCDS27944-4W | Viewsonic | VG910B | LCD 19in | 9 | 3121 6th Floor |
| 68 | VS10790 | Viewsonic | VG920 | LCD 19in | 1 | 3121 6th Floor |
| 69 | EF227A | HP | LP2065 | LCD 20in | 1 | 3121 6th Floor |
| 70 | P9614A | HP | HP2035 | LCD 20in | 1 | 3121 6th Floor |
| 71 | VLCDS26064-2W | Viewsonic | VP201 | LCD 20in | 1 | 3121 6th Floor |
| 72 | VLCDS26064-3W | Viewsonic | VP211B | LCD 20in | 1 | 3121 6th Floor |
| 73 | VS10773 | Viewsonic | VP2130B | LCD 20in | 1 | 3121 6th Floor |
| 74 | N/A | Apple | MAC Studio Display | LCD 21in | 2 | 3121 6th Floor |
| 75 | N/A | Apple | Cinema HD Display | LCD 23in | 1 | 3121 6th Floor |
| 76 | N/A | Better Package | Better Pack 555ES | Packing Tape Machine | 1 | 3121 6th Floor |
| 77 | M32044 | Canon | Microprinter 60 | Printer | 1 | 3121 6th Floor |
| 78 | C4110A | HP | 5000 | Printer - B/W | 1 | 3121 6th Floor |
| 79 | C4254A | HP | 4050TN | Printer - B/W | 1 | 3121 6th Floor |
| 80 | C4266A | HP | 8150N | Printer - B/W | 1 | 3121 6th Floor |
| 81 | C8051A | HP | 4100TN | Printer - B/W | 8 | 3121 6th Floor |
| 82 | C8521A | HP | 9000DN | Printer - B/W | 1 | 3121 6th Floor |
| 83 | Q2427A | HP | 4200TN | Printer - B/W | 16 | 3121 6th Floor |
| 84 | Q2428A | HP | 4200DTN | Printer - B/W | 1 | 3121 6th Floor |
| 85 | Q2461A | HP | 1012 | Printer - B/W | 1 | 3121 6th Floor |
| 86 | Q5402A | HP | 4250TN | Printer - B/W | 8 | 3121 6th Floor |
| 87 | Q5961A | HP | 2430TN | Printer - B/W | 10 | 3121 6th Floor |
| 88 | Q7815A | HP | P3005DN | Printer - B/W | 1 | 3121 6th Floor |
| 89 | C9661A | HP | 4600DN | Printer - Color | 8 | 3121 6th Floor |
| 90 | Q3670A | HP | 4650DN | Printer - Color | 2 | 3121 6th Floor |
| 91 | Q3715A | HP | 5550DN | Printer - Color | 1 | 3121 6th Floor |
| 92 | Q7493A | HP | 4700DN | Printer - Color | 2 | 3121 6th Floor |
| 93 | Q5607A | HP | Officejet All-in-One | Printer - Multi-function | 1 | 3121 6th Floor |
| 94 | MP8745 | 3M | MP8745 | Projector | 1 | 3121 6th Floor |
| 95 | N/A | Boxlight Corp. | Boxlight 4801 | Projector | 1 | 3121 6th Floor |
| 96 | C7671B | HP | ScanJet XPA | Scanner | 1 | 3121 6th Floor |
| 97 | C7710A | HP | ScanJet 7704C | Scanner | 1 | 3121 6th Floor |
| 98 | C8510A | HP | ScanJet 5400C | Scanner | 1 | 3121 6th Floor |
| 99 | C9910A | HP | ScanJet 5550C | Scanner | 1 | 3121 6th Floor |
| 100 | DVQ-19H1FC | Daewoo | DVQ-19H1FC | TV | 1 | 3121 6th Floor |
| 101 | PV-C2542 | Panasonic | PV-C2542 | TV | 1 | 3121 6th Floor |
| 102 | PV-DF2003 | Panasonic | PV-DF2003 | TV | 1 | 3121 6th Floor |
| 103 | MW20FP1 | Toshiba | MW20FP1 | TV | 1 | 3121 6th Floor |
| 104 | GTW-P42M303 | Gateway | P420142V5 | TV - Flat Panel | 3 | 3121 6th Floor |
| 105 | 42PF9976/37 | Philips | 42PF9976/37 | TV - Flat Panel | 1 | 3121 6th Floor |
| 106 | | | | | | |
| 107 | NA | NA | | Framed Mahogany Artwork, various | 167 | CN-340 Park Place |
| 108 | | | | | | |
| 109 | NA | NA | | Leather Laptop Bags, IBM, various | 250 | CN-340 Park Place |
| 110 | | | | | | |
| 111 | A-706 | TOA | 700 Series | Amplifier | 1 | CN-340 Park Place |
| 112 | Q5916A | HP | 9200C | Digital Sender | 1 | CN-340 Park Place |
| 113 | AP9319 | APC | AP9319 | Environmental Monitoring Unit | 3 | CN-340 Park Place |
| 114 | AF-303 | N/A | N/A | Fan Tray w/ 4 fans | 1 | CN-340 Park Place |
| 115 | DP120F | Toshiba | DP120F | Fax Machine | 1 | CN-340 Park Place |
| 116 | H12067 | Canon | LC 9500 | Fax Machine | 1 | CN-340 Park Place |
| 117 | H12161 | Canon | LC3170 | Fax Machine | 6 | CN-340 Park Place |
| 118 | H12013 | Canon | LC7000 | Fax Machine | 1 | CN-340 Park Place |
| 119 | H12228 | Canon | LC710 | Fax Machine | 1 | CN-340 Park Place |
| 120 | H12013 | Canon | LC7500 | Fax Machine | 1 | CN-340 Park Place |
| 121 | TF831 | Toshiba | TF831 | Fax Machine | 3 | CN-340 Park Place |
| 122 | PE1242 | HP | 1502 | LCD 15in | 9 | CN-340 Park Place |

**Exhibit B - Alltech 1.29.08 - Lot 3**

| | P/N | Make | Model | Description | Totals | Location |
|---|---|---|---|---|---|---|
| 123 | MD215 | Max Display | PRO-View Dual Display | LCD 15in | 7 | CN-340 Park Place |
| 124 | SDM-S53 | Sony | TFTLCD | LCD 15in | 14 | CN-340 Park Place |
| 125 | VLCDS21457-1 | Viewsonic | VG150 | LCD 15in | 2 | CN-340 Park Place |
| 126 | MJ17MSTBV | Samsung | 710TM | LCD 17in | 1 | CN-340 Park Place |
| 127 | L17A00000 | Hyundai | B70A | LCD 17in | 1 | CN-340 Park Place |
| 128 | PL777A | HP | L1755 | LCD 17in | 54 | CN-340 Park Place |
| 129 | VS10697 | Viewsonic | VA712B | LCD 17in | 63 | CN-340 Park Place |
| 130 | VS11383 | Viewsonic | VA730M | LCD 17in | 1 | CN-340 Park Place |
| 131 | VS10047 | Viewsonic | VE710B | LCD 17in | 27 | CN-340 Park Place |
| 132 | VLCDS24606-1W | Viewsonic | VG700 | LCD 17in | 2 | CN-340 Park Place |
| 133 | VLCDS24606-1W | Viewsonic | VG700B | LCD 17in | 10 | CN-340 Park Place |
| 134 | VLCDS23719-5W | Viewsonic | VG710B | LCD 17in | 26 | CN-340 Park Place |
| 135 | VS10927 | Viewsonic | VP720B | LCD 17in | 76 | CN-340 Park Place |
| 136 | LSA831W | NEC | LCD1800 | LCD 18in | 1 | CN-340 Park Place |
| 137 | PD974A | HP | L1955 | LCD 19in | 5 | CN-340 Park Place |
| 138 | LCD1920NX | NEC | LCD1920NX | LCD 19in | 3 | CN-340 Park Place |
| 139 | RA373A | HP | LP1965 | LCD 19in | 13 | CN-340 Park Place |
| 140 | VS10867 | Viewsonic | VA912B | LCD 19in | 8 | CN-340 Park Place |
| 141 | VLCDS24020-3W | Viewsonic | VG900 | LCD 19in | 1 | CN-340 Park Place |
| 142 | VLCDS24020-2W | Viewsonic | VG900B | LCD 19in | 2 | CN-340 Park Place |
| 143 | VLCDS27944-4W | Viewsonic | VG910B | LCD 19in | 2 | CN-340 Park Place |
| 144 | VLCDS27944-3W | Viewsonic | VG910S | LCD 19in | 3 | CN-340 Park Place |
| 145 | VS10790 | Viewsonic | VG920 | LCD 19in | 9 | CN-340 Park Place |
| 146 | VS11369 | Viewsonic | VG930M | LCD 19in | 2 | CN-340 Park Place |
| 147 | VS10929 | Viewsonic | VP920B | LCD 19in | 1 | CN-340 Park Place |
| 148 | VS10162 | Viewsonic | VX922 | LCD 19in | 2 | CN-340 Park Place |
| 149 | VS10162 | Viewsonic | VX924 | LCD 19in | 4 | CN-340 Park Place |
| 150 | LCD2060NX-BK | NEC | LCD2060NX-BK | LCD 20in | 2 | CN-340 Park Place |
| 151 | LCD2080UX | NEC | LCD2080UX | LCD 20in | 1 | CN-340 Park Place |
| 152 | VS10772 | Viewsonic | VP2030B | LCD 20in | 6 | CN-340 Park Place |
| 153 | VLCDS26064-3W | Viewsonic | VP211B | LCD 21in | 1 | CN-340 Park Place |
| 154 | VS10773 | Viewsonic | VP2130B | LCD 21in | 1 | CN-340 Park Place |
| 155 | VLCDS22494-1B | Viewsonic | VP230MB | LCD 23in | 1 | CN-340 Park Place |
| 156 | Uknown | Apple | Uknown | LCD 23in WideScreen | 1 | CN-340 Park Place |
| 157 | C7770B | HP | DesignJet 500 | Plotter Printer | 1 | CN-340 Park Place |
| 158 | Q5961A | HP | 2430TN | Printer - B/W | 1 | CN-340 Park Place |
| 159 | 2480-100 | Lexmark | 2480-100 | Printer - B/W | 1 | CN-340 Park Place |
| 160 | C4121A | HP | 4000TN | Printer - B/W | 2 | CN-340 Park Place |
| 161 | C8051A | HP | 4100TN | Printer - B/W | 4 | CN-340 Park Place |
| 162 | Q2427A | HP | 4200TN | Printer - B/W | 4 | CN-340 Park Place |
| 163 | Q5402A | HP | 4250TN | Printer - B/W | 5 | CN-340 Park Place |
| 164 | C4087A | HP | 8000DN | Printer - B/W | 1 | CN-340 Park Place |
| 165 | C4267A | HP | 8150DN | Printer - B/W | 1 | CN-340 Park Place |
| 166 | C4170A | HP | Laserjet 2100 | Printer - B/W | 1 | CN-340 Park Place |
| 167 | Q3670A | HP | 4600DN | Printer - Color | 1 | CN-340 Park Place |
| 168 | MP8775i | 3M | MP8775i | Projector | 1 | CN-340 Park Place |
| 169 | EMP-715 | Epson | PowerLite 715c | Projector | 1 | CN-340 Park Place |
| 170 | EMP-730 | Epson | PowerLite 730c | Projector | 1 | CN-340 Park Place |
| 171 | C7710A | HP | 7400C | Scanner | 1 | CN-340 Park Place |
| 172 | N/A | HP | ScanJet 8250 | Scanner | 1 | CN-340 Park Place |
| 173 | N/A | HP | ScanJet 8290 | Scanner | 1 | CN-340 Park Place |
| 174 | AP7901 | APC | AP7901 | Switched Rack PDU | 2 | CN-340 Park Place |
| 175 | PV-C2542 | Panasonic | PV-C2542 | TV | 1 | CN-340 Park Place |
| 176 | **3 IBM Laptop Carts** | | | | | |
| 177 | N/A | N/A | N/A | Laptop Cart | 3 | CN-340 Park Place |
| 178 | 47-10539-01 | Cisco | PIX 501 | Firewall | 3 | CN-340 Park Place |
| 179 | 78-10747-01C0 | Cisco | Aironet 1200 Series | Wireless Access Points | 3 | CN-340 Park Place |
| 180 | EFSP42 Ver 2.5 | LinkSys | EFSP42 Ver 2.5 | EtherFast 10/100 2port Switcher | 1 | CN-340 Park Place |
| 181 | 31P8700 | IBM | 31P8700 | Optical Mouse | 48 | CN-340 Park Place |
| 182 | 02K6699 | IBM | | AC Adapter | 48 | CN-340 Park Place |

Exhibit B - Alltech 1.29.08 - Lot 3

| | P/N | Make | Model | Description | Totals | Location |
|---|---|---|---|---|---|---|
| 183 | Unknown | Unknown | Unknown | Hard Plastic Shipping Cases Hard Plastic Shipping Cases with Aluminum Sidewall Reinforcements | 5 | CN-340 Park Place |
| 184 | Unknown | Anvil | Unknown | Hard Plastic Shipping Cases with Aluminum Sidewall Reinforcements | 3 | CN-340 Park Place |
| 185 | Unknown | Anvil | Unknown | Hard Plastic Shipping Cases with Aluminum Sidewall Reinforcements | 4 | CN-340 Park Place |
| 186 | Unknown | Anvil | Unknown | | 2 | CN-340 Park Place |
| 187 | A/V Unit | | | | | |
| 188 | | TOA | | Wireless tuner | 1 | CN-340 Park Place |
| 189 | | AMX | NI3100 | Netlinks Integrated Controller | 1 | CN-340 Park Place |
| 190 | | AMX | | Netlinks Power Supply | 1 | CN-340 Park Place |
| 191 | | AMX | | Net Module | 1 | CN-340 Park Place |
| 192 | | AMX | VSS2 | Video Sync Sensor | 2 | CN-340 Park Place |
| 193 | | Extron | MAV Series | AV Matrix Switcher | 1 | CN-340 Park Place |
| 194 | | SABINE Adapti | FBX1200 | Feedback Exterminator | 1 | CN-340 Park Place |
| 195 | | ClearOne | XAP400 | | 3 | CN-340 Park Place |
| 196 | | InterM | QD4240 | Quad Amplifier | 1 | CN-340 Park Place |
| 197 | | NetGear | | Wireless router | 1 | CN-340 Park Place |
| 198 | | | | | | |
| 199 | B183-17 | Ricoh | Aficio 2045E | Copier | 1 | CN-410 B Park Place |
| 200 | 3580 | Toshiba | DP3580 | Copier | 2 | CN-410 B Park Place |
| 201 | | | | | | |

| Total Bid: | $ 43,493.00 |
|---|---|

**Exhibit B - Alltech 1.29.08 - Lot 4**

| # | P/N | Make | Model | Description | Qty | Location |
|---|---|---|---|---|---|---|
| 1 | 30130719 | Chatsworth Products, Inc | 30130719 | Horiz Mgr-Mcs. 2 RMU, 19" | 19 | CN-340 Park Place |
| 2 | 30139719 | Chatsworth Products, Inc | 30139719 | Horiz Mgr. 1U, 19" | 1 | CN-340 Park Place |
| 3 | 02K6699 | IBM | 02K6699 | AC Adapter 72W | 18 | CN-340 Park Place |
| 4 | GXT2-1500RT120 | Liebert | 1500RT120 | UPS | 4 | CN-340 Park Place |
| 5 | 2504-10U | IBM | 2504-10U | ThinkPad Mini Dock | 18 | CN-340 Park Place |
| 6 | 27FS120 | Sony | 27FS120 | TV | 2 | CN-340 Park Place |
| 7 | 31P7415 | IBM | 31P7415 | Keyboard | 78 | CN-340 Park Place |
| 8 | 33-092-200-03 | Ergotron | 33-092-200-03 | Dual Monitor Stand | 5 | CN-340 Park Place |
| 9 | 382641-001 | HP | 382641-001 | Keyboard | 4 | CN-340 Park Place |
| 10 | 40Y7620 | IBM | 40Y7620 | Monitor Stands | 2 | CN-340 Park Place |
| 11 | Q3942A | HP | 4345MFP | MFP | 1 | CN-340 Park Place |
| 12 | 73P2620 | Lenovo | 73P2620 | Keyboard | 1 | CN-340 Park Place |
| 13 | 74P6733 | IBM | 74P6733 | Port Replicator II | 4 | CN-340 Park Place |
| 14 | 31P8700 | IBM | 800DPi Optical | Optical Mouse | 4 | CN-340 Park Place |
| 15 | AP7898 | APC | AP7898 | Rail Kit | 18 | CN-340 Park Place |
| 16 | AR8127 | APC | AR8127 | 19" Rotating KB Drawer | 1 | CN-340 Park Place |
| 17 | C2821-VSEC-CCME/K9 | Cisco | C2821 | Router | 1 | CN-340 Park Place |
| 18 | PA410S-1 | Targus | Def Con SCL | Cable Locks | 14 | CN-340 Park Place |
| 19 | PD974A | HP | L1955 | LCD 19in | 2 | CN-340 Park Place |
| 20 | Q2438B | HP | LaserJet Envelope Feeder | Envelope Feeder | 1 | CN-340 Park Place |
| 21 | RA373A | HP | LP1965 | LCD 19in | 1 | CN-340 Park Place |
| 22 | Q3701A | HP | Q3701A | Analog Fax Acc 300 | 3 | CN-340 Park Place |
| 23 | Super7Tel | Tripp Lite | Super7Tel | Surge Protector | 4 | CN-340 Park Place |
| 24 | 200766U | IBM | T60 | Laptop | 29 | CN-340 Park Place |
| 25 | 73P3270 | IBM | ThinkPad 8X DVD ROM | DVD Drive | 2 | CN-340 Park Place |
| 26 | 250410U | Lenovo | ThinkPad Mini Dock | Port Replicator/Docking Station | 21 | CN-340 Park Place |
| 27 | 22P5265 | IBM | ThinkPad Monitor Stand | Monitor Stand | 1 | CN-340 Park Place |
| 28 | 40Y7620 | Lenovo | ThinkPad Monitor Stand | Monitor Stand | 1 | CN-340 Park Place |
| 29 | 74P6733 | IBM | ThinkPad Port Rep 2 | Port Replicator/Docking Station | 13 | CN-340 Park Place |
| 30 | 10K0209 | IBM | ThinkPad Premiere Leather Case | Carrying Case | 10 | CN-340 Park Place |
| 31 | VS10047 | Viewsonic | VE710B | LCD 17in | 1 | CN-340 Park Place |
| 32 | VS10162 | Viewsonic | VX924 | LCD 19in | 1 | CN-340 Park Place |
| 33 | | | 7290 | Blackberry Cell Phone / Smartphone | 66 | CN-340 Park Place |
| 34 | | | 7230 | Blackberry Cell Phone / Smartphone | 92 | CN-340 Park Place |

| Total Bid: | $ 25,234.00 |
|---|---|

| | P/N | Make | Description | Count |
|---|---|---|---|---|
| | **Exhibit B - Alltech 1.29.08 - Lot 5** | | | |
| 1 | 1366A005[AB] | Canon | Toner | 6 |
| 2 | 1381A004[AA] | Canon | Toner | 1 |
| 3 | 1383A003[AA] | Canon | Toner | 20 |
| 4 | 1384A011[AA] | Canon | Toner | 2 |
| 5 | 1385A002[AA] | Canon | Toner | 1 |
| 6 | 1385A002[BA] | Canon | Toner | 4 |
| 7 | 4234A003[AB] | Canon | Toner | 1 |
| 8 | 6601A003[AA] | Canon | Toner | 1 |
| 9 | 6602A003[AA] | Canon | Toner | 1 |
| 10 | 6603A003[AA] | Canon | Toner | 2 |
| 11 | 6604A003[AA] | Canon | Toner | 2 |
| 12 | 6748A003[AB] | Canon | Toner | 1 |
| 13 | F42-1932-740 | Canon | Toner | 2 |
| 14 | F42-3001-700 | Canon | Toner | 3 |
| 15 | FX2 | Canon | Toner | 47 |
| 16 | FX4 | Canon | Toner | 23 |
| 17 | FX6 | Canon | Toner | 19 |
| 18 | FX7 | Canon | Toner | 14 |
| 19 | KTN-715023928 | Canon | Toner | 1 |
| 20 | S-400 | Canon | Fuser Oil | 4 |
| 21 | 92298A | HP | Toner | 3 |
| 22 | 92298X | HP | Toner | 2 |
| 23 | C1860A | HP | Paper | 2 |
| 24 | C3903A | HP | Toner | 20 |
| 25 | C3909A | HP | Toner | 5 |
| 26 | C3909X | HP | Toner | 7 |
| 27 | C3914A | HP | Maintenance Kit | 2 |
| 28 | C4096A | HP | Toner | 1 |
| 29 | C4127X | HP | Toner | 31 |
| 30 | C4129X | HP | Toner | 2 |
| 31 | C4182X | HP | Toner | 15 |
| 32 | C4191A | HP | Toner | 1 |
| 33 | C4192A | HP | Toner | 2 |
| 34 | C4193A | HP | Toner | 1 |
| 35 | C4194A | HP | Toner | 2 |
| 36 | C7115A | HP | Toner | 3 |
| 37 | C7115X | HP | Toner | 1 |
| 38 | C8057A | HP | Maintenance Kit | 4 |
| 39 | C8061A | HP | Toner | 5 |
| 40 | C8061X | HP | Toner | 15 |
| 41 | C8556A | HP | Fuser Kit | 1 |
| 42 | C9720A | HP | Toner | 19 |
| 43 | C9721A | HP | Toner | 32 |
| 44 | C9722A | HP | Toner | 38 |
| 45 | C9723A | HP | Toner | 43 |
| 46 | C9724A | HP | Image Transfer Kit | 1 |
| 47 | C9725A | HP | Maintenance Kit | 4 |
| 48 | Q2612A | HP | Toner | 1 |
| 49 | Q2672A | HP | Toner | 1 |
| 50 | Q3673A | HP | Toner | 1 |
| 51 | Q3675A | HP | Image Transfer Kit | 2 |
| 52 | Q3676A | HP | Fuser Kit | 3 |
| 53 | Q5942X | HP | Toner | 4 |
| 54 | Q5951A | HP | Toner | 1 |
| 55 | Q6470A | HP | Toner | 2 |

**Exhibit B - Alltech 1.29.08 - Lot 5**

| # | P/N | Make | Description | Count |
|---|---|---|---|---|
| 56 | Q6511A | HP | Toner | 8 |
| 57 | Q6511X | HP | Toner | 3 |
| 58 | Q7581A | HP | Toner | 3 |
| 59 | Q7582A | HP | Toner | 2 |
| 60 | Q7583A | HP | Toner | 2 |
| 61 | HPC3909A | IKON | Toner | 2 |
| 62 | HPC4182X | IKON | Toner | 1 |
| 63 | HPC8061X | IKON | Toner | 1 |
| 64 | HPC8543X | IKON | Toner | 2 |
| 65 | IKNC03A | IKON | Toner | 1 |
| 66 | IKNC27X | IKON | Toner | 2 |
| 67 | IKNC38A | IKON | Toner | 27 |
| 68 | IKNC42X | IKON | Toner | 12 |
| 69 | IKNC42X/45A | IKON | Toner | 2 |
| 70 | IKNC43X | IKON | Toner | 6 |
| 71 | IKNC61X | IKON | Toner | 13 |
| 72 | IKNC82X | IKON | Toner | 7 |
| 73 | 400662 | No Brand | Waste Toner Bottle | 3 |
| 74 | 411744 | No Brand | Fuser Oil | 1 |
| 75 | LW11A | No Brand | Toner | 1 |
| 76 | LW38A | No Brand | Toner | 2 |
| 77 | LW4600B | No Brand | Toner | 1 |
| 78 | LW4600C | No Brand | Toner | 1 |
| 79 | LT138R | NU KOTE | Toner | 4 |
| 80 | 884900 | RICOH | Toner | 7 |
| 81 | 884902 | RICOH | Toner | 2 |
| 82 | 884903 | RICOH | Toner | 3 |
| 83 | 888232 | RICOH | Toner | 1 |
| 84 | 2120D | RICOH | Toner | 1 |
| 85 | 6110D | RICOH | Toner | 19 |
| 86 | ML-161X | Samsung | Toner | 1 |
| 87 | 21203455 | Toshiba | Toner | 3 |
| 88 | 723942-40927-00 | Toshiba | Toner | 30 |
| 89 | DK-15 | Toshiba | Drum Kit | 39 |
| 90 | PK-04 | Toshiba | Process Kit | 15 |
| 91 | T-7550 | Toshiba | Toner | 3 |
| 92 | TK-05 | Toshiba | Toner | 67 |
| 93 | TK-10 | Toshiba | Toner | 2 |
| 94 | TK-15 | Toshiba | Toner | 42 |
| 95 | 016194400 | Xerox | Toner | 2 |
| 96 | 016194500 | Xerox | Toner | 1 |
| 97 | 016194600 | Xerox | Toner | 1 |
| 98 | N24/N32/N40 | Xerox | Toner | 1 |
| 99 | N32 | Xerox | Toner | 1 |
|  |  |  |  | 780 |
|  | Cores / Returns |  |  | approx. 50 |
|  |  |  | **Total Bid** | **$ 17,013.00** |