EXHIBIT A

## NEW CENTURY FINANCIAL CORP.
## FTI CONSULTING
## SUMMARY OF HOURS BY PROFESSIONAL
## FOR THE PERIOD DECEMBER 1, 2007 THOUGH DECEMBER 31, 2007

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Star, Samuel | Senior Managing Director | 37.9 | | |
| Joffe, Steven | Senior Managing Director | 2.0 | | |
| Dragelin, Timothy | Senior Managing Director | 10.6 | | |
| Ellis, Melissa | Director | 61.7 | | |
| Bryant, Kristin | Senior Consultant | 8.9 | | |
| Amico, Marc | Consultant | 27.2 | | |
| Park, Ji Yon | Consultant | 11.5 | | |
| Pearson, Linda | Administrative | 1.1 | | |
| **Sub-Total** | | **160.9** | **N/A** | **$ 100,000** |

**Hourly Scope Projects**

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Sloane, Raymond | Senior Managing Director | 3.8 | $ 615 | $ 2,337 |
| Joffe, Steven | Senior Managing Director | 3.5 | 675 | 2,363 |
| Shapss-Herringer, Wendy | Managing Director | 8.3 | 550 | 4,565 |
| Friedler, Andrew | Director | 76.6 | 475 | 36,385 |
| Gosik, Jaime | Director | 48.5 | 435 | 21,098 |
| Briggi, Lawrence | Director | 7.6 | 375 | 2,850 |
| Spieler, Marc | Director | 1.3 | 430 | 559 |
| Pelavin, David | Senior Consultant | 2.1 | 295 | 620 |
| Wilbur, Alan | Senior Consultant | 0.5 | 250 | 125 |
| Rondeau, Juliejon | Senior Consultant | 1.0 | 250 | 250 |
| Connor, Jennifer | Senior Consultant | 10.0 | 250 | 2,500 |
| Meyer, Joshua | Consultant | 0.4 | 250 | 100 |
| **Sub-Total** | | **163.6** | | **$ 73,751** |
| **Total** | | **324.5** | | **$ 173,751** |