EXHIBIT B

## NEW CENTURY FINANCIAL CORP.
## FTI CONSULTING
## SUMMARY OF HOURS BY PROJECT CODE
## FOR THE PERIOD DECEMBER 1, 2007 THOUGH DECEMBER 31, 2007

| PROJECT CODE | DESCRIPTION | HOURS |
|---|---|---|
| 1 | Planning, Supervision and Review | 3.8 |
| 2 | Preparation and Review of Info. Requests and Related Matters | 0.3 |
| 3 | Review Newly Received Documents | 1.6 |
| 10 | Review of Warehouse Lender Issues | 0.2 |
| 12 | Analysis of Tax Issues | 2.5 |
| 17 | Analyze Intercompany Claims | 0.2 |
| 18 | Analyze Liabilities Subject to Compromise | 5.7 |
| 19 | Prep/Particp in Mtgs & Conf Calls with Debtor and Advisors | 4.1 |
| 20 | Prep/Particp in Creditor Committee Mtgs & Conf Calls | 15.6 |
| 21 | Meetings with Other Parties | 1.5 |
| 22 | Analyze Employee Severance, Pension, Retention and Bonus Programs | 8.0 |
| 30 | Participate in Negotiation and Formulation of Plan and Reorganization | 64.4 |
| 33 | Analyze Asset Sales Proposals | 16.1 |
| 36 | Analysis & Preparation of Short-term Cash Flow Projections | 24.4 |
| 39 | Preparation of Monthly Invoice and Support Schedules | 12.5 |
| **Sub-Total** | | **160.9** |

### Hourly Scope Projects

| PROJECT CODE | DESCRIPTION | HOURS |
|---|---|---|
| 6 | Analysis re: Potential Avoidance Actions | 158.5 |
| 41 | Document Management Services | 5.1 |
| **Sub-Total** | | **163.6** |

| **Total** | | **324.5** |
|---|---|---|

NEW CENTURY FINANCIAL CORP.                                                                 EXHIBIT B
FTI CONSULTING
SUMMARY OF HOURS BY PROJECT CODE
FOR THE PERIOD DECEMBER 1, 2007 THOUGH DECEMBER 31, 2007

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|---|---|---|---|---|---|
| 12/3/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.5 | Meet with team re: work plan. |
| 12/6/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.4 | Discuss work plan with team. |
| 12/7/2007 | Ellis, Melissa | Director | 1 | 0.5 | Organize case files. |
| 12/10/2007 | Ellis, Melissa | Director | 1 | 0.5 | Organize key case files. |
| 12/12/2007 | Ellis, Melissa | Director | 1 | 0.3 | Email exchanges re: call coordination on several case topics. |
| 12/13/2007 | Ellis, Melissa | Director | 1 | 0.2 | Work plan meeting with S. Star. |
| 12/19/2007 | Ellis, Melissa | Director | 1 | 0.4 | Review docket update and other planning emails on case. |
| 12/20/2007 | Star, Samuel | Sr Managing Dir | 1 | 0.8 | Discussion with T. Dragelin and M. Ellis re: work plan. |
| 12/31/2007 | Ellis, Melissa | Director | 1 | 0.2 | Organize case files. |
| | | | 1 Total | 3.8 | |
| 12/15/2007 | Amico, Marc | Sr Consultant | 2 | 0.3 | Prepare outstanding items list for various case issues. |
| | | | 2 Total | 0.3 | |
| 12/4/2007 | Amico, Marc | Sr Consultant | 3 | 0.6 | Draft and distribute email re: recent docket filings. |
| 12/7/2007 | Amico, Marc | Sr Consultant | 3 | 0.3 | Draft and distribute email re: recent docket filings. |
| 12/10/2007 | Star, Samuel | Sr Managing Dir | 3 | 0.5 | Review memos from counsel re: various motions. |
| 12/11/2007 | Star, Samuel | Sr Managing Dir | 3 | 0.2 | Review various memos from counsel re: recent motions. |
| | | | 3 Total | 1.6 | |
| 12/11/2007 | Star, Samuel | Sr Managing Dir | 10 | 0.2 | Review adequate protection allocations. |
| | | | 10 Total | 0.2 | |
| 12/18/2007 | Ellis, Melissa | Director | 12 | 0.2 | Tax discussion with S. Joffe. |
| 12/18/2007 | Joffe, Steven | Sr Managing Dir | 12 | 2.0 | Review proposed POL and conduct research re: master limited partnerships and liquidating trusts. |
| 12/18/2007 | Star, Samuel | Sr Managing Dir | 12 | 0.1 | Discussion with S. Joffe re: tax issues. |
| 12/19/2007 | Ellis, Melissa | Director | 12 | 0.2 | Tax discussion with S. Joffe. |
| | | | 12 Total | 2.5 | |
| 12/14/2007 | Star, Samuel | Sr Managing Dir | 17 | 0.2 | Discuss intercompany analysis with L. Park. |
| | | | 17 Total | 0.2 | |
| 12/3/2007 | Amico, Marc | Sr Consultant | 18 | 0.3 | Prepare analysis of Committee members' loan purchaser claims. |
| 12/5/2007 | Ellis, Melissa | Director | 18 | 0.2 | Review of claim question responses. |
| 12/6/2007 | Amico, Marc | Sr Consultant | 18 | 0.2 | Follow up with T. Brents re: IRS's and Fidelity's claim. |
| 12/11/2007 | Amico, Marc | Sr Consultant | 18 | 0.9 | Review WARN liability analysis sent from Debtor's counsel. |
| 12/11/2007 | Amico, Marc | Sr Consultant | 18 | 1.0 | Call with FTI and Committee and Debtor counsel to discuss the WARN liability analysis. |
| 12/11/2007 | Ellis, Melissa | Director | 18 | 0.4 | Review of revised WARN analysis in advance of call. |
| 12/11/2007 | Ellis, Melissa | Director | 18 | 1.0 | Call with Debtors and counsel re: revised WARN analysis. |
| 12/12/2007 | Ellis, Melissa | Director | 18 | 0.2 | Discuss WARN analysis with S. Star. |
| 12/17/2007 | Ellis, Melissa | Director | 18 | 0.2 | Review claims schedule from Alix. |
| 12/26/2007 | Ellis, Melissa | Director | 18 | 0.5 | Prepare claim level adjustments to analyze recovery impact. |
| 12/27/2007 | Ellis, Melissa | Director | 18 | 0.8 | Prepare email to counsel re: impact of adjusted claim level and prepare additional analysis in recovery model. |
| | | | 18 Total | 5.7 | |
| 12/5/2007 | Amico, Marc | Sr Consultant | 19 | 0.3 | Prepare agenda for call with Debtor. |
| 12/5/2007 | Amico, Marc | Sr Consultant | 19 | 0.8 | Participate on call with Debtor to discuss outstanding issues. |
| 12/5/2007 | Amico, Marc | Sr Consultant | 19 | 0.4 | Prepare for call with Debtor. |
| 12/5/2007 | Ellis, Melissa | Director | 19 | 0.7 | Weekly call with Debtors. |
| 12/13/2007 | Ellis, Melissa | Director | 19 | 1.4 | Call with Debtors re: KEIRP and timing on plan term sheet. |
| 12/14/2007 | Ellis, Melissa | Director | 19 | 0.5 | Follow up call with J. Lisac. |
| | | | 19 Total | 4.1 | |
| 12/3/2007 | Amico, Marc | Sr Consultant | 20 | 1.4 | Review Committee report. |
| 12/3/2007 | Park, Ji Yon | Sr Consultant | 20 | 0.6 | Call with Committee member to discuss potential plan structure report. |
| 12/4/2007 | Dragelin, Timothy | Sr Managing Dir | 20 | 0.6 | Preparation for call with Creditors committee with counsel. |
| 12/4/2007 | Dragelin, Timothy | Sr Managing Dir | 20 | 1.4 | Call with Creditors Committee. |
| 12/4/2007 | Ellis, Melissa | Director | 20 | 4.3 | Participate in meeting with Committee re: proposed settlement. |
| 12/4/2007 | Park, Ji Yon | Sr Consultant | 20 | 0.6 | Call with Committee member to explain the sensitized recovery analysis. |
| 12/17/2007 | Dragelin, Timothy | Sr Managing Dir | 20 | 1.7 | Preparation for and participation in Committee Call. |
| 12/17/2007 | Ellis, Melissa | Director | 20 | 1.9 | Conference call with Committee re: POL term sheet, retention plan, GE status, examiner status, etc. |
| 12/17/2007 | Star, Samuel | Sr Managing Dir | 20 | 1.8 | Conference call with Committee re: POL term sheet, retention plan, GE status, examiner status, etc. |
| 12/27/2007 | Dragelin, Timothy | Sr Managing Dir | 20 | 1.1 | Prepare for and participate on call with Committee. |
| 12/27/2007 | Star, Samuel | Sr Managing Dir | 20 | 0.2 | Telephone call with M. Ellis re: Committee call. |
| | | | 20 Total | 15.6 | |
| 12/20/2007 | Dragelin, Timothy | Sr Managing Dir | 21 | 1.5 | Working session with counsel, S. Star and M. Ellis regarding KEIRP, GECC settlement, LNFA and Ellington. |
| | | | 21 Total | 1.5 | |
| 12/6/2007 | Amico, Marc | Sr Consultant | 22 | 1.0 | Analyze Debtor's calculation of the Other Asset portion of the KEIRP payout. |
| 12/7/2007 | Amico, Marc | Sr Consultant | 22 | 0.9 | Review Debtor's analysis of employee Rabbi Trust contributions and draft email to J. Lisac re: same. |
| 12/7/2007 | Ellis, Melissa | Director | 22 | 0.3 | Review of KEIRP file. |
| 12/11/2007 | Ellis, Melissa | Director | 22 | 0.2 | Review Special Counsel memo. |
| 12/12/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.5 | Discussion with M. Ellis re: KEIRP and WARN. |
| 12/13/2007 | Ellis, Melissa | Director | 22 | 0.2 | Prepare for call with Debtors re: KEIRP and review calculation. |
| 12/13/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.2 | Review other asset KEIRP. |
| 12/13/2007 | Star, Samuel | Sr Managing Dir | 22 | 1.1 | Conference calls with Committee counsel re: other asset KEIRP and POL issues. |
| 12/13/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.8 | Discussions with M. Ellis re: other asset KEIRP and POL issues. |
| 12/17/2007 | Ellis, Melissa | Director | 22 | 0.3 | Discuss KEIRP and review analysis. |
| 12/17/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.4 | Review KEIRP programs. |
| 12/19/2007 | Ellis, Melissa | Director | 22 | 0.5 | Review of revised KEIRP information and related emails. |
| 12/19/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.5 | Discussions with Debtors re: KEIRP payment proposal. |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 12/20/2007 | Ellis, Melissa | Director | 22 | 0.4 | Review various emails re: plan and KEIRP. | |
| 12/20/2007 | Star, Samuel | Sr Managing Dir | 22 | 0.6 | Discussions with Debtors re: waiver for KEIRP 2. | |
| 12/21/2007 | Ellis, Melissa | Director | 22 | 0.1 | Review KEIRP waiver. | |
| | | | 22 Total | 8.0 | | |
| 12/3/2007 | Dragelin, Timothy | Sr Managing Dir | 30 | 0.7 | Calls with S. Star and counsel regarding plan issues; review of same. | |
| 12/3/2007 | Ellis, Melissa | Director | 30 | 0.9 | Review of presentations to committee re: recovery scenarios. | |
| 12/3/2007 | Ellis, Melissa | Director | 30 | 0.7 | Meeting with S. Star and L. Park re: recovery analysis status. | |
| 12/3/2007 | Ellis, Melissa | Director | 30 | 1.4 | Review subcon model. | |
| 12/3/2007 | Park, Ji Yon | Sr Consultant | 30 | 1.6 | Prepare sensitized scenarios on recovery analysis for certain UCC member. | |
| 12/3/2007 | Star, Samuel | Sr Managing Dir | 30 | 0.5 | Calls with Committee members re: POL scenarios. | |
| 12/4/2007 | Ellis, Melissa | Director | 30 | 0.8 | Discuss revised recovery scenarios with L. Park and S. Star. | |
| 12/4/2007 | Ellis, Melissa | Director | 30 | 0.5 | Call with representatives from CSFB re: recovery scenarios. | |
| 12/4/2007 | Ellis, Melissa | Director | 30 | 1.6 | Review of model and revised recovery scenarios. | |
| 12/4/2007 | Park, Ji Yon | Sr Consultant | 30 | 0.5 | Meet with FTI team members to review recovery analysis. | |
| 12/4/2007 | Park, Ji Yon | Sr Consultant | 30 | 0.4 | Review recovery analyses for Committee meeting. | |
| 12/4/2007 | Park, Ji Yon | Sr Consultant | 30 | 0.6 | Prepare sensitized recovery analysis for certain Committee members. | |
| 12/4/2007 | Star, Samuel | Sr Managing Dir | 30 | 1.5 | Discussions with Committee members re: POL scenarios. | |
| 12/4/2007 | Star, Samuel | Sr Managing Dir | 30 | 3.5 | Meeting with Committee re: POL settlement term sheet. | |
| 12/6/2007 | Amico, Marc | Sr Consultant | 30 | 1.9 | Call with FTI, Debtor and Committee professionals to discuss the Committee's response to the suggested POR. | |
| 12/6/2007 | Ellis, Melissa | Director | 30 | 1.4 | Call with Debtors re: plan structure proposal and post call discussion with team. | |
| 12/6/2007 | Ellis, Melissa | Director | 30 | 1.0 | Review adjusted recovery scenarios for Rabbi Trust treatment. | |
| 12/6/2007 | Park, Ji Yon | Sr Consultant | 30 | 1.5 | Call with debtors and attorneys to discuss term sheet. | |
| 12/6/2007 | Park, Ji Yon | Sr Consultant | 30 | 1.6 | Prepare recovery output based on Debtor feedback. | |
| 12/6/2007 | Park, Ji Yon | Sr Consultant | 30 | 0.5 | Update litigation allocation schedule and run IC net scenario on recovery analysis. | |
| 12/6/2007 | Star, Samuel | Sr Managing Dir | 30 | 0.3 | Review revised recovery analysis. | |
| 12/6/2007 | Star, Samuel | Sr Managing Dir | 30 | 1.7 | Conference call with Debtors re: POL issues. | |
| 12/13/2007 | Ellis, Melissa | Director | 30 | 0.3 | Prepare draft email to Debtors and OMM re: scenario follow up. | |
| 12/14/2007 | Ellis, Melissa | Director | 30 | 2.5 | Review plan term sheet and comments. | |
| 12/14/2007 | Ellis, Melissa | Director | 30 | 2.3 | Call with HH to review term sheet comments. | |
| 12/14/2007 | Park, Ji Yon | Sr Consultant | 30 | 1.7 | Participate on call with HH to discuss term sheet. | |
| 12/14/2007 | Park, Ji Yon | Sr Consultant | 30 | 0.6 | Prepare for upcoming call with the Debtors on recovery analysis. | |
| 12/14/2007 | Park, Ji Yon | Sr Consultant | 30 | 0.3 | Participate on call with Alix to discuss recovery model. | |
| 12/14/2007 | Star, Samuel | Sr Managing Dir | 30 | 1.8 | Review draft term sheet. | |
| 12/14/2007 | Star, Samuel | Sr Managing Dir | 30 | 0.1 | Discuss term sheet with Debtors. | |
| 12/14/2007 | Star, Samuel | Sr Managing Dir | 30 | 2.2 | Conference call with Committee counsel re: term sheet. | |
| 12/16/2007 | Ellis, Melissa | Director | 30 | 0.8 | Call with counsel and Debtors re: plan term sheet comments. | |
| 12/16/2007 | Star, Samuel | Sr Managing Dir | 30 | 1.0 | Review revised POL draft. | |
| 12/17/2007 | Ellis, Melissa | Director | 30 | 1.3 | Review revised plan term sheet. | |
| 12/17/2007 | Ellis, Melissa | Director | 30 | 1.0 | Meeting with S. Star re: revised plan term sheet and cash position outlook. | |
| 12/17/2007 | Star, Samuel | Sr Managing Dir | 30 | 0.7 | Conference call with Committee members re: POL term sheet. | |
| 12/17/2007 | Star, Samuel | Sr Managing Dir | 30 | 0.8 | Meet with M. Ellis re: revised term sheet and cash forecast. | |
| 12/17/2007 | Star, Samuel | Sr Managing Dir | 30 | 0.5 | Review revised POL term sheet. | |
| 12/18/2007 | Ellis, Melissa | Director | 30 | 0.4 | Review revised litigation proceeds allocation and discuss with L. Park. | |
| 12/18/2007 | Ellis, Melissa | Director | 30 | 0.5 | Review litigation proceeds scenarios with S. Star. | |
| 12/18/2007 | Ellis, Melissa | Director | 30 | 0.2 | Call with Committee member re: recovery scenarios. | |
| 12/18/2007 | Park, Ji Yon | Sr Consultant | 30 | 0.3 | Prepare revised litigation proceeds allocation scenario. | |
| 12/18/2007 | Park, Ji Yon | Sr Consultant | 30 | 0.7 | Prepare certain scenarios under new Rabbi Trust settlement assumption. | |
| 12/18/2007 | Star, Samuel | Sr Managing Dir | 30 | 0.1 | Telephone call with M. Indelicato re: POL issues. | |
| 12/18/2007 | Star, Samuel | Sr Managing Dir | 30 | 0.6 | Telephone call with Committee members re: POL issues. | |
| 12/18/2007 | Star, Samuel | Sr Managing Dir | 30 | 0.5 | Discussion with T. Dragelin and R. Greenspan re: liquidation trustee candidates. | |
| 12/18/2007 | Star, Samuel | Sr Managing Dir | 30 | 0.5 | Review alternative recovery scenarios requested by Committee members. | |
| 12/19/2007 | Ellis, Melissa | Director | 30 | 0.9 | Discuss litigation proceeds allocation with S. Star and prepare and send analysis to Committee. | |
| 12/19/2007 | Ellis, Melissa | Director | 30 | 0.2 | Call with Creditor re: plan recovery scenarios. | |
| 12/19/2007 | Star, Samuel | Sr Managing Dir | 30 | 0.2 | Review alternative POL scenarios. | |
| 12/21/2007 | Ellis, Melissa | Director | 30 | 0.6 | Review recovery models with L. Park. | |
| 12/21/2007 | Star, Samuel | Sr Managing Dir | 30 | 0.1 | Call with potential liquidating trustee candidate. | |
| 12/24/2007 | Star, Samuel | Sr Managing Dir | 30 | 3.5 | Review draft POL. | |
| 12/24/2007 | Star, Samuel | Sr Managing Dir | 30 | 0.2 | Discussions with counsel re: timeline for POL filing. | |
| 12/24/2007 | Star, Samuel | Sr Managing Dir | 30 | 0.5 | Call with potential liquidating trustee candidates. | |
| 12/26/2007 | Ellis, Melissa | Director | 30 | 2.8 | Review plan of liquidation. | |
| 12/26/2007 | Ellis, Melissa | Director | 30 | 0.2 | Review S. Star's comments on plan of liquidation. | |
| 12/26/2007 | Ellis, Melissa | Director | 30 | 0.5 | Summarize notes from review of draft plan of liquidation. | |
| 12/26/2007 | Ellis, Melissa | Director | 30 | 1.2 | Call with Blank Rome and Hahn & Hessen to discuss comments to plan of liquidation. | |
| 12/26/2007 | Ellis, Melissa | Director | 30 | 1.0 | Discuss plan comments with Debtors. | |
| 12/26/2007 | Ellis, Melissa | Director | 30 | 0.2 | Call with S. Star re: impact of claim adjustments on recovery scenarios. | |
| 12/26/2007 | Star, Samuel | Sr Managing Dir | 30 | 1.5 | Review draft POL and provide comments to counsel. | |
| 12/26/2007 | Star, Samuel | Sr Managing Dir | 30 | 1.1 | Conference call with Committee counsel re: POL draft. | |
| 12/26/2007 | Star, Samuel | Sr Managing Dir | 30 | 0.2 | Call with M. Ellis re: POL issues. | |
| 12/26/2007 | Star, Samuel | Sr Managing Dir | 30 | 1.2 | Conference call with Debtor's counsel re: POL draft. | |
| 12/27/2007 | Ellis, Melissa | Director | 30 | 1.1 | Participation on call with Committee to discuss draft plan of liquidation. | |
| 12/27/2007 | Ellis, Melissa | Director | 30 | 0.1 | Call with S. Star re: next steps. | |
| 12/31/2007 | Ellis, Melissa | Director | 30 | 0.3 | Review revised POL. | |
| | | | 30 Total | 64.4 | | |
| 12/7/2007 | Bryant, Kristin | Sr Consultant | 33 | 1.3 | Review and prepare analysis re: four miscellaneous asset sales. | |
| 12/11/2007 | Bryant, Kristin | Sr Consultant | 33 | 0.8 | Participate on call with FTI and Hahn & Hessen to discuss miscellaneous asset sales and the GECC encumbered assets and potential settlement offer. | |
| 12/11/2007 | Bryant, Kristin | Sr Consultant | 33 | 0.6 | Review Debtor prepared documentation regarding the GECC encumbered assets. | |
| 12/11/2007 | Bryant, Kristin | Sr Consultant | 33 | 1.8 | Request and review spreadsheets from Alix regarding the GECC encumbered assets and negotiations for a potential settlement offer. | |
| 12/12/2007 | Bryant, Kristin | Sr Consultant | 33 | 0.9 | Review information received from E. Anderson regarding the GECC encumbered assets and miscellaneous asset sales. | |
| 12/12/2007 | Bryant, Kristin | Sr Consultant | 33 | 0.5 | Prepare summary of information received from E. Anderson regarding the GECC encumbered assets. | |
| 12/12/2007 | Bryant, Kristin | Sr Consultant | 33 | 0.8 | Participate on call with E. Anderson to discuss miscellaneous asset sales and GECC encumbered assets. | |
| 12/12/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.1 | Analyze information from Debtor on GECC proposal and discussions with counsel and Debtor re: same. | |
| 12/12/2007 | Star, Samuel | Sr Managing Dir | 33 | 0.1 | Discussions with T. Dragelin re: LNFA sale. | |
| 12/17/2007 | Ellis, Melissa | Director | 33 | 0.1 | Review recent Carrington report. | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 12/18/2007 | Bryant, Kristin | Sr Consultant | 33 | 0.5 | Review updated miscellaneous asset sale information and send additional information requests to AlixPartners. | |
| 12/18/2007 | Bryant, Kristin | Sr Consultant | 33 | 0.8 | Review updated asset sale information (revised exhibit) from AlixPartners and prepare a summary of the changes. | |
| 12/19/2007 | Bryant, Kristin | Sr Consultant | 33 | 0.4 | Review IBM miscellaneous asset sale information. | |
| 12/19/2007 | Ellis, Melissa | Director | 33 | 0.3 | Review of Ellington holdback amounts. | |
| 12/20/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.9 | Review information on LNFA sales and Ellington issues. | |
| 12/20/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.5 | Call with B. Lent regarding LNFA sales and Ellington issues. | |
| 12/20/2007 | Ellis, Melissa | Director | 33 | 1.5 | Call with HH re: GECC settlement and other open items. | |
| 12/20/2007 | Star, Samuel | Sr Managing Dir | 33 | 1.4 | Conference call with Committee counsel re: GECC settlement, LNFA sale, Ellington holdback, etc. | |
| 12/21/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.4 | Call with J. Lisac regarding Access Lending. | |
| 12/21/2007 | Ellis, Melissa | Director | 33 | 0.2 | Call with T. Dragelin re: Ellington reserve. | |
| 12/27/2007 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.7 | Prepare for and participate on call with Access Lending regarding possible extension of time to liquidate. | |
| 12/28/2007 | Bryant, Kristin | Sr Consultant | 33 | 0.5 | Review miscellaneous asset sale for Buena Park. | |
| | | | **33 Total** | **16.1** | | |
| 12/3/2007 | Amico, Marc | Sr Consultant | 36 | 2.3 | Prepare and distribute cash report to Committee. | |
| 12/3/2007 | Ellis, Melissa | Director | 36 | 0.2 | Review and discuss cash report. | |
| 12/4/2007 | Amico, Marc | Sr Consultant | 36 | 0.3 | Research the Debtor's cash forecast variance. | |
| 12/6/2007 | Amico, Marc | Sr Consultant | 36 | 0.4 | Meet with S. Star to discuss the Debtor's liquidity. | |
| 12/6/2007 | Amico, Marc | Sr Consultant | 36 | 0.3 | Analyze the Debtor's liquidity position at emergence. | |
| 12/6/2007 | Ellis, Melissa | Director | 36 | 0.1 | Cash discussion with S. Star. | |
| 12/6/2007 | Star, Samuel | Sr Managing Dir | 36 | 0.7 | Review cash projections and discuss with M. Indelicato. | |
| 12/7/2007 | Ellis, Melissa | Director | 36 | 0.5 | Review emails related to cash and claims. | |
| 12/10/2007 | Ellis, Melissa | Director | 36 | 0.2 | Review cash variance report. | |
| 12/11/2007 | Amico, Marc | Sr Consultant | 36 | 0.2 | Review weekly cash variance analysis. | |
| 12/11/2007 | Ellis, Melissa | Director | 36 | 0.4 | Review of cash flow items on severance. | |
| 12/13/2007 | Amico, Marc | Sr Consultant | 36 | 1.1 | Prepare for call with Debtor re: cash forecast and liquidity outlook. | |
| 12/13/2007 | Ellis, Melissa | Director | 36 | 0.2 | Discuss cash flow with M. Amico. | |
| 12/14/2007 | Amico, Marc | Sr Consultant | 36 | 1.1 | Call with M. Ellis, J. Lisac and D. DeBassio to discuss the cash forecast and liquidity outlook. | |
| 12/14/2007 | Amico, Marc | Sr Consultant | 36 | 0.7 | Review Debtor's cash forecast and liquidity outlook. | |
| 12/14/2007 | Amico, Marc | Sr Consultant | 36 | 0.9 | Draft variance analysis between the Debtor's 10/31 and 12/14 cash forecasts. | |
| 12/14/2007 | Ellis, Melissa | Director | 36 | 0.7 | Review new cash flow in advance of call with Alixpartners. | |
| 12/14/2007 | Ellis, Melissa | Director | 36 | 1.3 | Call with Alixpartners re: revised cash flow forecast and liquidity outlook. | |
| 12/17/2007 | Ellis, Melissa | Director | 36 | 0.8 | Prepare cash comments for call with Committee. | |
| 12/17/2007 | Ellis, Melissa | Director | 36 | 0.3 | Review of variance analysis from M. Amico. | |
| 12/17/2007 | Ellis, Melissa | Director | 36 | 0.4 | Review of liquidity forecast and prepare comments to Alix. | |
| 12/17/2007 | Ellis, Melissa | Director | 36 | 0.3 | Review go forward payroll cost. | |
| 12/18/2007 | Ellis, Melissa | Director | 36 | 2.2 | Prepare summary of cash flow forecast and liquidity outlook for Committee. | |
| 12/18/2007 | Ellis, Melissa | Director | 36 | 0.5 | Review of revised cash flow information from Alix and update model accordingly. | |
| 12/19/2007 | Ellis, Melissa | Director | 36 | 1.2 | Develop presentation to Committee re: estimated liquidity at emergence. | |
| 12/19/2007 | Ellis, Melissa | Director | 36 | 0.3 | Review of headcount information and email exchange re: forecast. | |
| 12/20/2007 | Ellis, Melissa | Director | 36 | 0.7 | Update cash presentation for Committee. | |
| 12/21/2007 | Ellis, Melissa | Director | 36 | 0.6 | Call with Alixpartners re: open items on cash flow and liquidity forecast. | |
| 12/21/2007 | Ellis, Melissa | Director | 36 | 0.5 | Review of cash flow items and develop open question list in advance of call with Alixpartners. | |
| 12/21/2007 | Ellis, Melissa | Director | 36 | 0.8 | Meeting with S. Star to discuss cash forecast and report to UCC. | |
| 12/21/2007 | Ellis, Melissa | Director | 36 | 1.4 | Updates to cash report based on comments from S. Star, including new chart development. | |
| 12/21/2007 | Ellis, Melissa | Director | 36 | 0.3 | Develop list of open cash flow request items. | |
| 12/21/2007 | Star, Samuel | Sr Managing Dir | 36 | 1.0 | Review cash forecast and discuss analysis with M. Ellis. | |
| 12/31/2007 | Ellis, Melissa | Director | 36 | 1.2 | Prepare changes to cash report for Committee and create analysis of asset proceeds. | |
| 12/31/2007 | Ellis, Melissa | Director | 36 | 0.3 | Review answers to open items on cash flow from J. Lisac. | |
| | | | **36 Total** | **24.4** | | |
| 12/4/2007 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. | |
| 12/7/2007 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. | |
| 12/9/2007 | Amico, Marc | Sr Consultant | 39 | 0.6 | Prepare November fee application. | |
| 12/10/2007 | Amico, Marc | Sr Consultant | 39 | 2.3 | Read and analyze time detail for the November fee application. | |
| 12/10/2007 | Pearson, Linda | Administrative | 39 | 0.3 | Preparation of documents and printing/binding. | |
| 12/11/2007 | Amico, Marc | Sr Consultant | 39 | 0.6 | Read and analyze time detail for the November fee statement. | |
| 12/11/2007 | Amico, Marc | Sr Consultant | 39 | 2.1 | Read and analyze time detail for the November fee statement. | |
| 12/12/2007 | Amico, Marc | Sr Consultant | 39 | 1.9 | Make edits to the November fee application per comments from M. Ellis. | |
| 12/12/2007 | Ellis, Melissa | Director | 39 | 0.7 | Review of November invoice and time detail and discuss with M. Amico. | |
| 12/12/2007 | Ellis, Melissa | Director | 39 | 0.2 | Discuss December invoice with M. Amico. | |
| 12/12/2007 | Star, Samuel | Sr Managing Dir | 39 | 0.9 | Review November bill. | |
| 12/13/2007 | Amico, Marc | Sr Consultant | 39 | 0.3 | Meet with S. Star to discuss edits to the November fee application. | |
| 12/14/2007 | Amico, Marc | Sr Consultant | 39 | 1.8 | Make edits to November fee application per comments from S. Star and prepare final exhibits. | |
| 12/14/2007 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. | |
| 12/17/2007 | Pearson, Linda | Administrative | 39 | 0.3 | Preparation of documents and printing/binding. | |
| 12/21/2007 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. | |
| 12/27/2007 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. | |
| | | | **39 Total** | **12.5** | | |
| | | | **Sub-Total** | **160.9** | | |

**Hourly Scope Projects**

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | |
|---|---|---|---|---|---|---|
| 11/15/2007 | Shapss-Herringer, Wendy | Managing Dir | 6 | 0.7 | Working session with team on the data/documents for New Century. | |
| 12/3/2007 | Friedler, Andrew | Director | 6 | 0.5 | Discussion with M. Goodenow of BDO Seidman and prepare email with bates range of documents related to Allowance for Loan Losses. | |
| 12/3/2007 | Friedler, Andrew | Director | 6 | 3.4 | Continue audit committee minutes review. | |
| 12/3/2007 | Friedler, Andrew | Director | 6 | 2.8 | Organize additional KPMG workpapers and review goodwill and other areas based on conversations with Hahn & Hessen. | |
| 12/3/2007 | Gosik, Jaime | Director | 6 | 2.3 | Review board packages for calculations/analyses prepared by management to determine that the Company had sufficient surplus to pay dividends. | |
| 12/3/2007 | Gosik, Jaime | Director | 6 | 2.4 | Further review of board packages for calculations/analyses prepared by management to determine that the Company had sufficient surplus to pay dividends. | |
| 12/3/2007 | Shapss-Herringer, Wendy | Managing Dir | 6 | 1.2 | Review and revise the information for counsel related to the research on dividends paid each quarter as it relates to surplus. | |
| 12/3/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.2 | Follow-up with A. Friedler with respect to communication with BDO Seidman re: Allowance for Loan Losses. | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 12/4/2007 | Friedler, Andrew | Director | 6 | 2.1 | Call with New Century and counsel regarding access to reports in Epicor. | |
| 12/4/2007 | Friedler, Andrew | Director | 6 | 0.6 | Prepare list of key documents related to Allowance for Loan Losses and send to BDO. | |
| 12/4/2007 | Friedler, Andrew | Director | 6 | 1.2 | Complete audit committee minutes review. | |
| 12/4/2007 | Friedler, Andrew | Director | 6 | 1.8 | Review documents sent from counsel. | |
| 12/4/2007 | Friedler, Andrew | Director | 6 | 1.3 | Organize additional KPMG workpapers and continue review goodwill and other areas based on conversations with Hahn & Hessen. | |
| 12/4/2007 | Gosik, Jaime | Director | 6 | 2.8 | Prepare support binder for counsel with relevant PowerPoint slides related to dividends. | |
| 12/4/2007 | Gosik, Jaime | Director | 6 | 0.4 | Complete support binder for counsel with relevant PowerPoint slides related to dividends. | |
| 12/4/2007 | Gosik, Jaime | Director | 6 | 1.7 | Begin review of team member's summary of memos to the Board of Directors. | |
| 12/4/2007 | Gosik, Jaime | Director | 6 | 1.9 | Continue review of team member's summary of memos to the Board of Directors. | |
| 12/4/2007 | Shapss-Herringer, Wendy | Managing Dir | 6 | 0.6 | Working session with team on package for counsel related to the review of Board Minutes and Board Packages. | |
| 12/4/2007 | Spieler, Marc | Director | 6 | 1.0 | Conference call re: accessing financial system. | |
| 12/5/2007 | Friedler, Andrew | Director | 6 | 3.3 | Review documents sent from counsel related to KPMG audits. | |
| 12/5/2007 | Friedler, Andrew | Director | 6 | 1.7 | Organize additional KPMG workpapers and review goodwill and other areas based on conversations with Hahn & Hessen. | |
| 12/5/2007 | Gosik, Jaime | Director | 6 | 1.1 | Prepare "Status Update" memo for counsel. | |
| 12/5/2007 | Gosik, Jaime | Director | 6 | 0.6 | Meeting with team to discuss "Status Update" memo and dividends analysis to send to counsel. | |
| 12/5/2007 | Gosik, Jaime | Director | 6 | 1.4 | Make revisions to "Status Update" memo for counsel. | |
| 12/5/2007 | Gosik, Jaime | Director | 6 | 2.4 | Further review of team member's summary of memos to the Board of Directors. | |
| 12/5/2007 | Shapss-Herringer, Wendy | Managing Dir | 6 | 1.2 | Further work with team on the information and research for counsel related to dividends declared and revise the task list for counsel noting additional steps to be performed in connection with identifying potential causes of action. | |
| 12/5/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.7 | Meeting with W. Shapss-Herringer, A. Friedler and J. Gosik re: new package for J. McCahey. | |
| 12/5/2007 | Spieler, Marc | Director | 6 | 0.3 | Verify date format in New Century table according to information from client. | |
| 12/6/2007 | Friedler, Andrew | Director | 6 | 0.5 | Call with Hahn & Hessen to give status update. | |
| 12/6/2007 | Friedler, Andrew | Director | 6 | 3.4 | Analyze General Ledger reports in EPICPR and review general ledger. | |
| 12/6/2007 | Friedler, Andrew | Director | 6 | 2.1 | Review finance committee documents. | |
| 12/6/2007 | Gosik, Jaime | Director | 6 | 2.7 | Further review of team member's summary of memos to the Board of Directors. | |
| 12/6/2007 | Gosik, Jaime | Director | 6 | 2.2 | Continue reviewing team member's summary of memos to the Board of Directors. | |
| 12/6/2007 | Gosik, Jaime | Director | 6 | 1.9 | Further review of team member's summary of memos to the Board of Directors. | |
| 12/6/2007 | Gosik, Jaime | Director | 6 | 0.9 | Make further revisions to "Status Update" memo for counsel. | |
| 12/6/2007 | Shapss-Herringer, Wendy | Managing Dir | 6 | 1.2 | Work on revisions to the package to counsel related to the BOD minutes and packages as it addressed dividends paid. | |
| 12/7/2007 | Friedler, Andrew | Director | 6 | 1.8 | Follow-up on scratch & dent loans in relation to loans held for sale and review KPMG workpapers. | |
| 12/7/2007 | Friedler, Andrew | Director | 6 | 1.3 | Additional review of KPMG workpapers and Committee documents. | |
| 12/7/2007 | Friedler, Andrew | Director | 6 | 1.9 | Analyze general ledger reports in EPICPR and review general ledger. | |
| 12/7/2007 | Friedler, Andrew | Director | 6 | 2.6 | Review finance committee documents. | |
| 12/7/2007 | Gosik, Jaime | Director | 6 | 0.3 | Follow-up with SPi regarding external hard drive received with New Century data. | |
| 12/7/2007 | Gosik, Jaime | Director | 6 | 2.4 | Continue to review team member's summary of memos to the Board of Directors. | |
| 12/7/2007 | Gosik, Jaime | Director | 6 | 2.2 | Complete review of team member's summary of memos to the Board of Directors. | |
| 12/7/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.7 | Call with J. McCahey to discuss litigation issues and follow-up discussions with A. Friedler and W. Shapss-Herringer to discuss same. | |
| 12/10/2007 | Friedler, Andrew | Director | 6 | 3.5 | Review finance committee documents and prepare analysis for counsel. | |
| 12/10/2007 | Friedler, Andrew | Director | 6 | 3.1 | Further review of finance committee documents. | |
| 12/10/2007 | Gosik, Jaime | Director | 6 | 0.3 | Record KPMG documents received from counsel into log. | |
| 12/10/2007 | Gosik, Jaime | Director | 6 | 2.4 | Prepare summary of financial presentation analyses provided to the Board and create supporting binder. | |
| 12/11/2007 | Briggi, Lawrence | Managing Dir | 6 | 0.4 | Communications with J. Gosik regarding new data. | |
| 12/11/2007 | Briggi, Lawrence | Managing Dir | 6 | 0.9 | Develop plan to itemize data on both drives and create archive of new drive. | |
| 12/11/2007 | Connor, Jennifer | Sr Consultant | 6 | 1.4 | Discussion with L. Briggi re: case and project requirements for data on hard drives received from cousel. | |
| 12/11/2007 | Connor, Jennifer | Sr Consultant | 6 | 0.9 | Review case data contained on hard drive. | |
| 12/11/2007 | Connor, Jennifer | Sr Consultant | 6 | 2.8 | Prepare and analyze prior evidence drive and determine data type and sizes as requested by client. | |
| 12/11/2007 | Friedler, Andrew | Director | 6 | 1.8 | Review email & instructions on how to run reports in EPICOR & familiarize with GL. | |
| 12/11/2007 | Friedler, Andrew | Director | 6 | 2.0 | Review finance committee documents and prepare analysis for counsel. | |
| 12/11/2007 | Friedler, Andrew | Director | 6 | 2.1 | Further review of general ledger and familiarize with EPICOR. | |
| 12/11/2007 | Gosik, Jaime | Director | 6 | 0.4 | Record documents received from counsel into log. | |
| 12/12/2007 | Briggi, Lawrence | Managing Dir | 6 | 2.3 | Follow up with J. Connor and J. Gosik re: drive contents and planning and develop plan re: pricing and alternatives for counsel's review of documents on hard drives. | |
| 12/12/2007 | Connor, Jennifer | Sr Consultant | 6 | 1.8 | Organize data prepared from analysis of original client hard drives and create backup of original client media. | |
| 12/12/2007 | Connor, Jennifer | Sr Consultant | 6 | 3.1 | Generate report of size and file count per custodian for all current evidence data. | |
| 12/12/2007 | Friedler, Andrew | Director | 6 | 1.2 | Discussions internally and with counsel re: data management and proposed solutions. | |
| 12/12/2007 | Friedler, Andrew | Director | 6 | 2.6 | Review deposition transcript of J. Hatch. | |
| 12/12/2007 | Friedler, Andrew | Director | 6 | 2.2 | Work with electronic evidence to propose a solution for data management needs. | |
| 12/12/2007 | Gosik, Jaime | Director | 6 | 2.1 | Prepare summary of financial presentation analyses provided to the Board. | |
| 12/12/2007 | Gosik, Jaime | Director | 6 | 2.3 | Further prepare summary of financial presentation analyses provided to the Board and create supporting binder. | |
| 12/12/2007 | Gosik, Jaime | Director | 6 | 2.2 | Continue to prepare summary of financial presentation analyses provided to the Board. | |
| 12/13/2007 | Friedler, Andrew | Director | 6 | 2.7 | Prepare highlighted binder for counsel Audit Committee. | |
| 12/13/2007 | Friedler, Andrew | Director | 6 | 3.4 | Review finance committee documents and prepare analysis for counsel. | |
| 12/13/2007 | Gosik, Jaime | Director | 6 | 2.4 | Prepare supporting binder for summary of financial presentation analyses provided to the Board. | |
| 12/13/2007 | Gosik, Jaime | Director | 6 | 2.5 | Continue to prepare summary of financial presentation analyses provided to the Board and create supporting binder. | |
| 12/14/2007 | Friedler, Andrew | Director | 6 | 3.5 | Further review of deposition transcript of J. Hatch. | |
| 12/14/2007 | Friedler, Andrew | Director | 6 | 2.9 | Review finance committee documents and prepare analysis for counsel. | |
| 12/17/2007 | Pelavin, David | Sr Consultant | 6 | 2.1 | Preparation of finance committee review information in designated format per A. Friedler. | |
| 12/18/2007 | Friedler, Andrew | Director | 6 | 3.5 | Prepare binder for counsel re: audit committee and finance committee workpapers. | |
| 12/18/2007 | Friedler, Andrew | Director | 6 | 0.8 | Correspondence with counsel and internal discussion related to document management going forward. | |
| 12/18/2007 | Friedler, Andrew | Director | 6 | 1.2 | Team discussion on workplan going forward and possible solutions to document review process. | |
| 12/19/2007 | Friedler, Andrew | Director | 6 | 2.1 | Prepare binder for counsel re: audit committee and finance committee workpapers. | |
| 12/19/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.6 | Call with J. McCahey re: conference call with Examiner. | |
| 12/20/2007 | Briggi, Lawrence | Managing Dir | 6 | 2.9 | Outline necessary tasks for data review as requested and update project team on status and results. | |
| 12/20/2007 | Friedler, Andrew | Director | 6 | 0.6 | Call with J. McCahey to coordinate a response to requests of counsel re: dividends paid. | |
| 12/20/2007 | Gosik, Jaime | Director | 6 | 1.4 | Prepare analysis of company's dividend payments at counsel's request. | |
| 12/20/2007 | Joffe, Steven | Sr Managing Dir | 6 | 1.5 | Discussions with counsel regarding litigation and tax provisions. | |
| 12/20/2007 | Shapss-Herringer, Wendy | Managing Dir | 6 | 0.8 | Work with J. Gosik on analysis for J. McCahey regarding dividends as requested by counsel. | |

Case 07-10416-BLS    Doc 4764-3    Filed 01/30/08    Page 6 of 6

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 12/21/2007 | Briggi, Lawrence | Managing Dir | 6 | 1.1 | Review data and prepare cost outline for counsel for processing options regarding new data received which is one terabyte of data. | |
| 12/21/2007 | Friedler, Andrew | Director | 6 | 0.4 | Discussion with team members regarding work completed to identify potential causes of action. | |
| 12/21/2007 | Friedler, Andrew | Director | 6 | 0.7 | Review two disks sent from SPI and discuss with team options for document management. | |
| 12/21/2007 | Friedler, Andrew | Director | 6 | 0.5 | Correspondence with counsel and internal discussion related to document management going forward. | |
| 12/21/2007 | Joffe, Steven | Sr Managing Dir | 6 | 1.0 | Discussion with counsel regarding litigation and review of memorandum. | |
| 12/21/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 1.0 | Call with J. McCahey re: draft memo for Committee and his conversations with S. Joffe. | |
| 12/21/2007 | Sloane, Raymond | Sr Managing Dir | 6 | 0.6 | Meetings and discussions with S. Joffe re: tax issues. | |
| 12/24/2007 | Shapss-Herringer, Wendy | Managing Dir | 6 | 2.3 | Review draft write-up prepared by counsel and prepare responses and additional comments on write-up. | |
| 12/27/2007 | Joffe, Steven | Sr Managing Dir | 6 | 1.0 | Communication with counsel regarding tax effect of restatement. | |
| 12/28/2007 | Friedler, Andrew | Director | 6 | 3.5 | Review documents in Ringtail for tax provisions and tax returns at the at the request of counsel. | |
| | | | 6 Total | 158.5 | | |
| 12/4/2007 | Meyer, Joshua | Sr Consultant | 41 | 0.4 | Conference with M. Arnott and A. Wilbur re: new data from counsel and options. | |
| 12/4/2007 | Rondeau, Juliejon | Sr Consultant | 41 | 0.5 | Conference with M. Arnott and team re: anticipated data and review options. | |
| 12/4/2007 | Wilbur, Alan | Director | 41 | 0.5 | Conference with M. Arnott and team re: anticipated data and review options. | |
| 12/7/2007 | Gosik, Jaime | Director | 41 | 0.4 | Call with counsel regarding DVDs of documents to be loaded into Ringtail. | |
| 12/7/2007 | Gosik, Jaime | Director | 41 | 0.8 | Update log of DVDs received from counsel of documents to be loaded into Ringtail. | |
| 12/7/2007 | Shapss-Herringer, Wendy | Managing Dir | 41 | 0.3 | Discussions with team regarding the new documents to be loaded into Ringtail related to the full breadth of KPMG workpapers and other documents received from counsel on disk. | |
| 12/10/2007 | Rondeau, Juliejon | Sr Consultant | 41 | 0.5 | Respond to inquiry from M. Arnott regarding review statistics. | |
| 12/11/2007 | Gosik, Jaime | Director | 41 | 1.7 | Discussions with counsel and follow-up with FTI team regarding status of Attenex databases and loading new documents. | |
| | | | 41 Total | 5.1 | | |
| | | | Sub-Total | 163.6 | | |
| | | | Grand Total | 324.5 | | |