**EXHIBIT C**

### *PCD 6 – Review & Analysis of Potential Avoidance Actions*

This code includes work performed in relation to forensic accounting and potential litigation matters. FTI continued to review certain audit workpapers of KPMG's, the Debtor's independent auditors, as well as excerpts from the general ledger produced and New Century accounting information system (EPICOR). FTI also continued its review of the minutes of the Debtors' Board of Directors' meetings, Audit Committee meetings, related financial information packages and memos to the Board of Directors. We prepared a summary of issues relating to potential causes of action for Committee counsel. FTI also participated in a phone conversation and shared information with BDO Seidman LLP surrounding accounting, auditing and other financial topics.

### *PCD 18 – Analyze Liabilities Subject to Compromise*

Time in this code includes review and analysis of the amount and classification of secured, administrative, priority and general unsecured claims.

### *PCD 20 – Prepare for/Participate in Meetings or Calls with the Unsecured Creditors' Committee*

FTI spent significant time meeting with or participating on conference calls with the Committee addressing numerous topics. The development of materials and reports for the Committee is also included in this code when not specifically attributable to other project codes. In many situations it was necessary to have various FTI team members participating in meetings or on calls given the large number of topics and focus areas of the case and the division of labor required of the FTI team.

### *PCD 30 - Participate in Negotiation and Formulation of Plan and Reorganization*

FTI continued to update our financial models illustrating hypothetical recoveries to the creditors at each estate under various distribution scenarios. The various scenarios reflected, among other factors, the potential economic effects of consolidating all or some estates, compromising certain intercompany claims, ranging asset recovery/claim levels and considering co-borrower/guarantor claims. The scenarios were updated as new information became available. FTI also worked with Committee counsel to develop recommendations on how to settle various intercreditor issues and to build consensus amongst all parties for a plan of liquidation. FTI subsequently reviewed and opined on numerous versions of the draft term sheet and plan of liquidation documents. Related discussions with the Debtors, Committee counsel and Committee members are also included in this code.

### *PCD 33 – Analyze Asset Sale Proposals*

Time spent in this project code relates to the evaluation and negotiation of various asset sale proposals, including the LNFA sales, reserves and holdbacks required from previous sales, Access Lending assets and miscellaneous assets. FTI professionals reviewed related documents and analyzed the potential proceeds from such sales and reserves.

**EXHIBIT C**

*PCD 36 – Analysis of Short Term Cash Flow Forecast*

FTI spent time reviewing an updated cash flow forecast and liquidity outlook for the remainder of the case to understand how the analyses were developed and what assumptions were made. This code also includes weekly calls with AlixPartners to review variances to the budget and updates on anticipated inflows and outflows.