EXHIBIT D

## NEW CENTURY FINANCIAL CORP.
## FTI CONSULTING
## SUMMARY OF EXPENSES
## FOR THE PERIOD DECEMBER 1, 2007 THOUGH DECEMBER 31, 2007

| Expense Type | | Amount |
|---|---|---|
| Airfare/Train | $ | 20.00 |
| Electronic Subscriptions | | 3,614.00 |
| Meals | | 591.92 |
| Miscellaneous Expenses | | 210.90 |
| Postage | | 156.98 |
| Taxi/Subway | | 81.55 |
| **Total:** [1] | **$** | **4,675.35** |

[1] Amounts include unbilled expenses from prior months.

NEW CENTURY FINANCIAL CORP.
FTI CONSULTING
EXPENSE DETAIL
FOR THE PERIOD DECEMBER 1, 2007 THOUGH DECEMBER 31, 2007

| Date | Consultant | Expense Type | Amount | Description of Expense |
|---|---|---|---|---|
| 12/1/2007 | Day, Jeanette | Airfare/Train | $ 20.00 | Travel agency charge for travel in November |
| | | **Airfare/Train Total** | 20.00 | |
| | | | | |
| 12/31/2007 | Meyer, Joshua | Electronic Subscriptions | 3,614.00 | Online Hosting Fees - Ringtail (36.14 GB @ $100/GB from 12/01/07 - 12/31/07). |
| | | **Electronic Subscriptions Total** | 3,614.00 | |
| | | | | |
| 11/12/2007 | Ellis, Melissa | Meals | 27.73 | Working meal/dinner for self. |
| 11/12/2007 | Park, Ji Yon | Meals | 63.31 | Working meal/dinner for self and FTI team members. |
| 11/14/2007 | Park, Ji Yon | Meals | 137.33 | Working meal/dinner for self and FTI team members. |
| 11/15/2007 | Park, Ji Yon | Meals | 74.72 | Working meal/dinner for self and FTI team members. |
| 11/16/2007 | Park, Ji Yon | Meals | 103.14 | Working meal/dinner for self and FTI team members. |
| 12/2/2007 | Park, Ji Yon | Meals | 26.10 | Working meal/dinner for self. |
| 12/2/2007 | Park, Ji Yon | Meals | 25.61 | Working meal/dinner for self. |
| 12/2/2007 | Shapss-Herringer, Wendy | Meals | 133.98 | Working meal/dinner for self and FTI team members. |
| | | **Meals Total** | 591.92 | |
| | | | | |
| 12/31/2007 | Meyer, Joshua | Miscellaneous Expenses | 129.95 | (1) Computer Hard Drive 500 GB. |
| 12/31/2007 | Meyer, Joshua | Miscellaneous Expenses | 80.95 | (1) Computer Hard Drive 250 GB. |
| | | **Miscellaneous Expenses** | 210.90 | |
| | | | | |
| 10/23/2007 | Star, Samuel | Postage | 8.84 | Postage charges. |
| 10/23/2007 | Star, Samuel | Postage | 19.03 | Postage charges. |
| 11/1/2007 | Friedler, Andrew | Postage | 30.00 | Postage charges. |
| 11/1/2007 | Star, Samuel | Postage | 8.84 | Postage charges. |
| 11/2/2007 | Star, Samuel | Postage | 8.84 | Postage charges. |
| 11/6/2007 | Amico, Marc | Postage | 11.84 | Postage charges. |
| 11/7/2007 | Star, Samuel | Postage | 9.03 | Postage charges. |
| 11/12/2007 | Star, Samuel | Postage | 9.03 | Postage charges. |
| 11/16/2007 | Star, Samuel | Postage | 29.71 | Postage charges. |
| 12/6/2007 | Gosik, Jaime | Postage | 11.50 | Postage charges. |
| 12/12/2007 | Gosik, Jaime | Postage | 10.32 | Postage charges. |
| | | **Postage Total** | 156.98 | |
| | | | | |
| 11/28/2007 | Star, Samuel | Taxi/Subway | 58.55 | Taxi to Hahn & Hessen office. |
| 12/4/2007 | Star, Samuel | Taxi/Subway | 9.00 | Taxi to Hahn & Hessen office. |
| 12/11/2007 | Amico, Marc | Taxi/Subway | 14.00 | Taxi from office to home. |
| | | **Taxi/Subway Total** | 81.55 | |
| | | | | |
| | | **Grand Total** | $ 4,675.35 | |