# EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS, INC.,
a Delaware Corporation, *et al.*,

Debtors.

)
)
)
)
)
)
)

Chapter 11
Case No. 07-10416 (KJC)

Jointly Administered

## AFFIDAVIT OF MARK MINUTI

STATE OF DELAWARE      )
                       )   SS.
NEW CASTLE COUNTY      )

BE IT REMEMBERED, that on this 31st day of January, A.D. 2008, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, **MARK MINUTI**, and being duly sworn according to law, deposes and says as follows:

1.      I am a Partner in the firm of Saul Ewing LLP ("Saul Ewing"), which serves as co-counsel to Michael J. Missel, as Examiner (the "Examiner") of New Century TRS Holdings, Inc., *et al.*, (collectively, the "Debtors") in the above-captioned chapter 11 cases.

2.      I have read the foregoing Application of Saul Ewing for allowance of compensation and reimbursement of expenses and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      There is no agreement or understanding between Saul Ewing and any other person for a division of compensation as co-counsel to the Examiner.

4.      No division prohibited by the Bankruptcy Code will be made by Saul Ewing.

5.    No agreement prohibited by Title 18, Section 155 has been made.

_____
**MARK MINUTI**

SWORN TO AND SUBSCRIBED before me the day and year first above written.

_____
NOTARY PUBLIC

MONICA A. MOLITOR
Notary Public State of Delaware
My Comm. Expires July 20, 2008

# EXHIBIT "B"

## EXHIBIT "B"

### SUMMARY OF BILLING BY ATTORNEY
### DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate (including changes and 10% discount)* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Mark Minuti[1] | 1988 | Partner (since 1997) | $459.00 | 11.7 | $5,370.30 |
| Patrick J. Reilley[2] | 2003 | Associate (since 2003) | $261.00 | 0.9 | $234.90 |
| Pauline Z. Ratkowiak[3] | N/A | Paralegal (since 1987) | $162.00 | 2.7 | $437.40 |
| Renee L. Lowder[4] | N/A | Paralegal (since 2005) | $144.00 | 13.1 | $1,886.40 |
| **TOTAL** | | | | **28.4** | **$7,929.00** |

Blended Rate: $279.19

[1] Total reflects a 10% reduction of $596.70 of fees.
[2] Total reflects a 10% reduction of $26.10 of fees.
[3] Total reflects a 10% reduction of $48.60 of fees.
[4] Total reflects a 10% of reduction of $209.60 of fees.

*    This rate is Saul Ewing LLP's regular hourly rate for legal services. All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustments occurred on July 1, 2007 with respect to the Bankruptcy and Reorganization Department, and on January 1, 2007 with respect to all other firm departments).

## Attorney Biography

**Mark Minuti**, *Partner*.  Mark Minuti is a Partner in Saul Ewing's Bankruptcy and Restructuring Department, and Managing Partner of the Firm's Wilmington, Delaware office. He concentrates his practice in bankruptcy law.  Having practiced bankruptcy law in Delaware since 1989, Mr. Minuti has seen his practice grow from a small local practice to a sophisticated national practice.  Along the way, Mr. Minuti has been involved in almost every major bankruptcy case filed in Delaware.

Mr. Minuti's practice includes the representation of debtors, unsecured creditors committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and Chapter 11 proceedings, both in and out of Delaware.  Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions.  Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

Mr. Minuti received his B.S. degree from the University of Delaware and his law degree from the Widener University School of Law in 1988.  He is admitted to practice law before the United States District Court for the District of Delaware and the United States Court of Appeals for the Third Circuit.

**Patrick J. Reilley**, *Associate*.    Patrick Reilley is an Associate in Saul Ewing's Bankruptcy and Restructuring Department in the Wilmington office.  Mr. Reilley concentrates his practice in bankruptcy, representing creditors' committees, debtors, secured and unsecured creditors, and parties to leases and other executory contracts, as well as parties in adversary proceedings.

Mr. Reilley received his B.A. degree from Bucknell University and his law degree from Boston University in 2002.  He is admitted to practice law in Pennsylvania, Delaware and New Jersey.

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S DECEMBER 2007 TIME ENTRIES

| | | | | |
|---|---|---|---|---|
| 12/3/2007 | MM | E-mail re: Wall Street Journal article on subprime issues | 0.1 | 45.9 |
| 12/3/2007 | MM | E-mail re: omnibus dates | 0.1 | 45.9 |
| 12/3/2007 | MM | E-mails re: Debtor's response/motion to initial report | 0.2 | 91.8 |
| 12/3/2007 | MM | Review of Debtor's Motion to Keep Report Under Seal | 0.3 | 137.7 |
| 12/3/2007 | MM | E-mail comments to Debtor's Motion to Keep Report Under Seal | 0.2 | 91.8 |
| 12/3/2007 | MM | Review of memo of interview of Board Member | 0.7 | 321.3 |
| 12/3/2007 | MM | E-mails re: memos of employee interviews | 0.2 | 91.8 |
| 12/3/2007 | MM | E-mail re: Debtor's extension of exclusivity | 0.1 | 45.9 |
| 12/3/2007 | MM | E-mails re: 12/5/07 meeting with Judge Carey | 0.2 | 91.8 |
| 12/4/2007 | MM | E-mails re: 12/5/07 hearing and withdrawal of objection to GECC Motion | 0.2 | 91.8 |
| 12/4/2007 | MM | Draft and file Withdrawal of Objection to GECC Motion | 0.3 | 137.7 |
| 12/4/2007 | MM | E-mails re: coordination for 12/5/07 status conference with Court | 0.2 | 91.8 |
| 12/4/2007 | MM | E-mails re: coverage at January hearing | 0.2 | 91.8 |
| 12/5/2007 | MM | Attend status conference with Court | 1 | 459 |
| 12/5/2007 | MM | Conference with Examiner re: open issues, filing of report | 0.7 | 321.3 |
| 12/5/2007 | MM | E-mail re: news article on sub prime crisis | 0.1 | 45.9 |
| 12/5/2007 | MM | E-mail re: employee interview | 0.1 | 45.9 |
| 12/5/2007 | MM | E-mails re: motion to dismiss securities cases | 0.2 | 91.8 |
| 12/6/2007 | MM | E-mail re: memo of employee interview | 0.1 | 45.9 |
| 12/6/2007 | MM | E-mail re: memo of KPMG interview | 0.1 | 45.9 |
| 12/6/2007 | MM | E-mails re: 12/5/07 meeting with Court | 0.1 | 45.9 |
| 12/7/2007 | MM | E-mail re: rough outline of final report | 0.1 | 45.9 |
| 12/7/2007 | MM | E-mail re: Washington Post article on CD market | 0.2 | 91.8 |
| 12/11/2007 | MM | Review of agenda for 12/12/07 hearing | 0.1 | 45.9 |
| 12/12/2007 | MM | E-mail re: denial of discovery to Class Action Plaintiffs | 0.1 | 45.9 |
| 12/13/2007 | MM | E-mails re: Employee interviews (3) | 0.3 | 137.7 |
| 12/13/2007 | MM | Review of Certifications of No Objection for Examiner and K&L Gates' 4th Fee Applications | 0.3 | 137.7 |
| 12/13/2007 | MM | E-mails re: absence of objections to Examiner and K&L Gates' 4th Fee Applications | 0.3 | 137.7 |
| 12/20/2007 | MM | E-mails re: filing fee applications on 12/21/07 | 0.2 | 91.8 |

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S DECEMBER 2007 TIME ENTRIES

| | | | | |
|---|---|---|---|---|
| 12/20/2007 | MM | E-mails re: Debtor's reply to cash collateral report and Amended Motion to File under Seal | 0.2 | 91.8 |
| 12/20/2007 | MM | E-mail re: employee interview | 0.1 | 45.9 |
| 12/20/2007 | MM | Review of agenda for 12/20/07 hearing | 0.1 | 45.9 |
| 12/21/2007 | MM | Review of Debtor's Reply to Cash Collateral Report | 0.5 | 229.5 |
| 12/21/2007 | MM | Telephone call with Examiner re: Debtor's Reply to Cash Collateral Report | 0.2 | 91.8 |
| 12/21/2007 | MM | E-mails re: K&L Gates' and Examiner's fee applications | 0.2 | 91.8 |
| 12/27/2007 | MM | Review and execute Saul Ewing's 5th Fee Application | 0.2 | 91.8 |
| 12/27/2007 | MM | Review of memo of employee interviews (6) | 1.2 | 550.8 |
| 12/27/2007 | MM | Review of various motions to dismiss filed in Securities Class Action cases | 0.5 | 229.5 |
| 12/27/2007 | MM | Review of memo of interview with KPMG partner | 0.2 | 91.8 |
| 12/27/2007 | MM | E-mail re: Debtor's Response to Cash Collateral Report | 0.1 | 45.9 |
| 12/28/2007 | MM | Review of memo of interview of KPMG employee | 0.1 | 45.9 |
| 12/28/2007 | MM | Review of memo of interview of former employee | 0.2 | 91.8 |
| 12/28/2007 | MM | E-mails re: employee interviews | 0.2 | 91.8 |
| 12/28/2007 | MM | Review of memo of employee interview | 0.2 | 91.8 |
| 12/28/2007 | MM | E-mail re: recap of 12/5/07 conference with Court | 0.1 | 45.9 |
| 12/31/2007 | MM | E-mails re: Motion to Extend Deadline to File Report | 0.2 | 91.8 |
| 12/31/2007 | MM | E-mail re: Interview of KPMG employee | 0.1 | 45.9 |
| 12/31/2007 | MM | E-mail re: Interview of former employee | 0.1 | 45.9 |
| | **MM** | **Total** | **11.7** | **5370.3** |
| | | | | |
| 12/21/2007 | PJR | Review, finalize and execute Notices for Fee Applications and Fee Applications | 0.9 | 234.9 |
| | **PJR** | **Total** | **0.9** | **234.9** |
| | | | | |
| 12/20/2007 | PZR | Review, revise, e-file and serve Certification of No Objection regarding BDO Seidman's 3rd monthly fee application and update chart of professionals' fees | 0.3 | 48.6 |
| 12/21/2007 | PZR | Review, revise, e-file and serve K&L Gates' 5th fee application | 1.1 | 178.2 |
| 12/21/2007 | PZR | Review, revise, e-file and serve Michael Missal's 5th fee application and update chart of professionals' fees | 1.2 | 194.4 |

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S DECEMBER 2007 TIME ENTRIES

| | | E-mail from E. Rim and to D. Williams regarding Word version of Exhibit A to K&L Gates and Missal's 5th fee | | |
|---|---|---|---|---|
| 12/28/2007 | PZR | applications | 0.1 | 16.2 |
| | **PZR** | **Total** | **2.7** | **437.4** |
| | | | | |
| 12/3/2007 | RLL | Prepare Saul Ewing's October fee application | 2.4 | 345.6 |
| 12/3/2007 | RLL | Proofread Saul Ewing's October fee application | 0.3 | 43.2 |
| 12/3/2007 | RLL | E-calendar due date for Certification of No Objection for Saul Ewing third fee application | 0.1 | 14.4 |
| 12/3/2007 | RLL | Update chart relating to fee applications | 0.2 | 28.8 |
| 12/13/2007 | RLL | E-calendar objection deadline | 0.1 | 14.4 |
| 12/13/2007 | RLL | Edits to Saul Ewing's 4th Fee Application (October, 2007). | 0.4 | 57.6 |
| 12/13/2007 | RLL | Prepare Affidavit of Service for Saul Ewing's 4th Fee Application (October, 2007) | 0.8 | 115.2 |
| 12/13/2007 | RLL | E-file Saul Ewing's 4th Fee Application (October, 2007) | 0.6 | 86.4 |
| 12/13/2007 | RLL | Coordinate service of fee application and notice | 0.2 | 28.8 |
| 12/13/2007 | RLL | Prepare Certificate of No Objection regarding 4th application of Kirkpatrick and 4th Application of Examiner | 0.5 | 72 |
| 12/13/2007 | RLL | Forward fee application (Saul Ewing 4th) to auditor. | 0.3 | 43.2 |
| 12/14/2007 | RLL | Update affidavit of service regarding Notice of Saul Ewing's 4th Fee Application. | 0.1 | 14.4 |
| 12/14/2007 | RLL | E-file Affidavit of Service regarding Notice of Saul Ewing's 4th Fee Application | 0.2 | 28.8 |
| 12/19/2007 | RLL | Prepare Certificate of No Objection regarding BDO Seidman's fee application | 0.5 | 72 |
| 12/21/2007 | RLL | Pdf Fee Applications filed today and forward to client | 0.3 | 43.2 |
| 12/26/2007 | RLL | Case administration - Review of pleadings and docket for information to update internal chart of professional fees | 0.9 | 129.6 |
| 12/26/2007 | RLL | Prepare Certificate of No Objection regarding Saul Ewing's third fee application | 0.2 | 28.8 |
| 12/27/2007 | RLL | Prepare November fee application for Saul Ewing | 1.8 | 259.2 |
| 12/27/2007 | RLL | Proofread November fee application | 0.2 | 28.8 |
| 12/27/2007 | RLL | Edit chart of professional's fees for Examiner | 0.4 | 57.6 |

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S DECEMBER 2007 TIME ENTRIES

| | | | | |
|---|---|---|---|---|
| 12/27/2007 | RLL | Prepare Affidavit of Service regarding Fifth Fee Application | 0.3 | 43.2 |
| 12/27/2007 | RLL | Efile Certificate of No Objection for Saul Ewing's third fee application | 0.4 | 57.6 |
| 12/27/2007 | RLL | Scan and efile Saul Ewing's fifth fee application and coordinate service | 0.8 | 115.2 |
| 12/28/2007 | RLL | Update Affidavit of Service regarding November Saul Ewing fee application | 0.1 | 14.4 |
| 12/28/2007 | RLL | Forward pleading (Saul Ewing fifth fee application) to client | 0.1 | 14.4 |
| 12/28/2007 | RLL | Calendar objection date to fee application | 0.1 | 14.4 |
| 12/28/2007 | RLL | Forward Saul Ewing's fifth fee application to fee auditor | 0.3 | 43.2 |
| 12/28/2007 | RLL | Efile Affidavit of Service regarding November Saul Ewing fee application | 0.5 | 72 |
| | RLL | **Total** | **13.1** | **1886.4** |
| | | | | |
| | | **Grand Total** | **28.4** | **7929** |

# EXHIBIT "C"

**EXHIBIT "C"**

**COMPENSATION BY PROJECT CATEGORY**

**DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 0.6 | $243.90 |
| Fee Applications and Matters | 17.8 | $3,095.10 |
| Other Litigation, Including Stay Relief | 7.9 | $3,626.10 |
| Plan and Disclosure Statement | 0.1 | $45.90 |
| Preparation for and Attendance at Hearing | 2.0 | $918.00 |
| **TOTAL** | **28.4** | **$7,929.00** |

SAUL
EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | | |
|---|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number | 2018830 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date | 01/24/08 |
| 1601 K Street, NW | Client Number | 355619 |
| Washington, DC 20006 | Matter Number | 00003 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/03/07 | MM | E-mail re: Wall Street Journal article on subprime issues | 0.1 | 45.90 |
| 12/03/07 | MM | E-mail re: omnibus dates | 0.1 | 45.90 |
| 12/05/07 | MM | E-mail re: news article on sub prime crisis | 0.1 | 45.90 |
| 12/07/07 | MM | E-mail re: Washington Post article on CD market | 0.2 | 91.80 |
| 12/13/07 | RLL | E-calendar objection deadline | 0.1 | 14.40 |
| | | TOTAL HOURS | 0.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Renee L. Lowder | 0.1 | at | $144.00 | = | 14.40 |
| Mark Minuti | 0.5 | at | $459.00 | = | 229.50 |

CURRENT FEES                                     243.90

**TOTAL AMOUNT OF THIS INVOICE**          243.90

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813

Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON

A DELAWARE LIMITED LIABILITY PARTNERSHIP

556052.1 1/30/08

SAUL
EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | | |
|---|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number | 2018831 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date | 01/24/08 |
| 1601 K Street, NW | Client Number | 355619 |
| Washington, DC 20006 | Matter Number | 00011 |

Re:   Fee Applications and Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/03/07 | RLL | Prepare Saul Ewing's October fee application | 2.4 | 345.60 |
| 12/03/07 | RLL | Proofread Saul Ewing's October fee application | 0.3 | 43.20 |
| 12/03/07 | RLL | E-calendar due date for Certification of No Objection for Saul Ewing third fee application | 0.1 | 14.40 |
| 12/03/07 | RLL | Update chart relating to fee applications | 0.2 | 28.80 |
| 12/13/07 | MM | Review of Certifications of No Objection for Examiner and K&L Gates' 4th Fee Applications | 0.3 | 137.70 |
| 12/13/07 | MM | E-mails re: absence of objections to Examiner and K&L Gates' 4th Fee Applications | 0.3 | 137.70 |
| 12/13/07 | RLL | Edits to Saul Ewing's 4th Fee Application (October, 2007). | 0.4 | 57.60 |
| 12/13/07 | RLL | Prepare Affidavit of Service for Saul Ewing's 4th Fee Application (October, 2007) | 0.8 | 115.20 |
| 12/13/07 | RLL | E-file Saul Ewing's 4th Fee Application (October, 2007) | 0.6 | 86.40 |
| 12/13/07 | RLL | Coordinate service of fee application and notice | 0.2 | 28.80 |
| 12/13/07 | RLL | Prepare Certificate of No Objection regarding 4th application of Kirkpatrick and 4th Application of Examiner | 0.5 | 72.00 |
| 12/13/07 | RLL | Forward fee application (Saul Ewing 4th) to auditor. | 0.3 | 43.20 |
| 12/14/07 | RLL | Update affidavit of service regarding Notice of Saul Ewing's 4th Fee Application. | 0.1 | 14.40 |

355619
00011
01/24/08

Missel, Michael J. (EXAMINER)
Fee Applications and Matters

Invoice Number 2018831
Page 2

| Date | | Description | | |
|---|---|---|---|---|
| 12/14/07 | RLL | E-file Affidavit of Service regarding Notice of Saul Ewing's 4th Fee Application | 0.2 | 28.80 |
| 12/19/07 | RLL | Prepare Certificate of No Objection regarding BDO Seidman's fee application | 0.5 | 72.00 |
| 12/20/07 | PZR | Review, revise, e-file and serve Certification of No Objection regarding BDO Seidman's 3rd monthly fee application and update chart of professionals' fees | 0.3 | 48.60 |
| 12/20/07 | MM | E-mails re: filing fee applications on 12/21/07 | 0.2 | 91.80 |
| 12/21/07 | PJR | Review, finalize and execute Notices for Fee Applications and Fee Applications | 0.9 | 234.90 |
| 12/21/07 | MM | E-mails re: K&L Gates' and Examiner's fee applications | 0.2 | 91.80 |
| 12/21/07 | RLL | Pdf Fee Applications filed today and forward to client | 0.3 | 43.20 |
| 12/21/07 | PZR | Review, revise, e-file and serve K&L Gates' 5th fee application | 1.1 | 178.20 |
| 12/21/07 | PZR | Review, revise, e-file and serve Michael Missal's 5th fee application and update chart of professionals' fees | 1.2 | 194.40 |
| 12/26/07 | RLL | Case administration - Review of pleadings and docket for information to update internal chart of professional fees | 0.9 | 129.60 |
| 12/26/07 | RLL | Prepare Certificate of No Objection regarding Saul Ewing's third fee application | 0.2 | 28.80 |
| 12/27/07 | RLL | Prepare November fee application for Saul Ewing | 1.8 | 259.20 |
| 12/27/07 | RLL | Proofread November fee application | 0.2 | 28.80 |
| 12/27/07 | RLL | Edit chart of professional's fees for Examiner | 0.4 | 57.60 |
| 12/27/07 | RLL | Prepare Affidavit of Service regarding Fifth Fee Application | 0.3 | 43.20 |
| 12/27/07 | RLL | Efile Certificate of No Objection for Saul Ewing's third fee application | 0.4 | 57.60 |
| 12/27/07 | RLL | Scan and efile Saul Ewing's fifth fee application and coordinate service | 0.8 | 115.20 |

355619
00011
01/24/08

Missel, Michael J. (EXAMINER)
Fee Applications and Matters

Invoice Number 2018831
Page 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/27/07 | MM | Review and execute Saul Ewing's 5th Fee Application | 0.2 | 91.80 |
| 12/28/07 | PZR | E-mail from E. Rim and to D. Williams regarding Word version of Exhibit A to K&L Gates and Missal's 5th fee applications | 0.1 | 16.20 |
| 12/28/07 | RLL | Update Affidavit of Service regarding November Saul Ewing fee application | 0.1 | 14.40 |
| 12/28/07 | RLL | Forward pleading (Saul Ewing fifth fee application) to client | 0.1 | 14.40 |
| 12/28/07 | RLL | Calendar objection date to fee application | 0.1 | 14.40 |
| 12/28/07 | RLL | Forward Saul Ewing's fifth fee application to fee auditor | 0.3 | 43.20 |
| 12/28/07 | RLL | Efile Affidavit of Service regarding November Saul Ewing fee application | 0.5 | 72.00 |

TOTAL HOURS          17.8

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Patrick J. Reilley | 0.9 | at | $261.00 | = | 234.90 |
| Pauline Z. Ratkowiak | 2.7 | at | $162.00 | = | 437.40 |
| Renee L. Lowder | 13.0 | at | $144.00 | = | 1,872.00 |
| Mark Minuti | 1.2 | at | $459.00 | = | 550.80 |

CURRENT FEES          3,095.10

**TOTAL AMOUNT OF THIS INVOICE**          3,095.10

556052.1 1/30/08

SAUL
EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | | |
|---|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number | 2018832 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date | 01/24/08 |
| 1601 K Street, NW | Client Number | 355619 |
| Washington, DC 20006 | Matter Number | 00013 |

Re:   Other Litigation, Including Stay Relief

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/03/07 | MM | E-mails re: Debtor's response/motion to initial report | 0.2 | 91.80 |
| 12/03/07 | MM | Review of Debtor's Motion to Keep Report Under Seal | 0.3 | 137.70 |
| 12/03/07 | MM | E-mail comments to Debtor's Motion to Keep Report Under Seal | 0.2 | 91.80 |
| 12/03/07 | MM | Review of memo of interview of Board Member | 0.7 | 321.30 |
| 12/03/07 | MM | E-mails re: memos of employee interviews | 0.2 | 91.80 |
| 12/04/07 | MM | E-mails re: 12/5/07 hearing and withdrawal of objection to GECC Motion | 0.2 | 91.80 |
| 12/04/07 | MM | Draft and file Withdrawal of Objection to GECC Motion | 0.3 | 137.70 |
| 12/05/07 | MM | Conference with Examiner re: open issues, filing of report | 0.7 | 321.30 |
| 12/05/07 | MM | E-mail re: employee interview | 0.1 | 45.90 |
| 12/05/07 | MM | E-mails re: motion to dismiss securities cases | 0.2 | 91.80 |
| 12/06/07 | MM | E-mail re: memo of employee interview | 0.1 | 45.90 |
| 12/06/07 | MM | E-mail re: memo of KPMG interview | 0.1 | 45.90 |
| 12/07/07 | MM | E-mail re: rough outline of final report | 0.1 | 45.90 |
| 12/12/07 | MM | E-mail re: denial of discovery to Class Action Plaintiffs | 0.1 | 45.90 |
| 12/13/07 | MM | E-mails re: Employee interviews (3) | 0.3 | 137.70 |
| 12/20/07 | MM | E-mails re: Debtor's reply to cash collateral report and Amended Motion to File under Seal | 0.2 | 91.80 |
| 12/20/07 | MM | E-mail re: employee interview | 0.1 | 45.90 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813

Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON

A DELAWARE LIMITED LIABILITY PARTNERSHIP

355619  
00013  
01/24/08

Missel, Michael J. (EXAMINER)  
Other Litigation, Including Stay Relief

Invoice Number 2018832  
Page 2

| 12/21/07 | MM | Review of Debtor's Reply to Cash Collateral Report | 0.5 | 229.50 |
|---|---|---|---|---|
| 12/21/07 | MM | Telephone call with Examiner re: Debtor's Reply to Cash Collateral Report | 0.2 | 91.80 |
| 12/27/07 | MM | Review of memo of employee interviews (6) | 1.2 | 550.80 |
| 12/27/07 | MM | Review of various motions to dismiss filed in Securities Class Action cases | 0.5 | 229.50 |
| 12/27/07 | MM | Review of memo of interview with KPMG partner | 0.2 | 91.80 |
| 12/27/07 | MM | E-mail re: Debtor's Response to Cash Collateral Report | 0.1 | 45.90 |
| 12/28/07 | MM | Review of memo of interview of KPMG employee | 0.1 | 45.90 |
| 12/28/07 | MM | Review of memo of interview of former employee | 0.2 | 91.80 |
| 12/28/07 | MM | E-mails re: employee interviews | 0.2 | 91.80 |
| 12/28/07 | MM | Review of memo of employee interview | 0.2 | 91.80 |
| 12/31/07 | MM | E-mails re: Motion to Extend Deadline to File Report | 0.2 | 91.80 |
| 12/31/07 | MM | E-mail re: Interview of KPMG employee | 0.1 | 45.90 |
| 12/31/07 | MM | E-mail re: Interview of former employee | 0.1 | 45.90 |

TOTAL HOURS    7.9

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 7.9 | at | $459.00 | = | 3,626.10 |

CURRENT FEES    3,626.10

**TOTAL AMOUNT OF THIS INVOICE**    3,626.10

# SAUL EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2018833 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 01/24/08 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00014 |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/03/07 | MM | E-mail re: Debtor's extension of exclusivity | 0.1 | 45.90 |
| | | TOTAL HOURS | 0.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|-----------|-------|---|------|---|-------|
| Mark Minuti | 0.1 | at | $459.00 | = | 45.90 |

CURRENT FEES                                            45.90

**TOTAL AMOUNT OF THIS INVOICE**            45.90

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813

Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON

A DELAWARE LIMITED LIABILITY PARTNERSHIP

556052.1 1/30/08

# SAUL EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | | |
|---|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number | 2018834 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date | 01/24/08 |
| 1601 K Street, NW | Client Number | 355619 |
| Washington, DC 20006 | Matter Number | 00015 |

Re: Preparation For And Attendance At Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/03/07 | MM | E-mails re: 12/5/07 meeting with Judge Carey | 0.2 | 91.80 |
| 12/04/07 | MM | E-mails re: coordination for 12/5/07 status conference with Court | 0.2 | 91.80 |
| 12/04/07 | MM | E-mails re: coverage at January hearing | 0.2 | 91.80 |
| 12/05/07 | MM | Attend status conference with Court | 1.0 | 459.00 |
| 12/06/07 | MM | E-mails re: 12/5/07 meeting with Court | 0.1 | 45.90 |
| 12/11/07 | MM | Review of agenda for 12/12/07 hearing | 0.1 | 45.90 |
| 12/20/07 | MM | Review of agenda for 12/20/07 hearing | 0.1 | 45.90 |
| 12/28/07 | MM | E-mail re: recap of 12/5/07 conference with Court | 0.1 | 45.90 |

TOTAL HOURS    2.0

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 2.0 | at | $459.00 | = | 918.00 |

CURRENT FEES    918.00

**TOTAL AMOUNT OF THIS INVOICE**    918.00

P.O. Box 1266 ● Wilmington, DE 19899-1266 ● Phone: (302) 421-6800 ● Fax: (302) 421-6813

Courier Address: 222 Delaware Avenue, Suite 1200 ● Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON

A DELAWARE LIMITED LIABILITY PARTNERSHIP

556052.1 1/30/08

# EXHIBIT "D"

## EXHIBIT "D"

## EXPENSE SUMMARY

## DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (410 pages @ $0.10/page) | | $41.00 |
| Telephone | | $.48 |
| Overtime | *Robyn Warren* | $175.51 |
| Federal Express | | $24.25 |
| Outside Photocopying | *Digital Legal Services* | $1388.69 |
| **TOTAL** | | **$1,629.93** |

SAUL
EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| Michael J. Missel (EXAMINER) | Invoice Number | 2018829 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date | 01/24/08 |
| 1601 K Street, NW | Client Number | 355619 |
| Washington, DC 20006 | Matter Number | 00002 |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|------|--|-------|--|
| 12/13/07 | Photocopying | 41.00 | |
| | Total Photocopying | | 41.00 |
| 12/03/07 | Telephone | 0.48 | |
| | Total Telephone | | 0.48 |
| 12/20/07 | 11/21/07 R. Warren | 175.51 | |
| | Total Overtime | | 175.51 |
| 12/03/07 | Federal Express - - VENDOR: Federal Express to Mark Indelicato / M. Minuti Bank ID: 14 Check Number: 105979 | 6.72 | |
| 12/03/07 | Federal Express - - VENDOR: Federal Express to Clifford White / M. Minuti Bank ID: 14 Check Number: 105979 | 6.72 | |
| 12/13/07 | Federal Express - - VENDOR: Federal Express to Suzzanne Uhland / M. Minuti Bank ID: 14 Check Number: 106408 | 10.81 | |
| | Total Federal Express | | 24.25 |
| 12/10/07 | Copies - - VENDOR: Digital Legal, LLC 11/21/07 Fourth monthly application of M. Missal, examiner and fourth monthly application of Kirkpatrick & Lockhart / M. Minuti Bank ID: 14 Check Number: 106166 | 309.55 | |
| 12/10/07 | Copies - - VENDOR: Digital Legal, LLC 11/30/07 Notice of third monthly application of Saul Ewing LLP / M. Minuti Bank ID: 14 Check Number: 106166 | 317.68 | |

355619
00002
01/24/08

Missel, Michael J. (EXAMINER)
Expenses

Invoice Number 2018829
Page 2

| | | |
|---|---|---|
| 12/10/07 | Copies - - VENDOR: Digital Legal, LLC 11/27/07<br>Notice of third monthly application of BDO<br>Seidman / M. Minuti<br>Bank ID: 14 Check Number: 106166 | 359.48 |
| 12/10/07 | Copies - - VENDOR: Digital Legal, LLC 11/21/07<br>Notice of fourth monthly application of M.<br>Missal examiner and Notice of fourth monthly<br>application of Kirkpatrick & Lockhart / M.<br>Minuti<br>Bank ID: 14 Check Number: 106166 | 401.98 |

Total Copies    1,388.69

CURRENT EXPENSES    1,629.93

**TOTAL AMOUNT OF THIS INVOICE**    1,629.93