IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | | Objection Deadline: February 20, 2008 at 4:00 p.m. |

**NINTH MONTHLY FEE APPLICATION OF BLANK ROME LLP,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Professional Services to*: | Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.* |
| *Date of Retention*: | May 31, 2007, *nunc pro tunc* to April 9, 2007 |
| *Period for which Compensation and Reimbursement is Sought*: | December 1, 2007 through December 31, 2007 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $88,293.20   (80% of $110,366.50) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $417.65 |

This is a:    ✓ Monthly    ____ Quarterly    ____ Final Application

-ii-

127340.01600/40173120v.1

The following is pertinent information regarding the prior fee applications submitted to the Court:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | Holdback 20% of Fees |
|---|---|---|---|---|---|---|
| 6/27/07 | 4/9/07-4/30/07 | $231,047.50 | $14,247.88 | $184,820.90 | $14,264.98 | PENDING |
| 9/14/07 | 5/1/07-5/31/07 | $322,057.50 | $12,004.58 | $256,408.00 | $12,004.58 | PENDING |
| 9/14/07 | 6/1/07-7/31/07 | $241,366.00 | $13,864.00 | $193,092.80 | $13,864.00 | PENDING |
| 11/8/07 | 8/1/07-8/31/07 | $167,354.00 | $5,049.75 | $133,883.20 | $5,049.75 | PENDING |
| 12/3/07 | 9/1/07-10/31/07 | $262,884.00 | $7,698.93 | $210,307.20 | $7,698.93 | PENDING |
| 1/14/08 | 11/1/07-11/30/07 | $146,756.00 | $1,539.07 | PENDING | PENDING | PENDING |

127340.01600/40173120v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | | **Objection Deadline: February 20, 2008 at 4:00 p.m.** |

## NINTH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

This Ninth monthly fee application for compensation and reimbursement of expenses (the *"Fee Application"*) is filed by Blank Rome LLP (*"Blank Rome"*) requesting payment for services rendered and reimbursement of costs expended as co-counsel for the Official Committee of Unsecured Creditors (the *"Committee"*) of New Century TRS Holdings, Inc., *et al.* (the *"Debtors"*) for the period of December 1, 2007 through December 31, 2007 (the *"Application Period"*). In support of this Fee Application, Blank Rome respectfully states as follows:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

127340.01600/40173120v.1

### Jurisdiction

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of these chapter 11 cases in this district is proper under 28 U.S.C. §§ 1408 and 1409.

### Background

2. On April 2, 2007 (the *"Petition Date"*), the Debtors commenced with this Court voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an Order of this Court. The Debtors are continuing their businesses and managing their affairs as debtors and debtors in possession.

3. On April 9, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors (the *"Committee"*): Credit Suisse First Boston Mortgage Capital LLC, Credit-Based Asset Servicing and Securitization LLC, Residential Funding Company, LLC, Deutsche Bank National Trust Co., Wells Fargo Bank, N.A. as Indenture Trustee, Fidelity National Information Services, Inc., and Maguire Properties – Park Place, LLC. Since its formation, the Committee has appointed Kodiak Funding LP as an *ex officio* member of the Committee.

4. Hahn & Hessen LLP (*"Hahn & Hessen"*) and Blank Rome were selected by the Committee to serve as co-counsel to the Committee, and FTI Consulting, Inc. (*"FTI"*) was selected by the Committee to serve as financial advisor to the Committee.

5. On April 25, 2007, the Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the *"Administrative Order"*) (Docket No. 389).

6. On May 4, 2007, the Committee filed the Application of the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.*, for an Order Authorizing the Committee to Employ Blank Rome LLP as Its Co-Counsel Pursuant 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of April 9, 2007 (the *"Blank Rome Retention Application"*) (Docket No. 550) with the Court. On May 31, 2007, the Court entered an order approving the Blank Rome Retention Application (Docket No. 973).

7. On October 10, 2007, the Court entered the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications (Docket No. 3260).

8. Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors and creditors' committees.

9. Presently, the attorneys at Blank Rome having the day-to-day responsibility for representation of the Committee in the Chapter 11 Cases are Bonnie Glantz Fatell, Regina Stango Kelbon, and David Carickhoff. Blank Rome has drawn and will draw upon the knowledge and skills of other firm attorneys to provide services as the need arises.

### Relief Requested

10. Blank Rome submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the

127340.01600/40173120v.1

Administrative Order, and Del. Bankr. LR 2016-2. By this Fee Application, Blank Rome seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $110,366.50 for the Application Period, and seeks payment of 80% of this amount, $88,293.20, and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $417.65, in accordance with the terms of the Administrative Order.

11.  Blank Rome has made all reasonable efforts to avoid duplication of work with co-counsel, Hahn & Hessen.

## Summary of Fees

12.  The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 327.90 hours at a blended billing rate of $336.59 per hour. The value of these services has been computed at the rates Blank Rome customarily charges for similar services provided other clients.

13.  A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**. Every effort has been made by Blank Rome to categorize daily time entries in accordance with the correct project code. However, in some instances, services overlap between project codes. Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.

14.  Specifically, the services rendered by Blank Rome to the Committee during the Application Period included the following:

7

(Project Code 1)     <u>Blank Rome Fee/Employment Applications</u>:

Blank Rome spent time preparing, revising, and finalizing its combined sixth and seventh monthly fee application for the period September 1, 2007 through October 31, 2007, and eighth monthly fee application for the period of November 1, 2007 through November 30, 2007. Such work required coordination between and among the Accounting Department, paralegals, and attorneys, for retrieval and review of billing statements, and drafting and revising the fee applications.

**Total Hours: 7.30     Total Fees: $1,990.00**

(Project Code 2)     <u>Other Professionals' Fee/Employment Application</u>:

Blank Rome reviewed Hahn & Hessen's third, fourth and fifth monthly fee applications for filing. Blank Rome also reviewed and analyzed fee applications filed by other professionals, including the Examiner's professionals, counsel for the Examiner, counsel for the Debtors, and the Debtors' financial advisors.

**Total Hours: 11.00     Total Fees: $3,465.00**

(Project Code 4)     <u>Claims Analysis and Objections</u>:

Blank Rome reviewed various pleadings, including the Debtors' omnibus claims objections. Blank Rome also communicated via email correspondence with the mediator, Hahn & Hessen and opposing counsel, regarding the mediation of the Positive Software claims.

**Total Hours: 0.60     Total Fees: $360.00**

(Project Code 5)     <u>Committee Business and Meetings</u>:

Blank Rome prepared for and participated in all aspects of Committee business,

8

including, without limitation, attendance at weekly Committee meetings (in person and via teleconference), procedural matters of import to the case, and in the general provision of information regarding case status. Blank Rome reviewed documents, and communicated with Committee representatives, in keeping them apprised on developments to the case. Blank Rome also communicated with Hahn & Hessen and FTI on a host of issues to coordinate and share analysis on matters affecting the estate.

**Total Hours: 9.10    Total Fees: $4,848.00**

(Project Code 6)    <u>Case Administration</u>:

The time billed to this category includes services related to general administrative and case management matters, including, but not limited to, filing pleadings, calendaring hearings, reviewing orders, reviewing the docket, and circulating pertinent pleadings. This category also includes time that otherwise would not comport with an identified project code. Blank Rome devoted a considerable amount of time monitoring and reviewing the docket, retrieving and transmitting recently filed pleadings, and reviewing motions, objections, responses and orders. Blank Rome also maintained and updated a case calendar, which highlighted the deadlines and hearing dates of pertinent matters. Further, Blank Rome was responsible for monitoring changes to the 2002 service list, and e-filing pleadings on behalf of the Committee and its professionals. Blank Rome also participated in conferences with the Chamber and the Debtors, to discuss case administration. Finally, Blank Rome communicated with various creditors, regarding various service issues.

**Total Hours: 9.40    Total Fees: $3,360.00**

(Project Code 7)   <u>Debtors' Business Operations</u>:

The time billed to this matter relates to the evaluation of the Debtors' financial information, such as operating reports, schedules, statements of financial affairs, and other documents. In this respect, Blank Rome communicated with the Debtors' counsel regarding the expenses incurred on behalf of the estates.

**Total Hours: 0.10     Total Fees: $60.00**

(Project Code 8)   <u>Employee Benefits / General Labor</u>:

Blank Rome performed work in connection with the adversary proceeding filed by the plan beneficiaries. Blank Rome, in consultation with attorneys from its Tax and Employment Retirement Insurance Security Act ("ERISA") group, and co-counsel Hahn & Hessen, worked with the Debtors in an attempt to resolve the dispute regarding the employees' deferred compensation plan. As such, Blank Rome reviewed pleadings related to the Debtors' employment benefit plans, the rabbi trust agreement, and plan documents, related pleadings, participated in analysis and strategic meetings and negotiations.

**Total Hours: 3.30     Total Fees: $2,022.00**

(Project Code 9)   <u>Evaluation and Negotiations of Debtors' Plan</u>:

Blank Rome spent considerable time reviewing and evaluating the Debtors' financial information, several revised versions of the Debtors' proposed term sheet regarding the plan of reorganization, and drafts of the plan of reorganization. Blank Rome also contributed to the drafting of the plan of reorganization, by reviewing and editing certain portions of the plan and reviewing relevant Bankruptcy Code provisions. In collaboration with Hahn & Hessen and FTI, Blank Rome assessed the viability of the Debtors' proposed terms including evaluating issues

involving treatment of inter-company claims, breach claims, and potential recoveries. Blank Rome, FTI and Hahn & Hessen worked together to assess whether the Debtors' proposed terms would maximize distributions to the unsecured creditors of the Debtors' estates. Further, Blank Rome reviewed FTI's analysis and attended strategy meetings with Hahn & Hessen and FTI. In this respect, Blank Rome actively participated in the negotiation of plan issues and revisions of the plan with the Debtors and their retained professionals.

**Total Hours: 12.70    Total Fees: $7,615.00**

(Project Code 13)    Stay Relief Issues:

Blank Rome reviewed and analyzed several motions for stay relief with respect to real property and pending litigation in other forums.

**Total Hours: 0.30    Total Fees: $180.00**

(Project Code 16)    Asset Analysis / Recovery:

The time billed to this matter relates to the investigation and analysis performed regarding assets, including potential causes of action for the estates as well as the Examiner's investigation. In coordination with co-counsel, and FTI Consulting, and utilizing the Ringtail electronic document review program, Blank Rome and its litigation team continued its efforts of extensively reviewing hundreds of thousands of documents produced by the Debtors. Members of the team attended regular teleconference and in-person meetings regarding the document review process and the Examiner's investigation developments. Members of the team also communicated amongst one other, by telephone and e-mail correspondence, in an effort to collaborate on document review methodology and to exchange information about specific documents. Further, Blank Rome and Hahn & Hessen strategized with FTI on the various claims

11

and causes of actions to be initiated by the Committee. In connection with said litigation strategy, Blank Rome reviewed and analyzed file memoranda and reports prepared by the Examiner, KPMG work papers, e-mails, and other pertinent documents. Blank Rome met with the Examiner on many occasions, as well as the Examiner's retained professionals, Hahn & Hessen, and FTI in order to evaluate the Examiner's investigation and coordinate the Committee's efforts with such investigation.

**Total Hours: 266.50     Total Fees: $82,750.50**

(Project Code 17)     <u>Hearings - Attendance / Preparation</u>:

The time billed to this matter relates to the attendance of hearings and related proceedings and includes time spent in preparation of the same. Typically, time billed to this matter involves hearings on multiple matters that cannot be efficiently segregated.

**Total Hours: 3.20     Total Fees: $1,396.00**

(Project Code 20)     <u>Non-Working Travel</u>:

The time billed to this matter relates to non-working travel. In accordance with Del. Bankr. LR 2016-2(d)(viii), only half of the actual non-working travel time was billed.

**Total Hours: 2.40     Total Fees: $1,440.00**

(Project Code 21)     <u>Adversary Pleadings</u>:

The time billed to this matter relates to various adversary proceedings filed in the cases. Blank Rome spent time reviewing notes regarding the WARN Act litigation, and reviewing and monitoring the docket. Blank Rome also participated in an extensive conference call with the Debtors' professionals, FTI, and Hahn & Hessen, regarding the analysis involved in this

adversary proceeding.

<b>Total Hours: 2.00      Total Fees: $880.00</b>

<b><u>Actual and Necessary Costs and Expenses Incurred</u></b>

15.     Reimbursement of expenses in the amount of $417.65 is sought herein. A categorized summary of the actual and necessary costs and expenses incurred by Blank Rome during the Application Period, and an itemization of each expense within each category, is attached as **Exhibit "B"**. Blank Rome reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured to date in Blank Rome's billing system.

<b><u>Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules</u></b>

16.     In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each attorney and paraprofessional, and a summary of hours and fees categorized by project code follow the cover sheet to this Fee Application. The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2.

17.     Blank Rome submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code.

18.     No agreement or understanding exists between Blank Rome and any other entity (other than members or employees of Blank Rome) for the sharing of compensation received or to be received for services rendered in or in connection with the Chapter 11 Cases.

<b><u>Notice</u></b>

19.     As required by the Administrative Order, a copy of this Fee Application has been

13

127340.01600/40173120v.1

served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee; and (d) counsel to the DIP Lender. Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, Blank Rome respectfully requests an award of compensation for professional services rendered as co-counsel to the Committee during the Application Period in the sum of $88,293.20 (80% of $110,366.50), together with the reimbursement of expenses in the amount of $417.65; and such other and further relief that the Court deems just and proper.

Dated: January 31, 2008

BLANK ROME LLP

*[signature]*
Bonnie Glantz Fatell (No. 3809)
Regina Stango Kelbon
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:   (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*