# Exhibit "A"

NEW CENTURY OFFICIAL COMMITTEE
PROJECT CODE SUMMARY
DECEMBER 1 - 31, 2007

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 7.30 | $1,990.00 |
| 2 | Other Professionals' Fee/Employment Issues | 11.00 | $3,465.00 |
| 3 | Executory Contracts and Unexpired Leases | | |
| 4 | Claims Analysis and Objections | 0.60 | $360.00 |
| 5 | Committee Business and Meetings | 9.10 | $4,848.00 |
| 6 | Case Administration | 9.40 | $3,360.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.10 | $60.00 |
| 8 | Employee Benefits/General Labor | 3.30 | $2,022.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 12.70 | $7,615.00 |
| 10 | Financing Issues | | |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | | |
| 13 | Stay Relief Issues | 0.30 | $180.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 266.50 | $82,750.50 |
| 17 | Hearings - Attendance/Preparation | 3.20 | $1,396.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | 2.40 | $1,440.00 |
| 21 | Adversary Pleadings | 2.00 | $880.00 |
| | **TOTALS** | **327.90** | **$110,366.50** |

# NEW CENTURY OFFICIAL COMMITTEE
## PROFESSIONAL BACKGROUND
### DECEMBER 1 - 31, 2007

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bachman, A. | Partner Since 1983, Member of PA Bar Since 1972 Area of Expertise - Employment, Benefits and Labor | $635.00 | 1.20 | $762.00 |
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $600.00 | 36.10 | $21,660.00 |
| Kelbon, R. | Partner Since 1995, Member of NJ Bar Since 1986, Member of PA Bar Since 1985, Area of Expertise - Business Restructuring and Bankruptcy | $550.00 | 0.10 | $55.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $420.00 | 1.80 | $756.00 |
| Wright, S. | Partner Since 2004, Member of DC Bar Since 1998, Member of MD Bar Since 1995, Area of Expertise - Litigation | $420.00 | 32.60 | $13,692.00 |
| Courtney, M. | Associate Since 2005, Member of NY Bar Since 2005, Area of Expertise - Corporate, White Collar and Condemnation | $360.00 | 32.80 | $11,808.00 |
| Vongtama, M. | Associate Since 2006, Member of IL Bar Since 2003, Area of Expertise - Business Restructuring and Bankruptcy | $345.00 | 77.30 | $26,668.50 |
| Gibbons, L. | Paralegal | $260.00 | 63.70 | $16,562.00 |
| Brathwaite, K. | Paralegal | $250.00 | 1.30 | $325.00 |
| Davilar, K. | Paralegal | $230.00 | 62.60 | $14,398.00 |
| Moody, T. | Paralegal | $200.00 | 18.40 | $3,680.00 |
| Grand Total: | | | 327.90 | $110,366.50 |
| Blended Rate: | | | | 336.59 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| **PROJECT CODE:  01** | | | | |
| Dec 03 07 | REVIEW AND FINALIZE BLANK ROME FEE APPLICATION FOR FILING | FATELL | 0.30 | $180.00 |
| Dec 03 07 | PREPARE AND REVISE COMBINED 6TH & 7TH MONTHLY FEE APPLICATION | MOODY | 1.00 | $200.00 |
| Dec 03 07 | REVISE COMBINED MONTHLY FEE APPLICATION | MOODY | 0.40 | $80.00 |
| Dec 03 07 | UPDATE FEE APPLICATION SERVICE INFORMATION | MOODY | 0.30 | $60.00 |
| Dec 04 07 | REVIEW FEE APPLICATIONS FILED BY BLANK ROME AND HAHN; CONFIRM SERVICE OF SAME; E-MAIL TO FEE AUDITOR ATTACHING BLANK ROME'S COMBINED 6TH AND 7TH MONTHLY APPLICATION | MOODY | 0.50 | $100.00 |
| Dec 05 07 | REPLY E-MAIL TO B. FATELL REGARDING STATUS OF 8TH FEE APPLICATION | MOODY | 0.10 | $20.00 |
| Dec 17 07 | REVIEW AND FINALIZE FEE APPLICATION FOR FILING | FATELL | 0.30 | $180.00 |
| Dec 17 07 | REVIEW PREVIOUSLY FILED APPLICATIONS AND FEES; CORRESPOND WITH ACCOUNTING AND B. FATELL TO DISCUSS SAME | MOODY | 1.00 | $200.00 |
| Dec 18 07 | REVIEW AND FORWARD TO B. FATELL AND M. VONTGAMA THE NOVEMBER PROFORMA | MOODY | 0.20 | $40.00 |
| Dec 26 07 | REVISE, SCAN, E-FILE AND SERVE CERTIFICATE OF NO OBJECTION TO BLANK ROME'S COMBINED 6TH & 7TH MONTHLY APPLICATION; E-MAIL SAME TO GROUP AND D. DEBASSIO AT ALIX PARTNERS | MOODY | 0.40 | $80.00 |
| Dec 27 07 | REVIEW FEE APPLICATIONS AND OUTSTANDING FEES AND EXPENSES WITH ACCOUNTING; UPDATE FEE CHART AND E-MAIL TO B.FATELL | MOODY | 0.70 | $140.00 |
| Dec 28 07 | E-MAIL TO TEAM AND J. ALIX PARTNERS ATTACHING HAHN & HESSEN AND FTI'S CERTIFICATES OF NO OBJECTION | MOODY | 0.10 | $20.00 |
| Dec 28 07 | REVIEW AND REVISE BILLINGS FOR PURPOSES OF PREPARING EIGHTH MONTHLY FEE APPLICATION | VONGTAMA | 1.90 | $655.50 |
| Dec 31 07 | E-MAIL TO T. MOODY REGARDING 8TH MONTHLY FEE APPLICATION | VONGTAMA | 0.10 | $34.50 |

PROJECT CODE TOTALS   01                TOTAL VALUE:    $1,990.00      7.30

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 02 | | | | |
| Dec 03 07 | REVIEW HAHN & HESSEN FEE APPLICATION FOR FILING | FATELL | 0.30 | $180.00 |
| Dec 03 07 | PREPARE AND REVISE PAPERS FOR HAHN & HESSEN'S 4TH MONTHLY APPLICATION | MOODY | 1.00 | $200.00 |
| Dec 03 07 | PREPARE CERTIFICATES OF NO OBJECTION TO BLANK ROME'S FIFTH MONTHLY APPLICATION AND FTI'S SIXTH MONTHLY APPLICATION | MOODY | 0.30 | $60.00 |
| Dec 03 07 | FINALIZE BLANK ROME'S COMBINED 6TH AND 7TH MONTHLY APPLICATION AND HAHN'S 4TH MONTHLY APPLICATION PAPERS (1.0); COORDINATE FILING AND SERVICE OF SAME WITH PARCELS (.2); FINALIZE CERTIFICATES OF NO OBJECTION FOR BLANK ROME'S 5TH MONTHLY AND FTI'S 6TH MONTHLY PAPERS (.2); COORDINATE SERVICE OF SAME WITH PARCELS (.1) | MOODY | 1.50 | $300.00 |
| Dec 04 07 | REVIEW HAHN & HESSEN FEE APPLICATIONS FOR FILING | FATELL | 0.20 | $120.00 |
| Dec 05 07 | PREPARE FILING PAPERS FOR HAHN'S 5TH MONTHLY APPLICATION | MOODY | 0.60 | $120.00 |
| Dec 05 07 | PREPARE PAPERS FOR FTI'S 7TH MONTHLY APPLICATION | MOODY | 0.40 | $80.00 |
| Dec 05 07 | PREPARE CERTIFICATE OF NO OBJECTION TO HAHN'S 3RD MONTHLY APPLICATION | MOODY | 0.20 | $40.00 |
| Dec 06 07 | REVIEW O'MELVENY FEE APPLICATION | FATELL | 0.30 | $180.00 |
| Dec 06 07 | E-MAIL TO B. FATELL ATTACHING HAHN & HESSEN'S MONTHLY FEE APPLICATION AND RELATED DOCUMENTS; E-FILE, COORDINATE AND FINALIZE SERVICE REGARDING HAHN & HESSEN'S THIRD MONTHLY FEE APPLICATION | BRATHWAITE | 1.30 | $325.00 |
| Dec 14 07 | E-MAILS REGARDING FEE APPLICATIONS | FATELL | 0.30 | $180.00 |
| Dec 18 07 | E-MAIL CORRESPONDENCE REGARDING PROFESSIONAL FEES | FATELL | 0.10 | $60.00 |
| Dec 19 07 | PREPARE PAPERS, REVISE, SCAN, E-FILE AND SERVE FTI'S 8TH MONTHLY APPLICATION | MOODY | 0.80 | $160.00 |
| Dec 21 07 | RESEARCH OUTSTANDING FEES AND CERTIFICATES OF NO OBJECTION; E-MAIL TO B. FATELL REGARDING SAME | MOODY | 0.50 | $100.00 |
| Dec 26 07 | REVIEW PROTOCOL FOR PAYMENT OF FEES AND E-MAIL CORRESPONDENCE WITH CO-COUNSEL AND S. STARR | FATELL | 0.30 | $180.00 |
| Dec 26 07 | REVIEW MULTIPLE DEBTOR'S COUNSEL FEE | FATELL | 1.10 | $660.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | APPLICATIONS | | | |
| Dec 26 07 | REVIEW DOCKET REGARDING HAHN & HESSEN'S PREVIOUSLY FILED FEE APPLICATIONS AND OUTSTANDING CERTIFICATES OF NO OBJECTION; CORRESPOND WITH M. MARHYAN REGARDING SAME | MOODY | 0.10 | $20.00 |
| Dec 26 07 | REVISE, SCAN, E-FILE AND SERVE CERTIFICATE OF NO OBJECTION TO HAHN & HESSEN'S 4TH MONTHLY APPLICATION; E-MAIL SAME TO GROUP AND D. DEBASSIO AT ALIX PARTNERS | MOODY | 0.40 | $80.00 |
| Dec 27 07 | PREPARE CERTIFICATE OF NO OBJECTION PAPERS TO HAHN'S 5TH MONTHLY APPLICATION (.2); PREPARE CERTIFICATE OF NO OBJECTION PAPERS TO FTI'S 7TH MONTHLY APPLICATION (.2) | MOODY | 0.40 | $80.00 |
| Dec 28 07 | REVIEW AND AUTHORIZE FILING OF CERTIFICATES OF NO OBJECTION FOR COMMITTEE PROFESSIONALS | FATELL | 0.40 | $240.00 |
| Dec 28 07 | SCAN, E-FILE AND SERVE CERTIFICATES OF NO OBJECTION TO HAHN'S 5TH MONTHLY AND FTI'S 7TH MONTHLY APPLICATION | MOODY | 0.50 | $100.00 |

PROJECT CODE TOTALS   02                      TOTAL VALUE:    $3,465.00      11.00

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  04 | | | | |
| Dec 17 07 | E-MAIL REGARDING POSITIVE SOFTWARE MEDIATION | FATELL | 0.20 | $120.00 |
| Dec 19 07 | REVIEW OBJECTIONS TO CLAIMS | FATELL | 0.40 | $240.00 |
| PROJECT CODE TOTALS  04 | TOTAL VALUE: | $360.00 | 0.60 | |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  05 | | | | |
| Dec 04 07 | ATTEND COMMITTEE MEETING | FATELL | 3.00 | $1,800.00 |
| Dec 04 07 | REVIEW REPORT TO COMMITTEE REGARDING MORTGAGE LOAN SCHEDULES | FATELL | 0.20 | $120.00 |
| Dec 04 07 | ATTEND (A PORTION OF) COMMITTEE MEETING BY TELEPHONE | VONGTAMA | 1.00 | $345.00 |
| Dec 10 07 | REVIEW M. INDELICATO REPORT TO COMMITTEE | FATELL | 0.10 | $60.00 |
| Dec 17 07 | WEEKLY TELEPHONE CONFERENCE WITH CREDITORS COMMITTEE | FATELL | 2.00 | $1,200.00 |
| Dec 17 07 | ATTEND COMMITTEE MEETING BY TELECONFERENCE | VONGTAMA | 1.40 | $483.00 |
| Dec 27 07 | TELEPHONIC MEETING WITH COMMITTEE | FATELL | 1.10 | $660.00 |
| Dec 28 07 | REVIEW DETAILED MEMO TO COMMITTEE ON VARIOUS MATTERS | FATELL | 0.30 | $180.00 |

PROJECT CODE TOTALS  05              TOTAL VALUE:    $4,848.00      9.10

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 06 | | | | |
| Dec 05 07 | CHAMBERS CONFERENCE; FOLLOW UP MEETING WITH CO-COUNSEL | FATELL | 2.00 | $1,200.00 |
| Dec 07 07 | REVIEW RESPONSES BY WELLS FARGO AND OTHERS TO MOTIONS | FATELL | 0.40 | $240.00 |
| Dec 12 07 | REVIEW DOCKET AND PLEADINGS; REVIEW OBJECTION DEADLINES AND UPDATE CALENDAR | MOODY | 1.00 | $200.00 |
| Dec 14 07 | REVIEW DEADLINES AND ORGANIZE PLEADINGS (1.5); UPDATE CASE CALENDAR (1.5) | MOODY | 3.00 | $600.00 |
| Dec 19 07 | TELEPHONE CALL WITH CREDITOR REGARDING SERVICING ISSUES | FATELL | 0.20 | $120.00 |
| Dec 19 07 | REVIEW INCOMING PLEADINGS AND DOCKET | MOODY | 0.20 | $40.00 |
| Dec 21 07 | CORRESPONDENCE WITH CREDITOR | FATELL | 0.10 | $60.00 |
| Dec 21 07 | REVIEW DOCKET AND CALENDAR TO MONITOR CASE | FATELL | 0.20 | $120.00 |
| Dec 26 07 | REVIEW MULTIPLE PLEADINGS TO MONITOR CASE | FATELL | 0.80 | $480.00 |
| Dec 27 07 | ORGANIZE PLEADINGS; REVIEW DEADLINES AND UPDATE CALENDAR | MOODY | 1.00 | $200.00 |
| Dec 28 07 | REVIEW AND ORGANIZE PLEADINGS AND CORRESPONDENCE | MOODY | 0.50 | $100.00 |

PROJECT CODE TOTALS   06                 TOTAL VALUE:    $3,360.00      9.40

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  07 | | | | |
| Dec 11 07 | E-MAIL CORRESPONDENCE FROM D. WORKMAN AND M. INDELICATO REGARDING ESTATE EXPENSES | FATELL | 0.10 | $60.00 |

| PROJECT CODE TOTALS  07 | | TOTAL VALUE: | $60.00 | 0.10 |
|---|---|---|---|---|

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 08 | | | | |
| Dec 03 07 | TELEPHONE CALL WITH A. BACHMAN REGARDING STRATEGY TO SETTLE DEFERRED COMPENSATION DISPUTE | FATELL | 0.10 | $60.00 |
| Dec 03 07 | TELEPHONE CALL WITH DEBTORS AND M. INDELICATO REGARDING STRATEGY TO SETTLE DEFERRED COMPENSATION DISPUTE | FATELL | 1.10 | $660.00 |
| Dec 03 07 | CONFERENCE CALL WITH COUNSEL FOR DEBTORS REGARDING DEFERRED COMPENSATION ISSUES | BACHMAN | 1.10 | $698.50 |
| Dec 03 07 | TELEPHONE WITH B. FATELL | BACHMAN | 0.10 | $63.50 |
| Dec 07 07 | REVIEW MOTION TO EMPLOY SPECIAL COUNSEL STAFFING | FATELL | 0.20 | $120.00 |
| Dec 11 07 | REVIEW US TRUSTEE'S OBJECTION TO MOTION TO HIRE OUTSIDE EMPLOYEES | FATELL | 0.30 | $180.00 |
| Dec 19 07 | REVIEW ORDER REGARDING DEFERRED COMPENSATION PLAN AND DISCUSS WITH M. INDELICATO | FATELL | 0.40 | $240.00 |

PROJECT CODE TOTALS  08          TOTAL VALUE:   $2,022.00        3.30

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  09 | | | | |
| Dec 03 07 | REVIEW AND STUDY REVISED PLAN OF REORGANIZATION PROPOSAL | FATELL | 0.60 | $360.00 |
| Dec 03 07 | REVIEW E-MAILS ON POR ISSUES | KELBON | 0.10 | $55.00 |
| Dec 06 07 | MEETING (VIA TELECONFERENCE) WITH DEBTOR AND COMMITTEE PROFESSIONALS REGARDING POR | FATELL | 1.40 | $840.00 |
| Dec 06 07 | REVIEW LATEST POR PROPOSAL | FATELL | 0.30 | $180.00 |
| Dec 07 07 | TELECONFERENCE WITH M. INDELICATO REGARDING POR | FATELL | 0.20 | $120.00 |
| Dec 16 07 | REVIEW PLAN TERM SHEET | FATELL | 0.40 | $240.00 |
| Dec 16 07 | CONFERENCE WITH DEBTORS' PROFESSIONALS AND COMMITTEE ADVISORS TO REVIEW AND NEGOTIATE PLAN OF REORGANIZATION TERMS | FATELL | 1.30 | $780.00 |
| Dec 17 07 | REVIEW DEBTORS' REVISED TERM SHEET | FATELL | 0.40 | $240.00 |
| Dec 19 07 | REVIEW ANALYSIS OF POTENTIAL PLAN DISTRIBUTIONS | FATELL | 0.30 | $180.00 |
| Dec 26 07 | REVIEW AND EDIT DRAFT PLAN OF LIQUIDATION; REVIEW RELEVANT CODE PROVISIONS | FATELL | 2.80 | $1,680.00 |
| Dec 26 07 | TEAM CALL WITH HAHN HESSEN AND FTI REGARDING COMMENTS TO LIQUIDATING PLAN | FATELL | 1.30 | $780.00 |
| Dec 27 07 | FURTHER REVIEW DRAFT PLAN TO PREPARE FOR MEETING WITH DEBTOR | FATELL | 1.00 | $600.00 |
| Dec 27 07 | TELEPHONIC MEETING WITH DEBTORS' COUNSEL AND HAHN & HESSEN TO REVIEW PLAN | FATELL | 2.00 | $1,200.00 |
| Dec 27 07 | CONFERENCE CALL WITH DEBTOR AND M. INDELICATO REGARDING PLAN REVISIONS | FATELL | 0.60 | $360.00 |

PROJECT CODE TOTALS   09                    TOTAL VALUE:    $7,615.00      12.70

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  13 | | | | |
| Dec 07 07 | REVIEW 362 MOTIONS AND NOTICE TO FORECLOSE LIENS | FATELL | 0.30 | $180.00 |

| PROJECT CODE TOTALS  13 | TOTAL VALUE: | $180.00 | 0.30 |
|---|---|---|---|

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 16 | | | | |
| Dec 03 07 | TELEPHONE CALL WITH DEBTOR, EXAMINER AND CO-COUNSEL REGARDING STATUS OF INVESTIGATION | FATELL | 1.00 | $600.00 |
| Dec 03 07 | TELEPHONE CONFERENCE WITH EXAMINER REGARDING STATUS OF INVESTIGATION | WRIGHT | 0.50 | $210.00 |
| Dec 03 07 | FOLLOW UP CONFERENCE WITH HAHN & HESSEN ATTORNEYS AND B. FATELL REGARDING STRATEGY REGARDING DOCUMENTS FROM OUTSIDE DIRECTORS AND NEXT STEPS | WRIGHT | 0.50 | $210.00 |
| Dec 03 07 | CONTINUE REVIEW AND ANALYSIS OF DOCUMENTS PRODUCED BY KPMG AND DEBTOR AND MEMORANDA FROM FTI CONSULTING | WRIGHT | 4.30 | $1,806.00 |
| Dec 03 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIAN, PATTI DODGE ON THE RINGTAIL DATABASE | DAVILAR | 5.40 | $1,242.00 |
| Dec 03 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 2.00 | $720.00 |
| Dec 03 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS TO RINGTAIL DATABASE | GIBBONS | 2.00 | $520.00 |
| Dec 04 07 | REVIEW DOCUMENTS PRODUCED, INCLUDING E-MAILS, IN ANALYSIS FOR POSSIBLE CLAIMS AND RECOVERY | WRIGHT | 4.60 | $1,932.00 |
| Dec 04 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIAN, PATTI DODGE ON THE RINGTAIL DATABASE | DAVILAR | 6.50 | $1,495.00 |
| Dec 04 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS TO RINGTAIL DATABASE | GIBBONS | 2.50 | $650.00 |
| Dec 05 07 | LITIGATION TEAM WEEKLY CONFERENCE CALL (.1); REVIEW DOCUMENTS AS A FOLLOW UP TO MEETING (.2) | WRIGHT | 0.30 | $126.00 |
| Dec 05 07 | LITIGATION TEAM MEETING TO DISCUSS PROTOCOL FOR DOCUMENT REVIEW | DAVILAR | 0.10 | $23.00 |
| Dec 05 07 | CODE ELECTRONIC DOCUMENTS FOR CUSTODIAN, PATTI DODGE ON THE RINGTAIL DATABASE | DAVILAR | 6.40 | $1,472.00 |
| Dec 05 07 | TELECONFERENCE WITH LITIGATION TEAM REGARDING DOCUMENT REVIEW INVESTIGATION | VONGTAMA | 0.10 | $34.50 |
| Dec 05 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 0.30 | $103.50 |
| Dec 05 07 | TELECONFERENCE WITH REVIEW TEAM (.1) REVIEW DOCUMENT PRODUCED BY DEBTORS (3.3) | COURTNEY | 3.40 | $1,224.00 |
| Dec 05 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS TO RINGTAIL DATABASE | GIBBONS | 5.00 | $1,300.00 |
| Dec 06 07 | DRAFT SUMMARY OF POTENTIAL CLAIMS AND CONTINUE | WRIGHT | 5.20 | $2,184.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | TO REVIEW AND ANALYZE DOCUMENTS PRODUCED BY DEBTOR AND KPMG | | | |
| Dec 06 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS PROVIDED BY DEBTORS | VONGTAMA | 2.10 | $724.50 |
| Dec 06 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS ON TO RINGTAIL DATABASE | GIBBONS | 7.00 | $1,820.00 |
| Dec 07 07 | REVIEW ANALYSIS AND SUMMARY OF DOCUMENTS FROM FTI CONSULTING | WRIGHT | 1.60 | $672.00 |
| Dec 07 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 3.40 | $1,173.00 |
| Dec 07 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 3.50 | $1,260.00 |
| Dec 07 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS ON TO RINGTAIL DATABASE | GIBBONS | 7.00 | $1,820.00 |
| Dec 10 07 | CONTINUE REVIEW OF DOCUMENTATION RELATING TO DEBTOR'S CORPORATION AND THE CONDUCT WHICH LED TO THE FINANCIAL RESTATEMENT | WRIGHT | 3.40 | $1,428.00 |
| Dec 10 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 3.50 | $1,207.50 |
| Dec 10 07 | CONTINUED REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 3.40 | $1,173.00 |
| Dec 10 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 3.20 | $1,152.00 |
| Dec 11 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 7.30 | $2,518.50 |
| Dec 11 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 4.10 | $1,476.00 |
| Dec 12 07 | WEEKLY TELEPHONE CONFERENCE WITH LITIGATION TEAM REGARDING REVIEW OF DOCUMENTS | WRIGHT | 0.30 | $126.00 |
| Dec 12 07 | CONTINUE REVIEW OF KPMG SELECTED E-MAILS | WRIGHT | 2.40 | $1,008.00 |
| Dec 12 07 | CODE PAPER DOCUMENTS FOR CUSTODIAN PATTI DODGE ON THE RINGTAIL DATABASE | DAVILAR | 3.60 | $828.00 |
| Dec 12 07 | LITIGATION TEAM MEETING TO DISCUSS PROTOCOL FOR DOCUMENT REVIEW | DAVILAR | 0.10 | $23.00 |
| Dec 12 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 4.50 | $1,552.50 |
| Dec 12 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 3.60 | $1,296.00 |
| Dec 12 07 | TELECONFERENCE WITH REVIEW TEAM | COURTNEY | 0.10 | $36.00 |
| Dec 13 07 | CONTINUE TO DRAFT SUMMARY AND ANALYSIS OF POSSIBLE CLAIMS | WRIGHT | 2.30 | $966.00 |
| Dec 13 07 | CODE PAPER DOCUMENTS FOR CUSTODIAN PATTI DODGE | DAVILAR | 5.30 | $1,219.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | ON THE RINGTAIL DATABASE | | | |
| Dec 13 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 8.50 | $2,932.50 |
| Dec 13 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 3.20 | $1,152.00 |
| Dec 14 07 | CODE PAPER DOCUMENTS FOR CUSTODIAN PATTI DODGE ON THE RINGTAIL DATABASE | DAVILAR | 6.00 | $1,380.00 |
| Dec 14 07 | REVIEW DOCUMENTS PRODUCED BY DEBTORS | COURTNEY | 3.10 | $1,116.00 |
| Dec 14 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS TO RINGTAIL DATABASE | GIBBONS | 3.00 | $780.00 |
| Dec 16 07 | REVIEW AND ANALYZE DOCUMENTS RECEIVED IN DISCOVERY | VONGTAMA | 3.60 | $1,242.00 |
| Dec 17 07 | WEEKLY TELEPHONE CONFERENCE WITH EXAMINER | FATELL | 0.90 | $540.00 |
| Dec 17 07 | CODE PAPER DOCUMENTS FOR CUSTODIAN PATTI DODGE ON THE RINGTAIL DATABASE | DAVILAR | 6.00 | $1,380.00 |
| Dec 17 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 5.10 | $1,759.50 |
| Dec 17 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 3.10 | $1,116.00 |
| Dec 17 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS TO RINGTAIL DATABASE | GIBBONS | 4.00 | $1,040.00 |
| Dec 18 07 | REVIEW SUMMARY OF BOARD OF DIRECTORS MEETING MINUTES AND PACKAGES FROM FTI CONSULTING | WRIGHT | 2.40 | $1,008.00 |
| Dec 18 07 | CODE PAPER DOCUMENTS FOR CUSTODIAN PATTI DODGE AND KARINA DIAZ ON THE RINGTAIL DATABASE | DAVILAR | 6.10 | $1,403.00 |
| Dec 18 07 | REVIEW AND ANALYZE HUNDREDS OF DOCUMENTS PRODUCED BY DEBTORS | VONGTAMA | 4.10 | $1,414.50 |
| Dec 18 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS TO RINGTAIL DATABASE | GIBBONS | 2.50 | $650.00 |
| Dec 19 07 | CODE PAPER DOCUMENTS FOR CUSTODIAN KARINA DIAZ ON THE RINGTAIL DATABASE | DAVILAR | 5.90 | $1,357.00 |
| Dec 19 07 | ATTEND TELECONFERENCE WITH LITIGATION TEAM (.2); FOLLOW-UP TELECONFERENCE WITH M. COURTNEY (.2) | VONGTAMA | 0.40 | $138.00 |
| Dec 19 07 | REVIEW AND ANALYZE DOCUMENTS | VONGTAMA | 5.40 | $1,863.00 |
| Dec 19 07 | TELECONFERENCE WITH TEAM REGARDING DOCUMENT REVIEW (.2); TELECONFERENCE WITH M. VONGTAMA (.3) | COURTNEY | 0.50 | $180.00 |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Dec 19 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS TO RINGTAIL DATABASE | GIBBONS | 7.00 | $1,820.00 |
| Dec 20 07 | CODE PAPER DOCUMENTS FOR CUSTODIAN KARINA DIAZ ON THE RINGTAIL DATABASE | DAVILAR | 5.70 | $1,311.00 |
| Dec 20 07 | REVIEW AND ANALYZE DOCUMENTS | VONGTAMA | 2.90 | $1,000.50 |
| Dec 20 07 | REVIEW DOCUMENTS PRODUCED BY DEBTOR | COURTNEY | 2.90 | $1,044.00 |
| Dec 20 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS TO RINGTAIL DATABASE | GIBBONS | 7.00 | $1,820.00 |
| Dec 21 07 | REVIEW MEMORANDUM REGARDING TELEPHONE CONFERENCE WITH EXAMINER | WRIGHT | 0.60 | $252.00 |
| Dec 21 07 | REVIEW ADDITIONAL BOARD OF DIRECTOR MEETING PACKAGES AND MINUTES | WRIGHT | 1.00 | $420.00 |
| Dec 21 07 | CODE PAPER DOCUMENTS FOR CUSTODIAN KARINA DIAZ ON THE RINGTAIL DATABASE | DAVILAR | 5.50 | $1,265.00 |
| Dec 21 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 3.20 | $1,104.00 |
| Dec 21 07 | REVIEW CORRESPONDENCE FROM J. MCCAHEY REGARDING CONFERENCE CALL WITH THE EXAMINER | COURTNEY | 0.10 | $36.00 |
| Dec 21 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS TO RINGTAIL DATABASE | GIBBONS | 6.50 | $1,690.00 |
| Dec 26 07 | REVIEW MEMORANDUM REGRADING TELEPHONE CONFERENCE WITH EXAMINER AND ADDITIONAL KPMG DOCUMENTS | WRIGHT | 2.10 | $882.00 |
| Dec 26 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 8.20 | $2,829.00 |
| Dec 26 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS TO RINGTAIL DATABASE | GIBBONS | 4.50 | $1,170.00 |
| Dec 27 07 | CODE INFORMATION FOR ELECTRONIC DOCUMENTS TO RINGTAIL DATABASE | GIBBONS | 5.70 | $1,482.00 |
| Dec 28 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 3.40 | $1,173.00 |
| Dec 31 07 | REVIEW EXAMINER'S INTERIM REPORT | WRIGHT | 1.10 | $462.00 |
| Dec 31 07 | CONDUCT REVIEW AND ANALYSIS OF DOCUMENTS | VONGTAMA | 3.50 | $1,207.50 |

PROJECT CODE TOTALS   16                TOTAL VALUE:   $82,750.50     266.50

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 17 | | | | |
| Dec 04 07 | REVIEW HEARING AGENDA | FATELL | 0.10 | $60.00 |
| Dec 05 07 | REVIEW AGENDA AND DOCUMENTS TO PREPARE FOR OMNIBUS HEARING | FATELL | 0.80 | $480.00 |
| Dec 05 07 | DISCUSS AND FORWARD AMENDED AGENDA TO D. CARICKHOFF FOR DECEMBER 5, 2007 HEARING | MOODY | 0.20 | $40.00 |
| Dec 05 07 | PREPARE FOR AND ATTEND HEARING | CARICKHOFF | 1.30 | $546.00 |
| Dec 12 07 | PREPARE PLEADINGS FOR DECEMBER 12, 2007 HEARING | MOODY | 0.30 | $60.00 |
| Dec 12 07 | PREPARE FOR AND ATTEND HEARING | CARICKHOFF | 0.50 | $210.00 |
| PROJECT CODE TOTALS  17 | TOTAL VALUE:   $1,396.00 | | 3.20 | |

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 20 | | | | |
| Dec 04 07 | TRAVEL TO NEW YORK CITY FOR MEETING WITH CREDITORS COMMITTEE | FATELL | 1.20 | $720.00 |
| Dec 04 07 | RETURN TRAVEL TO PHILADELPHIA | FATELL | 1.20 | $720.00 |

PROJECT CODE TOTALS  20                    TOTAL VALUE:    $1,440.00      2.40

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  21 | | | | |
| Dec 11 07 | REVIEW NOTES REGARDING WARN LITIGATION TO PREPARE FOR CALL | FATELL | 0.20 | $120.00 |
| Dec 11 07 | TELECONFERENCE WITH DEBTORS' PROFESSIONALS, FTI AND HAHN & HESSEN REGARDING WARN ANALYSIS | FATELL | 1.00 | $600.00 |
| Dec 11 07 | RETRIEVE PLEADINGS FOR B. FATELL IN WARN ACT ADVERSARY MATTER | MOODY | 0.30 | $60.00 |
| Dec 11 07 | REVIEW DOCKET AND RETRIEVE AND E-MAIL TO B. FATELL CERTAIN SELECTED DOCUMENTS (WARN ACT) | MOODY | 0.50 | $100.00 |

| PROJECT CODE TOTALS  21 | TOTAL VALUE: | $880.00 | 2.00 |
|---|---|---|---|

Client Number/Name: 127340 NEW CENTURY OFFICIAL COMMITTEE OF
Matter Number/Name: 127340-01600 REPRESENTATION OF OFFICIAL COMMITTEE

| DATE | NARRATIVE | | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|---|-----------|-------|----------------|
| REPORT TOTALS | | TOTAL VALUE: | 110,366.50 | 327.90 | |