# Exhibit "B"

## NEW CENTURY OFFICIAL COMMITTEE
## EXPENSE SUMMARY
## DECEMBER 1 - 31, 2007

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | In-House @ $.24/minute | $9.98 |
| Courier and Express Services | Federal Express | $87.70 |
| Reproduction of Documents | In-House @ $.10/copy<br>Contracted Photocopying - Parcels | $138.30 |
| Hand Delivery Service | Parcels | $256.00 |
| Travel Expenses | S. Wright, B. Fatell | ($74.33) |
| **TOTAL** | | **$417.65** |

Case 07-10416-BLS   Doc 4780-3   Filed 01/31/08   Page 3 of 5

Billed and Unbilled Recap Of Cost Detail - [127340-01600 - REPRESENTATION OF OFFICIAL COMMITTEE]   Page 1
Client:127340 - NEW CENTURY OFFICIAL COMMITTEE OF   1/30/2008 2:13:14 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/27/2007 | 00020 | BONNIE G. FATELL | 48 | 1.00 | 19.00 | 19.00 | CAB FARE REIMBURSEMENT - BONNIE G. FATELL | 5458389 |
| | | | | | | | TRAVEL TO/FROM NY FOR COMMITTEE MEETING | |
| | | | | | | | Bank ID: 210 Check Number: 62146 | |
| | | Voucher=615902 Paid | | | | | Vendor=BONNIE G. FATELL  Balance= .00  Amount= 43.00 | |
| | | | | | | | Check #62146 01/29/2008 | |
| 11/27/2007 | 00020 | BONNIE G. FATELL | 06 | 1.00 | 24.00 | 24.00 | TRAVEL EXPENSE: PARKING, TOLLS - BONNIE G. | 5458390 |
| | | | | | | | FATELL TRAVEL TO/FROM NY FOR COMMITTEE MEETING | |
| | | | | | | | Bank ID: 210 Check Number: 62146 | |
| | | Voucher=615902 Paid | | | | | Vendor=BONNIE G. FATELL  Balance= .00  Amount= 43.00 | |
| | | | | | | | Check #62146 01/29/2008 | |
| 12/02/2007 | 05923 | MICHELLE G. COURTNEY | 220 | 1.00 | 27.78 | 27.78 | SEAMLESSWEB BUSINESS MEALS | 5403977 |
| | | | | | | | Invoice Number: 278641 | |
| | | | | | | | Order ID: 70426284 | |
| 12/03/2007 | 00020 | BONNIE G. FATELL | 10 | 32.00 | 0.24 | 7.68 | LONG DISTANCE TELEPHONE CALLS | 5416555 |
| 12/03/2007 | 02432 | TAMARA L. MOODY | 30 | 10.00 | 0.10 | 1.00 | REPRODUCTION OF DOCUMENTS | 5423456 |
| 12/05/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.40 | 10.40 | FEDERAL EXPRESS | 5427022 |
| | | | | | | | Invoice: 241648277 | |
| | | | | | | | Tracking: 711030829217 | |
| | | | | | | | Name:   SEE LABEL TO THE LEFT | |
| | | | | | | | Address1: 777 S. FIGUEROA ST., STE. 3700 | |
| | | | | | | | City,St,Z: LOS ANGELES, CA  90017 | |
| | | | | | | | Reference: 127340-01600 | |
| 12/05/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 6.82 | 6.82 | FEDERAL EXPRESS | 5427023 |
| | | | | | | | Invoice: 241648277 | |
| | | | | | | | Tracking: 711030829228 | |
| | | | | | | | Name:   SEE LABEL TO THE LEFT | |
| | | | | | | | Address1: 488 MADISON AVE., 14 & 15TH FL | |
| | | | | | | | City,St,Z: NEW YORK CITY, NY  10022 | |
| | | | | | | | Reference: 127340-01600 | |
| 12/05/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.40 | 10.40 | FEDERAL EXPRESS | 5427026 |
| | | | | | | | Invoice: 241648277 | |
| | | | | | | | Tracking: 711030829239 | |
| | | | | | | | Name:   SEE LABEL TO THE LEFT | |
| | | | | | | | Address1: 18400 VON KARMAN AVE. | |
| | | | | | | | City,St,Z: IRVINE, CA  92612 | |
| | | | | | | | Reference: 127340-01600 | |
| 12/05/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 6.82 | 6.82 | FEDERAL EXPRESS | 5427029 |
| | | | | | | | Invoice: 241648277 | |
| | | | | | | | Tracking: 711030829240 | |
| | | | | | | | Name:   SEE LABEL TO THE LEFT | |
| | | | | | | | Address1: 9 WEST 57TH ST. | |
| | | | | | | | City,St,Z: NEW YORK CITY, NY  10019 | |
| | | | | | | | Reference: 127340-01600 | |
| 12/05/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 6.82 | 6.82 | FEDERAL EXPRESS | 5427031 |
| | | | | | | | Invoice: 241648277 | |
| | | | | | | | Tracking: 711030829250 | |
| | | | | | | | Name:   SEE LABEL TO THE LEFT | |
| | | | | | | | Address1: 1050 CONNECTICUT AVE., NW STE | |
| | | | | | | | City,St,Z: WASHINGTON, DC  20036 | |
| | | | | | | | Reference: 127340-01600 | |
| 12/05/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 9.17 | 9.17 | FEDERAL EXPRESS | 5427034 |
| | | | | | | | Invoice: 241648277 | |
| | | | | | | | Tracking: 711030829261 | |
| | | | | | | | Name:   SEE LABEL TO THE LEFT | |
| | | | | | | | Address1: 608 2ND AVE. S. | |
| | | | | | | | City,St,Z: MINNEAPOLIS, MN  55479 | |
| | | | | | | | Reference: 127340-01600 | |
| 12/05/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 6.82 | 6.82 | FEDERAL EXPRESS | 5427037 |
| | | | | | | | Invoice: 241648277 | |
| | | | | | | | Tracking: 711030829272 | |
| | | | | | | | Name:   SEE LABEL TO THE LEFT | |
| | | | | | | | Address1: 101 PARK AVE. | |
| | | | | | | | City,St,Z: NEW YORK, NY  10178 | |
| | | | | | | | Reference: 127340-01600 | |

Case 07-10416-BLS   Doc 4780-3   Filed 01/31/08   Page 4 of 5

Billed and Unbilled Recap Of Cost Detail - [127340-01600 - REPRESENTATION OF OFFICIAL COMMITTEE]   Page 2
Client:127340 - NEW CENTURY OFFICIAL COMMITTEE OF   1/30/2008 2:13:14 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/05/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 9.65 | 9.65 | FEDERAL EXPRESS | 5427040 |
| | | | | | | | Invoice: 241648277 | |
| | | | | | | | Tracking: 711030829283 | |
| | | | | | | | Name: SEE LABEL TO THE LEFT | |
| | | | | | | | Address1: 325 N. ST. PAUL, STE. 1275 | |
| | | | | | | | City,St,Z: DALLAS, TX 75201 | |
| | | | | | | | Reference: 127340-01600 | |
| 12/05/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.40 | 10.40 | FEDERAL EXPRESS | 5427043 |
| | | | | | | | Invoice: 241648277 | |
| | | | | | | | Tracking: 711030829294 | |
| | | | | | | | Name: SEE LABEL TO THE LEFT | |
| | | | | | | | Address1: 400 S. HOPE ST. | |
| | | | | | | | City,St,Z: LOS ANGELES, CA 90071 | |
| | | | | | | | Reference: 127340-01600 | |
| 12/05/2007 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.40 | 10.40 | FEDERAL EXPRESS | 5427046 |
| | | | | | | | Invoice: 241648277 | |
| | | | | | | | Tracking: 711030829309 | |
| | | | | | | | Name: SEE LABEL TO THE LEFT | |
| | | | | | | | Address1: 275 BATTERY ST. | |
| | | | | | | | City,St,Z: SAN FRANCISCO, CA 94111 | |
| | | | | | | | Reference: 127340-01600 | |
| 12/06/2007 | 00020 | BONNIE G. FATELL | 30 | 26.00 | 0.10 | 2.60 | REPRODUCTION OF DOCUMENTS | 5419861 |
| 12/07/2007 | 00020 | BONNIE G. FATELL | 10 | 4.00 | 0.24 | 0.96 | LONG DISTANCE TELEPHONE CALLS | 5416556 |
| 12/11/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 18.00 | 18.00 | HAND DELIVERY SERVICE | 5458042 |
| 12/11/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 205.00 | 205.00 | HAND DELIVERY SERVICE | 5458043 |
| 12/11/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 18.00 | 18.00 | HAND DELIVERY SERVICE | 5458044 |
| 12/11/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE | 5458066 |
| 12/11/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE | 5458067 |
| 12/11/2007 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE | 5458068 |
| 12/11/2007 | 08413 | SHAWN WRIGHT | 64CRED | 1.00 | -197.00 | -197.00 | Passenger: WRIGHT/SHAWN | 5474774 |
| | | | | | | | 64CRED TRAVEL EXPENSE: TRAIN FARE CREDIT | |
| | | | | | | | Travel Date: 11/19/2007 | |
| | | | | | | | Invoice #: 43741 | |
| | | | | | | | Flt NYP BWI | |
| | | | | | | | Ticket #:7089918792 | |
| 12/16/2007 | 05923 | MICHELLE G. COURTNEY | 220 | 1.00 | 23.07 | 23.07 | SEAMLESSWEB BUSINESS MEALS | 5428360 |
| | | | | | | | Invoice Number: 284112 | |
| | | | | | | | Order ID: 71328204 | |
| 12/16/2007 | 05923 | MICHELLE G. COURTNEY | 220 | 1.00 | 28.82 | 28.82 | SEAMLESSWEB BUSINESS MEALS | 5428361 |
| | | | | | | | Invoice Number: 284112 | |
| | | | | | | | Order ID: 71438901 | |
| 12/17/2007 | 00020 | BONNIE G. FATELL | 10 | 1.00 | 0.98 | 0.98 | LONG DISTANCE TELEPHONE CALLS | 5430886 |
| 12/17/2007 | 00020 | BONNIE G. FATELL | 10 | 1.00 | 0.12 | 0.12 | LONG DISTANCE TELEPHONE CALLS | 5430887 |
| 12/18/2007 | 02432 | TAMARA L. MOODY | 30 | 25.00 | 0.10 | 2.50 | REPRODUCTION OF DOCUMENTS | 5430888 |
| 12/19/2007 | 00020 | BONNIE G. FATELL | 10 | 1.00 | 0.22 | 0.22 | LONG DISTANCE TELEPHONE CALLS | 5430885 |
| 12/19/2007 | 02432 | TAMARA L. MOODY | 30 | 863.00 | 0.10 | 86.30 | REPRODUCTION OF DOCUMENTS | 5430889 |
| 12/19/2007 | 02432 | TAMARA L. MOODY | 30 | 219.00 | 0.10 | 21.90 | REPRODUCTION OF DOCUMENTS | 5430890 |
| 12/27/2007 | 00020 | BONNIE G. FATELL | 10 | 1.00 | 0.02 | 0.02 | LONG DISTANCE TELEPHONE CALLS | 5438027 |
| 12/27/2007 | 00020 | BONNIE G. FATELL | 30 | 72.00 | 0.10 | 7.20 | REPRODUCTION OF DOCUMENTS | 5438028 |
| 12/27/2007 | 00020 | BONNIE G. FATELL | 30 | 24.00 | 0.10 | 2.40 | REPRODUCTION OF DOCUMENTS | 5438029 |
| 12/28/2007 | 00020 | BONNIE G. FATELL | 30 | 144.00 | 0.10 | 14.40 | REPRODUCTION OF DOCUMENTS | 5453758 |
| | | UNBILLED TOTALS: WORK | | | | 417.65 | 36 records | |

Case 07-10416-BLS   Doc 4780-3   Filed 01/31/08   Page 5 of 5

Billed and Unbilled Recap Of Cost Detail - [127340-01600 - REPRESENTATION OF OFFICIAL COMMITTEE]   Page 3
Client:127340 - NEW CENTURY OFFICIAL COMMITTEE OF   1/30/2008 2:13:14 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | UNBILLED TOTALS: BILL: | | | | 417.65 | | |
| | | GRAND TOTAL: WORK: | | | | 417.65 | 36 records | |
| | | GRAND TOTAL: BILL: | | | | 417.65 | | |