# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

NEW CENTURY TRS HOLDINGS, INC. A
DELAWARE CORPORATION, *et al.*
    Debtor

Case No 07-10416
(Chapter 11

Ref: Docket No. 526 & 1163

## AFFIDAVIT

I solemnly declare and affirm under the penalties of perjury this 21st day of January, 2008 that the foregoing is true and correct to the best of my knowledge, information and belief:

1.    That pursuant Paragraph 2 of the Court's June 07, 2007 Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings, America's Servicing Company (hereinafter referred to as "ASC") by the undersigned counsel provided notice of the foreclosure to the Debtors and the Official Committee of Unsecured Creditors in writing November 26, 2007. See composite Exhibit A attached hereto.

2.    That pursuant to Paragraph 3 of the Court's June 07, 2007 Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings, America's Servicing Company (hereinafter referred to as "ASC") by the undersigned counsel provided a single notice covering multiple properties referenced on the attached Exhibit.

3. That pursuant toParagraph 4 of the Court's June 07, 2007 Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings, America's Servicing Company (hereinafter referred to as "ASC") by the undersigned counsel made payment to the Debtors' estate in the amount of $1000.00. See attached Exhibit.

4. That pursuant to Paragraph 4(b), Debtors sent acknowledgement of receipt to ASC. See attached Exhibit B.

5. That 30 days have passed as of December 26, 2007 and Debtors have failed to take any action to prevent the first lien from foreclosing.

*/s/ John D. Schlotter*
John D. Schlotter, Georgia Bar No. 629456
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 300076
770-643-2730 (voice)
770-643-4217 (fax)
jds@mccallaraymer.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No.: 07-10416 (KJC) |
| INC., A Delaware Corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors | : | |
| | : | Re: Docket Nos. 526 & 1163 |
| | : | |

NOTICE OF FORECLOSURE

Comes now America's Servicing Company (hereinafter referred to as "ASC") by an through counsel and states the following pursuant to the Order entered in the above-entitled case on June 7, 2007 Establishing Procedures fro Relief from the Automatic Stay for certain Foreclosure proceedings:

ASC is the servicer for the One Hundred Four (104) loans listed on Exhibit 'A" attached hereto, which exhibit provides the loan number, name of borrower, information as to fair market value of the real property, the value of ASC's lien, the status of the foreclosure proceeding and the location of the foreclosure proceeding, for each of said loans, upon which the Debtor's estate, has a junior lien interest.

Due to the overall volume of documentation, copies of the Loan Documents evidencing each of said loan, the Broker Price Opinions showing market value of the real property, Pay Off Summaries and Foreclosure Documentation for each of said loans will be sent to the Debtors, to New Century Mortgage Corporation and to the Official Committee of Unsecured Creditors to the addresses provided in the above mentioned order by United Parcel Service, concurrently with the service of this Notice.

Pursuant to the terms of the above mentioned Order, payment in the amount of $1,000.00,

made payable to News Century Mortgage Company will be included with the copy of this Notice which is served upon Counsel for the Debtors.

WHEREFORE, ASC respectfully requests that the Automatic Stay be deemed lifted without further Order of the Court, within 30 days of receipt of this Notice, upon failure of Debtors to take further action in accordance with the provisions of the above mentioned Order.

Dated: November 26, 2007

Respectfully Submitted,

John D. Schlotter, Georgia Bar No.: 629456
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA    30076
Phone (770) 643-2730 / Fax: (770) 643-4217
Email: jds@mccallaraymer.com

**EXHIBIT 'A'**

| Loan Num | Borrower Name | Property Address | BPO Date | BPO Amount | Estimated Payoff | Equity Analysis | Contractual Due Date | Foreclosure Start Date | Location of Foreclosure Action | Foreclosure Status | Sale Date and Time | Location of Sale | Foreclosure Att. Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127072673 | Jeremy Steele | 1316 Nail Parkway, Moore, OK 73160 | 7/25/2007 | $99,900.00 | $77,404.01 | $22,495.99 | 11/1/2006 | Petition 7/18/2007 | Cleveland County, Oklahoma | On Hold | Not Set | N/A | BAER & TIMBERLAKE, PC |
| 1100144364 | Anthony Rucker | 6819 Stoney River Drive, Spring, TX 77379 | 6/10/2007 | $115,000.00 | $115,890.64 | $(890.64) | 3/1/2007 | Notice 6/22/2007 | Harris County, Texas | On Hold | Not Set | N/A | BARRETT BURKE WILSON |
| 1100145421 | Jose E Varela | 506 Hackberry Avenue, Mission, TX 78572 | 6/20/2007 | $155,000.00 | $155,476.51 | $(476.51) | 6/1/2007 | Notice 6/29/2007 | Hidalgo County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON |
| 1100181142 | Joshua Rosales | 58 Briar Hollow Lane 303, Houston, TX 77027 | 2/16/2007 | $379,000.00 | $417,259.85 | $(38,259.85) | 10/1/2006 | Notice 4/4/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON |
| 1127041073 | Mark Stamper | 13457 Cottage Grove Drive, Frisco, TX 75034 | 6/15/2007 | $294,900.00 | $306,154.67 | $(11,254.67) | 9/1/2006 | Notice 4/18/2007 | Denton County, Texas | On Hold | Not Reset | Denton County, Texas | BARRETT BURKE WILSON |
| 1127102966 | Al C. Fleming | 612 Campbell Lane, Denton TX 76209 | 5/2/2007 | $73,900.00 | $95,294.61 | ($21,394.61) | 6/1/2006 | Notice 9/27/2006 | Denton County, Texas | On Hold | Not Reset | Debton County, Texas | BARRETT BURKE WILSON |
| 1127045698 | Mary and Thomas Harris | 1626 Glen Avenue, Dallas TX 75216 | 4/26/2007 | $84,900.00 | $139,352.53 | ($55,452.53) | 2/1/2006 | Notice 4/6/2007 | Dallas County, Texas | On Hold | Not Reset | Dallas County, Texas | BARRETT BURKE WILSON |
| 1127046070 | Marcia F Bonneau | 7854 Lark Ridge, San Antonio, TX 78250 | 7/7/2007 | $123,000.00 | $106,756.86 | $16,243.14 | 4/1/2007 | Notice 7/13/2007 | Bexar County, Texas | On Hold | Not Reset | Bexar County, Texas | BARRETT BURKE WILSON |
| 1127046792 | Rebecca Paris | 13610 Sommersworth Drive, Houston, TX 77040 | 6/14/2007 | $154,900.00 | $134,140.84 | $20,759.16 | 3/1/2007 | Notice 6/21/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON |
| 1127058302 | Juanita Bustos | 6810 Windfilled Circle, Corpus Christi, TX 78414 | 7/9/2007 | $192,650.00 | $204,772.23 | $(12,122.23) | 4/1/2007 | Notice 7/12/2007 | Nueces County, Texas | On Hold | Not Reset | Nueces County, Texas | BARRETT BURKE WILSON |
| 1127058397 | Irma Moore and Herman Moore | 7523 Saddleridge Drive, Dallas, TX 75249 | 6/8/2007 | $219,900.00 | $211,589.60 | $8,310.40 | 3/1/2007 | Notice 6/15/2007 | Dallas County, Texas | On Hold | Not Reset | Dallas County, Texas | BARRETT BURKE WILSON |
| 1127058642 | Sharon Davidson and Nancy Long | 21607 Faivel Lake Drive, Spring, TX 77388 | 3/15/2007 | $151,000.00 | $132,153.51 | $18,846.49 | 4/1/2007 | Notice 7/12/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON |
| 1127058658 | Carl Evans Jr | 404 Bandstand Lane, Cedar Park, TX 78613 | 7/7/2007 | $139,000.00 | $138,110.85 | $889.15 | 4/1/2007 | Notice 7/12/2007 | Williamson County, Texas | On Hold | Not Reset | Williamson County, Texas | BARRETT BURKE WILSON |

| Loan # | Borrower | Address | Date | Amount | Balance | Loss | Date 2 | Notice | County | Status | Reset | County 2 | Firm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127059261 | Gregory Williams | 4906 Canterbury Way, Houston, TX 77069 | 5/7/2007 | $289,000.00 | $325,695.32 | $(36,695.32) | 4/1/2006 | Notice 5/11/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON |
| 1127060621 | James Wesley Elder | 219 Regal Court, Royse City, TX 75189 | 5/25/2007 | $163,000.00 | $134,534.69 | $28,465.31 | 2/1/2007 | Notice 5/18/2007 | Collin County, Texas | On Hold | Not Reset | Collin County, Texas | BARRETT BURKE WILSON |
| 1127061030 | Johnny D Delay | 2508 Chinaberry Drive, Bedford, TX 76021 | 5/8/2007 | $135,900.00 | $132,337.52 | $3,562.48 | 3/1/2007 | Notice 7/5/2007 | Tarrant County, Texas | On Hold | Not Reset | Tarrant County, Texas | BARRETT BURKE WILSON |
| 1127061033 | Saheb Khafaji | 4748 Old Bent Tree Lane, Dallas, TX 75287 | 7/22/2007 | $51,000.00 | $60,323.25 | $(9,323.25) | 10/1/2006 | Notice 5/21/2007 | Collin County, Texas | On Hold | Not Reset | Collin County, Texas | BARRETT BURKE WILSON |
| 1127061044 | Vince Bias | 2337 Light Shore Drive, Dallas, TX 75228 | 6/7/2007 | $122,000.00 | $142,666.41 | $(20,666.41) | 3/1/2007 | Notice 6/20/007 | Dallas County, Texas | On Hold | Not Reset | Dallas County, Texas | BARRETT BURKE WILSON |
| 1127072867 | James Ferguson Jr | 12834 Schiller Park Lane, Houston, TX 77014 | 4/9/2007 | $128,000.00 | $115,840.36 | $12,159.64 | 2/1/2007 | Notice 5/16/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON |
| 1127075372 | Tomas A Gomez | 138 Aguila Drive, Brownsville, TX 78521 | 2/8/2007 | $66,900.00 | $95,265.70 | $(28,365.70) | 10/1/2006 | Notice 4/5/2007 | Cameron County, Texas | On Hold | Not Reset | Cameron County, Texas | BARRETT BURKE WILSON |
| 1127076532 | Trung Dang | 15222 Snow Hill Court, Sugar Land, TX 77478 | 4/30/2007 | $195,000.00 | $187,049.61 | $7,950.39 | 12/1/2006 | Notice 3/23/2007 | Fort Bend County, Texas | On Hold | Not Reset | Fort Bend County, Texas | BARRETT BURKE WILSON |
| 1127099903 | Ricky Burns | 1547 Cape Cod Drive, Dallas, TX 75216 | 6/8/2007 | $71,000.00 | $71,168.12 | $(168.12) | 8/1/2006 | Notice 4/9/2007 | Dallas County, Texas | On Hold | Not Reset | Dallas County, Texas | BARRETT BURKE WILSON |
| 1127100186 | Michael T Phillips and Rochelle D Phillips | 112 Magnolia Street, Anna, TX 75409 | 4/23/2007 | $119,900.00 | $131,579.00 | $(11,679.00) | 11/1/2006 | Notice 7/16/2007 | Collin County, Texas | | Not Reset | Collin County, Texas | BARRETT BURKE WILSON |
| 1300023321 | Mell and Virginia Maza | 1903 Lancaster Gate Drive, Round Rock, TX 78664 | 2/17/2007 | $123,500.00 | $119,529.59 | $3,970.41 | 11/1/2006 | Notice 5/11/2007 | Williamson County, Texas | On Hold | Not Reset | Williamson County, Texas | BARRETT BURKE WILSON |
| 1127106737 | Teresa Elaine Lambert | 204 Sea Gull Drive, Portland TX 78374 | 4/13/2007 | $157,900.00 | $169,829.14 | ($11,929.14) | 11/1/2006 | Notice 4/5/2007 | San Patricio County, Texas | On Hold | Not Reset | San Patricio County, Texas | BARRETT BURKE WILSON |
| 1127107232 | Alex Garcia | 2255 Braeswood Park Drive, Houston TX 77030 | 2/7/2007 | $200,000.00 | $188,475.73 | $11,524.27 | 11/1/2006 | Notice 12/18/2006 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON |
| 1127107478 | Juan Johnson | 4119 Nathans Park Place, Houston TX 77053 | 4/6/2007 | $154,900.00 | $170,446.45 | ($15,546.45) | 1/1/2007 | Notice 4/20/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON |
| 1127107820 | David Malveaux | 12318 Rosedown Lane, Frisco TX 75035 | 6/7/2007 | $294,500.00 | $363,769.02 | ($69,269.02) | 6/1/2006 | Notice 10/23/2006 | Collin County, Texas | On Hold | Not Reset | Collin County, Texas | BARRETT BURKE WILSON |

| Loan # | Borrower | Address | Date | Amount | Balance | Variance | Date2 | Notice | Date3 | County | Status | Reset | County2 | Firm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127107968 | Dion Wikerson | 1100 Marisa Lane, DeSoto, TX 75115 | 7/21/2007 | $310,000.00 | $417,277.87 | ($107,288.87) | 10/1/2006 | Notice 3/2/2007 | | Dallas County, Texas | On Hold | Not Reset | Dallas County, Texas | BARRETT BURKE WILSON |
| 1127108697 | Bryant Cavanaugh | 45075 Ridgewalk Drive, Houston TX 77053 | 5/7/2007 | $114,900.00 | $111,950.49 | $2,949.51 | 2/1/2007 | Notice 5/23/2007 | | Fort Bend County, Texas | On Hold | Not Reset | Fort Bend County, Texas | BARRETT BURKE WILSON |
| 1127109611 | Tina Agyapom aah | 16318 Camino Del Sol Drive, Houston TX 77083 | 5/14/2007 | $120,000.00 | $122,636.14 | ($2,636.14) | 9/1/2006 | Notice 5/14/2007 | | Fort Bend County, Texas | On Hold | Not Reset | Fort Bend County, Texas | BARRETT BURKE WILSON |
| 1134021907 | Sandra E and Clint L Smith | 23407 Little Wind Lane, Spring TX 77373 | 6/11/2007 | $89,900.00 | $101,113.86 | ($11,213.86) | 3/1/2007 | Notice 6/21/2007 | | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON |
| 1134023457 | Jimmie Penn | 1538 Exeter Drive, Dallas TX 75216 | 5/10/2007 | $32,000.00 | $70,982.22 | ($39,982.22) | 2/1/2007 | Notice 5/9/2007 | | Dallas County, Texas | On Hold | Not Reset | Dallas County, Texas | BARRETT BURKE WILSON |
| 1134023595 | Xuanoanh Ha and Liem Ton | 3208 Northwood Drive, Highland Village TX 75077 | 5/8/2007 | $399,000.00 | $494,345.30 | ($95,345.30) | 8/1/2007 | Notice 4/5/2007 | | Denton County, Texas | On Hold | Not Reset | Denton County, Texas | BARRETT BURKE WILSON |
| 1134026161 | Troy Rosales | 1310 Lebanon Avenue, Dallas TX 75208 | 2/6/2007 | $53,000.00 | $111,262.74 | ($58,262.74) | 11/1/2006 | Notice 2/16/2007 | | Dallas County, Texas | On Hold | Not Reset | Dallas County, Texas | BARRETT BURKE WILSON |
| 1134027589 | Rodney Jakes | 201 Main Street 3K, Houston TX 77002 | 4/9/2007 | $369,900.00 | $522,683.56 | ($152,783.56) | 1/1/2007 | Notice 4/20/2007 | | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON |
| 1134027640 | Rana Aoudi | 1808 Natucket Drive, Houston TX 77057 | 3/7/2007 | $910,000.00 | $1,146,718.96 | ($236,718.96) | 12/1/2006 | Notice 3/22/2007 | | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON |
| 1134028400 | Terance Charlot | 310 South Jensen Drive Unit A, Houston TX 77003 | 3/7/2007 | $187,500.00 | $267,181.11 | ($79,681.11) | 12/1/2006 | Notice 3/23/2007 | | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON |
| 1146004185 | George E Miller Jr | 2610 Hyland Park, Houston TX 77014 | 8/24/2007 | $125,900.00 | $128,638.62 | ($2,738.62) | 9/1/2006 | Notice 4/5/2007 | | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON |
| 1146005771 | Desiray E Wyatt Fields | 14710 Timber Cliff Lane, Cypress TX 77429 | 6/6/2007 | $139,900.00 | $137,126.95 | $2,776.05 | 3/1/2007 | Notice 6/28/2007 | | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON |
| 1146007550 | Chandra Hamilton | 205 Piccadilly Circle, Wylie TX 75098 | 6/8/2007 | $110,000.00 | $109,045.72 | $954.28 | 2/1/2007 | Notice 6/15/2007 | | Wylie Collin County, Texas | On Hold | Not Reset | Wylie Collin County, Texas | BARRETT BURKE WILSON |
| 1146028513 | Jason Kelley | 19126 East Birdsong, San Antonio TX 78256 | 9/5/2007 | $274,000.00 | $324,786.76 | $(50,786.76) | 12/1/2006 | Notice 3/23/2007 | | Bexar County, Texas | On Hold | Not Reset | Bexar County, Texas | BARRETT BURKE WILSON |
| 1146028593 | Nicole Jackson | 10715 Lake Riata Lane, Cypress TX 77433 | 7/8/2007 | $169,900.00 | $162,484.59 | $7,415.41 | 4/1/2007 | Notice 7/13/2007 | | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON |

| Loan # | Borrower | Property Address | Date | Amount | Balance | Loss | Date2 | Notice/Complaint | County | Status | Reset | County2 | Firm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1220005663 | Roderick Chatman | 2022 Greencourt Drive, Missouri City TX 77489 | 8/6/2007 | $ 63,900.00 | $93,044.38 | ($29,144.38) | 3/1/2007 | Notice 6/20/2007 | Fort Bend County, Texas | On Hold | Not Reset | Fort Bend County, Texas | BARRETT BURKE WILSON |
| 1220005888 | Jabar Akbar | 10727 Mandavilla Drive, Houston TX 77095 | 3/6/2007 | $269,900.00 | $349,762.61 | ($79,862.61) | 12/1/2006 | Notice 3/23/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON |
| 1220008723 | Sheridian Raven | 8690 Overhill Lane, Beaumont TX 77707 | 7/3/2007 | $ 93,500.00 | $100,120.26 | ($6,620.26) | 4/1/2006 | Notice 7/13/2007 | Jefferson County, Texas | On Hold | Not Reset | Jefferson County, Texas | BARRETT BURKE WILSON |
| 1220010329 | Sandra Fay Johnson | 7202 McArdle Road 116, Corpus Christi TX 78412 | 4/11/2007 | $132,900.00 | $147,653.98 | ($14,753.98) | 1/1/2007 | Notice 4/16/2007 | Nueces County, Texas | On Hold | Not Reset | Nueces County, Texas | BARRETT BURKE WILSON |
| 1220010530 | David L Garza | 103 Baffin Bay Drive, Laredo TX 78041 | 3/19/2007 | $259,000.00 | $333,486.05 | ($74,486.05) | 10/1/2007 | Notice 4/5/2007 | Webb County, Texas | On Hold | Not Reset | Webb County, Texas | BARRETT BURKE WILSON |
| 1220010796 | Janice Hendley | 18926 Squirrel Oaks Drive, Magnolia TX 77355 | 5/16/2007 | $157,000.00 | $150,207.63 | $6,792.37 | 12/1/2006 | Notice 5/23/2007 | Montgomery County, Texas | On Hold | Not Reset | Montgomery County, Texas | BARRETT BURKE WILSON |
| 1127102193 | Shartel L. Brown | 6911 River Road, Richmond TX 77469 | 4/30/2007 | $125,900.00 | $139,993.92 | ($14,093.92) | 7/1/2006 | Notice 6/11/2007 | Fort Bend County, Texas | On Hold | Not Reset | Fort Bend County, Texas | BARRETT BURKE WILSON |
| 1127102689 | Rina Chum | 2511 Forge Creek Road, Houston TX 77067 | 7/10/2007 | $116,000.00 | $132,338.61 | ($16,338.61) | 4/1/2007 | Notice 6/13/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON |
| 1100146408 | Douglas K Zywiciel | 3213 Impressions Drive, Lake in the Hills, IL 60156 | 9/25/2007 | $195,900.00 | $176,340.83 | $ 19,559.17 | 1/1/2006 | Notice 2/5/2007 | Mchenry Countt, Illinois | On Hold | Not Set | McHenry County, Illinois | FREEDMAN ANSELMO |
| 1127058340 | Delia G Posadas | 5324 Fairfield Avenue South, Chicago, IL 60632 | 6/14/2007 | $305,000.00 | $299,644.96 | $ 5,355.04 | 6/1/2006 | Complaint filed 9/22/2007 | Cook County, Illinois | On Hold | Not Set | Cook County, Illinois | FREEDMAN ANSELMO |
| 1127059138 | Lenardo Smith and Elizabeth Alston | 13940 South Atlantic Avenue, Riverdale, IL 60827 | 2/20/2007 | $137,500.00 | $113,970.65 | $ 23,529.35 | 3/1/2007 | Complaint filed 7/11/2007 | Cook County, Illinois | On Hold | Not Set | Cook County, Illinois | FREEDMAN ANSELMO |
| 1127072998 | Imran Waheed | 5039 Kilbourn Avenue North, Chicago, IL 60630 | 6/7/2007 | $325,000.00 | $363,233.75 | $ (38,233.75) | 6/1/2006 | Complaint filed 10/3/2007 | Cook County, Illinois | On Hold | Not Set | Cook County, Illinois | FREEDMAN ANSELMO |
| 1134021459 | Rita A Johnson | 6436 Washtenaw Ave S, Chicago IL 60629 | 6/23/2007 | $130,000.00 | $198,061.23 | ($68,061.23) | 7/1/2006 | Complaint filed 11/13/2006 | Cook County, Illinois | On Hold | Not Set | Cook County, Illinois | FREEDMAN ANSELMO |
| 1134028196 Complete | Vidas M Tauras | 713 Chicago Ave, Downers Grove IL 60515 | 7/24/2007 | $900,000.00 | $816,842.69 | $83,157.31 | 8/1/2006 | Complaint filed 2/9/2007 | DuPage County, Illinois | On Hold | Not Set | DuPage County, Illinois | FREEDMAN ANSELMO |

| | | Address | | | | | | | Complaint filed | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1146027930 | Jonathan L Stewart | 1121 104th St W, Chicago IL 60643 | 6/14/2007 | $149,900.00 | $127,244.81 | | $22,655.19 | 7/1/2006 | Complaint filed 10/17/2006 | Cook County, Illinois | On Hold | Not Set | Cook County, Illinois | FREEDMAN ANSELMO |
| 1220006097 | Keli J Phillipp | 924 Gateshead Dr, Naperville IL 60565 | 7/21/2007 | $899,900.00 | $881,821.67 | | $18,078.33 | 11/1/2006 | Complaint filed 3/1/2007 | Wills County Illinois | Sale Scheduled | 1/9/2008 12:00pm | Wills County Courthouse, Joliet, Illinois | FREEDMAN ANSELMO |
| 1220010670 | Codie E Amburgey | 10231 Major Ave 307, Oak Lawn IL 60453 | 6/8/2007 | $155,000.00 | $145,944.92 | | $9,055.08 | 8/1/2006 | Complaint filed 11/22/2006 | Cook County, Illinois | On Hold | Not Set | Cook County, Illinois | FREEDMAN ANSELMO |
| 1134022937 | Jose Zarate Ramirez & Maria Mercedes Lopez | 805 Caballo Hills Ave, Las Vegas NV 89101 | 3/12/2007 | $315,000.00 | $296,584.11 | | $18,415.89 | 12/1/2006 | Notice 3/19/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT |
| 1134023347 | Tommy C. Yriarte | 2766 Grande Valley Drive, Las Vegas NV 89135 | 7/24/2007 | $345,000.00 | $390,765.99 | | $45,765.99 | 10/1/2006 | Notice 2/15/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT |
| 1134027150 | Eliazar Torres Ricardo | 2009 Walnut Ave, Las Vegas NV 89101 | 7/20/2007 | $169,900.00 | $211,899.90 | ($41,999.90) | | 10/1/2007 | Notice 1/29/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT |
| 1134027922 | Jose Vasquez Calvillo | 6380 W. Ottawa Court, Sun Valley NV 89433 | 3/8/2007 | $252,500.00 | $255,417.40 | ($2,917.40) | | 12/1/2006 | Notice 3/16/2007 | Washoe County, Nevada | On Hold | Not Set | Washoe Conty, Nevada | NATIONAL DEFAULT |
| 1146004527 | Chandler G Dearing | 207 Gordon Lane, Dayton NV 89403 | 3/8/2007 | $260,000.00 | $240,279.37 | | $19,720.63 | 12/1/2006 | Notice 4/25/2007 | Lyon Conty, Nevada | On Hold | Not Set | Lyon County, Nevada | NATIONAL DEFAULT |
| 1146006379 | Sherry and Jason Hawkins | 3008 Myrtle Creek Ct, North Las Vegas NV 89032 | 7/11/2007 | $260,900.00 | $237,939.56 | | $22,960.44 | 4/1/2007 | Notice 7/11/2006 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT |
| 1100136334 | Elaine Sta Iglesia | 80 Roiser Circle, Sacramento, CA 95833 | 4/18/2007 | $390,000.00 | $442,814.76 | $ (52,814.76) | | 10/1/2006 | Notice 4/10/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC |
| 1100144074 | Jessica Ho | 56 Wakefield Avenue, Daly City, CA 94015 | 4/16/2007 | $765,000.00 | $666,186.10 | $ 98,813.90 | | 12/1/2006 | Notice 4/10/2007 | San Mateo County, California | On Hold | Not Set | San Mateo County, California | NDEX WEST, LLC |
| 1100182442 | Zenaida Lastimosa | 593 Main Street, Jacinto, CA 92583 | 71607 | $145,000.00 | $ 220,104.77 | $ (75,104.77) | | 10/1/2006 | Notice 3/15/2007 | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC |
| 1100185302 | Ruth C Velasquez | 1255 Michigan Avenue, Beaumont, CA 92223 | 6/6/2007 | $253,000.00 | $ 294,617.48 | $ (41,617.48) | | 10/1/2006 | Notice 4/5/2007 | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC |
| 1100186861 | Christopher D Channer | 45400 Fairbanks Avenue, Lancaster, CA 93534 | 2/7/2007 | $372,000.00 | $ 361,527.30 | | $ 10,472.70 | 11/1/2006 | Notice 2/14/2007 | Los Angeles County, California | On Hold | Not Set | Los Angeles, County, California | NDEX WEST, LLC |

| Loan # | Borrower | Property Address | Date | Amount | Balance | Diff | Date2 | Notice | County | Status | Sale Date | County2 | Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127043571 | Johan A Londah and Ester Taniwel | 22626 Cardinal Street, Grand Terrace, CA 92313 | 3/20/2007 | $350,000.00 | $353,437.40 | $ (3,437.40) | 12/1/2006 | Notice 3/5/2007 | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC |
| 1127103032 | Celso De Rosa | 601 N Glenrose Drive, Orange CA 92869 | 5/6/2007 | $659,000.00 | $527,134.67 | $131,865.33 | 2/1/2007 | Notice 5/15/2007 | Orange County, California | On Hold | Not Set | Orange County, California | NDEX WEST, LLC |
| 1127044404 | Orlanda Haynes | 8113 Northern Oak Circle, Sacramento, CA 95828 | 8/14/2007 | $291,000.00 | $313,161.01 | $ (22,161.01) | 5/1/2007 | Notice 8/16/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC |
| 1127059691 | Joseph Vien | 8146 Kingsbridge Drive, Sacramento, CA 95829 | 3/15/2007 | $305,000.00 | $315,867.84 | $ (10,867.84) | 12/1/2006 | Notice 3/6/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC |
| 1127073391 | Ronald A Ebeling | 7185 Alturas Drive, Joshua Tree, CA 92252 | 3/6/2007 | $219,900.00 | $252,484.89 | $ (32,584.89) | 12/1/2006 | Notice 3/5/2007 | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC |
| 1127100292 | Florence W Mwangi | 5606 Alamitos Street, Montclair, CA 91763 | 3/20/2007 | $415,000.00 | $368,162.23 | $ 46,837.77 | 12/1/2006 | Notice 3/6/2007 | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC |
| 1127105232 | Clement K Wong | 5725 Birchwood Drive, Lancaster CA 92509 | 8/10/2007 | $405,000.00 | $351,101.76 | $53,898.24 | 5/1/2007 | Notice 8/3/2007 | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC |
| 1127105842 | Reynaldo Barrios | 2709 Pridemore Avenue, Modesto CA 95355 | 7/23/2007 | $250,000.00 | $303,313.13 | ($53,313) | 4/1/2007 | Notice 7/6/2007 | Stanislaus County, California | On Hold | Not Set | Stanislaus County, California | NDEX WEST, LLC |
| 1127106424 | Araceli Samayoa | 13727 Andean Court, Victorville CA 92394 | 8/10/2007 | $295,000.00 | $342,388.88 | ($47,388.88) | 5/1/2007 | Notice 8/3/2007 | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC |
| 1127106431 | Trevor Thompson | 18629 Road 26, Madera CA 93638 | 4/13/2007 | $425,000.00 | $410,012.45 | $14,987.55 | 11/1/2006 | Notice 5/11/2007 | Madera County, California | On Hold | Not Set | Madera County, California | NDEX WEST, LLC |
| 1127107092 | Sergio Soto | 2361 S. Karen Ave, Fresno CA 93725 | 5/9/2007 | $254,000.00 | $244,447.95 | $9,552.05 | 2/1/2007 | Notice 5/3/2007 | Fresno County, California | On Hold | Not Set | Fresno County, California | NDEX WEST, LLC |
| 1134019911 | Ramon Orosco | 22103 Schoolcraft Street, Los Angeles CA 91303 | 4/19/2007 | $530,000.00 | $ 622,517.47 | (92,517.47) | 1/1/2007 | Notice 3/5/2007 | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC |
| 1134020101 | Efijenia H Navarrete | 858 Dorchester St, Thousand Oaks CA 91360 | 2/28/2007 | $539,000.00 | $473,074.96 | $65,925.04 | 12/1/2006 | Notice 2/19/2007 | Ventura County, California | On Hold | Not Set | Ventura County, California | NDEX WEST, LLC |
| 1134020621 | Enrique V Olivaries | 52 2nd Avenue, Chula Vista CA 91911 | 5/10/2007 | $409,000.00 | $460,535.77 | ($51,535.77) | 2/1/2007 | Notice 5/4/2007 | San Diego County, California | On Hold | Not Set | San Diego County, California | NDEX WEST, LLC |

| Loan # | Borrower | Property Address | Date | Amount | Balance | Amount2 | Date2 | Notice | Notice Date | County | Status | Sale Date | County2 | Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1134022351 | Natasha Wallace | 9593 Peridot Avenue, Hesperia CA 92344 | 8/12/2007 | $450,000.00 | $385,194.83 | $64,805.17 | 5/1/2007 | Notice | 8/3/2007 | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC |
| 1134022485 | Aydee Castillo | 2752 Aries Ln, Riverside CA 92503 | 5/10/2007 | $369,900.00 | $339,442.21 | $30,477.79 | 2/1/2007 | Notice | 5/3/2007 | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC |
| 1134023942 | Baldomero A Ferrancol & Lina G Ferrancol | 17836 South Hobart Blvd, Gardena CA 90248 | 8/11/2007 | $500,000.00 | $$452,902.69 | $47,097.31 | 5/1/2007 | Notice | 8/7/2007 | Los Angeles County, California | On Hold | Not Set | Los Angeles County, California | NDEX WEST, LLC |
| 1134027176 | Hector Palmomares | 13827 Norbeck Drive, La Mirada CA 90638 | 5/11/2007 | $515,000.00 | $465,283.09 | $49,716.91 | 2/1/2007 | Notice | 5/7/2007 | Los Angeles County, California | On Hold | Not Set | Los Angeles County, California | NDEX WEST, LLC |
| 1134027771 | Carlito H Yuson | 1623 Catherine Dr W, Anaheim CA 92801 | 8/12/2007 | $512,900.00 | $480,285.18 | $32,614.82 | 12/1/2006 | Notice | 4/6/2007 | Orange County, California | On Hold | Not Set | Orange County, California | NDEX WEST, LLC |
| 1134027902 | Joseph C Burgum & Barbara Burgum | 7185 Mission Grove Pkwy, Riverside CA 92506 | 5/10/2007 | $479,900.00 | $453,507.06 | $26,392.94 | 02/01/07 | Notice | 5/3/2007 | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC |
| 1134028033 | Nadine Jefford & Dale Jefford | 506 Prairie Falcon Ct El Dorado Hills CA 95762 | 4/12/2007 | $635,000.00 | $730,537.70 | ($95,537.70) | 1/1/2007 | Notice | 4/5/2007 | El Dorado County, California | On Hold | Not Set | El Dorado County, California | NDEX WEST, LLC |
| 1134028153 | Marionette Webb | 13602 Cypress Ave, Victorville CA 92395 | 4/12/2007 | $230,000.00 | $253,051.18 | ($23,051.18) | 1/1/2007 | Notice | 4/6/2007 | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC |
| 1134030201 | Efrian Montoya | 3272 Michigan Avenue, South Gate CA 90280 | 6/29/2007 | $455,000.00 | $567,868.37 | ($112,868.37) | 12/1/2006 | Notice | 3/5/2007 | Los Angeles County, California | On Hold | Not Set | Los Angeles County, California | NDEX WEST, LLC |
| 1146004631 | Miguel A Ramirez | 4707 Mapleplain Ave, Elk Grove CA 95758 | 3/8/2007 | $344,000.00 | $376,912.82 | ($32,912.82) | 12/1/2006 | Notice | 3/7/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC |
| 1127075234 | Rodelio P Cacatian | 9325 38th Avenue South, Seattle, WA 98118 | 6/9/2007 | $320,000.00 | $ 282,865.61 | $ 37,134.39 | 3/1/2007 | Notice | 6/18/2007 | King County, Washington | On Hold | Not Set | King County, Washington | NORTHWEST TRUSTEE |
| 1127100386 | Leonard Ewing and Sandy Ewing | 1420 23rd Avenue Southeast, Pullyap, WA 98372 | 6/8/2007 | $295,000.00 | $ 244,014.11 | $ 50,985.89 | 3/1/2007 | Notice | 6/8/2007 | Pierce County Washington | On Hold | Not Set | Pierce County, Washington | NORTHWEST TRUSTEE |
| 1127101127 | Susanah Smith | 800 and 802 Beekman Avenue, Medford, OR 97501 | 5/18/2007 | $235,000.00 | $ 255,266.84 | $ (20,266.84) | 8/1/2006 | Notice | 12/5/2006 | Jackson County, Oregon | On Hold | Not Reset | Jackson County, Oregon | NORTHWEST TRUSTEE |

| | | Address | | | | Notice | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1134028139 | Kimberly D Scurrah | 17210 SE 30th Street, Vancouver, WA 98683 | 6/6/2007 | $329,500.00 | $285,965.82 | $43,534.18 | 7/1/2007 | Notice 6/6/2007 | Clark County, Washington | On Hold | Not Set | Clark County, Washington | NORTHWEST TRUSTEE |
| 1127106841 | Tarrance Atkins | 10601 Northeast 19th Ave, Vancouver WA 98686 | 8/12/2007 | $237,500.00 | $211,268.94 | $26,231.06 | 10/1/2006 | Notice 2/9/2007 | Clark County, Washington | On Hold | Not Set | Clark County, Washington | NORTHWEST TRUSTEE |
| 1127108869 | Jerome Stevens, Jr. | 8681 W Stirrup Street, Boise ID 83709 | 3/8/2007 | $214,900.00 | $179,381.05 | $35,518.95 | 11/1/2006 | Notice 3/22/2007 | Ada County, Idaho | On Hold | Not Reset | Ada Conty, Idaho | NORTHWEST TRUSTEE |
| 1134021619 | Jodee M. Reddin | 2632 E 17th Street, Bremerton WA 98310 | 7/20/2007 | $245,000.00 | $322,019.80 | ($77,019.80) | 10/1/2006 | Notice 2/8/2007 | Kitsap County, Washington | On Hold | Not Reset | Kitsap County, Washington | NORTHWEST TRUSTEE |
| 1134023436 | Thinh Pham | 10809 SE 172nd Street, Renton WA 98055 | 6/14/2007 | $195,000.00 | $199,387.21 | ($4,387.21) | 9/1/2006 | Notice 12/7/2006 | King County, Washington | On Hold | Not Reset | King County, Washington | NORTHWEST TRUSTEE |
| 1220008064 | Joeseph E Bateman and Rachel C Batemane | 323 Park St, Gaston OR 97119 | 8/2/2007 | $195,000.00 | $167,000.24 | $27,999.76 | 8/1/2006 | Notice 1/7/2007 | Washington County, Oregon | On Hold | Not Reset | Washington County, Oregon | NORTHWEST TRUSTEE |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Foreclosure were mailed by first class mail, postage prepaid, this 26th day of November, 2007, to the following parties listed below:

_____
John D. Schlotter, Georgia Bar No.: 629456

O'Melveny & Myers LLP
Suzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
275 Battery Street
San Francisco, CA 94111


Charles Houston
VP Litigation and Regulatory Counsel
3121 Michelson Drive
Irvine, CA              92612-0515


Hahn & Hessen LLP
Mark T. Power
Mark S. Indelcato
Jeffrey L Schwartz
488 Madison Avenue
14th and 15th Floor
New York, NY 10022

| | | 34710 |
|---|---|---|
| **MCCALLA RAYMER, LLC** <br> **LITIGATION OPERATING ACCOUNT** <br> 6 CONCOURSE PARKWAY SUITE 3200 <br> ATLANTA, GA 30328 | Wachovia <br> Wachovia Bank, N.A. <br> wachovia.com <br> 64-22/610 | 11-26-2007 |

PAY TO THE ORDER OF  New Century Mortgage Company                $   $1,000.00

One Thousand Dollars & 00/100 _____ DOLLARS

New Century Mortgage Company

MEMO   ASC First Notice Re 6/7/07 Order

_[signature]_ MP
AUTHORIZED SIGNATURE

⑊034710⑊ ⑈061000227⑈ 20000 26 180 151⑊

**John Schlotter**

**From:** Jerominski, Ann [jerominski@RLF.com]
**Sent:** Monday, December 03, 2007 3:04 PM
**To:** John Schlotter
**Subject:** New Century

Mr. Schlotter:

This will serve to acknowledge receipt of your notice dated November 26, 2007 regarding ASC's foreclosure of 104 loans. Your notice was received in this office on November 30, 2007.

Thank you.

*Ann Jerominski, RP*
Registered Paralegal
**Richards, Layton & Finger, P.A.**
920 North King Street
Wilmington, Delaware 19801
Direct: 302.651.7886
General: 302.651.7700
Fax: 302.651.7701
Email: jerominski@rlf.com


Ann Jerominski
Registered Paralegal
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Phone: 302-651-7886
Fax: 302-784-7158
Email: jerominski@RLF.com

Richards, Layton and Finger, P.A. is not providing any advice with respect to any federal tax issue in connection with this matter.

The information contained in this e-mail message is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

12/3/2007