# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS,<br>INC.,<br><br>                  Debtors. | Chapter 11<br>Case Nos. 07-10416-KJC, *et seq.* |

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket No. _____)*

Pursuant to the Court's June 7, 2007 Order Establishing Procedures for Relief from the

Automatic Stay for Certain Foreclosure Proceedings (Docket No. 1163) (the "Procedures

Order"), America's Servicing Company ("Movant") having complied with the procedures and

made the notices required thereunder; without opposition; the Court having determined that (A)

the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a

core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. §

1409(a); and (D) service to the limited parties stated on the Certificate of Service of the

certification of counsel filed in connection with this order is adequate under the circumstances;

and the Court having further determined that cause exists to grant Movant relief from the

automatic stay with respect to Movant's exercise of any rights and remedies against each parcel

of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties")

under applicable non-bankruptcy law on behalf of the parties identified thereupon; it is

HEREBY ORDERED as follows:

1.      To the extent that the automatic stay is applicable, Movant is hereby granted relief

from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any mortgage, deed of trust, lien, or other encumbrance relating to such Properties.

2.       Nothing in this order (i) shall constitute a determination that New Century TRS Holdings, Inc. and its affiliated debtors (the "Debtors") hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

3.       This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).


Date:_____          _____
        Wilmington, Delaware                HONORABLE KEVIN J. CAREY
                                            UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

| Loan Num | Borrower Name | Property Address | BPO Date | BPO Amount | Estimated Payoff | Equity Analysis | Contractual Due Date | Foreclosure Start Date | Location of Action | Foreclosure Status | Sale Date and Time | Location of Sale | Foreclosure Att Name | Name of Party to Foreclose on behalf of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127072873 | Jeremy Steele | 1316 Nall Parkway, Moore, OK 73160 | 7/25/2007 | $ 99,900.00 | $ 77,404.01 | $ 22,495.99 | 11/1/2006 | Petition 7/18/2007 | Cleveland County, Oklahoma | On Hold | Not Set | N/A | BAER & TIMBERLAKE, PC | Deutsche Bank National Trust Company, As Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-Nc4 |
| 1100144364 | Anthony Rucker | 6819 Stoney River Drive, Spring, TX 77379 | 6/10/2007 | $ 115,000.00 | $ 115,890.64 | $ (890.64) | 3/1/2007 | Notice 6/22/2007 | Harris County, Texas | On Hold | Not Set | N/A | BARRETT BURKE WILSON | U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-10 |
| 1100145421 | Jose E Varela | 506 Hackberry Avenue, Mission, TX 78572 | 6/20/2007 | $ 155,000.00 | $ 155,476.51 | $ (476.51) | 6/1/2007 | Notice 6/29/2007 | Hidalgo County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON | U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1100181142 | Joshua Rosales | 58 Briar Hollow Lane 303, Houston, TX 77027 | 2/16/2007 | $ 379,000.00 | $ 417,259.85 | $ (38,259.85) | 10/1/2006 | Notice 4/18/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON | U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1127041073 | Mark Stamper | 13457 Cottage Grove Drive, Frisco, TX 75034 | 6/15/2007 | $ 294,900.00 | $ 306,154.67 | $ (11,254.67) | 9/1/2006 | Notice 4/4/2007 | Denton County, Texas | On Hold | Not Reset | Denton County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company, As Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127102966 | Al C. Fleming | 612 Campbell Lane, Denton TX 76209 | 5/2/2007 | $73,900.00 | $95,294.61 | ($21,394.61) | 6/1/2006 | Notice 9/27/2006 | Denton County, Texas | On Hold | Not Reset | Dallas County, Texas | BARRETT BURKE WILSON | FV-I Inc. |
| 1127045698 | Mary and Thomas Harris | 1626 Glen Avenue, Dallas TX 75216 | 4/26/2007 | $84,900.00 | $139,352.53 | ($55,452.53) | 2/1/2006 | Notice 4/6/2007 | Dallas County, Texas | On Hold | Not Reset | Dallas County, Texas | BARRETT BURKE WILSON | FV-I Inc. |
| 1127046070 | Marcia F Bonneau | 7854 Lark Ridge, San Antonio, TX 78250 | 7/7/2007 | $ 123,000.00 | $ 106,756.86 | $ 16,243.14 | 4/1/2007 | Notice 7/13/2007 | Bexar County, Texas | On Hold | Not Reset | Bexar County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley Loan Trust, 2006-NC2 |
| 1127046792 | Rebecca Paris | 13610 Sommersworth Drive,Houston, TX 77040 | 6/14/2007 | $ 154,900.00 | $ 134,140.84 | $ 20,759.16 | 3/1/2007 | Notice 6/21/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley Loan Trust, 2006-NC2 |
| 1127058302 | Juanita Bustos | 6810 Windfilled Circle, Corpus Christi, TX 78414 | 7/9/2007 | $ 192,650.00 | $ 204,772.23 | $ (12,122.23) | 4/1/2007 | Notice 7/12/2007 | Nueces County, Texas | On Hold | Not Reset | Nueces County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127058397 | Ima Moore and Herman Moore | 7523 Saddleridge Drive, Dallas, TX 75249 | 6/8/2007 | $ 219,900.00 | $ 211,589.60 | $ 8,310.40 | 3/1/2007 | Notice 6/15/2007 | Dallas County, Texas | On Hold | Not Reset | Dallas County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127058642 | Sharon Davidson and Nancy Long | 21607 Falvel Lake Drive, Spring, TX 77388 | 3/15/2007 | $ 151,000.00 | $ 132,153.51 | $ 18,846.49 | 4/1/2007 | Notice 7/12/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127058658 | Carl Evans Jr | 404 Bandstand Lane, Cedar Park, TX 78613 | 7/7/2007 | $ 139,000.00 | $ 139,110.85 | $ 889.15 | 4/1/2007 | Notice 7/12/2007 | Williamson County, Texas | On Hold | Not Reset | Williamson County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127059261 | Gregory Williams | 4906 Canterbury Way, Houston, TX 77069 | 5/7/2007 | $ 289,000.00 | $ 325,695.32 | $ (36,695.32) | 4/1/2006 | Notice 5/11/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON | FV-I Inc. |
| 1127060621 | James Wesley Elder | 219 Regal Court, Royse City, TX 75189 | 5/25/2007 | $ 163,000.00 | $ 134,534.69 | $ 28,465.31 | 2/1/2007 | Notice 5/18/2007 | Collin County, Texas | On Hold | Not Reset | Collin County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127061030 | Johnny D Delay | 2506 Chinaberry Drive, Bedford, TX 76021 | 5/8/2007 | $ 135,900.00 | $ 132,337.52 | $ 3,562.48 | 3/1/2007 | Notice 7/5/2007 | Tarrant County, Texas | On Hold | Not Reset | Tarrant County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |

| ID | Name | Address | Date | Amount | Amount | Amount | Notice | County | Status | Reset | County | Firm | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127061033 | Saheb Khafaji | 4748 Old Bent Tree Lane, Dallas, TX 75287 | 7/22/2007 | $ 51,000.00 | $ 60,323.25 | $ (9,323.25) | 10/1/2006 Notice 5/21/2007 | Collin County, Texas | On Hold | Not Reset | Collin County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127061044 | Vince Bias | 2357 Light Shore Drive, Dallas, TX 75228 | 6/7/2007 | $ 122,000.00 | $ 142,666.41 | $ (20,666.41) | 3/1/2007 Notice 6/2/2007 | Dallas County, Texas | On Hold | Not Reset | Dallas County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127072867 | James Ferguson Jr | 2834 Schiller Park Lane, Houston, TX 77014 | 4/9/2007 | $ 128,000.00 | $ 115,840.36 | $ 12,159.64 | 2/1/2007 Notice 5/16/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley Loan Trust, 2006-HE4 |
| 1127075372 | Tomas A Gomez | 138 Aguila Drive, Brownsville, TX 78521 | 2/8/2007 | $ 66,900.00 | $ 95,265.70 | $ (28,365.70) | 10/1/2006 Notice 4/5/2007 | Cameron County, Texas | On Hold | Not Reset | Cameron County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley Loan Trust, 2006-HE4 |
| 1127076532 | Trung Dang | 15222 Snow Hill Court, Sugar Land, TX 77478 | 4/30/2007 | $ 195,000.00 | $ 187,049.61 | $ 7,950.39 | 12/1/2006 Notice 3/23/2007 | Fort Bend County, Texas | On Hold | Not Reset | Fort Bend County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley Loan Trust, 2006-HE4 |
| 1127099903 | Ricky Burns | 1547 Cape Cod Drive, Dallas, TX 75216 | 6/8/2007 | $ 71,000.00 | $ 71,168.12 | $ (168.12) | 8/1/2006 Notice 4/9/2007 | Dallas County, Texas | On Hold | Not Reset | Dallas County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley Loan Trust, Inc. Trust 2006-NC4 |
| 1127100186 | Michael T Phillips and Rochelle D Phillips | 112 Magnolia Street, Anna, TX 75409 | 4/23/2007 | $ 119,900.00 | $ 131,579.00 | $ (11,679.00) | 11/1/2006 Notice 7/16/2007 | Collin County, Texas | On Hold | Not Reset | Collin County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley Loan Trust, 2006-HE5 |
| 130023321 | Mell and Virginia Maza | 1903 Lancaster Gate Drive, Round Rock, TX 78664 | 2/17/2007 | $ 123,500.00 | $ 119,529.59 | $ 3,970.41 | 11/1/2006 Notice 5/11/2007 | Williamson County, Texas | On Hold | Not Reset | Williamson County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company, as Trustee for HSBC Bank ( USA), Inc..Series HASCO 2006-HE1 |
| 1127106737 | Teresa Elaine Lambert | 204 Sea Gull Drive, Portland TX 78374 | 4/13/2007 | $157,900.00 | $169,829.14 | ($11,929.14) | 11/1/2006 Notice 4/5/2007 | San Patricio County, Texas | On Hold | Not Reset | San Patricio County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC4 |
| 1127107232 | Alex Garcia | 2255 Braeswood Park Drive, Houston TX 77030 | 2/7/2007 | $200,000.00 | $188,475.73 | $11,524.27 | 11/1/2006 Notice 12/18/2006 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC4 |
| 1127107478 | Juan Johnson | 4119 Nathans Park Place, Houston TX 77053 | 4/6/2007 | $154,900.00 | $170,446.45 | ($15,546.45) | 1/1/2007 Notice 4/20/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC4 |
| 1127107820 | David Malveaux | 12318 Rosedown Lane, Frisco TX 75035 | 6/7/2007 | $294,500.00 | $363,769.02 | ($69,269.02) | 6/1/2006 Notice 10/23/2006 | Collin County, Texas | On Hold | Not Reset | Collin County, Texas | BARRETT BURKE WILSON | FV4 Inc. |
| 1127107968 | Dion Wilkerson | 1100 Marisa Lane, DeSoto, TX 75115 | 7/21/2007 | $310,000.00 | $417,277.87 | ($107,288.87) | 10/1/2006 Notice 3/2/2007 | Dallas County, Texas | On Hold | Not Reset | Dallas County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC4 |
| 1127108697 | Bryant Cavanaugh | 45075 Ridgewalk Drive, Houston TX 77053 | 5/7/2007 | $114,900.00 | $111,950.49 | $2,949.51 | 2/1/2007 Notice 5/23/2007 | Fort Bend County, Texas | On Hold | Not Reset | Fort Bend County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC4 |
| 1127109611 | Tina Agyapom aah | 16316 Camino Del Sol Drive, Houston TX 77083 | 5/14/2007 | $120,000.00 | $122,636.14 | ($2,636.14) | 9/1/2006 Notice 5/14/2007 | Fort Bend County, Texas | On Hold | Not Reset | Fort Bend County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC4 |
| 1134021907 | Sandra E and Clint L Smith | 23407 Little Wind Lane, Spring TX 77373 | 6/11/2007 | $ 89,900.00 | $101,113.86 | ($11,213.86) | 3/1/2007 Notice 6/21/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON | US Bank Natinal Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006 NC1 |
| 1134023457 | Jimmie Penn | 1538 Exeter Drive, Dallas TX 75216 | 5/10/2007 | $ 32,000.00 | $70,982.22 | ($39,982.22) | 2/1/2007 Notice 5/9/2007 | Dallas County, Texas | On Hold | Not Reset | Dallas County, Texas | BARRETT BURKE WILSON | US Bank Natinal Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006 NC1 |

Case 07-10416-BLS    Doc 4781-3    Filed 01/31/08    Page 7 of 11

| Account | Name | Address | Date | Amount 1 | Amount 2 | Amount 3 | Notice | Notice Date | County | Status | Reset | County | Firm | Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1134023595 | Xuanoanh Ha and Liem Ton | 3208 Northwood Drive, Highland Village TX 75077 | 5/8/2007 | $399,000.00 | ($95,345.30) | $494,345.30 | Notice 8/1/2007 | 4/5/2007 | Denton County, Texas | On Hold | Not Reset | Denton County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006 NC1 |
| 1134026161 | Troy Rosales | 1310 Lebanon Avenue, Dallas TX 75208 | 2/6/2007 | $ 53,000.00 | ($58,262.74) | $111,262.74 | Notice 11/1/2006 | 2/16/2007 | Dallas County, Texas | On Hold | Not Reset | Dallas County, Texas | BARRETT BURKE WILSON | US Bank Natinal Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006 NC2 |
| 1134027589 | Rodney Jakes | 201 Main Street 3K, Houston TX 77002 | 4/9/2007 | $369,900.00 | ($152,783.56) | $522,683.56 | Notice 1/1/2007 | 4/20/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON | US Bank Natinal Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006 NC2 |
| 1134027640 | Rana Aoudi | 1808 Natucket Drive, Houston TX 77057 | 3/7/2007 | $910,000.00 | ($236,718.96) | $1,146,718.96 | Notice 12/1/2006 | 3/22/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON | US Bank Natinal Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006 NC2 |
| 1134028400 | Terance Charlot | 310 South Jensen Drive Unit A, Houston TX 77003 | 3/7/2007 | $187,500.00 | ($79,681.11) | $267,181.11 | Notice 12/1/2006 | 3/23/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006 NC2 |
| 1146004185 | George E Miller Jr | 2610 Hyland Park, Houston TX 77014 | 8/24/2007 | $125,900.00 | ($2,738.62) | $128,638.62 | Notice 9/1/2006 | 4/5/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON | US Bank National Association, As Trustee for MASTR Asset Backed Securities Trust 2006-NC1 |
| 1146005771 | Desiray E Wyatt Fields | 14710 Timber Cliff Lane, Cypress TX 77429 | 6/6/2007 | $139,900.00 | $2,776.05 | $137,126.95 | Notice 3/1/2007 | 6/28/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON | US Bank National Association, As Trustee for MASTR Asset Backed Securities Trust 2006-NC1 |
| 1146007550 | Chandra Hamilton | 205 Piccadilly Circle, Wylie TX 75098 | 6/8/2007 | $110,000.00 | $954.28 | $109,045.72 | Notice 2/1/2007 | 6/15/2007 | Wylie Collin County, Texas | On Hold | Not Reset | Wylie Collin County, Texas | BARRETT BURKE WILSON | US Bank National Association, As Trustee for MASTR Asset Backed Securities Trust 2006-NC1 |
| 1146028513 | Jason Kelley | 19126 East Birdsong, San Antonio TX 78256 | 9/5/2007 | $274,000.00 | $ (50,786.76) | $324,786.76 | Notice 12/1/2006 | 3/23/2007 | Bexar County, Texas | On Hold | Not Reset | Bexar County, Texas | BARRETT BURKE WILSON | US Bank National Association, As Trustee for MASTR Asset Backed Securities Trust 2006-HE2 |
| 1146028593 | Nicole Jackson | 10715 Lake Riata Lane, Cypress TX 77433 | 7/8/2007 | $169,900.00 | $7,415.41 | $162,484.59 | Notice 4/1/2007 | 7/13/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-HE2 |
| 1220005663 | Roderick Chatman | 2022 Greencourt Drive, Missouri City TX 77489 | 8/6/2007 | $ 63,900.00 | ($29,144.38) | $93,044.38 | Notice 3/1/2007 | 6/20/2007 | Fort Bend County, Texas | On Hold | Not Reset | Fort Bend County, Texas | BARRETT BURKE WILSON | U.S Bank National Association, as Trustee for Mortgage Pass-Through Certificates, Series 2006-NC2 |
| 1220005888 | Jabar Akbar | 10727 Mandawilla Drive, Houston TX 77095 | 3/6/2007 | $269,900.00 | ($79,862.61) | $349,762.61 | Notice 12/1/2006 | 3/23/2007 | Harris County, Texas | On Hold | Not Reset | Harris County, Texas | BARRETT BURKE WILSON | U.S. Bank National Association, as Trustee for Mortgage Pass-Through Certificates, Series 2006-NC2 |
| 1220008723 | Sheridian Raven | 8690 Overhill Lane, Beaumont TX 77707 | 7/3/2007 | $ 93,500.00 | ($36,620.26) | $100,120.26 | Notice 4/1/2006 | 7/13/2007 | Jefferson County, Texas | On Hold | Not Reset | Jefferson County, Texas | BARRETT BURKE WILSON | U.S. Bank National Association, as Trustee for Mortgage Pass-Through Certificates, Series 2006-NC1 |
| 1220010329 | Sandra Fay Johnson | 7202 McArdle Road 116, Corpus Christi TX 78412 | 4/11/2007 | $132,900.00 | ($14,753.98) | $147,653.98 | Notice 1/1/2007 | 4/16/2007 | Nueces County, Texas | On Hold | Not Reset | Nueces County, Texas | BARRETT BURKE WILSON | U.S.Bank National Association, as Trustee for Mortgage Pass-Through Certificates, Series 2006-HC2 |
| 1220010530 | David L Garza | 103 Baffin Bay Drive, Laredo TX 78041 | 3/19/2007 | $259,000.00 | ($74,486.05) | $333,486.05 | Notice 10/1/2007 | 4/5/2007 | Webb County, Texas | On Hold | Not Reset | Webb County, Texas | BARRETT BURKE WILSON | U.S.Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust, 2006-NC1 |
| 1220010796 | Janice Hendley | 18926 Squirrel Oaks Drive, Magnolia TX 77355 | 5/16/2007 | $157,000.00 | $6,792.37 | $150,207.63 | Notice 12/1/2006 | 5/23/2007 | Montgomery County, Texas | On Hold | Not Reset | Montgomery County, Texas | BARRETT BURKE WILSON | U.S.Bank National Association, As Trustee for Securitized Asset Backed Receivables LLC Trust, 2006-NC1 |
| 1127102193 | Shartel L Brown | 6911 River Road, Richmond TX 77469 | 4/30/2007 | $125,900.00 | ($14,093.92) | $139,993.92 | Notice 7/1/2006 | 6/11/2007 | Fort Bend County, Texas | On Hold | Not Reset | Fort Bend County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC4 |

| Case # | Borrower | Property Address | Date | Amount | Balance | Variance | Default Date | Notice | Notice Date | County | Status | Sale Reset | Court / County | Firm | Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127102689 | Rina Chum | 2511 Forge Creek Road, Houston TX 77067 | 7/10/2007 | $116,000.00 | $132,338.61 | ($16,338.61) | 4/1/2007 | Notice | 6/13/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC4 |
| 11001464408 | Douglas K Zweidel | 3213 Impressions Drive, Lake in the Hills, IL 60156 | 9/25/2007 | $195,900.00 | $176,340.83 | $19,559.17 | 1/1/2006 | Notice | 2/5/2007 | Mchenry Countt, Illinois | On Hold | Not Set | McHenry County, Illinois | FREEDMAN ANSELMO | U.S. Bank National Association, As Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1127055340 | Della G Posadas | 5324 Fairfield Avenue South, Chicago, IL 60632 | 6/14/2007 | $305,000.00 | $299,644.96 | $5,355.04 | 6/1/2006 | Complaint filed | 9/27/2007 | Cook County, Illinois | On Hold | Not Set | Cook County, Illinois | FREEDMAN ANSELMO | Deutsche Bank National Trust Company,as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127059138 | Lenardo Smith and Elizabeth Alston | 13940 South Atlantic Avenue, Riverdale, IL 60827 | 2/20/2007 | $137,500.00 | $113,970.65 | $23,529.35 | 3/1/2007 | Complaint filed | 7/11/2007 | Cook County, Illinois | On Hold | Not Set | Cook County, Illinois | FREEDMAN ANSELMO | Deutsche Bank National Trust Company, As Trustee for Morgan Stanley Loan Trust 2006-NC3 |
| 1127072998 | Imran Waheed | 5039 Kilbourn Avenue North, Chicago, IL 60630 | 6/7/2007 | $325,000.00 | $383,233.75 | ($38,233.75) | 6/1/2006 | Complaint filed | 10/3/2007 | Cook County, Illinois | On Hold | Not Set | Cook County, Illinois | FREEDMAN ANSELMO | FV-I Inc. |
| 1134021459 | Rita A Johnson | 6436 Washtenaw Ave S, Chicago, IL 60629 | 6/23/2007 | $130,000.00 | $198,061.23 | ($68,061.23) | 7/1/2006 | Complaint filed | 11/13/2006 | Cook County, Illinois | On Hold | Not Set | Cook County, Illinois | FREEDMAN ANSELMO | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1134028196 | Vidas M Complete Taurus | 713 Chicago Ave, Downers Grove IL 60515 | 7/24/2007 | $900,000.00 | $816,842.69 | $83,157.31 | 8/1/2006 | Complaint filed | 2/9/2007 | DuPage County, Illinois | On Hold | Not Set | DuPage County, Illinois | FREEDMAN ANSELMO | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2 |
| 1146027930 | Jonathan L Stewart | 1121 104th St W, Chicago IL 60643 | 6/14/2007 | $149,900.00 | $127,244.81 | $22,655.19 | 7/1/2006 | Complaint filed | 10/17/2006 | Cook County, Illinois | On Hold | Not Set | Cook County, Illinois | FREEDMAN ANSELMO | US Bank National Association, As Trustee for MASTR Asset Backed Securities Trust, 2006-HE2 |
| 1220006097 | Keil J Phillipp | 924 Gateshead Dr, Naperville IL 60565 | 7/21/2007 | $899,900.00 | $881,821.67 | $18,078.33 | 11/1/2006 | Complaint filed | 3/1/2007 | Wills County Illinois | Sale Scheduled | 1/9/2008 12:00pm | Wills County Courthouse, Joliet, Illinois | FREEDMAN ANSELMO | US Bank National Association, AS Trustee for Securitized Asset Backed Receivables LLC Trust, 2006-NC1 |
| 1220010670 | Codie E Amburgey | 10231 Major Ave 307, Oak Lawn IL 60453 | 6/8/2007 | $155,000.00 | $145,944.92 | $9,055.08 | 8/1/2006 | Complaint filed | 11/22/2006 | Cook County, Illinois | On Hold | Not Set | Cook County, Illinois | FREEDMAN ANSELMO | US Bank National Association, as Trustee for Mortgage Pass-Through Certificates, Series 2006-NC2 |
| 1134022937 | Jose Zarate Ramirez & Maria Mercedes Lopez | 805 Caballo Hills Ave, Las Vegas NV 89101 | 3/12/2007 | $315,000.00 | $296,584.11 | $18,415.89 | 12/1/2006 | Notice | 3/19/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1134023347 | Tommy C. Yriarte | 2766 Grande Valley Drive, Las Vegas NV 89135 | 7/24/2007 | $345,000.00 | $390,765.99 | $45,765.99 | 10/1/2006 | Notice | 2/15/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1134027150 | Eliazar Torres Ricardo | 2009 Walnut Ave, Las Vegas NV 89101 | 7/20/2007 | $169,900.00 | $211,899.90 | ($41,999.90) | 10/1/2007 | Notice | 1/29/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2 |
| 1134027922 | Jose Vasquez Calvillo | 6380 W. Ottawa Court, Sun Valley NV 89433 | 3/8/2007 | $252,500.00 | $255,417.40 | ($2,917.40) | 12/1/2006 | Notice | 3/16/2007 | Washoe County, Nevada | On Hold | Not Set | Washoe County, Nevada | NATIONAL DEFAULT | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2 |
| 1146004527 | Chandler G Dearing | 207 Gordon Lane, Dayton NV 89403 | 3/8/2007 | $260,000.00 | $240,279.37 | $19,720.63 | 12/1/2006 | Notice | 4/25/2007 | Lyon Conty, Nevada | On Hold | Not Set | Lyon County, Nevada | NATIONAL DEFAULT | US Bank National Association, As Trustee for MASTR Asset Backed Securities Trust, 2006-NC1 |

| Loan ID / Name | Borrower | Address | Date | Loan Amount | Claim Amount | Difference | Notice Date | Type | Sale Date | County/State | Status 1 | Status 2 | County/State | Trustee | Beneficiary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1146006379 Hawkins | Sherry and Jason Hawkins | 3008 Myrtle Creek Ct, North Las Vegas NV 89032 | 7/11/2007 | $260,900.00 | $237,939.56 | $22,960.44 | 4/1/2007 | Notice | 7/11/2006 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NDEX WEST, LLC | US Bank National Association, As Trustee for MASTR Asset Backed Securities Trust, 2006-NC1 Trust |
| 1100136334 Iglesia | Elaine Sta Iglesia | 812 Roister Circle, Sacramento, CA 95833 | 4/18/2007 | $390,000.00 | $442,814.76 | $(52,814.76) | 10/1/2006 | Notice | 4/10/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-8 |
| 1100144074 Ho | Jessica Ho | 56 Wakefield Avenue, Daly City, CA 94015 | 4/16/2007 | $765,000.00 | $666,186.10 | $98,813.90 | 12/1/2006 | Notice | 4/10/2007 | San Mateo County, California | On Hold | Not Set | San Mateo County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 110018244? Lastimosa | Zenaida Lastimosa | 593 Main Street, Jacinto, CA 92583 | 71607 | $145,000.00 | $220,104.77 | $(75,104.77) | 10/1/2006 | Notice | 3/15/2007 | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1100185302 Velazquez | Ruth C Velazquez | 1255 Michigan Avenue, Beaumont, CA 92223 | 6/6/2007 | $253,000.00 | $294,617.48 | $(41,617.48) | 10/1/2006 | Notice | 4/5/2007 | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1100186861 Channer | Christoph er D Channer | 45400 Fairbanks Avenue, Lancaster, CA 93534 | 2/7/2007 | $372,000.00 | $361,527.30 | $10,472.70 | 11/1/2006 | Notice | 2/14/2007 | Los Angeles County, California | On Hold | Not Set | Los Angeles County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1127043571 Tariwel | Johan A Loncah and Esder Tariwel | 22626 Cardinal Street, Grand Terrace, CA 92313 | 3/20/2007 | $350,000.00 | $353,437.40 | $(3,437.40) | 12/1/2006 | Notice | 3/5/2007 | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, As Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127103032 Rosa | Celso De Rosa | 601 N Glenrose Drive, Orange, CA 92869 | 5/6/2007 | $659,000.00 | $527,134.67 | $131,865.53 | 2/1/2007 | Notice | 5/15/2007 | Orange County, California | On Hold | Not Set | Orange County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-HE3 |
| 1127044404 Haynes | Orlanda Haynes | 8113 Northern Oak Circle, Sacramento, CA 95828 | 8/14/2007 | $291,000.00 | $313,161.01 | $(22,161.01) | 5/1/2007 | Notice | 8/16/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, As Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127059691 Vien | Joseph Vien | 8146 Kingsbridge Drive, Sacramento, CA 95829 | 3/15/2007 | $305,000.00 | $315,867.84 | $(10,667.84) | 12/1/2006 | Notice | 3/6/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-HE3 |
| 1127073391 Ebeling | Ronald A Ebeling | 7185 Alturas Drive, Joshua Tree, CA 92252 | 3/6/2007 | $219,900.00 | $252,484.89 | $(32,584.89) | 12/1/2006 | Notice | 3/5/2007 | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 |
| 1127100292 W Mwangi | Florence W Mwangi | 5606 Alamitos Street, Montclair, CA 91763 | 3/20/2007 | $415,000.00 | $368,162.23 | $46,837.77 | 12/1/2006 | Notice | 3/6/2007 | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 |
| 1127105232 Wong | Clement K Wong | 5725 Birchwood Drive, Lancaster, CA 92509 | 8/10/2007 | $405,000.00 | $351,101.76 | $53,898.24 | 5/1/2007 | Notice | 8/3/2007 | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 |
| 1127105842 Barrios | Reynaldo Barrios | 2709 Pridemore Avenue, Modesto, CA 95355 | 7/23/2007 | $250,000.00 | $303,313.13 | ($53,313) | 4/1/2007 | Notice | 7/6/2007 | Stanislaus County, California | On Hold | Not Set | Stanislaus County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 |
| 1127106424 Samayoa | Araceli Samayoa | 13727 Andean Court, Victorville, CA 92394 | 8/10/2007 | $295,000.00 | $342,388.88 | ($47,388.88) | 5/1/2007 | Notice | 8/3/2007 | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 |
| 1127106431 Thompson | Trevor Thompson | 18829 Road 26, Madera, CA 93638 | 4/13/2007 | $425,000.00 | $410,012.45 | $14,987.55 | 11/1/2006 | Notice | 5/11/2006 | Madera County, California | On Hold | Not Set | Madera County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 |

| Loan # | Borrower | Address | Date | Amount 1 | Amount 2 | Amount 3 | Notice Dates | Notice | County | On Hold | Not Set | County | Agent | Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127107092 | Sergio Soto | 2361 S. Karen Ave, Fresno CA 93725 | 5/9/2007 | $254,000.00 | $244,447.95 | $9,552.05 | 2/1/2007 5/3/2007 | Notice | Fresno County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 |
| 1134019911 | Ramon Orosco | 22103 Schoolcraft Street, Los Angeles CA 91303 | 4/19/2007 | $530,000.00 | 622,517.47 | (92,517.47) | 1/1/2007 3/5/2007 | Notice | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1134020101 | Elfjenia H Navarrete | 858 Dorchester St. Thousand Oaks CA 91360 | 2/28/2007 | $539,000.00 | $473,074.96 | $65,925.04 | 12/1/2007 2/19/2007 | Notice | Ventura County, California | On Hold | Not Set | Ventura County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1134020621 | Enrique V Olivaries | 52 2nd Avenue, Chula Vista CA 91911 | 5/10/2007 | $409,000.00 | $460,535.77 | ($51,535.77) | 2/1/2007 5/4/2007 | Notice | San Diego County, California | On Hold | Not Set | San Diego County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1134022351 | Natasha Wallace | 9593 Peridot Avenue, Hesperia CA 92344 | 8/12/2007 | $450,000.00 | 385,194.83 | $64,805.17 | 5/1/2007 8/3/2007 | Notice | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1134022485 | Aydee Castillo | 2752 Aries Ln, Riverside CA 92503 | 5/10/2007 | $369,900.00 | 339,442.21 | $30,477.79 | 2/1/2007 5/3/2007 | Notice | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1134023942 | Palomaro A Ferrancol & Lina G Ferrancol | 17836 South Hobart Blvd, Gardena CA 90248 | 8/11/2007 | $500,000.00 | $452,902.69 | $47,097.31 | 5/1/2007 8/7/2007 | Notice | Los Angeles County, California | On Hold | Not Set | Los Angeles County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1134027176 | Hector Palomares | 13827 Norbeck Drive, La Mirada CA 90638 | 5/11/2007 | $515,000.00 | $465,283.09 | $49,716.91 | 2/1/2007 5/7/2007 | Notice | Los Angeles County, California | On Hold | Not Set | Los Angeles County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2 |
| 1134027771 | Carlito H Yuson | 1620 Catherine Dr W, Anaheim CA 92801 | 8/12/2007 | $512,900.00 | $480,285.18 | $32,614.82 | 12/1/2006 4/6/2007 | Notice | Orange County, California | On Hold | Not Set | Orange County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2 |
| 1134027902 | Joseph C Burgum & Barbara Burgum | 7185 Mission Grove Pkwy, Riverside CA 92506 | 5/10/2007 | $479,900.00 | $453,507.06 | $26,392.94 | 02/01/07 5/3/2007 | Notice | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2 |
| 1134028033 | Nadine Jefford & Dale Jefford | 506 Prairie Falcon Ct El Dorado Hills CA 95762 | 4/12/2007 | $635,000.00 | $730,537.70 | ($95,537.70) | 1/1/2007 4/5/2007 | Notice | El Dorado County, California | On Hold | Not Set | El Dorado County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2 |
| 1134028153 | Marionette Webb | 13602 Cypress Ave, Victorville CA 92395 | 4/12/2007 | $230,000.00 | $253,051.18 | ($23,051.18) | 1/1/2007 4/6/2007 | Notice | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2 |
| 1134030201 | Efrian Montoya | 3272 Michigan Avenue, South Gate CA 90280 | 6/29/2007 | $455,000.00 | $567,868.37 | ($112,868.37) | 12/1/2006 3/5/2007 | Notice | Los Angeles County, California | On Hold | Not Set | Los Angeles County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2 |
| 1146004631 | Miguel A Ramirez | 4707 Mapleplain Ave, Elk Grove CA 95758 | 3/8/2007 | $344,000.00 | $376,912.82 | ($32,912.82) | 12/1/2006 3/7/2007 | Notice | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for MSTR Asset Backed Securities Trust 2006-NC1 |
| 1127075234 | Rodelio P Cacatian | 9325 38th Avenue South, Seattle, WA 98118 | 6/9/2007 | $320,000.00 | $282,865.61 | $37,134.39 | 3/1/2007 6/18/2007 | Notice | King County, Washington | On Hold | Not Set | King County, Washington | NORTHWEST TRUSTEE | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 |

| ID | Name | Address | Date | Amount | Amount | Amount | Notice | County | | | County | Trustee | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127100386 | Leonard Ewing and Sandy Ewing | 1420 23rd Avenue Southeast, Puyallup, WA 98372 | 6/8/2007 | $295,000.00 | $244,014.11 | $50,985.89 | 3/1/2007 6/8/2007 | Pierce County, Washington | On Hold | Not Set | Pierce County, Washington | NORTHWEST TRUSTEE | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 |
| 1127101127 | Susanah Smith | 800 and 802 Beekman Avenue, Medford, OR 97501 | 5/18/2007 | $235,000.00 | $255,266.84 | $(20,266.84) | 8/1/2006 12/5/2006 | Jackson County, Oregon | On Hold | Not Reset | Jackson County, Oregon | NORTHWEST TRUSTEE | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE5 |
| 1134028139 | Kimberly D Scurrah | 17210 SE 30th Street, Vancouver, WA 98683 | 6/6/2007 | $329,500.00 | $285,965.82 | $43,534.18 | 7/1/2007 6/6/2007 | Clark County, Washington | On Hold | Not Set | Clark County, Washington | NORTHWEST TRUSTEE | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2 |
| 1127106841 | Tarrance Atkins | 10501 Northeast 19th Ave, Vancouver WA 98686 | 8/12/2007 | $237,500.00 | $211,268.94 | $26,231.06 | 10/1/2006 2/9/2007 | Clark County, Washington | On Hold | Not Set | Clark County, Washington | NORTHWEST TRUSTEE | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 |
| 1127108669 | Jerome Stevens Jr. | 8681 W Stirrup Street, Boise ID 83709 | 3/8/2007 | $214,900.00 | $179,381.05 | $35,518.95 | 11/1/2006 3/22/2007 | Ada County, Idaho | On Hold | Not Reset | Ada Conty, Idaho | NORTHWEST TRUSTEE | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 |
| 1134021619 | Jodee M. Reddin | 2632 E 17th Street, Bremerton WA 98310 | 7/20/2007 | $245,000.00 | $322,019.80 | $(77,019.80) | 10/1/2006 2/8/2007 | Kitsap County, Washington | On Hold | Not Reset | Kitsap County, Washington | NORTHWEST TRUSTEE | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1134023436 | Thinh Pham | 10809 SE 172nd Street, Renton WA 98055 | 6/14/2007 | $195,000.00 | $199,387.21 | $(4,387.21) | 9/1/2006 12/7/2006 | King County, Washington | On Hold | Not Reset | King County, Washington | NORTHWEST TRUSTEE | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1220008064 | Joeseph E Bateman and Rachel C Bateman | 323 Park St, Gaston OR 97119 | 8/2/2007 | $195,000.00 | $167,000.24 | $27,999.76 | 8/1/2006 1/7/2007 | Washington County, Oregon | On Hold | Not Reset | Washington County, Oregon | NORTHWEST TRUSTEE | US Bank National Association, AS Trustee for Securitized Asset Backed Receivables LLC Trust, 2005-NC1 |