IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

JAN 3 0 2008

-----------------------------------------------------------x
: 
In re: :
 :
NEW CENTURY HOLDINGS, INC., a Delaware : Chapter 11
 :
Corporation, et al., : Case No. 07-10416 (KJC)
 :
               **Debtors** : Jointly Administered
 :
 : Hearing Date: February 6, 2008 at 1:30 p.m.
 :
 :
 :
 :
 :
 :
-----------------------------------------------------------x

**RESPONSE OF ERIN CONROY TO DEBTOR'S EIGHTH OMNIBUS OBJECTION:
SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. §§ 502 AND 507,
BANKRUPTCY RULES 3007 AND 9014, AND LOCAL RULE 3007-1 TO CERTAIN
BOOKS AND RECORDS CLAIMS**

I, Erin Elizabeth Conroy, respond to the debtor's motion as follows:

1.        I am a former employee of NC Capital Corporation and I hereby submit

this response in opposition to Debtor's Eighth Omnibus Objection to Certain Books Records

and Claims.  On June 7, 2007, I submitted my proofs of claim totaling $20,000 in unpaid

compensation.  On December 28, 2007, Debtors objected to this claim on that basis that

"Debtors have no record of this liability in their Books and Records."  For the foregoing reasons

Debtors' Claim lacks merit and Erin Conroy's Priority Proofs of Claim are valid and should not

be expunged or otherwise dissallowed.

2.        Pursuant to my employment letter I was owed a $20,000.00 "guaranteed"

1

bonus payable on May 15, 2007. Attached hereto as Exhibit A is a true and correct copy of my offer of employment letter, dated August 8, 2006. Debtor failed to pay my bonus on May 15, 2007. To date I have not been paid. Accordingly, there remains an existing and outstanding claim against Debtor.

3.      My offer of employment letter, dated August 8, 2006, states that my annual bonus will total $80,000, and will be "paid in four quarterly installments" on the dates of "November 15, 2006, February 15, 2007, May 15, 2007 and August 17, 2007" and that "the first year bonus is guaranteed." It was Debtors practice to pay and comply with the terms of my employment letter. I received the $20,000.00 bonus due and payable on November 15, 2006 and February 15, 2007. Those bonuses were compensation for the quarter ended 45 days prior to those dates (ie. for work completed in the prior fiscal quarter, paid quarterly in arrears plus 45 days). In both cases, money was fully earned and paid as stated in the offer letter.

4.      On May 15, 2007 (45 days after the end of the first fiscal quarter of 2007), the third of the four "guaranteed" bonus was not paid. Per my termination letter, a true and correct copy of which is attached hereto as Exhibit B, the date my employment with New Century terminated was May 17, 2007. Note, this termination date is two days after the third "guaranteed" bonus was due to me. Per the same pay schedule as the first two bonuses, this third bonus was due and payable for work completed 45 days prior to the date payable (or the first fiscal quarter of 2007, January 1, 2007 through March 30, 2007).

Based on the above and my first filed proofs of claim and this response, I request my claim be considered and allowed by this Court and that this Court order such additional relief as it deems just and proper.

Please direct further mailings to Erin Elizabeth Conroy, located at 167 East 67th

2

Street, Apartment 5F, New York, NY, 10065. Telephone calls should be directed to (267) 872-9080. I, Erin Elizabeth Conroy, possess ultimate authority to reconcile, settle, or otherwise resolve the claim on behalf of the claimant.

Respectfully submitted,

ERIN E. CONROY

DATE: January 29, 2008                By: _____

Erin Conroy
167 E. 67th St. Apt. #5F
New York, New York 10065

3

# EXHIBIT

# A

August 8, 2006


Erin Conroy
167 East 67th, Apt. 5F
New York, NY 10021

Dear Erin:

This will confirm the offer of employment made to you by NC Capital Corporation. The position offered is that of Senior Analyst, with an annual base salary of $120,000, located in Manhattan, NY. This position is Exempt.

You will be eligible to receive an annual bonus of $80,000. The first year bonus is guaranteed. You will receive the first year bonus in four quarterly installments, November 15, 2006, February 15, 2007, May 15, 2007 and August 15, 2007. You must be employed by NC Capital Corporation as of the aforementioned dates in order to receive your quarterly bonus. For subsequent years, your target annualized bonus is $80,000.00. This bonus after the first year will not be guaranteed and is subject to company and/or individual performance.

As agreed, your first day of employment with NC Capital Corporation will be on September 12, 2006.

As a New Century Associate, you will be eligible for certain benefit programs in accordance with the policies of such programs. If your hire date is before the 20th of the month, you will be eligible on the first of the next month. For example, if your hire date is June 14th, then you will be eligible for benefits on July 1st. If your hire date is after the 19th of the month, then you will be eligible the first of the following month. Example, if your hire date is June 20th, then you will be eligible for benefits on August 1st. These benefits include medical insurance, dental insurance, vision, group life, and disability insurance.

You will also be eligible to participate in the 401(k) plan on the 1st of the month following thirty (30) days of employment. Example, if your hire date was June 14th or June 20th, the eligibility date for the 401(k) Plan would be August 1st in both cases.

This offer is contingent upon completion of an application, acceptable references, receipt of satisfactory background validation, proof of identification and work authorization. Please bring acceptable forms of identification with you on your first day of employment in order to meet federal requirements and comply with company policy.

Please keep the terms of this offer confidential. By accepting this offer, you represent that your employment with NC Capital Corporation does not in any way breach any agreement, written or oral, with any prior employer and that you will not bring or disclose any prior employer's confidential information obtained by you during the course of your employment.

To indicate acceptance of this offer, please sign this letter in the space provided below and return it to me as soon as possible.

We look forward to having you join NC Capital Corporation.

Sincerely,

Evan Mitnick
SVP, Capital Markets

---

All employment with NC Capital Corporation is on an "at-will" basis and can be terminated, with or without cause, and with or without notice, at any time, at the option of either NC Capital Corporation or the Associate.

| | |
|---|---|
| _Erin Conroy_ | _8/11/06_ |
| Erin Conroy | Date |

# EXHIBIT

# B



**NEW CENTURY**
FINANCIAL CORPORATION

A  NEW  SHADE  OF  BLUE  CHIP™

May 4, 2007

Dear Associate:

As you are aware, New Century Financial Corporation has been facing several challenges during these difficult times in the sub-prime industry. As a result, it is with sincere regret that I notify you of New Century's decision to eliminate a substantial number of additional positions within the Company and its subsidiaries, New Century Mortgage Corporation and Home123 Corporation. Unfortunately, your position has been included among those being eliminated. Your last day of active employment with New Century is Friday, May 4, 2007. Please know that this reduction in force has been a difficult decision that New Century had to make.

In lieu of severance, New Century will provide you with continuous pay through Thursday, May 17, 2007, during which time you will be an inactive Associate. New Century will also include all unused, accrued vacation time in your final paycheck. Your employment with New Century will terminate on May 17, 2007. If you are currently enrolled in New Century's benefit plan, your benefits will continue through May 31, 2007. You will thereafter have an opportunity to continue your coverage via COBRA. Your COBRA notice will arrive under separate cover from UHC Direct Bill, who administers the COBRA benefit for New Century. You may contact UHC directly at (866) 747-0048, or New Century's Benefits Call Center at (800) 284-1874 if you have any questions.

Please be reminded that in connection with your employment with New Century, you signed a Confidentiality Agreement. By signing this Agreement, you agreed not to solicit, either for yourself or for others, any loans or business of New Century. You also agreed not to directly or indirectly solicit any New Century Associate for two years following your departure from the Company. In addition, the Agreement also provides that you agreed not to appropriate any confidential information obtained while employed by New Century to promote a private interest as a means of making a personal profit. The Confidentiality Agreement does not prohibit or limit in any way your right and ability to speak voluntarily or pursuant to subpoena to any local, state or federal government regulator or law enforcement personnel. We appreciate your adherence to these obligations.

As you are also aware, the Company and each of its Associates, including you, are under an ongoing legal duty and obligation to preserve and retain any documents and information, in whatever form, related to pending and threatened litigation and government investigations. You have already received guidance on this issue through document preservation notices sent to you (copies of which are available on the Company's intranet). It is imperative that all Associates review these notices and take appropriate steps to preserve and protect any business documents or information. If you have any business documents or information that is subject to a request to produce that has not already been collected, please contact Mark Malovos, New Century's Vice President and Chief Business

May 4, 2007
Page 2

Litigation & IP Counsel, at (949) 517-1670, or at mmalovos@ncen.com. Do not, under any circumstances, destroy or remove any business documents from your workspace.

Should you have any questions, please feel free to contact your Human Resources representative, or the HR Service Center at (866) 598-8678. We thank you for your service to New Century, and wish you the best of luck in your future endeavors.

Very truly yours,

Tim Clark
Vice President, Human Resources