January 25, 2008

United States Bankruptcy Court for the District of Delaware
Honorable Kevin J. Carey
824 Market Street, 5th Floor
Wilmington, DE 19801

Re: Case #: 07-10416 (KJC)

Objection to Claims pursuant to 11 U.S.C. 502 and 507 bankruptcy rules 3007 and 9014 and local rule 3007-1 to Certain Books and Records Claims for Claim Number 748.

I, Tracy P. Dunn, do hereby object to the New Century's Counsel dismissing my claim to Wages that were <u>Earned</u> and <u>not Paid</u> to me during my tenure with New Century Financial Corporation. There should exist payroll records, which I believe may have not been reviewed in ernest. How can the examiner claim that payroll records do not reflect that which I have submitted via my pay stub ending 3/18/07 which clearing reflects my vacation balance and personal time balance which has not been paid. The documentation speaks for itself. Every other person in my Branch was paid their accruals and wages and I object to anyone stating that these "records" have disappeared/no record thereof.

I have attached my pay stubs from 2006 which reflect the loan we had to pay back when our payroll went into arrears by one week. They also reflect the bonus (reflected as commissions) income earned when 36 loans per quarter were funded. The production reports were previously provided to evidence that bonus/commissions were earned by myself and have yet to be paid.

Regards,

Tracy Dunn
7298 S Verbena Way
Centennial CO 80112
303-710-9947

JAN 30 2008

| | | | | Home123 Corporation | | | |
|---|---|---|---|---|---|---|---|
| Tracy P Dunn | | | | 18400 Von Karman | | PAY DATE | 12-15-2006 |
| NCN20000024468 | | | | Suite 1000 | | BEGIN DATE | 11-27-2006 |
| | | | | Irvine | CA 92612 | END DATE | 12-10-2006 |
| Rate  26.4413 | | | | | | CHECK NO. | 001013968 |

| | RATE | CURRENT HOURS | CURRENT EARNINGS | YTD EARNINGS | | CURRENT DEDUCTIONS | YTD DEDUCTIONS |
|---|---|---|---|---|---|---|---|
| Regular | | 76.00 | 2009.54 | 33104.53 | **PRE TAX DEDUCTIONS** | | |
| Overtime | | | | 443.02 | | | |
| OT Comm | | | | 39.70 | PreTxMed | 110.77 | 1486.24 |
| Reg Dock | | | | 177.15- | P/T Dent | 14.77 | 195.24 |
| Vacation | | | | 502.36 | PreTxVis | 1.85 | 20.20 |
| Sick | | 4.00 | 105.77 | 317.30 | | | |
| Holiday | | | | 846.11 | | | |
| Commissn | | | | 1540.00 | | | |
| | | | | | **TAXES** | | |
| | | | | | Medicare | 28.82 | 506.30 |
| | | | | | Soc Sec | 123.27 | 2164.89 |
| | | | | | Fed Tax | 135.54 | 2451.95 |
| | | | | | CO State | 89.00 | 1608.00 |
| | | | | | **AFTER TAX DEDUCTIONS** | | |
| **TAX INFORMATION** | | | **DIRECT DEPOSIT INFORMATION** | | GTL | .28 | 3.35 |
| | | | | NET PAY | Loan/Adv | | 616.95- |
| FED EXEMPT | 07 | | CHKG ACCT | | Other | 88.14 | 528.84 |
| STATE EXEMPT | 00 | | SAV  ACCT | | | | |
| STATE | CO | | | ALT DEPOSITS | | | |
| TAX STATUS | S | | CHKG ACCT | | | | |
| FED ADDL | | | SAV  ACCT | | | | |
| STATE ADDL | | | OTHER ACCT | | | | |

**MISC INFORMATION**

Vac Bal  34.66       Sick Bal  56.00
Pers Bal

For W2 verify your address Make changes no later than Dec 15

| | GROSS PAY | PRE TAX DEDUCTIONS | TAXES | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| CURRENT | 2115.31 | 127.39 | 376.63 | 88.42 | 1523.15 |

DETACH AT PERFORATION BELOW AND KEEP FOR YOUR RECORDS

```
Tracy P Dunn                           Home123 Corporation              PAY DATE    12-01-2006
NCN20000024468                         18400 Von Karman                 BEGIN DATE  11-13-2006
                                       Suite 1000
                                       Irvine          CA 92612         END DATE    11-26-2006
Rate      26.4413                                                       CHECK NO.   001013023
```

|          | RATE    | CURRENT HOURS | CURRENT EARNINGS | YTD EARNINGS |                | CURRENT DEDUCTIONS | YTD DEDUCTIONS |
|----------|---------|---------------|------------------|--------------|----------------|--------------------|----------------|
| Regular  |         | 64.00         | 1692.24          | 31094.99     | **PRE TAX DEDUCTIONS** | | |
| Overtime |         |               |                  | 443.02       |                |                    |                |
| OT Comm  |         |               |                  | 39.70        | PreTxMed       | 110.77             | 1375.47        |
| Reg Dock |         |               |                  | 177.15-      | P/T Dent       | 14.77              | 180.47         |
| Vacation |         |               |                  | 502.36       | PreTxVis       | 1.85               | 18.35          |
| Sick     |         |               |                  | 211.53       |                |                    |                |
| Holiday  |         | 16.00         | 423.06           | 846.11       |                |                    |                |
| Commissn |         |               |                  | 1540.00      |                |                    |                |

|           | CURRENT | YTD     |
|-----------|---------|---------|
| **TAXES** |         |         |
| Medicare  | 28.83   | 477.48  |
| Soc Sec   | 123.27  | 2041.62 |
| Fed Tax   | 135.54  | 2316.41 |
| CO State  | 89.00   | 1519.00 |

| **AFTER TAX DEDUCTIONS** | CURRENT | YTD |
|--------|---------|---------|
| GTL      | .28     | 3.07    |
| Loan/Adv |         | 616.95- |
| Other    | 88.14   | 440.70  |

```
TAX INFORMATION                    DIRECT DEPOSIT INFORMATION
                                          NET PAY
FED EXEMPT      07                 CHKG  ACCT
STATE EXEMPT    00                 SAV   ACCT
STATE           CO                        ALT DEPOSITS
TAX STATUS      S                  CHKG  ACCT
FED ADDL                           SAV   ACCT
STATE ADDL                         OTHER ACCT

MISC INFORMATION
Vac Bal   31.58           Sick Bal   60.00
Pers Bal

For W2 verify your address Make changes no later than Dec 15
```

|         | GROSS PAY | PRE TAX DEDUCTIONS | TAXES  | AFTER TAX DEDUCTIONS | NET PAY |
|---------|-----------|--------------------|--------|----------------------|---------|
| CURRENT | 2115.30   | 127.39             | 376.64 | 88.42                | 1523.13 |
| YTD     |           |                    |        |                      |         |

DETACH AT PERFORATION BELOW AND KEEP FOR YOUR RECORDS

| | | | | | | |
|---|---|---|---|---|---|---|
| Tracy P Dunn | | | Home123 Corporation | | PAY DATE | 03-23-2007 |
| NCN20000024468 | | | 18400 Von Karman | | BEGIN DATE | 03-05-2007 |
| | | | Suite 1000 | | END DATE | 03-18-2007 |
| Rate   26.4413 | | | Irvine   CA 92612 | | CHECK NO. | 001020778 |

| | RATE | CURRENT HOURS | CURRENT EARNINGS | YTD EARNINGS | CURRENT DEDUCTIONS | YTD DEDUCTIONS |
|---|---|---|---|---|---|---|
| Regular | | 80.00 | 2115.30 | 10992.96 | **PRE TAX DEDUCTIONS** | |
| Sick | | | | 826.29 | | |
| Holiday | | | | 846.12 | PreTxMed   110.77 | 664.62 |
| Personal | | | | 26.44 | P/T Dent    14.77 | 88.62 |
| | | | | | PreTxVis     1.85 | 11.10 |

| | TAXES | |
|---|---|---|
| | CURRENT | YTD |
| Medicare | 28.84 | 172.99 |
| Soc Sec | 123.31 | 739.68 |
| Fed Tax | 131.35 | 787.78 |
| CO State | 89.00 | 534.00 |

| TAX INFORMATION | | DIRECT DEPOSIT INFORMATION | | AFTER TAX DEDUCTIONS | |
|---|---|---|---|---|---|
| | | | NET PAY | GTL    .83 | 2.78 |
| FED EXEMPT | 07 | CHKG ACCT | | | |
| STATE EXEMPT | 00 | SAV  ACCT | | | |
| STATE | CO | ALT DEPOSITS | | | |
| TAX STATUS | S | CHKG ACCT | | | |
| FED ADDL | | SAV  ACCT | | | |
| STATE ADDL | | OTHER ACCT | | | |

| MISC INFORMATION | | | |
|---|---|---|---|
| Vac Bal | 56.22 | Sick Bal | 74.00 |
| Pers Bal | 7.00 | | |

| | GROSS PAY | PRE TAX DEDUCTIONS | TAXES | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| CURRENT | 2115.30 | 127.39 | 372.50 | .83 | 1615.41 |
| YTD | 12691.81 | 764.34 | 2234.45 | 2.78 | 9690.02 |

DETACH AT PERFORATION BELOW AND KEEP FOR YOUR RECORDS

## Balance Report

**Report Results**

| Employee | Item | Time Code | Origin | Date | Change | Balance | Comment |
|---|---|---|---|---|---|---|---|
| Dunn, Tracy - 24468 | PERSONAL | | | 03/19/2007 | INITIAL BALANCE | 7.00 HOURS | |
| | | | | 03/25/2007 | FINAL BALANCE | 7.00 HOURS | |
| Dunn, Tracy - 24468 | SICK | | | 03/19/2007 | INITIAL BALANCE | 74.00 HOURS | |
| | | | | 03/25/2007 | FINAL BALANCE | 74.00 HOURS | |
| Dunn, Tracy - 24468 | VACATION | | | 03/19/2007 | INITIAL BALANCE | 56.22 HOURS | |
| | | | | 03/25/2007 | FINAL BALANCE | 56.22 HOURS | |

pers - 7 × 26.4413 = 185.09

pay - 40 × 26.4413 = 1057.65

vaca - 56.22 × 26.4413 = 1486.53

bonus - 1200 + 1300 = 2500

http://ncenworkbrain.accenture.com/reportQuery/reportBalance.jsp?EMP_ID_0=12538&EMP_NAME_0...    3/22/2007

**SCM-EMB-EAST**

**TRACY DUNN**

| LOAN NUMBER | LIEN POS | BORROWR NAME | LOAN TYPE | PRODUCT TYPE | LOAN AMOUNT | REFI | APPL DATE | APPR DATE | # OF DAYS | FUND DATE | FUNDING NOTIFY | FILE SENT TO CORP | FILE REC'D AT CORP | LOAN OFFICER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 261-1054893 | 1 | RUHL | Conventional FNMA | Fixed Rate | $264,000.00 | | 08/07/2006 | 08/07/2006 | 0 | 10/31/2006 | 10/31/2006 | 11/01/2006 | 11/01/2006 | TODD REGO |
| 261-1057798 | 1 | TREPTOW | Conventional Brokered | Fixed Rate | $360,000.00 | Yes | 12/07/2006 | 12/19/2006 | 57 | 12/29/2006 | 12/29/2006 | | | DAVID NEELY |
| 261-1057633 | 1 | YOUNOSMA | Conventional FNMA | Fixed Rate | $215,000.00 | | 06/24/2006 | 08/25/2006 | 1 | 10/20/2006 | 10/20/2006 | 10/23/2006 | 10/24/2006 | ROBERT BUCH |
| 261-1057872 | 1 | RIGOT | Conventional FNMA | Fixed Rate | $155,000.00 | Yes | 09/21/2006 | 11/13/2006 | 53 | 11/27/2006 | 11/27/2006 | 11/29/2006 | 11/30/2006 | JULIE KORSICK |
| 261-1057926 | 1 | TAYLOR | Conventional FNMA | Fixed Rate | $275,200.00 | | 08/26/2006 | 09/05/2006 | 0 | 10/06/2006 | 10/06/2006 | 10/10/2006 | 10/11/2006 | JACK ARNOLD |
| 261-1057786 | 1 | MIRANDA | Conventional FNMA | Fixed Rate | $165,000.00 | | 09/20/2006 | 10/05/2006 | 18 | 10/17/2006 | 10/17/2006 | | 10/20/2006 | JACK ARNOLD |
| 261-1054739 | 1 | BROWN, III | Conventional FNMA | Balloon | $417,000.00 | | 09/07/2006 | 09/19/2006 | 6 | 10/06/2006 | 10/06/2006 | 10/10/2006 | 10/11/2006 | JACK ARNOLD |
| 261-1054741 | 2 | BROWN, III | Conventional FNMA | Fixed Rate | $95,500.00 | | 09/05/2006 | 09/19/2006 | 6 | 10/06/2006 | 10/06/2006 | 10/10/2006 | 10/11/2006 | JACK ARNOLD |
| 261-1058617 | 1 | KELLER | Conventional FNMA | Fixed Rate | $224,000.00 | Yes | 07/10/2006 | 09/21/2006 | 8 | 10/17/2006 | 10/17/2006 | 10/19/2006 | 10/20/2006 | VERNON BIGGERS |
| 261-1059182 | 1 | ALLEN | Conventional FNMA | Fixed Rate | $384,000.00 | Yes | 09/21/2006 | 09/27/2006 | 5 | 10/10/2006 | 10/10/2006 | 10/10/2006 | 10/11/2006 | JACK ARNOLD |
| 261-1057066 | 1 | KOCH | Conventional FNMA | Fixed Rate | $215,120.00 | | 09/25/2006 | 10/02/2006 | 0 | | | 10/25/2006 | 10/25/2006 | JACK ARNOLD |
| 261-1057500 | 1 | GARCIA | Conventional FNMA | Fixed Rate | $199,100.00 | | 09/26/2006 | 10/18/2006 | 9 | 10/31/2006 | 10/31/2006 | 11/02/2006 | 11/03/2006 | JACK ARNOLD |
| 261-1057624 | 1 | BYRNE | Conventional Sub-Prime | 2/28 ARM | $177,660.00 | | 10/13/2006 | 10/17/2006 | 0 | 11/10/2006 | 11/10/2006 | 11/15/2006 | 11/16/2006 | ROBERT BUCH |
| 261-1057660 | 2 | GARCIA | Conventional FNMA | Balloon | $49,780.50 | | 09/26/2006 | 10/18/2006 | 6 | 10/31/2006 | 10/31/2006 | | 11/03/2006 | JACK ARNOLD |
| 261-1058466 | 2 | ALLEN | Conventional FNMA | Balloon | $13,800.00 | Yes | 09/27/2006 | 09/27/2006 | 0 | 10/10/2006 | 10/10/2006 | | 10/11/2006 | JACK ARNOLD |
| 261-1060173 | 1 | JOHNSON | Conventional ARMs | 5/1yr ARM | $402,500.00 | Yes | 10/02/2006 | 11/14/2006 | 32 | 11/27/2006 | 11/27/2006 | 11/27/2006 | 11/28/2006 | ROBERT BUCH |
| 261-1060128E | 1 | FARMER | Conventional FNMA | Fixed Rate | $400,000.00 | Yes | 10/03/2006 | 10/11/2006 | 8 | 11/10/2006 | 11/10/2006 | 11/13/2006 | 11/16/2006 | ANDREW KIRSHBAUM |
| 261-1060211 | 2 | KELLER | HELOC | 1 Year ARM | $50,000.00 | Yes | 10/04/2006 | 10/04/2006 | 0 | 10/17/2006 | 10/17/2006 | 10/19/2006 | 10/20/2006 | VERNON BIGGERS |
| 261-1060353T | 2 | JOHNSON | HELOC | 1 Year ARM | $50,500.00 | Yes | 10/05/2006 | 11/14/2006 | 32 | 11/27/2006 | 11/27/2006 | 11/27/2006 | 11/28/2006 | ROBERT BUCH |
| 261-1060464E | 1 | WILLCOX | Conventional FNMA | Fixed Rate | $297,000.00 | Yes | 10/09/2006 | 10/11/2006 | 0 | 10/30/2006 | 10/30/2006 | 10/30/2006 | 10/31/2006 | JACK ARNOLD |
| 261-1060493O | 1 | MITCHELL | Conventional ARMs | 5/6mo ARM | $180,000.00 | Yes | 10/09/2006 | 11/17/2006 | 31 | 12/15/2006 | 12/15/2006 | 12/26/2006 | 12/27/2006 | ROBERT BUCH |
| 261-1060594V | 2 | PIGOT | HELOC | 1 Year ARM | $35,000.00 | Yes | 10/10/2006 | 11/13/2006 | 34 | 11/27/2006 | 11/27/2006 | 11/29/2006 | 11/30/2006 | JULIE KORSICK |
| 261-1060689 | 1 | DOSTER | Conventional ARMs | 5/6mo ARM | $384,000.00 | Yes | 10/11/2006 | 10/19/2006 | 6 | 10/31/2006 | 10/31/2006 | 11/01/2006 | 11/02/2006 | ROBERT BUCH |
| 261-1060791I | 2 | DOSTER | Conventional FNMA | Balloon | $46,000.00 | Yes | 10/12/2006 | 10/19/2006 | 6 | 10/31/2006 | 10/31/2006 | 11/01/2006 | 11/02/2006 | ROBERT BUCH |
| 261-1061213S | 1 | BUCKLEY | Conventional ARMs | 5/1yr ARM | $450,000.00 | Yes | 10/19/2006 | 11/07/2006 | 5 | 11/16/2006 | 11/16/2006 | 11/17/2006 | 11/20/2006 | ROBERT BUCH |
| 261-1061349 | 2 | BUCKLEY | Conventional Brokered | 1 Year ARM | $100,000.00 | Yes | 10/23/2006 | 11/03/2006 | 4 | 11/28/2006 | 11/28/2006 | 11/17/2006 | | ROBERT BUCH |
| 261-1061734E | 1 | MOZDZIER | Conventional Expanded | Fixed Rate | $328,000.00 | | 11/03/2006 | 11/06/2006 | 0 | 11/27/2006 | 11/27/2006 | 11/29/2006 | 11/30/2006 | ROBERT BUCH |
| 261-1061735E | 2 | MOZDZIER | Conventional FNMA | Fixed Rate | $82,000.00 | | 11/01/2006 | 11/06/2006 | 0 | 11/27/2006 | 11/27/2006 | 11/29/2006 | 11/30/2006 | ROBERT BUCH |
| 261-1062919 | 2 | QUARLES | Conventional Expanded | Fixed Rate | $103,320.00 | | 12/05/2006 | 12/08/2006 | 0 | 12/22/2006 | 12/22/2006 | 12/28/2006 | 12/29/2006 | DAVID NEELY |
| 261-1063071O | 2 | LAWSON | Conventional FNMA | Fixed Rate | $220,000.00 | Yes | 11/20/2006 | 11/28/2006 | 1 | 12/28/2006 | 12/28/2006 | 01/03/2007 | 01/04/2007 | JAMES LEASER |
| 261-1063393B | 2 | MITCHELL | Conventional FNMA | Balloon | $45,000.00 | Yes | 11/28/2006 | 11/28/2006 | 0 | 12/15/2006 | 12/15/2006 | 12/26/2006 | 12/27/2006 | ROBERT BUCH |
| 261-1063618 | 1 | DUBOIS | Conventional FNMA | Fixed Rate | $247,200.00 | Yes | 12/08/2006 | 12/11/2006 | 3 | 12/20/2006 | 12/20/2006 | 12/20/2006 | 12/27/2006 | ROBERT BUCH |
| 261-1063874 | 1 | MCKILLIPS | Conventional FNMA | Fixed Rate | $105,000.00 | | 12/04/2006 | 12/04/2006 | 0 | 12/26/2006 | 12/26/2006 | 01/03/2007 | 01/04/2007 | JAMES LEASER |
| 261-1064134J | 1 | RINALDI | Conventional FNMA | Fixed Rate | $125,500.00 | Yes | 12/06/2006 | 12/11/2006 | 0 | 12/22/2006 | 12/22/2006 | 12/28/2006 | 12/29/2006 | ROBERT BUCH |
| 261-1064164 | 2 | RINALDI | Conventional FNMA | Fixed Rate | $136,000.00 | Yes | 12/06/2006 | 12/11/2006 | 0 | 12/28/2006 | 12/28/2006 | 12/28/2006 | 01/02/2007 | ROBERT BUCH |
| 261-1064837 | 1 | HOWERTER | Conventional Jumbo | Fixed Rate | $495,000.00 | Yes | 12/13/2006 | 12/18/2006 | 0 | 12/28/2006 | 12/28/2006 | 01/03/2007 | 01/04/2007 | MALLORY DEAN |

36 | | | **TRACY DUNN** | | **7,512,620.00** | | | | | | | | | |

bonus due $1500

**SCM-EMB-EAST**

**TRACY DUNN**

| LOAN NUMBER | LIEN POS | BORROWER NAME | LOAN TYPE | PRODUCT TYPE | LOAN AMOUNT | REFI | APPL DATE | APPR DATE | # OF DAYS | FUND DATE | FUNDING NOTIFY | FILE SENT TO CORP | FILE REC'D AT CORP | LOAN OFFICER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 261-10497842 | 1 | EMBREE | Conventional FNMA | Fixed Rate | $405,000.00 | | 05/02/2006 | 05/02/2006 | 0 | 07/31/2006 | 07/31/2006 | 08/03/2006 | 08/07/2006 | TODD REGO |
| 261-10504516 | 1 | ALBERT | Conventional FNMA | Fixed Rate | $215,000.00 | | 05/11/2006 | 06/28/2006 | 48 | 07/28/2006 | 07/28/2006 | 07/31/2006 | 08/02/2006 | TODD REGO |
| 261-10505570 | 1 | PATRICK | Conventional Expanded | Fixed Rate | $352,000.00 | | 05/01/2006 | 06/26/2006 | 19 | 08/09/2006 | 08/09/2006 | 08/09/2006 | 08/11/2006 | JACK ARNOLD |
| 261-10510583 | 1 | THOMPSON | Conventional Expanded | Fixed Rate | $95,600.00 | Yes | 05/13/2006 | 07/10/2006 | 27 | 09/18/2006 | 09/18/2006 | 09/20/2006 | 09/21/2006 | VERNON BIGGERS |
| 261-10511816 | 2 | THOMPSON | Conventional FNMA | Balloon | $25,000.00 | Yes | 05/13/2006 | 07/10/2006 | 27 | 09/18/2006 | 09/18/2006 | 09/20/2006 | 09/21/2006 | VERNON BIGGERS |
| 261-10514357 | 1 | KARR | Conventional Expanded | Fixed Rate | $288,000.00 | | 08/15/2006 | 06/21/2006 | 22 | 09/29/2006 | 09/29/2006 | | 10/04/2006 | TODD REGO |
| 261-10518744 | 1 | WHITEHEAD | Conventional FNMA | Fixed Rate | $77,500.00 | | 06/14/2006 | 06/23/2006 | 7 | 07/20/2006 | 07/20/2006 | 07/25/2006 | 07/26/2006 | ROBERT BUCH |
| 261-10532865 | 1 | DUBOIS | Conventional FNMA | Fixed Rate | $247,200.00 | | 06/23/2006 | 06/28/2006 | 0 | 07/17/2006 | 07/17/2006 | 07/18/2006 | 07/19/2006 | ROBERT BUCH |
| 261-10532922 | 1 | MULLEN | Conventional FNMA | Fixed Rate | $209,600.00 | | 06/20/2006 | 06/20/2006 | 0 | 07/26/2006 | 07/26/2006 | | 08/01/2006 | TODD REGO |
| 261-10536620 | 1 | MOLES | Conventional FNMA | Fixed Rate | $20,200.00 | Yes | 06/29/2006 | 06/29/2006 | 0 | 07/14/2006 | 07/14/2006 | 07/14/2006 | 07/26/2006 | BRUCE BRANDLE |
| 261-10538929 | 2 | MILLER | Conventional FNMA | Balloon | | | 06/27/2006 | 07/20/2006 | 23 | 07/25/2006 | 07/25/2006 | | 08/01/2006 | TODD REGO |
| 261-10544916 | 1 | SARTORIUS | Conventional Expanded | Fixed Rate | $59,000.00 | Yes | 07/06/2006 | 07/21/2006 | 4 | 07/31/2006 | 07/31/2006 | 07/31/2006 | 08/03/2006 | ROBERT BUCH |
| 261-10544969 | 1 | BARCIK | Conventional Expanded | Fixed Rate | $308,500.00 | | 07/06/2006 | 07/07/2006 | 1 | 07/28/2006 | 07/28/2006 | 08/01/2006 | 08/02/2006 | TODD REGO |
| 261-10545176 | 2 | RYE | HELOC | 1 Year ARM | $39,400.00 | Yes | 07/06/2006 | 08/02/2006 | 12 | 08/28/2006 | 08/24/2006 | 08/30/2006 | 09/02/2006 | ROBERT BUCH |
| 261-10545384 | 2 | SARTORIUS | Conventional FNMA | Balloon | $25,000.00 | Yes | 07/06/2006 | 07/25/2006 | 4 | 07/31/2006 | 07/31/2006 | 07/31/2006 | 08/02/2006 | ROBERT BUCH |
| 261-10546138 | 2 | BARCIK | Conventional FNMA | Balloon | $17,000.00 | | 07/07/2006 | 07/07/2006 | 0 | 07/28/2006 | 07/28/2006 | 08/01/2006 | 09/02/2006 | TODD REGO |
| 261-10559146 | 1 | SUMNER | Conventional FNMA | Fixed Rate | $412,000.00 | | 07/24/2006 | 07/24/2006 | 0 | 09/19/2006 | 09/19/2006 | | 09/21/2006 | TODD REGO |
| 261-10560522 | 1 | SWARTWOOD | Conventional FNMA | Fixed Rate | $115,900.00 | | 07/25/2006 | 07/25/2006 | 0 | 07/31/2006 | 07/31/2006 | 08/01/2006 | 08/03/2006 | JACK ARNOLD |
| 261-10561670 | 2 | WEBB | Conventional Brokered | Fixed Rate | $33,100.00 | Yes | 07/26/2006 | 07/26/2006 | 0 | 08/29/2006 | 08/29/2006 | 08/22/2006 | | TODD REGO |
| 261-10562352 | 2 | SWARTWOOD | Conventional FNMA | Balloon | $14,400.00 | | 07/27/2006 | 07/27/2006 | 0 | 07/31/2006 | 07/31/2006 | 08/02/2006 | 08/04/2006 | JACK ARNOLD |
| 261-10566172 | 1 | MACKINTOSH | Conventional Jumbo | Fixed Rate | $618,000.00 | | 08/02/2006 | 08/16/2006 | 14 | 08/18/2006 | 08/18/2006 | 08/21/2006 | 08/22/2006 | TODD REGO |
| 261-10568083 | 1 | HAWK | Conventional FNMA | Fixed Rate | $108,500.00 | | 08/04/2006 | 08/08/2006 | 0 | 08/30/2006 | 08/30/2006 | 09/05/2006 | 09/06/2006 | ROBERT BUCH |
| 261-10569134 | 1 | CHURCH | Conventional FNMA | Fixed Rate | $177,500.00 | | 08/09/2006 | 08/15/2006 | 6 | 09/05/2006 | 09/05/2006 | 09/05/2006 | 09/06/2006 | JACK ARNOLD |
| 261-10569412 | 1 | HILL | Conventional ARMs | 7/1yr ARM | $936,000.00 | | 08/11/2006 | 09/07/2006 | 27 | 09/28/2006 | 09/28/2006 | 10/02/2006 | 10/03/2006 | VERNON BIGGERS |
| 261-10570177 | 2 | MACKINTOSH | Conventional FNMA | Balloon | $123,600.00 | | 08/09/2006 | 08/16/2006 | 7 | 08/18/2006 | 08/18/2006 | 08/21/2006 | 08/22/2006 | TODD REGO |
| 261-10572829 | 1 | KARR | Conventional FNMA | Balloon | $72,000.00 | | 08/14/2006 | 08/23/2006 | 9 | 09/29/2006 | 09/29/2006 | | 10/04/2006 | TODD REGO |
| 261-10573984 | 2 | HOLESINGER | Conventional Brokered | 1 Year ARM | $32,000.00 | Yes | 08/16/2006 | 08/23/2006 | 6 | 09/08/2006 | 09/08/2006 | 09/05/2006 | | ROBERT BUCH |
| 261-10574119 | 2 | SUMNER | Conventional FNMA | Balloon | $11,500.00 | | 08/16/2006 | 08/21/2006 | 9 | 09/19/2006 | 09/19/2006 | | 09/21/2006 | TODD REGO |
| 261-10578966 | 2 | CHURCH | Conventional FNMA | Balloon | $25,000.00 | | 08/24/2006 | 08/31/2006 | 7 | 09/05/2006 | 09/05/2006 | 09/05/2006 | 09/06/2006 | JACK ARNOLD |
| 261-10578907 | 1 | DECKER | Conventional FNMA | Fixed Rate | $65,000.00 | | 08/24/2006 | 08/24/2006 | 0 | 09/20/2006 | 09/20/2006 | 09/25/2006 | 09/26/2006 | TODD REGO |
| 261-10579957 | 1 | SIEGELE | Conventional FNMA | Fixed Rate | $417,000.00 | Yes | 09/11/2006 | 09/21/2006 | 12 | 09/29/2006 | 09/29/2006 | 09/29/2006 | 10/02/2006 | JACK ARNOLD |
| 261-10581321 | 2 | HILL | Conventional FNMA | Balloon | $117,000.00 | | 08/29/2006 | 09/11/2006 | 16 | 09/28/2006 | 09/28/2006 | 10/02/2006 | 10/03/2006 | TODD REGO |
| 261-10583315 | 1 | ANDERSON | Conventional FNMA | Fixed Rate | $98,400.00 | | 09/04/2006 | 09/07/2006 | 0 | 09/29/2006 | 09/29/2006 | 10/02/2006 | 10/03/2006 | DAVID NEELY |
| 261-10583402 | 2 | ANDERSON | Conventional FNMA | Balloon | $12,200.00 | | 09/04/2006 | 09/06/2006 | 4 | 09/29/2006 | 09/29/2006 | 10/02/2006 | 10/03/2006 | DAVID NEELY |
| 261-10583625 | 1 | CEA | Conventional Jumbo | Fixed Rate | $624,000.00 | Yes | 09/02/2006 | 09/25/2006 | 10 | 09/29/2006 | 09/29/2006 | 10/04/2006 | 10/06/2006 | JACK ARNOLD |
| 261-10589414 | 2 | CEA | Conventional FNMA | Balloon | $78,000.00 | Yes | 09/29/2006 | 09/21/2006 | 0 | 09/29/2006 | 09/29/2006 | 10/04/2006 | 10/06/2006 | JACK ARNOLD |
| 261-10589900 | 1 | BUCHHOLZ | Conventional FNMA | Fixed Rate | $211,750.00 | | 09/15/2006 | 09/21/2006 | 6 | 09/29/2006 | 09/29/2006 | | 10/04/2006 | JACK ARNOLD |

| | | | | | |
|---|---|---|---|---|---|
| 37 | | | | | **7,142,150.00** |

TRACY DUNN

bonus due $1300