BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
By: German Yusufov
Terri A. Roberts
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
Arizona State Bar No. 023544
Arizona State Bar No. 012862
Attorney for Creditor Pima County

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware Corporation, et al.,<br><br>Debtors. | CHAPTER 11<br><br>No.: 07-10416 KJC)<br><br>(Jointly Administered) |

NOTICE OF WITHDRAWAL OF OBJECTION TO NOTICE OF PROPOSED SALE OF
ASSETS PURSUANT TO ORDER ESTABLISHING MISCELLANEOUS ASSET
SALES PROCEDURES (KNIGHT-TEL BUSINESS SOLUTIONS)

**Notice** is hereby given that Creditor Pima County, by and through undersigned counsel hereby withdraws its objection filed January 23, 2008 at docket number 4544.

RESPECTFULLY SUBMITTED this 31st day of January 2008.

BARBARA LAWALL
PIMA COUNTY ATTORNEY

By: _____
German Yusufov
Deputy County Attorney
32 N. Stone Avenue, Suite 2100
Tucson, AZ 85701
Telephone (520) 740-5751
Attorney for Creditor Pima County