IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br><br>Debtor. | Case No. 07-10416-KJC<br>(Chapter 11)<br><br>Objections due by: January 30, 2008, 4:00 p.m.<br>Hearing Date: February 6, 2008, 1:30 p.m. |

### CERTIFICATE OF NO OBJECTION
*(relates to Docket No. 4406)*

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion for Relief from Automatic Stay filed on 1/14/2008 (Docket No. 4406) by Saxon Mortgage Services, Inc. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than February 1, 2008.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.


Dated: February 1, 2008                    Respectfully submitted,
       Wilmington, Delaware
                                           DRAPER & GOLDBERG, PLLC


                                            /s/ Adam Hiller
                                           Adam Hiller (DE No. 4105)
                                           1500 North French Street, 2nd Floor
                                           Wilmington, Delaware 19801
                                           (302) 339-8776 telephone
                                           (302) 213-0043 facsimile

                                           and

-2-

Thomas D.H. Barnett (DE No. 994)
Draper & Goldberg, PLLC
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947

*Attorneys for Movant*