UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                        : Chapter 11
                                              :
NEW CENTURY TRS HOLDINGS, INC. a              : Case No. 07-10416 (KJC)
Delaware corporation, et al.,                 :
                                              : Jointly Administered
         Debtors.                             :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

  Kimberly A Beck, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for First American Title Insurance Company in the above-referenced cases, and on 31st day of January, 2008, she caused a copy of the following document(s):

**STATEMENT AND RESERVATION OF RIGHTS OF FIRST AMERICAN TITLE INSURANCE COMPANY RE: CERTIFICATION OF COUNSEL WITH RESPECT TO PROPOSED FORM OF ORDER APPROVING STIPULATION AMONG NEW CENTURY MORTGAGE CORPORATION, CARRINGTON MORTGAGE SERVICES, LLC AND CITI RESIDENTIAL LENDING, INC. RESOLVING CITI RESIDENTIAL LENDING, INC.'S MOTION FOR ENTRY OF ORDER AUTHORIZING DEPOSIT OF FUNDS INTO REGISTRY OF THE COURT [Docket No. 4779]**

to be served as indicated upon the parties identified on the attached list.

_____
Kimberly A. Beck

SWORN TO AND SUBSCRIBED before me this 31st day of January, 2008.

_____
Notary Public
DEBORA E. LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 21, 2008

# SERVICE LIST
## 1/31/2008

Mark N. Berman, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(Counsel for Deutsche Bank National Trust Company, as Trustee for Carrington Mortgage Loan Trust, Series 2005-NC3, Asset Backed Pass Through Certificates)
*First Class Mail*

Dennis J. Drebsky, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
(Counsel for Deutsche Bank National Trust Company, as Trustee for Carrington Mortgage Loan Trust, Series 2005-NC3, Asset Backed Pass Through Certificates)
*First Class Mail*

Steven K. Kortanek, Esq.
Jennifer L. Scoliard, Esq.
Womble Carlyle Sandridge & Rice, PLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Counsel for Carrington Mortgage Services, LLC and Carrington Capital Management, LLC)
*Hand Delivery*

David B. Stratton, Esq.
Pepper Hamilton LLP
1313 Market Street, Hercules Plaza, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709
(Counsel for Deutsche Bank National Trust Company, as Trustee for Carrington Mortgage Loan Trust, Series 2005-NC3, Asset Backed Pass Through Certificates)
*Hand Delivery*

US Trustee
Office of the US Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
(United States Trustee)
*Hand Delivery*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Chun I. Jang, Esq.
Michael J. Merchant, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Counsel to the Debtors)
*Hand Delivery*

Thomas S. Kiriakos, Esq.
Sean T. Scott, Esq.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
(Counsel for Carrington Mortgage Services, LLC and Carrington Capital Management, LLC)
*First Class Mail*

Brendetta A. Scott, Esq.
Hughes, Watters & Askanase, L.L.P.
333 Clay, Suite 2900
Houston, TX 77002
(Counsel for Citi Residential Lending, Inc.)
*First Class Mail*

Suzzanne S. Uhland, Esq.
Ben H. Logan, Esq.
Victoria Newmark, Esq.
O'Melveny & Myers LLP
275 Battery Street
Embarcadero Center West
San Francisco, CA 94111-3305
(Counsel to Debtors)
*First Class Mail*