# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | Case No. 07-10416(KJC) |
| INC., a Delaware corporation, <u>et al.</u>, | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

## WITHDRAWAL OF MICHIGAN DEPARTMENT OF TREASURY'S RESPONSE TO THE DEBTOR'S EIGHTH OMNIBUS OBJECTION: SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. §§ 502 AND 507, BANKRUPTCY RULES 3007 AND 9014, AND LOCAL RULE 3007-1 TO CERTAIN BOOKS AND RECORDS CLAIMS

The State of Michigan, Department of Treasury ("Treasury"), by and through its attorneys, MICHAEL A. COX, Attorney General and Deborah Benedict Waldmeir, Assistant Attorney General, hereby withdraws its Response to the Debtor's Eighth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. §§ 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 To Certain Books and Records Claims filed with this Honorable Court on January 10, 2008.

                                            Respectfully submitted,

                                            MICHAEL A. COX
                                            Attorney General

                                            <u>/s/ Deborah Benedict Waldmeir</u>
                                            Deborah Benedict Waldmeir (P60869)
                                            Assistant Attorney General
                                            3030 W. Grand Boulevard
                                            Suite 10-200
                                            Detroit, Michigan 48202
Date: February 1, 2008                     (313) 456-0140