IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, | : | |
| INC., a Delaware corporation, *et al.*, [1] | : | Jointly Administered |
| | : | |
| Debtors. | : | **Re:  Docket Nos. 3320, 4757** |
| | : | |
| | : | |

## JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' OBJECTION TO MOTION OF POSITIVE SOFTWARE SOLUTIONS, INC. AND EDWARD MANDEL FOR RELIEF FROM THE AUTOMATIC STAY CONCERNING 2007 SUIT

The Official Committee of Unsecured Creditors (the "Committee") of New Century TRS Holdings, Inc., *et al*. (the "Debtors"), by its co-counsel, Blank Rome LLP and Hahn & Hessen LLP, hereby joins in the Debtors' Objection (the "Objection") to the Motion of Positive Software Solutions, Inc. and Edward Mandel for Relief from the Automatic Stay Concerning 2007 Suit (the "Motion"), and respectfully states as follows:

    1.  Positive Software Solutions, Inc. and Edward Mandel (collectively, "PSSI") contends in the Motion that the automatic stay provision does not apply to its filing of a lawsuit that PSSI initiated on August 20, 2007, in the District Court for the Northern District of

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

127340.01600/6612989v.1

Texas, against Susman Godfrey L.L.P., two of its partners and three former Debtor employees ("the 2007 Lawsuit"). Nonetheless, PSSI seeks stay relief in the event that the Court holds that the 2007 Lawsuit did violate the automatic stay and, also, requests discovery in the 2007 Lawsuit, including documents and other materials previously or currently in the possession, custody or control of Susman Godfrey and other non-Debtor defendants.

2. The Committee hereby joins in the Debtors' Objection, which is incorporated herein by reference, and requests that the Motion be denied for substantially the same reasons set forth in the Objection.

WHEREFORE, the Committee respectfully requests that this Court deny the Motion and grant such other and further relief as is just and proper.

Dated: February 1, 2008

BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
Jason W. Staib (No. 3779)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*

127340.01600/6612989v.1