IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, | : | |
| INC., a Delaware corporation, *et al.*,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | **Re:  Docket Nos. 4354, 4751** |
| | : | |
| | : | |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO THE DEBTORS' (A) RESPONSE TO THE "SECOND MOTION OF
POSITIVE SOFTWARE SOLUTIONS, INC. FOR RELIEF FROM THE STAY
REGARDING COPYRIGHT INFRINGEMENT LITIGATION," (B) CROSS-MOTION
TO DISALLOW OR ESTIMATE POSITIVE SOFTWARE'S PROOFS OF CLAIM,
AND (C) OBJECTION TO PROOFS OF CLAIM**

The Official Committee of Unsecured Creditors (the "Committee") of New Century TRS Holdings, Inc., *et al*. (the "Debtors"), by its co-counsel, Blank Rome LLP and Hahn & Hessen LLP, hereby joins in the Debtors' (A) Response ("Response") to the "Second Motion of Positive Software Solutions, Inc. for Relief from the Stay Regarding Copyright Infringement Litigation," (the "Motion") (B) Cross-Motion to Disallow or Estimate Positive Software's Proofs of Claim (the "Cross Motion"), and (C) Objection to Proofs of Claim, and respectfully states as follows:

1. Positive Software Solutions, Inc. ("PSSI") seeks relief from the automatic stay provision to permit a lawsuit that it initiated in February 2003, in the District Court for the

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

127340.01600/6612994v.1

Northern District of Texas, against New Century Mortgage Corporation, New Century Financial Corporation, and certain other Debtors ("Debtor Defendants"), and certain former officers of the Debtor Defendants, to proceed to a final adjudication.

2. PSSI has filed proofs of claim against four separate Debtors, each seeking $580 million, and each without merit.

3. The Committee hereby joins in the Debtors' Response and Cross Motion, which is incorporated herein by reference, and requests that the Motion be denied, and that PSSI's four proofs of claim be disallowed or estimated in the amount of $0.00, for substantially the same reasons set forth in the Response and Cross Motion.

WHEREFORE, the Committee respectfully requests that this Court deny the Motion, grant the Debtors' Cross Motion and such other and further relief as is just and proper.

Dated: February 1, 2008

          BLANK ROME LLP

          */s/ Bonnie Glantz Fatell*
          Bonnie Glantz Fatell (No. 3809)
          Jason W. Staib (No. 3779)
          1201 Market Street, Suite 800
          Wilmington, Delaware 19801
          Telephone:  (302) 425-6400
          Facsimile:  (302) 425-6464

          -and-

          HAHN & HESSEN LLP
          Mark S. Indelicato
          Mark T. Power
          488 Madison Avenue
          New York, New York 10022
          Telephone:  (212) 478-7200
          Facsimile:  (212) 478-7400

          *Co-Counsel to the Official*
          *Committee of Unsecured Creditors of*
          *New Century TRS Holdings, Inc., et al.*