# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## NOTICE OF LAW FIRM NAME CHANGE

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that effective January 1, 2008, the law firm of The Bayard Firm, P.A., changed its name to Bayard, P.A. and its email address as reflected below. The office address and telephone and facsimile numbers remain the same.

Dated: February 1, 2008
      Wilmington, Delaware      BAYARD, P.A.

By: *Charlene D. Davis*
Charlene D. Davis (No. 2336)
**cdavis@bayardlaw.com**
Kathryn D. Sallie (No. 4600)
**ksallie@bayardlaw.com**
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile:  (302) 658-6395

Counsel for IBM Credit, LLC

{00732379;v1}