## CERTIFICATE OF SERVICE

I, Charlene D. Davis, hereby certify that on the 1st day of February, 2008, I caused a copy of the **Notice of Law Firm Name Change** to be served upon the parties listed on the attached service list *via* hand delivery to all local parties and *via* First Class Mail to all remaining parties.

*[signature]*
Charlene D. Davis (No. 2336)

{00733513;v1}