# NEW CENTURY TRS HOLDINGS, INC.

## 2002 Service List

Richard M. Beck, Esquire
Michael W. Yurkewicz, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street
Suite 1000
Wilmington   DE   19801
*(SN Servicing Corp., as Agent for Alaska Seaboard Partners Limited Partnership)*

Don A. Beskrone, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
Wilmington   DE   19801
*(Safeco Financial Institution Solutions, Inc.)*

Ian Connor Bifferato, Esquire
Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 North King Street
Plaza Level
Wilmington   DE   19801
*(CB Richard Ellis Corporate Facilities Management, Inc.)*

William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
Wilmington   DE   19801
*(UBS Real Estates Securities, Inc.)*

Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington   DE   19801
*(DB Structured Products, Inc.)*

Michael Busenkell, Esquire
Tara L. Lattomus, Esquire
Eckert, Seamans, Cherin & Mellot, LLC
300 Delaware Avenue
Suite 1210
Wilmington   DE   19801
*(Credit-Based Asset Servicing and Securitization; Wells Fargo Bank, N.A.; The Irvine Company)*

William E. Chipman, Esquire
Edwards Angell Palmer & Dodge LLP
919 Market Street
Suite 1500
Wilmington   DE   19801
*(GMAC Commercial Finance LLC and Countrywide Home Loans)*

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Chun I. Jang, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington   DE   19801
*(Debtors)*

Robert J. Dehney, Esquire
Gregory W. Werkheiser, Esquire
Daniel B. Butz, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
18th Floor
Wilmington   DE   19801
*(Morgan Stanley Mortgage Capital Inc.)*

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street
Suite 300
Wilmington   DE   19801
*(Citigroup Global Markets Realty Corp.)*

# NEW CENTURY TRS HOLDINGS, INC.

## 2002 Service List

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington   DE   19801
*(Official Committee of Unsecured Creditors)*

Michael G. Gallerizzo, Esquire
Gebhardt & Smith LLP
901 Market Street
Suite 451
Wilmington   DE   19801
*(General Electric Capital Corporation)*

Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington   DE   19801
*(Premier Print and Services Group, Inc.)*

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington   DE   19801
*(IndyMac Bank, F.S.B., Qwest Corporation)*

Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington   DE   19801
*(Carrington Mortgage Services, LLC and Carrington Capital Management, LLC)*

Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington   DE   19801
*(JP Morgan Chase Bank NA)*

David M. Fournier, Esquire
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street
Suite 5100
Wilmington   DE   19801
*(Union Bank of California)*

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington   DE   19801

Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 North Orange Street
Suite 400
Wilmington   DE   19801
*(RBC Mortgage Company, Royal Bank of Canada and RBC Centura Bank)*

Norman M. Monhait, Esquire
Rosenthal, Monhait & Goddess, P.A.
919 Market Street
Suite 1401
Wilmington   DE   19801
*(Kodiak Funding LP and Kodiak CDO I, Ltd.)*

Michael R. Nestor, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington   DE   19801
*(Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.)*

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
6th Floor
Wilmington   DE   19801
*(Bank of America, N.A.)*

# NEW CENTURY TRS HOLDINGS, INC.

## 2002 Service List

David B. Stratton, Esquire
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington   DE   19801
*(Deutsche Bank National Trust Company)*

XRoads Case Management Services
P.O. Box 8901
Marina Del Rey   CA   90295

Richard H. Agins, Esquire
Bingham McCutchen LLP
One State Street
Hartford   CT   06103-3178
*(DB Structured Products, Inc.)*

Hernando Azarcon, Senior Legal Coordinator
GMAC Commercial Finance LLC
3000 Town Center
Suite 280
Southfield   MI   48075

Elizabeth Banda, Esquire
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington   TX   76094-0430
*(Celina ISD, Princeton ISD, City of Princeton, Richardson ISD, Cedar Hill ISD, City of Cedar Hill, Whitewright ISD, City of Whitewright, City of Hurst.*

Paul M. Basta, Esquire
Joshua A. Susberg, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York   NY   10022-4611
*(Citigroup Global Markets Realty Corp.)*

Mark N. Berman, Esquire
Nixon Peabody LLP
100 Summer Street
Boston   MA   02110-1832
*(Deutsche Bank National Trust Company)*

Matthew Botica, Esquire
David Wirt, Esquire
Grayson Walter, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago   IL   60601
*(Kodiak Funding LP and Kodiak CDO I, Ltd.)*

Frank G. Burt, Esquire
Raul A. Cuervo, Esquire
W. Glenn Merten, Esquire
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington   DC   20007-5208
*(Safeco Financial Institution Solutions, Inc.)*

James S. Carr, Esquire
David Retter, Esquire
Christena A. Lambrianakos, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York   NY   10178
*(Wells Fargo Bank, N.A., as Indenture Trustee and Property Trustee)*

Richard A. Chesley, Esquire
Kimberly D. Newmarch, Esquire
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive
30th Floor
Chicago   IL   60606
*(UBS Real Estates Securities, Inc.)*

Robert P. Cocco, Esquire
Robert P. Cocco, P.C.
437 Chestnut Street
Suite 1006
Philadelphia   PA   19106
*(Theresa A. Davis)*

# NEW CENTURY TRS HOLDINGS, INC.

## 2002 Service List

Luc A. Despins, Esquire
Wilbur F. Foster, Esquire
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York   NY   10005
*(Morgan Stanley Mortgage Capital Inc.)*

Robert M. Dombroff, Esquire
Steven Wilamowsky, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York   NY   10022-4689
*(DB Structured Products, Inc.)*

Dennis J. Drebsky, Esquire
Nixon Peabody LLP
437 Madison Avenue
New York   NY   10022
*(Deutsche Bank National Trust Company)*

Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livington Avenue
Roseland   NJ   07068
*(New York State Teachers' Retirement System)*

Charles J. Filardi, Jr., Esquire
Filardi Law Offices LLC
65 Trumbull Street
Second Floor
New Haven   CT   06510
*(Federal Express Corporation)*

T. Robert Finlay, Esquire
Donna L. LaPorte, Esquire
Wright, Finlay & Zak, LLP
4665 MacArthur Court
Suite 280
Newport Beach   CA   92660

Scot Freeman
Travelers
Account Resolution - National Accounts
1 Tower Square - 5MN
Hartford   CT   06183-4044

Barry Freeman, Esquire
Jeffer Mangels Butler & Marmaro, LLP
1900 Avenue of the Stars
7th Floor
Los Angeles   CA   90067
*(Union Bank of California)*

Andrew J. Gallo, Esquire
Bingham McCutchen LLP
150 Federal Street
Boston   MA   02110
*(DB Structured Products, Inc.)*

Jeffrey I. Golden, Esquire
Hutchison B. Meltzer, Esquire
Weiland, Golden, Smiley, Wang, Ekvall & Strok, LLP
650 Town Center Drive
Suite 950
Costa Mesa   CA   92626
*(eMortgage Logic LLC)*

Lawrence P. Gottesman, Esquire
Sukyong Suh, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York   NY   10104
*(GMAC Commercial Finance LLC and Countrywide Home Loans)*

Salvatore J. Graziano, Esquire
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York   NY   10019
*(New York State Teachers' Retirement System)*

# NEW CENTURY TRS HOLDINGS, INC.

## 2002 Service List

Jed Hart
Angelo, Gordon & Co.
245 Park Avenue
26th Floor
New York   NY   10167

Howard R. Hawkins, Jr., Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York   NY   10281
*(Morgan Stanley Mortgage Capital Inc.)*

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Jeffrey L Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue
14th & 15th Floors
New York   NY   10022
*(Official Committee of Unsecured Creditors)*

Thomas S. Kiriakos, Esquire
Sean T. Scott, Esquire
Mayer Brown LLP
71 South Wacker Drive
Chicago   IL   60606
*(Carrington Mortgage Services, LLC and Carrington Capital Management, LLC)*

Thomas M. Korsman, Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis   MN   55479

Chris Lenhart, Esquire
Diane Malfeld, Esquire
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis   MN   55402-1498
*(Residential Funding Company, LLC)*

Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road
MS AC-11
Calabasas   CA   91302

William G. Malcolm, Esquire
Malcolm & Cisneros
2112 Business Center Drive
Second Floor
Irvine   CA   10022

Keith W. Miller, Esquire
James R. Bliss, Esquire
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York   NY   10022
*(UBS Real Estate Securities, Inc.)*

John E. Mitchell, Esquire
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue
Suite 3700
Dallas   TX   75201
*(CB Richard Ellis Corporate Facilities Management, Inc.)*

Blair A. Nicholas, Esquire
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego   CA   92130

David M. Poitras, Esquire
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars
7th Floor
Los Angeles   CA   90067
*(Union Bank of California)*

# NEW CENTURY TRS HOLDINGS, INC.

## 2002 Service List

Glenn M. Reisman, Esquire
Two Corporate Drive
Suite 234
Shelton   CT   06484
*(SRIVA Relocation)*

Diane J. Richey, Vice President & Senior Counsel
Union Bank of California
445 South Figueroa Street
Los Angeles   CA   90071

Margot B. Schonholtz, Esquire
Mark F. Liscio, Esquire
Kaye Scholer LLP
425 Park Avenue
New York   NY   10022
*(Bank of America, N.A.)*

Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas   TX   75205
*(Carrollton-Farmers Branch ISD, Garland ISD and Lewisville ISD)*

J.R. Smith, Esquire
Jason W. Harbour, Esquire
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond   VA   23219
*(Credit-Based Asset Servicing and Securitization and Wells Fargo Bank, N.A.)*

Joseph H. Smolinsky, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York   NY   10112
*(Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.)*

Claudia Z. Springer, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia   PA   19103-7301
*(IndyMac Bank, F.S.B.)*

David I. Swan, Esquire
Kenneth M. Misken, Esquire
McGuire Woods LLP
1750 Tysons Boulevard
Suite 1800
McLean   VA   22102-4215
*(Sprint Nextel Corporation)*

Patricia B. Tomasco, Esquire
Brown McCarroll, LLP
111 Congress Avenue
Suite 1400
Austin   TX   78701
*(Ellington Management Group, Inc.)*

Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco   CA   94111
*(Debtors)*

John A. Vos
1430 Lincoln Avenue
San Rafael   CA   94901

Elizabeth Weller, Esquire
Linebarger Googan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas   TX   75201-2644
*(Dallas County)*

# NEW CENTURY TRS HOLDINGS, INC.

## 2002 Service List

Katherine M. Windler, Esquire
Bryan Cave LLP
120 Broadway
Suite 300
Santa Monica   CA   90401-2386
*(GMAC Commercial Finance LLC and Countrywide Home Loans)*

Stuart B. Wolfe, Esquire
Yaron Shaham, Esquire
Wolfe & Wyman LLP
5 Park Plaza
Suite 1100
Irvine   CA   92614

Brian D. Womac, Esquire
Denise H. Mitchell, Esquire
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston   TX   77024
*(DRA CRT Post Oak, L.P.)*

Gregory M. Petrick, Esquire
Angela Somers, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York   NY   10281
*(Natixis Real Estate Capital, Inc. f/k/a IXIS Real Estate Capital Inc.)*

Mitchell W. Katz, Esquire
Qwest Legal Department
1801 California Street
Suite 900
Denver   CO   80202

James R. Savin, Esquire
David M. Dunn, Esquire
Joanna F. Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington   DC   20036
*(ChoicePoint Precision Marketing, Inc.)*

David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson LLP
Travis Building
711 Navarro, Suite 300
San Antonio   TX   78205
*(Bexar County, City of El Paso)*

Brian D. Womac, Esquire
Denise H. Mitchell, Esquire
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1340
Houston   TX   77024
*(DRA CRT Post Oak, L.P.)*

IKON Office Solutions
Recovery & Bankruptcy
3920 Arkwright Road, Suite 400
Macon   GA   31210

Julie A. Manning, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford   CT   06103-1919
*(United HealthCare Insurance Company)*

Raniero D'Aversa, Jr., Esquire
Laura D. Metzger, Esquire
Mayer Brown LLP
1675 Broadway
New York   NY   10019-5820
*(ABN AMRO Bank N.V.)*

Joanne B. Wills, Esquire
Michael W. Yurkewicz, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street
Suite 1000
Wilmington   DE   19801
*(ABN AMBRO Bank N.V.)*

# NEW CENTURY TRS HOLDINGS, INC.

## 2002 Service List

Richard J. Reynolds, Esquire
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road
Suite 250
Irvine   CA   92618
*(MTC Financial Inc. d/b/a Trustee Corps)*

David H. Zielke, Esquire
Washington Mutual
1301 Second Avenue
WMC 3501
Seattle   WA   98101

Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington   DE   19801
*(Washington Mutual)*

Matthew J. Lampke, Esquire
Ohio Attorney General's Office
Executive Agencies Section
30 East Broad Street, 26th Floor
Columbus   OH   43215-4200

D.J. Baker, Esquire
Rosalie W. Gray, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York   NY   10036-6522
*(Maguire Properties-Park Place, LLC, Maguire Properties-3121 Michelson, LLC; Maguire Properties-3161 Michelson, LLC)*

Megan E. Cleghorn, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington   DE   19801
*(Maguire Properties-Park Place, LLC, Maguire Properties-3121 Michelson, LLC; Maguire Properties-3161 Michelson, LLC)*

Robert P. Gates, Esquire
Erskine & Tulley
220 Montgomery Street
Suite 303
San Francisco   CA   94104
*(500 Eagles Landing, LLC)*

Attn: David A., Meskan, Manager
500 Eagles Landing, LLC
2100 Green Street
Apartment 404
San Francisco   CA   94123

Property Management Professionals, LLC
1512 Royce Drive
Locust Grove   GA   30248

Sheryl L. Moreau, Esquire
Missouri Department of Revenue
General Counsel's Office
301 West High Street, Room 670
P.O. Box 475
Jefferson City   MO   65105-0475

Diane W. Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin   TX   78760
*(City of Edinburg, Edcouch-Elsa ISD, Nueces County; South Texas College)*

Mark H. Ralston, Esquire
Davor Rukavina, Esquire
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas   TX   75201
*(Positive Software Solutions, Inc.)*

# NEW CENTURY TRS HOLDINGS, INC.

## 2002 Service List

Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Carl D. Neff, Esquire
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington   DE   19801
*(Positive Software Solutions, Inc.)*

Ken Coleman, Esquire
Allen & Overy LLP
1221 Avenue of the Americas
New York   NY   10020
*(Barclays Bank PLC and Barclays Capital)*

Mark Manski, Esquire
Barclays Bank PLC
200 Park Avenue
New York   NY   10166

Robert Goodrich, Esquire
Stites & Harison, PLLC
1800 Fifth Third Center
424 Church Street
Nashville   TN   37219-2376
*(SunTrust Leasing Corporation)*

Richard M. Beck, Esquire
Christopher A. Ward, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street
Suite 1000
Wilmington   DE   19801
*(KST Data, Inc.)*

Randall S. Leff, Esquire
Eric M. Heller, Esquire
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard
Ninth Floor
Beverly Hills   CA   90212-2974
*(KST Data, Inc.)*

Richard S. Cobb, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington   DE   19801
*(Stony Point East, LP)*

Felix A. Seidler, Esquire
Reeves & Seidler
2527 Santa Clara Avenue
Alameda   CA   94501-4633
*(Scott and Angela Morris)*

Sari E. Meador, Paralegal
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
Delinquency and Enforcement
P.O. Box 2016
Bartow   FL   33831-2016

Gregg S. Kleiner, Esquire
Cooley Godward Kronish LLP
101 California Street
5th Floor
San Francisco   CA   94111-2222

Bruce Gordon
IBM Credit LLC
Speical Handling Group - MD NC322
North Castle Drive
Armonk   NY   10504

Seth R. Weissman, Esquire
Vice President and , General Counsel
Cormetrics, Inc.
1840 Gateway Drive
Suite 320
San Mateo   CA   94404

# NEW CENTURY TRS HOLDINGS, INC.

## 2002 Service List

Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington   DE   19801
*(Coremetrics, Inc.)*

Bryn H. Sherman, Esquire
Deckelbaum Ogens & Rafferty, Chtd.
3 Bethesda Metro Center
Suite 200
Bethesda   MD   20814
*(816 Connecticut Avenue L.P.)*

Thomas D. Maxson, Esquire
Cohen & Grigsby, P.C.
11 Stanwix Street, 15th Floor
Pittsburgh   PA   15222-1319
*(National Field Representatives, Inc.)*

Madeleine C. Wanslee, Esquire
Gust Rosenfeld P.L.C.
201 East Washington Street
Suite 800
Phoenix   AZ   85004-2327

Leo D. Plotkin, Esquire
Levy, Small & Lallas
815 Moraga Drive
Los Angeles   CA   90049-1633
*(IBM Corporation)*

William F. Taylor, Jr., Esquire
Katharine L. Mayer, Esquire
McCarter & English, LLP
919 North Market Street
Suite 1800
Wilmington   DE   19801
*(LandAmerica Default Services Company)*

Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington   DE   19801
*(Adfitech, Inc.)*

James E. Huggett, Esquire
Margolis Edelstein
750 South Madison Street
Suite 102
Wilmington   DE   19801
*(WARN Act Claimants)*

Mary E. Olsen, Esquire
M. Vance McCarary, Esquire
J. Cecil Gardner, Esquire
The Gardner Firm, P.C.
1119 Government Street
Post Office Drawer 3103
Mobile   AL   36652
*(WARN Act Claimants)*

American Express Travel Related Services Co., Inc. Corp. Card
c/o Becket and Lee LLP
P.O. Box 3001
Malvern   PA   19355-0701

Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock   TX   78680
*(Tax Appraisal District of Bell County, County of Denton, Mexia Independent School District, County of Williamson)*

Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington   DE   19801
*(Hartford Fire Insurance Company)*

# NEW CENTURY TRS HOLDINGS, INC.

## 2002 Service List

T. Scott Leo, Esquire
Grace Winkler Cranley, Esquire
Leo & Weber, P.C.
One North LaSalle Street
Suite 3600
Chicago   IL   60602
(Hartford Fire Insurance Company)

Elihu E. Allinson, III, Esquire
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington   DE   19801
(Nabih Mangoubi and Esther Mangoubi)

Lisa C. McLaughlin, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington   DE   19806
(Mack-Cali Realty Corporation)

Carlos S. Manalansan, Esquire
Wolff & Samson, PC
The Offices of Crystal Lake
One Boland Drive
West Orange   NJ   07052
(Mack-Cali Realty Corporation)

John J. Arminas, Esquire
Goldberg, Kamin & Garvin
1806 Frick Building
437 Grant Street
Pittsburgh   PA   15219
(Pennsbury Village Borough)

Rich F. Martin, Esquire
8109 Santa Luz Village Green South
San Diego   CA   92127

Robert E. Greenberg, Esquire
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
11001 Seventeenth Street, N.W.
Suite 700
Washington   DC   20036-4704
(The Realty Associates Fund VII, L.P.)

Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston   MA   02110
(Iron Mountain Information Management, Inc.)

Susan D. Profant, CFCA, CLA, Paralegal
Ken Burton, Jr., Tax Collector
Manatee County
P.O. Box 25300
819 U.S. 301 Boulevard West
Bradenton   FL   34206-5300

Daniel T. Powers, Tax Commissioner
Chatham County
P.O. Box 8321
Savannah   GA   31412

Amish R. Doshi, Esquire
Day Pitney LLP
7 Times Square
New York   NY   10036-7311
(Oracle USA, Inc.)

Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue
Suite 225
Greenwich   CT   06830

Donald A. Workman, Esquire
Baker & Hostetler LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington   DC   20036
(Fidelity National Information Services)

Nancy Hotchkiss, Esquire
Trainor Fairbrook
Post Office Box 255824
Sacramento   CA   95865
(KW Properties, Ltd.)

# NEW CENTURY TRS HOLDINGS, INC.

## 2002 Service List

A. Michelle Hart, Esquire
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell   GA   30076-2102
*(America's Servicing Company; CitiMortgage, Inc.; Litton Loan Servicing, L.P.)*

Steven H. Newman, Esquire
Katsky Korins LLP
605 Third Avenue
16th Floor
New York   NY   10158
*(Broadway Center Associates, L.P.)*

John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston   TX   77253-3064
*(Harris County, Montgomery County, Cypress-Fairbanks ISD, Fort Bend County; Wharton County)*

Don C. Sherwood, Esquire
Sherwood and Hardgrove
11812 San Vicente Boulevard
Suite 210
Los Angeles   CA   90049-6622
*(Douglas Emmett 2000, LLC)*

Sheldon H. Hirshon, Esquire
Proskauer Rose LLP
1585 Broadway
New York   NY   10036-8299
*(Huntington Quadrangle 2 LLC)*

Gretchen Crawford, Esquire
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City   OK   73102

William A. Hazeltine, Esquire
Law Offices of William A. Hazeltine LLC
The Brandywine Building
1000 North West Street
Wilmington   DE   19801
*(Walz Postal Solutions, Inc.)*

Andrew C. Kassner, Esquire
Howard A. Cohen, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington   DE   19801
*(HSBC Bank USA; HSBC Mortgage Corporation USA)*

Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago   IL   60610
*(Speedpay, Inc.)*

Larry Thomas
Integrated Payment Systems, Inc.
Meridian Building
12500 East Belford Avenue
Mail Stop M12B
Englewood   CO   80112

Sherry D. Lowe, Esquire
Lamm Rubenstone Leasvoy Butz & David LLC
3600 Horizon Boulevard, Suite 200
Trevose   PA   19053
*(National City Commercial Capital Company, LLC)*

Dennis D. Ahlers, Esquire
Eschelon Telecom, Inc.
730 Second Avenue South
Suite 900
Minneapolis   MN   55402

Sally E. Edison, Esquire
McGuire Woods LLP
Dominion Tower
625 Liberty Avenue, 23rd Floor
Pittsburgh   PA   15222-3142
*(ADT Security Services, Inc.)*

# NEW CENTURY TRS HOLDINGS, INC.

## 2002 Service List

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington   DE   19801
*(ADT Security Services, Inc., Sprint Nextel Corporation; CitiMortgage, Inc.)*

William F. Taylor, Jr., Esquire
Katharine L. Mayer, Esquire
McCarter & English LLP
919 North Market Street
Suite 1800
Wilmington   DE   19801
*(Tamares Real Estate Holdings, Inc., Plaza America Office Development, LLC, Plaza Office Realty II, LLC)*

Richard M. Lucas, Esquire
Charles A. Mallory, Esquire
Arnold & Porter
555 Twelfth Street, N.W.
Washington   DC   20004
*(Tamares Real Estate Holdings, Inc., Plaza America Office Development, LLC, Plaza Office Realty II, LLC)*

Victoria W. Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington   DE   19801
*(CSHV Denver Tech Center, LLC)*

Daniel Ansell, Esquire
Kenneth Philbin, Esquire
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York   NY   10166
*(CSHV Denver Tech Center, LLC)*

David McCall, Esquire
Gay, McCall, Isaacks, Gordon & Roberts, P.C.
777 East 15th Street
Plano   TX   75074
*(Colin County Tax Assessor/Collector)*

Larry A. Levick, Esquire
Michelle E. Shriro, Esquire
Gerard Singer Levick, P.C.
16200 Addison Road, Suite 140
Addison   TX   75001
*(Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc.)*

Hollie N. Hawn, Esquire
Broward County
Government Center
115 South Andrews Avenue
Ft. Lauderdale   FL   33301

Stephen M. Miller, Esquire
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington   DE   19801
*(Village at Camp Bowie I, L.P.)*

Fielder F. Nelms, Esquire
Smith, Stern, Friedman & Nelms, P.C.
6688 North Central Expressway
Suite 550, L.B. 37
Dallas   TX   75206
*(Village at Camp Bowie I, L.P.)*

Henry Jaffe, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington   DE   19801
*(Barclays Bank PLC)*

Judith T. Romano, Esquire
Phelan, Hallinan and Schmieg, LLP
1617 John F. Kennedy Boulevard
Suite 1400
Philadelphia   PA   19103

# NEW CENTURY TRS HOLDINGS, INC.

## 2002 Service List

Edward M. Fox, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York   NY   10022-6030
*(Examiner, Michael J. Missal, Esquire)*

Rebecca L. Kline Dubill, Esquire
Stephen G. Topetzes, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington   DC   20006-1600
*(Examiner, Michael J. Missal, Esquire)*

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington   DE   19801
*(Examiner, Michael J. Missal, Esquire)*

Victoria L. Nelson, Esquire
Ogonna M. Atamoh, Esquire
Santoro, Driggs, Walch, Kearney, Johnson & Thompson
400 South Fourth Street
Third Floor
Las Vegas   NV   89101
*(United Insurance Company of America)*

Susan R. Fuertes, Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston   TX   77032

Susan L. Vaage, Esquire
Graham Vaage & Cisneros
500 North Brand Boulevard
Suite 1030
Glendale   CA   91203
*(Bank of the West)*

John Banks, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
3301 Northland Drive
Suite 505
Austin   TX   78731
*(Hidalgo County)*

James M. Trush, Esquire
Trush Law Office
695 Town Center Drive
Suite 700
Costa Mesa   CA   92626-7187
*(Daniel J. Rubio, John Hicks, David Vizcarra)*

Jesse S. Finlayson, Esquire
Michael R. Williams, Esquire
Finlayson, Augustini & Williams LLP
110 Newport Center Drive
Suite 100
Newport Beach   CA   92660
*(The Irvine Company)*

Gene O'Bannon, Executive Vice President
eMortgage Logic LLC
8317 Whitley Road
Fort Worth   TX   76148

Bruce L. Segal, Esquire
Honigman Miller Schwartz & Cohn LLP
38500 Woodward Avenue
Suite 100
Bloomfield Hills   MI   48304
*(QKC Maui Owner, LLC)*

Cy Epstein, Esquire
Clear Capital
6030 Orchard Avenue
Richmond   CA   94804

# NEW CENTURY TRS HOLDINGS, INC.

## 2002 Service List

Christopher P. Simon, Esquire
Kevin S. Mann, Esquire
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington   DE   19801
*(P.C. Associates)*

Mark H. Ralston, Esquire
The Ralston Law Firm
2603 Oak Lawn Avenue
Suite 230, LB 2
Dallas   TX   75219-9109
*(Positive Software Solutions, Inc.)*

Charles J. Brown, III, Esquire
J" Jackson Shrum, Esquire
Harvey ^ Pennington Ltd.
913 Market Street
Suite 702
Wilmington   DE   19801
*(Countrywide Home Loans, Inc. d/b/a America's Wholesale Lender)*

John R. Knapp, Jr., Esquire
Cairncross & Hempelmann, P.S.
524 2nd Avenue
Suite 500
Seattle   WA   98104-2323
*(Microsoft Corporation and Microsoft Licensing, GP)*

Ted A. Berkowitz, Esquire
Farrell Fritz, P.C.
1320 Reckson Plaza
Uniondale   NY   11556-1320
*(American Home Mortgage Corp.)*

Wilshire Credit Corporation
P.O. Box 1650
Portland   OR   97207-1650

Steven R. Morasse, Esquire
Desmond J. Collins, Esquire
Grant & Morasse, PC
4921 Birch Street
Suite 120
Newport Bech   CA   92660
*(Pacifica Paradise Valley, LLC)*

Zachary Mosner, Esquire
Office of the Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue
Suite 2000
Seattle   WA   98104-3188

Laura L. McCloud, Esquire
Office of the Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville   TN   37202-0207

Julius O. Curling, Esquire
State of Michigan
Department of Treasury
Cadillac Place
3030 West Grand Boulevard, Suite 10-200
Detroit   MI   48202

German Yusufov, Esquire
Terri A. Roberts, Esquire
Pima County, Arizona
32 North Stone Avenue
Suite 2100
Tucson   AZ   85701

Julie H. Rome-Banks, Esquire
Binder & Malter LLP
2775 Park Avenue
Santa Clara   CA   95050
*(Cranbrook Realty Investment Fund, L.P.)*

# NEW CENTURY TRS HOLDINGS, INC.

## 2002 Service List

Eric Lopez Schnabel, Esquire
Dorsey & Whitney LLP
1105 North Market
16th Floor
Wilmington   DE   19801
*(Residential Funding Company, LLC)*

Heather D. Dawson, Esquire
Kitchens Kelley Gaynes, P.C.
Suite 900
11 Piedmont Center
3495 Piedmont Road, N.E.
Atlanta   GA   30305
*(Gwinnett Center LLC)*

David G. Baker, Esquire
105 Union Wharf
Boston   MA   02109
*(Diana Oliveira)*

Andrew J. Petrie, Esquire
Featherstone Petrie DeSisto LLP
600 17th Street
Suite 2400S
Denver   CO   80202-5424
*(CitiMortgage, Inc.)*

EMC Corporation
c/o Receivable Management Services
P.O. Box 5126
Timonium   MD   21094

R. Gibson Pagter, Jr., Esquire
Pagter and Miller
525 North Cabrillo Park Drive
Suite 104
Santa Ana   CA   92701
*(American Contractors Indemnity Co.)*

Michael J. Riela, Esquire
Latham & Watkins LLP
53rd at Third, Suite 1000
885 Third Avenue
New York   NY   10022-4068
*(Lehman Brothers Bank, FSB, Lehman Brothers Holdings Inc. and Aurora Loan Services, LLC)*

Hilary B. Bonial, Esquire
Tyler B. Jones, Esquire
Brice Vander Linden & Wernick, P.C.
P.O. Box 829009
Dallas   TX   75382-9009
*(Litton Loan Servicing, LLP)*

Attn: Wayne, Fong, Esquire
Fidelity National Title Company
17911 Von Karman
Suite 300
Irvine   CA   92614-6253

William E. Nowakowski, Esquire
Department of Taxation and Finance
77 Broadway
Suite 112
Buffalo   NY   14203-1670

Dexter D. Joyner, Esquire
4701 Preston
Pasadena   TX   77505
*(Pasadena Independent School District)*

Jay W. Hurst, Esquire
State of Texas
Bankruptcy & Collections Division
P.O. Box 12548
Austin   TX   78711-2548

Andew Dylan Wood, Esquire
P.O. Box 165001
Austin   TX   78716
*(Everman Independent School District)*

# NEW CENTURY TRS HOLDINGS, INC.

## 2002 Service List

Carol E. Momjian, Esquire
Office of the Attorney General
21 South 12th Street
3rd Floor
Philadelphia   PA   19107-3603


Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Drive
#400
Littleton   OH   80124


Christine A. Roberts, Esquire
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas   NV   89129
*(Clark County)*


Jan M. Geht, Esquire
United States Department of Justice
P.O. Box 227
Washington   DC   20044


Machiline Xiong
603 Jensen Place
Placentia   CA   92870


Neil Herskowitz
Riverside Claims LLC
Planetarium Station
PO Box 626
New York   NY   10024