IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § <br> § <br> § <br> NEW CENTURY TRS HOLDINGS, INC., § <br> A Delware Corporation, et al § <br> § <br> § | CASE NO. 07-10416 <br> JOINTLY ADMINISTERED <br><br> CHAPTER 13 |

**WITHDRAWAL OF ORIGINAL PROOF OF CLAIM #3514
IN RESPONSE TO DEBTOR' ELEVENTH OMNIBUS OBJECTION (DOC# 4521)**
_____

**COMES NOW, PASADENA INDEPENDENT SCHOOL DISTRICT**, Claimant to Withdraw the Secured Claim for Taxes (Original Proof of Claim #3514) filed on September 28, 2007, in the name of, PASADENA INDEPENDENT SCHOOL DISTRICT, and in the amount of $1,688.45 as the ownership has changed and the taxes were paid on January 7, 2008. Claimant, Pasadena Independent School District files this in response to Debtor's Eleventh Omnibus Objection : Substantive Objection Pursuant to 11 U.S.C. §§ 502 and 507, Bankruptcy Rules 307 and 9014, and Local Rules 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Reduced and Reclassified Claims and (D) Insufficient Documentation Claims (Doc#4521).

Claimant hereby withdraws Original Proof of Claim #3514 dated September 28, 2007 as the claim as satisfied.

Respectfully submitted,

 /s/ Dexter D. Joyner_____
**DEXTER D. JOYNER**;
 State Bar No. 11039000 (Federal Bar No. 18365)
 ATTORNEY FOR THE PASADENA
 INDEPENDENT SCHOOL DISTRICT
 4701 Preston
 Pasadena, Texas  77505
 281/ 991-6095  Fax: 281 991-6012

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing has been this date mailed to the parties listed below:

| | | |
|---|---|---|
| Mark D. Collins <br> Michael J. Merchant <br> Christopher M. Samis <br> Richards, Layton & Finger, P.A. <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE  19801 | Suzanne S. Uhland <br> Ben H. Logan <br> O'Melveny & Myers LLP <br> 275 Battery Street <br> San Francisco, CA  94111 <br><br> **Transmitted electronically to all parties requesting Notice** | U.S. Trustee <br> Office of the U.S. Trustee <br> 844 King Street, Room 2207 <br> Lockbox #35 <br> Wilmington, DE  19899-0035 |

Dated this   __1st__  day of __February_____, 2008__/s/ Dexter D. Joyner__
                                                         **DEXTER D. JOYNER**