Contact American Arbitration Association
13455 Noel Road - Suite 1750
Dallas, TX 75240
telephone: 972-702-8222   facsimile: 972-490-9008

**Commercial Panel**
**Paul E. Burns, Esq.**

**Current Employer-Title**  Steptoe & Johnson LLP - Attorney

**Profession**  Attorney

**Work History**  Attorney, Steptoe & Johnson LLP, 2002-present; Attorney, Gallagher & Kennedy, 1999-02; Attorney, O'Connor Cavanaugh, 1997-99; Attorney, Trager & Trager, P.C., 1987-97; Attorney, LeBoeuf, Lamb, Greene & MacRae, 1985-87.

**Experience**  Law practice is focused on intellectual property and technology-related litigation and transactions and a wide range of complex litigation matters. Handles patent infringement, trademark and trade dress infringement, copyright infringement, trade secret misappropriation, and unfair competition cases, as well as disputes involving license agreements, information technology, biotechnology, and other complex technologies. Counsels clients on patent, trademark, trade dress and trade secret protection and licensing, Internet and e-commerce issues, and entertainment law issues. Negotiates intellectual property and technology-related transactions such as license agreements, technology transfer agreements, distribution agreements, software development agreements, technology service and maintenance agreements, and outsourcing agreements. Conducts intellectual property audits and provides intellectual property support for mergers and acquisitions and public and private equity financing transactions. Also involved in preparing and prosecuting patent applications, especially in the areas of information technology and business methods as well as preparing trademark applications. Also handles a wide variety of litigation, including cases involving contract disputes, non-compete violations and other employment disputes, antitrust claims, securities fraud, tort claims, insurance coverage issues, breaches of fiduciary duty, company governance issues, business break-ups, real estate and construction disputes, franchise disputes, regulatory matters, asset recovery, and bankruptcy.

**Alternative Dispute Resolution Experience**  Has served as mediator and as counsel in computer software-related disputes, commercial disputes, and various other types of litigation matters. Member of the AAA Large Complex Case Advisory Committee.

**Alternative Dispute Resolution Training**  AAA Commercial Arbitrator II Training, New York, 6/04; AAA Arbitrator I Training-Fundamentals of the Arbitration Process, Providence, 8/03.

**Professional Licenses**  Admitted to the Bar: Connecticut, 1984; Massachusetts, 1986; New York, 1991; District of Columbia, 1991; Arizona, 1997; California, 2000; Texas, 2000; U.S. Patent

*Paul E. Burns, Esq.*
*152472*

and Trademark Office.

**Professional Associations**   Licensing Executives Society (Arizona Chapter, Chairman); The Copyright Society of the USA (Arizona Chapter, Chairman); Arizona Internet and E-Commerce Association (Co-founder and President); American Intellectual Property Law Association (Alternative Dispute Resolution Committee, Vice Chair); Federal Bar Association; State Bar of Arizona (Executive Council; Intellectual Property Section; Internet and E-Commerce Section; Trial Practice Section); American Bar Association (Intellectual Property Section; Litigation Section; Business Law Section).

**Education**   Boston College (BS, Computer Science, magna cum laude-1981; JD, magna cum laude-1984).

**Publications and Speaking Engagements**   Speaker, "E-mail Risk Management," State Bar of Arizona Annual Meeting, 2004; speaker "Website Development Agreements," State Bar of Arizona Annual Meeting, 2003; "Technology and Intellectual Property Issues for Non-technology Companies," Maricopa County Bar Association, Corporate Counsel Division, 2003; "Knowing When to Pursue a Patent," Arizona State University, IEEE Student Chapter, 2003: co-author, "An Introduction to Business Method Patents," National Business Institute, 2001; "Technology Entrepreneurship," Arizona State University, IEEE Student Chapter, 2001; "The Napster Decision," Arizona State University School of Law, 2001; "Following Austin's Lead to High-Tech Future," The ARIZONA REPUBLIC, January 9, 2001; "Advanced Internet and Computer Law Issues," National Business Institute, 1998; "The Law of the Internet," National Business Institute, 1997, 1001; "Intellectual Property Law in Cyberspace," National Business Institute, 1997; "The Long Arm of the Law of the Internet," National Business Institute, 1997; "The Timing Is Paramount: The Impact of Paramount v. Time on the Law of Hostile Takeovers," 19 FLORIDA STATE UNIVERSITY LAW REVIEW 761, 1992.

**Compensation**        $2,500.00 Per Day
                        $325.00 Per Hour
$1,250.00 per half day for hearings. Hourly rate for preparation, study, and time not spent in hearings. Willing to serve on cases anywhere in the United States without charging for travel time.

**Citizenship**  United States of America

**Locale**  Phoenix, AZ

*Paul E. Burns, Esq.*
*152472*