Exhibit A

Status of Proofs of Claim for Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims

### Exhibit D

| Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3444 | Residential Mortgage Solution LLC | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |

1