## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x

| | |
|---|---|
| In re: | : **Chapter 11** |
| | : |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : **Case No. 07-10416 (KJC)** |
| a Delaware Corporation, et al., | : |
| | : **Jointly Administered** |
| Debtors. | : |
| | : **Related to Docket No. 4390** |

-------------------------------------------------------x

### CERTIFICATION OF NO OBJECTION REGARDING NOTICE OF SECOND INTERIM FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD AUGUST I, 2007 THROUGH NOVEMBER 30, 2007

### NO ORDER REQUIRED

I, Patrick J. Reilley, counsel for Michael J. Missal, the Court appointed examiner (the "Examiner") in the above-captioned jointly administered chapter 11 cases, hereby certify as follows:

1.      On January 11, 2008, the Examiner filed the **Notice of Second Interim Fee Application of Saul Ewing LLP, Co-Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period August 1, 2007 through November 30, 2007** (the "Second Interim Application") [Docket No. 4390].

2.      In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, and the Order Appointing Fee Auditor Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications dated October 10, 2007, objections, if any, to

the Second Interim Application were due on or before 4:00 p.m. on January 31, 2008 (the "Objection Deadline").

3.     The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

4.     Accordingly, the Second Interim Application may be granted in the amount of $47,498.40 for professional services rendered and $11,585.12 for actual, reasonable and necessary expenses[1].

Dated: February 4, 2008

**SAUL EWING LLP**

By: _____

Patrick J. Reilley (DE No. 4451)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6885 (telephone)
(302) 421-5887 (fax)

Co-Counsel to Michael J. Missal, Examiner

---

[1] The amount of compensation sought already reflects Applicant's voluntary ten percent (10%) reduction of its fees in this matter.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : | **Case No. 07-10416 (KJC)** |
| **a Delaware Corporation, et al.,** | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | |

--------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Patrick J. Reilley of Saul Ewing LLP hereby certify that on February 4, 2008, service of the attached **Certification of No Objection Regarding Notice of Second Interim Fee Application of Saul Ewing LLP, Co-Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period August 1, 2007 through November 30, 2007** was made by First Class Mail on the parties identified on the attached Service List.

Patrick J. Reilley (DE No. 4451)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6885 (telephone)
(302) 421-5887 (fax)

Co-Counsel to Michael J. Missal, Examiner

553557.5 2/4/08

**NEW CENTURY TRS HOLDINGS, INC.,** *et al.*

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
P.O. Box 551
Wilmington, DE 19899

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski, Stang, Ziehl & Jones LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Suzzanne S. Uhland, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Monika L. McCarthy, Esquire
New Century Mortgage Corporation
3121 Michelson Drive, Suite 600
Irvine, CA 92612

Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

Holly Felder Etlin
AP Services, LLC
9 West 57th Street, Suite 3420
New York, NY 10019

Warren H. Smith, Esquire
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201