IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| : | |
| NEW CENTURY TRS HOLDINGS, INC., : | CASE NO. 07-10416 KJC |
| A Delaware corporation, et al.[1] : | Jointly Administered |
| : | |
| Debtors. : | Related Doc. Nos. 4763, 4710, 4732, 4731 |

**LIMITED OBJECTION
OF NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC,
TO DEBTORS' NOTICES OF PROPOSED SALE OF ASSETS TO
ALLTECH ELECTRONICS CO., INC. (Doc. No. 4763)
CARRINGTON MORTGAGE SERVICES (Doc. No. 4710)
LIQUID TECHNOLOGY, INC. (Doc. No. 4732)
CIRCULAR TECHNOLOGIES, INC. (Doc. No. 4731)**

National City Commercial Capital Company, LLC, ("National City"), by and through its attorneys, Weir & Partners LLP and Lamm Rubenstone LLC, hereby objects to Debtors' Notices of Proposed Sale of Assets Alltech Electronics Co., Inc. (Doc. No. 4763), Carrington Mortgage Services (Doc. No. 4710), Liquid Technology, Inc. (Doc. No. 4732), Circular Technologies, Inc. (Doc. No. 4731) (the "Notices") to the extent that the Debtors seek to sell any assets subject to National City's interests without National City's express approval.[2] National City further reserves all its rights to raise additional objections to Debtors' Notices if revised prior to or at the time of any hearing on the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; Ncoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California Corporation.

[2] National City's interests and collateral are further defined and supported in National City's Limited Objection filed in this case on May 2, 2007 at Document No. 509.

376886

Notices, and to object to all amounts Debtors receive from the sale of all collateral subject to National City's security interest.

**WHEREFORE,** National City Commercial Capital Company, LLC, respectfully requests that the Court deny Debtors' Notices of Proposed Sale of Assets, and the relief sought therein, to the extent that the Debtors intend to sell any assets subject to the interest of National City, and grant such other and further relief as this Court may deem just and proper.

Respectfully Submitted,

Date:   February 4, 2008.

By:   /s/Sherry D. Lowe
Sherry D. Lowe, Esquire
Lamm Rubenstone LLC
3600 Horizon Blvd, Ste. 200
Trevose, PA 19053
sdlowe@lammrubenstone.com
(215) 638-9330
(215) 638-2867 –Facsimile
(Counsel for National City Commercial Capital Company, LLC)

Date:   February 4, 2008

By:   /s/Jeffrey S. Cianciulli
Jeffrey S. Cianciulli, Esquire
Weir & Partners LLP
824 Market Street
Wilmington, DE 19801
302-652-8181
302-652-8909 (fax)
(Local Counsel for National City Commercial Capital Company, LLC)