Exhibit C
Status of Proofs of Claim for Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed and (D) No Supporting Documentation Claims

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| | | Exhibit C |
| 3526 | Brazoria County M U D No. 21 | Response filed 12/28/07 [D.I. 4260]. The hearing on this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |
| 3527 | Brazoria County M U D No. 28 | Response filed 12/28/07 [D.I. 4260]. The hearing on this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |
| 3525 | Brazoria County Tax Office | Response filed 12/28/07 [D.I. 4260]. The hearing on this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |
| 3476 | Clayton County Tax Commissioner | Response filed 12/26/07; D.I. 4228. The claimant has withdrawn its response. |
| 3411 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |
| 3412 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |
| 3415 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The hearing on this claim is going forward. |
| 3416 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |

1

Exhibit C

Status of Proofs of Claim for Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed and (D) No Supporting Documentation Claims

| Remaining Claim Number | Claimant | Status |
| --- | --- | --- |
| 3414 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The hearing on this claim is going forward. The hearing on this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |
| 3419 | Marion County | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |
| 3449 | Alameda County Tax Collector | Response filed 12/27/07; D.I. 4227. The hearing on this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |

2