Exhibit D

Status of Proofs of Claim for Debtors' Eighth Omnibus Objection (Substantive) to Certain Books and Records Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 1242 | Allen Walker | No response has been filed. |
| 770 | Alvin E. Schnell | The Debtors have received an informal response. The hearing on this claim is going forward. |
| 3110 | Alyse Zahi Rafidi | No response has been filed. |
| 1081 | Andrea Kehres | No response has been filed. |
| 2998 | Antonio James Garbani | No response has been filed. |
| 3269 | Ardencroft Associates | No response has been filed. |
| 1136 | Bensen Derek Ross | No response has been filed. |
| 813 | Berlin Township | No response has been filed. |
| 3234 | Blanco CAD | The Debtors have received an informal response from the claimant. The hearing on this claim is continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |
| 778 | Blue Lonnie Knox | No response has been filed. |
| 1834 | Boscobel Town | No response has been filed. |
| 319 | Brad Sorsabal | No response has been filed. |
| 2347 | Brenda L. Johnson | No response has been filed. |
| 2143 | Buffalo County | No response has been filed. |
| 848 | Carolyn Ann Harris | No response has been filed. |
| 2289 | Century Mortgage Servcices LLC | No response has been filed. |
| 2987 | Charles Price | No response has been filed. |
| 1957 | Chelius Garrett Andrew | The Debtors have received an informal response from the claimant. The claim has been settled. The terms of the settlement will be reflected on a revised exhibit to be presented at the hearing. |
| 1356 | Christina L. Dolan | The Debtors have received an informal response. The hearing on this claim is going forward. |
| 1690 | City of Las Vegas | No response has been filed. |

1

Exhibit D

Status of Proofs of Claim for Debtors' Eighth Omnibus Objection (Substantive) to Certain Books and Records Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 1318 | City of New York Dept of Finance | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |
| 1312 | City of New York Dept of Finance | The Debtors have received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |
| 845 | Clayton Susan Marie | No response has been filed. |
| 2280 | Columbia County Tax Collector | No response has been filed. |
| 1804 | Commonwealth of Massachusetts Department of Revenue | The claimant has withdrawn their claim [D.I. 4162; filed 12/17/07] |
| 2462 | Cure Thuy | The Debtors have received an informal response from the claimant. The claim has been settled. The terms of the settlement will be reflected on a revised exhibit to be presented at the hearing. |
| 2331 | Darrell Lowe | The Debtors have received an informal response. The Debtors have withdrawn their objection to this claim. |
| 1393 | David Scott Edmunds | No response has been filed. |
| 61 | David Shine | No response has been filed. |
| 1983 | David Vizcara | The Debtors have received an informal response. The Debtors have withdrawn their objection to this claim. |
| 1997 | Delaware County | No response has been filed. |
| 1110 | Deno La Teisha Renee | No response has been filed. |
| 569 | Department of Labor and Industries | No response has been filed. |
| 1213 | Devinney Russell Keith | No response has been filed. |
| 92 | Dina L. Kenzy | The Debtors have received an informal response. The Debtors have withdrawn their objection to this claim. |
| 797 | Dos Vientos Mortgage Inc. | No response has been filed. |

2

Exhibit D

Status of Proofs of Claim for Debtors' Eighth Omnibus Objection (Substantive) to Certain Books and Records Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 1034 | Edith M. Blackburn | No response has been filed. |
| 1831 | Edwards Rebecca E. | No response has been filed. |
| 1960 | El Paso County Treasurer | No response has been filed. |
| 1395 | Elizabeth J. Anderson | No response has been filed. |
| 1637 | Erika Carpenter | No response has been filed. |
| 632 | Erin E. Conroy | Response filed 1/30/08; D.I. 4782. The hearing on this claim is going forward. |
| 2497 | Eva Joy Martini | The Debtors have received an informal response. The Debtors have withdrawn their objection to this claim. |
| 1667 | Farmington Town | No response has been filed. |
| 836 | Francis Michelle A. | No response has been filed. |
| 3340 | Fresno County Tax Collector | No response has been filed. |
| 3323 | Fulton County Treasurer | No response has been filed. |
| 2203 | Gerald P. Scipione | No response has been filed. |
| 1157 | Geryk Patti | No response has been filed. |
| 1154 | Giorgio Salvatce Castagna | No response has been filed. |
| 895 | Greg Easter Appraisals LLC | The Debtors have received an informal response. The claimant has withdrawn its response. |
| 1218 | Grizzard Jamie R. | No response has been filed. |
| 3322 | Hennepin | No response has been filed. |
| 1833 | Hermon Town | No response has been filed. |
| 366 | Idaho State Tax Commission | No response has been filed. |
| 3266 | Jaharvey D. Johnson | No response has been filed. |
| 1390 | Jamine Tang | No response has been filed. |
| 1920 | Jefferson County Treasurer | No response has been filed. |
| 2048 | John C. Wright | No response has been filed. |
| 1985 | John Hicks | The Debtors have received an informal response. The Debtors have withdrawn their objection to this claim. |
| 1359 | Juarez Vincent | No response has been filed. |

Exhibit D

Status of Proofs of Claim for Debtors' Eighth Omnibus Objection (Substantive) to Certain Books and Records Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 3140 | Karen Lee Fox | No response has been filed. |
| 449 | Kelley Goldsmith | No response has been filed. |
| 18 | Kimberlee A. Toomey | No response has been filed. |
| 1673 | Kirsch Sandra M. | No response has been filed. |
| 1755 | Lakonishock Corp Retirement Plan | No response has been filed. |
| 3342 | Lamar CAD | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for February 20, 2008. |
| 1014 | Lara D. Murphy | No response has been filed. |
| 1544 | Lawry Christine Mignon | No response has been filed. |
| 1415 | Leda Kelly Barbosa | No response has been filed. |
| 3334 | Lee County Tax Collector | No response has been filed. |
| 1258 | Lilly Knetta D. | No response has been filed. |
| 3235 | Lois F. Lutwin | The Debtors have received an informal response. The Debtors have withdrawn their objection to this claim. |
| 3268 | Louetta North Pud | No response has been filed. |
| 3214 | Lutwin Lois F. | The Debtors have received an informal response. The hearing on this claims is going forward. |
| 2243 | Lyles Carla | No response has been filed. |
| 414 | Marilyn E. Wood Revenue Commissioner | No response has been filed. |
| 1170 | Martha Moreland | No response has been filed. |
| 2046 | Merrimac Town | The Debtors have received an informal response. The claimant has withdrawn its response. |
| 571 | Metropolitan Government Trustee | No response has been filed. |
| 266 | Michael Mckinney | No response has been filed. |
| 1335 | Michelle L. Cullinan | No response has been filed. |
| 2106 | Monterey County Tax Collector | No response has been filed. |
| 91 | Mortgage Plus Funding Inc. | The Debtors have received an informal response. The hearing on this claim is going forward. |

4

Exhibit D

Status of Proofs of Claim for Debtors' Eighth Omnibus Objection (Substantive) to Certain Books and Records Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 55 | Mortgage Plus Funding Inc. | The Debtors have received an informal response. The hearing on this claim is going forward. |
| 58 | Mortgage Plus Funding Inc. | The Debtors have received an informal response. The hearing on this claim is going forward. |
| 1433 | Muskingum County | No response has been filed. |
| 299 | Nancy A. Shaeffer | No response has been filed. |
| 2051 | New York State Department of Taxation and Finance | Response filed 1/18/08; D.I. 4529. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |
| 1797 | New York State Department of Taxation and Finance | Response filed 1/18/08; D.I. 4529. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |
| 1794 | New York State Department of Taxation and Finance | Response filed 1/18/08; D.I. 4529. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |
| 265 | New York State Department of Taxation and Finance | Response filed 1/18/08; D.I. 4529. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |
| 1819 | Nichols Cindy A. | No response has been filed. |
| 497 | Patricia D. Norton | No response has been filed. |
| 1551 | Patrick Purcell | No response has been filed. |
| 567 | Patti Geryk | No response has been filed. |
| 1446 | Paul H. Potter | No response has been filed. |
| 2532 | Paul Sahyoun | No response has been filed. |

Exhibit D

Status of Proofs of Claim for Debtors' Eighth Omnibus Objection (Substantive) to Certain Books and Records Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 3312 | Pennsylvania Department of Revenue | Response filed 1/10/08; D.I. 4362. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |
| 719 | Pennsylvania Department of Revenue | Response filed 1/10/08; D.I. 4362. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |
| 1059 | Phippsburg Town | No response has been filed. |
| 1646 | Potosi Town | No response has been filed. |
| 2130 | Pulaski County | No response has been filed. |
| 44 | Randall E. Lightbody | No response has been filed. |
| 338 | Town of Killingly Revenue Collector | No response has been filed. |
| 3370 | RI Division of Taxation | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for February 20, 2008. |
| 3369 | RI Division of Taxation | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for February 20, 2008. |
| 3367 | RI Division of Taxation | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for February 20, 2008. |
| 31 | Richard Pasquini | No response has been filed. |
| 1912 | Riverside County Treasurer Tax Collector | No response has been filed. |
| 1911 | Riverside County Treasurer Tax Collector | No response has been filed. |
| 3251 | Riverside County Treasurer Tax Collector | No response has been filed. |
| 1272 | Roach Rebecca Lynn | No response has been filed. |
| 1144 | Robert C. Coleman | No response has been filed. |
| 1671 | Rockbridge County | No response has been filed. |

Exhibit D

Status of Proofs of Claim for Debtors' Eighth Omnibus Objection (Substantive) to Certain Books and Records Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 1201 | Rogers City | No response has been filed. |
| 1514 | Sanders Mariann J. | No response has been filed. |
| 1720 | Saxby Amber E. | The Debtors have received an informal response. The hearing on this claim is going forward. |
| 1510 | Schiavo Stephen B. | No response has been filed. |
| 2241 | Scipione Gerald P. | No response has been filed. |
| 2071 | Sec of State Dept of Business Svcs | No response has been filed. |
| 2069 | Secretary of State State of Illinois | No response has been filed. |
| 2180 | Shelby County Trustee | No response has been filed. |
| 1864 | Solano County Tax Collector | No response has been filed. |
| 1293 | Springfield City | No response has been filed. |
| 3341 | St Louis City | Response filed 1/29/08; D.I. 4738. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 20, 2008. |
| 1651 | Stacy Beitel | No response has been filed. |
| 3317 | Stanislaus County Tax Collector | No response has been filed. |
| 3319 | Stanislaus County Tax Collector | No response has been filed. |
| 3318 | Stanislaus County Tax Collector | No response has been filed. |
| 1580 | State of Maine Bureau of Revenue Services | No response has been filed. |
| 2179 | State of Michigan | Response filed 1/10/08; D.I. 4358. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 20, 2008. |
| 1061 | State of New Jersey | Response filed 1/11/08; D.I. 4392. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |

7

Exhibit D

Status of Proofs of Claim for Debtors' Eighth Omnibus Objection (Substantive) to Certain Books and Records Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 693 | State of Washington Department of Revenue | Response filed 1/17/08; D.I. 4500. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for March 5, 2008 at 1:30 p.m. |
| 1473 | State of Washington Department of Revenue | Response filed 1/17/08; D.I. 4500. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for March 5, 2008 at 1:30 p.m. |
| 1116 | Steven Muti Emp | No response has been filed. |
| 2196 | Steven P Younglove | No response has been filed. |
| 1308 | Sue E Dugan Hugueley | The Debtors have received an informal response. The Debtors have withdrawn their objection to this claim. |
| 862 | Tanya Lynn Randolph | No response has been filed. |
| 1566 | Tax Collector Pinellas County | No response has been filed. |
| 2463 | Thuy Cure | The Debtors have received an informal response. The claim has been settled. The terms of the settlement will be reflected on a revised exhibit to be presented at the hearing. |
| 2983 | Tiffany Collins Emp | No response has been filed. |
| 1778 | Tony Flores | No response has been filed. |
| 748 | Tracy P Dunn | Response filed 1/30/08; D.I. 4783. The hearing on this claim is going forward. |
| 512 | Trudy Savage | No response has been filed. |
| 3313 | Vance County Tax Collector | No response has been filed. |
| 3217 | Virginia Granato | Response filed 1/30/08; D.I. 4784. The hearing on this claim is going forward. |
| 843 | Votruba Stanley | Response filed 1/25/08; D.I. 4653. The hearing on this claim is going forward. |
| 1700 | Watts Michelle J. | No response has been filed. |

**Exhibit D**

**Status of Proofs of Claim for Debtors' Eighth Omnibus Objection (Substantive) to Certain Books and Records Claims**

| Claim Number | Claimant | Status |
|---|---|---|
| 2200 | Wharton County | No response has been filed. |