Exhibit E

Status of Proofs of Claim for Debtors' Ninth Omnibus Objection (Substantive) to Certain Reduced and/or Reclassified Claims

| Claim Number | Claimant | Status |
|---|---|---|
| | **Exhibit A** | |
| 763 | Airport Lock & Safe Inc. | No response has been filed. |
| 768 | Amber Financial Group LLC | No response has been filed. |
| 103 | Andrew I. Barns | No response has been filed. |
| 1048 | Aw Palmer | No response has been filed. |
| 20 | Bari Fraire | No response has been filed. |
| 1078 | Beacon Appraisal Services Inc. | No response has been filed. |
| 935 | Ben Clark | No response has been filed. |
| 1491 | Bernadette M. Powers Careno | No response has been filed. |
| 2407 | Bien Quach individually and dba BQ Consulting Inc. | Response filed 1/28/08; D.I. 4729. The Debtors have withdrawn their objection to this claim. |
| 141 | Brad Sorsabal | No response has been filed. |
| 1227 | Brenan Boroski Advertising Inc. | No response has been filed. |
| 579 | Brian J. Johnson | No response has been filed. |
| 213 | Bruce R. Ullman | No response has been filed. |
| 109 | Carole J. Duncan | No response has been filed. |
| 803 | Central Valley Appraisal Group | No response has been filed. |
| 1100 | Certified Residential Appraisal Service | No response has been filed. |
| 375 | Chris Donley | No response has been filed. |
| 772 | Chris Macabuhay | No response has been filed. |
| 26 | Christeen Weitz | No response has been filed. |
| 131 | Christine Burns | No response has been filed. |
| 1848 | Coastal Bend Coper Fax Co | No response has been filed. |
| 1419 | Cornerstone Appraisals LlC | No response has been filed. |
| 205 | Corrie Lynn Christine | No response has been filed. |
| 1376 | Covenant Group | No response has been filed. |
| 1069 | Cynthia Grant | No response has been filed. |
| 1910 | David C. Ruan | No response has been filed. |
| 2284 | Davies Ricky M. | No response has been filed. |

1

Exhibit E

Status of Proofs of Claim for Debtors' Ninth Omnibus Objection (Substantive) to Certain Reduced and/or Reclassified Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 893 | Dawn Golden | No response has been filed. |
| 623 | Don Hughen | No response has been filed. |
| 1282 | Doolittle Christine | No response has been filed. |
| 2287 | Dulaney Morris Lee | No response has been filed. |
| 1579 | Dusky Robert W | No response has been filed. |
| 1631 | Edgar G. Cheattle | No response has been filed. |
| 621 | Edward J. Bevacqua | No response has been filed. |
| 2307 | Elaine Michael Rizk | The Debtors have received an informal response. The hearing on this claim is going forward. |
| 2461 | Enrique Baltierra | The Debtors have received an informal response. The hearing on this claim is going forward. |
| 1261 | Falcone & Associates Inc. | No response has been filed. |
| 986 | Feng Ling | No response has been filed. |
| 753 | Firma Signing Solutions | No response has been filed. |
| 96 | Frederick B. Beaver | No response has been filed. |
| 1397 | G.B. Aghili | No response has been filed. |
| 930 | Hall Appraisers Inc. | No response has been filed. |
| 931 | Hall Appraisers Inc. | No response has been filed. |
| 1273 | Hawaii First Signature LLC | No response has been filed. |
| 482 | High Desert Appraisal Service Minden Inc. | No response has been filed. |
| 1275 | Innovative Staffing Resources | No response has been filed. |
| 122 | Janet R. Fogarty | No response has been filed. |
| 88 | Jeannie Minor | No response has been filed. |
| 6 | Jeannie Minor | No response has been filed. |
| 1239 | Jessica Cicanese | No response has been filed. |
| 2683 | Jimmie C. Lowell | No response has been filed. |
| 1169 | Jimmy Dennis | No response has been filed. |
| 900 | Joe Beninati | No response has been filed. |
| 1660 | Johnson Appraisal Inc. | No response has been filed. |

2

Exhibit E

Status of Proofs of Claim for Debtors' Ninth Omnibus Objection (Substantive) to Certain Reduced and/or Reclassified Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 2427 | Jones Barbara | No response has been filed. |
| 1083 | Joseph A. Fischer & Co. Inc. | Response filed 1/14/08; D.I. 4410. The hearing on this claim is going forward. |
| 1260 | Jr. Mirzo Real Estate | No response has been filed. |
| 1018 | Kasper Roth | No response has been filed. |
| 316 | Keith Frachiseur | No response has been filed. |
| 448 | Kelley Goldsmith | No response has been filed. |
| 2070 | Keven Vallance | No response has been filed. |
| 1873 | Kevin Cloyd | No response has been filed. |
| 1253 | Kopsa Appraisal Service | No response has been filed. |
| 878 | Kris Ralston Premier Appraisal Group | No response has been filed. |
| 200 | Kristin R. Crabb | No response has been filed. |
| 1371 | Larry Shannon | Response filed 1/11/08; D.I. 4393. The claimant has withdrawn his response. |
| 2348 | Leslie Gregory | No response has been filed. |
| 1693 | Linda Vane | No response has been filed. |
| 865 | Lisa Ehmke | No response has been filed. |
| 577 | Lisa L. Clements | No response has been filed. |
| 3710 | Lubbock Central Appraisal District | No response has been filed. |
| 1396 | Marston Residential Appraisal Group | No response has been filed. |
| 321 | Matthew M. Sura | No response has been filed. |
| 2176 | MBS, Inc. | Response filed 1/22/08; D.I. 4543. The claimant has withdrawn its response. |
| 2178 | MBS, Inc. | Response filed 1/22/08; D.I. 4543. The claimant has withdrawn its response. |
| 1222 | Millenium Appraisal Service | No response has been filed. |
| 1653 | ML Carr Appraisals Inc. | No response has been filed. |
| 1586 | Monica Cornett | No response has been filed. |
| 1569 | Moore & Associates | No response has been filed. |

3

Exhibit E

Status of Proofs of Claim for Debtors' Ninth Omnibus Objection (Substantive) to Certain Reduced and/or Reclassified Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 2455 | Mostafavipour Arash | The Debtors have received an informal response. The hearing on this claim is going forward. |
| 3040 | Mra Appraisal Company | No response has been filed. |
| 591 | Murray Jansen | No response has been filed. |
| 346 | Nancy Anderson | Response filed 1/29/08; D.I. 4737. The hearing on this claim is going forward. |
| 792 | Nancy Gillingham | The claimant has withdrawn her response. |
| 195 | Nancy W. Hainey | No response has been filed. |
| 292 | Nelson Andres San Martin | No response has been filed. |
| 562 | Office Max Inc. | The Debtors have received an informal response from the claimant. The claim has been settled. The terms of the settlement will be reflected on a revised exhibit to be presented at the hearing. |
| 1765 | Owens Brandi Danielle | No response has been filed. |
| 633 | Patricia Stampley | No response has been filed. |
| 1774 | Paul J. Koepke | Response filed 1/15/08; D.I. 4442. The claimant has withdrawn his response. |
| 2191 | Peter J. Karl | No response has been filed. |
| 257 | Peter Merola | No response has been filed. |
| 643 | Peter Salcedo Jr. | No response has been filed. |
| 842 | Pike Appraisal Company Inc. | No response has been filed. |
| 1011 | Presidio Valuations LLC | No response has been filed. |
| 746 | Profast Appraisals Inc. | No response has been filed. |
| 1672 | Quikshred | No response has been filed. |
| 1919 | R L Toole Appraisals | No response has been filed. |
| 624 | Remax Central | No response has been filed. |
| 1017 | Rebecca Sue Bernard | No response has been filed. |
| 347 | Rich Martin | Response filed 1/29/08; D.I. 4737. The hearing on this claim is going forward. |

4

Exhibit E

Status of Proofs of Claim for Debtors' Ninth Omnibus Objection (Substantive) to Certain Reduced and/or Reclassified Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 379 | Rick Brown | No response has been filed. |
| 1054 | Robert J. Jones & Associates | No response has been filed. |
| 365 | Robert Stauffers Appraisal Associates | No response has been filed. |
| 1089 | Rodney L. Allen | No response has been filed. |
| 2469 | Rosa Torres Gomez | No response has been filed. |
| 298 | Sandra Krampota | Response filed 1/29/08; D.I. 4736. The claimant has withdrawn her response. |
| 1331 | Saturn Group Services | No response has been filed. |
| 1214 | Schanabel Thomas Richard | No response has been filed. |
| 638 | Sean O'Leary | Response filed 1/10/08; D.I. 4383. The claimant has withdrawn his response. |
| 63 | Sharp Real Estate Appraisal Corp | No response has been filed. |
| 23 | SLKM Realty Group Inc. | No response has been filed. |
| 1400 | Smith Colin G. | No response has been filed. |
| 863 | Stamp Out | No response has been filed. |
| 1581 | State of New Jersey Division of Taxation | Response filed 1/11/08; D.I. 4392. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 20, 2008. |
| 1621 | Streeter Janitorial Service | No response has been filed. |
| 2129 | Sum Wang Wongsavanh | No response has been filed. |
| 301 | Susan Elizabeth Thompson | No response has been filed. |
| 1584 | Tc Doctor & Associates Inc. | No response has been filed. |
| 771 | Td Financial | No response has been filed. |
| 399 | Todd Miles | No response has been filed. |
| 1818 | Travis County | Response filed 1/29/08; D.I. 4723. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for February 20, 2008 at 1:30 p.m. |
| 1575 | Tucson Lifestyle/Conley Magazine | No response has been filed. |

Exhibit E
Status of Proofs of Claim for Debtors' Ninth Omnibus Objection (Substantive) to Certain Reduced and/or Reclassified Claims

| Claim Number | Claimant | Status |
| --- | --- | --- |
| 941 | US Appraisal Ltd. | No response has been filed. |
| 1238 | Uyetake Uyetake & Associates Inc. | No response has been filed. |
| 1133 | Valley Mailbox | No response has been filed. |
| 1000 | Valley View Appraisal | No response has been filed. |
| 639 | Valorem Appraisals Inc. | No response has been filed. |
| 855 | Viola Hughes Bonnie | No response has been filed. |
| 1559 | Wake County Revenue Department | No response has been filed. |
| 1192 | Wendy Kevr Mattos | No response has been filed. |
| 1900 | Yury Pyatigorsky | No response has been filed. |
| 1111 | Zachary B. Scott | No response has been filed. |

6