# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: UBS REAL ESTATE SECURITIES, INC.

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 0914794 | Small | Mar. 27, 2006 | $160,000 | $183,394.98 | $165,000 | 830 SE Hartford Place, Atlanta, GA 30310 |
| 0915585 | Rivera | Jun. 30, 2006 | $120,000 | $138,372.20 | $125,000 | 2308 Ewing Street, SW Atlanta GA 30331 |
| 0972511 | Grubb | May 31, 2006 | $456,000 | $507,717.92 | $550,000 | 843 E 53rd Street, Brooklyn NY 11203 |
| 1028354 | Mendoza | Mar. 31, 2006 | $232,000 | $256,195.95 | $179,000 | 2305 Christopher Ct., Bakersfield, CA 93304 |