# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: DLJ MORTGAGE CAPITAL, INC.

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 0706059 | Murillo | Feb. 15, 2007 | $504,000 | $523,469.42 | $495,000 | 131 Ponquogue Avenue, Hampton Bays, NY 11946 |
| 0727535 | Gallo | Feb. 23, 2007 | $236,000 | $252,153.99 | $230,000 | 848 Bank Street, New London, CT 06320 |
| 0773489 | Canady | Nov. 29, 2006 | $472,000 | $503,983.25 | $480,000 | 112E Fairview Blvd, Inglewood, CA 90302 |