

**CAL-WESTERN RECONVEYANCE CORPORATION**

FILED
2008 FEB -4 PM 12: 12
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

January 29, 2008

Bankruptcy Court
824 Market Street
5th floor, Courtroom #5
Wilmington, DE 19899

Dear Bankruptcy Court,

Attached is the Fair Market Value we have received for the file we are foreclosing on. This is regarding the bankruptcy that was filed for New Century on 4/02/07 case #07-10416. If you need any additional information please give me a call.
Thanks

Sincerely,

Julie Hanshaw
Trustee Sale Officer

525 East Main Street, El Cajon, California 92020 • P.O Box 22004, El Cajon, California 92022-9004
TEL: (619) 590-9200 • FAX: (619) 590-9299
Visit our website at http://www.cwrc.com

# COMPETITIVE MARKET ANALYSIS

## Project Info
| | |
|---|---|
| Project ID: | Recov-11-26-07-J |
| Loan ID: | NEW2281009026449 |
| Date Ordered: | 11/26/2007 |
| Compl. Date: | 11/29/2007 |
| Insp. Type: | Exterior |

## Vendor Info
| | |
|---|---|
| Name: | ASSET VALUATION AND MARKETING |
| Address: | 805 North Crest Drive |
| City, State, Zip: | Grand Junction, CO, 81506 |
| Phone: | (970) 245-7350 |
| Fax: | (970) 254-9362 |

## Subject Property
| | |
|---|---|
| Address: | 1673 Paula Drive |
| City, State, Zip: | Honolulu, HI, 96816 |
| County: | |
| Owner's Name: | JEFFERY KLEET |

### Subject Property Info:

| Property Type | Vacant? | Condition | Location | FMR |
|---|---|---|---|---|
| CO | N | Good | Suburban | 3500.0 |

| Currently Listed? | Listed In Last 12Mths? | Previous DOM | Previous LP | Current LP | Listing Company | Sale Date | Sale Price |
|---|---|---|---|---|---|---|---|
| Y | N | 167.0 | 899,000 | 899,000 | REALTY 808, INC. | - | - |

| Source | Sq. Ft | #Units | Style | #Beds | #Baths | Bsmt? / In GLA? | Bsmt (%fin) | Garage / Carport | Lot Size | Yr Blt / Age |
|---|---|---|---|---|---|---|---|---|---|---|
| MLS | 2394.0 | 1 | Townhouse | 5 | 4.75 | N/N | 0.0 | 2/- | 7402.0 S | 1985 |

### Comparable Sales:

| # | Address | Sq. Ft | #Units | Style | #Beds | #Baths | Bsmt? / In GLA? | Bsmt (%fin) | Garage / Carport | Lot Size | Yr Blt / Age |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 747 10TH AVE | 2416.0 | 1 | Contemporary | 5 | 3.0 | N/N | 0.0 | 2/- | 3750.0 S | 2007 |
| 2 | 4433 SIERRA DR. | 2120.0 | 1 | Contemporary | 4 | 2.0 | N/N | 0.0 | 2/- | 4284.0 S | 1958 |
| 3 | 3723 SIERRA DR. | 2543.0 | 1 | Contemporary | 5 | 3.0 | N/N | 0.0 | 0/- | 6798.0 S | 1952 |

| # | Prox To Subject | Owner | Finance Type | Condition | Broker Insp? | Sale Date | DOM | Original LP | LP at Sale | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.32 Miles | OWNER | CONVENTIONAL | Good | N | 10/31/2007 | 21.0 | 1,088,000 | 1,088,000 | 950,000 |
| 2 | 0.44 Miles | OWNER | CONVENTIONAL | Good | N | 09/19/2007 | 80.0 | 899,000 | 829,000 | 800,000 |
| 3 | 0.41 Miles | OWNER | CASH | Good | N | 09/07/2007 | 99.0 | 1,180,000 | 999,000 | 965,000 |

| # | Most Comparable to Subject? | Comments (Adjustments made in value and any incentives offered) |
|---|---|---|
| 1 | Y | WALL/FENCE, YOUNGER AGE |
| 2 | N | REMODELED 2004, DEN/STUDY, OPEN LANAI |
| 3 | N | REMODELED 2006, PATIO/DECK, STORAGE, WALL/FENCE |

### Comparable Listings:

| # | Address | Sq. Ft | #Units | Style | #Beds | #Baths | Bsmt? / In GLA? | Bsmt (%fin) | Garage / Carport | Lot Size | Yr Blt / Age |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1005 17TH AVE #B | 2262.0 | 1 | Contemporary | 4 | 2.5 | N/N | 0.0 | 2/- | 3728.0 S | 1993 |
| 2 | 4133 SIERRA DR. | 1984.0 | 1 | Contemporary | 4 | 3.0 | N/N | 0.0 | 0/- | 4369.0 S | 1939 |
| 3 | 4658 SIERRA DR. | 2619.0 | 1 | Contemporary | 4 | 3.0 | N/N | 0.0 | 2/- | 25573.0 S | 1941 |

| # | Prox To Subject | Owner | Finance Type | Condition | Broker Insp? | List Date | DOM | Original LP | Current LP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.82 Miles | OWNER | CONVENTIONAL | Good | N | - | 34.0 | 900,000 | 900,000 |
| 2 | 0.39 Miles | OWNER | CONVENTIONAL | Good | N | - | 266.0 | 835,000 | 799,000 |
| 3 | 0.69 Miles | OWNER | CONVENTIONAL | Fair | N | - | 168.0 | 988,000 | 958,000 |

| # | Most Comparable to Subject? | Comments (Adjustments made in value and any incentives offered) |
|---|---|---|
| 1 | Y | OPEN LANAI, STORAGE, WALL/FENCE |
| 2 | N | REMODELED 2003, PATIO/DECK, STORAGE |
| 3 | N | PATIO/DECK, STORAGE, WALL/FENCE |

### Property Value:

| AS IS Value | Repaired Value | AS IS LP | Repaired LP | Est. Lot Value Low | Est. Lot Value High | Est. Repair Costs |
|---|---|---|---|---|---|---|
| 885,000 | 885,000 | 895,000 | 895,000 | 655,000 | 665,000 | - |

| | | | |
|---|---|---|---|
| Broker Name: | Susan Martin | Company Name: | C-21 Aloha Properties |
| Address: | 1561 Kanunu St. #2105 | Address2: (opt) | - |
| City: | Honolulu | Phone Number: | 808-722-8847 |
| State: | HI | Fax Number: | 8089490897 |
| Zip: | 96814 | Distance from office to subject property: | 3.42 Miles |

### Comments:
POSITIVE IS LOCATION ADDS/CONTRIBUTES TO VALUE IN ESTABLISHED RESIDENTIAL AREA CONVENIENCE TO KAIMUKI BUSINESS SECTOR, SCHOOLS, SHOPPING CENTERS PLAYGROUNDS, RESTAURANTS.    THERE ARE NO NEGATIVE FEATURES IN MY OPINION.

## COMPETITIVE MARKET ANALYSIS

### Project Info
| | |
|---|---|
| Project ID: | Recov-10-02-07-C |
| Loan ID: | NEW2231008352267 |
| Date Ordered: | 10/02/2007 |
| Compl. Date: | 10/08/2007 |
| Insp. Type: | Exterior |

### Vendor Info
| | |
|---|---|
| Name: | ASSET VALUATION AND MARKETING |
| Address: | 806 North Crest Drive |
| City, State, Zip: | Grand Junction, CO, 81506 |
| Phone: | (970) 245-7350 |
| Fax: | (970) 254-9362 |

### Subject Property
| | |
|---|---|
| Address: | 57-077 Lalo Kuilima Way Apt No. |
| City, State, Zip: | Kahuku, HI, 96731 |
| County: | |
| Owner's Name: | Felicia Muniz |

### Subject Property Info:

| Property Type | Vacant? | Condition | Location | FMR |
|---|---|---|---|---|
| CO | N | Average | Rural | 1200.0 |

| Currently Listed? | Listed in Last 12Mths? | Previous DOM | Previous LP | Current LP | Listing Company | Sale Date | Sale Price |
|---|---|---|---|---|---|---|---|
| N | N | - | - | - | - | - | - |

| Source | Sq. Ft | #Units | Style | #Beds | #Baths | Bsmt? / In GLA? | Bsmt (%fin) | Garage / Carport | Lot Size | Yr Blt / Age |
|---|---|---|---|---|---|---|---|---|---|---|
| Tax Record /Assessor | 658.0 | 1 | Townhouse | 1 | 1.0 | N/N | 0.0 | 0/- | 0.0 S | 1975 |

### Comparable Sales:

| # | Address | Sq. Ft | #Units | Style | #Beds | #Baths | Bsmt? / In GLA? | Bsmt (%fin) | Garage / Carport | Lot Size | Yr Blt / Age |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 57-120 Lalo Kuilima Place #17 | 658.0 | 1 | Townhouse | 1 | 1.0 | N/N | 0.0 | 0/- | 0.0 S | 1975 |
| 2 | 57-068 Eleku Kuilima Place #151 | 658.0 | 1 | Townhouse | 1 | 1.0 | N/N | 0.0 | 0/- | 0.0 S | 1975 |
| 3 | 57-101 Kuilima Drive #13A | 658.0 | 1 | Townhouse | 1 | 1.0 | N/N | 0.0 | 0/- | 0.0 S | 1975 |

| # | Prox To Subject | Owner | Finance Type | Condition | Broker Insp? | Sale Date | DOM | Original LP | LP at Sale | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.1 Miles | OWNER | Conventional | Average | N | 09/07/2007 | 175.0 | 320,000 | 320,000 | 305,000 |
| 2 | 0.1 Miles | OWNER | Conventional | Average | N | 08/10/2007 | 253.0 | 348,900 | 348,900 | 356,500 |
| 3 | 0.1 Miles | OWNER | Conventional | Average | N | 06/15/2007 | 126.0 | 375,000 | 375,000 | 365,000 |

| # | Most Comparable to Subject? | Comments (Adjustments made in value and any incentives offered) |
|---|---|---|
| 1 | Y | Ground floor unit, ceramic tiles and new carpet |
| 2 | N | Ground floor corner end unit, renovated, stainless steel appliances, hardwood flooring |
| 3 | N | Remodeled, 2.5% comp |

### Comparable Listings:

| # | Address | Sq. Ft | #Units | Style | #Beds | #Baths | Bsmt? / In GLA? | Bsmt (%fin) | Garage / Carport | Lot Size | Yr Blt / Age |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 57-101 Kuilima Drive #116A | 658.0 | 1 | Townhouse | 1 | 1.0 | N/N | 0.0 | 0/- | 0.0 S | 1973 |
| 2 | 57-077 Eleku Kuilima Place #127 | 658.0 | 1 | Townhouse | 1 | 1.0 | N/N | 0.0 | 0/- | 0.0 S | 1975 |
| 3 | 57-101 Kuilima Drive #130A | 658.0 | 1 | Townhouse | 1 | 1.0 | N/N | 0.0 | 0/- | 0.0 S | 1973 |

| # | Prox To Subject | Owner | Finance Type | Condition | Broker Insp? | List Date | DOM | Original LP | Current LP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.1 Miles | OWNER | Conventional | Average | N | - | 90.0 | 309,000 | 309,000 |
| 2 | 0.1 Miles | OWNER | Conventional | Average | N | - | 54.0 | 309,000 | 309,000 |
| 3 | 0.1 Miles | OWNER | Conventional | Average | N | - | 152.0 | 330,000 | 315,000 |

| # | Most Comparable to Subject? | Comments (Adjustments made in value and any incentives offered) |
|---|---|---|
| 1 | N | Corner end unit, renovated |
| 2 | Y | Ceramic tiles, ground floor unit |
| 3 | N | Ground floor unit, fully furnished, ceramic tiles |

### Property Value:

| AS IS Value | Repaired Value | AS IS LP | Repaired LP | Est. Lot Value Low | Est. Lot Value High | Est. Repair Costs |
|---|---|---|---|---|---|---|
| 310,000 | 310,000 | 310,000 | 310,000 | 0 | 0 | - |

| | | | |
|---|---|---|---|
| Broker Name: | Albert Joy | Company Name: | Hawaii Real Estate Professionals |
| Address: | 99-994 Iweena St. #K | Address2: (opt) | - |
| City: | Aiea | Phone Number: | 808-487-3999*** |
| State: | HI | Fax Number: | 8084865655 |
| Zip: | 96701 | Distance from office to subject property: | 35.0 Miles |

### Comments:

Situated in an established neighborhood approximately 40 miles from central business district. Subject property is a leasehold unit. Valuation is on the conservative side due to a current oversupply of active comparables.