IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-10416-KJC<br><br>**Objections due by: January 30, 2008 at 4:00 P.M.**<br>**Hearing Date: February 6, 2008 at 1:30 P.M.** |

## **CERTIFICATE OF NO OBJECTION**
*(relates to Docket No. 4352)*

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion for Relief from Automatic Stay filed on 1/14/2008 (Docket No. 4352) by Deutsche Bank Trust Company Americas formerly know as Banker's Trust Company as Trustee and Custodian for Morgan Stanley ABS Capital Inc MSAC 2007-HE3. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than January 30, 2008.

-2-

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: February 6, 2008  
       Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC

 /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

and

Thomas D.H. Barnett (DE No. 994)
Draper & Goldberg, PLLC
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947

*Attorneys for Movant*