# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416

Movant: Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for IXIS

*D&G Reference: 211482 / Batch 32*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000133201 | PRASAD | 6/2/2005 | $268,850.00 | $276,043.34 | $215,000.00 | 2756 LA PALMA MODESTO CA 95354 |
| 2000133391 | RIVERA | 6/8/2005 | $92,800.00 | $105,106.42 | $127,000.00 | 17210 CAMBERWELL GREEN LN HOUSTON TX 77070 |
| 2000166388 | ALVARADO | 3/10/2006 | $322,540.00 | $339,744.34 | $313,000.00 | 2419 MACAU STREET BAKERSFIEL CA 93313 |
| 2000166464 | TROWBRIDGE | 3/3/2006 | $225,600.00 | $6,028.27 | $120,000.00 | 1531 HUBBARD STREET JACKSONVILLE FL 32206 |
| 2000166813 | CASTILLO | 2/23/2006 | $263,200.00 | $278,463.31 | $240,000.00 | 8903 LANSDOWNE DRIVE STOCKTON CA 95210 |
| 2000195097 | VANDROSS | 7/6/2006 | $320,000.00 | $332,427.79 | $345,000.00 | 111 03 225TH STREET QUEENS VILLAGE NY 11429 |
| 2000194767 | ARENCIBIA | 6/29/2006 | $175,920.00 | $186,616.73 | $150,000.00 | 610 JACKSON AVENUE LEHIGH ACRES FL 33972 |
| 2000194969 | LERMA | 6/28/2006 | $302,400.00 | $329,253.47 | $365,000.00 | 29876 CAMINO CRISTAL MENIFEE CA 92584 |
| 2000194773 | RODRIGUEZ | 6/24/2006 | $376,000.00 | $408,280.06 | $403,000.00 | 29752 DESERT JEWEL DRIVE MENIFEE CA 92584 |
| 2000194973 | PROSSER | 6/22/2006 | $140,000.00 | $145,123.51 | $158,000.00 | 2524 SECRET DR RUNNING SPRINGS CA 92382 |
| 2000195028 | ROWLAND | 6/28/2006 | $248,000.00 | $254,893.95 | $300,000.00 | 3351 WINTER WAY MADERA CA 93637 |