# EXHIBIT A

In re New Century TRS Holdings, Inc., et al., Case Nos. 07-10416-KJC (Chap. 11), et seq.
Movant: Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1
DB&G Reference: 211543/Batch 41

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000155547 | GRENIER | 9/23/2005 | $524,000.00 | $557,492.06 | $600,000.00 | 995 WHITE CLOUD DRIVE MORGAN HILL CA 95037 |
| 2000153986 | ZEPEDA | 9/13/2005 | $88,000.00 | $94,769.56 | $90,000.00 | 2314 SOUTH J STREET BAKERSFIELD CA 93304 |
| 2000152436 | MITCHELL | 9/9/2005 | $252,000.00 | $273,563.20 | $200,000.00 | 2772 GLEN ARVEN WAY SACRAMENTO CA 95833 |
| 2000156201 | MIER | 1/19/2006 | $199,200.00 | $213,147.25 | $240,000.00 | 1601 NORTH 57TH AVENUE PHOENIX AZ 5035 |
| 2000275388 | BURROWS | 12/18/2006 | $167,920.00 | $177,697.98 | $169,000.00 | 105 ZION HILL ROAD CRAWFORDVILLE FL 32327 |
| 2000243396 | DENIZ | 11/13/2006 | $479,960.00 | $509,860.78 | $480,000.00 | 14188 LARKIN COURT FONTANA CA 92336 |
| 2000253712 | SANCHEZ | 12/14/2006 | $433,600.00 | $455,146.57 | $480,000.00 | 15766 NW 10 ST PEMBROKE PINES FL 33028 |
| 2000233883 | PARKER | 9/27/2006 | $91,200.00 | $101,212.22 | $96,000.00 | 6423 BRIAR GLADE DRIVE HOUSTON TX 77072 |
| 2000205670 | NELSON | 6/17/2006 | $315,920.00 | $342,280.53 | $300,000.00 | 1455 CAMBRIDGE AVENUE REDLANDS CA 92374 |
| 2000228660 | SWIRES | 7/14/2006 | $316,350.00 | $325,293.47 | $200,000.00 | 136 EAST ARCADE STREET STOCKTON CA 95204 |
| 2000194321 | WILSON | 5/17/2006 | $76,800.00 | $81,426.05 | $75,000.00 | 313 BEVERLY PKWY IRVING TX 75061 |
| 2000194845 | POOL | 6/24/2006 | $375,920.00 | $419,210.52 | $329,000.00 | 4874 CHARLEMAGNE AVE LAS VEGAS NV 89130 |
| 2000194678 | SINGH | 6/21/2006 | $270,160.00 | $286,530.23 | $215,000.00 | 9154 COLONSAY WAY SACRAMENTO CA 95829 |