IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al.,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. 758** |

## WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Morris James LLP hereby withdraws their appearance as counsel for Sprint Communications Company L.P. d/b/a Sprint Nextel Corporation ("Sprint") in the above-referenced case, and requests that Morris James LLP be removed from any applicable service lists herein on behalf of Sprint. All future pleadings related to Sprint should continue to be sent to the following:

David I. Swan, Esq.
Kenneth M. Misken, Esq.
McGuire Woods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA  22102-4215
Telephone:  (703) 712-5000
Fax:  (703) 712-5050
dswan@mcguirewoods.com

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

1692036/1

**PLEASE TAKE FURTHER NOTICE** that Morris James LLP continues to appear in this case as counsel to ADT Security Services, Inc. and CitiMortgage, Inc., and notices on behalf of these entities should continue to be sent to Morris James and its co-counsel.

Dated: February 6, 2008

**MORRIS JAMES LLP**

/s/ Brett D. Fallon
Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2360
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6888
Facsimile: (302) 571-1750
Email: bfallon@morrisjames.com

*Withdrawing Attorneys for Sprint Communications Company L.P. d/b/a Sprint Nextel Corporation*

2

1692036/1