# EXHIBIT A

8th Omnibus Objection

Exhibit A
Books and Records - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Ardencroft Association 255 Plymouth Rd Wilmington, DE 19803 | 07-10419 | 3269 | $1,682.72 | $0.00 | $0.00 | $0.00 | $1,682.72 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors |
| Berlin Township 12871 W Peck Lake Rd Ionia, MI 48846 | 07-10416 | 813 | $0.00 | $0.00 | $100.00 | $0.00 | $100.00 |
| Comments: The Debtors have no record of this liability in their Books and Records |
| Boscobel Town 958 Cty Hwy Ma Boscobel, WI 53805 | 07-10416 | 1834 | $0.00 | $0.00 | $51.93 | $0.00 | $51.93 |
| Comments: The Debtors have no record of this liability in their Books and Records |
| Brad Sarsabal 3053 Rancho Vista Blvd Ste H208 Palmdale, CA 93551 | 07-10417 | 319 | $0.00 | $0.00 | $1,690.44 | $0.00 | $1,690.44 |
| Comments: The Debtors have no record of this liability in their Books and Records |
| Buffalo County 407 S Main St Alma, WI 54610 | 07-10419 | 2143 | $837.96 | $0.00 | $0.00 | $0.00 | $837.96 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors |
| Century Mortgage Services Llc 3237 Swinnea Rd Ste 1 Southhaven, MS 38671 | 07-10416 | 2289 | $0.00 | $0.00 | $3,339.00 | $0.00 | $3,339.00 |
| Comments: The Debtors have no record of this liability in their Books and Records |
| City Of Las Vegas 400 Stewart Ave 9th Fl Las Vegas, NV 89101 | 07-10416 | 1690 | $0.00 | $0.00 | $1,259.05 | $0.00 | $1,259.05 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors |
| Columbia County Tax Collector 135 Ne Hernando Ave Ste 125 Lake City, FL 32055 | 07-10419 | 2280 | $3,617.60 | $0.00 | $0.00 | $0.00 | $3,617.60 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors |
| David Shine 45 Beecher Ave Shelton, CT 06684 | 07-10417 | 61 | $0.00 | $0.00 | $134.00 | $0.00 | $134.00 |
| Comments: The Debtors have no record of this liability in their Books and Records |

Page 1

8th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Delaware County<br>PO Box 27<br>Manchester, IA 52057 | 07-10416 | 1997 | $0.00 | $0.00 | $6,112.00 | $0.00 | $6,112.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Department of Labor and Industries<br>PO Box 4170<br>Olympia, WA 98504-4170 | 07-10417 | 569 | $0.00 | $0.00 | $3,821.18 | $0.00 | $3,821.18 |
| Comments: | The Debtors have filed the requisite tax returns | | | | | | |
| El Paso County Treasurer<br>PO Box 2007<br>Colorado Springs, CO 80901-2007 | 07-10419 | 1960 | $2,418.84 | $0.00 | $0.00 | $0.00 | $2,418.84 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Farmington Town<br>1 Monteith Dr Town Hall<br>Farmington, CT 06032 | 07-10416 | 1667 | $0.00 | $0.00 | $159.59 | $0.00 | $159.59 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Fresno County Tax Collector<br>PO Box 1192<br>Fresno, CA 93715-1192 | 07-10419 | 3340 | $1,221.93 | $0.00 | $0.00 | $0.00 | $1,221.93 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the loan was paid in full on June 30, 2005 | | | | | | |
| Fulton County Treasurer<br>152 S Fulton Ste 155<br>Wauseon, OH 43567 | 07-10416 | 3323 | $0.00 | $0.00 | $915.70 | $0.00 | $915.70 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Hennepin<br>A600 Government Ctr 300 S 6th St<br>Minneapolis, MN 55487 | 07-10419 | 3322 | $1,483.48 | $0.00 | $0.00 | $0.00 | $1,483.48 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | |
| Hermon Town<br>PO Box 6300<br>Hermon, ME 04402 | 07-10419 | 1833 | $7,468.68 | $0.00 | $0.00 | $319,600.00 | $327,068.68 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Idaho State Tax Commission<br>PO Box 36<br>Boise, ID 83722 | 07-10419 | 366 | $0.00 | $0.00 | $50,000.00 | $0.00 | $50,000.00 |
| Comments: | The Debtors have filed the requisite tax returns | | | | | | |

8th Omnibus Objection

# Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Jefferson County Treasurer<br>100 Jefferson County Pkwy<br>Golden, CO 80419 | 07-10416 | 1920 | $0.00 | $0.00 | $0.00 | $11,366.13 | $11,366.13 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors |
| Lara D Murphy<br>10872 W High Rock Dr<br>Boise, ID 83709 | 07-10416 | 1014 | $0.00 | $0.00 | $241.80 | $0.00 | $241.80 |
| Comments: The Debtors have no record of this liability in their Books and Records |
| Lee County Tax Collector<br>PO Box 850<br>Fort Myers, FL 33902-0850 | 07-10416 | 3334 | $1,533.07 | $0.00 | $0.00 | $0.00 | $1,533.07 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors |
| Luquetta North Pud<br>600 Jefferson Ste 780<br>Houston, TX 77002 | 07-10419 | 3268 | $771.17 | $0.00 | $0.00 | $0.00 | $771.17 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors |
| Marilyn E Wood Revenue Commissioner<br>PO Box 1169<br>Mobile, AL 36633-1169 | 07-10419 | 414 | $408.94 | $0.00 | $0.00 | $0.00 | $408.94 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors |
| Merrimac Town<br>PO Box 115<br>Merrimac, WI 53561 | 07-10416 | 2046 | $0.00 | $0.00 | $758.54 | $0.00 | $758.54 |
| Comments: The Debtors have no record of this liability in their Books and Records |
| Metropolitan Government Trustee<br>PO Box 196300<br>Nashville, TN 37219-6300 | 07-10419 | 571 | $2,387.49 | $0.00 | $0.00 | $0.00 | $2,387.49 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors |
| Monterey County Tax Collector<br>PO Box 891<br>Salinas, CA 93902-0891 | 07-10419 | 2106 | $7,413.59 | $0.00 | $0.00 | $0.00 | $7,413.59 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors |
| Mortgage Plus Funding Inc<br>2001 Butterfield Rd Ste 1115<br>Downers Grove, IL 60515 | 07-10416 | 58 | $50,166.93 | $0.00 | $0.00 | $0.00 | $50,166.93 |
| Comments: The Debtors have no record of this liability in their Books and Records |

8th Omnibus Objection

# Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Mortgage Plus Funding Inc<br>2001 Butterfield Rd Ste 1115<br>Downers Grove, IL 60515 | 07-10416 | 55 | $202,968.41 | $0.00 | $0.00 | $0.00 | $202,968.41 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Mortgage Plus Funding Inc<br>2001 Butterfield Rd Ste 1115<br>Downers Grove, IL 60515 | 07-10416 | 91 | $272,137.61 | $0.00 | $0.00 | $0.00 | $272,137.61 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Muskingum County<br>401 Main St Rm 240<br>Zanesville, OH 43701 | 07-10416 | 1433 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Phippsburg Town<br>1042 Main Rd<br>Phippsburg, ME 04562 | 07-10416 | 1059 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Potosi Town<br>3196 Stage Rd<br>Lancaster, WI 53813 | 07-10416 | 1646 | $0.00 | $0.00 | $0.00 | $31,457.30 | $31,457.30 |
| **Comments:** The Debtors have filed the requisite tax returns | | | | | | | |
| Pulaski County<br>Treasurer PO Box 430<br>Little Rock, AR 72203 | 07-10416 | 2130 | $0.00 | $0.00 | $1,192.51 | $0.00 | $1,192.51 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Revenue Collector<br>PO Box 6000<br>Danielson, CT 06239 | 07-10419 | 338 | $914.70 | $0.00 | $0.00 | $0.00 | $914.70 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Riverside County Treasurer Tax Collector<br>PO Box 12005<br>Riverside, CA 92502-2205 | 07-10429 | 1911 | $982.89 | $0.00 | $0.00 | $0.00 | $982.89 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Riverside County Treasurer Tax Collector<br>P O Box 12005<br>Riverside, CA 92502-2205 | 07-10429 | 3251 | $982.89 | $0.00 | $0.00 | $0.00 | $982.89 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |

8th Omnibus Objection

# Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Riverside County Treasurer Tax Collector<br>PO Box 12005<br>Riverside, CA 92502-2205 | 07-10419 | 1912 | $49,719.31 | $0.00 | $0.00 | $0.00 | $49,719.31 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors |
| Rockbridge County<br>PO Box 784<br>Lexington, VA 24450 | 07-10416 | 1671 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records |
| Rogers City City<br>193 E Michigan<br>Rogers City, MI 49779 | 07-10416 | 1201 | $2,373.27 | $0.00 | $0.00 | $0.00 | $2,373.27 |
| Comments: The Debtors have no record of this liability in their Books and Records |
| Sec Of State Dept Of Business Svcs<br>Room 357 Howlett Building<br>Springfield, IL 62756 | 07-10419 | 2071 | $0.00 | $0.00 | $49,465.93 | $0.00 | $49,465.93 |
| Comments: The Debtors have filed the requisite tax returns |
| Secretary Of State State Of Illinois<br>Room 351 Howlett Building<br>Springfield, IL 62756 | 07-10422 | 2069 | $0.00 | $0.00 | $3,405.00 | $0.00 | $3,405.00 |
| Comments: The Debtors have filed the requisite tax returns |
| Shelby County Trustee<br>PO Box 2751<br>Memphis, TN 38101-2751 | 07-10419 | 2180 | $2,637.31 | $0.00 | $0.00 | $0.00 | $2,637.31 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors |
| Solano County Tax Collector<br>675 Texas St<br>Fairfield, CA 94533 | 07-10419 | 1864 | $11,970.41 | $0.00 | $0.00 | $0.00 | $11,970.41 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors |
| Springfield City<br>601 Ave A<br>Springfield, MI 49015 | 07-10416 | 1293 | $0.00 | $0.00 | $2,012.58 | $118.29 | $2,130.87 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors |
| Stanislaus County Tax Collector<br>PO Box 859<br>Modesto, CA 95353 | 07-10416 | 3319 | $13,762.71 | $0.00 | $0.00 | $0.00 | $13,762.71 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors |

To Be Expunged Claim Amount

Page 5

8th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Stanislaus County Tax Collector PO Box 859 Modesto, CA 95353 | 07-10416 | 3317 | $18,630.73 | $0.00 | $0.00 | $0.00 | $18,630.73 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Stanislaus County Tax Collector PO Box 859 Modesto, CA 95353 | 07-10416 | 3318 | $7,596.03 | $0.00 | $0.00 | $0.00 | $7,596.03 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| State of Maine Bureau of Revenue Services Compliance Division PO Box 9101 Augusta, ME 04333-9101 | 07-10419 | 1580 | $0.00 | $0.00 | $516,118.97 | $104,000.00 | $620,118.97 |
| Comments: The Debtors have filed the requisite tax returns | | | | | | | |
| Tax Collector Pinellas County PO Box 2943 Clearwater, FL 33757-2943 | 07-10416 | 1566 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Venice County Tax Office 22 Young St. Ste E Henderson, NC 27536 | 07-10419 | 3313 | $1,839.07 | $0.00 | $0.00 | $0.00 | $1,839.07 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Wharton County Linebarger Goggan Blair & Sampson LLP PO Box 3064 Houston, TX 77253-3064 | 07-10416 | 2200 | $7,174.59 | $0.00 | $0.00 | $0.00 | $7,174.59 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| **Claims To Be Expunged Totals** | | 51 | $675,102.33 | $0.00 | $640,778.22 | $466,541.72 | $1,782,422.31 |