# EXHIBIT B

8th Omnibus Objection

# Exhibit B
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Chelius Garrett Andrew<br>1 Todd Ct<br>Huntington Station, NY 11746 | 07-10421 | 1957 | $0.00 | $0.00 | $10,950.00 | $6,203.33 | $17,153.33 | $0.00 | $0.00 | $2,667.00 | $8,000.00 | $10,667.00 |
| Comments: Claim should be reduced, reclassified, and allowed. | | | | | | | | | | | | |
| Tracy P Dunn<br>17298 S Verbena Wy<br>Centennial, CO 80112 | 07-10416 | 748 | $0.00 | $0.00 | $5,229.27 | $0.00 | $5,229.27 | $0.00 | $0.00 | $4,059.27 | $0.00 | $4,059.27 |
| Comments: Claim should be reduced, reclassified, and allowed. | | | | | | | | | | | | |
| Yoruba Stanley<br>PO Box 1371<br>Morristown, NJ 07962 | 07-10421 | 843 | $0.00 | $0.00 | $2,963.00 | $0.00 | $2,963.00 | $0.00 | $0.00 | $463.00 | $0.00 | $463.00 |
| Comments: Claim should be reduced, reclassified, and allowed. | | | | | | | | | | | | |
| Claims To Be Expunged Totals | | 3 | $0.00 | $0.00 | $19,142.27 | $6,203.33 | $25,345.60 | $0.00 | $0.00 | $7,189.27 | $8,000.00 | $15,189.27 |