# EXHIBIT A

9th Omnibus Objection

**Exhibit A**
**Reduce / Reclassify - Ordered**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Airport Lock & Safe Inc<br>17777 Main St Ste F<br>Irvine, CA 92614 | 07-10419 | 763 | $0.00 | $0.00 | $525.08 | $0.00 | $525.08 | $0.00 | $0.00 | $0.00 | $525.08 | $525.08 |
| **Comments:** No Basis for Priority Status | | | | | | | | | | | | |
| Amber Financial Group Llc<br>13415 W Bernardo Court<br>San Diego, CA 92127 | 07-10419 | 768 | $0.00 | $0.00 | $8,831.40 | $0.00 | $8,831.40 | $0.00 | $0.00 | $0.00 | $8,831.40 | $8,831.40 |
| **Comments:** No Basis for Priority Status | | | | | | | | | | | | |
| Aw Palmer<br>5717 Shoreline Dr<br>Shreveport, LA 71119 | 07-10421 | 1048 | $0.00 | $0.00 | $4,300.00 | $0.00 | $4,300.00 | $0.00 | $0.00 | $0.00 | $4,300.00 | $4,300.00 |
| **Comments:** No Basis for Priority Status | | | | | | | | | | | | |
| Beacon Appraisal Services Inc<br>PO Box 727<br>Barnegat, NJ 08005 | 07-10416 | 1078 | $0.00 | $0.00 | $275.00 | $0.00 | $275.00 | $0.00 | $0.00 | $0.00 | $275.00 | $275.00 |
| **Comments:** No Basis for Priority Status | | | | | | | | | | | | |
| Brendan Boroski Advertising Inc<br>320 North Broad St<br>Doylestown, PA 18901 | 07-10419 | 1227 | $0.00 | $0.00 | $2,550.00 | $0.00 | $2,550.00 | $0.00 | $0.00 | $0.00 | $2,550.00 | $2,550.00 |
| **Comments:** No Basis for Priority Status | | | | | | | | | | | | |
| Central Valley Appraisal Group<br>2222 Watt Ave Bldg B 8<br>Sacramento, CA 95825 | 07-10416 | 803 | $0.00 | $0.00 | $2,300.00 | $0.00 | $2,300.00 | $0.00 | $0.00 | $0.00 | $2,300.00 | $2,300.00 |
| **Comments:** No Basis for Priority Status | | | | | | | | | | | | |
| Certified Residential Appraisal Service<br>3458 Topeka St<br>Corpus Christi, TX 78411 | 07-10416 | 1100 | $0.00 | $0.00 | $700.00 | $0.00 | $700.00 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 |
| **Comments:** No Basis for Priority Status | | | | | | | | | | | | |
| Chris Dooley<br>1202 Royal Gorge Blvd<br>Canon City, CO 81212 | 07-10419 | 375 | $0.00 | $0.00 | $1,925.00 | $0.00 | $1,925.00 | $0.00 | $0.00 | $0.00 | $1,925.00 | $1,925.00 |
| **Comments:** No Basis for Priority Status | | | | | | | | | | | | |
| Christeen Weitz<br>1184 Dodd Rd<br>Burbank, WA 99323 | 07-10416 | 26 | $0.00 | $0.00 | $1,342.00 | $0.00 | $1,342.00 | $0.00 | $0.00 | $0.00 | $1,342.00 | $1,342.00 |
| **Comments:** No Basis for Priority Status | | | | | | | | | | | | |

9th Omnibus Objection

# Exhibit A
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Coastal Bend Copier fax Co<br>2732 Spid Dr 121<br>Corpus Christi, TX 78415 | 07-10421 | 1848 | $71.35 | $0.00 | $0.00 | $0.00 | $71.35 | $0.00 | $0.00 | $0.00 | $71.35 | $71.35 |
| Comments: | | No Basis for Secured Status | | | | | | | | | | |
| Cornerstone Appraisals Llc<br>35949 W 231st St<br>Edgerton, KS 66021 | 07-10416 | 1419 | $0.00 | $0.00 | $700.00 | $0.00 | $700.00 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Covenant Group<br>1561 Dutch Fork Rd<br>Irmo, SC 29063 | 07-10416 | 1376 | $0.00 | $0.00 | $3,915.00 | $0.00 | $3,915.00 | $0.00 | $0.00 | $0.00 | $3,915.00 | $3,915.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Cynthia Grant<br>204 Pk Court<br>Ukiah, CA 95482 | 07-10419 | 1069 | $0.00 | $0.00 | $275.00 | $0.00 | $275.00 | $0.00 | $0.00 | $0.00 | $275.00 | $275.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Dawn Golden<br>11025 Tammy Terrace<br>Newalla, OK 74857 | 07-10416 | 893 | $0.00 | $0.00 | $325.00 | $0.00 | $325.00 | $0.00 | $0.00 | $0.00 | $325.00 | $325.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Edgar G Cheatle<br>2726 Oak Mountain Trail<br>San Angelo, TX 76904 | 07-10416 | 1631 | $0.00 | $0.00 | $125.00 | $0.00 | $125.00 | $0.00 | $0.00 | $0.00 | $125.00 | $125.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Falcone & Associates Inc<br>2339 Crestview Dr<br>Schererville, IN 46375-2813 | 07-10416 | 1261 | $0.00 | $0.00 | $1,400.00 | $0.00 | $1,400.00 | $0.00 | $0.00 | $0.00 | $1,400.00 | $1,400.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Firma Signing Solutions<br>3355 Mission Ave Ste 236<br>Oceanside, CA 92054 | 07-10416 | 753 | $0.00 | $0.00 | $8,050.00 | $0.00 | $8,050.00 | $0.00 | $0.00 | $0.00 | $8,050.00 | $8,050.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| G B Aghai<br>17323 San Fernando Mission Blvd Ste G<br>Granada Hills, CA 91344 | 07-10419 | 1397 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |

9th Omnibus Objection

Exhibit A
Reduce / Reclassify - Ordered

In re: New Century TRS Holdco, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Hall Appraisers Inc<br>Ste D<br>Beaumont, TX 77706 | 07-10419 | 930 | $0.00 | $0.00 | $600.00 | $0.00 | $600.00 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Hall Appraisers Inc<br>1102 Longfellow Ste D<br>Beaumont, TX 77706 | 07-10421 | 931 | $0.00 | $0.00 | $400.00 | $0.00 | $400.00 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Hawaii First Signature LLC<br>PO Box 949<br>Keaau, HI 96749-0949 | 07-10416 | 1273 | $0.00 | $0.00 | $275.00 | $0.00 | $275.00 | $0.00 | $0.00 | $0.00 | $275.00 | $275.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| High Desert Appraisal Service Minden Inc<br>1144 Country Club Dr<br>Minden, NV 89423 | 07-10421 | 482 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Innovative Staffing Resources<br>17291 Irvine Blvd Ste 160<br>Tustin, CA 92780 | 07-10416 | 1275 | $0.00 | $0.00 | $15,889.07 | $0.00 | $15,889.07 | $0.00 | $0.00 | $0.00 | $15,889.07 | $15,889.07 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Jeanie Minor<br>536 W Central Ave<br>Springboro, OH 45066 | 07-10419 | 88 | $0.00 | $0.00 | $2,100.00 | $0.00 | $2,100.00 | $0.00 | $0.00 | $0.00 | $2,100.00 | $2,100.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Jeanie Minor<br>536 W Central Ave<br>Springboro, OH 45066 | 07-10416 | 6 | $0.00 | $0.00 | $250.00 | $0.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Jessica Cicanese<br>14665 E Antelope Ct<br>Coeur Dalene, ID 83814 | 07-10421 | 1239 | $0.00 | $0.00 | $687.50 | $0.00 | $687.50 | $0.00 | $0.00 | $0.00 | $687.50 | $687.50 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Jimmie C Lovell<br>PO Box 1389<br>Center, TX 75935 | 07-10421 | 2683 | $0.00 | $0.00 | $2,100.00 | $0.00 | $2,100.00 | $0.00 | $0.00 | $0.00 | $2,100.00 | $2,100.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |

Page 3

9th Omnibus Objection

# Exhibit A
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Jimmy Dennis<br>3761 Mill Lake Dr<br>Douglasville, GA 30135 | 07-10421 | 1169 | $0.00 | $0.00 | $455.00 | $0.00 | $455.00 | $0.00 | $0.00 | $0.00 | $455.00 | $455.00 |
| Comments: No Basis for Priority Status |||||||||||||
| Johnson Appraisal Inc<br>PO Box 2483<br>Olympia, WA 98507 | 07-10416 | 1660 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 |
| Comments: No Basis for Secured Status |||||||||||||
| Joseph A Fischer & Co Inc<br>54 White Oak<br>Lake Jackson, TX 77566 | 07-10421 | 1083 | $0.00 | $0.00 | $380.00 | $0.00 | $380.00 | $0.00 | $0.00 | $0.00 | $380.00 | $380.00 |
| Comments: No Basis for Priority Status |||||||||||||
| Jr Mirizo Real Estate<br>PO Box 30<br>Farrell, PA 16121 | 07-10416 | 1260 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 |
| Comments: No Basis for Priority Status |||||||||||||
| Kasper Roth<br>1230 West Ave<br>Waukesha, WI 53186 | 07-10416 | 1018 | $0.00 | $0.00 | $3,200.00 | $0.00 | $3,200.00 | $0.00 | $0.00 | $0.00 | $3,200.00 | $3,200.00 |
| Comments: No Basis for Priority Status |||||||||||||
| Kopsa Appraisal Service<br>412 Sioux Dr<br>Cheyenne, WY 82009 | 07-10421 | 1253 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Comments: No Basis for Priority Status |||||||||||||
| Kris Ralston Premier Appraisal Group<br>PO Box 492728<br>Redding, CA 96001 | 07-10416 | 878 | $0.00 | $0.00 | $2,100.00 | $0.00 | $2,100.00 | $0.00 | $0.00 | $0.00 | $2,100.00 | $2,100.00 |
| Comments: No Basis for Priority Status |||||||||||||
| Leslie Gregory<br>8390 Manhasset St<br>Riverside, CA 92508 | 07-10416 | 2348 | $0.00 | $0.00 | $3,606.25 | $0.00 | $3,606.25 | $0.00 | $0.00 | $0.00 | $3,606.25 | $3,606.25 |
| Comments: No Basis for Priority Status |||||||||||||
| Linda Vane<br>REO Real Estate 108 Powers Court Ste 105<br>Sterling, VA 20166 | 07-10416 | 1693 | $0.00 | $0.00 | $641.21 | $0.00 | $641.21 | $0.00 | $0.00 | $0.00 | $641.21 | $641.21 |
| Comments: No Basis for Priority Status |||||||||||||

Page 4

9th Omnibus Objection

## Exhibit A
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Lisa Ehmke<br>PO Box 97<br>Glendora, CA 91740 | 07-10416 | 865 | $0.00 | $0.00 | $121.00 | $0.00 | $121.00 | $0.00 | $0.00 | $0.00 | $121.00 | $121.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Lubbock Central Appraisal District<br>Perdue Brandon Fielder Collins & Mott LLP PO Box 817<br>Lubbock, TX 79408 | 07-10416 | 3710 | $1,172.54 | $0.00 | $628.31 | $0.00 | $1,800.85 | $0.00 | $0.00 | $628.31 | $0.00 | $628.31 |
| Comments: Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | | | |
| Marston Residential Appraisal Group<br>1525 S Escondido Blvd Ste E<br>Escondido, CA 92025 | 07-10421 | 1396 | $0.00 | $0.00 | $5,425.00 | $0.00 | $5,425.00 | $0.00 | $0.00 | $0.00 | $5,425.00 | $5,425.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Matthew M Sura<br>2250 US 31 N<br>Petoskey, MI 49770 | 07-10419 | 321 | $0.00 | $0.00 | $1,025.00 | $0.00 | $1,025.00 | $0.00 | $0.00 | $0.00 | $1,025.00 | $1,025.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Mbs Inc<br>601 N Mur Len Stc 16<br>Olathe, KS 66062 | 07-10419 | 2176 | $1,449.00 | $0.00 | $0.00 | $0.00 | $1,449.00 | $0.00 | $0.00 | $0.00 | $1,449.00 | $1,449.00 |
| Comments: No Basis for Secured Status | | | | | | | | | | | | |
| Mbs Inc<br>Ste 16<br>Olathe, KS 66062 | 07-10421 | 2178 | $672.00 | $0.00 | $0.00 | $0.00 | $672.00 | $0.00 | $0.00 | $0.00 | $672.00 | $672.00 |
| Comments: No Basis for Secured Status | | | | | | | | | | | | |
| Millennium Appraisal Service<br>PO Box 240889<br>Boston, MA 02124 | 07-10419 | 1222 | $0.00 | $0.00 | $2,750.00 | $0.00 | $2,750.00 | $0.00 | $0.00 | $0.00 | $2,750.00 | $2,750.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| ML Carr Appraisals Inc<br>Po Box 941415<br>Maitland, FL 32794-1415 | 07-10419 | 1653 | $0.00 | $0.00 | $1,100.00 | $0.00 | $1,100.00 | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Monica Cornett<br>690 Edwina Ave<br>Central Point, OR 97502 | 07-10421 | 1586 | $0.00 | $0.00 | $442.00 | $0.00 | $442.00 | $0.00 | $0.00 | $0.00 | $442.00 | $442.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |

9th Omnibus Objection

# Exhibit A
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Moore & Associates<br>10347 Linn Station Rd<br>Louisville, KY 40223 | 07-10421 | 1569 | $0.00 | $0.00 | $1,850.00 | $0.00 | $1,850.00 | $0.00 | $0.00 | $0.00 | $1,850.00 | $1,850.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Mra Appraisal Company<br>601 Embassy Oaks Ste 100<br>San Antonio, TX 78216 | 07-10416 | 3040 | $0.00 | $0.00 | $1,150.00 | $0.00 | $1,150.00 | $0.00 | $0.00 | $0.00 | $1,150.00 | $1,150.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Nancy Gillingham<br>585 Crescent Ln<br>Arroyo Grande, CA 93420 | 07-10421 | 792 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Patricia Stampley<br>17101 Preston Rd No 110<br>Dallas, TX 75248 | 07-10419 | 633 | $0.00 | $0.00 | $875.00 | $0.00 | $875.00 | $0.00 | $0.00 | $0.00 | $875.00 | $875.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Paul J Koepke<br>715 S Upper Broadway 1103<br>Corpus Christi, TX 78401 | 07-10416 | 1774 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Pike Appraisal Company Inc<br>PO Box 582<br>Beaufort, SC 29902 | 07-10421 | 842 | $0.00 | $0.00 | $75.00 | $0.00 | $75.00 | $0.00 | $0.00 | $0.00 | $75.00 | $75.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Presidio Valuations Llc<br>PO Box 12444<br>Tucson, AZ 85732-2444 | 07-10421 | 1011 | $0.00 | $0.00 | $400.00 | $0.00 | $400.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Profast Appraisals Inc<br>PO Box 295<br>Lebanon, GA 30146 | 07-10416 | 746 | $0.00 | $0.00 | $2,545.00 | $0.00 | $2,545.00 | $0.00 | $0.00 | $0.00 | $2,545.00 | $2,545.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Quiksifred<br>1070 E Indiantown Rd 308<br>Jupiter, FL 33477 | 07-10421 | 1672 | $0.00 | $0.00 | $945.80 | $0.00 | $945.80 | $0.00 | $0.00 | $0.00 | $945.80 | $945.80 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |

9th Omnibus Objection

# Exhibit A
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| R L Toole Appraisals<br>1050 Buckeye Pointe<br>Athens, GA 30606 | 07-10421 | 1919 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| RE MAX Central<br>9052 E 13th St Ste F<br>Cadillac, MI 49601 | 07-10419 | 624 | $0.00 | $0.00 | $960.00 | $0.00 | $960.00 | $0.00 | $0.00 | $0.00 | $960.00 | $960.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Rebecca Sue Bernard<br>330 E Enos Dr No 140<br>Santa Maria, CA 93454 | 07-10421 | 1017 | $0.00 | $0.00 | $425.00 | $0.00 | $425.00 | $0.00 | $0.00 | $0.00 | $425.00 | $425.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Robert R Jones & Associates<br>7800 Allentown Blvd<br>Harrisburg, PA 17112 | 07-10419 | 1054 | $0.00 | $0.00 | $1,700.00 | $0.00 | $1,700.00 | $0.00 | $0.00 | $0.00 | $1,700.00 | $1,700.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Robert Stauffers Appraisal Associates<br>28609 Applewood Ln<br>Castaic, CA 91384 | 07-10421 | 365 | $0.00 | $0.00 | $6,550.00 | $0.00 | $6,550.00 | $0.00 | $0.00 | $0.00 | $6,550.00 | $6,550.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Rodney L Allen<br>1905 Uinta St<br>Denver, CO 80220 | 07-10421 | 1089 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Saturn Group Services<br>3839 113th Ave NE<br>Bellevue, WA 98004 | 07-10421 | 1331 | $0.00 | $0.00 | $9,085.00 | $0.00 | $9,085.00 | $0.00 | $0.00 | $0.00 | $9,085.00 | $9,085.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Sharp Real Estate Appraisal Corp<br>421 Riverside Ave Ste 1009<br>Spokane, WA 99201 | 07-10421 | 63 | $375.00 | $0.00 | $0.00 | $0.00 | $375.00 | $0.00 | $0.00 | $0.00 | $375.00 | $375.00 |
| Comments: | | No Basis for Secured Status | | | | | | | | | | |
| SLKM Realty Group Inc<br>13402 W 78th Terr<br>Lenexa, KS 66216 | 07-10419 | 23 | $0.00 | $0.00 | $918.26 | $0.00 | $918.26 | $0.00 | $0.00 | $0.00 | $918.26 | $918.26 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |

9th Omnibus Objection

**Exhibit A**
**Reduce / Reclassify - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Stamp Out<br>PO Box 97<br>Glendora, CA 91740 | 07-10416 | 863 | $0.00 | $0.00 | $22.03 | $0.00 | $22.03 | $0.00 | $0.00 | $0.00 | $22.03 | $22.03 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Streeter Janitorial Service<br>48 Beechwood Rd<br>Asheville, NC 28805 | 07-10421 | 1621 | $0.00 | $0.00 | $337.50 | $0.00 | $337.50 | $0.00 | $0.00 | $112.50 | $225.00 | $337.50 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Tc Doctor & Associates Inc<br>10506 Gulfdale Ste 100<br>San Antonio, TX 78216 | 07-10416 | 1584 | $0.00 | $0.00 | $1,225.00 | $0.00 | $1,225.00 | $0.00 | $0.00 | $0.00 | $1,225.00 | $1,225.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Td Financial<br>18850 Ventura Blvd 130<br>Tarzana, CA 91356 | 07-10419 | 771 | $0.00 | $0.00 | $4,760.00 | $0.00 | $4,760.00 | $0.00 | $0.00 | $0.00 | $4,760.00 | $4,760.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Tucson Lifestyle/ooulery Magazine<br>801 N Barstow St PO Box 7<br>Waukesha, WI 53187 | 07-10419 | 1575 | $0.00 | $0.00 | $2,281.16 | $0.00 | $2,281.16 | $0.00 | $0.00 | $0.00 | $2,281.16 | $2,281.16 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Us Appraisal Ltd<br>5723 Constitution Ave<br>Colorado Springs, CO 81915 | 07-10421 | 941 | $0.00 | $0.00 | $1,750.00 | $0.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $1,750.00 | $1,750.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Uyetake Uyetake & Associates Inc<br>Pioneer Plaza 900 Fort St Mall Ste 1060<br>Honolulu, HI 96813 | 07-10419 | 1238 | $0.00 | $0.00 | $1,670.20 | $0.00 | $1,670.20 | $0.00 | $0.00 | $0.00 | $1,670.20 | $1,670.20 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Valley Mailbox<br>PO Box 5000<br>Duvall, WA 98019 | 07-10419 | 1133 | $0.00 | $0.00 | $795.99 | $0.00 | $795.99 | $0.00 | $0.00 | $0.00 | $795.99 | $795.99 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Valley View Appraisal<br>4727 E Bell Rd 45 330<br>Phoenix, AZ 85032 | 07-10419 | 1000 | $0.00 | $0.00 | $340.00 | $0.00 | $340.00 | $0.00 | $0.00 | $0.00 | $340.00 | $340.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |

9th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit A
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Valorem Appraisals Inc<br>23114 Yvette Ln<br>Valencia, CA 91355 | 07-10421 | 639 | $0.00 | $0.00 | $450.00 | $0.00 | $450.00 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Wake County Revenue Department<br>PO Box 2331<br>Raleigh, NC 27602-2331 | 07-10419 | 1559 | $1,093.30 | $0.00 | $432.10 | $0.00 | $1,525.40 | $0.00 | $0.00 | $432.10 | $0.00 | $432.10 |
| Comments: Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | | | |
| Wendy Kevi Matos<br>4710 Brewer Rd<br>Pleasant Grove, CA 95668 | 07-10416 | 1192 | $0.00 | $0.00 | $375.00 | $0.00 | $375.00 | $0.00 | $0.00 | $0.00 | $375.00 | $375.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Zachary B Scott<br>721 Navarre Ave<br>Coral Gables, FL 33134 | 07-10416 | 1111 | $0.00 | $0.00 | $1,100.00 | $0.00 | $1,100.00 | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Claims To Be Expunged Totals | | 76 | $5,483.19 | $0.00 | $136,731.35 | $0.00 | $142,215.05 | $0.00 | $0.00 | $1,172.91 | $138,576.30 | $139,749.21 |