ANN MILLER RAVEL, County Counsel (CA Bar #62139)
LIZANNE REYNOLDS, Dep. County Counsel (CA Bar#168435)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, 9th Floor, East Wing
San Jose, California 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

ATTORNEYS FOR COUNTY OF
SANTA CLARA TAX COLLECTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, *et al.* | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered |

### RESPONSE OF COUNTY OF SANTA CLARA TAX COLLECTOR
### TO DEBTORS' ELEVENTH OMNIBUS OBJECTION

Debtors' eleventh omnibus objection includes an objection to Claim No. 3584 purportedly filed by the County of Santa Clara Tax Collector ("County"). The County is not aware of any such claim number. To the extent that Debtors intended to object to County's Claim No. 441 in the amount of $3,949.66, Debtors already have a pending objection to that claim (*see* Debtors' Fifth Omnibus Objection), and the County has filed a response to that objection (*see* County of Santa Clara's Response to Debtors' Fifth Omnibus Objection).

Dated: San Jose, California
February 6, 2008

ANN MILLER RAVEL
County Counsel

By: /s/ Lizanne Reynolds
LIZANNE REYNOLDS
Deputy County Counsel

Attorneys for COUNTY OF SANTA
CLARA TAX COLLECTOR