UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                          : Chapter 11
                                                :
NEW CENTURY TRS HOLDINGS, INC.,                 : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,                 :
                                                : Jointly Administered
                     Debtors.                   :
                                                : Related to Docket No. 4415
---------------------------------------------------------------x

## CERTIFICATION OF NO OBJECTION REGARDING NOTICE OF SECOND INTERIM FEE APPLICATION REQUEST OF BDO SEIMAN, LLP

### (NO ORDER REQUIRED)

I, Mark Minuti, counsel for Michael J. Missal, the Court appointed examiner (the "Examiner") in the above-captioned jointly administered chapter 11 cases, hereby certify as follows:

1. On January 14, 2008, the Examiner filed the **Notice of Second Interim Fee Application of BDO Seidman, LLP** [Docket No. 4415].

2. In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, and the Order Appointing Fee Auditor Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications dated October 10, 2007, objections, if any, to the Notice of Second Interim Fee Application of BDO Seidman, LLP were due on or before 4:00 p.m. on February 4, 2008 (the "Objection Deadline").

3. The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

552756 5 2/4/08

4. Accordingly, the Interim Application may be granted in the amount of $2,449,777.73 for professional services rendered and $60,309.98 for actual, reasonable and necessary expenses[1].

Dated: February 6, 2008

                                    **SAUL EWING LLP**

                          By: _/s/ Mark Minuti_
                             Mark Minuti (DE No. 2659)
                             222 Delaware Avenue, Suite 1200
                             P.O. Box 1266
                             Wilmington, DE 19899-1266
                             (302) 421-6840 (telephone)
                             (302) 421-5873 (fax)

                             Co-Counsel to Michael J. Missal, Examiner

---

[1] The amount of compensation sought already reflects Applicant's voluntary ten percent (10%) reduction of its fees in this matter.