IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2008 FEB -6 AM 10: 39
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC., A DELAWARE CORPORATION, et al.,

Debtors.

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

Objection Deadline: February 13, 2008 @ 4:00 p.m.
Hearing Date: February 20, 2008 @ 1:30 p.m.

## LEVITT BAKERSFIELD, LLC'S RESPONSE TO DEBTORS' TENTH OMNIBUS OBJECTION TO CLAIMS

Levitt Bakersfield, LLC, as Claimant, holds an unsecured nonpriority claim in the sum of $205,775.96 against Debtor Home 1 2 3 Corporation, as a result of Debtor's breach of a nonresidential Lease of real property in Bakersfield, California. The real property remains vacant to this date; however, the damages claimed against Debtor are limited as required by the Bankruptcy Code..

Claimant contends that the Claim was timely filed insofar as on August 30, 2007, Claimant called the telephone number listed below the post office box address of New Century Claims Processing (on page 5 of the instructions to the Proof of Claim form) to obtain a physical address to which the Proof of Claim could be sent by Federal Express for overnight delivery, since Federal Express cannot deliver to a post office box address. The physical address provided was 3181 Michaelson, 5th Floor, Irvine, California 92612. Attached to the declaration of Roy Scarazzo filed herewith is the documentation showing that the Proof of Claim of said Claimant was actually received at 3181 Michaelson, 5th Floor, Irvine, California 92612, on August 31, 2007, which was the bar date.

Roy Scarazzo, is the individual who possess ultimate authority to reconcile, settle, or otherwise resolve the Claim on behalf of Claimant. The contact information remains the same as provided on the proof of claim: Levitt Bakersfield, LLC, 5601 Truxtun

Avenue, Bakersfield, California 93301, Attention Roy Scarazzo, telephone number 661-395-0541.

**WHEREFORE**, Claimant Levitt Bakersfield, LLC respectfully requests that its claim be deemed timely filed and allowed, and that the relief requested in pending Objection be denied as to this Claimant.

Dated: 2/01, 2008
Bakersfield, California

Respectfully submitted,

**Levitt Bakersfield, LLC**

By: _____
Greg Bynum, Its Agent

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2008 FEB -6  AM 10: 39
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NEW CENTURY TRS HOLDINGS, INC., A DELAWARE CORPORATION, et al., | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | Objection Deadline: February 13, 2008 @ 4:00 p.m.<br>Hearing Date: February 20, 2008 @ 1:30 p.m. |

### DECLARATION OF ROY SCARAZZO IN SUPPORT OF LEVITT BAKERSFIELD, LLC'S RESPONSE TO DEBTORS' TENTH OMNIBUS OBJECTION TO CLAIMS

I Roy Scarazzo, declare that the following is true to the best of my knowledge, information and belief:

1. I am an employee of Gregory D. Bynum & Associates, Inc., the management agent for Levitt Bakersfield, LLC, and have possession and control of all books and records of the account of the Debtor, Home 1 2 3, with regard to the Proof of Claim and the figures in connection therewith that is at issue in this matter.

2. On August 30, 2007, I directed an assistant, Ellie Enns, to call the telephone number on page 5 of the instructions following the Proof of Claim which was listed as the number for New Century Claims Processing in Marina Del Rey, California. The Proof of Claim was due the following day and we desired to send it out by Federal Express overnight delivery, but we needed a physical address in order to do so. Ellie was advised to send the Proof of Claim to 3181 Michaelson, 5th Floor, Irvine, California 92612. At no time were we advised that the Proof of Claim would not be considered timely if it was not sent to the Marina Del Rey post office box address.

Page 1 of 2

3.      The Proof of Claim was sent out by overnight delivery to the address given on August 30, 2007, and I am attaching proof that it was received at this address on August 31, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __1ST__ day of __February__, 2008.

_____
Roy Scarazzo

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2008 FEB -6 AM 10:39
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., A DELAWARE CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br><br>Objection Deadline: February 13, 2008 @ 4:00 p.m.<br>Hearing Date: February 20, 2008 @ 1:30 p.m. |

## DECLARATION OF ELLIE ENNS IN SUPPORT OF LEVITT BAKERSFIELD, LLC'S RESPONSE TO DEBTORS' TENTH OMNIBUS OBJECTION TO CLAIMS

I Ellie Enns, declare that the following is true to the best of my knowledge, information and belief:

1. I am an assistant to Roy Scarazzo, management agent for Levitt Bakersfield, LLC.

2. On August 30, 2007, Mr. Scarazzo had me call (888) 784-9571, the phone number for New Century Claims Processing to ask for the physical address for mailing of a Proof of Claim in the HOME 1 2 3 bankruptcy matter. I was given the address of 3181 Michaelson, 5th Floor, Irvine, California 92612 which is the address to which I sent the Proof of Claim by Federal Express overnight delivery.

3. At no time was I advised that sending the Proof of Claim in this manner would not constitute timely filing of the Proof of Claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  1st  day of  February , 2008.

_____
Ellie Enns

Track Shipments/FedEx Kinko's Orders

**Detailed Results**

? Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 862346035185 | **Destination** | IRVINE, CA |
| **Signed for by** | D.HA | **Service type** | Priority Overnight |
| **Ship date** | Aug 30, 2007 | | |
| **Delivery date** | Aug 31, 2007 9:19 AM | | |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Aug 31, 2007** | 9:19 AM | **Delivered** | IRVINE, CA | |

Signature proof    Track more shipments/orders

E-mail your detailed tracking results (optional)

Enter your name and e-mail address, submit up to three e-mail addresses, add your message (optional), and click **Submit**. If you include a message, you must enter your name and e-mail address in the fields provided.

**Add personal message:**

Your name:

Your e-mail address:

To e-mail address(es):

Not available for non-English characters

By selecting this check box and the Submit button, I agree to these Terms and Conditions



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

January 23, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **862346035185**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Aug 31, 2007 09:19 |
| **Signed for by:** | D.HA | | |
| **Service type:** | Priority Overnight | | |

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 862346035185 | **Ship date:** | Aug 30, 2007 |

**Recipient:**
IRVINE, CA US

**Shipper:**
BAKERSFIELD, CA US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-273-46113 | Sep 21, 2007 | 1297-6243-8 | 4 of 5 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Picked up: Aug 21, 2007**  **Cust. Ref.: 1675**  **Ref. #2:**
**Payor: Shipper**  **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Your revenue threshold for this ship date was not met, therefore no Earned Discounts were applied.

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 862346034671 | GREGORY BYNUM AND ASSOC | HENRY POLLAK | |
| Service Type | FedEx Standard Overnight | 5601 TRUXTUN AVE STE 190 | CA DEPT OF GENERAL SERVICES LE | |
| Package Type | FedEx Tube | BAKERSFIELD CA 93309-0627 US | 707 3RD ST 5TH FL | |
| Zone | 03 | | WEST SACRAMENTO CA 95605 US | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Aug 22, 2007 10:00 | Transportation Charge | | 19.95 |
| Svc Area | A1 | Fuel Surcharge | | 3.35 |
| Signed by | .TONY | Courier Pickup Charge | | 4.00 |
| FedEx Use | 023312279/0001305/_ | **Total Charge** | USD | **$27.30** |

**Dropped off: Aug 30, 2007**  **Cust. Ref.: NO REFERENCE INFORMATION**  **Ref. #2:**
**Payor: Shipper**  **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 2
- Your revenue threshold for this ship date was not met, therefore no Earned Discounts were applied.

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 862346035185 | RON SANCAZZO | ILLEGIBLE | |
| Service Type | FedEx Priority Overnight | GREGORY BYNUM AND ASSOC | 3181 MICHAELSON 5TH FL | |
| Package Type | FedEx Envelope | 5601 TRUXTUN AVE STE 190 | IRVINE CA 92612 US | |
| Zone | 02 | BAKERSFIELD CA 93309-0627 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Aug 31, 2007 09:19 | | | |
| Svc Area | A2 | Transportation Charge | | 14.50 |
| Signed by | D.HA | Fuel Surcharge | | 2.03 |
| FedEx Use | 024210771/0000106/_ | **Total Charge** | USD | **$16.53** |

**Picked up: Sep 07, 2007**  **Cust. Ref.: 1675**  **Ref. #2:**
**Payor: Shipper**  **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.50% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 862346034662 | DAN BYNUM | WILLIAM L GREEN | |
| Service Type | FedEx First Overnight | GREGORY BYNUM AND ASSOC | RBF CONSULTING | |
| Package Type | FedEx Tube | 5601 TRUXTUN AVE STE 190 | 40810 COUNTY CTR DR STE 100 | |
| Zone | 02 | BAKERSFIELD CA 93309-0627 US | TEMECULA CA 92591 US | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Sep 10, 2007 07:29 | Transportation Charge | | 43.30 |
| Svc Area | A3 | Courier Pickup Charge | | 4.00 |
| Signed by | P.SMITH | Fuel Surcharge | | 6.86 |
| FedEx Use | 025009792/0000006/_ | **Total Charge** | USD | **$54.16** |