# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. | | |
| **Case Number:** | 07-10416-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 06, 2008 01:30 PM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | N/A | | |

## *Matter:*

Omnibus

**R / M #:**   4,816 /  0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Amended Agenda Item
#1 thru 6 - Adjourned
#7 thru 17 - Orders Signed on CNO
#18, 19 and 24 - Order Due
#20 - Order Signed
#21 - Order Signed on all but 21(G) - Order Due
#22 and 23 - Order Signed
#25 and 26 - Order Due