UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | Case No. 07-10416 (KJC) |
| **INC., a Delaware corporation, <u>et al.</u>,**[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

**STIPULATION AMONG NEW CENTURY MORTGAGE CORPORATION, CARRINGTON MORTGAGE SERVICES LLC AND SYMANTEC CORPORATION AUTHORIZING ASSUMPTION AND ASSIGNMENT OF SOFTWARE LICENSES**

This Stipulation and Order Authorizing Assumption and Assignment of Software Licenses (the "<u>Stipulation</u>") is entered into by and between Carrington Mortgage Services LLC ("<u>CMS</u>"), New Century Mortgage Corporation ("<u>NCMC</u>") and Symantec Corporation ("<u>Symantec</u>" and, together with CMS and NCMC, the "<u>Parties</u>") with reference to the following facts:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Stalking Horse Bidders Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

1408975
WCSR 3838311v1

# RECITALS

A. On April 2, 2007 (the "Petition Date"), NCMC and various of its affiliates and subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

B. On April 2, 2007, Carrington Capital Management, LLC ("CCM") and CMS (together with CCM, "Carrington") and the Debtors entered into an asset purchase agreement (as amended and restated, the "APA") for the sale of the certain assets comprising the Debtors' mortgage loan servicing business (the "Servicing Business").

C. On May 21, 2007, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") held a hearing to approve the sale of the Servicing Business to Carrington. On May 23, 2007, the Bankruptcy Court entered an order approving the sale of the Servicing Business to Carrington (the "Sale Order"). The sale of the Servicing Business closed on June 29, 2007.

D. Prior to the Petition Date, NCMC and Symantec's predecessor in interest, Veritas Global LLC, entered into that certain Software License and Services Agreement (the "License Agreement") and a Dollar Limited License Addendum A (the "Addendum A"), both dated as of September 29, 2004. On or about December 11, 2006, NCMC and Symantec entered into that certain Enterprise Flex Standard Site License Addendum B (the "Addendum B"). The License Agreement, Addendum A and Addendum B are collectively referred to herein as the "Symantec Agreement."

E. In connection with the sale of the Servicing Business, CMS has requested that NCMC assume and assign to CMS certain licenses governed by the Symantec Agreement. Specifically, CMS has requested that NCMC assume and assign to CMS (i) five-hundred fifty

(550) licenses for Symantec Antivirus Edition 10.2; (ii) five-hundred fifty (550) licenses for Altiris Client Management Suite (Level 1), Item No. 41721-01; and (iii) four (4) licenses for Altiris Service and Asset Management Suite (Level 2), Item No. 466221-01(collectively, the "<u>Licenses</u>").  Symantec has consented to the assumption and assignment of the Licenses to CMS including maintenance for the Licenses, which will expire on April 1, 2009.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the Parties that:

**<u>AGREEMENT</u>**

1. The foregoing recitals are incorporated herein by reference and are made a part of this Stipulation.

2. This Stipulation shall become effective upon the date (the "<u>Stipulation Date</u>") that it is approved by the Bankruptcy Court.

3. Upon the Stipulation Date, NCMC shall be authorized to assume and assign the Licenses (and the related maintenance) to CMS pursuant to Bankruptcy Code Section 365, and the Licenses (and the related maintenance) shall be deemed assumed and assigned to CMS.

4. The Debtors are not and shall not be obligated to cure any defaults under the Symantec Agreement or the Licenses or to pay any amounts in connection with the assumption and assignment of the Licenses to CMS, whether arising under the Symantec Agreement, the Licenses or otherwise.  Upon the Stipulation Date, Symantec shall be deemed to have released and discharged the Debtors and their bankruptcy estates from any and all claims, debts, liabilities and obligations based on or arising from the use of or any defaults under the Licenses, whether known or unknown, and any and all such claims of Symantec shall be deemed released, withdrawn and/or expunged.  In accordance with Bankruptcy Code Section 365(k), upon the

1408975
WCSR 3838311v1

Stipulation Date the Debtors and their bankruptcy estates shall also be relieved from any liability for any breach of the Licenses occurring after their assignment to CMS.

5. CMS shall pay Symantec $11,283.08 (the "<u>Assignment Fee</u>") in exchange for Symantec's consent to the assignment. The Assignment Fee shall be in full and final satisfaction of any and all cure claims for existing defaults related to the licenses transferred to CMS pursuant to the Stipulation, and CMS shall not be required to make any other payments or cure any other defaults in connection with the assumption and assignment of the Licenses.

6. Symantec hereby grants any consents required under Bankruptcy Code Section 365 in order for the assumption and assignment of the Licenses to CMS to be effective and hereby consents to such assumption and assignment of the Licenses to CMS.

7. Nothing herein shall constitute or be deemed an assumption or rejection of the Symantec Agreement or any other licenses thereunder by the Debtors or their bankruptcy estates.

8. The Bankruptcy Court shall retain jurisdiction to enforce the terms and conditions of this Stipulation to the full extent allowed under law.

9. This Stipulation may be executed in one or more counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

10. The Parties agree to and will cooperate fully with each other in the performance of this Stipulation, and will execute such additional agreements, documents or instruments and take such further action as may reasonably be required to carry out the intent of this Stipulation.

11. This Stipulation contains or expressly incorporates by reference the entire agreement of the Parties with respect to the matters contemplated herein and supersedes all prior negotiations. This Stipulation shall not be modified except by written instrument executed by the Parties.

*[Remainder of page intentionally left blank]*

1408975
WCSR 3838311v1

January ___, 2008

Agreed to by:

**SYMANTEC CORPORATION**

By: _[signature]_

Its: SR DIRECTOR LEGAL AFFAIRS

**CARRINGTON MORTGAGE SERVICES LLC**

By: _____

Its: _____

**NEW CENTURY MORTGAGE CORPORATION**

By: _____

Its: _____

1408975

January __, 2008

Agreed to by:

**SYMANTEC CORPORATION**

By: _____

Its: _____


**CARRINGTON MORTGAGE SERVICES LLC**

By: _/s/ Sharon Moseley_____

Its: ___EVP - CIO_____


**NEW CENTURY MORTGAGE CORPORATION**

By: _____

Its: _____

1408975

January __, 2008

Agreed to by:

**SYMANTEC CORPORATION**

By: _____

Its: _____


**CARRINGTON MORTGAGE SERVICES LLC**

By: _____

Its: _____

**NEW CENTURY MORTGAGE CORPORATION**

By: _____
    Holly Felder Etlin

Its: Chief Executive Officer

1408975