# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

NEW CENTURY TRS HOLDINGS, INC. A
DELAWARE CORPORATION, *et al.*
    Debtor

Case No 07-10416
(Chapter 11

Ref: Docket No. 526 & 1163

## AFFIDAVIT

I solemnly declare and affirm under the penalties of perjury this 8th day of January, 2008 that the foregoing is true and correct to the best of my knowledge, information and belief:

1.    That pursuant Paragraph 2 of the Court's June 07, 2007 Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings, America's Servicing Company (hereinafter referred to as "ASC") by the undersigned counsel provided notice of the foreclosure to the Debtors and the Official Committee of Unsecured Creditors in writing January 3, 2008. See composite Exhibit A attached hereto.

2.    That pursuant to Paragraph 3 of the Court's June 07, 2007 Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings, America's Servicing Company (hereinafter referred to as "ASC") by the undersigned counsel provided a single notice covering multiple properties referenced on the attached Exhibit.

3.    That pursuant to Paragraph 4 of the Court's June 07, 2007 Order

Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings, America's Servicing Company (hereinafter referred to as "ASC") by the undersigned counsel made payment to the Debtors' estate in the amount of $1000.00. See attached Exhibit.

4. That Debtors have not sent acknowledgement of receipt to ASC pursuant to Paragraph 4(b) of said Order.

5. That 30 days have passed as of January 3, 2008 and Debtors have failed to take any action to prevent the first lien from foreclosing.

_____
John D. Schlotter, Georgia Bar No. 629456
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076
770-643-2730 (voice)
770-643-4217 (fax)
jds@mccallaraymer.com

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No.: 07-10416 (KJC) |
| INC., A Delaware Corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors | : | |
| | : | Re: Docket Nos. 526 & 1163 |
| | : | |

## NOTICE OF FORECLOSURE

Comes now America's Servicing Company (hereinafter referred to as "ASC") by an through counsel and states the following pursuant to the Order entered in the above-entitled case on June 7, 2007 Establishing Procedures fro Relief from the Automatic Stay for certain Foreclosure proceedings:

ASC is the servicer for the Fifty (50) loans listed on Exhibit 'A" attached hereto, which exhibit provides the loan number, name of borrower, information as to fair market value of the real property, the value of ASC's lien, the status of the foreclosure proceeding and the location of the foreclosure proceeding, for each of said loans, upon which the Debtor's estate, has a junior lien interest.

Due to the overall volume of documentation, copies of the Loan Documents evidencing each of said loan, the Broker Price Opinions showing market value of the real property, Pay Off Summaries and Foreclosure Documentation for each of said loans will be sent to the Debtors, to New Century Mortgage Corporation and to the Official Committee of Unsecured Creditors to the addresses provided in the above mentioned order by United Parcel Service, concurrently with the service of this Notice.

Pursuant to the terms of the above mentioned Order, payment in the amount of $1,000.00,

made payable to New Century Mortgage Company will be included with the copy of this Notice which is served upon Counsel for the Debtors.

WHEREFORE, ASC respectfully requests that the Automatic Stay be deemed lifted without further Order of the Court, within 30 days of receipt of this Notice, upon failure of Debtors to take further action in accordance with the provisions of the above mentioned Order.

Dated: January 3, 2008

John D. Schlotter, Georgia Bar No.: 629456
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA    30076
Phone (770) 643-2730 / Fax: (770) 643-4217
Email: jds@mccallaraymer.com

EXHIBIT "A"

| Loan Number | Borrower Name(s) | Property Address | BPO Date | BPO Amount | Estimated Payoff | Equity Analysis | Contractual Due Date | Foreclosure Start Date | Foreclosure Action | Foreclosure Status | Foreclosure Sale Date and Time | Location of Foreclosure (County, State) | Attorney Name | Name of Entity or Party to Foreclose |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100187191 | Maria Vitucci | 19423 Royal Lagoon Court, Spring, TX 77388 | 8/21/2007 | $154,900.00 | $148,617.13 | $6,282.87 | 11/1/2006 | 3/20/2007 | | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust 2006-4 |
| 1127058661 | Charles Wilson | 58 Brier Hollow Ln. # 201, Houston, TX 77027 | 10/12/2007 | $220,000.00 | $418,795.52 | ($198,795.52) | 12/1/2006 | 3/22/2007 | | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127060686 | Tracey S Ivy | 608 Sugar Creek Drive, Joliet, IL 60433 | 6/5/2007 | $179,900.00 | $206,426.67 | ($26,526.67) | 7/1/2006 | 9/21/2006 | | On Hold | Not Set | Will County, Illinois | FREEDMAN ANSELMO | Deutsche Bank National Trust Company, as Trustee fro Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1146028829 | Rahman A Draper | 6336 Seeley Ave, Chicago IL 60636 | 6/13/2007 | $89,900.00 | $118,103.02 | ($28,203.02) | 7/1/2006 | 10/16/2007 | | On Hold | Not Set | Cook County, Illinois | FREEDMAN ANSELMO | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-HE2 |
| 1127042422 | Christopher T Flemmer | 4059 De La Vina Way, Kenosha, WI 53140 | 6/25/2007 | $165,000.00 | $183,788.18 | ($18,788.18) | 1/1/2007 | 4/16/2007 | | On Hold | Not Set | Kenosha County, Wisconsin | GRAY & ASSOCIATES, LLP | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-2 |
| 1127072792 | Alexandra C and Damien S Petranec | 716 West Green Street, Watertown, WI 53098 | 7/16/2007 | $168,000.00 | $153,273.03 | $14,726.97 | 10/1/2006 | 2/21/2007 | | On Hold | Not Set | Dodge County, Wisconsin | GRAY & ASSOCIATES, LLP | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE-4 |
| 1100181437 | Robert Rankin | 500 Hill Avenue, Star Prairie, WI 54026 | 5/10/2007 | $435,000.00 | $596,164.08 | ($161,164.08) | 5/1/2006 | 9/1/2006 | | On Hold | Not Set | St. Croix County, Wisconsin | GRAY & END, LLP | Property Asset Management, Inc. |
| 1127044166 | Alba Vasquez | 9 11 Gilbert Street, West Haven, CT 06516 | 10/25/2007 | $219,900.00 | $265,386.26 | ($45,486.26) | 8/1/2006 | 9/13/2009 | | On Hold | Not Set | Superior Court, Ansonia / Milford Jud. District | HUNT LEIBERT | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-2 |
| 1115002288 | Thomas Lovejoy | 510 Brewster Road, Bristol, CT 06010 | 9/8/2007 | $289,900.00 | $268,081.19 | $21,818.81 | 10/1/2006 | 1/17/2007 | | On Hold | Not Set | Superior Court, New Britain Jud. District | HUNT, LEIBER T, CHESTER & | US Bank, NA |
| 1100135712 | Jarvis Jones | 76 East Lucius, Youngstown, OH 44507 | 5/4/2007 | $25,500.00 | $77,407.41 | ($51,907.41) | 1/1/2007 | 9/13/2007 | | On Hold | Not Set | Mahoning County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust 2005-9 |
| 1100180916 | Angelique Preiter | 6817 Ardelle Drive, Reynoldsburg, OH 43068 | 7/13/2007 | $135,000.00 | $157,605.92 | ($22,605.92) | 10/1/2006 | 3/21/2007 | | On Hold | Not Set | Franklin County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100141990 | Shadi S Nikrafs | 407 Hayes Avenue, Cuyahoga Falls, OH 44221 | 5/31/2007 | $31,900.00 | $71,691.80 | ($39,791.80) | 2/1/2007 | 9/19/2007 | | On Hold | Not Set | Summit County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust 2005-9 |
| 1100188005 | Zyrone White | 452 North Sandusky Street, Delaware, OH 43015 | 5/3/2007 | $125,000.00 | $150,351.25 | ($25,351.25) | 4/1/2007 | 6/9/2007 | | On Hold | Not Set | Delaware County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust 2006-4 |
| 1127057548 | Kimberly Cheshire | 1347 Douglas Avenue, Youngstown, OH 44502 | 5/6/2007 | $36,000.00 | $69,310.38 | ($33,310.38) | 3/1/2007 | 7/9/2007 | | On Hold | Not Set | Mahoning County, Ohio | LERNER SAMPSON & ROTHFUS | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127059338 | Edward R Bowen and Gladys A Bowen | 1513 Windsong Drive, Heath, OH 43056 | 7/25/2007 | $159,900.00 | $163,075.14 | ($3,175.14) | 1/1/2007 | 10/23/2007 | | On Hold | Not Set | Licking County, Ohio | LERNER SAMPSON & ROTHFUS | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127072930 | Michael O Scott | 315 Water Street, Duncan Falls, OH 43734 | 7/23/2007 | $89,900.00 | $86,699.39 | $3,200.61 | 10/1/2006 | 9/17/2007 | Date Scheduled | | 1/4/2008 10:00 a.m. | Muskingum County, Ohio | LERNER SAMPSON & ROTHFUS | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust |

| Loan # | Name | Address | Sale Date | Amount 1 | Amount 2 | Amount 3 | Date 1 | Date 2 | County | Status | Status 2 | Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1134022646 | Lilyan J. Bradley Crow | 20929 Bracher Road, Luckey OH 43443 | 6/9/2007 | $165,000.00 | $172,999.46 | ($7,999.46) | 3/1/2007 | 11/27/2007 | Wood County, Ohio | On Hold | Not Set | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1146003664 | William A Brown | 153 Dering Ave., Columbus OH 43207 | 5/8/2007 | $48,000.00 | $56,735.06 | ($8,735.06) | 2/1/2007 | 8/10/2007 | Franklin County, Ohio | On Hold | Not Set | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146006828 | Anna J Hinton | 324 Pepperidge Drive, Trenton OH 45067 | 8/13/2007 | $142,900.00 | $172,543.88 | ($29,643.88) | 5/1/2007 | 10/5/2007 | Butler County, Ohio | On Hold | Not Set | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146028901 | Bettye J Williams | 2028 St. Elmo Avenue NE, Canton OH 44714 | 5/6/2007 | $69,900.00 | $94,421.28 | ($24,521.28) | 2/1/2007 | 9/13/2007 | Stark County, Ohio | On Hold | Not Set | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-HE2 |
| 1300029680 | Selena Randolph | 19807 Harvard Avenue, Warrensville Height, OH 44122 | 8/12/2007 | $69,900.00 | $111,139.14 | ($41,239.14) | 4/1/2007 | 11/29/2007 | Cuyahoga County, Ohio | On Hold | Not Set | LERNER SAMPSON & ROTHFUS | HSBC Bank USA, Inc. |
| 1127101626 | Deanna Galley | 1312 North 1675 East, Layton, UT 84040 | 7/10/2007 | $370,000.00 | $401,593.46 | ($31,593.46) | 4/1/2007 | 7/5/2007 | Davis County, Utah | On Hold | Not Set | LUNDBERG & ASSOCIATES | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-4 |
| 1100136350 | Michael C Robinson | 390 Wilk Hawk Court, Sparks, NV 89436 | 6/20/2007 | $380,000.00 | $402,413.68 | ($22,413.68) | 3/1/2007 | 6/28/2007 | Washoe County, Nevada | On Hold | Not Set | NATIONAL DEFAULT | U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-8 |
| 1100145864 | Sammie W Sexton Jr | 4719 Casa Bonita Drive, North Las Vegas, NB 89032 | 5/15/2007 | $316,900.00 | $266,920.65 | $23,979.35 | 1/1/2007 | 5/21/2007 | Clark County, Nevada | On Hold | Not Set | NATIONAL DEFAULT | U.S. Bank National Association as Trustee for Citigroup Mortgage Loan Trust 2006-HE3 |
| 1134031804 | Ivin Johnson | 513 Light Beam Street, Las Vegas, NV 89107 | 6/4/2007 | $230,000.00 | $258,727.14 | $21,272.86 | 3/1/2007 | 6/11/2007 | Clark County, Nevada | On Hold | Not Set | NATIONAL DEFAULT | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100186058 | Roberto A Esquiel | 9065 Hilverson Avenue, Las Vegas, NV 89148 | 8/13/2007 | $245,000.00 | $263,500.55 | ($18,500.55) | 11/1/2006 | 2/22/2007 | Clark County, Nevada | On Hold | Not Set | NATIONAL DEFAULT | |
| 1127059927 | Alvin C Espiritu | 8018 Counterpoint Lane, Las Vegas, NV 89123 | 6/7/2007 | $330,000.00 | $291,272.41 | $38,727.59 | 3/1/2007 | 6/15/2007 | Clark County, Nevada | On Hold | Not Set | NATIONAL DEFAULT | |
| 1127043810 | Trizanne Valencia | 2205 Royal Carribbean Avenue, Las Vegas, NV 89031 | 3/14/2007 | $320,000.00 | $272,040.76 | $47,959.24 | 12/1/2006 | 3/19/2007 | Clark County, Nevada | On Hold | Not Set | NATIONAL DEFAULT | |
| 1127075283 | Jaime and Lucille Mendoza | 5074 Walbrook Lane, Las Vegas, NV 89148 | 5/9/2007 | $347,000.00 | $449,091.00 | ($102,091.00) | 2/1/2007 | 5/21/2007 | Clark County, Nevada | On Hold | Not Set | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127043866 | Young Soon Koo | 10910 Caughlin Road, Phelan, CA 92371 | 4/15/2007 | $315,000.00 | $307,887.71 | $7,112.29 | 1/1/2007 | 2/19/2007 | San Bernardino County, California | On Hold | Not Set | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-2 |
| 1127045166 | Martin M Aguilar | 1101 Roosevelt Street, Fairfield, CA 94533 | 7/19/2007 | $335,000.00 | $352,834.75 | ($17,834.75) | 4/1/2007 | 6/4/2007 | Solano County, California | On Hold | Not Set | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-2 |
| 1127045722 | Dana Cooley | 8837 Ironwood Avenue, California City CA 93505 | 7/18/2007 | $180,000.00 | $146,843.01 | $33,156.99 | 4/1/2007 | 5/21/2007 | Kern County, California | On Hold | Not Set | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-3 |
| 1127056396 | Salvador Marquez | 201 North Dillon Avenue, San Jacinto, CA 92583 | 7/13/2007 | $245,000.00 | $226,993.87 | $18,006.13 | 4/1/2007 | 5/21/2007 | Riverside County, California | On Hold | Not Set | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127059633 | Guadalupe Morales | 902 Nolan Way, Chula Vista, CA 91911 | 7/9/2007 | $459,000.00 | $432,176.98 | $26,823.02 | 4/1/2007 | 5/21/2007 | San Diego County, California | On Hold | Not Set | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-3 |
| 1127075701 | Elizabeth Armenta | 5609 Cervantes Avenue, San Diego, CA 92114 | 7/8/2007 | $415,000.00 | $458,912.14 | ($43,912.14) | 4/1/2007 | 5/21/2007 | San Diego County, California | On Hold | Not Set | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-4 |

| Loan # | Name | Address | Date | Amount 1 | Amount 2 | Amount 3 | Date 2 | Date 3 | Status | Not Set | County | Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127076551 | Maria A Suchil | 1918 Pyrenees Avenue, Stockton, CA 95210 | 9/10/2007 | $239,000.00 | $340,548.68 | ($101,548.68) | | 1/1/2007 | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE-4 |
| 1127077245 | Icida Ionie Wallace | 16107 Watson Court, Chino Hills, CA 91709 | 8/13/2007 | $521,000.00 | $476,036.84 | $44,963.16 | | 2/1/2007 | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust, 2006-NC-4 |
| 1146004454 | Ronaldo & Jacqueline Wallace | 39953 Potrero Dr., Newark, CA 94560 | 8/19/2007 | $609,000.00 | $584,920.25 | $24,079.75 | | 5/1/2007 | 8/7/2007 | On Hold | Not Set | Alameda County, California | NDEX WEST, LLC | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146007146 | Lorilee Lacy | 2251 Stern Pl., Stockton, CA 95206 | 8/17/2007 | $315,000.00 | $395,335.75 | ($80,335.75) | | 5/1/2007 | 8/9/2007 | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146007192 | Manuel Carrera, Jr. | 30275 Pelican Bay, Murrieta, CA 92653 | 8/14/2007 | $259,000.00 | $272,987.22 | ($13,987.22) | | 5/1/2007 | 8/6/2007 | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146007393 | Betty Pena | 9346-9348 Fox Creek, Stockton, CA 95210 | 8/17/2007 | $325,000.00 | $376,674.71 | ($51,674.71) | | 5/1/2007 | 8/6/2007 | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2005-7 |
| 1220010604 | Armando Higareda | 5331 Nancy Way, Riverside, CA 92503 | 8/22/2007 | $408,900.00 | $422,571.26 | ($12,671.26) | | 5/1/2007 | 8/13/2007 | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust LLC Trust, 2006-NC1 |
| 1220007793 | Joel Nieto | 1752 East Fifth Street, Ontario, CA 91764 | 9/4/2007 | $289,000.00 | $300,630.49 | ($11,630.49) | | 4/1/2007 | 3/19/2007 | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust, 2006-NC1 |
| 1220010775 | Ramirez and Rita Ayala | 289 Bowling Green Dr., Costa Mesa, CA 92626 | 8/17/2007 | $685,000.00 | $669,106.67 | $15,893.33 | | 5/1/2007 | 8/3/2007 | On Hold | Not Set | Orange County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust, 2006-NC1 |
| 1146028306 | Samantha Decker | 316 Millford Street, Brooklyn, NY 11208 | 9/17/2007 | $580,000.00 | $497,030.07 | $82,969.93 | | 6/1/2006 | 10/3/2006 | On Hold | Not Set | Kings County, New York | STEVEN J BAUM, P.C. | UBS Real Estate Securities, Inc |
| 1127101125 | Rosa M. Flores | 16 Copeland Place, Farmingdale, NY 11735 | 8/11/2007 | $419,999.00 | $490,571.62 | ($70,572.62) | | 10/1/2006 | 2/20/2007 | On Hold | Not Set | Nassau County, New York | STEVEN J. BAUM, P.C. | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE-4 |
| 1127165565 | Roddy Rolanda Beckett and Ravani Beckett | 440 Macon Street, Brooklyn, NY 11233 | 6/11/2007 | $580,000.00 | $620,984.57 | ($40,984.57) | | 7/1/2006 | 1/4/2007 | On Hold | Not Set | Kings County, New York | STEVEN J. BAUM, P.C. | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-4 |
| 1134023594 | Steven and Michelle Lydon | 1415 Shrell Road, Goodlettsville, TN 37072 | 7/12/2007 | $89,900.00 | $103,268.63 | ($13,368.63) | | 9/1/2007 | 11/26/2007 | On Hold | Not Set | Davidson County, Tennessee | WILSON & ASSOCIATES. PLLC | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1100189613 | Michelle Moore | 294 Spruce Glen Cove, Cordova, TN 38018 | 7/18/2007 | $167,500.00 | $177,179.91 | ($9,679.91) | | 10/1/2007 | 7/20/2006 | On Hold | Not Set | Shelby County, Tennessee | WILSON & ASSOCIATES, PLLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1127047049 | Stephanie Brewer and Lida Dalton | 519 Starbird Street, Van Buren, AR 72956 | 5/22/2007 | $216,900.00 | $256,401.75 | ($39,501.75) | | 1/1/2007 | 7/30/2007 | On Hold | Not Set | Crawford County, Arkansas | WILSON & ASSOCIATES PLLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |

| | | | 35467 |
|---|---|---|---|
| **McCALLA RAYMER, LLC** <br> **LITIGATION OPERATING ACCOUNT** <br> 6 CONCOURSE PARKWAY SUITE 3200 <br> ATLANTA, GA 30328 | Wachovia <br> Wachovia Bank, N.A. <br> wachovia.com <br> 64-22/610 | | 12-31-2007 |

PAY TO THE ORDER OF  New Century Mortgage Company                             $  $1,000.00

One Thousand Dollars & 00/100 _____ DOLLARS

New Century Mortgage Company

MEMO  ASC Second Notice re 6/7/07 Order

AUTHORIZED SIGNATURE

⑆035467⑆ ⑈061000227⑈ 20000261801 51⑆

# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br><br>Debtors. | Chapter 11<br>Case Nos. 07-10416-KJC, *et seq.* |

## ORDER TERMINATING AUTOMATIC STAY
## UNDER SECTION 362 OF THE BANKRUPTCY CODE
*(relates to Docket No. ____)*

Pursuant to the Court's June 7, 2007 Order Establishing Procedures for Relief from the Automatic Stay for Certain Foreclosure Proceedings (Docket No. 1163) (the "Procedures Order"), America's Servicing Company ("Movant") having complied with the procedures and made the notices required thereunder; without opposition; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service of the certification of counsel filed in connection with this order is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under applicable non-bankruptcy law on behalf of the parties identified thereupon; it is HEREBY ORDERED as follows:

1.  To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect

to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any mortgage, deed of trust, lien, or other encumbrance relating to such Properties.

2. Nothing in this order (i) shall constitute a determination that New Century TRS Holdings, Inc. and its affiliated debtors (the "Debtors") hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____        _____
     Wilmington, Delaware           HONORABLE KEVIN J. CAREY
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

| Loan # | Borrower | Address | Date | Amount 1 | Amount 2 | Amount 3 | Date 2 | Date 3 | County | Status | Status 2 | Trustee | Beneficiary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1134022646 | Lilyan J. Bradley Crow | 20929 Bracher Road, Luckey OH 43443 | 6/9/2007 | $165,000.00 | $172,999.46 | ($7,999.46) | 3/1/2007 | 11/27/2007 | Wood County, Ohio | On Hold | Not Set | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1146003664 | William A Brown | 153 Dering Ave., Columbus OH 43207 | 5/8/2007 | $48,000.00 | $56,736.06 | ($8,736.06) | 2/1/2007 | 8/10/2007 | Franklin County, Ohio | On Hold | Not Set | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146006928 | Anna J Hinton | 324 Pepperidge Drive, Trenton OH 45067 | 8/13/2007 | $142,900.00 | $172,543.88 | ($29,643.88) | 5/1/2007 | 10/5/2007 | Butler County, Ohio | On Hold | Not Set | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146028901 | Bettye J Williams | 2026 St. Elmo Avenue NE, Canton OH 44714 | 5/6/2007 | $69,900.00 | $94,421.28 | ($24,521.28) | 2/1/2007 | 9/19/2007 | Stark County, Ohio | On Hold | Not Set | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-HE2 |
| 1300029680 | Selena Randolph | 19607 Harvard Avenue, Warrensville Height, OH 44122 | 8/12/2007 | $69,900.00 | $111,139.14 | ($41,239.14) | 4/1/2007 | 11/29/2007 | Cuyahoga County, Ohio | On Hold | Not Set | LERNER SAMPSON & ROTHFUS | HSBC Bank USA, Inc. |
| 1127101626 | Deanna Galley | 1312 North 1675 East, Layton, UT 84040 | 7/10/2007 | $370,000.00 | $401,593.46 | ($31,593.46) | 4/1/2007 | 7/5/2007 | Davis County, Utah | On Hold | Not Set | LUNDBERG & ASSOCIATES | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-4 |
| 1100136350 | Michael C Robinson | 390 Wilk Hawk Court, Sparks, NV 89436 | 6/20/2007 | $380,000.00 | $402,413.68 | ($22,413.68) | 3/1/2007 | 8/28/2007 | Washoe County, Nevada | On Hold | Not Set | NATIONAL DEFAULT | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-8 |
| 1100145864 | Sammie W Sexton Jr | 4719 Cesa Bonita Drive, North Las Vegas, NB 89032 | 5/15/2007 | $316,900.00 | $286,920.65 | $29,979.35 | 1/1/2007 | 5/21/2007 | Clark County, Nevada | On Hold | Not Set | NATIONAL DEFAULT | US Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-HE3 |
| 1134031804 | Irvin Johnson | 513 Light Beam Street, Las Vegas, NV 89107 | 6/4/2007 | $280,000.00 | $258,727.14 | $21,272.86 | 3/1/2007 | 6/11/2007 | Clark County, Nevada | On Hold | Not Set | NATIONAL DEFAULT | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100185058 | Roberta A Esquejo | 9065 Hilverson Avenue, Las Vegas, NV 89123 | 8/7/2007 | $245,000.00 | $263,500.55 | ($18,500.55) | 11/1/2006 | 2/22/2007 | Clark County, Nevada | On Hold | Not Set | NATIONAL DEFAULT | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC4 |
| 1127043810 | Trizanne Valencia | 2205 Royal Carribbean Avenue, Las Vegas, NV 89031 | 3/14/2007 | $320,000.00 | $272,040.76 | $47,959.24 | 12/1/2006 | 3/19/2007 | Clark County, Nevada | On Hold | Not Set | NATIONAL DEFAULT | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127059927 | Alvin C Espiritu | 8018 Counterpoint Lane, Las Vegas, NV 89123 | 6/7/2007 | $330,000.00 | $291,272.41 | $38,727.59 | 3/1/2007 | 6/15/2007 | Clark County, Nevada | On Hold | Not Set | NATIONAL DEFAULT | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127075283 | Jaime and Lucille Mendoza | 5074 Wallbrook Lane, Las Vegas, NV 89148 | 5/9/2007 | $347,000.00 | $449,091.00 | ($102,091.00) | 2/1/2007 | 5/21/2007 | Clark County, Nevada | On Hold | Not Set | NATIONAL DEFAULT | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC4 |
| 1127043956 | Young Soon Koo | 10910 Caughlin Road, Phelan, CA 92371 | 4/15/2007 | $315,000.00 | $307,887.71 | $7,112.29 | 1/1/2007 | 2/19/2007 | San Bernardino County, California | On Hold | Not Set | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-2 |
| 1127045166 | Martin N Aguilar | 1101 Roosevelt Street, Fairfield, CA 94533 | 7/19/2007 | $335,000.00 | $352,834.75 | ($17,834.75) | 4/1/2007 | 6/4/2007 | Solano County, California | On Hold | Not Set | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-3 |
| 1127045772 | Dana Cooley | 8837 Ironwood City CA 93505 | 7/18/2007 | $180,000.00 | $146,843.01 | $33,156.99 | 4/1/2007 | 5/21/2007 | Kern County, California | On Hold | Not Set | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-2 |
| 1127055396 | Salvador Marquez | 201 North Dillon Avenue, San Jacinto, CA 92583 | 7/13/2007 | $245,000.00 | $226,993.87 | $18,006.13 | 4/1/2007 | 5/21/2007 | Riverside County, California | On Hold | Not Set | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127059633 | Guadalupe Morales | 902 Nolan Way, Chula Vista, CA 91911 | 7/9/2007 | $459,000.00 | $432,176.98 | $26,823.02 | 4/1/2007 | 5/21/2007 | San Diego County, California | On Hold | Not Set | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-3 |
| 1127075701 | Elizabeth Armenta | 5609 Cervantes Avenue, San Diego, CA 92114 | 7/8/2007 | $415,000.00 | $458,912.14 | ($43,912.14) | 4/1/2007 | 5/21/2007 | San Diego County, California | On Hold | Not Set | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-4 |

| Loan # | Borrower | Address | Date | Amount 1 | Amount 2 | Amount 3 | Date 2 | Date 3 | County | Status 1 | Status 2 | County 2 | Firm | Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127076551 | Maria A. Suchil | 1918 Pyrenees Avenue, Stockton, CA 95210 | 9/10/2007 | $239,000.00 | $340,548.68 | ($101,546.68) | 1/1/2007 | 2/19/2007 | San Joaquin County, California | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE-4 |
| 1127077245 | Icida Ionie Court/Wallace | 16107 Watson Court, Chino Hills, CA 91709 | 8/13/2007 | $521,000.00 | $476,036.84 | $44,963.16 | 2/1/2007 | 3/19/2007 | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-4 |
| 1146004454 | Ronaldo & Jacqueline Wallace | 39953 Potrero Dr., Newark, CA 94560 | 8/19/2007 | $609,000.00 | $584,920.25 | $24,079.75 | 5/1/2007 | 8/7/2007 | Alameda County, California | On Hold | Not Set | Alameda County, California | NDEX WEST, LLC | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146007146 | Loriee Lacy | 2251 Stern Pl., Stockton, CA 95206 | 8/17/2007 | $315,000.00 | $395,335.75 | ($80,335.75) | 5/1/2007 | 8/9/2007 | San Joaquin County, California | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146007192 Jr. | Manuel Carrera, Jr. | 30275 Pelican Bay, Murrieta, CA 92563 | 8/14/2007 | $259,000.00 | $272,987.22 | ($13,987.22) | 5/1/2007 | 8/6/2007 | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146007393 | Betty Pena | 9346-9348 Fox Creek, Stockton, CA 95210 | 8/17/2007 | $325,000.00 | $376,674.71 | ($51,674.71) | 5/1/2007 | 8/6/2007 | San Joaquin County, California | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2005-7 |
| 1220007793 | Joel Nieto | 5331 Nancy Way, Riverside, CA 62503 | 9/4/2007 | $289,000.00 | $300,630.49 | ($11,630.49) | 4/1/2007 | 3/19/2007 | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust, 2006-NC1 |
| 1220010604 | Manuel Higareda | 1752 East Fifth Street, Ontario, CA 91764 | 8/22/2007 | $409,900.00 | $422,571.26 | ($12,671.26) | 5/1/2007 | 8/13/2007 | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust, 2006-NC1 |
| 1220010775 | Armando Ramirez and Rita Ayala | 289 Bowling Green Dr., Costa Mesa, CA 92626 | 8/17/2007 | $685,000.00 | $669,106.67 | $15,893.33 | 5/1/2007 | 8/3/2007 | Orange County, California | On Hold | Not Set | Orange County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust, 2006-HE-4 |
| 1146028306 | Samantha Decker | 316 Milford Street, Brooklyn, NY 11208 | 9/17/2007 | $580,000.00 | $497,030.07 | $82,969.93 | 6/1/2006 | 10/3/2006 | Kings County, New York | On Hold | Not Set | Kings County, New York | STEVEN J. BAUM, P.C. | UBS Real Estate Securities, Inc. |
| 1127101125 | Rosa M. Flores | 16 Copeland Place, Farmingdale, NY 11735 | 8/11/2007 | $419,999.00 | $490,571.62 | ($70,572.62) | 10/1/2006 | 2/20/2007 | Nassau County, new York | On Hold | Not Set | Nassau County, New York | STEVEN J. BAUM, P.C. | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE-4 |
| 1127105565 | Roddy Steven and Michelle Goodlettsville | 1415 Shell Road, Brooklyn, NY 11233 | 6/11/2007 | $580,000.00 | $620,984.57 | ($40,984.57) | 7/1/2006 | 1/4/2007 | Kings County, New York | On Hold | Not Set | Kings County, New York | STEVEN J. BAUM, P.C. | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-4 |
| 1134023594 | Rolanda Beckett and Ravan Michelle Lydon | 440 Macon Street, Goodlettsville, TN 37072 | 7/12/2007 | $89,900.00 | $103,268.63 | ($13,368.63) | 9/1/2007 | 11/26/2007 | Davidson County, Tennessee | On Hold | Not Set | Davidson County, Tennessee | WILSON & ASSOCIATES, PLLC | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1100189613 | Michelle Moore | 294 Spruce Glen Cove, Cordova, TN 38018 | 7/18/2007 | $167,500.00 | $177,179.91 | ($9,679.91) | 10/1/2007 | 7/20/2006 | Shelby County, Tennessee | On Hold | Not Set | Shelby County, Tennessee | WILSON & ASSOCIATES, PLLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1127047049 | Stephanie Brewer and Lida Dalton | 519 Starbird Street, Van Buren, AR 72956 | 5/22/2007 | $216,900.00 | $256,401.75 | ($39,501.75) | 1/1/2007 | 7/30/2007 | Crawford County, Arkansas | On Hold | Not Set | Crawford County, Arkansas | WILSON & ASSOCIATES, PLLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |

# EXHIBIT "A"

| Loan Number | Borrower Names | Property Address | BPO Date | BPO Amount | Unpaid Principal Balance | Equity Analysis | Commercial Foreclosure Start Date | Location of Foreclosure Action | Foreclosure Status | Sale Date and Time | Location of Sale | Name of Attorney | Name of Party to Foreclosure/Cases Caption |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100187191 | Maria Vitucci | 19423 Royal Lagoon Court, Spring, TX 77388 | 8/21/2007 | $154,900.00 | $148,617.13 | $6,282.87 | 11/1/2006 | 3/20/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust 2006-4 |
| 1127058661 | Charles Wilson | 58 Briar Hollow Ln. #201, Houston, TX 77027 | 10/12/2007 | $220,000.00 | $418,795.52 | ($198,795.52) | 12/1/2006 | 3/22/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company, as Trustee fro Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127060686 | Tracey S Ivy | 60B Sugar Creek Drive, Joliet, IL 60433 | 6/5/2007 | $179,900.00 | $206,426.67 | ($26,526.67) | 7/1/2006 | 9/21/2006 | Will County, Illinois | On Hold | Not Set | Will County, Illinois | FREEDMAN ANSELMO | Deutsche Bank National Trust Company, as Trustee to Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1146028829 | Rahman A S, Draper | 6336 Seeley Ave 60636, Chicago IL | 6/13/2007 | $89,900.00 | $118,103.02 | ($28,203.02) | 7/1/2006 | 10/16/2007 | Cook County, Illinois | On Hold | Not Set | Cook County, Illinois | FREEDMAN ANSELMO | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-HE2 |
| 1127042422 | Christopher T Petranec | 4059 De La Vina Way, Kenosha, WI 53140 | 6/25/2007 | $165,000.00 | $183,788.18 | ($18,788.18) | 1/1/2007 | 4/16/2007 | Kenosha County, Wisconsin | On Hold | Not Set | Kenosha County, Wisconsin | GRAY & ASSOCIATES, LLP | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-2 |
| 1127072792 | Alexandra C and Damien S Flemmer | 716 West Green Street, Watertown, WI 53098 | 7/16/2007 | $168,000.00 | $153,273.03 | $14,726.97 | 10/1/2006 | 2/21/2007 | Dodge County, Wisconsin | On Hold | Not Set | Dodge County, Wisconsin | GRAY & ASSOCIATES, LLP | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE-4 |
| 1100181437 | Robert Rankin | 500 Hill Avenue, Star Prairie, WI 54026 | 5/10/2007 | $435,000.00 | $596,164.08 | ($161,164.08) | 5/1/2006 | 9/1/2006 | St. Croix County, Wisconsin | On Hold | Not Set | St. Croix County, Wisconsin | GRAY & END, LLP | Property Asset Management, Inc. |
| 1127044166 | Alba Vasquez | 9 11 Gilbert Street, West Haven, CT 06516 | 10/26/2007 | $219,900.00 | $265,386.26 | ($45,486.26) | 8/1/2006 | 9/13/2009 | Superior Court, Ansonia / Milford Jud. District | On Hold | Not Set | Superior Court, Ansonia / Milford Jud District | HUNT LEIBERT | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-2 |
| 1115502288 | Thomas Lovejoy | 510 Brewster Road, Bristol, CT 06010 | 9/6/2007 | $289,900.00 | $268,081.19 | $21,818.81 | 10/1/2006 | 1/17/2007 | Superior Court, New Britain Jud. District | On Hold | Not Set | Superior Court, New Britain Jud. District | HUNT,LEIBER T,CHESTER& | US Bank, NA |
| 1100135712 | Jarvis Jones | 76 East Lucius, Youngstown, OH 44507 | 5/4/2007 | $25,500.00 | $77,407.41 | ($51,907.41) | 1/1/2007 | 9/13/2007 | Mahoning County, Ohio | On Hold | Not Set | Mahoning County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust 2005-8 |
| 1100141990 | Shadi S Nikrafs | 407 Hayes Avenue, Cuyahoga Falls, OH 44221 | 5/31/2007 | $31,900.00 | $71,691.80 | ($39,791.80) | 2/1/2007 | 9/19/2007 | Summit County, Ohio | On Hold | Not Set | Summit County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust 2005-9 |
| 1100180916 | Angelique Pfeifer | 6817 Ardelle Drive, Reynoldsburg, OH 43068 | 7/13/2007 | $135,000.00 | $157,605.92 | ($22,605.92) | 10/1/2006 | 3/21/2007 | Franklin County, Ohio | On Hold | Not Set | Franklin County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100180005 | Zyrone White | 452 North Sandusky Street, Delaware, OH 43015 | 5/9/2007 | $125,000.00 | $150,351.25 | ($25,351.25) | 4/1/2007 | 9/9/2007 | Delaware County, Ohio | On Hold | Not Set | Delaware County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust 2006-4 |
| 1127057548 | Kimberly Cheshire | 1347 Douglas Avenue, Youngstown, OH 44502 | 5/6/2007 | $36,000.00 | $69,310.38 | ($33,310.38) | 3/1/2007 | 7/9/2007 | Mahoning County, Ohio | On Hold | Not Set | Mahoning County, Ohio | LERNER SAMPSON & ROTHFUS | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127059338 | Edward R Bowen and Gladys A Bowen | 1513 Windsong Drive, Heath, OH 43056 | 7/25/2007 | $159,900.00 | $163,075.14 | ($3,175.14) | 1/1/2007 | 10/23/2007 | Licking County, Ohio | On Hold | Not Set | Licking County, Ohio | LERNER SAMPSON & ROTHFUS | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127072930 | Michael O Scott | 315 Water Street, Duncan Falls, OH 43734 | 7/23/2007 | $89,900.00 | $86,699.39 | $3,200.61 | 10/1/2006 | 9/17/2007 | Muskingum County, Ohio | Date Scheduled | 1/4/2008 10:00 a.m. | Muskingum County, Ohio | LERNER SAMPSON & ROTHFUS | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE-4 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>et al.,<br><br>Debtor. | Chapter 11<br>Case No. 07-10416-KJC |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 15 2008, copies of the foregoing Notice of Intent were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: February 15, 2008
      Wilmington, Delaware

/s/ Adam Hiller
Adam Hiller (DE No. 4105)
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

New Century TRS Holdings
18400 Von Karman Ave.
Irvine, CA 92612
*Debtor*

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for the Debtor*

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for the Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee
of Unsecured Creditors*

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Ave.
14th & 15th Floor
New York, NY 10022
*Attorneys for the Official Committee
of Unsecured Creditors*