IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS, INC.,
et al.,

Debtor.

Chapter 11
Case No. 07-10416-KJC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 15 2008, copies of the foregoing Notice of Intent

were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: February 15, 2008
    Wilmington, Delaware

  **/s/ Adam Hiller**
Adam Hiller (DE No. 4105)
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile