# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a | : Case No. 07-10416 (KJC) |
| Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| | : |
| Debtors. | : Objection Deadline: 2/27/08 at 4:00 p.m. |
| | : Hearing Date: 3/5/08 at 1:30 p.m. |

NOTICE OF HEARING TO CONSIDER APPROVAL OF
DISCLOSURE STATEMENT REGARDING THE JOINT CHAPTER 11 PLAN OF
LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS DATED AS OF FEBRUARY 2, 2008

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On February 2, 2008, New Century Mortgage Corporation, New Century Mortgage Ventures, LLC, NC Capital Corporation, NC Residual III Corporation, New Century R.E.O. Corp., New Century R.E.O. II Corp., New Century R.E.O. III Corp., NC Deltex, LLC, NCoral, L.P., NC Asset Holdings, L.P., Home123 Corporation, New Century TRS Holdings, Inc., NC Residual IV Corporation, New Century Credit Corporation, New Century Financial Corporation and New Century Warehouse Corporation (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee") filed the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 (as it may be further amended, the "Plan").

2. On February 2, 2008, the Debtors filed the Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Creditors Dated as of February 2, 2008 (as it may be further amended, the "Disclosure Statement") with the Bankruptcy Court.

3. A hearing (the "Disclosure Statement Hearing") will be held before the Honorable Kevin J. Carey, United States Bankruptcy Judge, at the Bankruptcy Court on **March 5, 2008 at 1:30 p.m. (Eastern Time)** to consider the entry of an order finding, among other things, that the Disclosure Statement contains "adequate information" within the meaning of section 1125 of the United States Bankruptcy Code and approving the Disclosure Statement.

4. In accordance with Rule 3017(a) of the Federal Rules of Bankruptcy Procedure, requests for copies of the Disclosure Statement and the Plan by parties in interest may be obtained by contacting New Century Financial Corporation c/o XRoads Case Management Services, P. O. Box 8901, Marina Del Rey, California 90295 (Telephone: (888) 784-9571 and at http://www.xroadscms.net/newcentury).

5. Responses and objections, if any to the approval of the Disclosure Statement or the other relief sought by the Debtors in connection with approval of the Disclosure Statement, must: (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Disclosure Statement to resolve any such objection or response; and (d) be filed, together with proof of service, with the Bankruptcy Court and served **so as to be actually received on or before 4:00 p.m. (Eastern Time) on February 27, 2008 by**: (i) the Debtors, New Century Mortgage Corporation, 3337 Michelson Drive, Suite CN-350, Irvine, California 92612 (Attn: Monika L. McCarthy, Esq.); (ii) counsel for the Debtors, O'Melveny & Myers LLP, 275 Battery Street, San Francisco, California 94111 (Attn: Suzzanne S. Uhland, Esq. and Andrew M. Parlen, Esq.) and Richards, Layton & Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, Delaware 19899 (Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.); (iii) the Debtors' Crisis Managers, AP Services, LLC, 9 West 57th Street, Suite 3420, New York, New York 10019 (Attn: Holly Felder Etlin); (iv) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Joseph McMahon, Esq.); (v) counsel to the Official Committee of Unsecured Creditors, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801 (Attn: Bonnie Glantz Fatell, Esq.) and Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn: Mark S. Indelicato, Esq.).

6. Upon approval of the Disclosure Statement by the Bankruptcy Court, Holders of Claims against and Interests (as those terms are defined in the Plan) in the Debtors who are entitled to vote on the Plan will receive a copy of the Disclosure Statement, the Plan and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

7. THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN. VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE PROPOSED DISCLOSURE STATEMENT IS APPROVED BY AN ORDER OF THE COURT.

8. The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing.

| | |
|---|---|
| Dated: February 2, 2008<br>Wilmington, Delaware | Respectfully submitted, |

                 /s/ *Christopher M. Samis*
                 Mark D. Collins (No. 2981)
                 Michael J. Merchant (No. 3854)
                 Christopher M. Samis (No. 4909)
                 RICHARDS, LAYTON & FINGER, P.A.
                 One Rodney Square
                 P.O. Box 551
                 Wilmington, Delaware 19899
                 (302) 651-7700

                     -and-

                 Ben H. Logan
                 Suzzanne S. Uhland
                 Andrew M. Parlen
                 O'MELVENY & MYERS LLP
                 275 Battery Street
                 San Francisco, California 94111
                 (213) 430-7704

                 ATTORNEYS FOR DEBTORS AND
                 DEBTORS IN POSSESSION