# **EXHIBIT E**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| **Debtors.** | : | **Jointly Administered** |
| | : | |
| | : | Objection Deadline: |
| | | Hearing Date: |

NOTICE OF NONVOTING STATUS WITH RESPECT
TO HOLDERS OF CLAIMS AND INTERESTS IN CLASSES HC4A, HC4B, HC4C,
HC4D, AND HC4E

AS A HOLDER OF A CLAIM OR INTEREST CLASS ___, PLEASE TAKE NOTICE THAT:

On ____, 2008, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 (the "Disclosure Statement"), for use by the above-captioned debtors and debtors in possession (collectively, the "Debtors") in soliciting acceptances or rejections of the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 (the "Plan") from Holders of certain Impaired Claims who are (or may be) entitled to receive distributions under the Plan.

**Class 4a - Series A Preferred Stock Interests**
**YOU ARE IMPAIRED UNDER THE PLAN. PURSUANT TO TERMS OF THE PLAN, HOLDERS OF ALLOWED CLASS 4a SERIES A PREFERRED STOCK INTERESTS IN NCFC SHALL RECEIVE NOTHING UNDER THE PLAN ON ACCOUNT OF SUCH**

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

INTERETS AND SHARED HELD BY EACH HOLDER OF A SERIES A PREFERRED STOCK INTEREST WILL BE CANCELLED PURSUANT TO THE PLAN. PURSUANT TO SECTION 1126(g) OF THE BANKRUPTCY CODE, THE HOLDERS OF SERIES A PREFERRED STOCK INTERESTS ARE CONCLUSIVELY PRESUMED TO HAVE VOTED TO REJECT THE PLAN, AND, THEREFORE, YOUR VOTES WILL NOT BE SOLICITED.

Class 4b - Series A 510(b) Claims
YOU ARE IMPAIRED UNDER THE PLAN. PURSUANT TO TERMS OF THE PLAN, HOLDERS OF ALLOWED CLASS 4b SERIES A 510(b) CLAIMS AGAINST NCFC SHALL RECEIVE NO DISTRIBUTION UNDER THE PLAN. PURSUANT TO SECTION 1126(g) OF THE BANKRUPTCY CODE, THE HOLDERS OF ALLOWED CLASS 4a SERIES A 510(b) CLAIMS ARE CONCLUSIVELY PRESUMED TO HAVE VOTED TO REJECT THE PLAN, AND, THEREFORE, YOUR VOTES WILL NOT BE SOLICITED.

Class 4c - Series B Preferred Stock Interests
YOU ARE IMPAIRED UNDER THE PLAN. PURSUANT TO TERMS OF THE PLAN, HOLDERS OF ALLOWED CLASS 4c SERIES B PREFERRED STOCK INTERESTS IN NCFC SHALL RECEIVE NOTHING UNDER THE PLAN ON ACCOUNT OF SUCH INTERETS AND SHARED HELD BY EACH HOLDER OF A SERIES A PREFERRED STOCK INTEREST WILL BE CANCELLED PURSUANT TO THE PLAN. PURSUANT TO SECTION 1126(g) OF THE BANKRUPTCY CODE, THE HOLDERS OF SERIES B PREFERRED STOCK INTERESTS ARE CONCLUSIVELY PRESUMED TO HAVE VOTED TO REJECT THE PLAN, AND, THEREFORE, YOUR VOTES WILL NOT BE SOLICITED.

Class 4d - Series B 510(b) Claims
YOU ARE IMPAIRED UNDER THE PLAN. PURSUANT TO TERMS OF THE PLAN, HOLDERS OF ALLOWED CLASS 4d SERIES B 510(b) CLAIMS AGAINST NCFC SHALL RECEIVE NO DISTRIBUTION UNDER THE PLAN. PURSUANT TO SECTION 1126(g) OF THE BANKRUPTCY CODE, THE HOLDERS OF ALLOWED CLASS 4a SERIES B 510(b) CLAIMS ARE CONCLUSIVELY PRESUMED TO HAVE VOTED TO REJECT THE PLAN, AND, THEREFORE, YOUR VOTES WILL NOT BE SOLICITED.

Class 4e - Common Stock Interests and Common Stock 510(b) Claims
YOU ARE IMPAIRED UNDER THE PLAN. PURSUANT TO TERMS OF THE PLAN, HOLDERS OF ALLOWED CLASS 4e COMMON STOCK INTERESTS IN NCFC AND COMMON STOCK 510(b) CLAIMS AGAINST NCFC SHALL RECEIVE NOTHING UNDER THE PLAN ON ACCOUNT OF SUCH INTERETS AND CLAIMS AND SHARED HELD BY EACH HOLDER OF A COMMON STOCK INTEREST WILL BE CANCELLED PURSUANT TO THE PLAN. PURSUANT TO SECTION 1126(g) OF THE BANKRUPTCY CODE, THE HOLDERS OF COMMON STOCK INTERESTS AND COMMON STOCK 510(b) CLAIMS ARE CONCLUSIVELY PRESUMED TO

**HAVE VOTED TO REJECT THE PLAN, AND, THEREFORE, YOUR VOTES WILL NOT BE SOLICITED.**

PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Plan will be held before the Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801 on April 23, 2008 at __ _.m. (Eastern Time) (the "Confirmation Hearing"). The Confirmation Hearing may be continued from time to time without further notice except for an announcement made at the Confirmation Hearing or any adjourned confirmation hearing. Pursuant to Rule 3017(a) of the Federal Rules of Bankruptcy Procedure and Rule 3017-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, any party requesting a copy of the Disclosure Statement or the Plan shall furnish their request in writing to New Century TRS Holdings, Inc., et al., c/o XRoads Case Management Services, 1821 East Dyer Road, Suite 225, Santa Ana, CA 92705, Attention: Kathy Morris and Richards, Layton & Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, Delaware 19899, Attention: Mark D. Collins, Esq. The Debtors will, at their own expense, provide a copy of the Disclosure Statement or Plan to the requesting party.

Objections, if any, to the confirmation of the Plan must: (a) be in writing; (b) state the name and address of the objecting party and the nature of the Claim or Interest of such party; (c) state with particularity the basis and nature of any objection; and (d) be filed with the Court and served so that they are received by (i) the Debtors: New Century Financial Corporation, 3337 Michelson Drive, Suite CN-350, Irvine, CA 92612, Attention: Monika L. McCarthy, Esq.; (ii) counsel to the Debtors: Richards, Layton & Finger, One Rodney Square, 920 King Street, Wilmington, Delaware 19801, Attention: Mark D. Collins, Esq. and Michael J. Merchant Esq., and O'Melveny & Myers LLP, 275 Battery Street, 26th Floor San Francisco, California 94111, Attention: Suzzanne S. Uhland, Esq. and Andrew M. Parlen, Esq..; (iii) counsel to the Official Committee of General Unsecured Creditors, Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attention: Mark S. Indelicato, Esq. and Mark T. Power, Esq.) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19891 (Attention: Bonnie Glantz Fatell, Esq. and Regina Stango Kelbon, Esq.); and (iv) Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington Delaware 19801 (Attention: Joseph J. McMahon, Jr., Esq.), no later than 4:00 p.m., Eastern Time, on April 11, 2008. For the purpose of filing pleadings in these cases, the address of the Court is 824 North Market Street, Third Floor, Wilmington, Delaware 19801.

Dated: _____, 2008  Respectfully submitted,
Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

and

Suzzanne S. Uhland
Ben H. Logan
Andrew M. Parlen
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION