WILMINGTON
TRUST

# Activity Detail

Account Number

*December 1, 2007 thru*

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 12/18/2007 | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |
| 12/19/2007 | MATURITY | (42,561,000.0000) | MATURITY |
| | | | 42,561,000 UNITS OF |
| | | | ABN REPURCHASE AGREEMENT |
| | | | DTD 12/18/2007 3.45% 12/19/2007 |
| | | | PAYABLE 12/19/2007 |
| | PURCHASE | 42,576,200.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/19/2007 3.25% 12/20/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 12/19/2007 |
| | | | PAYABLE SATISFIED |
| | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |
| 12/20/2007 | MATURITY | (42,576,200.0000) | MATURITY |
| | | | 42,576,200 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/19/2007 3.25% 12/20/2007 |
| | | | PAYABLE 12/20/2007 |
| | PURCHASE | 42,580,700.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/20/2007 2.98% 12/21/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 12/20/2007 |
| | | | PAYABLE SATISFIED |

2008-01-0300001445100000 PSBS000036 0001

# WILMINGTON TRUST

## Activity Detail

**Account Number**

*December 1, 2007 th...*

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 12/20/2007 | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |
| 12/21/2007 | MATURITY | (42,580,700.0000) | MATURITY |
| | | | 42,580,700 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/20/2007 2.98% 12/21/2007 |
| | | | PAYABLE 12/21/2007 |
| | PURCHASE | 42,584,800.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/21/2007 3.55% 12/24/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 12/21/2007 |
| | | | PAYABLE SATISFIED |
| | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |
| 12/24/2007 | MATURITY | (42,584,800.0000) | MATURITY |
| | | | 42,584,800 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/21/2007 3.55% 12/24/2007 |
| | | | PAYABLE 12/24/2007 |
| | PURCHASE | 42,588,600.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/24/2007 4.10% 12/26/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 12/24/2007 |
| | | | PAYABLE SATISFIED |



WILMINGTON
TRUST

# Activity Detail

Account Number

December 1, 2007 thr

| DATE | TYPE | QUANTITY | DESCRIPTION |
|---|---|---|---|
| 12/24/2007 | TRANSFER/ADDITION | | CASH TRANSFER FROM INCOME PORTFOLIO TRANSFER INCOME TO PRINCIPAL |
| 12/26/2007 | MATURITY | (42,588,600.0000) | MATURITY 42,588,600 UNITS OF LEHMAN REPURCHASE AGREEMENT DTD 12/24/2007 4.10% 12/26/2007 PAYABLE 12/26/2007 |
| | PURCHASE | 42,592,200.0000 | PURCHASE SETTLEMENT LEHMAN REPURCHASE AGREEMENT DTD 12/26/2007 4.17% 12/27/2007 PURCHASED AT 100 TRADED ON 12/26/2007 PAYABLE SATISFIED |
| | TRANSFER/ADDITION | | CASH TRANSFER FROM INCOME PORTFOLIO TRANSFER INCOME TO PRINCIPAL |
| 12/27/2007 | MATURITY | (42,592,200.0000) | MATURITY 42,592,200 UNITS OF LEHMAN REPURCHASE AGREEMENT DTD 12/26/2007 4.17% 12/27/2007 PAYABLE 12/27/2007 |
| | PURCHASE | 42,604,800.0000 | PURCHASE SETTLEMENT LEHMAN REPURCHASE AGREEMENT DTD 12/27/2007 4.00% 12/28/2007 PURCHASED AT 100 TRADED ON 12/27/2007 PAYABLE SATISFIED |

WILMINGTON
TRUST

## Activity Detail

**Account Number**

*December 1, 2007 thr*

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 12/27/2007 | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |
| 12/28/2007 | MATURITY | (42,604,800.0000) | MATURITY |
| | | | 42,604,800 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/27/2007 4.00% 12/28/2007 |
| | | | PAYABLE 12/28/2007 |
| | PURCHASE | 42,614,500.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/28/2007 3.50% 12/31/2007 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 12/28/2007 |
| | | | PAYABLE SATISFIED |
| | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |
| 12/31/2007 | MATURITY | (42,614,500.0000) | MATURITY |
| | | | 42,614,500 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/28/2007 3.50% 12/31/2007 |
| | | | PAYABLE 12/31/2007 |
| | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |
| | TRANSFER/ADDITION | | CASH TRANSFER FROM |
| | | | INCOME PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |



2008-01-0300001445100000  PSB5000036  00(

WILMINGTON
TRUST

# Activity Detail

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 12/31/2007 | PURCHASE | 42,619,446.0000 | PURCHASE SETTLEMENT |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/31/2007 1.00% 1/2/2008 |
| | | | PURCHASED AT 100 |
| | | | TRADED ON 12/31/2007 |
| | | | PAYABLE SATISFIED |

**CLOSING BALANCES:**

**INCOME**
**PORTFOLIO 1: NEW CENTURY INC USD**
**OPENING BALANCES:**

| | | | |
|------|------|----------|-------------|
| 12/3/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 42,485,762 UNITS OF |
| | | | CANTOR FITZGERALD REPURCHASE AGREEMENT |
| | | | DTD 11/30/2007 3.10% 12/3/2007 |
| | | | PAYABLE 12/3/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 12/2/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 12/4/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 42,491,155 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/3/2007 4.13% 12/4/2007 |
| | | | PAYABLE 12/4/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 12/3/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |

# WILMINGTON
## TRUST

## Activity Detail

__Account Number__

*December 1, 2007 th*

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 12/5/2007 | INTEREST | | INTEREST PAYMENT<br>42,495,490 UNITS OF<br>LEHMAN REPURCHASE AGREEMENT<br>DTD 12/4/2007 4.36% 12/5/2007<br>PAYABLE 12/5/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER<br>TO PRINCIPAL PORTFOLIO<br>PAID FOR NEW CENTURY MORTGAGE CORPORATION<br>BASED ON BALANCE OF 12/4/2007<br>TRANSFER FROM INCOME TO PRINCIPAL |
| 12/6/2007 | INTEREST | | INTEREST PAYMENT<br>42,506,400 UNITS OF<br>LEHMAN REPURCHASE AGREEMENT<br>DTD 12/5/2007 4.45% 12/6/2007<br>PAYABLE 12/6/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER<br>TO PRINCIPAL PORTFOLIO<br>PAID FOR NEW CENTURY MORTGAGE CORPORATION<br>BASED ON BALANCE OF 12/5/2007<br>TRANSFER FROM INCOME TO PRINCIPAL |
| 12/7/2007 | INTEREST | | INTEREST PAYMENT<br>42,511,300 UNITS OF<br>LEHMAN REPURCHASE AGREEMENT<br>DTD 12/6/2007 4.35% 12/7/2007<br>PAYABLE 12/7/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER<br>TO PRINCIPAL PORTFOLIO<br>PAID FOR NEW CENTURY MORTGAGE CORPORATION<br>BASED ON BALANCE OF 12/6/2007<br>TRANSFER FROM INCOME TO PRINCIPAL |



2008-01-0300001445100000 PSB5000036 0

WILMINGTON
TRUST

# Activity Detail

**Account Number**

*December 1, 2007 thr*

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 12/10/2007 | INTEREST | | INTEREST PAYMENT |
| | | 42,516,400 | UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/7/2007 4.27% 12/10/2007 |
| | | | PAYABLE 12/10/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 12/9/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 12/11/2007 | INTEREST | | INTEREST PAYMENT |
| | | 42,521,700 | UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/10/2007 4.20% 12/11/2007 |
| | | | PAYABLE 12/11/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 12/10/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 12/12/2007 | INTEREST | | INTEREST PAYMENT |
| | | 42,526,800 | UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/11/2007 4.07% 12/12/2007 |
| | | | PAYABLE 12/12/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 12/11/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |

**WILMINGTON**
TRUST

# Activity Detail

**Account Number**

*December 1, 2007 thr*

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 12/13/2007 | INTEREST | | INTEREST PAYMENT |
| | | 42,542,000 UNITS OF | |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/12/2007 4.17% 12/13/2007 |
| | | | PAYABLE 12/13/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 12/12/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 12/14/2007 | INTEREST | | INTEREST PAYMENT |
| | | 42,546,900 UNITS OF | |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/13/2007 4.13% 12/14/2007 |
| | | | PAYABLE 12/14/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 12/13/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 12/17/2007 | INTEREST | | INTEREST PAYMENT |
| | | 42,551,700 UNITS OF | |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/14/2007 4.14% 12/17/2007 |
| | | | PAYABLE 12/17/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 12/16/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |



2008-01-0300001445100000 PSB5000036 00

WILMINGTON
TRUST

# Activity Detail

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 12/18/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 42,556,700 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/17/2007 3.80% 12/18/2007 |
| | | | PAYABLE 12/18/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 12/17/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 12/19/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 42,561,000 UNITS OF |
| | | | ABN REPURCHASE AGREEMENT |
| | | | DTD 12/18/2007 3.45% 12/19/2007 |
| | | | PAYABLE 12/19/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 12/18/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 12/20/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 42,576,200 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/19/2007 3.25% 12/20/2007 |
| | | | PAYABLE 12/20/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 12/19/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |

WILMINGTON
TRUST

## Activity Detail

__Account Number__

*December 1, 2007 th*

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 12/21/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 42,580,700 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/20/2007 2.98% 12/21/2007 |
| | | | PAYABLE 12/21/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 12/20/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 12/24/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 42,584,800 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/21/2007 3.55% 12/24/2007 |
| | | | PAYABLE 12/24/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 12/23/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 12/26/2007 | INTEREST | | INTEREST PAYMENT |
| | | | 42,588,600 UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/24/2007 4.10% 12/26/2007 |
| | | | PAYABLE 12/26/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 12/25/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |



2008-01-0300001445100000  PSB5000036  0

**WILMINGTON**
TRUST

# Activity Detail

Account Number

*December 1, 2007 th*

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 12/27/2007 | INTEREST | | INTEREST PAYMENT |
| | | 42,592,200 | UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/26/2007 4.17% 12/27/2007 |
| | | | PAYABLE 12/27/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 12/26/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 12/28/2007 | INTEREST | | INTEREST PAYMENT |
| | | 42,604,800 | UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/27/2007 4.00% 12/28/2007 |
| | | | PAYABLE 12/28/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | PAID FOR NEW CENTURY MORTGAGE CORPORATION |
| | | | BASED ON BALANCE OF 12/27/2007 |
| | | | TRANSFER FROM INCOME TO PRINCIPAL |
| 12/31/2007 | INTEREST | | INTEREST PAYMENT |
| | | 42,614,500 | UNITS OF |
| | | | LEHMAN REPURCHASE AGREEMENT |
| | | | DTD 12/28/2007 3.50% 12/31/2007 |
| | | | PAYABLE 12/31/2007 |
| | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |

2008-01-0300001445100000 PSB5000036 00

## WILMINGTON
### TRUST

# Activity Detail

**Account Number**

*December 1, 2007 th*

| DATE | TYPE | QUANTITY | DESCRIPTION |
|------|------|----------|-------------|
| 12/31/2007 | TRANSFER/WITHDRAWAL | | CASH TRANSFER |
| | | | TO PRINCIPAL PORTFOLIO |
| | | | TRANSFER INCOME TO PRINCIPAL |
| **CLOSING BALANCES:** | | | |



2008-01-0300001445100000  PSB5000036  00

WILMINGTON
TRUST

# Equity Diversification

| INDUSTRY CLASSIFICATION | MARKET VALUE (M/V) |
|---|---|
| No equity investments to report | |

2008-01-0300001445100000  PSB5000036  000

**WILMINGTON TRUST**

# Fixed Income Analysis

**Account Number**

*As of December 31, :*

No fixed income investments to report.



2008-01-0300001445100000  PSB5000036  0(

**NEW CENTURY MORTGAGE CORPORATION**
**ASSET SALES ESCROW ACCOUNT**
**UNION BANK 7930004221**
**ACCOUNT RECONCILIATION  NCMC 1057-0000**
**As of December 31, 2007**

| | | | | |
|---|---|---|---|---|
| Balance per bank | | | 1,828,825.36 | |
| 11/01/07 | JRNL200158875 | Deposit Asset Sales | 64,870.00 | bank to transfer in Jan08 |
| 11/08/07 | JRNL200158977 | Deposit Asset Sales | 106,561.00 | bank to transfer in Jan08 |
| 12/31/07 | JRNL200159228 | Power & Environment Intl | 182,000.00 | deposit at bank in Jan 08 |
| 12/31/07 | JRNL200159228 | ABE Pfface Omteroprs | 19,500.00 | deposit at bank in Jan 08 |
| 12/31/07 | JRNL200159228 | Knight-Tel Telecommunications | 131,670.00 | deposit at bank in Jan 08 |
| 12/31/07 | JRNL200159248 | WPO BUSINESS SOLUTIONS | 97,327.00 | deposit at bank in Jan 08 |

Adjusted bank balance                                     2,430,753.36


Balance per G/L                                               2,430,753.36


variance                                                          -



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NEW   CENTURY   MORTGAGE
CORPORATION
**Statement Number: 7930004221**
12/01/07 – 12/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION**
**DEBTOR-IN-POSSESSION CASE #07-10417**
**ASSET SALES ESCROW ACCOUNT**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■ *Pay Federal and state taxes, payroll, sales, corporate or property taxes with InstaTax® on the Web. And you'll receive immediate online confirmation of the payments you've sent. Visit unionbank.com/taxpayments to put InstaTax® to work for you.*

## Analyzed Business Checking Summary

Account Number: 7930004221

Days in statement period: Days in statement period: 31

| | | | |
|---|---|---|---|
| Balance on 12/ 1 | $ | | 1,690,676.36 |
| Total Credits | | | 138,149.00 |
| Deposits (2) | | 119,849.00 | |
| Electronic credits (2) | | 18,300.00 | |
| Total Debits | | | 0.00 |
| Balance on 12/31 | $ | | 1,828,825.36 ✓ |

## C R E D I T S

### Deposits *including check and cash credits*

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 12/6 | UNENCODED COURIER DEPOSIT # 0000022230 | 45724209 | $   88,689.00 |
| 12/20 | UNENCODED COURIER DEPOSIT # 0000022234 | 44851612 | 31,160.00 |
| | **2  Deposits** | **Total** | **$   119,849.00** |

### Electronic credits

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 12/6 | WIRE TRANS TRN 1206017569 120607 200712060000490 | 93051282 | $   5,000.00 |
| 12/24 | WIRE TRANS TRN 1224018992 122407 UBOC UB218426N | 93051760 | 13,300.00 |
| | **2  Electronic credits** | **Total** | **$   18,300.00** |

## D E B I T S

### Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|
| 12/3-12/5 | $ | 1,690,676.36 | 12/20-12/23 | $ | 1,815,525.36 |
| 12/6-12/19 | | 1,784,365.36 | 12/24-12/31 | | 1,828,825.36 |

**NEW CENTURY MORTGAGE CORPORATION**
**UNION BANK 2110104033**
**UNION BANK 7930000897 (new manual payroll acct)**
**MANUAL PAYROLL**
**ACCOUNT RECONCILIATION - NCMC 1066-0000**
**As of December 31, 2007**

| | | |
|---|---|---:|
| Balance per bank | | |
| account closed - no statement available | 2110104033 | - |
| | 7930000897 | 254,312.53 |
| Outstanding checks | | |
| See attached listing | | (89,254.20) |
| Adjusted bank balance | | 165,058.33 |
| | | |
| Balance per G/L | | 165,110.96 |
| Ck #23569 - need to reclass | | (52.63) |
| | | |
| Adjusted G/L balance | | 165,058.33 |
| | | |
| variance | | - |



# STATEMENT
# OF ACCOUNTS

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 2
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 7930000897**
12/01/07 - 12/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION**
**MANUAL PAYROLL ACCT**
**CASE #07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■ *Pay Federal and state taxes, payroll, sales, corporate or property taxes with InstaTax® on the Web. And you'll receive immediate online confirmation of the payments you've sent. Visit unionbank.com/taxpayments to put InstaTax® to work for you.*

## Analyzed Business Checking Summary

Account Number: 7930000897

Days in statement period: Days in statement period: 31

| | | | |
|---|---|---:|---:|
| **Balance on 12/ 1** | $ | | 196,869.14 |
| **Total Credits** | | | 298,000.00 |
| Electronic credits (2) | | 298,000.00 | |
| **Total Debits** | | | -240,556.61 |
| Electronic debits (1) | | -175,000.00 | |
| Account recon dr (2) | | -65,556.61 | |
| **Balance on 12/31** | $ | | 254,312.53 |

## CREDITS

### Electronic credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 12/21 | WIRE TRANS TRN 1221021316 122107 UBOC UB214442N | 93052935 | $ | 58,000.00 |
| 12/26 | WIRE TRANS TRN 1226015843 122607 UBOC UB219873N | 93052436 | | 240,000.00 |
| | **2  Electronic credits** | **Total** | **$** | **298,000.00** |

## DEBITS

### Electronic debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 12/19 | WIRE  TRANS  TRN  1219028284  121907  UBOC 93056914 UB210147N | | $ | 175,000.00 |

### Account reconciliation debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 12/26 | ACCOUNT RECONCILIATION LIST POST | 99977077 | $ | 210.41 |
| 12/31 | ACCOUNT RECONCILIATION LIST POST | 99977380 | | 65,346.20 |
| | **2  Account reconciliation debits** | **Total** | **$** | **65,556.61** |

Page 2 of 2
NEW CENTURY MORTGAGE
CORPORATION
**Statement Number: 7930000897**
12/01/07 - 12/31/07

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|
| 12/3-12/18 | $ | 196,869.14 | 12/26-12/30 | $ | 319,658.73 |
| 12/19-12/20 | | 21,869.14 | 12/31 | | 254,312.53 |
| 12/21-12/25 | | 79,869.14 | | | |

**NEW CENTURY MORTGAGE CORPORATION**
**UNION BANK 2110104025**
**ACCOUNT RECONCILIATION - 1068-0000**
**Operating Account**
**As of December 31, 2007**

| | | | |
|---|---|---|---|
| BALANCE PER BANK | | | 5,325,252.79 |
| Reconciling Items: | | | |
| Date: | | Description | Amount |
| ADJ BANK BALANCE | | | 5,325,252.79 |
| | | | |
| 10/31/2007 BALANCE PER G/L 1068-0000 | | | 5,152,871.15 |
| 10/31/2007 BALANCE PER G/L 1068-1190 | | | - |
| | TOTAL 10/31/2007 G/L BALANCE A/C 1068 | | 5,152,871.15 |

| Date: | | Description | Amount | |
|---|---|---|---|---|
| Reconciling Items: | | | | |
| 11/01/07 | | Unencoded Courier Deposit | 64,870.00 | bank adjusted in January 08 |
| 11/08/07 | | Unencoded Courier Deposit | 106,561.00 | bank adjusted in January 08 |
| 01/11/08 | JRNL200159231 | Check returned from bank | (339.00) | Journaled in January 08 |
| | JRNL200159028 | Checks returned from bank | 1,289.64 | pending bank adj in January 08 |
| | | | | |
| Preliminary G/L BALANCE | | | 5,325,252.79 | |
| | | | | |
| Adjusted G/L Balance | | | 5,325,252.79 | |
| | | | | |
| | | Unreconciled Difference | - | |



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 6
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 2110104025**
12/01/07 - 12/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION**
**OPERATING ACCOUNT**
**CASE #07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■ *Pay Federal and state taxes, payroll, sales, corporate or property taxes with InstaTax® on the Web. And you'll receive immediate online confirmation of the payments you've sent. Visit unionbank.com/taxpayments to put InstaTax® to work for you.*

## Analyzed Business Checking Summary

Account Number: 2110104025

Days in statement period: Days in statement period: 31

| | | |
|---|---:|---:|
| **Balance on 12/ 1** $ | | 10,293,469.61 |
| **Total Credits** | | 13,936,481.91 |
| Deposits (7) | 661,591.27 | |
| Electronic credits (35) | 12,975,368.14 | |
| Other credits (2) | 299,522.50 | |
| **Total Debits** | | -18,904,698.73 |
| Electronic debits (85) | -17,200,687.84 | |
| ZBA debits (19) | -1,702,942.39 | |
| Other debits (5) | -1,068.50 | |
| **Balance on 12/31** $ | | 5,325,252.79 |

## CREDITS

### Deposits *including check and cash credits*

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 12/6 | UNENCODED COURIER DEPOSIT # 0000022231 | 45724198 | $  20,624.00 |
| 12/6 | UNENCODED COURIER DEPOSIT # 0000022232 | 45724191 | 5,630.00 |
| 12/6 | UNENCODED COURIER DEPOSIT # 0000022247 | 45724214 | 6,093.19 |
| 12/13 | UNENCODED COURIER DEPOSIT # 0000026255 | 45363539 | 165,327.41 |
| 12/20 | UNENCODED COURIER DEPOSIT # 0000026113 | 44851603 | 840.00 |
| 12/20 | UNENCODED COURIER DEPOSIT # 0000026114 | 44851614 | 392,487.89 |
| 12/27 | UNENCODED COURIER DEPOSIT # 0000026245 | 46545989 | 70,588.78 |
| | **7  Deposits** | **Total** | $  **661,591.27** |

### Electronic credits

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 12/5 | WIRE TRANS TRN 1205021440 120507 UBOC UB182038N | 93054502 | $  1,323.90 |
| 12/6 | SKADDEN,ARPS,SLA PAYMENT CCD | 55800460 | 3,000.00 |
| 12/10 | WIRE TRANS TRN 1210026328 121007 UBOC UB191516N | 93056415 | 3,077.80 |
| 12/10 | WIRE TRANS TRN 1210026331 121007 UBOC UB191517N | 93056418 | 100,000.00 |
| 12/11 | WIRE TRANS TRN 1211021899 121107 0361300345FE | 93055023 | 16,131.05 |
| 12/12 | WIRE TRANS TRN 1212029284 121207 4369100346JO | 93056957 | 934.44 |
| 12/12 | WIRE TRANS TRN 1212026231 121207 UBOC UB196060N | 93055507 | 965.63 |

Page 2 of 6
NEW   CENTURY   MORTGAGE
CORPORATION
Statement Number: 2110104025
12/01/07 - 12/31/07

## Electronic credits

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 12/12 | WIRE TRANS TRN 1212029283 121207 4369000346JO | 93056956 | 1,102.45 |
| 12/12 | WIRE TRANS TRN 1212029281 121207 4368900346JO | 93056954 | 1,668.45 |
| 12/12 | WIRE TRANS TRN 1212029280 121207 4368800346JO | 93056953 | 2,109.63 |
| 12/12 | WIRE TRANS TRN 1212029279 121207 4368700346JO | 93056952 | 3,520.50 |
| 12/12 | WIRE TRANS TRN 1212029282 121207 4368600346JO | 93056955 | 3,666.57 |
| 12/12 | WIRE TRANS TRN 1212029278 121207 4368500346JO | 93056951 | 4,773.45 |
| 12/14 | WIRE TRANS TRN 1214032412 121407 UBOC UB202055N | 93050224 | 399.99 |
| 12/19 | WIRE TRANS TRN 1219028284 121907 UBOC UB210147N | 93056913 | 175,000.00 |
| 12/19 | WIRE TRANS TRN 1219020741 121907 S0673531357D01 | 93052748 | 239,500.00 |
| 12/19 | WIRE TRANS TRN 1219027570 121907 UBOC UB209949N | 93056444 | 463,443.37 |
| 12/19 | WIRE TRANS TRN 1219027568 121907 UBOC UB209947N | 93056443 | 483,868.97 |
| 12/20 | WIRE TRANS TRN 1220026734 122007 UBOC UB212857N | 93056879 | 980.56 |
| 12/20 | WIRE TRANS TRN 1220026739 122007 UBOC UB212858N | 93056884 | 3,390.66 |
| 12/21 | WIRE TRANS TRN 1221032890 122107 UBOC UB217600N | 93050437 | 6,308.72 |
| 12/21 | WIRE TRANS TRN 1221027442 122107 20073550117800 | 93056902 | 3,244,387.84 |
| 12/24 | WIRE TRANS TRN 1224018521 122407 071224007211 | 93051507 | 30,891.07 |
| 12/24 | WIRE TRANS TRN 1224018524 122407 071224007223 | 93051509 | 106,806.53 |
| 12/28 | WIRE TRANS TRN 1228026548 122807 UBOC UB227029N | 93057524 | 168.18 |
| 12/28 | WIRE TRANS TRN 1228020318 122807 UBOC UB225236N | 93053416 | 3,000,000.00 |
| 12/31 | WIRE TRANS TRN 1231027251 123107 31 | 93057300 | 83.69 |
| 12/31 | WIRE TRANS TRN 1231027233 123107 32 | 93057290 | 382.85 |
| 12/31 | WIRE TRANS TRN 1231025963 123107 25 | 93057127 | 1,095.63 |
| 12/31 | WIRE TRANS TRN 1231027267 123107 30 | 93057309 | 3,477.92 |
| 12/31 | WIRE TRANS TRN 1231025027 123107 FTJ071231621884 | 93056531 | 7,500.00 |
| 12/31 | WIRE TRANS TRN 1231025615 123107 29 | 93056938 | 8,757.51 |
| 12/31 | WIRE TRANS TRN 1231025877 123107 28 | 93057075 | 16,490.03 |
| 12/31 | WIRE TRANS TRN 1231025490 123107 26 | 93056862 | 40,160.75 |
| 12/31 | WIRE TRANS TRN 1231025336 123107 23 | 93056756 | 5,000,000.00 |
| | **35  Electronic credits** | **Total** | **$   12,975,368.14** |

## Other credits and adjustments

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 12/10 | TELEPHONE TRANSFER | 99352029 | $   4,087.02 |
| 12/19 | TELEPHONE TRANSFER | 99351818 | 295,435.48 |
| | **2  Other credits and adjustments** | **Total** | **$   299,522.50** |

## D E B I T S

### Electronic debits

| Date | Description | Reference | Amount |
|---|---|---|---|
| 12/3 | WIRE TRANS TRN 1203023457 120307 UBOC 93054548 UB176303N | | $   2,043.90 |
| 12/3 | WIRE TRANS TRN 1203023459 120307 UBOC 93054549 UB176304N | | 11,349.59 |
| 12/4 | WIRE TRANS TRN 1204018816 120407 UBOC 93053538 UB179014N | | 1,260.50 |
| 12/4 | WIRE TRANS TRN 1204018791 120407 UBOC 93053525 UB179010N | | 19,885.99 |
| 12/4 | WIRE TRANS TRN 1204018815 120407 UBOC 93053537 UB179013N | | 21,832.57 |
| 12/5 | WIRE TRANS TRN 1205021437 120507 UBOC 93054499 UB182035N | | 1,010.65 |

**Electronic debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|-------:|
| 12/5 | WIRE TRANS TRN 1205021436 120507 UBOC 93054498 UB182034N | | 2,350.60 |
| 12/5 | WIRE TRANS TRN 1205021439 120507 UBOC 93054501 UB182037N | | 18,849.16 |
| 12/5 | WIRE TRANS TRN 1205021433 120507 UBOC 93054496 UB182033N | | 106,935.40 |
| 12/5 | WIRE TRANS TRN 1205023886 120507 UBOC 93055931 UB182544N | | 138,932.95 |
| 12/5 | WIRE TRANS TRN 1205023887 120507 UBOC 93055932 UB182545N | | 644,948.23 |
| 12/5 | WIRE TRANS TRN 1205021431 120507 UBOC 93054495 UB182032N | | 1,234,139.96 |
| 12/6 | WIRE TRANS TRN 1206019432 120607 UBOC 93052219 UB183739N | | 1,131.40 |
| 12/6 | WIRE TRANS TRN 1206019434 120607 UBOC 93052220 UB183740N | | 11,286.18 |
| 12/7 | WIRE TRANS TRN 1207024750 120707 UBOC 93055121 UB187875N | | 3,125.00 |
| 12/7 | WIRE TRANS TRN 1207024746 120707 UBOC 93055119 UB187873N | | 45,515.20 |
| 12/10 | WIRE TRANS TRN 1210019339 121007 UBOC 93052969 UB190332N | | 170.10 |
| 12/10 | WIRE TRANS TRN 1210019343 121007 UBOC 93052970 UB190333N | | 60,503.17 |
| 12/11 | WIRE TRANS TRN 1211016763 121107 UBOC 93052011 UB192350N | | 1,397.50 |
| 12/11 | WIRE TRANS TRN 1211016761 121107 UBOC 93052010 UB192349N | | 36,597.89 |
| 12/11 | WIRE TRANS TRN 1211016760 121107 UBOC 93052009 UB192348N | | 469,387.19 |
| 12/12 | WIRE TRANS TRN 1212020790 121207 UBOC 93052542 UB194883N | | 50.00 |
| 12/12 | WIRE TRANS TRN 1212020786 121207 UBOC 93052538 UB194881N | | 2,459.65 |
| 12/12 | WIRE TRANS TRN 1212023651 121207 UBOC 93053967 UB195507N | | 13,061.14 |
| 12/12 | WIRE TRANS TRN 1212020791 121207 UBOC 93052543 UB194884N | | 40,930.80 |
| 12/12 | WIRE TRANS TRN 1212020787 121207 UBOC 93052539 UB194880N | | 100,143.61 |
| 12/12 | WIRE TRANS TRN 1212020789 121207 UBOC 93052541 UB194882N | | 245,802.84 |
| 12/13 | WIRE TRANS TRN 1213020549 121307 UBOC 93052803 UB197480N | | 2,519.20 |
| 12/13 | WIRE TRANS TRN 1213020547 121307 UBOC 93052802 UB197478N | | 26,436.86 |
| 12/14 | WIRE TRANS TRN 1214024042 121407 UBOC 93055551 UB200170N | | 601.85 |
| 12/14 | WIRE TRANS TRN 1214024044 121407 UBOC 93055553 UB200172N | | 2,946.40 |
| 12/14 | WIRE TRANS TRN 1214024043 121407 UBOC 93055552 UB200171N | | 7,381.17 |
| 12/17 | WIRE TRANS TRN 1217019205 121707 UBOC 93052657 UB202985N | | 364.00 |
| 12/17 | WIRE TRANS TRN 1217019208 121707 UBOC 93052658 UB202987N | | 30,033.86 |

Page 4 of 6
NEW CENTURY MORTGAGE
CORPORATION
**Statement Number: 2110104025**
12/01/07 - 12/31/07

**Electronic debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 12/18 | WIRE TRANS TRN 1218024399 121807 UBOC 93055897 UB206854N | | 262.60 |
| 12/18 | WIRE TRANS TRN 1218018239 121807 UBOC 93052144 UB205410N | | 20,024.47 |
| 12/18 | WIRE TRANS TRN 1218024264 121807 UBOC 93055819 UB206826N | | 37,523.73 |
| 12/19 | WIRE TRANS TRN 1219021337 121907 UBOC 93053071 UB208582N | | 247.00 |
| 12/19 | WIRE TRANS TRN 1219021339 121907 UBOC 93053072 UB208583N | | 411.91 |
| 12/19 | WIRE TRANS TRN 1219021335 121907 UBOC 93053069 UB208580N | | 18,947.13 |
| 12/20 | WIRE TRANS TRN 1220020634 122007 UBOC 93053151 UB211297N | | 608.90 |
| 12/20 | WIRE TRANS TRN 1220028725 122007 UBOC 93057597 UB213153N | | 8,480.61 |
| 12/20 | WIRE TRANS TRN 1220020636 122007 UBOC 93053152 UB211298N | | 12,797.12 |
| 12/20 | WIRE TRANS TRN 1220028720 122007 UBOC 93057592 UB213148N | | 23,709.87 |
| 12/20 | WIRE TRANS TRN 1220026741 122007 UBOC 93056887 UB212860N | | 86,351.84 |
| 12/20 | WIRE TRANS TRN 1220026732 122007 UBOC 93056877 UB212855N | | 140,731.20 |
| 12/20 | WIRE TRANS TRN 1220026740 122007 UBOC 93056886 UB212859N | | 147,088.97 |
| 12/20 | WIRE TRANS TRN 1220026727 122007 UBOC 93056873 UB212851N | | 1,167,352.97 |
| 12/20 | WIRE TRANS TRN 1220026731 122007 UBOC 93056876 UB212854N | | 1,635,736.89 |
| 12/21 | WIRE TRANS TRN 1221032888 122107 UBOC 93050435 UB217598N | | 2,163.00 |
| 12/21 | WIRE TRANS TRN 1221032889 122107 UBOC 93050436 UB217599N | | 14,829.50 |
| 12/21 | WIRE TRANS TRN 1221032887 122107 UBOC 93050434 UB217597N | | 17,400.16 |
| 12/21 | WIRE TRANS TRN 1221023579 122107 UBOC 93054390 UB215102N | | 33,913.66 |
| 12/21 | WIRE TRANS TRN 1221021316 122107 UBOC 93052934 UB214442N | | 58,000.00 |
| 12/24 | WIRE TRANS TRN 1224019414 122407 UBOC 93051986 UB218496N | | 2,306.00 |
| 12/24 | WIRE TRANS TRN 1224019415 122407 UBOC 93051987 UB218497N | | 40,880.15 |
| 12/26 | WIRE TRANS TRN 1226015838 122607 UBOC 93052429 UB219870N | | 530.76 |
| 12/26 | WIRE TRANS TRN 1226017372 122607 UBOC 93053261 UB220156N | | 1,607.43 |
| 12/26 | WIRE TRANS TRN 1226015841 122607 UBOC 93052432 UB219871N | | 21,506.76 |
| 12/26 | WIRE TRANS TRN 1226017373 122607 UBOC 93053262 UB220157N | | 41,237.97 |
| 12/26 | WIRE TRANS TRN 1226015843 122607 UBOC 93052435 UB219873N | | 240,000.00 |
| 12/26 | WIRE TRANS TRN 1226015839 122607 UBOC 93052430 UB219869N | | 666,250.05 |

Page 5 of 6
NEW CENTURY MORTGAGE
CORPORATION
**Statement Number: 2110104025**
12/01/07 - 12/31/07

**Electronic debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 12/26 | WIRE TRANS TRN 1226015842 122607 UBOC 93052434 UB219872N | | 1,410,501.32 |
| 12/27 | WIRE TRANS TRN 1227020412 122707 UBOC 93053165 UB222308N | | 33.00 |
| 12/27 | WIRE TRANS TRN 1227020413 122707 UBOC 93053166 UB222307N | | 8,541.94 |
| 12/27 | WIRE TRANS TRN 1227020427 122707 UBOC 93053171 UB222312N | | 11,885.64 |
| 12/27 | WIRE TRANS TRN 1227020428 122707 UBOC 93053172 UB222311N | | 132,774.44 |
| 12/27 | WIRE TRANS TRN 1227020409 122707 UBOC 93053163 UB222305N | | 189,200.09 |
| 12/27 | WIRE TRANS TRN 1227020395 122707 UBOC 93053161 UB222304N | | 218,006.13 |
| 12/27 | WIRE TRANS TRN 1227020410 122707 UBOC 93053164 UB222306N | | 445,527.04 |
| 12/27 | WIRE TRANS TRN 1227020393 122707 UBOC 93053160 UB222303N | | 855,302.78 |
| 12/27 | WIRE TRANS TRN 1227020415 122707 UBOC 93053168 UB222310N | | 1,768,519.25 |
| 12/28 | WIRE TRANS TRN 1228020382 122807 UBOC 93053465 UB225260N | | 487.80 |
| 12/28 | WIRE TRANS TRN 1228020256 122807 UBOC 93053377 UB225219N | | 601.85 |
| 12/28 | WIRE TRANS TRN 1228020381 122807 UBOC 93053464 UB225259N | | 3,772.68 |
| 12/28 | WIRE TRANS TRN 1228020262 122807 UBOC 93053382 UB225223N | | 11,009.31 |
| 12/28 | WIRE TRANS TRN 1228020259 122807 UBOC 93053380 UB225221N | | 92,539.21 |
| 12/28 | WIRE TRANS TRN 1228020254 122807 UBOC 93053375 UB225218N | | 167,067.88 |
| 12/28 | WIRE TRANS TRN 1228020257 122807 UBOC 93053378 UB225220N | | 473,716.50 |
| 12/28 | WIRE TRANS TRN 1228020252 122807 UBOC 93053374 UB225217N | | 991,003.39 |
| 12/28 | WIRE TRANS TRN 1228020260 122807 UBOC 93053381 UB225222N | | 1,940,834.12 |
| 12/31 | WIRE TRANS TRN 1231022700 123107 17 | 93055026 | 9.90 |
| 12/31 | WIRE TRANS TRN 1231022654 123107 16 | 93054999 | 6,311.04 |
| 12/31 | WIRE TRANS TRN 1231022744 123107 18 | 93055054 | 318,000.00 |
| 12/31 | WIRE TRANS TRN 1231025264 123107 22 | 93056693 | 408,757.37 |
| | **85 Electronic debits** | **Total** | **$  17,200,687.84** |

**Zero Balance Accounting debits**

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 12/3 | ZERO BALANCE ACCOUNTING DEBIT 90810005579996742 7 | | $  219,747.07 |
| 12/4 | ZERO BALANCE ACCOUNTING DEBIT 90810005579996704 3 | | 168,204.52 |
| 12/5 | ZERO BALANCE ACCOUNTING DEBIT 90810005579996706 4 | | 90,340.43 |
| 12/6 | ZERO BALANCE ACCOUNTING DEBIT 90810005579996706 0 | | 103,518.51 |
| 12/7 | ZERO BALANCE ACCOUNTING DEBIT 90810005579996720 5 | | 29,732.59 |
| 12/10 | ZERO BALANCE ACCOUNTING DEBIT 90810005579996738 4 | | 199,058.92 |
| 12/11 | ZERO BALANCE ACCOUNTING DEBIT 90810005579996707 7 | | 36,146.64 |
| 12/12 | ZERO BALANCE ACCOUNTING DEBIT 90810005579996693 9 | | 307,180.05 |
| 12/13 | ZERO BALANCE ACCOUNTING DEBIT 90810005579996704 6 | | 6,581.44 |

Page 6 of 6
NEW   CENTURY   MORTGAGE
CORPORATION
Statement Number: 2110104025
12/01/07 - 12/31/07

## Zero Balance Accounting debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|-------:|
| 12/17 | ZERO BALANCE ACCOUNTING DEBIT 9081000557 99967340 | | 158,951.51 |
| 12/18 | ZERO BALANCE ACCOUNTING DEBIT 9081000557 99967031 | | 18,704.75 |
| 12/19 | ZERO BALANCE ACCOUNTING DEBIT 9081000557 99967064 | | 97,005.70 |
| 12/20 | ZERO BALANCE ACCOUNTING DEBIT 9081000557 99967136 | | 33,535.35 |
| 12/21 | ZERO BALANCE ACCOUNTING DEBIT 9081000557 99967231 | | 3,995.15 |
| 12/24 | ZERO BALANCE ACCOUNTING DEBIT 9081000557 99967308 | | 108,238.11 |
| 12/26 | ZERO BALANCE ACCOUNTING DEBIT 9081000557 99967076 | | 20,113.80 |
| 12/27 | ZERO BALANCE ACCOUNTING DEBIT 9081000557 99967150 | | 28,344.48 |
| 12/28 | ZERO BALANCE ACCOUNTING DEBIT 9081000557 99967349 | | 47,755.66 |
| 12/31 | ZERO BALANCE ACCOUNTING DEBIT 9081000557 99967379 | | 25,787.71 |
| | **19  Zero Balance Accounting debits** | **Total** | **$  1,702,942.39** |

## Other debits, fees and adjustments

| Date | Description | Reference | Amount |
|------|-------------|-----------|-------:|
| 12/3 | MISCELLANEOUS BANK ORIGINATED ITEM | 47124726 | $   157.30 |
| 12/3 | MISCELLANEOUS BANK ORIGINATED ITEM | 47124721 | 265.10 |
| 12/3 | MISCELLANEOUS BANK ORIGINATED ITEM | 47124716 | 201.90 |
| 12/3 | MISCELLANEOUS BANK ORIGINATED ITEM | 47124711 | 105.20 |
| 12/7 | DEPOSITED ITEM RETURNED | 99311478 | 339.00 |
| | **5  Other debits, fees and adjustments** | **Total** | **$   1,068.50** |

## Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|---------------:|------|---------------:|
| 12/3 | $   10,059,599.55 | 12/17 | $   6,011,990.40 |
| 12/4 | 9,848,415.97 | 12/18 | 5,935,474.85 |
| 12/5 | 7,612,232.49 | 12/19 | 7,476,110.93 |
| 12/6 | 7,531,643.59 | 12/20 | 4,617,416.32 |
| 12/7-12/9 | 7,452,931.80 | 12/21-12/23 | 7,737,811.41 |
| 12/10 | 7,300,364.43 | 12/24-12/25 | 7,724,084.75 |
| 12/11 | 6,772,966.26 | 12/26 | 5,322,336.66 |
| 12/12 | 6,082,079.29 | 12/27 | 1,734,790.65 |
| 12/13 | 6,211,869.20 | 12/28-12/30 | 1,006,170.43 |
| 12/14-12/16 | 6,201,339.77 | 12/31 | 5,325,252.79 |

## Zero Balance Subsidiary Accounts

9081000557

**NEW CENTURY MORTGAGE CORPORATION**
**W/C BLOCKED ACCOUNT - TRAVLER**
**UNION BANK 7930003802**
**ACCOUNT RECONCILIATION - NCMC 1071-0000**
**As of December 31, 2007**

Balance per Bank                                              579,402.40


Balance per G/L                                              579,402.40


        variance                                                  -



## STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES        CA    90071

Page 1 of 1
NEW   CENTURY   MORTGAGE
CORPORATION
**Statement Number: 7930003802**
12/01/07 - 12/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION**
**TRAVELERS L/C ACCOUNT**
**CASE #07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■ *Pay Federal and state taxes, payroll, sales, corporate or property taxes with InstaTax® on the Web. And you'll receive immediate online confirmation of the payments you've sent. Visit unionbank.com/taxpayments to put InstaTax® to work for you.*

## Business Savings Summary

Account Number: 7930003802

Days in statement period: Days in statement period:31

| | | | | | |
|---|---|---|---|---|---|
| Balance on 12/1 | $ | | 578,878.84 | | |
| Total Credits | | | 523.56 | **Interest** | |
| Other credits (1) | | 523.56 | | Paid this period | $ | 523.56 |
| Total Debits | | | 0.00 | Paid year-to-date | $ | 1,902.40 |
| Balance on 12/31 | $ | | 579,402.40 ✓ | **Interest Rates** | |
| | | | | 12/3/07-12/23/07 | 0.35% |
| | | | | 12/24/07-12/31/07 | 0.30% |

## CREDITS

### Other credits and adjustments

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 12/31 | INTEREST PAYMENT | | $ | 523.56 |

## DEBITS

**NEW CENTURY MORTGAGE CORPORATION**
**UNION BANK  2110108179 and 9081001845**
**CBRE FACILITIES ACCOUNT**
**ACCOUNT RECONCILIATION  1073-0000**
**As of December 31, 2007**

| | | |
|---|---|---|
| Balance per bank | 2110108179 | 605,311.32 |
| | 9081001845 | - |
| Adjusted bank balance 10/31/07 | | 605,311.32 |
| | | |
| Balance per G/L | | 605,311.32 |
| variance | | - |



# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 2110108179**
12/01/07 - 12/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION**
**CBRE FACILITIES ACCOUNT**
**CB RICHARD ELLIS-AGENT**
**CASE #07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■ *Pay Federal and state taxes, payroll, sales, corporate or property taxes with InstaTax® on the Web. And you'll receive immediate online confirmation of the payments you've sent. Visit unionbank.com/taxpayments to put InstaTax® to work for you.*

## Analyzed Business Checking Summary

Account Number: 2110108179

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 12/ 1** | $ | 605,311.32 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 12/31** | $ | 605,311.32 |

## CREDITS

## DEBITS

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 12/3-12/31 | $ | 605,311.32 | | |

## Zero Balance Subsidiary Accounts

9081001845

 **STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
EAST COAST CONTROLLED DISBURSMENT 908
460 HEGENBERGER ROAD
OAKLAND          CA  94621

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 9081001845**
12/01/07 - 12/31/07

**Customer Inquiries**
510-577-8023

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION
CBRE FACILITIES ACCOUNT
CB RICHARD ELLIS- AGENT
(CBRE CD FACILITIES) CASE #07-10417
18400 VON KARMAN STE 1000
IRVINE CA 92612**

■ *Pay Federal and state taxes, payroll, sales, corporate or property taxes with InstaTax® on the Web. And you'll receive immediate online confirmation of the payments you've sent. Visit unionbank.com/taxpayments to put InstaTax® to work for you.*

## Analyzed Business Checking Summary

Account Number: 9081001845

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| Balance on 12/ 1 | $ | 0.00 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Balance on 12/31 | $ | 0.00 ✓ |

## CREDITS

## DEBITS

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 12/3-12/31 | $ | 0.00 | | |

**NEW CENTURY MORTGAGE CORPORATION**
**UNION BANK 2110106052**
**ACCOUNT RECONCILIATION - NCMC 1074-0000**
**CREDIT REPORT FEE REFUND**
**As of December 31, 2007**

| | | |
|---|---|---|
| Balance per bank | closed account - no statement available | - |
| | | |
| Balance per G/L | | - |
| | variance | - |

**NEW CENTURY MORTGAGE CORPORATION**
**ACCOUNT RECONCILIATION  1097-0000**
**CSFB SETTLEMENT/DISBURSEMENT**
**As of December 31, 2007**

Balance per bank

|  | DEUTSCHE BANK | 44286-400044286 | 462,884.30 |
|---|---|---|---|

Balance per G/L

|  | NCMC 1097-0000 | | 462,884.30 |
|---|---|---|---|

|  | variance | | - |
|---|---|---|---|

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

**Deutsche Bank** 

### CASH ACCOUNT SUMMARY
### DECEMBER 1, 2007   - DECEMBER 31, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 462,884.30 |
| **RECEIPTS:** | |
|   CASH DIVIDENDS | 0.00 |
|   INTEREST | 0.00 |
|   MATURITIES/REDEMPTIONS | 0.00 |
|   PRINCIPAL PAYMENTS | 0.00 |
|   SALES: | |
|     PRINCIPAL/ACCRUED INCOME | 0.00 |
|   CASH TRANSFERS IN | 0.00 |
|   CASH RECEIPTS | 0.00 |
|   ADJUSTMENTS | 0.00 |
|   **TOTAL RECEIPTS:** | 0.00 |
| **DISBURSEMENTS:** | |
|   DEBT SERVICE PAYMENTS | 0.00 |
|   PURCHASES: | |
|     PRINCIPAL/ACCRUED INCOME | 0.00 |
|   CASH TRANSFERS OUT | 0.00 |
|   CASH DISBURSEMENTS | 0.00 |
|   ADJUSTMENTS | 0.00 |
|   **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 462,884.30 √ |

WO - 44286 4000044286
CSFB/NEW CENTURY FUNDING ACC
CSFB/NEW CENTURY FUNDING ACC
NC042C

Certain investments made for the
been executed through Deutsche Ban
or an affiliate. Any such transact:
account(s) shown and without recou
As to any such transactions, usu
included and retained by us as a pa
confirms are available upon cust
charge.

DBTCA provides a wide range of mut\
investment yield, fee structure,
well as other important terms an\
fund.  Since investment needs :
contact your account representat:
request a prospectus describing a\
options.

DBTCA has entered into agreement\
their agents to provide certain
funds. For providing these shareh
fee by the mutual funds that calcu
exceed 80 basis points of the am\
funds.

NEW CENTURY MORT\
ATTN: CASH MANAG\
SUITE 1000
18400 VON KARMAN
IRVINE CA  92612

For Questions Please Call (714)-24\

This statement shall be deemed to \
unless DBTCA is notified in writin\
to the contrary within thirty (30)
the date of this statement.

Page 1 of 2

**Deutsche Bank** ◪

:count:   WO - 44286 4000044286
  **Name:**   CSFB/NEW CENTURY FUNDING ACCOUNT
        CSFB/NEW CENTURY FUNDING ACCOUNT
        NC042C

STATEMENT PERI

## TRANSACTION STATEMENT

| | | TRANSACTIONS | | | |
| | | | SECURITIES | | |
| DATE | TRANSACTION DESCRIPTION | CASH | FACE | PRICE | |
|---|---|---|---|---|---|
| 12/01/07 | OPENING BALANCE | | | | |
| 12/31/07 | NET TRANSACTIONS | 0.00 | | | |
| | CLOSING BALANCE | | | | |

e are pleased to announce the launch of the new Trust & Securities Services web site at   www.tss.db.com. You can now acce:
plication sites, product information, news, and contact details using a single URL.

Page 2 of 2

**New Century Mortgage**
**Deutshce Bank Control Accounts**
**As of December 31, 2007**

| NCMC 1003-0000 | | |
|---|---|---|
| CDC - 34003 | - | NEW CENTURY / CDC DISBURSEMENT A/C |
| CDC - 34004 | 5,500.00 | NEW CENTURY / CDC WIRE-OUT A/C |
| Balance per bank | 5,500.00 | |
| Balance per G/L | 5,500.00 | |
| variance | - | |

| NCMC 1004-0000 | | |
|---|---|---|
| UBS - 33986 | - | NEW CENTURY / UBS WET-INK WIRE FUNDING |
| Balance per bank | - | |
| Balance per G/L | - | |
| variance | - | |

| NCMC 1005-0000 | | |
|---|---|---|
| B of A - 33984 | - | NEW CENTURY / B OF A DISBURSEMENT |
| Balance per bank | - | |
| Balance per G/L | - | |
| variance | - | |

| NCMC 1096-0000 | | |
|---|---|---|
| Barclays - 42804 | 412,974.63 | NEW CENTURY / BARCLAYS DISBURSEMENT |
| Barclays - 42805 | 60,133.95 | NEW CENTURY / BARCLAYS DISBURSEMENT |
| Balance per bank | 473,108.58 | |
| Balance per G/L | 473,108.58 | |
| variance | - | |

| Account | Balance | Account Description |
|---|---|---|
| 033984 | - | NEW CENTURY / B OF A DISBURSEMENT |
| 033986 | - | NEW CENTURY / UBS WET-INK WIRE FUNDING |
| 034003 | - | NEW CENTURY / CDC DISBURSEMENT A/C |
| 034004 | 5,500.00 | NEW CENTURY / CDC WIRE-OUT A/C |
| 038489 | - | NEW CENTURY /VON KARMAN (No Activity) |
| 038622 | - | NEW CENTURY/BEAR STEARNS DISBURSEMENT AC |
| 042109 | - | NEW CENTURY/CITIGROUP (No Activity) |
| 042804 | 412,974.63 | NEW CENTURY / BARCLAYS DISBURSEMENT |
| 042805 | 60,133.95 | NEW CENTURY / BARCLAYS DISBURSEMENT |
| Total | 478,608.58 | |
| | - | |

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

**Deutsche Bank** 

## CASH ACCOUNT SUMMARY
### DECEMBER 1, 2007   - DECEMBER 31, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 5,500.00 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | **0.00** |
| | |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | **0.00** |
| **CASH CLOSING BALANCE** | 5,500.00 |

WO - 34004 4000034004
NEW CENTURY / CDC WIRE-OUT /
WIRE-OUT A/C, DB NATL TRUST
DISBURSEMENT AGENT FOR NEW (

Certain investments made for the
been executed through Deutsche Bar
or an affiliate. Any such transact
account(s) shown and without reco
As to any such transactions, usu
included and retained by us as a p
confirms are available upon cust
charge.

DBTCA provides a wide range of mut
investment yield, fee structure,
well as other important terms an
fund.   Since investment needs
contact your account representat
request a prospectus describing a
options.

DBTCA has entered into agreement
their agents to provide certain
funds. For providing these shareh
fee by the mutual funds that calcu
exceed 80  basis points of the am
funds.

NEW CENTURY MORT
NEW CENTURY / CI
ATTN: CASH MANAC
18400 VON KARMAN
IRVINE CA  9261Z

For Questions Please Call (714)-247

This statement shall be deemed to l
unless DBTCA is notified in writing
to the contrary within thirty (30)
the date of this statement.

# Deutsche Bank

ccount:   WO - 34004 4000034004
Name:   NEW CENTURY / CDC WIRE-OUT A/C
WIRE-OUT A/C, DB NATL TRUST CO AS
DISBURSEMENT AGENT FOR NEW CENTURY MTG

STATEMENT PERIC

## TRANSACTION STATEMENT

| DATE | TRANSACTION DESCRIPTION | CASH | FACE | PRICE | Y |
|------|------------------------|------|------|-------|---|
| | | | TRANSACTIONS | | |
| | | | SECURITIES | | |
| 12/01/07 | OPENING BALANCE | | | | |
| 12/31/07 | NET TRANSACTIONS | 0.00 | | | |
| | CLOSING BALANCE | | | | |

/e are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now acces
oplication sites, product information, news, and contact details using a single URL.

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN 37230

**Deutsche Bank** 

## CASH ACCOUNT SUMMARY
### DECEMBER 1, 2007   - DECEMBER 31, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 412,974.63 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 412,974.63 |

WO - 42804 4000042804
NEW CENTURY / BARCLAYS DISBU
NEW CENTURY / BARCLAYS DISBU
NC040C

Certain investments made for the
been executed through Deutsche Ban
or an affiliate. Any such transact:
account(s) shown and without recou
As to any such transactions, usu
included and retained by us as a pa
confirms are available upon cust
charge.

DBTCA provides a wide range of mutu
investment yield, fee structure,
well as other important terms and
fund.  Since investment needs a
contact your account representat
request a prospectus describing an
options.

DBTCA has entered into agreements
their agents to provide certain
funds. For providing these shareh
fee by the mutual funds that calcu
exceed 80  basis points of the amo
funds.

NEW CENTURY MORT
ATTN: CASH MANAG
SUITE 1000
18400 VON KARMAN
IRVINE CA 92612

For Questions Please Call (714)-247

This statement shall be deemed to b
unless DBTCA is notified in writing
to the contrary within thirty (30)
the date of this statement.

Page 1 of 2

# Deutsche Bank

:count:   WO - 42804 4000042804
  **Name:**  NEW CENTURY / BARCLAYS DISBURSEMENT
          NEW CENTURY / BARCLAYS DISBURSEMENT
          NC040C

STATEMENT PERI(

## TRANSACTION STATEMENT

| DATE | TRANSACTION DESCRIPTION | CASH | SECURITIES FACE | PRICE | |
|------|------------------------|------|------|-------|---|
| 12/01/07 | OPENING BALANCE | | | | |
| 12/31/07 | NET TRANSACTIONS | 0.00 | | | |
| | CLOSING BALANCE | | | | |

e are pleased to announce the launch of the new Trust & Securities Services web site at   www.tss.db.com. You can now acce:
plication sites, product information, news, and contact details using a single URL.

Page 2 of 2