DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN 37230

**Deutsche Bank** 

## CASH ACCOUNT SUMMARY
### DECEMBER 1, 2007   - DECEMBER 31, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 60,133.95 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| | |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 60,133.95 |

WO - 42805 4000042805
NEW CENTURY / BARCLAYS COLLE
NEW CENTURY / BARCLAYS COLLE
NC040C

Certain investments made for the
been executed through Deutsche Ban
or an affiliate. Any such transacti
account(s) shown and without recou
As to any such transactions, usu
included and retained by us as a pa
confirms are available upon cust
charge.

DBTCA provides a wide range of mutu
investment yield, fee structure,
well as other important terms and
fund.   Since  investment needs a
contact  your  account  representat
request a prospectus describing ar
options.

DBTCA has entered into agreement:
their  agents  to  provide  certain
funds. For providing these shareho
fee by the mutual funds that calcu
exceed 80  basis points of the amo
funds.

NEW CENTURY MORT
ATTN: CASH MANAG
SUITE 1000
18400 VON KARMAN
IRVINE CA  92612

For Questions Please Call (714)-247

This statement shall be deemed to b
unless DBTCA is notified in writing
to the contrary within thirty (30)
the date of this statement.

# Deutsche Bank

ccount:    WO - 42805 4000042805
Name:    NEW CENTURY / BARCLAYS COLLECTION
         NEW CENTURY / BARCLAYS COLLECTION
         NC040C

STATEMENT PERI

## TRANSACTION STATEMENT

| | | | TRANSACTIONS | | |
|---|---|---|---|---|---|
| | TRANSACTION | | | SECURITIES | |
| DATE | DESCRIPTION | CASH | FACE | PRICE | |
| 12/01/07 | OPENING BALANCE | | | | |
| 12/31/07 | NET TRANSACTIONS | 0.00 | | | |
| | CLOSING BALANCE | | | | |

'e are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now acce
»plication sites, product information, news, and contact details using a single URL.

**NEW CENTURY MORTGAGE CORPORATION**
**DISBURSEMENT ACCOUNT MORGAN STANLEY**
**DEUTSCHE BANK 4000037429**
**ACCOUNT RECONCILIATION - NCMC 1008-0000**
**As of December 31, 2007**

Balance per Bank    closed account - no statement                    -

Balance per G/L                                                      -

    variance                                                         -

**NEW CENTURY MORTGAGE CORP.**
**UBS BLOCKED ACCOUNT RECONCILIATION**
**GL ACCOUNT # 1085-0000**
**Deutsche Bank Account #35071**
**As of December 31, 2007**

| Description | Amount |
|---|---|
| Balance per bank | |
| account closed - no statement available | - |
| | |
| Balance per G/L | - |

**CDC PRINCIPAL BLOCKED ACCOUNT RECONCILIATION**
**GL ACCOUNT # 1086-0000**
**UNION BANK OF CALIFORNIA # 2110104114**
**As of December 31, 2007**

Balance per bank                                            12,052.80

Balance per G/L                                             12,052.80



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NEW CENTURY MORTGAGE
CORPORATION
**Statement Number: 2110104114**
12/01/07 - 12/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2005

**NEW CENTURY MORTGAGE CORPORATION**
**COLLECTION ACCT FBO IXIS R E CAPITAL INC**
**001 P & I**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■ *Pay Federal and state taxes, payroll, sales, corporate or property taxes with InstaTax® on the Web. And you'll receive immediate online confirmation of the payments you've sent. Visit unionbank.com/taxpayments to put InstaTax® to work for you.*

## Analyzed Business Checking Summary

Account Number: 2110104114

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 12/ 1** | $ | 12,052.80 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 12/31** | $ | 12,052.80 |

## C R E D I T S

## D E B I T S

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 12/3-12/31 | $ | 12,052.80 | | |

**NEW CENTURY MORTGAGE CORP.**
**BARCLAYS CAPITAL CASH ACCOUNT RECONCILIATION**
**GL ACCOUNT # 1098-0000**
**UNION BANK OF CALIFORNIA 2110106273**
**As of December 31, 2007**

Balance per bank

2110106273                    11,338.54


Balance per G/L

11,338.54

variance                              -



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES      CA   90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 2110106273**
12/01/07 - 12/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 1999

**NEW CENTURY MORTGAGE CORPORATION**
**ITF BARCLAYS BANK PLC COLLECTION ACCT**
**ATTN: RALPH FLICK**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■ *Pay Federal and state taxes, payroll, sales, corporate or property taxes with InstaTax® on the Web. And you'll receive immediate online confirmation of the payments you've sent. Visit unionbank.com/taxpayments to put InstaTax® to work for you.*

## Analyzed Business Checking Summary

Account Number: 2110106273

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 12/ 1** | $ | 11,338.54 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 12/31** | $ | 11,338.54 |

## CREDITS

## DEBITS

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 12/3-12/31 | $ | 11,338.54 | | |

**NEW CENTURY CAPITAL CORPORATION**
**UNION BANK 7930000692**
**MANUAL PAYROLL**
**ACCOUNT RECONCILIATION - NCCC 1066-0000**
**As of December 31, 2007**

| | Date | Check # | Amount | |
|---|---|---|---|---|
| Balance per bank | | Acct #7930000692 | | 21,878.16 |
| Outstanding Checks | | | | |
| | 03/31/07 | 3504 | (742.96) | |
| | 03/31/07 | 3511 | (2,534.49) | |
| | 03/31/07 | 3636 | (189.25) | |
| | | | | (3,466.70) |
| Adjusted bank balance | | | | 18,411.46 |
| | | | | |
| Balance per G/L | | | | 18,411.46 |
| | variance | | | - |



# STATEMENT
# OF ACCOUNTS

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NC CAPITAL CORPORATION
**Statement Number: 7930000692**
12/01/07 - 12/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2004

**NC CAPITAL CORPORATION**
**MANUAL PAYROLL ACCOUNT**
**CASE #07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■ Pay Federal and state taxes, payroll, sales, corporate or property taxes with InstaTax® on the Web. And you'll receive immediate online confirmation of the payments you've sent. Visit unionbank.com/taxpayments to put InstaTax® to work for you.

## Analyzed Business Checking Summary

Account Number: 7930000692

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 12/ 1** | $ | 21,878.16 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 12/31** | $ | 21,878.16 ✓ |

## C R E D I T S

## D E B I T S

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 12/3-12/31 | $ | 21,878.16 | | |

**NEW CENTURY CAPITAL CORPORATION**
**UNION BANK 2110103894**
**PAYROLL ACCOUNT RECONCILIATION - 1076**
**As of December 31, 2007**

| | | | | |
|---|---|---|---|---|
| Balance per bank | | Acct #2110103894 | | 78,323.11 |
| Outstanding checks | | | | |
| | 02/28/06 | 25370 | 3,741.10 | |
| | 08/11/06 | 1000117 | 929.44 | |
| | 08/26/06 | 1000177 | 1,004.54 | |
| | 05/17/07 | 1000445 | 4,540.57 | |
| | 05/24/07 | 1000457 | 188.96 | |
| | | | | (10,404.61) |
| | | | | |
| JRNL500012087 | 12/28/07 | Net Pay System | (18,814.02) | (18,814.02) |
| | | | | |
| Adjusted bank balance | | | | 49,104.48 |
| | | | | |
| | | | | |
| Balance per G/L | | | | 49,104.48 |
| | | | | |
| | | variance | | - |

 **STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA    90071

Page 1 of 1
NC CAPITAL CORPORATION
**Statement Number: 2110103894**
12/01/07 - 12/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2004


**NC CAPITAL CORPORATION**
**PAYROLL ACCOUNT**
**CASE #07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■ *Pay Federal and state taxes, payroll, sales, corporate or property taxes with InstaTax® on the Web. And you'll receive immediate online confirmation of the payments you've sent. Visit unionbank.com/taxpayments to put InstaTax® to work for you.*

## Analyzed Business Checking Summary

Account Number: 2110103894

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 12/ 1** | $ | 56,816.35 |
| **Total Credits** | | 23,966.41 |
| Electronic credits (2) | 23,966.41 | |
| **Total Debits** | | -2,459.65 |
| Electronic debits (1) | -2,459.65 | |
| **Balance on 12/31** | $ | 78,323.11 |

## CREDITS

### Electronic credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 12/12 | WIRE TRANS TRN 1212020786 121207 UBOC UB194881N | 93052537 | $ | 2,459.65 |
| 12/26 | WIRE TRANS TRN 1226015841 122607 UBOC UB219871N | 93052431 | | 21,506.76 |
| | **2  Electronic credits** | **Total** | **$** | **23,966.41** |

## DEBITS

### Electronic debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 12/11 | NC CAPITAL CORPO ACH ENTRY PPD -SETT- GENESYS | 51358924 | $ | 2,459.65 |

### Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|
| 12/3-12/10 | $ | 56,816.35 | 12/12-12/25 | $ | 56,816.35 |
| 12/11 | | 54,356.70 | 12/26-12/31 | | 78,323.11 |

**Home 123**
**Bank of America Disbursement/Settlement**
**G/L ACCT #1005-0000**
**As of December 31, 2007**

| Description | | Amount | Comments |
|---|---|---|---|
| Deustche Bank Account #4000051933 Disbursement | - | | Account opened 5/06 |
| Deustche Bank Account #4000052039 Operating | 200,190.13 | | Account opened 5/06 |
| ADJUSTED BANK BAL | | 200,190.13 | |
| BALANCE PER GL | | 200,190.13 | |
| Total Adjustments | | - | |
| Adjusted GL Balance | | 200,190.13 | |
| Variance | | - | |

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

**Deutsche Bank** 

## CASH ACCOUNT SUMMARY
### DECEMBER 1, 2007   - DECEMBER 31, 2007

WO - 52039 4000052039
NEW CENTURY(PRIME)/ B OF A (
NEW CENTURY(PRIME)/ B OF A (

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 200,190.13 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| | |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 200,190.13 |

Certain investments made for the
been executed through Deutsche Ban
or an affiliate. Any such transact
account(s) shown and without reco
As to any such transactions, usu
included and retained by us as a p
confirms are available upon cust
charge.

DBTCA provides a wide range of mut
investment yield, fee structure,
well as other important terms an
fund.   Since  investment needs
contact  your  account  representat
request a prospectus describing a
options.

DBTCA has entered into agreemen
their  agents  to  provide  certain
funds. For providing these shareh
fee by the mutual funds that calcu
exceed 80  basis points of the am
funds.

NEW CENTURY MORT
18400 VON KARMEN
NEW CENTURY/ BAN
ATTN: CASH MANAG
IRVINE CA  92612

For Questions Please Call (714)-247

This statement shall be deemed to b
unless DBTCA is notified in writing
to the contrary within thirty (30)
the date of this statement.

**Deutsche Bank** /

ccount:    WO - 52039 4000052039
Name:    NEW CENTURY(PRIME)/ B OF A OPERATING
           NEW CENTURY(PRIME)/ B OF A OPERATING

<u>STATEMENT PERI</u>

## TRANSACTION STATEMENT

| | | TRANSACTIONS | | | |
|---|---|---|---|---|---|
| | | | | SECURITIES | |
| DATE | TRANSACTION DESCRIPTION | CASH | FACE | PRICE | |
| 12/01/07 | OPENING BALANCE | | | | |
| 12/31/07 | NET TRANSACTIONS | 0.00 | | | |
| | CLOSING BALANCE | | | | |

'e are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now acce
)plication sites, product information, news, and contact details using a single URL.

Page 2 of 2

**HOME123**
**UNION BANK OPERATING ACCT 7930001893 - CLOSED**
**UNION BANK OPERATING ACCT 7930002156 - CLOSED**
**ACCOUNT RECONCILIATION 1007-0000**
**Operating Account**
**As of December 31, 2007**

| | | |
|---|---|---|
| **BALANCE PER BANK** | Union Bank  Acct #7930001893 - closed | - |
| **BALANCE PER BANK** | Union Bank  Acct #7930002156 - closed | - |
| | | - |



## STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 7930002156**
12/01/07 - 12/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2005

**NEW CENTURY MORTGAGE CORPORATION
SPEC DEP ACCT ITF DB STRUCTURED
PRODUCTS, INC
18400 VON KARMAN STE 1000
IRVINE CA 92612**

■ *Pay Federal and state taxes, payroll, sales, corporate or property taxes with InstaTax® on the Web. And you'll
receive immediate online confirmation of the payments you've sent. Visit unionbank.com/taxpayments to put
InstaTax® to work for you.*

---

## Analyzed Business Checking Summary

Account Number: 7930002156

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 12/ 1** | $ | 0.00 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 12/31** | $ | 0.00 √ |

## C R E D I T S

## D E B I T S

## Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 12/3- 12/31 | $          0.00 | | |

**HOME 123**
**Countrywide EPP Reserve Control Account**
**G/L ACCT # 1056**
**As of December 31, 2007**

| Date | Description | Amount | Comment |
|---|---|---|---|
| | Balance per Countrywide report | 0.00 | account inactivated- no statement |
| | Balance per General Ledger | 1,046,843.05 | |
| | Adjusting Items | | |
| 03/08/07 | Withdrawal | (1,046,843.06) | Cash withdrawn by CW to pay off repurchases |
| | variance | 0.01 | |
| | Adjusted Total GL: | (0.00) | |
| | Variance | 0.00 | |

Note:
This account is a reserve account required by Countrywide as part of the sales agreement. It represents a reserve cash balance to cover any early payoffs or other shortfalls.

On March 8 2007 Countrywide took possession of the funds in this account to settle outstanding EPP issues due to BK

**HOME123**
**UNION BANK 7930000102 (new manual payroll acct)**
**MANUAL PAYROLL**
**ACCOUNT RECONCILIATION  HOME 1066-0000**
**As of December 31, 2007**

| | | |
|---|---|---|
| Balance per bank | 66,203.78 | |
| Outstanding checks | | |
| See Attached Listing | (56,770.05) | Checks JRNL - Not cashed yet |
| | | |
| Adjusted bank balance | 9,433.73 | |
| | | |
| Balance per G/L | 9,433.73 | |
| | | |
| Adjusted G/L balance | 9,433.73 | |
| | | |
| variance | 0.00 | |

NOTE:
As of July:
Currently have an issue with PR system not providing an adequate manual check listing
to post correctly to the GL.  Check issue file currently is posted using the paid listing for
prior month.



STATEMENT
OF ACCOUNTS

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
HOME123 CORPORATION
**Statement Number: 7930000102**
12/01/07 - 12/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2004

**HOME123 CORPORATION**
**MANUAL PAYROLL ACCOUNT**
**CASE #07-10417**
**18400 VON KARMAN AVE STE 1000**
**IRVINE CA 92612**

■ *Pay Federal and state taxes, payroll, sales, corporate or property taxes with InstaTax® on the Web. And you'll receive immediate online confirmation of the payments you've sent. Visit unionbank.com/taxpayments to put InstaTax® to work for you.*

## Analyzed Business Checking Summary

Account Number: 7930000102

Days in statement period: Days in statement period: 31

| | | |
|---|---:|---:|
| **Balance on 12/ 1** | $ | 66,237.52 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | -33.74 |
| Account recon dr (1) | -33.74 | |
| **Balance on 12/31** | $ | 66,203.78 |

## CREDITS

## DEBITS

### Account reconciliation debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 12/7 | ACCOUNT RECONCILIATION LIST POST | 99977207 | $ | 33.74 |

### Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---:|---|---|---:|
| 12/3-12/6 | $ | 66,237.52 | 12/7-12/31 | $ | 66,203.78 |

**HOME 123**
**UNION BANK 2110103967**
**PAYROLL ACCOUNT**
**RECONCILIATION  HOME 1077-0000**
**As of December 31, 2007**

| | | |
|---|---|---|
| Balance per bank | 5,602.84 | |
| Outstanding Checks | | |
| See attached Listing | (276,236.21) | |
| Adjusted bank balance | (270,633.37) | |
| | | |
| Balance per G/L | (268,238.75) | |
| 12/31/07  JRNL200159313 | (173.00) | To record EE repayment from Shelley Scott for P/D 03/16/07 |
| 12/31/07  JRNL200159313 | (1,221.62) | To record return of DD for Nicholas, Trudy for P/D 05/04/07 |
| 12/31/07  JRNL200159313 | (500.00) | To record reversal of DD for Howard, Carmela for P/D 03/19/07 |
| 06/29/07  JRNL200157972 | (500.00) | Partial DD |
| Adjusted G/L balance | (270,633.37) | |
| variance | - | |



# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
HOME123 CORPORATION
**Statement Number: 2110103967**
12/01/07 - 12/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2004

**HOME123 CORPORATION**
**PAYROLL ACCOUNT**
**CASE #07-10417**
**18400 VON KARMAN AVE STE 1000**
**IRVINE CA 92612**

■ *Pay Federal and state taxes, payroll, sales, corporate or property taxes with InstaTax® on the Web. And you'll receive immediate online confirmation of the payments you've sent. Visit unionbank.com/taxpayments to put InstaTax® to work for you.*

## Analyzed Business Checking Summary

Account Number: 2110103967

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 12/ 1** | $ | 301,038.32 |
| **Total Credits** | | 530.76 |
| Electronic credits (1) | 530.76 | |
| **Total Debits** | | -295,966.24 |
| Account recon dr (1) | -530.76 | |
| Other debits (1) | -295,435.48 | |
| **Balance on 12/31** | $ | 5,602.84 ✓ |

## CREDITS

### Electronic credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 12/26 | WIRE TRANS TRN 1226015838 122607 UBOC UB219870N | 93052428 | $ | 530.76 |

## DEBITS

### Account reconciliation debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 12/31 | ACCOUNT RECONCILIATION LIST POST | 99977376 | $ | 530.76 |

### Other debits, fees and adjustments

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 12/19 | TELEPHONE TRANSFER | 99351817 | $ | 295,435.48 |

### Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|
| 12/3-12/18 | $ | 301,038.32 | 12/26-12/30 | $ | 6,133.60 |
| 12/19-12/25 | | 5,602.84 | 12/31 | | 5,602.84 |

**Home 123**
**Deutsche Bank Disbursement/Settlement**
**G/L ACCT #1089-0000**
**As of December 31, 2007**

| Date | Description | Amount |
|------|-------------|--------|
| 11/30/07 | Deutsche Bank Account #52108 4000052107 Dis | 45,227.16 |
| 11/30/07 | Deutsche Bank Account #52109 4000052108 Ops | 8,360.49 |
| 11/30/07 | Deutsche Bank Account #52109 4000052109 Stl | - |
| | ADJUSTED BANK BAL | 53,587.65 |
| 11/30/07 | BALANCE PER GL | 53,587.65 |
| | Total Adjustments | |
| | Adjusted GL Balance | 53,587.65 |
| | Variance | (0.00) |

Note:
This account is the cash account for the Deutsche Bank warehouse line.  Activity should equal zero each month.

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

**Deutsche Bank** 

## CASH ACCOUNT SUMMARY
### DECEMBER 1, 2007   - DECEMBER 31, 2007

WO - 52107 4000052107
NEW CENTURY(PRIME)/DBSP DIS
NEW CENTURY(PRIME)/DBSP DIS
NC066C

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 45,227.16 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| | |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 45,227.16 |

Certain investments made for the
been executed through Deutsche Ban
or an affiliate. Any such transact
account(s) shown and without reco
As to any such transactions, us
included and retained by us as a p
confirms are available upon cus
charge.

DBTCA provides a wide range of mut
investment yield, fee structure,
well as other important terms an
fund.   Since investment needs
contact your account representat
request a prospectus describing a
options.

DBTCA has entered into agreement
their agents to provide certain
funds. For providing these sharer
fee by the mutual funds that calcu
exceed 80  basis points of the am
funds.

NEW CENTURY 1840
SUITE 1000
18400 VON KARMAN
NEW CENTURY(PRI
IRVINE CA  9261

For Questions Please Call (714)-24

This statement shall be deemed to
unless DBTCA is notified in writin
to the contrary within thirty (30)
the date of this statement.

# Deutsche Bank [logo]

ccount:   WO - 52107 4000052107
Name:   NEW CENTURY(PRIME)/DBSP DISBURSEMENT
        NEW CENTURY(PRIME)/DBSP DISBURSEMENT
        NC066C

STATEMENT PERI

## TRANSACTION STATEMENT

| | | | TRANSACTIONS | | |
| | | | | SECURITIES | |
| DATE | TRANSACTION DESCRIPTION | CASH | FACE | PRICE | |
|---|---|---|---|---|---|
| 12/01/07 | OPENING BALANCE | | | | |
| 12/31/07 | NET TRANSACTIONS | 0.00 | | | |
| | CLOSING BALANCE | | | | |

e are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now acce
oplication sites, product information, news, and contact details using a single URL.

Page 2 of 2

DEUTSCHE BANK TRUST COMPANY AMERICAS
C/O DB SERVICES TENNESSEE,INC.
TRUST & SECURITIES OPERATIONS
P.O. BOX 305050
NASHVILLE, TN  37230

**Deutsche Bank** 

## CASH ACCOUNT SUMMARY
### DECEMBER 1, 2007    - DECEMBER 31, 2007

| TRANSACTION DESCRIPTION | CURRENT MONTH |
|---|---|
| **CASH OPENING BALANCE** | 8,360.49 |
| **RECEIPTS:** | |
| CASH DIVIDENDS | 0.00 |
| INTEREST | 0.00 |
| MATURITIES/REDEMPTIONS | 0.00 |
| PRINCIPAL PAYMENTS | 0.00 |
| SALES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS IN | 0.00 |
| CASH RECEIPTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL RECEIPTS:** | 0.00 |
| | |
| **DISBURSEMENTS:** | |
| DEBT SERVICE PAYMENTS | 0.00 |
| PURCHASES: | |
| PRINCIPAL/ACCRUED INCOME | 0.00 |
| CASH TRANSFERS OUT | 0.00 |
| CASH DISBURSEMENTS | 0.00 |
| ADJUSTMENTS | 0.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **CASH CLOSING BALANCE** | 8,360.49 |

WO - 52108 4000052108
NEW CENTURY(PRIME)/DBSP OPE
NEW CENTURY(PRIME)/DBSP OPE
NC066C

Certain investments made for the
been executed through Deutsche Ban
or an affiliate. Any such transact
account(s) shown and without reco
As to any such transactions, us
included and retained by us as a p
confirms are available upon cust
charge.

DBTCA provides a wide range of mut
investment yield, fee structure,
well as other important terms an
fund.   Since investment needs
contact your account representa
request a prospectus describing a
options.

DBTCA has entered into agreement
their agents to provide certain
funds. For providing these shareh
fee by the mutual funds that calcu
exceed 80  basis points of the am
funds.

NEW CENTURY 184
SUITE 1000
18400 VON KARMA
NEW CENTURY(PRI
IRVINE CA  9261

For Questions Please Call (714)-24

This statement shall be deemed to
unless DBTCA is notified in writin
to the contrary within thirty (30)
the date of this statement.

**Deutsche Bank** ◢◥

.ccount:   WO - 52108 4000052108
  Name:   NEW CENTURY(PRIME)/DBSP OPERATING          STATEMENT PERI
          NEW CENTURY(PRIME)/DBSP OPERATING
          NC066C

## TRANSACTION STATEMENT

| | | | TRANSACTIONS | | |
| | | | | SECURITIES | |
| DATE | TRANSACTION DESCRIPTION | CASH | FACE | PRICE | |
|---|---|---|---|---|---|
| 12/01/07 | OPENING BALANCE | | | | |
| 12/31/07 | NET TRANSACTIONS | 0.00 | | | |
| | CLOSING BALANCE | | | | |

Ie are pleased to announce the launch of the new Trust & Securities Services web site at  www.tss.db.com. You can now acce:
:pplication sites, product information, news, and contact details using a single URL.

Page 2 of 2

**HOME123 CORPORATION**
**ACCOUNT RECONCILIATION  1097-0000**
**CSFB SETTLEMENT/DISBURSEMENT**
**As of December 31, 2007**

Balance per bank

DEUTSCHE BANK     44286-400044286           -

Balance per G/L

HOME 1097-0000                                      -

variance                                           -

**NEW CENTURY FINANCIAL CORPORATION**
**EMPLOYEE STOCK PURCHASE PLAN**
**MERRILL LYNCH  637-07246 & 637-07247**
**ACCOUNT RECONCILIATION - NCFC 1045-0000**
**As of December 31, 2007**

| | | |
|---|---|---|
| Balance per Bank | Acct# 637-07246 | - |
| Balance per Bank | Acct# 637-07247 | - |
| Total Merrill Lynch balance | | - |
| | | |
| Balance per G/L | | - |
| | | |
| variance | | - |

**NEW CENTURY REIT, INC**
**UNION BANK ACCOUNT 7930004299**
**ACCOUNT RECONCILIATION - NCREIT 1043**
**INVESTMENT ACCOUNT**
**As of December 31, 2007**

| | |
|---|---|
| Balance per Bank | 21,570,375.68 |
| Balance per G/L | 21,570,375.68 |
| variance | - |