

## STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

Page 1 of 1
NEW CENTURY REIT, INC
**Statement Number: 7930004299**
12/01/07 - 12/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2004

**NEW CENTURY REIT, INC**
**INVESTMENT ACCOUNT**
**CHAPTER 11 DEBTOR-IN-POSSESSION**
**CASE #07-10417**
**18400 VON KARMAN, STE 1000**
**IRVINE CA 92612**

■ *Pay Federal and state taxes, payroll, sales, corporate or property taxes with InstaTax® on the Web. And you'll receive immediate online confirmation of the payments you've sent. Visit unionbank.com/taxpayments to put InstaTax® to work for you.*

## Business MoneyMarket Account Summary

Account Number: 7930004299

Days in statement period: Days in statement period: 31

| | | | | | |
|---|---|---|---|---|---|
| Balance on 12/ 1 | $ | 21,502,627.69 | | | |
| Total Credits | | 67,747.99 | **Interest** | | |
| Other credits (1) | 67,747.99 | | Paid this period | $ | 67,747.99 |
| Total Debits | | 0.00 | Paid year-to-date | $ | 274,236.74 |
| Balance on 12/31 | $ | 21,570,375.68 ✓ | **Interest Rates** | | |
| | | | 12/3/07-12/13/07 | | 4.00% |
| | | | 12/14/07-12/31/07 | | 3.50% |

## C R E D I T S

### Other credits and adjustments

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 12/31 | INTEREST PAYMENT | | $ | 67,747.99 |

## D E B I T S

### Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|
| 12/3-12/30 | $ | 21,502,627.69 | 12/31 | $ | 21,570,375.68 |

**NEW CENTURY REIT**
**UNION BANK  2110106125**
**ACCOUNT RECONCILIATION - NC Reit 1087**
**OPERATING ACCOUNT**
**As of December 31, 2007**

BALANCE PER BANK                                          -

ADJ BANK BALANCE                                         -

BALANCE PER G/L                                          -

ADJ G/L BALANCE                                          -

              Variance                                   -

 **STATEMENT**
**OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES          CA   90071

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2004

**NEW CENTURY REIT, INC**
**OPERATING ACCOUNT**
**CASE #07-10417**
**18400 VON KARMAN, STE 1000**
**IRVINE CA 92612**

■ *Pay Federal and state taxes, payroll, sales, corporate or property taxes with InstaTax® on the Web. And you'll receive immediate online confirmation of the payments you've sent. Visit unionbank.com/taxpayments to put InstaTax® to work for you.*

## Analyzed Business Checking Summary

Account Number: 2110106125

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 12/ 1** | $ | 0.00 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 12/31** | $ | 0.00 ✓ |

## CREDITS

## DEBITS

## Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 12/3-12/31 | $           0.00 | | |

**NEW CENTURY WAREHOUSE CORPORATION**
**CASH**
**WASHINGTON MUTUAL**
**ACCOUNT RECONCILIATION  NCWC 1000-1413 & 1000-1415**
**As of December 31, 2007**

Balance per ba statements unavaliable
    Washington Mutual Oper. Acct. Acce    1883379901    -
    Washington Mutual Oper. Acct. LLC    3921914615    -
    Total bank balance    -

Balance per G/L
    Acctg 1000-1413    -
    Acctg 1000-1415    -
    Total G/L balance    -

    Adjusting items
    Adjusted G/L balance    -

        variance    -

**NEW CENTURY WAREHOUSE CORPORATION**
**PETTY CASH - RETAIL**
**GUARANTEE BANK OPERATING ACCOUNT  3804622789**
**ACCOUNT RECONCILIATION  NCWC 1002-1413**
**As of December 31, 2007**

Balance per bank    statement unavaliable                                -

Balance per G/L                                                          -

          variance                                                       -

**NEW CENTURY WAREHOUSE CORPORATION**
**GS COLLECTION ACCOUNT**
**LA SALLE 723431.1**
**ACCOUNT RECONCILIATION  NCWC 1099-1413**
**As of December 31, 2007**

| | | |
|---|---|---|
| Balance per bank | statement unavaliable | - |
| Balance per G/L | | - |
| | variance | - |

**New Century Warehouse Corporation**
**Union Bank of California Account Access # 7930002377**
**1019-1413**
**As of December 31, 2007**

| | |
|---|---|
| Bank Balance | 3,295,938.83 |
| General Ledger Balance | 3,295,938.83 |
| variance        variance | - |



**STATEMENT OF ACCOUNTS**

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES        CA   90071

Page 1 of 1
NEW CENTURY WAREHOUSE
CORPORATION
**Statement Number: 7930002377**
12/01/07 - 12/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY WAREHOUSE CORPORATION**
**OPERATING ACCOUNT**
**CASE # 07-10416**
**18400 VON KARMAN SUITE 1000**
**IRVINE CA 92612**

■ *Pay Federal and state taxes, payroll, sales, corporate or property taxes with InstaTax® on the Web. And you'll receive immediate online confirmation of the payments you've sent. Visit unionbank.com/taxpayments to put InstaTax® to work for you.*

---

## Analyzed Business Checking Summary

Account Number: 7930002377

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 12/ 1** | $ | **3,295,938.83** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 12/31** | $ | **3,295,938.83** |

## C R E D I T S

## D E B I T S

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 12/3-12/31 | $ | 3,295,938.83 | | |

**NCMC 1063-0000**
**Reserve Account - Debtor in Possession Case #07-10417**
**UNION BANK 7930004280**
**As of December 31, 2007**

| | |
|---|---|
| Balance per Bank | 11,561,700.47 |
| Adjusted Bank Balance | 11,561,700.47 |
| Balance per G/L | 11,561,700.47 |
| Adjusted G/L Balance | 11,561,700.47 |
| Variance | - |



# STATEMENT OF ACCOUNTS

UNION BANK OF CALIFORNIA
MORTGAGE COMPANIES DEPOSITS 793
PO BOX 513100
LOS ANGELES        CA   90071

Page 1 of 1
NEW  CENTURY  MORTGAGE
CORPORATION
**Statement Number: 7930004280**
12/01/07 - 12/31/07

**Customer Inquiries**
800-849-6466

Thank you for banking with us
since 2003

**NEW CENTURY MORTGAGE CORPORATION**
**SERVICING SALE RESERVE ACCOUNT**
**DEBTOR IN POSSESSION**
**CASE #07-10417**
**18400 VON KARMAN STE 1000**
**IRVINE CA 92612**

■ *Pay Federal and state taxes, payroll, sales, corporate or property taxes with InstaTax® on the Web. And you'll receive immediate online confirmation of the payments you've sent. Visit unionbank.com/taxpayments to put Ins'aTax® to work for you.*

## Business MoneyMarket Account Summary

Account Number: 7930004280

Days in statement period: Days in statement period: 31

| | | | | |
|---|---|---|---|---|
| Balance on 12/ 1 | $ | 18,305,368.50 | | |
| Total Credits | | 56,331.97 | Interest | |
| Other credits (1) | 56,331.97 | | Paid this period | $  56,331.97 |
| Total Debits | | -6,800,000.00 | Paid year-to-date | $  393,200.79 |
| Electronic debits (2) | -6,800,000.00 | | Interest Rates | |
| Balance on 12/31 | $ | 11,561,700.47 ✓ | 12/3/07-12/13/07 | 4.00% |
| | | | 12/14/07-12/31/07 | 3.50% |

# CREDITS

## Other credits and adjustments

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 12/31 | INTEREST PAYMENT | | $    56,331.97 |

# DEBITS

## Electronic debits

| Date | Description | Reference | Amount |
|---|---|---|---|
| 12/27 | WIRE TRANS TRN 1227020381 122707 UBOC UB222299N | 93053152 | $  1,800,000.00 |
| 12/31 | WIRE TRANS TRN 1231025336 123107 23 | 93056757 | 5,000,000.00 |
| | **2 Electronic debits** | **Total** | $  6,800,000.00 |

## Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 12/3-12/26 | $    18,305,368.50 | 12/31 | $    11,561,700.47 |
| 12/27-12/30 | 16,505,368.50 | | |

New Century Mortgage Corporation
New Century Mortgage Ventures, LLC
NC Capital Corporation
NC Residual III Corporation
New Century R.E.O. Corp.
New Century R.E.O. II Corp.
New Century R.E.O. III Corp.
NC Deltex, LLC
NCoral, L.P.
NC Asset Holding, L.P.
Home123 Corporation
New Century TRS Holdings, Inc.
NC Residual IV Corporation
New Century Credit Corporation
New Century Financial Corporation
New Century Warehouse Corporation

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Debtor | April Fees | April Expenses* | May Fees* | May Expenses* | June Fees* | June Expenses* | July Fees* | July Expenses* | August Fees* | August Expenses* | September Fees* | September Expenses* | October Fees* | October Expenses* | Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alix Partners LLP | NC Financial | | | | | | | 15,000 | | 1,380,822 | 135,105 | | | 3,229,615 | 292,193 | |
| BDO Seidman LLP | NC Financial | | | | | | | | | | | | | 524,010 | 11,304 | 367,0 |
| Blank Rome LLP | NC Financial | | | | | | | | | | | 184,821 | 14,265 | 449,501 | 25,869 | |
| Compensation Design Group, Inc. | NC Financial | | | | | 64,000 | | | | | | | | | | |
| FTI Consulting, Inc. | NC Financial | | | | | | | 285,232 | 29,070 | | | 345,178 | 11,329 | | | 171,9 |
| Hahn & Hessen LLP | NC Financial | | | | | | | | | | | 509,340 | 16,741 | | | 688, |
| Haynes & Boone. LLP | NC Financial | | | | | | | | | | | | | | | 66, |
| Heller Ehrman LLP | NC Financial | | | | | | | | | | | | | 739,532 | 23,663 | |
| Hennigan, Bennett & Dorman LLP | NC Financial | | | | | | | | | | | | | 266,204 | 11,078 | |
| Howrey LLP | NC Financial | | | | | | | | | | | 98,186 | 1,548 | | | |
| Intralinks, Inc. | NC Financial | | | | 21,389 | | 611 | | | 92,000 | | 4,000 | | | | |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | NC Financial | | | | | | | | | | | 198,673 | 355 | 2,692,907 | 123,762 | 1,277, |
| Lazard Freres & Co. LLC | NC Financial | | | | | | | | | | | 160,000 | 3,877 | | | 3,860, |
| Manatt, Phelps & Phillips, LLP | NC Financial | | | | | | | | | | | 99,251 | 1,727 | 117,204 | 3,256 | 61, |
| Michael Missal | NC Financial | | | | | | | | | | | | | 137,704 | 831 | |
| O'Melveny & Myers LLP | NC Financial | | | | | | | 40,000 | | 1,723,742 | 92,350 | | | | | 1,758, |
| Pacer Service Center | NC Financial | | | | | | | | | | 3,743 | | | | | |
| Richards, Layton and Finger, P.A. | NC Financial | | | | | 275,896 | 32,492 | | 25,000 | 258,973 | 44,434 | 273,068 | 20,331 | 133,501 | 9,366 | |
| Roetzel & Andress, P.A. | NC Financial | | | | | | | | | | | 111,512 | 208 | | | 42,0 |
| Saul Ewing LLP | NC Financial | | | | | | | | | | | | | 15,948 | 5,545 | 7, |
| Sheppard, Mullin, Richter & Hampton LLP | NC Financial | | | | | | | | | | | 22,328 | | 4,276 | 46 | |
| Skadden Arps Slate Meagher & Flom LLP | NC Financial | | | | | | | | | | | | | | | 194, |
| U.S. Trustee ** | NC Financial | | | | | | | | | | | 750 | | | | 53, |
| Xroads Solutions Group, LLC | NC Financial | | | 388,253 | 407,274 | 592,361 | 424,968 | 568,285 | 191,141 | 271,562 | 279,686 | 416,969 | 341,870 | 283,081 | 129,507 | 321,0 |
| Total | | 0 | 0 | 388,253 | 428,663 | 932,257 | 458,070 | 908,518 | 337,211 | 3,635,099 | 559,318 | 2,420,077 | 412,251 | 8,593,482 | 636,221 | 8,869, |

** U.S Trustee fees paid in November in the amount of $53,500 has been added to this report.

STATEMENT OF OPERATIONS - CURRENT MONTH
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Case No: | 07-10419 | 07-10429 | 07-10420 | 07-10424 | 07-10426 | 07-10427 | 07-10428 | 07-10430 | 07-10431 | 07-10423 | 07-10421 | 07-10416 | 07-10425 | 07-1042 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Debtor: | New Century Mortgage Corporation | New Century Mortgage Ventures, LLC | NC Capital Corporation | NC Residual III Corporation | New Century R.E.O. Corp. | New Century R.E.O. II Corp. | New Century R.E.O. III Corp. | NC Deltex, LLC | NCoral, L.P. | NC Asset Holding, L.P. | Home123 Corporation | New Century TRS Holdings, Inc. | NC Residual IV Corporation | New Cent Credit Corporati |
| **REVENUES** | | | | | | | | | | | | | | | |
| Gross Revenues | | (373,720,573) | 0 | (494,112,129) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (18,461,402) | 0 | (492,372) | |
| Less: Returns and Allowances | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Net Revenue | | (373,720,573) | 0 | (494,112,129) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (18,461,402) | 0 | (492,372) | |
| **COST OF GOODS SOLD** | | | | | | | | | | | | | | | |
| Beginning Inventory | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Add: Purchases | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Add: Cost of Labor | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Add: Other Costs (attach schedule) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Less: Ending Inventory | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cost of Goods Sold | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Gross Profit | | (373,720,573) | 0 | (494,112,129) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (18,461,402) | 0 | (492,372) | |
| **OPERATING EXPENSES** | | | | | | | | | | | | | | | |
| Advertising | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Auto and Truck Expense | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Bad Debts | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Contributions | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Employee Benefits Programs | | 173,148 | 0 | 2,597 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,976 | 0 | 0 | |
| Insider Compensation* | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Insurance | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Management Fees/Bonuses | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Office Expense | | 136,434 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Pension & Profit-Sharing Plans | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Repairs and Maintenance | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Rent and Lease Expense | | 3,325,519 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 330,906 | 0 | 0 | |
| Salaries/Commissions/Fees | | 3,445,757 | 0 | 100,504 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 191,262 | 0 | 0 | |
| Supplies | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Taxes - Payroll | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Taxes - Real Estate | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Taxes - Other | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Travel and Entertainment | | 1,234 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Utilities | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other (attach schedule) | | 130,408,264 | 124,644 | 6,714 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (2,685,267) | 20,419,306 | 0 | 8,1 |
| Total Operating Expenses Before Depreciation ** | | 137,490,346 | 124,644 | 109,815 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (2,251,123) | 20,419,306 | 0 | 8,1 |
| Depreciation/Depletion/Amortization | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Net Profit (Loss) Before Other Income & Expenses | | (511,210,919) | (124,644) | (494,221,944) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (16,210,279) | (20,419,306) | (492,372) | (8,1 |
| **OTHER INCOME AND EXPENSES** | | | | | | | | | | | | | | | |
| Other Income (Income from Subsidiaries) | | (494,361,592) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (1,063,053,380) | 0 | |
| Interest Expense | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other Expense (attach schedule) | | (36,989,899) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (5,135,885) | 0 | 0 | |
| Net Profit (Loss) Before Reorganization Items | | (531,351,491) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (5,135,885) | (1,063,053,380) | 0 | |
| **REORGANIZATION ITEMS** | | | | | | | | | | | | | | | |
| Professional Fees ** | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| U. S. Trustee Quarterly Fees | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | (107,890) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Gain (Loss) from Sale of Equipment | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other Reorganization Expenses (attach schedule) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Total Reorganization Expenses | | (107,890) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Income Taxes | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Net Profit (Loss) | | (1,042,454,520) | (124,644) | (494,221,944) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (21,346,164) | (1,083,472,686) | (492,372) | (8,1 |
| *"Insider" is defined in 11 U.S.C. Section 101(31). | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| **Total Operating Expenses Before Depreciation and Professional Fees Professional Fees Paid per MOR1b | | 137,490,346 | 124,644 | 109,815 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (2,251,123) | 20,419,306 | 0 | 8,1 |
| **Total** | | 137,490,346 | 124,644 | 109,815 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (2,251,123) | 20,419,306 | 0 | 8,1 |

During December 2007, the debtors removed from their balance sheet its loans held for sale and related liabilities. These entries resulted in a $344 million loss and was recorded as a reduction to gross revenue. In addition, the debtors reflected various sales of fixed assets that resulted in a $42 million loss, recorded in the other expense line item on the stat

STATEMENT OF OPERATIONS - CURRENT MONTH - continuation sheet

| | Case No: | 07-10419 | 07-10429 | 07-10420 | 07-10424 | 07-10426 | 07-10427 | 07-10428 | 07-10430 | 07-10431 | 07-10423 | 07-10421 | 07-10416 | 07-10425 | 07- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BREAKDOWN OF "OTHER" CATEGORY | Debtor: | New Century Mortgage Corporation | New Century Mortgage Ventures, LLC | NC Capital Corporation | NC Residual III Corporation | New Century R.E.O. Corp. | New Century R.E.O. II Corp. | New Century R.E.O. III Corp. | NC Deltex, LLC | NCoral, L.P. | NC Asset Holding, L.P. | Home123 Corporation | New Century TRS Holdings, Inc. | NC Residual IV Corporation | New C Cor |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other Costs | | | | | | | | | | | | | | | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| TOTAL OTHER COSTS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other Operational Expenses | | | | | | | | | | | | | | | |
| Conference & Seminars | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Dues & Subscriptions | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Legal Services | | (5,162) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Accounting Services | | 10,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Consulting & Contract Services | | 1,028,063 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Intercompany Allocation | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Training | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other Misc Expenses * | | 129,375,363 | 124,644 | 6,714 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (2,685,267) | 20,419,306 | 0 | |
| Minority Interest | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Intercompany Interest Expense | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Guarantee Fee | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Provision for Loan Losses | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| TOTAL OTHER OPERATING EXPENSES | | 130,408,264 | 124,644 | 6,714 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (2,685,267) | 20,419,306 | 0 | |
| Other Income | | | | | | | | | | | | | | | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| TOTAL OTHER INCOME | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other Expenses | | | | | | | | | | | | | | | |
| Sale of Access Lending | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Loss on Sale of Fixed Assets | | (36,989,899) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (5,135,885) | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| TOTAL OTHER EXPENSES | | (36,989,899) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (5,135,885) | 0 | 0 | |
| Other Reorganization Expenses | | | | | | | | | | | | | | | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| TOTAL OTHER REORGANIZATION EXPENSES | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.
* Reflects year end adjustments for various asset and liability accounts.

STATEMENT OF OPERATIONS - CUMULATIVE FILING TO DATE
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Case No: | 07-10419 | 07-10429 | 07-10420 | 07-10424 | 07-10426 | 07-10427 | 07-10426 | 07-10430 | 07-10431 | 07-10423 | 07-10421 | 07-10416 | 07-10425 | 07-1042 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Debtor: | New Century Mortgage Corporation | New Century Mortgage Ventures, LLC | NC Capital Corporation | NC Residual III Corporation | New Century R.E.O. Corp. | New Century R.E.O. II Corp. | New Century R.E.O. III Corp. | NC Deltex, LLC | NCoral, L.P. | NC Asset Holding, L.P. | Home123 Corporation | New Century TRS Holdings, Inc. | NC Residual IV Corporation | New Cent Credit Corporati |
| **REVENUES** | | | | | | | | | | | | | | | |
| Gross Revenues | | (700,326,217) | 0 | (566,473,404) | (45,068,379) | 0 | 0 | 0 | 0 | 0 | 0 | (18,272,476) | (0) | (173,451,719) | |
| Less: Returns and Allowances | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Net Revenue | | (700,326,217) | 0 | (566,473,404) | (45,068,379) | 0 | 0 | 0 | 0 | 0 | 0 | (18,272,476) | (0) | (173,451,719) | |
| **COST OF GOODS SOLD** | | | | | | | | | | | | | | | |
| Beginning Inventory | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Add: Purchases | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Add: Cost of Labor | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Add: Other Costs (attach schedule) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Less: Ending Inventory | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | |
| Cost of Goods Sold | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Gross Profit | | (700,326,217) | 0 | (566,473,404) | (45,068,379) | 0 | 0 | 0 | 0 | 0 | 0 | (18,272,476) | (0) | (173,451,719) | |
| **OPERATING EXPENSES** | | | | | | | | | | | | | | | |
| Advertising | | 666,446 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 58,273 | 0 | 0 | |
| Auto and Truck Expense | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Bad Debts | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Contributions | | 481 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Employee Benefits Programs | | 5,658,478 | 0 | 109,940 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 945,226 | 0 | 0 | |
| Insider Compensation* | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Insurance | | 5,061,591 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (136) | 0 | 0 | |
| Management Fees/Bonuses | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Office Expense | | 9,730,892 | 0 | 13,066 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,293,253 | 0 | 0 | |
| Pension & Profit-Sharing Plans | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Repairs and Maintenance | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Rent and Lease Expense | | 9,367,786 | 0 | 51,313 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,282,005 | 0 | 0 | |
| Salaries/Commissions/Fees | | 44,828,583 | 0 | 1,427,305 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,226,486 | 1,035,582 | 0 | |
| Supplies | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Taxes - Payroll | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Taxes - Real Estate | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Taxes - Other | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Travel and Entertainment | | 1,456,599 | 0 | 13,166 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27,880 | 0 | 0 | |
| Utilities | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other (attach schedule) | | 151,224,905 | 126,144 | 796,485 | 0 | 0 | 0 | 0 | 0 | 25 | 0 | (2,427,179) | 21,329,343 | 0 | 8, |
| Total Operating Expenses Before Depreciation | | 227,995,331 | 126,144 | 2,402,275 | 0 | 0 | 0 | 0 | 0 | 25 | 0 | 7,325,810 | 22,364,925 | 0 | 8, |
| Depreciation/Depletion/Amortization | | 15,831,459 | 0 | 11,808 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,472,731 | 0 | 0 | |
| Net Profit (Loss) Before Other Income & Expenses | | (944,132,907) | (126,144) | (568,887,577) | (45,068,379) | 0 | 0 | 0 | 0 | (25) | 0 | (27,071,017) | (22,364,925) | (173,451,719) | (9, |
| **OTHER INCOME AND EXPENSES** | | | | | | | | | | | | | | | |
| Other Income (Income from Subsidiaries) | | (612,108,357) | (1,388) | (44,798,919) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (14,933) | (1,602,718,833) | 0 | |
| Interest Expense | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other Expense (attach schedule) | | (36,989,899) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (5,135,885) | 0 | 0 | |
| Net Profit (Loss) Before Reorganization Items | | (649,098,256) | (1,388) | (44,798,919) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (5,150,818) | (1,602,718,833) | 0 | |
| **REORGANIZATION ITEMS** | | | | | | | | | | | | | | | |
| Professional Fees | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| U. S. Trustee Quarterly Fees | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | (1,291,989) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (2,644) | 0 | |
| Gain (Loss) from Sale of Equipment | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other Reorganization Expenses (attach schedule) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Total Reorganization Expenses | | (1,291,989) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (2,644) | 0 | |
| Income Taxes | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Net Profit (Loss) | | (1,591,939,134) | (127,532) | (613,686,496) | (45,068,379) | 0 | 0 | 0 | 0 | (25) | 0 | (32,221,835) | (1,625,081,115) | (173,451,719) | (9, |

**"Insider"** is defined in 11 U.S.C. Section 101(31).

During December 2007, the debtors removed from their balance sheet its loans held for sale and related liabilities. These entries resulted in a $344 million loss and was recorded as a reduction to gross revenue. In addition, the debtors reflected various sales of fixed assets that resulted in a $42 million loss, recorded in the other expense line item on the statement of

STATEMENT OF OPERATIONS - CUMULATIVE FILING TO DATE - continuation sheet

| | Case No: | 07-10419 | 07-10429 | 07-10420 | 07-10424 | 07-10426 | 07-10427 | 07-10428 | 07-10430 | 07-10431 | 07-10423 | 07-10421 | 07-10416 | 07-10425 | 07-1( |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Debtor: | New Century Mortgage Corporation | New Century Mortgage Ventures, LLC | NC Capital Corporation | NC Residual III Corporation | New Century R.E.O. Corp. | New Century R.E.O. II Corp. | New Century R.E.O. III Corp. | NC Deltex, LLC | NCoral, L.P. | NC Asset Holding, L.P. | Home123 Corporation | New Century TRS Holdings, Inc. | NC Residual IV Corporation | New C Cre Corpo |
| **BREAKDOWN OF "OTHER" CATEGORY** | | | | | | | | | | | | | | | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Other Costs** | | | | | | | | | | | | | | | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| *TOTAL OTHER COSTS* | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Other Operational Expenses** | | | | | | | | | | | | | | | |
| Conference & Seminars | | 4,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 0 | |
| Dues & Subscriptions | | 147,052 | 0 | 224,724 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,266 | 0 | 0 | |
| Legal Services | | 3,773,727 | 0 | 92,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35,956 | 0 | 0 | |
| Accounting Services | | 874,423 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Consulting & Contract Services | | 11,054,750 | 1,500 | 473,897 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 159,863 | 910,027 | 0 | |
| Intercompany Allocation | | 5,990 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Training | | 1,953 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other Misc Expenses * | | 135,362,310 | 124,644 | 5,864 | 0 | 0 | 0 | 0 | 0 | 0 | 25 | (2,626,275) | 20,419,316 | 0 | |
| Minority Interest | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Intercompany Interest Expense | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Guarantee Fee | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Provision for Loan Losses | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| *TOTAL OTHER OPERATING EXPENSES* | | 151,224,905 | 126,144 | 796,485 | 0 | 0 | 0 | 0 | 0 | 0 | 25 | 0 | (2,427,179) | 21,329,343 | 0 | |
| **Other Income** | | | | | | | | | | | | | | | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| *TOTAL OTHER INCOME* | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Other Expenses** | | | | | | | | | | | | | | | |
| Sale of Access Lending | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Loss on Sale of Fixed Assets | | (36,989,899) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (5,135,885) | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| *TOTAL OTHER EXPENSES* | | (36,989,899) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (5,135,885) | 0 | 0 | |
| **Other Reorganization Expenses** | | | | | | | | | | | | | | | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| *TOTAL OTHER REORGANIZATION EXPENSES* | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization ite
* Reflects year end adjustments for various asset and liability account

BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

**BOOK VALUE AT END OF CURRENT REPORTING MONTH**

| ASSETS | Case No: 07-10419 New Century Mortgage Corporation | 07-10429 New Century Mortgage Ventures, LLC | 07-10420 NC Capital Corporation | 07-10424 NC Residual III Corporation | 07-10426 New Century R.E.O. Corp. | 07-10427 New Century R.E.O. II Corp. | 07-10428 New Century R.E.O. III Corp. | 07-10430 NC Deltex, LLC | 07-10431 NCoral, L.P. | 07-10423 NC Asset Holding, L.P. | 07-10421 Home123 Corporation | 07-10416 New Century TRS Holdings, Inc. | 07-10425 NC Residual IV Corporation | 07-10422 New Century Credit Corporation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | | | | | | | |
| Unrestricted Cash and Equivalents | 53,553,752 | 0 | 67,516 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,041,816 | 0 | 0 | 0 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 11,561,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts Receivable (Net) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Notes Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventories | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 750,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Retainers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets (attach schedule) | 107,550,683 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (7,922,272) | 19,999 | 1 | (21,730) |
| **TOTAL CURRENT ASSETS** | 173,416,135 | 0 | 67,516 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (6,880,456) | 19,999 | 1 | (21,730) |
| **PROPERTY AND EQUIPMENT** | | | | | | | | | | | | | | |
| Real Property and Improvements | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Furniture, Fixtures and Office Equipment | 27,746,803 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lease Improvements | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less Accumulated Depreciation | (18,590,358) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL PROPERTY & EQUIPMENT** | 9,156,445 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **OTHER ASSETS** | | | | | | | | | | | | | | |
| Loans to Insiders* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets (attach schedule)** | (1,101,685,931) | 538,421 | 465,328,773 | 172,088,959 | 0 | 0 | 0 | 0 | 0 | 999,975 | (6,136,618) | (1,543,592,981) | 1,002,992,149 | 85,553,551 |
| **TOTAL OTHER ASSETS** | (1,101,685,931) | 538,421 | 465,328,773 | 172,088,959 | 0 | 0 | 0 | 0 | 0 | 999,975 | (6,136,618) | (1,543,592,981) | 1,002,992,149 | 85,553,551 |
| **TOTAL ASSETS** | (919,113,351) | 538,421 | 465,396,289 | 172,088,959 | 0 | 0 | 0 | 0 | 0 | 999,975 | (13,017,074) | (1,543,572,982) | 1,002,992,150 | 85,531,821 |

**BOOK VALUE AT END OF CURRENT REPORTING MONTH**

| LIABILITIES AND OWNER EQUITY | New Century Mortgage Corporation | New Century Mortgage Ventures, LLC | NC Capital Corporation | NC Residual III Corporation | New Century R.E.O. Corp. | New Century R.E.O. II Corp. | New Century R.E.O. III Corp. | NC Deltex, LLC | NCoral, L.P. | NC Asset Holding, L.P. | Home123 Corporation | New Century TRS Holdings, Inc. | NC Residual IV Corporation | New Century Credit Corporation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | | | | | | | | | | | | |
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable (refer to FORM MOR-4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Notes Payable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent / Leases - Building/Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt / Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Postpetition Liabilities (attach schedule) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL POSTPETITION LIABILITIES** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | | | | | | | | | | | | |
| Secured Debt | 219,400 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28,027 | 5,000 | 220,241,154 | 0 |
| Priority Debt | 8,854,010 | 0 | 24,136 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,987,829 | 271,919 | 0 | 84,729 |
| Unsecured Debt | 305,008,133 | 41,560 | 498,237,225 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,370,948 | 23,262,340 | 0 | 40,740 |
| **TOTAL PRE-PETITION LIABILITIES** | 314,081,543 | 41,560 | 498,261,361 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18,386,804 | 23,539,259 | 220,241,154 | 125,469 |
| **TOTAL LIABILITIES** | 314,081,543 | 41,560 | 498,261,361 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18,386,804 | 23,539,259 | 220,241,154 | 125,469 |
| **OWNER EQUITY** | | | | | | | | | | | | | | |
| Capital Stock | 0 | 500,000 | 10 | 33,600 | 0 | 0 | 0 | 0 | 0 | 0 | 4,000 | 0 | 0 | 1,100,000 |
| Additional Paid-In Capital | 44,730,246 | 250,000 | 78,487,923 | 288,178,142 | 0 | 0 | 0 | 0 | 1,000,000 | 0 | 79,996,000 | (60,887,310) | 450,151,672 | 0 |
| Partners' Capital Account | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Owner's Equity Account | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Retained Earnings - Pre-Petition ** | 314,014,034 | (125,607) | 502,333,491 | (71,054,404) | 0 | 0 | 0 | 0 | 0 | 0 | (79,182,042) | 118,856,184 | 506,051,043 | 84,316,179 |
| Retained Earnings - Postpetition | (1,591,939,174) | (127,532) | (613,686,496) | (45,068,379) | 0 | 0 | 0 | 0 | 0 | (25) | 0 | (32,221,835) | (1,625,081,115) | (173,451,719) | (9,827) |
| Adjustments to Owner Equity (attach schedule) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **NET OWNER EQUITY** | (1,233,194,894) | 496,861 | (32,865,072) | 172,088,959 | 0 | 0 | 0 | 0 | 0 | 999,975 | (31,403,877) | (1,567,112,241) | 782,750,996 | 85,406,352 |
| **TOTAL LIABILITIES AND OWNER'S EQUITY** | (919,113,351) | 538,421 | 465,396,289 | 172,088,959 | 0 | 0 | 0 | 0 | 0 | 999,975 | (13,017,073) | (1,543,572,982) | 782,750,996 | 85,531,821 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**Includes 1.3 billion relating to prior period intercompany transfer pricing adjustments between New Century Mortgage and NC Capital.

During December 2007, the debtors removed from their balance sheet its loans held for sale and related liabilities. These entries resulted in a $344 million loss and was recorded as a reduction to gross revenue. In addition, the debtors reflected various sales of fixed assets that resulted in a $42 million loss, recorded in the other expen...

**BOOK VALUE AT END OF CURRENT REPORTING MONTH**

| | 07-10419 | 07-10429 | 07-10420 | 07-10424 | 07-10426 | 07-10427 | 07-10428 | 07-10430 | 07-10431 | 07-10423 | 07-10421 | 07-10416 | 07-10425 | 07-10422 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case No: / Debtor: | New Century Mortgage Corporation | New Century Mortgage Ventures, LLC | NC Capital Corporation | NC Residual III Corporation | New Century R.E.O. Corp. | New Century R.E.O. II Corp. | New Century R.E.O. III Corp. | NC Deltex, LLC | NCoral, L.P. | NC Asset Holding, L.P. | Home123 Corporation | New Century TRS Holdings, Inc. | NC Residual IV Corporation | New Century Credit Corpor... |
| **Other Current Assets** | | | | | | | | | | | | | | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Escrow - Corp. Advances and other Servicing Receivables | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Misc. Tax Receivable | 1,618,647 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| REO Reserve | (12,420,544) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 72,904 | 0 | 0 | |
| Suspense Clearing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (268,709) | 0 | 0 | |
| Escrow Deposit, re: Adequate Protection | 39,331,615 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Miscellaneous Other Current Assets | 79,020,965 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (7,726,467) | 19,999 | 1 | (21,' |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| *TOTAL OTHER CURRENT ASSETS* | 107,550,683 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (7,922,272) | 19,999 | 1 | (21,' |
| **Other Assets** | | | | | | | | | | | | | | |
| Loans Held for Sale | 1,733,876 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Loans Held for Investment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 262,040,393 | |
| Residual Interests | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Mortgage Servicing Rights | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Intangible Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Investment in Subs | (34,333,589) | 27,840 | 173,088,928 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 163,482 | (1,328,496,030) | 0 | |
| Due to/from affiliates | (392,782,451) | 0 | 0 | (30,942,889) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 52,058,758 | |
| Receivable from Subs (1) | (676,440,112) | 510,581 | 292,239,845 | 203,031,848 | 0 | 0 | 0 | 0 | 999,975 | 0 | (6,300,100) | (264,638,915) | 688,892,998 | 85,553,' |
| Investment in Nextace | 136,345 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Investment in Carrington | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 49,541,964 | 0 | |
| Security Deposits | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Wells Fargo Bank Deferred Compensation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| *TOTAL OTHER ASSETS* | (1,101,685,931) | 538,421 | 465,328,773 | 172,088,959 | 0 | 0 | 0 | 0 | 999,975 | 0 | (6,136,618) | (1,543,592,981) | 1,002,992,149 | 85,553,' |

**BOOK VALUE AT END OF CURRENT REPORTING MONTH**

| | New Century Mortgage Corporation | New Century Mortgage Ventures, LLC | NC Capital Corporation | NC Residual III Corporation | New Century R.E.O. Corp. | New Century R.E.O. II Corp. | New Century R.E.O. III Corp. | NC Deltex, LLC | NCoral, L.P. | NC Asset Holding, L.P. | Home123 Corporation | New Century TRS Holdings, Inc. | NC Residual IV Corporation | New Cent Credit Corpor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Other Postpetition Liabilities** | | | | | | | | | | | | | | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| *TOTAL POSTPETITION LIABILITIES* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Adjustments to Owner Equity** | | | | | | | | | | | | | | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| *TOTAL ADJUSTMENTS TO OWNER EQUITY* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Postpetition Contributions (Distributions) (Draws)** | | | | | | | | | | | | | | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| *TOTAL POSTPETITION CONTRIBUTIONS* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account

(1) Includes 1.3 billion relating to prior period intercompany transfer pricing adjustments between New Century Mortgage and NC Capital

| | | Case No: | 07-10419 |
|---|---|---|---|
| New Century Mortgage Corporation | | | 07-10419 |
| New Century Mortgage Ventures, LLC | | | 07-10429 |
| NC Capital Corporation | | | 07-10420 |
| NC Residual III Corporation | | | 07-10424 |
| New Century R.E.O. Corp. | | | 07-10426 |
| New Century R.E.O. II Corp. | | | 07-10427 |
| New Century R.E.O. III Corp. | | | 07-10428 |
| NC Deltex, LLC | | | 07-10430 |
| NCoral, L.P. | | | 07-10431 |
| NC Asset Holding, L.P. | | | 07-10423 |
| Home123 Corporation | | | 07-10421 |
| New Century TRS Holdings, Inc. | | | 07-10416 |
| NC Residual IV Corporation | | | 07-10425 |
| New Century Credit Corporation | | | 07-10422 |
| New Century Financial Corporation | | | 07-10417 |
| New Century Warehouse Corporation | | | 07-11043 |

Reporting Period: December 31, 2007

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | 1,100,974 | (1,100,974) | Dec 02, 12, 14, 26, 28, 31, 2007 | EFT 3rd party-Genesis Tax | |
| FICA-Employee | | 34,019 | (34,019) | Dec 02, 12, 14, 26, 28, 31, 2007 | EFT 3rd party-Genesis Tax | |
| FICA-Employer | | 34,019 | (34,019) | Dec 02, 12, 14, 26, 28, 31, 2007 | EFT 3rd party-Genesis Tax | |
| Unemployment | | 69 | (69) | Dec 02, 12, 14, 26, 28, 31, 2007 | EFT 3rd party-Genesis Tax | |
| Income | | | | | | |
| Other: Adjustments | | | | | | |
| Total Federal Taxes | 0 | 1,169,080 | (1,169,080) | | | |
| **State and Local** | | | | | | |
| Withholding | | 78,430 | (78,430) | Dec 02, 12, 14, 26, 28, 31, 2007 | EFT 3rd party-Genesis Tax | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | 479 | (479) | Dec 02, 12, 14, 26, 28, 31, 2007 | EFT 3rd party-Genesis Tax | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: Medicare | | 59,268 | (59,268) | Dec 02, 12, 14, 26, 28, 31, 2007 | EFT 3rd party-Genesis Tax | |
| Total State and Local | 0 | 138,178 | (138,178) | | | |
| **Total Taxes** | 0 | 1,307,258 | (1,307,258) | | | |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

*None this reporting period*

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**
*"Insider" is defined in 11 U.S.C. Section 101(31).

| | Case No: | |
|---|---|---|
| New Century Mortgage Corporation | | 07-10419 |
| New Century Mortgage Ventures, LLC | | 07-10429 |
| NC Capital Corporation | | 07-10420 |
| NC Residual III Corporation | | 07-10424 |
| New Century R.E.O. Corp. | | 07-10426 |
| New Century R.E.O. II Corp. | | 07-10427 |
| New Century R.E.O. III Corp. | | 07-10428 |
| NC Deltex, LLC | | 07-10430 |
| NCoral, L.P. | | 07-10431 |
| NC Asset Holding, L.P. | | 07-10423 |
| Home123 Corporation | | 07-10421 |
| New Century TRS Holdings, Inc. | | 07-10416 |
| NC Residual IV Corporation | | 07-10425 |
| New Century Credit Corporation | | 07-10422 |
| New Century Financial Corporation | | 07-10417 |
| New Century Warehouse Corporation | | 07-11043 |
| | Reporting Period: | December 31, 2007 |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

N/A

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | X | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

During December 2007, the debtors removed from their balance sheet its loans held for sale and related liabilities.  These entries resulted in a $344 million loss and was recorded as a reduction to gross revenue.  In addition, the debtors reflected various sales of fixed assets that resulted in a $42 million loss, recorded in the other expense line item on the statement of operations.