**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
In re:                                            :
                                                  : Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,                   :
a Delaware Corporation, *et al.*,                 : Case No. 07-10416 (KJC)
                                                  :
                    Debtors.                      : Jointly Administered
                                                  :
                                                  : Related to Docket Nos. 3058 and 3059
                                                  :
------------------------------------------------------------x

**CERTIFICATION OF NO OBJECTION REGARDING SECOND MONTHLY APPLICATION OF MICHAEL J. MISSAL, THE COURT-APPROVED EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007**
<u>**NO ORDER REQUIRED**</u>

The undersigned, counsel to Michael J. Missal, the Court-Appointed Examiner (the "Examiner") for New Century TRS Holdings, Inc., *et al.*, hereby certifies that:

1. On September 25, 2007, the **Second Monthly Application of Michael J. Missal, the Court-Approved Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from August 1, 2007 Through August 31, 2007** (the "Application") [Docket No. 3058] and the **Notice of Second Monthly Application of Michael J. Missal, the Court-Approved Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from August 1, 2007 Through August 31, 2007** (the "Notice") [Docket No. 3059] were filed with the Court.

2. In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007,

objections, if any, to the Application were due on or before 4:00 p.m. on October 15, 2007 (the "Objection Deadline").

3. The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

4. Accordingly, the Application may be granted.

Dated: October 17, 2007                               SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

Counsel to Michael J. Missal, Examiner