# S I G N - I N - S H E E T

**CASE NAME:**  New Century TRS Holdings, Inc.

**CASE NO.:  07-10416-KJC**

**COURTROOM LOCATION: 5**

**DATE:** February 6, 2008

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ira M. Levee | Lowenstein Sandler PC | NY State Teachers' Retirement System |
| Dino L Finson | Anga R Sampson | Chase Home Financi |
| Melanie Thompson | Matthewman Weinroth & Miller | Credits 3 Assoc, Peek, Yorell |
| Russell Silverblatt | Richards Layton & Finger | Debtors |
| Michael Merchant | Richards Layton & Finger | Debtors |
| Suzzanne Uhland | O'Melveny & Myers | Debtors |
| Christopher Samis | Richards Layton & Finger | Debtors |
| Bonnie Glantz Fatell | Blank Rome | |
| Mark Indelicato | Hahn & Hessen | |
| Joanne Gisborne | " | Creditors Committee |
| Gabriel MacConaill | Potter Anderson & Corroon | Bank of America |
| Joseph J. McMahon, Jr. | U.S. Dept of Justice | U.S. Trustee |
| Michael Shore | Shore Chan | |
| Michael Ralston | Ralston & Assoc. | Positus Software Solutions |
| Daniel K. Astin | Fox Rothschild | |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: **02/06/2008**
Calendar Time: **01:30 PM**

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2043522 | James C. Harman | 714-834-5257 | Office of The County Counsel - | Interested Party, Orange County Treasurer-Tax Collector / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2031017 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP | Creditor, Bank of America, NA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2070994 | Stanley Votruba | 973-538-0300 | Stanley Votruba | Creditor, Stanley Votruba / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2069877 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Credit Suisse / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10419 (08-6000) | Hearing | 2071077 | Jill Manuel-Coughlin | 856-429-5507 | Mattleman, Weinroth & Miller, P.C. | Defendant(s), Codilis & Associates, Rhonda Peaks Esq. Wayne Yoxell / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10418 (08-5000) | Hearing | 2059336 | Gary F Edwards | 205-532-0765 | Gary F. Edwards ( In Proper) | Creditor, Gary F Edwards / LIVE |