IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 20, 2008 AT 1:30 P.M.

## I.    CONTINUED/RESOLVED MATTERS:

1.    Emergency Motion of the Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of Assets Used in Their Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 70; filed 4/4/07]

Objection Deadline:    April 11, 2007 at 4:00 p.m.; Deadline to object to sale or assumption and assignment was May 14, 2007 at 4:00 p.m.; Extension deadline of May 15, 2007 granted to Union Bank of California; Deadline to object to adequate assurance of future performance under the assumed contracts was May 17, 2007

---

[1]    The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2]    Amended/Added agenda items are noted in **bold.**

Remaining Objections:

A.    Objection to Assumption and Assignment (Cure Amount) filed by Data-Link Systems, L.L.C. and Fiserv Solutions, Inc. [D.I. 633; filed 5/11/07]

Related Documents:

i.    Order Granting Motion of the Debtors and Debtors in Possession for an Order Shortening Notice Period and Approving the Form and Manner of Notice [D.I. 90; filed 4/5/07]

ii.   Notice of Hearing Regarding Emergency Motion of Debtors and Debtors in Possession for (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Proposed Sale of their Assets Used in Loan Servicing Business, (B) Scheduling Hearing to Consider Proposed Sale of Certain Assets and Approving Form and Manner of Notice Thereof and (C) Granting Related Relief and (II) an Order (A) Approving the Proposed Sale and (B) Granting Related Relief [D.I. 120; filed 4/5/07]

iii.  Notice of Filing of Amended and Restated Asset Purchase Agreement between (among others) New Century Financial Corporation and Carrington Capital Management, LLC [D.I. 335; filed 4/19/07]

iv.   Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures, Including Break-Up Fee and Expense Reimbursement Payable to Carrington Mortgage Services, LLC for Sale of Debtors' Servicing Business; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving Notice Thereof; and (III) Approving Procedures to Fix Cure Amounts Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Approving Notice Thereof [D.I. 340; filed 4/20/07]

v.    Stipulation and Order (1) Approving Agreement for the Disposition of Certain Mortgage Loans and Residual Interests, and (2) Confirming, Inter Alia, (A) That Auctions of Mortgage Loans and Residuals Conducted in Accordance with Auction Procedures Therein are Covered by Bankruptcy Code "Safe Harbor" Provisions and Are Commercially Reasonable, and (B) Absence of Need to Seek Relief from Automatic Stay [D.I. 439; filed 4/27/07]

vi.   Notice of Filing Regarding Affidavit of Publication of the Sale Notice in The Wall Street Journal (National Edition) [D.I. 570; filed 5/7/07]

vii.  Notice of Hearing Date [D.I. 640; filed 5/11/07]

viii. Notice of Withdrawal of Supplement to Objection of Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc. to Notice of Intent to

Assume and Assign and Fixing of Cure Amounts Concerning Adequate Assurance of Future Performance [D.I. 766; filed 5/18/07]

ix.     Notice of Successful Bidder, Sale Hearing and Continuance of Hearing With Respect to Timely Filed Cure Objections Other Than as to Servicing Agreements [D.I. 768; filed 5/18/07]

x.      Notice of Withdrawal of Precautionary Objection [Re: D.I. 699] by Irwin Mortgage Corporation and Irwin Financial Corporation [D.I. 1021; filed 6/1/07]

xi.     Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure Approving (i) the Sale of Debtors' Servicing Business to Carrington Capital Management, LLC and Carrington Mortgage Services, LLC Pursuant to the Second Amended and Restated Asset Purchase Agreement, Dated as of May 21, 2007, Free and Clear of Liens, Claims, Encumbrances, and Interests, and (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to Carrington as Part of Such Sale [D.I. 844; filed 5/23/07]

Status: The Court entered an order on May 23, 2007 approving the sale to Carrington Management Services, LLC ("Carrington"). The hearing on all cure related objections filed with respect to the sale was continued to subsequent hearing dates. All outstanding cure objections have been resolved, with the exception of the objection filed by Data-Link Systems, L.L.C. and Fiserv Solutions, Inc. (the "Data-Link Objection"). The hearing on this matter as it relates to the Data-Link Objection is continued to the omnibus hearing scheduled for March 5, 2008 at 1:30 p.m.

2.     Application of Debtors and Debtors In Possession for an Order Authorizing the Retention and Employment of Susman Godfrey LLP as Special Litigation Counsel to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e), 328, 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 [D.I. 2073; filed 7/27/07]

Objection Deadline: August 16, 2007 at 4:00 p.m.; extended for the United States Trustee to a date to be determined.

Objections/Responses Received: None to date

Related Documents:

i.      Supplemental Declaration of Barry Barnett in Support of Application of Debtors and Debtors In Possession for an Order Authorizing the Retention and Employment of Susman Godfrey LLP as Special Ligitation Counsel to Debtors Nunc Pro Tunc to the Petition Date Pursuant to Sections 327(e), 328, 329, and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016, and 5002 [D.I. 3019; filed 9/21/07]

RLF1-3254840-1

Status: The hearing on this matter is continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m.

3.    Debtors' Fourth Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims [D.I. 3925; filed 11/20/07]

Objection deadline: December 13, 2007

Objections/Responses Received:

A.    The Debtors received an informal response from Residential Mortgage Solution LLC.

Related Documents:

i.    Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late Filed Claims Set Forth in Debtors' Fourth Omnibus Objection to Claims [D.I. 4242; filed 12/28/07]

ii.    Order (Second) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late Filed Claims Set Forth in Debtors' Fourth Omnibus Objection to Claims [D.I. 4371; filed 1/10/08]

Status: The hearing on this matter is being continued to the omnibus hearing scheduled for March 5, 2008 at 1:30 p.m. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit A.

4.    Debtors' Motion to File Under Seal Arbitration Award in Connection with Debtors' (A) Response to the "Second Motion of Positive Software Solutions, Inc. for Relief From the Stay Regarding Copyright Infringement Litigation," (B) Cross-Motion to Disallow or Estimate Positive Software's Proofs of Claim, and (C) Objection to Proofs of Claim [D.I. 4758; filed 1/30/08]

Objection deadline: February 13 2008

Objections/Responses Received: None.

Related Documents: None.

Status: The hearing on this matter is continued to the hearing on the estimation of Positive Software's proofs of claim in April 2008.

## II.    UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION:

5.    Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2349 S. Rock Creek, Los Banos, CA 93635[D.I. 4565; filed 1/24/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

6.    Motion of LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2006-HE8 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4566; filed 1/24/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

7.    Motion of Deutsche Bank Trust Company Americas Formerly Known as Banker's Trust Company and Custodian for Morgan Stanley ABS I Capital Inc, MSAC 2007-HE2 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4568; filed 1/24/08

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

8.      Motion of Wells Fargo Bank, National Association, as Trustee for HSBC Bank USA, ACE 2006-ASAP1 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4571; filed 1/24/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

9.      Motion of Avelo Mortgage, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4575; filed 1/24/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

10.     Motion of HSBC Bank USA, N.A., as Trustee for the Holders of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-AR3 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4576; filed 1/24/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
        filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect
        to this matter. Accordingly, a hearing on this matter is only necessary to
        the extent the Court has any questions or concerns.

11.     Motion of FV-1, Inc. for Relief from Stay Under Section 362 of the Bankruptcy
        Code [D.I. 4577; filed 1/24/08]

        Objection Deadline: February 13, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
                filed 2/14/08]

        Status: On February 14, 2008, a certificate of no objection was filed with respect
                to this matter. Accordingly, a hearing on this matter is only necessary to
                the extent the Court has any questions or concerns.

12.     Motion of Deutsche Bank Trust Company Americas Formerly Known as Banker's
        Trust Company, as Trustee and Custodian for Morgan Stanley, MSAC 2007-NC3
        for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4578; filed
        1/24/08]

        Objection Deadline: February 13, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
                filed 2/14/08]

        Status: On February 14, 2008, a certificate of no objection was filed with respect
                to this matter. Accordingly, a hearing on this matter is only necessary to
                the extent the Court has any questions or concerns.

13.     Motion of Deutsche Bank Trust Company Americas Formerly Known as Banker's
        Trust Company, as Trustee and Custodian for Morgan Stanley ABS Capital I Inc.,
        Trust 2006-HE8 for Relief from Stay Under Section 362 of the Bankruptcy Code
        [D.I. 4579; filed 1/24/08]

        Objection Deadline:  February 13, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
                filed 2/14/08]

        Status:  On February 14, 2008, a certificate of no objection was filed with respect
                to this matter.  Accordingly, a hearing on this matter is only necessary to
                the extent the Court has any questions or concerns.

14.     Motion of Deutsche Bank Trust Company Americas Formerly Known as Banker's
        Trust Company, as Trustee and Custodian for MSIX 2006-1 for Relief from Stay
        Under Section 362 of the Bankruptcy Code [D.I. 4580; filed 1/24/08]

        Objection Deadline:  February 13, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
                filed 2/14/08]

        Status:  On February 14, 2008, a certificate of no objection was filed with respect
                to this matter.  Accordingly, a hearing on this matter is only necessary to
                the extent the Court has any questions or concerns.

15.     Motion of Deutsche Bank Trust Company Americas Formerly Known as Banker's
        Trust Company, as Trustee and Custodian for IXIS 2007-HE1 for Relief from
        Stay Under Section 362 of the Bankruptcy Code [D.I. 4581; filed 1/24/08]

        Objection Deadline:  February 13, 2008

        Objections/Responses Received:  None to date

        Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
        filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect
        to this matter. Accordingly, a hearing on this matter is only necessary to
        the extent the Court has any questions or concerns.

16.     Motion of Deutsche Bank National Trust Company as Trustee for Morgan Stanley
        ABS Capital I Inc. Trust 2006-HE7 Mortgage Pass-Through Certificates, Series
        2006-HE7 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I.
        4582; filed 1/2/408]

        Objection Deadline: February 13, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
                filed 2/14/08]

        Status: On February 14, 2008, a certificate of no objection was filed with respect
                to this matter. Accordingly, a hearing on this matter is only necessary to
                the extent the Court has any questions or concerns.

17.     Motion of Deutsche Bank National Trust Company as Trustee for Morgan Stanley
        ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series
        2006-HE8 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I.
        4584; filed 1/24/08]

        Objection Deadline: February 13, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
                filed 2/14/08]

        Status: On February 14, 2008, a certificate of no objection was filed with respect
                to this matter. Accordingly, a hearing on this matter is only necessary to
                the extent the Court has any questions or concerns.

18.     Motion of The Bank of New York as Trustee for the Certificates Holders CWALT
        Inc. Alternative Loan Trust 2005-51, Mortgage Pass-Through Certificates, Series

2005-51 and/or MERS As Appropriate for Relief from Stay Under Section 362 o f the Bankruptcy Code [D.I. 4585; filed 1/24/08]

Objection Deadline:  February 13, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

19.     Motion of Countrywide Home Loans, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4586; filed 1/24/08]

Objection Deadline:  February 13, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

20.     Motion of Deutsche Bank Trust Company Americas Formerly Known as Banker's Trust Company, as Trustee and Custodian for IXIS 2006-HE3 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4587; filed 1/24/08]

Objection Deadline:  February 13, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

21.	Motion of Regions Mortgage, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4588; filed 1/24/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.	Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

22.	Motion of Wells Fargo Bank, N.A. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4589; filed 1/24/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.	Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

23.	Motion of Deutsche Bank Trust Company Americas Formerly Known as Banker's Trust Company, as Trustee and Custodian for Morgan Stanley, MSAC 2007-NC2 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4590; filed 1/24/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

24.     Motion of Avelo Mortgage, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4613; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

25.     Motion of Avelo Mortgage, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4614; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

26.     Motion of Consumer Solutions, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4615; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
        filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect
        to this matter.  Accordingly, a hearing on this matter is only necessary to
        the extent the Court has any questions or concerns.

27.     Motion of Consumer Solutions, LLC for Relief from Stay Under Section 362 of
        the Bankruptcy Code [D.I. 4616; filed 1/25/08]

        Objection Deadline:  February 13, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
                filed 2/14/08]

        Status: On February 14, 2008, a certificate of no objection was filed with respect
                to this matter.  Accordingly, a hearing on this matter is only necessary to
                the extent the Court has any questions or concerns.

28.     Motion of Consumer Solutions, LLC for Relief from Stay Under Section 362 of
        the Bankruptcy Code [D.I. 4617; filed 1/25/08]

        Objection Deadline:  February 13, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
                filed 2/14/08]

        Status: On February 14, 2008, a certificate of no objection was filed with respect
                to this matter.  Accordingly, a hearing on this matter is only necessary to
                the extent the Court has any questions or concerns.

29.     Motion of Consumer Solutions, LLC for Relief from Stay Under Section 362 of
        the Bankruptcy Code [D.I. 4618; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
        filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect
        to this matter. Accordingly, a hearing on this matter is only necessary to
        the extent the Court has any questions or concerns.

30.    Motion of Consumer Solutions, LLC for Relief from Stay Under Section 362 of
       the Bankruptcy Code [D.I. 4619; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
        filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect
        to this matter. Accordingly, a hearing on this matter is only necessary to
        the extent the Court has any questions or concerns.

31.    Motion of Consumer Solutions, LLC for Relief from Stay Under Section 362 of
       the Bankruptcy Code [D.I. 4620; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
        filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect
        to this matter. Accordingly, a hearing on this matter is only necessary to
        the extent the Court has any questions or concerns.

32.     Motion of Consumer Solutions, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4621; filed 1/25/08]

   Objection Deadline: February 13, 2008

   Objections/Responses Received: None to date

   Related Documents:

   i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

   Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

33.     Motion of Countrywide Bank, F.S.B. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4622; filed 1/25/08]

   Objection Deadline: February 13, 2008

   Objections/Responses Received: None to date

   Related Documents:

   i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

   Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

34.     Motion of Deutsche Bank National Trust Company, as Trustee for GSAA 2004-09 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4623; filed 1/25/08]

   Objection Deadline: February 13, 2008

   Objections/Responses Received: None to date

   Related Documents:

   i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

35.     Motion of Deutsche Bank National Trust Company as Trustee for the Holders of GSAA Home Equity Trust 2004-9, Asset-Backed Certificates Series 2004-9 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4624; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

36.     Motion of Deutsche Bank National Trust Company as Trustee for the Holders of GSAA Home Equity Trust 2005-2, Asst-Backed Certificates, Series 2005-2 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4625; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

37.     Motion of Deutsche Bank National Trust Company as Trustee for the Holders of GSAA Home Equity Trust 2005-2, Asset-Backed Certificates, Series 2005-2 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4626; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

38.     Motion of Deutsche Bank National Trust Company on Behalf of the Certificates Holders Morgan Stanley ABS Capital I Inc. Trust 2005-NC2 Mortgage Pass Through Certificates, Series 2005-NC2 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4627; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

39.     Motion of Deutsche Bank National Trust Company, as Trustee for MSAC 2007-HE3 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4628; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

40.    Motion of Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE7 Mortgage Pass-Through Certificates, Series 2006-HE7 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4629; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

41.    Motion of Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE7 Mortgage Pass-Through Certificates, Series 2006-HE7 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4630; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

42.    Motion of Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE7 Mortgage Pass-Through Certificates, Series 2006-HE7 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4631; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

       i.       Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

      Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

43.      Motion of Countrywide Home Loans Servicing LP for the Benefit of HSBC Bank USA, N.A. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4632; filed 1/25/08]

      Objection Deadline:  February 13, 2008

      Objections/Responses Received:  None to date

      Related Documents:

       i.       Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

      Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

44.      Motion of Countrywide Home Loans Servicing LP for the Benefit of HSBC Bank USA, N.A. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4633; filed 1/25/08]

      Objection Deadline:  February 13, 2008

      Objections/Responses Received:  None to date

      Related Documents:

       i.       Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

      Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

45.      Motion of Countrywide Home Loans Servicing LP for the Benefit of HSBC Bank USA, N.A. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4634; filed 1/25/08]

      Objection Deadline:  February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

46.     Motion of Countrywide Home Loans Servicing LP for the Benefit of HSBC Bank USA, N.A. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4635; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

47.     Motion of HSBC Bank USA, National Association for the Benefit of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates and/or MERS as Appropriate for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4636; filed 1/2/508]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

48.     Motion of HSBC USA, N.A. for the Benefit of ACE Securities Corp. Home
        Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates for
        Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4637; filed
        1/25/08]

        Objection Deadline: February 13, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
                filed 2/14/08]

        Status: On February 14, 2008, a certificate of no objection was filed with respect
                to this matter. Accordingly, a hearing on this matter is only necessary to
                the extent the Court has any questions or concerns.

49.     Motion of HSBC Bank USA, N.A. for the Benefit of ACE Securities Corp. Home
        Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates for
        Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4638; filed
        1/25/08]

        Objection Deadline: February 13, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
                filed 2/14/08]

        Status: On February 14, 2008, a certificate of no objection was filed with respect
                to this matter. Accordingly, a hearing on this matter is only necessary to
                the extent the Court has any questions or concerns.

50.     Motion of HSBC Bank USA, N.A. for the Benefit of ACE Securities Corp. Home
        Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates for
        Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4639; filed
        1/25/08]

        Objection Deadline: February 13, 2008

        Objections/Responses Received: None to date

        Related Documents:

RLF1-3254840-1

i.   Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

51.   Motion of FV-1, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4640; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.   Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

52.   Motion of FV-1, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4641; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.   Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

53.   Motion of FV-1, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4642; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

54.     Motion of FV-I, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4643; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

55.     Motion of U.S. Bank National Association as Trustee for Harborview 2006-04 Trust Fund, and or MERS, as Appropriate for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4644; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

56.     Motion of U.S. Bank National Association, as Trustee for MASTR Adjustable Rate Mortgage Trust 2007-3 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4645; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

57.     Motion of Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006-HE8 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4646; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

58.     Motion of The Bank of New York for the Benefit of the Certificate Holders, CWALT, Inc., Alternative Loan Trust 2007-J2, Mortgage Pass-Through Certificates, Series 2007-J2, and/or MERS as Appropriate for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4647; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

24

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

59.    Motion of Wells Fargo Bank, N.A. as Trustee for the Holders of SASCO 2007-MLN1 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4648; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

60.    Motion of The Bank of New York as Trustee for the Certificates Holders CWALT Inc. Alternative Loan Trust 2006-24CB, Mortgage Pass-Through Certificates, Series 2006-24CB and/or MERS as Appropriate for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4649; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

61.    Motion of Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4650; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

62.   Motion of HSBC Bank USA, National Association for the Benefit of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates and/or MERS as Appropriate for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4651; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

63.   Motion of HSBC Bank USA, N.A. for the Benefit of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4652; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

64.     Motion of FV-1, Inc. for Relief from Stay Under Section 362 of the Bankruptcy
        Code [D.I. 4654; filed 1/25/08]

        Objection Deadline:  February 13, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
                filed 2/14/08]

        Status:  On February 14, 2008, a certificate of no objection was filed with respect
                to this matter.  Accordingly, a hearing on this matter is only necessary to
                the extent the Court has any questions or concerns.

65.     Motion of Deutsche Bank Trust Company Americas Formerly Known as Banker's
        Trust Company, as Trustee and Custodian for Morgan Stanley ABS Capital I Inc.,
        MSAC 2007-NC1 for Relief from Stay Under Section 362 of the Bankruptcy
        Code [D.I. 4655; filed 1/25/08]

        Objection Deadline:  February 13, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
                filed 2/14/08]

        Status:  On February 14, 2008, a certificate of no objection was filed with respect
                to this matter.  Accordingly, a hearing on this matter is only necessary to
                the extent the Court has any questions or concerns.

66.     Motion of Avelo Mortgage, LLC for Relief from Stay Under Section 362 of the
        Bankruptcy Code [D.I. 4657; filed 1/25/08]

        Objection Deadline:  February 13, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890;
                filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

67.    Motion of Avelo Mortgage, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4659; filed 1/25/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

68.    Motion of Residential Capital, LLC's Motion for Relief from Stay with Regard to 80 Properties [D.I. 4715; filed 1/28/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Notice of Hearing [D.I. 4716; filed 1/28/08]

ii.    Certificate of No Objection [D.I. 4887; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

69.    Fourth Motion of the Debtors and Debtors in Possession for an Order Pursuant to Section 1121(d) of the Bankruptcy Code for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 4720; filed 1/28/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certificate of No Objection [D.I. 4893; filed 2/15/08]

Status: On February 15, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

70.    Motion of Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4741; filed 1/30/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

71.    Motion of Saxon Mortgage Services, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4742; filed 1/30/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

72.    Motion of Fannie Mae c/o Saxon Mortgage Services, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4743; filed 1/30/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

    Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

73.    Motion of Deutsche Bank National Trust Company Americas Formerly Known as Banker's Trust Company, as Trustee and Custodian for Morgan Stanley ABS Capital I Inc., MSAC 2007-NC4 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4744; filed 1/30/08]

    Objection Deadline: February 13, 2008

    Objections/Responses Received: None to date

    Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

    Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

74.    Motion of LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2007-HE1 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4745; filed 1/30/08]

    Objection Deadline: February 13, 2008

    Objections/Responses Received: None to date

    Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

    Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

75.    Motion for Relief from Stay by Homeq Servicing to Allow Use of Limited Powers of Attorney [D.I. 4746; filed 1/30/08]

    Objection Deadline: February 13, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Notice of Hearing [D.I. 4753; filed 1/30/08]

ii.     Certificate of No Objection [D.I. 4888; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

76.     Motion of U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HE7 for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4747; filed 1/30/08]

Objection Deadline:  February 13, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

77.     Motion of Avelo Mortgage, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4748; filed 1/30/08]

Objection Deadline:  February 13, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

78.     Motion of Avelo Mortgage, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4749; filed 1/30/08]

RLF1-3254840-1

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

79.     Motion of Avelo Mortgage, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4750; filed 1/30/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

80.     Motion of Avelo Mortgage, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4752; filed 1/30/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

81. Motion of Avelo Mortgage, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4754; filed 1/30/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i. Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

82. Motion of Avelo Mortgage, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 4755; filed 1/30/08]

Objection Deadline: February 13, 2008

Objections/Responses Received: None to date

Related Documents:

i. Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4890; filed 2/14/08]

Status: On February 14, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

## III. **CONTESTED MATTERS GOING FORWARD:**

83. Debtors' Fifth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims [D.I. 3926; filed 11/20/07]

Objection deadline: December 13, 2007

Objections/Responses Received:

A. Response to Debtors' Fifth Omnibus Objection to Claims (filed by Tax Appraisal District of Bell County, et al.,) [D.I. 4042; filed 12/6/07]

B. Response to Debtors' Fifth Omnibus Objection to Claims (filed by County of Santa Clara) [D.I. 4073; filed 12/10/07]

C.  Response to Debtors' Fifth Omnibus Objection to Claims (filed by Orange County (California) Treasurer-Tax Collector) [D.I. 4074; filed 12/11/07]

D.  Response to Debtors' Fifth Omnibus Objection to Claims (filed by Hidalgo County, et al.) [D.I. 4087; filed 12/13/07]

E.  Response to Debtors' Fifth Omnibus Objection to Claims (filed by Maricopa County Treasurer) [D.I. 4088; filed 12/13/07]

F.  The Debtors received a consolidated informal response from various taxing authorities (Cedar Hill ISD, *et al.*).

Related Documents:

i.  Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 (I) Disallowing and Expunging Certain Books and Records Claims and (II) Reducing and Reclassifying Certain Claims Set Forth on the Debtors' Fifth Omnibus Objection to Claims [D.I. 4238; filed 12/28/07]

Status: **The hearing on this matter is being continued to the omnibus hearing scheduled for March 5, 2008 at 1:30 p.m.** The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit B.

84. Debtors' Seventh Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed Claims and (D) No Supporting Documentation Claims [D.I. 4075; filed 12/11/07]

Objection deadline: January 2, 2008

Objections/Responses Received:

A.  Response to Debtor's Seventh Omnibus Objection to Claims (filed by Alameda County Treasurer-Tax Collector) [D.I. 4227; filed 12/27/07]

B.  Response to Debtors' Seventh Omnibus Objection to Claims (filed by Clayton County Tax Commissioners Office) [D.I. 4228; filed 12/26/07]

C.  Response to Debtors' Seventh Omnibus Objection to Claims (filed by Brazoria County M.U.D. #21, et al.) [D.I. 4260; filed 12/28/07]

D.  The Debtors received an informal response from Marion County, Indiana.

E.  The Debtors received an informal response from Hillsborough, Florida.

Related Documents:

i.      Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014
        and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A)
        Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed
        Claims and (D) No Supporting Documentation Claims Set Forth in
        Debtors' Seventh Omnibus Objection to Claims [D.I. 4372; filed 1/10/08]

Status: The hearing on this matter is going forward. The individual status of each
        remaining claim with respect to this matter is listed on the attached
        Exhibit C.

85.     Debtors' Eighth Omnibus Objection to Claims: Substantive Objection Pursuant to
        11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local
        Rule 3007-1 to Certain Books and Records Claims [D.I. 4261; filed 12/28/07]

        Objection deadline: January 30 2008

        Objections/Responses Received:

        A.      Response to Debtors' Eighth Omnibus Objection to Claims (filed by
                Michigan Department of Treasury) [D.I. 4358; filed 1/10/08];

        B.      Response to Debtors' Eighth Omnibus Objection to Claims (filed by The
                Commonwealth of Pennsylvania) [D.I. 4362; filed 1/10/08]

        C.      Response to Debtors' Eighth Omnibus Objection to Claims (filed by the
                State of New Jersey [D.I. 4392; filed 1/11/08]

        D.      Response to Debtors' Eighth Omnibus Objection to Claims (filed by New
                York State Department of Taxation and Finance) [D.I. 4529; filed 1/18/08]

        E.      Response to Debtors' Eighth Omnibus Objection to Claims (filed by City
                of St. Louis) [D.I. 4738; filed 1/29/08]

        F.      The Debtors received an informal response from City of New York
                Department of Finance.

        G.      The Debtors received an informal response from the State of Rhode
                Island.

        Related Documents:

        i.      Notice of Submission of Copies of Proofs of Claims for Debtors' Eighth
                Omnibus Objection to Claims: Substantive Objection Pursuant to 11
                U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and Local
                Rule 3007-1 to Certain Books and Records Claims Re: Docket No. 4261
                [D.I. 4548; filed 1/23/08]

ii.     Withdrawal of Michigan Department of Treasury's Response to the Debtors' Eighth Omnibus Objection [D.I. 4796; filed 2/1/08]

iii.    Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 (A) Disallowing and Expunging Certain Books and Records Claims and (B) Reducing and/or Reclassifying Certain Books and Records Claims Set Forth in Debtors' Eighth Omnibus Objection to Claims [D.I. 4845; filed 2/6/08]

Status:  **The hearing on this matter is being continued to the omnibus hearing scheduled for March 5, 2008 at 1:30 p.m.**  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit D.

86.     Debtors' Ninth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims [D.I. 4262; filed 12/28/07]

Objection deadline:  January 30 2008

Objections/Responses Received:

A.     Response to Debtors' Ninth Omnibus Objection to Claims (filed by the State of New Jersey [D.I. 4392; filed 1/11/08]

B.     Response to Debtors' Ninth Omnibus Objection to Claims (filed by Travis County Tax Assessor Collector) [D.I. 4723; filed 1/29/08]

C.     **Response to Debtors' Ninth Omnibus Objection to Claims (filed by Richard Martin and Nancy Anderson) [D.I. 4737; filed 1/29/08]**

Related Documents:

i.     Notice of Submission of Copies of Proofs of Claims for Debtors' Ninth Omnibus Objection to Claims:  Substantive Objection Pursuant to 11 U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims Re: Docket No. 4262 [D.I. 4549; filed 1/23/08]

ii.    Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 Disallowing and Expunging Certain Reduced and Reclassified Claims [D.I. 4846; filed 2/6/08]

Status: The hearing on this matter is going forward.  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit E.

36

87.     Motion to Reconsider Order Disallowing and Expunging Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims Set Forth in the Debtors' Second Omnibus Objection to Claims With Regard to Claimant Leslie K. Hill's Claim [D.I. 4445; filed 1/16/08]

Objection deadline:  February 13, 2008

Objections/Responses Received:

A.      Objection of Debtors and Debtors in Possession to "Motion to Reconsider Order Disallowing and Expunging Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims Set Forth in the Debtors' Second Omnibus Objection to Claims with Regard to Claimant Leslie K. Hill's Claim" [D.I. 4881; filed 2/13/08]

Related Documents:  None.

Status: The hearing on this matter is going forward.

88.     Debtors' Tenth Omnibus Objection to Claims:  Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Duplicate Claims; (B) Amended and Superseded Claims; (C) Late-Filed Claims; and (D) No Supporting Documentation Claims [D.I. 4520; filed 1/18/08]

Objection deadline:  February 13 2008

Objections/Responses Received:

A.      Response to Debtors' Tenth Omnibus Objection to Claims (filed by Levitt Bakersfield, LLC] [D.I. 4856; filed 2/6/08]

Related Documents:  None.

Status: The hearing on this matter is going forward.  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit F.

89.     Debtors' Eleventh Omnibus Objection :  Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Reduced and Reclassified Claims; and (D) Insufficient Documentation Claims [D.I. 4521; filed 1/18/08]

Objection deadline:  February 13 2008

Objections/Responses Received:

A.    Response to Debtors' Eleventh Omnibus Objection to Claims (filed by LoanLeaders of America, Inc.) [D.I. 4730; filed 1/28/08]

B.    Response to Debtors' Eleventh Omnibus Objection to Claims (filed by County of Santa Clara Tax Collector) [D.I. 4848; filed 2/6/08]

C.    Response to Debtors' Eleventh Omnibus Objection to Claims (filed by Bank of Oklahoma, N.A.) [D.I. 4875; filed 2/11/08]

D.    Response to Debtors' Eleventh Omnibus Objection to Claims (filed by Maricopa County Treasurer) [D.I. 4878; filed 2/12/08]

E.    Response to Debtors' Eleventh Omnibus Objection to Claims (filed by Cisco Systems Capital Corporation) [D.I. 4879; filed 2/13/08]

F.    Informal response received from FNIS Real Estate Tax Services.

G.    Informal response received from HSBC Securities USA Inc.

H.    Informal response received from Pasadena Independent School District.

I.    Informal response received from TCAM Core Property Fund Operating LP.

J.    Informal response received from Bear Stearns & Co. Inc. as representative for itself and underwriters on Annex A.

K.    Informal response received from Systems Source Inc.

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claims for Debtors' Eleventh Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Reduced and Reclassified Claims; and (D) Insufficient Documentation Claims [D.I. 4842; filed 2/6/08]

ii.    Withdrawal of Original Proof of Claim No. 3514 in Response to Debtors' Eleventh Omnibus Objection (filed by Pasadena Independent School District) [D.I. 4803; filed 2/1/08]

iii.    Exhibit A to Response to Debtors' Eleventh Omnibus Objection to Claims (filed by Cisco Systems Capital Corporation) [D.I. 4880; filed 2/13/08]

Status: The hearing on this matter is going forward.  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit G.

38

Dated:  February 19, 2008
        Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

RLF1-3254840-1