**Exhibit E**

**Status of Proofs of Claim for Debtors' Ninth Omnibus Objection (Substantive) to Certain Reduced and/or Reclassified Claims**

| Claim Number | Claimant | Status |
|---|---|---|
| | | **Exhibit A** |
| 1581 | State of New Jersey Division of Taxation | Response filed 1/11/08; D.I. 4392. The hearing on this claim is being continued to the omnibus hearing scheduled for March 5, 2008 at 1:30 p.m. |
| 1818 | Travis County | Response filed 1/29/08; D.I. 4723. The hearing on this claim is being continued to the omnibus hearing scheduled for March 5, 2008 at 1:30 p.m. |
| 346 | Nancy Anderson | Response filed 1/29/08; D.I. 4737. The Debtors have withdrawn their objection to this claim. |
| 347 | Rich Martin | Response filed 1/29/08; D.I. 4737. The Debtors have withdrawn their objection to this claim. |

1