Exhibit F
Status of Proofs of Claim for Debtors' Tenth Omnibus Objection (Non-Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | | **Exhibit A** | |
| 2916 | 2351 | Empower | No response has been filed. The hearing on this claim is going forward. |
| 3278 | 2556 | Key Equipment Finance Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2893 | 2304 | New Invoice LLC | No response has been filed. The hearing on this claim is going forward. |
| | | **Exhibit B** | |
| 1075 | 1313 | AT&T Corp | No response has been filed. The hearing on this claim is going forward. |
| 119 | 855 | Bonnie Viola Hughes | No response has been filed. The hearing on this claim is going forward. |
| 378 | 3752 | Department of the Treasury Internal Revenue Service | No response has been filed. The hearing on this claim is going forward. |
| 3450 | 3671 | Department of the Treasury Internal Revenue Service | No response has been filed. The hearing on this claim is going forward. |
| 3671 | 3743 | Department of the Treasury Internal Revenue Service | No response has been filed. The hearing on this claim is going forward. |
| 451 | 3667 | Department of the Treasury Internal Revenue Service | No response has been filed. The hearing on this claim is going forward. |
| 3667 | 3746 | Department of the Treasury Internal Revenue Service | No response has been filed. The hearing on this claim is going forward. |
| 541 | 3666 | Department of the Treasury Internal Revenue Service | No response has been filed. The hearing on this claim is going forward. |
| 1969 | 3702 | FedEx Customer Information Service as Assignee of FedEx Express FedEx Ground | No response has been filed. The hearing on this claim is going forward. |

1

Exhibit F

Status of Proofs of Claim for Debtors' Tenth Omnibus Objection (Non-Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1402 | 3740 | Glorious Sun Robert Martin LLC By Its Agent Mack Cali Realty Corp | No response has been filed. The hearing on this claim is going forward. |
| 363 | 1067 | Krista A Brayer | No response has been filed. The hearing on this claim is going forward. |
| 538 | 3741 | Mack Cali Taxter Associates LLC | No response has been filed. The hearing on this claim is going forward. |
| 204 | 257 | Peter Justin Merola | No response has been filed. The hearing on this claim is going forward. |
| 2997 | 3660 | Safeco Financial Institution Solutions Inc. | No response has been filed. The hearing on this claim is going forward. |
| 1298 | 3676 | United Insurance Company of America | No response has been filed. The hearing on this claim is going forward. |
| | | Exhibit C | |
| | 3618 | 3 Day Express Appraisals | No response has been filed. The hearing on this claim is going forward. |
| | 3199 | All Points Moving & Storage LP and Atlas Van Lines Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 3296 | American Express Travel Related Svcs Co Inc Corp Card | No response has been filed. The hearing on this claim is going forward. |
| | 3694 | Appraisal and Inspectio Services Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 3522 | Cc Pace Systems Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 3677 | Core Logic Systems Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 3457 | CP Ipers Coral LLC | No response has been filed. The hearing on this claim is going forward. |

2

Exhibit F
Status of Proofs of Claim for Debtors' Tenth Omnibus Objection (Non-Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3720 | DBSI Corporate Woods Lease Co | No response has been filed. The hearing on this claim is going forward. |
| | 3753 | DRA CRT Baymeadows Center | No response has been filed. The hearing on this claim is going forward. |
| | 3542 | First American Real Estate Solutions | No response has been filed. The hearing on this claim is going forward. |
| | 3659 | Golden State Overnight | No response has been filed. The hearing on this claim is going forward. |
| | 3658 | Golden State Overnight | No response has been filed. The hearing on this claim is going forward. |
| | 3688 | Hall & Associates | No response has been filed. The hearing on this claim is going forward. |
| | 3656 | Lake George Villlage | No response has been filed. The hearing on this claim is going forward. |
| | 3623 | Landsafe Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 3333 | Levitt Bakersfield LLC | Response filed 2/6/08; D.I. 4856. The Debtors have withdrawn their objection to this claim. |
| | 3489 | Melanie D. Desousa | No response has been filed. The hearing on this claim is going forward. |
| | 3619 | T Mobile USA Inc. | The Debtors received an informal response. This claim has been settled. The settlement is reflected on a revised form of order to be presented at the hearing. |
| | 3669 | Tax Verification Burea, Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 3674 | Tax Verification Burea, Inc. | No response has been filed. The hearing on this claim is going forward. |

3

Exhibit F
Status of Proofs of Claim for Debtors' Tenth Omnibus Objection (Non-Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3681 | Time Warner Telecom | No response has been filed. The hearing on this claim is going forward. |
| | 3657 | Tri State Appraisals | No response has been filed. The hearing on this claim is going forward. |
| | 3673 | United Parcel Service | No response has been filed. The hearing on this claim is going forward. |
| | 3684 | Verizon Wireless South | The Debtors received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for March 5, 2008. |
| | 3680 | Verizon Wireless West | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled on March 5, 2008. |
| | 3541 | Windsor Capital Mortgage | No response has been filed. The hearing on this claim is going forward. |
| | | Exhibit D | |
| | 1071 | Sloane Mortgage LLC | No response has been filed. The hearing on this claim is going forward. |

4