Exhibit G

Status of Proofs of Claim for Debtors' Eleventh Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | | **Exhibit A** | |
| | 581 | Bank of Oklahoma NA | Response filed 2/11/08; D.I. 4875. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for March 5, 2008. |
| | 1890 | Boston Water & Sewer Commission | No response has been filed. The hearing on this claim is going forward. |
| | 2964 | Cisco System Capital Corporation | Response filed 2/13/08; D.I. 4879. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for March 5, 2008. |
| | 3250 | Coastal Construction Corp | No response has been filed. The hearing on this claim is going forward. |
| | 467 | Comed | No response has been filed. The hearing on this claim is going forward. |
| | 3440 | Commission of Finance | No response has been filed. The hearing on this claim is going forward. |
| | 3490 | Commonwealth of Massachusetts | No response has been filed. The hearing on this claim is going forward. |
| | 1967 | Contract Floors Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 3478 | County of Hawaii | No response has been filed. The hearing on this claim is going forward. |
| | 3584 | County of Santa Clara | Response filed 2/6/08; D.I. 4848. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for March 5, 2008. |
| | 2337 | Crestwood Behavioral Health Inc. | No response has been filed. The hearing on this claim is going forward. |

1

Exhibit G

Status of Proofs of Claim for Debtors' Eleventh Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3383 | Dutchess County | No response has been filed. The hearing on this claim is going forward. |
| | 3502 | Everman Independent School District | No response has been filed. The hearing on this claim is going forward. |
| | 2053 | Executive Management Recruiters | No response has been filed. The hearing on this claim is going forward. |
| | 2299 | FNIS Real Estate Tax Services | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 5, 2008 at 1:30 p.m. |
| | 1264 | Foothills Self Storage | No response has been filed. The hearing on this claim is going forward. |
| | 3401 | Greenville Independent School District | No response has been filed. The hearing on this claim is going forward. |
| | 3480 | Gwinnett County Tax Commissioner | No response has been filed. The hearing on this claim is going forward. |
| | 279 | H Strobl Realty Inc. and Steven J. Bednarowski | No response has been filed. The hearing on this claim is going forward. |
| | 2245 | Hansen Quality Lic End User | No response has been filed. The hearing on this claim is going forward. |
| | 2044 | HSBC Securities USA Inc. | The Debtors received an informal response. The Debtors have withdrawn their objection to this claim. |
| | 1712 | James Flagg | No response has been filed. The hearing on this claim is going forward. |
| | 3485 | Judson Isd | No response has been filed. The hearing on this claim is going forward. |
| | 3445 | Kim Hill | No response has been filed. The hearing on this claim is going forward. |

2

Exhibit G

Status of Proofs of Claim for Debtors' Eleventh Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 1791 | LandAmerica Default Service Company | No response has been filed. The hearing on this claim is going forward. |
| | 1807 | LandAmerica Default Service Company | No response has been filed. The hearing on this claim is going forward. |
| | 1828 | LandAmerica Default Service Company | No response has been filed. The hearing on this claim is going forward. |
| | 1830 | LandAmerica Default Service Company | No response has been filed. The hearing on this claim is going forward. |
| | 2020 | LandAmerica Default Service Company | No response has been filed. The hearing on this claim is going forward. |
| | 1824 | LandAmerica Default Service Company | No response has been filed. The hearing on this claim is going forward. |
| | 1805 | LandAmerica Default Service Company | No response has been filed. The hearing on this claim is going forward. |
| | 1825 | LandAmerica Default Service Company | No response has been filed. The hearing on this claim is going forward. |
| | 1827 | LandAmerica Default Service Company | No response has been filed. The hearing on this claim is going forward. |
| | 2022 | LandAmerica Default Service Company | No response has been filed. The hearing on this claim is going forward. |
| | 1802 | LandAmerica Default Service Company | No response has been filed. The hearing on this claim is going forward. |
| | 1829 | LandAmerica Default Service Company | No response has been filed. The hearing on this claim is going forward. |
| | 1806 | LandAmerica Default Service Company | No response has been filed. The hearing on this claim is going forward. |

Exhibit G

Status of Proofs of Claim for Debtors' Eleventh Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 1808 | LandAmerica Default Service Company | No response has been filed.  The hearing on this claim is going forward. |
| | 60 | Leslie K Hill dba Farallon Enterprises | No response has been filed.  The hearing on this claim is going forward. |
| | 401 | Leslie K Hill dba Farallon Enterprises | No response has been filed.  The hearing on this claim is going forward. |
| | 3503 | LexisNexis A Div of Reed Elsevier Inc. | No response has been filed.  The hearing on this claim is going forward. |
| | 715 | Loanleaders of America Inc. | Response filed 1/28/08; D.I. 4730.  The hearing on this claim is going forward. |
| | 3374 | Lois F. Lutwin | No response has been filed.  The hearing on this claim is going forward. |
| | 3402 | Maricopa County Treasurer | Response filed 2/12/08; D.I. 4878.  The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for March 5, 2008. |
| | 1244 | Mcgrew Real Estate Office Building | No response has been filed.  The hearing on this claim is going forward. |
| | 1309 | Mif Services Inc. | No response has been filed.  The hearing on this claim is going forward. |
| | 3452 | Missouri Department of Revenue | No response has been filed.  The hearing on this claim is going forward. |
| | 3422 | Missouri Department of Revenue | No response has been filed.  The hearing on this claim is going forward. |
| | 3379 | Nampa & Meridian Irrigation District | No response has been filed.  The hearing on this claim is going forward. |
| | 3513 | Neil Ian Bell | No response has been filed.  The hearing on this claim is going forward. |

4

Exhibit G

Status of Proofs of Claim for Debtors' Eleventh Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2429 | New Castle Holding LLC | No response has been filed. The hearing on this claim is going forward. |
| | 3459 | New York State Department of Taxation and Finance | No response has been filed. The hearing on this claim is going forward. |
| | 3514 | Pasadena Independent School District | The Debtors received an informal response. The claimant has withdrawn its informal response. The hearing on this claim is going forward. |
| | 685 | Reliant Energy | The hearing on this claim is going forwrd. Richards, Layton & Finger, P.A. ("RL&F") is also counsel to certain affiliates of Reliant Energy, Inc. ("Reliant"). Accordingly, RL&F is not representing the Debtors with respect to the Eleventh Omnibus Objection to Claims as it applies to any claims of Reliant including, without limitation, claim number 685 asserted against the Debtors by Reliant. |
| | 3454 | Revenue Commissioner Morgan County | No response has been filed. The hearing on this claim is going forward. |
| | 1212 | SBS Investments LLC | No response has been filed. The hearing on this claim is going forward. |
| | 3378 | Shabbir A. Kohn San Joaquin County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
| | 3461 | Stanislaus County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
| | 1570 | Stony Point East LP | No response has been filed. The hearing on this claim is going forward. |

Exhibit G
Status of Proofs of Claim for Debtors' Eleventh Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3390 | TCAM Core Property Fund Operating LP | The Debtors received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for March 5, 2008. |
| | 2362 | The Irvine Company | No response has been filed. The hearing on this claim is going forward. |
| | 877 | Tricor America Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 340 | Webb Mason | No response has been filed. The hearing on this claim is going forward. |
| **Exhibit B** | | | |
| | 688 | Arnold C. Goldstein | No response has been filed. The hearing on this claim is going forward. |
| | 2373 | Bear Stearns & Co. Inc. as representative for itself and underwriters on Annex A | The Debtors received an informal response. The Debtors have withdrawn their objection to this claim. |
| | 2370 | Bear Stearns & Co. Inc. as representative for itself and underwriters on Annex A | The Debtors received an informal response. The Debtors have withdrawn their objection to this claim. |
| | 3521 | Eriser Pamela Marie | No response has been filed. The hearing on this claim is going forward. |
| | 679 | Marcia C. Goldstein | No response has been filed. The hearing on this claim is going forward. |
| | 2242 | Nancy Moreland | No response has been filed. The hearing on this claim is going forward. |
| | 696 | Patrick J. Moloney | No response has been filed. The hearing on this claim is going forward. |
| | 3631 | Ricky J. Allen and Virginia E. Allen | No response has been filed. The hearing on this claim is going forward. |

6

Exhibit G

Status of Proofs of Claim for Debtors' Eleventh Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2164 | The Commerce Insurance Company | No response has been filed.  The hearing on this claim is going forward. |
| | 3597 | The Depository Trust Company | No response has been filed.  The hearing on this claim is going forward. |
| | 3750 | Thomas J. Bellman | No response has been filed.  The hearing on this claim is going forward. |
| | | Exhibit C | |
| | 3226 | 303 Griffing Associates LLC | No response has been filed.  The hearing on this claim is going forward. |
| | 1372 | Al Dumas | No response has been filed.  The hearing on this claim is going forward. |
| | 2924 | Baute & Tidus LLP | No response has been filed.  The hearing on this claim is going forward. |
| | 2166 | Brown & Shapiro Suspended Effective 8/5/05 Until Further Notice | No response has been filed.  The hearing on this claim is going forward. |
| | 1961 | Cash Fast Finance LLC | No response has been filed.  The hearing on this claim is going forward. |
| | 1125 | Emco Press | No response has been filed.  The hearing on this claim is going forward. |
| | 987 | Gary Kenner | No response has been filed.  The hearing on this claim is going forward. |
| | 3192 | Gateway Mortgage Group | No response has been filed.  The hearing on this claim is going forward. |
| | 775 | Idm Corporation | No response has been filed.  The hearing on this claim is going forward. |
| | 1837 | JJC Enterprises Inc. | No response has been filed.  The hearing on this claim is going forward. |

7

Exhibit G

Status of Proofs of Claim for Debtors' Eleventh Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 723 | Kristiyan Assouri Esq. | No response has been filed. The hearing on this claim is going forward. |
| | 2103 | Metropolitan Home Mortgage Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 816 | Mg Rentals Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 2251 | New York Life Insurance Company | No response has been filed. The hearing on this claim is going forward. |
| | 281 | Pacific Mutual Funding | No response has been filed. The hearing on this claim is going forward. |
| | 95 | Roth Staffing Companies dba Ultimate Staffing Services | No response has been filed. The hearing on this claim is going forward. |
| | 3132 | Shapiro & Burson LLP | No response has been filed. The hearing on this claim is going forward. |
| | 1226 | Stewart Advisors Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 3372 | Stratacom | No response has been filed. The hearing on this claim is going forward. |
| | 1520 | Sughrue Mion PLLC | No response has been filed. The hearing on this claim is going forward. |
| | 807 | Summit Busines Media | No response has been filed. The hearing on this claim is going forward. |
| | 1971 | Systems Source Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 5, 2008 at 1:30 p.m. |
| | 3486 | Thomson Financial Services LLC | No response has been filed. The hearing on this claim is going forward. |

8

Exhibit G
Status of Proofs of Claim for Debtors' Eleventh Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 670 | United Pacific Mortgage | No response has been filed.  The hearing on this claim is going forward. |
| | 1484 | Zucker Goldberg & Ackerman LLC | No response has been filed.  The hearing on this claim is going forward. |
| | | **Exhibit D** | |
| | 949 | Druckman & Sinel LLP | No response has been filed.  The hearing on this claim is going forward. |
| | 3430 | Spring Ford Area School District Limerick Township Tax Collector | No response has been filed.  The hearing on this claim is going forward. |
| | 3423 | Spring Ford Area School District Limerick Township Tax Collector | No response has been filed.  The hearing on this claim is going forward. |
| | 3424 | Spring Ford Area School District Limerick Township Tax Collector | No response has been filed.  The hearing on this claim is going forward. |
| | 3425 | Spring Ford Area School District Limerick Township Tax Collector | No response has been filed.  The hearing on this claim is going forward. |
| | 3426 | Spring Ford Area School District Limerick Township Tax Collector | No response has been filed.  The hearing on this claim is going forward. |
| | 3437 | Spring Ford Area School District Limerick Township Tax Collector | No response has been filed.  The hearing on this claim is going forward. |
| | 3428 | Spring Ford Area School District Limerick Township Tax Collector | No response has been filed.  The hearing on this claim is going forward. |
| | 3427 | Spring Ford Area School District Limerick Township Tax Collector | No response has been filed.  The hearing on this claim is going forward. |
| | 3431 | Spring Ford Area School District Limerick Township Tax Collector | No response has been filed.  The hearing on this claim is going forward. |
| | 3432 | Spring Ford Area School District Limerick Township Tax Collector | No response has been filed.  The hearing on this claim is going forward. |

9

10

Exhibit G

Status of Proofs of Claim for Debtors' Eleventh Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3433 | Spring Ford Area School District Limerick Township Tax Collector | No response has been filed.  The hearing on this claim is going forward. |
| | 3434 | Spring Ford Area School District Limerick Township Tax Collector | No response has been filed.  The hearing on this claim is going forward. |
| | 3435 | Spring Ford Area School District Limerick Township Tax Collector | No response has been filed.  The hearing on this claim is going forward. |
| | 3436 | Spring Ford Area School District Limerick Township Tax Collector | No response has been filed.  The hearing on this claim is going forward. |
| | 3429 | Spring Ford Area School District Limerick Township Tax Collector | No response has been filed.  The hearing on this claim is going forward. |