UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC.,
et al.,
        Debtors.

Case No. 07-10416-KJC
Chapter 11

Jointly Administered

Ref. No. 4715

_____/

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Stay with Regard to 80 Properties, filed by RESIDENTIAL CAPITAL, LLC (Doc. #4715), and the Certification of Counsel as to no opposition to said motion, it is

ORDERED, that the Motion be, and the same is hereby **GRANTED**; and it is further

ORDERED, that the automatic stay is terminated allowing Residential Capital LLC to exercise its rights under applicable law with respect to the 80 properties identified on the list attached hereto.

Dated: Feb 19, 2008

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE