IN RE: NEW CENTURY TRS HOLDINGS, INC.
CASE NO. 07-10416-KJC

LIST OF RESIDENTIAL CAPITAL MORTGAGES

| | RESCAP LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | RESCAP MTG BK/PG | APPROX. DEBT | ESTIMATED PROPERTY VALUE | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0810033145 | 1161 REMSEN AVE | BROOKLYN | NY | 11236 | 20060630017400001 | $440,000.00 | $437,233.55 | 1 |
| 2 | 0810033153 | 7 SOMERSET RD W | AMITYVILLE | NY | 11701 | 21407/238 | $256,000.00 | $285,162.04 | 2 |
| 3 | 0810033154 | 239 WINDSONG DR | HENDERSON | NV | 89074 | 20060925/00033326 | $472,000.00 | $505,252.28 | 3 |
| 4 | 0810033158 | 7280 THUNDERBIRD LN | STANTON | CA | 90680 | 2006000637025 | $471,920.00 | $505,086.60 | 4 |
| 5 | 7437346505 | 6101 NW 43 WAY | COCONUT CREEK | FL | 33073 | 36640/1019 | $169,061.70 | $215,000.00 | 5 |
| 6 | 7439670696 | 1223 N. WHITHALL HIGHWAY | BURBANK | CA | 91505 | 05 1389285 | $518,500.00 | $440,662.06 | 6 |
| 7 | 7439671595 | 7050 CLAREMONT CIRCLE | ROSEVILLE | CA | 95678 | 2005-0081924 | $575,000.00 | $485,419.69 | 7 |
| 8 | 7440260727 | 4201 W. 5TH STREET UNIT 218 | SANTA ANA | CA | 92703 | 2005000760566 | $295,000.00 | $263,887.87 | 8 |
| 9 | 7440260735 | 2 GEORGES WAY | NEWTON | NH | 03858 | 4548/681 | $340,000.00 | $282,899.95 | 9 |
| 10 | 7440261733 | 9465 MAMMATH PEAK CIRCLE | STOCKTON | CA | 95212 | 2005-2406082 | $455,000.00 | $380,752.38 | 10 |
| 11 | 7440411957 | 4678 - 80 N. 19TH ST | MILWAUKEE | WI | 53209 | 91420357 | $120,500.00 | $108,721.17 | 11 |
| 12 | 7440504025 | 12 WHEATLAND AVENUE #3 | DORCHESTER | MA | 02124 | 38235/323 | $330,000.00 | $274,799.37 | 12 |
| 13 | 7440505063 | 3321 AMERICUS DR | SAN JOSE | CA | 95148 | 18558481 | $850,000.00 | $719,153.18 | 13 |
| 14 | 7440505121 | 607 6TH STREET N. | NAMPA | ID | 83687 | 200559111 | $81,655.37 | $94,500.00 | 14 |
| 15 | 7440505352 | 3071 BREEZEWAY DRIVE | ROCKFORD | IL | 61109 | 5533589 | $129,000.00 | $13,881.89 | 15 |
| 16 | 7440506558 | 12047 166TH STREET | NORWALK | CA | 90650 | 06 1337252 | $398,000.00 | $334,560.87 | 16 |
| 17 | 7440506624 | 18383 WILLOW STREET | HESPERIA | CA | 92345 | 2005-691594 | $320,000.00 | $271,844.47 | 17 |
| 18 | 7440508364 | 12601 VAN NUYS BOULEVARD # 153 | LOS ANGELES | CA | 91331 | 05 2540894 | $276,000.00 | $237,509.21 | 18 |
| 19 | 7440509909 | 8283 HOLLY JILL WAY | SACRAMENTO | CA | 95823 | 20051020/2166 | $401,000.00 | $341,444.06 | 19 |
| 20 | 7440510972 | 1178 BUENA VISTA | BULLHEAD CITY | AZ | 86442 | 5906/83 | $176,500.00 | $139,097.29 | 20 |
| 21 | 7440511756 | 23796 MEADOWGATE COURT | MURRIETA | CA | 92562 | 2007-0131616 | $475,000.00 | $400,278.76 | 21 |
| 22 | 7440513067 | 7788 GABRIEL GARTH COURT | SEVERN | MD | 21144 | 17577/711 | $446,000.00 | $379,273.94 | 22 |
| 23 | 7440513091 | 2206 SOUTH MAPLE STREET | SANTA ANA | CA | 92707 | 2005000849668 | $575,000.00 | $489,424.27 | 23 |
| 24 | 7440514602 | 6209 CHECKERBERRY DR | RICHMOND | VA | 23231 | 3996/1512 | $150,000.00 | $124,703.52 | 24 |
| 25 | 7440514727 | 548 W. 107TH STREET | LOS ANGELES | CA | 90044 | 05 2645584 | $371,000.00 | $313,268.48 | 25 |
| 26 | 7440514743 | 5155 SOUTH VAN NESS AVE | LOS ANGELES | CA | 90062 | 05 2515116 | $409,000.00 | $323,050.20 | 26 |
| 27 | 7440516631 | 1250 E. SHAW 259 | FRESNO | CA | 93710 | 2005-0249753 | $173,500.00 | $147,647.75 | 27 |
| 28 | 7440540177 | 4921 WERRE COURT | ELK GROVE | CA | 95757 | 20051027/2247 | $545,819.00 | $460,002.82 | 28 |
| 29 | 7440540300 | 1726 N. WESTERN AVENUE | SANTA MARIA | CA | 93458 | 2005-0102484 | $418,000.00 | $351,238.82 | 29 |
| 30 | 7440540953 | 7592 PEACH AVENUE | HESPERIA | CA | 92345 | 2005-0788883 | $389,000.00 | $338,684.57 | 30 |
| 31 | 7440540961 | 13122 MESA VERDE WAY | SYLMAR | CA | 91342 | 05 2549464 | $610,000.00 | $513,265.12 | 31 |

IN RE: NEW CENTURY TRS HOLDINGS, INC.
CASE NO. 07-10416-KJC

LIST OF RESIDENTIAL CAPITAL MORTGAGES

| # | RESCAP LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | RESCAP MTG BK/PG | APPROX. DEBT | ESTIMATED PROPERTY VALUE | |
|---|---|---|---|---|---|---|---|---|---|
| 32 | 7440542769 | 1954 WYNDHAM WAY | LODI | CA | 95242 | 2005-263583 | $470,000.00 | $395,514.86 | 32 |
| 33 | 7440665792 | 9608 UNION AVENUE | CLEVELAND | OH | 44105 | 2005111150863 | $85,000.00 | $85,515.59 | 33 |
| 34 | 7440672137 | 2022 WEST CHANDLER AVENUE | SANTA ANA | CA | 92704 | 2005000922629 | $700,000.00 | $597,811.83 | 34 |
| 35 | 7440719318 | 4575 N KEVIN WAY | LAS VEGAS | NV | 89129 | 05045/2005112 | $704,000.00 | $629,592.36 | 35 |
| 36 | 7440720084 | 424 LAFAYETTE STREET | SAN GABRIEL | CA | 91776 | 05-2840978 | $630,000.00 | $516,038.09 | 36 |
| 37 | 7440720530 | 2228 PACIFIC AVE | MODESTO | CA | 95354 | 2005-0211217-00 | $380,000.00 | $326,128.44 | 37 |
| 38 | 7440721520 | 43 RAINBOW RIDGE ROAD | POMONA | CA | 91766 | 05 2932599 | $580,000.00 | $480,756.70 | 38 |
| 39 | 7440722577 | 8817 BALBOA BOULEVARD | NORTHRIDGE | CA | 91325 | 05 2928183 | $780,000.00 | $668,641.55 | 39 |
| 40 | 7440723468 | 837 SYMPHONY DRIVE | AURORA | IL | 60504 | R20052218767 | $160,000.00 | $141,997.73 | 40 |
| 41 | 7440723799 | 1430 SOUTH PACIFIC AVENUE | SANTA ANA | CA | 92704 | 2005000963388 | $585,000.00 | $490,589.60 | 41 |
| 42 | 7440732063 | 33360 ALAGON STREET | TEMECULA | CA | 92592 | 2005-0818601 | $460,000.00 | $391,101.18 | 42 |
| 43 | 7440732410 | 13801 SHIRLEY ST # 57 | GARDEN GROVE | CA | 92843 | 2005000967321 | $363,000.00 | $309,424.19 | 43 |
| 44 | 7440732626 | 605 EAST MAUDE AVENUE | SUNNYVALE | CA | 94085 | 18692038 | $755,000.00 | $625,614.83 | 44 |
| 45 | 7440732683 | 2324-2326 17TH AVE | OAKLAND | CA | 94606 | 2007128127 | $585,538.58 | $590,000.00 | 45 |
| 46 | 7440761518 | 286 CARL AVENUE | BROCKTON | MA | 02302 | 31754/52 | $327,000.00 | $276,193.30 | 46 |
| 47 | 7440762276 | 2831 LYNN STREET NE | SALEM | OR | 97303 | 2566/433 | $115,000.00 | $97,202.09 | 47 |
| 48 | 7440902518 | 1870 SUMMERTIME DRIVE | TRACY | CA | 95376 | 2005-305994 | $535,000.00 | $455,445.17 | 48 |
| 49 | 7440902716 | 820 FOXWORTH AVENUE | LA PUENTE | CA | 91744 | 05-3037122 | $490,000.00 | $439,035.13 | 49 |
| 50 | 7440904753 | 13 DACIA STREET | DORCHESTER | MA | 02125 | 38694/281 | $288,000.00 | $240,624.67 | 50 |
| 51 | 7440905040 | 320 SOUTH THORSON AVENUE | COMPTON | CA | 90221 | 05-3127007 | $350,000.00 | $295,390.36 | 51 |
| 52 | 7440909737 | 3166 OVERDALE STREET | DELTONA | FL | 32738 | 57422/2792 | $155,662.00 | $186,000.00 | 52 |
| 53 | 7440910339 | 3910 OLD US HWY 45 S | PADUCAH | KY | 42003 | 1052/1 | $425,000.00 | $386,272.55 | 53 |
| 54 | 7440912731 | 3004 HORIZON COURT | PLAINFIELD | IL | 60544 | R20052187671 | $320,000.00 | $290,259.31 | 54 |
| 55 | 7440915189 | 2717 WEST 143RD PL. | GARDENA | CA | 90249 | 05-3055282 | $573,500.00 | $510,832.64 | 55 |
| 56 | 7440915718 | 8205 LORRAINE AVE | STOCKTON | CA | 95210 | 2005-316592 | $345,000.00 | $290,619.14 | 56 |
| 57 | 7440920882 | 8106 5TH STREET | DOWNEY | CA | 90241 | 05 3130329 | $737,000.00 | $610,417.43 | 57 |
| 58 | 7440922482 | 25071 FILAREE AVENUE | MORENO VALLEY | CA | 92551 | 2005-1053846 | $335,000.00 | $284,439.29 | 58 |
| 59 | 7440922615 | 120 HIGHLAND PLACE | MONROVIA | CA | 91016 | 05 3072020 | $772,000.00 | $659,860.74 | 59 |
| 60 | 7440925709 | 223 PLEASANT STREET | STOUGHTON | MA | 02072 | 23237/150 | $490,000.00 | $427,830.52 | 60 |
| 61 | 7440927408 | 1456 VENTURA AVE | SAN PABLO | CA | 94806 | 2005-0488147-00 | $430,000.00 | $355,490.73 | 61 |
| 62 | 7440998425 | 1425 AVILA DR. | PERRIS | CA | 92571 | 2006-00735596 | $395,000.00 | $341,621.09 | 62 |

**IN RE: NEW CENTURY TRS HOLDINGS, INC.**
**CASE NO. 07-10416-KJC**

**LIST OF RESIDENTIAL CAPITAL MORTGAGES**

| # | RESCAP LOAN NO. | STREET ADDRESS | CITY | ST | ZIP | RESCAP MTG BK/PG | APPROX. DEBT | ESTIMATED PROPERTY VALUE | # |
|---|---|---|---|---|---|---|---|---|---|
| 63 | 7441009347 | 5310 S WOOD STREET | CHICAGO | IL | 60609 | 6034/1069 | $230,000.00 | $215,584.96 | 63 |
| 64 | 7441076759 | 1678 HEATHER HILL DRIVE | SAN JACINTO | CA | 92583 | 2005-1019809 | $380,000.00 | $293,889.15 | 64 |
| 65 | 7441083219 | 84 OLD MILL ROAD | WALLKILL | NY | 12589 | 11989/368 | $345,000.00 | $285,616.66 | 65 |
| 66 | 7441084001 | 4100 BLUE GILL AVENUE | WAUSAU | WI | 54401 | 1434356 | $173,000.00 | $155,747.26 | 66 |
| 67 | 7441084621 | 14179 POLLY COURT | HELENDALE | CA | 92342 | 2005-0968324 | $425,000.00 | $349,875.06 | 67 |
| 68 | 7441088689 | 5923 SANDBURG DR | NORTH FORT MYERS | FL | 33903 | 2006000040717 | $274,000.00 | $239,431.13 | 68 |
| 69 | 7441088887 | 4309 DEAMES ST | PLANO | IL | 60545 | 200600002640 | $160,000.00 | $148,524.98 | 69 |
| 70 | 7441090958 | 16058 TULSA STREET | LOS ANGELES | CA | 91344 | 06 0187515 | $590,000.00 | $493,064.20 | 70 |
| 71 | 7441091154 | 35 BARONS VIEW CT | EL SOBRANTE | CA | 94803 | 2006-0027005-00 | $540,000.00 | $456,104.76 | 71 |
| 72 | 7441093465 | 2623 ELLENBROOK DRIVE | RANCHO CORDOVA | CA | 95670 | 20060130/2439 | $349,000.00 | $293,543.83 | 72 |
| 73 | 7441093606 | 1215 EAST LOCUST AVENUE | ORANGE | CA | 92867 | 2006000062411 | $695,000.00 | $599,231.62 | 73 |
| 74 | 7441094778 | 4808 EAST AVENUE R-12 | PALMDALE | CA | 93552 | 06-0213354 | $310,000.00 | $259,882.39 | 74 |
| 75 | 7441095122 | 10-12 ELLIS STREET 12-1 | HYDE PARK | MA | 02136 | 38932/179 | $360,000.00 | $314,397.86 | 75 |
| 76 | 7442047361 | 536 YOSEMITE DRIVE | TRACY | CA | 95376 | 2006-204283 | $415,000.00 | $350,637.08 | 76 |
| 77 | 7442047890 | 7250 FRANKLIN AVENUE 603 | LOS ANGELES | CA | 90046 | 06 2134194 | $575,000.00 | $485,790.67 | 77 |
| 78 | 7442051389 | 202 BRUSHWOOD PLACE | BRENTWOOD | CA | 94513 | 2006-0297265-00 | $512,000.00 | $434,986.69 | 78 |
| 79 | 7442155933 | 100-16 31ST AVE | EAST ELMHURST | NY | 11369 | 2006000369613 | $850,000.00 | $747,839.79 | 79 |
| 80 | 7655514511 | 2017 SOUTH MOLERA DRIVE | SANTA MARIA | CA | 93454 | 2004-0113708 | $485,000.00 | $412,469.82 | 80 |