# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant: Deutsche Bank Trust Company Americas, formerly known as Bankers's Trust Company, as Trustee and Custodian for Morgan Stanley ABS Capital I Inc. MSAC 2007-NC1*

*D&G Reference 212173*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000273008 | Ritter | 1/25/2007 | 476,000.00 | 476,000.00 | 491,607.52 | 17804 Arbor Haven Drive, Tampa, FL 33647 |
| 2000266253 | Someeillan | 8/31/2006 | 293,550.00 | 317,669.75 | 285,000.00 | 14463 SW 138th Court, Miami, FL 33186 |