# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
Movant: LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2007-HE1
D&G Reference: 212176

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000208304 | Holiday | 8/1/2006 | 488,000.00 | 522,286.79 | 460,000.00 | 1414 San Bernardino Ave., Spring Valley, CA 91977 |
| 2000206387 | Shejaeya | 7/28/2006 | 112,000.00 | 119,706.06 | 110,950.00 | 5150 N 83rd Street, Milwaukee, WI 53218 |