UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC.,
et al.,
      Debtors.

Case No. 07-10416-KJC
Chapter 11

Jointly Administered

Ref. No. 4746

_____/

**ORDER ALLOWING BARCLAYS CAPITAL REAL ESTATE, INC.
DBA HOMEQ SERVICING TO USE LIMITED POWERS OF ATTORNEY**

UPON CONSIDERATION of the Motion for Relief from Stay to Allow Use of Limited Powers of Attorney (Doc. #4746), filed by Barclays Capital Real Estate, Inc., d/b/a/ HomEq Servicing ("HomEq"), and the Certification of Counsel as to no opposition to said motion, it is

ORDERED that:

1. The motion is granted.

2. The Automatic Stay is modified to the extent necessary to permit HomEq to exercise the powers granted in the Limited Powers of Attorney described in the motion.

Dated: Feb 19, 2008

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

07-05978.SRO