UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          *
                                                        Case No. 07-10416-KJC
NEW CENTURY TRS HOLDINGS, INC.,    *    (Chapter 11)
a Delaware corporation, *et al.*,
                        Debtor            *
                                          ***********
JP MORGAN CHASE, AS TRUSTEE ,       *
c/o SELECT PORTFOLIO SERVICING,
INC.,                                            *
                        Movant,

                                                 *

        v.                                       *

                                                 *
NEW CENTURY TRS HOLDING, Inc., et al
                        Debtor            *

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## <u>CERTIFICATE OF SERVICE</u>

        I HEREBY CERTIFY that on February 19, 2008, copies of the foregoing Motion

for Relief from Automatic Stay Under § 361 of the Bankruptcy Code (with Exhibit A);

Notice of Motion; and proposed Order were served upon the parties listed on the below in

the manner stated:

VIA US MAIL
New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

VIA US MAIL
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodeny Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

VIA US MAIL
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

VIA US MAIL
United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
*U.S. Trustee*

VIA US MAIL
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

VIA US MAIL
Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

Respectfully submitted,

WITTSTADT & WITTSTADT, P.A.

/s/ *Lisa R. Hatfiled*
Lisa R. Hatfield (DE No. 4967)
284 East Main Street
Newark, Delaware 19711
(302) 444-4602
(866) 503-4930 (toll free)