# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: JP Morgan Chase Bank as Trustee for IMC Home Equity Loan Trust 1998-3

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 3016987376 | Landreaux | Feb. 4, 1998 | $69,500 | $80,095.45 | $78,000 | 54 Carrol Drive, Sumter, SC 29150 |
| 7883002 | Nnoruka | Feb. 24, 2005 | $275,920 | $280,960.97 | $277,500 | 9338 Laguna Pointe Wy |
| 8224404 | Brenneman | Ap. 13, 2005 | $71,000 | $75,683.77 | $70,000 | 2018 E 34th Street, Tucson, AZ 85713 |
| 3966694 | Lamarre | Jun. 7, 2002 | $184,000 | $32,068.93 | $230,000 | 55 Prospect Avenue, Township of Irvington, NJ 07111 |
| 2943009 | Crouch | Jul. 25, 2001 | $66,600 | $85,326.18 | $59,900 | 109 N Cumberland, Sheridan, AR 72150 |
| 8227225 | Bryant | Ap. 18, 2005 | $200,000 | $226,667.38 | $245,000 | 16006 Stags Leap Drive, Lutz, FL 33559 |
| 2018123790 | Taylor | Sept. 30 1995 | $72,000 | $69,980.70 | $126,000 | 506 Clarendon Avenue, Vineland Ct. NJ 08360 |
| 3978749 | Cuevas | Sept. 24, 2002 | $71,500 | $74,082.08 | $121,000 | 356 58th Street, NW, Albuquerque, NM 87105 |
| 8256604 | Dee | Apr. 4, 2005 | $165,360 | $176,050.59 | $239,000 | 36 Hubbells Corner, Roxbury, NY 12474 |
| 10709707 | Itacy | Jan. 10, 2007 | $498,400 | $526,643.94 | $400,000 | 580 Champlain Avenue, West Hempstead, NY 11552 |
| 8233462 | Centz | Mar. 24, 2005 | $151,040.00 | $159,844.95 | $195,000 | 1136 East 130th Avenue, B, Thornton, CO 80241 |
| 10474112 | Glackin | Ju. 24, 2006 | $540,000 | $581,862.70 | $500,000 | 2817 NE 24th Avenue, Portland, OR 97212 |
| 9376088 | Anthony | Feb. 14, 2006 | $241,600 | $255,402.33 | $285,000 | 74035 Catalina Wy. Palm Desert, CA 92260 |
| 8229833 | Seiders | Apr. 15, 2005 | $300,000 | $314,938.97 | $325,000 | 2202 Iris Wy., Fort Meyers, FL 33905 |