IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : Jointly Administered |
| Debtors. | : |
| | : Proposed Hearing Date: 3/5/08 at 1:30 p.m. |
| | : Proposed Objection Deadline: 2/27/08 at 4:00 p.m. |
| | : Re: Docket No. 4986 |

**DEBTORS' MOTION TO SHORTEN NOTICE AND OBJECTION PERIODS FOR "DEBTORS' MOTION PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019(a) APPROVING A SETTLEMENT BETWEEN THE DEBTORS, POSITIVE SOFTWARE SOLUTIONS, INC. AND EDWARD MANDEL AND GRANTING RELATED RELIEF"**

The above captioned debtors and debtors in possession (the "Debtors") hereby move the Court for an order pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") shortening the notice and objection periods (the "Motion to Shorten") for the *Debtors' Motion to Shorten Notice and Objection Periods for "Debtors' Motion Pursuant to*

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

*Section 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a) Approving a Settlement Between the Debtors, Positive Software Solutions, Inc. and Edward Mandel and Granting Related Relief"* [Docket No. 4986] (the "Underlying Motion"). A copy of the Underlying Motion is attached hereto as Exhibit A. In support of this Motion to Shorten, the Debtors respectfully represent as follows:

### Relief Requested

1. Bankruptcy Rule 2002(a)(2), read in conjunction with Local Rule 9006-1(e), requires that a motion proposing the sale or lease of property of the estate other than in the ordinary course of business be filed and served at least twenty (20) days prior to the proposed hearing date unless the court for cause shown shortens the time or directs another method of giving notice. Similarly, Bankruptcy Rule 2002(a)(3), read in conjunction with Local Rule 9006-1(e), requires that a motion proposing a hearing on the approval of a compromise or settlement other than the approval of an agreement pursuant to Bankruptcy Rule 4001(d) be filed and served at least twenty (20) days prior to the proposed hearing date unless the court for cause shown shortens the time or directs another method of giving notice.

2. The Debtors respectfully request that the Court enter an order permitting the Underlying Motion be heard at the omnibus hearing (and Disclosure Statement hearing) on March 5, 2007 at 1:30 p.m. (Eastern Standard Time) (the "March 5 Hearing") and establishing the objection deadline for the Underlying Motion as February 27, 2007 at 4:00 p.m. (Eastern Standard Time). The Debtors intend to provide notice of the Underlying Motion via e-mail and overnight mail to the Applicable Parties (as defined at ¶ 4 below) other than category (viii) thereof, and by overnight mail to Applicable Parties in category (viii).

3. The basis for the request for expedited treatment of the Underlying Motion is twofold. First, because the Underlying Motion resolves four separate proofs of claim of $580 million each, it will be helpful to have a ruling on the Underlying Motion in conjunction with the hearing on the approval of the Disclosure Statement, which is also set for the March 5 Hearing. Second, Positive Software Solutions, Inc. ("PSSI") has requested that the Debtors file this Motion to Shorten because PSSI has a need for immediate relief with respect to the Waiver[2] contemplated by the Settlement Agreement, given that it intends to use the documents it will obtain through the Waiver at an upcoming hearing in the Texas District Court.

4. Notice of the Underlying Motion has been provided in the method specified in ¶ 2, supra, to: (i) the Office of the United States Trustee for the District of Delaware, (ii) counsel to the Official Committee of Unsecured Creditors, (iii) the Examiner appointed in these Chapter 11 cases, (iv) counsel to PSSI, (v) Susman Godfrey, (vi) Susman Godfrey's counsel, (vii), counsel to the other defendants in the 2003 Litigation, Frank Nese and Jeff Lemieux, and (viii) all parties which have requested notice pursuant to Bankruptcy Rule 2002 (the "Applicable Parties"). In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Underlying Motion

3

WHEREFORE, the Debtors respectfully request the entry of an order in the form appended hereto as Exhibit B: (i) permitting the Underlying Motion to be heard at the March 5 Hearing; (ii) establishing the objection deadline for the Underlying Motion as February 27, 2008 at 4:00 p.m. (Eastern Standard Time); and (iii) granting such other and further relief as may be just and proper.

Dated: February 19, 2008
Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. Samis/*

Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION