# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | |

**ORDER GRANTING DEBTORS' MOTION TO SHORTEN NOTICE AND OBJECTION PERIODS FOR "DEBTORS' MOTION PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019(a) APPROVING A SETTLEMENT BETWEEN THE DEBTORS, POSITIVE SOFTWARE SOLUTIONS, INC. AND EDWARD MANDEL AND GRANTING RELATED RELIEF"**

This matter coming before the Court on the *Debtors' Motion to Shorten Notice and Objection Periods for "Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a) Approving a Settlement Between the Debtors, Positive Software Solutions, Inc. and Edward Mandel and Granting Related Relief"* (the "Motion to Shorten") for *Debtors' Motion to Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a) Approving a Settlement Between the Debtors, Positive Software Solutions, Inc. and Edward Mandel and Granting Related Relief* [Docket No. 4986] (the "Underlying Motion") filed by the above captioned debtors and debtors in possession (the "Debtors"); the Court having

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc ), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R E O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R E O III Corp , a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

reviewed the Motion to Shorten; the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and the Court having determined that the legal and factual basis set forth in the Motion to Shorten establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion to Shorten is in the best interests of the Debtors' estates; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1.     The Motion to Shorten is GRANTED.

2.     Capitalized terms not otherwise defined herein have the meanings given to them in the Motion to Shorten.

3.     The hearing to consider the Underlying Motion shall be held on **March 5, 2008 at 1:30 p.m. (Eastern Standard Time).**

4.     The deadline to file objections to the Underlying Motion shall be **February 27, 2008 at 4:00 p.m. (Eastern Standard Time).**

5.     This Court shall retain jurisdiction with respect to any matters related to or arising from the implementation of this Order.

Dated: February ___, 2008
      Wilmington, Delaware

                    _____
                    THE HONORABLE KEVIN J. CAREY
                    UNITED STATES BANKRUPTCY JUDGE

2