UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., et al., | (Jointly Administered) |
| Debtors. | |
| | Hrg Date: 3/25//08 @ 1:30 p.m. |
| _____/ | Objection Deadline: 3/18/08 |

**COUNTRYWIDE HOME LOANS, INC.'S MOTION
FOR RELIEF FROM STAY WITH REGARD TO PROPERTY
AT 2611 QUARTERDECK COURT, KISSIMMEE, FLORIDA**

COMES NOW Countrywide Home Loans, Inc., it's successors and/or assigns ("Countrywide"), by and through its undersigned attorney, as and for its Motion for Relief from Stay, and states:

1.  Countrywide seeks to initiate foreclosure proceedings against property at 2611 Quarterdeck Court, Kissimmee, FL 34743, legally described as:

    **Lot 6, Saratoga Park, as per Plat thereof, recorded in Plat Book 10, Pages 123, 124 and 125, of the Public Records of Osceola County, Florida.**

2.  According to the Public Records of Osceola County, Florida, New Century Mortgage Corporation, holds inferior mortgages on the property.

3.  A copy of Countrywide's mortgage, recorded in Official Records Book 2582, at Page 1, of the Public records of Osceola County, Florida is attached hereto as Exhibit A.

4.  Said mortgage is in default and Countrywide is prevented from enforcing its rights under state law by virtue of the automatic stay.

5.  Debtor's mortgages are recorded in Official Records Book 2817, at Page 1632 and

1

Official Records Book 2817, at Page 1657, of the Public Records of Osceola County, Florida.

6. Debtor has no defenses to the priority of Countrywide's mortgage nor any defense to foreclosure thereof.

7. Countrywide is not seeking any affirmative relief from the Debtor but is seeking to foreclose the mortgage on the aforementioned property wherein the Debtor holds junior liens.

8. The approximate amount due Countrywide is $55,000.00.

9. According to the Osceola County appraiser the market value of the property is $236,877.00.

WHEREFORE, Countrywide prays for an order lifting the stay.

LAW OFFICES OF DAVID J. STERN, P.A.
801 S. University Drive Suite 500
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna

Dated: February 20, 2008

FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com