## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC.,
et al.,

        Debtors.

Case No. 07-10416-KJC
Chapter 11

Motion No: 4990

**Objections due by: 3/18/08**
**Hrg Date: 3/25/08 @1:30 p.m.**

### NOTICE OF MOTION OF COUNTRYWIDE HOME LOANS
### FOR RELIEF FROM STAY UNDER SECTION 362 OF THE
### BANKRUPTCY CODE

TO:

| | |
|---|---|
| New Century TRS Holdings<br>18400 Von Karman Ave.<br>Irvine, CA 92612<br>Debtor | United States Trustee<br>844 King St., Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Attorneys for the Debtor<br><br>Suzanne S. Uhland, Esq.<br>Ben S. Logan, Esq.<br>O'Melveny & Myers, LLP<br>275 Battery St.<br>San Francisco, CA 94111<br>Attorneys for the Debtor | Bonnie Glantz Fatell, Esq.<br>David W. Carickhoff, Jr., Esq.<br>Blank Rome, LLP<br>1201 Market St., 800<br>Wilmington, DE 19801<br>Attorneys for the Official Committee of<br>Unsecured Creditors<br><br>Mark T. Power, Esq<br>Mark S. Indelicato, Esq.<br>488 Madison Ave.<br>14th & 15th Floor<br>New York, NY 10022<br>Attorneys for the Official Committee of<br>Unsecured Creditors |

Countrywide Home Loans has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to foreclose on certain real property in which the above-captioned Debtor may hold an interest. A copy of the mortgage of the real property to which the motion relates is attached to the Motion for Relief.

1

A HEARING ON THE MOTION WILL BE HELD ON MARCH 5, 2008 at 1:30 pm

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the motion at least 5 business days before the above hearing date.

At the same time you must also serve a copy of the response upon movant's attorney:

**Law Offices of David J. Stern, PA**
**Frederic J. DiSpigna, Esq.**
**800 S. University Dr. Suite 500**
**Plantation, FL 33324**
**954-233-8000**

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the properties and the extent and validity of any security instrument.

/S/ Frederic J. DiSpigna
_____
FREDERIC J. DISPIGNA, ESQ.
Florida Bar Number 345539