# **EXHIBIT A**

RLF1-3255022-1

11th Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

# Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Boston Water & Sewer Commission Billing & Collections 980 Harrison Boston, MA 02119 | 07-10416 | 1890 | $1,459.93 | $0.00 | $0.00 | $0.00 | $1,459.93 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Coastal Construction Corp 22 Depot St P O Box 1644 Duxbury, MA 02331 | 07-10416 | 3250 | $0.00 | $0.00 | $0.00 | $117,043.00 | $117,043.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Comed Comed Co 2100 Swift Dr Oakbrook, IL 60523 | 07-10416 | 467 | $0.00 | $0.00 | $0.00 | $12,731.05 | $12,731.05 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Commission of Finance 22 Market St Poughkeepsie, NY 12603 | 07-10416 | 3440 | $2,559.53 | $0.00 | $0.00 | $0.00 | $2,559.53 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Commonwealth of Massachusetts PO Box 9564 Boston, MA 02114-9554 | 07-11043 | 3490 | $0.00 | $0.00 | $472.39 | $34.20 | $506.59 |
| **Comments:** The Debtors have filed the requisite tax returns | | | | | | | |
| Contract Floors Inc James R Gillespie Pa 300 West Myrtle Ste 100 Boise, ID 83702 | 07-10419 | 1967 | $24,955.36 | $0.00 | $0.00 | $0.00 | $24,955.36 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| County Of Hawaii Department Of Finance 101 Pauahi St Ste 4 Hilo, HI 96720-4224 | 07-10416 | 3478 | $1,836.34 | $0.00 | $0.00 | $0.00 | $1,836.34 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Crestwood Behavioral Health Inc 520 Capitol Mall Sacramento, CA 95814 | 07-10419 | 2337 | $0.00 | $0.00 | $0.00 | $60,304.21 | $60,304.21 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Dutchess County 22 Market St Poughkeepsie, NY 12601 | 07-10416 | 3383 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by its Debtors | | | | | | | |

11th Omnibus Objection

**Exhibit A**
**Books and Records - Ordered**

In re: New Century TRS Holdgs, Inc. Et al.,
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Everman Independent School District<br>c/o Ray Wood & Bonilla PO Box 165001<br>Austin, TX 78716 | 07-10416 | 3502 | $9,632.40 | $0.00 | $0.00 | $0.00 | $9,632.40 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Executive Management Recruiters<br>30251 Golden Lantern Ste E34<br>Laguna Niguel, CA 92677 | 07-10416 | 2053 | $0.00 | $0.00 | $0.00 | $212,500.00 | $212,500.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Foothills Self Storage<br>4555 N First Ave<br>Tucson, AZ 85718 | 07-10421 | 1264 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Greenville Independent School District<br>c/o Perdue Brandon Fielder Collins & Mott LLP PO Box 2007<br>Tyler, TX 75710-2007 | 07-10416 | 3401 | $3,854.88 | $0.00 | $0.00 | $0.00 | $3,854.88 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Gwinnett County Tax Commissioner<br>PO Box 372<br>Lawrenceville, GA 30046 | 07-10419 | 3480 | $0.00 | $0.00 | $1,439.28 | $0.00 | $1,439.28 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| H Strobl Realty Inc Steven J Bednorowski<br>3717 W Capitol Dr<br>Appleton, WI 54914 | 07-10416 | 279 | $0.00 | $0.00 | $2,930.02 | $0.00 | $2,930.02 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Hexion Quality Llc End User<br>12204 Garnet Ave Ste 102<br>San Diego, CA 92109 | 07-10419 | 2245 | $0.00 | $0.00 | $0.00 | $869,294.00 | $869,294.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| James Flagg<br>Po Box 1764<br>Lake Isabella, CA 93240 | 07-10416 | 1712 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| JuJsam Jsd<br>8812 Shin Oak Dr<br>San Antonio, TX 78233 | 07-10419 | 3485 | $2,278.39 | $0.00 | $0.00 | $0.00 | $2,278.39 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

11th Omnibus Objection

Case 07-10416-BLS    Doc 4993-1    Filed 02/20/08    Page 4 of 19

In re: New Century TRS Holdgs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | To Be Expunged Claim Amount | | | Total |
|---|---|---|---|---|---|---|---|
| | | | | Admin | Priority | Unsecured | |
| Kim Hill<br>9756 Dos Palos Ln<br>Sebastopol, CA 95472 | 07-10421 | 3445 | $0.00 | $0.00 | $21,900.00 | $28,100.00 | $50,000.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| LandAmerica Default Service Company<br>405 N King St 8th Fl<br>Wilmington, DE 19899 | 07-10431 | 1791 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| LandAmerica Default Service Company<br>405 N King St 8th Fl<br>Wilmington, DE 19899 | 07-10426 | 1825 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| LandAmerica Default Service Company<br>405 N King St 8th Fl<br>Wilmington, DE 19899 | 07-10429 | 1830 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| LandAmerica Default Service Company<br>405 N King St 8th Fl<br>Wilmington, DE 19899 | 07-10430 | 2022 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| LandAmerica Default Service Company<br>405 N King St 8th Fl<br>Wilmington, DE 19899 | 07-10423 | 1828 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| LandAmerica Default Service Company<br>405 N King St 8th Fl<br>Wilmington, DE 19899 | 07-10428 | 1827 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| LandAmerica Default Service Company<br>405 N King St 8th Fl<br>Wilmington, DE 19899 | 07-10422 | 1802 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| LandAmerica Default Service Company<br>405 N King St 8th Fl<br>Wilmington, DE 19899 | 07-10424 | 1807 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

11th Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| LandAmerica Default Service Company<br>405 N King St 8th Fl<br>Wilmington, DE 19899 | 07-10425 | 1824 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| **Comments:** The Debtors have no record of this liability in their Books and Records. ||||||||
| LandAmerica Default Service Company<br>405 N King St 8th Fl<br>Wilmington, DE 19899 | 07-10427 | 1805 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| **Comments:** The Debtors have no record of this liability in their Books and Records. ||||||||
| LandAmerica Default Service Company<br>405 N King St 8th Fl<br>Wilmington, DE 19899 | 07-10421 | 2020 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| **Comments:** The Debtors have no record of this liability in their Books and Records. ||||||||
| LandAmerica Default Services Company<br>405 N King St 8th Fl<br>Wilmington, DE 19899 | 07-10420 | 1808 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| **Comments:** The Debtors have no record of this liability in their Books and Records. ||||||||
| LandAmerica Default Services Company<br>405 N King St 8th Fl<br>Wilmington, DE 19899 | 07-10416 | 1806 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| **Comments:** The Debtors have no record of this liability in their Books and Records. ||||||||
| LandAmerica Default Services Company<br>405 N King St 8th Fl<br>Wilmington, DE 19899 | 07-10417 | 1829 | $0.00 | $0.00 | $0.00 | $815,042.62 | $815,042.62 |
| **Comments:** The Debtors have no record of this liability in their Books and Records. ||||||||
| Leslie K Hill dba Farallon Enterprises<br>7756 Dos Palos Ln<br>Sebastopol, CA 95472 | 07-10415 | 401 | $0.00 | $0.00 | $14,500.00 | $10,500.00 | $25,000.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records. ||||||||
| Leslie K Hill dba Farallon Enterprises<br>7756 Dos Palos Ln<br>Sebastopol, CA 95472 | 07-10416 | 60 | $0.00 | $0.00 | $21,900.00 | $28,100.00 | $50,000.00 |
| **Comments:** Claim subject to previous objection and order of the Court. Order entered reclassifying and reducing claim from original amount shown above to $50,000.00 Unsecured ||||||||
| LexisNexis A Div of Reed Elsevier Inc<br>9443 Springboro Pike<br>Miamisburg, OH 45342 | 07-10416 | 3503 | $0.00 | $0.00 | $0.00 | $126,442.32 | $126,442.32 |
| **Comments:** The Debtors have no record of this liability in their Books and Records. ||||||||

11th Omnibus Objection

In re: New Century TRS Hldgs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount ||||  Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Lois F Lubsin<br>23510 Alena Dr<br>Boca Raton, FL 33433 | 07-10416 | 3374 | $0.00 | $0.00 | $3,564.00 | $0.00 | $3,564.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records |||||
| Mcgreen Real Estate Office Building Lc<br>1501 Kasold Dr<br>Lawrence, KS 66047 | 07-10419 | 1244 | $0.00 | $0.00 | $0.00 | $12,000.00 | $12,000.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records |||||
| MF Services Inc<br>1848 Norwood Plaza Ste 205<br>Hurst, TX 76054 | 07-10416 | 1309 | $0.00 | $0.00 | $0.00 | $14,423.31 | $14,423.31 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records |||||
| Missouri Department of Revenue<br>Box 475<br>Jefferson City, MO 65105 | 07-10417 | 3452 | $0.00 | $0.00 | $212,596.78 | $31,876.80 | $244,473.58 |
| Comments: | | | The Debtors have filed the requisite tax returns |||||
| Missouri Department of Revenue<br>Box 475<br>Jefferson City, MO 65105 | 07-10419 | 3422 | $0.00 | $0.00 | $86,964.80 | $0.00 | $86,964.80 |
| Comments: | | | The Debtors have filed the requisite tax returns |||||
| Nampa & Meridian Irrigation District<br>PO Box 2373<br>Boise, ID 83701 | 07-10416 | 3379 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records |||||
| Neil Ian Bad1<br>23643 Walters Ct<br>Laguna Niguel, CA 92677 | 07-10416 | 3513 | $0.00 | $0.00 | $9,000.00 | $0.00 | $9,000.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records |||||
| New Castle Holding Llc<br>PO Box 706115<br>Cincinnati, OH 45270-6115 | 07-10421 | 2429 | $0.00 | $0.00 | $0.00 | $134,507.40 | $134,507.40 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records |||||
| New York State Department of Taxation and Finance<br>PO Box 5300<br>Albany, NY 12205-0300 | 07-10419 | 3459 | $0.00 | $0.00 | $120,783.36 | $0.00 | $120,783.36 |
| Comments: | | | The Debtors have filed the requisite tax returns |||||

11th Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Pasadena Independent School District Attn Dexter D Joyner or C Austin 4701 Orenton Ave Pasadena, TX 77505 | 07-10416 | 3514 | $1,688.85 | $0.00 | $0.00 | $0.00 | $1,688.85 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Reliant Energy PO Box 1409 Houston, TX 77251-1409 | 07-10421 | 685 | $0.00 | $0.00 | $0.00 | $16,892.23 | $16,892.23 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Revenue Commissioner Morgan County PO Box 969 Decatur, AL 256-351-4886 | 07-10416 | 3454 | $25.37 | $0.00 | $0.00 | $0.00 | $25.37 |
| **Comments:** The Debtors have filed the requisite tax returns | | | | | | | |
| SBS Investments LLC 2701 West Sixth St Lawrence, KS 66049 | 07-10419 | 1212 | $0.00 | $0.00 | $0.00 | $28,680.00 | $28,680.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Shabbir A Kahn San Joaquin County Tax Collector PO Box 2169 Stockton, CA 95201-2169 | 07-10416 | 3378 | $15,555.66 | $0.00 | $0.00 | $0.00 | $15,555.66 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Stanislaus County Tax Collector PO Box 859 Modesto, CA 95353 | 07-10416 | 3461 | $13,655.48 | $0.00 | $0.00 | $140,100.00 | $13,655.48 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Story Point East LP 919 Market St Ste 600 PO Box 2087 Wilmington, DE 19899 | 07-10416 | 1570 | $0.00 | $0.00 | $0.00 | $140,100.00 | $140,100.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| The Irvine Company 110 Newport Center Dr Ste 100 Newport Beach, CA 92660 | 07-10419 | 2362 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Tricex America Inc PO Box 8100 Sfla San Francisco, CA 94128 | 07-10416 | 877 | $0.00 | $0.00 | $27,425.98 | $0.00 | $27,425.98 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |

11th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Webb Mason<br>10850 Gilroy Rd<br>Hunt Valley, MD 21031 | 07-10423 | 340 | $0.00 | $0.00 | $0.00 | $234,176.92 | $234,176.92 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Claims To Be Expunged Totals | | 55 | $79,502.19 | $0.00 | $523,476.61 | $13,498,302.12 | $14,101,280.92 |

# EXHIBIT B

11th Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

## Exhibit B
### Equity Claims - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Filed Claim Amount Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Arnold C Goldstein<br>11380 Ohanu Circle<br>Boynton Beach, FL 33437 | 07-10417 | 698 | $0.00 | $0.00 | $0.00 | $230,008.00 | $230,008.00 |
| Brister Pamela Marie<br>15015 Zieglinde<br>Lake Elsinore, CA 92530 | 07-10421 | 3521 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Marcin C Goldstein<br>11380 Chapel Circle<br>Boynton Beach, FL 33437 | 07-10417 | 679 | $0.00 | $0.00 | $0.00 | $182,476.00 | $182,476.00 |
| Nancy Moreland<br>1715 Congress Ave<br>Dallas, TX 75219 | 07-10416 | 2242 | $0.00 | $0.00 | $74,966.00 | $0.00 | $74,966.00 |
| Patrick J Moloney<br>173 Oak Tree Rd<br>Tappan, NY 10983 | 07-10416 | 696 | $0.00 | $0.00 | $260.94 | $0.00 | $260.94 |
| Ricky J Allen Virginia E Allen<br>10197 Wagner Crk Rd<br>Triest, OR 97540 | 07-10419 | 3631 | $0.00 | $0.00 | $0.00 | $2,076.00 | $2,076.00 |
| The Commerce Insurance Company<br>The Commerce Group Inc 211 Main St<br>Webster, MA 01570 | 07-10416 | 2164 | $0.00 | $0.00 | $0.00 | $7,860,000.00 | $7,860,000.00 |
| The Depository Trust Company<br>25 Highgate Rd<br>Wellesley, MA 02481 | 07-10416 | 3597 | $0.00 | $0.00 | $0.00 | $3,772.00 | $3,772.00 |
| Thomas J Bellman<br>4311 Minute Man Dr<br>Cincinnati, OH 45245 | 07-10417 | 3750 | $0.00 | $0.00 | $0.00 | $12,589.42 | $12,589.42 |

Page 1

11th Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

# Exhibit B
## Equity Claims - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | | Filed Claim Amount | | |
| Claims To Be Expunged Totals | | 9 | $0.00 | $0.00 | $75,226.94 | $8,390,921.42 | $8,366,148.36 |

Page 2

# **EXHIBIT C**

11th Omnibus Objection

## Exhibit C
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| 8903 Griffing Associates Llc<br>185 Old County Rd Ste 5<br>Riverhead, NY 11901 | 07-10416 | 3226 | $0.00 | $13,348.00 | $0.00 | $159,620.00 | $172,968.00 | $0.00 | $13,348.00 | $0.00 | $79,000.00 | $92,348.00 |
| Comments: Claim should be reduced and allowed in accordance with Sections 502(b)(6) of the Bankruptcy Code ||||||||||||| 
| Al Dumas<br>2000 Weber St<br>Sarasota, FL 34239 | 07-10416 | 1372 | $0.00 | $0.00 | $2,577.59 | $0.00 | $2,577.59 | $0.00 | $0.00 | $0.00 | $2,577.59 | $2,577.59 |
| Comments: No Basis for Priority Status |||||||||||||
| Baute & Tidus Llp<br>777 S Figueroa St Ste 4900<br>Los Angeles, CA 90017 | 07-10416 | 2924 | $0.00 | $0.00 | $2,775.42 | $0.00 | $2,775.42 | $0.00 | $0.00 | $0.00 | $2,775.42 | $2,775.42 |
| Comments: No Basis for Priority Status |||||||||||||
| Baroom & Shapiro Suspended Effective 8/5/05 Until Further Notice<br>4620 Fairmont Pkwy Ste 109<br>Pasadena, TX 77504 | 07-10416 | 2166 | $0.00 | $0.00 | $4,358.77 | $0.00 | $4,358.77 | $0.00 | $0.00 | $0.00 | $4,358.77 | $4,358.77 |
| Comments: No Basis for Priority Status |||||||||||||
| Cash Fast Finance Llc<br>2800 N 44th St Ste 100<br>Phoenix, AZ 85008 | 07-10419 | 1961 | $0.00 | $0.00 | $0.00 | $1,746,594.00 | $1,746,594.00 | $0.00 | $0.00 | $0.00 | $84,619.15 | $84,619.15 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||
| Enico Press<br>PO Box 40335<br>Houston, TX 77240-0335 | 07-10421 | 1125 | $0.00 | $0.00 | $0.00 | $62,724.08 | $62,724.08 | $0.00 | $0.00 | $0.00 | $43,474.03 | $43,474.03 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||
| Gary Kenter<br>14300 452 Manchester Blvd<br>Inglewood, CA 90305 | 07-10419 | 987 | $0.00 | $0.00 | $3,600.00 | $0.00 | $3,600.00 | $0.00 | $0.00 | $0.00 | $3,600.00 | $3,600.00 |
| Comments: No Basis for Priority Status |||||||||||||
| Gateway Mortgage Group<br>6910 East 14th St<br>Tulsa, OK 74112 | 07-10419 | 3192 | $0.00 | $0.00 | $0.00 | $178,763.15 | $178,763.15 | $0.00 | $0.00 | $0.00 | $7,163.15 | $7,163.15 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||
| Idm Corporation<br>3100 New York Dr Ste 100<br>Pasadena, CA 91107 | 07-10416 | 775 | $0.00 | $0.00 | $0.00 | $25,361.20 | $25,361.20 | $0.00 | $0.00 | $0.00 | $22,644.20 | $22,644.20 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||

# Exhibit C
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdco, Inc., et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| 19C Enterprises Inc<br>6065 El Camino Real 105-639<br>Carlsbad, CA 92009 | 07-10421 | 1837 | $0.00 | $0.00 | $0.00 | $15,750.00 | $15,750.00 | $0.00 | $0.00 | $0.00 | $15,550.00 | $15,550.00 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||
| Guistyam Associati Esq<br>6046 Hamlin St No 5<br>Reseda, CA 91335 | 07-10416 | 723 | $0.00 | $0.00 | $19,500.00 | $0.00 | $19,500.00 | $0.00 | $0.00 | $0.00 | $19,500.00 | $19,500.00 |
| **Comments:** No Basis for Priority Status |||||||||||||
| Metropolitan Home Mortgage Inc<br>Pk Plaza Ste 800<br>Irvine, CA 92614 | 07-10419 | 2103 | $37,427.50 | $0.00 | $0.00 | $0.00 | $37,427.50 | $0.00 | $0.00 | $0.00 | $37,427.50 | $37,427.50 |
| **Comments:** No Basis for Secured Status |||||||||||||
| Mg Rentals Inc<br>19145 Dominguez Ste J<br>Carson, CA 90746-3556 | 07-10416 | 816 | $0.00 | $0.00 | $948.00 | $0.00 | $948.00 | $0.00 | $0.00 | $0.00 | $948.00 | $948.00 |
| **Comments:** No Basis for Priority Status |||||||||||||
| New York Life Insurance Company<br>33329 Network Pl<br>Chicago, IL 60673-1233 | 07-10421 | 2251 | $0.00 | $0.00 | $18,221.35 | $0.00 | $18,221.35 | $0.00 | $0.00 | $0.00 | $18,221.35 | $18,221.35 |
| **Comments:** No Basis for Priority Status |||||||||||||
| Pacific Mutual Funding<br>9020 Saturn St Ste 100<br>Brea, CA 92821 | 07-10419 | 281 | $0.00 | $0.00 | $43,950.20 | $0.00 | $43,950.20 | $0.00 | $0.00 | $0.00 | $43,950.20 | $43,950.20 |
| **Comments:** No Basis for Priority Status |||||||||||||
| Koch Staffing Companies dba Ultimate Staffing Services<br>333 City Blvd W Ste 100<br>Orange, CA 92868 | 07-10419 | 95 | $0.00 | $0.00 | $0.00 | $29,610.31 | $29,610.31 | $0.00 | $0.00 | $0.00 | $26,047.46 | $26,047.46 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||||
| Saupico & Burson LLP<br>3135 Lee Jackson Hwy Ste 201<br>Fairfax, VA 22033 | 07-10419 | 3132 | $0.00 | $0.00 | $2,650.38 | $0.00 | $2,650.38 | $0.00 | $0.00 | $0.00 | $2,650.38 | $2,650.38 |
| **Comments:** No Basis for Priority Status |||||||||||||
| Stewart Advisors Inc<br>4314 Stanford St<br>Houston, TX 77006 | 07-10421 | 1226 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| **Comments:** No Basis for Priority Status |||||||||||||

11th Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

# Exhibit C
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount |||| Reduced/Reclassified Claim Amount ||||
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Sughrue Mion Pllc<br>2100 Pennsylvania Ave Nw<br>Washington, DC 20037-3213 | 07-10416 | 1520 | $0.00 | $0.00 | $0.00 | $28,915.13 | $28,915.13 | $0.00 | $0.00 | $0.00 | $21,882.48 | $21,882.48 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Summit Business Media<br>P6000 Lombardo Ctr Ste 420<br>Seven Hills, OH 44131 | 07-10419 | 807 | $0.00 | $0.00 | $0.00 | $16,840.00 | $16,840.00 | $0.00 | $0.00 | $0.00 | $13,305.60 | $13,305.60 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Thompson Financial Services LLC<br>395 Broadway<br>New York, NY 10007 | 07-10417 | 3486 | $0.00 | $0.00 | $0.00 | $60,426.61 | $60,426.61 | $0.00 | $0.00 | $0.00 | $45,642.86 | $45,642.86 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| United Pacific Mortgage<br>4865 Prado De La Mariposa<br>Calabasas, CA 91302 | 07-10419 | 670 | $0.00 | $0.00 | $0.00 | $147,103.50 | $147,103.50 | $0.00 | $0.00 | $0.00 | $856.42 | $856.42 |
| Comments: Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Zucker Goldberg & Ackerman LLC<br>200 Sheffield St Ste 301 PO Box 1024<br>Mountainside, NJ 07092-0924 | 07-10419 | 1484 | $0.00 | $0.00 | $4,220.42 | $0.00 | $4,220.42 | $0.00 | $0.00 | $0.00 | $4,220.42 | $4,220.42 |
| Comments: No Basis for Priority Status |
| Claims To Be Expunged Totals | | 23 | $37,457.50 | $13,348.00 | $103,152.13 | $2,471,707.80 | $2,625,565.53 | $0.00 | $6,674.30 | $0.00 | $500,754.98 | $507,439.98 |

Page 3

# **EXHIBIT D**

RLF1-3255022-1

11th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit D
## Claims with Insufficient Documentation - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Druckman & Sinel Lip Nye<br>242 Drexel Ave<br>Westbury, NY 11590 | 07-10416 | 949 | $0.00 | $0.00 | $0.00 | $83,213.97 | $83,213.97 |
| Comments: | | Insufficient Documentation to Substantiate Claim | | | | | |
| Spring Ford Area School District Limerick<br>Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10424 | 3430 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Insufficient Documentation to Substantiate Claim | | | | | |
| Spring Ford Area School District Limerick<br>Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10416 | 3423 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Insufficient Documentation to Substantiate Claim | | | | | |
| Spring Ford Area School District Limerick<br>Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10417 | 3424 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Insufficient Documentation to Substantiate Claim | | | | | |
| Spring Ford Area School District Limerick<br>Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10419 | 3425 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Insufficient Documentation to Substantiate Claim | | | | | |
| Spring Ford Area School District Limerick<br>Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10420 | 3426 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Insufficient Documentation to Substantiate Claim | | | | | |
| Spring Ford Area School District Limerick<br>Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10421 | 3427 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Insufficient Documentation to Substantiate Claim | | | | | |
| Spring Ford Area School District Limerick<br>Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10422 | 3428 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Insufficient Documentation to Substantiate Claim | | | | | |

**110th Omnibus Objection**

## Exhibit D
## Claims with Insufficient Documentation - Ordered

In re: New Century TRS Holdgs, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount ||||  Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Spring Ford Area School District Limerick Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10421 | 3427 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | Insufficient Documentation to Substantiate Claim | | | | |
| Spring Ford Area School District Limerick Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10425 | 3431 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | Insufficient Documentation to Substantiate Claim | | | | |
| Spring Ford Area School District Limerick Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10426 | 3432 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | Insufficient Documentation to Substantiate Claim | | | | |
| Spring Ford Area School District Limerick Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10427 | 3433 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | Insufficient Documentation to Substantiate Claim | | | | |
| Spring Ford Area School District Limerick Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10428 | 3434 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | Insufficient Documentation to Substantiate Claim | | | | |
| Spring Ford Area School District Limerick Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10429 | 3435 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | Insufficient Documentation to Substantiate Claim | | | | |
| Spring Ford Area School District Limerick Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10430 | 3436 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | Insufficient Documentation to Substantiate Claim | | | | |
| Spring Ford Area School District Limerick Township Tax Collector<br>Fox Rothschild LLP 2000 Market St 10th Flr<br>Philadelphia, PA 19103-3291 | 07-10423 | 3429 | $0.00 | $0.00 | $0.00 | $85,213.97 | $85,213.97 |
| Comments: | | | Insufficient Documentation to Substantiate Claim | | | | |
| **Claims To Be Expunged Totals** | | 16 | $0.00 | $0.00 | $0.00 | $85,213.97 | $85,213.97 |

11th Omnibus Objection

Exhibit D
Claims with Insufficient Documentation - Ordered

In re: New Century TRS Hldgs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |