# EXHIBIT A

RLF1-3255001-1

7th Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

## Exhibit A
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | Reduced/Reclassified Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Marion County
200 E Washington St Ste 1001
Indianapolis, IN 46204 | 07-10419 | 3419 | $0.00 | $0.00 | $3,354.71 | $0.00 | $3,354.71 | $0.00 | $0.00 | $2,791.97 | $0.00 | $2,791.97 |
| Comments: Claim should be reduced and allowed. | | | | | | | | | | | | |
| Claims To Be Expunged Totals | | 1 | $0.00 | $0.00 | $3,354.71 | $0.00 | $3,354.71 | $0.00 | $0.00 | $2,791.97 | $0.00 | $2,791.97 |

Page 1