**EXHIBIT A**

10th Omnibus Objection

**Exhibit A**
**Duplicate Claims - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Empower Baker Hostetler LLP 1050 Connecticut Ave NW Ste 1100 Washington, DC 20036 | 07-10419 | 2916 | 07-10419 | 2351 | $0.00 | $0.00 | $0.00 | $1,700.00 | $1,700.00 | $0.00 | $0.00 | $0.00 | $1,700.00 | $1,700.00 |
| Key Equipment Finance Inc 1000 S McCaslin Blvd Superior, CO 80027 | 07-10416 | 3278 | 07-10416 | 2556 | $128,070.00 | $0.00 | $0.00 | $279,191.27 | $407,261.27 | $128,070.00 | $0.00 | $0.00 | $279,191.27 | $407,261.27 |
| Lex Invoice LLC Baker Hostetler LLP 1050 Connecticut Ave NW Ste 1100 Washington, DC 20036 | 07-10419 | 2893 | 07-10419 | 2304 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 |
| **Claims To Be Expunged Totals** | | | | 3 | $128,070.00 | $0.00 | $0.00 | $281,891.27 | $409,961.27 | $128,070.00 | $0.00 | $0.00 | $281,891.27 | $409,961.27 |

# EXHIBIT B

10th Omnibus Objection

**Exhibit B**
**Amended Claims - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| AT&T Corp<br>5100 FAA Blvd<br>Fort Worth, TX 76155 | 07-10416 | 1075 | 07-10416 | 1311 | $0.00 | $0.00 | $0.00 | $1,288,079.76 | $1,288,079.76 | $0.00 | $0.00 | $0.00 | $1,259,077.80 | $1,259,077.80 |
| Classic Vista Hughes<br>PO Box 1475<br>Helendale, CA 92342 | 07-10417 | 119 | 07-10421 | 855 | $0.00 | $0.00 | $25,855.00 | $0.00 | $25,855.00 | $0.00 | $0.00 | $10,950.00 | $6,457.00 | $17,407.00 |
| Department of the Treasury Internal Revenue Service<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | 07-10417 | 3667 | 07-10417 | 3746 | $0.00 | $0.00 | $1,207,364.53 | $0.00 | $1,207,364.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Department of the Treasury Internal Revenue Service<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | 07-10419 | 3450 | 07-10419 | 3671 | $0.00 | $0.00 | $4,031,646.07 | $352,752.17 | $4,384,398.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Department of the Treasury Internal Revenue Service<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | 07-10417 | 451 | 07-10417 | 3667 | $0.00 | $0.00 | $1,222,264.61 | $0.00 | $1,222,264.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Department of the Treasury Internal Revenue Service<br>3352 Marrows Rd Ste 204<br>Newark, DE 19711-5445 | 07-10425 | 541 | 07-10425 | 3666 | $0.00 | $0.00 | $20,883.29 | $0.00 | $20,883.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Department of the Treasury Internal Revenue Service<br>11 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | 07-10419 | 3671 | 07-10419 | 3743 | $0.00 | $0.00 | $3,825,435.59 | $342,678.24 | $4,168,113.83 | $0.00 | $0.00 | $363,529.97 | $342,678.24 | $706,208.21 |
| Department of the Treasury Internal Revenue Service<br>1312 Marrows Rd Ste 204<br>Newark, DE 19711-5445 | 07-10416 | 378 | 07-10416 | 3752 | $25,300.00 | $0.00 | $399,824,590.16 | $196,191.28 | $400,045,991.44 | $25,300.00 | $0.00 | $102,607,408.77 | $196,191.28 | $102,828,900.05 |

10th Omnibus Objection

**Exhibit B**
**Amended Claims - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| FedEx Customer Information Service as Assignee of FedEx Express FedEx Ground 2005 Corporate Ave 2nd Fl Memphis, TX 38132 | 07-10419 | 1969 | 07-10419 | 3702 | $0.00 | $0.00 | $0.00 | $218,732.63 | $218,732.63 | $0.00 | $0.00 | $123,007.84 | $123,007.84 | $123,007.84 |
| Various Sun Robert Martin LLC fbo Vincent Mack Cali Realty Corp Accounts Receivable Manager Mack Cali Realty Corp 343 Thornall St Edison, NJ 08837-2206 | 07-10416 | 1402 | 07-10416 | 3740 | $0.00 | $0.00 | $0.00 | $726,164.64 | $726,164.64 | $0.00 | $0.00 | $0.00 | $729,342.46 | $729,342.46 |
| Nastia A Bryer 914 N Ranch Dr Tucson, AZ 85715 | 07-10416 | 363 | 07-10421 | 1067 | $0.00 | $0.00 | $12,772.00 | $0.00 | $12,772.00 | $0.00 | $0.00 | $23,502.61 | $0.00 | $23,502.61 |
| Mack Cali Taxter Associates LLC Mack Cali Realty Corp 343 Thornall St Edison, NJ 08837-2206 | 07-10421 | 538 | 07-10416 | 3741 | $0.00 | $0.00 | $0.00 | $85,426.39 | $85,426.39 | $0.00 | $0.00 | $0.00 | $88,604.21 | $88,604.21 |
| Fiserv Jason Mereia 4435 Indila St No.215 San Diego, CA 92101 | 07-10419 | 204 | 07-10419 | 257 | $0.00 | $0.00 | $3,288.06 | $0.00 | $3,288.06 | $0.00 | $0.00 | $3,288.06 | $0.00 | $3,288.06 |
| Fidesol Financial Institution Solutions Inc Jordan Burt LLP 1025 Thomas Jefferson St NW Ste 400 E Washington, DC 20007 | 07-10416 | 2997 | 07-10416 | 3669 | $0.00 | $0.00 | $0.00 | $96,266.09 | $96,266.09 | $0.00 | $0.00 | $0.00 | $96,266.09 | $96,266.09 |
| United Insurance Company of America Dell S 4th St 3rd Fl Las Vegas, NV 89101 | 07-10421 | 1298 | 07-10421 | 3676 | $0.00 | $0.00 | $597.05 | $64,905.65 | $65,502.70 | $0.00 | $0.00 | $0.00 | $67,922.70 | $67,922.70 |
| **Claims To Be Expunged Totals** | | | | 15 | $25,300.00 | $0.00 | $410,174,695.36 | $3,331,196.85 | $413,531,303.21 | $25,300.00 | $0.00 | $103,008,675.41 | $3,291,546.82 | $105,349,536.23 |

# EXHIBIT C

10th Omnibus Objection

Exhibit C

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

**Claims Filed After Bar Date - Ordered**

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | | Admin | To Be Expunged Claim Amount | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Priority | Unsecured | | |
| 1 Day Express Appraisals<br>12110 E Slausen Ave 15<br>Santa Fe Springs, CA. 90670 | 07-10416 | 3618 | 10/25/2007 | $0.00 | | $0.00 | $10,000.00 | $0.00 | | $10,000.00 |
| Comments: | Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | | |
| 2ill Norris Moving & Storage Lp and Atlas Van Lines Inc<br>4225 W Sam Houston Pkwy N<br>Houston, TX. 77040 | 07-10421 | 3199 | 9/4/2007 | $0.00 | | $0.00 | $0.00 | $3,668.87 | | $3,668.87 |
| Comments: | Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | | |
| American Express Travel Related Svcs Co Inc Corp<br>Card<br>Po Box 3001<br>Malvern, PA. 19355-0701 | 07-10416 | 3296 | 9/10/2007 | $0.00 | | $0.00 | $0.00 | $16,712.10 | | $16,712.10 |
| Comments: | Claim Filed After Bar Date of August 31, 2007 | | | | | | | | | |
| Appraisal And Inspection Services Inc<br>7002 Railway Ave 2nd Fl<br>Baltimore, MD. 21222 | 07-10416 | 3694 | 11/21/2007 | $0.00 | | $0.00 | $0.00 | $4,000.00 | | $4,000.00 |
| Comments: | Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | | |
| Co Pro System Inc<br>100 Monument Corner Dr Ste 400<br>Fairfax, VA. 22030 | 07-10416 | 3522 | 10/9/2007 | $0.00 | | $0.00 | $0.00 | $0.00 | | $0.00 |
| Comments: | Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | | |
| Core Legal Systems Inc<br>8086 Old Placerville Rd Ste 100<br>Sacramento, CA. 95827 | 07-10419 | 3677 | 11/7/2007 | $0.00 | | $0.00 | $0.00 | $5,770.17 | | $5,770.17 |
| Comments: | Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | | |
| Cp Ipers Coml Llc<br>PO Box 533233<br>Atlanta, GA. 30353-3233 | 07-10416 | 3457 | 10/22/2007 | $0.00 | | $0.00 | $0.00 | $12,250.35 | | $12,250.35 |
| Comments: | Claim filed After General Bar Date of August 31, 2007 | | | | | | | | | |
| DHSH Corporate Woods LeaseCo LLC<br>12425 W Explorer Dr Ste 100<br>Boise, ID. 83713 | 07-10416 | 3720 | 9/25/2007 | $0.00 | | $0.00 | $0.00 | $80,618.75 | | $80,618.75 |
| Comments: | Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | | |
| DRA CRI Express Center LLC<br>Shiers & Bowen LLP 200 E Broward Blvd Ste 2100<br>Fort Lauderdale, FL. 33301 | 07-10419 | 3753 | 12/13/2007 | $0.00 | | $0.00 | $0.00 | $23,778.17 | | $23,778.17 |
| Comments: | Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | | |

10th Omnibus Objection

**Exhibit C**

**Claims Filed After Bar Date - Ordered**

In re: New Century TRS Holdings, Inc. et al.

Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | **To Be Expunged Claim Amount** | | | |
| First American Real Estate Solutions<br>4 First American Way<br>Santa Anna, CA 92787 | 07-10416 | 3542 | 10/11/2007 | $0.00 | $0.00 | $0.00 | $54,362.64 | $54,362.64 |
| **Comments:** | Claim filed After General Bar Date of August 31, 2007 | | | | | | | |
| Golobe State Overnight<br>1201 Marina Village Pkwy Ste 300<br>Alameda, CA 94591 | 07-10421 | 3659 | 11/1/2007 | $0.00 | $0.00 | $0.00 | $1,017.63 | $1,017.63 |
| **Comments:** | Claim Filed After General Bar Date of August 31, 2007 | | | | | | | |
| Golobe State Overnight<br>1201 Marina Village Pkwy Ste 300<br>Alameda, CA 94591 | 07-10421 | 3658 | 11/1/2007 | $0.00 | $0.00 | $0.00 | $418.64 | $418.64 |
| **Comments:** | Claim filed After General Bar Date of August 31, 2007 | | | | | | | |
| Hall & Associates<br>1152 E Greenway St No 13<br>Mesa, AZ 85203 | 07-10421 | 3688 | 11/14/2007 | $0.00 | $0.00 | $1,050.00 | $0.00 | $1,050.00 |
| **Comments:** | Claim filed After General Bar Date of August 31, 2007 | | | | | | | |
| Lake George Village<br>PO Box 791<br>Lake George, NY 12845 | 07-10416 | 3656 | 11/1/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | |
| LandSafe Inc<br>Paul T Lu FVP Deputy General Coursic 5220 Las<br>Virgenes Rd MS AC 11<br>Calabasas, CA 91302-4041 | 07-10419 | 3623 | 10/19/2007 | $0.00 | $0.00 | $0.00 | $8,373.00 | $8,373.00 |
| **Comments:** | Claim filed After General Bar Date of August 31, 2007 | | | | | | | |
| Melanie D Deneau<br>79950 Wayside Trail<br>San Antonio, TX 78544 | 07-10416 | 3489 | 10/9/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** | Claim filed After General Bar Date of August 31, 2007 | | | | | | | |
| Tax Verification Bureau Inc<br>247 Sw 8th St Ste 147<br>Miami, FL 33130 | 07-10419 | 3669 | 10/29/2007 | $0.00 | $0.00 | $0.00 | $2,085.63 | $2,085.63 |
| **Comments:** | Claim filed After General Bar Date of August 31, 2007 | | | | | | | |
| Tax Verification Bureau Inc<br>247 Sw 8th St Ste 147<br>Miami, FL 33130 | 07-10419 | 3674 | 10/30/2007 | $0.00 | $0.00 | $0.00 | $2,085.63 | $2,085.63 |
| **Comments:** | Claim filed After General Bar Date of August 31, 2007 | | | | | | | |

10th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.

Case No.07-10416 (KJC)

## Exhibit C
## Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | Priority | Unsecured | Total |
| Time Warner Telecom<br>10475 Park Meadows Dr<br>Littleton, CO 80124 | 07-10043 | 3681 | 11/14/2007 | $0.00 | $0.00 | $0.00 | $3,497.74 | $3,497.74 |
| Comments: | | | Claim filed After General Bar Date of August 31, 2007 | | | | | |
| Tri State Appraisals<br>PO Box 1810<br>Lake Havasu City, AZ 86405 | 07-10421 | 3657 | 11/13/2007 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 |
| Comments: | | | Claim filed After General Bar Date of August 31, 2007 | | | | | |
| United Parcel Service<br>PO Box 4396<br>Timonium, MD 21094 | 07-10431 | 3653 | 10/18/2007 | $0.00 | $0.00 | $0.00 | $57,590.00 | $57,590.00 |
| Comments: | | | Claim filed After General Bar Date of August 31, 2007 | | | | | |
| Windsor Capital Mortgage<br>4810 East Gate Mall Ste 203<br>San Diego, CA 92121 | 07-10416 | 3541 | 10/16/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | Claim filed After General Bar Date of August 31, 2007 | | | | | |
| **Claims To Be Expunged Totals** | | 22 | | $0.00 | $0.00 | $11,050.00 | $567,019.12 | $578,069.12 |

**EXHIBIT D**

16th Omnibus Objection

**Exhibit D**

**Claims with No Supporting Documentation - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| S离anet Mortgage Llc<br>1823 Cherry Ridge Dr<br>Heathrow, FL 32746 | 07-10416 | 1071 | $0.00 | $0.00 | $4,800.00 | $0.00 | $4,800.00 |
| **Comments:** No Supporting Documentation attached to Claim | | | | | | | |
| **Claims To Be Expunged Totals** | | 1 | $0.00 | $0.00 | $4,800.00 | $0.00 | $4,800.00 |

**EXHIBIT E**

**10th Omnibus Objection**

**Exhibit E**
**Reduce / Reclassify - Ordered**

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| T-Mobile USA Inc<br>PO Box 53410<br>Bellevue, WA 98015 | 07-10419 | 3619 | $0.00 | $0.00 | $0.00 | $219,731.61 | $219,731.61 | $0.00 | $0.00 | $0.00 | $199,731.61 | $199,731.61 |

**Comments:** Claim should be reduced and allowed.

**Claims To Be Expunged Totals** 1 | $0.00 | $0.00 | $0.00 | $219,731.61 | $219,731.61 | $0.00 | $0.00 | $0.00 | $199,731.61 | $199,731.61 |