IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 4986 |

**NOTICE OF FILING OF EXHIBIT TO DEBTORS' MOTION
PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULE 9019(A) APPROVING A SETTLEMENT BETWEEN
DEBTORS, POSITIVE SOFTWARE SOLUTIONS, INC.
AND EDWARD MANDEL AND GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on February 19, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a) Approving a Settlement Between Debtors, Positive Software Solutions, Inc. and Edward Mandel and Granting Related Relief** (the "Motion") [Docket No. 4986].

PLEASE TAKE FURTHER NOTICE that attached as Exhibit A to the Motion was the Settlement Agreement and Mutual Release of Claims (the "Settlement Agreement"). Attached to the Settlement Agreement as Exhibit A was the Waiver of Privileges, Exemptions

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc ), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership and New Century Warehouse Corporation, a California corporation.

RLF1-3255758-1

and Objections to Discovery (the "Waiver"). At the time of the filing of the Motion, Exhibit A to the Waiver was not yet completed.

PLEASE TAKE FURTHER NOTICE that, attached hereto as Exhibit 1, the Debtors are hereby filing Exhibit A to the Waiver, which has been completed and agreed to by the parties to the Settlement Agreement.

Dated: February 20, 2008
       Wilmington, Delaware

                                                                          Mark D. Collins (No. 2981)
                                                                          Michael J. Merchant (No. 3854)
                                                                           Christopher M. Samis (No. 4909)
                                                                          RICHARDS, LAYTON & FINGER, P.A.
                                                                          One Rodney Square
                                                                          920 North King Street
                                                                          Wilmington, Delaware 19801
                                                                          Telephone: (302) 651-7700
                                                                          Facsimile: (302) 651-7701

                                                                          - and -

                                                                          Suzzanne S. Uhland
                                                                          Ben H. Logan
                                                                          O'MELVENY & MYERS LLP
                                                                          275 Battery Street
                                                                          San Francisco, California 94111
                                                                          Telephone: (415) 984-8700
                                                                          Facsimile: (415) 984-8701

                                                                          ATTORNEYS FOR DEBTORS
                                                                          AND DEBTORS IN POSSESSION