# **EXHIBIT 1**

RLF1-3255758-1

EXHIBIT A

1. Subject to approval of the Texas District Court, the backup tapes and the servers preserved in accordance with the Texas District Court's prior order. PSSI acknowledges that the Debtors are sending this material to the Vendor is in accordance with PSSI's request and accordingly are not breaching the Texas Court's Order by doing so. All remaining categories herein are to the extent not already captured by this category No. 1.

2. All emails contained on back-up tapes in New Century's possession or at Iron Mountain related to the Litigation for the following persons for 2003 and 2004:
    a. Monika McCarthy
    b. Mark Malovos
    c. John Norment
    d. Frank Nese
    e. Jeff Lemieux
    f. Spring Cai
    g. Derong LeBrie

3. All paper and electronic files in the possession of the legal department of the Debtors related to the Litigation.