**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 Case - Jointly Administered |
| NEW CENTURY TRS HOLDINGS, INC., a ) | |
| Delaware corporation, et al., ) | Case No. 07-10416 (KJC) |
| ) | |
| Debtors. ) | Jointly Administered |

**REPORT BY AP SERVICES, LLC
OF COMPENSATION EARNED AND EXPENSES INCURRED
FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH DECEMBER 31, 2007**

Exhibit A – Summary of Compensation and Expenses

Exhibit B – Summary of Professionals and Fees

Exhibit C – Summary of Expenses

Exhibit D – Summary of Services

Exhibit E - Detailed Time Entries for the period October 1, 2007 through December 31, 2007 (to be served upon the Office of the U.S. Trustee. Available for review upon request by other parties.)


Dated: February 20, 2008        /s/ Holly Etlin
                                Holly Etlin
                                Managing Director
                                AP Services, LLC