Exhibit A

AP Services, LLC

Summary of Compensation and Expenses – New Century TRS Holdings, Inc., et al.

October 1, 2007 through December 31, 2007

| Period | | | Fees | Expenses | TOTAL |
|---|---|---|---|---|---|
| October 1, 2007 | to | October 31, 2007 | 1,207,265.00 | 75,296.72 | 1,282,561.72 |
| November 1, 2007 | to | November 30, 2007 | 999,203.50 | 74,899.89 | 1,074,103.39 |
| December 1, 2007 | to | December 31, 2007 | 863,850.25 | 74,495.52 | 938,345.77 |
| | | Total Accrued $ | 3,070,318.75 $ | 224,692.13 $ | 3,295,010.88 |
| | | Less: Travel (50%) | (281,088.75) | | (281,088.75) |
| | | Total Invoiced $ | 2,789,230.00 $ | 224,692.13 $ | 3,013,922.13 |