Exhibit B

## AP Services, LLC
### Summary of Professionals and Fees – New Century TRS Holdings, Inc., et al.
### October 1, 2007 through December 31, 2007

| Temporary Employees - Individuals With Executive Officer Positions ||||||||
|---|---|---|---|---|---|---|---|
| Name of Professional | Description of Function | Hourly Rate | Oct-07 | Nov-07 | Dec-07 | Total Hours | Total Compensation |
| Holly Etlin | Interim Chief Executive Officer | $ 695.00 | 190.00 | 153.50 | 150.20 | 493.7 | 343,121.50 |
| Michael G Tinsely | Interim Chief Financial Officer | $ 525.00 | 178.30 | 205.10 | 99.20 | 482.6 | 253,365.00 |
| | | | | | | 976.3 | $ 596,486.50 |

| Additional Temporary Staff Employees - Full-Time ||||||||
|---|---|---|---|---|---|---|---|
| Name of Professional | Description of Function | Hourly Rate | | | | Total Hours | Total Compensation |
| Albert A Koch | Director - Engagement Oversight | $ 750.00 | 19.50 | 3.5 | 5.50 | 28.5 | 21,375.00 |
| Todd Brents | Director - Reporting and Claims | $ 625.00 | 226.50 | 169.50 | 139.10 | 535.1 | 334,437.50 |
| Daniel Puscas | Director - IT Management | $ 525.00 | 250.70 | 204.60 | 174.60 | 629.9 | 330,697.50 |
| Eva Anderson | Director - Executory Contracts and Estate Staffing | $ 525.00 | 252.00 | 233.40 | 183.27 | 668.7 | 351,051.75 |
| Jamie Lisac | Director - Cash Management | $ 525.00 | 246.10 | 176.80 | 181.30 | 604.2 | 317,205.00 |
| Bryan Porter | Director – Electronic Document Production | $ 520.00 | | | 4.70 | 4.7 | 2,444.00 |
| Walt Manning | Director – Electronic Document Production | $ 495.00 | | | 0.80 | 0.8 | 396.00 |
| Michelle C Campbell | Director - Reporting and Claims | $ 495.00 | 12.10 | 21.50 | 42.50 | 76.1 | 37,669.50 |
| Stacey Hightower | Director - Servicing Division Sale and Wind Down | $ 475.00 | 188.20 | 88.40 | 59.60 | 336.2 | 159,695.00 |
| Wendy Armstrong * | Manager - Reporting and Claims | $ 400.00 | 21.40 | 138.70 | 117.60 | 277.7 | 111,080.00 |
| Andrew Wagner | Manager - Executory Contracts and Claims | $ 400.00 | 251.70 | 205.90 | 229.60 | 687.2 | 274,880.00 |
| Brieh Guevara | Manager - Servicing Division Sale and IT Management | $ 400.00 | 260.90 | 223.40 | 208.50 | 692.8 | 277,120.00 |
| Michael J Laureno | Manager - Servicing Division Sale and Cash Management | $ 400.00 | | | | - | - |
| Casey Kangas | Manager - Servicing Division Sale | $ 350.00 | | | | - | - |
| Jason Vogel | Manager – Electronic Document Production | $ 350.00 | | | 10.00 | 10.0 | 3,500.00 |
| Clayton Gring | Manager - Reporting and Claims | $ 350.00 | 159.10 | | | 159.1 | 55,685.00 |
| Dennis DeBassio | Manager - Cash Management | $ 315.00 | 214.70 | 233.90 | 174.20 | 622.8 | 196,182.00 |
| Timothy Rosolio | Manager – Electronic Document Production | $ 230.00 | | | 1.80 | 1.8 | 414.00 |
| | | | | | Sub Total | 5,335.6 | $ 2,473,832.25 |
| | | | | | GRAND TOTAL | 6,311.9 | $ 3,070,318.75 |

* Independent Contractor

1