Exhibit C

AP Services, LLC
Summary of Expenses – New Century TRS Holdings, Inc., et al.
October 1, 2007 through December 31, 2007

| Expense Categories | October-07 | November-07 | December-07 | TOTAL |
|---|---|---|---|---|
| Airfare | 27,877.66 | 35,127.79 | 20,373.99 | 83,379.44 |
| Cab Fare / Ground Transportation | 8,561.56 | 3,457.32 | 9,721.11 | 21,739.99 |
| Computer Supplies/Support | 75.27 | 122 | 260 | 457.31 |
| Lodging | 24,035.17 | 20,496.84 | 25,760.94 | 70,292.95 |
| Meals & Tips | 5,946.95 | 4,894.99 | 7,053.57 | 17,895.51 |
| Copy Costs (Outside Source) | | 7.27 | | 7.27 |
| Mileage | 29.10 | | 180.98 | 210.08 |
| Other | 681.53 | 610.68 | 964.51 | 2,256.72 |
| Overnight Mail Charges | 244.37 | 86.39 | 14.58 | 345.34 |
| Parking & Tolls | 1,116.58 | 502.00 | 1,004.15 | 2,622.73 |
| Postage Charges | | | | - |
| Rental Car | 6,635.90 | 9,543.57 | 9,161.64 | 25,341.11 |
| Supplies | 92.63 | 51.05 | | 143.68 |
| **TOTAL** | **$ 75,296.72** | **$ 74,899.89** | **$ 74,495.52** | **$ 224,692.13** |

1