Exhibit D

AP Services, LLC  
Summary of Services – New Century TRS Holdings, Inc., et al.  
October 1, 2007 through December 31, 2007

---

## Cash Management

- Continued to develop and maintain comprehensive, consolidating 13 week cash flow forecast.
- Performed weekly variance analyses to measure the actual performance against the 13 week cash flow forecast.
- Constructed comprehensive cash flow forecast through June 2008 to supplement and support a detailed creditor recovery analysis for purposes of developing a Plan.
- Managed the Debtor's cash and liquidity including the daily review and approval of all accounts payable disbursements.
- Managed the day-to-day operations and personnel of the Treasury and Finance departments.
- Created and maintained an outstanding accounts payable check model to timely track the book cash balance in support of the 13 week cash flow forecast.
- Established and managed all bank depository and escrow accounts for all asset sales.
- Monitored and maintained a daily cash report to provide the necessary level of detail in the timely reporting of cash balances in multiple operating accounts.
- Monitored and managed the payments of approved post-petition obligations of the Servicing division in support of its trust obligations.
- Monitored and managed cash management tools and communications to assist Debtor employees in effectuating and communicating the cash management procedures per the Court's guidelines.
- Negotiated with vendors to continue services with the Estate on a post-petition basis resulting in the continuation of the service in addition to favorable terms.
- Developed and managed procedures to reconcile open bank accounts, and identify cash available for consolidation to the Debtor.
- Continued to manage the closure of over 50 remaining bank accounts resulting in approximately $10 million of operating cash for the Estate.

## Branch Closings/Real Estate Exit

- Reached a favorable settlement of all existing real property leases with Maguire Properties, the Debtors' most significant landlord, representing 450,000 sq. ft. of occupied and unoccupied corporate office space in the Irvine area, resulting in payment of pro-rata rent for occupied space and the rejection of a significant amount of square footage, including the debtors' proposed corporate headquarters.
- Completed settlement negotiations with the Irvine Company regarding the corporate data center which provided the debtors adequate time to wind down data center operations and plan for a transition to a new location.

Exhibit D

AP Services, LLC
Summary of Services – New Century TRS Holdings, Inc., et al.
October 1, 2007 through December 31, 2007

- Completed negotiations for significantly reduced office space for the Debtors' operations effective in 2008.
- As a result of the various settlements concluded in the third quarter, the Estate's corporate expense for real property at various locations went from over $750,000 per month to an expected monthly rent of approximately $17,000 beginning February 1, 2008.
- Successfully concluded trailing documents operations in the debtors' 25,000 sq. ft. trailing documents warehouse, logging and storing several thousand documents and dismantling the materials management infrastructure in preparation for return to the landlord.
- Completed the closing of the Itasca data center and planning for the January 31, 2008 closing of the primary 350 Commerce data center

**Asset Sales**

- Completed the consolidation and inventory of thousands of equipment assets from branch offices throughout the country into a central warehouse, segregating assets into categories determined to most effectively sell the assets and maximize recoveries.
- Completed 13 separate Miscellaneous Asset Sales generating over $985,000 in proceeds and prepared for upcoming asset sales for corporate office and data center asst sales.
- Reached a successful conclusion with General Electric Capital Corporation regarding all secured and unsecured claims relating to four separate secured financing transactions and filed a settlement stipulation approved by key constituents.
- Continued to identify, segregate and retain computers identified as integral to ongoing investigations.
- Led the evaluation and solicitation efforts in the sale of over $24 million in potential claims against Correspondent Loan Sellers.

**Workforce Management**

- Reduced corporate headcount from over 120 employees at the beginning of the period to approximately 40 employees as of year end.
- Successfully transitioned functions and responsibilities of terminated employees to the remaining employees.
- Planned and executed large scale document retention, logging and storage for terminated employees as well as departmental files for long-term storage for remaining employees and estate functions.
- Successfully transitioned all remaining employees from the New Century payroll system to a temporary staffing agency to reduce payroll processing costs and to avoid any reporting requirements for 2008.

Exhibit D

AP Services, LLC
Summary of Services – New Century TRS Holdings, Inc., et al.
October 1, 2007 through December 31, 2007

**Executory Contract and Vendor Management**

- Assisted the Debtor in managing the communications management process to vendors to address deposit, terms change requests and extension of post-petition credit terms to the Debtors.

Exhibit D

AP Services, LLC
Summary of Services – New Century TRS Holdings, Inc., et al.
October 1, 2007 through December 31, 2007

**Accounting and Reporting**

- Continued to work closely with O'Melveny & Myers and Grant Thornton in attempting to expedite the completion of the IRS audit and the collection of the $66 million federal income tax refund due.
- Continued to manage the tracking system used to reconcile secured lender claims to support court mandated stipulations.
- Continued to maintain the claims reconciliation database to facilitate the claims reconciliation and objection processes.
- Continued to incorporate filed claims into claims database and matched to Debtor liability records and managed claims resolution process.
- Provided supervision to accounts payable department to manage processing of accounts payable payments, including the segregation of pre- and post-petition amounts.
- Played key role in managing and completing the monthly accounting close process.
- Organized and led bankruptcy administration sub-group which was tasked with identifying and leading the resources needed to manage specific bankruptcy administration tasks.
- Led functional claims resolution teams in performing analysis of filed claims.
- Provided supervision and assistance to the accounting department in preparing the monthly operating reports to be filed with the Court.
- Performed analysis of Debtor intercompany receivable and payable account balance and incorporate results into creditor recovery model.

**Development of Plan of Liquidation**

- Developed creditor recovery model at consolidated and de-consolidated levels including projected asset recoveries by class and debtors, as well as claims estimates, to facilitate Plan discussions.
- Played key role in developing the breach/EPD claims settlement protocol among the Creditors' Committee and major claimants. Also provided estimates of breach/EPD claims ranges under the protocol.
- With each iteration the of recovery model, conducted discussions with the UCC and their advisors to present results of claims analysis and tentative recovery estimates to UCC and their advisors to finalize an optimal Plan structure.

**Information Technology**

- Further downsized the existing voice and data networks to reduce the monthly run-rate expense from $2 million to less than $20,000.
- Implemented technology wind-down plan for the network and data center environments.

4

Exhibit D

AP Services, LLC
Summary of Services – New Century TRS Holdings, Inc., et al.
October 1, 2007 through December 31, 2007

- Liquidated IT assets (hardware and data sales) $1 million + as part of the miscellaneous asset sale process.
- Developed and implemented the final estate operating environment addressing the Estate application and data retention requirements.
- Built the Estate operational environment and completed the transition of the hardware and software systems.
- Minimized the expense of IT related vendor contracts by canceling, rejecting, re-negotiating and modifying where required.
- Built the vendor support contract environment for the ongoing Estate location.
- Supported all bankruptcy and Estate IT wind down related requirements including claims resolution.

**Court Appointed Examiner Investigation**

- Continued to respond to information and interview requests of the Court appointed Examiner.

**General**

- Conducted periodic discussions with the Unsecured Creditor Committee's ("the UCC") advisors to discuss all aspects of the wind down, respond to questions and fulfill any information requests.
- Performed research and provided documentation for all information requests of the UCC.
- Participated in periodic Executive Management Committee calls and meetings to provide updates and guidance on the wind down of the Estate.
- Participated in all New Century Board of Directors meetings and provided responses to questions and information requests of the Board.