Exhibit E

AP Services, LLC
Detailed Time Entries – New Century TRS Holdings, Inc., et al.
October 1, 2007 through December 31, 2007

Detailed time entries for the period October 1, 2007 through December 31, 2007 will be served upon the Office of the U.S. Trustee. These are available for review upon request by other parties.