UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | |
| INC., a Delaware corporation, *et al.*, | : | Case Number 07-10416 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF OBJECTION TO ASSUMPTION AND ASSIGNMENT (CURE AMOUNT)**

Notice is hereby given that Creditors, Data-Link Systems, L.L.C. and Fiserv Solutions, Inc., by their undersigned counsel, hereby withdraws their objection filed on May 11, 2007 as docket number 633.

Dated this 21th of February, 2008

Respectfully submitted,

*/s/ Robert S. Goldman*
Robert S. Goldman, Esquire (#2508)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  199806
(302) 655-4200

- AND -

Patrick B. Howell, Esq.
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI  53202-3819
(414) 273-2100

Co-Counsel for Data-Link Systems, L.L.C. and Fiserv Solutions, Inc.

WHD\5656457.1

## CERTIFICATE OF SERVICE

I, MICHELLE M. OKAVAGE, Paralegal, hereby certify that I am over the age of 18, and that on February 21, 2008, a copy of the attached *Notice of Withdrawal of Objection to Assumption and Assignment (Cure Amount)* was served upon the persons on the attached list, via first class mail.

Under the penalty of perjury, I certify the foregoing to true and correct.

_____
MICHELLE M. OKAVAGE

## *New Century TRS Holdings, Inc., Case No. 07-10416 (KJC)*
## *Bankruptcy Rule 2002 Service List*

*Local Via Hand Delivery   -   Non-Local Via First Class Mail*

*Representing Government Agency*
Division of Unemployment Insurance
Department of Labor4425 N. Market StreetWilmington, DE 19802

*Representing Positive Software Solutions, Inc.* Daniel K. AstinAnthony M. Saccullo
Carl D. NeffFox Rothschild LLPP.O. Box 2323Citizens Bank Center
919 North Market Street, Suite 1300Wilmington, DE 19899-2323
dastin@foxrothschild.comasaccullo@foxrothschild.com

*Representing SN Servicing Corp. as Agent for Alaska Seaboard Partners Limited Partnership* Richard M. BeckMichael W. YurkewiczKlehr, Harrison, Harvey, Branzburg & Ellers, LLP919 Market Street, Suite 1000Wilmington, DE 19801

*Representing KST Data, Inc.* Richard M. BeckChristopher A. WardKlehr, Harrison, Harvey, Branzburg & Ellers, LLP919 Market Street, Suite 1000Wilmington, DE 19801
rbeck@klehr.comcward@klehr.com

*Representing UBS Real Estate Securities, Inc.* William P. BowdenGregory A. TaylorAshby & Geddes, P.A.P.O. Box   1150500 Delaware Avenue, 8th FloorWilmington, DE 19899
wbowden@ashby-geddes.comgtaylor@ashby-geddes.com

*Representing Safeco Financial Institution Solutions, Inc.* Don A. BeskroneAshby & Geddes, P.A.P.O. Box 1150500 Delaware Avenue, 8th FloorWilmington, DE 19899
dbeskrone@ashby-geddes.com

*Representing Washington Mutual* Karen C. BifferatoMarc J. PhillipsConnolly Bove Lodge & Hutz LLPP.O. Box 2207The Nemours Building
1007 North Orange StreetWilmington, DE 19899
kbifferato@cblh.commphillips@cblh.com

*Representing CB Richard Ellis Corporate Facilities Management, Inc.* Ian Connor BifferatoGarvan F. McDanielBifferato Gentilotti LLC800 N. King Street, Plaza LevelWilmington, DE 19801
icb@bgbde.comgfm@bgbde.com

*Representing DB Structured Products, Inc.* Robert S. BradyYoung Conaway Stargatt & Taylor, LLPThe Brandywine Building
1000 West Street, 17th FloorWilmington, DE 19801
rbrady@ycst.com

*Representing Credit-Based Asset Servicing and Securitization and Wells Fargo Bank, N.A.* Michael BusenkellEckert, Seamans, Cherin & Mellot, LLC300 Delaware Avenue, Suite 1210Wilmington, DE 19801
mbusenkell@eckertseamans.com

*Representing Residential Funding Company, LLC* Mary F. CalowayEric Lopez SchnabelBuchanan Ingersoll & Rooney PCThe Brandywine Building 1000 West Street, Suite 1410Wilmington, DE 19801
mary.caloway@bipc.comeric.schnabel@bipc.com

*Representing GMAC Commercial Finance LLC and Countrywide Home Loans* William E. Chipman, Jr.Edwards Angell Palmer & Dodge LLP919 Market Street, Suite 1500Wilmington, DE 19801  wchipman@eapdlaw.com
*Representing International Business Machines Corporation* Charlene D. DavisThe Bayard Firm222 Delaware Avenue, Suite 900Wilmington, DE 19801

*Representing Morgan Stanley Mortgage Capital Inc.* Robert J. DehneyGregory W. WerkheiserDaniel B. ButzMorris, Nichols, Arsht & Tunnell LLPP.O. Box 13471201 N. Market Street, 18th FloorWilmington, DE 1347
rdehney@mnat.comgwerkheiser@mnat.comdbutz@mnat.com

*Representing Citigroup Global Markets Realty Corp.* Marla R. EskinMark T. HurfordCampbell & Levine, LLC800 N. King Street, Suite 300Wilmington, DE 19801
meskin@camlev.commhurford@camlev.com

*Representing Maguire Properties-Park Place* Megan E. CleghornSkadden, Arps, Slate, Meagher & Flom LLPP.O. Box 636One Rodney SquareWilmington, DE 19899-0636
mcleghor@skadden.com

*Representing Stoney Point East* Richard S. CobbMatthew B. McGuireLandis Rath & Cobb LLP919 Market Street, Suite 600Wilmington, DE 19801
cobb@lrclaw.commcguire@lrclaw.com

*Representing Debtors* Mark D. CollinsMichael J. MerchantChun I. JangRichards, Layton & Finger, P.A.P.O. Box 551One Rodney Square, 920 King StreetWilmington, DE 19899
Collins@RLF.commerchant@rlf.comjang@rlf.com

*Representing The Official Committee of Unsecured Creditors* Bonnie Glantz FatellBlank Rome LLPChase Manhattan Centre
1201 Market Street, Suite 800Wilmington, DE 19801-4226
fatell@blankrome.com

*Representing General Electric Capital Corporation* Michael G. GallerizzoDavid V. FontanaGebhart & Smith LLP901 Market Street, Suite 451Wilmington, DE 19801  mgall@gebsmith.com

*Representing Natixis Real Estate Capital, Inc.* Neil B. GlassmanSteven M. YoderThe Bayard Firm222 Delaware Avenue, Suite 900Wilmington, DE 19801

RLF1-3145984-1

*Representing Premier Print and Services Group, Inc.* Joseph GreyStevens & Lee, P.C.1105 North Market Street, 7th FloorWilmington, DE 19801   jg@stevenslee.com

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.* Laura Davis JonesTimothy P. CairnsPachulski Stang Ziehl Young Jones & Weintraub LLPP.O. Box 8705919 N. Market Street, 17th FloorWilmington, DE 19801 ljones@pszyjw.comtcairns@pszyjw.com

*Representing Carrington Mortgage Services, LLC and Carrington Capital Management, LLC* Steven K. KortanekWomble Carlyle Sandridge & Rice, PLLC222 Delaware Avenue, Suite 1501Wilmington, DE 19801 skortanek@wcsr.com

*Representing JP Morgan Chase Bank, NA* Adam G. LandisLandis Rath & Cobb LLP919 Market Street, Suite 600Wilmington, DE 19801 landis@lrclaw.com

*Representing SunTrust Leasing Corporation* Christopher D. LoizidesLoizides, P.A.1225 King Street, Suite 800Wilmington, DE 19801 loizides@loizides.com

*Representing Union Bank of California* David M. FournierPepper Hamilton LLPHercules Plaza
*Representing Kodiak Funding LP and Kodiak CDO I, Ltd.* Norman M. MonhaitRosenthal, Monhait & Goddess, P.A.P.O. Box 1070919 Market Street, Suite 1401Wilmington, DE 19899-1070 nmonhait@rmgglaw.com

*Representing IndyMac Bank, F.S.B. and Qwest Corporation* Kurt F. GwynneReed Smith LLP1201 Market Street, Suite 1500Wilmington, DE 19801 kgwynne@reedsmith.com

1313 Market Street,   Suite 5100Wilmington, DE 19801
*Representing LandAmerica Default Services Company* Katherine L. MayerMcCarter & English LLPP.O. Box 111919 Market Street, Suite 1800Wilmington, DE 19899

*Representing United States Trustee* Joseph J. McMahon, Jr.Office of the United States TrusteeJ. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35Wilmington, DE 19801 Joseph.McMahon@usdoj.gov

*Representing Adfitech, Inc.* Evelyn J. MeltzerPepper Hamilton LLPP.O. Box 1709Hercules Plaza, Suite 5100, 1313 Market StreetWilmington, DE 19899-1709

*Representing RBC Mortgage Company, Royal Bank of Canada and RBC Centura Bank* Francis A. Monaco, Jr.Monzack and Monaco, P.A.P.O. Box 20311201 N. Orange Street, Suite 400Wilmington, DE 19801 fmonaco@monlaw.com

*Representing Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.* Michael R. NestorYoung Conaway Stargatt & Taylor, LLPP.O. Box 391The Brandywine Bldg

1000 West Street, 17th
FloorWilmington, DE 19801
mnestor@ycst.com

*Representing Coremetrics, Inc.* Marc J.
PhillipsConnolly Bove Lodge & Hutz
LLP
The Nemours BuildingP.O. Box
22071007 N. Orange StreetWilmington,
DE 19899 mphillips@cblh.com

*Representing Bank of America, N.A.*
Laurie Selber SilversteinPotter
Anderson & Corroon LLP1313 N.
Market Street, 6th FloorWilmington, DE
19899
lsilverstein@potteranderson.com

*Representing Government Agency* Ellen
W. SlightsU.S. Attorney's OfficeP.O.
Box 20461007 Orange Street, 7th
FloorWilmington, DE 2046
USADE.ecfbankruptcy@usdoj.gov

*Representing ABN AMRO Bank N.V.*
Joanne B. WillsMichael W.
YurkewiczKlehr, Harrison, Harvey,
Branzburg & Ellers LLP919 Market
Street, Suite 1000Wilmington, DE
19801
jwills@klehr.commyurkewicz@klehr.com

*Representing Coremetrics, Inc.* Jeffrey
C. WislerConnolly Bove Lodge & Hutz
LLP
The Nemours BuildingP.O. Box
22071007 N. Orange StreetWilmington,
DE 19899 jwisler@cblh.com

*Representing Government Agency*
Internal Revenue Service Insolvency
Section31 Hopkins Plaza, Room
1150Baltimore, MD 21201

*Representing Deutsche Bank National
Trust Company* David B. StrattonPepper
Hamilton LLPP.O. Box 1709Hercules
Plaza, Suite 5100
1313 Market StreetWilmington, DE
19899   strattond@pepperlaw.com

*Representing Mills Enterprises* Brian A.
SullivanAmy D. BrownWerb &
SullivanThirteenth Floor, 300 Delaware
AvenueWilmington, DE

*Representing LandAmerica Default
Services Company* William F.
TaylorMcCarter & English, LLPP.O. Box
111919 N. Market Street, Suite
1800Wilmington, DE 19899

*Representing LandAmerica Default
Services Company* William F. Taylor,
Jr.Katherine L. MayerMcCarter &
English, LLPP.O. Box 111919 North
Market Street, Suite 1800Wilmington,
DE 19899
 XRoads Case Management
ServicesP.O. Box 8901Marina Del Rey,
CA 90295

*Representing Government Agency*
Delaware Secretary of State Division of
CorporationsFranchise Tax DivisionP.O.
Box 7040Dover, DE 19903

*Representing Government Agency*
Securities & Exchange Commission
15th & Pennsylvania Avenue,
N.W.Washington, DC 20020
 IKON Office Solutions
Recovery & Bankruptcy3920 Ark Wright
Road, Suite 400Macon, GA 31210

*Representing Government Agency*
Secretary of the TreasuryP.O. Box
7040Dover, DE 19903

*Representing Bexar County and City of El Paso* David G. AelvoetLinebarger Goggan Blair & Sampson LLPTravis Building, 711 Navarro, Suite 300San Antonio, TX 78205

*Representing DB Structured Products, Inc.* Richard H. AginsBingham McCutchen LLPOne State StreetHartford, CT 06103-3178 richard.agins@bingham.com
*Representing Maguire Properties-Park Place* D.J. BakerRosalie W. GraySkadden, Arps, Slate, Meagher & Flom LLPFour Times SquareNew York, NY 10036-6522

*Representing Celina ISD, Princeton ISD, City of Princeton, Richardson ISD, Cedar Hill ISD, City of Cedar Hill, Whitewright ISD, City of Whitewright, City of Hurst, Arlington ISD, Castleberry ISD and Mansfield ISD* Elizabeth BandaPerdue, Brandon, Fielder, Collins & Mott, LLPP.O. Box 13430Arlington, TX 76094-0430 arlbank@pbfcm.com

*Representing Citigroup Global Markets Realty Corp.* Paul M. BastaJoshua A. SussbergKirkland & Ellis LLPCitigroup Center
153 East 53rd StreetNew York, NY 10022-4611
pbasta@kirkland.comjsussberg@kirkland.com

*Representing Deutsche Bank National Trust Company* Mark N. BermanNixon Peabody LLP100 Summer StreetBoston, MA 02110-1832 mberman@nixonpeabody.com

*Representing GMAC Commercial Finance LLC* Hernando AzarconSenior Legal CoordinatorGMAC Commercial Finance LLC3000 Town Center, Suite 280Southfield, MI 48075 hazarcon@gmaccf.com

*Representing Kodiak Funding LP and Kodiak CDO I, Ltd.* Matthew BoticaDavid WirtGrayson WalterWinston & Strawn LLP35 West Wacker DriveChicago, IL 60601 Mbotica@winston.comDwirt@winston.comGwalter@winston.com

*Representing Safeco Financial Institution Solutions, Inc.* Frank G. BurtRaul A. CuervoW. Glenn MertenJorden Burt LLP1025 Thomas Jefferson Street, NW
Suite 400 EastWashington, DC 20007-5208
fgb@jordenusa.comrac@jordenusa.commwgm@jordenusa.com

*Representing Wells Fargo Bank, N.A., As Indenture Trustee and Property Trustee* James S. CarrDavid RetterChristena A. LambrianakosKelley Drye & Warren LLP101 Park AvenueNew York, NY 10178 jcarr@kelleydrye.comdretter@kelleydrye.comslambrianakos@kelleydrye.com

RLF1-3145984-1

*Representing UBS Real Estate Securities, Inc.* Richard A. ChesleyKimberly D. NewmarchPaul, Hastings, Janofsy & Walker LLP191 North Wacker Drive, 30th FloorChicago, IL 60606
richardchesley@paulhastings.comkimberlynewmarch@paulhastings.com

*Representing Theresa A. Davis* Robert P. CoccoRobert P. Cocco, P.C.437 Chestnut Street, Suite 1006Philadelphia, PA 19106
rcocco@rcn.com

*Representing Barclays Bank PLC and Barclays Capital* Ken ColemanAllen & Overy LLP1221 Avenue of the AmericasNew York, NY

*Representing ABN AMRO Bank N.V.* Raniero D'Aversa, Jr.Laura D. MetzgerMayer, Brown, Rowe & Maw LLP1675 BroadwayNew York, NY 10019-5820
rdaversa@mayerbrown.comldmetzger@mayerbrown.com

*Representing Party-in-Interest* T. Robert FinlayDonna L. La PorteWright, Finlay & Zak, LLP4665 MacArthur Court, Suite 280Newport Beach, CA 92660
rfinlay@wrightlegal.netdlaporte@wrightlegal.net

*Representing Union Bank of California* Barry FreemanJeffer Mangels Butler & Marmaro, LLP1900 Avenue of the Stars, 7th FloorLos Angeles, CA 90067

*Representing Morgan Stanley Mortgage Capital Inc.* Luc A. DespinsWilbur F. FosterMilbank, Tweed, Hadley & McCloy LLPOne Chase Manhattan PlazaNew York, NY 10005
ldespins@milbank.comwfoster@milbank.com

*Representing DB Structured Products, Inc.* Robert M. DombroffSteven WilamowskyBingham McCutchen LLP399 Park AvenueNew York, NY 10022-4689
robert.dombroff@bingham.comsteven.wilamowsky@bingham.com

*Representing Deutsche Bank National Trust Company* Dennis J. DrebskyNixon Peabody LLP437 Madison AvenueNew York, NY 10022
ddrebsky@nixonpeabody.com

*Representing New York State Teachers' Retirement System* Michael S. EtkinIra M. LeveeLowenstein Sandler PC65 Livingston AvenueRoseland, NJ 07068
metkin@lowenstein.comilevee@lowenstein.com

*Representing Federal Express Corporation* Charles J. Filardi, Jr.Filardi Law Offices LLC65 Trumbull Street, Second FloorNew Haven, CT 06510
charles@filardi-law.com

*Representing Travelers* Scot FreemanAccount ResolutionTravelers National Accounts1 Tower Square - 5MNHartford, CT 06183-4044

*Representing Government Agency* Nathan FuchsSecurities & Exchange Commission233 BroadwayNew York, NY 10279

*Representing DB Structured Products, Inc.* Andrew J. GalloBingham McCutchen LLP150 Federal StreetBoston, MA 02110
andrew.gallo@bingham.com

*Representing 500 Eagles Landing, LLC* Robert P. GatesErskine & Tulley220 Montgomery Street, Suite 303San Francisco, CA 94104
bob@erskinetulley.com

*Representing eMortgage Logic LLC* Jeffrey I. GoldenHutchison B. MeltzerWeiland, Golden, Smiley, Wang Ekvall & Strok, LLP650 Town Center Drive, Suite 950Costa Mesa, CA 92626
Jgolden@wgllp.com
*Representing GMAC Commercial Finance LLC and Countrywide Home Loans* Lawrence P. GottesmanSukyong SuhBryan Cave LLP1290 Avenue of the AmericasNew York, NY 10104
lawrence.gottesman@bryancave.comsukyong.suh@bryancave.com

*Representing New York State Teachers' Retirement System* Salvatore J. GrazianoBernstein Litowitz Berger & Grossmann LLP1285 Avenue of the AmericasNew York, NY 10019
sgraziano@blbglaw.com

*Representing The Realty Associates Fund VII, LP* Robert E. GreenbergFriedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC1101 Seventeenth Street, N.W. Suite 700Washington, DC 20036-4704

*Representing Government Agency* Alberto P. GonzalezU.S. Attorney GeneralU.S. Department of Justice950 Pennsylvania Ave., NWWashington, DC 20530-0001

*Representing SunTrust Leasing Corporation* Robert GoodrichStites& Harison, PLLC1800 Fifth Third Center 424 Church StreetNashville, TN 37219-2376
robert.goodrich@stites.com

Bruce GordonIBM Credit LLCSpecial Handling Group-MD NC322, North Castle DrArmonk, NY 10504

*Representing Alireza Nazmi and Golden Key Mortgage* Charles A. HansenMark S. BostickWendel, Rosen, Black & Dean LLP1111 Broadway, 24th FloorOakland, CA 94607-4036
chansen@wendel.combankruptcy@wendel.com

Jed HartAngelo, Gordon & Co.245 Park Avenue, 26th FloorNew York, NY 10167
jhart@angelogordon.com

*Representing Morgan Stanley Mortgage Capital Inc.* Howard R. Hawkins, Jr.Cadwalader, Wickersham & Taft LLPOne World Financial CenterNew York, NY 10281
howard.hawkins@cwt.com

*Representing The Official Committee of Unsecured Creditors* Mark S. IndelicatoMark T. PowerJeffrey L. SchwartzHahn & Hessen LLP488 Madison Avenue, 14th & 15th FloorNew York, NY 10022
mindelicato@hahnhessen.commpower@hahnhessen.comjschwartz@hahnhessen.com

*Representing Qwest Corporation*
Mitchell W. Katz
Qwest Legal Department
1801 California Street, Suite 900
Denver, CO 80202
mitchell.katz@qwest.com

*Representing Carrington Mortgage Services, LLC and Carrington Capital Management, LLC* Thomas S. Kiriakos
Sean T. Scott
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
tkiriakos@mayerbrownrowe.com
stscott@mayerbrownrowe.com

Gregg S. Kleiner
Cooley Godward Kronish LLP
101 California Street, 5th F.
San Francisco, CA 94111-2222

*Representing Wells Fargo Bank, N.A. as Indenture Trustee and Property Trustee* Thomas M. Korsman
Vice President
Wells Fargo Bank, N.A.
MAC N9303-120
608 2nd Avenue South
Minneapolis, MN 55479
thomas.m.korsman@wellsfargo.com

*Representing State of Ohio ex rel. Marc Dann, Attorney General* Matthew J. Lampke
Assistant Chief
Ohio Attorney General's Office
Executive Agencies Section
30 E. Broad Street, 26th Floor
Columbus, OH 43215-4200

Mark Manski
Barclays Bank PLC
200 Park Avenue
New York, NY 10166

Sari E. Meador
Delinquency and Enforcement
Office of Joe G. Tedder, CFC

*Representing KST Data, Inc.* Randall S. Leff
Eric M. Heller
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974
rleff@ecjlaw.com
eheller@ecjlaw.com

*Representing Residential Funding Company, LLC* Chris Lenhart
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
lenhart.chris@dorsey.com

*Representing Countrywide Home Loans, Inc.* Paul T. Liu
John Guerry
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, MS AC-11
Calabasas, CA 91302
paul_liu@countrywide.com
john_guerry@countrywide.com

*Representing Party-in-Interest* William G. Malcolm
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612
bill@mclaw.org

*Representing United HealthCare Insurance Company* Julie A. Manning
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
bankruptcy@goodwin.com

Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016
sarimeador@polktaxes.com

RLF1-3145984-1

David A. Meskan500 Eagles Landing, LLC2100 Green Street, Apt. 404San Francisco, CA 94123
dmeskan@pacbell.net

*Representing UBS Real Estate Securities, Inc.* Keith W. MillerJames R. BlissPaul, Hastings, Janofsky & Walker LLPPark Avenue Tower
75 East 55th Street, First FloorNew York, NY 10022
keithmiller@paulhastings.comjamesbliss@paulhastings.com

*Representing CB Richard Ellis Corporate Facilities Management, Inc.* John E. MitchellVinson & Elkins LLPTrammell Crow Center
2001 Ross Avenue, Suite 3700Dallas, TX 75201   jmitchell@velaw.com

*Representing Missouri Department of Revenue* Sheryl L. MoreauSpecial Assistant Attorney GeneralMissouri Department of RevenueGeneral Counsel's OfficeP.O. Box 475301 W. High Street, Room 670Jefferson City, MO 65105-0475
*Representing Positive Software Solutions, Inc.* Mark H. RalstonDavor RukavinaMunsch Hardt Kopf & Harr, P.C.3800 Lincoln Plaza
500 N. Akard StreetDallas, TX 75201
mralston@munsch.comdrukavina@munsch.com

*Representing Tax Appraisal District of Bell County, County of Denton, Mexia Independent School District, County of Williamson* Michael ReedMcCreary, Veselka, Bragg & Allen, P.C.P.O. Box 1269Round Rock, TX 78680

*Representing New York State Teachers' Retirement System* Blair A. NicholasBernstein Litowitz Berger & Grossmann LLP12481 High Bluff Drive, Suite 300San Diego, CA 92130
blairn@blbglaw.com

*Representing Natixis Real Estate Capital, Inc.* Gregory M. PetrickAngela SomersCadwalader, Wickersham & Taft LLPOne World Financial CenterNew York, NY 10281

*Representing International Business Machines Corporation* Leo D. PlotkinLevy, Small & Lallas815 Moraga DriveLos Angeles, CA 90049-1633
lplotkin@lsl-la.com

*Representing Union Bank of California* David M. PoitrasJeffer Mangels Butler & Marmaro LLP1900 Avenue of the Stars, 7th FloorLos Angeles, CA 90067
dpoitras@jmbm.com

*Representing SRIVA Relocation* Glenn M. ReismanTwo Corporate Drive, Suite 234Shelton, CT 06484
glenn.reisman@ge.com

*Representing Canpro Investments Ltd.* Robert F. ReynoldsSlatkin & Reynolds, P.A.One East Broward Boulevard, Suite 700Fort Lauerdale, FL 33301

*Representing MTC Financial Inc., dba Trustee Corps* Richard J. ReynoldsTurner, Reynolds, Greco & O'Hara16485 Laguna Canyon Road, Suite 250Irvine, CA 92618
rreynolds@trlawyers.com

Diane J. Richey Vice President and Senior Counsel Union Bank of California 445 S. Figueroa Street Los Angeles, CA 90071

*Representing City of Edinburg, Edcouch-Elsa ISD, Nueces County and South Texas College* Diane W. Sanders Linebarger Goggan Blair & Sampson, LLP P.O. Box 17428 1949 South I.H. 35 Austin, TX 78760

*Representing Scott Morris and Angela Morris* Felix A. Seidler Reeves & Seidler 2527 Santa Clara Avenue Alameda, CA 94501-4633 attyseidler@netscape.net

*Representing Carrollton-Farmers Branch ISD, Garland ISD and Lewisville ISD* Andrea Sheehan Law Offices of Robert E. Luna, PC 4411 N. Central Expressway Dallas, TX 75205 sheehan@txschoollaw.com

*Representing 816 Connecticut Avenue L.P.* Bryn H. Sherman Deckelbaum Ogens & Raftery, Chtd. 3 Bethesda Metro Center, Suite 200 Bethesda, MD 20814   bsherman@decklebaum.com

*Representing Credit-Based Asset Servicing and Securitization and Wells Fargo Bank, N.A.* J.R. Smith Jason W. Harbour Hunton & Williams LLP Riverfront Plaza, East Tower 951 East Byrd Street Richmond, VA 23219

*Representing ChoicePoint Inc.* James R. Savin David M. Dunn Joanna F. Newdeck Akin Gump Strauss Hauer & Feld LLP 1333 New Hampshire Ave., NW Washington, DC 20036 jsavin@akingump.com ddunn@akingump.com jnewdeck@akingump.com

*Representing Bank of America, N.A.* Margot B. Schonholtz Mark F. Liscio Kaye Scholer LLP 425 Park Avenue New York, NY 10022 mschonholtz@kayescholer.com mliscio@kayescholer.com

*Representing Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital, Inc.* Joseph H. Smolinsky Douglas E. Deutsch Chadbourne & Parke LLP 30 Rockefeller Plaza New York, NY 10112 jsmolinsky@chadbourne.com ddeutsch@chadbourne.com

*Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.* Bennet L. Spiegel Shirley S. Cho Kirkland & Ellis LLP 777 S. Figueroa Street, Suite 3700 Los Angeles, CA 90017 bspiegel@kirkland.com scho@kirkland.com

*Representing IndyMac Bank, F.S.B.* Claudia Z. Springer Reed Smith LLP 2500 One Liberty Place, 1650 Market St. Philadelphia, PA 19103-7301  cspringer@reedsmith.com

*Representing Sprint Nextel Corporation* David I. Swan Kenneth M. Misken McGuire Woods LLP 1750 Tysons Boulevard, Suite 1800 McLean, VA 22102-4215

RLF1-3145984-1

*Representing Ellington Management Group, Inc.* Patricia B. TomascoBrown McCarroll, LLP111 Congress Avenue, Suite 1400Austin, TX 78701 ptomasco@mailbmc.com

*Representing Debtors* Suzzanne S. UhlandBen H. LoganVictoria NewmarkEmily CullerO'Melveny & Myers LLP275 Battery StreetSan Francisco, CA 94111 suhland@omm.comblogan@omm.comvnewmark@omm.comeculler@omm.com

*Representing Creditor* John A. Vos1430 Lincoln AvenueSan Rafael, CA 94901

Madeleine C. WansleeGust Rosenfeld PLC201 E. Washington, Suite 800Phoenix, AZ 85004-2327

*Representing Coremetrics, Inc.* Seth R. WeissmanV.P. & General CounselCoremetrics, Inc.1840 Gateway Drive, Suite 320San Mateo, CA 94404 sweissman@coremetrics.com

*Representing Dallas County* Elizabeth WellerLinebarger Googan Blair & Sampson, LLP2323 Bryan St., Suite 1600Dallas, TX 75201-2644 dallas.bankruptcy@publicans.com

*Representing GMAC Commercial Finance LLC and Countrywide Home Loans* Katherine M. WindlerBryan Cave LLP120 Broadway, Suite 300Santa Monica, CA 90401-2386 katherine.windler@bryancave.com

*Representing Wolfe & Wyman LLP* Stuart B. WolfeYaron ShahamWolfe & Wyman LLP5 Park Plaza, Suite 1100Irvine, CA 92614

*Representing DRA CRT Post Oak, L.P.* Brian D. WomacDenise H. MitchellWomac & AssociatesTwo Memorial City Plaza 820 Gessner, Suite 1540Houston, TX 77024  brianwomac@aol.com

David H. ZielkeVice President &
Assistant General CounselWashington
Mutual1301 Second Avenue, WMC
3501Seattle, WA 98101
David.Zielke@wamu.net

Donald A. Workman, Esq.
Baker & Hostetler LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

James E. Huggett, Esq.
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

Mary E. Olsen, Esq.
M. Vance McCrary, Esq.
J. Cecil Gardner, Esq.
The Gardner Firm, P.C.
1119 Government Street
Post Office Drawer 3103
Mobile, AL 36652

John J. Arminas, Esq.
Goldberg, Kamin & Garvin
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219

Lisa C. McLaughlin, Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Carlos G. Manalansan, Esq.
Wolff & Samson, PC

The Offices of Crystal Lake
One Boland Drive
West Orange, NJ 07052

Susan D. Profant, CFCA, CLA, Paralegal
Ken Burton, Jr., Manatee County Tax Collector
P.O. Box 25300
Bradenton, Florida 34206-5300
819 U.S. 301 Blvd. West
Bradenton, Florida 34205

Elihu E. Allinson, III, Esq.
William D. Sullivan, LLC
Attorneys and Counselors at Law
4 East 8th Street, Suite 400
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Christopher M. Lastowski, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

T. Scott Leo, Esq.
Grace Winkler Cranley, Esq.
Leo & Weber, P.C.
One N. LaSalle Street, Suite 3600
Chicago, IL 60602

Nancy Hotchkiss, Esq.
Trainor Fairbrook
Post Office Box 255824
Sacramento, California 95865

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

A. Michelle Hart, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102

Gretchen Crawford,
Assistant District Attorney
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, Okla. 73102

Don C. Sherwood, Esq.
Sherwood and Hardgrove
11812 San Vicente Boulevard, Suite 210
Los Angeles, California 90049-6622

Sheldon I. Hirshon, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York 10036-8299

Mark Lee
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Amish R. Doshi, Esq.
Day Pitney LLP
7 Times Square
New York, New York 10036-7311

Daniel T. Powers
Chatham County Tax Commissioner
P.O. Box 8321
Savannah, GA 31412

Steven H. Newman, Esq.
Katsky Korins LLP
605 Third Avenue, 16th Floor
New York, New York 10158

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson
LLPP.O. Box 3064 Houston, TX 77253-3064

William A. Hazeltine, Esq.
Law Offices of William A. Hazeltine LLC
The Brandywine Building
1000 N. West Street, Suite 1200

Wilmington, DE 19801

Andrew C. Kassner, Esq.
Howard A. Cohen, Esq.
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610

Larry Thomas
Integrated Payment Systems, Inc.
Meridian Building
12500 East Belford Avenue
Mail Stop M12B
Englewood, Colorado 80112

Andrew S. Conway, Esq.
Honigman Miller Schwartz & Cohn LLP
38500 Woodward Avenue, Suite 100
Bloomfield Hills, Michigan 48304
Sherry D. Lowe, Esq.
Lamm Rubenstone Lesavoy Butz & David LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053

Richard M. Lucas, Esq.
Charles A. Malloy, Esq.
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C. 20004

Sally E. Edison, Esq.
McGuire Woods LLP
Dominion Tower
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222-3142

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306

RLF1-3145984-1

Wilmington, Delaware 19899-2306

Rosa Dominy
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

David McCall, Esq.
Gay, McCall, Isaacks, Gordon &
Roberts, P.C.
777 East 15th Street
Plano, Texas 75074

Victoria W. Counihan, Esq.
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Daniel Ansell, Esq.
Kenneth Philbin, Esq.
Greenberg Traurig, LLP
Metlife Building
200 Park Avenue
New York, New York 10166

Larry A. Levick, Esq.
Michelle E. Shriro, Esq.
Gerard Singer Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001

Leslie Marks, Pro Se
3099 Suter Street
Oakland, CA 94602

Jeffrey J. Newton
County Attorney for Broward County
Government Center
115 South Andrews Avenue
Ft. Lauderdale, Florida 33301

Stephen M. Miller, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Fielder F. Nelms, Esq.
Smith, Stern, Friedman & Nelms, P.C.
6688 North Central Expressway
Suite 550, L.B. 37
Dallas, TX 75206

Henry Jaffe, EsquirePepper Hamilton
LLPHercules Plaza, Suite 5100
1313 Market StreetP.O. Box
1709Wilmington, DE 19899-1709

Edward M. Fox, Esq.
Kirkpatrick & Lockhart Preston Gates
Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030

Rebecca L. Kline Dubill, Esq.
Stephen G. Topetzes, Esq.
Kirkpatrick & Lockhart Preston Gates
Ellis LLP
1601 K Street, NW
Washington, DC 20006-1600

Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Victoria L. Nelson, Esq.
Ogonna M. Atamoh, Esq.
Santoro, Driggs, Walch, Kearney,
Johnson & Thompson
400 South Fourth St., Third Floor
Las Vegas, Nevada 89101

John Banks, Esq.
Perdue, Brandon, Fielder, Collins &
Mott, LLP3301 Northland Drive, Ste.
505 Austin, TX 78731
Susan L. Vaage, Esq.
Graham Vaage & Cisneros
500 North Brand Boulevard, Suite 1030
Glendale, California 91203

Susan R. Fuertes, Esq.
c/o Aldine Independent School District
14910 Aldine-Westfield Road
Houston, Texas 77032

James M. Trush, Esq.
Trush Law Office
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7187

Bruce L. Segal, Esq.
Honigman Miller Schwartz & Cohn LLP
38500 Woodward Avenue, Suite 100
Bloomfield Hills, Michigan 48304

Christopher P. Simon, Esq.
Kevin S. Mann, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19899-1380

Jesse S. Finlayson, Esq.
Michael R. Williams, Esq.
Finlayson, Augustini & Williams LLP
110 Newport Center Drive, Suite 100
Newport Beach, California 92660

Charles J. Brown, III, Esq.
J" Jackson Shrum, Esq.
Harvey Pennington LTD
913 Market Street, Suite 702
Wilmington, Delaware 19801

Anne Milgram

Attorney General of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 119
Trenton, New Jersey 08625-0119

John R. Knapp, Jr.
Cairncross & Hempelmann, P.S.
524 2nd Avenue, Suite 500
Seattle, WA 98104-2323

Ted A. Berkowitz, Esq.
Farrell Fritz, P.C.
1320 Reckson Plaza
Uniondale, New York 11556-1320

Mark H. Ralston, Esq.
The Ralston Law Firm
2603 Oak Lawn Avenue
Suite 230, LB 2
Dallas, Texas 75219-9109

Zachary Mosner
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188

Wilshire Credit Corporation
P.O. Box 1650
Portland, OR 97207-1650

New Century Mortgage Corporation
3121 Michelson Drive, Suite 600
Irvine, California 92612

German Yusufov
Terri A. Roberts
Pima County Attorneys
Civil Division
32 N. Stone Avenue, Suite 2100
Tucson, Arizona 85701

Michael A. Cox, Attorney General
Julius O. Curling, Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

Tennessee Department of Labor & Workforce Development-Unemployment Ins.
c/o TN Attorney General's Office, Bankr. Division
P.O. Box 20207
Nashville, Tennessee 37202-0207

James F. Bailey, Jr., Esquire
Law Offices of James F. Bailey, Jr., P.A.
3 Mill Road, Suite 306A
Wilmington, DE 19806

David G. Baker, Esq.
105 Union Wharf
Boston, MA 02109

R. Gibson Pagter, Jr., Esq.
Pagter & Miller
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701

Eric Lopez Schnabel, Esq.
DORSEY & WHITNEY LLP
1105 North Market Street, 16th Floor
Wilmington, DE 19801

Julie H. Rome-Banks, Esq.
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Phyllis A. Hayes
EMC Corporation
c/o Receivable Management Services
P.O. Box 5126
Timonium, MD 21094

Thomas W. Corbett, Jr.

Andrew J. Petrie
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400S
Denver, Colorado 80202-5424

Michael J. Riela
Latham & Watkins LLP
53rd at Third, Suite 1000
885 Third Avenue
New York, New York 10022-4068

Edward C. Tannen, Esq.
Asistant General Counsel
Office of General Counsel
117 W. Duval Street, Suite 480
Jacksonville, FL 32202

Hilary B. Bonial, EsquireTyler B. Jones, EsquireBrice, Vander, Linden & Wernick, P.C.9441 LBJ Freeway, Suite 350Dallas, TX   75243

Andrew Dylan Wood, Esq.
Ray, Wood & Bonilla
P.O. Box 165001
Austin, Texas 78716

Jay W. Hurst
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

Dexter D. Joyner, Esq.
4701 Preston
Pasadena, Texas 77505

Daniel Smirlock, Esq.
William E. Nowakowski, Esq.
Deputy Commissioner & Counsel
77 Broadway, Suite 112
Buffalo, New York 14203-1670

Carol E. Momjian

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Jan M. Geht
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

Christine A. Roberts, Esq.
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Machiline Xiong
603 Jensen Place
Placentia, CA 92870

RLF1-3145984-1