## EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: HSBC Bank USA, National Association, as trustee, on behalf of the holders of the Nomura Home Equity Loan, Inc. Asset-Backed Certificates Series 2005-HE1

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 8232126 | Zelenka | 7-Apr-05 | $492,000 | $523,072.43 | $575,000 | 4995 Thatcher Dr., Martinez, CA 94553 |
| 8231797 | Garcia | 6-Apr-05 | $296,000 | $332,754.64 | $298,000 | 18368 SW 3 St., Pembroke Pines, FL 33029 |
| 8227829 | Monticello | 6-Apr-05 | $252,000 | $264,881.83 | $335,000 | 218 Entrada Plaza, Union City, CA 94587 |