Case 07-10416-BLS    Doc 5003-4    Filed 02/21/08    Page 1 of 1

## EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: US bank National Association, as trustee, on behalf of the holders of the CSFB Mortgage Pass Through Certificates, Series 2005-CF1

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 7732977 | Price | 24-Aug-00 | $56,400 | $60,244.66 | $77,000 | 100 Keith Dr., Anderson, SC 29621 |
| 7727852 | Foster | 25-Jul-00 | $105,600 | $126,361.48 | $145,000 | 5603N 79th Ave., Omaha NE 68134 |