UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    *

                                                                         Case No. 07-10416-KJC

NEW CENTURY TRS HOLDINGS, INC.,    *    (Chapter 11)
a Delaware corporation, *et al.*,

          Debtor                              *    **Objections due by: March 18, 2008 at 4:00 PM**

                                                                          **Hearing Date: March 25, 2008 at 1:30 PM**

                                ***********

## NOTICE OF MOTION OF US BANK NATIONAL ASSOCIATION, AS TRUSTEE, C/O SELECT PORTFOLIO SERVICING, INC. FOR RELIEF FROM <u>STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE</u>

To:
<u>VIA US MAIL</u>
New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

<u>VIA US MAIL</u>
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodeny Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

<u>VIA US MAIL</u>
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

<u>VIA US MAIL</u>
United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
*U.S. Trustee*

<u>VIA US MAIL</u>
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

<u>VIA US MAIL</u>
Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE4 Asset Backed Pass-Through Certificates, Series NC 2006-HE4 c/o Select Portfolio Servicing, Inc., has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to certain real property in which the above-captioned debtor may hold an interest. A complete list of the real property which the motion relates is attached to the motion as Exhibit A.

**HEARING ON THE MOTION WILL BE HELD ON March 25, 2008 at 1:30 P.M. at the United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801.**

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE March 18, 2008. FAILURE TO <u>TIMELY</u> FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELEIF REQUESTED IN THE MOTION.**

At the same time, you must also serve a copy of the response upon movant's attorney:

Lisa R. Hatfield, Esquire
WITTSTADT & WITTSTADT, P.A.
284 East Main Street
Newark, Delaware 19711

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, s determined by the Court.

The attorneys for the parties shall confer with respect to issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED BY THE MOTION WILL BE GRANTED.**

        Respectfully submitted,

        WITTSTADT & WITTSTADT, P.A.

        /s/ *Lisa R. Hatfiled*
        Lisa R. Hatfield (DE No. 4967)
        284 East Main Street
        Newark, Delaware 19711
        (302) 444-4602
        (866) 503-4930 (toll free)