# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: US Bank National Association, as trustee, on behalf of the holders of the Asset-Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE4, Asset Backed Pass-Through Certificates, Series NC

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 9360926 | Gomes | 9-Feb-06 | $358,400 | $377,467.88 | $359,000 | 10920 Noblewood Rd, Moreno Valley, CA 92557 |
| 9375205 | Vejar | 10-Feb-06 | $276,000 | $285,712.99 | $240,000 | 11394 3rd Ave. Hesperia, CA 92345 |
| 9373564 | Perez | 3-Feb-06 | $336,000 | $351,765.02 | $349,000 | 536 Yermo Ct. San Jose, CA 95111 |
| 9372939 | Preciado | 8-Feb-06 | $212,000 | $219,178.12 | $232,000 | 40574 172nd St E, Lancaster, CA 93536 |
| 9380312 | Williams | 22-Feb-06 | $360,000 | $399,052.41 | $299,000 | 5686 El Palomino Drive, Riverside, CA 92509 |
| 9367541 | Velazquez | 7-Feb-06 | $157,600 | $166,204.95 | $130,000 | 12114W Aster Dr. El Mirage, AZ 85335 |
| 9372913 | Antunez | 2-Feb-06 | $400,000 | $437,679.04 | $372,000 | 2180 Cordillera Ave. Colton, CA 92324 |
| 9377144 | Ramos | 2-Feb-06 | $444,000 | $462,201.07 | $460,000 | 14139 Runnymede St., Van Nuys, CA 91405 |
| 9383449 | Cole | 11-Feb-06 | $320,000 | $332,646.13 | $250,000 | 3361 East Ave. R-12, Palmdale, CA 93550 |
| 9383589 | Blanos | 15-Feb-06 | $311,120 | $330,976.59 | $230,000 | 4825 Country Grove Way Hemet, CA 92545 |
| 9382672 | Torres | 21-Feb-06 | $171,920.00 | $185,440.75 | $190,000 | 2203 Canonero Court Orlando, FL 32825 |
| 9347410 | Celaya | 21-Sep-05 | $270,463 | $288,612.15 | $265,000 | 8156 Billfish Ave., Las Vegas, NV 89147 |