| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| | | | **EXHIBIT A**<br>In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)<br>Movant: US Bank National Association, as trustee, on behalf of the holders of the Asset-Backed Securities<br>Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC | | | |
| 8492092 | Aguilar | 16-Aug-05 | $453,600 | $489,506.79 | $459,000 | 2295 Rosecrans St, Simi Valley, CA 93065 |
| 8494874 | Nathong | 10-Aug-05 | $412,000 | $432,222.29 | $395,000 | 120 Alcantar Circle, Sacramento, CA 95834 |
| 8455321 | Espinal | 21-Jul-05 | $296,000 | $312,596.75 | $270,000 | 13877 Green Vista Dr., Fontana, CA 92337 |
| 8483026 | Arquieta | 11-Aug-05 | $135,920 | $148,207.41 | $97,000 | 1092 25th St.,SW Vero Beach, FL 32962 |
| 8470486 | Felder | 14-Jul-05 | $100,000 | $105,526.04 | $240,000 | 907 Uncle Bud Rd., Orangeburg, SC 29115 |
| 8504730 | Lomeli | 26-Aug-05 | $276,000 | $299,749.90 | $337,000 | 815 North Campus Ave., Ontario, CA 91764 |
| 8455628 | Lim | 22-Jul-05 | $304,000 | $324,431.35 | $279,000 | 1525 Verbena Way, Roseville, CA 95747 |
| 8477408 | Croll | 1-Aug-05 | $111,200 | $114,902.45 | $85,000 | 20328 Rutherford Ave., Port Charlotte, FL 33952 |
| 8503930 | Hernandez | 21-Jul-05 | $308,000 | $320,411.38 | $412,000 | 9901 Cedar St., Unit 1, Bellflower, CA 90706 |
| 8458523 | Martinez | 20-Jul-05 | $468,000 | $496,160.16 | $618,000 | 6716 E. Bernal St., Simi Valley, CA 93063 |
| 8482929 | Tonazzi | 29-Jul-05 | $276,000.00 | $280,326.90 | $295,000 | 5451 Chancery Way, Lake in the Hills, IL 60156 |
| 8456303 | Guzman | 26-Jul-05 | $330,400 | $342,845.05 | $325,000 | 817 W F St., Ontario, CA 91762 |
| 8482705 | Medina | 1-Aug-05 | $264,000 | $268,923.65 | $320,000 | 1809 E Sierra View Ave, Lancaster, CA 93535 |
| 8506909 | Routt | 24-Aug-05 | $310,200 | $362,324.70 | $215,000 | 4323 Wincanton Rd., Salida, CA 95368 |
| 8447963 | Foix | 21-Jul-05 | $157,250 | $167,183.66 | $160,000 | 557 Kendall Dr. Hastings, MN 55033 |
| 8495665 | Kirks | 11-Aug-05 | $75,607.50 | $84,205.79 | $15,000 | 3606E 53 Street, Cleveland, OH 44105 |