## EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: US Bank National Association, as trustee, on behalf of the holders of the Asset-Backed Pass-Through Certificates, Series RFC 2007-HE1

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 10472470 | Hughes | 20-Sep-06 | $73,100 | $77,443.35 | $75,000 | 464W Florida Ave., Sebring, OH 44672 |
| 10475184 | Gomez | 20-Sep-06 | $549,600 | $576,913.90 | $420,000 | 1116 Apple Blossom Ln. Corona, CA 92881 |