# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 4262 |

## REVISED ORDER GRANTING DEBTORS' NINTH OMNIBUS OBJECTION SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. §§ 502 AND 507, BANKRUPTCY RULES 3007 AND 9014, AND LOCAL RULE 3007-1 TO CERTAIN REDUCED AND/OR RECLASSIFIED CLAIMS

Upon the Debtors' Ninth Omnibus Objection to Claims: Substantive Objection Pursuant to §§ 502 and 507 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Delaware Local Bankruptcy Rules (the "Local Rules") to certain Reduced and/or Reclassified Claims (the "Objection");[2] and it appearing that notice of the Objection was good and sufficient upon the particular circumstances, and that no other further notice need be given; and the Court having considered the Objection, the Claims listed on

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] All capitalized terms not otherwise defined herein shall have the meanings attributed to them in the Objection.

RLF1-3255006-1

Exhibit A, and any responses thereto, and the Wagner Declaration; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby:

FOUND AND DETERMINED THAT:

A.  This Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B.  Each holder of a claim (as to each, a "Claim") listed on Exhibit A attached to the Objection was properly and timely served with a copy of the Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C.  Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

D.  The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

1.  The Objection is GRANTED.

2.  The Reduced and Reclassified Claims listed on Exhibit A attached hereto are hereby reduced and/or reclassified as set forth on Exhibit A.

3.  The Objection is hereby withdrawn with respect to the following Claims: Nancy Anderson [Claim No. 346] and Rich Martin [Claim No. 347].

3.  This Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

4.  Each Claim and the objections by the Debtors to such Claim, as addressed in the Objection and as set forth on Exhibit A hereto, constitutes a separate contested matter as

contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection of this Order.

Dated: February ___, 2008
       Wilmington, Delaware

                                          THE HONORABLE KEVIN J. CAREY
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

9th Omnibus Objection

## Amended Exhibit A
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Airport Lock & Safe Inc<br>17777 Main St Ste F<br>Irvine, CA 92614 | 07-10419 | 763 | $0.00 | $0.00 | $525.00 | $0.00 | $525.08 | $0.00 | $0.00 | $0.00 | $525.08 | $525.08 |
| Comments: | No Basis for Priority Status |
| Amber Financial Group Llc<br>11415 W Bernardo Court<br>San Diego, CA 92127 | 07-10419 | 768 | $0.00 | $0.00 | $8,831.00 | $0.00 | $8,831.40 | $0.00 | $0.00 | $0.00 | $8,831.40 | $8,831.40 |
| Comments: | No Basis for Priority Status |
| Andrew I Barnes<br>136 Overlook Dr<br>Liberty Hill, TX 78642 | 07-10416 | 103 | $0.00 | $0.00 | $7,268.00 | $0.00 | $7,268.00 | $0.00 | $0.00 | $2,379.80 | $4,888.20 | $7,268.00 |
| Comments: | Claim should be reclassified and allowed because Debtors' Books and Records reflect same |
| Aw Palmer<br>5717 Shoreline Dr<br>Shreveport, LA 71119 | 07-10421 | 1048 | $0.00 | $0.00 | $4,300.00 | $0.00 | $4,300.00 | $0.00 | $0.00 | $0.00 | $4,300.00 | $4,300.00 |
| Comments: | No Basis for Priority Status |
| Bari Fraire<br>6441 Adderly Dr<br>Las Vegas, NV 89108 | 07-10421 | 20 | $0.00 | $0.00 | $10,610.20 | $0.00 | $10,610.20 | $0.00 | $0.00 | $372.93 | $4,240.07 | $4,613.00 |
| Comments: | Claim should be reclassified, reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Beacon Appraisal Services Inc<br>PO Box 727<br>Barnegat, NJ 08005 | 07-10416 | 1078 | $0.00 | $0.00 | $275.00 | $0.00 | $275.00 | $0.00 | $0.00 | $0.00 | $275.00 | $275.00 |
| Comments: | No Basis for Priority Status |
| Ben Clark<br>1435 W 2nd St<br>San Pedro, CA 90732 | 07-10416 | 935 | $2,855.00 | $0.00 | $0.00 | $0.00 | $2,855.00 | $0.00 | $0.00 | $0.00 | $2,855.00 | $2,855.00 |
| Comments: | No Basis for Secured Status |
| Bernadette M Powers Carreno<br>1016 Moreno Way<br>Placentia, CA 92870 | 07-10417 | 1491 | $0.00 | $0.00 | $42,614.97 | $2,735.47 | $45,350.44 | $0.00 | $0.00 | $2,735.47 | $0.00 | $2,735.47 |
| Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Bien Quach individually and dba BQ Consulting Inc<br>7709 Dragon Ln<br>Winnetka, Ca 91306 | 07-10419 | 2407 | $0.00 | $0.00 | $15,456.00 | $0.00 | $15,456.00 | $0.00 | $0.00 | $10,950.00 | $4,506.00 | $15,456.00 |
| Comments: | Claim should be reduced, reclassified, and allowed. |

**9th Omnibus Objection**

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Amended Exhibit A
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Brad Sorsabal<br>3053 Rancho Vista Blvd Ste H208<br>Palmdale, CA 93551 | 07-10416 | 141 | $0.00 | $0.00 | $81,163.00 | $0.00 | $81,163.00 | $0.00 | $0.00 | $0.00 | $53,644.00 | $53,644.00 |
| Comments: | Claim should be reclassified, reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | |
| Brendan Boroski Advertising Inc<br>320 North Broad St<br>Doylestown, PA 18901 | 07-10419 | 1227 | $0.00 | $0.00 | $2,550.00 | $0.00 | $2,550.00 | $0.00 | $0.00 | $0.00 | $2,550.00 | $2,550.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Brian J Johnson<br>24 Calle Gaulteria<br>San Clemente, CA 92673 | 07-10417 | 579 | $0.00 | $0.00 | $10,000.00 | $8,742.24 | $18,742.24 | $0.00 | $0.00 | $6,690.38 | $1,917.87 | $8,608.25 |
| Comments: | Claim should be reclassified, reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | |
| Bruce R Ullman<br>1323 N Spurgeon St No 5C<br>Santa Ana, CA 92701-2403 | 07-10417 | 213 | $0.00 | $0.00 | $9,733.51 | $0.00 | $9,733.51 | $0.00 | $0.00 | $3,925.45 | $0.00 | $3,925.45 |
| Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | |
| Carole J Duncan<br>13249 FM 830<br>Willis, TX 77318 | 07-10416 | 109 | $0.00 | $0.00 | $40,736.25 | $0.00 | $40,736.25 | $0.00 | $0.00 | $10,950.00 | $29,786.25 | $40,736.25 |
| Comments: | Claim is in excess of Statutory Cap | | | | | | | | | | | |
| Central Valley Appraisal Group<br>2222 Watt Ave Bldg B 8<br>Sacramento, CA 95825 | 07-10416 | 803 | $0.00 | $0.00 | $2,300.00 | $0.00 | $2,300.00 | $0.00 | $0.00 | $0.00 | $2,300.00 | $2,300.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Certified Residential Appraisal Service<br>3458 Topeka St<br>Corpus Christi, TX 78411 | 07-10416 | 1100 | $0.00 | $0.00 | $700.00 | $0.00 | $700.00 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Chris Donley<br>1202 Royal Gorge Blvd<br>Canon City, CO 81212 | 07-10419 | 375 | $0.00 | $0.00 | $1,925.00 | $0.00 | $1,925.00 | $0.00 | $0.00 | $0.00 | $1,925.00 | $1,925.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Chris Macabuhay<br>260 Pineview<br>Irvine, CA 92620 | 07-10417 | 772 | $0.00 | $0.00 | $7,996.00 | $0.00 | $7,996.15 | $0.00 | $0.00 | $2,961.53 | $0.00 | $2,961.53 |
| Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | |

Page 2

9th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Amended Exhibit A
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Christeen Weitz<br>1184 Dodd Rd<br>Burbank, WA 99323 | 07-10416 | 26 | $0.00 | $0.00 | $1,342.00 | $0.00 | $1,342.00 | $0.00 | $0.00 | $0.00 | $1,342.00 | $1,342.00 |
| Comments: | | No Basis for Priority Status ||||||||||
| Christine Burns<br>28110 Hemlock Ave<br>Moreno Valley, CA 92555 | 07-10421 | 131 | $0.00 | $0.00 | $22,321.00 | $0.00 | $22,321.00 | $0.00 | $0.00 | $10,950.00 | $11,371.00 | $22,321.00 |
| Comments: | | Claims is in excess of statutory cap ||||||||||
| Coastal Bend Copier fax Co<br>2732 Spid Dr 121<br>Corpus Christi, TX 78415 | 07-10421 | 1848 | $71.35 | $0.00 | $0.00 | $0.00 | $71.35 | $0.00 | $0.00 | | $71.35 | $71.35 |
| Comments: | | No Basis for Secured Status ||||||||||
| Cornerstone Appraisals Llc<br>35949 W 231st St<br>Edgerton, KS 66021 | 07-10416 | 1419 | $0.00 | $0.00 | $700.00 | $0.00 | $700.00 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 |
| Comments: | | No Basis for Priority Status ||||||||||
| Corrie Lynn Christine<br>11219 Paseo Montanoso No 52<br>San Diego, CA 92127 | 07-10419 | 205 | $0.00 | $0.00 | $3,800.00 | $0.00 | $3,800.00 | $0.00 | $0.00 | $3,591.77 | $0.00 | $3,591.77 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due ||||||||||
| Covenant Group<br>1561 Dutch Fork Rd<br>Irmo, SC 29063 | 07-10416 | 1376 | $0.00 | $0.00 | $3,915.00 | $0.00 | $3,915.00 | $0.00 | $0.00 | $0.00 | $3,915.00 | $3,915.00 |
| Comments: | | No Basis for Priority Status ||||||||||
| Cynthia Grant<br>204 Pk Court<br>Ukiah, CA 95482 | 07-10419 | 1069 | $0.00 | $0.00 | $275.00 | $0.00 | $275.00 | $0.00 | $0.00 | $0.00 | $275.00 | $275.00 |
| Comments: | | No Basis for Priority Status ||||||||||
| David C Ruan<br>316 Monroe<br>Irvine, CA 92620 | 07-10416 | 1910 | $0.00 | $0.00 | $9,653.64 | $0.00 | $9,653.64 | $0.00 | $0.00 | $7,338.60 | $1,689.90 | $9,028.50 |
| Comments: | | Claim should be reclassified, reduced and allowed because Debtors' Books and Records reflect a lesser amount due ||||||||||
| Davies Ricky M<br>PO Box 3692<br>Newport Beach, CA 92659 | 07-10419 | 2284 | $0.00 | $0.00 | $4,648.44 | $0.00 | $4,648.44 | $0.00 | $0.00 | $2,737.02 | $1,911.42 | $4,648.44 |
| Comments: | | Claim should be reclassified and allowed because Debtors' Books and Records reflect same ||||||||||

Page 3

9th Omnibus Objection

**Amended Exhibit A**
**Reduce / Reclassify - Ordered**

In re: New Century TRS Holdgs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Dawn Golden
11025 Tammy Terrace
Newalla, OK 74857 | 07-10416 | 893 | $0.00 | $0.00 | $325.00 | $0.00 | $325.00 | $0.00 | $0.00 | $0.00 | $325.00 | $325.00 |
| **Comments:** No Basis for Priority Status |
| Don Hughen
92 Pasto Rico
Rancho Santa Margarita, CA 92688 | 07-10419 | 623 | $0.00 | $0.00 | $3,942.94 | $0.00 | $3,942.94 | $0.00 | $0.00 | $3,232.20 | $0.00 | $3,232.20 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Doolittle Christine
888 Wikup Dr
Santa Rosa, CA 95403 | 07-10421 | 1282 | $0.00 | $0.00 | $49,973.92 | $0.00 | $49,973.92 | $0.00 | $0.00 | $10,950.00 | $31,264.92 | $42,214.92 |
| **Comments:** Claim should be reclassified, reduced and allowed because Debtors' Books and Records reflect a lesser amount due; Claim is in excess of Statutory Cap |
| Dulaney Morris Lee
1848 Providence Way
Corona, CA 92880 | 07-10419 | 2287 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,849.59 | $0.00 | $1,849.59 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Dusky Robert W
5662 Serene Dr
Huntington Bch, CA 92649 | 07-10419 | 1579 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,076.92 | $0.00 | $2,076.92 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Edgar G Cheattie
2726 Oak Mountain Trail
San Angelo, TX 76904 | 07-10416 | 1631 | $0.00 | $0.00 | $125.00 | $0.00 | $125.00 | $0.00 | $0.00 | $0.00 | $125.00 | $125.00 |
| **Comments:** No Basis for Priority Status |
| Edward J Bevacqua
1420 Inglewood Ct
Yuba City, CA 95993 | 07-10421 | 621 | $0.00 | $0.00 | $21,162.70 | $0.00 | $21,162.70 | $0.00 | $0.00 | $10,950.00 | $3,262.72 | $14,212.72 |
| **Comments:** Claim should be reclassified, reduced and allowed because Debtors' Books and Records reflect a lesser amount due; Claim is in excess of Statutory Cap |
| Elaine Michael Rizk
315 Coral Reef Dr
Huntington Beach, CA 92648 | 07-10416 | 2307 | $0.00 | $0.00 | $2,089.08 | $0.00 | $2,089.08 | $0.00 | $0.00 | $1,604.92 | $0.00 | $1,604.92 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |
| Enrique Baltierra
20762 Shadow Rock
Trabuco Canyon, CA 92679 | 07-10416 | 2461 | $0.00 | $0.00 | $5,769.23 | $0.00 | $5,769.23 | $0.00 | $0.00 | $4,038.47 | $0.00 | $4,038.47 |
| **Comments:** Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |

Page 4

9th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Amended Exhibit A
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Falcone & Associates Inc<br>2339 Crestview Dr<br>Schererville, IN 46375-2813 | 07-10416 | 1261 | $0.00 | $0.00 | $1,400.00 | $0.00 | $1,400.00 | $0.00 | $0.00 | $0.00 | $1,400.00 | $1,400.00 |
| **Comments:** | No Basis for Priority Status | | | | | | | | | | | |
| Feng Ling<br>52 Northern Pine Loop<br>Aliso Viejo, CA 92656 | 07-10419 | 986 | $0.00 | $0.00 | $4,889.27 | $0.00 | $4,889.27 | $0.00 | $0.00 | $3,161.03 | $0.00 | $3,161.03 |
| **Comments:** | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | |
| Firma Signing Solutions<br>3355 Mission Ave Ste 236<br>Oceanside, CA 92054 | 07-10416 | 753 | $0.00 | $0.00 | $8,050.00 | $0.00 | $8,050.00 | $0.00 | $0.00 | $0.00 | $8,050.00 | $8,050.00 |
| **Comments:** | No Basis for Priority Status | | | | | | | | | | | |
| Frederick B Beaver<br>3016 Glenwood Cir<br>Torrance, CA 90505-7117 | 07-10419 | 96 | $0.00 | $0.00 | $22,911.45 | $0.00 | $22,911.45 | $0.00 | $0.00 | $10,950.00 | $11,961.45 | $22,911.45 |
| **Comments:** | Claim is in excess of Statutory Cap | | | | | | | | | | | |
| G B Aghili<br>17323 San Fernando Mission Blvd Ste G<br>Granada Hills, CA 91344 | 07-10419 | 1397 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 |
| **Comments:** | No Basis for Priority Status | | | | | | | | | | | |
| Hall Appraisers Inc<br>Ste D<br>Beaumont, TX 77706 | 07-10419 | 930 | $0.00 | $0.00 | $600.00 | $0.00 | $600.00 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 |
| **Comments:** | No Basis for Priority Status | | | | | | | | | | | |
| Hall Appraisers Inc<br>1102 Longfellow Ste D<br>Beaumont, TX 77706 | 07-10421 | 931 | $0.00 | $0.00 | $400.00 | $0.00 | $400.00 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 |
| **Comments:** | No Basis for Priority Status | | | | | | | | | | | |
| Hawaii First Signature LLC<br>PO Box 949<br>Keaau, HI 96749-0949 | 07-10416 | 1273 | $0.00 | $0.00 | $275.00 | $0.00 | $275.00 | $0.00 | $0.00 | $0.00 | $275.00 | $275.00 |
| **Comments:** | No Basis for Priority Status | | | | | | | | | | | |
| High Desert Appraisal Service Minden Inc<br>1144 Country Club Dr<br>Minden, NV 89423 | 07-10421 | 482 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| **Comments:** | No Basis for Priority Status | | | | | | | | | | | |

Page 5

9th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Amended Exhibit A
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Innovative Staffing Resources<br>17291 Irvine Blvd Ste 150<br>Tustin, CA 92780 | 07-10416 | 1275 | $0.00 | $0.00 | $15,889.07 | $0.00 | $15,889.07 | $0.00 | $0.00 | $0.00 | $15,889.07 | $15,889.07 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Janet R Fogarty<br>79 Gilson Rd<br>Scituate, MA 02066 | 07-10421 | 122 | $0.00 | $0.00 | $60,490.00 | $0.00 | $60,490.00 | $0.00 | $0.00 | $10,950.00 | $41,050.00 | $52,000.00 |
| Comments: | | Claim should be reclassified, reduced and allowed because Debtors' Books and Records reflect a lesser amount due; Claim is in excess of Statutory Cap | | | | | | | | | | |
| Jeannie Minor<br>536 W Central Ave<br>Springboro, OH 45066 | 07-10419 | 88 | $0.00 | $0.00 | $2,100.00 | $0.00 | $2,100.00 | $0.00 | $0.00 | $0.00 | $2,100.00 | $2,100.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Jeannie Minor<br>536 W Central Ave<br>Springboro, OH 45066 | 07-10416 | 6 | $0.00 | $0.00 | $250.00 | $0.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Jessica Cicanese<br>14665 E Antelope Ct<br>Coeur Dalene, ID 83814 | 07-10421 | 1239 | $0.00 | $0.00 | $687.50 | $0.00 | $687.50 | $0.00 | $0.00 | $0.00 | $687.50 | $687.50 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Jimmie C Lovell<br>PO Box 1389<br>Center, TX 75935 | 07-10421 | 2683 | $0.00 | $0.00 | $2,100.00 | $0.00 | $2,100.00 | $0.00 | $0.00 | $0.00 | $2,100.00 | $2,100.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Jimmy Dennis<br>3761 Mill Lake Dr<br>Douglasville, GA 30135 | 07-10421 | 1169 | $0.00 | $0.00 | $455.00 | $0.00 | $455.00 | $0.00 | $0.00 | $0.00 | $455.00 | $455.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Joe Beninati<br>5 Orchard Way<br>Warren, NJ 07059 | 07-10419 | 900 | $0.00 | $0.00 | $10,950.00 | $83,665.00 | $94,615.00 | $0.00 | $0.00 | $0.00 | $94,615.00 | $94,615.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Johnson Appraisal Inc<br>PO Box 2483<br>Olympia, WA 98507 | 07-10416 | 1660 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 |
| Comments: | | No Basis for Secured Status | | | | | | | | | | |

Page 6

**9th Omnibus Objection**

In re: New Century TRS Holdgs, Inc. et al.
Case No.07-10416 (KJC)

## Amended Exhibit A
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Jones Barbara<br>412 Stratmore Dr<br>Shreveport, LA 71115 | 07-10421 | 2427 | $0.00 | $0.00 | $10,950.00 | $49,220.00 | $60,170.00 | $0.00 | $0.00 | $10,950.00 | $16,727.00 | $27,677.00 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due ||||||||||
| Joseph A Fischer & Co Inc<br>54 White Oak<br>Lake Jackson, TX 77566 | 07-10421 | 1083 | $0.00 | $0.00 | $380.00 | $0.00 | $380.00 | $0.00 | $0.00 | $0.00 | $380.00 | $380.00 |
| Comments: | | | No Basis for Priority Status ||||||||||
| Jr Mirizo Real Estate<br>PO Box 30<br>Farrell, PA 16121 | 07-10416 | 1260 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 |
| Comments: | | | No Basis for Priority Status ||||||||||
| Kasper Rosh<br>1230 West Ave<br>Waukesha, WI 53186 | 07-10416 | 1018 | $0.00 | $0.00 | $3,200.00 | $0.00 | $3,200.00 | $0.00 | $0.00 | $0.00 | $3,200.00 | $3,200.00 |
| Comments: | | | No Basis for Priority Status ||||||||||
| Keith Frachiseur<br>7929 Canterwood Dr Se<br>Olympia, WA 98513 | 07-10416 | 316 | $0.00 | $0.00 | $10,950.00 | $63,789.30 | $74,739.30 | $0.00 | $0.00 | $0.00 | $74,739.30 | $74,739.30 |
| Comments: | | | No Basis for Priority Status ||||||||||
| Kelley Goldsmith<br>334 Sadie Douglas<br>Shreveport, LA 71106 | 07-10417 | 448 | $0.00 | $0.00 | $21,902.50 | $0.00 | $21,902.50 | $0.00 | $0.00 | $6,578.36 | $15,324.14 | $21,902.50 |
| Comments: | | | Claim should be reclassified and allowed because Debtors' Books and Records reflect same ||||||||||
| Keven Vallance<br>3633 County Oaks Loop No H<br>Ontario, CA 91761 | 07-10417 | 2070 | $0.00 | $0.00 | $1,292.55 | $0.00 | $1,292.55 | $0.00 | $0.00 | $1,004.71 | $0.00 | $1,004.71 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due ||||||||||
| Kevin Cloyd<br>11795 Borum Ave<br>Tustin, CA 92782 | 07-10417 | 1873 | $0.00 | $0.00 | $10,950.00 | $42,121.92 | $53,071.92 | $0.00 | $0.00 | $0.00 | $47,685.79 | $47,685.79 |
| Comments: | | | Claim should be reclassified, reduced and allowed because Debtors' Books and Records reflect a lesser amount due ||||||||||
| Kopsa Appraisal Service<br>412 Sioux Dr<br>Cheyenne, WY 82009 | 07-10421 | 1253 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Comments: | | | No Basis for Priority Status ||||||||||

9th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Amended Exhibit A
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Kris Ralston Premier Appraisal Group<br>PO Box 992728<br>Redding, CA 96001 | 07-10416 | 878 | $0.00 | $0.00 | $2,100.00 | $0.00 | $2,100.00 | $0.00 | $0.00 | $0.00 | $2,100.00 | $2,100.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Kristin R Crabb<br>903 W Nolan Wy<br>Chandler, AZ 85248 | 07-10421 | 200 | $0.00 | $0.00 | $7,655.33 | $0.00 | $7,655.33 | $0.00 | $0.00 | $7,180.54 | $474.79 | $7,655.33 |
| Comments: | | Claim should be reclassified and allowed because Debtors' Books and Records reflect same | | | | | | | | | | |
| Larry Shannon<br>506 Hill St<br>Moses Lake, WA 98837 | 07-10416 | 1371 | $0.00 | $0.00 | $14,476.14 | $0.00 | $14,476.14 | $0.00 | $0.00 | $9,173.08 | $5,303.06 | $14,476.14 |
| Comments: | | Claim should be reclassified and allowed because Debtors' Books and Records reflect same | | | | | | | | | | |
| Leslie Gregory<br>8390 Manhasset St<br>Riverside, CA 92508 | 07-10416 | 2348 | $0.00 | $0.00 | $3,606.25 | $0.00 | $3,606.25 | $0.00 | $0.00 | $0.00 | $3,606.25 | $3,606.25 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Linda Vane<br>REO Real Estate 108 Powers Court Ste 105<br>Sterling, VA 20166 | 07-10416 | 1693 | $0.00 | $0.00 | $641.21 | $0.00 | $641.21 | $0.00 | $0.00 | $0.00 | $641.21 | $641.21 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Lisa Ehmke<br>PO Box 97<br>Glendora, CA 91740 | 07-10416 | 865 | $0.00 | $0.00 | $121.00 | $0.00 | $121.00 | $0.00 | $0.00 | $0.00 | $121.00 | $121.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Lisa L Clements<br>19895 Naples Lakes Terr<br>Ashburn, VA 20147 | 07-10416 | 577 | $0.00 | $0.00 | $2,100.00 | $0.00 | $2,100.00 | $0.00 | $0.00 | $1,750.00 | $0.00 | $1,750.00 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Lubbock Central Appraisal District<br>Perdue Brandon Fielder Collins & Mott LLP PO Box 817<br>Lubbock, TX 79408 | 07-10416 | 3710 | $1,172.54 | $0.00 | $628.31 | $0.00 | $1,800.85 | $0.00 | $0.00 | $628.31 | $0.00 | $628.31 |
| Comments: | | Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors | | | | | | | | | | |
| Marston Residential Appraisal Group<br>1525 S Escondido Blvd Ste E<br>Escondido, CA 92025 | 07-10421 | 1396 | $0.00 | $0.00 | $5,425.00 | $0.00 | $5,425.00 | $0.00 | $0.00 | $0.00 | $5,425.00 | $5,425.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |

Page 8

9th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Amended Exhibit A
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Matthew M Sura<br>2250 US 31 N<br>Petoskey, MI 49770 | 07-10419 | 321 | $0.00 | $0.00 | $1,025.00 | $0.00 | $1,025.00 | $0.00 | $0.00 | $0.00 | $1,025.00 | $1,025.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Mbs Inc<br>601 N Mur Len Ste 16<br>Olathe, KS 66062 | 07-10419 | 2176 | $1,449.00 | $0.00 | $0.00 | $0.00 | $1,449.00 | $0.00 | $0.00 | $0.00 | $1,449.00 | $1,449.00 |
| Comments: | No Basis for Secured Status | | | | | | | | | | | |
| Mbs Inc<br>Ste 16<br>Olathe, KS 66062 | 07-10421 | 2178 | $672.00 | $0.00 | $0.00 | $0.00 | $672.00 | $0.00 | $0.00 | $0.00 | $672.00 | $672.00 |
| Comments: | No Basis for Secured Status | | | | | | | | | | | |
| Millennium Appraisal Service<br>PO Box 240889<br>Boston, MA 02124 | 07-10419 | 1222 | $0.00 | $0.00 | $2,750.00 | $0.00 | $2,750.00 | $0.00 | $0.00 | $0.00 | $2,750.00 | $2,750.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| ML Carr Appraisals Inc<br>Po Box 941415<br>Maitland, FL 32794-1415 | 07-10419 | 1653 | $0.00 | $0.00 | $1,100.00 | $0.00 | $1,100.00 | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Monica Cornett<br>600 Edwina Ave<br>Central Point, OR 97502 | 07-10421 | 1586 | $0.00 | $0.00 | $442.00 | $0.00 | $442.00 | $0.00 | $0.00 | $0.00 | $442.00 | $442.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Moore & Associates<br>10347 Linn Station Rd<br>Louisville, KY 40223 | 07-10421 | 1569 | $0.00 | $0.00 | $1,850.00 | $0.00 | $1,850.00 | $0.00 | $0.00 | $0.00 | $1,850.00 | $1,850.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Mostafavipour Arash<br>12 Elissa Ln<br>Ladera Ranch, CA 92694 | 07-10419 | 2455 | $0.00 | $0.00 | $10,950.00 | $15,300.00 | $26,250.00 | $0.00 | $0.00 | $0.00 | $26,250.00 | $26,250.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Mra Appraisal Company<br>601 Embassy Oaks Ste 100<br>San Antonio, TX 78216 | 07-10416 | 3040 | $0.00 | $0.00 | $1,150.00 | $0.00 | $1,150.00 | $0.00 | $0.00 | $0.00 | $1,150.00 | $1,150.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |

Page 9

9th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Amended Exhibit A
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Murray Jansen<br>18515 Laurelbrook Cir<br>Cerritos, CA 90703 | 07-10419 | 591 | $0.00 | $0.00 | $15,750.04 | $0.00 | $15,750.04 | $0.00 | $0.00 | $5,253.38 | $0.00 | $5,253.38 |
| Comments: | | Claim should be reclassified and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||
| Nancy Anderson<br>8109 Santa Luz Villiage Green South<br>San Diego, CA 92127 | 07-10416 | 346 | $0.00 | $0.00 | $85,777.00 | $0.00 | $85,777.00 | $0.00 | $0.00 | $10,950.00 | $74,827.00 | $85,777.00 |
| Comments: | | Claim should be reclassified, reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||
| Nancy Gillingham<br>585 Crescent Ln<br>Arroyo Grande, CA 93420 | 07-10421 | 792 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 |
| Comments: | | No Basis for Priority Status |||||||||||
| Nancy W Hainey<br>307 Queensferry Rd<br>Cary, NC 27511 | 07-10416 | 195 | $0.00 | $0.00 | $30,140.00 | $0.00 | $30,140.00 | $0.00 | $0.00 | $0.00 | $30,140.00 | $30,140.00 |
| Comments: | | No Basis for Priority Status |||||||||||
| Nelson Andres San Martin<br>3812 Pk Blvd No 514<br>San Diego, CA 92103 | 07-10416 | 292 | $0.00 | $0.00 | $5,678.07 | $0.00 | $5,678.07 | $0.00 | $0.00 | $5,370.94 | $0.00 | $5,370.94 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||
| Office Max Inc<br>263 Shuman Blvd<br>Naperville, IL 6955 | 07-10419 | 562 | $170,000.00 | $0.00 | $0.00 | $88,161.30 | $258,161.30 | $0.00 | $0.00 | $0.00 | $241,324.98 | $241,324.98 |
| Comments: | | Claim should be reduced and allowed because Debtor has a credit that can be applied to offset claim |||||||||||
| Owens Brandi Danielle<br>8525 Pkwood Way<br>Roseville, CA 95747 | 07-10419 | 1765 | $0.00 | $0.00 | $6,346.16 | $0.00 | $6,346.16 | $0.00 | $0.00 | $3,807.70 | $0.00 | $3,807.70 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due |||||||||||
| Patricia Stampley<br>17101 Preston Rd No 110<br>Dallas, TX 75248 | 07-10419 | 633 | $0.00 | $0.00 | $875.00 | $0.00 | $875.00 | $0.00 | $0.00 | $0.00 | $875.00 | $875.00 |
| Comments: | | No Basis for Priority Status |||||||||||
| Paul J Koepke<br>715 S Upper Broadway 1103<br>Corpus Christi, TX 78401 | 07-10416 | 1774 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Comments: | | No Basis for Priority Status |||||||||||

Page 10

9th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Amended Exhibit A
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Peter J Karl<br>21837 Ainsley Court<br>Ashburn, VA 20148 | 07-10421 | 2191 | $0.00 | $0.00 | $10,950.00 | $36,595.29 | $47,545.29 | $0.00 | $0.00 | $0.00 | $47,545.29 | $47,545.29 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Peter Merola<br>1435 India St Apt 215<br>San Diego, Ca 92101 | 07-10419 | 257 | $0.00 | $0.00 | $3,464.84 | $0.00 | $3,464.84 | | $0.00 | $3,288.06 | $0.00 | $3,288.06 |
| Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | |
| Peter Salcedo Jr<br>5057 Copper Rd<br>Chino Hills, CA 91709 | 07-10416 | 643 | $0.00 | $0.00 | $3,946.27 | $0.00 | $3,946.27 | $0.00 | $0.00 | $3,600.72 | $0.00 | $3,600.72 |
| Comments: | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | | |
| Pike Appraisal Company Inc<br>PO Box 582<br>Beaufort, SC 29902 | 07-10421 | 842 | $0.00 | $0.00 | $75.00 | $0.00 | $75.00 | $0.00 | $0.00 | $0.00 | $75.00 | $75.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Presidio Valuations Llc<br>PO Box 12444<br>Tucson, AZ 85732-2444 | 07-10421 | 1011 | $0.00 | $0.00 | $400.00 | $0.00 | $400.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Profast Appraisals Inc<br>PO Box 295<br>Lebanon, GA 30146 | 07-10416 | 746 | $0.00 | $0.00 | $2,545.00 | $0.00 | $2,545.00 | $0.00 | $0.00 | $0.00 | $2,545.00 | $2,545.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Quikshred<br>1070 E Indiantown Rd 308<br>Jupiter, FL 33477 | 07-10421 | 1672 | $0.00 | $0.00 | $945.80 | $0.00 | $945.80 | $0.00 | $0.00 | $0.00 | $945.80 | $945.80 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| R L Toole Appraisals<br>1050 Buckeye Pointe<br>Athens, GA 30606 | 07-10421 | 1919 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| RE MAX Central<br>9052 E 13th St Ste F<br>Cadillac, MI 49601 | 07-10419 | 624 | $0.00 | $0.00 | $960.00 | $0.00 | $960.00 | $0.00 | $0.00 | $0.00 | $960.00 | $960.00 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |

Page 11

9th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Amended Exhibit A
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Rebecca Sue Bernard<br>330 E Enos Dr No 140<br>Santa Maria, CA 93454 | 07-10421 | 1017 | $0.00 | $0.00 | $425.00 | $0.00 | $425.00 | $0.00 | $0.00 | $0.00 | $425.00 | $425.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Rich Martin<br>8109 Santaluz Village Green South<br>San Diego, CA 92127 | 07-10416 | 347 | $0.00 | $0.00 | $141,369.00 | $0.00 | $141,369.00 | $0.00 | $0.00 | $10,950.00 | $130,419.00 | $141,369.00 |
| Comments: | | Claim should be reclassified, reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Rick Brown<br>3535 E Coast Hwy No 44<br>Corona Del Mar, CA 92625 | 07-10419 | 379 | $0.00 | $0.00 | $9,188.68 | $0.00 | $9,188.68 | $0.00 | $0.00 | $6,352.21 | $2,836.48 | $9,188.69 |
| Comments: | | Claim should be reclassified and allowed because Debtors' Books and Records reflect same | | | | | | | | | | |
| Robert R Jones & Associates<br>7800 Allentown Blvd<br>Harrisburg, PA 17112 | 07-10419 | 1054 | $0.00 | $0.00 | $1,700.00 | $0.00 | $1,700.00 | $0.00 | $0.00 | $0.00 | $1,700.00 | $1,700.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Robert Stauffers Appraisal Associates<br>28609 Applewood Ln<br>Castaic, CA 91384 | 07-10421 | 365 | $0.00 | $0.00 | $6,550.00 | $0.00 | $6,550.00 | $0.00 | $0.00 | $0.00 | $6,550.00 | $6,550.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Rodney L Allen<br>1905 Uinta St<br>Denver, CO 80220 | 07-10421 | 1089 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Rosa Torres Gomez<br>13771 Bewley St<br>Garden Grove, CA 92843 | 07-10417 | 2469 | $0.00 | $0.00 | $2,897.87 | $0.00 | $2,897.87 | $0.00 | $0.00 | $633.21 | $0.00 | $633.21 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| Sandra Krampota<br>20410 Whispering Water Way<br>Cypress, TX 77433 | 07-10416 | 598 | $0.00 | $0.00 | $15,982.40 | $0.00 | $15,982.40 | $0.00 | $0.00 | $9,958.80 | $6,023.60 | $15,982.40 |
| Comments: | | Claim should be reclassified and allowed because Debtors' Books and Records reflect same | | | | | | | | | | |
| Saturn Group Services<br>3839 113th Ave NE<br>Bellevue, WA 98004 | 07-10421 | 1331 | $0.00 | $0.00 | $9,085.00 | $0.00 | $9,085.00 | $0.00 | $0.00 | $0.00 | $9,085.00 | $9,085.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |

Page 12

9th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Amended Exhibit A
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Schnabel Thomas Richard 21314 Evalyn Ave Torrance, CA 90503 | 07-10419 | 1214 | $0.00 | $0.00 | $32,842.00 | $0.00 | $32,842.00 | $0.00 | $0.00 | $5,565.38 | $16,509.02 | $22,074.40 |
| Comments: | | | Claim should be reclassified, reduced and allowed because Debtors' Books and Records reflect same | | | | | | | | | |
| Sean OLeary 6536 Amber Sky Way Corona , CA 92880-8640 | 07-10419 | 638 | $0.00 | $0.00 | $8,484.85 | $0.00 | $8,484.85 | $0.00 | $0.00 | $6,073.76 | $2,411.09 | $8,484.85 |
| Comments: | | | Claim should be reclassified and allowed because Debtors' Books and Records reflect same | | | | | | | | | |
| Sharp Real Estate Appraisal Corp 421 Riverside Ave Ste 1009 Spokane, WA 99201 | 07-10421 | 63 | $375.00 | $0.00 | $0.00 | $0.00 | $375.00 | $0.00 | $0.00 | $0.00 | $375.00 | $375.00 |
| Comments: | | | No Basis for Secured Status | | | | | | | | | |
| SLKM Realty Group Inc 13402 W 78th Terr Lenexa, KS 66216 | 07-10419 | 23 | $0.00 | $0.00 | $918.26 | $0.00 | $918.26 | $0.00 | $0.00 | $0.00 | $918.26 | $918.26 |
| Comments: | | | No Basis for Priority Status | | | | | | | | | |
| Smith Colin G 328 N Jefferson Ave Fullerton, CA 92832 | 07-10419 | 1400 | $0.00 | $0.00 | $2,011.00 | $0.00 | $2,011.00 | $0.00 | $0.00 | $1,929.98 | $0.00 | $1,929.98 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| Stamp Out PO Box 97 Glendora, CA 91740 | 07-10416 | 863 | $0.00 | $0.00 | $22.00 | $0.00 | $22.03 | $0.00 | $0.00 | $0.00 | $22.03 | $22.03 |
| Comments: | | | No Basis for Priority Status | | | | | | | | | |
| Streeter Janitorial Service 48 Beechwwod Rd Asheville, NC 28805 | 07-10421 | 1621 | $0.00 | $0.00 | $337.50 | $0.00 | $337.50 | $0.00 | $0.00 | $112.50 | $225.00 | $337.50 |
| Comments: | | | No Basis for Priority Status | | | | | | | | | |
| Sum Wang Wongsavanh 1210 N Hastings St Santa Ana, CA 92703 | 07-10419 | 2129 | $0.00 | $0.00 | $745.00 | $0.00 | $745.00 | $0.00 | $0.00 | $0.00 | $595.00 | $595.00 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |
| Susan Elizabeth Thompson 14707 Flower Crest Ave Bakersfield, CA 93314 | 07-10416 | 301 | $0.00 | $0.00 | $4,830.73 | $0.00 | $4,830.73 | $0.00 | $0.00 | $2,681.11 | $0.00 | $2,681.11 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | |

9th Omnibus Objection

In re: New Century TRS Holdgs, Inc. et al.
Case No.07-10416 (KJC)

## Amended Exhibit A
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Tc Doctor & Associates Inc<br>10506 Gulfdale Ste 100<br>San Antonio, TX 78216 | 07-10416 | 1584 | $0.00 | $0.00 | $1,225.00 | $0.00 | $1,225.00 | $0.00 | $0.00 | $0.00 | $1,225.00 | $1,225.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Td Financial<br>18850 Ventura Blvd 130<br>Tarzana, CA 91356 | 07-10419 | 771 | $0.00 | $0.00 | $4,760.00 | $0.00 | $4,760.00 | $0.00 | $0.00 | $0.00 | $4,760.00 | $4,760.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Todd Miles<br>4116 Ne 134th St<br>Vancouver, WA 98686 | 07-10421 | 399 | $0.00 | $0.00 | $8,862.88 | $0.00 | $8,862.88 | $0.00 | $0.00 | $0.00 | $8,862.88 | $8,862.88 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Tucson Lifestyle/conley Magazine<br>801 N Barstow St PO Box 7<br>Waukesha, WI 53187 | 07-10419 | 1575 | $0.00 | $0.00 | $2,281.16 | $0.00 | $2,281.16 | $0.00 | $0.00 | $0.00 | $2,281.16 | $2,281.16 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Us Appraisal Ltd<br>5723 Constitution Ave<br>Colorado Springs, CO 80915 | 07-10421 | 941 | $0.00 | $0.00 | $1,750.00 | $0.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $1,750.00 | $1,750.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Uyetake Uyetake & Associates Inc<br>Pioneer Plaza 900 Fort St Mall Ste 1060<br>Honolulu, HI 96813 | 07-10419 | 1238 | $0.00 | $0.00 | $1,670.20 | $0.00 | $1,670.20 | $0.00 | $0.00 | $0.00 | $1,670.20 | $1,670.20 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Valley Mailbox<br>PO Box 5000<br>Duvall, WA 98019 | 07-10419 | 1133 | $0.00 | $0.00 | $795.99 | $0.00 | $795.99 | $0.00 | $0.00 | $0.00 | $795.99 | $795.99 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Valley View Appraisal<br>4727 E Bell Rd 45 330<br>Phoenix, AZ 85032 | 07-10419 | 1000 | $0.00 | $0.00 | $340.00 | $0.00 | $340.00 | $0.00 | $0.00 | $0.00 | $340.00 | $340.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| Valorem Appraisals Inc<br>23114 Yvette Ln<br>Valencia, CA 91355 | 07-10421 | 639 | $0.00 | $0.00 | $450.00 | $0.00 | $450.00 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |

Page 14

9th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Amended Exhibit A
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Viola Hughes Bonnie<br>PO Box 1475<br>Helendale, CA 92342 | 07-10421 | 855 | $0.00 | $0.00 | $29,245.00 | $0.00 | $29,245.00 | $0.00 | $0.00 | $10,950.00 | $6,457.00 | $17,407.00 |
| Comments: | Claim should be reclassified, reduced and allowed because Debtors' Books and Records reflect a lesser amount due; Claim is in excess of Statutory Cap |||||||||||
| Wake County Revenue Department<br>PO Box 2331<br>Raleigh, NC 27602-2331 | 07-10419 | 1559 | $1,093.30 | $0.00 | $432.10 | $0.00 | $1,525.40 | $0.00 | $0.00 | $432.10 | $0.00 | $432.10 |
| Comments: | Claim should be reduced and allowed because the Debtors acknowledge the validity of the personal property taxes but have no record of the real property liability because the property is not serviced by the Debtors |||||||||||
| Wendy Kevr Mattos<br>4710 Brewer Rd<br>Pleasant Grove, CA 95668 | 07-10416 | 1192 | $0.00 | $0.00 | $375.00 | $0.00 | $375.00 | $0.00 | $0.00 | $0.00 | $375.00 | $375.00 |
| Comments: | No Basis for Priority Status |||||||||||
| Yury Pyatigorsky<br>24901 Hollow Circle<br>Laguna Niguel, CA 92677 | 07-10419 | 1900 | $0.00 | $0.00 | $10,950.00 | $12,040.13 | $22,990.13 | $0.00 | $0.00 | $3,533.83 | $19,456.30 | $22,990.13 |
| Comments: | Claim should be reclassified, reduced and allowed because Debtors' Books and Records reflect same |||||||||||
| Zachary B Scott<br>721 Navarre Ave<br>Coral Gables, FL 33134 | 07-10416 | 1111 | $0.00 | $0.00 | $1,100.00 | $0.00 | $1,100.00 | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 |
| Comments: | No Basis for Priority Status |||||||||||
| Claims To Be Expunged Totals | | 131 | $178,338.19 | $0.00 | $1,105,599.26 | $402,370.65 | $1,686,308.76 | $0.00 | $0.00 | $254,054.76 | $1,211,451.82 | $1,465,506.58 |

Page 15