UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., | : Case No. 07-10416 (KJC) |
| a Delaware Corporation, et al., | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Related to Docket Nos. 4777 and 4778 |

-----------------------------------------------------------x

### CERTIFICATION OF NO OBJECTION REGARDING SIXTH MONTHLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

### NO ORDER REQUIRED

I, Mark Minuti, counsel for Michael J. Missal, the Court appointed examiner (the "Examiner") in the above-captioned jointly administered chapter 11 cases, hereby certify as follows:

1. On January 31, 2008, the Examiner filed the **Sixth Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2007 through December 31, 2007** (the "Sixth Application") [Docket No. 4777] and the **Notice of Fee Application** (the "Notice") [Docket No. 4778].

2. In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, objections, if any, to the Sixth Application were due on or before 4:00 p.m. on February 20, 2008 (the "Objection Deadline").

3. The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

553557.6 2/20/08

-2-

4.  Accordingly, the Sixth Application may be granted.

Dated: February 22, 2008

SAUL EWING LLP

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

Co-Counsel to Michael J. Missal, Examiner