IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re
NEW CENTURY TRS HOLDINGS, INC.,
<u>et</u> <u>a</u>

Chapter 11
Case No 07-10416-KJC

Debtor.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 22, 2008 copies of the foregoing Motion for

Relief from Automatic Stay Under § 362 of the Bankruptcy Code, notice, and proposed order

were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: February 22, 2008              **/s/ Maria Aprile Sawczuk**
      Wilmington, Delaware              Maria Aprile Sawczuk (DE No. 3320)
                                 Draper & Goldberg, PLLC
                                 1500 North French Street, 2nd Floor
                                 Wilmington, Delaware 19801
                                 (302) 339-8748 telephone
                                 (302) 213-0043 facsimile

New Century TRS Holdings
18400 Von Karman Ave.
Irvine, CA 92612
*Debtor*

Mark D. Collins
Christopher M Samis
Richards Layton Finger
One Rodney Square
P.O. Box 551
Wilmington DE 19899
*Attorneys for the Debtor*

Suzanne S. Uhland
Ben H. Logan
O'Melveny & Myers LLP
275 Battery Street
San Francisco CA 94111
*Attorney for the Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell, Esquire
David W. Carickhoff Jr. Esquire
Blank Rome LLP
1201 Market Street Suite 800
Wilmington DE 19801

*Attorneys for the Official Committee*
  *of Unsecured Creditors*

Mark T. Power Esquire
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Ave.
14 & 15th Floor
New York NY 10022
*Attorneys for the Offical Committee*
*Of Unsecured Creditors*