| | | EXHIBIT A |
| | | In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11) |
| | | Movant: UBS Real Estate Securities Inc. |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 11026911 | Rojas | 5-Apr-06 | $488,000 | $557,677.24 | $410,000 | 712N La Cadena Dr., Colton, CA 92324 |
| 11029014 | Gutierrez | 22-May-06 | $184,000 | $214,739.19 | $110,000 | 40 Dewey St., Providence, RI 02909 |
| 11027646 | McGrew | 18-Apr-06 | $332,000 | $390,941.00 | $179,000 | 5429-5431 Sky Pkwy, Sacramento, CA 95823 |
| 11026879 | Morales | 25-May-06 | $492,000 | $563,557.42 | $460,000 | 9 Roosevelt St., Yonkers, NY 10701 |
| 11030996 | Vongsikeo | 30-Mar-06 | $87,920 | $93,160.80 | $109,900 | 18 Rocklea Drive, Rochester, NY 14624 |
| 11027471 | Velasquez | 13-Apr-06 | $368,000 | $417,144.44 | $265,000 | 15856 Curtis Ave., Fontana, CA 92336 |