## EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: US Bank National Association, as trustee, on behalf of the holders of the Asset Backed Pass-Through Certificates, Series NC 2005-HE4

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 7860224 | Floyd | 3-Feb-05 | $244,000 | $263,381.29 | $305,000 | 645 Strihal Loop, Oakland, FL 34787 |
| 7876725 | Morales | 23-Feb-05 | $407,920 | $430,685.90 | $354,900 | 2141 Wilson Place, Escondido, CA 92027 |
| 7874175 | Castellanos | 10-Feb-05 | $340,000 | $362,249.89 | $415,000 | 1432 Valinda Ave. Valinda Area, CA 91744 |
| 7869845 | Plascencia | 16-Feb-05 | $168,000 | $176,940.68 | $235,000 | 520 Carpenter Drive, Las Vegas, NV 89107 |
| 7873318 | Lambarri | 18-Feb-05 | $284,000 | $288,462.99 | $255,000 | 3625 Keating Street 6, San Diego, CA 921110 |
| 7876410 | Oganyan | 14-Feb-05 | $208,800 | $213,972.96 | $240,000 | 3154W Gettysburg Ave., Fresno, CA 93722 |
| 7870496 | Jackson | 15-Feb-05 | $87,200 | $108,269.36 | $65,000 | 507 Oak Hills Rd., Mableton, GA 30126 |