# EXHIBIT A

14th Omnibus Objection

**Exhibit A**
**Books and Records**

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admm | Priority | Unsecured | Total |
| Albert A Winters & Mana D Garibavaka Mana D Winters | 07-10419 | 2132 | $0.00 | $0.00 | $0.00 | $5,657.86 | $5,657.86 |
| Borgerding Peterson Burnell Glauser & Allred 222 W Madison Ave El Cajon, CA  92020-3406 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| Alexander Davis | 07-10419 | 2295 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 |
| Estrin & Benn Llc 225 Broadway Ste 1200 New York, NY  10007 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| Algernon L Butler Iii | 07-10419 | 1050 | $0.00 | $0.00 | $0.00 | $315,000.00 | $315,000.00 |
| Algernon Butler Attorney At Law PO Box 38 Wilmington, NC  28402 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| Alice Alvarado | 07-10416 | 214 | $150,000.00 | $0.00 | $0.00 | $0.00 | $150,000.00 |
| 5824 Petty St Houston, TX  77007 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| American Contractors Indemnity Company | 07-10421 | 2344 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 |
| Pagter And Miller 525 N Cabrillo Park Ste 104 Santa Ana, CA  92701 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| Anita N Warfel | 07-10416 | 1749 | $0.00 | $0.00 | $169.84 | $0.00 | $169.84 |
| 706 Meadow Dr Camp Hill, PA  17011 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| Anita Williams | 07-10416 | 3355 | $0.00 | $0.00 | $520,000.00 | $0.00 | $520,000.00 |
| 9500 Arena Dr Ste 104 Largo, MD  20774 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| Anna Bailey | 07-10419 | 1217 | $0.00 | $0.00 | $0.00 | $79,000.00 | $79,000.00 |
| 520a Oakland Ave Oakland, CA  94611 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| Apex Lending Inc | 07-10416 | 2557 | $0.00 | $0.00 | $0.00 | $85,826.08 | $85,826.08 |
| Trenam Kemker Scharf Barkin Frve et al PO Box 1102 Tampa, FL  33601-1102 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |

14th Omnibus Objection

**Exhibit A**
**Books and Records**

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Brad A Momce Proskauer Rose LLP 2049 Century Pk E Ste 3200 Los Angeles, CA 90067 | 07-11043 | 2731 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Brad A Momce Proskauer Rose LLP 2049 Century Pk E Ste 3200 Los Angeles, CA 90067 | 07-10421 | 2746 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Brad A Momce Proskauer Rose LLP 2049 Century Pk E Ste 3200 Los Angeles, CA 90067 | 07-10424 | 2742 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Brad A Momce Proskauer Rose LLP 2049 Century Pk E Ste 3200 Los Angeles, CA 90067 | 07-10422 | 2744 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Brad A Momce Proskauer Rose LLP 2049 Century Pk E Ste 3200 Los Angeles, CA 90067 | 07-10426 | 2740 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Brad A Momce Proskauer Rose LLP 2049 Century Pk E Ste 3200 Los Angeles, CA 90067 | 07-10420 | 2747 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Brad A Momce Proskauer Rose LLP 2049 Century Pk E Ste 3200 Los Angeles, CA 90067 | 07-10428 | 2736 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Brad A Momce Proskauer Rose LLP 2049 Century Pk E Ste 3200 Los Angeles, CA 90067 | 07-10430 | 2733 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Brad A Momce Proskauer Rose LLP 2049 Century Pk E Ste 3200 Los Angeles, CA 90067 | 07-10431 | 2732 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

14th Omnibus Objection

**Exhibit A**
**Books and Records**

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Brad A Momee | 07-10429 | 2735 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Proskauer Rose LLP 2049 Century Pk E Ste 3200 | | | | | | | |
| Los Angeles, CA 90067 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Brad A Momee | 07-10425 | 2741 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Proskauer Rose LLP 2049 Century Pk E Ste 3200 | | | | | | | |
| Los Angeles, CA 90067 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Brad A Momee | 07-10427 | 2737 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Proskauer Rose LLP 2049 Century Pk E Ste 3200 | | | | | | | |
| Los Angeles, CA 90067 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Brad A Momee | 07-10423 | 2743 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Proskauer Rose LLP 2049 Century Pk E Ste 3200 | | | | | | | |
| Los Angeles, CA 90067 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Brian Keith Girard | 07-10416 | 1074 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1401 W Balboa Blvd B | | | | | | | |
| Newport Beach, CA 92661 | Comments: | The Debtors have no record of this liability in their Books and Records as claim is a duplicate of Claim #1073 which has been Expunged per Court Order | | | | | |
| Bridge Mortgage Bankers | 07-10419 | 1942 | $0.00 | $0.00 | $0.00 | $769,000.00 | $769,000.00 |
| Law Office Of Lee H Schillinger 4601 Sheridan St Ste 202 | | | | | | | |
| Hollywood, FL 33021-3432 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Carlos C Gonzales Jr | 07-10417 | 750 | $0.00 | $0.00 | $14,000.00 | $0.00 | $14,000.00 |
| 48 Lakemont Dr | | | | | | | |
| Daly City, CA 94015 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Catherine C Aquino | 07-10419 | 3130 | $134,000.00 | $0.00 | $809,406.00 | $0.00 | $943,406.00 |
| Dinapoli & Sibley 10 Almaden Blvd Ste 1250 | | | | | | | |
| San Jose, CA 95113-2271 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Charles Skinner | 07-10416 | 3345 | $0.00 | $0.00 | $260,000.00 | $0.00 | $260,000.00 |
| 9500 Arena Dr Ste 104 | | | | | | | |
| Largo, MD 20774 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |

14th Omnibus Objection

**Exhibit A**

**Books and Records**

In re: New Century TRS Holdigs, Inc. et al .

Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Cheryl Harrigan | 07-10428 | 3353 | $0.00 | $0.00 | $308,000.00 | $0.00 | $308,000.00 |
| 9500 Arena Dr Ste 104 | | | | | | | |
| Largo, MD  20774 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| County of Brazos City of Bryan a municipal corporation Bryan Independent School District | 07-10416 | 3787 | $2,637.37 | $0.00 | $0.00 | $0.00 | $2,637.37 |
| McCreary Veselka Bragg & Allen PC 700 Jeffrey Way Ste 100 PO Box 1269 | | | | | | | |
| Round Rock, TX  78680 | Comments: | The Debtors have no record of this liability in their Books and Records as the real property is not serviced by the Debtors | | | | | |
| County of Denton | 07-10416 | 3785 | $3,574.87 | $0.00 | $0.00 | $0.00 | $3,574.87 |
| McCreary Veselka Bragg & Allen PC 700 Jeffrey Way Ste 100 PO Box 1269 | | | | | | | |
| Round Rock, TX  78680 | Comments: | The Debtors have no record of this liability in their Books and Records as the real property is not serviced by the Debtors | | | | | |
| County of Hays City of Kyle a municipal corporation | 07-10416 | 3789 | $1,531.68 | $0.00 | $0.00 | $0.00 | $1,531.68 |
| McCreary Veselka Bragg & Allen PC 700 Jeffrey Way Ste 100 PO Box 1269 | | | | | | | |
| Round Rock, TX  78680 | Comments: | The Debtors have no record of this liability in their Books and Records as the real property is not serviced by the Debtors | | | | | |
| County of Williamson City of Hutto a municipal corporation City of Taylor a municipal corporation Hutto Independent School Di | 07-10416 | 3788 | $9,362.84 | $0.00 | $0.00 | $0.00 | $9,362.84 |
| McCreary Veselka Bragg & Allen PC 700 Jeffrey Way Ste 100 PO Box 1269 | | | | | | | |
| Round Rock, TX  78680 | Comments: | The Debtors have no record of this liability in their Books and Records as the real property is not serviced by the Debtors and New Century Homes is not a Debtor entity | | | | | |
| Crystal Lewis | 07-10416 | 3346 | $0.00 | $0.00 | $270,000.00 | $0.00 | $270,000.00 |
| 9500 Arena Dr Ste 104 | | | | | | | |
| Largo, MD  20774 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Delta Vee Ltd | 07-10419 | 1098 | $18,750.00 | $0.00 | $0.00 | $0.00 | $18,750.00 |
| 1210 Bayport Blvd | | | | | | | |
| Seabrook, TX  77586 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Diana Spells | 07-10416 | 3349 | $0.00 | $0.00 | $338,000.00 | $0.00 | $338,000.00 |
| 9500 Arena Dr Ste 104 | | | | | | | |
| Largo, MD  20774 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |

14th Omnibus Objection

**Exhibit A**
**Books and Records**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Discount Points | 07-10419 | 1146 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 |
| 16501 Ventura Blvd Ste 406 | | | | | | | |
| Encino, CA 91436 | | Comments: | The Debtors have no record of this liability in their Books and Records as the real property is not serviced by the Debtors | | | | |
| Doug Belden Hillsborough County Tax Collector | 07-10419 | 3774 | $2,830.34 | $0.00 | $0.00 | $0.00 | $2,830.34 |
| Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl | | Comments: | The Debtors have no record of this liability in their Books and Records as the real property is not serviced by the Debtors | | | | |
| Tampa, FL 33672-2920 | | | | | | | |
| Doug Belden Hillsborough County Tax Collector | 07-10419 | 3775 | $1,939.26 | $0.00 | $0.00 | $0.00 | $1,939.26 |
| Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl | | Comments: | The Debtors have no record of this liability in their Books and Records as the real property is not serviced by the Debtors | | | | |
| Tampa, FL 33672-2920 | | | | | | | |
| Doug Belden Hillsborough County Tax Collector | 07-10419 | 3777 | $1,752.54 | $0.00 | $0.00 | $0.00 | $1,752.54 |
| Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl | | Comments: | The Debtors have no record of this liability in their Books and Records as the real property is not serviced by the Debtors | | | | |
| Tampa, FL 33672-2920 | | | | | | | |
| Doug Belden Hillsborough County Tax Collector | 07-10419 | 3776 | $519.58 | $0.00 | $0.00 | $0.00 | $519.58 |
| Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl | | Comments: | The Debtors have no record of this liability in their Books and Records as the real property is not serviced by the Debtors | | | | |
| Tampa, FL 33672-2920 | | | | | | | |
| Eric J Almquist | 07-10416 | 3196 | $168,900.00 | $0.00 | $0.00 | $0.00 | $168,900.00 |
| 9513 Flintridge Way | | | | | | | |
| Orangevale, CA 95662 | | Comments: | The Debtors have no record of this liability in their Books and Records | | | | |
| Ernest Belvin & Lottie J Belvin | 07-10419 | 2134 | $0.00 | $0.00 | $0.00 | $114,000.00 | $114,000.00 |
| 1720 Manatee Ave W | | | | | | | |
| Bradenton, FL 34205 | | Comments: | The Debtors have no record of this liability in their Books and Records | | | | |
| F Flats LLC | 07-10416 | 3247 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 |
| c o Philip Aurbach Marquis & Aurbach 10001 Park Run Dr | | Comments: | The Debtors have no record of this liability in their Books and Records | | | | |
| Las Vegas , NV 89145 | | | | | | | |

14th Omnibus Objection

**Exhibit A**
**Books and Records**

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Fatima Mendoza | 07-10419 | 1219 | $0.00 | $0.00 | $0.00 | $82,000.00 | $82,000.00 |
| Law Offices Of James L Hand 520a Oakland Ave | | | | | | | |
| Oakland, CA  94611 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Geraldine Pulliam | 07-10419 | 1735 | $100,000.00 | $0.00 | $0.00 | $0.00 | $100,000.00 |
| 23880 Woodward Ave | | | | | | | |
| Pleasant Ridge, MI  48069 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Grayson County | 07-10419 | 3682 | $4,594.83 | $0.00 | $0.00 | $0.00 | $4,594.83 |
| Linebarger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600 | | | | | | | |
| Dallas, TX  75201 | **Comments:** The Debtors have no record of this liability in their Books and Records as the real property is not serviced by the Debtors | | | | | | |
| Greenwich Capital Financial Products Inc and The CIT Group Business Credit Inc | 07-10427 | 2589 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kirkland & Ellis 777 S Figueroa St 3700 | | | | | | | |
| Los Angeles, CA  90017 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Greenwich Capital Financial Products Inc and The CIT Group Business Credit Inc | 07-10417 | 2594 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kirkland & Ellis 777 S Figueroa St 3700 | | | | | | | |
| Los Angeles, CA  90017 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Greenwich Capital Financial Products Inc and The CIT Group Business Credit Inc | 07-10416 | 2593 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kirkland & Ellis 777 S Figueroa St 3700 | | | | | | | |
| Los Angeles, CA  90017 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Greenwich Capital Financial Products Inc and The CIT Group Business Credit Inc | 07-10419 | 2592 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kirkland & Ellis 777 S Figueroa St 3700 | | | | | | | |
| Los Angeles, CA  90017 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Greenwich Capital Financial Products Inc and The CIT Group Business Credit Inc | 07-10429 | 2591 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kirkland & Ellis 777 S Figueroa St 3700 | | | | | | | |
| Los Angeles, CA  90017 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |

14th Omnibus Objection

**Exhibit A**
**Books and Records**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Greenwich Capital Financial Products Inc and The CIT Group Business Credit Inc<br>Kirkland & Ellis 777 S Figueroa St 3700<br>Los Angeles, CA 90017 | 07-10428 | 2590 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Greenwich Capital Financial Products Inc and The CIT Group Business Credit Inc<br>Kirkland & Ellis 777 S Figueroa St 3700<br>Los Angeles, CA 90017 | 07-10423 | 2585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Greenwich Capital Financial Products Inc and The CIT Group Business Credit Inc<br>Kirkland & Ellis 777 S Figueroa St 3700<br>Los Angeles, CA 90017 | 07-10426 | 2588 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Greenwich Capital Financial Products Inc and The CIT Group Business Credit Inc<br>Kirkland & Ellis 777 S Figueroa St 3700<br>Los Angeles, CA 90017 | 07-10424 | 2586 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Greenwich Capital Financial Products Inc and The CIT Group Business Credit Inc<br>Kirkland & Ellis 777 S Figueroa St 3700<br>Los Angeles, CA 90017 | 07-10422 | 2584 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Greenwich Capital Financial Products Inc and The CIT Group Business Credit Inc<br>Kirkland & Ellis 777 S Figueroa St 3700<br>Los Angeles, CA 90017 | 07-10420 | 2583 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Greenwich Capital Financial Products Inc and The CIT Group Business Credit Inc<br>Kirkland & Ellis 777 S Figueroa St 3700<br>Los Angeles, CA 90017 | 07-10425 | 2587 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Greenwich Capital Financial Products Inc and the CIT Group Business Credit Inc in their Capacities as Lenders and Agents<br>c o Kirkland & Ellis LLP 777 S Figueroa St No 3700<br>Los Angeles, CA 90017 | 07-10421 | 2903 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

14th Omnibus Objection

**Exhibit A**
**Books and Records**

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Greenwich Capital Financial Products Inc and the CIT Group Business Credit Inc in their Capacities as Lenders and Agents | 07-10430 | 2904 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| c o Kirkland & Ellis LLP 777 S Figueroa St No 3700 Los Angeles, CA 90017 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Greenwich Capital Financial Products Inc and the CIT Group Business Credit Inc in their Capacities as Lenders and Agents | 07-10431 | 2889 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| c o Kirkland & Ellis LLP 777 S Figueroa St No 3700 Los Angeles, CA 90017 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Hidalgo County | 07-10416 | 3738 | $3,448.55 | $0.00 | $0.00 | $0.00 | $3,448.55 |
| Perdue Brandon Fielder Collins & Mott LLP 3301 Northland Dr Ste 505 Austin, TX 78731 | **Comments:** The Debtors have no record of this liability in their Books and Records as the real property is not serviced by the Debtors and Elite Financial Services is not a Debtor entity | | | | | | |
| Holland & Knight Llp | 07-10416 | 2980 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 |
| Vito A Costanzo 633 West Fifth St Los Angeles, CA 90071 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| James W Ballis | 07-10419 | 713 | $0.00 | $0.00 | $15,000.00 | $0.00 | $15,000.00 |
| 5142 Millwood Dr Canton, GA 30114 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Jerome M Witt | 07-10416 | 642 | $0.00 | $0.00 | $5,760.00 | $0.00 | $5,760.00 |
| 1861 Parkwood Dr Yuba City, CA 95993 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Joan Hummonds | 07-10416 | 3354 | $0.00 | $0.00 | $625,000.00 | $0.00 | $625,000.00 |
| 9500 Arena Dr Ste 104 Largo, MD 20774 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Joe G Tedder CFC Tax Collector for Polk County Florida | 07-10416 | 3795 | $2,662.99 | $0.00 | $0.00 | $0.00 | $2,662.99 |
| Delinquency and Enforcement Office of Joe G Tedder PO Box 2016 Bartow, FL 33831 | **Comments:** The Debtors have no record of this liability in their Books and Records as the real property is not serviced by the Debtors | | | | | | |

14th Omnibus Objection

**Exhibit A**

**Books and Records**

In re: New Century TRS Holdigs, Inc. _et al_.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Joseph & LaDosca Richardson 9500 Arena Dr Ste 104 Largo, MD 20774 | 07-10416 | 3351 | $0.00 | $0.00 | $545,000.00 | $0.00 | $545,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Joseph Eckroth Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | 07-10431 | 2690 | $0.00 | $0.00 | $10,950.00 | $471,882.15 | $482,832.15 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Joseph Eckroth Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | 07-10430 | 2689 | $0.00 | $0.00 | $10,950.00 | $471,882.15 | $482,832.15 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Joseph Eckroth Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | 07-10429 | 2688 | $0.00 | $0.00 | $10,950.00 | $471,882.15 | $482,832.15 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Joseph Eckroth Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | 07-10428 | 2752 | $0.00 | $0.00 | $10,950.00 | $471,882.15 | $482,832.15 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Joseph Eckroth Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | 07-10420 | 2728 | $0.00 | $0.00 | $10,950.00 | $471,882.15 | $482,832.15 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Joseph Eckroth Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | 07-10427 | 2757 | $0.00 | $0.00 | $10,950.00 | $471,882.15 | $482,832.15 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Joseph Eckroth Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | 07-10421 | 2729 | $0.00 | $0.00 | $10,950.00 | $471,882.15 | $482,832.15 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

14th Omnibus Objection

**Exhibit A**
**Books and Records**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Joseph Eckroth<br>Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500<br>Los Angeles, CA 90071-1560 | 07-10422 | 2745 | $0.00 | $0.00 | $10,950.00 | $471,882.15 | $482,832.15 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Joseph Eckroth<br>Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500<br>Los Angeles, CA 90071-1560 | 07-10426 | 3106 | $0.00 | $0.00 | $10,950.00 | $471,882.15 | $482,832.15 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Joseph Eckroth<br>Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500<br>Los Angeles, CA 90071-1560 | 07-10423 | 3101 | $0.00 | $0.00 | $10,950.00 | $471,882.15 | $482,832.15 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Joseph Eckroth<br>Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500<br>Los Angeles, CA 90071-1560 | 07-10425 | 3103 | $0.00 | $0.00 | $10,950.00 | $471,882.15 | $482,832.15 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Joseph Eckroth<br>Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500<br>Los Angeles, CA 90071-1560 | 07-10424 | 3105 | $0.00 | $0.00 | $10,950.00 | $471,882.15 | $482,832.15 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Joseph Eckroth<br>Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500<br>Los Angeles, CA 90071-1560 | 07-10419 | 3099 | $0.00 | $0.00 | $10,950.00 | $471,882.15 | $482,832.15 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Kathrelina Acosta et al<br>12223 Old Oaks<br>Houston, TX 77024 | 07-10416 | 298 | $50,000.00 | $0.00 | $0.00 | $0.00 | $50,000.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Kenneth Russell<br>12223 Old Oaks<br>Houston, TX 77024 | 07-10416 | 215 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |

14th Omnibus Objection

**Exhibit A**
**Books and Records**

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Kevin Pangle<br>63990 Deschutes Mkt Rd<br>Bend, OR 97701 | 07-10416 | 255 | $0.00 | $0.00 | $27,000.00 | $0.00 | $27,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Kinlock Richard<br>5912 1/2 Laiijera Blvd<br>Los Angeles, CA 90056 | 07-10419 | 3261 | $0.00 | $0.00 | $1,275,200.00 | $0.00 | $1,275,200.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Kristina and Charles Monaco<br>attv for Charles Monaco 705 Second Ave Ste 501<br>Seattle, WA 98104-1741 | 07-10416 | 2571 | $0.00 | $0.00 | $0.00 | $550,000.00 | $550,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Kristina Porter<br>Law Offices Of James L Hand 520a Oakland Ave<br>Oakland, CA 94611 | 07-10419 | 1221 | $0.00 | $0.00 | $0.00 | $85,000.00 | $85,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| La Jova Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP 3301<br>Northland Dr Ste 505<br>Austin, TX 78731 | 07-10416 | 3737 | $2,135.41 | $0.00 | $0.00 | $0.00 | $2,135.41 |
| Comments: The Debtors have no record of this liability in their Books and Records as the real property is not serviced by the Debtors | | | | | | | |
| LaMonte Andrews<br>Law Offices Of James L Hand 520a Oakland Ave<br>Oakland, CA 94611 | 07-10419 | 1211 | $0.00 | $0.00 | $0.00 | $72,000.00 | $72,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Law Offices Of Alana B Anaya on Behalf of Robert Ritchie<br>9440 Reseda Blvd Ste 205<br>Northridge, CA 91324 | 07-10419 | 1860 | $262,000.00 | $0.00 | $0.00 | $0.00 | $262,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Law Offices Of Timothy G Mcfarlin<br>PO Box 6035<br>Irvine, CA 92616 | 07-10416 | 1607 | $0.00 | $0.00 | $0.00 | $1,700,000.00 | $1,700,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lisa F Clark<br>Kerr & Wagstaffe Llp 100 Spear St Ste 1800<br>San Francisco, CA 94105-1528 | 07-10419 | 2388 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

14th Omnibus Objection

**Exhibit A**
**Books and Records**

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Lydia Hrapoff c o Pamela D Simmons | 07-10419 | 2311 | $0.00 | $0.00 | $0.00 | $959,309.36 | $959,309.36 |
| 2425 Porter St Ste 10 | | | | | | | |
| Soquel, CA  95073 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Marc O Neil | 07-10416 | 2981 | $0.00 | $0.00 | $0.00 | $40,500.00 | $40,500.00 |
| 235 Peachtree St NE Ste 400 | | | | | | | |
| Atlanta , GA  303-1400 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Martinsville City | 07-10419 | 3662 | $142.56 | $0.00 | $0.00 | $0.00 | $142.56 |
| PO Box 1023 | | | | | | | |
| Martinsville, VA  24114 | **Comments:** The Debtors have no record of this liability in their Books and Records as the real property is not serviced by the Debtors | | | | | | |
| Mary McGurk | 07-10419 | 2643 | $0.00 | $0.00 | $0.00 | $893,625.00 | $893,625.00 |
| 4551 Glencoe Ave Ste 300 | | | | | | | |
| Manna del Rey, CA  90292 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Melvin Proctor et al Claim on behalf of Class | 07-10416 | 3090 | $0.00 | $0.00 | $0.00 | $298,000.00 | $298,000.00 |
| Legg Law Firm LLC 5500 Buckeystown Pike | | | | | | | |
| Frederick, MD  21703 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Merlin Grant | 07-10419 | 2552 | $0.00 | $0.00 | $0.00 | $225,000.00 | $225,000.00 |
| Legal Services of Greater Miami Inc 3000 Biscayne Blvd Ste 500 | | | | | | | |
| Miami, FL  33137 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Michael And Alvia Razo | 07-10419 | 1216 | $0.00 | $0.00 | $0.00 | $52,000.00 | $52,000.00 |
| Law Offices Of James L Hand 520a Oakland Ave | | | | | | | |
| Oakland, CA  94611 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Nadine Morris | 07-10416 | 3347 | $0.00 | $0.00 | $235,000.00 | $0.00 | $235,000.00 |
| 9500 Arena Dr Ste 104 | | | | | | | |
| Largo, MD  20774 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Nathaniel Lewis | 07-10416 | 3356 | $0.00 | $0.00 | $400,000.00 | $0.00 | $400,000.00 |
| 9500 Arena Dr Ste 104 | | | | | | | |
| Largo, MD  20774 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |

14th Omnibus Objection

**Exhibit A**

**Books and Records**

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Nickadia Daniels | 07-10419 | 2077 | $450,000.00 | $0.00 | $0.00 | $0.00 | $450,000.00 |
| Law Offices Of Scott F Handelman 540 Lennon Ln Ste 700 Walnut Creek, CA 94598 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Patrick J Moloney | 07-10416 | 563 | $0.00 | $0.00 | $863.25 | $0.00 | $863.25 |
| 173 Oak Tree Rd Tappan, NY 10983 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Peter H Arkison Trustee for Pvatt | 07-10419 | 1634 | $0.00 | $0.00 | $0.00 | $170,000.00 | $170,000.00 |
| 600 Stewart St Ste 620 Seattle, WA 98101 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Rhonda M Silva Aka Rhonda Silva | 07-10419 | 2346 | $0.00 | $0.00 | $0.00 | $254,121.00 | $254,121.00 |
| Law Offices Of Thomas Becker 721 Seventh St Ste A Eureka, CA 95501 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Robert T Armbrester and Anita Wilhem Brooks | 07-10419 | 2994 | $69,504.33 | $0.00 | $0.00 | $0.00 | $69,504.33 |
| Cooper Erving & Savage LLP 39 North Pearl St Albany, NY 12207 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Rose Townsend Trust | 07-10419 | 1998 | $296,228.00 | $0.00 | $0.00 | $0.00 | $296,228.00 |
| Stocker Smith Luciani & Staub PLLC 312 W Sprague Spokane, WA 99201 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Sandra Manzo | 07-10416 | 1740 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 |
| 3543 Kansas Ave Riverside, CA 92507 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Sandra Manzo | 07-10419 | 1741 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 |
| 3543 Kansas Ave Riverside, CA 92507 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Sandra Sandoval | 07-10419 | 3137 | $0.00 | $0.00 | $0.00 | $229,500.00 | $229,500.00 |
| 5753 G Santa Ana Canyon Rd No 542 Anaheim, CA 92807 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |

14th Omnibus Objection

# Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | **To Be Expunged Claim Amount** | | | | |
| Sandra Soho<br>1604 Kimberly Dr<br>Klamath Falls, OR  97603 | 07-10421 | 1068 | $0.00 | $0.00 | $0.00 | $10,000,000.00 | $10,000,000.00 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Sandra Soho<br>1604 Kimberly Dr<br>Klamath Falls, OR  97603 | 07-10419 | 1066 | $0.00 | $0.00 | $0.00 | $10,000,000.00 | $10,000,000.00 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Sandra Soho<br>PO Box 1270<br>Klamath Falls, OR  97601 | 07-10419 | 1045 | $0.00 | $0.00 | $0.00 | $1,196,200.00 | $1,196,200.00 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Sandra Soho<br>PO Box 1270<br>Klamath Falls, OR  97601 | 07-10421 | 1044 | $0.00 | $0.00 | $0.00 | $1,196,200.00 | $1,196,200.00 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Sprint Nextel Corporation<br>PO Box 172408<br>Denver , CO  80217 | 07-10416 | 2199 | $0.00 | $0.00 | $0.00 | $392.79 | $392.79 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides<br>Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500<br>Los Angeles, CA  90071-1560 | 07-10422 | 3065 | $0.00 | $0.00 | $10,950.00 | $879,634.03 | $890,584.03 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides<br>Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500<br>Los Angeles, CA  90071-1560 | 07-10425 | 3070 | $0.00 | $0.00 | $10,950.00 | $879,634.03 | $890,584.03 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides<br>Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500<br>Los Angeles, CA  90071-1560 | 07-10431 | 3086 | $0.00 | $0.00 | $10,950.00 | $879,634.03 | $890,584.03 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |

14th Omnibus Objection

**Exhibit A**
**Books and Records**

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Stergios Theologides | 07-10424 | 3069 | $0.00 | $0.00 | $10,950.00 | $879,634.03 | $890,584.03 |
| Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-11043 | 3087 | $0.00 | $0.00 | $10,950.00 | $879,634.03 | $890,584.03 |
| Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10429 | 3081 | $0.00 | $0.00 | $10,950.00 | $879,634.03 | $890,584.03 |
| Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10426 | 3073 | $0.00 | $0.00 | $10,950.00 | $879,634.03 | $890,584.03 |
| Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10427 | 3075 | $0.00 | $0.00 | $10,950.00 | $879,634.03 | $890,584.03 |
| Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10430 | 3083 | $0.00 | $0.00 | $10,950.00 | $879,634.03 | $890,584.03 |
| Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10428 | 3079 | $0.00 | $0.00 | $10,950.00 | $879,634.03 | $890,584.03 |
| Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10420 | 3062 | $0.00 | $0.00 | $10,950.00 | $879,634.03 | $890,584.03 |
| Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |

14th Omnibus Objection

**Exhibit A**
**Books and Records**

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Stergios Theologides | 07-10421 | 3064 | $0.00 | $0.00 | $10,950.00 | $879,634.03 | $890,584.03 |
| Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10423 | 3067 | $0.00 | $0.00 | $10,950.00 | $879,634.03 | $890,584.03 |
| Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10430 | 2464 | $0.00 | $0.00 | $0.00 | $81,104.00 | $81,104.00 |
| Attn Todd J Rosen Esq 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10425 | 2453 | $0.00 | $0.00 | $0.00 | $81,104.00 | $81,104.00 |
| Attn Todd J Rosen 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-11043 | 2512 | $0.00 | $0.00 | $0.00 | $81,104.00 | $81,104.00 |
| Attn Todd J Rosen Esq 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10420 | 3020 | $0.00 | $0.00 | $0.00 | $81,104.00 | $81,104.00 |
| Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10424 | 2454 | $0.00 | $0.00 | $0.00 | $81,104.00 | $81,104.00 |
| Attn Todd J Rosen 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10421 | 3028 | $0.00 | $0.00 | $0.00 | $81,104.00 | $81,104.00 |
| Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 Los Angeles, CA 90071-1560 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |

14th Omnibus Objection

**Exhibit A**
**Books and Records**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Stergios Theologides | 07-10431 | 2514 | $0.00 | $0.00 | $0.00 | $81,104.00 | $81,104.00 |
| Attn Todd J Rosen Esq 355 S Grand Ave Ste 3500 | | | | | | | |
| Los Angeles, CA 90071-1560 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10429 | 2515 | $0.00 | $0.00 | $0.00 | $81,104.00 | $81,104.00 |
| Attn Todd J Rosen Esq 355 S Grand Ave Ste 3500 | | | | | | | |
| Los Angeles, CA 90071-1560 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10423 | 2459 | $0.00 | $0.00 | $0.00 | $81,104.00 | $81,104.00 |
| Attn Todd J Rosen Esq 355 S Grand Ave Ste 3500 | | | | | | | |
| Los Angeles, CA 90071-1560 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10426 | 2529 | $0.00 | $0.00 | $0.00 | $81,104.00 | $81,104.00 |
| Attn Todd J Rosen Esq 355 S Grand Ave Ste 3500 | | | | | | | |
| Los Angeles, CA 90071-1560 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10422 | 3031 | $0.00 | $0.00 | $0.00 | $81,104.00 | $81,104.00 |
| Munger Tolles & Olson LLP 355 S Grand Ave Ste 3500 | | | | | | | |
| Los Angeles, CA 90071-1560 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10427 | 2528 | $0.00 | $0.00 | $0.00 | $81,104.00 | $81,104.00 |
| Attn Todd J Rosen Esq 355 S Grand Ave Ste 3500 | | | | | | | |
| Los Angeles, CA 90071-1560 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| Stergios Theologides | 07-10428 | 2517 | $0.00 | $0.00 | $0.00 | $81,104.00 | $81,104.00 |
| Attn Todd J Rosen Esq 355 S Grand Ave Ste 3500 | | | | | | | |
| Los Angeles, CA 90071-1560 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| Suzanne Nickolsen Allen | 07-10419 | 97 | $0.00 | $0.00 | $25,000.00 | $0.00 | $25,000.00 |
| 4610 N Borgatello Ln | | | | | | | |
| Phoenix, AZ 85018 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |
| Taj Bindra | 07-10421 | 2172 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cooley Godward Kronish LLP 101 California Street 5th Floor | | | | | | | |
| San Francisco, CA 94111-5800 | **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | |

14th Omnibus Objection

**Exhibit A**
**Books and Records**

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Taj Bindra | 07-10422 | 2173 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cooley Godward Kronish LLP 101 California Street 5th Floor San Francisco, CA 94111-5800 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Taj Bindra | 07-11043 | 2174 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cooley Godward Kronish LLP 101 California Street 5th Floor San Francisco, CA 94111-5800 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Tallulah Anderson | 07-10416 | 3348 | $0.00 | $0.00 | $376,000.00 | $0.00 | $376,000.00 |
| 9500 Arena Dr Ste 104 Largo, MD 20744 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Tax Appraisal District of Bell County | 07-10416 | 3784 | $3,214.08 | $0.00 | $0.00 | $0.00 | $3,214.08 |
| 700 Jeffrey Way Ste 100 PO Box 1269 Round Rock, TX 78680 | Comments: | The Debtors have no record of this liability in their Books and Records as the real property is not serviced by the Debtors | | | | | |
| Twin City Baptist Church Inc | 07-10416 | 1337 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 258 Eastern Ave Brewer, ME 04412 | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Virginia Granato | 07-10426 | 3218 | $0.00 | $0.00 | $10,950.00 | $0.00 | $10,950.00 |
| 14262 Pinewood Tustin, CA 92780 | Comments: | The Debtors have no record of this liability in their Books and Records as claim is a duplicate of Claim #3217 which has been Expunged per Court Order | | | | | |
| Virginia Granato | 07-10417 | 3231 | $0.00 | $0.00 | $10,950.00 | $0.00 | $10,950.00 |
| 14262 Pinewood Tustin, CA 92780 | Comments: | The Debtors have no record of this liability in their Books and Records as claim is a duplicate of Claim #3217 which has been Expunged per Court Order | | | | | |
| Virginia Granato | 07-10420 | 3229 | $0.00 | $0.00 | $10,950.00 | $0.00 | $10,950.00 |
| 14262 Pinewood Tustin, CA 92780 | Comments: | The Debtors have no record of this liability in their Books and Records as claim is a duplicate of Claim #3217 which has been Expunged per Court Order | | | | | |

**Exhibit A**

**Books and Records**

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Virginia Granato | 07-10416 | 3216 | $0.00 | $0.00 | $10,950.00 | $0.00 | $10,950.00 |
| 14262 Pinewood | | | | | | | |
| Tustin, CA 92780 | **Comments:** The Debtors have no record of this liability in their Books and Records as claim is a duplicate of Claim #3217 which has been Expunged per Court Order | | | | | | |
| Wilkinson & Sadorf PA | 07-10419 | 2632 | $0.00 | $0.00 | $0.00 | $28,363.96 | $28,363.96 |
| 696 1st Ave North No 201 | | | | | | | |
| St Petersburg, FL 33701 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Willa Thomas | 07-10419 | 2912 | $79,100.00 | $0.00 | $0.00 | $25,900.00 | $105,000.00 |
| 16300 Helmsdale Rd | | | | | | | |
| East Cleveland, OH 44112 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| William Feeney | 07-10419 | 1220 | $0.00 | $0.00 | $0.00 | $139,000.00 | $139,000.00 |
| Law Offices Of James L Hand 520a Oakland Ave | | | | | | | |
| Oakland, CA 94611 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| William Scott Beckstrom | 07-10419 | 2040 | $0.00 | $0.00 | $0.00 | $367,000.00 | $367,000.00 |
| 833 Hoolala Pl | | | | | | | |
| Hilo, HI 96720 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Williams Kastner & Gibbs | 07-10419 | 2279 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 888 Sw Fifth Ave Ste 600 | | | | | | | |
| Portland, OR 97204-2025 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Wylie Independent School District | 07-10416 | 3786 | $9,366.43 | $0.00 | $0.00 | $0.00 | $9,366.43 |
| McCreary Veselka Bragg & Allen PC 700 Jeffrey Way Ste 100 PO Box 1269 | | | | | | | |
| Round Rock, TX 78680 | **Comments:** The Debtors have no record of this liability in their Books and Records as the real property is not serviced by the Debtors | | | | | | |
| Yolanda & Wayne Matthews | 07-10416 | 3352 | $0.00 | $0.00 | $360,000.00 | $0.00 | $360,000.00 |
| 9500 Arena Dr Ste 104 | | | | | | | |
| Largo, MD 20774 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |
| Zhiwen Yu | 07-10416 | 3463 | $0.00 | $0.00 | $524.97 | $0.00 | $524.97 |
| 8007 Weeping Willow Pl | | | | | | | |
| Missouri City, TX 77459 | **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | |

14th Omnibus Objection

**Exhibit A**

**Books and Records**

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Claims To Be Expunged Totals | | 160 | $1,833,195.66 | $0.00 | $6,738,424.06 | $50,756,658.39 | $59,328,278.11 |