# EXHIBIT B

14th Omnibus Objection

**Exhibit B**
**Equity Claims**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Amy Lynn Fuller<br>6482 5th Ave<br>Rudolph, WI 54475 | 07-10416 | 3769 | $0.00 | $0.00 | $0.00 | $4,141.00 | $4,141.00 |
| Trustees of Ivinson Memorial Home for Aged Ladies<br>1924 Sheridan<br>Laramie, WY 82070 | 07-10417 | 2177 | $0.00 | $0.00 | $0.00 | $36,797.06 | $36,797.06 |
| Claims To Be Expunged Totals | | 2 | $0.00 | $0.00 | $0.00 | $40,938.06 | $40,938.06 |