# EXHIBIT C

RLF1-3255703-1

14th Omnibus Objection

# Exhibit C
## Multi Debtor Duplicate Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Robert D Simpson<br>5765 Summit<br>Cincinnati, OH 45247 | 07-10416 | 990 | 07-10421 | 989 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wildman Harrold Allen & Dixon LLP<br>225 W Wacker Dr<br>Chicago, IL 60606 | 07-10426 | 2012 | 07-10419 | 2148 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 |
| Wildman Harrold Allen & Dixon LLP<br>225 W Wacker Dr<br>Chicago, IL 60606 | 07-10428 | 2415 | 07-10419 | 2148 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 |
| Wildman Harrold Allen & Dixon LLP<br>225 W Wacker Dr<br>Chicago, IL 60606 | 07-10429 | 2414 | 07-10419 | 2148 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 |
| Wildman Harrold Allen & Dixon LLP<br>225 W Wacker Dr<br>Chicago, IL 60606 | 07-10430 | 2413 | 07-10419 | 2148 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 |
| Wildman Harrold Allen & Dixon LLP<br>225 W Wacker Dr<br>Chicago, IL 60606 | 07-10431 | 2363 | 07-10419 | 2148 | $0.00 | $0.00 | $41,826.17 | $0.00 | $41,826.17 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 |
| Wildman Harrold Allen & Dixon LLP<br>225 W Wacker Dr<br>Chicago, IL 60606 | 07-10417 | 2156 | 07-10419 | 2148 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 |
| Wildman Harrold Allen & Dixon LLP<br>225 W Wacker Dr<br>Chicago, IL 60606 | 07-10416 | 2154 | 07-10419 | 2148 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 |
| Wildman Harrold Allen & Dixon LLP<br>225 W Wacker Dr<br>Chicago, IL 60606 | 07-10425 | 2094 | 07-10419 | 2148 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 |

14th Omnibus Objection

## Exhibit C
## Multi Debtor Duplicate Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Wildman Harrold Allen & Dixon LLP<br>225 W Wacker Dr<br>Chicago, IL 60606 | 07-10424 | 2093 | 07-10419 | 2148 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 |
| Wildman Harrold Allen & Dixon LLP<br>225 W Wacker Dr<br>Chicago, IL 60606 | 07-10421 | 2036 | 07-10419 | 2148 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 |
| Wildman Harrold Allen & Dixon LLP<br>225 W Wacker Dr<br>Chicago, IL 60606 | 07-10420 | 2033 | 07-10419 | 2148 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 |
| Wildman Harrold Allen & Dixon LLP<br>225 W Wacker Dr<br>Chicago, IL 60606 | 07-10422 | 2031 | 07-10419 | 2148 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 |
| Wildman Harrold Allen & Dixon LLP<br>225 W Wacker Dr<br>Chicago, IL 60606 | 07-10423 | 2027 | 07-10419 | 2148 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 |
| Wildman Harrold Allen & Dixon LLP<br>225 W Wacker Dr<br>Chicago, IL 60606 | 07-10427 | 2013 | 07-10419 | 2148 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 | $0.00 | $0.00 | $0.00 | $41,826.17 | $41,826.17 |
| Claims To Be Expunged Totals | | | | 15 | $0.00 | $0.00 | $41,826.17 | $543,740.21 | $585,566.38 | $0.00 | $0.00 | $0.00 | $585,566.38 | $585,566.38 |