# **<u>EXHIBIT D</u>**

RLF1-3255703-1

14th Omnibus Objection

**Exhibit D**
**Reduce / Reclassify**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Andrew Fleming<br>2029 Lenox Rd<br>Schenectady, NY 12308 | 07-10419<br><br>Comments: | 773<br><br>No Basis for Priority Status | $0.00 | $0.00 | $931.00 | $0.00 | $930.70 | $0.00 | $0.00 | $0.00 | $930.70 | $930.70 |
| Automated Finance Corporation<br>3840 Old Tpoanga Cyn<br>Calabasas, CA 91302 | 07-10419<br><br>Comments: | 3084<br><br>Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | $0.00 | $0.00 | $0.00 | $396,452.00 | $396,452.00 | $0.00 | $0.00 | $0.00 | $36,345.22 | $36,345.22 |
| Broward County Dept of Finance<br>Governmental Center Annex 115 S Andrews Ave<br>Ft Lauderdale, FL 33301 | 07-10416<br><br>Comments: | 3744<br><br>Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | $1,719.62 | $0.00 | $0.00 | $0.00 | $1,719.62 | $859.81 | $0.00 | $0.00 | $0.00 | $859.81 |
| Canpro Investments Ltd<br>One E Broward Blvd No 700<br>Ft Lauderdale, FL 33301 | 07-10421<br><br>Comments: | 1259<br><br>Claim should be reduced and allowed in accordance with Section 502(b)(6) of the Bankruptcy Code | $0.00 | $0.00 | $0.00 | $686,157.91 | $686,157.91 | $0.00 | $0.00 | $0.00 | $344,913.38 | $344,913.38 |
| Collin County Tax<br>777 E 15th St<br>Plano, TX 75074 | 07-10419<br><br>Comments: | 649<br><br>Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | $4,052.19 | $0.00 | $0.00 | $0.00 | $4,052.19 | $2,026.10 | $0.00 | $0.00 | $0.00 | $2,026.10 |
| Crestwood Behavioral Health Inc<br>7590 Shoreline Dr<br>Stockton, CA 95219 | 07-10421<br><br>Comments: | 2336<br><br>Claim should be reduced and allowed in accordance with Section 502(b)(6) of the Bankruptcy Code | $0.00 | $0.00 | $0.00 | $60,304.21 | $60,304.21 | $0.00 | $0.00 | $0.00 | $45,094.21 | $45,094.21 |
| CSHV Denver Tech Center LLC<br>Greenberg Traung LLP 1007 N Orange St Ste 1200<br>Wilmington, DE 19801 | 07-10421<br><br>Comments: | 1449<br><br>Claim should be reduced and allowed in accordance with Section 502(b)(6) of the Bankruptcy Code | $27,553.28 | $0.00 | $0.00 | $291,371.04 | $318,924.32 | $0.00 | $0.00 | $0.00 | $190,975.00 | $190,975.00 |
| Denise Y Schultz<br>12 Tangerine<br>Irvine, CA 92618 | 07-10416<br><br>Comments: | 2972<br><br>No Basis for Priority Status | $0.00 | $0.00 | $2,411.84 | $0.00 | $2,411.84 | $0.00 | $0.00 | $0.00 | $2,411.84 | $2,411.84 |
| Doug Belden Hillsborough County Tax Collector<br>Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl<br>Tampa, FL 33672-2920 | 07-10419<br><br>Comments: | 3778<br><br>Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | $7,501.30 | $0.00 | $0.00 | $0.00 | $7,501.30 | $3,125.54 | $0.00 | $0.00 | $0.00 | $3,125.54 |

Page 1

14th Omnibus Objection

## Exhibit D
### Reduce / Reclassify

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| EQY Invest First Colony Owner Ltd LLP<br>Attorney for EQY Invest First Colony Owner Ltd LLP 4422 Ridgeside Dr<br>Dallas, TX 75244 | 07-10416 | 1286 | $0.00 | $4,341.69 | $0.00 | $21,858.19 | $26,199.88 | $0.00 | $1,226.99 | $0.00 | $0.00 | $0.00 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due ||||||||||
| Eschelon Telecom Inc<br>Associate General Counsel 730 Second Ave S Ste 900<br>Minneapolis, MN 55402 | 07-10421 | 1533 | $0.00 | $0.00 | $0.00 | $15,466.23 | $15,466.23 | $0.00 | $0.00 | $0.00 | $6,030.60 | $6,030.60 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due ||||||||||
| Marion County Tax Collector<br>PO Box 2511<br>Salem, OR 97308-2511 | 07-10421 | 1027 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $437.50 | $0.00 | $0.00 | $0.00 | $437.50 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due ||||||||||
| Miami Dade County Tax Collector<br>140 W Flager St Ste 1403<br>Miami, FL 33130 | 07-10416 | 3799 | $16,246.69 | $0.00 | $0.00 | $0.00 | $16,246.69 | $11,667.37 | $0.00 | $0.00 | $0.00 | $11,667.37 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due ||||||||||
| Nfs Loans Inc<br>9500 Toledo Way<br>Irvine, CA 92618 | 07-10419 | 2655 | $922,320.61 | $0.00 | $10,950.00 | $9,457.95 | $942,728.56 | $0.00 | $0.00 | $0.00 | $20,407.95 | $20,407.95 |
| Comments: | | | Claim should be reclassified, reduced and allowed because the Debtors' Books and Records reflect a lesser amount due ||||||||||
| Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | 07-10421 | 3648 | $1,160.78 | $0.00 | $0.00 | $0.00 | $1,160.78 | $386.93 | $0.00 | $0.00 | $0.00 | $386.93 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due ||||||||||
| Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | 07-10421 | 3670 | $924.41 | $0.00 | $0.00 | $0.00 | $924.41 | $462.21 | $0.00 | $0.00 | $0.00 | $462.21 |
| Comments: | | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due ||||||||||
| Patrick J Moloney<br>173 Oak Tree Rd<br>Tappan, NY 10983 | 07-10416 | 416 | $0.00 | $0.00 | $330.00 | $0.00 | $330.00 | $0.00 | $0.00 | $0.00 | $330.00 | $330.00 |
| Comments: | | | No Basis for Priority Status ||||||||||
| Robert J Curtis dba Law Group<br>19700 Fairchild Ste 380<br>Irvine, CA 92612 | 07-10419 | 3100 | $100,000.00 | $0.00 | $0.00 | $172,132.07 | $272,132.07 | $0.00 | $0.00 | $0.00 | $272,132.07 | $272,132.07 |
| Comments: | | | No Basis for Secured Status ||||||||||

Page 2

14th Omnibus Objection

# Exhibit D
## Reduce / Reclassify

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Travis County<br>PO Box 1748<br>Austin, TX 78767 | 07-10416 | 3783 | $19,649.35 | $0.00 | $0.00 | $0.00 | $19,649.35 | $497.91 | $0.00 | $0.00 | $0.00 | $497.91 |
| Comments: | | Claim should be reduced and allowed because Debtors' acknowledge the validity of the personal property taxes for the premises at Executive Center only but the real property is not serviced by the Debtors | | | | | | | | | | |
| Warfel Anita N<br>706 Meadow Dr<br>Camp Hill, PA 17011 | 07-10421 | 1750 | $0.00 | $0.00 | $120.59 | $0.00 | $120.59 | $0.00 | $0.00 | $0.00 | $120.59 | $120.59 |
| Comments: | | No Basis for Priority Status | | | | | | | | | | |
| William Michael Kovich<br>1 Cabazon<br>Irvine, CA 92602 | 07-10419 | 708 | $0.00 | $0.00 | $0.00 | $6,397.80 | $6,397.80 | $0.00 | $0.00 | $0.00 | $5,817.33 | $5,817.33 |
| Comments: | | Claim should be reduced and allowed because Debtors' Books and Records reflect a lesser amount due | | | | | | | | | | |
| **Claims To Be Expunged Totals** | | 21 | $1,101,128.23 | $4,341.69 | $14,743.43 | $1,659,597.40 | $2,779,810.45 | $19,463.37 | $1,226.99 | $0.00 | $925,508.89 | $944,972.26 |