# EXHIBIT A

15th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Amended Claims

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| 816 Connecticut Avenue LP<br>Deckelbaum Ogens & Raftery Chtd 3<br>Bethesda Metro Ctr Ste 200<br>Bethesda, MD 20814 | 07-10417 | 3316 | 07-10417 | 3762 | $0.00 | $0.00 | $0.00 | $137,065.63 | $137,065.63 | $0.00 | $0.00 | $0.00 | $121,731.08 | $121,731.08 |
| AT&T Corp<br>15100 FAA Blvd<br>Fort Worth, TX 76155 | 07-10416 | 3683 | 07-10416 | 3794 | $0.00 | $0.00 | $0.00 | $1,269,906.56 | $1,269,906.56 | $0.00 | $0.00 | $0.00 | $1,268,109.99 | $1,268,109.99 |
| Aurora Loan Services LLC on behalf of certain Trusts<br>Lathan & Watkins LLP 885 Third Ave<br>New York, NY 10022 | 07-10419 | 2374 | 07-10419 | 3803 | $4,010,859.05 | $0.00 | $0.00 | $0.00 | $4,010,859.05 | $8,262,851.97 | $0.00 | $0.00 | $0.00 | $8,262,851.97 |
| Broward County Dept of Finance<br>Governmental Center Annex 115 S Andrews Ave<br>Ft Lauderdale, FL 33301 | 07-10416 | 374 | 07-10416 | 3744 | $2,480.94 | $0.00 | $0.00 | $0.00 | $2,480.94 | $1,719.62 | $0.00 | $0.00 | $0.00 | $1,719.62 |
| County of Denton Denton County Fresh Water District No 6<br>700 Jeffrey Way Ste 100 PO Box 1269<br>Round Rock, TX 78680 | 07-10416 | 472 | 07-10416 | 3785 | $15,200.30 | $0.00 | $0.00 | $0.00 | $15,200.30 | $3,574.87 | $0.00 | $0.00 | $0.00 | $3,574.87 |
| Dina L Kenzy<br>14452 Drv Creek Rd PPO Box 1744<br>Middletown, CA 95461 | 07-10421 | 92 | 07-10421 | 3791 | $0.00 | $0.00 | $7,561.06 | $0.00 | $7,561.06 | $0.00 | $0.00 | $3,735.21 | $0.00 | $3,735.21 |
| Doug Belden Hillsborough County Tax Collector<br>Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl<br>Tampa, FL 33672-2920 | 07-10416 | 3412 | 07-10419 | 3778 | $8,207.17 | $0.00 | $0.00 | $0.00 | $8,207.17 | $7,501.30 | $0.00 | $0.00 | $0.00 | $7,501.30 |
| Doug Belden Hillsborough County Tax Collector<br>Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl<br>Tampa, FL 33672-2920 | 07-10416 | 3415 | 07-10419 | 3774 | $4,029.08 | $0.00 | $0.00 | $0.00 | $4,029.08 | $2,830.34 | $0.00 | $0.00 | $0.00 | $2,830.34 |

15th Omnibus Objection

Exhibit A
Amended Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Doug Belden Hillsborough County Tax Collector<br>Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl<br>Tampa, FL 33672-2920 | 07-10416 | 3416 | 07-10419 | 3775 | $2,120.25 | $0.00 | $0.00 | $0.00 | $2,120.25 | $1,939.26 | $0.00 | $0.00 | $0.00 | $1,939.26 |
| Doug Belden Hillsborough County Tax Collector<br>Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl<br>Tampa, FL 33672-2920 | 07-10416 | 3414 | 07-10419 | 3777 | $1,915.37 | $0.00 | $0.00 | $0.00 | $1,915.37 | $1,752.54 | $0.00 | $0.00 | $0.00 | $1,752.54 |
| Doug Belden Hillsborough County Tax Collector<br>Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl<br>Tampa, FL 33672-2920 | 07-10416 | 3413 | 07-10419 | 3776 | $568.47 | $0.00 | $0.00 | $0.00 | $568.47 | $519.58 | $0.00 | $0.00 | $0.00 | $519.58 |
| Grayson County<br>Linebarger Goggan Blair & Sampson LLP<br>2323 bryan St Ste 1600<br>Dallas, TX 75201 | 07-10419 | 561 | 07-10419 | 3682 | $2,212.91 | $0.00 | $0.00 | $0.00 | $2,212.91 | $4,594.83 | $0.00 | $0.00 | $0.00 | $4,594.83 |
| Hidalgo County<br>Perdue Brandon Fielder Collins & Mott LLP<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | 07-10416 | 700 | 07-10416 | 3738 | $4,846.17 | $0.00 | $0.00 | $0.00 | $4,846.17 | $3,448.55 | $0.00 | $0.00 | $0.00 | $3,448.55 |
| La Joya ISD<br>Perdue Brandon Fielder Collins & Mott LLP<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | 07-10416 | 680 | 07-10416 | 3737 | $5,161.80 | $0.00 | $0.00 | $0.00 | $5,161.80 | $2,135.41 | $0.00 | $0.00 | $0.00 | $2,135.41 |
| Mack Cali Chestnut Ridge LLC<br>Mack Cali Realty Corp 343 Thornall St<br>Edison, NJ 08837-2206 | 07-10416 | 1106 | 07-10416 | 3739 | $0.00 | $0.00 | $0.00 | $3,006.12 | $3,006.12 | $0.00 | $0.00 | $0.00 | $6,183.94 | $6,183.94 |
| Nwx Partners Ltd<br>13135 Dairy Ashford 290<br>Sugar Land, TX 77478 | 07-10416 | 2652 | 07-10416 | 3800 | $0.00 | $0.00 | $0.00 | $862,066.80 | $862,066.80 | $0.00 | $0.00 | $0.00 | $393,786.20 | $393,786.20 |

15th Omnibus Objection

# Exhibit A
## Amended Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | 07-10421 | 823 | 07-10421 | 3648 | $1,468.04 | $0.00 | $0.00 | $0.00 | $1,468.04 | $1,160.78 | $0.00 | $0.00 | $0.00 | $1,160.78 |
| Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | 07-10421 | 822 | 07-10421 | 3670 | $231.12 | $0.00 | $0.00 | $0.00 | $231.12 | $924.41 | $0.00 | $0.00 | $0.00 | $924.41 |
| Tax Appraisal District of Bell County<br>700 Jeffrey Way Ste 100 PO Box 1269<br>Round Rock, TX 78680 | 07-10416 | 471 | 07-10416 | 3784 | $8,898.71 | $0.00 | $0.00 | $0.00 | $8,898.71 | $3,214.08 | $0.00 | $0.00 | $0.00 | $3,214.08 |
| Travis County<br>PO Box 1748<br>Austin, TX 78767 | 07-10416 | 3735 | 07-10416 | 3783 | $38,735.51 | $0.00 | $0.00 | $0.00 | $38,735.51 | $19,649.35 | $0.00 | $0.00 | $0.00 | $19,649.35 |
| Travis County<br>PO Box 1748<br>Austin, TX 78767 | 07-10416 | 1818 | 07-10416 | 3735 | $35,098.88 | $0.00 | $0.00 | $0.00 | $35,098.88 | $38,735.51 | $0.00 | $0.00 | $0.00 | $38,735.51 |
| Verizon<br>PO Box 25087<br>Wilmington, DE 19899-5087 | 07-10419 | 1295 | 07-10419 | 3751 | $0.00 | $0.00 | $0.00 | $356.67 | $356.67 | $0.00 | $0.00 | $0.00 | $1,381.73 | $1,381.73 |
| Claims To Be Expunged Totals | | | | 22 | $4,142,033.77 | $0.00 | $7,561.06 | $2,272,401.78 | $6,421,996.61 | $8,356,552.40 | $0.00 | $3,735.21 | $1,791,192.94 | $10,151,480.55 |