# EXHIBIT B

RLF1-3256348-1

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15th Omnibus Objection | | | | | Exhibit B | | | | | | In re: New Century TRS Holdigs, Inc. et al. | | |
| | | | | | Duplicate Claims | | | | | | Case No.07-10416 (KJC) | | |

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Hidalgo County<br>Perdue Brandon Fielder Collins & Mott LLP<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | 07-10416 | 3763 | 07-10416 | 3738 | $3,448.55 | $0.00 | $0.00 | $0.00 | $3,448.55 | $3,448.55 | $0.00 | $0.00 | $0.00 | $3,448.55 |
| La Joya Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | 07-10416 | 3768 | 07-10416 | 3737 | $2,135.41 | $0.00 | $0.00 | $0.00 | $2,135.41 | $2,135.41 | $0.00 | $0.00 | $0.00 | $2,135.41 |
| Liberty Property Trust<br>324 E Wisconsin Ave Ste 1100<br>Milwaukee, WI 53202 | 07-10419 | 3325 | 07-10419 | 2283 | $0.00 | $0.00 | $0.00 | $60,869.25 | $60,869.25 | $0.00 | $0.00 | $0.00 | $60,869.25 | $60,869.25 |
| Pierre R Augustin Pro Se Creditor & Party In Interest<br>3941 Persimmon Dr No 102<br>Fairfax, VA 22031 | 07-10419 | 3781 | 07-10419 | 3759 | $0.00 | $700,264.80 | $0.00 | $0.00 | $700,264.80 | $0.00 | $700,264.80 | $0.00 | $0.00 | $700,264.80 |
| Tajvinder S Bindra<br>c o Gregg S Kleiner Cooley Godward Kronish LLP 101 California St 5th Fl<br>San Francisco, CA 94111-5800 | 07-11043 | 3723 | 07-11043 | 2174 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Webb Mason Inc<br>PO Box 37289<br>Baltimore, MD 21297-3289 | 07-10421 | 3790 | 07-10421 | 858 | $0.00 | $0.00 | $0.00 | $245,495.74 | $245,495.74 | $0.00 | $0.00 | $0.00 | $245,495.74 | $245,495.74 |
| Claims To Be Expunged Totals | | | | 6 | $5,583.96 | $700,264.80 | $0.00 | $306,364.99 | $1,012,213.75 | $5,583.96 | $700,264.80 | $0.00 | $306,364.99 | $1,012,213.75 |