# EXHIBIT C

15th Omnibus Objection

## Exhibit C
## Claims Filed After Bar Date

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Ayyasamy Subramanian<br>489 Deerfield Ave<br>Irvine, CA 92606 | 07-10416<br>Comments: Claim Filed After General Bar Date of August 31, 2007 | 3772 | 1/10/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Balboa Life Insurance Company<br>Paul T Liu EVP Deputy General Counsel 5220 Las Virgenes Rd MS AC 11<br>Calabasas, CA 91302-4041 | 07-10419<br>Comments: Claim Filed After General Bar Date of August 31, 2007 | 3622 | 10/19/2007 | $0.00 | $0.00 | $0.00 | $55,424.00 | $55,424.00 |
| City Of Stockton<br>425 N El Dorado<br>Stockton, CA 95202-1997 | 07-10419<br>Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | 3686 | 11/14/2007 | $206.70 | $0.00 | $0.00 | $0.00 | $206.70 |
| City of Sugar Land<br>Linebarger Goggan Blair & Sampson LLP PO Box 3064<br>Houston, TX 77253-3064 | 07-10416<br>Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | 3718 | 11/19/2007 | $1,349.67 | $0.00 | $0.00 | $0.00 | $1,349.67 |
| Clarion Mortgage Capital Inc<br>410 17th St Ste 2400<br>Denver, CO 80202 | 07-10416<br>Comments: Claim Filed After General Bar Date of August 31, 2007 | 3745 | 12/13/2007 | $0.00 | $0.00 | $0.00 | $2,016,000.00 | $2,016,000.00 |
| Countrywide Tax Services Corp<br>Paul T Liu EVP Deputy General Counsel 5220 Las Virgenes Rd MS AC 11<br>Calabasas, CA 91302-4041 | 07-10419<br>Comments: Claim Filed After General Bar Date of August 31, 2007 | 3621 | 10/19/2007 | $0.00 | $0.00 | $0.00 | $32,972.00 | $32,972.00 |
| Dan McAllister<br>1600 Pacific Hwy Rm 162<br>San Diego, CA 92101 | 07-10419<br>Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | 3691 | 11/5/2007 | $33,348.71 | $0.00 | $0.00 | $0.00 | $33,348.71 |
| Dutton & Dutton P C<br>10325 W Lincoln Hwy<br>Frankfort, IL 60423 | 07-10419<br>Comments: Claim Filed After General Bar Date of August 31, 2007 | 3766 | 1/10/2008 | $0.00 | $0.00 | $0.00 | $4,045.00 | $4,045.00 |
| Effingham County Clerk Of The Superior Court<br>901 N Pine St<br>Springfield, GA 31329 | 07-11043<br>Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | 3668 | 11/2/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

15th Omnibus Objection

Exhibit C

Claims Filed After Bar Date

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | To Be Expunged Claim Amount | | | |
| Galveston County<br>Linebarger Goggan Blair & Sampson LLP PO Box 3064<br>Houston, TX 77253-3064 | 07-10416<br>Comments: | 3719<br>Claim Filed After Governmental Bar Date of October 2, 2007 | 11/19/2007 | $1,226.02 | $0.00 | $0.00 | $0.00 | $1,226.02 |
| Goose Creek Isd Lee Jr College<br>PO Box 809<br>Baytown, TX 77522-0809 | 07-10416<br>Comments: | 3709<br>Claim Filed After Governmental Bar Date of October 2, 2007 | 12/5/2007 | $2,503.74 | $0.00 | $0.00 | $0.00 | $2,503.74 |
| Grant County Treasurer<br>PO Box 37<br>Ephrata, WA 98823 | 07-10421<br>Comments: | 3736<br>Claim Filed After Governmental Bar Date of October 2, 2007 | 12/17/2007 | $135.86 | $0.00 | $0.00 | $0.00 | $135.86 |
| Hendricks County Treasurer<br>355 S Washington St No 215<br>Danville, IN 46122 | 07-10419<br>Comments: | 3630<br>Claim Filed After Governmental Bar Date of October 2, 2007 | 10/26/2007 | $256.79 | $0.00 | $0.00 | $0.00 | $256.79 |
| Jackson County Treasurer<br>120 W Michigan Ave<br>Jackson, MI 49201 | 07-10419<br>Comments: | 3640<br>Claim Filed After Governmental Bar Date of October 2, 2007 | 10/9/2007 | $571.52 | $0.00 | $0.00 | $0.00 | $571.52 |
| Marilyn E Wood Revenue Commissioner<br>PO Box 1169<br>Mobile, AL 36633-1169 | 07-10419<br>Comments: | 3796<br>Claim Filed After Governmental Bar Date of October 2, 2007 | 1/11/2008 | $631.19 | $0.00 | $0.00 | $0.00 | $631.19 |
| North Plainfield Sewer<br>263 Somerset St<br>North Plainfield, NJ 07060 | 07-10416<br>Comments: | 3724<br>Claim Filed After Governmental Bar Date of October 2, 2007 | 12/13/2007 | $0.00 | $0.00 | $1,357.63 | $0.00 | $1,357.63 |
| Okaloosa County Tax Collector<br>151 C North Eglin Pkwy<br>Ft Walton Beach, FL 32548 | 07-10416<br>Comments: | 3773<br>Claim Filed After Governmental Bar Date of October 2, 2007 | 1/10/2008 | $2,517.74 | $0.00 | $0.00 | $0.00 | $2,517.74 |
| Pacific Appraisals<br>822 Juniper Pointe Ln<br>Camano Island, WA 98282 | 07-10421<br>Comments: | 3770<br>Claim Filed After General Bar Date of August 31, 2007 | 1/10/2008 | $0.00 | $0.00 | $0.00 | $2,650.00 | $2,650.00 |

15th Omnibus Objection

**Exhibit C**
**Claims Filed After Bar Date**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Plunkett And Cooney<br>38505 Woodward Ste 2000<br>Bloomfield Hills, MI 48304 | 07-10419 | 3651 | 11/1/2007 | $0.00 | $0.00 | $0.00 | $108.00 | $108.00 |
| Comments: | | Claim Filed After General Bar Date of August 31, 2007 | | | | | | |
| Regents of the University of California on behalf of the University of California Irvine Medical Center<br>Stephenson Acquisto & Colman 303 N Glenoaks Blvd Ste 700<br>Burbank, CA 91502 | 07-10419 | 3802 | 1/31/2008 | $0.00 | $0.00 | $0.00 | $7,657.50 | $7,657.50 |
| Comments: | | Claim Filed After General Bar Date of August 31, 2007 | | | | | | |
| Rf Colony Park Iii Llc<br>1301 5th Ave<br>Seattle, WA 98101 | 07-10416 | 3307 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $3,417.83 | $3,417.83 |
| Comments: | | Claim Filed After General Bar Date of August 31, 2007 | | | | | | |
| San Patricio County<br>Linebarger Goggan Blair & Sampson LLP 1949 S IH 35 78741 PO Box 17428<br>Austin, TX 78760-7428 | 07-10419 | 3695 | 11/28/2007 | $5,152.97 | $0.00 | $0.00 | $0.00 | $5,152.97 |
| Comments: | | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| Sandra L Davidowski<br>4194 Suncatcher Ln<br>Vacaville, CA 95688 | 07-10416 | 3764 | 1/10/2008 | $0.00 | $0.00 | $187.50 | $0.00 | $187.50 |
| Comments: | | Claim Filed After General Bar Date of August 31, 2007 | | | | | | |
| South Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61701 | 07-10416 | 3792 | 1/22/2008 | $0.00 | $0.00 | $0.00 | $45,632.86 | $45,632.86 |
| Comments: | | Claim Filed After General Bar Date of August 31, 2007 | | | | | | |
| Sutter County Tax Collector<br>PO Box 546<br>Yuba City, CA 95992 | 07-10416 | 3679 | 11/7/2007 | $1,808.68 | $0.00 | $0.00 | $0.00 | $1,808.68 |
| Comments: | | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| Sutter County Tax Collector<br>PO Box 546<br>Yuba City, CA 95992 | 07-10416 | 3675 | 10/30/2007 | $1,808.68 | $0.00 | $0.00 | $0.00 | $1,808.68 |
| Comments: | | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| Vigo County Recorder<br>199 Oak St<br>Terre Haute, IN 47807 | 07-11043 | 3689 | 11/14/2007 | $0.00 | $0.00 | $0.00 | $21.00 | $21.00 |
| Comments: | | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |

15th Omnibus Objection

Exhibit C

Claims Filed After Bar Date

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Secured | Admin | Priority | Unsecured | Total |
| Claims To Be Expunged Totals | | 27 | | $51,518.27 | $0.00 | $1,545.13 | $2,167,928.19 | $2,220,991.59 |