# EXHIBIT D

15th Omnibus Objection

## Exhibit D
## Claims with No Supporting Documentation

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | To Be Expunged Claim Amount | | | | |
| Annie Carter<br>9550 Deering Dr 507<br>Houston, TX 77036 | 07-10416 | 1250 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comments: | No Supporting Documentation | | | | | |
| Ginger Franklin Jefferson County Trustee<br>PO Box 38<br>Dandridge, TN 37725 | 07-10416 | 3654 | $1,015.00 | $0.00 | $0.00 | $0.00 | $1,015.00 |
| | Comments: | No Supporting Documentation | | | | | |
| Hennepin<br>A600 Government Ctr 300 S 6th St<br>Minneapolis, MN 55487 | 07-10419 | 3655 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comments: | No Supporting Documentation | | | | | |
| Jeannette S Brown<br>2759 Green Hollow<br>Missouri City, TX 77489 | 07-10416 | 1502 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comments: | No Supporting Documentation | | | | | |
| Jenkins Gwendoline Jl<br>8652 Marvale Dr<br>Huntington Bch, CA 92646 | 07-10419 | 943 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comments: | No Supporting Documentation | | | | | |
| John Knower<br>1115 Darvan Way<br>Sevierville, TN 37876-0000 | 07-10419 | 1168 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comments: | No Supporting Documentation | | | | | |
| John M Greenly<br>PO Box 1131<br>Santa Barbara, CA 93102 | 07-10416 | 1382 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comments: | No Supporting Documentation | | | | | |
| Mano D Reynolds<br>13150 Cuyahoga Ct<br>Manassas, VA 20112-7804 | 07-10416 | 1003 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comments: | No Supporting Documentation | | | | | |
| Michelle D Huff<br>1380 Somerset Ln<br>Elk Grove Village, IL 60007 | 07-10416 | 1541 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comments: | No Supporting Documentation | | | | | |

| 15th Omnibus Objection | | | | Exhibit D | | In re: New Century TRS Holdigs, Inc. et al. |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Claims with No Supporting Documentation | | | Case No.07-10416 (KJC) |

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Stephanie Ann Mason<br>7544 Millport Dr<br>Roseville, CA 95678 | 07-10419<br>Comments: | 1531<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 |
| Ted Wender Dhuntiqam Hargrove Steve Delich<br>8038 Golden Valley Rd<br>Golden Valley, MN 55427 | 07-10419<br>Comments: | 3721<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $29,130.11 | $29,130.11 |
| Ted Wender Dhuntiqam Hargrove Steve Delich<br>8038 Golden Valley Rd<br>Golden Valley, MN 55427 | 07-10419<br>Comments: | 3722<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Thomas Torcia<br>90 Rockledge Dr<br>Newington, CT 06111 | 07-10416<br>Comments: | 1248<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tony Vinh Phong<br>8400 Edinger B101<br>Huntington Beach, CA 92647 | 07-10419<br>Comments: | 1370<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vernon R Biggers<br>4271 E Orchard Pl<br>Littleton, CO 80121 | 07-10416<br>Comments: | 2098<br>No Supporting Documentation | $0.00 | $0.00 | $19,832.00 | $0.00 | $19,832.00 |
| **Claims To Be Expunged Totals** | | 15 | $1,015.00 | $0.00 | $19,832.00 | $35,130.11 | $55,977.11 |