# **EXHIBIT 2**

RLF1-3256348-1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered |

**ORDER PURSUANT TO 11 U.S.C. §§ 502, 503, 506 AND 507, FED R. BANKR. P. 3007 AND 9014, AND DEL. BANKR. L.R. 3007-1 DISALLOWING AND EXPUNGING CERTAIN (A) AMENDED AND SUPERSEDED CLAIMS; (B) DUPLICATE CLAIMS; (C) LATE FILED CLAIMS; AND (D) NO SUPPORTING DOCUMENTATION CLAIMS SET FORTH IN DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS**

Upon the Debtors' Fifteenth Omnibus Objection To Claims: Non-Substantive Objection Pursuant to 11 U.S.C. §§ 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) Late Filed Claims; and (D) No Supporting Documentation Claims (the "Objection"),[2] filed by New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc, ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession in the above-styled case (collectively, the "Debtors"); and it appearing that notice of the objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

RLF1-3256348-1

the Objection, the claims listed on Exhibits A through D annexed hereto, and any responses thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

FOUND AND DETERMINED THAT:

A. This Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B. Each holder of a claim (as to each, a "Claim") listed on Exhibits A through D attached hereto was properly and timely served with a copy of the Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C. Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

D. The Claims listed on Exhibit A hereto are Claims that have been amended and superseded by other claims set forth in later Proofs of Claim and, therefore, have been amended and superseded by the Remaining Claims; and

E. The Duplicate Claims listed on Exhibit B hereto are Claims that assert duplicate or multiple claims against the same Debtor asserting the same liability in the same amount and, therefore, are duplicative of those asserted in the remaining Claims; and

F. The Claims listed on Exhibit C hereto are Claims that were filed after the Bar Date and, therefore, were not timely filed; and

G. The Claims listed on Exhibit D hereto are Claims for which no supporting documentation was attached to the filed Proofs of Claim; and

H. The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Amended and Superseded Claims listed on <u>Exhibit A</u> in the column labeled "Amended Claim Number" be, and hereby are, disallowed or expunged in their entirety.

3. The Duplicate Claims listed on <u>Exhibit B</u> in the column labeled "Duplicate Claim Number" be, and hereby are, disallowed and expunged in their entirety, and each Claimant retains a Claim that incorporates the entire liability asserted by the Claimant.

4. The Late Filed Claims listed on <u>Exhibit C</u> be, and hereby are, disallowed and expunged in their entirety.

5. The No Supporting Documentation Claims listed on <u>Exhibit D</u> be, and hereby are, disallowed and expunged in their entirety.

6. The Debtors' rights to amend, modify, or supplement this Objection, to file additional objections to the Claims or any other claims (filed or not) which may be asserted against the Debtors, and to seek further reduction of any Claim to the extent such Claim has been paid, are preserved. Additionally, should one or more of the grounds of objection stated in this Objection be dismissed, the Debtors rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these cases are preserved.

7. This Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

8. Each Claim and the objections by the Debtors to such Claim, as addressed in the Objection and as set forth on <u>Exhibits A</u> through <u>D</u> hereto, constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such

3

RLF1-3256348-1

Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

Dated: March ____, 2008
      Wilmington, Delaware

                                          THE HONORABLE KEVIN J. CAREY
                                          UNITED STATES BANKRUPTCY JUDGE

RLF1-3256348-1

# EXHIBIT A

15th Omnibus Objection

Exhibit A
Amended Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| 816 Connecticut Avenue LP<br>Deckelbaum Ogens & Raftery Chtd 3<br>Bethesda Metro Ctr Ste 200<br>Bethesda, MD 20814 | 07-10417 | 3316 | 07-10417 | 3762 | $0.00 | $0.00 | $0.00 | $137,065.63 | $137,065.63 | $0.00 | $0.00 | $0.00 | $121,731.08 | $121,731.08 |
| AT&T Corp<br>15100 FAA Blvd<br>Fort Worth, TX 76155 | 07-10416 | 3683 | 07-10416 | 3794 | $0.00 | $0.00 | $0.00 | $1,269,906.56 | $1,269,906.56 | $0.00 | $0.00 | $0.00 | $1,268,109.99 | $1,268,109.99 |
| Aurora Loan Services LLC on behalf of certain Trusts<br>Lathan & Watkins LLP 885 Third Ave<br>New York, NY 10022 | 07-10419 | 2374 | 07-10419 | 3803 | $4,010,859.05 | $0.00 | $0.00 | $0.00 | $4,010,859.05 | $8,262,851.97 | $0.00 | $0.00 | $0.00 | $8,262,851.97 |
| Broward County Dept of Finance<br>Governmental Center Annex 115 S Andrews Ave<br>Ft Lauderdale, FL 33301 | 07-10416 | 374 | 07-10416 | 3744 | $2,480.94 | $0.00 | $0.00 | $0.00 | $2,480.94 | $1,719.62 | $0.00 | $0.00 | $0.00 | $1,719.62 |
| County of Denton Denton County Fresh Water District No 6<br>700 Jeffrey Way Ste 100 PO Box 1269<br>Round Rock, TX 78680 | 07-10416 | 472 | 07-10416 | 3785 | $15,200.30 | $0.00 | $0.00 | $0.00 | $15,200.30 | $3,574.87 | $0.00 | $0.00 | $0.00 | $3,574.87 |
| Dina L Kenzy<br>14452 Dry Creek Rd PPO Box 1744<br>Middletown, CA 95461 | 07-10421 | 92 | 07-10421 | 3791 | $0.00 | $0.00 | $7,561.06 | $0.00 | $7,561.06 | $0.00 | $0.00 | $3,735.21 | $0.00 | $3,735.21 |
| Doug Belden Hillsborough County Tax Collector<br>Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl<br>Tampa, FL 33672-2920 | 07-10416 | 3412 | 07-10419 | 3778 | $8,207.17 | $0.00 | $0.00 | $0.00 | $8,207.17 | $7,501.30 | $0.00 | $0.00 | $0.00 | $7,501.30 |
| Doug Belden Hillsborough County Tax Collector<br>Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl<br>Tampa, FL 33672-2920 | 07-10416 | 3415 | 07-10419 | 3774 | $4,029.08 | $0.00 | $0.00 | $0.00 | $4,029.08 | $2,830.34 | $0.00 | $0.00 | $0.00 | $2,830.34 |

15th Omnibus Objection

Exhibit A
Amended Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Doug Belden Hillsborough County Tax Collector<br>Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl<br>Tampa, FL 33672-2920 | 07-10416 | 3416 | 07-10419 | 3775 | $2,120.25 | $0.00 | $0.00 | $0.00 | $2,120.25 | $1,939.26 | $0.00 | $0.00 | $0.00 | $1,939.26 |
| Doug Belden Hillsborough County Tax Collector<br>Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl<br>Tampa, FL 33672-2920 | 07-10416 | 3414 | 07-10419 | 3777 | $1,915.37 | $0.00 | $0.00 | $0.00 | $1,915.37 | $1,752.54 | $0.00 | $0.00 | $0.00 | $1,752.54 |
| Doug Belden Hillsborough County Tax Collector<br>Attn Doug Belden PO Box 172920 601 E Kennedy Blvd 14th Fl<br>Tampa, FL 33672-2920 | 07-10416 | 3413 | 07-10419 | 3776 | $568.47 | $0.00 | $0.00 | $0.00 | $568.47 | $519.58 | $0.00 | $0.00 | $0.00 | $519.58 |
| Grayson County<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan St Ste 1600<br>Dallas, TX 75201 | 07-10419 | 561 | 07-10419 | 3682 | $2,212.91 | $0.00 | $0.00 | $0.00 | $2,212.91 | $4,594.83 | $0.00 | $0.00 | $0.00 | $4,594.83 |
| Hidalgo County<br>Perdue Brandon Fielder Collins & Mott LLP<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | 07-10416 | 700 | 07-10416 | 3738 | $4,846.17 | $0.00 | $0.00 | $0.00 | $4,846.17 | $3,448.55 | $0.00 | $0.00 | $0.00 | $3,448.55 |
| La Joya ISD<br>Perdue Brandon Fielder Collins & Mott LLP<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | 07-10416 | 680 | 07-10416 | 3737 | $5,161.80 | $0.00 | $0.00 | $0.00 | $5,161.80 | $2,135.41 | $0.00 | $0.00 | $0.00 | $2,135.41 |
| Mack Cali Chestnut Ridge LLC<br>Mack Cali Realty Corp 343 Thornall St<br>Edison, NJ 08837-2206 | 07-10416 | 1106 | 07-10416 | 3739 | $0.00 | $0.00 | $0.00 | $3,006.12 | $3,006.12 | $0.00 | $0.00 | $0.00 | $6,183.94 | $6,183.94 |
| Nwx Partners Ltd<br>13135 Dairy Ashford 290<br>Sugar Land, TX 77478 | 07-10416 | 2652 | 07-10416 | 3800 | $0.00 | $0.00 | $0.00 | $862,066.80 | $862,066.80 | $0.00 | $0.00 | $0.00 | $393,786.20 | $393,786.20 |

15th Omnibus Objection

# Exhibit A
## Amended Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | 07-10421 | 823 | 07-10421 | 3648 | $1,468.04 | $0.00 | $0.00 | $0.00 | $1,468.04 | $1,160.78 | $0.00 | $0.00 | $0.00 | $1,160.78 |
| Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | 07-10421 | 822 | 07-10421 | 3670 | $231.12 | $0.00 | $0.00 | $0.00 | $231.12 | $924.41 | $0.00 | $0.00 | $0.00 | $924.41 |
| Tax Appraisal District of Bell County<br>700 Jeffrey Way Ste 100 PO Box 1269<br>Round Rock, TX 78680 | 07-10416 | 471 | 07-10416 | 3784 | $8,898.71 | $0.00 | $0.00 | $0.00 | $8,898.71 | $3,214.08 | $0.00 | $0.00 | $0.00 | $3,214.08 |
| Travis County<br>PO Box 1748<br>Austin, TX 78767 | 07-10416 | 3735 | 07-10416 | 3783 | $38,735.51 | $0.00 | $0.00 | $0.00 | $38,735.51 | $19,649.35 | $0.00 | $0.00 | $0.00 | $19,649.35 |
| Travis County<br>PO Box 1748<br>Austin, TX 78767 | 07-10416 | 1818 | 07-10416 | 3735 | $35,098.88 | $0.00 | $0.00 | $0.00 | $35,098.88 | $38,735.51 | $0.00 | $0.00 | $0.00 | $38,735.51 |
| Verizon<br>PO Box 25087<br>Wilmington, DE 19899-5087 | 07-10419 | 1295 | 07-10419 | 3751 | $0.00 | $0.00 | $0.00 | $356.67 | $356.67 | $0.00 | $0.00 | $0.00 | $1,381.73 | $1,381.73 |
| **Claims To Be Expunged Totals** | | | | 22 | $4,142,033.77 | $0.00 | $7,561.06 | $2,272,401.78 | $6,421,996.61 | $8,356,552.40 | $0.00 | $3,735.21 | $1,791,192.94 | $10,151,480.55 |

RLF1-3256348-1

# EXHIBIT B

RLF1-3256348-1

15th Omnibus Objection

# Exhibit B
## Duplicate Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Hidalgo County<br>Perdue Brandon Fielder Collins & Mott LLP<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | 07-10416 | 3763 | 07-10416 | 3738 | $3,448.55 | $0.00 | $0.00 | $0.00 | $3,448.55 | $3,448.55 | $0.00 | $0.00 | $0.00 | $3,448.55 |
| La Joya Independent School District<br>Perdue Brandon Fielder Collins & Mott LLP<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | 07-10416 | 3768 | 07-10416 | 3737 | $2,135.41 | $0.00 | $0.00 | $0.00 | $2,135.41 | $2,135.41 | $0.00 | $0.00 | $0.00 | $2,135.41 |
| Liberty Property Trust<br>324 E Wisconsin Ave Ste 1100<br>Milwaukee, WI 53202 | 07-10419 | 3325 | 07-10419 | 2283 | $0.00 | $0.00 | $0.00 | $60,869.25 | $60,869.25 | $0.00 | $0.00 | $0.00 | $60,869.25 | $60,869.25 |
| Pierre R Augustin Pro Se Creditor & Party in Interest<br>3941 Persimmon Dr No 102<br>Fairfax, VA 22031 | 07-10419 | 3781 | 07-10419 | 3759 | $0.00 | $700,264.80 | $0.00 | $0.00 | $700,264.80 | $0.00 | $700,264.80 | $0.00 | $0.00 | $700,264.80 |
| Tajvinder S Bindra<br>c o Gregg S Kleiner Cooley Godward Kronish LLP 101 California St 5th Fl<br>San Francisco, CA 94111-5800 | 07-11043 | 3723 | 07-11043 | 2174 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Webb Mason Inc<br>PO Box 37289<br>Baltimore, MD 21297-3289 | 07-10421 | 3790 | 07-10421 | 858 | $0.00 | $0.00 | $0.00 | $245,495.74 | $245,495.74 | $0.00 | $0.00 | $0.00 | $245,495.74 | $245,495.74 |
| **Claims To Be Expunged Totals** | | | | 6 | $5,583.96 | $700,264.80 | $0.00 | $306,364.99 | $1,012,213.75 | $5,583.96 | $700,264.80 | $0.00 | $306,364.99 | $1,012,213.75 |

RLF1-3256348-1

# EXHIBIT C

15th Omnibus Objection

**Exhibit C**

**Claims Filed After Bar Date**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | To Be Expunged Claim Amount ||||| |
|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | Priority | Unsecured | Total |
| Ayyasamy Subramanian<br>489 Deerfield Ave<br>Irvine, CA 92606 | 07-10416<br>Comments: Claim Filed After General Bar Date of August 31, 2007 | 3772 | 1/10/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Balboa Life Insurance Company<br>Paul T Liu EVP Deputy General Counsel 5220 Las Virgenes Rd MS AC 11<br>Calabasas, CA 91302-1041 | 07-10419<br>Comments: Claim Filed After General Bar Date of August 31, 2007 | 3622 | 10/19/2007 | $0.00 | $0.00 | $0.00 | $55,424.00 | $55,424.00 |
| City Of Stockton<br>425 N El Dorado<br>Stockton, CA 95202-1997 | 07-10419<br>Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | 3686 | 11/14/2007 | $206.70 | $0.00 | $0.00 | $0.00 | $206.70 |
| City of Sugar Land<br>Linebarger Goggan Blair & Sampson LLP PO Box 3064<br>Houston, TX 77253-3064 | 07-10416<br>Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | 3718 | 11/19/2007 | $1,349.67 | $0.00 | $0.00 | $0.00 | $1,349.67 |
| Clarion Mortgage Capital Inc<br>410 17th St Ste 2400<br>Denver, CO 80202 | 07-10416<br>Comments: Claim Filed After General Bar Date of August 31, 2007 | 3745 | 12/13/2007 | $0.00 | $0.00 | $0.00 | $2,016,000.00 | $2,016,000.00 |
| Countrywide Tax Services Corp<br>Paul T Liu EVP Deputy General Counsel 5220 Las Virgenes Rd MS AC 11<br>Calabasas, CA 91302-4041 | 07-10419<br>Comments: Claim Filed After General Bar Date of August 31, 2007 | 3621 | 10/19/2007 | $0.00 | $0.00 | $0.00 | $32,972.00 | $32,972.00 |
| Dan McAllister<br>1600 Pacific Hwy Rm 162<br>San Diego, CA 92101 | 07-10419<br>Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | 3691 | 11/5/2007 | $33,348.71 | $0.00 | $0.00 | $0.00 | $33,348.71 |
| Dutton & Dutton P C<br>10325 W Lincoln Hwy<br>Frankfort, IL 60423 | 07-10419<br>Comments: Claim Filed After General Bar Date of August 31, 2007 | 3766 | 1/10/2008 | $0.00 | $0.00 | $0.00 | $4,045.00 | $4,045.00 |
| Effingham County Clerk Of The Superior Court<br>901 N Pine St<br>Springfield, GA 31329 | 07-11043<br>Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | 3668 | 11/2/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

15th Omnibus Objection

**Exhibit C**

**Claims Filed After Bar Date**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | Priority | Unsecured | Total |
| Galveston County | 07-10416 | 3719 | 11/19/2007 | $1,226.02 | $0.00 | $0.00 | $0.00 | $1,226.02 |
| Linebarger Goggan Blair & Sampson LLP PO Box 3064 | Comments: | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| Houston, TX 77253-3064 | | | | | | | | |
| Goose Creek Isd Lee Jr College | 07-10416 | 3709 | 12/5/2007 | $2,503.74 | $0.00 | $0.00 | $0.00 | $2,503.74 |
| PO Box 809 | Comments: | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| Baytown, TX 77522-0809 | | | | | | | | |
| Grant County Treasurer | 07-10421 | 3736 | 12/17/2007 | $135.86 | $0.00 | $0.00 | $0.00 | $135.86 |
| PO Box 37 | Comments: | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| Ephrata, WA 98823 | | | | | | | | |
| Hendricks County Treasurer | 07-10419 | 3630 | 10/26/2007 | $256.79 | $0.00 | $0.00 | $0.00 | $256.79 |
| 355 S Washington St No 215 | Comments: | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| Danville, IN 46122 | | | | | | | | |
| Jackson County Treasurer | 07-10419 | 3640 | 10/9/2007 | $571.52 | $0.00 | $0.00 | $0.00 | $571.52 |
| 120 W Michigan Ave | Comments: | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| Jackson, MI 49201 | | | | | | | | |
| Marilyn E Wood Revenue Commissioner | 07-10419 | 3796 | 1/11/2008 | $631.19 | $0.00 | $0.00 | $0.00 | $631.19 |
| PO Box 1169 | Comments: | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| Mobile, AL 36633-1169 | | | | | | | | |
| North Plainfield Sewer | 07-10416 | 3724 | 12/13/2007 | $0.00 | $0.00 | $1,357.63 | $0.00 | $1,357.63 |
| 263 Somerset St | Comments: | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| North Plainfield, NJ 07060 | | | | | | | | |
| Okaloosa County Tax Collector | 07-10416 | 3773 | 1/10/2008 | $2,517.74 | $0.00 | $0.00 | $0.00 | $2,517.74 |
| 151 C North Eglin Pkwy | Comments: | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| Ft Walton Beach, FL 32548 | | | | | | | | |
| Pacific Appraisals | 07-10421 | 3770 | 1/10/2008 | $0.00 | $0.00 | $0.00 | $2,650.00 | $2,650.00 |
| 822 Juniper Pointe Ln | Comments: | Claim Filed After General Bar Date of August 31, 2007 | | | | | | |
| Camano Island, WA 98282 | | | | | | | | |

15th Omnibus Objection

## Exhibit C
## Claims Filed After Bar Date

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Plunkett And Cooney<br>38505 Woodward Ste 2000<br>Bloomfield Hills, MI 48304 | 07-10419 | 3651 | 11/1/2007 | $0.00 | $0.00 | $0.00 | $108.00 | $108.00 |
| Comments: | | Claim Filed After General Bar Date of August 31, 2007 | | | | | | |
| Regents of the University of California on behalf of the University of California Irvine Medical Center<br>Stephenson Acquisto & Colman 303 N Glenoaks Blvd Ste 700<br>Burbank, CA 91502 | 07-10419 | 3802 | 1/31/2008 | $0.00 | $0.00 | $0.00 | $7,657.50 | $7,657.50 |
| Comments: | | Claim Filed After General Bar Date of August 31, 2007 | | | | | | |
| Rf Colony Park Iii Llc<br>1301 5th Ave<br>Seattle, WA 98101 | 07-10416 | 3307 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $3,417.83 | $3,417.83 |
| Comments: | | Claim Filed After General Bar Date of August 31, 2007 | | | | | | |
| San Patricio County<br>Linebarger Goggan Blair & Sampson LLP 1949 S IH 35 78741 PO Box 17428<br>Austin, TX 78760-7428 | 07-10419 | 3695 | 11/28/2007 | $5,152.97 | $0.00 | $0.00 | $0.00 | $5,152.97 |
| Comments: | | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| Sandra L Davidowski<br>4194 Suncatcher Ln<br>Vacaville, CA 95688 | 07-10416 | 3764 | 1/10/2008 | $0.00 | $0.00 | $187.50 | $0.00 | $187.50 |
| Comments: | | Claim Filed After General Bar Date of August 31, 2007 | | | | | | |
| South Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61701 | 07-10416 | 3792 | 1/22/2008 | $0.00 | $0.00 | $0.00 | $45,632.86 | $45,632.86 |
| Comments: | | Claim Filed After General Bar Date of August 31, 2007 | | | | | | |
| Sutter County Tax Collector<br>PO Box 546<br>Yuba City, CA 95992 | 07-10416 | 3679 | 11/7/2007 | $1,808.68 | $0.00 | $0.00 | $0.00 | $1,808.68 |
| Comments: | | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| Sutter County Tax Collector<br>PO Box 546<br>Yuba City, CA 95992 | 07-10416 | 3675 | 10/30/2007 | $1,808.68 | $0.00 | $0.00 | $0.00 | $1,808.68 |
| Comments: | | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| Vigo County Recorder<br>199 Oak St<br>Terre Haute, IN 47807 | 07-11043 | 3689 | 11/14/2007 | $0.00 | $0.00 | $0.00 | $21.00 | $21.00 |
| Comments: | | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |

15th Omnibus Objection

**Exhibit C**
**Claims Filed After Bar Date**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | To Be Expunged Claim Amount | | | | |
| Claims To Be Expunged Totals | | 27 | | $51,518.27 | $0.00 | $1,545.13 | $2,167,928.19 | $2,220,991.59 |

# EXHIBIT D

15th Omnibus Objection

# Exhibit D
## Claims with No Supporting Documentation

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Annie Carter<br>9550 Deering Dr 507<br>Houston, TX 77036 | 07-10416<br>Comments: | 1250<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ginger Franklin Jefferson County Trustee<br>PO Box 38<br>Dandridge, TN 37725 | 07-10416<br>Comments: | 3654<br>No Supporting Documentation | $1,015.00 | $0.00 | $0.00 | $0.00 | $1,015.00 |
| Hennepin<br>A600 Government Ctr 300 S 6th St<br>Minneapolis, MN 55487 | 07-10419<br>Comments: | 3655<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jeannette S Brown<br>2759 Green Hollow<br>Missouri City, TX 77489 | 07-10416<br>Comments: | 1502<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jenkins Gwendoline Jl<br>8652 Marvale Dr<br>Huntington Bch, CA 92646 | 07-10419<br>Comments: | 943<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| John Knower<br>1115 Darvan Way<br>Sevierville, TN 37876-0000 | 07-10419<br>Comments: | 1168<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| John M Greenly<br>PO Box 1131<br>Santa Barbara, CA 93102 | 07-10416<br>Comments: | 1382<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mario D Reynolds<br>13150 Cuyahoga Ct<br>Manassas, VA 20112-7804 | 07-10416<br>Comments: | 1003<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Michelle D Huff<br>1380 Somerset Ln<br>Elk Grove Village, IL 60007 | 07-10416<br>Comments: | 1541<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

15th Omnibus Objection

## Exhibit D
## Claims with No Supporting Documentation

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Stephanie Ann Mason<br>7544 Millport Dr<br>Roseville, CA 95678 | 07-10419<br>Comments: | 1531<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 |
| Ted Wender Dhuntiqam Hargrove Steve Delich<br>8038 Golden Valley Rd<br>Golden Valley, MN 55427 | 07-10419<br>Comments: | 3721<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $29,130.11 | $29,130.11 |
| Ted Wender Dhuntiqam Hargrove Steve Delich<br>8038 Golden Valley Rd<br>Golden Valley, MN 55427 | 07-10419<br>Comments: | 3722<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Thomas Torcia<br>90 Rockledge Dr<br>Newington, CT 06111 | 07-10416<br>Comments: | 1248<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tony Vinh Phong<br>8400 Edinger B101<br>Huntington Beach, CA 92647 | 07-10419<br>Comments: | 1370<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vernon R Biggers<br>4271 E Orchard Pl<br>Littleton, CO 80121 | 07-10416<br>Comments: | 2098<br>No Supporting Documentation | $0.00 | $0.00 | $19,832.00 | $0.00 | $19,832.00 |
| **Claims To Be Expunged Totals** | | 15 | $1,015.00 | $0.00 | $19,832.00 | $35,130.11 | $55,977.11 |