# EXHIBIT 1

FORM B10 (Official Form 10)(04/07)

| UNITED STATES BANKRUPTCY COURT    DISTRICT OF DELAWARE | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>NEW CENTURY TRS HOLDINGS INC | Case Number<br>07-10416-KJC | ☑ Date Stamped Copy Returned<br>☐ No self addressed stamped envelope<br>☐ No copy to return |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Department of the Treasury - Internal Revenue Service | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars | |
|---|---|---|
| Name and address where notices should be sent:<br>Internal Revenue Service<br>1352 MARROWS ROAD, STE 204<br>NEWARK, DE 19711-5445 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. | |
| Telephone number: (302) 286-1559    Creditor #: | ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor:    see attachment | Check here ☐ replaces    a previously filed claim, dated: _____<br>if this claim  ☐ amends | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☒ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)         (date)

**2. Date debt was incurred:** see attachment

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations

**Unsecured Nonpriority Claim** $ 196,191.28
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☒ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ 399,824,500.16
Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☒ Real Estate    ☒ Motor Vehicle    ☒ Other  see below*
Value of Collateral: $ see below*
*All of debtor(s) right, title and interest to property - 26 U.S.C § 6321
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 25,300.00

- ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C § 507(a)(7).
- ☒ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___)

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $    196,191.28      25,300.00     399,824,500.16     400,045,991.44
                                                     (unsecured)     (secured)        (priority)           (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.    (except as noted on attachment)

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
MAY - 9 2007
XRoads Claims
Management Services

| Date<br>05/03/2007 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>/s/ M. L. WRIGHT, INSOLVENCY ADVISOR |
|---|---|

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 and 3571.


0710416070509000000000041

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



**Form 10**
Attachment

| | |
|---|---|
| Docket Number | 07-10416-KJC |
| Type of Bankruptcy Case | Chapter 11 |
| Date of Petition | 04/02/2007 |

In the Matter of: NEW CENTURY TRS HOLDINGS INC
18400 VON KARMAN AVE
IRVINE, CA 92612

The United States has the right of setoff or counterclaim(s) in the amount of $25,300.00. The identification of the right of setoff in this amount is based on available data and is not intended to waive or limit the right to setoff against this claim debts owed to this debtor by this or any other federal agency that have not been identified. All rights of setoff are preserved and will be asserted to the extent lawful.

## Secured Claims (Notices of Federal tax lien filed under internal revenue laws before petition date)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Penalty to Petition Date | Interest to Petition Date | Notice of Tax Lien Filed: Date | Office Location |
|---|---|---|---|---|---|---|---|---|
| 33-0683629 | CORP-INC | 12/31/2004 | 04/16/2007 | $0.00 | $25,300.00 | $0.00 | | Right to setoff |

**Total Amount of Secured Claims:** $25,300.00

## Unsecured Priority Claims under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| 33-0683629 | WT-FICA | 06/30/2003 | 1 UNASSESSED-NO RETURN | $19,218,282.92 | $4,697,576.28 |
| 33-0683629 | WT-FICA | 09/30/2003 | 1 UNASSESSED-NO RETURN | $19,218,282.92 | $4,418,146.43 |
| 33-0683629 | WT-FICA | 12/31/2003 | 1 UNASSESSED-NO RETURN | $19,218,282.92 | $4,181,266.78 |
| 33-0683629 | CORP-INC | 12/31/2003 | a PENDING EXAMINATION | $10,000.00 | $0.00 |
| 33-0683629 | WT-FICA | 03/31/2004 | 1 UNASSESSED-NO RETURN | $19,218,282.92 | $3,933,265.85 |
| 33-0683629 | WT-FICA | 06/30/2004 | 1 UNASSESSED-NO RETURN | $19,218,282.92 | $3,663,500.79 |
| 33-0683629 | WT-FICA | 09/30/2004 | 1 UNASSESSED-NO RETURN | $19,218,282.92 | $3,415,421.37 |
| 33-0683629 | WT-FICA | 12/31/2004 | 1 UNASSESSED-NO RETURN | $19,218,282.92 | $3,132,494.13 |
| 33-0683629 | CORP-INC | 12/31/2004 | a PENDING EXAMINATION | $31,553,028.00 | $0.00 |
| 33-0683629 | CORP-INC | 12/31/2004 | 04/16/2007 | $0.00 | $0.00 |
| 33-0683629 | WT-FICA | 03/31/2005 | 1 UNASSESSED-NO RETURN | $12,700,596.34 | $1,879,177.77 |
| 33-0683629 | WT-FICA | 06/30/2005 | 1 UNASSESSED-NO RETURN | $12,700,596.34 | $1,660,360.44 |
| 33-0683629 | WT-FICA | 09/30/2005 | 1 UNASSESSED-NO RETURN | $12,700,596.34 | $1,432,820.47 |
| 33-0683629 | WT-FICA | 12/31/2005 | 1 UNASSESSED-NO RETURN | $12,700,596.34 | $1,185,663.31 |
| 33-0683629 | CORP-INC | 12/31/2005 | a PENDING EXAMINATION | $43,987,832.00 | $0.00 |
| 33-0683629 | WH PENSION | 12/31/2005 | 1 UNASSESSED-NO RETURN | $572,684.50 | $53,462.94 |
| 33-0683629 | WT-FICA | 03/31/2006 | 1 UNASSESSED-NO RETURN | $12,700,596.34 | $950,679.43 |
| 33-0683629 | WT-FICA | 06/30/2006 | 1 UNASSESSED-NO RETURN | $12,700,596.34 | $700,569.35 |
| 33-0683629 | WT-FICA | 09/30/2006 | 1 UNASSESSED-NO RETURN | $12,700,596.34 | $433,078.37 |

(Continued on Page 2)

---

1 UNASSESSED TAX LIABILITIES(S) HAVE BEEN LISTED ON THIS CLAIM BECAUSE OUR RECORDS SHOW NO RETURN(S) FILED. WHEN THE DEBTOR(S) FILES THE RETURN OR PROVIDES OTHER INFORMATION AS REQUIRED BY LAW THE CLAIM WILL BE AMENDED

a PROPOSED TAX DEFICIENCY DETERMINED BY EXAMINATION OF DEBTOR(S) TAX RETURN.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



**Form 10** Attachment

In the Matter of: NEW CENTURY TRS HOLDINGS INC
18400 VON KARMAN AVE
IRVINE, CA 92612

Docket Number

07-10416-KJC

Type of Bankruptcy Case

Chapter 11

Date of Petition

04/02/2007

## Unsecured Priority Claims (Continued from Page 1)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| 33-0683629 | WT-FICA | 12/31/2006 | 1 UNASSESSED-NO RETURN | $12,700,596.34 | $170,926.59 |
| 33-0683629 | CORP-INC | 12/31/2006 | 1 UNASSESSED-NO RETURN | $27,056,548.77 | $0.00 |
| 33-0683629 | WH PENSION | 12/31/2006 | 1 UNASSESSED-NO RETURN | $572,684.50 | $7,707.28 |
| 33-0683629 | WT-FICA | 03/31/2007 | 1 UNASSESSED-NO RETURN | $19,218,282.92 | $0.00 |
| 33-0683629 | WT-FICA | 06/30/2007 | c UNASSESSED LIABILITY | $4,804,570.73 | $0.00 |
| | | | | $363,908,382.58 | $35,916,117.58 |

Total Amount of Unsecured Priority Claims:  $399,824,500.16

## Unsecured General Claims

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . . . . $196,191.28

Total Amount of Unsecured General Claims:  $196,191.28

---

1 UNASSESSED TAX LIABILITIES(S) HAVE BEEN LISTED ON THIS CLAIM BECAUSE OUR RECORDS SHOW NO RETURN(S) FILED. WHEN THE DEBTOR(S) FILES THE RETURN OR PROVIDES OTHER INFORMATION AS REQUIRED BY LAW THE CLAIM WILL BE AMENDED

c THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILITY FOR THE DEBTOR DUE TO DEBTOR'S FAILURE TO MAKE REQUIRED TAX DEPOSITS. AS SOON AS THE DEBTOR FILES THE RETURN WITH THE IRS AS REQUIRED BY LAW, THIS CLAIM WILL BE ADJUSTED AS NECESSARY.