# EXHIBIT 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |
|---|---|

**ORDER PURSUANT TO 11 U.S.C. § 502, FED R. BANKR. P. 3007 AND 9014 AND DEL. BANKR. L.R. 3007-1 DISALLOWING AND EXPUNGING CLAIM OF THE INTERNAL REVENUE SERVICE FOR WHICH INSUFFICIENT DOCUMENTATION IS ATTACHED TO THE FILED PROOF OF CLAIM**

Upon the *Debtors' Non-Substantive Objection Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Claim of Internal Revenue Service for Which Insufficient Documentation is Attached to the Filed Proof of Claim* (the "Objection"),[2] filed by New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc, ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession in the above-styled case (collectively, the "Debtors"); and it appearing that notice of the objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Objection, the Amended Claim attached hereto as Exhibit A, and any responses

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

FOUND AND DETERMINED THAT:

A. This Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B. The IRS was properly and timely served with a copy of the Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C. Any entity known to have an interest in the Claim subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

D. The Amended Claim attached hereto as Exhibit A is a Claim for which insufficient documentation was attached to the filed proof of claim; and

E. The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Amended Claim attached hereto as Exhibit A be, and hereby is, disallowed and expunged in its entirety.

3. The Debtors' rights to amend, modify, or supplement this Objection, to file additional objections to the Amended Claim or any other claim (filed or not) which may be asserted against the Debtors by the IRS, and to seek further reduction of the Amended Claim to the extent the Amended Claim has been paid, are preserved. Additionally, should one or more of the grounds of objection stated in this Objection be dismissed, the Debtors rights to object on

other stated grounds or on any other grounds that the Debtors discover are preserved while these cases are pending.

4. This Court shall retain jurisdiction over the Debtors and the IRS with respect to any matters related to or arising from the Objection or the implementation of this Order.

Dated: February ____, 2008
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE



RLF1-3256409-1

# EXHIBIT A

FORM B10 (Official Form 10)(04/07)

UNITED STATES BANKRUPTCY COURT ______ DISTRICT OF DELAWARE

# PROOF OF CLAIM

Name of Debtor: NEW CENTURY TRS HOLDINGS INC

Case Number: 07-10416-KJC

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Department of the Treasury - Internal Revenue Service

Name and address where notices should be sent:

Internal Revenue Service
31 HOPKINS PLAZA, ROOM 1150
BALTIMORE, MD 21201

Telephone number: (410) 962-2398 Creditor #:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: see attachment

Check here if this claim ☐ replaces ☒ amends a previously filed claim, dated: 05/03/2007

1. Basis for Claim
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☒ Taxes
- ☐ Other ______
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Last four digits of your SS #: ______
Unpaid compensation for services performed from ______ (date) to ______ (date)

2. Date debt was incurred: see attachment

3. If court judgment, date obtained:

4. Classification of Claim. Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 196,191.28

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**

☒ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ 102,607,408.77

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**

☒ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral:
☒ Real Estate ☒ Motor Vehicle ☒ Other see below*

Value of Collateral: $ see below*

*All of debtor(s) right, title and interest to property - 26 U.S.C § 6321

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 25,300.00

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☒ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

5. Total Amount of Claim at Time Case Filed: $ 196,191.28 (unsecured) 25,300.00 (secured) 102,607,408.77 (priority) 102,828,900.05 (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim (except as noted on attachment)

7. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
NOV 20 2007
XRoads Claims Management Services

Date: 11/19/2007

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

/s/ C. KIDWELL, INSOLVENCY SPECIALIST

*Penalty for presenting fraudulent claim.* Fine of up to $500,000 or imprisonment f...

07104160711200000000000057

# Proof of Claim for Internal Revenue Taxes




Form 10
Attachment

Department of the Treasury/Internal Revenue Service

| Docket Number |
| --- |
| 07-10416-KJC |
| **Type of Bankruptcy Case** |
| Chapter 11 |
| **Date of Petition** |
| 04/02/2007 |

**In the Matter of:** NEW CENTURY TRS HOLDINGS INC
3121 MICHELSON DRIVE/ SUITE 600
IRVINE, CA 92612

Amendment No. 1 to Proof of Claim dated 05/03/2007

The United States has the right of setoff or counterclaim(s) in the amount of $25,300.00. The identification of the right of setoff in this amount is based on available data and is not intended to waive or limit the right to setoff against this claim debts owed to this debtor by this or any other federal agency that have not been identified. All rights of setoff are preserved and will be asserted to the extent lawful.

## Secured Claims (Notices of Federal tax lien filed under internal revenue laws before petition date)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Penalty to Petition Date | Interest to Petition Date | Notice of Tax Lien Filed: Date | Office Location |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 33-0683629 | CORP-INC | 12/31/2004 | 04/16/2007 | $0.00 | $25,300.00 | $0.00 | Right to setoff | |

**Total Amount of Secured Claims: $25,300.00**

## Unsecured Priority Claims under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| 33-0683629 | CORP-INC | 12/31/2003 | a PENDING EXAMINATION | $10,000.00 | $0.00 |
| 33-0683629 | CORP-INC | 12/31/2004 | a PENDING EXAMINATION | $31,553,028.00 | $0.00 |
| 33-0683629 | CORP-INC | 12/31/2004 | 04/16/2007 | $0.00 | $0.00 |
| 33-0683629 | CORP-INC | 12/31/2005 | a PENDING EXAMINATION | $43,987,832.00 | $0.00 |
| 33-0683629 | CORP-INC | 12/31/2006 | 1 UNASSESSED-NO RETURN | $27,056,548.77 | $0.00 |
| | | | | $102,607,408.77 | $0.00 |

**Total Amount of Unsecured Priority Claims: $102,607,408.77**

## Unsecured General Claims

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . . . . $196,191.28

**Total Amount of Unsecured General Claims: $196,191.28**

1 UNASSESSED TAX LIABILITIES(S) HAVE BEEN LISTED ON THIS CLAIM BECAUSE OUR RECORDS SHOW NO RETURN(S) FILED. WHEN THE DEBTOR(S) FILES THE RETURN OR PROVIDES OTHER INFORMATION AS REQUIRED BY LAW THE CLAIM WILL BE AMENDED.

a PROPOSED TAX DEFICIENCY DETERMINED BY EXAMINATION OF DEBTOR(s) TAX RETURN.



1352 MARROWS ROAD, STE 204
NEWARK, DE 19711-5445

CHUN I. JANG
920 NORTH KING STREET
P.O. BOX 551
WILMINGTON, DE 19899

**Please Fold Here. Do not detach.** Please be sure our address shows through the envelope window.

Internal Revenue Service
1352 MARROWS ROAD, STE 204
NEWARK, DE 19711-5445