IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>NEW CENTURY TRS HOLDINGS, INC., <u>et a</u><br><br>Debtor. | Chapter 11<br>Case No 07-10416-KJC |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 25, 2008 copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code, notice, and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: February 25, 2008     **/s/     Maria Aprile Sawczuk**
       Wilmington, Delaware     Adam Hiller (DE No. 4105)
                                    Maria Aprile Sawczuk (DE No. 3320)
                                    Draper & Goldberg, PLLC
                                    1500 North French Street, 2nd Floor
                                    Wilmington, Delaware 19801
                                    (302) 339-8776 telephone
                                    (302) 213-0043 facsimile

New Century TRS Holdings
18400 Von Karman Ave.
Irvine, CA 92612
*Debtor*

Mark D. Collins
Christopher M Samis
Richards Layton Finger
One Rodney Square
P.O. Box 551
Wilmington DE 19899
*Attorneys for the Debtor*

Suzanne S. Uhland
Ben H. Logan
O'Melveny & Myers LLP
275 Battery Street
San Francisco CA 94111
*Attorney for the Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell, Esquire
David W. Carickhoff Jr. Esquire
Blank Rome LLP
1201 Market Street Suite 800
Wilmington DE 19801

*Attorneys for the Official Committee
  of Unsecured Creditors*

Mark T. Power Esquire
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Ave.
14 & 15th Floor
New York NY 10022
*Attorneys for the Offical Committee
Of Unsecured Creditors*