Robert Riggins
c/o postal address
802 Albert Street [78130]
New Braunfels, Texas
uSA

February 19, 2008

United States Bankruptcy Court
for the District of Delaware
3rd Floor
824 North Market Street
Wilmington, Delaware
19801
uSA

RE: NEW CENTURY HOLDINGS, INC.

To the Honorable Bankruptcy Judge:

The above living man, on the land, brings forth the information submitted previously with respect to NEW CENTURY MORTGAGE.

Robert and Carol Riggins are CREDITORS for NEW CENTURY MORTGAGE as the enclosed copies provide the proof.

As previously stated December 29, 2007, NEW CENTURY MORTGAGE committed fraudulent acts of Conversion of Form 3241.1 (copy enclosed), by changing the alleged note to a Securities Instrument that provided a monetary gain to NEW CENTURY MORTGAGE, INC. Even then it was done by the 'Shipping Manager' and not a CORPORATE OFFICER listed on their charter.

Robert and Carol Riggins provided the funds for the alleged mortgage, as the enclosed page proves. There can be no mistake of the fraud and conversion the enclosed copy of the Mortgage document proves.

Therefore, Robert and Carol Riggins are in fact Creditors and not debtors. Robert and Carol Riggins are entitled to the sum total of $143,995.00 as first in line Creditors due to the Fraudulent activities of NEW CENTURY MORTGAGE, INC.

Respectfully submitted,
all rights reserved, without prejudice

_____
Robert F Riggins, Agent