December 29, 2007

Robert F Riggins
802 Albert street
New Braunfels, Texas
78130
830.629.4242

United States Bankruptcy Court
for the District of Delaware
3rd Floor
824 North Market Street
Wilmington, Delaware
19801

      RE: Fraudulent Conversion

To the Honorable Bankruptcy Judge:

I have enclosed copies of Mortgage papers alleging that New Century Mortgage Corporation lent Robert and Carol Riggins $88,800.00 in September, 2000.

The important page of this document is the last page, which indicts that after Robert and Carol Riggins had signed the loan papers, the following is indicative of a check submitted by Robert and carol Riggins to New Century Mortgage Corporation. As can be seen, "PAY TO THE ORDER, WITHOUT RECOURSE, NEW CENTURY MORTGAGE CORPORATION, signed by the SHIPPING MANAGER, GINA M AYSON, not a Corporation personal.

Page four (4) of the alleged loan papers specifically show that the Creditors are Robert and Carol Riggins are actually the lenders and not New Century Mortgage Corporation. New Century Mortgage Corporation Fraudulently Converted the Loan Papers to a Security Instrument and gained a monetary value from that.

New Century Mortgage Corporation did not lend any funds to Robert and Carol Riggins as is proven, and not the other way around.

As this Honorable Court knows, "Fraud vitiates a contract from its inception." Therefore Robert and Carol Riggins are entitled to receive restitution in the amount of $143,995.00, interest included.

Respectfully submitted,


Robert F Riggins