410769

12. **NO ORAL AGREEMENTS**
THIS NOTE CONSTITUTES A "WRITTEN LOAN AGREEMENT" PURSUANT TO SECTION 26.02 OF THE TEXAS BUSINESS AND COMMERCE CODE, IF SUCH SECTION APPLIES. THIS WRITTEN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.

WITNESS THE HAND(S) OF THE UNDERSIGNED.

[DO NOT SIGN IF THERE ARE BLANKS LEFT TO BE COMPLETED IN THIS DOCUMENT. THIS DOCUMENT MUST BE EXECUTED AT THE OFFICE OF THE LENDER, AN ATTORNEY AT LAW OR A TITLE COMPANY. YOU MUST RECEIVE A COPY OF THIS DOCUMENT AFTER YOU HAVE SIGNED IT.]

_____
Borrower
ROBERT RIGGINS
SSN: 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

_____
Borrower
CAROL L. RIGGINS
SSN: 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

PAY TO THE ORDER OF, WITHOUT RECOURSE

_____
NEW CENTURY MORTGAGE CORPORATION
BY: _____
TITLE: A.V.P. / SHIPPING MANAGER
NAME: _____

Texas Home Equity Note (Cash Out – Fixed Rate – First Lien) – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

Form 3244.1   01/98
(page 4 of 4 pages)
SMSNDC/00000-0000/TX/EQ020002