# EXHIBIT A

February 25, 2008

Michael J. Missal  
1601 K Street, NW  
Washington, DC 20036

Our File Number : 0309077.00100  
Invoice : 1766468  
Services Through : January 31, 2008

**New Century Examiner**

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/01/08 | M. J. Missal | 3.80 | Revise various court filings (3.8) | 2,945.00 |
| 01/02/08 | M. J. Missal | 10.90 | Various communications with team on status and strategy (1.7); meeting with accounting ream (1.0); review and revise sections of report (3.7); prepare for meeting with BDO (4.2); telephone call with counsel for US Trustee (.3) | 8,447.50 |
| 01/03/08 | M. J. Missal | 12.80 | Meeting with BDO and K&L Gates accounnting team (7.7); revise court filing (1.8); various communications with team on status and strategy (2.1); review various sections of report (1.2) | 9,920.00 |
| 01/04/08 | M. J. Missal | 11.40 | Call with counsel for creditors (.4); revise court filings (4.6); various communications with team on status and strategy (2.3); review sections of report (4.1) | 8,835.00 |
| 01/05/08 | M. J. Missal | 4.50 | Revise court filings (1.2); review sections of report (3.3) | 3,487.50 |
| 01/06/08 | M. J. Missal | 4.60 | Revise court filings (3.2); review interview memols (1.4) | 3,565.00 |
| 01/07/08 | M. J. Missal | 12.30 | Meeting with team on status (.6); revise court filings (2.6); review various accounting and loan quality documents (5.7); various conferences with team on status and strategy (2.1); review interview memos (1.3) | 9,532.50 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/08/08 | M. J. Missal | 12.50 | Various communications with team (2.3); review itnerview memos (3.1); review sections of report (1.8); review accounting and loan quality documents (5.3) | 9,687.50 |
| 01/09/08 | M. J. Missal | 13.20 | Various communications with team on status and strategy (2.1); review accounting and financial and reporting documents (8.6); prepare for interviews (2.5) | 10,230.00 |
| 01/10/08 | M. J. Missal | 13.20 | Various communications with team on status and strategy (2.1); review accounting and financial reporting documents (8.6); prepare for interview (2.5) | 10,230.00 |
| 01/11/08 | M. J. Missal | 11.60 | Review sections of report (6.5); review background materials (3.6); various communications with team on status and strategy (1.5) | 8,990.00 |
| 01/12/08 | M. J. Missal | 5.90 | Review interview memos (3.1); review sections of report (1.6); review accounting documents (1.2) | 4,572.50 |
| 01/13/08 | M. J. Missal | 6.10 | Review various interview memos (1.8); review sections of report (2.9); review accounting documents (1.4) | 4,727.50 |
| 01/14/08 | M. J. Missal | 12.30 | Attend team meeting on status (1.2); review variuos interview memos (1.8); various communications with team on status and strategy (2.5); revise court filing (.5); telephone call with counsel for Debtors (.2); telephone call with counsel for US Trustee (.3); revise sections of report (5.8) | 9,532.50 |
| 01/15/08 | M. J. Missal | 10.90 | Review interview memos (2.5); review sections of report (2.3); various communications with team on status and strategy (3.6); review accounting and loan quality materials (2.5) | 8,447.50 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/16/08 | M. J. Missal | 12.70 | Update call with S. Topetzes and others (1.1); review various interview memos (2.3); review sections of report (5.4); conference call with Court and others (.5); prepare for meeting with Judge (1.5); review accounting documents (1.9) | 9,842.50 |
| 01/17/08 | M. J. Missal | 12.60 | Prepare for meeting with court (2.5); meeting with court (.7); review interview memos (3.1); review sections of report (1.8); review various accounting documents (2.9); various communications with team (1.6) | 9,765.00 |
| 01/18/08 | M. J. Missal | 8.80 | Review interview memos (1.8); review sections of report (5.6); various communications with team on status and strategy (1.4) | 6,820.00 |
| 01/19/08 | M. J. Missal | 3.50 | Review sections of report | 2,712.50 |
| 01/20/08 | M. J. Missal | 2.80 | Review sections of report | 2,170.00 |
| 01/21/08 | M. J. Missal | 3.70 | Review sections of report | 2,867.50 |
| 01/23/08 | M. J. Missal | 11.90 | Attend court hearing (.7); review interview memos (2.3); review sections of report (6.4); various communications with team on status and strategy (2.5) | 9,222.50 |
| 01/24/08 | M. J. Missal | 10.40 | Meeting with team leaders (.8); review various sections of report (5.8); review interview memos (2.3); communications with team on status and strategy (1.5) | 8,060.00 |
| 01/25/08 | M. J. Missal | 11.30 | Various communications with team on status and strategy (2.8); review interveiw memos (1.5); review accounting documents (2.5); review sections of report (4.5) | 8,757.50 |
| 01/26/08 | M. J. Missal | 9.10 | Review interview memos (3.4); review sections of report (5.7) | 7,052.50 |
| 01/27/08 | M. J. Missal | 8.40 | Review sections of report | 6,510.00 |
| 01/28/08 | M. J. Missal | 7.70 | Various communications with team on status and strategy (1.5); review sections of report (6.2) | 5,967.50 |

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/29/08 | M. J. Missal | 8.60 | Review sections of report (7.3); various communications with team on strategy and status (1.3) | 6,665.00 |
| 01/30/08 | M. J. Missal | 8.40 | Various communications with team on status and strategy (1.2); review sections of report (6.5); review interview memo (.7) | 6,510.00 |
| 01/31/08 | M. J. Missal | 8.20 | Review various sections of report (6.8); various communications with team on status and strategy (1.4) | 6,355.00 |
| | | TOTAL FEES | | $ 212,427.50 |

| | | | | |
|---|---|---|---|---|
| M. J. Missal | | 274.10 hrs at $ 775 / hr | | $212,427.50 |
| | TOTAL FEES | 274.10 hrs | | $ 212,427.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Travel Expenses | 634.00 |
| Transportation Expenses | 15.00 |
| Air Fare | 396.65 |
| DISBURSEMENTS & OTHER CHARGES | $ 1,045.65 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 08/24/07 | 1688275 | 49,668.30 | 0.00 | 49,668.30 |
| 09/25/07 | 1701721 | 34,425.90 | 0.00 | 34,425.90 |
| 10/26/07 | 1712432 | 26,713.35 | 0.00 | 26,713.35 |
| 11/21/07 | 1726730 | 35,182.80 | 0.00 | 35,182.80 |
| 12/21/07 | 1740352 | 34,647.75 | 0.00 | 34,647.75 |
| 01/25/08 | 1753700 | 160,058.25 | 1,707.10 | 161,765.35 |
| | OUTSTANDING BALANCE | | | $ 342,403.45 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 212,427.50 |
| Fee Discount | $ (21,242.75) |
| Total Fees | $ 191,184.75 |
| Disbursements and Other Charges | $ 1,045.65 |
| **CURRENT INVOICE DUE** | $ 192,230.40 |
| Past Due Invoices * | $ 342,403.45 |
| **TOTAL AMOUNT DUE** | $ 534,633.85 |

* Does not include payments received after 2/25/08.