# EXHIBIT B

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (8) 8

Proforma Number: 1319822
Invoice Number: 1766468
Client: New Century Examiner, Michael J. Missal
Matter Description: New Century Examiner

25 Feb 2008
Batch #: 1562396
Inventory Manager: Missal, M. J
Matter Number: 0309077.00100

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14204824 | 32h | 03216 | 9 Jan 2008 | Travel Expenses - Michael J. Missal 01/09/08 - Washington DC to Long Beach CA  Voucher # 978909   Check # 50602 | 623.00 | 623.00 | 1 |
| 14223740 | 32h | 03216 | 23 Jan 2008 | Travel Expenses - Michael J. Missal 01/23/08 - Train fare to/from Wilington, DE to meet with Judge  Voucher # 982586   Check # 50824 | 11.00 | 11.00 | 1 |
| | | | | Subtotal Travel Expenses | 634.00 | 634.00 | |
| 14223095 | 33h | 03216 | 17 Jan 2008 | Transportation Expenses - Michael J. Missal 01/17/08 - Parking at Union Station to meet with Judge  Voucher # 982366   Check # 50824 | 15.00 | 15.00 | 1 |
| | | | | Subtotal Transportation Expenses | 15.00 | 15.00 | |
| 14180879 | 35h | 03216 | 26 Dec 2007 | Air Fare - American Express AmEx 11/28/07 Strip - 10/30/07 - M. Missal- From Washington D.C. to New York, NY  Voucher # 974167   Check # 1047630 | 362.65 | 362.65 | 1 |
| 14180881 | 35h | 03216 | 26 Dec 2007 | Air Fare - American Express AmEx 11/13/07 Strip - 10/30/07 - M. Missal  Voucher # 974167   Check # 1047630 | 34.00 | 34.00 | 1 |
| | | | | Subtotal Air Fare | 396.65 | 396.65 | |
| | | | | TOTAL DISBURSEMENTS AND OTHER CHARGES | 1,045.65 | 1,045.65 | |

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

Proforma Number: 1319822
Invoice Number: 1766468
Client: New Century Examiner, Michael J. Missal
Matter Description: New Century Examiner

25 Feb 2008
Batch #: 1562396
Inventory Manager: Missal, M. J
Matter Number: 0309077.00100

### DISBURSEMENTS & OTHER CHARGES SUMMARY

| CODE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT |
|------|-------------|------|------|
| 32h | Travel Expenses | 634.00 | 634.00 |
| 33h | Transportation Expenses | 15.00 | 15.00 |
| 35h | Air Fare | 396.65 | 396.65 |
| | TOTAL DISBURSEMENTS AND OTHER CHARGES | 1,045.65 | 1,045.65 |