# EXHIBIT B

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (s) 4

Date: 5 Feb 2008
Reference #: 562334
Client Number: 1319068
Invoice Number: 1765514
Client: Hickman J. Missal, Examiner
Matter Description: Disbursements
Matter Name: M. J. Missal, M. J
Matter Number: 0109079.00104

DISBURSEMENTS & OTHER CHARGES  ($0B)

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14226520 | 01 | 10146 | 14 Nov 2007 | Conference Calls - Inv# 03-21173 - 12/11/07 - 11/14/07 - A. Camron | 4.13 | 4.13 | 1. |
| 14234726 | 01 | 03216 | 20 Nov 2007 | Telephone / Conference Calls / Fx Line Trans USER DEFINED 1: 09466 USER DEFINED 2: 1(212)732-6640 | .95 | .95 | 1 |
| 14234727 | 01 | 03216 | 20 Dec 2007 | Telephone / Conference Calls / Fx Line Trans USER DEFINED 1: 09895 USER DEFINED 2: 1(212)408-7292 | 29.70 | 29.70 | 26 |
| 14233960 | 01 | 03216 | 9 Jan 2008 | Telephone / Conference Calls / Fx Line Trans USER DEFINED 1: 04549 USER DEFINED 2: 1(949)451-4291 | 8.65 | 8.65 | 2 |
| 14234067 | 01 | 03216 | 11 Jan 2008 | Telephone / Conference Calls / Fx Line Trans USER DEFINED 1: 05046 USER DEFINED 2: 1(631)921-5401 | .35 | .35 | 1 |
| 14234726 | 01 | 03216 | 18 Jan 2008 | Telephone / Conference Calls / Fx Line Trans USER DEFINED 1: 09302 USER DEFINED 2: 1(302)573-6492 | 6.65 | 6.65 | 7 |
| 14231963 | 01 | 03216 | 20 Jan 2008 | Telephone / Conference Calls / Fx Line Trans USER DEFINED 1: 3719 USER DEFINED 2: 99130242215873 | .50 | .50 | 1 |
|  |  |  |  | Subtotal Telephone / Conference Calls / Fx Lin | 50.93 | 50.93 | |
| 14198845 | 01h | 03216 | 7 Jan 2008 | Telephone/Conference Calls - Chorus Call, Inc. Conference Call - M. J. Missal - 11-19-07 Voucher # 976142                    Check # 302036 | 17.99 | 17.99 | 1 |
| 14194664 | 01h | 03321 | 7 Jan 2008 | Telephone/Conference Calls - Chorus Call, Inc. Conference Call - S. E. Lambroxopoulo - 11/15/07 Voucher # 976142             Check # 302036 | 16.14 | 16.14 | 1 |
| 14198866 | 01h | 03216 | 7 Jan 2008 | Telephone/Conference Calls - Chorus Call, Inc. Conference Call - M. J. Missal - 11/12/07 - 12/05/07 Voucher # 976142         Check # 302036 | 184.69 | 184.69 | 1 |

JS36
Proforma Number: 1319969
Invoice Number: 1547514
Client: Mr. Sheet J. Nissan, E.Johnson
Matter Description: Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
JS36 Feb. 008
22 Feb...008
Batch #: 1562746
Invoice/ Matter numbers
Matter number: 0305079.00106
Page (?) 5

## DISBURSEMENTS & OTHER CHARGES (608

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14194867 | 01h | 03699 | 7 Jan 2008 | Telephone/Conference Calls - Chorus Call, Inc. Conference Call - J. Shuttleworth - 12/02/07 Voucher # 976142   Check # 3020336 | 5.85 | 5.85 | 1 |
| 14193317 | 01h | 11073 | 9 Jan 2008 | Telephone/Conference Calls - Chorus Call, 10/17 Voucher # 977139   Check # 11010640 | 12.95 | 12.95 | 1 |
| 14222017 | 01h | 03999 | 29 Jan 2008 | Telephone/Conference Calls - Chorus Call, Inc. CONFERENCE CALL - ANNE MCCONVILLE - 12/19/07 Voucher # 982168   Check # 3020299 | 7.92 | 7.92 | 1 |
| 14222018 | 01h | 03216 | 29 Jan 2008 | Telephone/Conference Calls - Chorus Call, Inc. CONFERENCE CALL - MJ NISSAL - 12/10/07 - 01/02/08 Voucher # 982168   Check # 3020299 | 78.02 | 78.02 | 1 |
| | | | | Subtotal Telephone/Conference Calls | 323.56 | 323.56 | |
| 14231964 | 02 | 03216 | 20 Jan 2008 | Facsimile USER DEFINED 1: 3719 USER DEFINED 2: 9913024215073 | 24.75 | 24.75 | 33 |
| | | | | Subtotal Facsimile | 24.75 | 24.75 | |
| 14223378 | 03 | 03999 | 31 Jan 2008 | Postage - no sender name listed  1/29/08 | .58 | .58 | 1 |
| | | | | Subtotal Postage | .58 | .58 | |
| 14229739 | 04 | 03216 | 5 Jan 2008 | Copying Expense USER DEFINED 1: 6045 | .72 | .40 | 4 |
| 14231960 | 04 | 03216 | 6 Jan 2008 | Copying Expense USER DEFINED 1: 3079 | 10.08 | 5.60 | 56 |
| 14231275 | 04 | 03216 | 7 Jan 2008 | Copying Expense USER DEFINED 1: 10229 | 36.36 | 20.20 | 202 |
| 14205743 | 04 | 20470 | 9 Jan 2008 | Copying Expense | 41.04 | 22.80 | 228 |
| 14205897 | 04 | 20470 | 10 Jan 2008 | Copying Expense | 15.30 | 8.50 | 85 |

'63B
Proforma Number: 1219800
Invoice Number: 5765714
Client: Richard J. Massey, Examiner
Matter Description: Disbursements

'63B   2 Feb 200?   Page (6) ?
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
Batch #: 16-7967
Inventory Manager: Massey, R. J
Matter Number: 0.090076.0.104

DISBURSEMENTS & OTHER CHARGES '60B

| INDEX CODE '63B | TKID '60B | DATE | DESCRIPTION | DISB INCURRED '60B | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|
| 14206075 04 | 20470 | 11 Jan 2008 | Copying Expense | 3.78 | 2.10 | 21 |
| 14220084 04 | 03216 | 14 Jan 2008 | Copying Expense USER DEFINED 1: 8362 | 17.46 | 9.70 | 97 |
| 14215962 04 | 03216 | 17 Jan 2008 | Copying Expense USER DEFINED 1: 3839 | 266.04 | 147.80 | 1478 |
| 14215965 04 | 03216 | 27 Jan 2008 | Copying Expense USER DEFINED 1: 3711 | 1,198.80 | 666.00 | 6660 |
| 14200885 04 | 03216 | 31 Jan 2008 | Copying Expense USER DEFINED 1: 8221 | 45.90 | 25.50 | 255 |
| 14231961 04 | 03216 | 31 Jan 2008 | Copying Expense USER DEFINED 1: 3063 | 1,875.42 | 1,041.90 | 10419 |
| | | | Subtotal Copying Expense | 3,510.90 | 1,950.50 | |
| 14193269 05h | 11499 | 9 Jan 2008 | Copying Expense (Outside Off.) - Williams Lea Inc. Voucher # 977126 | 586.89 | 586.89 | 1 |
| 14200418 05h | 10229 | 10 Jan 2008 | Copying Expense (Outside Off.) - Apteza Inc. INV# CC-33007 - 12/15/07 Job No. CC 151549 - Copies of Interview Doc & Binders for New Century Voucher # 977539   Check # 10005761 | 925.32 | 925.32 | 1 |
| 14200419 05h | 10152 | 10 Jan 2008 | Copying Expense (Outside Off.) - Apteza Inc. - INV# CC-33088 - 12/15/07 - Job No. CC 151596 - Copies, Tabs & Binders - K. Asfour. Voucher # 977542   Check # 10005761 | 807.38 | 807.38 | 1 |
| 14211426 05h | 00999 | 18 Jan 2008 | Copying Expense (Outside Off.) - Clicks Professional Copy Service 1/3/08 Voucher # 979698   Check # 1048596 | 2,054.43 | 2,054.43 | 1 |
| 14211427 05h | 00999 | 18 Jan 2008 | Copying Expense (Outside Off.) - Clicks Professional Copy Service 1/3/08 Voucher # 979699   Check # 1048596 | 857.71 | 857.71 | 1 |
| 14214700 05h | 00999 | 23 Jan 2008 | Copying Expense (Outside Off.) - Clicks | 2,138.82 | 2,138.82 | 1 |

Page (
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
Sub  22 Feb 2008
By:
Inventory Manager: Misson, R. J
Master Number: 0304074.00104

~1538
Profarma Number: 11319808
Profarma Number: 3765134
Client:  Michael J. Missen, Examiner
Master Description: Disbursements

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14214706 | 05h | 00999 | 23 Jan 2008 | Professional Copy Service 1/7/08 Voucher # 980616 Check # 1048596 | 2,011.81 | 2,011.81 | 1 |
| 14214710 | 05h | 00999 | 23 Jan 2008 | Copying Expense (Outside Off.) - Clicks Professional Copy Service 1/8/08 Voucher # 980622 Check # 1048596 | 2,467.84 | 2,467.84 | 1 |
| 14214728 | 05h | 00999 | 23 Jan 2008 | Copying Expense (Outside Off.) - Clicks Professional Copy Service 1/9/08 Voucher # 980627 Check # 1048596 | 2,387.20 | 2,387.20 | 1 |
| 14214729 | 05h | 00999 | 23 Jan 2008 | Copying Expense (Outside Off.) - Clicks Professional Copy Service 1/9/08 Voucher # 980639 Check # 1048596 | 2,480.52 | 2,480.52 | 1 |
| 14214732 | 05h | 00999 | 23 Jan 2008 | Copying Expense (Outside Off.) - Clicks Professional Copy Service 1/9/08 Voucher # 980641 Check # 1048596 | 779.32 | 779.32 | 1 |
| 14214821 | 05h | 00999 | 23 Jan 2008 | Copying Expense (Outside Off.) - Clicks Professional Copy Service 1/9/08 Voucher # 980644 Check # 1048596 | 959.65 | 959.65 | 1 |
| 14214822 | 05h | 00999 | 23 Jan 2008 | Copying Expense (Outside Off.) - Clicks Professional Copy Service 1/16/08 Voucher # 980706 Check # 1048596 | 2,054.01 | 2,054.01 | 1 |
| 14216261 | 05h | 00999 | 24 Jan 2008 | Copying Expense (Outside Off.) - Clicks Professional Copy Service 1/16/08 Voucher # 980707 Check # 1048596 | 2,304.91 | 2,304.91 | 1 |
| 14224520 | 05h | 11077 | 30 Jan 2008 | Copying Expense (Outside Off.) - Williams Lea Inc Voucher # 981095 Check # 1048596 | 154.12 | 154.12 | 1 |
| | | | | Subtotal Copying Expense (Outside Off.) | 22,969.93 | 22,969.93 | |
| 14200913 | 07 | 36057 | 11 Jan 2008 | Livedgar (Supplemental) Research 11/13,20/07 WC Check # 11010806 | 2.12 | 2.12 | 1 |
| | | | | Subtotal Computer Research | 2.12 | 2.12 | |

Proforma Number: 1139404
Proforma Number: 17.6531
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (P) 6
Date: Feb 2008
Event #: 1562734
Inventory Manager: Missal, M.
Matter Number: 0109076.00194

| INDEX (s3B | CODE (s6B | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14232495 | 08 | 99999 | 1 Jan 2008 | Word Processing | 362.53 | .00 | |
| 14232538 | 08 | 99999 | 1 Jan 2008 | Word Processing | 561.59 | .00 | |
| 14232712 | 08 | 99999 | 1 Jan 2008 | Word Processing | 192.66 | .00 | |
| 14232713 | 08 | 99999 | 1 Jan 2008 | Word Processing | 136.64 | .00 | |
| 14233251 | 08 | 99999 | 1 Jan 2008 | Word Processing | 146.90 | .00 | |
| 14233384 | 08 | 99999 | 1 Jan 2008 | Word Processing | 205.47 | .00 | |
| 14233385 | 08 | 99999 | 1 Jan 2008 | Word Processing | 3,967.21 | .00 | |
| | | | | Subtotal Word Processing | 5,573.00 | .00 | |
| 14216671 | 09 | 03999 | 24 Jan 2008 | Employee Overtime - F. Ebneyousef 1/6/08 | 70.00 | 70.00 | 2 |
| 14216644 | 09 | 03999 | 24 Jan 2008 | Employee Overtime - F. Ebneyousef 1/3/08 | 52.50 | 52.50 | 2 |
| 14199031 | 09 | 08999 | 9 Jan 2008 | Employee Overtime 12/30/07-1/5/08 E.Fera | 60.00 | 60.00 | 2 |
| 14224908 | 09 | 08999 | 26 Jan 2008 | Employee Overtime 1/20/08-1/26/08 E.Fera | 120.00 | 120.00 | 3 |
| 14224912 | 09 | 08999 | 26 Jan 2006 | Employee Overtime 1/20/08-1/26/08 E.Fera | 20.00 | 20.00 | 1 |
| 14222835 | 09 | 03999 | 30 Jan 2008 | Employee Overtime - J. Boykin 1/19/08 | 131.25 | 131.25 | 2 |
| 14222809 | 09 | 03999 | 30 Jan 2008 | Employee Overtime - F. Ebneyousef 1/21/08 | 140.00 | 140.00 | 4 |

Matter Description: Disbursements
Client Name: U. Muaal Examined
Matter Number: 17632.3
Protocol Number: 1319647
· ·SJM

| INDEX CODE (53B | TKID | DATE | DISBURSEMENTS & OTHER CHARGES DESCRIPTION (50B | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|
| 14222891 09 | 03999 | 30 Jan 2008 | Employee Overtime - F. Ebneyousef 1/22/08 | 61.25 | 61.25 | 2 |
| 14222892 09 | 03999 | 30 Jan 2008 | Employee Overtime - F. Ebneyousef 1/24/08 | 52.50 | 52.50 | 2 |
| 14222895 09 | 03999 | 30 Jan 2008 | Employee Overtime - F. Ebneyousef 1/25/08 | 70.00 | 70.00 | 2 |

Page: 5

File :
Program Number: 11319666
Invoice Number: 13661414
Client: Wilshall LEC (Willheal, Sachiel)
Matter Description: Disbursements

New Century TRS Holdings, Inc.

Issue    22 Feb 2008
System   S67394
Invoice Number: 0700079.00701
Matter: Willheal, M. Sachiel, M. -

Page (15  10

| INDEX CODE (KSJB) | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|
| | | | DISBURSEMENTS & OTHER CHARGES (KSOB) | | | |
| 14223064 09 | 03999 | 30 Jan 2008 | Employee Overtime  -  J. Boykin  1/26/08 | 225.00 | 225.00 | 3 |
| | | | . . . . . . . . | | | |
| | | | Subtotal Employee Overtime | 1,002.50 | 1,002.50 | |
| 14211736 10 | 10999 | 7 Jan 2008 | Federal Express - INV# 2-474-64358 - 1/11/08 - 1/7/08 - M. Gruft - R. Dubili - Washington DC 20006 | 36.67 | 36.67 | 1 |
| 14197179 10 | 03999 | 9 Jan 2008 | Long Distance Courier - 2-418-00885 12/11/07 - A. McFall  11/30/07 | 51.20 | 51.20 | 1 |
| 14197180 10 | 03999 | 9 Jan 2008 | Long Distance Courier - 2-418-00885 12/11/07 - A. McFall  11/30/07 | 51.20 | 51.20 | 1 |
| 14197338 10 | 03999 | 9 Jan 2008 | Long Distance Courier - 2-418-00885 12/11/07 - P. Grewall  12/3/07 | 10.89 | 10.89 | 1 |
| 14197771 10 | 03999 | 9 Jan 2008 | Long Distance Courier - 2-418-00885 12/11/07 - P. Gupta  12/4/07 | 17.61 | 17.61 | 1 |
| 14198909 10 | 03999 | 9 Jan 2008 | Long Distance Courier - 2-418-00885 12/11/07 - P. Grewall  12/6/07 | 10.89 | 10.89 | 1 |
| 14198934 10 | 03999 | 9 Jan 2008 | Long Distance Courier - 2-418-00885 12/11/07 - M. Gupta  12/7/07 | 55.36 | 55.36 | 1 |
| 14198937 10 | 03999 | 9 Jan 2008 | Long Distance Courier - 2-418-00885 12/11/07 - R. Mitchell  12/7/07 | 75.48 | 75.48 | 1 |
| 14198938 10 | 03999 | 9 Jan 2008 | Long Distance Courier - 2-418-00885 12/11/07 - R. Mitchell  12/7/07 | 74.52 | 74.52 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

.s3b
Project Number: 31990
Invoice Number: 1763451
Client: Sheraton J. Wilson, Examiner
Matter Name: Debtor Prior Disbursements

.s3b
22 Feb 2008
Sys Date: 1567446
Invoice Manager: Missal, H. C
Mat Number: 0704079.00104

Page (11) 1

| INDEX CODE (s3B) | TASK CODE (s0B) | TRIP | DATE | DISBURSEMENTS & OTHER CHARGES (s09) DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14199713 | 10 | 03999 | 10 Jan 2008 | Long Distance Courier - M. Quinn 12/10/07 2-432-05953 12/18/07 | 29.07 | 29.07 | 1 |
| 14199795 | 10 | 03999 | 10 Jan 2008 | Long Distance Courier - K. Asfour 12/11/07 2-432-05953 12/18/07 | 19.14 | 19.14 | 1 |
| 14201302 | 10 | 03999 | 11 Jan 2008 | Long Distance Courier - P. Grewall 12/11/07 2-432-05953 12/18/07 | 9.56 | 9.56 | 1 |
| 14201997 | 10 | 03999 | 14 Jan 2008 | Long Distance Courier - M. Arnott 12/12/07 2-432-05953 12/18/07 | 8.84 | 8.84 | 1 |
| 14202004 | 10 | 03999 | 14 Jan 2008 | Long Distance Courier - P. Grewall 12/12/07 2-432-05953 12/18/07 | 9.56 | 9.56 | 1 |
| 14202016 | 10 | 03999 | 14 Jan 2008 | Long Distance Courier - D. Rosen 12/13/07 2-432-05953 12/18/07 | 26.81 | 26.81 | 1 |
| 14202034 | 10 | 03999 | 14 Jan 2008 | Long Distance Courier - N. Gupta 12/13/07 2-432-05953 12/18/07 | 13.42 | 13.42 | 1 |
| 14203317 | 10 | 03999 | 15 Jan 2008 | Long Distance Courier - Office Services 12/14/07 2-446-37581 12/25/07 | 50.34 | 50.34 | 1 |
| 14203358 | 10 | 03999 | 15 Jan 2008 | Long Distance Courier - S. Goodreau 12/17/07 2-446-37581 12/25/07 | 47.43 | 47.43 | 1 |
| 14203359 | 10 | 03999 | 15 Jan 2008 | Long Distance Courier - S. Goodreau 12/17/07 2-446-37581 12/25/07 | 33.52 | 33.52 | 1 |
| 14203361 | 10 | 03999 | 15 Jan 2008 | Long Distance Courier - A. Kostner 12/17/07 2-446-37581 12/25/07 | 36.48 | 36.48 | 1 |
| 14203363 | 10 | 03955 | 15 Jan 2008 | Long Distance Courier - A. Kostner 12/17/07 2-446-37581 12/25/07 | 54.31 | 54.31 | 1 |
| 14210699 | 10 | 03999 | 18 Jan 2008 | Long Distance Courier - D. Rosen 12/20/07 2-446-37581 12/25/07 | 54.31 | 54.31 | 1 |

Personal Number: ...
Invoice Number: ...
Client: Michael J. Missal
Matter Description: Disbursements

Distribution x. LOCKART PRESTON ...RISE...

Feb. 2008
Page ...

## DISBURSEMENTS & OTHER CHARGES

| INDEX CODE (153B) (150B) | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|
| 1237642 10 | 10999 | 23 Jan 2008 | Federal Express Courier - Inv# 2-512-39221 - 2/1/08 - 1/23/08 - M. Gruft - K. McColgan, CPA - New York City, NY 10017 | 47.24 | 47.24 | 1 |
| 1237643 10 | 10999 | 23 Jan 2008 | Federal Express Courier - Inv# 2-512-39221 - 2/1/08 - 1/23/08 - M. Gruft - K. McColgan, CPA - New York City, NY 10017 | 47.24 | 47.24 | 1 |
| 1237644 10 | 10999 | 23 Jan 2008 | Federal Express Courier - Inv# 2-512-39221 - 2/1/08 - 1/23/08 - M. Gruft - K. McColgan, CPA - New York City, NY 10017 | 47.24 | 47.24 | 1 |
| 1237645 10 | 10999 | 23 Jan 2008 | Federal Express Courier - Inv# 2-512-39221 - 2/1/08 - 1/23/08 - M. Gruft - K. McColgan, CPA - New York City, NY 10017 | 47.24 | 47.24 | 1 |
| 1237650 10 | 10999 | 23 Jan 2008 | Federal Express Courier - Inv# 2-512-39221 - 2/1/08 - 1/23/08 - M. Gruft - K. McColgan, CPA - New York City, NY 10017 | 47.24 | 47.24 | 1 |
| 1224451 10h | 11499 | 30 Jan 2008 | Long Distance Courier - FedEx , 12/19 Voucher # 982775  Check # 11010788 | 13.89 | 13.89 | 1 |
| 1217571 10t | 20580 | 28 Dec 2007 | Long Distance Courier | 9.89 | 9.89 | 1 |
| 1217820 10t | 20580 | 11 Jan 2008 | Long Distance Courier | 21.84 | 21.84 | 1 |
| 1217821 10t | 20580 | 11 Jan 2008 | Long Distance Courier | 11.05 | 11.05 | 1 |
| | | | Subtotal Long Distance Courier | 1,069.48 | 1,069.48 | |
| 1235645 14 | 32015 | 31 Jan 2008 | JB 11/29 Lexis Research | 52.71 | 52.71 | 1 |
| 1241969 14 | 36057 | 31 Jan 2008 | Lexis - JMC - 01/01/2008 - 01/31/2008 USER DEFINED 1: CHAFFIN, WALKER USER DEFINED 2: MISSAL | 1,581.56 | 1,581.56 | 1 |
| 1241970 14 | 03167 | 31 Jan 2008 | Lexis - RLK - 01/01/2008 - 01/31/2008 USER DEFINED 1: KLINE, REBECCA | 21.23 | 21.23 | 1 |
| 1241971 14 | 03580 | 31 Jan 2008 | Lexis - EAK - 01/01/2008 - 01/31/2008 USER DEFINED 1: KOEPPEL, ERIN | 62.53 | 62.53 | 1 |
| 1241972 14 | 31007 | 31 Jan 2008 | Lexis - BAO - 01/01/2008 - 01/31/2008 USER DEFINED 1: OCHS, BRIAN | 5,875.01 | 5,875.01 | 1 |

Pretrial Number: 1128488
Transaction Number: 176414
Client: Michael J. Missal, Esq...
Matter Description: Disbursements

DESCRIPTION & DISBURSEMENT CHARGES TIME LI...

Date: 22 Feb 2008
Section: 164294
Invoice/Manager: Missal, M. J.
Matter Number: 06174.101/4

| INDEX CODE '183B | TRID '183B | DATE | DISBURSEMENTS & OTHER CHARGES (183B | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|
| 14225695 | 142h | 10148 | 31 Jan 2008 | Parking / Mileage - Ashley Camron - 1/24/08 - Parking at Sidley Austin in Downtown L.A. for counsel for KPMG - Voucher # 983076    Check # | 36.50 | 36.50 | 1 |
| | | | | Subtotal Parking / Mileage | 247.72 | 247.72 | |
| 14239005 | 142h | 10103 | 25 Jan 2008 | Parking / Mileage - Michael J Quinn - 1/22/08 - Mileage at counsel for D. Kennealy for interview - Voucher # 981643    Check # 50964 | 20.20 | 20.20 | 1 |
| 14239004 | 142h | 10103 | 25 Jan 2008 | Parking / Mileage - Michael J Quinn - 1/22/08 - Parking at counsel for D. Kennealy for interview - Voucher # 981643    Check # 50964 | 25.00 | 25.00 | 1 |
| 14239003 | 142h | 10103 | 25 Jan 2008 | Parking / Mileage - Michael J Quinn - 1/22/08 - Parking at the Standard Hotel for breakfast meeting with S. Topetzes and A. Lander - Voucher # 981643    Check # 50964 | 15.00 | 15.00 | 1 |
| 14203922 | 142h | 10152 | 15 Jan 2008 | Parking / Mileage - Kevin Asfour - 12/21/07 - Round-trip travel to O.C. office for KPMG witness interview - Voucher # 978603    Check # 50536 | 51.51 | 51.51 | 1 |
| | | | | Subtotal Lexis Research | 8,698.01 | 8,698.01 | |
| 14203921 | 142h | 10152 | 15 Jan 2008 | Parking / Mileage - Kevin Asfour - 12/12/07 - Round-trip travel to O.C. office for KPMG witness interview - Voucher # 978603    Check # 50536 | 51.51 | 51.51 | 1 |
| 14220530 | 142 | 10999 | 11 Dec 2007 | Parking Validations - 12/11/07 - S. Topetzes | 48.00 | 48.00 | 1 |
| 14241975 | 14 | 10152 | 31 Jan 2008 | Lexis - KSA - 01/01/2008 - 01/31/2008 USER DEFINED 1: ASFOUR, KEVIN | 144.31 | 144.31 | 1 |
| 14241974 | 14 | 36516 | 31 Jan 2008 | Lexis - ZDM - 01/01/2008 - 01/31/2008 USER DEFINED 1: ASMUTH, GRETCHEN | 194.09 | 194.09 | 1 |
| 14241973 | 14 | 32084 | 31 Jan 2008 | Lexis - AP - 01/01/2008 - 01/31/2008 USER DEFINED 1: PORTER, ANDREW | 766.57 | 766.57 | 1 |

Distribution & Interest Professional Services Inc.

22 Feb 2009
Batch #: 562596
Invoice: Mandamus Russell, R. J
Matter Number: 0709074.007

Page (14)

Federal Number: 1.1.9465-
Client Number: 0709074
Client: Michael J. Missner, Evaluation
Matter Description: List Comment

| INDEX | CODE (53B) | TKID | DATE | DISBURSEMENTS & OTHER CHARGES DESCRIPTION (53B) | DISB. INCURRED (53B) | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14235560 | 15 | 08193 | 27 Dec 2007 | Westlaw - CSC - 12/19/2007 - 12/27/2007 USER DEFINED 1: MOSER,ERIC T | 45.46 | 45.46 | 1 |
| 14240525 | 15 | 32012 | 31 Jan 2008 | Westlaw - JLH - 01/02/2008 - 01/31/2008 USER DEFINED 1: HIEB,JENNIFER | 2,124.82 | 2,124.82 | 1 |
| 14240526 | 15 | 08361 | 31 Jan 2008 | Westlaw - ER - 01/28/2008 - 01/31/2008 USER DEFINED 1: RIM,EUNICE | 261.47 | 261.47 | 1 |
| | | | | Subtotal Westlaw Research | 2,431.75 | 2,431.75 | |
| 14212805 | 17h | 08999 | 10 Jan 2008 | Other Data Base Research - Justin Roeber E Law.com 12/1/08 Inv 1/10/08 Voucher # 919969   Check # 50476 | 3.25 | 3.25 | 1 |
| | | | | Subtotal Other Data Base Research | 3.25 | 3.25 | |
| 14196746 | 23h | 03999 | 7 Jan 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Meals - Parking 11/13 & 11/15 - F. Ebneyousef 11/17/07 Voucher # 976798   Check # 200437m | 55.04 | .00 | |
| 14196748 | 23h | 03999 | 7 Jan 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Parking - Mileage - F. Ebneyousef 11/17/07 Voucher # 976798   Check # 200437m | 14.29 | .00 | |
| 14203923 | 23h | 10152 | 15 Jan 2008 | OT Dinner, Cabs, Parking - Kevin Asfour - 1/7/08 - Working Dinner; M. Quinn, T. leeder, K. McColgan and K. asfour ( Johnnie's Pizzeria) Voucher # 978603   Check # 50536 | 56.14 | 56.14 | 1 |
| 14209607 | 23h | 03999 | 17 Jan 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Meal - Parking - F. Ebneyousef 12/20/07 Voucher # 979357   Check # 3020086 | 26.55 | .00 | |
| 14209608 | 23h | 03999 | 17 Jan 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Meal - Parking - F. Ebneyousef 1/3/08 Voucher # 979357   Check # 3020086 | 27.00 | .00 | |

Proforma Number: 1319668
Invoice Number: 1745314
Client - Matter: Missal, Executive
Matter Description: Disbursements

Page [...]

[...] Feb 2008
Batch #:
Invoice Manager: Missal, R.
Matter Number: 0100[...]

DISBURSEMENTS & OTHER CHARGES

| INDEX /'63B | CODE /'63B 23h | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14209610 | 23h | 03999 | 17 Jan 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Mileage - F. Ebenyousef 1/6/07<br>Voucher # 979357 | 7.20 | .00 | |
| 14221422 | 23h | 03999 | 29 Jan 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Meal - J. Catano 1/23/08<br>Voucher # 982036        Check # 3020086 | 12.00 | 12.00 | 1 |
| 14221423 | 23h | 03999 | 29 Jan 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Meal - J. Catano 1/22/08<br>Voucher # 982036        Check # 3020240 | 11.65 | 11.65 | 1 |
| 14221425 | 23h | 03999 | 29 Jan 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Meal - Parking - F. Ebenyousef 1/23/08        Check # 3020240<br>Voucher # 982036 | 42.00 | .00 | |
| 14221427 | 23h | 03999 | 29 Jan 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Meal - Mileage - NRT & New Century - F. Ebenyousef 1/21/08<br>Voucher # 982036        Check # 3020240 | 13.07 | .00 | |
| 14221429 | 23h | 03999 | 29 Jan 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Meal - J. Catano 1/16/08<br>Voucher # 982036        Check # 3020240 | 12.00 | 12.00 | 1 |
| 14221430 | 23h | 03999 | 29 Jan 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Meal - J. Catano 1/17/08<br>Voucher # 982036        Check # 3020240 | 9.33 | 9.33 | 1 |
| | | | | Subtotal OT Dinner, Cabs, Parking | 286.27 | 101.12 | |
| 14228146 | 24 | 03999 | 31 Jan 2008 | Color Copying/Printing - C. Mitchell 1/7/08 | 18.00 | 18.00 | 18 |
| 14228147 | 24 | 03999 | 31 Jan 2008 | Color Copying/Printing - C. Mahoney 1/8/08 | 28.00 | 28.00 | 28 |
| | | | | Subtotal Color Copying/Printing | 46.00 | 46.00 | |

| INDEX | CCODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14213055 | 25 | 32084 | 22 Jan 2008 | Pacer (DC) Research 10/1-12/31/07 A.E. Porter | 2.64 | 2.64 | 1 |
| | | | | Subtotal Pacer Research | 2.64 | 2.64 | |
| 14222998 | 32h | 03620 | 9 Dec 2007 | Travel Expenses - Edward J. Fishman 12/09 - 12/11/07 - Trip to Los Angeles Voucher # 982319 Check # 50837 | 824.27 | 824.27 | 1 |
| 14224987 | 32h | 03620 | 17 Dec 2007 | Travel Expenses - Edward J. Fishman 12/17 - 12/19/07 - Travel to Irvine, CA Voucher # 982920 Check # 50837 | 930.02 | 930.02 | 1 |
| 14186603 | 32h | 06048 | 2 Jan 2008 | Travel Expenses - Robert Lawton 12/12-12/14 Travel (hotel, tolls,parking,mileage) Los Angeles interviews; RAL Voucher # 975381 Check # 50225 | 461.51 | 461.51 | 1 |
| 14223141 | 32h | 03238 | 7 Jan 2008 | Travel Expenses - Stephen G. Topetzes 01/07 - 01/11/08 - Travel to Boston, MA Voucher # 982412 Check # 50823 | 1,512.22 | 1,512.22 | 1 |
| 14223385 | 32h | 03173 | 8 Jan 2008 | Travel Expenses - David T. Case 01/08/08 - 01/09/08 -Travel to Springfield,VA Voucher # 982464 Check # 3020421 | 346.09 | .00 | |
| 14210180 | 32h | 03063 | 9 Jan 2008 | Travel Expenses - Lawrence Coe Lampher 01/09 - 01/12/08 - Travel to Irvine, CA Voucher # 979427 Check # 50595 | 1,036.56 | 1,036.56 | 1 |
| 14223121 | 32h | 33030 | 9 Jan 2008 | Travel Expenses - Lisa M. Richman 01/09 - 01/10/08 - Trip to Los Angeles, CA for interview of former Secondary Marketing employee Voucher # 982387 Check # 50939 | 322.68 | 322.68 | 1 |
| 14212804 | 32h | 08999 | 10 Jan 2008 | Travel Expenses - Justin Roeber Lodging 12/4-12/5/07 Inv 1/10/08 Voucher # 979969 Check # 50476 | 567.72 | 567.72 | 1 |
| 14212806 | 32h | 08999 | 10 Jan 2008 | Travel Expenses - Justin Roeber Taxis 12/4-12/5/07 Inv 1/10/08 Voucher # 979969 Check # 50476 | 40.00 | 40.00 | 1 |
| 14223172 | 32h | 32103 | 10 Jan 2008 | Travel Expenses - Amanda Kostner 01/10 - 01/12/08 - Travel to Irvine, CA | 753.27 | 753.27 | 1 |

DISBURSEMENTS & OTHER CHARGES

.63B

Proforma Number: 1317986?
Invoice Number: ?/0176114
Client: Mistral Resources Exxxxxxxx
Matter: Corporate Disbursements

DISBURSEMENTS & OTHER CHARGES (s0B)

Date: 26 Feb 2008
Batch #
Invoice #: 1642362
Client/Matter: Mistral R...
Matter Number: 0?090 5.00-02
Page 171 ?7

| INDEX (s3B) | CODE (s0B) | TKID | DATE | DESCRIPTION | | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|---|
| 14203832 | 32h | 10103 | 15 Jan 2008 | Travel Expenses - Michael J Quinn - 1/3/08 - Capital Hilton Hotel, Washington, D.C., Voucher # 978528 | Check # 50807 | 182.06 | 182.06 | 1 |
| 14204477 | 32h | 110.77 | 15 Jan 2008 | Travel Expenses - Leah Shough, Parking, document review, 12/7 Voucher # 978897 | Check # 11010692 | 10.00 | 10.00 | 1 |
| 14204487 | 32h | 11077 | 15 Jan 2008 | Travel Expenses - Leah Shough, Hotel, Witness Interviews, 12/12 Voucher # 978897 | Check # 11010692 | 197.02 | 197.02 | 1 |
| 14211235 | 32h | 03216 | 18 Jan 2008 | Travel Expenses - Carey International, Inc. - INV# 2685J687, 01/11/08 - TRANS. IN LA ON 01/11/08 - M. MISSAL Voucher # 979624 | Check # 1048855 | 133.67 | 133.67 | 1 |
| 14222985 | 32h | 33132 | 21 Jan 2008 | Travel Expenses - Scott Lindsay 01/21 - 01/22/08 - Trip to Los Angeles, CA Voucher # 982308 | Check # 50814 | 481.80 | 481.80 | 1 |
| 14223923 | 32h | 03238 | 21 Jan 2008 | Travel Expenses - Stephen G. Topetzes 01/21 - 01/23/08 - Travel to Los Angeles, CA for interview of former accounting office Voucher # 982662 | Check # 50823 | 537.17 | 537.17 | 1 |
| | | | | Subtotal Travel Expenses | | 8,336.06 | 7,989.97 | |
| 14223551 | 33h | 03238 | 17 Jan 2008 | Transportation Expenses - Stephen G. Topetzes 01/17/08 Travel to Wilmington, DE for meeting with Court Counsel for Debtors Counsel, Voucher # 982496 | Check # 50823 | 15.00 | 15.00 | 1 |
| | | | | Subtotal Transportation Expenses | | 15.00 | 15.00 | |
| 14186602 | 34h | 06048 | 2 Jan 2008 | Cab Fare - Robert Lawton 12/12 cab fares: LA Travel (RAL) Voucher # 975381 | Check # 50225 | 40.00 | 40.00 | 1 |
| 14204953 | 34h | 32012 | 3 Jan 2008 | Cab Fare - Jennifer Hieb 01/03/08 - Cabfare to Skadden, Arps for document review Voucher # 978958 | Check # 50611 | 10.00 | 10.00 | 1 |

.63E
Proforma Number: 1112497
Invoice Number: 1747...3
Client: Michael J. Missal, Examiner
Matter: Testing too...  ...urtsesserrs

.63B

| INDEX CODE (63B) | TKID | DATE | DISBURSEMENTS & OTHER CHARGES (63B) DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|
| 14196776 34h | 08362 | 8 Jan 2009 | Cab Fare - Dial Car Inc. J.Roeber 80 N. Moore to JFK 12/4 inv 1051091 Voucher # 976803 Check # 8013016 | 70.89 | 70.89 | 1 |
| 14212482 34h | 08999 | 10 Jan 2008 | Cab Fare - Walter P. Loughlin Taxis 1/3/08 inv 1/10/08 Voucher # 979870 Check # 50481 | 30.00 | 30.00 | 1 |
| 14201195 34h | 03620 | 11 Jan 2008 | Cab Fare - Red Top Transportation Fr 1601 K to Buchanan St - E. Fishman 12/14/07 Voucher # 977681 Check # 3020052 | 21.99 | 21.99 | 1 |
| 14202875 34h | 03620 | 14 Jan 2008 | Cab Fare - Red Top Transportation Fr Buchanan St to 1AD - E. Fishman 12/17/07 Voucher # 978174 Check # 3020056* | 51.75 | 51.75 | 1 |
| 14203829 34h | 10103 | 15 Jan 2008 | Cab Fare - Michael J Quinn - 1/2/08 - Taxi from home in Redondo beach to LAX Airport. Voucher # 978528 Check # 50531 | 25.00 | 25.00 | 1 |
| 14203830 34h | 10103 | 15 Jan 2008 | Cab Fare - Michael J Quinn - 1/2/08 - Taxi from LAD Airport to Capital Hilton, Washington D.C. Voucher # 978528 Check # 50531 | 60.00 | 60.00 | 1 |
| 14203833 34h | 10103 | 15 Jan 2008 | Cab Fare - Michael J Quinn - 1/3/08 - Taxi from K&L Gates to 1AD Voucher # 978528 Check # 50531 | 60.00 | 60.00 | 1 |
| 14203834 34h | 10103 | 15 Jan 2008 | Cab Fare - Michael J Quinn - 1/3/08 - taxi from LAX to Redondo Beach Voucher # 978528 Check # 50531 | 25.00 | 25.00 | 1 |
| 14204486 34h | 11077 | 15 Jan 2008 | Cab Fare - Leah Shough, Cabs, witness interviews, 12/12 Voucher # 978897 Check # 11010692 | 59.45 | 59.45 | 1 |
| 14204489 34h | 11077 | 15 Jan 2008 | Cab Fare - Leah Shough, Cabs, witness interviews, 12/19 Voucher # 978897 Check # 11010692 | 46.15 | 46.15 | 1 |
| 14223550 34h | 03238 | 17 Jan 2008 | Cab Fare - Stephen G. Topetzes 01/17/08 Travel to Wilmington, DE for meeting with Court Counsel for Debtors; Counsel for... Voucher # 982496 Check # 50823 | 9.00 | 9.00 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Feb 2008

| INDEX | CODE (63B) | TRID | DATE | DISBURSEMENTS & OTHER CHARGES (S09) DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 1411417 | 34h | 11075 | 18 Jan 2009 | Cab Fare - Jeff Bornstein, Cab to SFO, 12/12 Voucher # 979693  Check # 50504 | 35.00 | 35.00 | 1 |
| 1411418 | 34h | 11073 | 18 Jan 2008 | Cab Fare - Jeff Bornstein , Cab from Airport to office, 12/12 Voucher # 979693  Check # 50504 | 9.00 | 8.00 | 1 |
| 1411420 | 34h | 11073 | 18 Jan 2008 | Cab Fare - Jeff Bornstein , Cab from SFO  12/12 Voucher # 979693  Check # 50504 | 43.00 | 43.00 | 1 |
| 1422426 | 34h | 03238 | 23 Jan 2008 | Cab Fare - Stephen G. Topetzes 01/23/08 - Travel to Wilmington, DE for hearing in New Century Voucher # 982470  Check # 50823 | 9.00 | 9.00 | 1 |
| 1422656 | 34h | 08999 | 30 Jan 2008 | Cab Fare - Dial Car Inc, I Wolf 599 Lex to Queens 12/20 Inv 1052242 Voucher # 982521  Check # 801016 | 53.55 | 53.55 | 1 |
|  |  |  |  | Subtotal Cab Fare |  657.78 | 657.78 |  |
| 1412479 | 35h | 08999 | 10 Jan 2008 | Air Fare - Walter P. Loughlin NY to DC 1/3/08 Inv 1/10/08 Voucher # 979970  Check # 50481 | 669.00 | 669.00 | 1 |
| 1411386 | 35h | 06048 | 18 Jan 2008 | Air Fare - American Express 12/12/07 Airfare: From Washington D.C. to Los Angeles, CA Voucher # 979687  Check # 104839 | 425.34 | 425.34 | 1 |
| 1412618 | 35h | 03173 | 24 Jan 2008 | Air Fare - American Express AMEX STRIP 12/07 - NY-12/10/07 - D. CASE from Washington D.C. to New York Voucher # 981405  Check # 1048337 | 167.00 | 167.00 | 1 |
| 1412620 | 35h | 03173 | 24 Jan 2008 | Air Fare - American Express AMEX STRIP 12/07 - CA - 12/04/07 - D. CASE - from Washington DC to Los Angeles CA Voucher # 981405  Check # 1048337 | 425.34 | 425.34 | 1 |
| 1412621 | 35h | 03173 | 24 Jan 2008 | Air Fare - American Express AMEX STRIP 12/07 - AMTRAK-12/17/07 D. CASE Voucher # 981405  Check # 1048337 | (319.50) | (319.50) | 1 |
| 1412624 | 35h | 03620 | 24 Jan 2008 | Air Fare - American Express AMEX - STRIP 12/07 | 37.30 | 377.30 | 1 |

Professional Number: 1319868
Professional Name: Michael J. Missal, Examiner
Matter: 00 Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (50) 18
Date: 08 Feb 2008
Time: 1542746
Inventory Manager: Missal, M. J.
Matter Number: 0309679.0101.

| INDEX CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|
| 14217625 | 03620 | 24 Jan 2008 | Air Fare - American Express AMEX - STRIP 12/07 - From Washington D. C. To LONG BEACH, CA - 12/13/07 - E. FISHMAN Voucher # 981405 Check # 1048337 | 582.24 | 582.24 | 1 |
| 14217638 | 03216 | 24 Jan 2008 | Air Fare - American Express AMEX - STRIP 12/07 - CA - 12/06/07 - E. FISHMAN - From Los Angeles, CA to Washington DC Voucher # 981405 Check # 1048337 | 223.00 | 223.00 | 1 |
| 14217641 | 31007 | 24 Jan 2008 | Air Fare - American Express AMEX STRIP 12/07 - 12/03/07 - M. MISSAL - From Washington DC to Wilmington DE Voucher # 981405 Check # 1048337 | 49.00 | 49.00 | 1 |
| 14217642 | 31007 | 24 Jan 2008 | Air Fare - American Express AMEX STRIP 12/07 - TICKET FEE - CA - 11/30/07 - B. OCHS - From Washington D.C. to Los Angeles, CA Voucher # 981405 Check # 1048337 | 533.64 | 533.64 | 1 |
| 14217646 | 32020 | 24 Jan 2008 | Air Fare - American Express AMEX STRIP 12/07 - CA - 11/30/07 - B. OCHS - From Los Angeles, CA to Washington D.C. Check # 1048337 | 393.23 | 393.23 | 1 |
| 14217664 | 32020 | 24 Jan 2008 | Air Fare - American Express AMEX STRIP 12/07 - D.C. - 12/06/07 - L. RICHMAN - From Washington D.C. to Los Angeles, CA Voucher # 981405 Check # 1048337 | 34.00 | 34.00 | 1 |
| 14217681 | 03238 | 24 Jan 2008 | Air Fare - American Express AMEX - STRIP 12/07 - Amtrak from Washington D.C. to Wilmington, Delaware- 12/03/07- Voucher # 981405 Check # 1048337 | 223.00 | 223.00 | 1 |
| 14217682 | 03238 | 24 Jan 2008 | Air Fare - American Express AMEX - STRIP 12/07 - LA - 11/30/07 - S. TOPETZES - From Washington D.C. to Los Angeles, CA Voucher # 981405 Check # 1048337 | 732.89 | 732.89 | 1 |
| 14217683 | 03236 | 24 Jan 2008 | Air Fare - American Express AMEX - STRIP 12/07 - LA - 12/06/07 - S. TOPETZES - From Los Angeles, CA to Washington D.C. | 737.39 | 737.39 | 1 |

Date:
Proforma Number: 1314968
Invoice Number: 1611
Client Matter: Blasse... Examiner
Matter Description: Disbursements

Firm: Feb 2008 ... (31) 21

..1638

Richards, Layton & Finger, P.A.   One Rodney Square   Wilmington, DE 19801

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISP. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| ..1638 | | | | DISBURSEMENTS & OTHER CHARGES | | | |
| 14217684 | 35h | 03238 | 24 Jan 2008 | Voucher # 981405   Check # 1048337 | 595.92 | 595.92 | 1 |
| 14217685 | 35h | 03238 | 24 Jan 2008 | Air Fare - American Express AMEX - STRIP 12/07 - LA 12/12/07 S. TOPETZES - From Washington D.C. to Los Angeles, CA   Voucher # 981405   Check # 1048337 | 34.00 | 34.00 | 1 |
| 14217686 | 35h | 03238 | 24 Jan 2008 | Air Fare - American Express AMEX - STRIP 12/07 - TICKET FEE- 11/30/07   Voucher # 981405   Check # 1048337 | 49.00 | 49.00 | 1 |
| 14217687 | 35h | 03238 | 24 Jan 2008 | Air Fare - American Express AMEX - STRIP 12/07 - TICKET FEE S. TOPETZES   Voucher # 981405   Check # 1048337 | 49.00 | 49.00 | 1 |
| 14217688 | 35h | 03238 | 24 Jan 2008 | Air Fare - American Express AMEX - STRIP 12/07 - TICKET FEE S. TOPETZES   Voucher # 981405   Check # 1048337 | 49.00 | 49.00 | 1 |
| 14217689 | 35h | 03238 | 24 Jan 2008 | Air Fare - American Express AMEX - STRIP 12/07 - TICKET FEE S. TOPETZES   Voucher # 991405   Check # 1048337 | 49.00 | 49.00 | 1 |
| 14218475 | 35h | 32109 | 25 Jan 2008 | Air Fare - American Express AMEX - STRIP 12/07 - From Washington D.C. to Los Angeles, CA   Voucher # 941512   Check # 1048338 | 1,676.60 | 1,676.60 | 1 |
| 14218476 | 35h | 32109 | 25 Jan 2008 | Air Fare - American Express AMEX BFA 12/07 - R. MITCHELL - 12/03/07 - UNUSE TICKET - Ticket credit for change from refundable to restricted fare   Voucher # 941512   Check # 1048338 | (1,249.50) | (1,249.50) | 1 |
| 14218477 | 35h | 32109 | 25 Jan 2008 | Air Fare - American Express AMEX BFA 12/07 - R. MITCHELL AZ 12/07 - From Washington D.C. to Orange County, CA   Voucher # 941512   Check # 1048338 | 493.61 | 493.61 | 1 |
| 14223071 | 35h | 00999 | 30 Jan 2008 | Air Fare - American Express - J.Borrowman - 11/23/07 Tkt Credit #00671500590418   Voucher # 96-354   Check # 1048338 | (569.40) | (569.40) | 1 |

JS3B
Proforma Number: 1149567
Proforma Number: 147567
Client: McLaus, D. Kasowitz, Benson et
Matter Description: Disbursement

Page: 20
Issue 22 Feb 2008
Bar-31   Page: 16
Invoice: 6169917
Invoice: 6169917, Kasowit., B., c
Matter Number: 0157-19-0157

| INDEX CODE (163B) | TKID (163B) | DATE | DISBURSEMENTS & OTHER CHARGES DESCRIPTION (163B) | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|
| 14222864 35h | 08999 | 30 Jan 2008 | Air Fare - American Express Loughlin NY to Los Angeles 12/4/07 Inv 122907NY Voucher # 982649 | 342.79 | 342.79 | 1 |
| 14222867 35h | 08999 | 30 Jan 2008 | Air Fare - American Express Roder NY to Los Angeles 12/4/08 Inv 122907NY Voucher # 982649   Check # 1048338 | 312.80 | 312.80 | 1 |
| 14224137 35h | 11077 | 30 Jan 2008 | Air Fare - American Express, Leah Shough, airfare, 12/10 Voucher # 982693   Check # 1048338 | 699.60 | 699.60 | 1 |
| 14224138 35h | 11077 | 30 Jan 2008 | Air Fare - American Express, Leah Shough, airfare ticket fee, 12/10 Voucher # 982693   Check # 1048338 | 34.00 | 34.00 | 1 |
| 14224139 35h | 11077 | 30 Jan 2008 | Air Fare - American Express, Leah Shough, airfare ticket exchange fee, 12/13 Voucher # 982693   Check # 1048338 | 34.00 | 34.00 | 1 |
| 14224143 35h | 11077 | 30 Jan 2008 | Air Fare - American Express, Leah Shough, airfare, 12/18 Voucher # 982693   Check # 1048338 | 699.60 | 699.60 | 1 |
| 14224144 35h | 11077 | 30 Jan 2008 | Air Fare - American Express, Leah Shough, airfare ticket fee, 12/18 Voucher # 982693   Check # 1048338 | 34.00 | 34.00 | 1 |
| 14224339 35h | 11073 | 30 Jan 2008 | Air Fare - American Express, Jeffrey Bornstein, airfare fee, 12/11 Voucher # 982752   Check # 1048337 | 17.60 | 17.60 | 1 |
| 14224340 35h | 11073 | 30 Jan 2008 | Air Fare - American Express, Jeffrey Bornstein, airfare, 12/10 Voucher # 982752   Check # 1048337 | 699.60 | 699.60 | 1 |
| 14224341 35h | 11073 | 30 Jan 2008 | Air Fare - American Express, Jeffrey Bornstein, ticket exchange fee, 12/11 Voucher # 982752   Check # 1048337 | 34.00 | 34.00 | 1 |
| 14224342 35h | 11073 | 30 Jan 2008 | Air Fare - American Express, Jeffrey Bornstein, ticket fee, 12/10 Voucher # 982752   Check # 1048337 | 34.00 | 34.00 | 1 |
| 14224343 35h | 11067 | 30 Jan 2008 | Air Fare - American Express, Amanda Kostner, | 364.40 | 364.40 | 1 |

.s3B
Matter Number: 131968
Invoice Number: 1571766
Client Number: Washington, Mutual
Matter Description: [Disbursements]

| INDEX (s3B) | CODE (s3B) | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14224344 | 35h | 11067 | 30 Jan 2008 | Air Fare - American Express, Amanda Kostner, airfare, 12/14 Voucher # 982752   Check # 1048337 | 432.30 | 432.30 | 1 |
| 14224345 | 35h | 11067 | 30 Jan 2008 | Air Fare - American Express, Amanda Kostner, airfare, 12/10 Voucher # 982752   Check # 1048337 | 848.55 | 848.55 | 1 |
| 14224346 | 35h | 11067 | 30 Jan 2008 | Air Fare - American Express, Amanda Kostner, ticket fee, 12/10 Voucher # 982752   Check # 1048337 | 34.00 | 34.00 | 1 |
| | | | | Subtotal Air Fare | 11,051.34 | 11,051.34 | |
| 14196366 | 37h | 03216 | 8 Jan 2008 | Business Meal - SeamlessWeb Professional Solutions, Inc. Columbian Gourmet Catering - 11/30/07 - New Century Group Luncheon - Mike Missal. Voucher # 976538   Check # 3019937 | 373.45 | 373.45 | 1 |
| 14223386 | 37h | 03173 | 9 Jan 2008 | Business Meal - David T. Case 01/09/08 - Travel to Springfield,VA - Meals Voucher # 982464   Check # 3020421 | 73.59 | .00 | 1 |
| 14212826 | 37h | 08999 | 10 Jan 2008 | Business Meal - Eunice Rim 12/20/07 Inv 1/10/08 980000   Check. # 50472 | 14.03 | 14.03 | 1 |
| 14202509 | 37h | 03079 | 14 Jan 2008 | Business Meal - Seamlessweb Professional Solutions, Inc. Cafe Matsu Catering - 12/20/07 - New Century - Glen Riechardt. Voucher # 978133   Check # 3020005 | 76.68 | 76.68 | 1 |
| 14202904 | 37h | 10999 | 14 Jan 2008 | Business Meal - American Express American Express - 12/29/07 - New York Deli - Ref No. 20002 - 12/6/07 - A. McTall/G. Reichardt. Voucher # 978181   Check # 1047872 | 79.02 | 79.02 | 1 |
| 14202906 | 37h | 10999 | 14 Jan 2008 | Business Meal - American Express American Express - 12/29/07 - Vista Cafe - Ref No. 7345I8O1429 - 12/11/07 - S. Topetzes. Voucher # 978181   Check # 1047872 | 60.62 | 60.62 | 1 |

Invoice Number: 1319466
Project ID Number: 17676114
Client: Richard J. Miss--- Exandiner
Matter Description: Disbursements

Page No. 22

Date: Feb 2009
Client No.: 1762966
Invoice Number: 1319466
Matter Number: 0306794.00100

Numbers in Brackets refer to DATES on the bill

(s38)

| INDEX (s38) | CODE | TKID | DATE | DISBURSEMENTS & OTHER CHARGES (s38) DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14202907 | 37h | 10999 | 14 Jan 2008 | Business Meal - American Express American Express - 12/29/07 - Corner Bakery - trans # 232373 - 12/4/07 - G. reichardt/A. McFall. Voucher # 978181          Check # 1047872 | 117.17 | 117.17 | 1 |
| 14206693 | 37h | 32109 | 17 Jan 2008 | Business Meal - SeamlessWeb Professional Solutions, Inc. Charlie Chiang'S Restaurant - 12/13/07 - James R. Mitchell Voucher # 979315          Check # 3020095 | 15.38 | 15.38 | 1 |
| 14206702 | 37h | 32109 | 17 Jan 2008 | Business Meal - SeamlessWeb Professional Solutions, Inc. Charlie Chiang'S Restaurant - 12/06/07 - James R. Mitchell Voucher # 979315          Check # 3020095 | 15.38 | 15.38 | 1 |
| 14206705 | 37h | 32109 | 17 Jan 2008 | Business Meal - SeamlessWeb Professional Solutions, Inc. Takeout Taxi - English Restaurant - 12/05/07 - James Mitchell Voucher # 979315          Check # 3020085 | 15.38 | 15.38 | 1 |
| 14217768 | 37h | 11073 | 24 Jan 2008 | Business Meal - Bank of America Bill McKay Luncheon Interview Voucher # 981457          Check # 107784 | 144.92 | 144.92 | 1 |
| 14217769 | 37h | 11054 | 24 Jan 2008 | Business Meal - Bank of America New Century Luncheon Interview - Robin Cook-Auerback Voucher # 981457          Check # 107784 | 47.83 | 47.83 | 1 |
| 14217771 | 37h | 03620 | 24 Jan 2008 | Business Meal - Bank of America Veronica Wong Luncheon Interview Voucher # 981457          Check # 107784 | 63.80 | 63.80 | 1 |
| 14217772 | 37h | 11054 | 24 Jan 2008 | Business Meal - Bank of America Lenise Johnson Luncheon Interview Voucher # 981457          Check # 107784 | 145.92 | 145.92 | 1 |
|  |  |  |  | Subtotal Business Meal | 1,243.17 | 1,169.58 |  |
| 14186601 | 42h | 06048 | 2 Jan 2008 | Travel Related Meals - Robert Lawton 12/12-12/14 LA travel meals: interview of Board member; RAL Voucher # 975381          Check # 50225 | 27.87 | 27.87 | 1 |
| 14203831 | 42h | 10103 | 15 Jan 2008 | Travel Related Meals - Michael J Quinn - 1/2/08 - Breakfast at the Capitol Hilton | 30.67 | 30.67 | 1 |

Page (25)

1 Feb 2008
Run by #: 168-294
Inventory Manager: Madsen, J. J
Manager Number: 070605-00-34

DISBURSEMENTS & OTHER CHARGES

| INDEX CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|
| 1204483 42h | 11077 | 15 Jan 2008 | Voucher # 978528                    Check # 50531 | | .00 | |
| 1204483 42h | 11077 | 15 Jan 2008 | Travel Related Meals - Leah Shough, Meal, document review, 12/9<br>Voucher # 978897          Check # 11010692 | 62.93 | .00 | |
| 1204484 4¬h | 11077 | 15 Jan 2008 | Travel Related Meals - Leah Shough, Meal, witness interviews, 12/12<br>Voucher # 978897          Check # 11010692 | 133.86 | .00 | |
| 1204485 42h | 11077 | 15 Jan 2008 | Travel Related Meals - Leah Shough, Meal, witness interviews, 12/13<br>Voucher # 978897          Check # 11010692 | 37.15 | .00 | |
| 1204488 42h | 11077 | 15 Jan 2008 | Travel Related Meals - Leah Shough, Meal at hotel, witness interviews, 12/13<br>Voucher # 978897          Check # 11010692 | 18.62 | 18.62 | 1 |
| 1211415 42h | 11073 | 18 Jan 2008 | Travel Related Meals - Jeff Bornstein, Breakfast, 12/12<br>Voucher # 979693          Check # 50504 | 2.91 | 2.91 | 1 |
| | | | Subtotal Travel Related Meals | 313.51 | 80.07 | |
| 1211963 43 | 10999 | 9 Jan 2008 | Federal Express - Inv# 2-487-67695 - 1/9/08 - M. Gruft - J. Lopez - Los Angeles CA 90013 | 6.33 | 6.33 | 1 |
| | | | Subtotal Local Courier | 6.33 | 6.33 | |
| 1419022 97h | 03216 | 9 Jan 2008 | Other - Sarnoff Information Technologies, Inc. dba Court Reporters E- Transcript and exhibit images - ( Seba Kurian ) M. Missal<br>Voucher # 977070          Check # 3020326 | 496.08 | 496.08 | 1 |
| 1420138 97h | 35099 | 10 Jan 2008 | Other - American Express  - AmEx 12/29/07 - Office Depot - Binder - J. Catano<br>Voucher # 977371          Check # 1047872 | 180.83 | 180.83 | 1 |
| 1201483 97h | 00999 | 11 Jan 2008 | Other - American Express Capitol District Information<br>Voucher # 977792          Check # 1047872 | 42.30 | .00 | |
| 1204415 97h | 08609 | 15 Jan 2008 | Other - American Express B.Jones 12/12/07 Inv.18429 | 43.35 | .00 | |

Matter Number: 1319448
Invoice Number: 1766114
Client: Michaels & Nissan, Consultant
Matter Description: Disbursements

Page: 26

9 Feb 2008
Invoice #: 166 296
Industry Managed Discount, N.J
Matter Number: 020-40 *, 0:04

| (936) | | | | | DISBURSEMENTS & OTHER CHARGES | (508 | | |
| INDEX | CODE | TKID | DATE | | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
| (938 | | (508 | | | | | | |
| 14221020 | 9th | 03238 | 29 Jan 2008 | Voucher # 978827 | Check # 1047872 | 2,171.58 | 2,171.58 | 1 |
| | | | | Other - Sidley Austin Brown & Wood Scan and CD creation - S. Topetzes | | | | |
| | | | | Voucher # 961955 | Check # 3020238 | | | |
| | | | | Subtotal Other | | 2,934.14 | 2,848.49 | |

TOTAL DISBURSEMENTS AND OTHER CHARGES

| | | |
| 70,800.72 | 62,743.40 | (508 |

11438

Date: 2-feb-2008
Batch #: 142734
Invoice, Matter, Client: ...
Date Number: ... 79.00154

Program Number: 133pp
Program Number: 13fifc
Client: Michael J. Missal, Esquire
Matter Description: Disbursements

.163B

Distribution & Control Information ON Page, Bills LLP

Page (27) ...

## DISBURSEMENTS & OTHER CHARGES SUMMARY .163B

| CODE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT |
|------|-------------|----------------|-----------------|
| 01 | Telephone / Conference Calls / Fx Line Trans | 50.93 | 50.93 |
| 01h | Telephone/Conference Calls | 323.56 | 323.56 |
| 02 | Facsimile | 24.75 | 24.75 |
| 03 | Postage | .50 | .50 |
| 04 | Copying Expense | 3,510.90 | 1,950.50 |
| 05h | Copying Expense (Outside Off.) | 22,969.93 | 22,969.93 |
| 07 | Computer Research | 2.12 | 2.12 |
| 08 | Word Processing | 5,573.00 | .00 |
| 09 | Employee Overtime | 1,002.90 | 1,002.90 |
| 10 | Long Distance Courier | 1,012.88 | 1,012.88 |
| 10h | Long Distance Courier | 13.89 | 13.89 |
| 10c | Long Distance Courier | 42.78 | 42.78 |
| 14 | Lexis Research | 8,698.01 | 8,698.01 |
| 142 | Parking / Mileage | 48.00 | 48.00 |
| 142h | Parking / Mileage | 199.72 | 199.72 |
| 15 | Westlaw Research | 2,431.75 | 2,431.75 |
| 17h | Other Data Base Research | 3.25 | 3.25 |
| 22h | OT Dinner, Cabs, Parking | 286.27 | 101.12 |
| 24 | Color Copying/Printing | 46.00 | 46.00 |
| 25 | Facet Research | 2.64 | 2.64 |
| 32h | Travel Expenses | 8,336.06 | 7,989.97 |
| 33h | Transportation Expenses | 15.00 | 15.00 |
| 34h | Cab Fare | 657.78 | 657.78 |
| 35h | Air Fare | 11,051.34 | 11,051.34 |
| 37h | Business Meal | 1,243.27 | 1,169.56 |
| 42h | Travel Related Meals | 313.51 | 80.07 |
| 43 | Local Courier | 6.33 | 6.33 |
| 97h | Other | 2,934.14 | 2,848.49 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**       70,800.72       62,743.00