## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket Nos. 741 & 1273 |

### CERTIFICATION OF COUNSEL RE: AMENDED ORDER PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AUTHORIZING EMPLOYMENT OF HOWREY LLP, AS SPECIAL OUTSIDE COUNSEL TO THE DEBTORS *NUNC PRO TUNC* AS OF APRIL 2, 2007

The undersigned hereby certifies as follows:

1.  We are counsel to the above-captioned debtors and debtors-in-possession (the "Debtors").

2.  On May 17, 2007, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed an application pursuant to section 327(e) of the United States Bankruptcy Code, authorizing the Debtors to employ Howrey LLP ("Howrey") as special outside counsel to the Debtors *nunc pro tunc* as of April 2, 2007 [Docket No. 741] (the "Application"). On June 15, 2007, the Court entered an order authorizing the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

RLF1-3165637-1

retention of Howrey on the terms set forth in the Application [Docket No. 1273] (the "Original Order").

3. The Original Order imposed a cap of $20,000.00 on the fees earned by Howrey LLP in these chapter 11 cases after May 31, 2007. Per the terms of the Original Order, this cap was expressly subject to change provided that Howrey obtained the approval of the Official Committee of Unsecured Creditors (the "Committee"). Accordingly, per recent negotiations, Howrey and the Committee have reached an agreement to increase the cap to $65,000.00 as set forth in the proposed form of order attached hereto as <u>Exhibit A</u> (the "Proposed Order"). The Committee has reviewed and approved the Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as <u>Exhibit A</u>.

Dated: February 25, 2008
      Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION