# EXHIBIT B

## Second Supplemental Affidavit of Richard R. Magnuson

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*[1] | ) | Case No. 07-10416 (KJC) Jointly Administered |
| Debtors. | ) | |

**SECOND SUPPLEMENTAL AFFIDAVIT OF RICHARD R. MAGNUSON IN SUPPORT OF DEBTORS' SUPPLEMENTAL APPLICATION FOR AN ORDER EXPANDING THE SCOPE OF EMPLOYMENT AND RETENTION OF ERNST & YOUNG LLP TO INCLUDE ADDITIONAL TAX ADVISORY SERVICES *NUNC PRO TUNC* TO DECEMBER 20, 2007**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, Richard R. Magnuson, being duly sworn, deposes and says:

1. I am a partner in the firm of Ernst & Young LLP ("E&Y"), and I am authorized to execute this second supplemental affidavit (the "Second Supplemental Affidavit") on behalf of E&Y. E&Y submits this Second Supplemental Affidavit to supplement the affidavit dated June 8, 2007 (the "Original Affidavit"), as previously supplemented by the first supplemental affidavit

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCoral, L.P., a Delaware limited partnership.

dated July 16, 2007 (the "First Supplemental Affidavit", and together with the Original Affidavit, the "Existing Affidavits")[2]. E&Y submits this Second Supplemental Affidavit in connection with the Debtors' concurrent filing of their supplemental application for an order expanding the scope of employment and retention of E&Y to include additional tax advisory services *nunc pro tunc* to December 20, 2007 (the "Supplemental Application").

2. Except as otherwise indicated, all facts set forth in this Second Supplemental Affidavit are based upon my personal knowledge, information and belief, information supplied to me by other employees of E&Y, information learned from client-matter records kept in the ordinary course of business that were reviewed by me or other employees of E&Y under my supervision and direction, my experience and knowledge of the Debtors' operations and financial condition, and/or my experience from working on matters similar to this engagement. If called as a witness, I would testify competently to the matters set forth herein.

3. I am filing this Second Supplemental Affidavit to disclose certain connections with parties in interest and professionals involved in these cases of which I have become aware since the filing of E&Y's Existing Affidavits:

a. As set forth in the Existing Affidavit, E&Y appears in cases, proceedings and transactions involving many different attorneys, financial advisors and creditors, some of which may represent or be claimants and/or parties in interest in these cases.

b. The Debtors' counsel, Richards Layton & Finger, provided E&Y with an updated list of parties in interest (the "New Interested Parties"). E&Y also identified interested parties as to whom E&Y had no known connection as of the filing of the

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Existing Affidavit.

Existing Affidavit based upon E&Y's connections research described therein (the "No-Connection Parties", and together with the New Interested Parties, the "Connections Check Update Parties"). The names of the Connections Check Update Parties are set forth in **Exhibit A** to this Second Supplemental Affidavit. E&Y searched certain databases of E&Y to determine whether E&Y has provided in the recent past or is currently providing services to the Connections Check Update Parties listed in Exhibit A attached hereto. To the extent that E&Y's research of relationships with the Connections Check Update Parties indicated that E&Y or E&Y (Canada) has provided in the recent past, or currently provides, services to any of these entities in matters unrelated to these chapter 11 cases, E&Y has so indicated in Exhibit A.

c. As part of its practice, E&Y appears in cases, proceedings and transactions involving many different attorneys, financial advisors and creditors, some of which may represent or be claimants and/or parties-in-interest in these cases. The professionals listed on **Exhibit B** hereto which are Connections Check Update Parties that are involved in these cases have in the past and/or are currently providing services to E&Y as described on Exhibit B: To the best of my knowledge, no professionals involved in these cases have in the past and/or are currently providing services to E&Y related to these chapter 11 cases, and E&Y does not have any relationship with any such professional that is materially adverse to the Debtors.

d. Connections Check Update Parties which are parties in litigation wherein E&Y is also a party are set forth in **Exhibit C** appended hereto. To the best of my knowledge, none of these matters are related to these chapter 11 cases.

e. Citigroup is a participating lender in E&Y's Revolving Credit Program.

f. Despite the efforts described above to identify and disclose connections with parties-in-interest in these chapter 11 cases, because the Debtors are a large enterprise with numerous creditors and other relationships, E&Y is unable to state with certainty that every client representation or other connection of E&Y has been disclosed. In this regard, should additional relationships with parties-in-interest become known to E&Y, E&Y will file supplemental affidavits with the Court disclosing such connections.

4. As set forth in the Existing Affidavit, to the best of my knowledge, information and belief formed after reasonable inquiry, E&Y continues not to hold or represent any interest materially adverse to the Debtors in the matters for which E&Y has been retained. The employment of E&Y is not prohibited by or improper under Bankruptcy Rule 5002. Accordingly, E&Y continues to be eligible for retention by the Debtors under the Bankruptcy Code.

5. To the best of my knowledge, information and belief formed after reasonable inquiry as set forth in detail herein and in the Existing Affidavits, E&Y LLP is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code in that E&Y LLP:

(a) is not a creditor, an equity security holder, or an insider of the Debtors;

(b) is not and was not within two years before the date of filing of the petition, a director, officer or employee of the Debtors; and

(c) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

Richard R. Magnuson
Partner

Subscribed and sworn to before me
this 22 day of February, 2008.

DETR_589136.1

Notary Public

ALFONSO PENA
Commission # 1771120
Notary Public - California
Los Angeles County
My Comm. Expires Oct 28, 2011

# Exhibit A

**(Connections Check)**

DETR_589136.1

| Parties | Categories | | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|---|
| Home123 Corporation, a California corporation | (a) Debtors | | | | x |
| NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership | (a) Debtors | | | | x |
| NC Capital Corporation, a California corporation | (a) Debtors | | | | x |
| NC Deltex, LLC, a Delaware corporation | (a) Debtors | | | | x |
| NC Residual III Corporation, a Delaware corporation | (a) Debtors | | | | x |
| NC Residual IV Corporation, a Delaware corporation | (a) Debtors | | | | x |
| NCORAL, L.P., a Delaware limited partnership | (a) Debtors | | | | x |
| New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation | (a) Debtors | | | | x |
| New Century Financial Corporation, a Maryland corporation | (a) Debtors | | | | x |
| New Century Mortgage Corporation, a California corporation | (a) Debtors | | | | x |
| New Century Mortgage Ventures, LLC, a Delaware corporation | (a) Debtors | | | | x |
| New Century R.E.O. Corp., a California corporation | (a) Debtors | | | | x |
| New Century R.E.O. II Corp., a California corporation | (a) Debtors | | | | x |
| New Century R.E.O. III Corp., a California corporation | (a) Debtors | | | | x |
| New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation | (a) Debtors | | | | x |
| O'Melveny & Myers LLP | (b) Debtors' attorneys (Debtors' counsel) | | | | x |
| Richards Layton & Finger, P.A. | (b) Debtors' attorneys (Delaware debtors' counsel) | | | | x |
| Skadden, Arps, Slate, Meagher & Flom | (b) Debtors' attorneys (special regulatory counsel) | | | | x |
| Thatcher Proffit | (b) Debtors' attorneys (special securitization counsel) | | x | | |
| Allen Matkins Leck Gamble Mallory & Natsis LLP | (b) Debtors' attorneys (special financing counsel) | | x | | |
| Compensation Design Group, Inc. | (c) Other professionals of Debtors | | x | | |
| Xroads Case Management Services, LLC | (c) Other Professionals of the Debtors (claims and noticing agent) | | x | | |
| AlixPartners LLP | (c) Other Professionals of the Debtors (crisis managers) | | | | x |
| Lazard Freres & Co. LLC | (c) Other Professionals of the Debtors (investment banker) | | x | | x |
| Alaska Seaboard Partners Limited Partnership | (cc) Other significant parties-in-interest (adversary parties) | | x | | |
| Austin, Richard D. | (cc) Other significant parties-in-interest (adversary parties) | | x | | |
| Liva, Lauren V. | (cc) Other significant parties-in-interest (adversary parties) | | x | | |
| Moreland, Martha F. | (cc) Other significant parties-in-interest (adversary parties) | | x | | |
| Rasmussen, Scott | (cc) Other significant parties-in-interest (adversary parties) | | x | | |

| | | | | | |
|---|---|---|---|---|---|
| Richard D. Austin, Lauren V. Liva, Michael Vandall, Scott Rasmussen, and Martha F. Moreland, on their own behalf and on behalf of all other persons similarly situated, for Violations of the WARN Act and the California Law Code | (cc) Other significant parties-in-interest (adversary parties) | | x | | |
| UBS Real Estate Securities Inc. | (cc) Other significant parties-in-interest (adversary parties) | | | | x |
| Vandall, Michael | (cc) Other significant parties-in-interest (adversary parties) | | x | | |
| Alexander, Marilyn A. | (g / j) Debtor's Officers and Directors | | x | | |
| Bilotta, Frank | (g / j) Debtor's Officers and Directors | | x | | |
| Bindra, Taj S. | (g / j) Debtor's Officers and Directors | | x | | |
| Black, Harold A. | (g / j) Debtor's Officers and Directors | | x | | |
| Cimino, Richard | (g / j) Debtor's Officers and Directors | | x | | |
| Clifford, Leigh Ann | (g / j) Debtor's Officers and Directors | | x | | |
| Cloyd, Kevin | (g / j) Debtor's Officers and Directors | | x | | |
| Cole, Robert K | (g / j) Debtor's Officers and Directors | | x | | |
| Dodge, Patti | (g / j) Debtor's Officers and Directors | | x | | |
| Eckroth, Joseph | (g / j) Debtor's Officers and Directors | | x | | |
| Fleig, David | (g / j) Debtor's Officers and Directors | | x | | |
| Forster, Fredric J. | (g / j) Debtor's Officers and Directors | | x | | |
| Garday, Louis | (g / j) Debtor's Officers and Directors | | x | | |
| Gotschall, Edward | (g / j) Debtor's Officers and Directors | | x | | |
| Haines, Eric | (g / j) Debtor's Officers and Directors | | x | | |
| Jewett, Jennifer | (g / j) Debtor's Officers and Directors | | x | | |
| Kenneally, David | (g / j) Debtor's Officers and Directors | | x | | |
| Lambert, Robert | (g / j) Debtor's Officers and Directors | | x | | |
| Lange, Donald E. | (g / j) Debtor's Officers and Directors | | x | | |
| Loewenthal, Marc | (g / j) Debtor's Officers and Directors | | x | | |
| McCarthy, Monika L. | (g / j) Debtor's Officers and Directors | | x | | |
| Meola, Anthony | (g / j) Debtor's Officers and Directors | | x | | |
| Morrice, Brad A. | (g / j) Debtor's Officers and Directors | | x | | |
| Sachs, Michael M. | (g / j) Debtor's Officers and Directors | | x | | |
| Theologides, Stergios | (g / j) Debtor's Officers and Directors | | x | | |
| Threadgill, Jonathan | (g / j) Debtor's Officers and Directors | | x | | |
| Tortorelli, Joseph | (g / j) Debtor's Officers and Directors | | x | | |
| Wolf, Colleen | (g / j) Debtor's Officers and Directors | | x | | |
| Zalle, Paul | (g / j) Debtor's Officers and Directors | | x | | |
| Zona, Richard A. | (g / j) Debtor's Officers and Directors | | x | | |
| David Einhorn | (m) Debtors' major shareholders (5%) or more | | x | | |
| Greenlight Capital LLC | (m) Debtors' major shareholders (5%) or more | | x | | |
| Hotchkis and Wiley Capital Management LLC | (m) Debtors' major shareholders (5%) or more | | x | | |
| Morgan Stanley | (m) Debtors' major shareholders (5%) or more | | | | x |
| Morgan Stanley Capital Services | (m) Debtors' major shareholders (5%) or more | | | | x |
| Carrington Investment Partners (US) LP | (o) Secured Lender | | x | | |
| The CIT Group/Business Credit, Inc. | (o) Secured Lender | | x | | |

| | | | | | |
|---|---|---|---|---|---|
| Citigroup Global Markets Realty Corp. | (o) Secured Lenders | | | | x |
| Greenwich Capital Financial Products, Inc. | (o) Secured Lenders | | x | | |
| Access Investments II, LLC | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| Ameritech Credit Corporation | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| Aspen Funding Corp | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| Bank Leumi Leasing Corporation | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| Bank of America, NA | (o) Secured Lenders (UCC-1 Parties) | | | | x |
| Bank of the West | (o) Secured Lenders (UCC-1 Parties) | | | x | |
| Barclays Bank, PLC | (o) Secured Lenders (UCC-1 Parties) | | | x | |
| Carrington Mortgage Credit Fund I, LP | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| CDC Mortgage Capital Inc. | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| Charter One Vendor Finance LLC | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| CIT Communications Finance Corporation | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| Consultants Group Commercial Funding Corp. | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| Countrywide Home Loans, Inc. | (o) Secured Lenders (UCC-1 Parties) | | | | x |
| Credit Suisse First Boston Mortgage Capital LLC | (o) Secured Lenders (UCC-1 Parties) | | | | x |
| DB Structured Products, Inc | (o) Secured Lenders (UCC-1 Parties) | | | | x |
| Deutsche Bank Trust Company Americas | (o) Secured Lenders (UCC-1 Parties) | | | | x |
| Federal National Mortgage Association | (o) Secured Lenders (UCC-1 Parties) | | | | x |
| Galleon Capital Corp | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| Gemini Securitization Corp., LLC | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| General Electric Capital Corporation | (o) Secured Lenders (UCC-1 Parties) | | | | x |
| GMAC Commercial Financial LLC | (o) Secured Lenders (UCC-1 Parties) | | | | x |
| Goldman Sachs Mortgage Company | (o) Secured Lenders (UCC-1 Parties) | | | | x |
| Guaranty Bank | (o) Secured Lenders (UCC-1 Parties) | | | x | |
| Heineman, Dale Scott | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| IOS Capital | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| IXIS Real Estate Capital Inc | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| Johnson, Kurt F. | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| Mission Center Partners | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| Morgan Stanley Mortgage Capital Inc. | (o) Secured Lenders (UCC-1 Parties) | | | | x |
| Natixis (f/ka/ IXIS Real Estate Capital Inc.) | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| NC Capital Corporation | (o) Secured Lenders (UCC-1 Parties) | | | x | |
| New Century Funding A | (o) Secured Lenders (UCC-1 Parties) | | | x | |
| New Century Funding I | (o) Secured Lenders (UCC-1 Parties) | | | x | |
| New Century Mortgage Securities Inc. | (o) Secured Lenders (UCC-1 Parties) | | | x | |
| Newport Funding Group | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| PFE International Inc. | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| Ropes & Gray LLP | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| St. Andrew Funding Turst c/o New Century Mortgage | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| State Street Global Markets | (o) Secured Lenders (UCC-1 Parties) | | | | x |
| Sterling Bank | (o) Secured Lenders (UCC-1 Parties) | | | x | |
| The CIT Group/Equipment Financing | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| U.S. Bancorp Equipment Finance, Inc. | (o) Secured Lenders (UCC-1 Parties) | | | | x |
| U.S. Bank National Association | (o) Secured Lenders (UCC-1 Parties) | | | | x |
| UBS Real Estate Securities Inc. | (o) Secured Lenders (UCC-1 Parties) | | | | x |

| | | | | | |
|---|---|---|---|---|---|
| United California Capital | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| Whitwood, Jason Allen | (o) Secured Lenders (UCC-1 Parties) | | x | | |
| Allen & Overy LLP | (p) Attorneys for Secured Lenders | | | | x |
| Ashby & Geddes, P.A. | (p) Attorneys for Secured Lenders | | x | | |
| Bingham McCutchen LLP | (p) Attorneys for Secured Lenders | | | x | |
| Bryan Cave, LLP | (p) Attorneys for Secured Lenders | | | x | |
| Cadwalader, Wickersham & Taft LLP | (p) Attorneys for Secured Lenders | | x | | |
| Campbell & Levine, LLC | (p) Attorneys for Secured Lenders | | x | | |
| Cleary Gottlieb Steen & Hamilton LLP | (p) Attorneys for Secured Lenders | | | | x |
| Edwards Angell Palmer & Dodge LLP | (p) Attorneys for Secured Lenders | | x | | |
| Gebhardt & Smith LLP | (p) Attorneys for Secured Lenders | | x | | |
| Kaye Scholer LLP | (p) Attorneys for Secured Lenders | | | x | |
| Kirkland & Ellis LLP | (p) Attorneys for Secured Lenders | | | | x |
| Klehr, Harrison, Harvey, Branzburg & Ellers, LLP | (p) Attorneys for Secured Lenders | | x | | |
| Mayer Brown Rowe & Maw, LLP | (p) Attorneys for Secured Lenders | | | | x |
| Morris, Nichols, Arsht & Tunnell LLP | (p) Attorneys for Secured Lenders | | | | x |
| Nixon Peabody LLP | (p) Attorneys for Secured Lenders | | x | | |
| Pachulski Stang Ziehl Young Jones | (p) Attorneys for Secured Lenders | | | x | |
| Paul, Hastings, Janofsky & Walker LLP | (p) Attorneys for Secured Lenders | | | | x |
| Potter Anderson & Corroon LLP | (p) Attorneys for Secured Lenders | | | | x |
| The Bayard Firm | (p) Attorneys for Secured Lenders | | x | | |
| Womble Carlyle Sandridge & Rice, PLLC | (p) Attorneys for Secured Lenders | | x | | |
| Young Conaway Stargatt & Taylor, LLP | (p) Attorneys for Secured Lenders | | | x | |
| AnyLoan Financial Corporation | (q) Record Noteholders (Equity Security Holders) | | x | | |
| Cede & Co. Inc. | (q) Record Noteholders (Equity Security Holders) | | x | | |
| Wells Fargo Bank, N.A. | (s) Indenture Trustee; (u) Members of official statutory committees | | | | x |
| Fidelity National Information Services, Inc. | (u) Members of official statutory committees | | | | x |
| Maguire Properties - Park Place, LLC | (u) Members of official statutory committees | | | | x |
| Blank Rome LLP | (v) Official Statutory Committees' Attorneys | | | x | |
| Heller Ehrman LLP | (v) Official Statutory Committees' Attorneys (to audit committee) | | | | x |
| Adteractive | (y) Fifty Largest Unsecured Creditors | | x | | |
| Affiliated Computer Services | (y) Fifty Largest Unsecured Creditors | | | | x |
| Alaska Seaboard Partners Limited Partnership | (y) Fifty Largest Unsecured Creditors | | x | | |
| Aspen Funding Corp. | (y) Fifty Largest Unsecured Creditors | | x | | |
| Assurant Specialty Property Insurance | (y) Fifty Largest Unsecured Creditors | | x | | |
| Aurora Loan Services | (y) Fifty Largest Unsecured Creditors | | | | x |
| Bank of America, N.A. | (y) Fifty Largest Unsecured Creditors | | | | x |
| Barclays Bank PLC | (y) Fifty Largest Unsecured Creditors | | | x | |
| Carrington Securities, LP | (y) Fifty Largest Unsecured Creditors | | x | | |
| Catarina Mortgage Services Inc. | (y) Fifty Largest Unsecured Creditors | | x | | |

| | | | | | |
|---|---|---|---|---|---|
| ChoicePoint Precision Marketing | (y) Fifty Largest Unsecured Creditors | | x | | |
| Citigroup Global Markets Realty Corp. | (y) Fifty Largest Unsecured Creditors | | | | x |
| Countrywide | (y) Fifty Largest Unsecured Creditors | | | | x |
| DB Structured Products, Inc. | (y) Fifty Largest Unsecured Creditors | | | | x |
| EMC Mortgage Corporation | (y) Fifty Largest Unsecured Creditors | | x | | |
| Fiserv CCS | (y) Fifty Largest Unsecured Creditors | | x | | |
| Galleon Capital Corporation | (y) Fifty Largest Unsecured Creditors | | x | | |
| Gemini Securitization Corp., LLC | (y) Fifty Largest Unsecured Creditors | | x | | |
| General Electric Capital Corporation | (y) Fifty Largest Unsecured Creditors | | | | x |
| GMAC Commercial Finance, LLC | (y) Fifty Largest Unsecured Creditors | | | | x |
| Goldman Sachs Mortgage Company | (y) Fifty Largest Unsecured Creditors | | | | x |
| Guaranty Bank | (y) Fifty Largest Unsecured Creditors | | | x | |
| Harbor Asset Management Services | (y) Fifty Largest Unsecured Creditors | | x | | |
| HSBC Bank USA, N.A. | (y) Fifty Largest Unsecured Creditors | | | | x |
| INDY MAC Bank, FSB | (y) Fifty Largest Unsecured Creditors | | | | x |
| IXIS Real Estate Capital, Inc. | (y) Fifty Largest Unsecured Creditors | | x | | |
| JP Morgan Chase Bank, NA | (y) Fifty Largest Unsecured Creditors | | | | x |
| Lehman Brothers Bank FSB | (y) Fifty Largest Unsecured Creditors | | | | x |
| Low.com | (y) Fifty Largest Unsecured Creditors | | x | | |
| Lowermybills.com | (y) Fifty Largest Unsecured Creditors | | x | | |
| Morgan Stanley Mortgage Capital Inc. | (y) Fifty Largest Unsecured Creditors | | | | x |
| National Field Representatives | (y) Fifty Largest Unsecured Creditors | | x | | |
| Newport Funding Corp. | (y) Fifty Largest Unsecured Creditors | | x | | |
| Nextag | (y) Fifty Largest Unsecured Creditors | | | | x |
| NOMURA Securities | (y) Fifty Largest Unsecured Creditors | | | | x |
| Pricewaterhouse Coopers LLP | (y) Fifty Largest Unsecured Creditors | | | | x |
| SG Mortgage Finance Corp | (y) Fifty Largest Unsecured Creditors | | x | | |
| Sheffield Receivables Corporation | (y) Fifty Largest Unsecured Creditors | | x | | |
| Sprint | (y) Fifty Largest Unsecured Creditors | | | x | |
| State Street Global Markets, LLC | (y) Fifty Largest Unsecured Creditors | | | | x |
| Suntrust | (y) Fifty Largest Unsecured Creditors | | | | x |
| System Source, Inc. | (y) Fifty Largest Unsecured Creditors | | x | | |
| Tucson Funding LLC | (y) Fifty Largest Unsecured Creditors | | x | | |
| UBS Real Estate Securities Inc. | (y) Fifty Largest Unsecured Creditors | | | | x |
| Washington Mutual Bank, FA | (y) Fifty Largest Unsecured Creditors | | | | x |
| Greenwich Capital Financial Products, Inc. | (y) Fifty Largest Unsecured Creditors; (o) Secured Lender | | x | | |
| Credit-Based Asset Servicing and Securitization LLC | (y) Fifty Largest Unsecured Creditors; (u) Members of official statutory committee | | | x | |
| Deutsche Bank National Trust | (y) Fifty Largest Unsecured Creditors; (u) Members of official statutory committee | | | | x |
| Residential Funding Corporation | (y) Fifty Largest Unsecured Creditors; (u) Members of official statutory committees | | | | x |
| Credit Suisse First Boston Mortgage Capital LLC | (y) Fifty Largest Unsecured Creditors;(u) Members of official statutory committee | | | | x |

| New Names | Relationship | No connection | Prior connection | Current connection |
|---|---|---|---|---|
| 303 Griffing Associates, LLC | claimant | x | | |
| Accuvant, Inc. | claimant | x | | |
| Agile360 | claimant | x | | |
| Alameda County Treasurer-Tax Collector | claimant | x | | |
| Andrew Fleming | claimant | x | | |
| BasePoint Analytics LLC | claimant | x | | |
| Brazoria County M.U.D. #21 | claimant | x | | |
| Clayton County Tax Commissioners Office | claimant | x | | |
| Clear Capital.com, Inc. | claimant | --- | | x |
| Commonwealth of Massachusetts | claimant | x | | |
| Estate of Sam B. Knolton | claimant | x | | |
| Euripides G. Demos | claimant | x | | |
| Foley & Mansfield PLLP | claimant | x | | |
| Franca M. Rex | claimant | x | | |
| Johnathan Collier | claimant | x | | |
| Larry Shannon | claimant | x | | |
| Leslie K. Hill | claimant | x | | |
| Leslie K. Hill dba Farallon Enterprises | claimant | x | | |
| Mack-Cali Chestnut Ridge, L.L.C. | claimant | x | | |
| Marion County Treasurer | claimant | x | | |
| Mark and Patti Lundborg | claimant | x | | |
| Nicolette Davis | claimant | x | | |
| Riverside Claims LLC | claimant | x | | |
| Roland and Delouise Sawyer | claimant | x | | |
| Sam C. Smith | claimant | x | | |
| The Financial Services Roundtable | claimant | --- | x | |
| United Virginia Title, LLC | claimant | x | | |
| Walker CAD, LaJoya ISD, Hidalgo County | claimant | x | | |
| Accenture | creditor | --- | | x |
| Aon Risk Services | creditor | --- | x | |
| Assurant | creditor | --- | | x |
| AT&T | creditor | --- | | x |
| BCIA 95 Glastonbury Boulevard LLC | creditor | x | | |
| Carrington | creditor | x | | |
| CBC Companies - R.E.S. | creditor | x | | |
| Citrix Systems Inc | creditor | --- | | x |
| Client Services Inc. | creditor | x | | |
| Credit Based Asset Servicing and Securitization LLC | creditor | x | | |
| Derby City Title | creditor | x | | |
| EMC Corporation | creditor | --- | | x |
| Emortgage Logic LLC | creditor | x | | |
| Everman Independent School District | creditor | x | | |
| Fannie Mae | creditor | x | | |
| Fidelity National Credit Services | creditor | x | | |
| Grant Thornton LLP | creditor | x | | |
| Greenwich | creditor | x | | |
| Harbinger Capital Partners | creditor | x | | |
| Harpole | creditor | x | | |
| Homecomings | creditor | x | | |
| IKON | creditor | x | | |
| Interthinx | creditor | x | | |
| Interthinx / Sysdome | creditor | x | | |
| Irvine Company LLC, The | creditor | --- | | x |
| KPMG | creditor | x | | |
| KST Data | creditor | x | | |
| Maguire Properties | creditor | x | | |
| Midfirst Bank | creditor | --- | | x |
| OfficeMax | creditor | --- | | x |
| Positive Software | creditor | x | | |
| RFC | creditor | x | | |
| SC Mortgage Finance Corp. | creditor | x | | |
| Security National | creditor | x | | |
| SocGen | creditor | x | | |
| TALX - Verbal Employment | creditor | x | | |
| Time Warner Telecom, Inc. | creditor | --- | | x |
| Verizon Wireless | creditor | x | | |
| WAMU | creditor | x | | |
| WM Specialty Mortgage LLC | creditor | x | | |
| Alexander, Marilyn A | Employee | x | | |
| Peltier, Warren | Employee | x | | |
| 500 Eagles Landing, LLC | interested party | x | | |
| 816 Connecticut Avenue L.P. | interested party | x | | |
| Aaron Celious | interested party | x | | |

| ABN AMRO Bank N.Y. | interested party | x | | |
|---|---|---|---|---|
| ACS Commercial Solutions, Inc. | interested party | x | | |
| Adfitech, Inc. | interested party | x | | |
| ADT Security Services, Inc. | interested party | x | | |
| Akin Gump Strauss Hauer & Feld LLP | interested party | x | | |
| Aldine Independent School District | interested party | x | | |
| Alireza Nazmi | interested party | x | | |
| American Contractors Indemnity Co. | interested party | x | | |
| American Express Travel Related Svcs Co Inc Corp Card | interested party | x | | |
| American Home Mortgage Corp. | interested party | x | | |
| Americas Servicing Company | interested party | x | | |
| America's Servicing Company | interested party | x | | |
| America's Wholesale Lender | interested party | x | | |
| Ameriquest Mortgage Company | interested party | x | | |
| Anchorage Advisors | interested party | x | | |
| Angela Morris | interested party | x | | |
| Angelo, Gordon & Co. | interested party | x | | |
| Apollo/Infinity Point | interested party | x | | |
| Approved Financial Corp. | interested party | x | | |
| Arlington ISD | interested party | x | | |
| Bank of New York as Trustee c/o Countrywide Home Loans | interested party | --- | | x |
| Barclays Capital | interested party | --- | | x |
| Barry Rank | interested party | x | | |
| Bear Stearns | interested party | --- | | x |
| Bexar County | interested party | x | | |
| Brandywine Operating Partnership, L.P. | interested party | x | | |
| Broadway Center Associates, L.P. | interested party | x | | |
| Canpro Investments Ltd | interested party | x | | |
| Carla Lyles | interested party | x | | |
| Carrington Capital Management | interested party | x | | |
| Carrington Mortgage Services, LLC | interested party | x | | |
| Carrollton-Farmers Branch ISD | interested party | x | | |
| Castleberry ISD | interested party | x | | |
| CB Richard Ellis Corporate Facilities Management, Inc. | interested party | x | | |
| C-Bass | interested party | --- | | x |
| Cedar Hill ISD | interested party | x | | |
| Celina ISD | interested party | x | | |
| Centerbridge | interested party | --- | x | |
| Cerebus | interested party | x | | |
| Chase Home Finance, LLC | interested party | x | | |
| ChoicePoint Inc. | interested party | x | | |
| Citadel Investment Group | interested party | --- | | x |
| CitiMortgage, Inc. | interested party | x | | |
| City of Cedar Hill | interested party | x | | |
| City of City Hill | interested party | x | | |
| City of Edinburg | interested party | x | | |
| City of El Paso | interested party | x | | |
| City of Hurst | interested party | x | | |
| City of Jacksonville | interested party | x | | |
| City of Princeton | interested party | x | | |
| City of Whitewright | interested party | x | | |
| Clarion Mortgage Capital, Inc. | interested party | x | | |
| Clark County | interested party | x | | |
| Clear Capital.com, Inc. | interested party | --- | | x |
| Comptroller of Public Accounts of the State of Texas | interested party | x | | |
| Constance L. Esposito | interested party | x | | |
| Consumer Solutions REO LLC | interested party | x | | |
| Contellation Capital Management | interested party | x | | |
| Contrarian Capital Management, L.L.C. | interested party | x | | |
| Cooley Godward Kronish LLP | interested party | x | | |
| Coremetrics | interested party | x | | |
| Coremetrics, Inc. | interested party | --- | x | |
| Countrywide Financial Corporation | interested party | --- | | x |
| Countrywide Securities Corporation | interested party | x | | |
| Countrywide Warehouse Lending | interested party | x | | |
| Coventry Fund X, Ltd. | interested party | x | | |
| Credit Suisse | interested party | x | | |
| Credit-Based Asset Servicing and Securitization LLC | interested party | --- | | x |
| CSHV Denver Tech Center, LLC | interested party | x | | |
| CT Corporation Trust Company | interested party | x | | |
| Cypress-Fairbanks ISD | interested party | x | | |
| Dallas County | interested party | x | | |
| Data-Link Systems, L.L.C. | interested party | x | | |
| DE Shaw/Hegemon Capital | interested party | x | | |

| | | | | |
|---|---|---|---|---|
| Delaware Department of Natural Resources & Environmental C | interested party | x | | |
| Diane Oliveira | interested party | x | | |
| Directors Mortgage, Inc. | interested party | x | | |
| DLJ Mortgage Capital, Inc. | interested party | x | | |
| Douglas Emett 2000, LLC | interested party | x | | |
| Douglas M. Sakamoto | interested party | x | | |
| Douglas M. Sakamoto as Trustee of Itsuo Sakamoto Trust | interested party | x | | |
| Dr. Laura Sweeney | interested party | x | | |
| DRA CRT Post Oak, L.P. | interested party | x | | |
| Druckman & Sinel, LLP | interested party | x | | |
| Edcouch-Elsa ISD | interested party | x | | |
| Ellington Management Group | interested party | x | | |
| Ellington Management Group, Inc. | interested party | x | | |
| Emortgage Logic LLC | interested party | x | | |
| Equifin Capital | interested party | --- | | x |
| Eschelon Telecom, Inc. | interested party | --- | | |
| Esther Mangoubi | interested party | x | | |
| Farallon Capital | interested party | --- | | x |
| Federal Express Corporation | interested party | x | | |
| Fidelity Bank | interested party | --- | x | |
| Fidelity National Title Company | interested party | x | | |
| Fiserv Solutions, Inc. | interested party | --- | | x |
| Flexpoint Partners | interested party | --- | | x |
| Fort Bend County | interested party | x | | |
| Fortress | interested party | --- | | x |
| Garland ISD | interested party | x | | |
| Gina Brown | interested party | x | | |
| Glenn M. Reisman | interested party | x | | |
| Golden Key Mortgage | interested party | x | | |
| GreenPoint Mortgage Funding | interested party | x | | |
| Gregory J. Schroeder | interested party | x | | |
| Gust Rosenfeld | interested party | x | | |
| Gwinnett Center, LLC | interested party | x | | |
| Harris County | interested party | x | | |
| Hartford Fire Insurance Company | interested party | x | | |
| Hegemon Capital | interested party | x | | |
| Hidalgo County | interested party | x | | |
| Home Loan Services | interested party | x | | |
| HomEq Servicing Corporation | interested party | x | | |
| HSBC North America | interested party | --- | | x |
| Huntington Quadrangle 2 LLC | interested party | x | | |
| Hunton & Williams LLP | interested party | --- | | x |
| IBM Corporation | interested party | x | | |
| IBM Credit LLC | interested party | x | | |
| IKON Financial Services | interested party | x | | |
| Ikon Office Solutions | interested party | --- | x | |
| Illinois Land Trust No. R-3679 | interested party | x | | |
| IndyMac Bancorp | interested party | --- | | x |
| International Business Machins Corporation | interested party | x | | |
| Ira M. Levee | interested party | x | | |
| Iron Mountain Information Management, inc. | interested party | x | | |
| Irwin Mortgage Corporation | interested party | x | | |
| JC Flowers/Winter Group | interested party | x | | |
| Jeffrey Weber | interested party | x | | |
| John A. Vos | interested party | x | | |
| Joseph & Lavon Taylor | interested party | x | | |
| Kelley Drye & Warren LLP | interested party | --- | x | |
| Kodiak CDO I, Ltd. | interested party | x | | |
| Kodiak Funding LP | interested party | x | | |
| KST Data, Inc. | interested party | x | | |
| KW Properties Ltd | interested party | x | | |
| LandAmercia Default Services Company | interested party | x | | |
| LaSalle Bank National Association | interested party | x | | |
| Law Offices of David J. Stern, PA | interested party | x | | |
| Lehman Brothers Holdings Inc. | interested party | --- | | x |
| Leslie Marks | interested party | x | | |
| Leucadia National | interested party | --- | x | |
| Lewisville ISD | interested party | x | | |
| Litton Loan Servicing, LLP | interested party | x | | |
| Lone Star | interested party | --- | | x |
| Lowenstein Sandler, PC | interested party | x | | |
| Machiline Xiong | interested party | x | | |
| Mack-Cali Realty Corporation | interested party | --- | | x |
| Maguire Properties-3121 Michelson, LLC | interested party | x | | |

| | | | | |
|---|---|---|---|---|
| Maguire Properties-3161 Michelson, LLC | interested party | x | | |
| Manchester Township | interested party | --- | x | |
| Mansfield ISD | interested party | x | | |
| Marathon | interested party | x | | |
| Martha F. Moreland | interested party | x | | |
| Martin Warren | interested party | x | | |
| Michael Vandall | interested party | x | | |
| Michelle Parker | interested party | x | | |
| Microsoft Corporation | interested party | --- | | x |
| Microsoft Licensing, GP | interested party | x | | |
| Mills Enterprises | interested party | x | | |
| Montgomery County | interested party | x | | |
| MTC Financial Inc | interested party | x | | |
| Nabih Mangoubi | interested party | x | | |
| Nabil Bawa | interested party | x | | |
| Najafi companies | interested party | x | | |
| National City Commercial Capital Company, LLC | interested party | x | | |
| Neuces County | interested party | x | | |
| Neueces County | interested party | x | | |
| New Falls Corporation | interested party | x | | |
| New York State Teachers' Retirement System | interested party | x | | |
| NovaStar Financial | interested party | --- | | x |
| Novastar Mortgage, Inc. | interested party | x | | |
| Ocwen | interested party | x | | |
| Ocwen Loan Servicing, LLC | interested party | x | | |
| Oracle USA | interested party | --- | | x |
| P.C. Associates | interested party | x | | |
| PA Department of Revnue | interested party | x | | |
| PA Dept of Revenue, Bureau of Accounts Settlement | interested party | x | | |
| Pacifica Paradise Valley, LLC | interested party | x | | |
| Pasadena Independent School District | interested party | x | | |
| Pennsbury Village Borough | interested party | x | | |
| Pepper Hamilton LLP | interested party | --- | x | |
| Phelan Hallinan and Schmeig LLP | interested party | x | | |
| Pierre Richard Augustin | interested party | x | | |
| Pima County, Arizona | interested party | --- | | |
| Platinum Equity | interested party | --- | | x |
| Plaza America Office Development, LLC | interested party | x | | |
| Plaza Office Realty II, LLC | interested party | x | | |
| Positive Software Solutions, Inc. | interested party | x | | |
| Premier Print and Services Group, Inc. | interested party | x | | |
| Princeton ISD | interested party | x | | |
| Property Mangement Professionals LLC | interested party | x | | |
| Prospect Mortgage/Sterling | interested party | x | | |
| QKC Maui Owner, LLC | interested party | x | | |
| Quadrangle Group LLC | interested party | x | | |
| Qwest Corporation | interested party | x | | |
| RBC Centura Bank | interested party | x | | |
| RBC Mortgage Company | interested party | x | | |
| RBC USA Holding Corporation | interested party | x | | |
| RBS Greenwich | interested party | x | | |
| Regions Bank | interested party | --- | | x |
| Reliance National Insurance Company | interested party | x | | |
| Residential Funding Company, LLC | interested party | --- | | x |
| Richard D. Austin | interested party | x | | |
| Richard F. Martin | interested party | x | | |
| Richard J. Reynolds | interested party | x | | |
| Richardson ISD | interested party | x | | |
| RJS Properties, Inc. | interested party | x | | |
| Robert P. Cocco | interested party | x | | |
| Rosenthal, Monhait & Goddess, P.A. | interested party | x | | |
| Royal Bank of Canada | interested party | --- | | x |
| Ryan Desert Ridge II, LLC | interested party | x | | |
| S. William Manera | interested party | x | | |
| Safeco Financial Institution Solutions, Inc. | interested party | x | | |
| Sari E. Meador | interested party | x | | |
| Saxon Mortgage Services, Inc. | interested party | x | | |
| Scott Morris | interested party | x | | |
| Scott Rasmussen | interested party | x | | |
| Silver Point Cpaital | interested party | --- | | x |
| SIRVA Relocation | interested party | x | | |
| SN Servicing Corp | interested party | x | | |
| Soros Fund Management | interested party | --- | | x |
| South Texas College | interested party | x | | |

| | | | | |
|---|---|---|---|---|
| Speedpay | interested party | x | | |
| Sprint Communications Company, L.P. d/b/a Sprint Nextel | interested party | --- | | x |
| Sprint Nextel Corporation | interested party | --- | | x |
| SRIVA Relocation | interested party | x | | |
| State of Colorado | interested party | --- | x | |
| State of Michigan, Department of Treasury | interested party | x | | |
| State of New Jersey | interested party | x | | |
| State of Washington, Department of Revenue | interested party | x | | |
| Steve Holland | interested party | x | | |
| Stoney Point East | interested party | x | | |
| Stony Point East, L.P. | interested party | x | | |
| SunTrust Leasing Corporation | interested party | x | | |
| Tamares Real Estate Holdings, Inc. | interested party | x | | |
| Tennessee Department of Labor & Workforce Development | interested party | x | | |
| The County of Imperial, California | interested party | x | | |
| The Greenlining Institute | interested party | x | | |
| The Official Committee of Unsecured Creditors | interested party | x | | |
| The Realty Associates Fund VII, LP | interested party | x | | |
| The Rose Townsend Trust | interested party | x | | |
| Theresa A. Davis | interested party | x | | |
| Town Park Renaissance, LLC | interested party | x | | |
| TPG | interested party | --- | | x |
| Travelers | interested party | x | | |
| Union Bank of California | interested party | --- | | x |
| United HealthCare Insurance Company | interested party | x | | |
| United Insurance Company | interested party | x | | |
| United States | interested party | x | | |
| United States of America | interested party | x | | |
| UnitedHealthCare Insurance Company | interested party | x | | |
| Village at Camp Boiwe I, L.P. | interested party | x | | |
| Village of Albion | interested party | x | | |
| Wachovia | interested party | --- | | x |
| Walz Postal Solutions, Inc. | interested party | x | | |
| Walz Secured Outsourcing | interested party | x | | |
| Watershed Asset Management | interested party | x | | |
| Wharton County, Texas | interested party | x | | |
| Wharton County, Texas | interested party | x | | |
| Whitewright ISD | interested party | x | | |
| Wilshire Credit Corporation | interested party | x | | |
| Wolfe & Wyman LLP | interested party | x | | |
| Wright, Finlay & Zak LLP | interested party | x | | |

**<u>Exhibit B</u>**

**(Professionals)**

1. Accenture, Inc.: Has in the past provided services
2. Ballard Spahr Andrews & Ingersoll, LLP: Has in the past provided services
3. BDP Seidman LLP: Has in the past provided services
4. Cohn Goldberg & Deutsch: Has in the past provided services
5. FTI Consulting, Inc.: Has in the past provided services and is currently providing services
6. Hennigan Bennett & Dormann LLP: Has in the past provided services
7. Howrey LLP: Has in the past provided services and is currently providing services
8. Irell & Manella: Has in the past provided services and is currently providing services
9. Kirkpatrick Lockhart Preston Gates Ellis LLP: Has in the past provided services
10. Saul Ewing LLP: Has in the past provided services
11. Sullivan & Cromwell LLP: Has in the past provided services and is currently providing services

**Exhibit C**

**(Litigation Parties)**

1. Bank of America: Bank of America Securities is a co-defendant with, among others, E&Y in a litigation pending in the United States District Court Southern District of New York (Case No: 06-CV-5853); and is a co-defendant with, among others, E&Y in a litigation pending in the In The Circuit Court of Cook County, Illinois County Department, Law Division (Case No: 2007L008818).

2. Morgan Stanley Mortgage Capital Inc.: Morgan Stanley & Co. is a co-defendant with, among others, E&Y in a litigation pending in Superior Court of the State of California County of Los Angeles (Case No. BC 293848).