# EXHIBIT C

## Additional Tax Services SOW



Ernst & Young LLP
725 South Figueroa Street
Los Angeles, California 90017-5418

Phone: (213) 977-3200
www.ey.com

December 17, 2007

Mr. Jamie Lisac (Alix Partners, LLP)
New Century TRS Holdings, Inc. – Debtor
3121 Michelson Drive, 5th Floor
Irvine, California 92612

Re: **Statement of Work – Tax Consultation Related to Excess Inclusions and IRS Examination Related Issues**

Dear Mr. Lisac:

This Statement of Work ("SOW") is made pursuant to the Agreement, dated May 7, 2007, between Client and E&Y and is effective as of the date hereof. The terms and conditions of the Agreement are incorporated into this SOW by reference. Capitalized terms used, but not defined, in this SOW have the meanings set forth in the Agreement.

**Scope of Services**

E&Y will provide the following tax advisory Services to Client:

Consultation regarding the tax consequences of excess inclusion income and advice related to the proper calculation of REMIC taxable income. The first phase of the project will involve a review of the potential amount of the trustee calculated excess inclusions for 2007, (and possibly subsequent tax years). Upon completion of this first phase, we will provide you with a detailed recommendation of the subsequent work that may be required.

E&Y will provide to Client tax advice related to the IRS examinations of New Century currently in progress. Initially, we will review the status of the examination and provide you with input on the IRS view on certain issues and calculations. We will then provide you with further recommendations of possible action steps that will assist you in minimizing the potential IRS assessments of additional tax.

The first phase of the project will include assistance with calculations and preliminary advice. The first phase will be completed in 2 to 3 weeks after the engagement begins and is expected to cost $20,000 to $40,000, based on the hourly rates described below.

≣ℓ *ERNST & YOUNG*    ■ Ernst & Young LLP

Mr. Jamie Lisac

Page 2
December 17, 2007

We will provide additional estimates to the extent you expect to proceed on the recommendations outlined.

## Fees and Expenses

This SOW is expected to involve professional time at the below hourly rates for provision of this category of service, which are revised annually, effective July 1. Presently, these rates range as follows by level of tax professional

| | |
|---|---|
| Partners and Principals | $570-630 |
| Senior Managers | $530 |
| Managers | $415 |
| Seniors | $310-335 |
| Staff | $150-205 |

We will request payment of our fees in accordance with local bankruptcy rules for the District of Delaware, and any relevant administrative orders. In addition, we shall request reimbursement of our actual expenses related to the Addendum, as well as fees for any time (including time or reasonable expenses of legal counsel) we may incur in considering or responding to discovery requests or participating as a witness or otherwise in any legal, regulatory, or other proceeding as a result of our performance of these services.

## Responsibilities

Client shall make all management decisions and perform all management functions in connection with the Services under this SOW. E&Y may assist Client in rendering management decisions or carrying out management functions in connection with the Services, including by providing advice, research material or recommendations, but E&Y will not make any such decisions or perform any such functions. In its sole discretion, E&Y may refuse to take any action to the extent it might be construed as a management decision or a management function.

Client accepts responsibility for the results of the Services. Client's approval of any Services shall not constitute a waiver of any of its rights under this SOW. Client further agrees to establish and maintain internal controls in connection with the Services, including monitoring E&Y's performance under this SOW.

≡ƎRNST & YOUNG                                                ■ Ernst & Young LLP

Mr. Jamie Lisac                                                                  Page 3
                                                                    December 17, 2007

Client shall designate an employee possessing the skill, knowledge and/or experience (but not necessarily the experience to perform the Services) to (1) oversee, (2) evaluate the effectiveness of, and (3) approve, the Services.

**Fees**

Client shall pay E&Y fees for the Services based on the time that E&Y professionals expend in performing them, billed at 70% of the standard hourly rate for each such individual, as adjusted annually during the term of this SOW

In addition, Client shall reimburse E&Y direct expenses incurred in connection with the performance of the Services. Direct expenses include reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations and other expenses specifically related to this engagement. E&Y shall bill Client for its fees and expenses, and applicable taxes, if any, on a monthly basis. Payment is due upon receipt of E&Y's invoice.

Any fee estimates for the Services under this SOW assume that Client will timely provide, or cause to be provided, to E&Y all appropriate information and assistance, and that the scope and complexity of such Services are consistent with our prior discussions, as well as the description thereof above. If, during the term of this SOW, E&Y determines that any additional work is necessary, whether at Client's request or because the complexity of the project increases, E&Y will promptly contact Client to discuss any adjustments to the scope of work or E&Y's fees.

Please indicate Client's acceptance of these terms and conditions by executing this SOW in the space provided below and return it to Rich Magnuson at your earliest convenience.

Thanks again for your selection of our firm.

                                                              Very truly yours,

                                                              *Ernst + Young LLP*

AGREED:

_____          ____CFO_____          __2/12/08__
   *Signature*                      *Title (if applicable)*              *Date*

New Century TRS Holdings, Inc. - Debtor
Statement of Work - Tax Consultation Related to Excess Inclusions and
              IRS Examination Related Issues
Page 3 of 3