IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **NEW CENTURY TRS HOLDINGS,** | : Case No. 07-10416 (KJC) |
| **INC., a Delaware corporation, et al.,**[1] | : |
| | : Jointly Administered |
| | : |
| **Debtors.** | : Re: Docket No. 3582 |

### CERTIFICATION OF COUNSEL RE: STIPULATION BETWEEN DEBTORS AND SILVER KEY PROPERTY CORP RESOLVING THE DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS AND ESTABLISHING THE TREATMENT OF CLAIM NO. 3245

Silver Key Property Corp ("Silver Key") filed a general unsecured nonpriority claim against New Century Mortgage Corporation ("NCMC"), one of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), in the amount of $120,551.20 ("Claim No. 3245") relating to amounts allegedly due and owing under a lease of nonresidential real property dated May 28, 2002. On October 31, 2007, the Debtors filed the *Debtors' Second Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and*

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

*Local Rule 3007-1 to Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims* [Docket No. 3582] (the "Second Omnibus Objection"), whereby the Debtors, among other things, objected to Claim No. 3245 on the basis that the claim was not supported by the Debtors' books and records. Silver Key informally objected to the Second Omnibus Objection and the parties have continued the hearing on the Second Omnibus Objection, as it relates to Silver Key (and similarly extended Silver Key's deadline to file a formal response thereto), in an effort to allow the parties an opportunity to pursue settlement negotiations relating to the Second Omnibus Objection and the ultimate treatment of Claim No. 3245.

After extensive negotiations between the parties, the Debtors and Silver Key have reached a resolution regarding the Second Omnibus Objection and the treatment of Claim No. 3245, as evidenced by the stipulation attached hereto as <u>Exhibit A</u> (the "Stipulation"). The Stipulation provides, among other things, that Claim No. 3245 be reduced and allowed as a general unsecured claim against NCMC in the amount of $20,000. Counsel to the Official Committee of Unsecured Creditors has reviewed the Stipulation and consented to the entry of an order approving the Stipulation.

WHEREFORE, the Debtors respectfully request the entry of an order, in substantially the form attached hereto as Exhibit B, approving the Stipulation and granting such other and further relief as the Court deems just and proper.

Dated: February 26, 2008
Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION