## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, hereby certify that on the 26th day of February, 2008, I caused a copy of the foregoing *Notice of Appearance of Counsel and Demand for Notices and Papers* to be served via U.S. Mail, First Class, postage prepaid upon the party listed below.

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Under penalty of perjury, I declare the foregoing to be true and correct.

*February 26, 2008*                              */s/ William A. Hazeltine*
Date                                                          William A. Hazeltine