## EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: US Bank National Association, as trustee, on behalf of the holders of the Asset Backed-Pass Through Certificates, Series NC 2005-HE4

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 7886211 | Grijalva | 26-Feb-05 | $166,557 | $183,417.24 | $135,000 | 26520 Arboretum Way, Murrieta, CA 92563 |
| 7883648 | Fregoso | 26-Feb-05 | $380,000 | $402,545.00 | $405,000 | 1516 Oleander Ave., Chula Vista, CA 91911 |
| 7874803 | Loureiro | 18-Feb-05 | $317,050 | $331,863.73 | $360,000 | 2030 Lake Street, San Pablo, CA 94806 |