| EXHIBIT A | | EXHIBIT A<br>In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)<br>Movant: UBS Real Estate Securities, Inc. | | | | |
|---|---|---|---|---|---|---|
| **Loan No.** | **Mortgagors** | **Loan Date** | **Original Loan Amt** | **Current Payoff** | **Current Value** | **Property Address** |
| 11027109 | Aguilar | 11-May-06 | $432,000 | $486,148.26 | $370,000 | 13023 Edwards Road, La Mirada, CA 90638 |
| 11026705 | Bigby | 17-Jun-06 | $612,000 | $682,254.72 | $765,000 | 520 Lunalilo Home Rd., Honolulu, Hawaii 96825 |
| 11029683 | Navarrete | 30-May-06 | $147,080 | $156,548.93 | $129,000 | 44 Russell St., Worcester, MA 01609 |