# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: US Bank National Association, as trustee, on behalf of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE4 Asset Backed Through Certificates, Series NC 2006-HE4

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 9379884 | Laurenzano | 21-Feb-06 | $242,400 | $278,507.21 | $225,000 | 14402 Oakshire Blvd., Orlando, FL 32824 |
| 9352584 | Ocamb | 24-Nov-05 | $136,000 | $146,326.56 | $155,000 | 204 Edelweiss Street, Las Vegas, NV 89110 |
| 9381161 | Solorio | 10-Feb-06 | $220,000 | $233,957.74 | $229,000 | 1934 Park St., Livingston, CA 95334 |
| 9375064 | Conner | 2-Feb-06 | $424,000 | $444,007.35 | $415,000 | 128 Terranova Dr., Antioch, CA 94509 |
| 9387812 | Abril | 18-Feb-06 | $280,000 | $299,993.11 | $280,000 | 4510 Melody Drive 4, Concord, CA 94521 |