|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NEW CENTURY TRS HOLDINGS, ) | Case No. 07-10416-KJC |
| INC., *et al.* ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Hearing Date: March 25, 2008 @ 1:30 p.m. |
| ) | Obj. Deadline: March 18, 2008 @ 4:00 p.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on February 26, 2008, Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. filed the attached Motion of Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. for Entry of an Order (i) Compelling Assumption or Rejection of Executory Contract or Modifying the Automatic Stay; and (ii) Compelling Payment of Administrative Expense (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that you are required to file an objection (the "Objection") to the Motion, if any with the U.S. Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before March 18, 2008 at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline"). You must also serve upon counsel set forth below a copy of the Objection so that it is actually received by them by the Objection Deadline:

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on March 25, 2008 at 1:30 p.m., prevailing Eastern Time. The hearing will take place at the U.S. Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware.

**PLEASE TAKE FURTHER NOTICE** that IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 26, 2008
      Wilmington, Delaware

                              Respectfully submitted,

                              */s/ William A. Hazeltine*
                              William A. Hazeltine (Bar I.D. 3294)
                              SULLIVAN·HAZELTINE·ALLINSON LLC
                              4 East 8th Street, Suite 400
                              Wilmington, DE  19801
                              Phone: 302-428-8191
                              Fax: 302-428-8195

                              Wendy S. Walker
                              Annie C. Wells
                              MORGAN. LEWIS & BOCKIUS LLP
                              101 Park Avenue
                              New York, NY 10178
                              Phone: 212-309-6000
                              Fax: 212-309-6001

                              Attorneys for MERS