EXHIBIT A

Attn: Katie P.

# MERS RECEIVED MEMBERSHIP APPLICATION

APR 21 2006
MERS

MERS ASSIGNED ORG ID#: | 1 | 0 | 0 | 4 | 8 | 8 | 9 |
(MERS USE ONLY)

## COMPANY INFORMATION (PLEASE TYPE OR PRINT)

| | |
|---|---|
| COMPANY NAME: | NEW CENTURY MORTGAGE CORP., IRVINE |
| D.B.A., IF APPLICABLE: | |
| STREET ADDRESS: | 18400 VON KARMAN |
| CITY: IRVINE | STATE: CA   ZIP: 92612 |
| MAIN PHONE: 800-967-7623 | MAIN FAX: |
| TOLL-FREE NUMBER: 800-967-7623 | CORP. WEB SITE: WWW. NCEN.COM |

## COMPANY CONTACTS:

| | NAME | TITLE | PHONE | EMAIL (REQUIRED) |
|---|---|---|---|---|
| MERS PROJECT MGR (To be interviewed) √ | JEFFREY WERT | | 949-517-0932 | JWERT@NCEN.COM |
| EXECUTIVE SPONSOR √ | KEVIN CLOYD | PRES. | 949-862-7941 | KCLOYD@NCEN.COM |
| OFFICE OF THE CEO √ | BOB COLE/BRAD MORRICE | CEO | 949-224-5757 | BMORRICE@NCEN.COM |
| OPERATIONS √ | DAN SUSSMAN | EVP | | |
| SECONDARY √ | KARL WEISS | SVP | 949-255-6935 | KWEISS@NCEN.COM |
| GENERAL COUNSEL √ | MONIKA McCARTHY | | 949-724-3392 | MMCARTH@NCEN.COM |
| FINANCE √ | PATTI DODGE | | 949-224-5719 | PDODGE@NCEN.COM |
| LOAN PRODUCTION √ | | | | |
| LOAN SERVICING √ | RICHARD CIMINO | | 949-517-5001 | RCIMINO@NCEN.COM |
| INFORMATION TECH. √ | Jeffrey Wert | | 949-517-0932 | JWERT@NCEN.COM |
| COMPLIANCE | CINDY NICHOLS | VP | 949-517-0119 | CNICHOLS@NCEN.COM |
| MERS BILLING | STEVE NAGY | VP | 949-797-5353 | SNAGY@NCEN.COM |
| MERS OPERATIONS | ALFRED VANDERMADE | AVP | | |
| PERSON TO RECEIVE ALL COMMUNICATIONS FROM MERS: √ | Jeffrey Wert | | 949-517-0932 | JWERT@NCEN.COM |

MERS Membership Application
Residential 052003

Page 2 of 4

## PLEASE CHECK THE BOXES THAT REFLECT YOUR VOLUMES FOR THE MOST RECENT 12-MONTH PERIOD:

**ANNUAL PRODUCTION VOLUME**
- UNDER $250 MILLION ☐
- $250 MILLION - $1 BILLION ☐
- > $1 BILLION - $10 BILLION ☐
- > $10 BILLION ☒ +
- N/A ☐

**SIZE OF SERVICING PORTFOLIO**
- UNDER $2 BILLION ☐
- $2 BILLION - $10 BILLION ☐
- > $10 BILLION - $50 BILLION ☒
- > $50 BILLION ☐
- N/A ☐

ARE YOU AFFILIATED WITH ANY OTHER MORTGAGE LENDERS?   ☒ YES   ☐ NO

IF YES, PLEASE LIST WHICH ARE MERS MEMBERS:

| NAME | MERS ORG ID |
|---|---|
| NEW CENTURY | 1 0 0 4 3 1 9 |
|  | 1 0 0 |
|  | 1 0 0 |

## PLEASE CHECK ALL THAT APPLY TO YOUR ORGANIZATION:

- ☒ BROKER
- ☐ CONDUIT
- ☒ CUSTODIAN
- ☐ FHLB
- ☐ FEDERAL RESERVE BANK
- ☐ FLOOD INSURER
- ☐ HAZARD INSURER
- ☐ HOUSING AGENCY
- ☒ INTERIM FUNDER / WAREHOUSE LENDER
- ☒ INVESTOR

- ☐ MORTGAGE INSURER
- ☒ SERVICER
- ☒ SUBSERVICER
- ☐ TAX SERVICE
- ☐ TITLE COMPANY
- ☒ TRUSTEE
- ☐ VENDOR/SERVICER PROVIDER
- ☐ DESCRIBE:
- ☐ CONSULTANT / OTHER:
- ☐ DESCRIBE:

- ☒ LENDER (CHECK ALL THAT APPLY):
  - ☒ RETAIL 10 %
  - ☒ WHOLESALE 85 %
  - ☒ CORRESPONDENT 5 %

### ORIGINATION ACTIVITY

| VOLUME: #   UNITS CLOSED MONTHLY | | |
|---|---|---|
| ON AVERAGE, DAYS FROM THE NOTE DATE THE LOAN IS SOLD: | ☐ WITHIN 10 DAYS | ☐ HOLD FOR FIRST PAYMENT |
| | ☐ INTERIM SERVICING (COLLECT 2+ PAYMENTS) | ☐ OTHER (PLEASE SPECIFY): |
| WHOLESALE: DO YOU CLOSE LOANS IN THE BROKER'S NAME? | ☐ YES ☐ NO | TPO? ☐ YES ☐ NO |

MERS Membership Application
Residential 052003

Page 3 of 4

## TRADING PARTNERS: PRIMARY INVESTORS YOU SELL TO

(IF MORE ROOM IS NEEDED, PLEASE LIST USING SEPARATE SHEET)

| COMPANY NAME | MAIN CONTACT | PHONE | E-MAIL | %SOLD/MO |
|---|---|---|---|---|
| MORGAN STANLEY | Eric Kaplan | (212)761-1914 | ek.kaplan@morganstanley.com | |
| CSFB | Lloyd Brown | (212) 325-4968 | lloyd.brown@credit-suisse.com | |
| RFC | Ronald Harrison | (949)858-0065 | ron.harrison@gmacrfc.com | |
| | | | | |
| | | | | |

| OTHERS: | |
|---|---|
| | |
| SERVICING RELEASED? | ☐ YES  ☐ NO |
| ARE YOU SELLING DIRECTLY TO FANNIE MAE, FREDDIE MAC AND/OR GINNIE MAE? | ☐ YES  ☐ NO |
| LIST HOUSING AGENCIES IF APPLICABLE: | SERVICING RELEASED?  ☐ YES ☐ NO |
| WAREHOUSE LENDER(S): | DO THEY ACCEPT MERS? ☐ YES ☐ NO |
| IF SERVICING, WHAT IS YOUR SYSTEM? | |
| IF SUB-SERVICING, WHO DO YOU USE? | |

## ORIGINATION AND DOC PREP SYSTEM

| LOS SYSTEM USED: | VERSION #: |
|---|---|
| DOES LOS HAVE MERS FUNCTIONALITY? (CHECK ALL THAT APPLY) | ☐ MIN GENERATION  ☐ MIN TO DOCS |
| | ☐ REGISTRATION TO MERS® SYSTEM |
| DOC PREP SYSTEM(S) USED: | DOES IT SUPPORT MERS DOCUMENTS?  ☐ YES  ☐ NO |
| ARE DOCUMENTS CONTROLLED CENTRALLY? ☐ YES ☐ NO | IF NO, EXPLAIN: |

## INVESTOR REFERENCES (MUST BE COMPLETED)

| FHA MORTGAGEE ID NUMBER: | |
|---|---|
| VA APPROVAL NUMBER: | |
| FANNIE MAE SELLER / SERVICER ID NUMBER: | |
| FREDDIE MAC SELLER / SERVICER ID NUMBER: | |
| GINNIE MAE ISSUER NUMBER: | |
| INVESTOR REFERENCE #1 (COMPANY, CONTACT, PHONE): | |
| INVESTOR REFERENCE #2 (COMPANY, CONTACT, PHONE): | |
| PLEASE TELL US HOW YOU HEARD ABOUT MERS: | |

MERS Membership Application  
Residential 052003

Page 4 of 4

BY COMPLETING, SIGNING, AND SUBMITTING THIS APPLICATION, THE APPLICANT IS AGREEING TO BE A MERS MEMBER. THE APPLICANT HEREBY AGREES TO PAY ALL FEES AND EXPENSES SET FORTH IN THE MERS RESIDENTIAL FEE SCHEDULE, WHICH MAY CHANGE FROM TIME TO TIME; ABIDE BY ALL EXISTING MERS RULES AND PROCEDURES, WHICH ARE INCORPORATED HEREIN BY REFERENCE AND MAY BE AMENDED FROM TIME TO TIME; AND COMPLY WITH THE TERMS AND CONDITIONS SET FORTH IN THE ATTACHED ADDENDUM ENTITLED TERMS AND CONDITIONS,

NOTE: THE APPLICANT WILL BE BILLED THE MEMBERSHIP FEES AS STATED IN THE MERS RESIDENTIAL FEE SCHEDULE. PLEASE DO NOT SEND PAYMENT AT THIS TIME.

APPLICANT SIGNATURE:** [signature]  
(PLEASE PRINT THIS FORM, SIGN AND FAX BACK TO MERS, OR ATTACH A DIGITIZED SIGNATURE AND SEND VIA E-MAIL)

DATE: 4-10-06    EMAIL ADDRESS: SNAGY@NCBN.COM

**The Applicant agrees that by attaching or inserting the Applicant's authorized representative's electronic signature, his/her electronic signature is intended to bind the Applicant and the Applicant acknowledges that the electronic signature shall have full force and effect as to the Applicant agreeing to the terms of this Application.*

---

FAX OR MAIL YOUR COMPLETED AND SIGNED APPLICATION TO:  
**MERS**  
ATTENTION: CUSTOMER DIVISION  
1595 SPRING HILL ROAD, SUITE 310, VIENNA, VIRGINIA  
TELEPHONE 800.646.MERS (6377)    FAX 703.748.0183  
APPLICATIONS@MERSINC.ORG

08/17/2005 00:30 FAX                                                                  ☒002/006

# MERS® MEMBERSHIP APPLICATION

RECEIVED
AUG 17 2005
MERS

MERS-ASSIGNED ORG ID#: | 1 | 0 | 0 | 4 | 3 | 1 | 9 |
(MERS USE ONLY)

## COMPANY INFORMATION (PLEASE TYPE OR PRINT)

| COMPANY NAME: NEW CENTURY MORTGAGE CORPORATION | | |
|---|---|---|
| D.B.A., IF APPLICABLE: | | |
| STREET ADDRESS: 18400 VON KARMAN AVENUE, SUITE 1000 | | |
| CITY: IRVINE | STATE: CA | ZIP: 92612 |
| MAIN PHONE: 949-440-7030 | MAIN FAX: (949) 440-7033 | |
| TOLL-FREE NUMBER: | CORP. WEB SITE: WWW.NCEN.COM | |

## COMPANY CONTACTS:

| | NAME | TITLE | PHONE | EMAIL (REQUIRED) |
|---|---|---|---|---|
| MERS PROJECT MGR ✓ (To be interviewed) | SUSAN FEAGANS | VP OPERATIONS & PROCESSING | 713-895-6204 | SUSAN.FEAGANS@RBC.COM |
| EXECUTIVE SPONSOR ✓ | | | | |
| OFFICE OF THE CEO ✓ | RICK HOLGUIN | VP, SECONDARY MARKETING | 949-250-5143 | RHOLGUIN@NCEN.COM |
| OPERATIONS ✓ | SUSAN FEAGANS | VP OPERATIONS & PROCESSING | 713-895-6204 | SUSAN.FEAGANS@RBC.COM |
| SECONDARY ✓ | JOHN ORTEGA | VP MARKETING | 713-895-6237 | JOHN.ORTEGA@RBC.COM |
| GENERAL COUNSEL ✓ | MONIKA MCCARTHY | GENERAL COUNSEL | 949-724-3392 | MMCCARTHY@NCEN.COM |
| FINANCE ✓ | DAVE KENNEALLY | SVP, CONTROLLER | 949-862-7919 | DKENNEALLY@NCEN.COM |
| LOAN PRODUCTION ✓ | SUSAN FEAGANS | SEE ABOVE | SEE ABOVE | SEE ABOVE |
| LOAN SERVICING | LAURA BLY | SR. MANAGER OPERATIONS | 713-351-6135 | LAURA.BLY@RBC.COM |
| INFORMATION TECH. | | | | |
| COMPLIANCE | TONY CURTIS | SR. MANAGER COMPLIANCE | 713-934-3542 | TONY.CURTIS@RBC.COM |
| MERS BILLING | RAE HOPPE | SR. MANAGER FHA/VA INSURING / TRAILING DOCS | 713-934-3532 | RAE.HOPPE@RBC.COM |
| MERS OPERATIONS | RAE HOPPE | | 713-934-3532 | RAE.HOPPE@RBC.COM |
| PERSON TO RECEIVE ALL COMMUNICATIONS ✓ FROM MERS: | SUSAN FEAGANS | SEE ABOVE | SEE ABOVE | SEE ABOVE |

MERS Membership Application                                                                          Page 2 of 5
Residential 02/2003

## PLEASE CHECK THE BOXES THAT REFLECT YOUR VOLUMES FOR THE MOST RECENT 12-MONTH PERIOD:

**ANNUAL PRODUCTION VOLUME**
- UNDER $250 MILLION ☐
- $250 MILLION - $1 BILLION ☐
- > $1 BILLION - $10 BILLION ☐
- > $10 BILLION ☒
- N/A ☐

**SIZE OF SERVICING PORTFOLIO**
- UNDER $2 BILLION ☐
- $2 BILLION - $10 BILLION ☐
- > $10 BILLION - $50 BILLION ☐
- > $50 BILLION ☐
- N/A ☐

ARE YOU AFFILIATED WITH ANY OTHER MORTGAGE LENDERS?   ☒ YES   ☐ NO

IF YES, PLEASE LIST WHICH ARE MERS MEMBERS:

| NAME | MERS ORG ID |
|------|-------------|
| _____ | 1 0 0 _ _ _ |
| _____ | 1 0 0 _ _ _ |
| _____ | 1 0 0 _ _ _ |

## PLEASE CHECK ALL THAT APPLY TO YOUR ORGANIZATION:

| | | |
|---|---|---|
| ☐ BROKER | ☐ MORTGAGE INSURER | ☒ LENDER (CHECK ALL THAT APPLY): |
| ☐ CONDUIT | ☒ SERVICER | ☒ RETAIL 45% |
| ☐ CUSTODIAN | ☐ SUBSERVICER | ☒ WHOLESALE 55% |
| ☐ FHLB | ☐ TAX SERVICE | ☒ CORRESPONDENT 8%-9%% |
| ☐ FEDERAL RESERVE BANK | ☐ TITLE COMPANY | |
| ☐ FLOOD INSURER | ☐ TRUSTEE | |
| ☐ HAZARD INSURER | ☐ VENDOR/SERVICER PROVIDER | |
| ☐ HOUSING AGENCY | DESCRIBE: | |
| ☐ INTERIM FUNDER / WAREHOUSE LENDER | ☐ CONSULTANT / OTHER: | |
| ☐ INVESTOR | DESCRIBE: | |

## ORIGINATION ACTIVITY

| VOLUME: # UNITS CLOSED MONTHLY (NOTES: 5500 - THIS REPRESENTS THE EXISTING RBC VOLUMES THAT WILL BE RUN THROUGH MERS AFTER CLOSING OF NEW CENTURY'S ACQUISITION OF THE RBC ASSETS) | | |
|---|---|---|
| ON AVERAGE, DAYS FROM THE NOTE DATE THE LOAN IS SOLD: | ☐ WITHIN 10 DAYS | ☐ HOLD FOR FIRST PAYMENT |
| | ☐ INTERIM SERVICING (COLLECT 2+ PAYMENTS) | ☒ OTHER (PLEASE SPECIFY): P/O - 40 DAYS |
| WHOLESALE: DO YOU CLOSE LOANS IN THE BROKER'S NAME? | ☐ YES  ☒ NO | TPO?  ☐ YES  ☒ NO |

MERS Membership Application                                             Page 3 of 5
Residential 02/2003

## TRADING PARTNERS: PRIMARY INVESTORS YOU SELL TO

(IF MORE ROOM IS NEEDED, PLEASE LIST USING SEPARATE SHEET)

| COMPANY NAME | MAIN CONTACT | PHONE | E-MAIL | % SOLD MO |
|---|---|---|---|---|
| COUNTRYWIDE | | | | |
| FANNIE MAE | | | | |
| CSFB | | | | |
| BEAR STERNS | | | | |
| WELLS FARGO | | | | |

OTHERS: NOTE: ALL INVESTORS THAT RBC MORTGAGE USED WERE MERS READY; NEW CENTURY WILL SELL TO SAME INVESTORS.

| | |
|---|---|
| SERVICING RELEASED? | ☒ YES ☐ NO |
| ARE YOU SELLING DIRECTLY TO FANNIE MAE, FREDDIE MAC AND/OR GINNIE MAE? | ☒ YES ☐ NO |
| LIST HOUSING AGENCIES IF APPLICABLE: | SERVICING RELEASED? ☐ YES ☐ NO |
| WAREHOUSE LENDER(S): CUSTODIAN - US BANK | DO THEY ACCEPT MERS? ☒ YES ☐ NO |
| IF SERVICING, WHAT IS YOUR SYSTEM? N/A | |
| IF SUB-SERVICING, WHO DO YOU USE? RBC CENTURA (FOR APPROXIMATELY 90-120 DAYS); COUNTRYWIDE (PAY OPTION ARMS), ALSO FOR 90-120 DAYS | |

## ORIGINATION AND DOC PREP SYSTEM

| | |
|---|---|
| LOS SYSTEM USED: EMPOWER | VERSION #: 27.7 |
| DOES LOS HAVE MERS FUNCTIONALITY? (CHECK ALL THAT APPLY) | ☒ MIN GENERATION   ☒ MIN TO DOCS |
| | ☒ REGISTRATION TO MERS® SYSTEM |
| DOC PREP SYSTEM(S) USED: | DOES IT SUPPORT MERS DOCUMENTS? ☒ YES ☐ NO |
| ARE DOCUMENTS CONTROLLED CENTRALLY? ☒ YES ☐ NO | IF NO, EXPLAIN: |

## INVESTOR REFERENCES (MUST BE COMPLETED)

| | |
|---|---|
| FHA MORTGAGEE ID NUMBER | 79002-0000-6 |
| VA APPROVAL NUMBER | 9000320000 |
| FANNIE MAE SELLER / SERVICER ID NUMBER | 260070002 |
| FREDDIE MAC SELLER / SERVICER ID NUMBER | 12377 |
| GINNIE MAE ISSUER NUMBER | N/A |
| INVESTOR REFERENCE #1 (COMPANY/CONTACT/PHONE) | COUNTRYWIDE / ABBIE TIDMORE / 214-823-1948 |
| INVESTOR REFERENCE #2 (COMPANY/CONTACT/PHONE) | WELLS FARGO / JENNIFER EGGENS / 817-477-2254 |
| PLEASE TELL US HOW YOU HEARD ABOUT MERS | N/A |

MERS Membership Application                                          Page 4 of 5
Residential 02/2003

BY COMPLETING, SIGNING, AND SUBMITTING THIS APPLICATION, THE APPLICANT IS AGREEING TO BE A MERS MEMBER. THE APPLICANT HEREBY AGREES TO PAY ALL FEES AND EXPENSES SET FORTH IN THE MERS RESIDENTIAL FEE SCHEDULE, WHICH MAY CHANGE FROM TIME TO TIME; ABIDE BY ALL EXISTING MERS RULES AND PROCEDURES, WHICH ARE INCORPORATED HEREIN BY REFERENCE AND MAY BE AMENDED FROM TIME TO TIME; AND COMPLY WITH THE TERMS AND CONDITIONS SET FORTH IN THE ATTACHED ADDENDUM ENTITLED TERMS AND CONDITIONS.

NOTE: THE APPLICANT WILL BE BILLED THE MEMBERSHIP FEES AS STATED IN THE MERS RESIDENTIAL FEE SCHEDULE. PLEASE DO NOT SEND PAYMENT AT THIS TIME.

APPLICANT SIGNATURE:** _____
(PLEASE PRINT THIS FORM, SIGN AND FAX BACK TO MERS, OR ATTACH A DIGITIZED SIGNATURE AND SEND VIA E-MAIL)

DATE: 8/17/05                EMAIL ADDRESS:

**The Applicant agrees that by attaching or inserting the Applicant's authorized representative's electronic signature, his/her electronic signature is intended to bind the Applicant and the Applicant acknowledges that the electronic signature shall have full force and effect as to the Applicant agreeing to the terms of this Application.

---

FAX OR MAIL YOUR COMPLETED AND SIGNED APPLICATION TO:
**MERS**
ATTENTION: CUSTOMER DIVISION
1595 SPRING HILL ROAD, SUITE 310, VIENNA, VIRGINIA 22182
TELEPHONE 800.646.MERS (6377)       FAX 703.748.0183
APPLICATIONS@MERSINC.ORG

MERS Membership Application                                                Page 5 of 5
Residential 02/2003

# FOR MERS USE ONLY

| Company Name: | | | | |
|---|---|---|---|---|
| Org ID: | | | | |
| Member Type: | ☐ General | ☐ Lite | ☐ Patron | Tier: |
| Child of (if applicable): | | | | |
| Integration Type: | ☐ Full | ☐ Lite | Estimated Loans Per Month: | |
| Target Ready Date: | | | | |
| MERS Value: | | | | |
| Recommended by: | | | | |
| Comments: | | | | |
| Conversation Log: | | | | |
| Reference Check 1: | | | | |
| Reference Check 2: | | | | |
| In Good Standing: | ☐ Yes | | ☐ No | |
| Reference Check Completed by: | | | | |
| BID Assigned: | | Date: | | |