EXHIBIT B



## MERS FEE SCHEDULE

### RESIDENTIAL MORTGAGE INDUSTRY PRICING

MERS fees consist of an Annual Membership Fee, certain types of Transaction Fees, and other charges if applicable. Membership Fees vary according to firm size and transaction volumes as follows:

#### MEMBERSHIP FEES

| Tier | The Greater of | Annual Production Volume | OR | Size of Servicing Portfolio | Annual Membership Fee |
|------|---------------|--------------------------|----|-----------------------------|------------------------|
| 1 | | Under $250 million | | Under $2 billion | $500 |
| 2 | | $250 million - $1 billion | | $2 billion - $10 billion | $2,000 |
| 3 | | >$1 billion - $10 billion | | >$10 billion - $50 billion | $5,500 |
| 4 | | >$10 billion | | >$50 billion | $7,500 |
| Lite | | N/A | | N/A | $264 |
| Patron | | N/A | | N/A | $1,000 |

#### MERS® LITE MEMBER
- $264 annually. To qualify, a company must originate loans using MERS as Original Mortgagee (MOM) on the security instrument and sell all loans "servicing-released" within thirty days of the Note Date to another MERS® Ready mortgage company. If a MERS® Lite User becomes a full member, the company will be reassessed at the full member rate at the time it applies for full membership.

#### MEMBERSHIP
An annual membership fee is based on the annual production or servicing volumes listed in the fee schedule. Thereafter, members will be billed annually based on the anniversary date of their membership. Initial membership fees are billed following receipt of the signed membership application.

#### MERS® PATRON
MERS® Patron membership is designed for those persons or firms who support MERS registrations but do not necessarily register loans directly on the MERS® System. A Patron membership can be converted to a full membership at any time.

#### TRANSACTION FEES

| | |
|---|---|
| Registration | $4.95 per loan |
| MERS® 1-2-3 Registration | $4.95 per loan |
| Seasoned Servicing Transfer | $4.95 per loan |
| Intracompany Transfer (regular) | $2.50 per loan |
| Transfer to Non-MERS Member | $1.00 per loan |

Registration - Registration of loans onto the MERS® System.

MERS® 1-2-3 Registration – Registration of loans onto the MERS® System by a MERS® 1-2-3 participant when a preliminary registration file was previously generated

KL12 2006

**Seasoned Servicing Transfer** - This fee is charged to the seller when it transfers seasoned servicing to another MERS member. Seasoned Servicing Transfers are defined by the particular Purchase and Sale Agreement between a buyer and a seller that identifies a predefined portfolio of servicing to be sold on a specific sale date and transferred on a specific transfer date. Seasoned Servicing Transfers typically occur independent of the sale of the beneficial rights of the loans in a portfolio.

> **NOTE:** Currently, there are no additional transaction fees for transfers of beneficial rights. There is also no fee for Flow Transfers of Servicing. A Flow Transfer of Servicing is defined by a Purchase and Sale Agreement that identifies a commitment to deliver a specified dollar volume (unpaid principal balance) of servicing on a specific delivery schedule associated with the sale of beneficial rights. The MERS® System will not permit a Flow Transfer of Servicing if the transfer date is greater than 270 days from the note date on that loan. In this case, the Seasoned Servicing Transfer Fee applies.

**Intracompany Transfer** – This fee is charged for transfers of loans between one or more Organization IDs assigned to the same Member.

**Transfer to Non-MERS Members** - Members that transfer servicing to a non-MERS Member are charged a $1.00 per loan deactivation fee. *(Members are also responsible for preparing and recording an assignment from MERS to the buyer)*

## MERS CORPORATE SEALS

Corporate seals are available at a cost of $25 each, plus shipping.

## UNIDENTIFIED MAIL

A $35 flat fee will be charged for any unidentified mail services. This applies when there is a recorded mortgage or assignment to MERS in the land records, but the loan is not registered on the MERS® System.

## ON HOLD INTEGRATION STATUS

If after beginning Phase II of integration, you do not make reasonable and continuous progress towards your MERS® Ready target date, we may decide to place your company in a hold status until you are able to give your integration effort a higher priority.

When you ask to be placed back in active integration status we reserve the option, based on our resources available, to offer you the use of a contract integration resource in which case we will pass that cost on to you (typically $2,000).

## TRAINING

Training via conference call is available to all MERS Members without charge. The daily onsite training fee for 10 people or less is $750 plus airfare, hotel and other reasonable expenses. Other training arrangements are negotiable. If member representatives travel to the MERS Corporate Headquarters for training, no fees are charged.

## VALUE-ADDED SERVICES

Services deemed as value-added services are priced, disclosed and agreed to with Members prior to the service being provided.