EXHIBIT F



www.mersinc.org

| ORG ID | INVOICE DATE | DUE DATE |
|---|---|---|
| 1004889 | 12/5/2007 | 12/25/2007 |
| INVOICE NUMBER | INVOICE TERM | |
| IN000198331 | NET20 | |

*For billing inquiries please call 1-888-680-MERS*

| Item No. | Description/Comments | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|
| 301-1 | Seasoned Servicing Transfer - Seller | 7.00000 | 1 | 4.950000 | 34.65 |
| 327-1 | Regular Seasoned TOS/TOB Transfer | 1.00000 | 1 | 4.950000 | 4.95 |
| 211-1 | Seasoned registration | 189.00000 | 1 | 4.950000 | 935.55 |
| 201-1 | Flow registration | 1.00000 | 1 | 4.950000 | 4.95 |

**Late charges will accrue @ 1.5 % per month on all unpaid balances**

| | |
|---|---|
| Subtotal | 980.10 |
| Total Tax | 0.00 |
| **Total Amount** | **980.10** |

---

*Please detach this portion and return with payment*

| INVOICE NUMBER | INVOICE DATE | ORG ID |
|---|---|---|
| IN000198331 | 12/5/2007 | 1004889 |
| AMOUNT DUE | | |
| 980.10 | | |

**SOLD TO:**   00001

New Century Mortgage Corp, Irvine
Attn: Rick Collins
8400 Von Karman Avenue
Suite 1000
Irvine, CA 92612

**REMIT TO:**

MERS
13059 Collections Center Drive
Chicago, IL 60693



www.mersinc.org

| ORG ID | INVOICE DATE | DUE DATE |
|---|---|---|
| 1004889 | 1/5/2008 | 1/25/2008 |
| INVOICE NUMBER | INVOICE TERM | |
| IN000202736 | NET20 | |

*For billing inquiries please call 1-888-680-MERS*

| Item No. | Description/Comments | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|
| 301-1 | Seasoned Servicing Transfer - Seller | 188.00000 | 1 | 4.950000 | 930.60 |
| 304-1 | Flow Servicing Transfer - Seller | 1.00000 | 1 | 0.000000 | 0.00 |
| 327-1 | Regular Seasoned TOS/TOB Transfer | 2.00000 | 1 | 4.950000 | 9.90 |
| 605 | Unidentified Mail Fee | 2.00000 | EACH | 95.000000 | 190.00 |

**Late charges will accrue @ 1.5 % per month on all unpaid balances**

| | |
|---|---|
| Subtotal | 1,130.50 |
| Total Tax | 0.00 |
| Total Amount | **1,130.50** |

---

*Please detach this portion and return with payment*

| INVOICE NUMBER | INVOICE DATE | ORG ID |
|---|---|---|
| IN000202736 | 1/5/2008 | 1004889 |
| AMOUNT DUE | | |
| 1,130.50 | | |

**SOLD TO:**

New Century Mortgage Corp, Irvine
Attn: Rick Collins
8400 Von Karman Avenue
Suite 1000
Irvine, CA 92612

00002

**REMIT TO:**

MERS
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | INVOICE DATE | DUE DATE |
|---|---|---|
| 1004889 | 8/5/2007 | 8/25/2007 |
| **INVOICE NUMBER** | **INVOICE TERM** | |
| IN000179782 | NET20 | |

*For billing inquiries please call 1-888-680-MERS*

| Item No. | Description/Comments | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|
| 304-1 | Flow Servicing Transfer - Seller | 67.00000 | 1 | 0.000000 | 0.00 |
| 323-1 | Transfer of Flow TOS/TOB | 9.00000 | 1 | 0.000000 | 0.00 |
| 327-1 | Regular Seasoned TOS/TOB Transfer | 10.00000 | 1 | 4.950000 | 49.50 |
| 301-1 | Seasoned Servicing Transfer - Seller | 51.00000 | 1 | 4.950000 | 252.45 |
| 401-1 | Transfer to Non-MERS servicer | 49.00000 | 1 | 1.000000 | 49.00 |
| 211-1 | Seasoned registration | 1.00000 | 1 | 4.950000 | 4.95 |
| 201-1 | Flow registration | 1.00000 | 1 | 4.950000 | 4.95 |
| 601 | Training | 1.00000 | @ | 35.000000 | 35.00 |
| | 7/19/07 Web Seminar Melissa Smith | | | | |

**Late charges will accrue @ 1.5 % per month on all unpaid balances**

| | | |
|---|---|---|
| | Subtotal | 395.85 |
| | Total Tax | 0.00 |
| | **Total Amount** | **395.85** |

---

*Please detach this portion and return with payment*

| INVOICE NUMBER | INVOICE DATE | ORG ID |
|---|---|---|
| IN000179782 | 8/5/2007 | 1004889 |
| **AMOUNT DUE** | | |
| 395.85 | | |

**SOLD TO:**  00001

New Century Mortgage Corp, Irvine
Attn: Accounts Payable
3121 Michelson Drive
Suite 600
Irvine, CA 92612

**REMIT TO:**

MERS
13059 Collections Center Drive
Chicago, IL 60693



www.mersinc.org

| ORG ID | INVOICE DATE | DUE DATE |
|---|---|---|
| 1004889 | 9/5/2007 | 9/25/2007 |
| INVOICE NUMBER | INVOICE TERM | |
| IN000182902 | NET20 | |

*For billing inquiries please call 1-888-680-MERS*

| Item No. | Description/Comments | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|
| 327-1 | Regular Seasoned TOS/TOB Transfer | 4,606.00000 | 1 | 4.950000 | 22,799.70 |
| 323-1 | Transfer of Flow TOS/TOB | 1.00000 | 1 | 0.000000 | 0.00 |
| 401-1 | Transfer to Non-MERS servicer | 31.00000 | 1 | 1.000000 | 31.00 |
| 301-1 | Seasoned Servicing Transfer - Seller | 1,238.00000 | 1 | 4.950000 | 6,128.10 |
| 211-1 | Seasoned registration | 1,588.00000 | 1 | 4.950000 | 7,860.60 |
| 201-1 | Flow registration | 714.00000 | 1 | 4.950000 | 3,534.30 |
| 304-1 | Flow Servicing Transfer - Seller | 13.00000 | 1 | 0.000000 | 0.00 |
| 605 | Unidentified Mail Fee | 1.00000 | EACH | 35.000000 | 35.00 |

**Late charges will accrue @ 1.5 % per month on all unpaid balances**

| | | |
|---|---|---|
| | Subtotal | 40,388.70 |
| | Total Tax | 0.00 |
| | **Total Amount** | **40,388.70** |

*Please detach this portion and return with payment*

| INVOICE NUMBER | INVOICE DATE | ORG ID |
|---|---|---|
| IN000182902 | 9/5/2007 | 1004889 |
| AMOUNT DUE | | |
| 40,388.70 | | |

**SOLD TO:**

New Century Mortgage Corp, Irvine        00002
Attn: Accounts Payable
3121 Michelson Drive
Suite 600
Irvine, CA 92612

**REMIT TO:**

MERS
13059 Collections Center Drive
Chicago, IL 60693



www.mersinc.org

| ORG ID | INVOICE DATE | DUE DATE |
|---|---|---|
| 1004889 | 10/5/2007 | 10/25/2007 |
| INVOICE NUMBER | INVOICE TERM | |
| IN000189886 | NET20 | |

*For billing inquiries please call 1-888-680-MERS*

| Item No. | Description/Comments | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|
| 201-1 | Flow registration | 2,222.00000 | 1 | 4.950000 | 10,998.90 |
| 301-1 | Seasoned Servicing Transfer - Seller | 1,468.00000 | 1 | 4.950000 | 7,266.60 |
| 211-1 | Seasoned registration | 1,047.00000 | 1 | 4.950000 | 5,182.65 |
| 327-1 | Regular Seasoned TOS/TOB Transfer | 1.00000 | 1 | 4.950000 | 4.95 |
| 323-1 | Transfer of Flow TOS/TOB | 2.00000 | 1 | 0.000000 | 0.00 |
| 304-1 | Flow Servicing Transfer - Seller | 2,900.00000 | 1 | 0.000000 | 0.00 |

**Late charges will accrue @ 1.5 % per month on all unpaid balances**

| | |
|---|---|
| Subtotal | 23,453.10 |
| Total Tax | 0.00 |
| Total Amount | **23,453.10** |

*Please detach this portion and return with payment*

| INVOICE NUMBER | INVOICE DATE | ORG ID |
|---|---|---|
| IN000189886 | 10/5/2007 | 1004889 |
| AMOUNT DUE | | |
| 23,453.10 | | |

**SOLD TO:**

New Century Mortgage Corp, Irvine
Attn: Accounts Payable
3121 Michelson Drive
Suite 600
Irvine, CA 92612

00003

**REMIT TO:**

MERS
13059 Collections Center Drive
Chicago, IL 60693