Case 07-10416-BLS    Doc 5050-9    Filed 02/26/08    Page 1 of 3

EXHIBIT G2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., *et al.* | Case No. 07-10416-KJC (Jointly Administered) |
| Debtors. | Related Docket Number _____ |

**ORDER GRANTING MOTION OF MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. AND MERSCORP, INC. FOR ENTRY
OF AN ORDER (I) COMPELLING ASSUMPTION OR REJECTION
OF EXECUTORY CONTRACT, OR MODIFYING THE AUTOMATIC
STAY; AND (II) COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE**

**AND** NOW, this ___ day of March, 2008, having considered the Motion of Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. for Entry of an Order (i) Compelling Assumption or Rejection of Executory Contract or Modifying the Automatic Stay; and (ii) Compelling Payment of Administrative Expense (the "Motion") and any responses thereto; and finding good cause to grant the Motion; it is hereby **ORDERED** as follows:

1. The Motion is granted as set forth herein.

2. The Automatic Stay imposed by Section 362(a) of the Bankruptcy Code is hereby modified to the extent necessary to permit MERS (as defined in the Motion) to terminate the MERS Agreement (as defined in the Motion).

3. MERS shall have an allowed administrative claim pursuant to Section 503(b) Bankruptcy Code in the amount of $67,224.45 (the "Allowed Administrative Expense Claim").

4.  The Debtors shall pay to MERS the Allowed Administrative Expense Claim within ten (10) days after the entry of this order on the docket.

                                                                                                        _____

The Honorable Kevin J. Carey, Judge
United States Bankruptcy Court