# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: US Bank National Association, as trustee on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan, Trust Series NC 2005-HE8, Asset Backed Pass- Through Certificates, Series NC

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 8496739 | Nash | 19-Aug-05 | $192,000 | $200,747.52 | $222,000 | 4408 3rd Street South, Moorhead, MN 56560 |
| 8455610 | Beltran | 21-Jul-05 | $304,000 | $305,529.18 | $295,000 | 39313 Springtime Drive, Temecula, CA 92591 |
| 8458069 | Franco | 15-Jul-05 | $428,000 | $449,741.11 | $420,000 | 590 Summer Drive, Hollister, CA 95023 |
| 8485179 | Camargos | 5-Aug-05 | $484,000 | $506,718.97 | $535,000 | 1300 Kentucky Dr., Concord, CA 94521 |
| 8481269 | Lawrence | 2-Aug-05 | $432,000 | $454,604.11 | $399,900 | 1795 Birchwood Ln., Tracy, CA 95376 |
| 8458705 | Cortez | 21-Jul-05 | $488,800 | $508,208.22 | $410,000 | 1608 Via Lobos, San Lorenzo, CA 94580 |