**EXHIBIT A**

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**January 1, 2008 through January 31, 2008**

| Level | Name | Hourly Rate | Hours Incurred | Fees |
|---|---|---:|---:|---:|
| **Tax Compliance** | | | | |
| | 1st Interim Fee Application (April 2 - June 30, 2007) | | | $ 198,177.00 |
| | 2nd Monthly Fee Application (July 2007) | | | 247,927.50 |
| | 3rd Monthly Fee Application (August 2007) | | | 212,593.50 |
| | 4th Monthly Fee Application (September 2007) | | | 131,745.50 |
| | 5th Monthly Fee Application (October 2007) | | | 40,337.50 |
| | 6th Monthly Fee Application (November 2007) | | | 21,324.50 |
| | 7th Monthly Fee Application (December 2007) | | | 2,191.00 |
| | 8th Monthly Fee Application (January 2008) | | | - |
| | Cumulative Compliance Fees | | | 854,296.50 |
| | Fixed Fee | | | (621,000.00) |
| | Voluntary Discount | | | (233,296.50) |
| **Tax Consulting** | | | | |
| *Partners/Principals* | Cole, Richard K | 510.00 | 25.7 | $ 13,107.00 |
| | Cordonnier, Andrew W | 893.75 | 0.4 | 357.50 |
| | Goldberg, Walter | 630.00 | 2.0 | 1,260.00 |
| | Grierson, R Scot | 600.00 | 0.4 | 240.00 |
| | Grush, Gary | 600.00 | 25.8 | 15,480.00 |
| | Ryan, Steve | 600.00 | 35.0 | 21,000.00 |
| | Schaefer, Francis J | 555.00 | 0.3 | 166.50 |
| *Senior Managers/Directors* | Divers, Dale | 515.00 | 96.7 | 49,800.50 |
| | Hughes, James | 490.00 | 69.9 | 34,251.00 |
| | Hughes, James | 225.00 [1] | 3.6 | 810.00 |
| | Monteleone, Kathryn | 490.00 | 0.9 | 441.00 |
| | Pomis, Brian | 515.00 | 21.7 | 11,175.50 |
| | Ramirez, Javier R. | 515.00 | 1.5 | 772.50 |
| | Wong, James | 225.00 [1] | 1.3 | 292.50 |
| *Senior Associates* | Amin, Nirav | 325.00 | 7.9 | 2,567.50 |
| | Crowe, John W | 325.00 | 20.3 | 6,597.50 |
| | Partridge, Ryan | 350.00 | 55.1 | 19,267.50 |
| | Ratanjee, Hiten D | 390.00 | 20.7 | 8,073.00 |
| *Associates* | Arquette, Paul D | 225.00 | 7.1 | 1,597.50 |
| | Bravo, Susana G | 245.00 | 34.3 | 8,403.50 |
| | Bunting, Rebecah J | 225.00 | 26.7 | 5,996.25 |
| | Gamez, Martin | 245.00 | 3.1 | 759.50 |
| | Martin, Matthew A | 225.00 | 0.8 | 180.00 |
| | Miller, Lindsay A | 170.00 | 27.4 | 4,658.00 |
| | Pope, Amanda C | 245.00 | 1.6 | 392.00 |
| | Ramirez, Galacio J | 225.00 | 46.2 | 10,395.00 |
| | Seddigh, Frank | 225.00 | 22.6 | 5,085.00 |
| *Administration* | Cochrum, Crystal | 75.00 | 4.6 | 345.00 |
| | Cronin, Caroline | 225.00 | 31.0 | 6,975.00 |
| | **Total Tax Consulting** | | **594.5** | **$ 230,446.25** |
| | Less: 20% Hold-Back | | | (46,089.25) |
| | Net Fees | | | 184,357.00 |
| | Plus: Out-of-Pocket Expenses | | | 2,775.29 |
| | Total Net Fees and Expenses | | | $ 187,132.29 |
| | Blended Hourly Rate | | | $ 388 |

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**January 1, 2008 through January 31, 2008**

| Level | Name | Hourly Rate | Hours Incurred | Fees |
|---|---|---|---|---|
| | Grand Total Hours and Fees | | 594.5 | $ 230,446.25 |
| | Net Fees | | | $ 230,446.25 |
| | Less: 20% Hold-Back | | | $ (46,089.25) |
| | Net Fees | | | $ 184,357.00 |
| | Plus: Out-of-Pocket Expenses | | | $ 2,775.29 |
| | Total Net Fees and Expenses | | | $ 187,132.29 |
| | Blended Hourly Rate | | | $ 388 |

[1] Pursuant to the US Trustee's recommendations, these individuals' hourly rate as related to fee application preparation is billed at $225.00 per hour.