**EXHIBIT B**

**Grant Thornton LLP**
**New Century Financial Corporation**
**SUMMARY OF HOURS AND FEES INCURRED BY MATTER**
January 1, 2008 through January 31, 2008

| Matter Description | Out-of-Pocket Expenses | Hours | Net Fees |
|---|---|---|---|
| 1st Interim Fee Application (April 2 - June 30, 2007) | | | $ 198,177.00 |
| 2nd Monthly Fee Application (July 2007) | | | 247,927.50 |
| 3rd Monthly Fee Application (August 2007) | | | 212,593.50 |
| 4th Monthly Fee Application (September 2007) | | | 131,745.50 |
| 5th Monthly Fee Application (October 2007) | | | 40,337.50 |
| 6th Monthly Fee Application (November 2007) | | | 21,324.50 |
| 7th Monthly Fee Application (December 2007) | | | 2,191.00 |
| 8th Monthly Fee Application (January 2008 | | | - |
| Cumulative Compliance Fees | | | 854,296.50 |
| Fixed Fee | | | (621,000.00) |
| Voluntary Discount | | | (233,296.50) |

| Code | Tax Consulting | | | |
|---|---|---|---|---|
| 10 | Preparation of 2007 estimated federal and state tax payments | - | - | |
| 11 | General case administration | - | 41.9 | 9,143.50 |
| 12 | Assist with federal and state tax audits | | 283.2 | 126,151.25 |
| 13 | Provide general corporate tax consulting, including potential bankruptcy tax related issues | | 269.5 | 95,151.50 |
| | Subtotal | - | 594.6 | 230,446.25 |

| | | |
|---|---|---|
| Total Net Fees | | 230,446.25 |
| Less: 20% Hold-Back | | (46,089.25) |
| Net Fees | | 184,357.00 |
| Plus: Out-of-Pocket Expenses | | 2,775.29 |
| Total Net Fees and Expenses | | 187,132.29 |
| Blended Hourly Rate | $ | 388 |

**Grand Totals**

| | | | |
|---|---|---|---|
| Net Fees | 594.6 | $ | 230,446.25 |
| Less: 20% Hold-Back | | $ | (46,089.25) |
| Net Fees | | $ | 184,357.00 |
| Plus: Out-of-Pocket Expenses | | $ | 2,775.29 |
| Total Net Fees and Expenses | | $ | 187,132.29 |
| Blended Hourly Rate | | $ | 388 |