# EXHIBIT C

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Out-of-Pocket Expenses**
**Billing Period: January 1, 2008 - January 31, 2008**

|  | January 1-31 | Total |
|---|---|---|
| **Transportation, Parking & Mileage** | $ 2,370.50 | $ 2,370.50 |
| **Meals** | $ 404.79 | $ 404.79 |
| **Total** | $ 2,775.29 | $ 2,775.29 |

EXHIBIT C