# EXHIBIT D

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|------|-------------|-------|-------------|------|-------------|-----------|
| 1/2/2008 | Hughes, James R | 0.4 | $490 00 $ | 196 00 | 13 | Reviewing the 2007 tax information requests for information to prepare the 2007 federal and state tax returns |
| 1/2/2008 | Partridge, Ryan M | 1 1 | $350 00 $ | 385 00 | 13 | Client organization for the upcoming new year |
| 1/3/2008 | Cronin, Caroline | 1 1 | $225 00 $ | 247 50 | 11 | Prepared spreadsheets to export time entry data for NC December 2007 |
| 1/3/2008 | Partridge, Ryan M | 2 3 | $350 00 $ | 805 00 | 13 | Instruction and preparation for the upcoming staff on the engagement |
| 1/3/2008 | Pomis. Brian M | 1.4 | $515 00 $ | 721 00 | 12 | CA Excess Inclusion income issues for New Century Financial Corp. for 2005 and 2005 with review of correspondences to Craig Swieso |
| 1/3/2008 | Ramirez. Galacio J | 2 9 | $225 00 $ | 652 50 | 12 | Work performed to gather information for IRS Form 966 and drafting the engagement letter |
| 1/3/2008 | Ramirez, Galacio J | 2.2 | $225 00 $ | 495 00 | 13 | Continued work on drafting engagement letter and began working on entering data into Form 1 and reviewing prior year's engagement documents |
| 1/4/2008 | Cordonnier, Andrew W | 0.4 | $893 75 $ | 357 50 | 13 | Analysis and discussion related to preserving tax attributes |
| 1/4/2008 | Cronin, Caroline | 2.6 | $225 00 $ | 585 00 | 11 | Continued to process data for time entries for NC December 2007 |
| 1/4/2008 | Cronin, Caroline | 1 1 | $225 00 $ | 247 50 | 11 | Completed preparation of time detail for NC December 2007 and submitted for review and revision as necessary |
| 1/4/2008 | Grush, Gary A | 1 2 | $600 00 $ | 720 00 | 13 | Analysis of New Century Capital Corporation excess inclusion income |
| 1/4/2008 | Partridge, Ryan M | 1 8 | $350 00 $ | 630 00 | 13 | Review of corporate dissolution documents for NC insurance company |
| 1/4/2008 | Partridge, Ryan M | 1 3 | $350 00 $ | 455 00 | 13 | Review of excess inclusion matters and effect of suspended loss carryovers |
| 1/4/2008 | Pomis. Brian M | 0.6 | $515 00 $ | 309 00 | 12 | Review of CA audit workpapers for NC Financial for tax years 2001-2002 |
| 1/4/2008 | Ramirez, Galacio J | 2 9 | $225 00 $ | 652 50 | 13 | Drafted the compliance statement of work and consulting statement of work |
| 1/4/2008 | Ramirez, Galacio J | 2 1 | $225 00 $ | 472 50 | 13 | Continued to work on Form 1 for Compliance TRS and the Form 1 for SALT and Statement of Work documents for compliance and consulting |
| 1/4/2008 | Ryan, Stephen T | 1 1 | $600 00 $ | 660 00 | 12 | Consulting - excess inclusion income |
| 1/4/2008 | Seddigh. Frank | 1 1 | $225 00 $ | 247 50 | 13 | Research regarding preserving tax attributes |
| 1/4/2008 | Seddigh. Frank | 0.4 | $225 00 $ | 90 00 | 13 | Research regarding preserving tax attributes |
| 1/4/2008 | Seddigh, Frank | 0 6 | $225 00 $ | 135 00 | 13 | Research regarding preserving tax attributes |
| 1/4/2008 | Seddigh, Frank | 0 4 | $225 00 $ | 90 00 | 13 | Research regarding preserving tax attributes |
| 1/7/2008 | Divers. Dale F | 0.6 | $515 00 $ | 309.00 | 13 | Scheduling for 2007 state apportionment and returns |
| 1/7/2008 | Hughes. James R | 2 2 | $490 00 $ | 1.078 00 | 12 | Coordination and review of New Century IRS information requests and responses for tax years 2004-2006 |
| 1/7/2008 | Partridge, Ryan M | 2 9 | $350 00 $ | 1.015 00 | 13 | Review of GT staff availability for upcoming year for purposes of the New Century engagement team |
| 1/7/2008 | Ramirez. Galacio J | 2 9 | $225 00 $ | 652 50 | 13 | Worked on drafting statement of work. reviewing attachment A for language removed previously by the court |
| 1/7/2008 | Ramirez. Galacio J | 2 9 | $225 00 $ | 652 50 | 13 | Work was performed on the budget entering information into the tax budget tool and the profitability tool and continued work on engagement letter and statement of |
| 1/7/2008 | Ramirez. Galacio J | 1 4 | $225 00 $ | 315 00 | 13 | Worked on Attachment A. reviewed legal documents and worked on IRS Form 966 |
| 1/8/2008 | Bravo. Susana G | 1 2 | $245 00 $ | 294 00 | 12 | Review Pennsylvania audit assessment for 2002 - 2004 for New Century Mortgage Corp with D Divers (GT) to prepare petition to Pennsylvania Board of Finance and Revenue |
| 1/8/2008 | Cole, Richard K | 1 9 | $536 84 $ | 1,020.00 | 13 | Prepared for meeting regarding integrated debt |
| 1/8/2008 | Divers, Dale F | 1 2 | $515 00 $ | 618 00 | 12 | Review Pennsylvania audit assessment for 2002 - 2004 for New Century Mortgage Corp with S Bravo (GT) to prepare petition to Pennsylvania Board of Finance and Revenue |
| 1/8/2008 | Divers. Dale F | 0 6 | $515 00 $ | 309 00 | 13 | Planning and scheduling for 2007 tax compliance |
| 1/8/2008 | Hughes. James R | 1 8 | $490 00 $ | 882.00 | 12 | Coordination and analysis of the IRS information requests and responses for the 2004-2006 tax years |
| 1/8/2008 | Hughes. James R | 1 7 | $490 00 $ | 833 00 | 12 | Review and analysis of tax refunds schedule for the 2006 tax year |
| 1/8/2008 | Partridge. Ryan M | 2 2 | $350 00 $ | 770 00 | 13 | Review and adjustments to the firm's engagement letter and Attachment A for purposes of the bankruptcy |
| 1/8/2008 | Partridge, Ryan M | 1 2 | $350 00 $ | 420 00 | 13 | Continued reviewing engagement letters and Attachment A adjustments for the bankruptcy purposes |
| 1/8/2008 | Ramirez, Galacio J | 2 9 | $225 00 $ | 652 50 | 12 | Work performed on revising statement of work and attachment A for which a client |
| 1/8/2008 | Ramirez. Galacio J | 2 3 | $225 00 $ | 517 50 | 12 | Reviewed Attachment A and submitted engagement package for review |
| 1/8/2008 | Ramirez, Javier R | 0 9 | $515 00 $ | 463.50 | 13 | Meeting to review letter and call client |
| 1/8/2008 | Ryan, Stephen T | 1 2 | $600 00 $ | 720.00 | 12 | CA audit-Interco transactions |
| 1/8/2008 | Ryan, Stephen T | 0 8 | $600 00 $ | 480 00 | 12 | NY combined |
| 1/8/2008 | Seddigh, Frank | 2 9 | $225 00 $ | 652.50 | 12 | Research regarding preserving tax attributes |
| 1/9/2008 | Divers. Dale F | 2 8 | $515 00 $ | 1.442 00 | 12 | Review client correspondence relating to New York State Department of Revenue settlement offer relating to offsetting liabilities against refund claims |
| 1/9/2008 | Divers. Dale F | 2 2 | $515 00 $ | 1.133.00 | 12 | Preparation of summary of New York state refunds and liabilities per GT records to compare to New York State Department of Revenue offset offer |
| 1/9/2008 | Grush, Gary A | 0 8 | $600 00 $ | 480.00 | 12 | Meeting with IRS agent |
| 1/9/2008 | Grush, Gary A | 1 8 | $600 00 $ | 1,080.00 | 12 | Review IRS information document request covering the 2004 tax year |
| 1/9/2008 | Hughes. James R | 2 2 | $490 00 $ | 1.078 00 | 13 | Reviewing and coordination the preparation of Form 966 Corporate Dissolution or Liquidation for NCMC Insurance Company |
| 1/9/2008 | Miller. Lindsay A | 0 6 | $170 00 $ | 102 00 | 12 | Scanned and emailed Home123 and NCMC 2006 NY state returns and NC Capital 2006 NY state and city returns for analysis in terms of potential NY refund |
| 1/9/2008 | Partridge, Ryan M | 1 3 | $350 00 $ | 455 00 | 13 | Performing an Engagement Letter Statement of work and Form 1 review |
| 1/9/2008 | Ramirez. Galacio J | 0 8 | $225 00 $ | 180 00 | 12 | Worked was performed revising Statement of Work documents and Attachment A |
| 1/9/2008 | Ryan. Stephen T | 0 4 | $600 00 $ | 240.00 | 12 | CA audit-Interco transactions |
| 1/9/2008 | Ryan, Stephen T | 0 6 | $600 00 $ | 360.00 | 12 | NY combined |
| 1/9/2008 | Ryan, Stephen T | 0.9 | $600 00 $ | 540 00 | 12 | Excess inclusion income |
| 1/9/2008 | Wong. James Y | 0 6 | $225 00 $ | 135 00 | 11 | Review of outstanding receivables, fee auditor order and pending interim fee |
| 1/10/2008 | Amin, Nirav | 2 7 | $325 00 $ | 877 50 | 12 | Review NCMC, HOME 123 and NC Capital's New York refund claims and auditor adjustments to Special Additional Mortgage Recording Tax Credit and participated in conference call with B Pomis and D Divers (GT) regarding next step to get refunds from State of New York |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|------|-------------|-------|-------------|------|-------------|-----------|
| 1/10/2008 | Cole, Richard K | 2 1 | $ 485.71 | 1,020 00 | 13 | Reviewed IRS information document requests for New Century TRS Holdings, Inc |
| 1/10/2008 | Divers, Dale F | 2 8 | $ 515.00 | 1,442 00 | 12 | Continue analysis of New York state tax offset offer and coordination with B Pomis (GT) regarding actual refund amounts per prior year amended returns and refundable mortgage credit amounts |
| 1/10/2008 | Divers, Dale F | 2 6 | $ 515.00 | 1,339 00 | 12 | New York settlement offer analysis, update refunds to reflect actual amended returns filed, B. Pomis (GT) to confirm status of 2006 refunds per returns filed |
| 1/10/2008 | Grush, Gary A | 1 2 | $ 600.00 | 720 00 | 12 | Respond to IRS information document request for New Century TRS Holdings, Inc |
| 1/10/2008 | Hughes, James R | 2 1 | $ 490.00 | 1,029 00 | 12 | Review and analysis regarding the New Century IRS exam for the 2004-2006 tax years |
| 1/10/2008 | Partridge, Ryan M | 1 6 | $ 350.00 | 560 00 | 13 | Additional review of the client engagement acceptance for the year ending 12/31/2007 |
| 1/10/2008 | Pomis, Brian M | 2 8 | $ 515.00 | 1,442 00 | 12 | Continue analysis of New York state tax offset offer and coordination with D Divers (GT) regarding actual refund amounts per prior year amended returns and refundable mortgage credit amounts |
| 1/10/2008 | Ramirez, Galacio J | 0 6 | $ 225.00 | 135.00 | 12 | Work performed revising IRS Form 966 for filing |
| 1/10/2008 | Ryan, Stephen T | 0 4 | $ 600.00 | 240 00 | 12 | NY combined |
| 1/10/2008 | Ryan, Stephen T | 2 9 | $ 600.00 | 1,740.00 | 12 | Excess inclusion income |
| 1/10/2008 | Ryan, Stephen T | 1 1 | $ 600.00 | 660 00 | 12 | Excess inclusion income |
| 1/10/2008 | Seddigh, Frank | 1 2 | $ 225.00 | 270.00 | 13 | Research regarding preserving tax attributes |
| 1/11/2008 | Amin, Nirav | 2 7 | $ 325.00 | 877 50 | 12 | Analyze New York auditor's adjustment to refunds with respect to total refunds claimed, finding additional refund amounts due to inconsistencies in calculations for |
| 1/11/2008 | Amin, Nirav | 0.5 | $ 325.00 | 162 50 | 12 | Called State of New York to document status of 2006 compliance refunds, which are still in process and not anticipated for several weeks and calculated impact on refund claims and auditor's assessment of additional tax liability |
| 1/11/2008 | Arquette, Paul D | 2.9 | $ 225.00 | 652 50 | 13 | Prepared budgets for FY 2008 tax returns |
| 1/11/2008 | Arquette, Paul D | 1 3 | $ 225.00 | 292 50 | 13 | Revised and modified budgets per senior review |
| 1/11/2008 | Crowe, John W | 0 8 | $ 325.00 | 260 00 | 13 | Worked on the budgets for the upcoming state returns for all the entities and the federal REIT return |
| 1/11/2008 | Divers, Dale F | 2 3 | $ 515.00 | 1,184 50 | 12 | Summarized New York state and metro refunds and liabilities for New Century entities and sent summary schedule to J Lisac (AlixPartners) for review |
| 1/11/2008 | Divers, Dale F | 1 4 | $ 515.00 | 721 00 | 12 | Begin summary of outstanding refunds for New Century entities per J. Lisac (AlixPartners) e-mail request |
| 1/11/2008 | Divers, Dale F | 0 7 | $ 515.00 | 360 50 | 13 | Coordinated information request for client information for 2007 state income tax returns for New Century entities |
| 1/11/2008 | Divers, Dale F | 2 4 | $ 515.00 | 1,236 00 | 13 | Revisions to schedule of New York refunds and liabilities for New Century entities for settlement purposes |
| 1/11/2008 | Grierson, R Scot | 0 4 | $ 600.00 | 240 00 | 13 | Analysis and concurrence regarding 2005 NY combined returns and EII position |
| 1/11/2008 | Hughes, James R | 1 1 | $ 225.00 | 247.50 | 11 | Review of 2nd interim fee application. |
| 1/11/2008 | Hughes, James R | 2 1 | $ 490.00 | 1,029 00 | 12 | Review and analysis of the New Century IRS exam for the 2004-2006 tax years |
| 1/11/2008 | Partridge, Ryan M | 1 6 | $ 350.00 | 560 00 | 13 | Review of consulting client acceptance and statements of work |
| 1/11/2008 | Pomis, Brian M | 1 2 | $ 515.00 | 618 00 | 12 | Discussion with NY State regarding overpayments of 2006 NYS tax for NCMC, Home 123, and NC Capital and verification of NYS Special Additional Mortgage Credits for NCMC and Home 123 |
| 1/11/2008 | Ramirez, Galacio J | 1 9 | $ 225.00 | 427 50 | 12 | Worked performed reviewing and revising IRS Form 966 |
| 1/11/2008 | Ryan, Stephen T | 1 1 | $ 600.00 | 660.00 | 12 | NY combined |
| 1/11/2008 | Ryan, Stephen T | 0 6 | $ 600.00 | 360.00 | 12 | Excess inclusion income |
| 1/11/2008 | Schaefer, Francis J | 0 3 | $ 555.00 | 166.50 | 12 | Respond to NY state audit information request |
| 1/12/2008 | Ryan, Stephen T | 2 3 | $ 600.00 | 1,380.00 | 12 | Excess inclusion income |
| 1/12/2008 | Ryan, Stephen T | 1 1 | $ 600.00 | 660 00 | 12 | Excess inclusion income |
| 1/14/2008 | Crowe, John W | 1 8 | $ 325.00 | 585 00 | 13 | Planned and scheduled the hours for the REIT federal return and all of the state returns for all of the New Century entities |
| 1/14/2008 | Crowe, John W | 1 4 | $ 325.00 | 455.00 | 13 | Worked on the Texas return for New Century Warehouse Corporation |
| 1/14/2008 | Divers, Dale F | 2 8 | $ 515.00 | 1,442 00 | 13 | Summarize state income and franchise tax refunds for New Century entities for J Lisac (Alix Partners) |
| 1/14/2008 | Divers, Dale F | 1 2 | $ 515.00 | 618 00 | 13 | Review status of 2005 refund claims for carry-back of net operating losses with GT to review for potential 2006 carry-back claims for New Century Mortgage Corp |
| 1/14/2008 | Divers, Dale F | 0 8 | $ 515.00 | 412 00 | 13 | Review status of New Century Warehouse Corp. Texas franchise tax return. returned by state, initial year, revisions to return and to re-file with state |
| 1/14/2008 | Gamez, Martin | 1 7 | $ 245.00 | 416 50 | 13 | Verified payments for New Century Mortgage Corporation, Home 123 and New Century Credit Corporation |
| 1/14/2008 | Grush, Gary A | 2 1 | $ 600.00 | 1,260.00 | 12 | Respond to IRS information documents requests |
| 1/14/2008 | Hughes, James R | 2 2 | $ 490.00 | 1,078 00 | 12 | Analysis of New Century IRS exam for the 2004-2008 tax years |
| 1/14/2008 | Hughes, James R | 2 3 | $ 490.00 | 1,127 00 | 13 | Review and analysis of 2007 tax information for New Century Financial Corporation and Subsidiaries |
| 1/14/2008 | Hughes, James R | 1 7 | $ 490.00 | 833 00 | 13 | Scheduling and analysis of 2007 tax information and related information |
| 1/14/2008 | Miller, Lindsay A | 2 6 | $ 170.00 | 442 00 | 13 | Prepared NOL spreadsheet to reflect NCMC and NCMC and affiliates 2005 and 2006 NOL's for application to prior years |
| 1/14/2008 | Miller, Lindsay A | 1 1 | $ 170.00 | 187 00 | 13 | Analyzed NCMC and NCMC and Affiliates 2003 amended returns for correct NOL application |
| 1/14/2008 | Miller, Lindsay A | 2 4 | $ 170.00 | 408 00 | 13 | Prepared New Century Warehouse Corp TX return T Letter, updated return to reflect new CFO and compiled for signature and client delivery |
| 1/14/2008 | Partridge, Ryan M | 2 9 | $ 350.00 | 1,015 00 | 13 | All-inclusive review of scheduling matters between SALT and federal groups as well as pinpointing hours for weeks of preparation |
| 1/14/2008 | Partridge, Ryan M | 1 6 | $ 350.00 | 560.00 | 13 | Preparation and review of the consulting and compliance acceptance memo |
| 1/14/2008 | Pomis, Brian M | 2 8 | $ 515.00 | 1,442 00 | 12 | Contacted CA auditor K Yamane regarding analysis of CA refunds for New Century Financial Corporation for tax years 2001-2003 |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|------|-------------|-------|-------------|------|-------------|-----------|
| 1/14/2008 | Ryan, Stephen T | 1 9 | $ 600 00 | 1,140.00 | 12 | CA audit- interco transactions |
| 1/14/2008 | Ryan, Stephen T | 2 2 | $ 600 00 | 1,320.00 | 12 | CA audit- interco transactions |
| 1/14/2008 | Ryan, Stephen T | 1 0 | $ 600 00 | 600 00 | 12 | Consulting - NY combined |
| 1/14/2008 | Ryan, Stephen T | 1 0 | $ 600 00 | 600 00 | 12 | Consulting - excess inclusion income |
| 1/15/2008 | Crowe. John W | 2 3 | $ 325 00 | 747 50 | 13 | Analyzed and researched the 2005 NOL carryback for the state returns for NCMC |
| 1/15/2008 | Divers, Dale F | 0 7 | $ 515 00 | 360 50 | 11 | Review of 2005 net operating loss carryback schedule for state refund claims |
| 1/15/2008 | Divers, Dale F | 0 7 | $ 515 00 | 360 50 | 11 | Scheduling for 2007 state tax compliance for New Century entities |
| 1/15/2008 | Divers, Dale F | 0 8 | $ 515 00 | 412 00 | 12 | Reviewed assessment from New Jersey for New Century Mortgage Corp for tax years 2003 and 2004 scanned and sent to J  Lisac (Alix Partners) |
| 1/15/2008 | Divers. Dale F | 0.8 | $ 515 00 | 412 00 | 12 | Received phone call from Texas Comptroller's Office regarding the 2007 franchise tax report for New Century Warehouse Corporation with return being received by state on 12-3-07, returned due to initial return and changes for tax period and rates. which was revised and sent to New Century week of 1/14/08 for signature and filing |
| 1/15/2008 | Grush, Gary A | 2 6 | $ 600 00 | 1,560 00 | 13 | Respond to IRS information request regarding the 2004 tax year |
| 1/15/2008 | Hughes, James R | 2 1 | $ 490 00 | 1,029 00 | 13 | Analysis regarding New Century's 2004 federal tax refund update |
| 1/15/2008 | Hughes. James R | 2 2 | $ 490 00 | 1,078 00 | 13 | Review of 2006 outstanding state refund claims for New Century and Subsidiaries |
| 1/15/2008 | Partridge. Ryan M | 1 3 | $ 350 00 | 437 50 | 13 | Scheduling processes |
| 1/15/2008 | Ratanjee. Hiten D | 1 1 | $ 390 00 | 429 00 | 12 | Review California audit workpapers for refund amounts for purposes of New Century status update |
| 1/15/2008 | Ryan, Stephen T | 1 9 | $ 600 00 | 1,140 00 | 12 | Consulting - excess inclusion income |
| 1/15/2008 | Ryan, Stephen T | 2 1 | $ 600 00 | 1,260 00 | 12 | Consulting - excess inclusion income |
| 1/16/2008 | Cole, Richard K | 2 9 | $ 510 00 | 1,479 00 | 13 | Meeting with IRS agent D  Flores regarding 2004-2006 tax years |
| 1/16/2008 | Cole, Richard K | 2 9 | $ 510.00 | 1,479 00 | 13 | Review response to IRS information document requests for New Century TRS Holdings, Inc. |
| 1/16/2008 | Crowe. John W | 1 7 | $ 325 00 | 552.50 | 13 | Analyzed and worked on the 2006 NOL state carrybacks for NCMC |
| 1/16/2008 | Divers. Dale F | 2 7 | $ 515 00 | 1,390 50 | 12 | Reviews and revisions to schedules for New York refunds and offsets. finalize and forward schedule to client detailing total refunds per the 2006 state returns filed |
| 1/16/2008 | Divers. Dale F | 2 2 | $ 515 00 | 1,133 00 | 12 | Review workpapers and prepared for 1/17/08 conference call with J  Lisac (AlixPartners) |
| 1/16/2008 | Hughes, James R | 1 7 | $ 490 00 | 833 00 | 13 | Analysis regarding NY state refund claims for New Century Financial Corporation |
| 1/16/2008 | Miller, Lindsay A | 2 6 | $ 170.00 | 442 00 | 13 | Analyzed and finalized NCMC 2005 NOL carryback schedule and worked with J Crowe and D  Divers (GT) to identify states with material carryback refunds available |
| 1/16/2008 | Miller, Lindsay A | 2 4 | $ 170.00 | 408 00 | 13 | Prepared NCMC Hawaii 2003 amended return and applied 2005 NOL carryback to Hawaii's 2003 taxable income |
| 1/16/2008 | Partridge. Ryan M | 1 2 | $ 350 00 | 420.00 | 13 | Compiling and reviewing statements of work for compliance |
| 1/16/2008 | Partridge, Ryan M | 1 1 | $ 350 00 | 385.00 | 13 | Compiling and reviewing statements of work for consulting |
| 1/16/2008 | Pomis, Brian M | 0.6 | $ 515 00 | 309 00 | 12 | Review of California refund claims for New Century Financial Corp  for the 2002 and 2003 tax years and analysis of statute of limitations |
| 1/16/2008 | Pope, Amanda C | 0.1 | $ 245 00 | 24 50 | 12 | Meeting with H  Ratanjee (GT) to discuss state net operating loss carryback |
| 1/16/2008 | Pope, Amanda C | 1.4 | $ 245.00 | 343 00 | 12 | Reviewed state taxable income amounts for 2003 for purposes of carrying back state net operating losses |
| 1/16/2008 | Pope. Amanda C | 0 1 | $ 245 00 | 24 50 | 12 | Reviewed state taxable income amounts for 2003 for purposes of carrying back state net operating losses |
| 1/16/2008 | Ratanjee. Hiten D | 1 2 | $ 390 00 | 468 00 | 12 | Review California audit workpapers for refund amounts for purposes of New Century status update |
| 1/16/2008 | Ratanjee. Hiten D | 0.1 | $ 390 00 | 39.00 | 12 | Meet with A  Pope (GT) to discuss state net operating loss carryback |
| 1/16/2008 | Ryan, Stephen T | 1 9 | $ 600 00 | 1,140 00 | 12 | Consulting- excess inclusion income |
| 1/17/2008 | Cole, Richard K | 1 1 | $ 463 64 | 510.00 | 13 | Prepare response regarding calculation of $52 million deduction |
| 1/17/2008 | Cole, Richard K | 2 8 | $ 528 21 | 1,479.00 | 13 | Prepare response to IRS information document requests for New Century TRS Holdings, Inc. |
| 1/17/2008 | Crowe. John W | 2 2 | $ 325 00 | 715.00 | 13 | Analyzed and reviewed state NOL carrybacks |
| 1/17/2008 | Divers. Dale F | 2 4 | $ 515 00 | 1,236 00 | 12 | Preparation for New Century conference call to discuss California Franchise Tax Board audit status, New York state refunds and liability offsets |
| 1/17/2008 | Divers. Dale F | 1 4 | $ 515 00 | 721 00 | 12 | Discussions with H  Ratanjee and B  Pomis (GT) relating to revisions to New York combined return estimated liabilities in preparation for client conference call and e-mail of CA documents for CA refunds for conference call with J  Lisac |
| 1/17/2008 | Divers, Dale F | 0.9 | $ 515.00 | 463 50 | 12 | Conference call to discuss New York state refunds and potential refund claims, status of California Franchise Tax Board audits of prior refund claims |
| 1/17/2008 | Divers. Dale F | 2 8 | $ 515 00 | 1,442.00 | 12 | Review correspondence relating to various state claims filed, updates to schedule of refunds showing refunds previously received |
| 1/17/2008 | Grush, Gary A | 1 3 | $ 600 00 | 780.00 | 13 | Conference call with the debtors and creditors committee regarding tax issues |
| 1/17/2008 | Grush, Gary A | 1 1 | $ 600 00 | 660.00 | 13 | Conference call with debtor regarding tax refunds |
| 1/17/2008 | Hughes, James R | 2 2 | $ 490 00 | 1,078 00 | 12 | Review of information document requests from the 2004-2006 IRS exam for New Century |
| 1/17/2008 | Hughes, James R | 1 2 | $ 490 00 | 588.00 | 13 | Conference call for New Century with committee |
| 1/17/2008 | Hughes, James R | 1 3 | $ 490 00 | 637 00 | 13 | Preparation and review of state tax refunds including call with J  Lisac (debtor) |
| 1/17/2008 | Martin, Matthew A | 0 8 | $ 225 00 | 180 00 | 12 | Sent PDF copies of various federal and state returns to NY |
| 1/17/2008 | Partridge. Ryan M | 1 9 | $ 350 00 | 665.00 | 13 | Continuing to compile and Review statements of work for compliance |
| 1/17/2008 | Partridge. Ryan M | 1 1 | $ 350 00 | 385.00 | 13 | Scheduling processes |
| 1/17/2008 | Pomis. Brian M | 1 3 | $ 515 00 | 669.50 | 12 | Conference call with J  Lisac of Alix Partners regarding NY State refund and tax liabilities for NCMC. Home 123, and NC Capital |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|---|---|---|---|---|---|---|
| 1/17/2008 | Pomis, Brian M | 1.4 | $515.00 | $ 721.00 | 12 | Discussions with H  Ratanjee and D  Divers (GT) relating to revisions to New York combined return estimated liabilities in preparation for client conference call and e-mail of CA documents for CA refunds for conference call with J  Lisac |
| 1/17/2008 | Ramirez, Javier R | 0 6 | $515.00 | $ 309 00 | 13 | Discussion and follow-up call to Hin Cheung at SBE |
| 1/17/2008 | Ratanjee, Hiten D | 1 4 | $390.00 | $ 546 00 | 12 | Discussions with D  Divers and B  Pomis (GT) relating to revisions to New York combined return estimated liabilities in preparation for client conference call and e-mail of CA documents for CA refunds for conference call with J  Lisac |
| 1/17/2008 | Ratanjee, Hiten D | 0 3 | $390.00 | $ 117 00 | 12 | Prepare General Counsel Ruling for California franchise tax treatment of excess inclusion income |
| 1/17/2008 | Ryan, Stephen T | 1 1 | $600.00 | $ 660 00 | 12 | CA audit- interco transactions |
| 1/17/2008 | Ryan, Stephen T | 0 9 | $600.00 | $ 540 00 | 12 | Consulting - NY combined |
| 1/17/2008 | Ryan, Stephen T | 2 0 | $600.00 | $ 1,200.00 | 13 | Compliance - refunds, rets |
| 1/18/2008 | Cole, Richard K | 2 9 | $510.00 | $ 1,479 00 | 12 | Meet with Agent Flores to review integrated debt |
| 1/18/2008 | Cole, Richard K | 2 4 | $510.00 | $ 1,224 00 | 12 | Review IRS information document requests regarding mark to market |
| 1/18/2008 | Crowe, John W | 1 4 | $325.00 | $ 455 00 | 13 | Researched prior years (2004, 2005, and 2006) New York returns for all New Century entities |
| 1/18/2008 | Divers, Dale F | 2 2 | $515.00 | $ 1,133.00 | 12 | Review and discussions with H  Ratanjee (GT) relating to computation of New York |
| 1/18/2008 | Divers, Dale F | 2 1 | $515.00 | $ 1,081 50 | 12 | Review and changes to schedule of refunds and claims and receipt of additional notices |
| 1/18/2008 | Grush, Gary A | 2 6 | $600.00 | $ 1,560 00 | 13 | Review IRS information document requests for 2006 tax year |
| 1/18/2008 | Hughes, James R | 2 1 | $490.00 | $ 1,029 00 | 12 | Review and analysis of Information Document Requests for the IRS exam of 2004-2006 tax year for New Century |
| 1/18/2008 | Partridge, Ryan M | 0 4 | $350.00 | $ 140 00 | 13 | Review of engagement management matters |
| 1/18/2008 | Partridge, Ryan M | 1 1 | $350.00 | $ 385 00 | 13 | Review of statements of work and engagement letters |
| 1/18/2008 | Pomis, Brian M | 1 4 | $515.00 | $ 721 00 | 12 | Analysis of New York combined filing for New Century Financial Corporation and Affiliates for the tax years 2003-2006 to determine potential savings |
| 1/18/2008 | Ratanjee, Hiten D | 2 2 | $390.00 | $ 858 00 | 12 | Review and discussions with D  Divers (GT) relating to computation of New York combined return and review combined return and sales sourcing rules for potential New York return claim on a combined return basis |
| 1/21/2008 | Bravo, Susana G | 2 9 | $245.00 | $ 710 50 | 12 | Prepared petitions for Pennsylvania  Drafted attachments to Form BFR-003 |
| 1/21/2008 | Bravo, Susana G | 2 9 | $245.00 | $ 710 50 | 12 | Continued preparing petitions for Pennsylvania  Drafted attachments to Form BFR-003 |
| 1/21/2008 | Bravo, Susana G | 1 4 | $245.00 | $ 343 00 | 12 | Continued preparing petitions for Pennsylvania  Drafted attachments to Form BFR-003 |
| 1/21/2008 | Bunting, Rebecah J | 2 6 | $225.00 | $ 585 00 | 13 | Prepared PBC list and reviewed required state returns |
| 1/21/2008 | Bunting, Rebecah J | 0 6 | $225.00 | $ 135 00 | 13 | Worked with L  Miller (GT) to analyze what PBC documents we need from client in order to prepare state returns. Identifying which documents we have to date |
| 1/21/2008 | Cochrum, Crystal L | 1 9 | $ 75.00 | $ 142 50 | 11 | Review December fee application |
| 1/21/2008 | Crowe, John W | 2 9 | $325.00 | $ 942 50 | 13 | Analyzed the NOL carrybacks for NCMC and prior year apportionment |
| 1/21/2008 | Divers, Dale F | 0 7 | $515.00 | $ 360 50 | 12 | Summary of refunds, liabilities and claims filed for New Century and affiliated companies |
| 1/21/2008 | Divers, Dale F | 1 4 | $515.00 | $ 721 00 | 12 | Revisions to computations for estimated New York state and city combined liabilities for tax years 2002 - 2006 for New Century and affiliates |
| 1/21/2008 | Divers, Dale F | 0 8 | $515.00 | $ 412 00 | 12 | Conference call with B  Pomis and H  Ratanjee (GT) regarding NY combined filing analysis for New Century and review of NY City savings |
| 1/21/2008 | Hughes, James R | 1 1 | $225.00 | $ 247 50 | 11 | Review of the December fee application for New Century |
| 1/21/2008 | Hughes, James R | 1 9 | $490.00 | $ 931 00 | 13 | Review and coordination of New Century state tax refund analysis and claim analysis |
| 1/21/2008 | Hughes, James R | 2 3 | $490.00 | $ 1,127 00 | 13 | Coordination and review of IRS information requests for New Century for the 2004-2006 tax years |
| 1/21/2008 | Hughes, James R | 2 2 | $490.00 | $ 1,078.00 | 13 | Analysis and research related to preserving New Century's tax attributes |
| 1/21/2008 | Miller, Lindsay A | 3 3 | $170.00 | $ 561 00 | 13 | Prepared Maryland and Missouri 2003 amended NCMC returns in order to apply 2005 NOL carryback to 2003 taxable income in each state |
| 1/21/2008 | Miller, Lindsay A | 0 6 | $170.00 | $ 102 00 | 13 | Worked with B  Bunting (GT) to analyze what PBC documents we need from client in order to prepare state returns, identifying which documents we have to date |
| 1/21/2008 | Miller, Lindsay A | 1 1 | $170.00 | $ 187 00 | 13 | Prepared the 2006 New Century filing schedule detailing all returns to be filed for each entity |
| 1/21/2008 | Monteleone, Kathryn | 0 9 | $490.00 | $ 441 00 | 12 | Reviewed New York audit documents for B  Pomis (GT) |
| 1/21/2008 | Partridge, Ryan M | 1 4 | $350.00 | $ 490 00 | 13 | Planning assignments for New Century's upcoming week |
| 1/21/2008 | Partridge, Ryan M | 1 6 | $350.00 | $ 560 00 | 13 | Review of file inventory and instruction to staff member of inventory standards |
| 1/21/2008 | Partridge, Ryan M | 2 4 | $350.00 | $ 840 00 | 13 | Review of prior year file to determine issues presented in the current year with explanations given to staff member for further analysis |
| 1/21/2008 | Partridge, Ryan M | 1 1 | $350.00 | $ 385 00 | 13 | Research for REIT filing requirements and REIT testing |
| 1/21/2008 | Pomis, Brian M | 0 8 | $515.00 | $ 412 00 | 12 | Conference call with D  Divers and H  Ratanjee (GT) regarding NY combined filing analysis for New Century and review of NY City savings |
| 1/21/2008 | Ramirez, Galacio J | 1 4 | $225.00 | $ 315 00 | 12 | Attended engagement planning meeting and worked on engagement budgets |
| 1/21/2008 | Ramirez, Galacio J | 2 9 | $225.00 | $ 652 50 | 12 | Worked on 2004 amended return (IRS Form 1120X) |
| 1/21/2008 | Ratanjee, Hiten D | 4 4 | $390.00 | $ 1,716 00 | 12 | Prepared New York analysis regarding tax effect of filing on a combined basis for open tax years |
| 1/21/2008 | Ratanjee, Hiten D | 0 8 | $390.00 | $ 312 00 | 12 | Conference call with B  Pomis and D  Divers (GT) regarding NY combined filing analysis for New Century and review of NY City savings |
| 1/21/2008 | Ryan, Stephen T | 1 1 | $600.00 | $ 660 00 | 12 | Consulting - excess inclusion income |
| 1/21/2008 | Wong, James Y | 0 4 | $225.00 | $ 90 00 | 11 | Review and suggest changes to December 2007 monthly fee application |
| 1/22/2008 | Bravo, Susana G | 2 7 | $245.00 | $ 661 50 | 12 | Prepared petitions for Pennsylvania and drafted attachments to Form BFR-003 |
| 1/22/2008 | Bravo, Susana G | 2 7 | $245.00 | $ 661 50 | 12 | Continued preparing petitions for Pennsylvania and drafted attachments to Form BFR-003 |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|------|--------------|-------|-------------|------|-------------|-----------|
| 1/22/2008 | Bravo, Susana G | 2 6 | $ 245.00 | $ 637.00 | 12 | Review summary of state notices, discussions with S Bravo (GT) relating to updating schedule for notices received. Pennsylvania petition for New Century Mortgage Corp |
| 1/22/2008 | Bravo, Susana G | 2 9 | $ 245.00 | $ 710.50 | 12 | Prepared petitions for Pennsylvania and drafted attachments to Form BFR-003 |
| 1/22/2008 | Bravo, Susana G | 2 8 | $ 245.00 | $ 686.00 | 12 | Continued preparing petitions for Pennsylvania and drafted attachments to Form BFR-003 |
| 1/22/2008 | Bravo, Susana G | 2 6 | $ 245.00 | $ 637.00 | 12 | Continued preparing petitions for Pennsylvania and drafted attachments to Form BFR-003 |
| 1/22/2008 | Bunting, Rebecah J | 2 3 | $ 225.00 | $ 508.25 | 12 | Researched REIT requirements and discussed PBC list requirements |
| 1/22/2008 | Bunting, Rebecah J | 1 1 | $ 225.00 | $ 247.50 | 13 | PBC list research and discussion |
| 1/22/2008 | Bunting, Rebecah J | 0 4 | $ 225.00 | $ 90.00 | 13 | Located files to prepare PBC list |
| 1/22/2008 | Cole, Richard K | 2 6 | $ 490.38 | $ 1,275.00 | 13 | Respond to IRS information document requests for New Century TRS Holdings, Inc |
| 1/22/2008 | Cronin, Caroline | 2 7 | $ 225.00 | $ 607.50 | 11 | Reviewed CMS upgrade with Crystal with regard to reviewing and adjusting time entries for professionals and continued with reconciliation of time entries for NC July 2007 compliance |
| 1/22/2008 | Crowe, John W | 2 9 | $ 325.00 | $ 942.50 | 13 | Researched REIT tests and qualifications for the New Century REIT |
| 1/22/2008 | Divers, Dale F | 2 6 | $ 515.00 | $ 1,339.00 | 12 | Review computations for estimated New York combined liabilities for tax years 2002 - 2006 for New Century and affiliates and discussions with H Ratanjee and B Pomis (GT) regarding computations and New York receipts factor |
| 1/22/2008 | Divers, Dale F | 2 6 | $ 515.00 | $ 1,339.00 | 12 | Review summary of state notices, discussions with S Bravo (GT) relating to updating schedule for notices received. Pennsylvania petition for New Century Mortgage Corp |
| 1/22/2008 | Divers, Dale F | 1 2 | $ 515.00 | $ 618.00 | 12 | Revisions to computations for estimated New York state and city combined liabilities for tax years 2002 - 2006 for New Century and affiliates |
| 1/22/2008 | Divers, Dale F | 2 6 | $ 515.00 | $ 1,339.00 | 12 | Discussions with B. Pomis and H Ratanjee (GT) relating to revisions to New York |
| 1/22/2008 | Divers, Dale F | 2 1 | $ 515.00 | $ 1,081.50 | 12 | Revisions to New York combined return schedules to reflect prior year New York state audit receipts sourcing methodology using property in state and Finnegan methodology applied by sourcing interest income for entire affiliated group |
| 1/22/2008 | Divers, Dale F | 0 6 | $ 515.00 | $ 309.00 | 12 | Conference call with J Lisac (Alix Partners) and C Samis (Richards, Layton & Finger) to discuss New York state refunds and liabilities offsets and potential New York amended returns |
| 1/22/2008 | Divers, Dale F | 1 2 | $ 515.00 | $ 618.00 | 12 | Revisions to schedule of New York state refunds. liabilities and claims for New Century entities for potential settlement |
| 1/22/2008 | Grush, Gary A | 1 1 | $ 600.00 | $ 660.00 | 12 | Review IRS information document requests for 2006 |
| 1/22/2008 | Grush, Gary A | 0 9 | $ 600.00 | $ 540.00 | 13 | Conference call with debtors regarding state tax issues |
| 1/22/2008 | Hughes, James R | 2 2 | $ 490.00 | $ 1,078.00 | 12 | Coordination and review of IRS information requests for the 2004-2006 tax years |
| 1/22/2008 | Hughes, James R | 2 1 | $ 490.00 | $ 1,029.00 | 12 | Review and coordination of the New Century Financial Corporation REIT tests for 2007 |
| 1/22/2008 | Hughes, James R | 1 6 | $ 490.00 | $ 784.00 | 12 | Analysis and preparation of state tax refunds schedule and conference call |
| 1/22/2008 | Partridge, Ryan M | 1 1 | $ 350.00 | $ 385.00 | 13 | Assistance with team members about New Century's tax return processes |
| 1/22/2008 | Partridge, Ryan M | 2 4 | $ 350.00 | $ 840.00 | 13 | Research and analysis of REIT issues |
| 1/22/2008 | Partridge, Ryan M | 1 4 | $ 350.00 | $ 490.00 | 13 | Assistance with Form 1120X with Gosystems and issues |
| 1/22/2008 | Pomis, Brian M | 2 6 | $ 515.00 | $ 1,339.00 | 12 | Discussions with H Ratanjee and D Divers (GT) relating to revisions to New York combined return estimated liabilities in preparation for client conference call |
| 1/22/2008 | Ramirez, Galacio J | 0 9 | $ 225.00 | $ 202.50 | 12 | Attended tax consulting meeting pertaining to de-REIT implications |
| 1/22/2008 | Ramirez, Galacio J | 2 9 | $ 225.00 | $ 652.50 | 12 | Worked on completing IRS Form 1120X and generated T-letter |
| 1/22/2008 | Ratanjee, Hiten D | 2 6 | $ 390.00 | $ 1,014.00 | 12 | Discussions with B Pomis and D. Divers (GT) relating to revisions to New York combined return estimated liabilities in preparation for client conference call |
| 1/22/2008 | Ratanjee, Hiten D | 2 5 | $ 390.00 | $ 975.00 | 12 | Prepared New York analysis regarding tax effect of filing on a combined basis for open tax years |
| 1/22/2008 | Ryan, Stephen T | 0 6 | $ 600.00 | $ 360.00 | 12 | CA audit-interco transactions |
| 1/22/2008 | Ryan, Stephen T | 0 4 | $ 600.00 | $ 240.00 | 12 | Consulting - excess inclusion income |
| 1/22/2008 | Ryan, Stephen T | 1 1 | $ 600.00 | $ 660.00 | 12 | Consulting - NY combined |
| 1/23/2008 | Amin, Nirav | 0 2 | $ 325.00 | $ 65.00 | 12 | Meet with B Pomis (GT) to analyze New York State additional liability for New Century Mortgage Corporation and NC Capital Corporation |
| 1/23/2008 | Bravo, Susana G | 2 1 | $ 245.00 | $ 514.50 | 12 | Draft Pennsylvania petition for New Century Mortgage Corporation for tax years 2002 - 2004 and worked with D Divers (GT) in reviewing Pennsylvania auditor's workpapers for petition |
| 1/23/2008 | Bravo, Susana G | 2 1 | $ 245.00 | $ 514.50 | 12 | Prepared petitions for Pennsylvania and drafted attachments to Form BFR-003 with review and making appropriate adjustments to letters |
| 1/23/2008 | Cochrum, Crystal L | 1 8 | $ 75.00 | $ 135.00 | 11 | Additional review and finalization of December 2007 fee application |
| 1/23/2008 | Cole, Richard K | 2 2 | $ 510.00 | $ 1,122.00 | 13 | Conference call with attorney and followup regarding 858 |
| 1/23/2008 | Cronin, Caroline | 2 8 | $ 225.00 | $ 630.00 | 11 | Continued with review and cleanup of NC July 2007 time entries for compliance |
| 1/23/2008 | Crowe, John W | 0 8 | $ 325.00 | $ 260.00 | 13 | Reviewed and analyzed the list of state tax returns required to be filed by entity |
| 1/23/2008 | Divers, Dale F | 2 2 | $ 515.00 | $ 1,133.00 | 12 | Summary of New York state refunds. liabilities and claims and discussion with B Pomis (GT) regarding two New York claims and contacting the state to determine what claims related to |
| 1/23/2008 | Divers, Dale F | 2 1 | $ 515.00 | $ 1,081.50 | 12 | Draft Pennsylvania petition for New Century Mortgage Corporation for tax years 2002 - 2004 and assisted S Bravo (GT) in reviewing Pennsylvania auditor's workpapers for petition |
| 1/23/2008 | Gamez, Martin | 1 4 | $ 245.00 | $ 343.00 | 12 | Updated refund schedule for NC Capital, New Century Mortgage Corporation & Affiliates |
| 1/23/2008 | Grush, Gary A | 2 2 | $ 600.00 | $ 1,320.00 | 12 | Meeting with IRS auditor and debtor regarding 2004 - 2006 tax years |
| 1/23/2008 | Grush, Gary A | 0 8 | $ 600.00 | $ 480.00 | 13 | Conference call with debtors counsel regarding tax issues |
| 1/23/2008 | Hughes, James R | 1 4 | $ 225.00 | $ 315.00 | 11 | Review of New Century December Fee Application |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|------|-------------|-------|-------------|------|-------------|-----------|
| 1/23/2008 | Hughes, James R | 1.7 | $490.00 $ | 833.00 | 12 | Discussion and meeting with IRS auditor and J Lisac (debtor) regarding New Century audit of 2004-2006 tax years |
| 1/23/2008 | Hughes, James R | 2.3 | $490.00 $ | 1,127.00 | 13 | Review and analysis of Schedule Q information related to the 2007 tax year |
| 1/23/2008 | Hughes, James R | 2.2 | $490.00 $ | 1,078.00 | 13 | Discussion and analysis regarding excess inclusion income and analysis of the 2007 trial balances |
| 1/23/2008 | Partridge, Ryan M | 2.9 | $350.00 $ | 1,015.00 | 12 | Discussions with team members for more understanding of amendment issues |
| 1/23/2008 | Partridge, Ryan M | 1.7 | $350.00 $ | 595.00 | 13 | Continued discussions with team members for more understanding of amendment |
| 1/23/2008 | Pomis, Brian M | 2.2 | $515.00 $ | 1,133.00 | 12 | Summary of New York state refunds, liabilities and claims and discussion with D |
| 1/23/2008 | Pomis, Brian M | 0.2 | $515.00 $ | 103.00 | 12 | Meet with N Amin (GT) to analyze New York State additional liability for New Century Mortgage Corporation and NC Capital Corporation |
| 1/23/2008 | Ramirez, Galacio J | 2.8 | $225.00 $ | 630.00 | 12 | Worked on 2004 IRS Form 1120X for NOL adjustment |
| 1/23/2008 | Ratanjee, Hiten D | 0.6 | $390.00 $ | 234.00 | 12 | Prepared General Counsel ruling for California franchise tax treatment of excess inclusion income |
| 1/23/2008 | Ryan, Stephen T | 0.9 | $600.00 $ | 540.00 | 12 | Consulting - excess inclusion income |
| 1/23/2008 | Wong, James Y | 0.3 | $225.00 $ | 67.50 | 11 | Additional review and modifications to the December 2007 monthly fee applications |
| 1/24/2008 | Amin, Nirav | 0.7 | $325.00 $ | 227.50 | 12 | Contact New York State Bankruptcy Division regarding HOME123 Corporation's assessments related to Corporation Tax and Sales Tax. documenting conversation and finalizing assessments in email and notice log |
| 1/24/2008 | Amin, Nirav | 0.4 | $325.00 $ | 130.00 | 12 | Analyze New York State tax assessments regarding Corporation Tax and Sales Tax for New Century Mortgage Corporation and NC Capital Corporation, contacted New York Bankruptcy Division for status of assessment and final determination and summarized findings in email and document in New York assessment log |
| 1/24/2008 | Amin, Nirav | 0.7 | $325.00 $ | 227.50 | 12 | Discussion with D Divers (GT) about the outstanding NY refunds and tax liabilities for the New Century companies and review of spreadsheet with B Pomis (GT) in order to make necessary calls to the State |
| 1/24/2008 | Bravo, Susana G | 2.2 | $245.00 $ | 539.00 | 12 | Reviewed attachments to Pennsylvania petitions and spoke to reviewer regarding changes that were made |
| 1/24/2008 | Bravo, Susana G | 2.6 | $245.00 $ | 637.00 | 12 | Updated state notices on the spreadsheet on the Z drive and scanned them into the system |
| 1/24/2008 | Bunting, Rebecah J | 1.2 | $225.00 $ | 270.00 | 13 | Researched REIT requirements to determine if the client will meet the filing requirements this tax year |
| 1/24/2008 | Bunting, Rebecah J | 1.9 | $225.00 $ | 427.50 | 13 | Compiled PBC request list based on prior year documents. copied documents and prepared to present to the client |
| 1/24/2008 | Bunting, Rebecah J | 2.4 | $225.00 $ | 540.00 | 13 | Compiled PBC request list based on prior year documents. copied documents and prepared to present to the client |
| 1/24/2008 | Cronin, Caroline | 2.9 | $225.00 $ | 652.50 | 11 | Continued with review and cleanup of NC July 2007 time entries for compliance |
| 1/24/2008 | Divers, Dale F | 1.3 | $515.00 $ | 669.50 | 12 | Revisions and updates to summary of New York state and metro refunds, liabilities and claims |
| 1/24/2008 | Divers, Dale F | 0.9 | $515.00 $ | 463.50 | 12 | Revisions to Pennsylvania petition for tax years 2002 - 2004 for New Century Mortgage Corp |
| 1/24/2008 | Divers, Dale F | 0.7 | $515.00 $ | 360.50 | 12 | Discussion with D Divers (GT) about the outstanding NY refunds and tax liabilities for the New Century companies and review of spreadsheet with N Amin (GT) in order to make necessary calls to the State |
| 1/24/2008 | Goldberg, Walter S | 1.1 | $630.00 $ | 693.00 | 13 | Review and anlysis of Form 1139 issue |
| 1/24/2008 | Grush, Gary A | 2.3 | $600.00 $ | 1,380.00 | 12 | Review IRS information document requests |
| 1/24/2008 | Hughes, James R | 1.9 | $490.00 $ | 931.00 | 13 | Review and analysis of New Century 2004 Amended Federal Return Form 1120X |
| 1/24/2008 | Hughes, James R | 2.2 | $490.00 $ | 1,078.00 | 13 | Review of New Century 2004 Amended Federal Return Form 1120X |
| 1/24/2008 | Hughes, James R | 2.2 | $490.00 $ | 1,078.00 | 13 | Review, analysis, and discussion with debtors regarding the New Century 2004 and 2005 adjustments |
| 1/24/2008 | Hughes, James R | 1.9 | $490.00 $ | 931.00 | 13 | Review and analysis of New Century 2004 Federal Amended tax return Form 1120X |
| 1/24/2008 | Partridge, Ryan M | 1.6 | $350.00 $ | 560.00 | 13 | Discussions and analysis about New Century tax positions |
| 1/24/2008 | Partridge, Ryan M | 2.6 | $350.00 $ | 910.00 | 13 | Populating Q schedule inventory listing and EII analysis |
| 1/24/2008 | Partridge, Ryan M | 1.1 | $350.00 $ | 385.00 | 13 | Understanding changes to Form 1120X and review of final product |
| 1/24/2008 | Pomis, Brian M | 0.7 | $515.00 $ | 360.50 | 12 | Discussion with D. Divers (GT) about the outstanding NY refunds and tax liabilities for the New Century companies and review of spreadsheet with N Amin (GT) in order to make necessary calls to the State |
| 1/24/2008 | Ramirez, Galacio J | 0.7 | $225.00 $ | 157.50 | 13 | Worked on IRS Form 1120X attachments for filing |
| 1/24/2008 | Ramirez, Galacio J | 2.9 | $225.00 $ | 652.50 | 13 | Worked on organizing information needed to be provided by client (PBC) |
| 1/24/2008 | Ramirez, Galacio J | 1.8 | $225.00 $ | 405.00 | 13 | Drafted the provided by client (PBC) information request list |
| 1/25/2008 | Arquette, Paul D | 2.9 | $225.00 $ | 652.50 | 13 | Copies of returns to be attached to Form 1120-X |
| 1/25/2008 | Bravo, Susana G | 0.6 | $245.00 $ | 147.00 | 12 | Reviewed attachment to Form BFR-003 and made appropriate changes |
| 1/25/2008 | Bunting, Rebecah J | 0.6 | $225.00 $ | 135.00 | 13 | Compiled PBC list based on prior year documents |
| 1/25/2008 | Bunting, Rebecah J | 2.2 | $225.00 $ | 495.00 | 13 | Researched REIT code and application to determine if client qualifies for REIT status |
| 1/25/2008 | Bunting, Rebecah J | 2.4 | $225.00 $ | 540.00 | 13 | Continued to research REIT code and application to determine if client qualifies for REIT status |
| 1/25/2008 | Cochrum, Crystal L. | 0.9 | $ 75.00 $ | 67.50 | 11 | Review, sign and send December 2007 fee application |
| 1/25/2008 | Cole, Richard K | 1.9 | $536.84 $ | 1,020.00 | 13 | Review of IRS information document requests for 2004 tax year |
| 1/25/2008 | Cronin, Caroline | 2.7 | $225.00 $ | 607.50 | 11 | Continued with reconciliation of NC August 2007 time entries and received authorization for request to access certain time entries in July and August 2007 for review and revision as necessary |
| 1/25/2008 | Cronin, Caroline | 1.1 | $225.00 $ | 247.50 | 11 | Continued with reconciliation of NC August 2007 time entries and received authorization for request to access certain time entries in July and August 2007 for review and revision as necessary |
| 1/25/2008 | Crowe, John W | 2.1 | $325.00 $ | 682.50 | 13 | Reviewed and analyzed the REIT tests and information for the New Century REIT |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|------|-------------|-------|-------------|------|-------------|-----------|
| 1/25/2008 | Divers, Dale F | 1 2 | $ 515.00 $ | 618.00 | 12 | Finalize schedule of New York state refunds and liabilities, e-mail to J Lisac (Alix Partners) and C Samis (Richards, Layton & Finger) |
| 1/25/2008 | Divers, Dale F | 2.4 | $ 515.00 $ | 1.236 00 | 12 | Work on summary of state refunds, liabilities and claims for all states and years for New Century Mortgage Corporation and affiliates |
| 1/25/2008 | Divers, Dale F | 2 2 | $ 515.00 $ | 1.133 00 | 12 | Revisions to summary schedule of state refunds, liabilities and claims for New Century Mortgage Corporation and affiliates for all states and years |
| 1/25/2008 | Divers, Dale F | 0.4 | $ 515.00 $ | 206 00 | 12 | Revisions to Pennsylvania petitions for New Century Mortgage Corporation for 2002-2004 tax years |
| 1/25/2008 | Divers. Dale F | 0 6 | $ 515.00 $ | 309.00 | 12 | Conversation with B. Pomis (GT) with update of NY refund and tax liability schedule |
| 1/25/2008 | Goldberg. Walter S | 0 9 | $ 630.00 $ | 567.00 | 13 | Conference call with client |
| 1/25/2008 | Grush, Gary A | 2 6 | $ 600.00 $ | 1,560.00 | 13 | Review of excess income inclusion reporting |
| 1/25/2008 | Grush, Gary A | 1 2 | $ 600.00 $ | 720.00 | 13 | Discussion with creditors and debtors regarding tax issues |
| 1/25/2008 | Hughes, James R | 2 2 | $ 490 00 $ | 1,078 00 | 13 | Review and analysis of New Century 2004 Amended Federal Return Form 1120X |
| 1/25/2008 | Hughes. James R | 2 1 | $ 490 00 $ | 1.029 00 | 13 | Review and analysis of New Century 2004 Amended Federal Return Form 1120X |
| 1/25/2008 | Hughes. James R | 1 2 | $ 490 00 $ | 588 00 | 13 | New Century conference call and analysis regarding tax matters and liquidating trust |
| 1/25/2008 | Hughes, James R | 2 1 | $ 490 00 $ | 1,029.00 | 13 | Review and analysis of New Century's 2007 Schedule Qs and dates sold |
| 1/25/2008 | Partridge, Ryan M | 2 8 | $ 350 00 $ | 980 00 | 13 | Walking through provided by client list with staff member |
| 1/25/2008 | Partridge, Ryan M | 1 1 | $ 350 00 $ | 385 00 | 13 | Additional review of provided by client listing |
| 1/25/2008 | Pomis. Brian M | 0 6 | $ 515 00 $ | 309 00 | 12 | Contacted D Divers (GT) with update of NY refund and tax liability schedule |
| 1/25/2008 | Ramirez. Galacio J | 1 1 | $ 225 00 $ | 247 50 | 13 | Attended meeting for and reviewed provided by client information request list with senior |
| 1/25/2008 | Ratanjee, Hiten D | 1 1 | $ 390 00 $ | 429 00 | 12 | Continued to prepare General Counsel ruling for California franchise tax treatment of excess inclusion income |
| 1/25/2008 | Ryan, Stephen T | 0.4 | $ 600 00 $ | 240 00 | 12 | Consulting - excess inclusion income |
| 1/26/2008 | Divers. Dale F | 0.4 | $ 515.00 $ | 206 00 | 12 | Summary of state refunds, liabilities and claims for New Century Mortgage Corporation and related entities with summary sent to J Hughes (GT) for review and discussion |
| 1/26/2008 | Ramirez, Galacio J | 2 8 | $ 225 00 $ | 630.00 | 13 | Took inventory of GT's New Century files and documented |
| 1/26/2008 | Ramirez, Galacio J | 0 2 | $ 225 00 $ | 45.00 | 13 | Documented accounted for New Century files |
| 1/28/2008 | Bunting. Rebecah J | 1 4 | $ 225 00 $ | 315.00 | 13 | Research to determine which state returns need to be filed and which states honor the federal extension form |
| 1/28/2008 | Bunting. Rebecah J | 1 6 | $ 225 00 $ | 360.00 | 13 | Continued research to determine which state returns need to be filed and which states honor the federal extension form |
| 1/28/2008 | Cronin, Caroline | 2 8 | $ 225 00 $ | 630.00 | 11 | Began reconciliation for New Century September 2007 compliance and consulting time entries and requested authorization to review certain professionals for time entry reconciliation |
| 1/28/2008 | Hughes, James R | 1 9 | $ 490 00 $ | 931 00 | 13 | Review and analysis of New Century 2004 Amended Federal Return Form 1120X |
| 1/28/2008 | Hughes. James R | 2 2 | $ 490 00 $ | 1.078 00 | 13 | Analysis and discussions regarding New Century tax matters and liquidating trust structure |
| 1/28/2008 | Miller, Lindsay A | 7 0 | $ 170 00 $ | 1,190.00 | 13 | Prepared 2004 amended returns for 2006 NOL for NCMC |
| 1/28/2008 | Pomis, Brian M | 1 1 | $ 515 00 $ | 566 50 | 12 | Call to Kim Yamane (CA Auditor) regarding status of 2003-2006 FTB audit of New Century Financial Corporation and affiliates |
| 1/28/2008 | Ratanjee, Hiten D | 2.4 | $ 390 00 $ | 936 00 | 12 | Continued to prepare General Counsel ruling for California franchise tax treatment of excess inclusion income |
| 1/28/2008 | Seddigh. Frank | 1 0 | $ 225 00 $ | 225 00 | 13 | Analysis of tax attributes for New Century TRS Holdings. Inc |
| 1/28/2008 | Seddigh. Frank | 1 0 | $ 225 00 $ | 225.00 | 13 | Analysis of New Century Capital Corporation excess inclusion income |
| 1/28/2008 | Seddigh. Frank | 0 7 | $ 225 00 $ | 157 50 | 13 | Review excess inclusion income for New Century Capital Corporation |
| 1/28/2008 | Seddigh. Frank | 0 6 | $ 225 00 $ | 135.00 | 13 | Respond to IRS information document requests for New Century TRS Holdings. Inc |
| 1/29/2008 | Bunting. Rebecah J | 2 8 | $ 225 00 $ | 630 00 | 13 | Completed rollover of prior year M packages and created file for 2007 return |
| 1/29/2008 | Bunting. Rebecah J | 0 2 | $ 225 00 $ | 45 00 | 13 | Worked on PBC list for 2007 returns |
| 1/29/2008 | Bunting. Rebecah J | 0.6 | $ 225 00 $ | 135 00 | 13 | Rollover of prior year M packages for NCFC. NCR IV, and NC Credit Corporation |
| 1/29/2008 | Cronin, Caroline | 2 8 | $ 225 00 $ | 630.00 | 11 | Continued reconciliation for New Century September 2007 compliance and consulting time entries |
| 1/29/2008 | Cronin, Caroline | 1 1 | $ 225 00 $ | 247 50 | 11 | Completed reconciliation of time entries for NC September 2007 compliance and consulting and reviewed certain professionals back to July. August and September 2007 upon receiving authorization to do so |
| 1/29/2008 | Divers. Dale F | 2 8 | $ 515 00 $ | 1,442.00 | 12 | Review responses to omnibus rejections of claims filed by New Jersey, Texas, Pennsylvania, Michigan and Washington |
| 1/29/2008 | Divers. Dale F | 2 1 | $ 515 00 $ | 1.081.50 | 12 | Revisions to Pennsylvania petitions relating to audit assessments for tax years 2002 - 2004 for New Century Mortgage Corporation |
| 1/29/2008 | Seddigh. Frank | 2 9 | $ 225 00 $ | 652 50 | 13 | Plan and prepare for the execution of research regarding the client's Real Estate Investment trust status and teleconference with Tax Partner, National Tax Office Partner regarding the Real Estate Investment Trust's IRC Sec 858 issues |
| 1/29/2008 | Seddigh. Frank | 1 9 | $ 225 00 $ | 427 50 | 13 | Review IRS information document requests for New Century Mortgage Corporation |
| 1/29/2008 | Seddigh, Frank | 1 4 | $ 225 00 $ | 315 00 | 13 | Continued to review IRS information document requests for New Century Mortgage Corporation |
| 1/30/2008 | Bunting. Rebecah J | 1 1 | $ 225 00 $ | 247 50 | 13 | Completed rollover of prior year M package and cleared points left in prior year tax file |
| 1/30/2008 | Cronin. Caroline | 2 3 | $ 225 00 $ | 517 50 | 11 | Began reconciliation for New Century October 2007 compliance and consulting time entries and requested authorization to review certain professionals for time entry reconciliation |
| 1/30/2008 | Divers. Dale F | 2.7 | $ 515 00 $ | 1.390.50 | 12 | Research New Jersey audit proposed adjustments for tax years 2003 and 2004 for New Century Mortgage Corporation |

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative |
|------|-------------|-------|-------------|------|-------------|-----------|
| 1/30/2008 | Divers, Dale F | 2 1 | $ 515 00 $ | 1,081 50 | 12 | Revisions to Pennsylvania petitions for New Century Mortgage Corporation for tax years 2002 - 2004 which were sent to S Bravo (GT) for additional changes to 2003 and 2004 petitions |
| 1/30/2008 | Divers, Dale F | 2.8 | $ 515 00 $ | 1,442 00 | 12 | Review state claims and responses to omnibus rejection for New Jersey. Pennsylvania, Texas, Washington and Michigan |
| 1/30/2008 | Divers, Dale F | 2.4 | $ 515 00 $ | 1,236.00 | 12 | Draft summary of responses to omnibus rejection for the states of Pennsylvania, New Jersey, Michigan, Texas and Washington |
| 1/30/2008 | Miller, Lindsay A | 3 7 | $ 170.00 $ | 629.00 | 13 | Prepared the file for the 2003 NCMC amended returns, applying the 2005 NOL cleared points on the 2003 NCMC amended returns for final review and discussed and noted statute of limitations |
| 1/30/2008 | Seddigh, Frank | 2 7 | $ 225 00 $ | 607.50 | 13 | Prepare response to IRS information document requests for New Century TRS Holdings, Inc |
| 1/30/2008 | Seddigh, Frank | 1 6 | $ 225 00 $ | 360.00 | 13 | Review documentation in connection with IRS information document requests |
| 1/30/2008 | Seddigh, Frank | 1 1 | $ 225 00 $ | 247 50 | 13 | Continue to review documentation in connection with IRS information document requests |
| 1/30/2008 | Seddigh, Frank | 1 1 | $ 225 00 $ | 247 50 | 13 | Prepare response to IRS information document requests for New Century TRS Holdings, Inc |
| 1/31/2008 | Bunting, Rebecah J | 1 3 | $ 225 00 $ | 292 50 | 13 | Reviewed client documents to verify accuracy of REIT testing |
| 1/31/2008 | Cronin. Caroline | 2 6 | $ 225 00 $ | 585 00 | 11 | Completed reconciliation of time entries for NC October 2007 compliance and consulting and reviewed certain professionals in October 2007 and upon receiving authorization to do so, began and completed reconciliation of NC November 2007 time entries for compliance and consulting and began reconciliation of NC December 2007 time entries for compliance and consulting |
| 1/31/2008 | Cronin. Caroline | 2 4 | $ 225 00 $ | 540 00 | 11 | Continued reconciliation of NC December 2007 time entries for compliance and consulting |
| 1/31/2008 | Divers. Dale F | 1 8 | $ 515 00 $ | 927 00 | 12 | Review and revisions to New Century Mortgage Corporation Pennsylvania petitions to protest audit adjustments for tax years 2002 - 2004 |
| 1/31/2008 | Divers. Dale F | 1 2 | $ 515 00 $ | 618 00 | 12 | Summary of responses to omnibus rejection for the states of New Jersey, Pennsylvania, Texas, Washington and Michigan. which was sent to J Lisac and A. Wagner (AlixPartners) and J Hughes (GT) |
| 1/31/2008 | Divers. Dale F | 2 8 | $ 515 00 $ | 1.442 00 | 12 | Research New Jersey intangible income apportionment rules related to proposed assessment for New Century Mortgage Corp for tax years 2003 and 2004 |
| 1/31/2008 | Divers. Dale F | 1 7 | $ 515 00 $ | 875 50 | 12 | Continued research relating to New Jersey intangible income apportionment rules for response to proposed assessment for New Century Mortgage Corp for tax years 2003 and 2004 and forwarded preliminary conclusions to B Pomis (GT) for comments |

| | | 594.5 | | $ 230,446.25 | | |