IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | Re: Docket Nos. 4033 & 4445 |

## CERTIFICATION OF COUNSEL REGARDING ORDER DENYING MOTION TO RECONSIDER ORDER DISALLOWING AND EXPUNGING CERTAIN (I) AMENDED AND SUPERSEDED CLAIMS; (II) BOOKS AND RECORDS CLAIMS; AND (III) REDUCED AND/OR RECLASSIFIED CLAIMS SET FORTH IN THE DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS WITH REGARD TO CLAIMANT LESLIE K. HILL'S CLAIM"

The undersigned hereby certifies as follows:

1. We are counsel to the above-captioned debtors and debtors-in-possession (the "Debtors").

2. On January 16, 2008, Leslie K. Hill d/b/a Farallon Enterprises ("Claimant") filed the *Motion to Reconsider Order Disallowing and Expunging Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims Set Forth in the Debtors' Second Omnibus Objection to Claims with Regard to Claimant Leslie K. Hill's Claim* [Docket No. 4033] (the "Objection").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

3. On January 25, 2008, the Debtors filed an Objection (the "Objection") to the Motion [Docket No. 4445].

4. On February 20, 2008, the Court held a hearing to consider the Motion. At the hearing, the Court sustained the Objection. Further, the Court directed the Debtors to draft a form of order (the "Order") embodying its ruling.

5. Accordingly, the Order is attached hereto as <u>Exhibit A</u>. The Order has been provided to the Claimant for review.

---

Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

WHEREFORE, the Debtors respectfully request that the Court enter the Order attached hereto as <u>Exhibit A</u> at the Court's earliest convenience.

Dated: February 26, 2008  
       Wilmington, Delaware

Respectfully submitted,

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Christopher M. Samis (No. 4909)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, Delaware  19801  
Telephone:  (302) 651-7700  
Facsimile:  (302) 651-7701

- and -

Suzzanne S. Uhland  
Ben H. Logan  
O'MELVENY & MYERS LLP  
275 Battery Street  
San Francisco, California 94111  
Telephone:  (415) 984-8700  
Facsimile:  (415) 984-8701

ATTORNEYS FOR DEBTORS  
AND DEBTORS IN POSSESSION

3