IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**AFFIDAVIT OF SERVICE REGARDING
DOCKET NUMBERS 4807, 4808, 4759, 4714**

I, Valerie Frew, certify that I am a paralegal employed by the law firm of Fox Rothschild LLP, that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that I caused true and correct copies of the following document(s) to be served on the parties on the attached service *via* first class U.S. Mail, in on the date indicated:

1. Stipulation Between Positive Software Solutions, Inc. and the Debtors Regarding Amount of Compensable Costs and Damages Relating to Alleged Violations of Automatic Stay [Docket 4714], on January 28, 2008;

2. Objection to Debtors' Supplement to Motion for Additional Sanctions Regarding Litigation Against Susman Godfrey, LLP [Docket No. 4759], on January 30, 2008;

3. Response to Debtors' Cross- Motion to Disallow or Estimate Proofs of Claim and Debtors' Objection to Proofs of Claim, Motion for Abstention and Reply to its Motion for Relief from the Automatic Stay filed by Positive Software Solutions, Inc. [Docket No. 4807], on February 4, 2008; and

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (Okla. JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L. P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp , a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

4. Exhibits A and B to Response of Positive Software to Debtors' Cross-Motion to Disallow or Estimate Proofs of Claim and Debtors' Objection to Proofs of Claims, Motion for Abstention and its Reply to Motion for Relief from Automatic Stay [Docket No. 4808], on February 4, 2008.

I certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

**FOX ROTHSCHILD LLP**

Dated: February 11, 2008        By:    /s/ *Valerie Frew*
                                       Valerie Frew

Sworn to and subscribed before
me this 11th day of February, 2008.

*/s/ Mary Rutkowski*, Notary Public
My commission expires: August 21, 2011

## SERVICE LIST

New Century TRS Holdings
18400 Von Karman Ave.
Irvine, CA 92612
Wilmington, DE 19899

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Russell C. Silberglied, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Joseph J. McMahon, Jr., Esq.
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison, Ave.
14th & 15th Floor
New York, NY 10022

WM1A 810784v1 02/18/08