## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No.  07-10416 (KJC) |
| INC., *et al.* | : | |
| | : | Re:    D.I. 5050 |
| Debtors. | : | |

### DECLARATION OF SERVICE

I, Kathleen M. Davis, declare as follows:

1.  I am over the age of 18 years and not a party to the within action.

2.  I am employed by Sullivan Hazeltine Allinson LLC, 4 East 8th Street, Suite 400, Wilmington, DE  19801.

3.  On the 27th day of February 2008, I caused copies of the following document to be served upon the parties listed on "Exhibit 1" with exhibits in the manner indicated and the parties listed on "Exhibit 2" without exhibits via U.S. Mail, First Class, postage-prepaid:

    - *Motion of Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. for Entry of an Order (I) Compelling Assumption or Rejection of Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expense.*

I declare under penalty of perjury that the foregoing is true and correct.

Date:  February 27, 2008          By:    *Kathleen Davis*
       Wilmington, Delaware              Kathleen M. Davis