# EXHIBIT 1

**HAND DELIVERY**
*With Exhibits*
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801

**HAND DELIVERY**
*With Exhibits*
Bonnie Glantz Fatell, Esq.
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

**HAND DELIVERY**
*With Exhibits*
Laura Davis Jones, Esq.
PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB
919 N. Market Street, 17th Floor
Wilmington, DE  19801

**HAND DELIVERY**
*With Exhibits*
Joseph McMahon, Esq.
OFFICE OF THE UNITED STATES
TRUSTEE
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**FIRST CLASS MAIL**
*With Exhibits*
Ben H. Logan, Esq.
Suzanne S. Uhland, Esq.
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA  94111
Facsimile: (415) 984-8701
*Without Exhibits*

**FIRST CLASS MAIL**
*With Exhibits*
Bennet L. Spiegel, Esq.
Shirley S. Cho, Esq.
KIRKLAND & ELLIS
777 South Figueroa Street
Los Angeles, CA  90017-5800
Facsimile: (213) 680-8500
*Without Exhibits*

**FIRST CLASS MAIL**
*With Exhibits*
Mark T. Power, Esq.
Mark S. Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
14th and 15th Floors
New York, NY  10022
Facsimile: (212) 478-7400
*Without Exhibits*