UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>NEW CENTURY TRS HOLDINGS, INC. ET AL.,<br><br>Debtors. | Chapter 11<br><br>CASE NO. 07-10416(KJC)<br><br>(Jointly Administered)<br><br>Hearing Date: March 25, 2008, 1:30 PM<br>Objection Deadline: March 18, 2008 |

## NOTICE OF MOTION OF TSUTAE IWAMOTO FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:    Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
PO Box 551
Wilmington, DE 19899
Counsel for Debtors

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
Counsel for Debtors

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Counsel for The Official Committee
Of Unsecured Creditors

Mart T. Power, Esquire
Mark S. Idelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
Counsel for The Official Committee
Of Unsecured Creditor

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

The Movant, Tsutae Iwamoto, has filed a motion for relief from stay (the "Motion") which seeks to annul the stay in order to enable Movant to proceed with litigation pending in the Circuit Court of the First Circuit, State of Hawai'i (the "Circuit Court"), Civil No. 07-1-2430, captioned *Tsutae Iwamoto v. Glen Hironaga, Donald Tanida, New Century Mortgage Corp. Helen Bench Realty, Inc. Charles Bench and Yu Neu Bench.*

**HEARING ON THE MOTION WILL BE HELD ON MARCH 25, 2008, at 1:30 P.M.**

You are required to file a response (and any supporting documentation required by Local Rule 4001-1(d)) to the attached Motion at least five (5) business days before the above hearing date or March 18, 2008.

At the same time, you must serve a copy of the response upon Movant's counsel:

Jeffrey Cianciulli, Esquire
WEIR & PARTNERS LLP
824 Market Street Mall, Suite 1001
Wilmington, DE 19801

and

Bonnie R. Golub, Esquire
WEIR & PARTNERS LLP
Suite 500, The Widener Building
1339 Chestnut Street
Philadelphia, PA 19107

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

           WEIR & PARTNERS LLP

           BY:/s/ Jeffrey S. Cianciulli, Esquire (#4369)
              Bonnie R. Golub, Esquire
              Jeffrey S. Cianciulli, Esquire

Dated: February 27, 2008