UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>NEW CENTURY TRS HOLDINGS, INC. ET AL.,<br><br>Debtors. | Chapter 11<br><br>CASE NO. 07-10416(KJC)<br><br>(Jointly Administered) |

## ORDER FOR RELIEF FROM STAY

AND NOW, THIS _____ day of _____, the above-entitled matter having come before this Court for hearing on the Motion of Tsutae Iwamoto ("Ms. Iwamoto") for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) (the "Motion"), and the Court having considered the Motion and all objections thereto, and good and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is GRANTED, and

It is further ORDERED that, the automatic stay provisions of 11 U.S.C. §362(a) are hereby annulled in order to enable Ms. Iwamoto to pursue an action to quiet title in the state court litigation currently pending in the Circuit Court of the First Circuit, State of Hawai'i, captioned *Tsutae Iwamoto v. Hironaga, et al.*, Civil No. 07-1-2430-12 GWBC (the "State Court Action "); and

It is further ORDERED that, the automatic stay provisions of 11 U.S.C. §362(a) are annulled in order to permit Ms. Iwamoto, following the conclusion of the State Court Action, to

pursue and to exercise all of her rights to reacquire title to that certain property situate at 3489 Manoa Road, Honolulu, Hawai'i.

BY THE COURT:

BY: _____
Kevin J. Carey,
United States Bankruptcy Judge

304190-1                                2