EXHIBIT "B"

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

LOUISE K.Y. ING        2394-0
THOMAS E. BUSH       4737-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800

Attorneys for Plaintiffs

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2008 FEB 11  AM 11: 47

N. ANAYA
CLERK

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

## STATE OF HAWAI`I

| | | |
|---|---|---|
| TSUTAE IWAMOTO, | ) | CIVIL NO. 07-1-2430-12 GWBC |
| | ) | (Other Civil Action) |
| Plaintiff, | ) | |
| | ) | **AFFIDAVIT OF SERVICE** |
| vs. | ) | |
| | ) | |
| GLENN T. HIRONAGA, DONALD | ) | (Re: New Century Mortgage |
| TANIDA, NEW CENTURY MORTGAGE | ) | Corporation) |
| CORPORATION, HELEN BENCH | ) | |
| REALTY INC., CHARLES BENCH, YU | ) | |
| NEU BENCH, HIRONAGA | ) | |
| DEVELOPMENTS, INC., H&L | ) | |
| DEVELOPMENTS, LLC, JOHN | ) | |
| DOES 1-10, JANE DOES 1-10, DOE | ) | |
| CORPORATIONS 1-10, DOE | ) | |
| PARTNERSHIPS 1-10, DOE ENTITIES | ) | |
| 1-10 and DOE GOVERNMENTAL | ) | |
| AGENCIES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

666002v1 / 9047-1

1 34 2004 9:09 AM CT-11 Civil Action Group Civil Action Group  To: 01 (714) 443-0354    PAGE: 001 OF 002

Iwutae Iwamoto. et. al., Plaintiff(s)
vs.
Glenn T. Hironaga, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  087504-0001

## AFFIDAVIT OF SERVICE -- Corporate

ALSTON, HUNT, ET AL
Ms. Betty Kawagoe
1001 Bishop St, Suite 1800
Honolulu, HI 96813

Service of Process on:
–New Century Mortgage Corporation, c/o CT Corporation
System, as r/a
Court Case No. 07-1-2430-12 GWBC

---

State of: __California__ ) ss.
County of: __Orange__ )

Name of Server: _____W. H. Gelnaw_____, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __28__ day of __Jan__, 2008, at __3:01__ o'clock __P__ M

Place of Service: at  818 West Seventh Street , in  Los Angeles, CA 90017

Documents Served: the undersigned served the documents described as:
**First Amended Complaint; Summons; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**New Century Mortgage Corporation, c/o CT Corporation System, as r/a**

Person Served, and
Method of Service:
By delivering them into the hands of an officer or managing agent whose name and
title is: __Margaret Wilson, authorized agent__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex ☒F  Skin Color __wht__ ; Hair Color __grey__ ; Facial Hair
Approx. Age __66__ ; Approx. Height __5'6__ ; Approx. Weight __156__
☒ To the best of my knowledge and belief. said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of
perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
__30__ day of __Jan__, 2008

_____
Notary Public        (Commission Expires)

**APS International, Ltd.**

SANDY M. GELNAW
Commission # 1655591
Notary Public - California
Orange County
My Comm. Expires Mar 31, 2010