IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC. : | Case No. 07-10416(KJC) |
| a DelawareCorporation, 1 : | (Jointly Administered) |
| Debtors. : | |

## CERTIFICATE OF SERVICE

This is to certify that I did cause a true and correct copy of the foregoing **MOTION OF TSUTAE IWAMOTO FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(D)** to be served via first-class mail, postage prepaid, on February 27, 2008, upon the attached Service List.

By: /s/ Jeffrey S. Cianciulli, Esquire (#4369)
Jeffrey S. Cianciulli, Esquire (#4369)
Weir & Partners LLP
824 Market Street, Suite 1001
P.O. Box 708
Wilmington, DE  19899
Telephone:  (302) 652-8181
Facsimile:  (302) 652-8909

---

1   The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc ), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1-800anyloan.com, Anyloan. corn), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century REO Corp, a California corporation; New Century REO II Corp., a California corporation; New Century REO, II Corp, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, LP, a Delaware limited partnership.

304649-1