SERVICE LIST

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
PO Box 551
Wilmington, DE 19899
*Attorneys for Debtor*

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for The Official Committee
Of Unsecured Creditors*

Mart T. Power, Esquire
Mark S. Idelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for The Official Committee
Of Unsecured Creditors*

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Randolph Leong, Esquire
126 Queen Street
Suite 301
Honolulu, Hawaii 96813
*Attorney for Glen Hironaga, Donald Tanida,
Hironaga Developments, Inc. and H&L Developments LLC*

304649-1

Arthur Kuwahara, Esquire
345 Queen Street, Suite 700
Honolulu, Hawaii 96813
*Attorney for Helen Bench Realty, Inc. and
Charles and Yu Neu Bench*

304649-1