IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., ) | |
| a Delaware Corporation, et al., ) | Case No. 07-10416 (KJC) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | **Re: D.I. 5069** |

NOTICE OF WITHDRAWAL OF
DOCUMENT ENTERED IN ERROR (Re: D.I. 5069)

PLEASE TAKE NOTICE that Docket Entry No. 5069 was entered in error, and is hereby withdrawn.

Dated: February 27, 2008        **MORRIS JAMES LLP**

_____
Brett D. Fallon (DE Bar No. 2480)
Douglas N. Candeub (DE Bar No. 4211)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
Telephone:  (302)888-6888
Facsimile:  (302) 571-1750
Email:  bfallon@morrisjames.com
           dcandeub@morrisjames.com

-and-

Andrew J. Petrie
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400S
Denver, Colorado  80202-5424
Telephone:  (303) 626-7139
Facsimile:  (303) 626-7101
Email:  apetrie@featherstonelaw.com

*Attorneys for CitiMortgage, Inc.*

1707165/1