# EXHIBIT A



### NEW CENTURY℠
MORTGAGE CORPORATION

18400 VON KARMAN, SUITE 1000, IRVINE, CA 92612  (949) 440-7030

January 23, 2008

CitiMortgage Inc
c/o Andrew J Petrie
Featherstone Petrie DeSisto LLP
600 Seventeenth St Ste 2400 S
Denver, CO 80202

Re:  Claim Number 3120 filed against New Century Mortgage Corporation

Dear Sir or Madam:

    Enclosed please find a questionnaire and template that New Century, working in connection with a number of major whole loan purchasers, trustees for securitization trusts, and the Creditors' committee, has developed in an effort to facilitate the processing of EPD/FPD and breach claims arising from sales of loans by New Century. You filed a proof of claim asserting an EPDFPD or breach claim against one or multiple New Century entities. The chapter 11 plan that New Century and the Committee have been working on provides for a simplified protocol for resolving these claims that is designed to save substantial costs for creditors and the estates, thereby reducing the amount of cash that would otherwise be consumed in resolving individual loan-by-loan claim disputes and expediting distribution to creditors.

    We request that you complete the information in this questionnaire and spreadsheet as soon as possible, and in no case later than February 8, 2008. Please return it to:

> New Century Financial Corporation
> Attn: Todd B. Brents
> 3337 Michelson Drive
> Suite CN-350
> Irvine, CA 92612

    We would be pleased to work with you in an effort to answer any questions or to help you assemble information, to the extent we can. We expect that the requested information will allow New Century to develop a relatively precise number for the total EPD/FPD and breach claims in the various classes set forth in the chapter 11 plan, thereby providing each creditor with a far better understanding of what its actual distributions will be under the plan than otherwise would be the case. Processing this information as soon as possible should also expedite resolution of any disputes and thereby accelerate when distributions can actually be made.

*Featherstone Petrie DeSisto LLP*
*JANUARY 28 2008*
*RECEIVED*



**NEW CENTURY**℠
MORTGAGE CORPORATION

18400 VON KARMAN, SUITE 1000, IRVINE, CA 92612  (949) 440-7030

We anticipate that this will be a cooperative process and stand ready to work with you in any way we can. We also should advise you, however, that if necessary, we may ask the Bankruptcy Court to order creditors to complete this information and/or object to claims where creditors have not complied. But again, let me emphasize that we want to work with you and to resolve any issues consensually, whenever possible.

Also, New Century underscores that completing this information will <u>not</u> be deemed to be a consent by you to the plan or the calculation of your claim. We have developed the protocol set forth in the plan by working with many of the most substantial loan purchasers and trustees for securitization trusts and anticipate that the plan will be a consensual plan supported by most of New Century's creditors. But we will not take the position that by providing this information you will prejudice your ability to raise any issues that you believe to be appropriate, including objecting to the plan.

Please do not hesitate to call me at 817-312-5876 or e-mail at tbrents@alixpartners.com if you have any questions.

Sincerely yours,

Todd B. Brents

In re: New Century TRS Holdings, Inc., et al. (Case No. 07-10416 (KJC)) Jointly Administered
Claim Reconciliation Form for Loan Purchasers / Securitization Trusts

**NOTE:** This form is to be used for claims arising from New Century's sale of loans to whole loan purchasers and to securitization trusts with respect to claims arising from these sales, including claims on account of asserted Early Payment Defaults, First Payment Defaults and asserted breaches of Representation & Warranties. **CLAIMANT MUST PROVIDE A SEPARATE FORM FOR EACH LEGAL ENTITY FILING A CLAIM.**

**PART I** – Background Information. Please correct any information from the cover letter that is incomplete or incorrect.

Claimant _____

Address _____
_____
_____

Contact _____

Contact's Phone _____

Contact's Email _____

Claim Number _____

Is there any related/affiliated legal entity filing a claim?      ☐ Yes      ☐ No
    Is so, provide the name, affiliation, nature of relationship to the Claimant, and whether any portion of this claim is duplicative.

_____
_____
_____

Types of claim asserted: (check all that apply)

☐ Early Payment Default ("EPD") or First Payment Default ("FPD")[1]
☐ Breach of Representation & Warranty other than EPD/FPD
☐ Other (describe below):

_____
_____

**PART II – BREACH CLAIMS.**

Documents and information required for all loans sold by New Century

For each loan purchase transaction(s) which resulted in an asserted claim provide in (live) electronic spreadsheet or data base format the following information.[2] A sample spreadsheet is attached as Exhibit 1.

This information will be used to calculated distributions with respect to breaches of representations and warranties on loans purchased from New Century pursuant to the Chapter 11 Plan (the "Plan"), including claims for unliquidated breaches that have been asserted by you. The Plan provides a global mechanism to deal with all presently asserted and unliquidated breach claims based on statistical measures detailed in the Plan. Thus, you do **not** need to provide information concerning specific breach claims.

---

[1] Claims are EPD or FPD claims if they arise from a provision in a loan purchase agreement that obligated New Century to repurchase a loan if the borrower defaulted within a specified period of time. Some loan purchase agreements were written with this EPD/FPD obligation as a standalone obligation, while others provide that it is a representation or warranty; either will be treated as an EPD/FPD claim under the protocol.

[2] Provide this information for each loan purchase transaction for which you are asserting a claim.

Page 1

**In re: New Century TRS Holdings, Inc., et al. (Case No. 07-10416 (KJC)) Jointly Administered**
**Claim Reconciliation Form for Loan Purchasers / Securitization Trusts**

- Date of the loan purchase transaction with New Century _____
- Purchase price paid _____
- Number of loans in sale transaction _____
- Did you have any holdback of the purchase price?    ☐ Yes    ☐ No
    - If yes, provide the amount. _____
    - Provide all documents related to the sale and respective closing date.

| Document Name | Closing Date |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

For each loan included in this population of loans purchased, provide the following:

- New Century Loan Number _____ [Note: providing the New Century Loan Number is essential. Your claim can not be processed without it.]

- Borrower name _____

- Unpaid principal balance ("UPB") as of date of loan sale by New Century _____

- UPB as of 8/31/07, or if you sold the loan prior to 8/31/07, as of the date of this sale and the UPB on the date of this sale _____.

- If you were not the original purchaser from New Century, identify the entity that sold the loan to you and certify under penalty of perjury that you have the right to assert breach claims for this loan.

- If you no longer own the loan, provide the date of sale, the identity of the purchaser and certify under penalty of perjury that you retained the right to assert breach claims for this loan.

- New Century entity that is liable for the breach claim:
    - ☐ New Century Capital Corporation
    - ☐ New Century Mortgage Corporation
    - ☐ _____

    If you assert that more than one New Century entity is liable for claims, provide all documents or evidence that you believe supports this assertion.

- Copy of master loan purchase agreement (or similar document) pursuant to which loan was sold by New Century.

**PART III – Information for Loans on Which You Assert an Early Payment Default ("EPD") or First Payment Default ("FPD") Claim.**

The Plan provides a different procedure for resolving EPD and FPD claims than for breach claims. Thus, you must provide a somewhat different set of data for EPD and FPD claims.

**In re: New Century TRS Holdings, Inc., et al. (Case No. 07-10416 (KJC)) Jointly Administered**
**Claim Reconciliation Form for Loan Purchasers / Securitization Trusts**

**All data is to be provided in electronic ("live") spreadsheet or data base format. A sample spreadsheet is attached as Exhibit 2.**

For each loan for which you assert an **EPD/FPD** claim:

- All data set forth in Part II.

- Date of borrower default giving rise to the EPD/FPD claim.

- Identification of loan purchase agreement pursuant to which the loan was sold by New Century with a copy of the relevant EPD/FPD provisions.

- The borrower payment history through 8/31/07.

- The status of the loan as of 8/31/07 (if you sold the loan prior to 8/31/07, give the date of the sale and the status as of that date):

    - ☐ Current
    - ☐ 31-60 days delinquent
    - ☐ 61-90 days delinquent
    - ☐ 91 days or more delinquent
    - ☐ Borrower in bankruptcy
    - ☐ In foreclosure[3]
    - ☐ REO

---

[3] In foreclosure means that the period set in a notice of intent to foreclosure during which the borrower has the ability to bring the loan current has expired.

**In re: New Century TRS Holdings, Inc., et al. (Case No. 07-10416 (KJC)) Jointly Administered
Claim Reconciliation Form for Loan Purchasers / Securitization Trusts**

---

### VERIFICATION

STATE/COMMONWEALTH OF _____

COUNTY OF _____

_____, being duly sworn, deposes and says:

I am the _____ of _____, the claimant submitting the attached claim
              *(Position)*                              *(Claimant/Entity)*
("Claimant"), and have held that position since _____. I have read the foregoing Loan
                                                *(Start Date at Position)*
Purchasers/Investor Claim Reconciliation Form and know the contents thereof, and believe the information contained on such form, and related exhibits or appendices, submitted by Claimant to be true based upon the records and documents of Claimant.

Dated: _____, 200\_

_____
          *(Signature)*

Sworn to before me this

\_\_\_\_\_ day of _____, 200\_

Notary Public

My Commission Expires _____

Seal _____

LA3:1142420.2

Exhibit 1
Breach Claim Supporting Spreadsheet

Claimant _____

| New Century Loan Number | Borrower Name | UPB at Date of Loan Sale | UPB at 8/31/07 (1) | Original Purchaser | New Century entity |
|---|---|---|---|---|---|

(1) Or date of sale if earlier than 8/31/07 if no longer owned by Claimant

Exhibit 2
EPD/FPD Claim Supporting Spreadsheet

Claimant _____

| New Century Loan Number | Borrower Name | UPB at Date of Loan Sale | UPB at 8/31/07 (1) | Original Purchaser | New Century entity | Date of Borrower Default | Loan Purchase Agreement | Status of Loan at 8/31/07 (2) |
|---|---|---|---|---|---|---|---|---|

(1) Or date of sale if earlier than 8/31/07 if no longer owned by Claimant
(2) Attach payment history through 8/31/07. For Status, use one of the following:
    Current
    31-60 Days Delinquent
    61-90 Days Delinquent
    Over 90 Days Delinquent
    Borrower in Bankruptcy
    In Foreclosure
    REO