## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., ) | |
| a Delaware corporation, et al., ) | Case No. 07-10416 (KJC) |
| ) | |
| Debtors. ) | Joint Administration |
| ) | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE      :
                                           : SS:
NEW CASTLE COUNTY    :

    I, William Weller, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on February 27, 2008, I caused service of the following:

**OBJECTIONS OF CITIMORTGAGE, INC. TO
DISCLOSURE STATEMENT FOR THE JOINT CHAPTER 11 PLAN
OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS DATES AS OF
FEBRUARY 2, 2008**

    Service was completed upon the following parties on the attached list as indicated thereon.

Date: February 27, 2008

/s/ William Weller
William Weller

SWORN TO AND SUBSCRIBED before me this 27th of February, 2008.

NOTARY
My commission expires:_____

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

WWW/112908-0001/1706747/1

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899
Facsimile: (302) 651-7701
[Counsel for the Debtors]

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
Facsimile: (302) 425-6464
[Counsel for The Official Committee of Unsecured Creditors]

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
[United States Trustee]

**VIA E-MAIL**
New Century Mortgage Corporation
3337 Michelson Drive, Suite CN-350
Irvine, CA 92612
Attn: Monika L. McCarthy, Esq.
E-mail: mmccarth@ncen.com

**VIA FACSIMILE**
Suzzanne S. Uhland, Esq.
Andrew M. Parlen, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
Facsimile: (415) 984-8701
[Counsel for the Debtors]

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022
Facsimile: (212) 478-7400
[Counsel for the Official Committee of Unsecured Creditors]

AP Services, LLC
Alix Partners
9 West 57th Street, Suite 3420
New York, NY 10019
Attn: Holly Felder Etlin
Facsimile: (212) 490-1344
[Debtors' Crisis Managers]