## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, certify that on February 27, 2008, I caused copies of the foregoing Objection Of Wells Fargo Bank N.A. To (I) The Disclosure Statement For The Joint Chapter 11 Plan Of Liquidation Of The Debtors And The Official Committee Of Unsecured Creditors Dated As Of February 2, 2008; And (Ii) The Motion Of Debtors And Debtors In Possession For An Order (A) Approving Proposed Disclosure Statement For The Joint Chapter 11 Plan Of Liquidation Of The Debtors And The Official Committee Of Unsecured Creditors Dated As Of February 2, 2008; (B) Establishing Procedures For Solicitation And Tabulation Of Votes To Accept Or Reject Proposed Joint Chapter 11 Plan Of Liquidation And (C) Scheduling A Hearing On Confirmation Of Proposed Joint Chapter 11 Plan Of Liquidation And Approving Related Notice Procedures to be served in the manner indicated on:

New Century Mortgage Corporation
3337 Michelson Drive
Suite CN-350
Irvine, CA 92612
Attn: Monika L. McCarthy, Esq.
*Via Facsimile*

Mark D. Collins Esq.
Michael J. Merchant, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
*By Hand*

Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
*By Hand*

Mark S. Indelicato, Esq.
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022
*Via Facsimile*

Suzzanne S. Uhland, Esq.
Andrew M. Parlen, Esq.
O'Melveny & Myers, LLP
275 Battery Street
San Francisco, CA 94111
*Via Facsimile*

AP Services, LLC
9 West 57th Street, Suite 3420
New York, NY 10019
Attn: Holly Felder Etlin
*By First Class Mail*

Bonnie Glantz Fatell, Esq.
Blank Rome, LLP
1201 N. Market Street, Suite 800
Wilmington, De 19801
*By Hand*

_____
Michael G. Busenkell (No. 3933)