IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS,<br>INC., et al.,<br><br>Debtors. | Chapter 11<br>Case Nos. 07-10416-KJC, et seq. |

**CERTIFICATION OF COUNSEL REGARDING ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 1163 & 4896)*

Maria Aprile Sawczuk, an associate with the law firm of Draper & Goldberg, PLLC, certifies to the Court as follows:

1. On February 15, 2008, America's Servicing Company filed a Notice of Intent (Docket No. 4896) (the "Notice") in accordance with the Court's June 7, 2007 Order Establishing Procedures for Relief from the Automatic Stay for Certain Foreclosure Proceedings (Docket No. 1163) (the "Procedures Order"). The Notice was supported by a duly executed affidavit attached thereto[1] and also contained a proposed form of order granting relief from the automatic stay (the "Proposed Order").

2. According to the Procedures Order, if the Debtors failed to respond to the Notice within three (3) business days, then Movant was permitted to submit by certification of counsel a proposed order for relief from stay.

3. The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Notice. The undersigned further certifies that she has

---

[1] The affidavit attached to the Notice was erroneously dated January ,2008 instead of February 2008., Movant executed an amended affidavit, a copy of which is attached hereto as **Exhibit 1**.

reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Notice appears thereon.

4.　　Movant therefore requests that the Court grant Movant relief from the automatic stay in accordance with the Notice, in the form of the Proposed Order, another copy of which is attached hereto as **Exhibit 2**.

Dated: February 27, 2008　　　　　　　　　Respectfully submitted,
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　DRAPER & GOLDBERG, PLLC


　　　　　　　　　　　　　　　　　　　　　　**/s/ Maria Aprile Sawczuk**
　　　　　　　　　　　　　　　　　　　　　　Maria Aprile Sawczuk (DE No. 3320)
　　　　　　　　　　　　　　　　　　　　　　Adam Hiller (DE No. 4105)
　　　　　　　　　　　　　　　　　　　　　　1500 North French Street, 2nd Floor
　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　(302) 339-8776 telephone
　　　　　　　　　　　　　　　　　　　　　　(302) 213-0043 facsimile