IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

NEW CENTURY TRS HOLDINGS, INC. A
DELAWARE CORPORATION, *et al.*
    Debtor

Case No 07-10416
(Chapter 11

Ref: Docket No. <u>526 & 1163</u>

## AMENDED AFFIDAVIT

I solemnly declare and affirm under the penalties of perjury this 21st day of February, 2008 that the foregoing is true and correct to the best of my knowledge, information and belief:

1. That pursuant Paragraph 2 of the Court's June 07, 2007 Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings, America's Servicing Company (hereinafter referred to as "ASC") by the undersigned counsel provided notice of the foreclosure to the Debtors and the Official Committee of Unsecured Creditors in writing January 3, 2008. See composite Exhibit A attached hereto.

2. That pursuant to Paragraph 3 of the Court's June 07, 2007 Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings, America's Servicing Company (hereinafter referred to as "ASC") by the undersigned counsel provided a single notice covering multiple properties referenced on the attached Exhibit.

3. That pursuant to Paragraph 4 of the Court's June 07, 2007 Order

Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings, America's Servicing Company (hereinafter referred to as "ASC") by the undersigned counsel made payment to the Debtors' estate in the amount of $1000.00. See attached Exhibit.

4. That Debtors have not sent acknowledgement of receipt to ASC pursuant to Paragraph 4(b) of said Order.

5. That 30 days have passed as of January 3, 2008 and Debtors have failed to take any action to prevent the first lien from foreclosing.

*/s/ John D. Schlotter*

John D. Schlotter, Georgia Bar No. 629456
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076
770-643-2730 (voice)
770-643-4217 (fax)
jds@mccallaraymer.com

| | | | 35467 |
|---|---|---|---|
| **McCALLA RAYMER, LLC**<br>**LITIGATION OPERATING ACCOUNT**<br>6 CONCOURSE PARKWAY SUITE 3200<br>ATLANTA, GA 30328 | Wachovia<br>Wachovia Bank, N.A.<br>wachovia.com<br>64-22/610 | | 12-31-2007 |

PAY TO THE ORDER OF  New Century Mortgage Company                            $  $1,000.00

One Thousand Dollars & 00/100                                                              DOLLARS

New Century Mortgage Company

MEMO  ASC Second Notice re 6/7/07 Order

AUTHORIZED SIGNATURE

⑈035467⑈ ⑆061000227⑆ 20000261801 51⑈