IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br><br>Debtors. | Chapter 11<br>Case Nos. 07-10416-KJC, *et seq.* |

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 1163 & 4896)*

Pursuant to the Court's June 7, 2007 Order Establishing Procedures for Relief from the Automatic Stay for Certain Foreclosure Proceedings (Docket No. 1163) (the "Procedures Order"), America's Servicing Company ("Movant") having complied with the procedures and made the notices required thereunder; without opposition; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service of the certification of counsel filed in connection with this order is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under applicable non-bankruptcy law on behalf of the parties identified thereupon; it is HEREBY ORDERED as follows:

1. To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any mortgage, deed of trust, lien, or other encumbrance relating to such Properties.

2.  Nothing in this order (i) shall constitute a determination that New Century TRS Holdings, Inc. and its affiliated debtors (the "Debtors") hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

3.  This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____
    Wilmington, Delaware

HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

| Loan Number | Borrower Name | Property Address | BPO Date | BPO Amount | Estimated Payoff | Equity Analysis | Contractual Due Date | Foreclosure Start Date | Location of Foreclosure Action | Foreclosure Status | Sale Date Scheduled | Sale Date and Time | Location of Sale | Foreclosure Atty Name | Name of Party to Foreclose or Substitute |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100187191 | Maria Vitucci | 19423 Royal Lagoon Court, Spring, TX 77388 | 8/21/2007 | $154,900.00 | $148,617.13 | $6,282.87 | 11/1/2006 | 3/20/2007 | Harris County, Texas | On Hold | | Not Set | Harris County, Texas | BARRETT BURKE WILSON | U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust 2006-4 |
| 1127058681 | Charles Wilson | 58 Briar Hollow Ln. # 201, Houston, TX 77027 | 10/12/2007 | $220,000.00 | $418,795.52 | ($198,795.52) | 12/1/2006 | 3/22/2007 | Harris County, Texas | On Hold | | Not Set | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127060686 | Tracey S Ivy | 608 Sugar Creek Drive, Joliet, IL 60433 | 6/5/2007 | $179,900.00 | $206,426.67 | ($26,526.67) | 7/1/2006 | 9/21/2006 | Will County, Illinois | On Hold | | Not Set | Will County, Illinois | FREEDMAN ANSELMO | Deutsche Bank National Trust Company, as Trustee fro Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1146028829 | Rahman A Draper | 6336 Seeley Ave S, Chicago IL 60636 | 6/13/2007 | $89,900.00 | $118,103.02 | ($28,203.02) | 7/1/2006 | 10/16/2007 | Cook County, Illinois | On Hold | | Not Set | Cook County, Illinois | FREEDMAN ANSELMO | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-HE2 |
| 1127042422 | Christopher T Petranec | 4059 De La Vina Way, Kenosha, WI 53140 | 6/25/2007 | $165,000.00 | $183,788.18 | ($18,788.18) | 1/1/2007 | 4/16/2007 | Kenosha County, Wisconsin | On Hold | | Not Set | Kenosha County, Wisconsin | GRAY & ASSOCIATES, LLP | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127072792 | Alexandra C and Damien S Flemmer | 716 West Green Street, Watertown, WI 53098 | 7/16/2007 | $168,000.00 | $153,273.03 | $14,726.97 | 10/1/2006 | 2/21/2007 | Dodge County, Wisconsin | On Hold | | Not Set | Dodge County, Wisconsin | GRAY & ASSOCIATES, LLP | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE4 |
| 1100181437 | Robert Rankin | 500 Hill Avenue, Star Prairie, WI 54026 | 5/10/2007 | $435,000.00 | $596,164.08 | ($161,164.08) | 5/1/2006 | 9/1/2006 | St. Croix County, Wisconsin | On Hold | | Not Set | St. Croix County, Wisconsin | GRAY & END, LLP | Property Asset Management, Inc. |
| 1127044166 | Alba Vasquez | 9 11 Gilbert Street, West Haven, CT 06516 | 10/26/2007 | $219,900.00 | $265,386.26 | ($45,486.26) | 8/1/2006 | 9/13/2009 | Superior Court, Ansonia / Milford Jud. District | On Hold | | Not Set | Superior Court, Ansonia / Milford Jud. District | HUNT LEIBERT | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE4 |
| 1115002288 | Thomas Lovejoy | 510 Brewster Road, Bristol, CT 06010 | 9/8/2007 | $289,900.00 | $268,081.19 | $21,818.81 | 10/1/2006 | 1/17/2007 | Superior Court, New Britain Jud. District | On Hold | | Not Set | Superior Court, New Britain Jud. District | HUNT,LEIBER T,CHESTER& | US Bank, NA |
| 1100135712 | Janvis Jones | 76 East Lucius, Youngstown, OH 44506 | 5/4/2007 | $25,500.00 | $77,407.41 | ($51,907.41) | 1/1/2007 | 9/13/2007 | Mahoning County, Ohio | On Hold | | Not Set | Mahoning County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100180916 | Angelique Pfeifer | 407 Hayes Drive, Reynoldsburg, OH 43068 | 7/13/2007 | $135,000.00 | $157,605.92 | ($22,605.92) | 10/1/2006 | 3/21/2007 | Franklin County, Ohio | On Hold | | Not Set | Franklin County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust 2005-9 |
| 1100141990 | Shadi S Nikriafs | 452 North Sandusky Avenue, Cuyahoga Falls, OH 44221 | 5/31/2007 | $31,900.00 | $71,691.80 | ($39,791.80) | 2/1/2007 | 9/19/2007 | Summit County, Ohio | On Hold | | Not Set | Summit County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust 2005-8 |
| 1100188005 | Zyrone White | 6817 Ardelle Street, Delaware, OH 43015 | 5/9/2007 | $125,000.00 | $150,351.25 | ($25,351.25) | 4/1/2007 | 9/9/2007 | Delaware County Ohio | On Hold | | Not Set | Delaware County, Ohio | LERNER SAMPSON & ROTHFUS | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127057548 | Kimberly Cheshire | 1347 Douglas Avenue, Youngstown, OH 44502 | 5/6/2007 | $36,000.00 | $69,310.38 | ($33,310.38) | 3/1/2007 | 7/9/2007 | Mahoning County, Ohio | On Hold | | Not Set | Mahoning County, Ohio | LERNER SAMPSON & ROTHFUS | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127059338 | Edward R Bowen and Gladys A Bowen | 1513 Windsong Drive, Heath, OH 43056 | 7/25/2007 | $159,900.00 | $163,075.14 | ($3,175.14) | 1/1/2007 | 10/23/2007 | Licking County, Ohio | On Hold | | Not Set | Licking County, Ohio | LERNER SAMPSON & ROTHFUS | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127072930 | Michael O Scott | 315 Water Street, Duncan Falls, OH 43734 | 7/23/2007 | $89,900.00 | $86,699.39 | $3,200.61 | 10/1/2006 | 9/17/2007 | Muskingum County, Ohio | Date Scheduled | | 1/4/2008 10:00 a.m. | Muskingum County, Ohio | LERNER SAMPSON & ROTHFUS | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust |

| Loan # | Borrower | Address | Date | Amount 1 | Amount 2 | Amount 3 | Date 2 | Date 3 | County | Status | Set | County 2 | Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1134022646 | Lilyan J. Bradley Crowl | 20929 Bracher Road, Lucky OH 43443 | 6/9/2007 | $165,000.00 | $172,999.46 | ($7,999.46) | 3/1/2007 | 11/27/2007 | Wood County, Ohio | On Hold | Not Set | Wood County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1146003664 | William A. Brown | 153 Dering Ave., Columbus OH 43207 | 5/8/2007 | $48,000.00 | $56,736.06 | ($8,736.06) | 2/1/2007 | 11/27/2007 | Franklin County, Ohio | On Hold | Not Set | Franklin County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146006828 | Anna J. Hinton | 324 Pepperidge Drive, Trenton OH 45067 | 8/13/2007 | $142,900.00 | $172,543.88 | ($29,643.88) | 5/1/2007 | 10/5/2007 | Butler County, Ohio | On Hold | Not Set | Butler County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146028901 | Bettye J. Williams | 2028 St. Elmo Avenue NE, Canton OH 44714 | 5/6/2007 | $69,900.00 | $94,421.28 | ($24,521.28) | 2/1/2007 | 9/13/2007 | Stark County, Ohio | On Hold | Not Set | Stark County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-HE2 |
| 1300029680 | Selena Randolph | 19807 Harvard Avenue, Warrensville Height, OH 44122 | 8/12/2007 | $69,900.00 | $111,139.14 | ($41,239.14) | 4/1/2007 | 11/29/2007 | Cuyahoga County, Ohio | On Hold | Not Set | Cuyahoga County, Ohio | LERNER SAMPSON & ROTHFUS | HSBC Bank USA, Inc. |
| 1127101626 | Deanna Galley | 1312 North 1675 East, Layton, UT 84040 | 7/10/2007 | $370,000.00 | $401,593.46 | ($31,593.46) | 4/1/2007 | 7/5/2007 | Davis County, Utah | On Hold | Not Set | Davis County, Utah | LUNDBERG & ASSOCIATES | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC4 |
| 1100136350 | Michael C. Robinson | 390 Wilk Hawk Court, Sparks, NV 89436 | 6/20/2007 | $380,000.00 | $402,413.68 | ($22,413.68) | 3/1/2007 | 6/28/2007 | Washoe County, Nevada | On Hold | Not Set | Washoe County, Nevada | NATIONAL DEFAULT | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-8 |
| 1100145864 Jr | Sammie W Saxton | 4719 Casa Bonita Drive, North Las Vegas, NB 89032 | 5/15/2007 | $316,900.00 | $286,920.65 | $29,979.35 | 1/1/2007 | 5/21/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1134031804 | Ivin Johnson | 513 Light Beam Street, Las Vegas, NV 89107 | 6/4/2007 | $280,000.00 | $258,727.14 | $21,272.86 | 3/1/2007 | 6/11/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT | US Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-HE3 |
| 1100185058 | Roberto A Esquejo | 9065 Hilverson Avenue, Las Vegas, NV 89148 | 8/13/2007 | $245,000.00 | $263,500.55 | ($18,500.55) | 11/1/2006 | 2/22/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1127043810 | Trizanne Valencia | 2205 Royal Carribbean Lane, Las Vegas, NV 89031 | 3/14/2007 | $320,000.00 | $272,040.76 | $47,959.24 | 12/1/2006 | 3/19/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127059927 | Alvin C Espiritu | 8018 Counterpoint Lane, Las Vegas, NV 89123 | 6/7/2007 | $330,000.00 | $291,272.41 | $38,727.59 | 3/1/2007 | 6/15/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127075283 | Jaime and Lucille Mendoza | 5074 Walbrook Lane, Las Vegas, NV 89148 | 5/9/2007 | $347,000.00 | $449,091.00 | ($102,091.00) | 2/1/2007 | 5/21/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 |
| 1127043866 | Young Soon Koo | 10910 Caughlin Road, Phelan, CA 92371 | 4/15/2007 | $315,000.00 | $307,887.71 | $7,112.29 | 1/1/2007 | 2/19/2007 | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127045166 | Martin M Aguilar | 1101 Roosevelt Street, Fairfield, CA 94533 | 7/19/2007 | $335,000.00 | $352,834.75 | ($17,834.75) | 4/1/2007 | 6/4/2007 | Solano County, California | On Hold | Not Set | Solano County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127045772 | Dana Cooley | 8837 Ironwood Avenue, California City CA 93505 | 7/18/2007 | $180,000.00 | $146,843.01 | $33,156.99 | 4/1/2007 | 5/21/2007 | Kern County, California | On Hold | Not Set | Kern County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127056396 | Salvador Marquez | 201 North Dillon Avenue, San Jacinto, CA 92583 | 7/13/2007 | $245,000.00 | $226,993.87 | $18,006.13 | 4/1/2007 | 5/21/2007 | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127059633 | Guadalupe Morales | 902 Nolan Way, Chula Vista, CA 91911 | 7/9/2007 | $459,000.00 | $432,176.98 | $26,823.02 | 4/1/2007 | 5/21/2007 | San Diego County, California | On Hold | Not Set | San Diego County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC3 |
| 1127075701 | Elizabeth Armenta | 5609 Cervantes Avenue, San Diego, CA 92114 | 7/6/2007 | $415,000.00 | $458,912.14 | ($43,912.14) | 4/1/2007 | 5/21/2007 | San Diego County, California | On Hold | Not Set | San Diego County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC4 |

| Loan # | Borrower | Property Address | Date | Amount 1 | Amount 2 | Amount 3 | Date 2 | Date 3 | County | Status | Status 2 | County 2 | Firm | Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127076551 | Maria A Suchil | 1918 Pyrenees Avenue, Stockton, CA 95210 | 9/10/2007 | $239,000.00 | $340,548.68 | ($101,546.68) | 1/1/2007 | 2/19/2007 | San Joaquin County, California | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE-4 |
| 1127077245 | Icilda Ionie Wallace | 16107 Watson Court, Chino Hills, CA 91709 | 8/13/2007 | $521,000.00 | $476,036.84 | $44,963.16 | 2/1/2007 | 3/19/2007 | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146004454 | Ronaldo & Jacqueline San Diego | 39953 Potrero Dr., Newark, CA 94560 | 8/19/2007 | $609,000.00 | $584,920.25 | $24,079.75 | 5/1/2007 | 8/7/2007 | Alameda County, California | On Hold | Not Set | Alameda County, California | NDEX WEST, LLC | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146007192 | Manuel Carrera, Jr. | 30275 Pelican Bay, Murrieta, CA 92563 | 8/14/2007 | $259,000.00 | $272,987.22 | ($13,987.22) | 5/1/2007 | 8/6/2007 | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146007146 | Lorilee Lacy | 2251 Stern Pl., Stockton, CA 95206 | 8/17/2007 | $315,000.00 | $395,335.75 | ($80,335.75) | 5/1/2007 | 8/9/2007 | San Joaquin County, California | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146007393 | Betty Pena | 9346-9348 Fox Creek, Stockton, CA 95210 | 8/17/2007 | $325,000.00 | $376,674.71 | ($51,674.71) | 5/1/2007 | 8/6/2007 | San Joaquin County, California | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust, 2006-NC1 |
| 1220010604 | Manuel Higareda | 5331 Nancy Way, Riverside, CA 92503 | 8/22/2007 | $409,900.00 | $422,571.26 | ($12,671.26) | 5/1/2007 | 8/13/2007 | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust, 2006-NC1 |
| 1220007793 | Joel Nieto | 1762 East Fifth Street, Ontario, CA 91764 | 9/4/2007 | $289,000.00 | $300,630.49 | ($11,630.49) | 4/1/2007 | 3/19/2007 | San Bernardino County, California | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust, 2005-7 |
| 1220010775 | Armando Ramirez and Rita Ayala | 289 Bowling Green Dr., Costa Mesa, CA 92626 | 8/17/2007 | $685,000.00 | $669,106.67 | $15,893.33 | 5/1/2007 | 8/3/2007 | Orange County, California | On Hold | Not Set | Orange County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust, 2006-NC1 |
| 1146028306 | Samantha Decker | 316 Milford Street, Brooklyn, NY 11208 | 9/17/2007 | $580,000.00 | $497,030.07 | $82,969.93 | 6/1/2006 | 10/3/2006 | Kings County, New York | On Hold | Not Set | Kings County, New York | STEVEN J BAUM, P.C. | UBS Real Estate Securities, Inc. |
| 1127101125 | Rosa M Flores | 16 Copeland Place, Farmingdale, NY 11735 | 8/11/2007 | $419,999.00 | $490,571.62 | ($70,572.62) | 10/1/2006 | 2/20/2007 | Nassau County, new York | On Hold | Not Set | Nassau County, New York | STEVEN J. BAUM, P.C. | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE-4 |
| 1127105565 | Rolanda Beckett and Ravan Roddy | 440 Macon Street, Brooklyn, NY 11233 | 6/11/2007 | $580,000.00 | $620,984.57 | ($40,984.57) | 7/1/2006 | 1/4/2007 | Kings County, New York | On Hold | Not Set | Kings County, New York | STEVEN J. BAUM, P.C. | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-4 |
| 1134023594 | Steven and Michelle Lydon | 1415 Shell Road, Goodlettsville, TN 37072 | 7/12/2007 | $89,900.00 | $103,268.63 | ($13,368.63) | 9/1/2007 | 11/26/2007 | Davidson County, Tennessee | On Hold | Not Set | Davidson County, Tennessee | WILSON & ASSOCIATES, PLLC | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1100189613 | Michelle Moore | 294 Spruce Glen Cove, Cordova, TN 38018 | 7/18/2007 | $167,500.00 | $177,179.91 | ($9,679.91) | 10/1/2007 | 7/20/2007 | Shelby County, Tennessee | On Hold | Not Set | Shelby County, Tennessee | WILSON & ASSOCIATES, PLLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1127047049 | Stephanie Brewer and Lida Dalton | 519 Starbird Street, Van Buren, AR 72956 | 5/22/2007 | $216,900.00 | $256,401.75 | ($39,501.75) | 1/1/2007 | 7/30/2007 | Crawford County, Arkansas | On Hold | Not Set | Crawford County, Arkansas | WILSON & ASSOCIATES, PLLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |