IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| NEW CENTURY TRS HOLDINGS, | ) |
| INC., a Delaware corporation, et al.,[1] | ) |
| | ) Case No. 07-10416 (KJC) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**TENTH MONTHLY APPLICATION OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Effective Date of Retention: | April 9, 2007 |
| Period for which compensation and reimbursement is sought: | January 1 Through January 31, 2008 |
| Amount of Compensation requested: | $155,792 |
| Amount of Expense Reimbursement requested: | $7,938.73 |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Monthly Fee Applications Filed:

| Date Filed | Period Covered | Requested | | Total Cash Collected | | Balance |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Due |
| June 1, 2007 | April 9, 2007 through April 30, 2007 | $127,765 | $8,022.40 | $102,212 | $8,022.40 | $25,553 |
| June 26, 2007 | May 1, 2007 through May 31, 2007 | $228,776 | $21,047.69 | $183,020 | $21,047.69 | $45,756 |
| July 23, 2007 | June 1, 2007 through June 30, 2007 | $249,531 | $8,398.68 | $199,624 | $8,398.68 | $49,906 |
| August 20, 2007 | July 1, 2007 through July 31, 2007 | $181,941 | $2,930.79 | $145,552 | $2,930.79 | $36,388 |
| September 20, 2007 | August 1, 2007 through August 31, 2007 | $212,493 | $9,356.13 | $171,995 | $9,356.13 | $40,498 |
| October 22, 2007 | September 1, 2007 through September 30, 2007 | $805,710 [1] | $2,380.23 | $642,568 | $2,380.23 | $163,142 |
| December 3, 2007 | October 1, 2007 through October 31, 2007 | $208,168 | $533.48 | $166,534 | $533.48 | $41,634 |
| December 17, 2007 | November 1, 2007 through November 30, 2007 | $297,214 | $10,800.79 | $237,771 | $10,800.79 | $59,443 |
| January 21, 2008 | December 1, 2007 through December 31, 2007 | $173,751 | $4,675.35 | | | $178,426.35 |
| February 28, 2008 | January 1, 2008 through January 31, 2008 | $155,792 [2] | $7,938.73 [2] | | | $163,730.73 |

---

[1] Includes $650,000 Completion Fee.
[2] Net of reductions agreed upon pursuant to FTI's response to the fee auditor's Initial Report Regarding the First Interim Fee Application of FTI Consulting, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, ) | |
| INC., a Delaware corporation, et al., ) | |
| ) | Case No. 07-10416 (KJC) |
| ) | (Jointly Administered) |
| Debtors. ) | |

**TENTH MONTHLY APPLICATION OF FTI CONSULTING, INC. FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

FTI Consulting, Inc. and its wholly owned subsidiaries (hereinafter referred to collectively as "FTI" or the "Applicant"), as Financial Advisor to the Official Committee of Unsecured Creditors ("Committee") of New Century TRS Holdings, Inc., et al. (the "Debtors") pursuant to Sections 328 and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy procedure (the "Bankruptcy Rules"), and the Court's Administrative Order Pursuant to §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professional Expenses of Professionals, approved April 24, 2007 [Docket No. 389] (the "Administrative Order"), hereby files this application for an order awarding monthly interim allowance of reasonable compensation for financial advisory services rendered to the Committee in the amount of $155,792 for the period January 1, 2008 through January 31, 2008 (the "Compensation Period") and $7,938.73 for expense reimbursements. In support of this application, FTI does respectfully represent and allege as follows:

## FACTUAL BACKGROUND

1. On April 2, 2007 (the "Petition Date"), the Debtors sought Chapter 11 relief in this Court. Since that time, the Debtors have continued in the operation of their businesses and management of their properties as debtors in possession.

2. Thereafter, at an organizational meeting held on April 9, 2007, the U.S. Trustee formed the Committee to act as a fiduciary for the creditor body pursuant to Section 1102 of the Bankruptcy Code, selecting from approximately twenty-five candidates willing to serve in that capacity. The Committee consists of seven members: Fidelity National Information Services, Inc., Wells Fargo Bank, N.A. as Indenture Trustee, Credit-Based Asset Servicing and Securitization LLC, Residential Funding Company, LLC, Credit Suisse First Boston Mortgage Capital LLC, Deutsche Bank National Trust Co. and Maguire Properties – Park Place, LLC.

3. The Committee then selected the law firms of Hahn and Hessen LLP and Blank Rome LLP as its counsel and FTI Consulting, Inc. as its financial advisor.

4. On May 4, 2007, the Committee filed its application with this Court seeking to employ and retain FTI to perform financial advisory services for the Committee in this case, *nunc pro tunc* to April 9, 2007 (the "FTI Retention Application"). On May 30, 2007, the order was signed authorizing the FTI Retention Application [Docket No. 551].

## COMPENSATION AND REIMBURSMENT OF EXPENSES

5. By this Application, FTI is seeking allowance of compensation and reimbursement of reasonable and necessary expenses incurred in connection with professional services rendered as financial advisor to the Committee during the Compensation Period in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, corresponding local rules, orders of this Court and guidelines established by the United States Trustee.

6. As stated in the FTI Retention Application, approved on May 30, 2007, FTI is authorized

to seek compensation for its services provided to the Committee at a fixed monthly rate of $150,000 for each of the first 3 months and $100,000 thereafter. In addition, FTI is authorized to seek compensation for certain services on an hourly basis. For the period from January 1, 2008 through January 31, 2008, total fees were $155,792 (net of a $450 reduction agreed upon pursuant to FTI's response to the fee auditor's initial report regarding FTI's first interim fee application) and expenses incurred were $7,938.73 (net of a $264.94 reduction agreed upon pursuant to FTI's response to the fee auditor's initial report regarding FTI's first interim fee application).

7. The professionals providing services and aggregate time billed by each professional is set forth on **Exhibit A**.

8. A summary schedule of services performed by project category followed by detailed descriptions of services rendered during the Compensation Period is set forth on **Exhibit B**.

9. Attached as **Exhibit C** is a description of the primary project categories.

10. **Exhibit D** contains a summary and a breakdown of expenses incurred by FTI during the Compensation Period.

WHEREFORE, FTI respectfully requests allowance of compensation for professional services rendered in the amount of $155,792 and reimbursement for expenses incurred in the amount of $7,938.73, or a total of $163,730.73, and granting such other and further relief as may be appropriate.

Dated: February 25, 2008

FTI Consulting, Inc.

By: _____
Samuel Star
Three Times Square
New York, NY 10036
Telephone: 212.841.9368
E-mail: samuel.star@fticonsulting.com

Financial Advisors to the Official Committee of Unsecured Creditors' of New Century TRS Holdings, Inc., et al.