EXHIBIT A

# NEW CENTURY FINANCIAL CORP.
## FTI CONSULTING
### SUMMARY OF HOURS BY PROFESSIONAL
### FOR THE PERIOD JANUARY 1, 2008 THOUGH JANUARY 31, 2008

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Greenspan, Ronald | Senior Managing Director | 1.8 | | |
| Sloane, Raymond | Senior Managing Director | 1.6 | | |
| Star, Samuel | Senior Managing Director | 27.0 | | |
| Joffe, Steven | Senior Managing Director | 9.5 | | |
| Dragelin, Timothy | Senior Managing Director | 7.5 | | |
| Ellis, Melissa | Director | 52.1 | | |
| Bryant, Kristin | Senior Consultant | 3.6 | | |
| Amico, Marc | Senior Consultant | 62.0 | | |
| Nitz, Scott | Consultant | 2.5 | | |
| Pearson, Linda | Administrative | 1.0 | | |
| **Sub-Total** | | **168.6** | **N/A** | **$ 100,000** |

### Hourly Scope Projects

| Professional | Position | Hours | | | |
|---|---|---|---|---|---|
| Sloane, Raymond | Senior Managing Director | 10.2 | $ | 615 | $ 6,273 |
| Shapss-Herringer, Wendy | Managing Director | 4.9 | | 550 | 2,695 |
| Briggi, Lawrence | Managing Director | 2.8 | | 475 | 1,330 |
| Ellis, Melissa | Director | 2.2 | | 560 | 1,232 |
| Friedler, Andrew | Director | 4.7 | | 475 | 2,233 |
| Gosik, Jaime | Director | 33.5 | | 435 | 14,573 |
| Spieler, Marc | Director | 1.8 | | 465 | 837 |
| Wilbur, Alan | Director | 14.7 | | 325 | 4,778 |
| Pelavin, David | Senior Consultant | 0.9 | | 295 | 266 |
| Rondeau, Juliejon | Senior Consultant | 0.8 | | 275 | 220 |
| Connor, Jennifer | Senior Consultant | 29.8 | | 270 | 8,046 |
| de la Incera, Carlos | Senior Consultant | 33.8 | | 300 | 10,140 |
| Meyer, Joshua | Senior Consultant | 2.8 | | 300 | 840 |
| Agyemang, Abay | Consultant | 6.9 | | 275 | 1,898 |
| Cross, Jacob | Consultant | 1.7 | | 255 | 434 |
| Levenberg, Hal | Project Assistant | 3.0 | | 150 | 450 |
| **Sub-Total** | | **154.5** | | | **$ 56,242** |
| Less amounts agreed for reduction per FTI's response to the fee auditor's report | | | | | (450) [1] |
| **Total** | | **323.1** | | | **$ 155,792** |

[1] This amount reflects FTI's agreed upon reduction in fees per FTI's response to the fee auditor's report. It relates to a reduction in the billing rate of Hal Levenberg to $80 per hour for certain entries identified by the fee auditor.