## NEW CENTURY FINANCIAL CORP.
## FTI CONSULTING
## SUMMARY OF HOURS BY PROJECT CODE
## FOR THE PERIOD JANUARY 1, 2008 THOUGH JANUARY 31, 2008

**PROJECT**

| CODE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 1 | Planning, Supervision and Review | 6.0 |
| 2 | Preparation and Review of Info. Requests and Related Matters | 1.9 |
| 3 | Review Newly Received Documents | 7.9 |
| 6 | Analysis re: Potential Avoidance Actions | 3.8 |
| 10 | Review of Warehouse Lender Issues | 1.5 |
| 12 | Analysis of Tax Issues | 17.6 |
| 18 | Analyze Liabilities Subject to Compromise | 8.4 |
| 19 | Prep/Particp in Mtgs & Conf Calls with Debtor and Advisors | 4.2 |
| 20 | Prep/Particp in Creditor Committee Mtgs & Conf Calls | 15.9 |
| 22 | Analyze Employee Severance, Pension, Retention and Bonus Programs | 3.1 |
| 30 | Participate in Negotiation and Formulation of Plan and Reorganization | 38.7 |
| 32 | Review of Disclosure Statement | 9.1 |
| 33 | Analyze Asset Sales Proposals | 4.4 |
| 36 | Analysis & Preparation of Short-term Cash Flow Projections | 13.3 |
| 37 | Firm Retention | 7.8 |
| 38 | Preparation of Fee App | 11.6 |
| 39 | Preparation of Monthly Invoice and Support Schedules | 13.4 |
| **Sub-Total** | | **168.6** |

### Hourly Scope Projects

**PROJECT**

| CODE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 6 | Analysis re: Potential Avoidance Actions | 48.7 |
| 41 | Document Management Services | 105.8 |
| **Sub-Total** | | **154.5** |
| **Total** | | **323.1** |

NEW CENTURY FINANCIAL CORP.  
FTI CONSULTING  
SUMMARY OF HOURS BY PROJECT CODE  
FOR THE PERIOD JANUARY 1, 2008 THOUGH JANUARY 31, 2008

EXHIBIT B

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|------|-------------|----------|------|-------|----------------------|
| 1/4/2008 | Ellis, Melissa | Director | 1 | 0.2 | Coordinate meeting with FLC. |
| 1/7/2008 | Ellis, Melissa | Director | 1 | 0.2 | Coordinate meeting with FLC. |
| 1/7/2008 | Star, Samuel | Sr Managing Dir | 1 | 0.1 | Telephone call with M. Ellis re: case status. |
| 1/8/2008 | Ellis, Melissa | Director | 1 | 0.2 | Work plan discussion with S. Star |
| 1/9/2008 | Amico, Marc | Sr Consultant | 1 | 0.9 | Meeting with FTI team to discuss workplan. |
| 1/9/2008 | Ellis, Melissa | Director | 1 | 1.0 | Team meeting re: open items. |
| 1/9/2008 | Star, Samuel | Sr Managing Dir | 1 | 1.1 | Conference call with team re: work plan. |
| 1/10/2008 | Star, Samuel | Sr Managing Dir | 1 | 0.5 | Organize workpapers. |
| 1/14/2008 | Star, Samuel | Sr Managing Dir | 1 | 0.5 | Meet with team re: work plan. |
| 1/16/2008 | Ellis, Melissa | Director | 1 | 0.2 | Organize files and call coordination. |
| 1/22/2008 | Star, Samuel | Sr Managing Dir | 1 | 0.5 | Meetings with M. Ellis re: work plan. |
| 1/29/2008 | Ellis, Melissa | Director | 1 | 0.3 | Tend to administrative items re: billing. |
| 1/29/2008 | Ellis, Melissa | Director | 1 | 0.3 | Organize workpapers. |
| | | | 1 Total | 6.0 | |
| | | | | | |
| 1/9/2008 | Amico, Marc | Sr Consultant | 2 | 0.6 | Prepare list of open items. |
| 1/16/2008 | Amico, Marc | Sr Consultant | 2 | 0.7 | Prepare agenda for call with Debtor. |
| 1/30/2008 | Amico, Marc | Sr Consultant | 2 | 0.3 | Draft email to Debtor requesting list of open items. |
| 1/30/2008 | Ellis, Melissa | Director | 2 | 0.3 | Review open items list from M. Amico. |
| | | | 2 Total | 1.9 | |
| | | | | | |
| 1/2/2008 | Amico, Marc | Sr Consultant | 3 | 1.2 | Review various email correspondences and documents sent from Debtor over the last two weeks. |
| 1/3/2008 | Amico, Marc | Sr Consultant | 3 | 0.4 | Review court docket and draft email to team re: same. |
| 1/7/2008 | Amico, Marc | Sr Consultant | 3 | 0.2 | Review court docket and draft email to team re: same. |
| 1/7/2008 | Ellis, Melissa | Director | 3 | 0.2 | Review email re: recent filings. |
| 1/8/2008 | Star, Samuel | Sr Managing Dir | 3 | 0.6 | Review correspondence from counsel re: pending motions. |
| 1/9/2008 | Star, Samuel | Sr Managing Dir | 3 | 0.2 | Review miscellaneous correspondence from counsel. |
| 1/10/2008 | Amico, Marc | Sr Consultant | 3 | 0.4 | Draft and distribute email re: what has recently been filed to the court docket. |
| 1/10/2008 | Ellis, Melissa | Director | 3 | 0.2 | Review summary email from M. Power. |
| 1/14/2008 | Amico, Marc | Sr Consultant | 3 | 0.6 | Review counsel's summary of significant issues and distribute summary email to team. |
| 1/14/2008 | Ellis, Melissa | Director | 3 | 0.3 | Review committee update memo. |
| 1/14/2008 | Ellis, Melissa | Director | 3 | 0.2 | Review Positive software memo. |
| 1/15/2008 | Amico, Marc | Sr Consultant | 3 | 0.4 | Review court docket and distribute email to team re: noteworthy filings. |
| 1/15/2008 | Star, Samuel | Sr Managing Dir | 3 | 0.4 | Review various correspondence from counsel. |
| 1/21/2008 | Amico, Marc | Sr Consultant | 3 | 0.3 | Review court docket and distribute email to team re: noteworthy filings. |
| 1/21/2008 | Amico, Marc | Sr Consultant | 3 | 0.3 | Gather and organize files of miscellaneous asset sales |
| 1/22/2008 | Amico, Marc | Sr Consultant | 3 | 0.2 | Read various emails from counsel re: adequate protection and Examiner fees. |
| 1/24/2008 | Amico, Marc | Sr Consultant | 3 | 0.3 | Review court docket and distribute email to team re: noteworthy filings. |
| 1/29/2008 | Amico, Marc | Sr Consultant | 3 | 0.4 | Review court docket and distribute email to team re: noteworthy filings. |
| 1/29/2008 | Ellis, Melissa | Director | 3 | 0.2 | Review Hahn & Hessen memo. |
| 1/29/2008 | Star, Samuel | Sr Managing Dir | 3 | 0.7 | Review correspondence from counsel re: recent motions |
| 1/31/2008 | Amico, Marc | Sr Consultant | 3 | 0.2 | Review court docket and distribute email to team re: noteworthy filings |
| | | | 3 Total | 7.9 | |
| | | | | | |
| 1/2/2008 | Star, Samuel | Sr Managing Dir | 6 | 0.2 | Review litigation status. |
| 1/10/2008 | Ellis, Melissa | Director | 6 | 0.2 | Review Examiner's motion. |
| 1/16/2008 | Dragelin, Timothy | Sr Managing Dir | 6 | 1.0 | Review avoidance action issues and other claim issues with S. Star, M. Ellis and R. Sloane (FTI). |
| 1/16/2008 | Ellis, Melissa | Director | 6 | 1.0 | Meeting with FLC team for status review. |
| 1/16/2008 | Star, Samuel | Sr Managing Dir | 6 | 0.3 | Review H&H memo re: litigation and examiner status. |
| 1/16/2008 | Star, Samuel | Sr Managing Dir | 6 | 0.8 | Meet with FLC team re: status of examiner work and potential causes of action. |
| 1/22/2008 | Ellis, Melissa | Director | 6 | 0.2 | Review examiner memo. |
| 1/25/2008 | Ellis, Melissa | Director | 6 | 0.1 | Review examiner update email. |
| | | | 6 Total | 3.8 | |
| | | | | | |
| 1/15/2008 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.6 | Review documents from Alix Partners re: warehouse leader protocols. |
| 1/16/2008 | Dragelin, Timothy | Sr Managing Dir | 10 | 0.9 | Call with T. Brents (AP) regarding warehouse lender claims reconciliations and protocol |
| | | | 10 Total | 1.5 | |
| | | | | | |
| 1/7/2008 | Ellis, Melissa | Director | 12 | 0.7 | Review tax related filings and summary from Hahn & Hessen and discuss with S. Joffe. |
| 1/7/2008 | Joffe, Steven | Sr Managing Dir | 12 | 1.0 | Review of motion papers regarding IRS refund. |
| 1/9/2008 | Ellis, Melissa | Director | 12 | 0.2 | Draft email re: tax payment on restricted stock. |
| 1/10/2008 | Star, Samuel | Sr Managing Dir | 12 | 0.4 | Discussion with Committee counsel and Debtors re: proposed withholding tax payment. |
| 1/14/2008 | Ellis, Melissa | Director | 12 | 0.2 | Email correspondence re: tax issues. |
| 1/15/2008 | Joffe, Steven | Sr Managing Dir | 12 | 0.3 | Discussion with team regarding grantor trusts. |
| 1/15/2008 | Joffe, Steven | Sr Managing Dir | 12 | 0.6 | Research grantor trusts with multiple classes on beneficiaries. |
| 1/17/2008 | Ellis, Melissa | Director | 12 | 1.4 | Participate on call with Debtors re: tax implications of plan and other tax items. |
| 1/17/2008 | Ellis, Melissa | Director | 12 | 0.3 | Review tax information in advance of call. |
| 1/17/2008 | Joffe, Steven | Sr Managing Dir | 12 | 1.7 | Conference call with counsel for company re: tax issues |
| 1/21/2008 | Ellis, Melissa | Director | 12 | 0.2 | Email correspondence with team and counsel re: tax issues. |
| 1/22/2008 | Ellis, Melissa | Director | 12 | 0.5 | Pre-meeting with S. Star to discuss tax issues. |
| 1/22/2008 | Ellis, Melissa | Director | 12 | 1.5 | Participate on tax call and post meeting with team. |
| 1/22/2008 | Joffe, Steven | Sr Managing Dir | 12 | 1.3 | Call with counsel re: tax issues. |
| 1/22/2008 | Star, Samuel | Sr Managing Dir | 12 | 1.6 | Conference call with Debtors re: tax issues associated with POL. |
| 1/24/2008 | Joffe, Steven | Sr Managing Dir | 12 | 1.1 | Conduct research regarding NOLs of REITS. |
| 1/25/2008 | Ellis, Melissa | Director | 12 | 1.1 | Participate on weekly tax call. |
| 1/25/2008 | Joffe, Steven | Sr Managing Dir | 12 | 1.0 | Call with counsel, Grant Thornton & Company regarding tax matters. |
| 1/28/2008 | Joffe, Steven | Sr Managing Dir | 12 | 0.8 | Review recent tax matters of the case. |
| 1/29/2008 | Joffe, Steven | Sr Managing Dir | 12 | 1.2 | Discussion with counsel regarding REIT distribution |
| 1/30/2008 | Joffe, Steven | Sr Managing Dir | 12 | 0.5 | Review of federal tax refund ruling. |
| | | | 12 Total | 17.6 | |
| | | | | | |
| 1/3/2008 | Amico, Marc | Sr Consultant | 18 | 0.2 | Review and compare amended proof of claim of RFC. |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|------|--------------|----------|------|-------|----------------------|-----------|
| 1/3/2008 | Star, Samuel | Sr Managing Dir | 18 | 0.3 | Review EPD protocol sensitivity analysis. | |
| 1/4/2008 | Ellis, Melissa | Director | 18 | 0.2 | Call on EPD/Breach protocol with Debtors, RFC & others. | |
| 1/7/2008 | Ellis, Melissa | Director | 18 | 0.7 | Review loan purchaser claim detail. | |
| 1/9/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 0.4 | Call with D. Deutsche (Chadbourne & Park) regarding EPD and Breach protocols. | |
| 1/9/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 0.6 | Call with counsel regarding EPD and breach claims and other open issues in case | |
| 1/14/2008 | Ellis, Melissa | Director | 18 | 0.3 | Review claims summary received from Debtors. | |
| 1/15/2008 | Amico, Marc | Sr Consultant | 18 | 0.3 | Read and analyze the proposed methodology for determining EPD and breach claims. | |
| 1/15/2008 | Amico, Marc | Sr Consultant | 18 | 0.4 | Read and analyze loan purchaser claim files sent from Alix. | |
| 1/15/2008 | Ellis, Melissa | Director | 18 | 0.3 | Review EPD and breach file | |
| 1/16/2008 | Amico, Marc | Sr Consultant | 18 | 1.1 | Call with Alix and FTI to discuss the loan purchaser claims. | |
| 1/16/2008 | Amico, Marc | Sr Consultant | 18 | 0.4 | Review loan purchaser claim file sent from Alix. | |
| 1/16/2008 | Amico, Marc | Sr Consultant | 18 | 0.3 | Meet with M. Ellis to discuss the claim objections summary file. | |
| 1/16/2008 | Amico, Marc | Sr Consultant | 18 | 0.5 | Call with Alix regarding the claims objection summary. | |
| 1/16/2008 | Ellis, Melissa | Director | 18 | 0.8 | Call with T. Brents re: EPD and Breach protocol. | |
| 1/16/2008 | Ellis, Melissa | Director | 18 | 0.4 | Call on claims schedule. | |
| 1/23/2008 | Star, Samuel | Sr Managing Dir | 18 | 0.4 | Conference call with Committee member re: impact of various levels of EPD/breach claims. | |
| 1/31/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 0.8 | Call with M. Power (HH), B. Logan (OMM) and T. Brents (AP) regarding RFC claims. | |
| | | | 18 Total | 8.4 | | |
| | | | | | | |
| 1/9/2008 | Ellis, Melissa | Director | 19 | 0.3 | Review open items list from M. Amico in advance of call with Alix | |
| 1/9/2008 | Ellis, Melissa | Director | 19 | 1.1 | Weekly call with Alix. | |
| 1/16/2008 | Ellis, Melissa | Director | 19 | 1.4 | Participate on weekly call with Alixpartners. | |
| 1/16/2008 | Ellis, Melissa | Director | 19 | 0.1 | Review agenda. | |
| 1/21/2008 | Ellis, Melissa | Director | 19 | 0.5 | Call with J. Lisac re. various open items. | |
| 1/23/2008 | Amico, Marc | Sr Consultant | 19 | 0.5 | Prepare NC call agenda on open items | |
| 1/30/2008 | Amico, Marc | Sr Consultant | 19 | 0.3 | Prepare for call with Debtor. | |
| | | | 19 Total | 4.2 | | |
| | | | | | | |
| 1/7/2008 | Amico, Marc | Sr Consultant | 20 | 1.0 | Participate on Committee call | |
| 1/7/2008 | Ellis, Melissa | Director | 20 | 1.0 | Participation on weekly call with UCC. | |
| 1/7/2008 | Greenspan, Ronald | Sr Managing Dir | 20 | 0.7 | Committee meeting. | |
| 1/7/2008 | Star, Samuel | Sr Managing Dir | 20 | 1.0 | Participate on conference call with Committee re: POL status, cash forecast, examiner issues, tax issues and DB settlement status. | |
| 1/14/2008 | Amico, Marc | Sr Consultant | 20 | 1.2 | Participate on Committee call and subsequent call with team. | |
| 1/14/2008 | Ellis, Melissa | Director | 20 | 0.2 | Prepare for call with Committee. | |
| 1/14/2008 | Ellis, Melissa | Director | 20 | 0.6 | Participate on call with Committee. | |
| 1/14/2008 | Ellis, Melissa | Director | 20 | 0.7 | Post-committee call discussion with team. | |
| 1/14/2008 | Greenspan, Ronald | Sr Managing Dir | 20 | 0.4 | Committee call. | |
| 1/14/2008 | Star, Samuel | Sr Managing Dir | 20 | 0.6 | Conference call with Committee re: case status. | |
| 1/22/2008 | Amico, Marc | Sr Consultant | 20 | 1.0 | Participate on Committee call. | |
| 1/22/2008 | Dragelin, Timothy | Sr Managing Dir | 20 | 0.7 | Prepare for and participate on call with Committee re: claim process issues and examiner report issues. | |
| 1/22/2008 | Ellis, Melissa | Director | 20 | 1.0 | Call with Committee. | |
| 1/22/2008 | Star, Samuel | Sr Managing Dir | 20 | 1.5 | Conference call with Committee re: POL status, examiner report and Positive Software status. | |
| 1/30/2008 | Amico, Marc | Sr Consultant | 20 | 1.5 | Participate on Committee call. | |
| 1/30/2008 | Dragelin, Timothy | Sr Managing Dir | 20 | 0.6 | Participate on call with Committee regarding POL. | |
| 1/30/2008 | Ellis, Melissa | Director | 20 | 1.5 | Call with UCC re: Plan and other items. | |
| 1/30/2008 | Greenspan, Ronald | Sr Managing Dir | 20 | 0.7 | Committee call on POL. | |
| | | | 20 Total | 15.9 | | |
| | | | | | | |
| 1/2/2008 | Ellis, Melissa | Director | 22 | 0.2 | Review Rabbi Trust info and draft email to Alix re: status. | |
| 1/8/2008 | Star, Samuel | Sr Managing Dir | 22 | 0.2 | Discussion with M. Ellis re: Rabbi Trust. | |
| 1/9/2008 | Amico, Marc | Sr Consultant | 22 | 0.2 | Draft email to counsel re. tax on restricted stock grant | |
| 1/10/2008 | Amico, Marc | Sr Consultant | 22 | 0.2 | Read email correspondences re: payment of tax on employee stock grant. | |
| 1/10/2008 | Ellis, Melissa | Director | 22 | 0.7 | Review/respond to Rabbi Trust tax related emails | |
| 1/15/2008 | Ellis, Melissa | Director | 22 | 0.3 | Review emails and analyses re: KEIRP | |
| 1/16/2008 | Ellis, Melissa | Director | 22 | 0.2 | Review waiver and related information for KEIRP | |
| 1/18/2008 | Ellis, Melissa | Director | 22 | 0.6 | Participate on Rabbi Trust call. | |
| 1/18/2008 | Star, Samuel | Sr Managing Dir | 22 | 0.5 | Conference call with Committee counsel and Debtors re. rabbi trust status. | |
| | | | 22 Total | 3.1 | | |
| | | | | | | |
| 1/2/2008 | Ellis, Melissa | Director | 30 | 1.5 | Review latest draft of POL. | |
| 1/2/2008 | Ellis, Melissa | Director | 30 | 1.4 | Develop comments list for latest POL draft. | |
| 1/2/2008 | Ellis, Melissa | Director | 30 | 1.3 | Call with Hahn & Hessen and Blank Rome re: Plan. | |
| 1/2/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.5 | Meet with M. Ellis to review POL draft. | |
| 1/2/2008 | Star, Samuel | Sr Managing Dir | 30 | 2.9 | Review revised POL draft. | |
| 1/2/2008 | Star, Samuel | Sr Managing Dir | 30 | 1.1 | Conference call with Committee counsel re: revised POL draft. | |
| 1/3/2008 | Ellis, Melissa | Director | 30 | 1.4 | Prepare summary of scenarios using different claim and litigation allocation and discuss several versions with S. Star. | |
| 1/3/2008 | Ellis, Melissa | Director | 30 | 0.2 | Send additional comments re: POL to HH. | |
| 1/3/2008 | Ellis, Melissa | Director | 30 | 0.4 | Review of model for treatment of certain recoveries | |
| 1/7/2008 | Ellis, Melissa | Director | 30 | 0.6 | Review of revised Plan documents. | |
| 1/7/2008 | Ellis, Melissa | Director | 30 | 0.4 | Review litigation allocation analysis | |
| 1/7/2008 | Ellis, Melissa | Director | 30 | 0.2 | Call with Hahn & Hessen and creditor re: litigation allocation analysis | |
| 1/7/2008 | Ellis, Melissa | Director | 30 | 1.2 | Prepare revisions to litigation allocation analysis and draft email to counsel re: same. | |
| 1/8/2008 | Ellis, Melissa | Director | 30 | 0.5 | Review asset proceed analysis from M. Amico. | |
| 1/9/2008 | Star, Samuel | Sr Managing Dir | 30 | 1.2 | Review revised POL draft. | |
| 1/10/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.8 | Review revised POL draft. | |
| 1/14/2008 | Ellis, Melissa | Director | 30 | 0.4 | Review latest Plan. | |
| 1/14/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.2 | Conference call with Committee counsel re. POL issues. | |
| 1/14/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.8 | Review draft POL. | |
| 1/15/2008 | Ellis, Melissa | Director | 30 | 1.5 | Review of latest draft Plan. | |
| 1/15/2008 | Ellis, Melissa | Director | 30 | 1.4 | Meeting with E. Fuhr and S. Star re: liquidating trust structure and post discussion with S. Star. | |
| 1/15/2008 | Ellis, Melissa | Director | 30 | 0.3 | Prepare Plan comments to send to Hahn & Hessen. | |
| 1/15/2008 | Star, Samuel | Sr Managing Dir | 30 | 1.5 | Meet with team re: liquidity trust structure and expense allocations. | |
| 1/16/2008 | Amico, Marc | Sr Consultant | 30 | 2.0 | Prepare analysis illustrating the liquidity position by entity as of the effective date. | |
| 1/17/2008 | Amico, Marc | Sr Consultant | 30 | 2.5 | Prepare analysis illustrating the liquidity position by entity as of the effective date. | |
| 1/17/2008 | Ellis, Melissa | Director | 30 | 1.2 | Review and analyze estimated cash at confirmation split by Opco/Holdco | |
| 1/18/2008 | Ellis, Melissa | Director | 30 | 0.4 | Review of Company's Opco/Holdco analysis. | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|------|--------------|----------|------|-------|----------------------|-----------|
| 1/20/2008 | Ellis, Melissa | Director | 30 | 1.0 | Conference call re: plan issues with OMM, Alix, HH and BR | |
| 1/20/2008 | Star, Samuel | Sr Managing Dir | 30 | 1 9 | Conference call with Debtors re: POL issues | |
| 1/21/2008 | Amico, Marc | Sr Consultant | 30 | 0.7 | Compare Debtor's recovery analysis to FTI's most recent analysis. | |
| 1/21/2008 | Amico, Marc | Sr Consultant | 30 | 0.2 | Speak with M. Ellis re: comparing Debtor's recovery analysis to FTI's most recent analysis. | |
| 1/21/2008 | Ellis, Melissa | Director | 30 | 0.2 | Call with M. Amico re: Opco/Holdco analysis. | |
| 1/23/2008 | Ellis, Melissa | Director | 30 | 0.3 | Call with creditor re: litigation allocation impact. | |
| 1/29/2008 | Ellis, Melissa | Director | 30 | 2.0 | Review of latest Plan of Liquidation received. | |
| 1/29/2008 | Star, Samuel | Sr Managing Dir | 30 | 0 3 | Discussion with M. Ellis re: POL issues. | |
| 1/30/2008 | Dragelin, Timothy | Sr Managing Dir | 30 | 1.3 | Review and understand changes to the Plan document. | |
| 1/30/2008 | Ellis, Melissa | Director | 30 | 0.6 | Review latest version of the POL incorporating HH comments in advance of call with UCC. | |
| 1/30/2008 | Ellis, Melissa | Director | 30 | 0.3 | Post call discussions with S. Star and T. Dragelin re: Plan. | |
| 1/30/2008 | Ellis, Melissa | Director | 30 | 0.8 | Prepare analysis re: impact of litigation proceeds allocation. | |
| 1/30/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.5 | Discuss latest POL draft and open issues with M. Ellis. | |
| 1/30/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.5 | Conference call with Committee re: POL issues. | |
| 1/31/2008 | Ellis, Melissa | Director | 30 | 0.3 | Review revised POL for latest changes. | |
| | | | 30 Total | 38.7 | | |
| | | | | | | |
| 1/21/2008 | Ellis, Melissa | Director | 32 | 1.6 | Review Disclosure Statement. | |
| 1/24/2008 | Ellis, Melissa | Director | 32 | 0.5 | Review revised Disclosure Statement. | |
| 1/25/2008 | Amico, Marc | Sr Consultant | 32 | 1.0 | Review draft Disclosure Statement. | |
| 1/25/2008 | Ellis, Melissa | Director | 32 | 0.7 | Review of revised Disclosure Statement. | |
| 1/27/2008 | Amico, Marc | Sr Consultant | 32 | 3.9 | Review draft Disclosure Statement. | |
| 1/28/2008 | Ellis, Melissa | Director | 32 | 1.0 | Review Disclosure Statement. | |
| 1/29/2008 | Amico, Marc | Sr Consultant | 32 | 0.4 | Research issues with draft Disclosure Statement and draft email to M. Ellis re. same. | |
| | | | 32 Total | 9.1 | | |
| | | | | | | |
| 1/10/2008 | Ellis, Melissa | Director | 33 | 0.2 | Call with T. Dragelin re: asset sales. | |
| 1/11/2008 | Bryant, Kristin | Sr Consultant | 33 | 1.8 | Review miscellaneous asset sales and related information filed by the Debtor. | |
| 1/11/2008 | Bryant, Kristin | Sr Consultant | 33 | 0.5 | Prepare summary of the miscellaneous asset sales and the key economics of each sale. | |
| 1/17/2008 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.4 | Review miscellaneous assets sales motions from Debtor. | |
| 1/25/2008 | Bryant, Kristin | Sr Consultant | 33 | 0.5 | Review documentation from the Debtor regarding miscellaneous asset sales for the Data Center. | |
| 1/30/2008 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.2 | Review miscellaneous asset sale proposals and correspondence to counsel. | |
| 1/31/2008 | Bryant, Kristin | Sr Consultant | 33 | 0.8 | Review information from the Debtor regarding ten miscellaneous asset sales and vacating the premises at the Data Center. | |
| | | | 33 Total | 4.4 | | |
| | | | | | | |
| 1/2/2008 | Amico, Marc | Sr Consultant | 36 | 0.8 | Review draft Committee report on liquidity outlook. | |
| 1/2/2008 | Ellis, Melissa | Director | 36 | 0.2 | Discuss cash file and report with M. Amico. | |
| 1/2/2008 | Ellis, Melissa | Director | 36 | 1.1 | Review and discuss cash report comments and other case issues with S. Star | |
| 1/2/2008 | Ellis, Melissa | Director | 36 | 0.9 | Prepare changes to cash report based on comments from S. Star and draft email to counsel. | |
| 1/2/2008 | Star, Samuel | Sr Managing Dir | 36 | 0.8 | Review updated cash forecast and related analyses. | |
| 1/4/2008 | Ellis, Melissa | Director | 36 | 0.1 | Draft email to Committee re. cash flow. | |
| 1/7/2008 | Amico, Marc | Sr Consultant | 36 | 1 1 | Prepare analysis of updated asset recovery amounts to previous recovery model. | |
| 1/7/2008 | Ellis, Melissa | Director | 36 | 0.4 | Prepare cash comments in advance of call with Committee. | |
| 1/8/2008 | Amico, Marc | Sr Consultant | 36 | 0.8 | Prepare analysis of updated asset recovery amounts to previous recovery model. | |
| 1/8/2008 | Amico, Marc | Sr Consultant | 36 | 1.0 | Prepare cash flow variance analysis for Committee review. | |
| 1/8/2008 | Ellis, Melissa | Director | 36 | 0 2 | Review cash variance report. | |
| 1/9/2008 | Amico, Marc | Sr Consultant | 36 | 0.2 | Prepare for call with Debtor re: liquidity issues. | |
| 1/9/2008 | Amico, Marc | Sr Consultant | 36 | 1.1 | Call with Alix to discuss cash flow and liquidity issues. | |
| 1/15/2008 | Amico, Marc | Sr Consultant | 36 | 1.0 | Review and compare Debtor's updated cash forecast and liquidity schedule with the previous version. | |
| 1/16/2008 | Amico, Marc | Sr Consultant | 36 | 1.6 | Compare and analyze Debtor's most recent cash and liquidity forecast to the previous one received. | |
| 1/16/2008 | Amico, Marc | Sr Consultant | 36 | 1.5 | Participate on call with Alix to discuss the cash forecast and liquidity outlook. | |
| 1/29/2008 | Ellis, Melissa | Director | 36 | 0.2 | Review of cash flow variance and related emails. | |
| 1/30/2008 | Amico, Marc | Sr Consultant | 36 | 0.3 | Review weekly variance analyses sent by Debtor. | |
| | | | 36 Total | 13.3 | | |
| | | | | | | |
| 1/10/2008 | Ellis, Melissa | Director | 37 | 0.1 | Email correspondence relating to supplemental connections check. | |
| 1/14/2008 | Amico, Marc | Sr Consultant | 37 | 0.3 | Call with counsel and preparation of supplemental conflict check. | |
| 1/15/2008 | Amico, Marc | Sr Consultant | 37 | 0.2 | Speak to S. Nitz re: performing additional conflict check. | |
| 1/15/2008 | Nitz, Scott | Consultant | 37 | 2.5 | Assist in preparing list of entities for supplemental conflict check. | |
| 1/18/2008 | Amico, Marc | Sr Consultant | 37 | 0.3 | Review additional entities for supplemental conflict check. | |
| 1/22/2008 | Amico, Marc | Sr Consultant | 37 | 0.3 | Meet with S. Star to discuss billing and retention issues. | |
| 1/23/2008 | Amico, Marc | Sr Consultant | 37 | 2.2 | Prepare entity list for supplemental conflict check. | |
| 1/29/2008 | Amico, Marc | Sr Consultant | 37 | 0.8 | Prepare list of supplemental entities for conflict check and meet with S. Star to discuss. | |
| 1/29/2008 | Star, Samuel | Sr Managing Dir | 37 | 0.3 | Meet with M Amico re: updated connection check. | |
| 1/30/2008 | Amico, Marc | Sr Consultant | 37 | 0.2 | Prepare supplemental conflict check. | |
| 1/31/2008 | Amico, Marc | Sr Consultant | 37 | 0.6 | Prepare supplemental conflict check. | |
| | | | 37 Total | 7.8 | | |
| | | | | | | |
| 1/8/2008 | Amico, Marc | Sr Consultant | 38 | 0.9 | Prepare FTI's second interim fee application. | |
| 1/9/2008 | Amico, Marc | Sr Consultant | 38 | 0.3 | Prepare FTI's second interim fee application | |
| 1/10/2008 | Amico, Marc | Sr Consultant | 38 | 0.4 | Make final edits to the second interim fee applications and send to counsel for filing. | |
| 1/22/2008 | Amico, Marc | Sr Consultant | 38 | 0.2 | Read fee auditor's report regarding FTI's interim fee application. | |
| 1/22/2008 | Amico, Marc | Sr Consultant | 38 | 0.4 | Read fee auditor's report regarding FTI's interim fee application and research certain entries. | |
| 1/22/2008 | Star, Samuel | Sr Managing Dir | 38 | 0.1 | Review fee auditor questions. | |
| 1/23/2008 | Amico, Marc | Sr Consultant | 38 | 0.7 | Read fee auditor's report regarding FTI's interim fee application and research certain entries. | |
| 1/23/2008 | Sloane, Raymond | Sr Managing Dir | 38 | 0.5 | Review of Fee Examiner's preliminary report and preparation of responses. | |
| 1/23/2008 | Star, Samuel | Sr Managing Dir | 38 | 0.1 | Telephone call with fee auditor. | |
| 1/25/2008 | Amico, Marc | Sr Consultant | 38 | 0.6 | Meet with team to discuss the fee auditor's response to FTI's fee applications. | |
| 1/25/2008 | Sloane, Raymond | Sr Managing Dir | 38 | 1 1 | Prepare responses to Fee Examiner's preliminary report and meet with S. Star (FTI Consulting). | |
| 1/28/2008 | Amico, Marc | Sr Consultant | 38 | 2.1 | Prepare responses to fee auditor's report on FTI's fee application. | |
| 1/29/2008 | Amico, Marc | Sr Consultant | 38 | 1.4 | Prepare responses to fee auditor's report on FTI's fee application. | |
| 1/29/2008 | Star, Samuel | Sr Managing Dir | 38 | 0.2 | Meet with M. Amico re: response to fee auditor. | |
| 1/30/2008 | Amico, Marc | Sr Consultant | 38 | 1 2 | Revise and make edits to response to fee auditor report. | |
| 1/30/2008 | Star, Samuel | Sr Managing Dir | 38 | 0.5 | Review draft response to fee auditor and discuss with M. Amico. | |
| 1/31/2008 | Amico, Marc | Sr Consultant | 38 | 0.9 | Meet with S. Star and make additional edits to response to fee auditor report. | |
| | | | 38 Total | 11 6 | | |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 1/3/2008 | Pearson, Linda | Administrative | 39 | 0.3 | Preparation of documents and printing/binding. | |
| 1/7/2008 | Amico, Marc | Sr Consultant | 39 | 0.7 | Prepare and distribute October and November fee applications to Fee Auditor. | |
| 1/7/2008 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. | |
| 1/8/2008 | Ellis, Melissa | Director | 59 | 0.2 | Review December fee application. | |
| 1/8/2008 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. | |
| 1/9/2008 | Amico, Marc | Sr Consultant | 39 | 0.9 | Read and analyze time detail for the New Century fee statement. | |
| 1/10/2008 | Amico, Marc | Sr Consultant | 39 | 2.8 | Read and annlyze time detail for the December fee application. | |
| 1/10/2008 | Amico, Marc | Sr Consultant | 39 | 0.5 | Read and analyze expense detail for the December fee application. | |
| 1/10/2008 | Amico, Marc | Sr Consultant | 39 | 0.6 | Read and analyze the task descriptions for the December fee application | |
| 1/10/2008 | Amico, Marc | Sr Consultant | 39 | 0.3 | Make edits to the December fee application per M. Ellis. | |
| 1/10/2008 | Ellis, Melissa | Director | 39 | 0.4 | Review of December fee application, descriptions and detail. | |
| 1/10/2008 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding | |
| 1/14/2008 | Pearson, Linda | Administrative | 39 | 0.2 | Preparation of documents and printing/binding. | |
| 1/15/2008 | Penrson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. | |
| 1/17/2008 | Amico, Marc | Sr Consultant | 39 | 0.5 | Prepare December fee application. | |
| 1/17/2008 | Amico, Marc | Sr Consultant | 39 | 2.0 | Prepare December fee application. | |
| 1/22/2008 | Star, Samuel | Sr Managing Dir | 39 | 0.4 | Review December bill. | |
| 1/23/2008 | Amico, Marc | Sr Consultant | 39 | 1.0 | Make edits to the December fee application. | |
| 1/24/2008 | Amico, Marc | Sr Consultant | 39 | 0.9 | Make edits to the December fee application and send to Committee for review. | |
| 1/25/2008 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. | |
| 1/29/2008 | Amico, Marc | Sr Consultant | 39 | 0.5 | Make final edits to the December fee application. | |
| 1/30/2008 | Amico, Marc | Sr Consultant | 39 | 0.7 | File December fee application and communicate amounts billed to internal billing. | |
| | | | **39 Total** | **13.4** | | |

**Sub-Total** **168.6**

**Hourly Scope Projects**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/2/2008 | Ellis, Melissa | Director | 6 | 1.3 | Develop list of potential Chapter 5 defendants | |
| 1/7/2008 | Gosik, Jaime | Director | 6 | 2.9 | Complete support binder for summary of Financial PowerPoint analyses provided to the Board. | |
| 1/8/2008 | Briggi, Lawrence | Managing Dir | 6 | 1.1 | Communications regarding data collection and processing options. | |
| 1/8/2008 | Connor, Jennifer | Sr Consultant | 6 | 0.5 | Meeting with L. Briggi and J. Gosik re: follow-up work pertaining to New Century project. | |
| 1/8/2008 | Gosik, Jaime | Director | 6 | 2.4 | Prepare support binder summarizing review of Memos to the Board of Directors. | |
| 1/8/2008 | Gosik, Jaime | Director | 6 | 1.1 | Further prepare support binder summarizing review of Memos to the Board of Directors | |
| 1/8/2008 | Shapss-Herringer, Wendy | Mnnnging Dir | 6 | 0.6 | Work with team on the analysis prepared for counsel related to the review of financial packages and Powerpoint summaries. | |
| 1/9/2008 | Gosik, Jaime | Director | 6 | 2.1 | Further work on summarizing review of Memos to the Board of Directors. | |
| 1/9/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 1.8 | Review of information for counsel and summary of findings of the memos to the board and the financial powerpoint analyses. | |
| 1/10/2008 | Gosik, Jaime | Director | 6 | 2.1 | Complete preparing support binder summarizing review of Memos to the Board of Directors. | |
| 1/10/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 0.8 | Review and revise information for counsel related to the binders of financial information and Powerpoint presentations | |
| 1/11/2008 | Gosik, Jaime | Director | 6 | 1.2 | Revise support binder summarizing review of Memos to the Board of Directors based on comments from Managing Director. | |
| 1/11/2008 | Gosik, Jaime | Director | 6 | 2.1 | Reconcile documents on Ringtail database to documents received from counsel. | |
| 1/14/2008 | Friedler, Andrew | Director | 6 | 0.6 | Review Hahn & Hessen memo, provide feedback to team and discuss work performed | |
| 1/14/2008 | Gosik, Jaime | Director | 6 | 0.9 | Preparation of bullet points for meeting with Corporate Finance team | |
| 1/14/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 0.4 | Assist with gathering information regarding work done in connection with identifying potential causes of action and preparing for the meeting with team from Corporate Finance. | |
| 1/14/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 0.7 | Follow-up with J. McCabey, Esq. (Hahn & Hessen) re status memo and most recent call with Examiner. | |
| 1/15/2008 | Gosik, Jaime | Director | 6 | 0.3 | Preparation of information regarding status for meeting with team | |
| 1/15/2008 | Gosik, Jaime | Director | 6 | 0.3 | Prepare for status update meeting with FTI Corporate Finance team. | |
| 1/15/2008 | Gosik, Jaime | Director | 6 | 0.3 | Finalize work on support binders for counsel. | |
| 1/15/2008 | Levenberg, Hal | Project Asst | 6 | 1.3 | Assemble support binders regarding Memos to the Board of Directors for counsel. | |
| 1/15/2008 | Levenberg, Hal | Project Asst | 6 | 1.7 | Assemble support binders regarding Financial PowerPoint analyses provided to the Board. | |
| 1/15/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 0.4 | Meeting with W. Shapss-Herringer and review of memos re. status. | |
| 1/16/2008 | Briggi, Lawrence | Managing Dir | 6 | 0.5 | Review information regarding processing and provide J. Gosik with estimate for loading email files into Ringtail. | |
| 1/16/2008 | Gosik, Jaime | Director | 6 | 1.8 | Prepare for and meet with FTI Corporate Finance team to discuss case status. | |
| 1/16/2008 | Gosik, Jaime | Director | 6 | 0.4 | Follow-up with counsel regarding loading custodians contained ou hard drive into Ringtail. | |
| 1/16/2008 | Slapss-Herringer, Wendy | Managing Dir | 6 | 1.3 | Preparation for and meeting with Corp. Fin. team to provide update and discuss potential causes of action. | |
| 1/16/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 1.5 | Preparation for and meeting with Corp. Fin. team to provide update and discuss potential causes of action. | |
| 1/17/2008 | Ellis, Melissa | Director | 6 | 0.9 | Research settlement terms on litigation. | |
| 1/18/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 0.3 | Call with J. McCabey, Esq. (Hahn & Hessen) re: litigation issues. | |
| 1/23/2008 | Friedler, Andrew | Director | 6 | 0.6 | Review EPICOR general ledger and correspond with team re: tax issues. | |
| 1/24/2008 | Friedler, Andrew | Director | 6 | 0.7 | Worked with team to gain access to EPICOR. | |
| 1/24/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 1.6 | Meeting with J. McCabey, Esq. (Hahn & Hessen) to discuss current status of work and issues in the case. | |
| 1/24/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 0.6 | Meeting with S. Joffe regarding tax issues. | |
| 1/24/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 0.8 | Call with A. Lendez (BDO) with respect to tax and dividend issues. | |
| 1/24/2008 | Spieler, Marc | Director | 6 | 0.4 | Troubleshoot connection issuers with New Century VPN and financial system. | |
| 1/25/2008 | Friedler, Andrew | Director | 6 | 1.6 | Prepare and review tax workpapers | |
| 1/25/2008 | Gosik, Jmme | Director | 6 | 2.2 | Reconcile KPMG documents received from counsel to documents on Ringtail database and follow-up on discrepancies. | |
| 1/25/2008 | Pelavin, David | Sr Consultant | 6 | 0.9 | Review of tax information received. | |
| 1/25/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 0.9 | Discussions with A. Friedler and S. Joffe re: dividends and tax issues. | |
| 1/29/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 1.3 | Discussions with S. Joffe and J McCabey re: tax issues and dividends. | |
| 1/29/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 1.3 | Follow-up / review of documents provided by Counsel | |
| 1/29/2008 | Spieler, Marc | Director | 6 | 1.0 | Support FTI litigation team members' efforts to connect to clients VPN network | |
| 1/30/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 0.8 | Review of new documents provided by Counsel. | |
| 1/30/2008 | Spieler, Marc | Director | 6 | 0.4 | Provided support to FTI litigation team in efforts to access Client VPN network. | |
| | | | **6 Total** | **48.7** | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/2/2008 | Briggi, Lawrence | Managing Dir | 41 | 0.7 | Work with team to review data, set plans and transfer data to Ringtail | |
| 1/2/2008 | Connor, Jennifer | Sr Consultant | 41 | 2.9 | Evidence log in and preparation of PST data for delivery to Ringtail system. | |
| 1/3/2008 | Friedler, Andrew | Director | 41 | 1.2 | Correspondence with counsel and team regarding data to be loaded into Ringtail and work going forward. | |
| 1/3/2008 | Agyemang, Abay | Sr Consultant | 41 | 0.7 | Create Chain of custody, verify properties counts and stage data for Gotschall, Edward and Cole, Robert. | |
| 1/3/2008 | Gosik, Jaime | Director | 41 | 2.3 | Prepare DVDs with KPMG documentation to load into Ringtail | |

EXHIBIT B

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|------|-------------|----------|------|-------|---------------------|
| 1/3/2008 | Gosik, Jaime | Director | 41 | 0.6 | Continue to prepare DVDs with KPMG documentation to load into Ringtail. |
| 1/4/2008 | Connor, Jennifer | Sr Consultant | 41 | 1.5 | Enter new client DVDs into evidence and create copies of new client DVDs of data to be uploaded into Ringtail. |
| 1/4/2008 | Connor, Jennifer | Sr Consultant | 41 | 3.1 | Log in new hard drive into evidence and create backups of drive in order to perform data analysis. |
| 1/4/2008 | Gosik, Jaime | Director | 41 | 0.3 | Additional work on DVDs with KPMG documentation to load into Ringtail. |
| 1/7/2008 | Gosik, Jaime | Director | 41 | 2.6 | Record New Century CDs received from counsel into log. |
| 1/7/2008 | Gosik, Jaime | Director | 41 | 0.4 | Follow-up on status of Ringtail document load. |
| 1/7/2008 | Wilbur, Alan | Director | 41 | 0.3 | Confer with M. Githtz, Client Support and team re: Ringtail review. |
| 1/7/2008 | Wilbur, Alan | Director | 41 | 0.5 | Analyze batch assignment progress and confer with M. Arnott re: same. |
| 1/8/2008 | Agyemang, Abay | Sr Consultant | 41 | 2.9 | Create Chain of custody, verify properties counts and stage data for 17 DVDs received. |
| 1/8/2008 | Connor, Jennifer | Sr Consultant | 41 | 2.0 | Catalog and create directory listings and enter into evidence DVDs 16 through 28. |
| 1/8/2008 | Gosik, Jaime | Director | 41 | 2.1 | Various communications with Ringtail staff and the Technology group regarding the status of data processing and the contents of a hard drive received with custodian files. |
| 1/8/2008 | Meyer, Joshua | Sr Consultant | 41 | 0.4 | Conference with A. Wilbur re: status and new data. |
| 1/8/2008 | Meyer, Joshua | Sr Consultant | 41 | 0.3 | Conference with team re: same. |
| 1/8/2008 | Wilbur, Alan | Director | 41 | 1.0 | Calls and email with team re: new data, case developments and status. |
| 1/8/2008 | Wilbur, Alan | Director | 41 | 0.8 | Begin reconciling new data with materials already in casebook and inventorying Bates ranges of materials in to date, per J. Gosik. |
| 1/8/2008 | Wilbur, Alan | Director | 41 | 0.2 | Confer with J. Gosik re: Ringtail credentials and review location. |
| 1/8/2008 | Briggs, Lawrence | Managing Dir | 41 | 0.5 | Call with Ringtail staff and W. Shapss regarding processing of new data |
| 1/9/2008 | Connor, Jennifer | Sr Consultant | 41 | 3.0 | Catalog and create directory listings and log in of DVDs 17-48 into Evidence |
| 1/9/2008 | Gosik, Jaime | Director | 41 | 0.3 | Participate in update call with Ringtail team to determine status of document load and costs to date. |
| 1/9/2008 | Gosik, Jaime | Director | 41 | 0.5 | Follow up with Ringtail team regarding the status of loading custodians in Ringtail for document review and communicate status to client. |
| 1/9/2008 | Meyer, Joshua | Sr Consultant | 41 | 1.6 | Conference with team re: processing and data loading and correspond with J. Gosik re. same. |
| 1/9/2008 | Wilbur, Alan | Director | 41 | 0.4 | Call with W. Shapss, J. Meyer and J. Gosik re: additional materials and tasks for case. |
| 1/9/2008 | Wilbur, Alan | Director | 41 | 2.1 | Work with team on processing new data and options including verification of document OCR and ranges, and examination of coding |
| 1/9/2008 | Wilbur, Alan | Director | 41 | 0.8 | Work on report listing Bates ranges in casebook |
| 1/10/2008 | Connor, Jennifer | Sr Consultant | 41 | 2.8 | Catalog and create directory listings and log in of DVDs 49-77 into Evidence. |
| 1/10/2008 | Connor, Jennifer | Sr Consultant | 41 | 1.7 | Continue logging DVDs 49 through 77 into evidence. |
| 1/10/2008 | de la Incera, Carlos | Sr Consultant | 41 | 3.0 | Analyze images and data received for Gotschall, Edward and Cole, Robert. |
| 1/10/2008 | de la Incera, Carlos | Sr Consultant | 41 | 1.4 | Verify load file initization against delivered images |
| 1/10/2008 | de la Incera, Carlos | Sr Consultant | 41 | 1.4 | Organize images to follow the standard level structure and extract extra coding file for Gotschall, Edward and Cole, Robert. |
| 1/10/2008 | de la Incera, Carlos | Sr Consultant | 41 | 2.8 | Prepare images, coding and OCR for loading, and verify in Ringtail for Gotschall, Edward and Cole, Robert. |
| 1/10/2008 | Gosik, Jaime | Director | 41 | 0.3 | Follow up with Ringtail team regarding the status of loading custodians in Ringtail for document review and communicate status to client. |
| 1/10/2008 | Wilbur, Alan | Director | 41 | 0.9 | Work on new data loaded to casebook and confer with team by phone and email re: same. |
| 1/10/2008 | Wilbur, Alan | Director | 41 | 0.4 | Work with J. Meyer and C. de la Incera to compile report on all media loaded. |
| 1/11/2008 | Connor, Jennifer | Sr Consultant | 41 | 2.0 | Catalog and create directory listings for DVDs 78 through 101. |
| 1/11/2008 | de la Incera, Carlos | Sr Consultant | 41 | 2.1 | Analyze and remove data sets per J. Meyer. |
| 1/11/2008 | Meyer, Joshua | Sr Consultant | 41 | 0.5 | Verify processing status of PST files and confirm with team. |
| 1/11/2008 | Rondeau, Juliejon | Sr Consultant | 41 | 0.5 | Conference call regarding treatment of partially duplicated load file. |
| 1/11/2008 | Rondeau, Juliejon | Sr Consultant | 41 | 0.3 | Create stored lists for review. |
| 1/11/2008 | Wilbur, Alan | Director | 41 | 1.0 | Work with team to remove and replace images re-produced in KPMG range. |
| 1/11/2008 | Wilbur, Alan | Director | 41 | 0.3 | Revise assignments to distribute available documents for review among attorneys per M. Githtz. |
| 1/12/2008 | de la Incera, Carlos | Sr Consultant | 41 | 2.5 | Analyze images and data received for 17 DVDs received split into multiple loads due to the number of DVDs. |
| 1/12/2008 | de la Incera, Carlos | Sr Consultant | 41 | 1.3 | Verify load file initization against delivered images. |
| 1/12/2008 | de la Incera, Carlos | Sr Consultant | 41 | 1.2 | Organize images to follow the standard level structure and extract extra coding file for DVD 1 - 6. |
| 1/12/2008 | de la Incera, Carlos | Sr Consultant | 41 | 1.1 | Prepare images, coding and OCR for loading, and verify in Ringtail for DVD 1 - 6. |
| 1/13/2008 | de la Incera, Carlos | Sr Consultant | 41 | 2.0 | Verify load file initization against delivered images |
| 1/13/2008 | de la Incera, Carlos | Sr Consultant | 41 | 1.3 | Organize images to follow the standard level structure and extract extra coding file for DVD 7 - 13 |
| 1/13/2008 | de la Incera, Carlos | Sr Consultant | 41 | 3.4 | Prepare images, coding and OCR for loading, and verify in Ringtail for DVD 7 - 13. |
| 1/14/2008 | de la Incera, Carlos | Sr Consultant | 41 | 1.2 | Verify load file initization against delivered images |
| 1/14/2008 | de la Incera, Carlos | Sr Consultant | 41 | 1.1 | Organize images to follow the standard level structure and extract extra coding file for DVD 14 - 17 |
| 1/14/2008 | de la Incera, Carlos | Sr Consultant | 41 | 2.4 | Prepare images, coding and OCR for loading, and verify in Ringtail for DVD 14 -17 |
| 1/15/2008 | Connor, Jennifer | Sr Consultant | 41 | 3.0 | Check into evidence, catalog and create directory listings for DVDs 101 through 134 |
| 1/15/2008 | Connor, Jennifer | Sr Consultant | 41 | 2.3 | Catalog, create directory and log into evidence DVDs 135 through 173. |
| 1/15/2008 | Connor, Jennifer | Sr Consultant | 41 | 1.2 | Further work logging into evidence DVDs 135 through 173. |
| 1/15/2008 | Gosik, Jaime | Director | 41 | 0.7 | Follow-up on DVDs/hard drives received with Technology team. |
| 1/16/2008 | Wilbur, Alan | Director | 41 | 0.5 | Amend issues tree per M. Arnott and advise re: functions to implement additionnl changes. |
| 1/16/2008 | Wilbur, Alan | Director | 41 | 0.3 | Redistribute batch assignments to even work flow. |
| 1/16/2008 | Wilbur, Alan | Director | 41 | 0.8 | Work with team to load new data. |
| 1/17/2008 | de la Incera, Carlos | Sr Consultant | 41 | 1.4 | Analyze images and data received for KPMG documents. |
| 1/17/2008 | de la Incera, Carlos | Sr Consultant | 41 | 1.0 | Verify load file unitization against delivered images. |
| 1/17/2008 | de la Incera, Carlos | Sr Consultant | 41 | 1.0 | Organize images to follow the standard level structure and extract extra coding file for KPMG documents. |
| 1/17/2008 | de la Incera, Carlos | Sr Consultant | 41 | 2.2 | Prepare images, coding and OCR for loading, and verify in Ringtail for KPMG documents. |
| 1/18/2008 | Wilbur, Alan | Director | 41 | 0.4 | Confer with M. Vongtama re: work flow and coding template. |
| 1/25/2008 | Wilbur, Alan | Director | 41 | 0.8 | Work with team to validate data re-produced by KPMG. |
| 1/25/2008 | Wilbur, Alan | Director | 41 | 0.7 | Reconcile images with content and analyze prior productions. |
| 1/25/2008 | Wilbur, Alan | Director | 41 | 0.5 | Confer with J. Gosik re: analysis of prior productions. |
| 1/28/2008 | Connor, Jennifer | Sr Consultant | 41 | 2.0 | Duplicate DVDs to be sent for loading into Ringtail. |
| 1/28/2008 | Connor, Jennifer | Sr Consultant | 41 | 1.8 | Continue to duplicate DVDs received from counsel for loading into Ringtail. |
| 1/28/2008 | Wilbur, Alan | Director | 41 | 0.3 | Analyze previously-produced KPMG documents and confer with J. Gosik re. same. |
| 1/29/2008 | Agyemang, Abay | Sr Consultant | 41 | 2.1 | Create Chain of custody, verify properties counts and stage data for KPMG documents. |
| 1/29/2008 | Gosik, Jaime | Director | 41 | 0.4 | Follow-up on status of Ringtail document loads. |
| 1/30/2008 | Cross, Jacob | Consultant | 41 | 0.4 | Begin copying new information received from counsel onto hard drive for loading into Ringtail. |
| 1/30/2008 | Gosik, Jaime | Director | 41 | 2.9 | Communications with counsel and management re: recent data sent to Ringtail. |
| 1/30/2008 | Wilbur, Alan | Director | 41 | 0.4 | Call with M. Arnott re: new data and review assignments for ranges and types of documents. |
| 1/30/2008 | Wilbur, Alan | Director | 41 | 0.4 | Analyze completed ranges of documents for issue review. |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|------|-------------|----------|------|-------|---------------------|-----------|
| 1/30/2008 | Wilbur, Alan | Director | 41 | 0.3 | Create new review teams | |
| 1/30/2008 | Wilbur, Alan | Director | 41 | 0.3 | Reorganize documents for completion by firm teams. | |
| 1/30/2008 | Wilbur, Alan | Director | 41 | 0.3 | Confer with team re: new data for loading and priorities. | |
| 1/31/2008 | Agyemang, Abay | Sr Consultant | 41 | 1.2 | Create Chain of custody, verify properties counts and stage data for EREQ documents. | |
| 1/31/2008 | Cross, Jacob | Consultant | 41 | 1.3 | Further copying of CDs and DVD on a hard drive for transfer to Ringtail group | |
| | | | 41 Total | 105.8 | | |

Sub-Total    154.5

Grand Total    323.1