### *PCD 6 – Review & Analysis of Potential Avoidance Actions*

This code includes work performed in relation to forensic accounting and potential litigation matters. FTI continued its review of the presentations and memos to the Board of Directors, Audit Committee and Finance Committee. FTI prepared summaries of issues relating to potential causes of action and provided these summaries to Committee counsel. FTI also reviewed tax workpapers and discussed tax and dividend issues with Committee counsel and BDO Seidman LLP.

### *PCD 12 – Analysis of Tax Issues*

Time in this code includes review and analysis of various tax issues relating to the federal and state tax claims and refunds, REIT distribution and treatment of net operating losses, the proposed liquidating trust, Rabbi Trust and tax withholding payments. Related discussions with FTI team, counsel and Debtor professional are also included in this code.

### *PCD 20 – Prepare for/Participate in Meetings or Calls with the Unsecured Creditors' Committee*

FTI spent significant time meeting with or participating on conference calls with the Committee addressing numerous topics. The development of materials and reports for the Committee is also included in this code when not specifically attributable to other project codes. In many situations it was necessary to have various FTI team members participating in meetings or on calls given the large number of topics and focus areas of the case and the division of labor required of the FTI team.

### *PCD 30 - Participate in Negotiation and Formulation of Plan and Reorganization*

This code reflects time spent reviewing and analyzing the Debtors' multiple drafts of the Plan of Liquidation. Subsequent discussions with counsel and Debtor's professionals regarding the drafting of the Plan of Liquidation are also included in this code. FTI also prepared analyses illustrating the potential liquidity through confirmation, recovery ranges for unsecured creditors at different entities, and analyzed the impact of alternative litigation proceeds allocations to these creditors.

### *PCD 41 – Document Management Services*

Time spent in this project code relates to the managing of documents requested under the 2004 motion and other litigation. FTI developed the system that was used to load and archive documents relating to the various litigation matters.