**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JANUARY 1, 2008 THOUGH JANUARY 31, 2008**

| Expense Type | | Amount |
|---|---|---|
| Airfare/Train | $ | 679.20 |
| Electronic Subscriptions | | 5,885.40 |
| Hotel & Lodging | | 1,501.28 |
| Meals | | 74.17 [1] |
| Mileage | | 27.00 |
| Taxi/Subway | | 36.62 |
| **Total:** | **$** | **8,203.67** [2] |
| Less amounts agreed for reduction per FTI's response to the fee auditor's report | | (264.94) [3] |
| **Total Expenses Requested:** | **$** | **7,938.73** |

[1] Per FTI's response to the fee auditor's report, this amount reflects a $50 per person cap on dinner expenses.

[2] Amounts include unbilled expenses from prior months.

[3] This amount reflects FTI's agreed upon reduction in expenses per FTI's response to the fee auditor's report. It includes a reduction of $222.11 relating to meal expenses (FTI has agreed to a $50 per person cap on dinner expenses, $25 per person cap on lunch expenses and $15 per person cap on breakfast expenses) and a reduction of $42.83 relating to a car service expense.

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**EXPENSE DETAIL**
**FOR THE PERIOD JANUARY 1, 2008 THOUGH JANUARY 31, 2008**

| Date | Consultant | Expense Type | Amount | Description of Expense |
|---|---|---|---:|---|
| 11/27/2007 | Dragelin, Timothy J. | Airfare/Train | $ 679.20 | Roundtrip coach airfare from Charlotte, NC to New York, NY for meetings with the Committee and counsel re: the POL and settlements |
| | | **Airfare/Train Total** | 679.20 | |
| 1/7/2008 | Bellazain-Harris, | Electronic Subscriptions | 174.40 | Electronic subscriptions for Pacer services. |
| 1/31/2008 | Meyer, Joshua | Electronic Subscriptions | 699.00 | Online Loading Fees - Ringtail (13.98 GB @ $50/GB 01/01/08 - 01/31/08). |
| 1/31/2008 | Meyer, Joshua | Electronic Subscriptions | 5,012.00 | Online Hosting Fees - Ringtail (50.12 GB @ $100/GB from 01/01/08 - 01/31/08). |
| | | **Electronic Subscriptions Total** | 5,885.40 | |
| 11/27/2007 | Dragelin, Timothy J. | Hotel & Lodging | 750.64 [1] | Lodging, New York, NY (1 night) for meetings with the Committee and counsel re: the POL and settlements. |
| 11/29/2007 | Dragelin, Timothy J. | Hotel & Lodging | 750.64 [1] | Lodging, New York, NY (1 night) for meetings with the Committee and counsel re: the POL and settlements. |
| | | **Hotel & Lodging Total** | 1,501.28 | |
| 1/16/2008 | Amico, Marc | Meals | 24.17 | Working meal/dinner for self. |
| 11/27/2007 | Dragelin, Timothy J. | Meals | 50.00 | Out of town meal/dinner for self. |
| | | **Meals Total** | 74.17 | |
| 11/30/2007 | Dragelin, Timothy J. | Mileage | 27.00 | Parking charges at Charlotte airport. |
| | | **Mileage Total** | 27.00 | |
| 12/4/2007 | Star, Samuel | Taxi/Subway | 36.62 | Car service from FTI's office to Hahn & Hessen's office to participate in meeting with Committee re: the POL and settlements |
| | | **Taxi/Subway Total** | 36.62 | |
| | | **Grand Total** | $ 8,203.67 | |

[1] Lodging expenses were incurred at the Westin Hotel (nightly rate of $659 exclusive of taxes)