IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, *et al.* | Case No. 07-10416 (KJC) |
| Debtors. | |

ALAMEDA COUNTY TREASURER-TAX COLLECTOR'S
REQUEST TO BE REMOVED
FROM SERVICE LIST AND ELECTRONIC NOTICES

PLEASE TAKE NOTICE that County of Alameda Treasurer-Tax Collector, State of California, hereby requests to be removed from the CM/ECF notice list in the above-captioned bankruptcy case. The name, mailing address and e-mail address listed below be removed from the mailing matrix and the Court's electronic system for this case:

CLAUDE F. KOLM
Deputy County Counsel
1221 Oak Street, Suite 450
Oakland, CA 94612
e-mail: claude.kolm@acgov.org

DATED: February 27, 2008

RICHARD E. WINNIE, County Counsel in and for the County of Alameda, State of California

By _____
Claude F. Kolm
Deputy County Counsel

Attorneys for County of Alameda Treasurer-Tax Collector, State of California