IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    ) Chapter 11
                                                          )
NEW CENTURY TRS HOLDINGS, INC.,                           ) Case No. 07-10416 (KJC)
a Delaware corporation, et al.,                           )
                                                          ) Jointly Administered
                                                          )
                                                          ) Objection Date: Feb 27, 2008 at 4:00 pm
                    Defendants.                           ) Hearing Deadline: March 5, 2008, 1:30 pm
                                                          )

RESPONSE OF CLAIMANT, PROMOSHOP, INC., TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION; SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. SECTIONS 502 and 507, BANKRUPTCY RULES 3007 and 9014 and LOCAL RULE 3007-1 TO CERTAIN MULTIPLE-DEBTOR DUPLICATE CLAIMS.

Background. Claimant, PROMOSHOP, INC. (hereinafter "PromoShop") contracted with New Century Mortgage Corporation to, among other things, provide branded promotional and custom merchandise to New Century Mortgage Corporation for use in New Century's mortgage and related businesses. A certain "New Century Mortgage Corporation Merchandise Services Agreement" was executed by New Century Mortgage Corporation on or about July 19, 2006.

Among other things, New Century Mortgage Corporation agreed to pay for merchandise provided by Promoshop and that upon the termination or expiration of the agreement, for any reason, New Century Mortgage Corporation would purchase all merchandise in inventory or in transit to a PromoShop warehouse/fulfillment center.

Pursuant to such contract, 1) PromoShop drop-shipped certain goods to New Century Mortgage Corporation, for which it was not paid and which were outstanding on the date of the filing of this Chapter 11 case on April 2, 2007. 2) Further, PromoShop had Goods in Fullfillment for New Century Mortgage Corporation on the date of filing the case. 3) PromoShop had goods in inventory on the date of the filing of the case.

///

///

**ORIGINAL**

1     <u>Multiple Debtor Duplicate Claims</u>

2     Claimant PromoShop filed the same Proof of Claim in Case Number 07-10419 (which is New Century Mortgage Corporation) and in Case Number 07-10416 (which is New Century TRS Holdings, Inc). These claims are multiple debtor duplicate claims.

5     Accordingly, Claimant agrees that its duplicate Claim Number 2138, as set forth on page 18 of the Exhibit A, attached to the proposed Order, etc., Disallowing and Expunging Certain Multiple-Debtor Duplicate Claims, may be disallowed, on the condition that Claimant's Remaining Claim Number 2122 shall remain intact, so that Claimant has a single claim in the amount of $279,091.00 against New Century Mortgage Corporation, in 07-10419.

10     All documentation for the Remaining Claim number 2122 was previously filed with the Proof of Claim.

12     Any Reply to this Response should be directed to:

Michael H. Candiotti, Esq.
Attorney for Creditor/Claimant, PromoShop, Inc.
18075 Ventura Blvd., Suite 117
Encino, CA 91316
Tel. (818) 345-5120

16     The person possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on behalf of the Claimant is: Jim Buescher, c/o PromoShop, Inc., 5420 McConnell Ave., Los Angeles, CA 90066. Telephone (310) 821-1780.

Dated: February 25, 2008                       Respectfully submitted

*[signature: Michael H. Candiotti]*

MICHAEL H. CANDIOTTI
18075 Ventura Boulevard
Suite 117
Encino, California 91316
(818) 345-5120

ATTORNEY FOR
Claimant, PromoShop, Inc.

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) SS.
County of Los Angeles      )

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party of the within action; my business address is 18075 Ventura Boulevard, Suite 111, Encino, California 91316.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On February 25, 2008, I served the foregoing document described as:

RESPONSE OF CLAIMANT, PROMOSHOP, INC., TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION; SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. SECTIONS 502 and 507, BANKRUPTCY RULES 3007 and 9014 and LOCAL RULE 3007-1 TO CERTAIN MULTIPLE-DEBTOR DUPLICATE CLAIMS.

Upon the interested parties in this action:

By placing a true and correct copy thereof in a sealed envelope and by delivering same to Federal Express and paying all fees for overnight delivery thereof at Encino, California, addressed as follows:

Mark Collins   (302) 651-7700
Michael J. Merchant
Christopher M. Samis
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

and
Suzzanne S. Uhland   (415) 984-8700
Emily R. Culler
Ana Acevedo
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this declaration is executed on February 25, 2008

*Michael H. Candiotti*
Michael H. Candiotti