**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:  Chapter 11
In re: :
: Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC., :
a Delaware corporation, et al.,[1] : Jointly Administered
:
Debtors :
: Re: Docket No. 4710 and 4712
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on January 25, 2008, I caused true and correct copies of the following to be served upon the attached Exhibit A by Overnight Mail:

- **Notice of Proposed Sale of Assets Pursuant to Order Establishing Miscellaneous Asset Sales Procedures (Carrington Mortgage Services)** [Docket No. 4710]

- **Notice of Proposed Sale of Assets Pursuant to Order Establishing Miscellaneous Asset Sales Procedures (Alltech Electronics Co., Inc.)** [Docket No. 4712]

Additionally, on January 25, 2008, I caused true and correct copies of the following to be served on the parties listed on the attached Exhibit B by Overnight Mail:

- **Notice of Proposed Sale of Assets Pursuant to Order Establishing Miscellaneous Asset Sales Procedures (Carrington Mortgage Services)** [Docket No. 4710]

Additionally, on January 25, 2008, I caused true and correct copies of the following to be served on the parties listed on the attached Exhibit C by Overnight Mail:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Proposed Sale of Assets Pursuant to Order Establishing Miscellaneous Asset Sales Procedures (Alltech Electronics Co., Inc.)** [Docket No. 4712]

Dated:  February 6, 2008

/s/ Jamie L. Edmonson
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
 SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California  92705
Telephone:  (949) 567-1600

# Exhibit A

Exhibit A
Core Sale Parties Notice List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Graham Vaage & Cisneros | Susan L Vaage | 500 N Brand Blvd Ste 1030 | | Glendale | CA | 91203 | | Counsel for Bank of the West |
| Greenwich Capital Financial Products | General Counsel & Frank Skibo | 600 Steamboat Rd | | Greenwich | CT | 06830 | | Counsel to DIP Lenders |
| Hahn & Hessen LLP | Mark T Power, Mark S Indelicato and Jeffrey L Schwartz | 488 Madison Avenue | 14th and 15th Floor | New York | NY | 10022 | | Counsel for Creditors' Committee |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Michael J Missal | 1601 K Street NW | | Washington | DC | 20006 | | Examiner |
| Lamm Rubenstone Lesavoy Butz & David LLC | Sherry D Lowe Esq | 3600 Horizon Blvd Ste 200 | | Trevose | PA | 19053 | | Counsel for National City Commercial Capital Company LLC, National City Vendor Finance LLC fka Charter One Vendor Finance LLC; National City Commercial Capital Company LLC, National City Vendor Finance LLC dba Dank Office Imaging Commercial Finance Group |
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |
| Stites & Harison PLLC | Robert Goodrich Esq | 1800 Fifth Third Center | 424 Church St | Nashville | TN | 37219-2376 | | Counsel for SunTrust Leasing Corporation |
| The CIT Group Business Credit Inc | Renee Singer | 505 Fifth Ave | 3rd Fl | New York | NY | 10017 | | Counsel to DIP Lenders |

In re New Century TRS Holdings, Inc., et al., Case No. 07-10416 (KJC) Jointly Administered
United States Bankruptcy Court, District of Delaware

1/25/2008
Exhibit A - NC CORE Sale Parties Notice List 080125

# Exhibit B

Exhibit B
Carrington Notice List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Carrington Mortgage Services | Sharon Moseley | 1610 E Saint Andrews Pl | Ste B150 | Santa Ana | CA | 92705 | | Purchaser |

In re New Century TRS Holdings, Inc., et al., Case No. 07-10416 (KJC) Jointly Administered
United States Bankruptcy Court, District of Delaware

1/25/2008
Exhibit B - NC Carrington Notice List 080125

# Exhibit C

Exhibit C
Alltech Notice List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Alltech Electronics Co Inc | George Mhanna | 1300 E Edinger | Unit D | Santa Ana | CA | 92705 | | Purchaser |

In re New Century TRS Holdings, Inc., et al., Case No. 07-10416 (KJC) Jointly Administered
United States Bankruptcy Court, District of Delaware

1/25/2008
Exhibit C - NC Alltech Notice List 080125