# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

Alyse Zahi Rafidi
C/o Sonia Rafidi
2475 Heavenly Way
Corona, CA 92881
Email alyse_ttk@yahoo.com
Phone: 714-809-4749

The Honorable Kevin J. Carey
United States Bankruptcy Judge
824 Market Street, 5th Floor
Wilmington, DE 19801

In re:
New Century TRS Holdings, Inc.,
A Delaware corporation, et al., Debtors

Chapter 11
Case No. 07-10416(KJC)
Jointly Administered

Objection Date: February 27, 2008
Hearing Deadline: March 5, 2008

**NOTICE OF DEBTORS' THIRTEENTH OMNIBUS OJECTION: SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. §§ 502 AND 507, BUNKRUPTCY RULES 3007 AND 9014, AND LOCAL RULE 3007-1 TO CERTAIN MULTIPLE-DEBTOR TO DUPLICATE CLAIMS**

The Honorable Kevin J. Carey:

  Please be advised that I have been receiving duplicate information from the above listed case. I am Alyse Zahi Rafidi as my first, middle and last name appears on all legal Documents. The other set of correspondence I have been receiving as Rafidi Alyse Zahi, this may look as a duplicate case but in actuality it is only one person, therefore, I am sending this letter to acknowledge the fact that it might appear to be as duplicate, but I am only claiming the amount that is due to me <u>only once</u>.

  In order to follow the direction of the correspondence, respond and oppose to the objection, I am presenting another copy of my payroll stubs showing the deductions for the three years during my enrollment in the Employee Stock Option Plan. In addition, please find statement copies I received reflecting additional stock purchases and dividends earned during my enrollment. My claim could and should not be disallowed for an error on the part of the employer whom was given the authorization for payroll deductions in order to secure my future upon retirement.

  Please be advised that the address (above) is correct and on file and to be used for any future correspondence.

Sincerely,

*Alyse Rafidi*
Alyse Rafidi

Enclosures
02/25/2008



**NEW CENTURY MORTGAGE**
18400 VON KARMAN, SUITE 1000
IRVINE, CA 92612

| | |
|---|---|
| CHECK NO: | 085740 |
| CHECK DATE: | 12/15/04 |
| PERIOD ENDING: | 12/15/04 |
| PAY FREQUENCY: | SEMIMONTHLY |
| PAY PERIOD: | 12/01/04 - 12/15/04 |

ALYSE ZAHI RAFIDI
934 NAPLES DR
CORONA, CA 92882

ID NUMBER: 412871743
BASE RATE: 15.2300
SSN: 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

STATUS: FED: SINGLE, ST1: SINGLE
EXEMPT: 00, 00

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REG | 15.2300 / 88.00 | 1340.24 | | |
| O/T | 22.8450 / 8.00 | 182.76 | | |
| REG | | | 1819.50 | 28173.08 |
| PRNSL | | | 8.00 | 121.84 |
| VAC | | | 50.50 | 769.12 |
| SICK | | | 26.00 | 395.98 |
| O/T | | | 214.00 | 4888.85 |
| BONUS | | | | 137.92 |
| RPBON | | | | 4309.46 |
| CONT | | | | 363.19 |
| TOTAL H/E | 96.00 | 1523.00 | 2218.00 | 40185.40 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 93.04 | 2475.37 |
| MEDICARE TAX | 21.76 | 578.82 |
| FED INC TAX | 159.56 | 5130.62 |
| PRI-STATE TAX | 35.80 | 1315.34 |
| SDI/UC TAX | 17.71 | 457.89 |
| TOTAL TAXES | 327.87 | 9958.94 |
| AFTER TAX DEDUCTIONS | | |
| EE STOCK PLN | 76.15 | 1458.28 |
| STOCK OUT | | 23.98- |

### SPECIAL INFORMATION

| | |
|---|---|
| 401K MATCH | 46.69 |
| YTD 401K MATCH | 897.74 |
| YTD ESPP EARNINGS | 313.26 |
| VACATION ACCRUAL | 3.94 |
| VACATION BALANCE | 58.82 |
| SICK ACCRUAL | |
| SICK BALANCE | 70.00 |
| PERSONAL ACCRUAL | |
| PERSONAL BALANCE | .00 |

| | CURRENT | Y-T-D |
|---|---|---|
| 401K | 225.45- | 4188.73- |
| DENTAL | 6.00- | 110.00- |
| MEDICAL | 17.60- | 385.00- |
| TOTAL PRE-TAX | 250.05- | 4683.73- |

| | GROSS WAGES | PRE-TAX DEDNS | TAXABLE WAGES | TAXES | DEDUCTNS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1523.00 | 250.05- | 1272.95 | 327.87 | 76.15 | 868.93 |
| TOTAL | 40155.40 | 4683.73- | 35171.67 | 9958.94 | 1472.30 | 23782.43 |

A Payroll Service By Ceridian



Alyse Z Rafidi
NCN05000017439

New Century Mtg Corp
18400 Von Karman
Suite 1000
Irvine    CA 92612

PAY DATE    12-29-2006
BEGIN DATE  12-11-2006
END DATE    12-24-2006
CHECK NO.   001020202

Rate   16.2320

| | RATE | CURRENT HOURS | CURRENT EARNINGS | YTD EARNINGS | | CURRENT DEDUCTIONS | YTD DEDUCTIONS |
|---|---|---|---|---|---|---|---|
| | | | | | **PRE TAX DEDUCTIONS** | | |
| Regular | | 56.00 | 908.99 | 24882.41 | | | |
| Overtime | | 7.00 | 170.44 | 3207.10 | PreTxMed | 27.69 | 583.97 |
| Vacation | | 16.00 | 259.71 | 389.57 | P/T Dent | 6.00 | 126.00 |
| Sick | | | | 486.96 | PreTxVis | 1.85 | 40.05 |
| Holiday | | | | 389.57 | P/T 401k | 220.35 | 4946.64 |
| Personal | | 8.00 | 129.86 | 129.86 | | | |
| PS Bonus | | | | 2227.99 | | | |
| N Prd Bn | | | | 1264.17 | | | |
| ESPPEarn | | | | 58.41 | | | |

**TAXES**

| | CURRENT | YTD |
|---|---|---|
| Medicare | 20.79 | 468.15 |
| Soc Sec | 88.87 | 2001.73 |
| Fed Tax | 152.54 | 3805.83 |
| CA State | 33.12 | 926.16 |
| SDI/WC 1 | 11.47 | 257.82 |

**AFTER TAX DEDUCTIONS**

| | CURRENT | YTD |
|---|---|---|
| Vol Life | 1.66 | 35.98 |
| ESPP | 73.45 | 1648.87 |
| 401kComt | 44.07 | 989.35 |

**TAX INFORMATION**

FED EXEMPT       00
STATE EXEMPT     00
STATE            CA
TAX STATUS       S
FED ADDL
STATE ADDL

**DIRECT DEPOSIT INFORMATION**

NET PAY
CHKG ACCT
SAV  ACCT
     ALT DEPOSITS
CHKG ACCT
SAV  ACCT
OTHER ACCT

**MISC INFORMATION**

Vac Bal   60.70        Sick Bal   65.25
Pers Bal  0.00

For W2 verify your address Make changes no later than Dec 15

| | GROSS PAY | PRE TAX DEDUCTIONS | TAXES | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| CURRENT | 1469.00 | 255.89 | 306.79 | 118.18 | 881.21 |

DETACH AT PERFORATION BELOW AND KEEP FOR YOUR RECORDS

**NEW CENTURY FINANCIAL CORPORATION ESPP**

**Computershare**

Computershare Trust Company, Inc.
P.O. Box 7802
Edison, New Jersey 08818-7802
Within the US, Canada & Puerto Rico    800 401 9951
Outside the US, Canada & Puerto Rico    732 491 0721
http://www-us.computershare.com/employee

UEJ
ALYSE Z RAFIDI
2475 HEAVENLY WAY
CORONA CA  92881

**Statement Period**

01 Jan 2006 - 05 Oct 2006

Please advise Computershare Trust Co., Inc.
immediately of any discrepancies on your Statement

## NEW CENTURY FINANCIAL CORPORATION ESPP - Account Summary

### Summary of Holdings

| Security Description | Symbol | Opening Position 01 Jan 2006 | Closing Position 05 Oct 2006 | Closing Share Price 05 Oct 2006 ($) | Closing Share Value 05 Oct 2006 ($) |
|---|---|---|---|---|---|
| NEW CENTURY FINANCIAL CORP | NEW | 84.040092 | 128.380633 | 40.940000 | 5,255.90 |

### Summary Information

| Description | This Period 01 Jan 2006 - 05 Oct 2006 ($) | Year to Date 01 Jan 2006 - 05 Oct 2006 ($) |
|---|---|---|
| Reportable Proceeds | 0.00 | 0.00 |
| Reportable Dividends | 539.53 | 539.53 |

To address privacy concerns, your account number has been removed from your statement. If you need assistance with accessing your account via the Phone or the Internet (if applicable), please speak to a Participant Services Representative at the toll free number listed at the top right hand corner of this statement.

If you need to speak to a Participant Service Representative, call weekdays between the hours of 8:00AM and 7:00PM ET at the above listed number.

This statement may not reflect the investment of all funds deducted from your pay since information may be received by us after the statement preparation date.

Please retain this statement for your records. This statement should not be used for tax reporting purposes.

Computershare Trust Company, Inc., as agent, upon written request, will provide the name of the executing broker dealer associated with the transaction(s), and within a reasonable amount of time will disclose the source and amount of compensation received from third parties in connection with the transaction(s), if any.

New Century is pleased to announce that you have access to the Computershare web site (www-us.computershare.com/employee) allowing you to track your Employee Stock Purchase Plan account online. Any questions regarding accessing your account online may be directed to Computershare.

**NEW CENTURY FINANCIAL
CORPORATION ESPP**

**Computershare**

Computershare Trust Company, Inc.
P.O. Box 7802
Edison, New Jersey 08818-7802
Within the US, Canada & Puerto Rico    800 401 9951
Outside the US, Canada & Puerto Rico    732 491 0721
http://www-us.computershare.com/employee



UEJ NCEN
ALYSE Z RAFIDI
2475 HEAVENLY WAY
CORONA CA  92881

**Statement Period**
01 Jan 2006 - 06 Jul 2006

Please advise Computershare Trust Co., Inc.
immediately of any discrepancies on your Statement

## NEW CENTURY FINANCIAL CORPORATION ESPP - Account Summary

### Summary of Holdings

| Security Description | Symbol | Opening Position 01 Jan 2006 | Closing Position 06 Jul 2006 | Closing Share Price 06 Jul 2006 ($) | Closing Share Value 06 Jul 2006 ($) |
|---|---|---|---|---|---|
| NEW CENTURY FINANCIAL CORP | NEW | 84.040092 | 119.752565 | 45.080000 | 5,398.45 |

### Summary Information

| Description | This Period 01 Jan 2006 - 06 Jul 2006 ($) | Year to Date 01 Jan 2006 - 06 Jul 2006 ($) |
|---|---|---|
| Reportable Proceeds | 0.00 | 0.00 |
| Reportable Dividends | 323.98 | 323.98 |

To address privacy concerns, your account number has been removed from your statement. If you need assistance with accessing your account via the Phone or the Internet (if applicable), please speak to a Participant Services Representative at the toll free number listed at the top right hand corner of this statement.

If you need to speak to a Participant Service Representative, call weekdays between the hours of 8:00AM and 7:00PM ET at the above listed number.

This statement may not reflect the investment of all funds deducted from your pay since information may be received by us after the statement preparation date.

Please retain this statement for your records. This statement should not be used for tax reporting purposes.

Computershare Trust Company, Inc., as agent, upon written request, will provide the name of the executing broker dealer associated with the transaction(s), and within a reasonable amount of time will disclose the source and amount of compensation received from third parties in connection with the transaction(s), if any.

 New Century is pleased to announce that you have access to the Computershare web site (www-us.computershare.com/employee) allowing you to track your Employee Stock Purchase Plan account online. Any questions regarding accessing your account online may be directed to Computershare.

# NEW CENTURY FINANCIAL CORPORATION ESPP

**Computershare**

Computershare Trust Company, N.A.
PO Box 43021
Providence Rhode Island 02940-3021
Within the US, Canada & Puerto Rico    800 401 9951
Outside the US, Canada & Puerto Rico    732 491 0721
http://www-us.computershare.com/employee

000668

UEJ
ALYSE Z RAFIDI
2475 HEAVENLY WAY
CORONA CA 92881

**Statement Period**
01 Jan 2007 - 05 Jul 2007

Please advise Computershare Trust Co., N.A.
immediately of any discrepancies on your Statement

## NEW CENTURY FINANCIAL CORPORATION ESPP - Account Summary

### Summary of Holdings

| Security Description | Symbol | Opening Position 01 Jan 2007 | Closing Position 05 Jul 2007 | Closing Share Price 05 Jul 2007 ($) | Closing Share Value 05 Jul 2007 ($) |
|---|---|---|---|---|---|
| NEW CENTURY FINANCIAL CORP | NEWCQ | 146.075906 | 174.874607 | 0.380000 | 66.45 |

### Dividend Confirmation

| Payment Date | Class Description | Participating Shares/Units | Dividend Rate | Gross Dividend ($) | Deduction Amount ($) | Deduction Type | Net Dividend ($) |
|---|---|---|---|---|---|---|---|
| 31 Jan 2007 | Esp2 | 146.075906 | 1.900000 | 277.54 | | | 277.54 |

### Summary Information

| Description | This Period 01 Jan 2007 - 05 Jul 2007 ($) | Year to Date 01 Jan 2007 - 05 Jul 2007 ($) |
|---|---|---|
| Reportable Proceeds | 0.00 | 0.00 |
| Reportable Dividends | 277.54 | 277.54 |

To address privacy concerns, your account number has been removed from your statement. If you need assistance with accessing your account via the Phone or the Internet (if applicable), please speak to a Participant Services Representative at the toll free number listed at the top right hand corner of this statement.

This statement may not reflect the investment of all funds deducted from your pay since information may be received by us after the statement preparation date.

Please retain this statement for your records. This statement should not be used for tax reporting purposes.

Computershare Trust Company, N.A., as agent, upon written request, will provide the name of the executing broker dealer associated with the transaction(s), and within a reasonable amount of time will disclose the source and amount of compensation received from third parties in connection with the transaction(s), if any.

00009A    1 U E S P    N C E N




# Computershare

**Statement Period**
01 Jan 2007 - 05 Jul 2007

## Transaction Details

| Date | Transaction Type | Symbol | Amount ($) | Price ($) | Shares | Grant Date | FMV at Grant ($) | Purchase Date | FMV at Purchase ($) | Trading Fees ($) | Tax Withheld | Other Fees ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 Jan 2007 | *Payroll Purchase | NEWCQ | 556.81 | 28.430000 | 19.585297 | 10/01/06 | 38.880000 | 12/29/06 | 31.590000 | | | |
| 06 Feb 2007 | *Dividend | NEWCQ | 277.54 | 30.123504 | 9.213404 | | | | | | | |

Sales transacted last year are not reportable this year. However, sales transacted last year but settling this year will reflect in the "Summary Information" and "Transaction Details" sections of this statement. Please refer to your year-end 1099 statement for accurate tax reporting information. Please note that your January purchase transaction is reflected in the "Transaction Details" on page 2 but not in your "Summary of Holdings" listed on page 1.

### Privacy Notice

At Computershare, we take privacy seriously. In the course of providing services to you in connection with employee stock purchase plans, dividend reinvestment plans, equity plans, direct stock purchase plans and/or direct registration services, we receive nonpublic, personal information about you. We receive this information through transactions we perform for you, from enrollment forms and through other communications with you. We may also receive information about you by virtue of your transactions with affiliates of Computershare or other parties. This information may include your name, social security number, stock ownership information and other financial information.

With respect both to current and former customers, Computershare does not share nonpublic personal information with any non-affiliated third-party except as necessary to process a transaction, service your account or as permitted by law. Our affiliates and outside service providers with whom we share information are legally bound not to disclose the information in any manner, unless permitted by law or other governmental process. We strive to restrict access to your personal information to those employees who need to know the information to provide our services to you. Computershare maintains physical, electronic and procedural safeguards to protect your personal information.

Computershare realizes that you entrust us with confidential personal and financial information and we take that trust very seriously.

The name, address and employer identification number (EIN) of the stock issuer are provided for your information.

NEW CENTURY FINANCIAL
33-0683629
18400 Von Karman Avenue, Suite 1000,
Irvine CA 92312

Note: Certain shares may be restricted from sale and/or transfer as defined by your Plan. For further information, please reference your Plan documents.

# Computershare

Statement Period
01 Jan 2006 - 05 Oct 2006

## NEW CENTURY FINANCIAL CORPORATION ESPP - Account Summary

### Transaction Details

| Date | Transaction Type | Symbol | Amount ($) | Price ($) | Shares | Grant Date | FMV at Grant ($) | Purchase Date | FMV at Purchase ($) | Trading Fees ($) | Tax Withheld ($) | Other Fees ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 Jan 2006 | *Purchase | NEW | 514.73 | 32.463000 | 15.855897 | 10/01/05 | 36.560000 | 12/31/05 | 36.070000 | | | |
| 03 Feb 2006 | *Dividend | NEW | 142.87 | 39.765930 | 3.592774 | | | | | | | |
| 11 Apr 2006 | *Purchase | NEW | 525.96 | 41.420000 | 12.698213 | 01/01/06 | 37.700000 | 03/31/06 | 46.020000 | | | |
| 04 May 2006 | *Dividend | NEW | 181.11 | 50.793849 | 3.565569 | | | | | | | |
| 11 Jul 2006 | *Purchase | NEW | 155.48 | 41.180000 | 3.775619 | 04/01/06 | 44.570000 | 06/30/06 | 45.750000 | | | |
| 04 Aug 2006 | *Dividend | NEW | 215.55 | 44.420867 | 4.852449 | | | | | | | |

Sales transacted last year are not reportable this year. However, sales transacted last year but settling this year will reflect in the "Summary Information" and "Transaction Details" sections of this statement. Please refer to your year-end 1099 statement for accurate tax reporting information.

**Privacy Notice**

At Computershare, we take privacy seriously. In the course of providing services to you in connection with employee stock purchase plans, dividend reinvestment plans, equity plans, direct stock purchase plans and/or direct registration services, we receive nonpublic, personal information about you. We receive this information through transactions we perform for you, from enrollment forms and through other communications with you. We may also receive information about you by virtue of your transactions with affiliates of Computershare or other parties. This information may include your name, social security number, stock ownership information and other financial information.

With respect both to current and former customers, Computershare does not share nonpublic personal information with any non-affiliated third-party except as necessary to process a transaction, service your account or as permitted by law. Our affiliates and outside service providers with whom we share information are legally bound not to disclose the information in any manner, unless permitted by law or other governmental process. We strive to restrict access to your personal information to those employees who need to know the information to provide our services to you. Computershare maintains physical, electronic and procedural safeguards to protect your personal information.

Computershare realizes that you entrust us with confidential personal and financial information and we take that trust very seriously.

The name, address and employer identification number (EIN) of the stock issuer are provided for your information.

NEW CENTURY FINANCIAL
33-0683629
18400 Von Karman Avenue, Suite 1000,
Irvine CA 92312

**Note:** Certain shares may be restricted from sale and/or transfer as defined by your Plan. For further information, please reference your Plan documents.

# Computershare

**Statement Period**
01 Jan 2006 - 06 Jul 2006

## NEW CENTURY FINANCIAL CORPORATION ESPP - Account Summary

### Transaction Details

| Date | Transaction Type | Symbol | Amount ($) | Price ($) | Shares | Grant Date | FMV at Grant ($) | Purchase Date | FMV at Purchase ($) | Trading Fees ($) | Tax Withheld ($) | Other Fees ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 Jan 2006 | *Purchase | NEW | 514.73 | 32.463000 | 15.855897 | 10/01/05 | 36.560000 | 12/31/05 | 36.070000 | | | |
| 03 Feb 2006 | *Dividend | NEW | 142.87 | 39.765930 | 3.592774 | | | | | | | |
| 11 Apr 2006 | *Purchase | NEW | 525.96 | 41.420000 | 12.698213 | 01/01/06 | 37.700000 | 03/31/06 | 46.020000 | | | |
| 04 May 2006 | *Dividend | NEW | 181.11 | 50.793849 | 3.565589 | | | | | | | |

Sales transacted last year are not reportable this year. However, sales transacted last year but settling this year will reflect in the "Summary Information" and "Transaction Details" sections of this statement. Please refer to your year-end 1099 statement for accurate tax reporting information.

### Privacy Notice

At Computershare, we take privacy seriously. In the course of providing services to you in connection with employee stock purchase plans, dividend reinvestment plans, equity plans, direct stock purchase plans and/or direct registration services, we receive nonpublic personal information about you. We receive this information through transactions we perform for you, from enrollment forms and through other communications with you. We may also receive information about you by virtue of your transactions with affiliates of Computershare or other parties. This information may include your name, social security number, stock ownership information and other financial information.

With respect both to current and former customers, Computershare does not share nonpublic personal information with any non-affiliated third-party except as necessary to process a transaction, service your account or as permitted by law. Our affiliates and outside service providers with whom we share information are legally bound not to disclose the information in any manner, unless permitted by law or other governmental process. We strive to restrict access to your personal information to those employees who need to know the information to provide our services to you. Computershare maintains physical, electronic and procedural safeguards to protect your personal information.

Computershare realizes that you entrust us with confidential personal and financial information and we take that trust very seriously.

The name, address and employer identification number (EIN) of the stock issuer are provided for your information.

NEW CENTURY FINANCIAL
33-0683629
18400 Von Karman Avenue, Suite 1000,
Irvine CA 92312

Note: Certain shares may be restricted from sale and/or transfer as defined by your Plan. For further information, please reference your Plan documents.