IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |



## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

William A. Hazeltine, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Wendy S. Walker, Esquire of Morgan Lewis & Bockius LLP to represent Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. in the captioned bankruptcy proceeding. The Admittee is admitted, practicing, and in good standing in the State of New York, and United States District Court for the Southern, Eastern and Western Districts of New York, and the United States Courts of Appeals for the Second and Eleventh Circuits and the United States Supreme Court.

Dated: February 26, 2008

/s/ W.A. Hazeltine
William A. Hazeltine (No. 3294)
SULLIVAN · HAZELTINE · ALLINSON LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L/P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Docket No. 5061
Date 2/27/2008

I, Wendy S. Walker, certify that I am eligible for admission pro hac vice to this Court, am admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

*/s/ Wendy Walker*

Wendy S. Walker, Esq.
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6306

Motion granted.
Date: February 28, 2008

BY THE COURT:

*/s/ Kevin J. Carey*

The Honorable Kevin J. Carey
United States Bankruptcy Judge