# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: Deustche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3*
*D&G Reference: 211714*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127056402 | Bryant Bently and Tonya Bently | 1/12/2006 | 183,920.00 | 208,117.40 | 229,900.00 | 4429 Main Street, Columbia Heights, MN 55421 |
| 1127056592 | Steven Rehnborg and Nicole Rehnborg | 1/19/2006 | 243,200.00 | 262,749.41 | 219,900.00 | 322 Teegarden Avenue, Yuba City, CA 95991 |
| 1127056637 | Richard R. Petrangelo | 1/19/2006 | 208,000.00 | 229,601.54 | 225,000.00 | 22-24 Fiume Street West, West Warick, RI 02893 |
| 1127058328 | Oscar Reyes | 12/15/2005 | 228,000.00 | 263,100.25 | 329,000.00 | 118 12th Avenue North, Melrose Park, IL 60160 |
| 1127058673 | Arnon Graham | 1/9/2006 | 370,800.00 | 407,082.40 | 425,000.00 | 30084 Calle Belcanto, Menifee, CA 92584 |
| 1127058981 | Inga Mcnair | 1/31/2006 | 351,000.00 | 389,753.60 | 430,000.00 | 417 West Century Boulevard, Los Angeles, CA 90003 |
| 1127059016 | Benjamin Ramirez and Brittany Warden | 1/31/2006 | 424,000.00 | 467,252.08 | 520,000.00 | 16344 Vincennes Street, North Hills, CA 91343 |
| 1127059444 | Aatif Akhtar | 1/20/2006 | 381,840.00 | 400,874.69 | 450,000.00 | 21426 Greyson Road, Moreno Valley, CA 92557 |
| 1127059662 | Nelly E. Lucero | 1/3/2006 | 363,200.00 | 385,933.31 | 429,000.00 | 33389 Wallace Way, Yucaipa, CA 92399 |
| 1127059802 | Gloria Magana | 12/30/2005 | 320,000.00 | 344,487.05 | 345,000.00 | 533 North Fillmore Avenue, Rialto, CA 92376 |
| 1127059898 | Lorenzo D. Collins | 12/20/2005 | 140,000.00 | 155,281.49 | 159,900.00 | 23291 Geneva Street, Oak Park, MI 48237 |
| 1127060232 | Frank Hernandez and Josephine Hernandez | 1/13/2006 | 293,000.00 | 320,505.73 | 340,000.00 | 2110 Gradle Court, Stockton, CA 95206 |
| 1127060513 | Ante K. Pavelic | 1/27/2006 | 598,500.00 | 639,616.94 | 710,000.00 | 3401 Barham Boulevard 1, Los Angeles, CA 90068 |
| 1127058786 | Carmen C. Chacon | 1/20/2006 | 493,600.00 | 544,394.12 | 625,000.00 | 719 Pelhamdale Avenue, Pelham, NY 10803 |