EXHIBIT "A"

| Loan Number | Borrower Name | Property Address | Original Loan Date | Original Loan Amount | Current Payoff | Deficiency | Foreclosure Sale Scheduled | Sale Date/Time | Location of Sale | Foreclosure Attorney | Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100167151 | Maria Vitucci | 10422 Royal Lagoon Court, Spring, TX 77396 | 8/21/2007 | $154,900.00 | $148,617.13 | $6,282.87 | 3/20/2007 | | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Association as Trustee for the Structured Asset Investment Loan Trust 2006-4 |
| 1127058661 | Charles Wilson | 56 Briar Hollow Ln. #2201, Houston, TX 77027 | 10/12/2007 | $220,000.00 | $418,795.52 | ($198,795.52) | 12/11/2006 | | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company, as Trustee for MSAC Asset Backed Securities Trust 2006-HE2 |
| 1127060656 | Tracey S. Ivy | 608 Sugar Creek Drive, Joliet, IL 60433 | 6/5/2007 | $179,900.00 | $206,426.67 | ($26,526.67) | 7/11/2006 | | Will County, Illinois | On Hold | Not Set | Will County, Illinois | FREEDMAN ANSELMO | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1146028029 | Rahman A. Draper | 8336 Seeley Ave, Chicago IL 60636 | 6/13/2007 | $89,900.00 | $118,103.02 | ($28,203.02) | 7/11/2006 | 10/16/2007 | Cook County, Illinois | On Hold | Not Set | Cook County, Illinois | FREEDMAN ANSELMO | U.S. Bank National Association as Trustee for MSAC Asset Backed Securities Trust 2006-HE2 |
| 1127042422 | Christopher T | 4055 De La Vina Way, Kenosha, WI 53140 | 6/25/2007 | $165,000.00 | $183,788.18 | ($18,788.18) | 1/11/2007 | 4/16/2007 | Kenosha County, Wisconsin | On Hold | Not Set | Kenosha County, Wisconsin | GRAY & ASSOCIATES LLP | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-2 |
| 1127072752 | C. and Damien S. Flemmer / Alexandria | 716 West Green Street, Watertown, WI 53098 | 7/16/2007 | $168,000.00 | $153,273.00 | $14,726.57 | 10/12/2006 | 2/21/2007 | Dodge County, Wisconsin | On Hold | Not Set | Dodge County, Wisconsin | GRAY & ASSOCIATES LLP | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE4 |
| 1100181437 | Robert Rahin | 580 Hill Avenue, Star Prairie, WI 54026 | 5/13/2007 | $435,000.00 | $596,164.08 | ($161,164.08) | 5/12/2006 | 9/1/2006 | St. Croix County, Wisconsin | On Hold | Not Set | St. Croix County, Wisconsin | GRAY & END, LLP | Property Asset Management, Inc. |
| 1127044166 | Alba Vazquez | 911 Gilbert Street, West Haven, CT 06516 | 10/25/2007 | $249,900.00 | $265,396.26 | ($45,496.26) | 8/1/2006 | 9/13/2009 | Superior Court, Ansonia/Milford Jud. District | On Hold | Not Set | Superior Court, Ansonia/Milford Jud. District | HUNT LEIBERT | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-2 |
| 1115002298 | Thomas Lovejoy | 510 Brewster Road, Bristol, CT 06010 | 6/9/2007 | $289,500.00 | $268,091.19 | $21,818.81 | 10/6/2006 | 1/17/2007 | Superior Court, Britain Jud. District | On Hold | Not Set | Britain Jud. Cistrict | HUNT, LEIBER, CHESTER & | US Bank, NA |
| 1001357/2 | Jamie Jones | 76 East Lucas, Youngstown, OH 44507 | 5/4/2007 | $25,500.00 | $77,437.41 | ($51,907.41) | 1/1/2007 | 9/13/2007 | Mahoning County, Ohio | On Hold | Not Set | Mahoning County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust 2005-9 |
| 1100189916 | Angelique Pfeifer | 452 North Reynoldsburg Drive., OH 43068 | 7/13/2007 | $135,300.00 | $157,005.92 | ($22,605.92) | 10/1/2006 | 3/21/2007 | Franklin County, Ohio | On Hold | Not Set | Franklin County, Ohio | LERNER SAMPSON & ROTHFUS | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE2 |
| 1100198005 | Zyrene White | 407 Hayes Avenue, Sandusky Street, Delaware, OH 43015 | 5/9/2007 | $125,000.00 | $150,351.25 | ($25,351.25) | 4/12/2007 | 8/8/2007 | Delaware County, Ohio | On Hold | Not Set | Delaware County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust 2005-4 |
| 1100141990 | Shadi S. Shraida | 6817 Ardele Drive., Falls, OH 44221 | 5/31/2007 | $31,900.00 | $71,691.80 | ($39,791.80) | 2/1/2007 | 8/15/2007 | Summit County, Ohio | On Hold | Not Set | Summit County, Ohio | LERNER SAMPSON & ROTHFUS | U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust 2005-9 |
| 1127057548 | Kimberly Cheshire | 1347 Douglas Avenue, Youngstown, OH 44502 | 5/30/2007 | $35,000.00 | $69,310.39 | ($33,310.39) | 3/12/2007 | 7/9/2007 | Mahoning County, Ohio | On Hold | Not Set | Mahoning County, Ohio | LERNER SAMPSON & ROTHFUS | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127059308 | Edward R. Bowen and Gladys A. Bowen | 1513 Windsong Drive, Heath, OH 43056 | 7/25/2007 | $159,900.00 | $163,075.14 | ($3,175.14) | 4/12/2007 | 10/2/2007 | Licking County, Ohio | On Hold | Not Set | Licking County, Ohio | LERNER SAMPSON & ROTHFUS | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127072930 | Michael O. Scott | 315 Water Street, Duncan Falls, OH 43734 | 7/23/2007 | $85,900.00 | $89,699.29 | $3,200.61 | 10/1/2006 | 9/17/2007 | Muskingum County, Ohio | On Hold | 1/4/2009 10:00 a.m. | Muskingum County, Ohio | LERNER SAMPSON & ROTHFUS | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE4 |

| Loan # | Name | Property Address | Date | Amount 1 | Amount 2 | Amount 3 | Date 2 | Date 3 | County | Status | County 2 | Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1134022546 | Lloyd J Bradley | 20929 Bratcher Road, Lucky OH 43463 | 6/22/2007 | | $165,000.00 | $172,959.48 | | 1/2/2008 | Wood County, Ohio | On Hold | Wood County, Ohio | U.S. Bank National Association as Trustee for Asset Backed Pass-Through Certificates, Series 2006-NC1 |
| 1134022546 | William A Crowl | 153 Dering Ave. Columbus OH 43207 | 5/2/2007 | | $48,900.00 | $56,736.16 | | 8/10/2007 | Franklin County, Ohio | On Hold | Franklin County, Ohio | U.S. Bank National Association as Trustee for Msfr Asset Backed Securities Trust 2006-NC1 |
| 1146003664 | Anna J Brown | 324 Pepperidge Drive, Trenton OH 45067 | 8/13/2007 | $142,900.00 | $172,549.88 | (38,736.06) | 3/1/2007 | 8/10/2007 | Butler County, Ohio | On Hold | Butler County, Ohio | U.S. Bank National Association as Trustee for Msir Asset Backed Securities Trust 2006-NC1 |
| 1146058628 | Bettye J Frelon | 2028 St. Elmo Avenue NE, Canton OH 44714 | 5/9/2007 | $69,900.00 | $94,421.28 | ($24,521.28) | 2/1/2007 | 9/13/2007 | Stark County, Ohio | On Hold | Stark County, Ohio | U.S. Bank National Association as Trustee for Msfr Asset Backed Securities Trust 2006-HE2 |
| 1146020901 | Salena Williams | 19807 Harvard Avenue, Warrensville Height, OH 44122 | 8/12/2007 | $69,900.00 | $111,139.14 | ($41,239.14) | 4/1/2007 | 11/29/2007 | Cuyahoga County, Ohio | On Hold | Cuyahoga County, Ohio | LERNER SAMPSON & ROTHFUS |
| 1200029680 | Deanna Randolph | 1312 North 1675 East, Layton, UT 84040 | 7/10/2007 | $370,000.00 | $401,593.46 | ($31,593.46) | 4/12/2007 | 7/5/2007 | Davis County, Utah | On Hold | Davis County, Utah | LUNDBERG & ASSOCIATES |
| 1271046526 | Michael C Robinson | 390 Wilk Hawk Court, Sparks, NV 89436 | 7/10/2007 | $370,000.00 | $401,593.46 | ($31,593.46) | 4/12/2007 | 7/5/2007 | Washoe County, Nevada | On Hold | Washoe County, Nevada | NATIONAL DEFAULT |
| 1100136350 | Sammie W Saxton | 4719 Casa Bonita Drive, North Las Vegas, NB 89032 | 6/20/2007 | $380,000.00 | $402,413.68 | ($22,413.68) | 3/1/2007 | 6/28/2007 | Clark County, Nevada | On Hold | Clark County, Nevada | NATIONAL DEFAULT |
| 1100149544 Jr | | 513 Light Beam Street, Las Vegas NV 89107 | 5/15/2007 | $315,900.00 | $286,920.65 | $29,979.35 | 1/1/2007 | 5/21/2007 | Clark County, Nevada | On Hold | Clark County, Nevada | NATIONAL DEFAULT |
| 1134031604 | Irvin Johnson | 9065 Hilverson Avenue, Las Vegas, NV 89148 | 6/4/2007 | $280,030.00 | $258,727.14 | $21,272.86 | 3/1/2007 | 6/11/2007 | Clark County, Nevada | On Hold | Clark County, Nevada | NATIONAL DEFAULT |
| 1100165056 | Roberto A Esquijo | 2205 Royal Cambbean Avenue, Las Vegas, NV 89031 | 8/13/2007 | $245,000.00 | $263,590.55 | ($18,590.85) | 11/1/2006 | 2/22/2007 | Clark County, Nevada | On Hold | Clark County, Nevada | NATIONAL DEFAULT |
| 1127043810 | Trizona Valencia | 8018 Counterpoint Lane, Las Vegas, NV 89123 | 3/14/2007 | $320,020.00 | $272,040.76 | $47,959.24 | 12/1/2006 | 3/19/2007 | Clark County, Nevada | On Hold | Clark County, Nevada | NATIONAL DEFAULT |
| 1270599527 | Alvin C Espiritu | 8013 Counterpoint Lane, Las Vegas, NV 89123 | 6/12/2007 | $330,000.00 | $291,272.41 | $38,727.59 | 3/1/2007 | 6/15/2007 | Clark County, Nevada | On Hold | Clark County, Nevada | NATIONAL DEFAULT |
| 1127075282 | Jaime and Lucille Mendoza | 5074 Walbrook Lane, Las Vegas, NV 89148 | 5/9/2007 | $347,000.00 | $449,091.00 | ($102,091.00) | 2/1/2007 | 5/21/2007 | Clark County, Nevada | On Hold | Clark County, Nevada | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC4 |
| 1127043806 | Young Soon Koo | 10910 Caughlin Road, Phelan, CA 92371 | 4/15/2007 | $315,000.00 | $307,887.71 | $7,112.29 | 1/1/2007 | 3/19/2007 | San Bernardino County, California | On Hold | San Bernardino County, California | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127045166 | Martin M Aguilar | 1101 Roosevelt Street, Fairfield, CA 94533 | 7/19/2007 | $335,000.00 | $352,834.75 | ($17,834.75) | 4/1/2007 | 6/4/2007 | Solano County, California | On Hold | Solano County, California | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127045772 | Dara Cooley | 8937 Ironwood Avenue, California City CA 93505 | 7/18/2007 | $180,000.00 | $146,843.01 | $33,156.99 | 4/1/2007 | 5/21/2007 | Kern County, California | On Hold | Kern County, California | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC2 |
| 1127055396 | Salvador Marquez | 201 North Dalton Avenue, San Jacinto, CA 92583 | 7/13/2007 | $245,900.00 | $226,893.87 | $18,006.13 | 4/12/2007 | 5/21/2007 | Riverside County, California | On Hold | Riverside County, California | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 |
| 1127058632 | Guadalupe Morales | 902 Nikan Way, Chula Vista, CA 91911 | 7/9/2007 | $459,000.00 | $432,176.98 | $26,823.02 | 4/12/2007 | 5/21/2007 | San Diego County, California | On Hold | San Diego County, California | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC3 |
| 1270075701 | Elizabeth Armenta | 5629 Cervantes Avenue, San Diego, CA 92114 | 7/3/2007 | $415,000.00 | $458,912.14 | ($43,912.14) | 4/12/2007 | 5/21/2007 | San Diego County, California | On Hold | San Diego County, California | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC4 |

| Loan # | Borrower | Address | Date | Amount | Amount 2 | Diff | Date 2 | Date 3 | Status | Set | County | Firm | Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127076561 | Maria A. Suchil | 1518 Pyrenees Avenue, Stockton, CA 95210 | 9/10/2007 | $239,000.00 | $340,548.68 | ($101,548.68) | 2/13/2007 | | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE-4 |
| 1127077245 | Icida Icnia/Louis Court, Chino Hills, CA 91709 Wallace | 16107 Watson | 8/13/2007 | $521,000.00 | $476,036.84 | $44,963.16 | 3/19/2007 | | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC-4 |
| 1146004454 | Ronaldo & Jacqueline Carrera, Jr. | 39553 Potrero Dr, Newark, CA 94560 | 8/19/2007 | $608,000.00 | $584,920.25 | $24,079.75 | 8/7/2007 | | On Hold | Not Set | Alameda County, California | NDEX WEST, LLC | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146007146 | Lorise Larry | 2251 Stein Pl, Stockton, CA 95206 | 8/17/2007 | $315,000.00 | $395,335.75 | ($80,335.75) | 9/19/2007 | | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146007192 Jr. | Manuel Carrera | 30275 Pelican Bay, Murrieta, CA 92563 | 8/14/2007 | $259,000.00 | $272,967.22 | ($13,967.22) | 8/6/2007 | | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | U.S. Bank National Association as Trustee for Mstr Asset Backed Securities Trust 2006-NC1 |
| 1146007393 | Betty Pena | 9346-9348 Fox Creek, Stockton, CA 95210 | 8/17/2007 | $325,000.00 | $376,674.71 | ($51,674.71) | 8/8/2007 | | On Hold | Not Set | San Bernardino County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2005-7 |
| 1220007793 | Joel Nieto Higareda | 5331 Nancy Way, Riverside, CA 92503 | 9/4/2007 | $289,000.00 | $300,630.49 | ($11,630.49) | 2/19/2007 | | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust, 2006-NC1 |
| 1220010604 | Manuel Higareda | 1782 East Fifth Street, Ontario, CA 91764 | 8/22/2007 | $400,900.00 | $422,571.26 | ($12,571.26) | 8/13/2007 | | On Hold | Not Set | Orange County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust, 2006-NC1 |
| 1220010775 | Armando Ramirez and Rita Ayala | 289 Bowling Green Dr, Costa Mesa, CA 92626 | 8/17/2007 | $585,000.00 | $569,106.67 | $15,893.33 | 8/31/2007 | | On Hold | Not Set | Kings County, New York | NDEX WEST, LLC | US Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust, 2006-NC1 |
| 1146028306 | Samantha Decker | 316 Milford Street, Brooklyn, NY 11208 | 9/17/2007 | $580,000.00 | $497,030.07 | $82,969.93 | 10/30/2006 | | On Hold | Not Set | Nassau County, New York | STEVEN J BAUM, P.C. | 1455 Real Estate Securities, Inc |
| 1127101125 | Rosa M. Flores | 16 Copeland Place, Farmingdale, NY 11735 | 8/17/2007 | $419,999.00 | $490,571.62 | ($70,572.62) | 2/20/2007 | | On Hold | Not Set | Kings County, New York | STEVEN J BAUM, P.C. | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE-4 |
| 1127105555 | Rolanda Beckett and Ravan Reedy | 440 Marion Street, Brooklyn, NY 11233 | 9/1/2007 | $590,000.00 | $620,984.57 | ($40,984.57) | 1/4/2007 | | On Hold | Not Set | Davidson County, Tennessee | WILSON & ASSOCIATES, PLLC | US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 |
| 1134023594 | Steven and Michelle Watson | 1415 Shell Road, Goodlettsville, TN 37072 | 7/12/2007 | $89,900.00 | $103,268.63 | ($13,368.63) | 9/12/2007 | 11/28/2007 | On Hold | Not Set | Shelby County, Tennessee | WILSON & ASSOCIATES, PLLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1160189613 | Michelle Moore | 294 Spruce Glen Cove, Cordova, TN 38018 | 7/16/2007 | $187,500.00 | $177,179.91 | $9,679.91 | 10/1/2007 | 7/20/2006 | On Hold | Not Set | Crawford County, Arkansas | WILSON & ASSOCIATES, PLLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2005-4 |
| 1127047049 | Stephanie Brewer and Lida Dalton | 519 Slerbud Street, Van Buren, AR 72956 | 5/22/2007 | $215,900.00 | $256,401.75 | ($39,501.75) | 9/1/2007 | 7/20/2007 | On Hold | Not Set | Crawford County, Arkansas | WILSON & ASSOCIATES, PLLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-N22 |