# S I G N - I N - S H E E T

**CASE NAME:**   New Century TRS Holdings, Inc.   **COURTROOM LOCATION: 5**

**CASE NO.:   07-10416-KJC**   **DATE:** February 20, 2008

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Nicholas Cremona (by phone) | Kaye Scholer LLP | Bank of America |
| Douglas Deutsch (by phone) | Chadbourne & Park, LLP | Credit Suisse First Boston |
| Christopher M. Samis | Richards, Layton & Finger, P.A. | Debtors |
| Sharon Nagle | Obadern & Kayes LLP | Debtors (telephonic) |
| David Carickhoff | Black Rome | Creditors' Committee |
| Gabriel MacConaill | Potter Anderson & Corroon | Bank of America |
| Jane Leamy | Office of the US Trustee | US Trustee |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

Calendar Date: | 02/20/2008
Calendar Time: | 01:30 PM

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
#### #5

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2031019 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP | Creditor, Bank of America, NA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2085734 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Credit Suisse First Boston / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2091636 | Shannon Nagel | 212-326-2000 | O'Melveny & Myers | Deceased Party, New Century TRS Holdings, Inc. / LIVE |