# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: U.S. Bank National Association, as Trustee for Mortgage Pass-Through Certificates, Series 2006-NC2*
*D&G Reference: 211878*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1220004105 | Carlos Vasquez | 12/16/2005 | 436,000.00 | 479,302.70 | 497,000.00 | 7160 Plumrose Street, Fontana, CA 92336 |
| 1220004513 | David J. Estrada and Herlinda Estrada | 12/8/2005 | 288,000.00 | 316,534.02 | 319,900.00 | 27112 Rio Vista Dr., Sun City, CA 92586 |
| 1220004534 | Matthew James Young | 1/9/2006 | 169,600.00 | 192,287.35 | 195,000.00 | 279 Tyler Avenue, Central Point, OR 97502 |
| 1220004663 | Heather Rafael and Nobuyoshio Rafael | 12/27/2005 | 383,120.00 | 458,036.90 | 440,000.00 | 1420 Propect Way, Suisun City, CA 94585 |
| 1220004814 | Jessica L. Daigle | 12/27/2005 | 124,000.00 | 149,082.71 | 129,900.00 | 10b Welson Ave., Worcester, MA 01607 |
| 1220004946 | Akhamma Prasad and Jog Ram Prasad | 1/20/2006 | 621,000.00 | 709,760.27 | 660,000.00 | 5146 Winston Court, Fremont, CA 94536 |
| 1220005046 | Rafael Mendez | 1/20/2005 | 480,000.00 | 525,245.91 | 480,000.00 | 1127 Carey Drive, Concord, CA 94520 |
| 1220005109 | Marcelo B. Felipe | 12/30/2005 | 136,000.00 | 153,736.59 | 125,000.00 | 1186 Worcester Road 1010, Framingham, MA 01702 |
| 1220005311 | Heymar Osorno | 1/11/2006 | 336,000.00 | 372,180.86 | 339,900.00 | 6710 Crest Ave., Riverside, CA 92503 |
| 1220005351 | Victoria Pierce and Clydia M. Cooper | 1/6/2006 | 286,276.00 | 310,943.66 | 349,000.00 | 9457 Plum Court, Hesperia, CA 92345 |
| 1220005672 | Pedro J. Zamora | 1/18/2006 | 271,999.00 | 314,213.09 | 345,000.00 | 120 Primrose Ave. N., Rialto, CA 92376 |
| 1220005866 | Tim Baldwin | 1/12/2006 | 328,000.00 | 354,160.00 | 375,000.00 | 18290 18th Avenue, Big Lake, MN 55309 |
| 1220006061 | Sandra Scepurek | 1/17/2006 | 158,600.00 | 178,260.44 | 170,000.00 | 413 7th Ave. SW, Rice, MN 56367 |
| 1220006072 | Juan Ochoa and Rosa Navarro Ochoa | 1/18/2006 | 624,428.00 | 678,598.70 | 710,000.00 | 1191 Court Lane, Concord, CA 94518 |
| 1220006202 | Alqiviadh Manos | 10/11/2005 | 423,360.00 | 460,688.93 | 620,000.00 | 270 E. Flamingo Ave., Las Vegas, NV 89109 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1220009879 | Cipriana Sanchez | 12/6/2005 | 297,600.00 | 317,910.80 | 299,900.00 | 79 Groton Street, Lawrence, CA 01843 |
| 1220004743 | Kevin L. Dunnells and Paula A. Dunnells | 12/22/2005 | 116,640.00 | 129,884.54 | 165,000.00 | 1580 Helderberg Trail, Berne, NY 12023 |
| 1220004844 | Diane Long | 1/5/2006 | 203,200.00 | 227,199.73 | 239,900.00 | 78 South Hamilton Street, Poughkeepsie, NY 12601 |
| 1220005345 | Johnathan Haies | 1/5/2006 | 344,000.00 | 358,381.66 | 339,999.00 | 166 Country Line Road, Massapequa, NY 11758 |
| 1220005806 | Cristina Guzman | 1/9/2006 | 508,000.00 | 531,957.72 | 620,000.00 | 100 21 Atlantic Avenue, Ozone Park, NY 11418 |