# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: HSBC Bank USA, Inc.*
*D&G Reference: 211876*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1300026502 | Guadalupe Grimaldo | 12/5/2006 | 368,000.00 | 407,496.84 | 349,900.00 | 1954 Via Carro, Santa Maria, CA 93458 |
| 1300026795 | Maria Lara | 10/31/2006 | 420,000.00 | 453,734.94 | 355,000.00 | 4833 Astuto Drive, Palmdale, CA 93551 |
| 1300027015 | Jorge A. Meza | 12/6/2006 | 252,000.00 | 269,010.29 | 249,000.00 | 15551 Willow Street, Hesperia, CA 92345 |
| 1300029652 | Itziar Lara | 10/27/2006 | 316,000.00 | 335,588.42 | 239,900.00 | 3129 Cary Street, Riverside, CA 92504 |
| 1300027460 | Richard Seals | 11/17/2006 | 356,000.00 | 378,395.51 | 319,000.00 | 80 E Raymond Avenue, Roosevelt, NY 11575 |
| 1300028740 | Gonzalo Nieves | 12/1/2006 | 760,000.00 | 803,409.89 | 679,900.00 | 3 Vintage Court, Middle Island, NY 11953 |