# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE4*
*D&G Reference: 211732*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127072916 | Francisco J. Leon Arred | | | 313,734.84 | 300,000.00 | 13123 Kiowa Drive, Moreno Valley, CA 92553 |
| 1127074725 | Javier Rodriguez | | | 829,475.00 | 900,000.00 | 1970 Rapallo Court, Brentwood, CA 94513 |
| 1127075462 | Dante Bradford | | | 430,306.90 | 485,000.00 | 16402 Harvest Avenue, Norwalk, CA 90650 |
| 1127075576 | James S. Smith and Sandra L. Smith | | | 388,900.46 | 390,000.00 | 1250 Flamingo Avenue, El Cajon, CA 92021 |
| 1127076258 | Michael Wilson and Charles Slama | | | 112,317.71 | 107,000.00 | 103 3rd Street NE, Hinckley, MN 55037 |
| 1127076354 | Paul Virtue | | | 317,189.99 | 274,500.00 | 5463 Southeast 150th Street, Prior Lake, MN 55372 |
| 1127076495 | Vincent Johnson | | | 437,337.98 | 395,000.00 | 8201 Cabochon Way, Sacramento, CA 95829 |
| 1127076555 | Salvador Gonzalez | | | 371,558.26 | 419,900.00 | 1627 Burma Court, Ponoma, CA 91766 |
| 1127103836 | Felicia Somerville and Darrin Somerville | | | 261,819.37 | 314,900.00 | 5250 Northwestern Dr., Matteson, IL 60443 |
| 1127104536 | Salah Aljanabi | | | 411,740.33 | 369,900.00 | 14 Bayview Street, Quincy, MA 02169 |
| 1127074265 | Edwin T. Guerrero | | | 309,526.43 | 360,000.00 | 245 Berriman Street, Brooklyn, NY 11208 |
| 1127075483 | Azenith H. Reyes | | | 463,644.70 | 498,200.00 | 78 Biltmore Avenue, Elmont, NY 11003 |
| 1127076636 | Rafeal Peralta | | | 444,079.75 | 550,000.00 | 91 Nassau Avenue, Freeport, NY 11520 |