# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: U.S. Bank National Association, as Trustee for the Structured Asset Corporation Mortgage Loan Trust, 2006-NC1*
*D&G Reference: 211881*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1100181089 | Altagracia Sanchez | 1/31/2006 | 284,800.00 | 318,027.17 | 169,000.00 | 152 Lyon Street, Patterson, NJ 07522 |
| 1100182065 | Berlyn T. Cooper | 12/15/2005 | 156,000.00 | 171,861.88 | 249,900.00 | 27 Arch Street, Providence, RI 02907 |
| 1100182394 | Raquel Padilla | 1/31/2006 | 324,000.00 | 357,280.21 | 385,000.00 | 3953 Big Dalton Road, Baldwin Park, CA 91706 |
| 1100190418 | Candida Grullon | 2/28/2006 | 278,400.00 | 318,539.08 | 272,900.00 | 187 Andover Street, Lawrenceville, MA 01843 |
| 1100180601 | Matilde Coca | 12/27/2005 | 392,000.00 | 419,180.49 | 469,000.00 | 534 536 Gregory Avenue, Passaic, NJ 07055 |
| 1100181877 | Obinna Eneh | 7/15/2005 | 279,920.00 | 282,767.98 | 335,000.00 | 1 City View Lane, Quincy, MA 02169 |
| 1100188103 | Lonny Thompson and Marisa Thompson | 2/28/2006 | 180,000.00 | 203,641.71 | 195,000.00 | 89 Burr Street, East Haven, CT 06512 |
| 1100190404 | Sebastiano Marino | 3/2/2006 | 520,000.00 | 572,469.72 | 639,900.00 | 12 Newbury Court, Simsbury, CT 06070 |
| 1100183305 | Michael J. Bradenbu | 1/12/2006 | 78,280.00 | 85,142.87 | 102,900.00 | 57 Hiler Avenue, Kenmore, NY 14217 |
| 1100186336 | Marcia E. Hunte | 2/9/2006 | 466,400.00 | 488,462.01 | 550,000.00 | 1470 Egmont Place, Far Rockaway, NY 11691 |
| 1100187446 | Michael Hughes | 12/12/2005 | 213,828.00 | 222,144.36 | 229,000.00 | 51 Dana Avenue, Mastic, NY 11950 |
| 1100187885 | Delwer Kazi | 1/13/2006 | 472,000.00 | 496,897.59 | 660,000.00 | 42 40 196th Street, Flushing, NY 11358 |
| 1100189824 | Greysis Aviles | 3/2/2006 | 292,000.00 | 321,562.43 | 354,900.00 | 9 Baldwin Court, Medford, NY 11763 |