IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | Case No. 07-10416 |
| INC., a Delaware corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Obj. Deadline: 2/27/08 at 4:00 p.m.** |
| | ) | **(extended by agreement)** |
| | ) | **Hearing Date: 3/5/08 at 1:30 p.m.** |
| | ) | **Related to Docket Nos. 4804 and 5064** |

## JOINDER OF WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. IN THE OBJECTION FILED BY GOLDMAN SACHS MORTGAGE COMPANY TO THE DISCLOSURE STATEMENT FOR JOINT PLAN OF REORGANIZATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Washington Mutual Mortgage Securities Corp. ("WaMu"), by and through its undersigned counsel, hereby joins in the objection to the *Disclosure Statement for Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors* (Docket No. 4804), that was filed by Goldman Sachs Mortgage Company (Docket No. 5064), and incorporates all of the arguments that were contained in such objection as if they were set forth fully herein.

Dated: February 28, 2008
       Wilmington, Delaware

*[signature]*
Karen C. Bifferato (No. 3279)
Marc J. Phillips (No. 4445)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

Attorneys for Washington Mutual Mortgage Securities Corp.

595156