## CERTIFICATE OF SERVICE

I, Karen C. Bifferato, hereby certify that on the 28th day of February, 2008, I caused a true and correct copy of the foregoing to be served upon the persons or entities indicated below in the manner indicated below.

Karen C. Bifferato (No. 3279)

### VIA HAND DELIVERY

Marc D. Collins, Esq.
Michael J. Merchant, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

### VIA FACSIMILE AND FIRST CLASS U.S. MAIL

New Century Mortgage Corporation
3337 Michelson Drive, Suite CN-350
Irvine, CA 92612
Attn: Monika L. McCarthy, Esq.
Facsimile: (949) 440-7033

Mark S. Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Facsimile: (212) 478-7400

Suzzanne S. Uhland, Esq.
Andrew M. Parlen, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
Facsimile: (415) 984-7801

AP Services, LLC
9 West 57th Street, Suite 3420
New York, NY 10019
Attn: Holly Felder Etlin
Facsimile: (212) 490-1344

595070