# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: U.S. Bank National Association, as Trustee for the Structured Asset Corporation Mortgage Loan Trust, 2005-9*
*D&G Reference: 211883*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1100141793 | Ingrid Gonzalez | 5/20/2005 | 199,920.00 | 227,848.93 | 239,900.00 | 87 Alverson Avenue #1, Providence, RI 02909 |
| 1100143035 | Jeffrey Fowler and Christy Fowler | 7/19/2005 | 138,400.00 | 146,486.81 | 193,350.00 | 2695 Donegal Street, Eugene, OR 97404 |
| 1100146565 | Everardo Magallon | 7/22/2005 | 336,000.00 | 365,113.30 | 475,000.00 | 6364 Smith Avenue, Mira Loma, CA 91752 |
| 1100143444 | Sharon Alert | 7/25/2005 | 180,000.00 | 185,805.29 | 189,900.00 | 176 Maple Avenue, Irvington, NJ 07111 |