UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* : | Chapter 11 |
| : |  |
| NEW CENTURY TRS HOLDINGS, |  |
|   INC., a Delaware corporation, *et al.*,[1]   : |  |
| : | Case Number 07-10416 (KJC) |
| Debtors.   : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

      I certify that, on February 28, 2008, I caused to be served a copy/copies of the United States Trustee's Objection to the Motion of the Debtors and Debtors in Possession for an Order (a) Approving Proposed Disclosure Statement for the Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008; (b) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Proposed Joint Chapter 11 Plan of Liquidation; and (c) Scheduling a Hearing on Confirmation of the Proposed Joint Chapter 11 Plan of Liquidation and Approving Related Notice Procedures via electronic mail to the following persons:

| | |
|---|---|
| Mark D. Collins, Esquire | Ben H. Logan, Esquire |
| Michael J. Merchant, Esquire | Suzzanne S. Uhland, Esquire |
| Christopher M. Samis, Esquire | Victoria A. Newmark, Esquire |
| RICHARDS, LAYTON & FINGER, P.A. | Emily R. Culler, Esquire |
| One Rodney Square | O'MELVENY & MYERS LLP |
| P.O. Box 551 | 275 Battery Street |
| Wilmington, DE 19899 | San Francisco, CA 94111 |
| collins@rlf.com | suhland@omm.com |
| merchant@rlf.com | blogan@omm.com |
| samis@rlf.com | vnewmark@omm.com |
|  | eculler@omm.com |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership, and New Century Warehouse, a California corporation.

Michael J. Missal, Esquire
Edward M. Fox, Esquire
Stephen G. Topetzes, Esquire
K&L GATES LLP
1601 K Street, NW
Washington, D.C.  20006-1600
michael.missal@klgates.com
edward.fox@klgates.com
steven.topetzes@klgates.com

Mark Minuti, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
mminuti@saul.com

Bonnie Glantz Fatell, Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE  19801-4226
fatell@blankrome.com

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
HAHN & HESSEN LLP
488 Madison Avenue
14th and 15th Floors
New York, NY  10022
mpower@hahnhessen.com
mindelicato@hahnhessen.com

    /s/ Joseph J. McMahon, Jr.
    Joseph J. McMahon, Jr.
    Trial Attorney