## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | Objection Deadline: March 18, 2008 at 4:00 p.m. |
| | : | Hearing Date: March 25, 2008 at 1:30 p.m. |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on February 28, 2008, the above-captioned

debtors and debtors in possession (the "Debtors") filed the **Motion for Order**

**Approving Stipulation Regarding Allowance of Financing Claims of Bank of the**

**West** (the "Motion") with the United States Bankruptcy Court for the District of

Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy

Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to

the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market

Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the

undersigned counsel on or before **4:00 p.m. on March 18, 2008.**

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R E O. Corp , a California corporation; New Century R.E.O. II Corp , a California corporation; New Century R E O. III Corp , a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation , a California corporation.

PLEASE TAKE FURTHER NOTICE that if any objections or responses are received a hearing with respect to the Motion will be held on **March 25, 2008 at 1:30 p.m.** before the Honorable Kevin J. Carey at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 28, 2008
     Wilmington, Delaware

               Mark D. Collins (No. 2981)
               Michael J. Merchant (No. 3854)
               Christopher M. Samis (No. 4909)
               RICHARDS, LAYTON & FINGER, P.A.
               One Rodney Square
               920 North King Street
               Wilmington, Delaware  19801
               Telephone:  (302) 651-7700
               Facsimile:  (302) 651-7701

               - and -

               Suzzanne S. Uhland
               Ben H. Logan
               Victoria Newmark
               Emily R. Culler
               O'MELVENY & MYERS LLP
               275 Battery Street
               San Francisco, California 94111
               Telephone:  (415) 984-8700
               Facsimile:  (415) 984-8701

               ATTORNEYS FOR DEBTORS
               AND DEBTORS IN POSSESSION