# EXHIBIT 1

LA3:1144884 2
RLF1-3258337-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | Case No. 07-10416 (KJC) |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## STIPULATION REGARDING ALLOWANCE OF CLAIMS OF BANK OF THE WEST

This Stipulation is entered into by and between New Century Financial Corporation, a Maryland corporation, New Century TRS Holdings, Inc., a Delaware corporation, New Century Mortgage Corporation, a California Corporation, and their direct and indirect subsidiaries, each as debtor and debtor in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), on the one hand, and Bank of the West, on the other hand, by and through their respective counsel, and is based on the following recitals:

### RECITALS

A. The Debtors commenced these cases by filing voluntary chapter 11 bankruptcy petitions on April 2, 2007.

B. Pre-petition, General Electric Capital Corporation ("GECC") extended financing to certain of the Debtors in exchange for a Promissory Note dated March 26, 2004 in

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

the principal amount of $7,000,000.34.

C. The obligations under the Promissory Note are secured by liens against furniture, equipment and other property of the Debtors pursuant to a Master Security Agreement dated February 18, 2004. The Debtors obligated under the Promissory Note are New Century TRS Holdings, Inc. and New Century Mortgage Corporation (the "Obligated Debtors"). GECC assigned the note and the related security interest to Bank of the West.

D. On July 17, 2007, Bank of the West filed a Proof of Claim (No. 951) asserting a secured claim under the Promissory Note as of the petition date in the amount of $194,444.94. The Debtors do not dispute the amount owing under the Promissory Note, but dispute the extent to which that claim is entitled to treatment as a secured claim.

E. Following discussions amongst representatives for the Debtors and Bank of the West, the parties have agreed to allow Bank of the West's claims on the terms set forth below, subject to Bankruptcy Court approval.

## STIPULATION

1. Bank of the West will have an allowed secured claim on account of the Promissory Note in the amount of $25,000 against the Obligated Debtors.

2. The automatic stay applicable under Bankruptcy Code section 362 will be modified to permit Bank of the West to remove and take possession of two vans constituting Bank of the West's collateral (a 2002 Ford E250 van bearing vehicle identification number 1FTNE24W23HA12867 and a 2003 Ford E250 van bearing vehicle identification number 1FTNE24212HB06699) and to otherwise exercise Bank of the West's rights as a secured creditor with respect to the vans. The parties have agreed that the vans have a value of approximately $14,000 (for purposes of this Stipulation and the allowance of these claims only). As a result, the secured portion of Bank of the West's claims on account of the Promissory Note totals $39,000 (i.e. $25,000 plus $14,000).

3. Bank of the West will have an allowed non-priority unsecured claim on account of the balance owing under the Promissory Note in the amount of $155,444.94 against

the Obligated Debtors.

4. The allowed claims and the turnover of collateral described herein will be in complete and final satisfaction of any and all claims of Bank of the West on account of the Promissory Note and related Master Security Agreement, and any other claims asserted by Bank of the West on account of such note and security interest are disallowed in their entirety. Bank of the West will be entitled to distributions on account of the allowed claims described herein as set forth in the Debtors' plan of liquidation filed February 2, 2008, as may be modified and amended.

5. Any notice, request, instruction, or demand to be given under this Stipulation shall be in writing and shall be deemed to have been duly given when delivered personally, by overnight courier service or by first class mail to the address of the party set forth below, or to such other address as the party may designate by written notice.

**STIPULATED AND AGREED:**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

-and-

3

Shannon Lowry Nagle
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000

ATTORNEYS FOR DEBTORS AND DEBTORS
IN POSSESSION

AND

*(signature)*
Susan L. Vaage
GRAHAM VAAGE & CISNEROS
500 North Brand Blvd., Ste. 1030
Glendale, CA 91203
(818) 547-4800

ATTORNEYS FOR BANK OF THE WEST