# EXHIBIT 1

LA3:1144870 3
RLF1-3258346-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | Case No. 07-10416 (KJC) |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | Jointly Administered |
| **Debtors.** | : | |

## STIPULATION RE-CHARACTERIZING AND ALLOWING FINANCING CLAIMS OF SUNTRUST LEASING CORPORATION

This Stipulation is entered into by and between New Century Financial Corporation, a Maryland corporation, New Century TRS Holdings, Inc., a Delaware corporation, New Century Mortgage Corporation, a California Corporation, and their direct and indirect subsidiaries, each as debtor and debtor in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), on the one hand, and SunTrust Leasing Corporation ("SunTrust"), on the other hand, by and through their respective counsel, and is based on the following recitals:

### RECITALS

A. The Debtors commenced these cases by filing voluntary chapter 11 bankruptcy petitions on April 2, 2007.

B. Pre-petition, SunTrust extended financing to certain of the Debtors in exchange for a Promissory Note dated September 29, 2005 and Security Agreement dated

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

February 19, 2004, in the principal amount of $7,371,109.08. The Debtors obligated under the Promissory Note and Security Agreement are New Century Financial Corporation, New Century TRS Holdings, Inc. and New Century Mortgage Corporation (the "Obligated Debtors").

C. On August 24, 2007, SunTrust filed Proofs of Claim Nos. 2171, 2168 and 2029 asserting that it was owed $3,916,989.99 under the Promissory Note as of the petition date and that the claims were secured pursuant to the Security Agreement in an "unknown" amount. On August 27, 2007, SunTrust filed Proofs of Claim Nos. 1982, 1986 and 2136 amending the previous Proofs of Claim and again asserting that it was owed $3,916,989.99 under the Promissory Note as of the petition date and that the claims were secured pursuant to the Security Agreement in an "unknown" amount (the "Amended Claims").

D. SunTrust has not filed any UCC financing statement or other document evidencing that SunTrust perfected any lien or security interest under the Promissory Note and Security Agreement.

E. Following discussions amongst representatives for the Debtors and SunTrust, the parties have agreed to allow SunTrust's claims on the terms set forth below.

## STIPULATION

1. The Amended Claims (Claim Nos. 1982, 1986, 2136) on account of the Promissory Note shall be allowed against the Obligated Debtors as general unsecured claims each in the amount of $3,916,989.99 and shall be in complete and final satisfaction of any and all claims of SunTrust under the Promissory Note, Security Agreement and related financing, and such claim may be satisfied once and only once.

2. Any and all other claims of SunTrust relating to the Promissory Note, Security Agreement and related financing other than the Amended Claims are disallowed in their entirety.

3. SunTrust shall be entitled to distributions on account of the Amended Claims as general unsecured claims as set forth in a plan of reorganization to be filed in these cases at a later time.

4.     The Debtors' right make any future claims or defenses against SunTrust and any rights of SunTrust to setoff against potential claims asserted or to be asserted by the Debtors, if any, shall be preserved and not affected by this Stipulation. The Amended Claims are secured to the extent of any such setoff rights.

5.     Any notice, request, instruction, or demand to be given under this Stipulation shall be in writing and shall be deemed to have been duly given when delivered personally, by overnight courier service or by first class mail to the address of the party set forth below, or to such other address as the party may designate by written notice.

**STIPULATED AND AGREED:**

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

Shannon Lowry Nagle
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

AND

/s/ Madison L. Martin
Robert Goodrich
Madison L. Martin (DE I.D. No. 4079)
Stites & Harbison PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202
502-587-3400

ATTORNEYS FOR SUNTRUST LEASING
CORPORATION

LA3:1143887.3