# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: U.S. Bank National Association, as Trustee for the Structured Asset Corporation Mortgage Loan Trust, 2006-4*
*D&G Reference: 211885*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1100180621 | Holly A. Pray | 12/13/2005 | 152,000.00 | 168,938.75 | 204,900.00 | 13 Sunflower Court, North Providence, RI 02911 |
| 1100181482 | Lilia Meraz | 1/31/2006 | 260,000.00 | 286,874.10 | 285,000.00 | 7363 North Bain Avenue, Fresno, CA 93722 |
| 1100183333 | Allen Hughes and Edith Hughes | 1/31/2006 | 80,000.00 | 92,246.75 | 82,000.00 | 122 Juniper Street, Herlong, CA 93113 |
| 1100184362 | Antoinette Edmondson | 12/7/2005 | 163,200.00 | 174,248.82 | 195,000.00 | 16 18 E. Avenue, Glassboro, NJ 08028 |
| 1100185261 | Juan Montalvo and Gisela Medina | 12/30/2005 | 252,000.00 | 266,104.45 | 290,000.00 | 415 7th Street, Union City, NJ 07087 |
| 1100189208 | Denise Doctor | 2/23/23006 | 232,000.00 | 242,181.20 | 195,000.00 | 116 Myrtle Avenue, Jersey City, NJ 07305 |
| 1100190844 | Rhadames Polanco | 2/28/2006 | 391,200.00 | 412,575.35 | 550,000.00 | 148 57 Hookcreek Boulevard, Jamaica, NY 11431 |