IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS, INC., et al.,

                                  Debtor.

Chapter 11
Case No. 07-10416-KJC

**Objections due by: March 18, 2008 at 4:00 p.m.**
**Hearing Date: March 25, 2008 at 1:30 p.m.**

## NOTICE OF MOTION OF
## U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC1
## FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:

New Century TRS Holdings, Inc.
New Century TRS Holdings
18400 Von Karman Ave.
Irvine, CA 92612
*Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for the Debtor*

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee*
*of Unsecured Creditors*

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for the Debtor*

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Ave.
14th & 15th Floor
New York, NY 10022
*Attorneys for the Official Committee*
*of Unsecured Creditors*

*Movant: U.S. Bank National Association, as Trustee for Asset-Backed Pass-Through*
*    Certificates, Series 2006-NC1*
*D&G Reference: 211886*

U.S. Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to certain real property in which the above-captioned debtor may hold an interest. A complete list of the real property to which the motion relates is attached to the motion as Exhibit A.

**HEARING ON THE MOTION WILL BE HELD ON MARCH 25, 2008 AT 1:30 P.M.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at lease five business days before the above hearing date. At the same time, you must also serve a copy of the response upon movant's attorneys:

Maria Aprile Sawczuk                               Adam Hiller, Esquire
Draper and Goldberg, PLLC                     Draper & Goldberg, PLLC
1500 North French Street                          1500 North French Street
2nd Floor                                                   2nd Floor
Wilmington DE 19801                              Wilmington, DE 19801
                                                                  (302) 339-8776 telephone

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTING IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 25, 2008                       Respectfully submitted,
          Wilmington, Delaware

                                                               DRAPER & GOLDBERG, PLLC


                                                                 **/s/ Maria Aprile Sawczuk**
                                                               Adam Hiller (DE No. 4105)
                                                               Maria Aprile Sawczuk (DE No. 3320)
                                                               1500 North French Street, 2nd Floor
                                                               Wilmington, Delaware 19801
                                                               (302) 339-8776 telephone
                                                               (302) 213-0043 facsimile