IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., <u>et al.</u>,<br><br>Debtor. | Chapter 11<br>Case No. 07-10416-KJC |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 29, 2008, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code, notice, and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: February 29, 2008           **/s/ Maria Aprile Sawczuk**
      Wilmington, Delaware           Adam Hiller (DE No. 4105)
                                            Maria Aprile Sawczuk (DE No. 3320)
                                            Draper & Goldberg, PLLC
                                            1500 North French Street, 2nd Floor
                                            Wilmington, Delaware 19801
                                            (302) 339-8776 telephone
                                            (302) 213-0043 facsimile

| | |
|---|---|
| New Century TRS Holdings, Inc.<br>New Century TRS Holdings<br>18400 Von Karman Ave.<br>Irvine, CA 92612<br>*Debtor* | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| Mark D. Collins, Esquire<br>Christopher M. Samis, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>*Attorneys for the Debtor* | Bonnie Glantz Fatell, Esquire<br>David W. Carickhoff, Jr., Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>*Attorneys for the Official Committee*<br>  *of Unsecured Creditors* |
| Suzanne S. Uhland, Esquire<br>Ben H. Logan, Esquire<br>O'Melveny & Myers LLP<br>275 Battery Street<br>San Francisco, CA 94111<br>*Attorneys for the Debtor* | Mark T. Power, Esquire<br>Mark S. Indelicato, Esquire<br>488 Madison Ave.<br>14th & 15th Floor<br>New York, NY 10022<br>*Attorneys for the Official Committee*<br>  *of Unsecured Creditors* |