# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: U.S. Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2*
*D&G Reference: 211907*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134027034 | Matthew Favorite | 7/14/2006 | 304,800.00 | 344,631.36 | 336,000.00 | 4353 Columbus Avenue South, Minneapolis, MN 55407 |
| 1134027129 | George Gervasi | 7/12/2006 | 509,600.00 | 548,569.14 | 409,900.00 | 401 East Stanton Road, Wildwood Crest, NJ 08260 |
| 1134027254 | Alton W. Coleman and Gwendoline P. Coleman | 7/21/2006 | 172,800.00 | 191,536.95 | 212,900.00 | 1902 Beacon Hill Drive, Sicklerville, NJ 08081 |
| 1134027371 | Harvey Reyes | 7/18/2006 | 440,000.00 | 474,605.12 | 550,000.00 | 730 732 W Sepelveda, San Pedro, CA 90731 |
| 1134027684 | Justin Powell and Jolene Powell | 7/21/2006 | 179,200.00 | 204,051.27 | 167,500.00 | 670 Sarah Lane, Eagle Point, OR 97524 |
| 1134027693 | Francisco Valdez | 7/19/2006 | 348,800.00 | 380,513.58 | 319,900.00 | 1443 Gowin St., Spring Valley, CA 91977 |
| 1134027806 | Susan Yamane | 7/19/2006 | 608,000.00 | 665,698.92 | 639,000.00 | 39902 Buxton Ct., Murrieta, CA 92563 |
| 1134027862 | Laura Iverson | 6/16/2006 | 439,200.00 | 491,586.38 | 489,000.00 | 17935 Ferndell Ln., Victorville, CA 92394 |
| 1134027901 | Hector Chairez | 7/20/2006 | 253,600.00 | 279,217.24 | 295,000.00 | 881 King St. W, Banning, CA 92220 |
| 1134027961 | Shane Osberg | 7/21/2006 | 584,000.00 | 623,567.30 | 709,000.00 | 1446 Airobo Road, La Habra Heights, CA 90631 |
| 1134027992 | Dolores Garcia and Michael Ulloa | 7/14/2006 | 454,400.00 | 503,439.50 | 569,900.00 | 908 Stoney Creek Road, Paso Robles, CA 93446 |
| 1134027993 | Denise Blanks | 7/21/2006 | 252,000.00 | 277,769.80 | 210,000.00 | 375 South 10th Street, Newark, NJ 07103 |
| 1134028035 | Janette Gonzalez and Cesar Gonzalez | 7/20/2006 | 416,800.00 | 437,219.92 | 559,000.00 | 8341 Poole Avenue, Sun Valley, CA 91352 |
| 1134028081 | Jose Perez | 7/21/2006 | 488,000.00 | 535,978.42 | 469,000.00 | 1273 1275 Persimmon Avenue, El Cajon, CA 92021 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134028251 | Peter Buwembo | 7/18/2006 | 432,000.00 | 462,696.40 | 465,000.00 | 2705 PLZ Serena Drive, Rialto, CA 92377 |
| 1134028272 | Donald Watson | 7/7/2006 | 392,000.00 | 442,596.46 | 345,000.00 | 205 Colburn Street, Dedham, MA 02026 |
| 1134028504 | Francisco Cinto | 7/11/2006 | 482,400.00 | 518,067.97 | 656,000.00 | 1410 S Rene Drive, Santa Ana, CA 92704 |
| 1134027775 | Craig Mcgauley | 7/18/2006 | 232,000.00 | 242,747.57 | 237,000.00 | 1741 Lakeside Drive South, Forked River, NJ 08731 |
| 1134028699 | Joaquim Vieira | 7/20/2006 | 460,000.00 | 491,773.07 | 500,000.00 | 220 Geneva Street, Elizabeth, NJ 07206 |
| 1134027488 | Nickolas Dona | 3/29/2006 | 324,000.00 | 350,768.90 | 315,000.00 | 101 Atlantic Avenue, Freeport, NY 11520 |
| 1134028036 | Thomas Bethelmie | 7/11/2006 | 454,400.00 | 469,760.34 | 720,000.00 | 102 30 134th Street, Richmond Hill, NY 11420 |