# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-HE3*
*D&G Reference: 211909*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134033395 | Alfred Bolden | 10/11/2006 | 224,000.00 | 246,691.60 | 239,000.00 | 13865 Cactus Desert Hot Springs, CA 92240 |
| 1134032424 | Sara Martinez | 10/17/2006 | 303,200.00 | 329,908.87 | 319,000.00 | 1541 La Palma Avenue, Anaheim, CA 92805 |
| 1134033643 | Roman Canger | 10/4/2006 | 248,800.00 | 272,401.86 | 319,900.00 | 433 North Maple Avenue, East Orange, NJ 07019 |
| 1134033751 | Maribel Vicente and Pedro Vicente | 10/18/2006 | 260,000.00 | 283,855.44 | 270,000.00 | 4701 Mount Diablo Court, Bakersfield, CA 93304 |
| 1134033974 | Rukisha Griffin | 10/16/2006 | 240,000.00 | 261,877.49 | 242,000.00 | 13270 Brighton Circle, Victorville, CA 92392 |
| 1134033925 | Karen D. Streicher | 10/17/2006 | 216,000.00 | 235,912.62 | 265,000.00 | 207 West High Street, Falls Church, CT 06424 |