# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust, 2006-NC1*
*D&G Reference: 211914*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1220006126 | Claudia Vaca and Rafael Vaca | 10/24/2005 | 596,000.00 | 662,886.47 | 660,000.00 | 5003 Surfside Drive, San Diego, CA 92154 |
| 1220006226 | Pinky Cirillo and Adam Cirillo | 12/12/2005 | 400,000.00 | 431,044.56 | 489,000.00 | 4159 George Avenue, San Mateo, CA 94403 |
| 1220006452 | Min Jung Han | 12/15/2005 | 263,960.00 | 279,844.68 | 339,000.00 | 10219 Pinewood Avenue, Tujunga, CA 91042 |
| 1220006682 | Lennie Sims | 12/22/2005 | 179,200.00 | 204,597.63 | 225,000.00 | 708 Ave. H13 W, Lancaster, CA 93534 |
| 1220006772 | Joanna Henderson and Donnie Henderson | 12/5/2005 | 152,000.00 | 163,968.29 | 199,900.00 | 168 Sawmill Road, Brick, NJ 08723 |
| 1220007282 | Suresh Subbiah and Vijayalakshmi Subbiah | 12/30/2005 | 428,188.00 | 501,948.76 | 520,000.00 | 1 Oakbourne Court, Bordentown, NJ 08505 |
| 1220007445 | Felix A Rivas and Irene Rivas | 1/4/2006 | 422,000.00 | 459,978.24 | 470,000.00 | 9436 Woodman Avenue, Arleta, CA 91331 |
| 1220007461 | May Hernando | 12/29/2005 | 536,710.00 | 581,759.29 | 715,000.00 | 648 Forrest Lane Drive, Pacifica, CA 94044 |
| 1220009168 | Edward M. Figueroa | 12/7/2005 | 152,000.00 | 169,938.37 | 173,900.00 | 19 Magnolia Terr, Chicopee, MA 01013 |
| 1220009907 | Mien Dong Tran | 12/14/2005 | 239,200.00 | 257,803.37 | 249,900.00 | 104 LaFayette Street, Randolph, MA 02368 |
| 1220010860 | Juan F. Alfaro | 12/22/2005 | 232,000.00 | 255,124.42 | 264,900.00 | 706 Plainfield Street, Providence, RI 02909 |
| 1220010903 | Janette Marcelo | 12/27/2005 | 316,000.00 | 342,275.91 | 289,900.00 | 5307 5309 Gordon Drive, Sacramento, CA 95824 |
| 1220010922 | Tequita E. Raymond and Shaun Lattimore | 12/23/2005 | 544,000.00 | 628,501.45 | 720,000.00 | 12945 Hagar St., Lake View Terrace, CA 91342 |
| 1220010963 | Jesus Velasquez and Maria Velasquez | 12/28/2005 | 316,000.00 | 344,656.44 | 276,000.00 | 13919 Yosemite Boulevard, Waterford, CA 95386 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1220007527 | Rajmat Sukhanandan | 1/3/2006 | 584,250.00 | 620,075.30 | 590,000.00 | 25 31 83rd Street, Jackson Heights, NY 11370 |
| 1220009881 | Marva Heywood | 12/21/2005 | 540,000.00 | 493,325.57 | 540,000.00 | 436 Marion Street, Brooklyn, NY 11223 |