# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: U.S. Bank, N.A.*
*D&G Reference: 211916*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1115007651 | Young Hye Kim | 5/23/2006 | 452,000.00 | 484,480.28 | 619,000.00 | 531 Orchard Avenue #B, Palisaides Park, NJ 07650 |
| 1115046613 | Patrick Davis | 3/31/2006 | 556,000.00 | 628,736.31 | 659,000.00 | 114 Graphic Boulevard, Bergenfield, NJ 07621 |
| 1115006857 | Josedys Tovar and Christina Tovar | 4/25/2006 | 275,515.00 | 294,310.94 | 399,000.00 | 156 Redneck Avenue, Little Ferry, NJ 07643 |
| 1115009603 | Mary R. Cook and Mary Ann Schienestuhl | 9/8/2006 | 294,400.00 | `329,343.12 | 305,000.00 | 1207 Steamer Avenue, Manahawkin, NJ 08050 |