**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | Re: Docket No. 4904 |

**CERTIFICATION OF COUNSEL (SECOND) REGARDING STIPULATION
BETWEEN DEBTORS AND VISTA OFFICE CENTRE, LLC PROVIDING
FOR THE EFFECTIVE DATE OF REJECTION OF UNEXPIRED LEASE
AND PAYMENT OF LEASE OBLIGATIONS AND RELATED RELIEF**

The undersigned hereby certifies as follows:

On February 15, 2008, the above-captioned debtors and debtors in possession (the

"Debtors") and Vista Office Centre, LLC entered into the *Stipulation Between Debtors and Vista*

*Office Centre, LLC  Providing for the Effective Date of Rejection of Unexpired Lease and*

*Payment of Lease Obligations and Related Relief* (the "Stipulation").  On February 19, 2008, the

Debtors filed the Stipulation under certification of counsel [Docket No. 4904].

On February 20, 2008, the Court held an omnibus hearing (the "Hearing") in the Debtors'

chapter 11 cases.  At the omnibus hearing, the Court inquired as to how the Debtors became

---

[1]  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and  New Century Warehouse Corporation, a California corporation.

associated with the Premises[2] described in the Stipulation, as the Stipulation only referenced a lease between RBC Mortgage Company ("RBC") and Vista Office Centre LLC (the "Landlord").    After the Hearing, Debtors' counsel researched the relationship between the Debtors and the Premises and discovered that the Debtors occupied the Premises after their purchase of RBC.    Accordingly, the Parties have amended the Stipulation (the "Amended Stipulation") to reflect this relationship between the Landlord and the Debtors.

A proposed form of order (the "Proposed Order") approving the Amended Stipulation is attached hereto as Exhibit 1.    A true and correct copy of the Amended Stipulation is attached to the Proposed Order as Exhibit A.    The Official Committee of Unsecured Creditors has reviewed and approved the Amended Stipulation and the Proposed Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

RLF1-3258506-1

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as Exhibit 1, at its earliest convenience.

Respectfully submitted,

Dated: February 29, 2008
      Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

3