IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC.., a | ) | Case No. 07-10416 (KJC) |
| Delaware corporation, et al., | ) | Jointly Administered |
| | ) | |
| | ) | Objection Deadline: 2/29/08 at 4:00 p.m. |
| Debtors. | ) | Hearing Date:  3/5/08 at 1:30 p.m. |

**OBJECTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AMERICAS TO THE DISCLOSURE STATEMENT FOR JOINT PLAN OF REORGANIZATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Deutsche Bank National Trust Company, Americas ("DBNTC"), by and through its undersigned counsel, hereby submits this objection (the "Objection") pursuant to section 1125 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") to the Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 (docket No. 4804) (the "Disclosure Statement").  In support of its objection, DBNTC respectfully represents as follows:

**JURISDICTION**

1.  This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28. U.S.C. § 157(b).  Venue is proper before this Court pursuant to U.S.C. § 1408 and 1409.

**BACKGROUND**

2.  DBNTC is a national banking association and is the main trustee for the Debtors' mortgage loan securitization transactions.  DBNTC acts as trustee for 24 mortgaged backed securities trusts, containing approximately $14 billion in current principal amount of mortgage loans serviced by Debtor entities.

10925834.1

3. On April 2, 2007 (the "Petition Date"), New Century Financial Corporation and certain of its subsidiaries (collectively, the "Initial Debtors")[1] filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). On August 6, 2007, New Century Warehouse Corporation d/b/a Access Lending ("Access Lending," and, together with the Initial Debtors, the "Debtors") filed voluntary petition for relief under chapter 11 of the Bankruptcy code. The Debtors' chapter 11 cases are being jointly administered and have been consolidated for procedural purposes only.

4. On February 2, 2008, the Debtors and the Official Committee of Unsecured Creditors (the "Committee") filed the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official committee of Unsecured Creditors dated as of February 2, 2008 (the "Plan") and the Disclosure Statement. A hearing to consider approval o the Disclosure Statement is scheduled for March 5, 2008.

**OBJECTION**

5. DBNTC joins in and adopts the objections previously filed by Wells Fargo Bank, Goldman Sachs Mortgage Company in their entirety as well as Part B of the objection of Citimortgage, Inc. all such objections dated February 27, 2008.

6. While DBNTC believes that it can ultimately support the Plan of Reorganization it needs Debtors to modify and supplement the Disclosure Statement as indicated in order to

---

[1] The Initial Debtors include New Century Financial Corporation, New Century TRS Holdings, Inc., New Century Mortgage Corporation, NC Capital Corporation, Home123 Corporation, New Century Credit Corporation, NC Asset Holding, L.P., NC Residual III Corporation, NC Residual IV Corporation, New Century R.E.O. Corp., New Century R.E.O. II Corp., New Century R.E.O. III Corp., New Century Mortgage Ventures, LW, NC Deltex, LLC, and NCoral, L.P.

make an informed final decision.  DBNTC reserves its rights with regard to the confirmability of the Plan.

Dated:  February 29, 2008

                                  NIXON PEABODY LLP

                                  /s/ Lee Harrington
                                  Attorneys for Deutsche
                                  Bank National Trust Company
                                  437 Madison Avenue
                                  New York, New York  10022
                                  Telephone:  (212) 940-3091
                                  email: ddrebsky@nixonpeabody.com
                                  Facsimile:  (212) 940-3111

                                  and

                                  PEPPER HAMILTON, LLP

                                  /s/ David B. Stratton
                                  David B. Stratton (No. 960)
                                  Hercules Plaza, Suite 5100
                                  1313 Market Street
                                  P.O. Box 1709
                                  Wilmington, DE  19899-1709
                                  Telephone:  (302) 777-6500
                                  Facsimile:  (302) 421-8390