# EXHIBIT B



**RICHARDS LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION

One Rodney Square
P O Box 551
Wilmington, DE  19899
Telephone:  (302) 651-7700
Fax:          (302) 651-7701
Tax I.D No : 51-0226371

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

February 27, 2008
Invoice 288871

Page 1

Client #  727440

Matter #  157422

---

For disbursements incurred through January 31, 2008
relating to  Representation of Debtor in Chapter 11 Bankruptcy

OTHER CHARGES:

| | |
|---|---|
| Binding | $40.00 |
| Business Meals | $977.81 |
| Court Reporter Services | $621.00 |
| Document Retrieval | $928.24 |
| Filing Fees | $148.50 |
| Lexis/Westlaw | $4.661.19 |
| Long distance telephone charges | $1.246.63 |
| Messenger and delivery service | $1.056.57 |
| Overtime | n/c |
| Photocopies/Printing 14,733 @ $.10/pg. / 11,031 @ $.05/pg. | $2.024.85 |
| Postage | $9.20 |
| Record Retrieval | $10.24 |
| Telecopier | $631.25 |
| Travel Expenses | $167.77 |

Other Charges                                $12,523.25

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

February 27, 2008
Invoice 288871

Page 2

Client #  727440

Matter # 157422

---

TOTAL DUE FOR THIS INVOICE                                    **$12,523.25**

**TOTAL DUE FOR THIS MATTER**                                **$12,523.25**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

February 27, 2008
Invoice 288871
Page 114
Client #  727440


Client:  New Century Financial Corporation and New Century

Matter:  Representation of Debtor in Chapter 11 Bankruptcy
Case Administration
Creditor Inquiries
Meetings
Executory Contracts/Unexpired Leases
Automatic Stay/Adequate Protection
Plan of Reorganization/Disclosure Statement
Use, Sale of Assets
Cash Collateral/DIP Financing
Claims Administration
Court Hearings
General Corporate/Real Estate
Schedules/SOFA/U.S. Trustee Reports
Employee Issues
Tax Issues
Litigation/Adversary Proceedings
RLF Retention
Retention of Others
RLF Fee Applications
Fee Applications of Others
Non-Working Travel
Insurance

| Date | Description | | Summary Phrase |
|------|-------------|---|----------------|
| 12/03/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $4.40 | |
| 12/27/07 | ALL PACER | | DOCRETRI |
| | | Amount =  $5.20 | |
| 01/02/08 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | | Amount =  $68.39 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

February 27, 2008
Invoice 288871

Page 115

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 01/02/08 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | | Amount =   $15.10 | |
| 01/02/08 | OFFICE OF THE US TRUSTEE - Messenger and delivery | | MESS |
| | | Amount =   $9.88 | |
| 01/02/08 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | | Amount =   $9.88 | |
| 01/02/08 | OMELVENY AND MYERS - Messenger and delivery | | MESS |
| | | Amount =   $15.10 | |
| 01/02/08 | AP SERVICES - Messenger and delivery | | MESS |
| | | Amount =   $9.88 | |
| 01/02/08 | BLANK ROME - Messenger and delivery | | MESS |
| | | Amount =   $9.88 | |
| 01/02/08 | WARREN H SMITH AND ASSOC. - Messenger and delivery | | MESS |
| | | Amount =   $14.01 | |
| 01/02/08 | Photocopies | | DUP.10CC |
| | | Amount =   $28.60 | |
| 01/02/08 | 2146515586 Long Distance | | LD |
| | | Amount =   $7.14 | |
| 01/02/08 | 9259436570 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 01/02/08 | 4048853838 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 01/02/08 | 3238424634 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 01/02/08 | 2134306262 Long Distance | | LD |
| | | Amount =   $5.95 | |
| 01/02/08 | Conference calls for month of December Long Distance | | LD |
| | | Amount =   $165.91 | |
| 01/02/08 | ALL PACER | | DOCRETRI |
| | | Amount =   $65.20 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

February 27, 2008
Invoice 288871
Page 116

Client #  727440

| Date | Description | | Code |
|------|-------------|--|------|
| 01/03/08 | Xroads Solutions Group LLC - Messenger and delivery | | MESS |
| | Amount = | $11.86 | |
| 01/03/08 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $24.60 | |
| 01/03/08 | 6103537543 Long Distance | | LD |
| | Amount = | $2.38 | |
| 01/03/08 | 7704773311 Long Distance | | LD |
| | Amount = | $14.28 | |
| 01/03/08 | 7138621860 Long Distance | | LD |
| | Amount = | $4.76 | |
| 01/03/08 | 6267449359 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/03/08 | 6267449359 Long Distance | | LD |
| | Amount = | $2.38 | |
| 01/03/08 | 7143846390 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/03/08 | 2145667639 Long Distance | | LD |
| | Amount = | $2.38 | |
| 01/03/08 | 7078248707 Long Distance | | LD |
| | Amount = | $17.85 | |
| 01/03/08 | 2134228093 Long Distance | | LD |
| | Amount = | $10.71 | |
| 01/03/08 | 9495171725 Long Distance | | LD |
| | Amount = | $15.47 | |
| 01/03/08 | 6267449359 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/03/08 | 2134228093 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/03/08 | 7078248707 Long Distance | | LD |
| | Amount = | $10.71 | |
| 01/03/08 | 2055320765 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/03/08 | 9495171725 Long Distance | | LD |
| | Amount = | $5.95 | |
| 01/03/08 | 7143846390 Long Distance | | LD |
| | Amount = | $11.90 | |

New Century Financial Corporation and New Century Mortgage C                February 27, 2008
Monika Lemhoefer McCarthy. Esq., SVP & Asst General Counsel                 Invoice 288871
New Century Financial Corporation                                          Page 117
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                                           Client #  727440

| | | | |
|---|---|---|---|
| 01/03/08 | ALL PACER | | DOCRETRI |
| | | Amount =   $34.64 | |
| 01/03/08 | Printing | | DUP.10CC |
| | | Amount =   $3.60 | |
| 01/03/08 | Printing | | DUP.10CC |
| | | Amount =   $13.45 | |
| 01/03/08 | Printing | | DUP.10CC |
| | | Amount =   $1.20 | |
| 01/04/08 | TAKE OUT TAXI: ACCT 200/STATEMENT OF 1/12/08/SEE ENCLOSED - 1 - dinner | | MEALSCL |
| | | Amount =   $23.74 | |
| 01/04/08 | Photocopies | | DUP.10CC |
| | | Amount =   $0.20 | |
| 01/04/08 | 7704773311 Long Distance | | LD |
| | | Amount =   $16.66 | |
| 01/04/08 | 61734510000 Long Distance | | LD |
| | | Amount =   $4.76 | |
| 01/04/08 | 2134228093 Long Distance | | LD |
| | | Amount =   $1.19 | |
| 01/04/08 | 6022577430 Long Distance | | LD |
| | | Amount =   $1.19 | |
| 01/04/08 | 7704773311 Long Distance | | LD |
| | | Amount =   $3.57 | |
| 01/04/08 | 7704773311 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 01/04/08 | 7148345257 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 01/04/08 | 5102726710 Long Distance | | LD |
| | | Amount =   $5.95 | |
| 01/04/08 | 7723327292 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 01/04/08 | 8564295507 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 01/04/08 | 6099229772 Long Distance | | LD |
| | | Amount =   $3.57 | |
| 01/04/08 | 9499298081 Long Distance | | LD |
| | | Amount =   $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

February 27, 2008
Invoice 288871
Page 118

Client #  727440

| | | | |
|---|---|---|---|
| 01/04/08 | 3174030098 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 01/04/08 | 2134307717 Long Distance | | LD |
| | | Amount =  $3.57 | |
| 01/04/08 | 2134307717 Long Distance | | LD |
| | | Amount =  $2.38 | |
| 01/04/08 | ALL PACER | | DOCRETRI |
| | | Amount =  $66.48 | |
| 01/04/08 | Printing | | DUP.10CC |
| | | Amount =  $13.95 | |
| 01/04/08 | Westlaw | | LEXIS |
| | | Amount =  $87.55 | |
| 01/06/08 | RUSSELL C. SILBERGLIED: REIMB FOR 1/6 DINNER WITH CO-COUNSEL- MCCARTHY/MCCOMBS/FREYTAG TO DISCUSS MEDIATION BEING HELD 1/7 AND 1/8/157422 - Harry's Restaurant | | MEALSCL |
| | | Amount =  $244.60 | |
| 01/06/08 | ALL PACER | | DOCRETRI |
| | | Amount =  $3.12 | |
| 01/06/08 | Printing | | DUP 10CC |
| | | Amount =  $70.75 | |
| 01/07/08 | THE GREENERY CATERERS: INVOICES RS531-RS534/FOOD SERVICE 1/7-1/14 - 7 breakfast | | MEALSCL |
| | | Amount =  $57.17 | |
| 01/07/08 | CAVANAUGH'S RESTAURANT: INVOICES 100-112/FOOD SERVICE 1/3-1/9 - 7 lunch | | MEALSCL |
| | | Amount =  $106.95 | |
| 01/07/08 | RUSSELL C. SILBERGLIED: REIMBURSEMENT FOR 1/7/08 DINNER WITH CLIENT TO DISCUSS COMPLETION OF MEDIATION (UHLAND/MCCARTHY/FREUTAG/MCCO MBS)/ 157422 - Deep Blue Restaurant | | MEALSCL |
| | | Amount =  $310.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq.. SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

February 27. 2008
Invoice 288871
Page 119

Client #  727440

| Date | Description | | Code |
|------|-------------|--|------|
| 01/07/08 | Messenger and delivery, 1/3/08, ADJ PA, CXG | | MESS |
| | | Amount = $2.58 | |
| 01/07/08 | Photocopies | | DUP.10CC |
| | | Amount = $11.00 | |
| 01/07/08 | Photocopies | | DUP.10CC |
| | | Amount = $2.20 | |
| 01/07/08 | Photocopies | | DUP.10CC |
| | | Amount = $59.20 | |
| 01/07/08 | Photocopies | | DUP.10CC |
| | | Amount = $7.90 | |
| 01/07/08 | Photocopies | | DUP.10CC |
| | | Amount = $52.50 | |
| 01/07/08 | 2134306262 Long Distance | | LD |
| | | Amount = $2.38 | |
| 01/07/08 | 3102013571 Long Distance | | LD |
| | | Amount = $2.38 | |
| 01/07/08 | 7138621860 Long Distance | | LD |
| | | Amount = $8.33 | |
| 01/07/08 | 3102013571 Long Distance | | LD |
| | | Amount = $2.38 | |
| 01/07/08 | 7078248707 Long Distance | | LD |
| | | Amount = $1.19 | |
| 01/07/08 | 3174030098 Long Distance | | LD |
| | | Amount = $2.38 | |
| 01/07/08 | Lexis | | LEXIS |
| | | Amount = $70.87 | |
| 01/07/08 | Lexis | | LEXIS |
| | | Amount = $13.94 | |
| 01/07/08 | ALL PACER | | DOCRETRI |
| | | Amount = $35.76 | |
| 01/07/08 | Printing | | DUP.10CC |
| | | Amount = $2.50 | |
| 01/07/08 | Printing | | DUP.10CC |
| | | Amount = $18.60 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

February 27, 2008
Invoice 288871
Page 120
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 01/07/08 | Printing | | DUP.10CC |
| | | Amount =  $1.65 | |
| 01/07/08 | Printing | | DUP.10CC |
| | | Amount =  $7.15 | |
| 01/07/08 | Printing | | DUP.10CC |
| | | Amount =  $1.55 | |
| 01/07/08 | Printing | | DUP.10CC |
| | | Amount =  $1.60 | |
| 01/07/08 | Printing | | DUP.10CC |
| | | Amount =  $1.55 | |
| 01/07/08 | Printing | | DUP.10CC |
| | | Amount =  $1.60 | |
| 01/07/08 | Printing | | DUP.10CC |
| | | Amount =  $1.60 | |
| 01/07/08 | Westlaw | | LEXIS |
| | | Amount =  $703.02 | |
| 01/08/08 | THE GREENERY CATERERS: INVOICES RS531-RS534/FOOD SERVICE 1/7-1/14 - 7 breakfast | | MEALSCL |
| | | Amount =  $55.18 | |
| 01/08/08 | GALLUCIO'S CAFE: FOOD SERVICE 12/27-1/15/SEE ENCLOSED - 1 dinner | | MEALSCL |
| | | Amount =  $12.91 | |
| 01/08/08 | OMELVENY AND MYERS - Messenger and delivery | | MESS |
| | | Amount =  $32.65 | |
| 01/08/08 | AP SERVICES - Messenger and delivery | | MESS |
| | | Amount =  $14.72 | |
| 01/08/08 | BLANK ROME - Messenger and delivery | | MESS |
| | | Amount =  $14.72 | |
| 01/08/08 | WARREN H SMITH AND ASSOC. - Messenger and delivery | | MESS |
| | | Amount =  $30.81 | |
| 01/08/08 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | | Amount =  $29.84 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

February 27, 2008
Invoice 288871
Page 121

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 01/08/08 | OFFICE OF THE UNITED STATES TRUSTEE - Messenger and delivery | | MESS |
| | Amount = | $14.72 | |
| 01/08/08 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | Amount = | $14.72 | |
| 01/08/08 | Photocopies | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/08/08 | Photocopies | | DUP.10CC |
| | Amount = | $27.00 | |
| 01/08/08 | Photocopies | | DUP.10CC |
| | Amount = | $115.50 | |
| 01/08/08 | Photocopies | | DUP.10CC |
| | Amount = | $148.20 | |
| 01/08/08 | Photocopies | | DUP.10CC |
| | Amount = | $13.30 | |
| 01/08/08 | Photocopies | | DUP.10CC |
| | Amount = | $158.90 | |
| 01/08/08 | Photocopies | | DUP.10CC |
| | Amount = | $9.20 | |
| 01/08/08 | 7078248707 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/08/08 | 2482638129 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/08/08 | 2134306262 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/08/08 | 7143846390 Long Distance | | LD |
| | Amount = | $28.56 | |
| 01/08/08 | Lexis | | LEXIS |
| | Amount = | $43.81 | |
| 01/08/08 | Messenger and delivery, 1/7/08, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 01/08/08 | ALL-PACER | | DOCRETRI |
| | Amount = | $42.08 | |
| 01/08/08 | Printing | | DUP.10CC |
| | Amount = | $33.70 | |

New Century Financial Corporation and New Century Mortgage C    February 27, 2008
Monika Lemhoefer McCarthy. Esq., SVP & Asst General Counsel    Invoice 288871
New Century Financial Corporation    Page 122
18400 Von Karman Ave, Ste 1000
Irvine CA   92612    Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 01/08/08 | Printing | | DUP.10CC |
| | | Amount =   $1.35 | |
| 01/08/08 | Printing | | DUP.10CC |
| | | Amount =   $3.30 | |
| 01/08/08 | Printing | | DUP.10CC |
| | | Amount =   $1.15 | |
| 01/08/08 | Printing | | DUP.10CC |
| | | Amount =   $1.30 | |
| 01/08/08 | Printing | | DUP.10CC |
| | | Amount =   $8.25 | |
| 01/08/08 | Printing | | DUP.10CC |
| | | Amount =   $1.65 | |
| 01/08/08 | Westlaw | | LEXIS |
| | | Amount =   $537.51 | |
| 01/09/08 | THE GREENERY CATERERS: INVOICES RS531-RS534/FOOD SERVICE 1/7-1/14 - 6 breakfast | | MEALSCL |
| | | Amount =   $48.15 | |
| 01/09/08 | CAVANAUGH'S RESTAURANT: INVOICES 113-124/FOOD SERVICE 1/9-1/15 - 6 lunch | | MEALSCL |
| | | Amount =   $91.10 | |
| 01/09/08 | ELAINE M RYAN: TRANSCRIPT OF 1/9/08 HEARING/157422 | | CTRPT |
| | | Amount =   $465.75 | |
| 01/09/08 | EAGLE TRANSPORTATION SERVICES: INVOICE 14421/ACCT RICH/LAYT/TRAVEL ON 1/9/08/157422 | | TRAV |
| | | Amount =   $97.77 | |
| 01/09/08 | CITY WIDE LIMOUSINE SERVICE: INVOICE 1294/JANUARY SERVICES FOR ACCT 11289 | | TRAV |
| | | Amount =   $70.00 | |
| 01/09/08 | OMELVENY AND MYERS - Messenger and delivery | | MESS |
| | | Amount =   $32.65 | |
| 01/09/08 | Photocopies | | DUP.10CC |
| | | Amount =   $1.40 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

February 27, 2008
Invoice 288871
Page 123

Client #  727440

| | | | |
|---|---|---|---|
| 01/09/08 | Photocopies | | DUP.10CC |
| | | Amount =   $61.90 | |
| 01/09/08 | Photocopies | | DUP.10CC |
| | | Amount =   $7.80 | |
| 01/09/08 | Photocopies | | DUP.10CC |
| | | Amount =   $12.00 | |
| 01/09/08 | Photocopies | | DUP.10CC |
| | | Amount =   $3.80 | |
| 01/09/08 | Photocopies | | DUP.10CC |
| | | Amount =   $22.80 | |
| 01/09/08 | Photocopies | | DUP.10CC |
| | | Amount =   $16.00 | |
| 01/09/08 | Photocopies | | DUP.10CC |
| | | Amount =   $40.10 | |
| 01/09/08 | Photocopies | | DUP.10CC |
| | | Amount =   $10.80 | |
| 01/09/08 | 2134228093 Long Distance | | LD |
| | | Amount =   $4.76 | |
| 01/09/08 | 8132725670 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 01/09/08 | 9495171735 Long Distance | | LD |
| | | Amount =   $4.76 | |
| 01/09/08 | 9495171444 Long Distance | | LD |
| | | Amount =   $10.71 | |
| 01/09/08 | 4156188750 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 01/09/08 | 4156188750 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 01/09/08 | 9495171444 Long Distance | | LD |
| | | Amount =   $42.84 | |
| 01/09/08 | 2482040675 Long Distance | | LD |
| | | Amount =   $4.76 | |
| 01/09/08 | 2134307717 Long Distance | | LD |
| | | Amount =   $8.33 | |
| 01/09/08 | 3107146646 Long Distance | | LD |
| | | Amount =   $3.57 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

February 27, 2008
Invoice 288871
Page 124

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 01/09/08 | 7139516235 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/09/08 | Lexis | | LEXIS |
| | Amount = | $15.10 | |
| 01/09/08 | Messenger and delivery, 1/8/08, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 01/09/08 | Messenger and delivery, 1/8/08, HOTEL DUPONT, CXG | | MESS |
| | Amount = | $4.50 | |
| 01/09/08 | ALL PACER | | DOCRETRI |
| | Amount = | $36.72 | |
| 01/09/08 | Printing | | DUP.10CC |
| | Amount = | $6.35 | |
| 01/09/08 | Printing | | DUP.10CC |
| | Amount = | $1.35 | |
| 01/09/08 | Printing | | DUP.10CC |
| | Amount = | $7.30 | |
| 01/09/08 | Printing | | DUP.10CC |
| | Amount = | $10.00 | |
| 01/09/08 | Westlaw | | LEXIS |
| | Amount = | $449.44 | |
| 01/09/08 | Westlaw | | LEXIS |
| | Amount = | $248.78 | |
| 01/10/08 | Photocopies | | DUP.10CC |
| | Amount = | $0.40 | |
| 01/10/08 | 8052313273 Long Distance | | LD |
| | Amount = | $8.33 | |
| 01/10/08 | 4159848941 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/10/08 | 2124787200 Long Distance | | LD |
| | Amount = | $2.38 | |
| 01/10/08 | 4147272661 Long Distance | | LD |
| | Amount = | $15.47 | |
| 01/10/08 | 2136175410 Long Distance | | LD |
| | Amount = | $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

February 27, 2008
Invoice 288871
Page 125
Client #  727440

| | | |
|---|---|---|
| 01/10/08 | ALL PACER | DOCRETRI |
| | Amount =   $63.52 | |
| 01/10/08 | Printing | DUP.10CC |
| | Amount =   $2.60 | |
| 01/10/08 | Printing | DUP.10CC |
| | Amount =   $7.80 | |
| 01/10/08 | Printing | DUP.10CC |
| | Amount =   $1.10 | |
| 01/11/08 | 4058481819 Long Distance | LD |
| | Amount =   $7.14 | |
| 01/11/08 | 2138922527 Long Distance | LD |
| | Amount =   $16.66 | |
| 01/11/08 | 2124787200 Long Distance | LD |
| | Amount =   $1.19 | |
| 01/11/08 | 5123233200 Long Distance | LD |
| | Amount =   $13.09 | |
| 01/11/08 | Lexis | LEXIS |
| | Amount =   $56.51 | |
| 01/11/08 | Messenger and delivery, 1/9/08 | MESS |
| | Amount =   $3.20 | |
| 01/11/08 | ALL PACER | DOCRETRI |
| | Amount =   $12.08 | |
| 01/12/08 | ALL PACER | DOCRETRI |
| | Amount =   $1.20 | |
| 01/12/08 | Printing | DUP.10CC |
| | Amount =   $1.10 | |
| 01/13/08 | ALL PACER | DOCRETRI |
| | Amount =   $2.40 | |
| 01/14/08 | #152467-INTERCALL TO RECLASS DECEMBER CONFERENCE CALLS FROM 8001 TO MATTER 157422 | LD |
| | Amount =   $32.33 | |
| 01/14/08 | GROTTO PIZZA, INC.: INVOICE 3365/FOOD SERVICE ON 1/14/08/157422 - 2 dinner | MEALSCL |
| | Amount =   $28.01 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

February 27, 2008
Invoice 288871
Page 126
Client #  727440

| Date | Description | | Code |
|------|------|------|------|
| 01/14/08 | Messenger and delivery, 1/8/08. ADJ CA. BJW | | MESS |
| | Amount = | $2.81 | |
| 01/14/08 | OFFICE OF THE UNITED STATES TRUSTEE - Messenger and delivery | | MESS |
| | Amount = | $10.64 | |
| 01/14/08 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | Amount = | $10.64 | |
| 01/14/08 | OMELVENY AND MYERS - Messenger and delivery | | MESS |
| | Amount = | $16.87 | |
| 01/14/08 | AP SERVICES - Messenger and delivery | | MESS |
| | Amount = | $10.64 | |
| 01/14/08 | BLANK ROME - Messenger and delivery | | MESS |
| | Amount = | $10.64 | |
| 01/14/08 | WARREN H SMITH AND ASSOC. - Messenger and delivery | | MESS |
| | Amount = | $15.28 | |
| 01/14/08 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | Amount = | $16.87 | |
| 01/14/08 | Photocopies | | DUP.10CC |
| | Amount = | $46.00 | |
| 01/14/08 | Photocopies | | DUP.10CC |
| | Amount = | $29.50 | |
| 01/14/08 | Photocopies | | DUP.10CC |
| | Amount = | $21.70 | |
| 01/14/08 | 2124787200 Long Distance | | LD |
| | Amount = | $29.75 | |
| 01/14/08 | 8132725673 Long Distance | | LD |
| | Amount = | $3.57 | |
| 01/14/08 | 2134306262 Long Distance | | LD |
| | Amount = | $5.95 | |
| 01/14/08 | 2134307704 Long Distance | | LD |
| | Amount = | $4.76 | |
| 01/14/08 | 2134306262 Long Distance | | LD |
| | Amount = | $4.76 | |

New Century Financial Corporation and New Century Mortgage C          February 27, 2008
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel          Invoice 288871
New Century Financial Corporation                                     Page 127
18400 Von Karman Ave, Ste 1000
Irvine CA  92612                                                      Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 01/14/08 | 2134307551 Long Distance | | LD |
| | Amount = $1.19 | | |
| 01/14/08 | 9495171725 Long Distance | | LD |
| | Amount = $10.71 | | |
| 01/14/08 | 2134306262 Long Distance | | LD |
| | Amount = $2.38 | | |
| 01/14/08 | Messenger and delivery, 1/9/08, BANKRUPTCY COURT, CXS | | MESS |
| | Amount = $4.50 | | |
| 01/14/08 | ALL PACER | | DOCRETRI |
| | Amount = $39.12 | | |
| 01/14/08 | ALL PACER | | DOCRETRI |
| | Amount = $1.68 | | |
| 01/14/08 | Printing | | DUP.10CC |
| | Amount = $1.15 | | |
| 01/14/08 | Printing | | DUP.10CC |
| | Amount = $1.35 | | |
| 01/14/08 | Printing | | DUP.10CC |
| | Amount = $1.25 | | |
| 01/14/08 | Printing | | DUP.10CC |
| | Amount = $4.10 | | |
| 01/14/08 | Printing | | DUP.10CC |
| | Amount = $1.50 | | |
| 01/14/08 | Printing | | DUP.10CC |
| | Amount = $2.50 | | |
| 01/15/08 | BINDING 1/7-1/14 | | BIND |
| | Amount = $22.00 | | |
| 01/15/08 | PARALEGAL OT THRU 1/15/08 | | OT |
| | Amount = $0.00 | | |
| 01/15/08 | 6125963930 Long Distance | | LD |
| | Amount = $2.38 | | |
| 01/15/08 | 2134307704 Long Distance | | LD |
| | Amount = $13.09 | | |
| 01/15/08 | 2134306262 Long Distance | | LD |
| | Amount = $10.71 | | |
| 01/15/08 | 7078248707 Long Distance | | LD |
| | Amount = $1.19 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

February 27, 2008
Invoice 288871
Page 128
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 01/15/08 | Lexis | | LEXIS |
| | Amount = $302.53 | | |
| 01/15/08 | Lexis | | LEXIS |
| | Amount = $25.58 | | |
| 01/15/08 | Messenger and delivery, 1/14/08. FED EX/CARGO CITY, BJW | | MESS |
| | Amount = $94.05 | | |
| 01/15/08 | ALL PACER | | DOCRETRI |
| | Amount = $51.36 | | |
| 01/15/08 | ALL PACER | | DOCRETRI |
| | Amount = $8.96 | | |
| 01/15/08 | Printing | | DUP.10CC |
| | Amount = $1.90 | | |
| 01/15/08 | Printing | | DUP.10CC |
| | Amount = $4.40 | | |
| 01/15/08 | Printing | | DUP.10CC |
| | Amount = $16.10 | | |
| 01/15/08 | Printing | | DUP.10CC |
| | Amount = $5.50 | | |
| 01/15/08 | Printing | | DUP.10CC |
| | Amount = $1.60 | | |
| 01/16/08 | COURTCALL LLC: CCDA 05-1619/SERVICES 1/1/08-1/14/08 | | FLFEE |
| | Amount = $50.00 | | |
| 01/16/08 | 3124697022 Long Distance | | LD |
| | Amount = $2.38 | | |
| 01/16/08 | 2134306363 Long Distance | | LD |
| | Amount = $1.19 | | |
| 01/16/08 | 4692215075 Long Distance | | LD |
| | Amount = $1.19 | | |
| 01/16/08 | 5123233200 Long Distance | | LD |
| | Amount = $14.28 | | |
| 01/16/08 | 2134307717 Long Distance | | LD |
| | Amount = $1.19 | | |
| 01/16/08 | 9164443900 Long Distance | | LD |
| | Amount = $1.19 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

February 27, 2008
Invoice 288871
Page 129
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 01/16/08 | 7078248707 Long Distance | | LD |
| | Amount = | $9.52 | |
| 01/16/08 | 9164443900 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/16/08 | 9164443900 Long Distance | | LD |
| | Amount = | $2.38 | |
| 01/16/08 | 8165501546 Long Distance | | LD |
| | Amount = | $4.76 | |
| 01/16/08 | 8165501546 Long Distance | | LD |
| | Amount = | $2.38 | |
| 01/16/08 | Lexis | | LEXIS |
| | Amount = | $114.92 | |
| 01/16/08 | Lexis | | LEXIS |
| | Amount = | $104.12 | |
| 01/16/08 | ALL PACER | | DOCRETRI |
| | Amount = | $44.56 | |
| 01/16/08 | ALL PACER | | DOCRETRI |
| | Amount = | $1.20 | |
| 01/16/08 | Printing | | DUP.10CC |
| | Amount = | $4.50 | |
| 01/16/08 | Printing | | DUP.10CC |
| | Amount = | $0.05 | |
| 01/16/08 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 01/16/08 | Printing | | DUP.10CC |
| | Amount = | $1.45 | |
| 01/16/08 | Printing | | DUP.10CC |
| | Amount = | $5.85 | |
| 01/16/08 | Westlaw | | LEXIS |
| | Amount = | $10.75 | |
| 01/17/08 | Photocopies | | DUP.10CC |
| | Amount = | $4.90 | |
| 01/17/08 | Photocopies | | DUP.10CC |
| | Amount = | $105.40 | |
| 01/17/08 | Photocopies | | DUP.10CC |
| | Amount = | $69.60 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq . SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

February 27, 2008
Invoice 288871
Page 130
Client #  727440

| Date | Description | | Code |
|------|-------------|--|------|
| 01/17/08 | 9729607740 Long Distance | | LD |
| | Amount = $3.57 | | |
| 01/17/08 | 9495171725 Long Distance | | LD |
| | Amount = $33.32 | | |
| 01/17/08 | 4088087901 Long Distance | | LD |
| | Amount = $2.38 | | |
| 01/17/08 | 7148345257 Long Distance | | LD |
| | Amount = $1.19 | | |
| 01/17/08 | 7138621860 Long Distance | | LD |
| | Amount = $7.14 | | |
| 01/17/08 | 8174613344 Long Distance | | LD |
| | Amount = $8.33 | | |
| 01/17/08 | 3174030098 Long Distance | | LD |
| | Amount = $3.57 | | |
| 01/17/08 | 7704773311 Long Distance | | LD |
| | Amount = $4.76 | | |
| 01/17/08 | 7704773311 Long Distance | | LD |
| | Amount = $5.95 | | |
| 01/17/08 | 5102726700 Long Distance | | LD |
| | Amount = $4.76 | | |
| 01/17/08 | 6022577430 Long Distance | | LD |
| | Amount = $3.57 | | |
| 01/17/08 | 6022577430 Long Distance | | LD |
| | Amount = $3.57 | | |
| 01/17/08 | 8563718678 Long Distance | | LD |
| | Amount = $2.38 | | |
| 01/17/08 | 8656817784 Long Distance | | LD |
| | Amount = $9.52 | | |
| 01/17/08 | 9498783395 Long Distance | | LD |
| | Amount = $3.57 | | |
| 01/17/08 | 2063892187 Long Distance | | LD |
| | Amount = $8.33 | | |
| 01/17/08 | 7733601042 Long Distance | | LD |
| | Amount = $2.38 | | |
| 01/17/08 | Lexis | | LEXIS |
| | Amount = $104.12 | | |
| 01/17/08 | Lexis | | LEXIS |
| | Amount = $272.25 | | |

New Century Financial Corporation and New Century Mortgage C        February 27, 2008
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel         Invoice 288871
New Century Financial Corporation                                  Page 131
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                                   Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 01/17/08 | ALL PACER | | DOCRETRI |
| | | Amount = $36.32 | |
| 01/17/08 | Printing | | DUP.10CC |
| | | Amount = $3.10 | |
| 01/17/08 | Printing | | DUP.10CC |
| | | Amount = $28.45 | |
| 01/17/08 | Printing | | DUP.10CC |
| | | Amount = $5.60 | |
| 01/17/08 | Printing | | DUP.10CC |
| | | Amount = $3.30 | |
| 01/17/08 | Printing | | DUP.10CC |
| | | Amount = $3.00 | |
| 01/17/08 | Printing | | DUP.10CC |
| | | Amount = $3.00 | |
| 01/18/08 | IKON OFFICE SOLUTIONS: INVOICE WIL08010176/FAX BROADCAST OF 1/18/08/ 157422 | | TELC |
| | | Amount = $306.25 | |
| 01/18/08 | Photocopies | | DUP.10CC |
| | | Amount = $0.50 | |
| 01/18/08 | Photocopies | | DUP.10CC |
| | | Amount = $4.40 | |
| 01/18/08 | Photocopies | | DUP.10CC |
| | | Amount = $1.10 | |
| 01/18/08 | Photocopies | | DUP.10CC |
| | | Amount = $56.40 | |
| 01/18/08 | 2134307717 Long Distance | | LD |
| | | Amount = $5.95 | |
| 01/18/08 | 2124787355 Long Distance | | LD |
| | | Amount = $4.76 | |
| 01/18/08 | 4789947020 Long Distance | | LD |
| | | Amount = $2.38 | |
| 01/18/08 | 4082995940 Long Distance | | LD |
| | | Amount = $9.52 | |
| 01/18/08 | 2124787355 Long Distance | | LD |
| | | Amount = $3.57 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq.. SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

February 27, 2008
Invoice 288871
Page 132

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 01/18/08 | 2134306049 Long Distance | | LD |
| | Amount = | $2.38 | |
| 01/18/08 | 2134306262 Long Distance | | LD |
| | Amount = | $14.28 | |
| 01/18/08 | Lexis | | LEXIS |
| | Amount = | $458.45 | |
| 01/18/08 | Messenger and delivery, 1/17/08, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 01/18/08 | ALL PACER | | DOCRETRI |
| | Amount = | $41.28 | |
| 01/21/08 | 7138621860 Long Distance | | LD |
| | Amount = | $5.95 | |
| 01/21/08 | 8174613344 Long Distance | | LD |
| | Amount = | $5.95 | |
| 01/21/08 | ALL PACER | | DOCRETRI |
| | Amount = | $31.84 | |
| 01/21/08 | Printing | | DUP.10CC |
| | Amount = | $1.05 | |
| 01/21/08 | Printing | | DUP.10CC |
| | Amount = | $12.50 | |
| 01/22/08 | IKON OFFICE SOLUTIONS: INVOICE WIL08010198/1/22/08 FAX BROADCAST/157422 | | TELC |
| | Amount = | $325.00 | |
| 01/22/08 | BINDING 1/15-1/18 | | BIND |
| | Amount = | $14.00 | |
| 01/22/08 | BINDING 1/15-1/18-TO REVERSE INCORRECT AMOUNT | | BIND |
| | Amount = | ($14.00) | |
| 01/22/08 | BINDING 1/15-1/18 | | BIND |
| | Amount = | $18.00 | |
| 01/22/08 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $81.75 | |
| 01/22/08 | Photocopies | | DUP.10CC |
| | Amount = | $12.00 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq.. SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

February 27, 2008
Invoice 288871
Page 133
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 01/22/08 | Photocopies | | DUP.10CC |
| | | Amount = $2.30 | |
| 01/22/08 | Photocopies | | DUP.10CC |
| | | Amount = $0.40 | |
| 01/22/08 | Photocopies | | DUP.10CC |
| | | Amount = $2.30 | |
| 01/22/08 | 2127159516 Long Distance | | LD |
| | | Amount = $1.19 | |
| 01/22/08 | 3618836575 Long Distance | | LD |
| | | Amount = $1.19 | |
| 01/22/08 | 9517388209 Long Distance | | LD |
| | | Amount = $2.38 | |
| 01/22/08 | 7143714277 Long Distance | | LD |
| | | Amount = $11.90 | |
| 01/22/08 | 2134307717 Long Distance | | LD |
| | | Amount = $5.95 | |
| 01/22/08 | 2134307717 Long Distance | | LD |
| | | Amount = $4.76 | |
| 01/22/08 | Messenger and delivery. 1/18/08. BANKRUPTCY COURT (2), CXG | | MESS |
| | | Amount = $9.00 | |
| 01/22/08 | ALL PACER | | DOCRETRI |
| | | Amount = $38.96 | |
| 01/22/08 | ALL PACER | | DOCRETRI |
| | | Amount = $1.28 | |
| 01/22/08 | ALL PACER | | DOCRETRI |
| | | Amount = $4.32 | |
| 01/22/08 | Printing | | DUP.10CC |
| | | Amount = $2.20 | |
| 01/22/08 | Printing | | DUP.10CC |
| | | Amount = $4.00 | |
| 01/22/08 | Printing | | DUP.10CC |
| | | Amount = $1.45 | |
| 01/23/08 | JENNIFER RYAN ENSLEN: TRANSCRIPT OF 1/23/08 HEARING/157422 | | CTRPT |
| | | Amount = $155.25 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

February 27, 2008
Invoice 288871
Page 134

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 01/23/08 | Photocopies | | DUP.10CC |
| | Amount = | $23.00 | |
| 01/23/08 | Photocopies | | DUP.10CC |
| | Amount = | $1.00 | |
| 01/23/08 | Photocopies | | DUP.10CC |
| | Amount = | $69.30 | |
| 01/23/08 | Photocopies | | DUP.10CC |
| | Amount = | $66.00 | |
| 01/23/08 | Photocopies | | DUP.10CC |
| | Amount = | $1.00 | |
| 01/23/08 | Photocopies | | DUP.10CC |
| | Amount = | $0.40 | |
| 01/23/08 | TCOPY RECD 1/22/08 | | TELC |
| | Amount = | $0.00 | |
| 01/23/08 | 2146477688 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/23/08 | 5123020190 Long Distance | | LD |
| | Amount = | $5.95 | |
| 01/23/08 | 2136175516 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/23/08 | 2059793226 Long Distance | | LD |
| | Amount = | $2.38 | |
| 01/23/08 | 6516538934 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/23/08 | 9133932525 Long Distance | | LD |
| | Amount = | $3.57 | |
| 01/23/08 | 6305983863 Long Distance | | LD |
| | Amount = | $10.71 | |
| 01/23/08 | 2134228093 Long Distance | | LD |
| | Amount = | $5.95 | |
| 01/23/08 | 3174030098 Long Distance | | LD |
| | Amount = | $2.38 | |
| 01/23/08 | Lexis | | LEXIS |
| | Amount = | $97.19 | |
| 01/23/08 | Messenger and delivery. 1/22/08. BANKRUPTCY COURT. CXG | | MESS |
| | Amount = | $4.50 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

February 27, 2008
Invoice 288871
Page 135
Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 01/23/08 | ALL PACER | | DOCRETRI |
| | | Amount = $22.40 | |
| 01/23/08 | Printing | | DUP.10CC |
| | | Amount = $52.75 | |
| 01/24/08 | COURTCALL LLC: CCDA 05-1619/SERVICES OF 1/18/08 | | FLFEE |
| | | Amount = $98.50 | |
| 01/24/08 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | | Amount = $78.18 | |
| 01/24/08 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | | Amount = $16.87 | |
| 01/24/08 | AP SERVICES - Messenger and delivery | | MESS |
| | | Amount = $10.64 | |
| 01/24/08 | OFFICE OF THE UNITED STATES TRUSTEE - Messenger and delivery | | MESS |
| | | Amount = $10.64 | |
| 01/24/08 | BLANK ROME - Messenger and delivery | | MESS |
| | | Amount = $10.64 | |
| 01/24/08 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | | Amount = $10.64 | |
| 01/24/08 | WARREN H SMITH AND ASSOC - Messenger and delivery | | MESS |
| | | Amount = $15.28 | |
| 01/24/08 | Photocopies | | DUP.10CC |
| | | Amount = $95.20 | |
| 01/24/08 | TELEA 1/15-1/18 | | LD |
| | | Amount = $2.38 | |
| 01/24/08 | 6195252566 Long Distance | | LD |
| | | Amount = $2.38 | |
| 01/24/08 | 4102447862 Long Distance | | LD |
| | | Amount = $5.95 | |
| 01/24/08 | 2166154853 Long Distance | | LD |
| | | Amount = $3.57 | |
| 01/24/08 | 9175145320 Long Distance | | LD |
| | | Amount = $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

February 27, 2008
Invoice 288871
Page 136
Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 01/24/08 | 2145939140 Long Distance | | LD |
| | Amount = | $11.90 | |
| 01/24/08 | Lexis | | LEXIS |
| | Amount = | $53.13 | |
| 01/24/08 | DELIVERY EXPENSE 1/23/08 | | MESS |
| | Amount = | $3.20 | |
| 01/24/08 | Messenger and delivery, 1/23/08, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 01/24/08 | ALL PACER | | DOCRETRI |
| | Amount = | $42.16 | |
| 01/24/08 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 01/24/08 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 01/24/08 | Printing | | DUP.10CC |
| | Amount = | $4.60 | |
| 01/24/08 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 01/24/08 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 01/24/08 | Printing | | DUP.10CC |
| | Amount = | $6.50 | |
| 01/24/08 | Westlaw | | LEXIS |
| | Amount = | $45.42 | |
| 01/25/08 | Messenger and delivery, 1/24/08, CA, BJW | | MESS |
| | Amount = | $16.87 | |
| 01/25/08 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | Amount = | $26.79 | |
| 01/25/08 | OMELVENY AND MYERS - Messenger and delivery | | MESS |
| | Amount = | $26.79 | |
| 01/25/08 | AP SERVICES - Messenger and delivery | | MESS |
| | Amount = | $12.55 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

February 27, 2008
Invoice 288871
Page 137
Client #  727440

| 01/25/08 | OFFICE OF THE US TRUSTEE - Messenger and delivery | MESS |
|---|---|---|
| | Amount =   $12.55 | |
| 01/25/08 | BLANK ROME - Messenger and delivery | MESS |
| | Amount =   $12.55 | |
| 01/25/08 | HAHN AND HESSEN - Messenger and delivery | MESS |
| | Amount =   $12.55 | |
| 01/25/08 | WARREN H SMITH AND ASSOC. - Messenger and delivery | MESS |
| | Amount =   $24.61 | |
| 01/25/08 | Photocopies | DUP.10CC |
| | Amount =   $0.60 | |
| 01/25/08 | Photocopies | DUP.10CC |
| | Amount =   $0.60 | |
| 01/25/08 | Photocopies | DUP.10CC |
| | Amount =   $24.00 | |
| 01/25/08 | 8175734481 Long Distance | LD |
| | Amount =   $1.19 | |
| 01/25/08 | 5089494266 Long Distance | LD |
| | Amount =   $1.19 | |
| 01/25/08 | 8472824540 Long Distance | LD |
| | Amount =   $3.57 | |
| 01/25/08 | 5026810638 Long Distance | LD |
| | Amount =   $8.33 | |
| 01/25/08 | 2142956416 Long Distance | LD |
| | Amount =   $17.85 | |
| 01/25/08 | 9175145320 Long Distance | LD |
| | Amount =   $1.19 | |
| 01/25/08 | 4159848933 Long Distance | LD |
| | Amount =   $2.38 | |
| 01/25/08 | ALL PACER | DOCRETRI |
| | Amount =   $24.72 | |
| 01/25/08 | Printing | DUP.10CC |
| | Amount =   $1.20 | |
| 01/25/08 | Printing | DUP.10CC |
| | Amount =   $2.00 | |

New Century Financial Corporation and New Century Mortgage C          February 27, 2008
Monika Lemhoefer McCarthy. Esq., SVP & Asst General Counsel           Invoice 288871
New Century Financial Corporation                                    Page 138
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                                     Client #  727440

| | | | |
|---|---|---|---|
| 01/25/08 | Printing | | DUP.10CC |
| | | Amount = $3.20 | |
| 01/25/08 | Printing | | DUP.10CC |
| | | Amount = $6.70 | |
| 01/25/08 | Westlaw | | LEXIS |
| | | Amount = $2.64 | |
| 01/27/08 | Printing | | DUP.10CC |
| | | Amount = $53.00 | |
| 01/28/08 | Photocopies | | DUP.10CC |
| | | Amount = $23.00 | |
| 01/28/08 | Photocopies | | DUP.10CC |
| | | Amount = $0.90 | |
| 01/28/08 | 2128211980 Long Distance | | LD |
| | | Amount = $3.57 | |
| 01/28/08 | DELIVERY EXPENSE 1/25/08 | | MESS |
| | | Amount = $3.20 | |
| 01/28/08 | ALL PACER | | DOCRETRI |
| | | Amount = $38.48 | |
| 01/28/08 | ALL PACER | | DOCRETRI |
| | | Amount = $4.16 | |
| 01/28/08 | Printing | | DUP.10CC |
| | | Amount = $1.65 | |
| 01/28/08 | Printing | | DUP.10CC |
| | | Amount = $3.10 | |
| 01/28/08 | Printing | | DUP.10CC |
| | | Amount = $8.30 | |
| 01/28/08 | Westlaw | | LEXIS |
| | | Amount = $181.93 | |
| 01/29/08 | PARALEGAL OT THRU 1/31/08 | | OT |
| | | Amount = $0.00 | |
| 01/29/08 | 2124787425 Long Distance | | LD |
| | | Amount = $13.09 | |
| 01/29/08 | 2127880841 Long Distance | | LD |
| | | Amount = $2.38 | |
| 01/29/08 | 6106447800 Long Distance | | LD |
| | | Amount = $3.57 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy. Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA  92612

February 27. 2008
Invoice 288871
Page 139

Client #  727440

| | | | |
|---|---|---|---|
| 01/29/08 | 4102447862 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/29/08 | 9516821771 Long Distance | | LD |
| | Amount = | $2.38 | |
| 01/29/08 | 9495171696 Long Distance | | LD |
| | Amount = | $5.95 | |
| 01/29/08 | 9495171696 Long Distance | | LD |
| | Amount = | $2.38 | |
| 01/29/08 | 9495171725 Long Distance | | LD |
| | Amount = | $7.14 | |
| 01/29/08 | 4102447862 Long Distance | | LD |
| | Amount = | $2.38 | |
| 01/29/08 | 9495171725 Long Distance | | LD |
| | Amount = | $4.76 | |
| 01/29/08 | Lexis | | LEXIS |
| | Amount = | $82.34 | |
| 01/29/08 | Messenger and delivery. 1/28/08. FROM DEEP BLUE, JMM | | MESS |
| | Amount = | $38.16 | |
| 01/29/08 | ALL PACER | | DOCRETRI |
| | Amount = | $42.80 | |
| 01/29/08 | Printing | | DUP.10CC |
| | Amount = | $2.40 | |
| 01/29/08 | Printing | | DUP.10CC |
| | Amount = | $9.75 | |
| 01/29/08 | Printing | | DUP.10CC |
| | Amount = | $1.25 | |
| 01/29/08 | Printing | | DUP.10CC |
| | Amount = | $1.25 | |
| 01/29/08 | Printing | | DUP.10CC |
| | Amount = | $4.65 | |
| 01/29/08 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 01/30/08 | C/O ALIX PARTNERS LLC - Messenger and delivery | | MESS |
| | Amount = | $15.28 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave. Ste 1000
Irvine CA   92612

February 27, 2008
Invoice 288871
Page 140

Client #  727440

| | | | |
|---|---|---|---|
| 01/30/08 | Photocopies | | DUP.10CC |
| | | Amount =   $0.20 | |
| 01/30/08 | Photocopies | | DUP.10CC |
| | | Amount =   $0.60 | |
| 01/30/08 | Photocopies | | DUP.10CC |
| | | Amount =   $0.20 | |
| 01/30/08 | TCOPY RECD 1/29/08 | | TELC |
| | | Amount =   $0.00 | |
| 01/30/08 | TCOPY RECD 1/28/08 | | TELC |
| | | Amount =   $0.00 | |
| 01/30/08 | TCOPY RECD 1/28/08 | | TELC |
| | | Amount =   $0.00 | |
| 01/30/08 | 2128211980 Long Distance | | LD |
| | | Amount =   $1.19 | |
| 01/30/08 | 2134228093 Long Distance | | LD |
| | | Amount =   $4.76 | |
| 01/30/08 | 6084932588 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 01/30/08 | 7168555310 Long Distance | | LD |
| | | Amount =   $3.57 | |
| 01/30/08 | 9498783317 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 01/30/08 | 9792978344 Long Distance | | LD |
| | | Amount =   $4.76 | |
| 01/30/08 | 4014389000 Long Distance | | LD |
| | | Amount =   $4.76 | |
| 01/30/08 | 4159848933 Long Distance | | LD |
| | | Amount =   $3.57 | |
| 01/30/08 | 9493506529 Long Distance | | LD |
| | | Amount =   $8.33 | |
| 01/30/08 | 2134228093 Long Distance | | LD |
| | | Amount =   $3.57 | |
| 01/30/08 | 3143512512 Long Distance | | LD |
| | | Amount =   $2.38 | |
| 01/30/08 | 3032802808 Long Distance | | LD |
| | | Amount =   $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

February 27, 2008
Invoice 288871
Page 141
Client #  727440

| 01/30/08 | 2678729080 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/30/08 | 9732677666 Long Distance | | LD |
| | Amount = | $2.38 | |
| 01/30/08 | 6305983863 Long Distance | | LD |
| | Amount = | $3.57 | |
| 01/30/08 | 2134228093 Long Distance | | LD |
| | Amount = | $2.38 | |
| 01/30/08 | 9498237142 Long Distance | | LD |
| | Amount = | $5.95 | |
| 01/30/08 | 2124787425 Long Distance | | LD |
| | Amount = | $5.95 | |
| 01/30/08 | Lexis | | LEXIS |
| | Amount = | $174.41 | |
| 01/30/08 | ALL PACER | | DOCRETRI |
| | Amount = | $33.04 | |
| 01/30/08 | Printing | | DUP.10CC |
| | Amount = | $1.25 | |
| 01/30/08 | Printing | | DUP.10CC |
| | Amount = | $9.75 | |
| 01/30/08 | Printing | | DUP.10CC |
| | Amount = | $2.30 | |
| 01/30/08 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 01/30/08 | Printing | | DUP.10CC |
| | Amount = | $3.60 | |
| 01/30/08 | Westlaw | | LEXIS |
| | Amount = | $404.88 | |
| 01/31/08 | TCOPY RECD 1/28-1/30 | | TELC |
| | Amount = | $0.00 | |
| 01/31/08 | 9732677666 Long Distance | | LD |
| | Amount = | $33.32 | |
| 01/31/08 | 7132534437 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/31/08 | 7138172029 Long Distance | | LD |
| | Amount = | $2.38 | |

New Century Financial Corporation and New Century Mortgage C      February 27, 2008
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel      Invoice 288871
New Century Financial Corporation                                Page 142
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                                Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 01/31/08 | 3109993593 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/31/08 | 2134306262 Long Distance | | LD |
| | Amount = | $3.57 | |
| 01/31/08 | 2134228093 Long Distance | | LD |
| | Amount = | $3.57 | |
| 01/31/08 | 6097773505 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/31/08 | 5128549513 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/31/08 | 5128549513 Long Distance | | LD |
| | Amount = | $2.38 | |
| 01/31/08 | 3134560140 Long Distance | | LD |
| | Amount = | $3.57 | |
| 01/31/08 | 4082995940 Long Distance | | LD |
| | Amount = | $13.09 | |
| 01/31/08 | 6022577430 Long Distance | | LD |
| | Amount = | $9.52 | |
| 01/31/08 | 5128549513 Long Distance | | LD |
| | Amount = | $9.52 | |
| 01/31/08 | 2142956416 Long Distance | | LD |
| | Amount = | $28.56 | |
| 01/31/08 | 5102726710 Long Distance | | LD |
| | Amount = | $2.38 | |
| 01/31/08 | 3134560140 Long Distance | | LD |
| | Amount = | $3.57 | |
| 01/31/08 | 2124787200 Long Distance | | LD |
| | Amount = | $3.57 | |
| 01/31/08 | 4159848933 Long Distance | | LD |
| | Amount = | $1.19 | |
| 01/31/08 | DELIVERY EXPENSE 1/29-1/30 | | MESS |
| | Amount = | $3.20 | |
| 01/31/08 | Messenger and delivery, 1/30/08. PACHULSKI STANG, CXG | | MESS |
| | Amount = | $5.50 | |
| 01/31/08 | ALL PACER | | DOCRETRI |
| | Amount = | $46.80 | |

| 01/31/08 | Postage | | POST |
| | | Amount =  $9.20 | |
| 01/31/08 | Printing | | DUP.10CC |
| | | Amount =  $1.65 | |
| 01/31/08 | Printing | | DUP.10CC |
| | | Amount =  $9.40 | |
| 01/31/08 | Printing | | DUP.10CC |
| | | Amount =  $2.70 | |
| 01/31/08 | RECORD RETRIEVAL 1/22-1/25 | | RECRET |
| | | Amount =  $10.24 | |

TOTALS FOR   727440                    New Century Financial Corporation and New Century

Expenses     $12,523.25