**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | Re: Docket No. 2857 |

**CERTIFICATION OF COUNSEL RE:  STIPULATION REGARDING ALLOWANCE**
**OF CLAIMS OF NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC**

The undersigned counsel to the above-captioned debtors and debtors in possession

(the "Debtors") hereby certifies as follows:

1.     Pre-petition, General Electric Capital Corporation ("GECC") extended

financing to the Debtors in exchange for several promissory notes, including a Promissory Note

dated July 9, 2004 in the principal amount of $5,012,880.38 (the "Note"). The obligations under

the Note are secured by liens against furniture, equipment and other property of the Debtors

("Collateral") pursuant to a Master Security Agreement dated February 18, 2004 (the "Security

Agreement"). The initial obligors under the Note were New Century TRS Holdings, Inc. and

New Century Mortgage Corporation. Later, on September 24, 2004, New Century Financial

---

[1]   The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (Okla JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R E O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp, a California corporation; New Century Mortgage Ventures, LW (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L P, a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation

Corporation additionally become bound as an obligor under the Note. (These three entities are collectively referred to as "Obligated Debtors").

2.    On July 9, 2004, GECC assigned the Note and the related rights to the Collateral under the Security Agreement to Charter One Vendor Finance, LLC. The successor by merger to Charter One Vendor Finance, LLC is National City Commerical Capital ("National City").

3.    The Debtors commenced these cases by filing voluntary chapter 11 bankruptcy petitions on April 2, 2007.

4.    On May 23, 2007, the Court entered its Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure Approving (i) the Sale of the Debtors' Servicing Business to Carrington Capital Management, LLC and Carrington Mortgage Services, LLC Pursuant to the Second Amended and Restated Asset Purchase Agreement, Dated as of May 2, 2007, Free and Clear of Liens, Claims, Encumbrances, and Interests, and (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to Carrington As Part of Such Sale ("Carrington Sale Order") [Docket No. 844]. The Carrington Sale Order provided, among other things, for the approval of the sale of a portion of the Debtors' businesses, including a portion of National City's Collateral, and for the establishment of a "Secured Claim Reserve" in the amount of $559,611.88 with respect to National City's claim to be subsequently dispersed by agreement of the parties or subsequent Court Order.

5.    On August 30, 2007, National City filed Proof of Claim No. 2865 asserting that it was owed $559,969.97 under the Note as of the petition date, and that this claim is partially secured. On September 18, 2007, National City filed a motion requesting, among other things, to recover possession of property subject to its security interest (the "Relief Stay

RLF1-3258640-1

Motion") [Docket No. 2857]. The Debtors do not dispute the amount owing under the Note, but they do dispute the extent to which the claim is secured based on the amounts that the Debtors received from the sale of similar assets and the Collateral sold to date.

6.    Following discussions amongst representatives for the Debtors and National City, and in consultation with the Official Committee of Unsecured Creditors, the parties have agreed to allow National City's claims under the Note on the terms set forth in the stipulation attached hereto as Exhibit A (the "Stipulation").

WHEREFORE, the Debtors respectfully request that the Court enter an order, in substantially the form attached hereto as Exhibit B, approving the Stipulation and granting such other and further relief as the Court deems just and proper.

Dated: February 29, 2008
      Wilmington, Delaware

Respectfully submitted,

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Ben H. Logan
Suzzanne S. Uhland
Victoria A. Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

RLF1-3258640-1