IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| **Debtors.** | : |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned case:

| **Date & Time** | **Location** |
|---|---|
| April 9, 2008 at 10:00 a.m. | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |
| May 7, 2008 at 10:00 a.m. | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |
| May 21, 2008 at 10:00 a.m. | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |
| June 4, 2008 at 10:00 a.m. | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

RLF1-3257621-1

Case 07-10416-BLS    Doc 5162    Filed 03/03/08    Page 2 of 2

June 24, 2008 at 10:00 a.m.            U.S. Bankruptcy Court for the District of Delaware
                                        824 North Market Street, 5th Floor, Courtroom 5
                                        Wilmington, Delaware 19801


Dated: _____, 2008
       Wilmington, Delaware

                                        _____
                                        THE HONORABLE KEVIN J. CAREY
                                        UNITED STATE BANKRUPTCY JUDGE

RLF1-3257621-1