IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | Chapter 11 |
| : | |
| NEW CENTURY TRS HOLDINGS, INC. : | Case No. 07-10416(KJC) |
| a DelawareCorporation, 1 : | (Jointly Administered) |
| : | |
| Debtors. : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the Admission Pro Hac Vice of Bonnie R. Golub, Esquire to represent Tsutae Iwamoto in the above captioned matter.

By: /s/ Jeffrey S. Cianciulli, Esquire
Jeffrey S. Cianciulli, Esquire (#4369)
Weir & Partners LLP
824 Market Street, Suite 1001
P.O. Box 708
Wilmington, DE 19899
(302) 652-8181

---

1   The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc ), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1-800anyloan.com, Anyloan. com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century REO Corp, a California corporation; New Century REO II Corp., a California corporation; New Century REO, II Corp, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, LP, a Delaware limited partnership.
302509-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, State of New Jersey, the United States District Court for the Eastern and Middle Districts of Pennsylvania, the District of New Jersey and the United States Court of Appeals for the Third Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

By: _____
Bonnie R. Golub, Esquire
Weir & Partners LLP
The Widener Building, Suite 500
1339 Chestnut Street
Philadelphia, PA 19107
bgolub@weirpartners.com
Tel: (215) 665-8181
Facsimile: (215)665-8464

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

MAR - 3 2008

BY THE COURT:

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge

302509-1