RECEIVED

FEB 21 2008

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

Alyse Zahi Rafidi
C/o Sonia Rafidi
2475 Heavenly Way
Corona, CA 92881
Email alyse_ttk@yahoo.com
Phone: 714-809-4749

The Honorable Kevin J. Carey
United States Bankruptcy Judge
824 Market Street, 5th Floor
Wilmington, DE 19801

In re:
New Century TRS Holdings, Inc.,
A Delaware corporation, et al., Debtors

Chapter 11
Case No. 07-10416(KJC)
Jointly Administered

Objection Date: January 30, 2008
Hearing Deadline: February 6, 2008

### NOTICE OF DEBTORS' EIGHTH OMNIBUS OJECTION TO CLAIMS: SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. §§ 502 AND 507, BUNKRUPTCY RULES 3007 AND 9014, AND LOCAL RULE 3007-1 TO CERTAIN BOOKS AND RECORDS CLAIMS

The Honorable Kevin J. Carey:

I am writing today to advise Your Honor that I had a medical issue that prevented me from meeting the deadline of January 30, 2008 and would like to request an extension to submit my case to you.

Attached please find copies of doctors' notes being under treatment for a health issue that prevented me from taking control of my life and important business issues. I have been diagnosed with stress related disorder causing me to have hives; rashes, tremors and skin discomfort, and were under treatment that prevented me from being fully functional until I was released on January 24, 2008. I am pleased to report today that I am in much better shape and am now able to face any business issues I need to attend to, and take care of personal matters.

My name is Alyse Zahi Rafidi; I lived at 2475 Heavenly Way, Corona, California until January 22, 2008 when my health issues forced me to move back to Mississippi where I was born in1979 and originally moved from in 2001.

During my employment with New Century from November 2003, until Carrington Mortgage Services took over New Century Platform, in July 1, 2007, I contributed to the Employee Stock Option Plan to benefit myself and work to secure my future. Attached please find copies of my year-end check stubs for 2004, 2005 and 2006 showing the deductions from my payroll that went into this special fund to purchase

stocks with New Century. The total amount \$5,221.75, which does not include the amount of \$1,318.20 the unsecured priority and non-priority funds, for a total of \$6,539.95 that New Century owes me. I do not know why the Debtors do not show that on their books or records, but what I present you are the legal documents they supply me with for my records and are accurate and valid; therefore, my claim to the amount New Century owes me is valid and accurate.

Please Your Honor, grant me this extension and accept this letter on my behalf to claim my payroll deducted earnings.

Sincerely,


Alyse Rafidi


02/20/2008

Copies

## Standard Insurance Company

800.368.2859 Tel  800.378.6053 Fax
PO Box 2800  Portland OR 97208

**Disability Insurance**
**Employer/Employee Statement**

### TO BE COMPLETED BY EMPLOYER

| Employee's Full Name: Rafidi, Alyse | Social Security No: 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 | Job Title: *(Please attach a copy of the job description.)* Loan Counselor | 1. Date Employed: 07/02/07 |
|---|---|---|---|

Work Location:  Address: 1610 St. Andrew Place, Suite 150-B, Santa Ana   State: CA   Zip Code: 92705

2. Is employee insured for Short Term Disability?  ☑ Yes  ☐ No
Effective date: 07/02/07
Is employee insured for Long Term Disability?  ☑ Yes  ☐ No
Effective date: 07/02/07
Is employee insured for Group Life Insurance through The Standard?  ☑ Yes  ☐ No

3. Is disability work related?  ☐ Yes  ☑ No  ☐ Undetermined

4. Has the employee filed for:  Workers' Compensation  ☐ Yes  ☑ No
State Disability:  ☑ Yes  ☐ No
Other: _____  ☐ Yes  ☐ No
Weekly Amount: _____

5. Employee's earnings: $ 16.25
*(Check one)* ☑ hourly  ☐ weekly  ☐ monthly  ☐ annual  ☐ commission  ☐ other  ☐ shift differential  ☐ bonuses
Date of last increase: N/A     Earnings prior to increase: $ N/A

6. Last active day at work: 07/25/07
7. Job status when disability began:  ☑ Full-time ( 40 hours/week)  ☐ Part-time (_____ hours/week)

8. Date employee returned to work: N/A
9. Last day through which sick leave benefits were paid by employer: N/A
10. Last day through which any compensation was paid by employer: N/A

11. Is employee subject to:  Social Security taxes?  ☑ Yes  ☐ No
Medicare taxes?  ☑ Yes  ☐ No

13. Are employee premiums paid with pre-tax dollars (IRC Section 125 cafeteria plans)?  ☑ Yes  ☐ No

12. What percentage of the STD premium does the **employer** pay?  100 %
What percentage of the LTD premium does the **employer** pay?  100 %
Has either percentage changed within the last three years?  ☐ Yes  ☑ No
Are employer paid premiums included in the employee's salary?  ☐ Yes  ☑ No  ☐ N/A

Employer: Carrington Mortgage Services   Location Code:   Phone No.: ( 800 ) 524-0706   Policy No.: 142782

Mailing Address: c/o PPSI, 500 S. Kraemer Blvd., Suite 225   City: Brea   State: CA   Zip Code: 92821

**Acknowledgement**
I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 3 of this form.

Signature: _____     Date: _____

### TO BE COMPLETED BY EMPLOYEE

Full Name: Alyse Zuh Kafidi   Social Security No.: 428-494930   Phone No.: (951) 520-1186   714-926-9441

Birthdate: 10/11/1979   Sex: ☐ M  ☑ F   No. of Dependent Children:   Birthdate of Youngest:

Address: 2475 Heavenly Way   City: Corona   State: CH   Zip Code: 92881

1. Is your disability work related?  ☑ Yes  ☐ No
2. Have you filed a Workers' Compensation claim?  ☐ Yes  ☑ No
3. Do you intend to file?  ☐ Yes  ☑ No
4. Last active day at work: 7/25/07
5. Date you became unable to work at your occupation because of disability: 07/26/07
6. Date you returned or expect to return to work: 09/09/07

7. ☐ Accident. When and where did it happen?

8. How does your disability prevent you from working?  lesions & hives all over body

9. Have you had a previous disability claim with The Standard?  ☑ Yes  ☐ No

☑ Illness. When did you first notice and what is the nature of your disability?  lesions 7/07, hives 7/07 lesions & hives all over body

10. Pregnancy:  Expected delivery date: _____
Actual delivery date: _____
Type of delivery:  ☐ Vaginal  ☐ C-section

**Acknowledgement**
I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 3 of this form.

Signature: Alyse Rafidi     Date: 7-28-07

SI 2047     2 of 7     (2/07)

Standard Insurance Company

800.368.2859 Tel  800.378.6053 Fax
PO Box 2800  Portland OR 97208

**Disability Insurance
Claim Form Fraud Notices**

Some states require us to provide the following information to you:

### CALIFORNIA RESIDENTS

For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

### COLORADO RESIDENTS

It is unlawful to knowingly provide false, incomplete or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to the policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

### FLORIDA RESIDENTS

Any person who knowingly and with intent to injure, defraud or deceive an insurance company, files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony of the third degree.

### NEW JERSEY RESIDENTS

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

### NEW YORK RESIDENTS

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

### PENNSYLVANIA RESIDENTS

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

## ALL OTHER RESIDENTS

Some states require us to inform you that any person who knowingly and with intent to injure, defraud or deceive an insurance company, or other person, files a statement containing false or misleading information concerning any fact material hereto commits a fraudulent insurance act which is subject to civil and/or criminal penalties, depending upon the state. Such actions may be deemed a felony and substantial fines may be imposed.

Standard Insurance Company

800.368.2859 Tel   800.378.6053 Fax
PO Box 2800   Portland OR 97208

**Disability Insurance**
**Attending Physician's Statement**

## TO BE COMPLETED BY EMPLOYEE

| Full Name: Alqsi Zahi Kificli | Employer: CMS LLC | Group Policy No.: 861498-010-00000 |

*The following information is needed to document the patient's inability to work. The patient is responsible for completing this form. Please complete this form and mail it to The Standard at the address listed above.*

## TO BE COMPLETED BY THE ATTENDING PHYSICIAN

### 1. Diagnosis

A. Diagnosis:

B. Symptoms: Major depression - Recurrent Type
disturbance of occur anxiety
crying spells, deep, appetite & energy

C. Objective Findings: NA

Height:    Weight:    B/P:

ICDA Classification: 296.3

### 2. Pregnancy *(if applicable)*

A. Expected date of delivery: NA

B. Actual date of delivery:

C. Type of delivery: ☐ Vaginal   ☐ C-section

D. Significant complications, if any: NA

### 3. History

A. Date you recommended the patient stop work: 7/26/0

B. When did symptoms appear or accident happen? earlier

C. Has the patient ever had the same or similar condition? ☐ Yes ☑ No   If yes, when?

D. Is this condition related to the patient's employment? ☑ Yes ☐ No

F. Did you complete a workers' compensation claim form? ☐ Yes ☑ No

### 4. Treatment

A. Date of first visit: 8/3/0

B. Date(s) of subsequent visits: 8/6/0

C. Date of most recent visit: 8/16/0

D. Planned course and duration of treatment *(include surgery and medications, if any)*: continue med management c supportive therapy

### 5. Level of Functional Impairment

A. Describe the patient's mental and cognitive limitations, if any: The pt is coping better

B. In a work day given two breaks and a meal break, your patient can:

Lift *(in pounds)*: ☐ 1-10   ☐ 11-20   ☐ 21-50   ☐ 51-75   ☐ 76+
Carry *(in pounds)*: ☐ 1-10   ☐ 11-20   ☐ 21-50   ☐ 51-75   ☐ 76+

| | Total Hours | | | | | | | | | With positional change |
|---|---|---|---|---|---|---|---|---|---|---|
| Sit | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | (hrs) | |
| Stand | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | (hrs) | |
| Walk | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | (hrs) | |
| Alternately sit/stand | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | (hrs) | |

Bend/stoop: ☐ Never   ☐ Occasionally   ☐ Frequently

C. Is the patient competent to manage insurance benefits? ☑ Yes ☐ No
If no, is the patient competent to appoint someone to help manage the insurance benefits? ☐ Yes ☐ No

### 6. Hospitalization *(if applicable)* No

A. Date admitted:   B. Date discharged:   C. Reason:

D. Name of hospital:

### 7. Prognosis Good

A. Since onset of symptoms, the patient's condition has ☑ Improved ☐ Not changed ☐ Retrogressed

B. When do you anticipate the patient can return to work? ☑ Date: 9/4/0   ☐ Unable to determine, follow up in:   weeks   ☐ Never

### 8. Physician Information *(Please type or print.)*

Name of physician completing this form:

Specialty: Psychiatry

Tax ID. No.:

Phone No.: (   )

Fax No.: (   )

Address: 3350 E. Birch St #100   City: Brea   State: CA   Zip Code: 2 8 2

### Acknowledgement

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 5 of this form.

Signature:   Date: 8/18/0

SI 2047

(2/07)

Standard Insurance Company

800.368.2859 Tel   800.378.6053 Fax
PO Box 2800   Portland OR 97208

Some states require us to provide the following information to you:

## CALIFORNIA RESIDENTS

For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

## COLORADO RESIDENTS

It is unlawful to knowingly provide false, incomplete or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to the policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

## FLORIDA RESIDENTS

Any person who knowingly and with intent to injure, defraud or deceive an insurance company, files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony of the third degree.

## NEW JERSEY RESIDENTS

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

## NEW YORK RESIDENTS

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

## PENNSYLVANIA RESIDENTS

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

## ALL OTHER RESIDENTS

Some states require us to inform you that any person who knowingly and with intent to injure, defraud or deceive an insurance company, or other person, files a statement containing false or misleading information concerning any fact material hereto commits a fraudulent insurance act which is subject to civil and/or criminal penalties, depending upon the state. Such actions may be deemed a felony and substantial fines may be imposed.

Standard Insurance Company

800.368.2859 Tel   800.378.6053 Fax
PO Box 2800   Portland OR 97208

**Disability Insurance**
**Authorization to Obtain Information**

**I AUTHORIZE THESE PERSONS** having any records or knowledge of me or my health:

- Any physician, medical practitioner or health care provider.
- Any hospital, clinic, pharmacy or other medical or medically related facility or association.
- Any insurance or annuity company.
- Any employer or plan sponsor.
- Any organization or entity administering a benefit program or an annuity program.
- Any educational, vocational or rehabilitational organization or program.
- Any consumer reporting agency, financial institution, accountant, or tax preparer.
- Any government agency *(for example, Social Security Administration, Public Retirement System, Railroad Retirement Board, etc.).*

**TO GIVE THIS INFORMATION:**

- Charts, notes, x-rays, operative reports, lab and medication records and all other medical information about me, including medical history, diagnosis, testing and test results. Prognosis and treatment of any physical or mental condition, including:
    - Any disorder of the immune system, including HIV, Acquired Immune Deficiency Syndrome (AIDS) or other related syndromes or complexes.
    - Any communicable disease or disorder.
    - Any psychiatric or psychological condition, including test results, but excluding psychotherapy notes. Psychotherapy notes do not include a summary of diagnosis, functional status, the treatment plan, symptoms, prognosis and progress to date.
    - Any condition, treatment, or therapy related to substance abuse, including alcohol and drugs.

    **and:**

- Any non-medical information requested about me, including such things as education, employment history, earnings or finances, or eligibility for other benefits including retirement benefits and retirement plan contributions *(for example, Social Security Administration, Public Retirement System, Railroad Retirement Board, claims status, benefit amounts and effective dates, etc.).*

**TO STANDARD INSURANCE COMPANY (THE STANDARD).**

- I acknowledge that any agreements I have made to restrict my protected health information do not apply to this authorization and I instruct the persons and organizations identified above to release and disclose my entire medical record without restriction. I understand that The Standard will use the information to determine my eligibility or entitlement for insurance benefits.

- I understand and agree that this authorization shall remain in force throughout the duration of my claim for benefits with The Standard. I understand that I have the right to refuse to sign this authorization and a right to revoke this authorization at any time by sending a written statement to The Standard, except to the extent it has been relied upon to disclose requested records. A revocation of the authorization, or the failure to sign the authorization, may impair The Standard's ability to evaluate or process my claim and may be a basis for denying my claim for benefits.

- I understand that in the course of conducting its business, The Standard may disclose to other parties information it has about me. The Standard may release this information about me to a reinsurer, a plan administrator, or any person performing business or legal services for The Standard in connection with my claim.

- I understand that The Standard complies with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to The Standard pursuant to this authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law. (Disability coverage is not subject to the Privacy Rules of the Health Insurance Portability and Accountability Act [HIPAA] and therefore the release of information to The Standard is not protected under the Act.)

- I acknowledge that I have read the authorization and the state variations *(if applicable)* on page 7. A photocopy or facsimile of this authorization is as valid as the original and will be provided to me upon request.

Name *(please print)*  Alyse Rafidi

Social Security No.  ___-__-___

Signature of Claimant/Representative  Alyse Rafidi

Date  7-28-07

If signature is provided by legal representative (e.g., Attorney in Fact, guardian or conservator), please attach documentation of legal status.

*This Authorization is a two-page document. Please see page 7 for additional terms and information. Both pages are part of the Authorization.*

SI 2047

(2/07)

Standard Insurance Company

800.368.2859 Tel  800.378.6053 Fax
PO Box 2800  Portland OR 97208

**Disability Insurance**
**Authorization to Obtain Information**

Some states require us to provide the following information to you and to those persons and entities disclosing information about you:

## FOR RESIDENTS OF MINNESOTA

This authorization excludes the release of information about HBV (Hepatitis B Virus), HCV (Hepatitis C Virus), or HIV (Human Immunodeficiency Virus) tests which were administered (1) to a criminal offender or crime victim as a result of a crime that was reported to the police; (2) to a patient who received the services of emergency medical services personnel at a hospital or medical care facility; (3) to emergency medical personnel who were tested as a result of performing emergency medical services. The term "emergency medical personnel" includes individuals employed to provide pre-hospital emergency services; licensed police officers, firefighters, paramedics, emergency medical technicians, licensed nurses, rescue squad personnel, or to other individuals who serve as volunteers of an ambulance service who provide emergency medical services; crime lab personnel, correctional guards, including security guards, at the Minnesota security hospital, who experience a significant exposure to an inmate who is transported to a facility for emergency medical care; and other persons who render emergency care or assistance at the scene of an emergency, or while an injured person is being transported to receive medical care and who would qualify for immunity under the good samaritan law.

## FOR RESIDENTS OF NEW MEXICO

The state of New Mexico requires us to provide you with the following information pursuant to its Domestic Abuse Insurance Protection Act.

The accompanying Authorization to Obtain Information allows Standard Insurance Company to obtain personal information as it determines your eligibility for insurance benefits. The information obtained from you and from other sources may include confidential abuse information. "Confidential abuse information" means information about acts of domestic abuse or abuse status, the work or home address or telephone number of a victim of domestic abuse or the status of an applicant or insured as a family member, employer or associate of a victim of domestic abuse or a person with whom an applicant or insured is known to have a direct, close personal, family or abuse-related counseling relationship. With respect to confidential abuse information, you may revoke this authorization in writing, effective ten days after receipt by The Standard, understanding that doing so may result in a claim being denied or may adversely affect a pending insurance action.

The Standard is prohibited by law from using abuse status as a basis for denying, refusing to issue, renew or reissue or canceling or otherwise terminating a policy, restricting or excluding coverage or benefits of a policy or charging a higher premium for a policy.

Upon written request you have the right to review your confidential abuse information obtained by The Standard. Within 30 business days of receiving the request, The Standard will mail you a copy of the information pertaining to you. After you have reviewed the information, you may request that we correct, amend or delete any confidential abuse information which you believe is incorrect. The Standard will carefully review your request and make changes when justified. If you would like more information about this right or our information practices, a full notice can be obtained by writing to us.

If you wish to be a protected person (a victim of domestic abuse who has notified The Standard that you are or have been a victim of domestic abuse) and participate in The Standard's location information confidentiality program, your request should be sent to the same address above.

SI 2047

(2/07)


**CMS**
Carrington Mortgage Services, LLC

# LEAVE REQUEST FORM

| | |
|---|---|
| Associate Name: | Alyse Rafidi |
| Job Title: | Loss Connector II |
| Supervisor: | Lisa Hrayer |
| Department: | Asset Collection |
| Date: | |
| Date of Hire: | 7/2/07 |

## TYPE OF LEAVE REQUEST

| | |
|---|---|
| [X] Medical* | Personal  serious health condition or birth of a child |
| [ ] Family* | Serious health condition of [ ] Spouse or [ ] Child or [ ] Parent |
| [ ] Military | |
| [ ] Personal | Provide brief statement as to the nature of the leave: |
| [ ] *Reduced/Intermittent Work Schedule (may only accompany a request for Medical or Family Leave) | Provide brief statement as to hours/days to be worked on a reduced or intermittent work schedule: |

## DATES OF LEAVE

| | | |
|---|---|---|
| Leave will begin on (first day of absence): | 01/26/07 | (month/day/year) |
| Return to work on (first day of return): | 03/04/07 | (month/day/year) |

I understand that:

1. Leaves of absence may be approved for periods of absence exceeding five working days.

2. I must notify my supervisor as soon as possible regarding my need for a Leave of Absence.

3. Compensation and performance reviews are postponed by the amount of leave.

4. Any accrued sick time will be applied towards medical leave.  Vacation and floating holidays may be used for all types of leave prior to unpaid leave.

5. A medical leave is the period of time my physician says I cannot work until the time the physician says I can return to work.

6. All requests for personal medical or family leave due to the serious illness of a family member must by supported by physician's statement.

7. Failure to provide a physician's statement in a timely manner may lead to the denial of a leave, denial of the continuation of leave, or denial of reinstatement.



8. For a leave based on my illness, a physician's release showing I am able to resume my normal job, or any restrictions, must be provided to the Human Resources Department before I may return to work.

9. FMLA leave may be provided to Associates who meet the appropriate length of service requirements with CMS. FMLA leave cannot exceed 12 weeks per 12-month period; unless state law provides for more, in which case those limits apply.

10. CMS reserves the right to deny or postpone leave for failure to give appropriate notice when such denial/postponement would be permitted under federal or state law.

11. If my physician releases me to return to work on a part-time basis, or with certain restrictions, AND CMS agrees to the temporary accommodation based on my physician's instructions, I understand that my leave will end. If I do not accept the modified position, I must either apply for a personal leave or terminate my employment.

12. If I fail to return to work on the return date or within the described time limits if return to work date is left blank, I will be considered as having voluntarily resigned effective on my last day of work.

13. I may not work while on leave, except as part of an approved rehabilitation program and that I am to comply with applicable company policies, such as confidentiality and conflict of interests. I understand failure to comply with applicable policies may lead to discipline.

14. For certain types of leave I may continue health care benefits as long as I cover my share of the Associate applicable premiums.  I agree to pay each monthly invoice within 30 days of receipt in order to keep my health care benefits active.

Associate's Signature _____     Date _____

## APPROVALS

Supervisor Signature: _____     Date: _____

Supervisor Name: _____

## HUMAN RESOURCES

HR Rep Signature: _____     Date: _____

HR Rep Name: _____

APPENDIX C

FMLA/CFRA MED-CERT
Certification of Health
Care Provider
(Family and Medical Leave Act of 1993)

U. S. Department of Labor
Employment Standards Administration
Wage and Hour Division

| 1. Employee's Name | 2. Patient's Name (if different from employee) |
|---|---|
| *Filipe Karioti* | |

3. The attached sheet describes what is meant by a "serious health condition" under the Family and Medical Leave Act. Does the patient's condition[1] qualify under any of the categories described? If so, please check the applicable category.

(1) _____  (2) __✓__  (3) _____  (4) __✓__  (5) _____  (6) __✓__  or None of the Above _____

4. a. State the approximate **date** the condition commenced, and the probable **duration** of the condition (and also the probable duration of the patient's present **incapacity** if different):

*7/26/07*

b. Will it be necessary for the employee to work only **intermittently or to work on a less than full schedule** as a result of the condition (including for treatment described in Item 5 below)?

If yes, give the probable duration: _____

c. If the condition is a **chronic condition** (condition #4) or **pregnancy**, state whether the patient is presently incapacitated[2] and the likely duration and frequency of **episodes of incapacity**[2]:

*on 9/4/07*

5. a. If additional **treatments** will be required for the condition, provide an estimate of the probable number of such treatments: *The Pt. will need to continue to be seen at least monthly for med management*

If the patient will be absent from work or other daily activities because of **treatment** on an intermittent or **part-time** basis, also provide an estimate of the probable number and interval between such treatments, actual or estimated dates of treatment, if known, and period required for recovery, if any:

b. If any of these treatments will be provided by **another provider of health services** (e.g., physical therapist), please state the nature of the treatments:

c. **If a regimen of continuing treatment** by the patient is required under your supervision, please indicate the estimated number of doctor's visits, and/or estimated duration of medical treatment, either by the health care practitioner or another provider of health services, upon referral from the health care provider.

*The Pt. should be seen for at least one year, if doing well*

---

[1] Here and elsewhere on this form, the information sought relates **only** to the condition for which the employee is taking FMLA leave.

[2] "**Incapacity**" for purposes of FMLA is defined to mean inability to work, attend school, or perform other regular daily activities due to the serious health condition, treatment therefore, or recovery therefrom.

APPENDIX C

6. a.  If medical leave is required for the employee's **absence from work** because of the **employee's own condition** (including absences due to pregnancy or a chronic condition, is the **employee unable to perform work of any kind?**

b.  If able to perform some work, is the **employee unable to perform any one or more of the essential functions of the employee's job** (the employee or the employer should supply you with information about the essential job functions)?          **If yes, please list the essential functions the employee is unable to perform:**

c.  If neither a. nor b. applies, is it necessary for the employee to be **absent from work for treatment?**

7. a.  If leave is required to **care for a family member** of the employee with a serious health condition, **does the patient require assistance** for basic medical or personal needs or safety, or for transportation?

b.  If no, **would** the employee's presence to provide **psychological comfort** be beneficial to the patient or assist in the patient's recovery?

c.  If the **patient** will need care only **intermittently** or on a part-time basis, please indicate the probable duraction of this need:

_____          _____
(Signature of Health Care Provider)                    (Type of Practice)

_____          _____
(Address)                                          (Telephone number)

**To be completed by the employee needing family leave to care for a family member:**

State the care you will provide and an estimate of the period during which care will be provided, including a schedule if leave is to be taken intermittently or if it will be necessary for you to work less than a full schedule:

_____          _____
(Employee Signature)                                (Date)

APPENDIX C

A "Serious Health Condition" means an illness, injury, impairment, or physical or mental condition that involves one of the following:

1. Hospital Care

Inpatient care (i.e., an overnight stay) in a hospital, hospice, or residential medical care facility, including any period of incapacity[2] or subsequent treatment in connection with or consequent to such inpatient care.

2. Absence Plus Treatment

    (a)    A period of incapacity[2] of **more than three consecutive calendar days** (including any subsequent treatment or period of incapacity[2] relating to the same condition), that also involves

        (1)    **Treatment**[3] **two or more times** by a health care provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services (e.g., physical therapist) under orders of, or on referral by, a health care provider; or

        (2)    **Treatment** by a health care provider on **at least one occasion** which results in **a regimen of continuing treatment**[4] under the supervision of the health care provider.

3. Pregnancy

Any period of incapacity due to **pregnancy**, or for **prenatal care**.

4. Chronic Conditions Requiring Treatments

**A chronic condition which:**

    (1)    Requires **periodic visits** for treatment by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider;

    (2)    Continues over an **extended period of time** (including recurring episodes of a single underlying condition); and

    (3)    May cause **episodic** rather than a continuing period of incapacity[2] (e.g., asthma, diabetes, epilepsy, etc.).

5. Permanent/Long-Term Conditions Requiring Supervision

A period of **incapacity**[2] which is **permanent or long-term** due to a condition for which treatment may not be effective. The employee or family member must **be under the continuous supervision of, but need not be receiving active treatment by, a health care provider**. Examples include Alzheimer's, a severe stroke, or the terminal stages of a disease.

6. Multiple Treatments (Non-Chronic conditions)

Any period of absence to receive **multiple treatments** (including any period of recovery therefrom) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for **restorative surgery** after an accident or other injury, **or** for a condition **that would likely result in a period of incapacity**[2] **of more than three consecutive calendar days in the absence of medical intervention or treatment**, such as cancer (chemotherapy, radiation, etc.), severe arthritis (physical therapy), kidney disease (dialysis).

---

[3] Treatment includes examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does not include routine physical examinations, eye examinations, or dental examinations.

[4] A regimen of continuing treatment includes, for example, a course of prescription medication (e.g., an antibiotic) or therapy requiring special equipment to resolve or alleviate the health condition. A regimen of treatment does not include the taking of over-the-counter medications such as aspirin, antihistamines, or salves; or bedrest, drinking fluids, exercise, and other similar activities that can be initiated without a visit to a health care provider.



**The**Standard®

Standard Insurance Company
800.368.2859 Tel   800.378.6053 Fax
PO Box 2800   Portland OR 97208

**Disability Insurance
Claim Packet Instructions**

## Your Disability Benefit Claim

This packet contains the forms necessary to apply for disability benefits. It also addresses common questions about Disability claims. **Please save this material for your future reference.** For specific information about your Disability insurance coverage, refer to your group insurance certificate. The certificates are the ultimate authority for Disability claim decisions. If you need other information, please contact your employer's benefit administrator or call our customer service line at (800) 368-2859.

## How To Apply For Benefits

The Disability benefits application includes claim forms and an Authorization.

1. Your employer should complete their portion of the claim form on page 2, before giving the packet to you.
2. Complete and sign your part of the claim form. Compare your responses to those of your employer to make sure you agree on all information, including **last day of work** and **sick leave** dates.
3. Your treating physician should complete the Attending Physician's Statement. If more than one physician is treating you for your disabling condition, each should complete a form. Additional forms are available from your employer's benefit administrator.
4. Sign and date the Authorization, and send it, along with the claim forms, to Standard Insurance Company (The Standard) at the above address. This authorization allows us to request further information about your claim, if necessary.

Once we receive your completed claim application, it will take approximately one week to make a claim decision. If we have not reached a decision within one week, you will be notified with the details.

## Other Benefits That May Reduce Your Disability Benefits

Other benefits you receive may reduce the amount of Disability benefits due you. Your group insurance certificate lists these benefits, which may include, but are not limited to, sick leave, Workers' Compensation, State Disability, Social Security, and Retirement.

To avoid a possible overpayment of your claim, please inform The Standard if you receive other benefits.

## When You Return To Work

Your disability benefits usually stop when you return to work. **Be sure that you or your employer notify The Standard immediately when you plan to return, or have returned to work** to assure no overpayment occurs.


practical
PEOPLE SERVICES

August 14, 2007

Alyse Rafidi
2475 Heavenly Way
Corona, CA  92881

> **Re:**  **Carrington Mortgage Services, LLC**
> **Leave of Absence Request**

Dear Alyse,

We have been informed by your supervisor that you need a Leave of Absence beginning July 26, 2007.

Your leave of absence may qualify as Family and Medical leave.  A Family and Medical Leave is considered time taken under the federal Family Medical Leave Act (FMLA) and the state of California Family Rights Act (CFRA), which allows qualified employees up to twelve (12) weeks of leave in a calendar year.

At this time we are provisionally designating your anticipated time off as FMLA/CFRA leave effective July 26, 2007.

We are enclosing the following forms for you to complete:

1. CMS Leave of Absence Request.  Please complete and return to us in the enclosed envelope.
2. Medical Certification Form.  Please have your physician complete and return to us within fifteen days of receipt of this letter.
3. Standard Insurance Disability Claims Forms.  Please complete your section and have your physician complete the appropriate forms.  These forms must be returned directly to Standard Insurance upon completion.   This benefit pays 60% of your salary when you are no longer receiving income from other sources.

Approval of your leave of absence is contingent upon receipt of medical certification which must be completed and returned to us within fifteen days of this letter.    You may return the completed form to us at the address or fax number below.  Failure to provide required medical certification may result in delay or denial of leave.

In accordance with Company policy, you will be required to use all of your available accrued but unused paid time off.  This includes any vacation and floating holidays.  If you do not return to work promptly at the end of your leave we will assume that you have resigned and your employment will be terminated.

If you have any questions, please call 1-877-CMS-3555 to speak with an Associate Care Center representative.

Sincerely,


Practical People Services, Inc.
Fax:  714 524 0072

**Practical People Services, Inc.  500 S. Kraemer Blvd., Suite 225, Brea, CA  92821**
**1-877-CMS-3555**



**EDD** Employment Development Department State of California

# Claim for Disability Insurance Benefits –
## Claim Statement of Employee

TYPE or PRINT with BLACK INK.

| 1. YOUR SOCIAL SECURITY NUMBER | 2. IF YOU HAVE EVER USED OTHER SOCIAL SECURITY NUMBERS, SHOW THOSE NUMBERS BELOW |
|---|---|
| 428 - 119 - 4930 | - - |

| 3. DATE YOUR DISABILITY BEGAN | 4. LAST DATE YOU WORKED | 5. HAVE YOU WORKED ANY FULL OR PARTIAL DAYS SINCE YOUR DISABILITY BEGAN? | 6. DATE YOU RECOVERED OR RETURNED TO WORK (IF ANY) |
|---|---|---|---|
| 07 / 26 / 07 MM DD YY | 07 / 25 / 07 MM DD YY | ☐ YES  ☑ NO | / / MM DD YY |

| 7. GENDER | 8. YOUR LEGAL NAME | | | 9. YOUR DATE OF BIRTH |
|---|---|---|---|---|
| ☐ MALE  ☑ FEMALE | Aluse FIRST NAME | Zahi MIDDLE NAME OR INITIAL | Rafidi, LAST NAME | 10 / 11 / 79 MM DD YY |

| 10. OTHER NAMES, IF ANY, UNDER WHICH YOU HAVE WORKED | 11. LANGUAGE YOU PREFER TO USE |
|---|---|
| | ☑ ENGLISH  ☐ ESPAÑOL  ☐ OTHER |

**12. YOUR MAILING ADDRESS** (IF YOU WISH TO RECEIVE MAIL AT A PRIVATE MAIL BOX—NOT A US POSTAL SERVICE BOX—YOU MUST SHOW THE NUMBER IN THE "PMB#" SPACE.)

| NUMBER / STREET / P.O. BOX / APARTMENT OR SPACE # | PMB # (PRIVATE MAIL BOX #) |
|---|---|
| 2475 Heavenly Way | |

| CITY | STATE | COUNTRY (IF NOT UNITED STATES OF AMERICA) | ZIP CODE |
|---|---|---|---|
| Corona | CA | | 92881 |

| 13. YOUR AREA CODE AND TELEPHONE NUMBER | 14. YOUR RESIDENCE ADDRESS, IF DIFFERENT FROM YOUR MAILING ADDRESS |
|---|---|
| (951) 520 - 1186 | NUMBER / STREET / APARTMENT OR SPACE # |

| CITY | STATE | COUNTRY (IF NOT UNITED STATES OF AMERICA) | ZIP CODE |
|---|---|---|---|
| | | | |

**15. WHY DID YOU STOP WORKING?**

Stress from work - hives/rash all over body + tremors

**16. YOUR LAST OR CURRENT EMPLOYER** – IF YOUR LAST OR CURRENT EMPLOYMENT WAS SELF-EMPLOYMENT, ENTER "SELF"

| EMPLOYER'S AREA CODE AND TELEPHONE NUMBER | NAME OF EMPLOYER |
|---|---|
| (949) 517-7000 | CMS (Carrington Mortgage Services) LLC |

| NUMBER / STREET / SUITE # |
|---|
| 1610 E. St. Andrew Place |

| CITY | STATE | COUNTRY (IF NOT UNITED STATES OF AMERICA) | ZIP CODE |
|---|---|---|---|
| Santa Ana | CA | | 92705 |

| 17. YOUR REGULAR OCCUPATION | 18. IF YOUR EMPLOYER CONTINUED TO PAY YOU, INDICATE TYPE OF PAY | 19. MAY WE DISCLOSE BENEFIT PAYMENT INFORMATION TO YOUR EMPLOYER? |
|---|---|---|
| Mortgage collector (default payments) | ☐ SICK  ☑ VACATION  ☑ OTHER reg. wages from arrears | ☑ YES  ☐ NO |

**20. SECOND EMPLOYER** (IF YOU HAVE MORE THAN ONE EMPLOYER)

| EMPLOYER'S AREA CODE AND TELEPHONE NUMBER | NAME OF EMPLOYER |
|---|---|
| ( ) | |

| NUMBER / STREET / SUITE # |
|---|
| |

| CITY | STATE | COUNTRY (IF NOT UNITED STATES OF AMERICA) | ZIP CODE |
|---|---|---|---|
| | | | |

**21. AT ANY TIME DURING YOUR DISABILITY WERE YOU IN THE CUSTODY OF LAW ENFORCEMENT AUTHORITIES BECAUSE YOU WERE CONVICTED OF VIOLATING A LAW OR ORDINANCE?**

☐ YES  ☑ NO    IF "YES," INDICATE NAME OF FACILITY: _____

DE 2501  Rev. 73  (3-03)

Claim Statement of Employee - continued

**22. PLEASE RE-ENTER YOUR SOCIAL SECURITY NUMBER** .................................................... 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

**23. IF YOU ARE A RESIDENT OF AN ALCOHOLIC RECOVERY HOME OR A DRUG-FREE RESIDENTIAL FACILITY, SHOW THE NAME, TELEPHONE NUMBER, AND ADDRESS**

NAME OF FACILITY

FACILITY AREA CODE AND TELEPHONE NUMBER
(     )

ADDRESS OF FACILITY (NUMBER AND STREET / CITY / STATE / ZIP CODE)

| 24. WAS THIS DISABILITY CAUSED BY YOUR JOB? | 25. HAVE YOU FILED OR DO YOU INTEND TO FILE FOR WORKERS' COMPENSATION BENEFITS? | 26. DATE(S) OF INJURY SHOWN ON YOUR WORKERS' COMPENSATION CLAIM |
|---|---|---|
| ☑ YES ☐ NO | ☐ YES—COMPLETE ITEMS 26 THROUGH 32 ☑ NO—SKIP TO ITEMS 31 AND 32 | _/_/_  _/_/_  _/_/_ <br> _/_/_  _/_/_  _/_/_ |

**27. WORKERS' COMPENSATION INSURANCE COMPANY**

COMPANY NAME

COMPANY AREA CODE AND TELEPHONE NUMBER

NUMBER / STREET / SUITE #

CITY

STATE       ZIP CODE

**28. WORKERS' COMPENSATION ADJUSTER**

ADJUSTER NAME

ADJUSTER AREA CODE AND TELEPHONE NUMBER
(     )

**29. EMPLOYER SHOWN ON YOUR WORKERS' COMPENSATION CLAIM**

EMPLOYER NAME

EMPLOYER AREA CODE AND TELEPHONE NUMBER
(     )

**30. YOUR ATTORNEY (IF ANY) FOR YOUR WORKERS' COMPENSATION CASE**

ATTORNEY NAME

ATTORNEY AREA CODE AND TELEPHONE NUMBER
(     )

NUMBER / STREET / SUITE #

CITY

STATE       ZIP CODE

# PLEASE REVIEW, SIGN, AND DATE BOTH NO. 31 AND NO. 32.

**31. Health Insurance Portability and Accountability Act Authorization.** I authorize any physician, practitioner, hospital, vocational rehabilitation counselor, or workers' compensation insurance carrier to furnish and disclose to employees of California Employment Development Department (EDD) all facts concerning my disability that are within their knowledge and to allow inspection of and provide copies of any medical, vocational rehabilitation, and billing records concerning my disability that are under their control. I understand that EDD may disclose information as authorized by the California Unemployment Insurance Code and that such redisclosed information may no longer be protected by this rule. I agree that photocopies of this authorization shall be as valid as the original. I understand that, unless revoked by me in writing, this authorization is valid for fifteen years from the date received by EDD or the effective date of the claim, whichever is later. I understand that I may not revoke this authorization to avoid prosecution or to prevent EDD's recovery of monies to which it is legally entitled.

Claimant's Signature    (DO NOT PRINT)   _Alyse Kapasi_        Date Signed   8-16-07

**32. Declaration and Signature.** By my signature on this claim statement, I claim benefits and certify that for the period covered by this claim I was unemployed and disabled. I understand that willfully making a false statement or concealing a material fact in order to obtain payment of benefits is a violation of California law and that such violation is punishable by imprisonment or fine or both. I declare under penalty of perjury that the foregoing statement, including any accompanying statements, is to the best of my knowledge and belief true, correct, and complete. By my signature on this claim statement, I authorize the California Department of Industrial Relations and my employer to furnish and disclose to State Disability Insurance all facts concerning my disability, wages or earnings, and benefit payments that are within their knowledge. By my signature on this claim statement, I authorize release and use of information as stated in the "Information Collection and Access" portion of this form. I agree that photocopies of this authorization shall be as valid as the original, and I understand that authorizations contained in this claim statement are granted for a period of fifteen years from the date of my signature or the effective date of the claim, whichever is later.

Claimant's Signature    (DO NOT PRINT)   _Alyse Kapasi_        Date Signed   8-16-07

If your signature is made by mark (X), it must be attested by two witnesses with their addresses

1st Witness Signature and Address                    2nd Witness Signature and Address

**33.** Personal Representative signing on behalf of claimant must complete the following: I, _____, represent the claimant in this matter as authorized by ☐ power of attorney (attach copy)  ☐ Declaration of Individual Claiming Disability Insurance Benefits Due an Incapacitated or Deceased Claimant. DE 2522 (see pg. A.#4)

Personal Representative's Signature    (DO NOT PRINT)        Date Signed

**EDD** Employment Development Department
State of California

## Claim for Disability Insurance Benefits – Doctor's Certificate

TYPE or PRINT with BLACK INK.

| 34. PATIENT'S FILE NUMBER | 35. PATIENT'S SOCIAL SECURITY NO. | 36. PATIENT'S LAST NAME |
|---|---|---|
| | 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 | Rafidi |

| 37. DOCTOR'S NAME AS SHOWN ON LICENSE | 38. DOCTOR'S TELEPHONE NUMBER | 39. DOCTOR'S STATE LICENSE NO. |
|---|---|---|
| CHARLES D MALINEK | (714) 528-9572 | G59430 |

40. DOCTOR'S ADDRESS – NUMBER AND STREET, CITY, STATE, COUNTRY (IF NOT USA), ZIP CODE. POST OFFICE BOX NUMBER IS NOT ACCEPTED AS THE SOLE ADDRESS

3350 E Birch St #100 Brea, CA 92821

41. THIS PATIENT HAS BEEN UNDER MY CARE AND TREATMENT FOR THIS MEDICAL PROBLEM
FROM 8/3/07 TO present AT INTERVALS OF ☐ DAILY ☐ WEEKLY ☐ MONTHLY ☐ AS NEEDED q 2 wks

| 42. AT ANY TIME DURING YOUR ATTENDANCE FOR THIS MEDICAL PROBLEM, HAS THE PATIENT BEEN INCAPABLE OF PERFORMING HIS/HER REGULAR OR CUSTOMARY WORK? ☐ NO – SKIP TO THE DOCTOR'S CERTIFICATION SECTION ☑ YES – ENTER DATE DISABILITY BEGAN: 7/26/07 | 43. DATE YOU RELEASED OR ANTICIPATE RELEASING PATIENT TO RETURN TO HIS/HER REGULAR / CUSTOMARY WORK ("UNKNOWN," "INDEFINITE," ETC., NOT ACCEPTED.) 9/4/07 |
|---|---|

| 44. ICD9 DISEASE CODE, PRIMARY (REQUIRED UNLESS DIAGNOSIS NOT YET OBTAINED) 296.33 | 45. ICD9 DISEASE CODE(S), SECONDARY |
|---|---|

46. DIAGNOSIS (REQUIRED) – IF NO DIAGNOSIS HAS BEEN DETERMINED, ENTER OBJECTIVE FINDINGS OR A DETAILED STATEMENT OF SYMPTOMS

Major Depression - Recurrent Type

47. FINDINGS – STATE NATURE, SEVERITY, AND EXTENT OF THE INCAPACITATING DISEASE OR INJURY. INCLUDE ANY OTHER DISABLING CONDITIONS

Severe depression sx - ↑ crying spells, ↑ a deep appetite ↑ energy disturbance ↑ decrease anxiety ↑ staff coping

48. TYPE OF TREATMENT / MEDICATION RENDERED TO PATIENT

Antidepressant meds ↑ supportive therapy

| 49. IF PATIENT WAS HOSPITALIZED, PROVIDE DATES OF ENTRY AND DISCHARGE N/A __/__/__ TO __/__/__ |
|---|

| 50. DATE AND TYPE OF SURGERY / PROCEDURE PERFORMED OR TO BE PERFORMED __/__/__ N/A | ICD9 PROCEDURE CODE(S) |
|---|---|

| 51. IF PATIENT IS NOW PREGNANT OR HAS BEEN PREGNANT, WHAT DATE DID PREGNANCY TERMINATE OR WHAT DATE DO YOU EXPECT DELIVERY? __/__/__ N/A | 52. IF PREGNANCY IS / WAS ABNORMAL, STATE THE ABNORMAL AND INVOLUNTARY COMPLICATION CAUSING MATERNAL DISABILITY N/A |
|---|---|

| 53. BASED ON YOUR EXAMINATION OF PATIENT, IS THIS DISABILITY THE RESULT OF "OCCUPATION," EITHER AS AN "INDUSTRIAL ACCIDENT" OR AS AN "OCCUPATIONAL DISEASE"? (INCLUDE SITUATIONS WHERE PATIENT'S OCCUPATION HAS AGGRAVATED PRE-EXISTING CONDITIONS.) ☑ YES ☐ NO | 54. ARE YOU COMPLETING THIS FORM FOR THE SOLE PURPOSE OF REFERRAL / RECOMMENDATION TO AN ALCOHOLIC RECOVERY HOME OR DRUG-FREE RESIDENTIAL FACILITY AS INDICATED BY THE PATIENT IN QUESTION 23? ☐ YES ☑ NO | 55. WOULD DISCLOSURE OF THIS INFORMATION TO YOUR PATIENT BE MEDICALLY OR PSYCHOLOGICALLY DETRIMENTAL? ☐ YES ☑ NO |
|---|---|---|

**Doctor's Certification and Signature (REQUIRED):** Having considered the patient's regular or customary work, I certify under penalty of perjury that, based on my examination, this Doctor's Certificate truly describes the patient's disability (if any) and the estimated duration thereof.

I further certify that I am a Physician (TYPE OF DOCTOR) Psychiatry (SPECIALTY, IF ANY) licensed to practice in the State of CA

C. Malinek MD
ORIGINAL SIGNATURE OF ATTENDING DOCTOR – RUBBER STAMP IS NOT ACCEPTABLE

8/16/07
DATE SIGNED

Under sections 2116 and 2122 of the California Unemployment Insurance Code, it is a violation for any individual who, with intent to defraud, falsely certifies the medical condition of any person in order to obtain disability insurance benefits, whether for the maker or for any other person, and is punishable by imprisonment and/or a fine not exceeding $20,000. Section 1143 requires additional administrative penalties.

DE 2501 Rev. 73 (3-03)



**EDD** Employment
Development
Department
State of California

**Health Insurance Portability and
Accountability Act (HIPAA) Authorization**

**State Disability Insurance Claimant:**
1. Complete, sign, and date this form.
2. Take the completed signed form to your doctor.

| CLAIMANT'S NAME (FIRST, MIDDLE INITIAL, LAST) | CLAIMANT'S SOCIAL SECURITY NUMBER |
|---|---|
| Alyse  Z.  Rafidi | 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 |

I authorize any physician, practitioner, hospital, vocational rehabilitation counselor, or workers' compensation insurance carrier to furnish and disclose to employees of California Employment Development Department (EDD) all facts concerning my disability that are within their knowledge and to allow inspection of and provide copies of any medical, vocational rehabilitation, and billing records concerning my disability that are under their control.

I understand that EDD may disclose information as authorized by the California Unemployment Insurance Code and that such redisclosed information may no longer be protected by this rule.

I agree that photocopies of this authorization shall be as valid as the original.

I understand that, unless revoked by me in writing, this authorization is valid for fifteen years from the date received by EDD or the effective date of the claim, whichever is later.

I understand that I may not revoke this authorization to avoid prosecution or to prevent EDD's recovery of monies to which it is legally entitled.

| CLAIMANT'S SIGNATURE | (DO NOT PRINT) | DATE SIGNED |
|---|---|---|
| Alyse Rafidi | | 8-16-07 |

DE 2524 (6-03)

JACK H. GUTMAN, D.O.
6200 E. CANYON RIM ROAD, SUITE 105B
ANAHEIM, CA 92807

(714) 998-3627

DEA #: AG 7898444
LIC. #: 20A 4188

NAME _Alyse Rafidi_

ADDRESS: _____   AGE ____   DATE 7/25/07

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

This is to certify that
my patient, Alyse Rafidi
must refrain from
working until she is
evaluated by a psychiatrist
on 8/3/07. She may return
on 8/6/07.

JACK H. GUTMAN, D.O.

Refill _____ times

DO NOT SUBSTITUTE

To ensure brand name dispensing, check and initial box.

6LFP0305600

Brea, CA  92821

(714) 528-9592 TEL.
(714) 528-9606 FAX

DEA # BM0493293
CA. LIC. # G59430

No Refills Are Authorized On Friday

NAME Alupe Rafidi

AGE

ADDRESS _____    DATE 8/3/0

℞ Ms Rafidi is under my
case, & is currently unable
to work. She will hopefully
be able to return to work
on Tues (9/4)

Refill _____ Times  C. Nodinick, MD

DO NOT SUBSTITUTE [  ]  _____

To ensure brand name dispensing, check and initial box.
#25-CUSTOM © 05/02  (RX57673.01) • BIBBERO SYSTEMS, INC.

NAME _Alyye lafidi_____ AGE _____

ADDRESS _____ DATE _8/3c/0_

R: Ms. Rafidi's renders when
my care, I could be
able to return to work
a Mon (9/17)

Refill _____ Times

DO NOT SUBSTITUTE [  ] _____

To ensure brand name dispensing, check and initial box.
#25-CUSTOM © 05/02  (RX57673.01) • BIBBERO SYSTEMS, INC.  (REV. 07/07)

JACK T. GUTMAN, D.S.
6200 E. CANYON RIM ROAD
SUITE 105B
ANAHEIM HILLS, CA 92807
714-998-3627

NAME _Alyse Dafial_

ADDRESS _____   DATE _9/10/07_

℞ (Please Print)

Extend disability
X 30days

☐ LABEL

REFILL _____ TIMES     PRN ☐ NR

☐ DO NOT SUBSTITUTE _____ D.O.

TO INSURE BRAND NAME DISPENSING,
CHECK AND INITIAL BOX.

03-NOV 05                    TR051103_100014083-4 00 49688 0001

JACK H. GUTMAN, D.O.
8200 E. CANYON RIM ROAD, SUITE 105B
(714) 998-3627          ANAHEIM, CA 92807

DEA # AG 7898444
LIC # 20A 4188

NAME *Alyse Lafitte*

ADDRESS _____ AGE ____

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND       DATE 10/5/07

℞

This certifies that Alyse
was re-evaluated today.
She should be off work
until 11/12/07 - She will
be re-evaluated on 11/13/07
Extending disability.

Refill _____ times          JACK H. GUTMAN, D.O.

DO NOT SUBSTITUTE [          ]

To ensure brand name dispensing, check and initial box.

5JFP0305690

009672

SSN: 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    NAME: ALYSE Z RAFIDI
                                                DATE ISSUED: 09/26/07
                          CLAIM EFFECTIVE DATE: 07/26/07

## SUPPLEMENTAL CERTIFICATION

**IF YOU ARE STILL DISABLED, COMPLETE THE CLAIMANT'S CERTIFICATION AND CONTACT YOUR DOCTOR IMMEDIATELY FOR COMPLETION OF THE PHYSICIAN'S SUPPLEMENTARY CERTIFICATE. THIS PHYSICIAN'S CERTIFICATE MUST BE SUBMITTED WITHIN TWENTY (20) DAYS OF THE DATE ISSUED SHOWN ABOVE OR YOU MAY LOSE ADDITIONAL BENEFITS.**

### CLAIMANT'S CERTIFICATION

I certify that I continue to be disabled and incapable of doing my regular work, and that I have reported all wages, Workers' Compensation benefits and other monies received during the claim period to the Employment Development Department.

Sign Your Name _____    Date Signed __10/7/07__

### PHYSICIAN'S SUPPLEMENTARY CERTIFICATE

1. Are you still treating the patient? _____ Date of last treatment: __8/9/07__

2. What present condition continues to make the patient disabled?
   Diagnosis (REQUIRED): __PANIC DISORDER__    Date of next appointment __10/20__
   ICD Code(s) (REQUIRED): Primary __300.00__    Secondary _____

3. Describe how the patient's present condition or impairment prevents him or her from returning to regular and customary work.
   __IT HAS PANIC ATTACKS AT WORK, SEEING PSYCHIATRIST__

4. What factors or complications are disabling the patient longer than previously estimated for this type of illness or injury?
   __INDUCTION OF SSRI 1__

5. Present estimated date patient (even if still under treatment) will be able to perform his/her regular or customary work:
   __11/17/07__

6. Would disclosure of this information to your patient be medically or psychologically detrimental to the patient? Yes _____ No __✓__

**I HEREBY CERTIFY THAT THE ABOVE STATEMENTS IN MY OPINION TRULY DESCRIBE THE PATIENT'S CONDITION AND ESTIMATED DURATION.**

Doctor's Name __JACK GUZMAN__    Doctor's Signature _____
(print or type)

Specialty, if any __F I__    State License Number __20A4158__

Date Signed __10/8/07__    Phone Number __714-098-3677__

DE 2525XXA Rev. 1 (7/96)                                    CU-PA129



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

# EDD
Serving the People of California 

## Disability Status Inquiry

Date: __11/01/07__
SS# __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__

**Please complete
and return this form
immediately**

Alyse Z Rafidi
2475 Heavenly Way
Corona Ca 92881-3669

*mailed 11/8/07*

Please answer the following questions regarding your State Disability Insurance claim.

1. Have you recovered?                                      Yes ☐  No ☒
2. Have you returned to work?                               Yes ☐  No ☒
3. Are you taking medication or any form of therapy?        Yes ☒  No ☐
   If yes, please describe: _____
4. Is your job still available to you?                      Yes ☒  No ☐
   If no, when were you terminated? _____
5. What are you plans for returning to work? _As soon as the Doctor release me_
6. Please describe how your condition currently prevents you from returning to your regular
   job now? _Body Tremors Skin rash all over body head tremors_
7. If you are still disabled, what progress are you making toward recovery? _taking meds/ change positions_
8. When can you usually be found at home? _most days when not at Drs office._
9. Please provide the name, address, and medical specialty of the doctor treating you now.
   _Dr Jack Gutman 6200 E Canyon Rim Road Suite 105B Anaheim CA. 92807_
10. How often do you see your doctor? _1 to 2 times a month_
11. What was the date of you last treatment? _10/15/07_
12. When is your next appointment? _11/12/07_

_* Family Practice & pain medicine surgery with. DO_

| (Field Office Address) |
|---|
| State of California |
| EDD – Disability Insurance |
| PO Box 1466 |
| Santa Ana CA 92702-1466 |

**p.O.Box 1466**

009326

ssn: 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   name: ALYSE Z RAFIDI

DATE ISSUED: 01/14/08

CLAIM EFFECTIVE DATE: 07/26/07

### SUPPLEMENTAL CERTIFICATION

**IF YOU ARE STILL DISABLED, COMPLETE THE CLAIMANT'S CERTIFICATION AND CONTACT YOUR DOCTOR IMMEDIATELY FOR COMPLETION OF THE PHYSICIAN'S SUPPLEMENTARY CERTIFICATE. THIS PHYSICIAN'S CERTIFICATE MUST BE SUBMITTED WITHIN TWENTY (20) DAYS OF THE DATE ISSUED SHOWN ABOVE OR YOU MAY LOSE ADDITIONAL BENEFITS.**

### CLAIMANT'S CERTIFICATION

I certify that I continue to be disabled and incapable of doing my regular work, and that I have reported all wages, Workers' Compensation benefits and other monies received during the claim period to the Employment Development Department.

Sign Your Name _Alyse Rafidi_       Date Signed _2/4/08_

---

### PHYSICIAN'S SUPPLEMENTARY CERTIFICATE

1. Are you still treating the patient? _No_   Date of last treatment: _1/24/08_
2. What present condition continues to make the patient disabled?
   Diagnosis (REQUIRED): _290.00_                  Date of next appointment ___
   ICD Code(s) (REQUIRED): Primary ___          Secondary ___
3. Describe how the patient's present condition or impairment prevents him or her from returning to regular and customary work.

4. What factors or complications are disabling the patient longer than previously estimated for this type of illness or injury?

5. Present estimated date patient (even if still under treatment) will be able to perform his/her regular or customary work.
   _NEVER_          _RELEASE FOR OTHER WORK 1/24/08_
6. Would disclosure of this information to your patient be medically or psychologically detrimental to the patient?   Yes ___   No ___

**I HEREBY CERTIFY THAT THE ABOVE STATEMENTS IN MY OPINION TRULY DESCRIBE THE PATIENT'S CONDITION AND ESTIMATED DURATION.**

Doctor's Name _JACK AUTMAN_ (print or type)      Doctor's Signature ___
Specialty, if any _FP_                           State License Number _20A4188_
Date Signed _1/31/08_                            Phone Number _714-998-3627_

DE 2525XXA Rev. 1 (7/96)                                            CU-PA178

---

RETURN THIS FORM TO



EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 1466
SANTA ANA   CA   92702-1466



**NEW CENTURY MORTGAGE**
18400 VON KARMAN, SUITE 1000
IRVINE, CA 92612

NEW CENTURY™
MORTGAGE CORPORATION

CHECK NO: 085740
CHECK DATE: 12/15/04
PERIOD ENDING: 12/15/04
PAY FREQUENCY: SEMIMONTHLY
PAY PERIOD: 12/01/04-12/15/04

ALYSE ZAHI RAFIDI
934 NAPLES DR
CORONA, CA 92882

ID NUMBER: 4125717429
BASE RATE: 15.2300
SSN: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

STATUS: SINGLE    EXEMPT: 00    FED: SINGLE
ST1: SINGLE    00    DI/UC:
ST2:    LOCAL:

STATE AND LOCAL CODES
ART: CA    LOC1:    LOC4:
SEC:    LOC2:    LOC5:
LOC3:    LOC6:

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS | DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|---|---|---|
| REG | 15.2300 | 53.00 | 1340.24 | | SO SEC TAX | 93.04 | 2478.87 |
| O/T | 22.8450 | 8.00 | 182.76 | | MEDICARE TAX | 21.78 | 579.92 |
| REG | | | 1915.50 | 29173.06 | FED INC TAX | 159.88 | 5130.53 |
| PRNSL | | | 8.00 | 121.54 | PRI-STATE TAX | 35.80 | 1010.34 |
| VAC | | | 50.50 | 769.12 | SDI/UC TAX | 17.71 | 469.96 |
| SICK | | | 26.00 | 395.99 | | | |
| O/T | | | 244.00 | 4883.85 | | | |
| BONUS | | | | 137.92 | | | |
| NRBON | | | | 4305.48 | | | |
| CONT | | | | 393.15 | | | |

401K MATCH    45.89
YTD 401K MATCH    887.74
YTD ESOP EARNINGS    313.25
VACATION ACCRUAL    3.34
VACATION BALANCE    39.82

SICK ACCRUAL
SICK BALANCE    70.00

PERSONAL ACCRUAL
PERSONAL BALANCE    .00

TOTAL TAXES    327.87    9902.94

ESP STOCK PUR    33.00
STOCK OUT

| TOTAL H/E | 99.00 | 1523.00 | 2214.00 | 40166.48 |
|---|---|---|---|---|

401K    228.45    110.00-
DENTAL    5.00    385.00-
MEDICAL    17.50

TOTAL PRE-TAX    250.95-    4883.73-

| TOTAL | 99.00 | 1272.05 | 2214.00 | 35171.67 | TOTAL DEDUCED | 78.15 | 1472.30 |
|---|---|---|---|---|---|---|---|

| | GROSS WAGES | PRE-TAX DEDUCTIONS | TAXABLE WAGES | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1523.00 | 250.95- | 1272.05 | 327.87 | 78.15 | 866.03 |
| Y-T-D | 40156.48 | 4883.73- | 35171.67 | 9902.94 | 1472.30 | 23732.43 |

A Payroll Service By Ceridian

Detach at perforation below and keep for your records.

**NEW CENTURY MORTGAGE**
18400 VON KARMAN, SUITE 1000
IRVINE, CA 92612

NEW CENTURY℠
MORTGAGE CORPORATION

| | |
|---|---|
| CHECK NO: | 119287 |
| CHECK DATE: | 12/30/05 |
| PERIOD ENDING: | 12/31/05 |
| PAY FREQUENCY: | SEMIMONTHLY |
| PAY PERIOD: | 12/16/05-12/31/05 |

YSE ZAHI RAFIDI
75 HEAVENLY WAY
DONA, CA 92884

ID NUMBER: 4125717436   FED: SINGLE 00
BASE RATE: 15.7631   ST1: SINGLE 00
SSN: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   ST2:

STATUS EXEMPT  TAX ADJUSTMENTS
FED:   ST:
DI/UC:
LOCAL:

STATE AND LOCAL CODES
PRI: CA  LOC1:  LOC3:
SEC:  LOC2:  LOC4:
LOC5:

**IMPORTANT MESSAGE**

## HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| EG | 15.7631 | 32.00 | 504.42 | |
| AC | 15.7631 | 40.00 | 630.52 | |
| ICK | 15.7631 | 16.00 | 252.21 | |
| EG | | | 1908.75 | 29932.14 |
| AC | | | 8.00 | 126.11 |
| RHSL | | | 108.00 | 1698.01 |
| ICK | | | 55.25 | 858.12 |
| I/T | | | 181.50 | 4270.73 |
| ONUS | | | 85.00 | |
| WARO | | | 70.21 | |
| SBON | | | 4101.83 | |
| HORS | | | 23.50 | 366.16 |
| ETRO | | | 96.49 | |

TOTAL H/E  88.00  1387.15  2285.00  41602.80

PRE-TAX ITEMS
401K   206.07-   6229.90-
DENTAL   6.00-   134.00-
MEDICAL   28.00-   587.00-
VISION   2.00-   28.00-

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 83.77 | 2653.32 |
| MEDICARE TAX | 19.59 | 597.15 |
| FED INC TAX | 140.00 | 4822.70 |
| PRI-STATE TAX | 26.80 | 1203.18 |
| SDI/UC TAX | 14.59 | 441.42 |
| TOTAL TAXES | 284.75 | 9717.77 |

AFTER-TAX DEDUCTIONS
EMP STOCK PLN   69.39   2076.62
VOL LIFE   1.80   28.80
FRINGE OFFSET   40.00

## SPECIAL INFORMATION

40IK MATCH   41.61
YTD 401K MATCH   1245.98
YTD ESPP EARNINGS   308.85
VACATION ACCRUAL   3.34
VACATION BALANCE   15.12
SICK ACCRUAL
SICK BALANCE   58.25
PERSONAL ACCRUAL
PERSONAL BALANCE   .00
VACG

TOTAL PRE-TAX   244.07-   6958.90-

| | GROSS WAGES | PRETAX ITEMS | TAXABLE WAGES | TAXES | DED/OTHER | NET PAY |
|---|---|---|---|---|---|---|
| TOTAL | 88.00 1143.08 | 244.07- | 2285.00 34843.90 | 284.75 | 71.16 2145.42 | 787.17 |
| CURRENT | 1387.15 | 244.07- | 1143.08 | 284.75 | 71.16 | 787.17 |
| Y-T-D | 41602.80 | 6958.90- | 34843.90 | 9717.77 | 2145.42 | 22780.71 |

TOTAL PER DED   71.16   2145.42

Detach at perforation below and keep for your records.   A Payroll Service By Ceridian

New Century Mrtg Corp
18400 Von Karman
Suite 1000
Irvine            CA 92612

PAY DATE     12-29-2006
BEGIN DATE   12-11-2006
END DATE     12-24-2006
CHECK NO.    001020202

se 2 Refill
N05000017439

te   16.2320

| | CURRENT RATE | CURRENT HOURS | CURRENT EARNINGS | YTD EARNINGS |
|---|---|---|---|---|
| Regular | 58.00 | 908.99 | | 24882.41 |
| Overtime | 7.00 | 170.44 | | 3207.10 |
| Vacation | 16.00 | 259.71 | | 389.57 |
| Sick | | | | 486.96 |
| Holiday | | | | 389.57 |
| Personal | 8.00 | 129.86 | | 129.86 |
| FS Bonus | | | | 2227.99 |
| N Prd Br | | | | 1264.17 |
| ESPPEarn | | | | 58.41 |

### PRE TAX DEDUCTIONS

| | CURRENT DEDUCTIONS | YTD DEDUCTIONS |
|---|---|---|
| PreTxMed | 27.69 | 583.97 |
| P/T Dent | 6.00 | 126.00 |
| PreTxVis | 1.85 | 40.05 |
| P/T 401k | 220.35 | 4946.64 |

### TAXES

| | | |
|---|---|---|
| Medicare | 20.79 | 468.15 |
| Soc Sec | 88.87 | 2001.73 |
| Fed Tax | 152.54 | 3805.83 |
| CA State | 33.22 | 926.16 |
| SDI/WC 1 | 11.47 | 257.82 |

### AFTER TAX DEDUCTIONS

| | | |
|---|---|---|
| Vol Life | 1.66 | 35.98 |
| ESPP | 73.45 | 1648.97 |
| 401kCoMT | 44.07 | 989.35 |

### TAX INFORMATION

| | |
|---|---|
| FED EXEMPT | 00 |
| STATE EXEMPT | 00 |
| STATE | CA |
| TAX STATUS | S |
| FED ADDL | |
| STATE ADDL | |

### DIRECT DEPOSIT INFORMATION

NET PAY

CHKG ACCT
SAV  ACCT
        ALT  DEPOSITS
CHKG  ACCT
SAV   ACCT
OTHER  ACCT

### MISC INFORMATION

| | | | |
|---|---|---|---|
| Vac Bal | 60.70 | Sick Bal | 65.25 |
| Pers Bal | 0.00 | | |

For W2 verify your address Make changes no later than Dec 15

| | GROSS PAY | PRE TAX DEDUCTIONS | TAXES | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| CURRENT | 1469.00 | 256.89 | 306.79 | 119.18 | 831.21 |

DETACH AT PERFORATION BELOW AND KEEP FOR YOUR RECORDS