**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, *et al.*, | : | |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

_____

**RESERVATION OF RIGHTS BY RESIDENTIAL FUNDING COMPANY, LLC TO THE DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Residential Funding Company, LLC ("RFC"), by and through its undersigned attorneys, files this Reservation of Rights to the Disclosure Statement and the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors (the "Disclosure Statement," the "Plan," and the "Committee," respectively), and states as follows:

**BACKGROUND**

1. RFC purchased multiple individual mortgage loans (the "Mortgage Loans") from New Century Mortgage Corporation and/or NC Capital Corporation (hereinafter, the "Debtors") pursuant to the terms of either (a) a Master Mortgage Loan Purchase Agreement executed by RFC and the Debtors on or about December 1, 2006 (as may have been amended and, collectively with any predecessor or successor agreements, the "Purchase Agreement"); or (b) the GMAC-RFC Client Guide dated December 11, 2006 (as may have been amended and, collectively with any predecessor or successor guides, the "Client Guide"), which governed the relationship between RFC and the Debtors. In accordance with the Purchase Agreement or the Client Guide, the Debtors made certain representations and warranties about the Mortgage Loans, and further agreed to cure any breach of any of the representations and warranties and/or

covenants set forth in the Purchase Agreement and/or Client Guide pursuant to the terms of, and in an amount set forth in, those agreements (the "Repurchase Obligations").

2.  The Debtors' representations and warranties made with respect to certain of the Mortgage Loans were incorrect, and the Debtors failed to perform their obligations under the Purchase Agreement and the Client Guide.

3.  As a result of such breaches, RFC filed claims[1] (the "RFC Claims") against the Debtors for, among other things, the Repurchase Obligations with respect to certain of the Mortgage Loans (referred to in the RFC Claims as the "Schedule I Loans"), in amounts not less than $30,950,625.79, reflecting existing breach claims for which RFC is able to calculate actual losses in the amount of $17,955,517.51, and existing breach claims for which RFC has not yet reduced the loss to a sum certain, thus resulting in estimated losses in the amount of $12,995,108.28.[2]

## The Proposed Plan Treatment of the RFC Claims

4.  Under the Plan, RFC is the holder of a (i) Class OP3b "EPD/Breach Claim" against New Century Mortgage Corporation; and (ii) Class OP6b "EPD/Breach Claim" against NC Capital Corporation.  Disclosure Statement, p. 15.

5.  The Plan contemplates a "protocol" for determining distributions to holders of EPD/Breach Claims:

> The Plan includes a protocol to determine the distribution amounts (before giving effect to the Determined Distribution Amounts and the Multi-Debtor Claim Protocol) for Holders of Allowed Unsecured Claims arising under an agreement between one or more of the Debtors and a loan buyer or securitization trust for (i)

---

[1]  The RFC Claims were timely filed on August 29, 2007, and subsequently amended on January 10, 2008.
[2]  RFC has also reserved its rights to amend the RFC Claims with respect to any additional breaches which may occur on or after the date of the filed claims.

>breach of a representation or warranty made by one or more of the Debtors under a loan sale agreement (a "Breach Claim") or (ii) a right under such an agreement to resell a loan to one or more of the Debtors based on a payment default by the Borrower on such loan (an "EPD Claim" and, collectively with Breach Claims, "EPD/Breach Claims").

Disclosure Statement, p. 8.

6. Under the Protocol, distributions to holders of EPD/Breach Claims are determined, "with respect to Breach Claims, by applying a set of assumptions regarding the percentage of loans in any pool of loans that will be subject to breach, the timing of when breaches are asserted, and damages resulting from breaches." *Id.*

7. The methodology on which the Protocol is based is more fully explained in Exhibit B to the Plan, and assumes that a given percentage of loans in a pool will be subject to a breach giving rise to a repurchase obligation on the part of the Debtors, *and* that the damages associated with such breach will be capped at a certain amount.

## **RESERVATION OF RIGHTS**

8. As a member of the Committee and a significant party in interest, RFC has been an active participant in numerous discussions relating to the Plan and the Protocol. Although RFC supports the Plan, RFC has raised specific questions and concerns relating to the current structure of the Protocol with both the Committee and the Debtors. RFC has and will continue to engage in such discussions with the Committee and the Debtors in an effort to resolve its questions and concerns. As such discussions are on going and a settlement may (or may not) be reached, RFC fully reserves all of its rights with respect to the Protocol and with respect to confirmation of the Plan.

**CONCLUSION**

WHEREFORE, for the foregoing reasons, RFC respectfully reserves all of its rights and objections with respect to the Protocol and confirmation of the Plan.

Dated:  March 4, 2008						DORSEY & WHITNEY (DELAWARE) LLP


							By____/s/_____
							Eric Lopez Schnabel (Del. No. 3672)
							1105 North Market Street, 16th Floor
							Wilmington, DE 19801
							Telephone:  (302) 425-7162
							Facsimile:  (302) 355-0830

							and

							Chris Lenhart (MN Atty # 298396)
							Dorsey & Whitney LLP
							50 South Sixth Street, Suite 1500
							Minneapolis, MN 55402-1498
							Telephone:  (612) 340-2600
							Facsimile:  (612) 340-2868

							Attorneys for Residential Funding Company, LLC