# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| NEW CENTURY TRS HOLDINGS, INC., : | Case No. 07-10416 (KJC) |
| a Delaware corporation, *et al.*, : | |
| : | (Jointly Administered) |
| : | |
| Debtors. : | |
| : | |

## AFFIDAVIT OF SERVICE

I, Micherie A. Green, am employed by Dorsey & Whitney (Delaware) LLP, and do hereby certify that on March 4, 2008, a copy of the **Reservation of Rights by Residential Funding Company, LLC to the Disclosure Statement and Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors** was served upon the parties on the attached service list in the manner indicated.

*/s/ Micherie A. Green*
Micherie A. Green, Paralegal
Dorsey & Whitney (Delaware) LLP
1105 North Market Street, Suite 1600
Wilmington, Delaware 19890
(302) 425-7165

Subscribed and sworn to before me
this 4th day of March, 2008

_____
Notary Public

ERIC LOPEZ SCHNABEL
Attorney-At-Law
Notarial Officer, State of Delaware
Pursuant to 29 Del. C § 4323(a)(3)
My Commission Has No Expiration Date

## Service List

**Via Hand Delivery**

Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Attn:   Mark D. Collins, Esq.
        Michael J. Merchant, Esq.

Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn: Joseph McMahon, Esq.

Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Attn: Bonnie Glantz Fatell, Esq.

**Via Overnight Mail**

Crisis Managers, AP Services, LLC
9 West 57th Street, Suite 3420
New York, New York 10019
Attn: Holly Felder Etlin

Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Attn: Mark S. Indelicato, Esq.

New Century Mortgage Corporation
3337 Michelson Drive, Suite CN-350
Irvine, California 92612
Attn: Monika L. McCarthy, Esq.

O'Melveny & Myers LLP
275 Battery Street
San Francisco, California 94111
Attn:   Suzzanne S. Uhland, Esq.
        Andrew M. Parlen, Esq.