## EXHIBIT A
In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: DB50 2007-1 Trust

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 11028032 | Honor | 26-May-06 | $280,000 | $319,773.58 | $270,000 | 8065 Vineland Rd., Bakersfield, CA 93307 |
| 11027331 | Hernandez | 24-Apr-06 | $394,000 | $434,994.15 | $375,000 | 198 Jerusalem Ave., Hempstead, NY 11550 |
| 11027836 | Johnson | 26-Apr-06 | $304,000 | $355,781.91 | $225,000 | 44048 17th Street E, Lancaster, CA 93535 |
| 11027182 | Mcteer | 11-Aug-05 | $416,000 | $490,255.17 | $575,000 | 943 Sutter Ave., Brooklyn, NY 11207 |
| 11027281 | Navarrete | 20-Apr-06 | $400,000 | $454,597.72 | $530,500 | 122-124 E 80th St., Los Angeles, CA 90003 |
| 11027406 | Melendez | 28-Apr-06 | $375,200 | $423,615.05 | $425,000 | 306 5th St., Lindenhurst, NY 11757 |
| 11027745 | Torres | 10-May-06 | $316,000 | $368,832.10 | $290,000 | 1560E 110th St., Los Angeles, CA 90059 |
| 11027265 | Leon | 1-May-06 | $400,000 | $463,429.05 | $420,000 | 90-58 Frances Lewis Blvd., Queens Village, NY 11428 |
| 11026721 | Alvarez | 24-May-06 | $600,000 | $685,419.16 | $429,000 | 6566 Laurel St., Corona, CA 92880 |
| 11027661 | Lewis | 13-Apr-06 | $328,000 | $372,576.71 | $279,000 | 1934 Dawnelle Way, Sacramento, CA 95835 |
| 11028156 | Abellard | 24-May-05 | $268,000.00 | $307,000.05 | $362,500 | 198 East 7th St., Clifton, NJ 07011 |
| 11032257 | Pruett | 23-Dec-05 | $259,000 | $297,751.68 | $460,000 | 32881 Rovato St., Temecula, CA 92592 |