IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, et al.,[1] | : | **Case No. 07-10416 (KJC)** |
| | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 5, 2008 AT 1:30 P.M.

I. **CONTINUED/RESOLVED MATTERS:**

1. Debtors' Fourth Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims [D.I. 3925; filed 11/20/07]

    Objection deadline: December 13, 2007

    Objections/Responses Received:

    A. The Debtors received an informal response from Residential Mortgage Solution LLC.

    Related Documents:

    i. Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A)

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Amended/Added agenda items are noted in **bold**.

RLF1-3259342-1

        Amended and Superseded Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late Filed Claims Set Forth in Debtors' Fourth Omnibus Objection to Claims [D.I. 4242; filed 12/28/07]

    ii.    Order (Second) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late Filed Claims Set Forth in Debtors' Fourth Omnibus Objection to Claims [D.I. 4371; filed 1/10/08]

    Status: The hearing on this matter is continued to the omnibus hearing scheduled for March 25, 2008. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit A.

2.    Debtors' Fifth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims [D.I. 3926; filed 11/20/07]

    Objection deadline: December 13, 2007

    Objections/Responses Received:

    A.    Response to Debtors' Fifth Omnibus Objection to Claims (filed by Tax Appraisal District of Bell County, et al.,) [D.I. 4042; filed 12/6/07]

    B.    Response to Debtors' Fifth Omnibus Objection to Claims (filed by County of Santa Clara) [D.I. 4073; filed 12/10/07]

    C.    Response to Debtors' Fifth Omnibus Objection to Claims (filed by Orange County (California) Treasurer-Tax Collector) [D.I. 4074; filed 12/11/07]

    D.    Response to Debtors' Fifth Omnibus Objection to Claims (filed by Hidalgo County, et al.) [D.I. 4087; filed 12/13/07]

    E.    Response to Debtors' Fifth Omnibus Objection to Claims (filed by Maricopa County Treasurer) [D.I. 4088; filed 12/13/07]

    F.    Consolidated informal response received from various taxing authorities (Cedar Hill ISD, *et al.*).

    Related Documents:

    i.    Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 (I) Disallowing and Expunging Certain Books and Records Claims and (II) Reducing and Reclassifying Certain Claims Set Forth on the Debtors' Fifth Omnibus Objection to Claims [D.I. 4238; filed 12/28/07]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for March 25, 2008. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit B.

3. Debtors' Seventh Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed Claims and (D) No Supporting Documentation Claims [D.I. 4075; filed 12/11/07]

    Objection deadline: January 2, 2008

    Objections/Responses Received:

    A. Response to Debtors' Seventh Omnibus Objection to Claims (filed by Clayton County Tax Commissioners Office) [D.I. 4228; filed 12/26/07]

    B. Response to Debtors' Seventh Omnibus Objection to Claims (filed by Brazoria County M.U.D. #21, et al.) [D.I. 4260; filed 12/28/07]

    C. The Debtors received an informal response from Hillsborough, Florida.

    Related Documents:

    i. Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed Claims and (D) No Supporting Documentation Claims Set Forth in Debtors' Seventh Omnibus Objection to Claims [D.I. 4372; filed 1/10/08]

    ii. Order (Second) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed Claims and (D) No Supporting Documentation Claims Set Forth in Debtors' Seventh Omnibus Objection to Claims [D.I. 4995; filed 2/20/08]

    Status: The hearing on this matter is continued to the omnibus hearing scheduled for March 25, 2008. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit C.

4. Debtors' Eighth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Books and Records Claims [D.I. 4261; filed 12/28/07]

    Objection deadline: January 30 2008

    Objections/Responses Received:

A. Response to Debtors' Eighth Omnibus Objection to Claims (filed by Michigan Department of Treasury) [D.I. 4358; filed 1/10/08]

B. Response to Debtors' Eighth Omnibus Objection to Claims (filed by The Commonwealth of Pennsylvania) [D.I. 4362; filed 1/10/08]

C. Response to Debtors' Eighth Omnibus Objection to Claims (filed by the State of New Jersey [D.I. 4392; filed 1/11/08]

D. Response to Debtors' Eighth Omnibus Objection to Claims (filed by the State of Washington Department of Revenue) [D.I. 4500; filed 1/17/08]

E. Response to Debtors' Eighth Omnibus Objection to Claims (filed by New York State Department of Taxation and Finance) [D.I. 4529; filed 1/18/08]

F. Response to Debtors' Eighth Omnibus Objection to Claims (filed by City of St. Louis) [D.I. 4738; filed 1/29/08]

G. Informal response from City of New York Department of Finance.

H. Informal response from the State of Rhode Island.

Related Documents:

i. Notice of Submission of Copies of Proofs of Claims for Debtors' Eighth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Books and Records Claims Re: Docket No. 4261 [D.I. 4548; filed 1/23/08]

ii. Withdrawal of Michigan Department of Treasury's Response to the Debtors' Eighth Omnibus Objection [D.I. 4796; filed 2/1/08]

iii. Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 (A) Disallowing and Expunging Certain Books and Records Claims and (B) Reducing and/or Reclassifying Certain Books and Records Claims Set Forth in Debtors' Eighth Omnibus Objection to Claims [D.I. 4845; filed 2/6/08]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for March 25, 2008. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit D.

5. Debtors' Ninth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims [D.I. 4262; filed 12/28/07]

Objection deadline: January 30, 2008

Objections/Responses Received:

A. Response to Debtors' Ninth Omnibus Objection to Claims (filed by the State of New Jersey [D.I. 4392; filed 1/11/08]

B. Response to Debtors' Ninth Omnibus Objection to Claims (filed by Travis County Tax Assessor Collector) [D.I. 4723; filed 1/29/08]

Related Documents:

i. Notice of Submission of Copies of Proofs of Claims for Debtors' Ninth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims Re: Docket No. 4262 [D.I. 4549; filed 1/23/08]

ii. Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 Disallowing and Expunging Certain Reduced and Reclassified Claims [D.I. 4846; filed 2/6/08]

iii. Revised Order Granting Debtors' Ninth Omnibus Objection Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims [D.I. 5044; filed 2/26/08]

Status: The hearing on this matter is going forward. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit E.

6. Debtors' Tenth Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Duplicate Claims; (B) Amended and Superseded Claims; (C) Late-Filed Claims; and (D) No Supporting Documentation Claims [D.I. 4520; filed 1/18/08]

Objection deadline: February 13 2008

Objections/Responses Received:

A. Informal response from Verizon Wireless South.

B. Informal response from Verizon Wireless West.

Related Documents:

i. Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Duplicate Claims; (B) Amended and Superseded Claims; (C) Late-Filed

Claims; and (D) No Supporting Documentation Claims Set Forth in Debtors' Tenth Omnibus Objection to Claims [D.I. 4996; filed 2/20/08]

<u>Status</u>: The hearing on this matter is being continued to the omnibus hearing scheduled for March 25, 2008. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit F.

## II.    UNCONTESTED MATTERS GOING FORWARD:

7. National City Commercial Capital Company LLC's Motion for Relief from Automatic Stay [D.I. 2857; filed 9/19/07]

   <u>Objection Deadline</u>: October 18, 2007; extended to November 15, 2007

   <u>Objections/Responses Received</u>: None at this time.

   <u>Related Documents</u>:

   i. Exhibits to be Attached to National City Commercial Capital Company LLC's Motion for Relief from Automatic Stay [D.I. 3022; filed 9/24/07]

   ii. Amended Notice of Motion of Stay [D.I. 3070; filed 9/26/07]

   iii. Certification of Counsel Regarding Stipulation Regarding Allowance of Claims of National City Commercial Capital Company, LLC [D.I. 5145; filed 2/29/08]

   <u>Status</u>: The parties have reached an agreement resolving the motion and have filed a stipulation reflecting the agreement under certification of counsel for approval by the Court. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

8. Motion to Approve Stipulation Among New Century Mortgage Corporation, Carrington Mortgage Services LLC and Symantec Corporation Authorizing Assumption and Assignment of Software Licenses [D.I. 4895; filed 2/15/08]

   <u>Objection Deadline</u>: February 27, 2008

   <u>Objections/Responses Received</u>: None at this time.

   <u>Related Documents</u>: None at this time.

   <u>Status</u>: The hearing on this matter is going forward.

## III.    CONTESTED MATTERS GOING FORWARD:

9. Debtors' Eleventh Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C)

Reduced and Reclassified Claims; and (D) Insufficient Documentation Claims [D.I. 4521; filed 1/18/08]

Objection deadline: February 13, 2008

Objections/Responses Received:

A. Response to Debtors' Eleventh Omnibus Objection to Claims (filed by LoanLeaders of America, Inc.) [D.I. 4730; filed 1/28/08]

B. Response to Debtors' Eleventh Omnibus Objection to Claims (filed by County of Santa Clara Tax Collector) [D.I. 4848; filed 2/6/08]

C. Response to Debtors' Eleventh Omnibus Objection to Claims (filed by Bank of Oklahoma, N.A.) [D.I. 4875; filed 2/11/08]

D. Response to Debtors' Eleventh Omnibus Objection to Claims (filed by Maricopa County Treasurer) [D.I. 4878; filed 2/12/08]

E. Response to Debtors' Eleventh Omnibus Objection to Claims (filed by Cisco Systems Capital Corporation) [D.I. 4879; filed 2/13/08]

F. Informal response from FNIS Real Estate Tax Services.

G. Informal response received from TCAM Core Property Fund Operating LP.

H. Informal response received from Systems Source Inc.

Related Documents:

i. Notice of Submission of Copies of Proofs of Claims for Debtors' Eleventh Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Reduced and Reclassified Claims; and (D) Insufficient Documentation Claims [D.I. 4842; filed 2/6/08]

ii. Withdrawal of Original Proof of Claim No. 3514 in Response to Debtors' Eleventh Omnibus Objection (filed by Pasadena Independent School District) [D.I. 4803; filed 2/1/08]

iii. Exhibit A to Response to Debtors' Eleventh Omnibus Objection to Claims (filed by Cisco Systems Capital Corporation) [D.I. 4880; filed 2/13/08]

iv. Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Books and Records Claims; (B) Equity Claims; (C) Reduced and

    Reclassified Claims; and (D) Insufficient Documentation Claims [D.I. 4993; filed 2/20/08]

   Status: The hearing on this matter is going forward. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit G.

10. Notice of Hearing to Consider Approval of Disclosure Statement Regarding the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 [D.I. 4806; filed 2/2/08]

   Objection deadline: February 27, 2008; extended for ACE American Insurance Company to February 29, 2008 at Midnight; **extended for RBC until March 4, 2008 at Noon**

   Objections/Responses Received:

   A. Objection of Goldman Sachs Mortgage Company to Disclosure Statement for Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors [D.I. 5064; filed 2/27/08]

   B. Objection of General Electric Capital Corporation to Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008 [D.I. 5065; filed 2/27/08]

   C. Objection of New York State Teachers' Retirement System to Disclosure Statement to Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 [D.I. 5067; filed 2/27/08

   D. Objections of CitiMortgage, Inc. to Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008 [D.I. 5073; filed 2/27/08]

   E. Objection of Wells Fargo Bank, N.A. to (I) the Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008; and (II) the Motion of Debtors and Debtors in Possession for an Order (A) Approving Proposed Disclosure Statement for the Joint Chapter 11 Plan of Unsecured Creditors Dated as of February 2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and Approving Related Notice Procedures [D.I. 5074; filed 2/27/08]

F.  Pima County's Objection to the Joint Chapter 11 Plan of Liquidation dated February 2, 2008 [D.I. 5077; filed 2/27/08

G.  Objection of Andre Mutchnik to the Approval of Disclosure Statement Regarding the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008 and to the Motion of Debtors and Debtors in Possession for an Order (A) Approving Proposed Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and Approving Related Notice Procedures [D.I. 5094; filed 2/26/08]

H.  Joinder of Washington Mutual Mortgage Securities Corp. in the Objection filed by Goldman Sachs Mortgage Company to the Disclosure Statement for Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors [D.I. 5116; filed 2/28/08]

I.  Objection of the United States Trustee to the Motion of Debtors and Debtors in Possession for an Order (A) Approving Proposed Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and Approving Related Notice Procedures [D.I. 5120; filed 2/28/08]

J.  Objection of Deutsche Bank National Trust Company, Americas to the Disclosure Statement for Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors [D.I. 5134; filed 2/29/08]

K.  **Objection of Ad Hoc Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan to Motion of Debtor and Debtors in Possession for an Order (A) Approving Proposed Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Chapter 11 Plan of Liquidation and Approving Related Notice Procedures [D.I. 5068; filed 2/27/08]**

L.  **Reservation of Rights by Residential Funding Company, LLC to the Disclosure Statement and Joint Chapter 11 Plan of Liquidation of the**

>   **Debtors and the Official Committee of Unsecured Creditors [D.I. 5170; filed 3/4/08]**
>
>   Related Documents:
>
>   i.   Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 [D.I. 4805; filed 2/2/08]
>
>   ii.  Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 [D.I. 4804; filed 2/2/08]
>
>   iii. Notice of Filing of Amended Disclosure Statement [D.I. 5103; filed 2/27/08]
>
>   Status: The hearing on this matter is going forward. **The Debtors anticipate filing an amended plan and further amended disclosure statement in advance of the hearing.**

11.  Debtors' Twelfth Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims; (B) No Supporting Documentation Claims; and (C) Duplicate Claims [D.I. 4814; filed 2/4/08]

     Objection deadline: February 27, 2008

     Objections/Responses Received:

     A.   Response to Debtors' Twelfth Omnibus Objection to Claims (filed by PromoShop, Inc.) [D.I. 5085; filed 2/26/08]

     Related Documents: None at this time.

     Status: The hearing on this matter is going forward. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit H.

12.  Debtors' Thirteenth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Multiple-Debtor Duplicate Claims [D.I. 4815; filed 2/4/08]

     Objection deadline: February 27, 2008

     Objections/Responses Received:

     A.   Response to Debtors' Thirteenth Omnibus Objection to Claims (filed by PromoShop, Inc.) [D.I. 5086; filed 2/26/08]

B. Response to Debtors' Thirteenth Omnibus Objection to Claims (filed by Alyse Rafidi) [D.I. 5104; filed 2/27/08]

C. Informal Response received from Tracy P. Dunn.

D. Informal Response received from NFS Loans, Inc.

E. Informal Response received from ACE American Insurance Company, **Bankers Standard Insurance Company, Insurance Company of North America and Indemnity Insurance Company of North America.**

F. Informal Response received from The Travelers Indemnity Company and its affiliates.

G. Informal Response received from David Vizcarra.

H. Informal Response received from John Hicks.

I. Informal Response received from Eva Joy Martini.

J. Informal Response received from Darrell Lowe.

Related Documents:

i. Notice of Submission of Copies of Proofs of Claims for Debtors' Thirteenth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Multiple Debtor Duplicate Claims [D.I. 4997; filed 2/20/08]

Status: The hearing on this matter is going forward. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit I.

13. Motion of Debtors and Debtors in Possession for an Order (A) Approving Proposed Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and Approving Related Notice Procedure [D.I. 4897; filed 2/15/08]

Objection deadline: February 27, 2008; extended for ACE American Insurance Company to February 29, 2008 at Midnight; **extended for RBC until March 4, 2008 at Noon**

Objections/Responses Received:

A. Objection of Ad Hoc Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan to Motion of Debtor and Debtors in Possession for an Order (A) Approving Proposed Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Chapter 11 Plan of Liquidation and Approving Related Notice Procedures [D.I. 5068; filed 2/27/08]

B. Objection of Wells Fargo Bank, N.A. to (I) Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008; and (II) the Motion of Debtors and Debtors in Possession for an Order (A) Approving Proposed Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and Approving Related Notice Procedures [D.I. 5074; filed 2/27/08]

C. Objection of Andre Mutchnik to the Approval of Disclosure Statement Regarding the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008 and to the Motion of Debtors and Debtors in Possession for an Order (A) Approving Proposed Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and Approving Related Notice Procedures [D.I. 5094; filed 2/26/08]

D. Objection of the United States Trustee to the Motion of Debtors and Debtors in Possession for an Order (A) Approving Proposed Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and Approving Related Notice Procedures [D.I. 5120; filed 2/28/08]

E.  Objection of Deutsche Bank National Trust Company, Americas to the Disclosure Statement for Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors [D.I. 5134; filed 2/29/08]

F.  **Objection of Goldman Sachs Mortgage Company to Disclosure Statement for Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors [D.I. 5064; filed 2/27/08]**

G.  **Objection of General Electric Capital Corporation to Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008 [D.I. 5065; filed 2/27/08]**

H.  **Objection of New York State Teachers' Retirement System to Disclosure Statement to Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 [D.I. 5067; filed 2/27/08**

I.  **Objections of CitiMortgage, Inc. to Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008 [D.I. 5073; filed 2/27/08]**

J.  **Pima County's Objection to the Joint Chapter 11 Plan of Liquidation dated February 2, 2008 [D.I. 5077; filed 2/27/08**

K.  **Joinder of Washington Mutual Mortgage Securities Corp. in the Objection filed by Goldman Sachs Mortgage Company to the Disclosure Statement for Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors [D.I. 5116; filed 2/28/08]**

L.  **Reservation of Rights by Residential Funding Company, LLC to the Disclosure Statement and Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors [D.I. 5170; filed 3/4/08]**

Related Documents: None at this time.

Status: The hearing on this matter is going forward.  **The Debtors anticipate filing an amended plan and further amended disclosure statement in advance of the hearing.**

14. Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rules 9019(a) Approving a Settlement Between the Debtors, Positive Software Solutions, Inc. and Edward Mandel and Granting Related Relief [D.I. 4986; filed 2/19/08]

Objection deadline: February 27, 2008

Objections/Responses Received:

A. Positive Software Solutions, Inc.'s: (I) Response in Support of Debtors' Motion to Approve Settlement Agreement; and (II) Response to Objection of Andre Mutchnik [D.I. 5088; filed 2/27/08]

B. Objection of Andre Mutchnik to Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a) Approving a Settlement Between the Debtors, Positive Software Solutions, Inc. and Edward Mandel and Granting Related Relief [D.I. 5092; filed 2/26/08]

Related Documents:

i. Order Granting Debtors' Motion to Shorten Notice and Objection Periods for Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rules 9019(a) Approving a Settlement Between the Debtors, Positive Software Solutions, Inc. and Edward Mandel and Granting Related Relief [D.I. 4989; filed 2/20/08]

ii. Notice of Filing of Exhibit to Debtors' Motion to Shorten Notice and Objection Periods for Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rules 9019(a) Approving a Settlement Between the Debtors, Positive Software Solutions, Inc. and Edward Mandel and Granting Related Relief [D.I. 4999; filed 2/20/08]

iii. Memorandum in Support of Positive Software Solutions, Inc.'s (I) Response in Support of Debtors' Motion to Approve Settlement Agreement and (II) Response to Objection of Andre Mutchnik [D.I. 5142; filed 2/29/08]

Status: The hearing on this matter is going forward.

Dated: March 4, 2008
Wilmington, Delaware

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION