Exhibit C
Status of Proofs of Claim for Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed and (D) No Supporting Documentation Claims

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| | Exhibit C | |
| 3526 | Brazoria County M U D No. 21 | Response filed 12/28/07 [D.I. 4260]. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 3527 | Brazoria County M U D No. 28 | Response filed 12/28/07 [D.I. 4260]. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 3525 | Brazoria County Tax Office | Response filed 12/28/07 [D.I. 4260]. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 3476 | Clayton County Tax Commissioner | Response filed 12/26/07; D.I. 4228. The claimant has withdrawn its response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 3411 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 3412 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 3415 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 3416 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |

1

Exhibit C

Status of Proofs of Claim for Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed and (D) No Supporting Documentation Claims

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| 3414 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |

2