**Exhibit F**
**Status of Proofs of Claim for Debtors' Tenth Omnibus Objection (Non-Substantive) to Certain Claims**

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| 3684 | Verizon Wireless South | The Debtors received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 3680 | Verizon Wireless West | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled on March 25, 2008 at 1:30 p.m. |

1