**Exhibit G**
**Status of Proofs of Claim for Debtors' Eleventh Omnibus Objection (Substantive) to Certain Claims**

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| 581 | Bank of Oklahoma NA | Response filed 2/11/08; D.I. 4875. The Debtors have withdrawn their objection to this claim. |
| 2964 | Cisco System Capital Corporation | Response filed 2/13/08; D.I. 4879. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 3584 | County of Santa Clara | Response filed 2/6/08; D.I. 4848. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2299 | FNIS Real Estate Tax Services | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 715 | Loanleaders of America Inc. | Response filed 1/28/08; D.I. 4730. This claim has been settled. The settlement is reflected on a revised form of order to be presented at the hearing. |
| 3402 | Maricopa County Treasurer | Response filed 2/12/08; D.I. 4878. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 3390 | TCAM Core Property Fund Operating LP | The Debtors received an informal response. The hearing on the Debtors' objection to this claim is going forward. |
| 1971 | Systems Source Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |