Exhibit H
Status of Proofs of Claim for Debtors' Twelfth Omnibus Objection (Non-Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| **Exhibit A** | | | |
| 1313 | 3683 | AT&T Corp | No response has been filed. The hearing on this claim is going forward. |
| 120 | 855 | Bonnie Viola Hughes | No response has been filed. The hearing on this claim is going forward. |
| 2365 | 3641 | Koll Center Irvine Number Two LLC | No response has been filed. The hearing on this claim is going forward. |
| 618 | 2122 | PromoShop Inc. | Response filed 2/26/08; D.I. 5085. The hearing on this claim is going forward. |
| 625 | 2138 | PromoShop Inc. | Response filed 2/26/08; D.I. 5085. The hearing on this claim is going forward. |
| 3510 | 3511 | Sungard Availability Services LP | No response has been filed. The hearing on this claim is going forward. |
| **Exhibit B** | | | |
| | 1015 | Russell C. Barrett | No response has been filed. The hearing on this claim is going forward. |
| | 1023 | Scott Alan McDonald | No response has been filed. The hearing on this claim is going forward. |
| **Exhibit C** | | | |
| 2301 | 2890 | Fidelity National Data Services | No response has been filed. The hearing on this claim is going forward. |
| 2233 | 2212 | Hawaiian Ins & Guar Co | No response has been filed. The hearing on this claim is going forward. |
| 2231 | 2209 | Hawaiian Ins & Guar Co | No response has been filed. The hearing on this claim is going forward. |
| 2227 | 2224 | Hawaiian Ins & Guar Co | No response has been filed. The hearing on this claim is going forward. |

Exhibit H
Status of Proofs of Claim for Debtors' Twelfth Omnibus Objection (Non-Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2221 | 2152 | Hawaiian Ins & Guar Co | No response has been filed. The hearing on this claim is going forward. |
| 2220 | 2205 | Hawaiian Ins & Guar Co | No response has been filed. The hearing on this claim is going forward. |
| 2219 | 2188 | Hawaiian Ins & Guar Co | No response has been filed. The hearing on this claim is going forward. |
| 2218 | 2185 | Hawaiian Ins & Guar Co | No response has been filed. The hearing on this claim is going forward. |
| 2217 | 2186 | Hawaiian Ins & Guar Co | No response has been filed. The hearing on this claim is going forward. |
| 2215 | 2155 | Hawaiian Ins & Guar Co | No response has been filed. The hearing on this claim is going forward. |
| 2213 | 2198 | Hawaiian Ins & Guar Co | No response has been filed. The hearing on this claim is going forward. |
| 2202 | 2189 | Hawaiian Ins & Guar Co | The Debtors received an informal response. The hearing on this claim is going forward. |
| 2201 | 2192 | Hawaiian Ins & Guar Co | No response has been filed. The hearing on this claim is going forward. |
| 2195 | 2150 | Hawaiian Ins & Guar Co | No response has been filed. The hearing on this claim is going forward. |
| 2153 | 2151 | Hawaiian Ins & Guar Co | No response has been filed. The hearing on this claim is going forward. |