**Exhibit I**

**Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims**

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | | **Exhibit A** | |
| 2578 | 2615 | ACE American Insurance Company | The Debtors received an informal response.  The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2612 | 2615 | ACE American Insurance Company | The Debtors received an informal response.  The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2611 | 2615 | ACE American Insurance Company | The Debtors received an informal response.  The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2618 | 2615 | ACE American Insurance Company | The Debtors received an informal response.  The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2541 | 2615 | ACE American Insurance Company | The Debtors received an informal response.  The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2610 | 2615 | ACE American Insurance Company | The Debtors received an informal response.  The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2614 | 2615 | ACE American Insurance Company | The Debtors received an informal response.  The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2619 | 2615 | ACE American Insurance Company | The Debtors received an informal response.  The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |

Exhibit I

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2623 | 2615 | ACE American Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2616 | 2615 | ACE American Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2622 | 2615 | ACE American Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2613 | 2615 | ACE American Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2620 | 2615 | ACE American Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 1117 | 119 | Ascent Home Loans Inc. | No response has been filed. The hearing on this claim is going forward. |
| 350 | 1229 | Bagels & Brew Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2697 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2705 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |

3

Exhibit I

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2704 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2703 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2702 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2698 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2699 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2693 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |

Exhibit I

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2692 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2701 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2696 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2694 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2700 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 3018 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |

Exhibit I

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2706 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 89 | 20 | Bari Fraure | No response has been filed. The hearing on this claim is going forward. |
| 2389 | 2407 | Bien Quach individually and BQ Consulting Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2392 | 2407 | Bien Quach individually and BQ Consulting Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2391 | 2407 | Bien Quach individually and BQ Consulting Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2402 | 2407 | Bien Quach individually and BQ Consulting Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2399 | 2407 | Bien Quach individually and BQ Consulting Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2400 | 2407 | Bien Quach individually and BQ Consulting Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2398 | 2407 | Bien Quach individually and BQ Consulting Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2395 | 2407 | Bien Quach individually and BQ Consulting Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2409 | 2407 | Bien Quach individually and BQ Consulting Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2411 | 2407 | Bien Quach individually and BQ Consulting Inc. | No response has been filed. The hearing on this claim is going forward. |

6

Exhibit I

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2408 | 2407 | Bien Quach individually and BQ Consulting Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2396 | 2407 | Bien Quach individually and BQ Consulting Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2403 | 2407 | Bien Quach individually and BQ Consulting Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2406 | 2407 | Bien Quach individually and BQ Consulting Inc. | No response has been filed. The hearing on this claim is going forward. |
| 1763 | 1764 | Brian D. Franz | No response has been filed. The hearing on this claim is going forward. |
| 1616 | 1622 | Campbell Charles B. | No response has been filed. The hearing on this claim is going forward. |
| 133 | 132 | Christine Burns | No response has been filed. The hearing on this claim is going forward. |
| 134 | 131 | Christine Burns | No response has been filed. The hearing on this claim is going forward. |
| 3300 | 3292 | CNA Companies | No response has been filed. The hearing on this claim is going forward. |
| 3297 | 3292 | CNA Companies | No response has been filed. The hearing on this claim is going forward. |
| 3282 | 3292 | CNA Companies | No response has been filed. The hearing on this claim is going forward. |
| 3291 | 3292 | CNA Companies | No response has been filed. The hearing on this claim is going forward. |
| 3288 | 3292 | CNA Companies | No response has been filed. The hearing on this claim is going forward. |

**Exhibit I**

**Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims**

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 3290 | 3292 | CNA Companies | No response has been filed. The hearing on this claim is going forward. |
| 3276 | 3292 | CNA Companies | No response has been filed. The hearing on this claim is going forward. |
| 3285 | 3292 | CNA Companies | No response has been filed. The hearing on this claim is going forward. |
| 3287 | 3292 | CNA Companies | No response has been filed. The hearing on this claim is going forward. |
| 3283 | 3292 | CNA Companies | No response has been filed. The hearing on this claim is going forward. |
| 3286 | 3292 | CNA Companies | No response has been filed. The hearing on this claim is going forward. |
| 3284 | 3292 | CNA Companies | No response has been filed. The hearing on this claim is going forward. |
| 2332 | 2331 | Darrell Lowe | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2343 | 2331 | Darrell Lowe | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2131 | 1983 | David Vizcarra | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2190 | 1983 | David Vizcarra | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |

Exhibit I

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2291 | 2290 | Dungworth Duncan L. | No response has been filed. The hearing on this claim is going forward. |
| 2647 | 2461 | Enrique Baltierra | No response has been filed. The hearing on this claim is going forward. |
| 882 | 881 | Euripides George Demos | No response has been filed. The hearing on this claim is going forward. |
| 2498 | 2497 | Eva Joy Martini | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2499 | 2497 | Eva Joy Martini | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 1766 | 1776 | Flores Marco Antonio | No response has been filed. The hearing on this claim is going forward. |
| 2204 | 2082 | Fox Shawne | No response has been filed. The hearing on this claim is going forward. |
| 1164 | 1166 | Franczak Joseph Crag | No response has been filed. The hearing on this claim is going forward. |
| 1328 | 1321 | Freure Berta | No response has been filed. The hearing on this claim is going forward. |
| 1862 | 1863 | Gallagher James Brian | No response has been filed. The hearing on this claim is going forward. |
| 2185 | 2189 | Hawaiian Ins & Guar Co | No response has been filed. The hearing on this claim is going forward. |
| 2198 | 2189 | Hawaiian Ins & Guar Co | No response has been filed. The hearing on this claim is going forward. |

8

**Exhibit I**

**Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims**

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2209 | 2189 | Hawaiian Ins & Guar Co | No response has been filed.  The hearing on this claim is going forward. |
| 2186 | 2189 | Hawaiian Ins & Guar Co | No response has been filed.  The hearing on this claim is going forward. |
| 2155 | 2189 | Hawaiian Ins & Guar Co | No response has been filed.  The hearing on this claim is going forward. |
| 2205 | 2189 | Hawaiian Ins & Guar Co | No response has been filed.  The hearing on this claim is going forward. |
| 2147 | 2189 | Hawaiian Ins & Guar Co | No response has been filed.  The hearing on this claim is going forward. |
| 2188 | 2189 | Hawaiian Ins & Guar Co | No response has been filed.  The hearing on this claim is going forward. |
| 2151 | 2189 | Hawaiian Ins & Guar Co | No response has been filed.  The hearing on this claim is going forward. |
| 2312 | 2189 | Hawaiian Ins & Guar Co | No response has been filed.  The hearing on this claim is going forward. |
| 2192 | 2189 | Hawaiian Ins & Guar Co | No response has been filed.  The hearing on this claim is going forward. |
| 2224 | 2189 | Hawaiian Ins & Guar Co | No response has been filed.  The hearing on this claim is going forward. |
| 2152 | 2189 | Hawaiian Ins & Guar Co | No response has been filed.  The hearing on this claim is going forward. |
| 2150 | 2189 | Hawaiian Ins & Guar Co | No response has been filed.  The hearing on this claim is going forward. |
| 477 | 1732 | Hellmuth Obata & Kassabaum Inc. | No response has been filed.  The hearing on this claim is going forward. |

9

Exhibit I

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

10

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1383 | 1384 | Hundebv Coleman A. | No response has been filed. The hearing on this claim is going forward. |
| 2714 | 2953 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2718 | 2711 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2713 | 2711 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2717 | 2711 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2715 | 2711 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2533 | 2711 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |

**Exhibit I**

**Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims**

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2720 | 2711 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2712 | 2711 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2708 | 2711 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2710 | 2711 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2709 | 2711 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2707 | 2711 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |

Exhibit I
Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2721 | 2711 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2716 | 2711 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2738 | 2953 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2971 | 2953 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2962 | 2953 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2950 | 2953 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |

**Exhibit I**
**Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims**

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2968 | 2953 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2739 | 2953 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2959 | 2953 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2963 | 2953 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2951 | 2953 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2723 | 2953 | Insurance Company of North America | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |

Exhibit I
Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2960 | 2953 | Insurance Company of North America | **The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m.** |
| 2955 | 2953 | Insurance Company of North America | **The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m.** |
| 2952 | 2953 | Insurance Company of North America | **The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m.** |
| 1327 | 1326 | Jason Diez | No response has been filed. The hearing on this claim is going forward. |
| 2183 | 1985 | John Hicks | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2088 | 1985 | John Hicks | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 3267 | 3226 | Johnson Jaharvey D. | No response has been filed. The hearing on this claim is going forward. |
| 1053 | 1060 | Kathy L. White | No response has been filed. The hearing on this claim is going forward. |
| 48 | 18 | Kimberlee A. Toomey | No response has been filed. The hearing on this claim is going forward. |

14

Exhibit I

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 79 | 19 | Laune L. Cope | No response has been filed. The hearing on this claim is going forward. |
| 1373 | 196 | Lending Corporation | No response has been filed. The hearing on this claim is going forward. |
| 2685 | 2683 | Lovell Appraisal Service | No response has been filed. The hearing on this claim is going forward. |
| 749 | 759 | Mackoff Kellogg Law Firm | No response has been filed. The hearing on this claim is going forward. |
| 2493 | 2492 | Malcolm & Cisneros | No response has been filed. The hearing on this claim is going forward. |
| 2626 | 2492 | Malcolm & Cisneros A Law Corporation | No response has been filed. The hearing on this claim is going forward. |
| 1401 | 1140 | Malenfant Benu | No response has been filed. The hearing on this claim is going forward. |
| 377 | 959 | Marlene Scheetz | No response has been filed. The hearing on this claim is going forward. |
| 982 | 521 | Marlene Scheetz | No response has been filed. The hearing on this claim is going forward. |
| 110 | 327 | Marsha L. Laudenback | No response has been filed. The hearing on this claim is going forward. |
| 1414 | 1396 | Marston Residential Appraisal Group Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2210 | 2208 | Matney Victoria | No response has been filed. The hearing on this claim is going forward. |
| 1243 | 1244 | Mcgrew Real Estate Office Building | No response has been filed. The hearing on this claim is going forward. |

15

**Exhibit I**

**Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims**

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1246 | 1244 | Mcgrew Real Estate Office Building | No response has been filed. The hearing on this claim is going forward. |
| 1355 | 1335 | Michelle L. Cullinan | No response has been filed. The hearing on this claim is going forward. |
| 1153 | 1358 | Mouner Land Investment Corporation | No response has been filed. The hearing on this claim is going forward. |
| 1131 | 1358 | Mouner Land Investment Corporation | No response has been filed. The hearing on this claim is going forward. |
| 62 | 299 | Nancy A. Shaeffer | No response has been filed. The hearing on this claim is going forward. |
| 421 | 1685 | Nancy Anderson | No response has been filed. The hearing on this claim is going forward. |
| 1683 | 1685 | Nancy Anderson Emp | No response has been filed. The hearing on this claim is going forward. |
| 1686 | 1685 | Nancy Anderson Emp | No response has been filed. The hearing on this claim is going forward. |
| 1602 | 346 | Nancy Anderson Emp | No response has been filed. The hearing on this claim is going forward. |
| 1601 | 346 | Nancy Anderson Emp | No response has been filed. The hearing on this claim is going forward. |
| 1604 | 346 | Nancy Anderson Emp | No response has been filed. The hearing on this claim is going forward. |
| 2648 | 2646 | Nancy Kauffman Thompson | No response has been filed. The hearing on this claim is going forward. |
| 2539 | 2655 | NFS Loans Inc. | The Debtors have received an informal response. The hearing on this claim is going forward. |

**Exhibit I**
**Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims**

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 68 | 11 | Ovadia Eddie Didio | No response has been filed. The hearing on this claim is going forward. |
| 2010 | 2011 | Pearce Cary | No response has been filed. The hearing on this claim is going forward. |
| 1378 | 746 | Profast Appraisals Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2138 | 2122 | PromoShop Inc. | Response filed 2/26/08; D.I. 5086. The hearing on this claim is going forward. |
| 3111 | 3110 | Rafidi Alyse Zahi | Response filed 2/27/08; D.I. 5104. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 1865 | 44 | Randall Lightbody | No response has been filed. The hearing on this claim is going forward. |
| 1866 | 44 | Randall Lightbody | No response has been filed. The hearing on this claim is going forward. |
| 345 | 1656 | Rich F. Martin | No response has been filed. The hearing on this claim is going forward. |
| 1655 | 1656 | Rich Martin Emp | No response has been filed. The hearing on this claim is going forward. |
| 1654 | 1656 | Rich Martin Emp | No response has been filed. The hearing on this claim is going forward. |
| 1678 | 1656 | Rich Martin Emp | No response has been filed. The hearing on this claim is going forward. |
| 1603 | 347 | Rich Martin Emp | No response has been filed. The hearing on this claim is going forward. |
| 1664 | 347 | Rich Martin Emp | No response has been filed. The hearing on this claim is going forward. |

17

**Exhibit I**
**Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims**

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 1680 | 347 | Rich Martin Emp | No response has been filed. The hearing on this claim is going forward. |
| 801 | 739 | Riverside Claims LLC as Assignee for Affitech Inc. | No response has been filed. The hearing on this claim is going forward. |
| 908 | 965 | Riverside Claims LLC as Assignee for Cybersearch | No response has been filed. The hearing on this claim is going forward. |
| 705 | 738 | Riverside Claims LLC as Assignee for the Financial Services Roundtable | No response has been filed. The hearing on this claim is going forward. |
| 1032 | 1031 | Rousseau Lori J. | No response has been filed. The hearing on this claim is going forward. |
| 2014 | 1971 | Systems Source Inc. | No response has been filed. The hearing on this claim is going forward. |
| 776 | 771 | T D Financial | No response has been filed. The hearing on this claim is going forward. |
| 1718 | 1717 | Telecom Directories Inc. | No response has been filed. The hearing on this claim is going forward. |
| 1537 | 1534 | Thacker Dana Ray | No response has been filed. The hearing on this claim is going forward. |
| 2405 | 2394 | The Newport Group Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2367 | 2394 | The Newport Group Inc. | No response has been filed. The hearing on this claim is going forward. |
| 853 | 192 | The Source | No response has been filed. The hearing on this claim is going forward. |
| 2081 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |

18

**Exhibit I**

**Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims**

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2119 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2116 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2120 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2113 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2080 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 3687 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2084 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2083 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2269 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |

20

**Exhibit I**
**Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims**

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2114 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2325 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2126 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2115 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2270 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m. |
| 2193 | 1956 | Tortorelli Joseph John | No response has been filed. The hearing on this claim is going forward. |
| 3343 | 748 | Tracy P. Dunn | The Debtors have received an informal response. The hearing on this claim is going forward. |
| 967 | 748 | Tracy P. Dunn | The Debtors have received an informal response. The hearing on this claim is going forward. |
| 2726 | 3096 | United Guaranty Residential Insurance Company, United Guaranty Mortgage Indemnity Company, United Guaranty Services Inc. and its United Guarantee Corporation Law | No response has been filed. The hearing on this claim is going forward. |

**Exhibit I**

**Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims**

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2724 | 3096 | United Guaranty Residential Insurance Company, United Guaranty Mortgage Indemnity Company, United Guaranty Services Inc. and its United Guarantee Corporation Law | No response has been filed. The hearing on this claim is going forward. |
| 2725 | 3096 | United Guaranty Residential Insurance Company, United Guaranty Mortgage Indemnity Company, United Guaranty Services Inc. and its United Guarantee Corporation Law | No response has been filed. The hearing on this claim is going forward. |
| 3122 | 3096 | United Guaranty Residential Insurance Company, United Guaranty Mortgage Indemnity Company, United Guaranty Services Inc. and its United Guarantee Corporation Law | No response has been filed. The hearing on this claim is going forward. |
| 3097 | 3096 | United Guaranty Residential Insurance Company, United Guaranty Mortgage Indemnity Company, United Guaranty Services Inc. and its United Guarantee Corporation Law | No response has been filed. The hearing on this claim is going forward. |
| 3002 | 3096 | United Guaranty Residential Insurance Company, United Guaranty Mortgage Indemnity Company, United Guaranty Services Inc. and its United Guarantee Corporation Law | No response has been filed. The hearing on this claim is going forward. |
| 3005 | 3096 | United Guaranty Residential Insurance Company, United Guaranty Mortgage Indemnity Company, United Guaranty Services Inc. and its United Guarantee Corporation Law | No response has been filed. The hearing on this claim is going forward. |
| 2526 | 2535 | Wallis Donna L. | No response has been filed. The hearing on this claim is going forward. |