| | | | EXHIBIT A | | | |
|---|---|---|---|---|---|---|
| | | | In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11) | | | |
| | | | Movant: U.S. Bank National Association, as Trustee, | | | |
| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
| 8510869 | Garcia | Aug. 25, 2005 | $304,000 | $324,000.60 | $304,000 | 43 Mildred Avenue, Pittsburg, CA 94565 |
| 8507709 | Corea | Aug. 10, 2005 | $298,400 | $312,956.61 | $403,000 | 2252 Kathryn Avenue, Pomona, CA 91766 |
| 8502007 | Nunez | Aug. 17, 2005 | $246,400 | $259,289.52 | $275,000 | 220 E Grant Street 65, Santa Maria, CA 93454 |
| 8500092 | James | Jul. 30, 2005 | $132,669 | $141,090.69 | $165,000 | 304 Southmen Lane, West Columbia, SC 29170 |
| 8490096 | Gonzalez | Aug. 9, 2005 | $280,000 | $301,173.05 | $220,000 | 24716 Talbot Court, Moreno Valley, CA 92551 |
| 8479552 | Randolph | Aug. 8, 2005 | $211,920 | $223,998.06 | $336,400 | 930 St George Street, West Palm Beach, FL 33415 |
| 8479123 | Mason | Jul. 27, 2005 | $188,800 | $207,491.15 | $219,900 | 10 Fawn Court, Bellingham, Washington, 98229 |
| 8469108 | Tagupa/Palenpa | Aug. 11, 2005 | $190,000 | $203,998.60 | $195,000 | 2827 Coolwater Drive, Henderson, Nevada 89047 |
| 8455412 | Esguerra | Jul. 26, 2005 | $298,400 | $310,981.16 | $270,000 | 526 Georgetown Pl. Unit D Chula Vista, CA 91911 |
| 8446452 | Guzman | Jul. 29, 2005 | $142,400 | $146,985.75 | $175,000 | 1240 SE31 CT Unit 201, Homestead, FL 33035 |
| 8441875 | Lowery | Jul. 27, 2005 | $103,200 | $108,803.50 | $133,000 | 1005 Kari Drive, Sheridan, AK 72150 |