# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4*
*D&G Reference: 211689*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127073133 | Alden L. Johnson | | | 214,730.37 | 239,900.00 | 14444 Lower Guthrie Court, Apple Valley, MN 55124 |
| 1127073554 | Peter Tan | 1/13/2006 | 312,000.00 | 332,722.18 | 350,000.00 | 15443 Coleen Street, Fontana, CA 92337 |
| 1127073706 | Tracy Finley Simmons and Zenet M. Robinson | 1/13/2006 | 332,000.00 | 362,621.13 | 325,000.00 | 39749 Gorham Lane, Plamdale, CA 93551 |
| 1127073855 | Jacqueline Sanders | 12/20/2005 | 482,021.00 | 518,651.90 | 495,000.00 | 8933 Bergamo Circle, Stockton, CA 95212 |
| 1127075293 | Eluterio Saenz and Irma Saenz | 12/14/2005 | 198,000.00 | 224,550.30 | 280,500.00 | 1429 Jackson Street, Selma, CA 93662 |
| 1127076035 | Josue Aguirre | 2/4/2006 | 149,280.00 | 159,846.84 | 218,000.00 | 9020 Newport Avenue #8, Fontana, CA 92335 |
| 1127077064 | Raymond N. Brito | 1/27/2006 | 269,600.00 | 297,744.32 | 267,000.00 | 9670 Del Mar Avenue, Hesperia, CA 92345 |
| 1127077154 | Lupita N. Ramirez | | | 312,623.35 | 280,000.00 | 2227 Jornada Drive, Perris, CA 92571 |
| 1127077221 | Juan Mendivil | 1/26/2006 | 380,000.00 | 415,189.87 | 429,000.00 | 710 Church Avenue, Chula Vista, CA 91910 |
| 1127100360 | Michelle L. Blair and Kendall Blair | 2/16/2006 | 228,000.00 | 236,091.45 | 288,000.00 | 9596 Brandi Lane, Fowlerville, MI 48836 |
| 1127101146 | Isabel Alvarez | 3/3/2006 | 336,000.00 | 361,543.99 | 379,900.00 | 14066 Shadow Drive, Fontana, CA 92337 |
| 1127101376 | Juana Rosa Almonte | 3/8/2006 | 398,400.00 | 438,038.78 | 520,000.00 | 14197 Saranac Drive, Whittier, CA 90604 |
| 1127101795 | Nicolas Juarez | 3/8/2006 | 392,000.00 | 422,515.63 | 389,000.00 | 301 Waterview Place, Bay Point, CA 94565 |
| 1127102772 | Nicolas Vergara | 3/4/2006 | 508,000.00 | 577,241.07 | 585,900.00 | 807 W. Sycamore Street, Anaheim, CA 92805 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127103156 | Mario De La Paz Vera | 2/18/2006 | 368,000.00 | 398,141.13 | 450,000.00 | 11904 Basye Street, El Monte, CA 91732 |
| 1127103805 | Raul A. Castillo | 3/7/2006 | 271,200.00 | 291,391.71 | 269,000.00 | 3530 N. Lodi Avenue, Fresno, CA 93722 |
| 1127103846 | Gilmar Martinez and Dora Martinez | 3/3/2006 | 272,000.00 | 291,975.53 | 289,900.00 | 1751 Express Circle, Colton, CA 92324 |
| 1127104021 | Maria R. Garcia | 3/7/2006 | 506,400.00 | 553,225.30 | 599,000.00 | 3009 Camino Graciosa, Thousand Oaks, CA 91360 |
| 1127104191 | Moises Cubillo | | | 401,919.50 | 710,000.00 | 2015 E. Lincoln, Escondido, CA 92027 |
| 1127104585 | Davoy Casillas | | | 522,733.24 | 525,000.00 | 8662 Seneca Street, Oakland, CA 94605 |
| 1127105316 | Melquiades Cordero | | | 586,160.60 | 649,000.00 | 6931 Vanguard Avenue, Garden Grove, CA 92845 |
| 1127106196 | Anthony Gilmour | | | 477,564.47 | 495,000.00 | 4408 Whitehoof Way, Antioch, CA 94531 |
| 1127106494 | Mary Macadam | | | 390,413.79 | 445,999.00 | 11544 Leatherleaf Road, Fontana, CA 92337 |
| 1127106685 | Martha Lynn Patteson | | | 114,809.96 | 110,000.00 | 59626 Stearman Road, Landers, CA 92285 |
| 1127107322 | Gustavo Nunez | | | 295,062.58 | 329,000.00 | 12495 Eleventh Ave., Victorville, CA 92395 |
| 1127107431 | Alethea L. Armstrong | | | 349,793.81 | 349,900.00 | 9634 Birch St., Oakland, CA 94603 |
| 1127107884 | Ruben Quintanar, Jr. | | | 325,490.93 | 344,900.00 | 1482 East Bonnie Brae Street, Ontario, CA 91764 |
| 1127108126 | Steve Aaserud | | | 100,806.95 | 115,000.00 | 5207 Colfax Avenue N., Minneapolis, MN 55430 |
| 1127108270 | Lawrence D. Mays | | | 255,507.09 | 225,000.00 | 41 Pontiac St., Hyannis, MA 02601 |
| 1127108271 | Beverly Edwards | | | 223,262.36 | 220,300.00 | 2716 89th Avenue North, Brooklyn Park, MN 55444 |
| 1127108659 | Gordon Brown | | | 87,029.00 | 130,000.00 | 1221 West 90th Street, Blackfoot, ID 83221 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127108706 | Mariza Velazquez | | | 448,928.64 | 485,000.00 | 2398 Avendia De Guadalupe, Santa Clara, CA 95054 |
| 1127108944 | John McDermott | | | 747,593.28 | 600,000.00 | 739 Key Route Blvd., Albany, CA 94706 |
| 1127109141 | Emerson L. Vieira | | | 250,919.33 | 749,000.00 | 314 Beach St., Revere, MA 02151 |
| 1127109486 | Rigoberto Calderon | | | 267,661.78 | 257,900.00 | 84563 Las Lunas Ave., Coachella, CA 92236 |
| 1127109722 | Marco Antonio Huezo and Maria D. Huezo | | | 682,723.37 | 769,000.00 | 40884 Lincoln Street, Fremont, CA 94538 |
| 1127072686 | Rita Solis | | | 563,073.17 | 710,000.00 | 8 Ashwood Road, Port Washington, NY 11050 |
| 1127106245 | Salina Akther | | | 594,975.63 | 620,000.00 | 101 27 Lefferts Boulevard, S. Richmond Hill, NY 11419 |
| 1127107782 | Gladys I. Baez | | | 593,327.70 | 673,000.00 | 10443 41st Street, Corona, NY 11368 |
| 1127107785 | Alvanora Hall | | | 614,006.19 | 630,000.00 | 1262 Sterling Pl., Brooklyn, NY 11213 |
| 1127108899 | Saundra Green | | | 252,427.22 | 235,000.00 | 115 Court Street, Plattsburgh, NY 12901 |
| 1127043562 | Eduardo Perez Rosales | | | 568,639.52 | 505,000.00 | 224 Lavender Lane, Patterson, CA 95363 |