IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, et al.,[1] | : | **Case No. 07-10416 (KJC)** |
| | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | Re: Docket No. 993 |
| | : | |

## NOTICE OF FILING OF AMENDMENTS TO STATEMENT OF FINANCIAL AFFAIRS OF NEW CENTURY WAREHOUSE CORPORATION

PLEASE TAKE NOTICE that on May 31, 2007 New Century Warehouse Corporation, one of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed its **Statement of Financial Affairs** [Docket No. 993] (the "Statements") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California Corporation.

RLF1-3259166-1

PLEASE TAKE FURTHER NOTICE that New Century Warehouse Corporation has today filed its **Amended Statement of Financial Affairs**, a copy of which is attached hereto as Exhibit A. Only those sections of the Statements that have been amended are attached hereto.

Dated: March 4, 2008
       Wilmington, Delaware

                                                 Mark D. Collins (No. 2981)
                                                 Michael J. Merchant (No. 3854)
                                                 Christopher M. Samis (No. 4909)
                                                 RICHARDS, LAYTON & FINGER, P.A.
                                                 One Rodney Square
                                                 920 North King Street
                                                 Wilmington, Delaware 19801
                                                 Telephone: (302) 651-7700
                                                 Facsimile: (302) 651-7701

                                                 - and -

                                                 Suzzanne S. Uhland
                                                 Ben H. Logan
                                                 O'MELVENY & MYERS LLP
                                                 275 Battery Street
                                                 San Francisco, California 94111
                                                 Telephone: (415) 984-8700
                                                 Facsimile: (415) 984-8701

                                                 ATTORNEYS FOR DEBTORS
                                                 AND DEBTORS IN POSSESSION

RLF1-3259166-1

## **EXHIBIT A**

**EXHIBIT A**

United States Bankruptcy Court
For the District of Delaware

In re: New Century Warehouse Corporation                                                                           Case No.  07-11043
         Debtor

## NOTES TO SCHEDULES OF ASSETS AND LIABILITIES
## AND STATEMENT OF FINANCIAL AFFAIRS

New Century Warehouse Corporation (the "Debtor") submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statements") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.

The Schedules and Statements have been prepared by the Debtor's management and are unaudited. While management of the Debtor has made every effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, the subsequent receipt of information may result in material changes in data contained in the Schedules and Statements which would warrant amendment of same. Except as noted, the assets and liability data contained in the Schedules and Statements are reflected at net book value as of March 31, 2007, the date the Debtor commenced its Chapter 11 case (the "Commencement Date").

The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and/or Statements as to amount, liability or classification.

While every effort has been made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. Accordingly, the Debtor reserves the right to amend its Schedules and Statements as necessary or appropriate and expects it will do so as information becomes available.

Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated". The Debtor reserves the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on its Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated".

The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts.

The claims of individual creditors for, among other things, merchandise, goods, services, or taxes are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances.

It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests. Accordingly, unless otherwise noted, the carrying value on the Debtor's books, rather than the current market values, of the Debtor's interest in property is reflected on the Debtor's Schedules and Statements.

# AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS
## United States Bankruptcy Court
## District of Delaware

In re:   New Century Warehouse Corporation                                                                                          Case No.   07-11043
        Debtor

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *Definitions*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

| None | **3. Payments to creditors (continued)** |
|---|---|
| ☐ | c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAMES AND ADDRESSES OF CREDITORS AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Exhibit 3c previously filed on 5/31/2007 is replaced by the attached Exhibit 3c.

None  **8. Losses**

☐ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Laptop Computer $2,250 | Laptop stolen from Access Lending office in Sugarland, Texas. The incidence was reported to the police. | 11/11/06 |

In Re: New Century Warehouse Corporation								Case No: 07-11043

Exhibit 3c
Payments to Insiders

| Insider Name | Address | Description | Check/Wire Date | Amount |
|---|---|---|---|---|
| New Century Mortgage Corportion | 1312 Michelson Drive, 5th Floor Irvine, CA 92612 | Intercompany Settlement | 3/27/2007 | $ 1,016,668.75 |
| | | Intercompany Settlement | 3/29/2007 | $ 6,444,672.00 |
| | | Intercompany Settlement | 3/29/2007 | $ 1,538,623.00 |
| | | Intercompany Settlement | 3/29/2007 | $ 1,151,753.00 |
| Tajvinder S. Bindra | 1312 Michelson Drive, 5th Floor Irvine, CA 92612 | Wages and Compensation | 11/30/2006 | $ 20,230.76 |
| | | Wages and Compensation | 12/1/2006 | $ 11,288.47 |
| | | Wages and Compensation | 12/15/2006 | $ 19,480.77 |
| | | Wages and Compensation | 12/29/2006 | $ 19,230.77 |
| | | Wages and Compensation | 1/12/2007 | $ 17,557.70 |
| | | Wages and Compensation | 1/26/2007 | $ 19,480.77 |
| | | Wages and Compensation | 2/9/2007 | $ 19,480.77 |
| | | Wages and Compensation | 2/22/2007 | $ 190,217.00 |
| | | Wages and Compensation | 2/23/2007 | $ 19,480.77 |
| | | Wages and Compensation | 3/9/2007 | $ 19,480.77 |
| | | Wages and Compensation | 3/13/2007 | $ 13,461.54 |
| | | Wages and Compensation | 3/23/2007 | $ 29,096.16 |
| | | Wages and Compensation | 3/31/2007 | $ 250,000.00 |
| | | Wages and Compensation | 4/6/2007 | $ 9,865.38 |
| | | Wages and Compensation | 4/20/2007 | $ 19,480.77 |
| | | Wages and Compensation | 5/4/2007 | $ 19,480.77 |
| | | Wages and Compensation | 5/18/2007 | $ 19,480.77 |
| | | Wages and Compensation | 6/1/2007 | $ 19,480.77 |
| | | Wages and Compensation | 6/8/2007 | $ 9,730.77 |
| Kevin M Cloyd | 1312 Michelson Drive, 5th Floor Irvine, CA 92612 | Wages and Compensation | 8/11/2006 | $ 12,365.38 |
| | | Wages and Compensation | 8/15/2006 | $ 393,494.00 |
| | | Other Disbursements | 8/15/2006 | $ 11,804.82 |
| | | Wages and Compensation | 8/25/2006 | $ 12,365.38 |
| | | Wages and Compensation | 9/8/2006 | $ 12,365.38 |
| | | Wages and Compensation | 9/22/2006 | $ 12,365.38 |
| | | Wages and Compensation | 10/6/2006 | $ 12,365.38 |
| | | Wages and Compensation | 10/20/2006 | $ 12,365.38 |
| | | Wages and Compensation | 11/3/2006 | $ 12,365.38 |
| | | Wages and Compensation | 11/15/2006 | $ 290,201.00 |
| | | Other Disbursements | 11/15/2006 | $ 8,706.03 |
| | | Wages and Compensation | 11/17/2006 | $ 12,365.38 |
| | | Wages and Compensation | 12/1/2006 | $ 12,365.38 |
| | | Wages and Compensation | 12/15/2006 | $ 12,365.38 |
| | | Wages and Compensation | 12/29/2006 | $ 12,115.38 |
| | | Wages and Compensation | 1/12/2007 | $ 12,365.38 |
| | | Wages and Compensation | 1/26/2007 | $ 12,365.38 |
| | | Wages and Compensation | 1/29/2007 | $ 218,623.20 |
| | | Wages and Compensation | 2/9/2007 | $ 12,365.38 |
| | | Wages and Compensation | 2/23/2007 | $ 168,296.20 |
| | | Wages and Compensation | 3/9/2007 | $ 26,966.51 |
| | | Wages and Compensation | 3/23/2007 | $ 25,057.69 |
| | | Wages and Compensation | 4/6/2007 | $ 8,519.23 |
| | | Wages and Compensation | 4/20/2007 | $ 16,788.46 |
| | | Wages and Compensation | 5/4/2007 | $ 16,788.46 |
| | | Wages and Compensation | 5/18/2007 | $ 16,788.46 |
| | | Wages and Compensation | 5/24/2007 | $ 84,283.94 |
| | | Wages and Compensation | 6/1/2007 | $ 16,788.46 |
| | | Wages and Compensation | 6/15/2007 | $ 16,788.46 |
| | | Wages and Compensation | 6/29/2007 | $ 16,788.46 |
| | | Wages and Compensation | 7/13/2007 | $ 31,788.46 |
| | | Wages and Compensation | 7/27/2007 | $ 31,788.46 |
| Patti M. Dodge | 1312 Michelson Drive, 5th Floor Irvine, CA 92612 | Wages and Compensation | 8/11/2006 | $ 12,365.38 |
| | | Other Disbursements | 8/11/2006 | $ 726.92 |

| Insider Name | Address | Description | Check/Wire Date | Amount |
|---|---|---|---|---|
| | | Wages and Compensation | 8/15/2006 | $ 117,188.00 |
| | | Other Disbursements | 8/15/2006 | $ 3,515.64 |
| | | Wages and Compensation | 8/25/2006 | $ 72,365.38 |
| | | Other Disbursements | 8/25/2006 | $ 726.92 |
| | | Other Disbursements | 8/25/2006 | $ 363.46 |
| | | Wages and Compensation | 8/26/2006 | $ - |
| | | Other Disbursements | 8/26/2006 | $ 1,800.00 |
| | | Wages and Compensation | 9/8/2006 | $ 12,365.38 |
| | | Other Disbursements | 9/8/2006 | $ 726.92 |
| | | Other Disbursements | 9/8/2006 | $ 363.46 |
| | | Wages and Compensation | 9/22/2006 | $ 12,365.38 |
| | | Other Disbursements | 9/22/2006 | $ 726.92 |
| | | Other Disbursements | 9/22/2006 | $ 363.46 |
| | | Wages and Compensation | 10/6/2006 | $ 12,365.38 |
| | | Other Disbursements | 10/6/2006 | $ 726.92 |
| | | Other Disbursements | 10/6/2006 | $ 363.46 |
| | | Wages and Compensation | 10/20/2006 | $ 12,365.38 |
| | | Other Disbursements | 10/20/2006 | $ 726.92 |
| | | Other Disbursements | 10/20/2006 | $ 363.46 |
| | | Wages and Compensation | 11/3/2006 | $ 12,365.38 |
| | | Other Disbursements | 11/3/2006 | $ 726.92 |
| | | Other Disbursements | 11/3/2006 | $ 363.46 |
| | | Wages and Compensation | 11/15/2006 | $ 131,119.00 |
| | | Other Disbursements | 11/15/2006 | $ 3,933.57 |
| | | Wages and Compensation | 11/17/2006 | $ 12,365.38 |
| | | Other Disbursements | 11/17/2006 | $ 726.92 |
| | | Other Disbursements | 11/17/2006 | $ 32,724.88 |
| | | Wages and Compensation | 12/1/2006 | $ 12,365.38 |
| | | Other Disbursements | 12/1/2006 | $ 726.92 |
| | | Other Disbursements | 12/1/2006 | $ 363.46 |
| | | Wages and Compensation | 12/15/2006 | $ 12,365.38 |
| | | Other Disbursements | 12/15/2006 | $ 726.92 |
| | | Other Disbursements | 12/15/2006 | $ 363.46 |
| | | Wages and Compensation | 12/29/2006 | $ 12,115.38 |
| | | Other Disbursements | 12/29/2006 | $ 726.92 |
| | | Other Disbursements | 12/29/2006 | $ 363.46 |
| | | Wages and Compensation | 1/12/2007 | $ 12,365.38 |
| | | Wages and Compensation | 1/26/2007 | $ 12,365.38 |
| | | Wages and Compensation | 1/29/2007 | $ 175,149.90 |
| | | Wages and Compensation | 2/9/2007 | $ 12,365.38 |
| | | Wages and Compensation | 2/23/2007 | $ 69,690.88 |
| | | Wages and Compensation | 3/9/2007 | $ 13,092.30 |
| | | Wages and Compensation | 3/23/2007 | $ 18,423.07 |
| | | Wages and Compensation | 4/6/2007 | $ 6,307.69 |
| | | Wages and Compensation | 4/20/2007 | $ 12,365.38 |
| | | Wages and Compensation | 5/4/2007 | $ 12,365.38 |
| | | Wages and Compensation | 5/18/2007 | $ 12,365.38 |
| | | Wages and Compensation | 6/1/2007 | $ 12,365.38 |
| | | Wages and Compensation | 6/15/2007 | $ 12,365.38 |
| | | Wages and Compensation | 6/29/2007 | $ 20,511.34 |
| Edward F. Gotschall | 1312 Michelson Drive, 5th Floor Irvine, CA 92612 | Wages and Compensation | 8/11/2006 | $ 298,856.00 |
| | | Other Disbursements | 8/11/2006 | $ 1,494.28 |
| | | Wages and Compensation | 1/12/2007 | $ 488,183.58 |
| | | Wages and Compensation | 1/26/2007 | $ 34,870.25 |
| | | Wages and Compensation | 2/9/2007 | $ 34,870.25 |
| | | Wages and Compensation | 3/9/2007 | $ 34,870.25 |
| | | Wages and Compensation | 3/23/2007 | $ 69,740.50 |
| Jennifer R. Jewett | 1312 Michelson Drive, 5th Floor Irvine, CA 92612 | Wages and Compensation | 8/11/2006 | $ 6,568.27 |
| | | Wages and Compensation | 8/15/2006 | $ 34,155.00 |
| | | Wages and Compensation | 8/25/2006 | $ 6,568.27 |
| | | Wages and Compensation | 9/8/2006 | $ 6,568.27 |

| Insider Name | Address | Description | Check/Wire Date | Amount |
|---|---|---|---|---|
| | | Wages and Compensation | 9/22/2006 | $ 6,568.27 |
| | | Wages and Compensation | 10/6/2006 | $ 6,568.27 |
| | | Wages and Compensation | 10/20/2006 | $ 6,568.27 |
| | | Wages and Compensation | 11/3/2006 | $ 6,568.27 |
| | | Wages and Compensation | 11/15/2006 | $ 23,908.50 |
| | | Wages and Compensation | 11/17/2006 | $ 6,568.27 |
| | | Wages and Compensation | 12/1/2006 | $ 6,568.27 |
| | | Wages and Compensation | 12/15/2006 | $ 6,568.27 |
| | | Wages and Compensation | 12/29/2006 | $ 6,568.27 |
| | | Wages and Compensation | 1/12/2007 | $ 6,568.27 |
| | | Wages and Compensation | 1/26/2007 | $ 6,568.27 |
| | | Wages and Compensation | 1/29/2007 | $ 25,709.10 |
| | | Wages and Compensation | 2/9/2007 | $ 6,568.27 |
| | | Wages and Compensation | 2/23/2007 | $ 6,568.27 |
| | | Wages and Compensation | 3/9/2007 | $ 5,689.32 |
| | | Wages and Compensation | 3/23/2007 | $ 5,929.05 |
| | | Wages and Compensation | 4/6/2007 | $ 5,769.23 |
| | | Wages and Compensation | 4/20/2007 | $ 5,769.23 |
| | | Wages and Compensation | 5/4/2007 | $ 5,769.23 |
| | | Wages and Compensation | 5/18/2007 | $ 5,769.23 |
| | | Wages and Compensation | 6/1/2007 | $ 5,769.23 |
| | | Wages and Compensation | 6/15/2007 | $ 5,769.23 |
| | | Wages and Compensation | 6/29/2007 | $ 13,161.06 |
| | | Wages and Compensation | 7/18/2007 | $ 9,280.00 |
| Anthony T. Meola | 1312 Michelson Drive, 5th Floor Irvine, CA 92612 | Wages and Compensation | 8/11/2006 | $ 19,480.77 |
| | | Other Disbursements | 8/11/2006 | $ 288.46 |
| | | Wages and Compensation | 8/15/2006 | $ 209,375.00 |
| | | Other Disbursements | 8/15/2006 | $ 8,793.75 |
| | | Wages and Compensation | 8/25/2006 | $ 19,480.77 |
| | | Other Disbursements | 8/25/2006 | $ 288.46 |
| | | Wages and Compensation | 9/8/2006 | $ 19,480.77 |
| | | Other Disbursements | 9/8/2006 | $ 288.46 |
| | | Wages and Compensation | 9/22/2006 | $ 19,480.77 |
| | | Wages and Compensation | 10/6/2006 | $ 19,480.77 |
| | | Wages and Compensation | 10/20/2006 | $ 19,480.77 |
| | | Wages and Compensation | 11/3/2006 | $ 19,480.77 |
| | | Wages and Compensation | 11/15/2006 | $ 243,750.00 |
| | | Other Disbursements | 11/15/2006 | $ 7,312.50 |
| | | Wages and Compensation | 11/17/2006 | $ 19,480.77 |
| | | Wages and Compensation | 12/1/2006 | $ 19,480.77 |
| | | Wages and Compensation | 12/15/2006 | $ 19,480.77 |
| | | Other Disbursements | 12/15/2006 | $ 288.46 |
| | | Wages and Compensation | 12/29/2006 | $ 19,230.77 |
| | | Wages and Compensation | 1/12/2007 | $ 19,480.77 |
| | | Wages and Compensation | 1/26/2007 | $ 19,480.77 |
| | | Wages and Compensation | 2/9/2007 | $ 19,480.77 |
| | | Wages and Compensation | 2/23/2007 | $ 19,480.77 |
| | | Wages and Compensation | 3/9/2007 | $ 19,480.77 |
| | | Wages and Compensation | 3/23/2007 | $ 29,096.16 |
| | | Wages and Compensation | 4/6/2007 | $ 9,865.38 |
| | | Wages and Compensation | 4/20/2007 | $ 19,480.77 |
| | | Wages and Compensation | 5/4/2007 | $ 19,480.77 |
| | | Wages and Compensation | 5/18/2007 | $ 19,480.77 |
| | | Wages and Compensation | 6/1/2007 | $ 19,480.77 |
| | | Wages and Compensation | 6/15/2007 | $ 19,480.77 |
| | | Wages and Compensation | 6/29/2007 | $ 34,560.09 |
| | | Wages and Compensation | 7/18/2007 | $ 24,747.00 |
| Stergios Theologides | 1312 Michelson Drive, 5th Floor Irvine, CA 92612 | Wages and Compensation | 8/11/2006 | $ 12,115.38 |
| | | Other Disbursements | 8/11/2006 | $ 726.92 |
| | | Other Disbursements | 8/11/2006 | $ 363.46 |
| | | Wages and Compensation | 8/15/2006 | $ 177,188.00 |

| Insider Name | Address | Description | Check/Wire Date | Amount |
|---|---|---|---|---|
| | | Other Disbursements | 8/15/2006 | $ 8,505.02 |
| | | Other Disbursements | 8/15/2006 | $ 9,568.15 |
| | | Wages and Compensation | 8/25/2006 | $ 12,115.38 |
| | | Other Disbursements | 8/25/2006 | $ 726.92 |
| | | Other Disbursements | 8/25/2006 | $ 363.46 |
| | | Wages and Compensation | 9/8/2006 | $ 12,115.38 |
| | | Other Disbursements | 9/8/2006 | $ 726.92 |
| | | Other Disbursements | 9/8/2006 | $ 363.46 |
| | | Wages and Compensation | 9/22/2006 | $ 12,115.38 |
| | | Other Disbursements | 9/22/2006 | $ 726.92 |
| | | Other Disbursements | 9/22/2006 | $ 363.46 |
| | | Wages and Compensation | 10/6/2006 | $ 12,115.38 |
| | | Other Disbursements | 10/6/2006 | $ 726.92 |
| | | Other Disbursements | 10/6/2006 | $ 363.46 |
| | | Wages and Compensation | 10/20/2006 | $ 12,115.38 |
| | | Other Disbursements | 10/20/2006 | $ 726.92 |
| | | Other Disbursements | 10/20/2006 | $ 363.46 |
| | | Wages and Compensation | 11/3/2006 | $ 12,115.38 |
| | | Other Disbursements | 11/3/2006 | $ 726.92 |
| | | Other Disbursements | 11/3/2006 | $ 363.46 |
| | | Wages and Compensation | 11/15/2006 | $ 131,119.00 |
| | | Other Disbursements | 11/15/2006 | $ 6,293.71 |
| | | Other Disbursements | 11/15/2006 | $ 7,080.42 |
| | | Wages and Compensation | 11/17/2006 | $ 12,115.38 |
| | | Other Disbursements | 11/17/2006 | $ 726.92 |
| | | Other Disbursements | 11/17/2006 | $ 363.46 |
| | | Wages and Compensation | 12/1/2006 | $ 12,115.38 |
| | | Other Disbursements | 12/1/2006 | $ 726.92 |
| | | Other Disbursements | 12/1/2006 | $ 363.46 |
| | | Wages and Compensation | 12/15/2006 | $ 12,115.38 |
| | | Other Disbursements | 12/15/2006 | $ 726.92 |
| | | Other Disbursements | 12/15/2006 | $ 363.46 |
| | | Wages and Compensation | 12/29/2006 | $ 12,115.38 |
| | | Other Disbursements | 12/29/2006 | $ 726.92 |
| | | Other Disbursements | 12/29/2006 | $ 363.46 |
| | | Wages and Compensation | 1/12/2007 | $ 12,115.38 |
| | | Wages and Compensation | 1/26/2007 | $ 12,115.38 |
| | | Wages and Compensation | 1/29/2007 | $ 175,838.60 |
| | | Wages and Compensation | 2/9/2007 | $ 12,115.38 |
| | | Wages and Compensation | 2/23/2007 | $ 75,465.73 |
| | | Wages and Compensation | 3/9/2007 | $ 12,842.30 |
| | | Wages and Compensation | 3/23/2007 | $ 18,173.05 |
| | | Wages and Compensation | 4/6/2007 | $ 6,057.69 |
| | | Wages and Compensation | 4/20/2007 | $ 12,115.38 |
| | | Wages and Compensation | 5/4/2007 | $ 12,115.38 |
| | | Wages and Compensation | 5/18/2007 | $ 12,115.38 |
| | | Wages and Compensation | 6/1/2007 | $ 12,115.38 |
| | | Wages and Compensation | 6/15/2007 | $ 12,115.38 |
| | | Wages and Compensation | 6/29/2007 | $ 12,115.38 |
| | | Wages and Compensation | 7/13/2007 | $ 12,115.38 |
| | | Wages and Compensation | 7/18/2007 | $ 24,747.00 |
| | | Wages and Compensation | 7/27/2007 | $ 12,115.38 |
| Joseph J. Tortorelli | 1312 Michelson Drive, 5th Floor Irvine, CA 92612 | Wages and Compensation | 8/11/2006 | $ 4,378.85 |
| | | Other Disbursements | 8/11/2006 | $ 262.73 |
| | | Other Disbursements | 8/11/2006 | $ 254.84 |
| | | Wages and Compensation | 8/15/2006 | $ 14,231.25 |
| | | Other Disbursements | 8/15/2006 | $ 853.88 |
| | | Other Disbursements | 8/15/2006 | $ 828.26 |
| | | Wages and Compensation | 8/25/2006 | $ 4,378.85 |
| | | Other Disbursements | 8/25/2006 | $ 262.73 |
| | | Other Disbursements | 8/25/2006 | $ 254.84 |
| | | Wages and Compensation | 9/8/2006 | $ 4,378.85 |

| Insider Name | Address | Description | Check/Wire Date | Amount |
|---|---|---|---|---|
| | | Other Disbursements | 9/8/2006 | $ 262.73 |
| | | Other Disbursements | 9/8/2006 | $ 254.84 |
| | | Wages and Compensation | 9/22/2006 | $ 4,378.85 |
| | | Other Disbursements | 9/22/2006 | $ 262.73 |
| | | Other Disbursements | 9/22/2006 | $ 254.84 |
| | | Wages and Compensation | 10/6/2006 | $ 4,378.85 |
| | | Other Disbursements | 10/6/2006 | $ 262.73 |
| | | Other Disbursements | 10/6/2006 | $ 254.84 |
| | | Wages and Compensation | 10/20/2006 | $ 4,378.85 |
| | | Other Disbursements | 10/20/2006 | $ 262.73 |
| | | Other Disbursements | 10/20/2006 | $ 254.84 |
| | | Wages and Compensation | 11/3/2006 | $ 4,378.85 |
| | | Other Disbursements | 11/3/2006 | $ 262.73 |
| | | Other Disbursements | 11/3/2006 | $ 254.84 |
| | | Wages and Compensation | 11/15/2006 | $ 9,961.88 |
| | | Other Disbursements | 11/15/2006 | $ 466.34 |
| | | Other Disbursements | 11/15/2006 | $ 518.03 |
| | | Wages and Compensation | 11/17/2006 | $ 4,378.85 |
| | | Other Disbursements | 11/17/2006 | $ 262.73 |
| | | Other Disbursements | 11/17/2006 | $ 254.84 |
| | | Wages and Compensation | 12/1/2006 | $ 4,378.85 |
| | | Other Disbursements | 12/1/2006 | $ 262.73 |
| | | Other Disbursements | 12/1/2006 | $ 254.84 |
| | | Wages and Compensation | 12/15/2006 | $ 4,378.85 |
| | | Other Disbursements | 12/15/2006 | $ 262.73 |
| | | Other Disbursements | 12/15/2006 | $ 254.84 |
| | | Wages and Compensation | 12/29/2006 | $ 4,378.85 |
| | | Other Disbursements | 12/29/2006 | $ 262.73 |
| | | Other Disbursements | 12/29/2006 | $ 254.84 |
| | | Wages and Compensation | 1/12/2007 | $ 4,378.85 |
| | | Wages and Compensation | 1/26/2007 | $ 4,378.85 |
| | | Wages and Compensation | 1/29/2007 | $ 5,836.20 |
| | | Wages and Compensation | 2/9/2007 | $ 4,378.85 |
| | | Wages and Compensation | 2/22/2007 | $ 7,500.00 |
| | | Wages and Compensation | 2/23/2007 | $ 4,457.67 |
| | | Wages and Compensation | 3/9/2007 | $ 6,558.14 |
| | | Wages and Compensation | 3/23/2007 | $ 4,378.85 |
| | | Wages and Compensation | 4/6/2007 | $ 4,378.85 |
| | | Wages and Compensation | 4/20/2007 | $ 4,378.85 |
| | | Wages and Compensation | 5/4/2007 | $ 4,378.85 |
| | | Wages and Compensation | 5/18/2007 | $ 4,378.85 |
| | | Wages and Compensation | 6/1/2007 | $ 4,378.85 |
| | | Wages and Compensation | 6/15/2007 | $ 4,378.85 |
| | | Wages and Compensation | 6/29/2007 | $ 4,378.85 |
| | | Wages and Compensation | 7/13/2007 | $ 4,378.85 |
| | | Wages and Compensation | 7/18/2007 | $ 7,044.00 |
| | | Wages and Compensation | 7/27/2007 | $ 5,384.62 |
| David C Fleig | 1312 Michelson Drive, 5th Floor Irvine, CA 92612 | Wages and Compensation | 2/15/2006 | $ 13,229.17 |
| | | Wages and Compensation | 2/28/2006 | $ 13,229.17 |
| | | Wages and Compensation | 3/15/2006 | $ 13,229.17 |
| | | Wages and Compensation | 3/31/2006 | $ 13,229.17 |
| | | Wages and Compensation | 4/14/2006 | $ 14,479.17 |
| | | Wages and Compensation | 4/28/2006 | $ 13,479.17 |
| | | Other Distribution | 4/28/2006 | $ 661.46 |
| | | Wages and Compensation | 5/15/2006 | $ 13,479.17 |
| | | Other Distribution | 5/15/2006 | $ 330.73 |
| | | Wages and Compensation | 5/31/2006 | $ 13,479.17 |
| | | Other Distribution | 5/31/2006 | $ 330.73 |
| | | Wages and Compensation | 6/15/2006 | $ 13,479.17 |
| | | Other Distribution | 6/15/2006 | $ 330.73 |
| | | Wages and Compensation | 6/30/2006 | $ 13,479.17 |
| | | Other Distribution | 6/30/2006 | $ 330.73 |

In Re: New Century Warehouse Corporation                                                                                               Case No: 07-11043

| Insider Name | Address | Description | Check/Wire Date | Amount |
|---|---|---|---|---|
| | | Wages and Compensation | 7/14/2006 | $ 6,355.79 |
| | | Other Distribution | 7/14/2006 | $ 152.64 |
| | | Wages and Compensation | 7/28/2006 | $ 10,019.28 |
| | | Other Distribution | 7/28/2006 | $ 244.23 |
| | | Wages and Compensation | 8/11/2006 | $ 22,841.34 |
| | | Other Distribution | 8/11/2006 | $ 259.50 |
| | | Wages and Compensation | 8/25/2006 | $ 16,735.54 |
| | | Other Distribution | 8/25/2006 | $ 412.14 |
| | | Wages and Compensation | 9/8/2006 | $ 12,461.54 |
| | | Other Distribution | 9/8/2006 | $ 305.29 |
| | | Wages and Compensation | 9/22/2006 | $ 12,461.54 |
| | | Other Distribution | 9/22/2006 | $ 305.29 |
| | | Wages and Compensation | 10/6/2006 | $ 12,461.54 |
| | | Other Distribution | 10/6/2006 | $ 305.29 |
| | | Wages and Compensation | 10/20/2006 | $ 12,461.54 |
| | | Other Distribution | 10/20/2006 | $ 305.29 |
| | | Wages and Compensation | 11/3/2006 | $ 12,461.54 |
| | | Other Distribution | 11/3/2006 | $ 305.29 |
| | | Wages and Compensation | 11/17/2006 | $ 12,461.54 |
| | | Other Distribution | 11/17/2006 | $ 305.29 |
| | | Wages and Compensation | 12/1/2006 | $ 12,461.54 |
| | | Other Distribution | 12/1/2006 | $ 305.29 |
| | | Wages and Compensation | 12/15/2006 | $ 2,442.26 |
| | | Other Distribution | 12/15/2006 | $ 61.06 |
| | | Wages and Compensation | 12/29/2006 | $ 12,211.54 |
| | | Other Distribution | 12/29/2006 | $ 366.34 |
| | | Wages and Compensation | 1/12/2007 | $ 12,461.54 |
| | | Other Distribution | 1/12/2007 | $ 366.34 |
| | | Wages and Compensation | 1/26/2007 | $ 12,461.54 |
| | | Other Distribution | 1/26/2007 | $ 366.34 |
| | | Wages and Compensation | 1/29/2007 | $ 75,139.30 |
| | | Wages and Compensation | 2/9/2007 | $ 12,461.54 |
| | | Other Distribution | 2/9/2007 | $ 366.34 |
| | | Wages and Compensation | 2/22/2007 | $ 145,325.00 |
| | | Other Distribution | 2/22/2007 | $ 4,359.75 |
| | | Wages and Compensation | 2/23/2007 | $ 12,461.54 |
| | | Other Distribution | 2/23/2007 | $ 366.34 |
| | | Wages and Compensation | 3/9/2007 | $ 12,461.54 |
| | | Other Distribution | 3/9/2007 | $ 366.34 |
| | | Wages and Compensation | 3/23/2007 | $ 18,567.31 |
| | | Other Distribution | 3/23/2007 | $ 244.23 |
| | | Wages and Compensation | 4/6/2007 | $ 6,355.77 |
| | | Other Distribution | 4/6/2007 | $ 152.64 |
| | | Wages and Compensation | 4/20/2007 | $ 12,461.54 |
| | | Other Distribution | 4/20/2007 | $ 305.29 |

In re: New Century Warehouse Corporation      Case No. 07-11043
       Debtor

## Declaration Under Penalty of Perjury
## On Behalf of a Corporation or Partnership

I, Jamie Lisac, Chief Financial Officer of New Century Warehouse Corporation, named as the debtor in this case, declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date:   March 3, 2008            */s/ Jamie Lisac*
                                                    Jamie Lisac
                                                    Chief Financial Officer

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. (18 USC sec. 152 and 3571)*