# EXHIBIT C

RLF1-3243068-3

EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware | : | |
| corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | |

ORDER GRANTING DEBTORS' MOTION TO (I) APPROVE
REVISED SETTLEMENT AGREEMENT WITH THE BONNER CLAIMANTS
AND (II) GRANT LIMITED RELIEF FROM THE AUTOMATIC STAY

This matter coming before the Court on the Debtors' Motion To (I) Approve Revised Settlement Agreement With The Bonner Claimants And (II) Grant Limited Relief From the Automatic Stay (the "Motion");[2] the Court having reviewed the Motion; the Court finding that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; the matter being a core proceeding

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] All capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Motion.

RLF1-3243291-1

in accordance with 28 U.S.C. § 157(b); the Court having concluded that due notice of the Motion has been given and no other or further notice need be given; that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; that such relief is in the best interests of the Debtors and their estates; and after due deliberation,

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Revised Settlement Agreement, in substantially the same form as that attached as Exhibit A, but with a reduction in the settlement amount from $300,000 to $150,000, is approved.

3. The automatic stay is modified solely in order to allow the Parties to comply with the class action settlement procedures set out in Federal Rule 23 and to obtain the approval of the Revised Settlement Agreement in the District Court for the Northern District of Indiana.

4. The Debtors and their officers, employees and agents are authorized to take or refrain from taking such acts as are necessary and appropriate to implement the relief granted herein.

5. This Court shall retain jurisdiction to interpret and enforce this Order and the Settlement Agreement it approves.

Dated:   March ___, 2008
      Wilmington, Delaware    THE HONORABLE KEVIN J. CAREY
                                        UNITED STATES BANKRUPTCY JUDGE