# EXHIBIT C

# BROKER PRICE OPINION

Drive by:

| 1st Loan# | 1010495902 | Address: | 4719 Brooklawn Drive | | | Order Date: | 8/3/2007 |
|---|---|---|---|---|---|---|---|
| 2nd Loan# | | City: | Houston | | | Order #: | CCM8-3 10.45 |
| Borrower: | Unknown | State: | TX | Zip: | 77066 | Ordered By: | Hwei Waters |

## Subject Property

| Property Type | Cond | Sq Ft | Bsmt Sq Ft | Bsmt %Fin | Bed | Bath | Gar | Lot | Age | DOM | Current List $ | Last Sale $ | Sale Date | Occupied Y/N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Single Family | Avg | 1953 | 0 | 0 | 3 | 2.1 | 2 | 7360 | 23 | 0 | | | NA | N |

Subject: 2 Sty/Traditional brick and wood on a slab.

## Comparable Sales

| Address | Cond | Sq Ft | Bsmt Sq Ft | Bsmt %Fin | Bed | Bath | Gar | Lot | Age | DOM | List $ | Sale $ | Sale Date | Distance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11818 Bremen Dr | Fair | 1933 | 0 | 0 | 4 | 2.1 | 2 | 8400 | 25 | 118 | $95,900 | $92,000 | 03/21/2007 | 2blks |
| 11910 Marburg Dr | Fair | 2808 | 0 | 0 | 5 | 1.1 | 2 | 6600 | 23 | 100 | $110,000 | $110,000 | 06/20/2007 | 4blks |
| 12226 Drifting Pine | Good | 1784 | 0 | 0 | 3 | 2 | 2 | 9098 | 16 | 69 | $117,900 | $117,900 | 04/17/2007 | 5blks |

Comp 1: Conv. sale. Foreclosure, Comparable in size, inferior condition
Comp 2: Conv sale. Seller paid $2200 in CC. Foreclosure Larger house, inferior condition.
Comp 3: Conv. sale. Seller paid $3537 in CC. Slightly smaller house, totally remodeled

## Comparable Listings

| Address | Cond | Sq Ft | Bsmt Sq Ft | Bsmt %Fin | Bed | Bath | Gar | Lot | Age | DOM | Orig List $ | Current List $ | List Date | Distance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5119 Kleindale | Avg- | 2328 | 0 | 0 | 3 | 2.1 | 2 | 0 | 23 | 71 | $94,950 | $94,950 | 05/04/2007 | 1blk |
| 4711 Innsbruk Dr | Avg- | 2027 | 0 | 0 | 4 | 2 | 2 | 0 | 18 | 165 | $109,000 | $109,000 | 01/23/2007 | 5blks |
| 5034 Brooklawn Dr | Avg | 1803 | 0 | 0 | 3 | 2 | 2 | 0 | 24 | 61 | $94,900 | $94,900 | 05/30/2007 | 3blks |

Comp 1: Larger house, needing paint, carpet and a fence.
Comp 2: Foreclosure, comparable size, inferior condition.
Comp 3: Foreclosure, Slightly smaller, inferior condition.

## Market Conditions

| Average DOM: | 45 |
|---|---|
| Neighborhood Values | Increasing    X Decreasing    Stable |
| Local Economy | Strong    X Depressed    Stable |
| Housing Supply | Shortage    Surplus    X In Balance |
| Competing New Construction | Yes    X No |
| Market Comment | See note below |

## Subject Marketability

| Neighborhood Density: | Rural    X Suburban    Urban |
|---|---|
| Describe subject neighborhood | Located close to schools, shopping and freeways |
| Overall Condition compared to neighborhood | Comparable to others in the neighborhood |
| Positive features | Size |
| Negative features | None Noted |
| Exterior repairs/clean-up needed | None |
| Est. Repair Cost $ | $0    HOA Dues $ $375 Annually |

## Estimated Value

| 60-90 day sale | List | Sell |
|---|---|---|
| As Is Value | $112,900 | $110,000 |
| Repaired Value | $112,900 | $110,000 |

| General Comments | Market is slowing and prices are decreasing due to the increased number of foreclosures coming on the market each month and the collapse of so many lenders | | |
|---|---|---|---|

## Agent Information

| Prepared By | Office | Phone | Inspection Date |
|---|---|---|---|
| Becky Spoto | 281-890-2929 | 281-890-2929 | 8/7/2007 |

## SUBJECT PHOTOS

Loan #: 1010495902    2nd Loan #: CCM8-3 10.45
Address: 4719 Brooklawn Drive



Front View

Side View

Street View

Goodman Dean Corporate Real Estate Services
4281 Katella Ave, Suite 131, Los Alamitos, CA 90720 · 714 229-8999 · Fax 714 229-9143 · E-Mail: bpo@goodmandean.com

## SUBJECT PHOTOS

Loan #: 1010495902    2nd Loan #: CCM8-3 10.45

Address: 4719 Brooklawn Drive



Address Validation

Goodman Dean Corporate Real Estate Services
4281 Katella Ave, Suite 131, Los Alamitos, CA 90720 · 714 229-8999 · Fax 714 229-9143 · E-Mail bpo@goodmandean.com

## SOLD COMP PHOTOS

Loan #: 1010495902    2nd Loan #: CCM8-3 10.45
Address: 4719 Brooklawn Drive

| Photo | |
|---|---|
| | Comp Sale #1 |
| | Comp Sale #2 |
| | Comp Sale #3 |

Goodman Dean Corporate Real Estate Services
4281 Katella Ave, Suite 131, Los Alamitos, CA 90720 · 714 229-8999 · Fax 714 229-9143 · E-Mail: bpo@goodmandean.com

