FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE     2008 MAR -4  AM 9: 00

|  |  |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**RESPONSE TO DEBTOR'S FOURTEENTH OMNIBUS OBJETION:
SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. §§502, 503, 506 AND
507, BANKRUPTCY RULES 3007 AND 9014, AND LOCAL RULE 3007-1 TO
CERTAIN (A) BOOKS AND RECORDS CLAIMS: REGARDING THE CLAIM
OF ALEXANER DAVIS - PROOF OF CLAIM # 2295**

A.   **Alexander Davis - Proof of Claim Number 2295**

1.   At the time the Debtor, New Century TRS Holdings, Inc.[1], filed for Chapter 11 Bankruptcy protection, the Claimant, Alexander Davis, was in the course of litigation regarding an issue of a fraudulently issued mortgage.

2.   The Debtor states in their objection that the Claimant's claim can't be reconciled with their Books and Records under Schedule A and that the claim is unenforceable under any applicable law.

3.   Alexander Davis's claim was and is still being litigated with respect to the Debtor. As a result of the Bankruptcy filing the underlying litigation pending in the State Supreme Court of Queens County was stayed.

4.   Mr. Davis alleges that New Century Mortgage Corporation fraudulently issued a mortgage to his ex-wife, Ms. Yolanda Brown, regarding the refinancing of a piece of investment property that both Mr. Davis and his ex-wife owned together.  It is also

---

[1] The Claimant's underlying cause of action is with New Century Mortgage Corporation. A copy of the Summons and Complaint was sent to Ms. Diane Denney of New Century Mortgage Corporation on November 19, 2007.

alleged that New Century Mortgage Corporation failed to properly search any property records for the rightful owners of the property prior to issuing the mortgage to Ms. Brown.

5.  On or about December 8, 2004 New Century Mortgage Corporation issued a mortgage to Ms. Yolanda Brown in the amount of $240,000.00. Said Mortgage was then filed and recorded under CRFN number 2005000002563. A copy of the Mortgage Agreement is annexed hereto as Exhibit "A."

6.  The issue that was being litigated at the time New Century Mortgage Corporation filed for bankruptcy protection was whether or not New Century Mortgage Corporation was aware that the deed showing sole ownership of the property as resting with Yolanda Brown was drafted fraudulently and then submitted by Ms. Brown. A copy of the fraudulently drafted deed showing sole ownership resting with Ms. Brown is annexed hereto as Exhibit "B."

7.  The claim should not be disallowed due to the fact that there is also an issue as to whether New Century Mortgage Corporation conducted any property searches to determine the rightful owners of the property prior to giving Ms. Brown a mortgage. There also exists a question regarding New Century Mortgage Corporation's knowledge of the fraudulently signed deed.

8.      As the underlying litigation was ultimately stayed as a result of this Bankruptcy filing and the issues relating to New Century Mortgage Corporation's ultimate liability have not yet been resolved, the claim for Alexander Davis should not be dismissed as the Debtor's ultimate liability is still pending.

Dated: New York, New York
       February 29, 2008

Respectfully submitted,

Melvyn J. Estrin
Estrin, Benn & Lane LLC
Attorneys for Claimant Alexander Davis
225 Broadway, Suite 1200
New York, New York 10007
(212) 962-0800

To:    United States Bankruptcy Court for the District of Delaware
       824 Market Street
       Wilmington, Delaware 19801

       Mark Collins
       Richards, Layton & Finger, P.A.
       One Rodney Square
       920 North King Street
       Wilmington, DE 19801

       Susan S. Uhland
       O'Melveny & Myers, LLP
       275 Battery Street
       San Francisco, CA 94111