11/30/2004  17:02 FAX                                                                    ☑ 018/021
                                                                            33-11547

Standard N.Y.B.T.U. Form 8002 - Bargain and Sale Deed, with Covenant against Grantor's Acts – Uniform Acknowledgment
**Form 3290**

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

**THIS INDENTURE,** made the 8th day of December, 2004

**BETWEEN:**

ALEXANDER DAVIS and YOLANDA BROWN, his wife, residing at 13-67 McBride Street, Far Rockaway, NY 11691, party of the first part, and

YOLANDA BROWN, residing at 13-67 McBride Street, Far Rockaway, NY 11691, party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough and County of Queens, City and State of New York, more particularly set forth on the attached Schedule A description.

**Premises known as 13-67 McBride Street, Far Rockaway, NY 11691**

**Being** the same premises conveyed by and described in deed recorded June 25, 1999 in Reel 5290, cp 995.

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" when ever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

_____
ALEXANDER DAVIS

_____
YOLANDA BROWN

Standard N.Y.B.T.U. Form 8002 - Bargain and Sale Deed, with Covenant against Grantor's Acts – Uniform Acknowledgment
**Form 3290**

11/30/2004 17:02 FAX                                                                    ☒013/021

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE IN NEW YORK STATE**

State of New York, County of Queens          ss:          State of            , County of            ss:

On the 8 day of Dec          in the year 2004          On the       day of       in the year 2004
Before me, the undersigned, personally appeared          Before me, the undersigned, personally appeared
ALEXANDER DAVIS          YOLANDA BROWN
Personally known to me or proved to me on the basis of          Personally known to me or proved to me on the basis of
satisfactory evidence to be the individual(s) whose name(s) is (are)          satisfactory evidence to be the individual(s) whose name(s) is (are)
subscribed to the within Instrument and acknowledged to me that          subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their capacity(ies), and          he/she/they executed the same in his/her/their capacity(ies), and
that by his/her/their signature(s) on the instrument, the          that by his/her/their signature(s) on the instrument, the
individual(s), or the person upon behalf of which the individual(s)          individual(s), or the person upon behalf of which the individual(s)
acted, executed the instrument.          acted, executed the instrument.

_____          _____
(signature and office of individual taking acknowledgment)          (signature and office of individual taking acknowledgment)
SHELDON K. LEASE
Notary Public State Of New York
No. 01LE6036117
Qualified In Suffolk County
Commission Expires Jan. 18 20__

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE OUTSIDE NEW YORK STATE**

State (or District of Columbia, Territory, or Foreign Country) of                                      ss:

On the            day of            in the year            before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are)
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that
by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed
the instrument, and that such individual made such appearance before the undersigned in the

_____ in _____
(insert the City or other political subdivision)          (and insert the State or Country or other place the acknowledgment was taken)

_____
(signature and office of individual taking acknowledgment)

**BARGAIN AND SALE DEED**
WITH COVENANT AGAINST GRANTOR'S ACTS

Title No. 33-11547

DAVIS & BROWN
to
BROWN

BLOCK          15663
LOT              86
COUNTY    QUEENS
ADDRESS  13-67 McBRIDE STREET
              FAR ROCKAWAY, NY

Recorded at Request of
UNITED GENERAL TITLE INSURANCE COMPANY

RETURN BY MAIL TO:

Yolanda Brown
13-67 McBride Street
Far Rockaway, NY 11691

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS
Distributed by
**Commonwealth**
A LANDAMERICA COMPANY
COMMONWEALTH LAND TITLE INSURANCE COMPANY

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE