# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **NEW CENTURY TRS HOLDINGS, INC.** | § | |
| | § | Case No. 07-10416-KJC-11 |
| | § | |
| | § | |
| Debtor. | § | CHAPTER 11 |
| | § | JOINTLY ADMINISTERED |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Now comes LEWISVILLE INDEPENDENT SCHOOL DISTRICT, herein referred to as "LISD," and hereby withdraws its Proof of Claim, filed August 7, 2007, in the amount of $734.95, and listed as Claim No. 1591 in Debtor's claims register.

Respectfully submitted,

LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, Texas 75205
(214) 521-8000
(214) 521-1738 FACSIMILE
sheehan@txschoollaw.com


By: /s/ Andrea Sheehan
    Andrea Sheehan
    Texas State Bar No. 24002935

Attorney for LEWISVILLE INDEPENDENT SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim was served upon the parties listed below at the designated addresses, via electronic mail or first class U.S. mail this 5th day of March, 2008.

/s/ Andrea Sheehan
ANDREA SHEEHAN

Christopher M. Samis
Richards Layton & Finger, PA
920 North King St.
P.O. Box 551
Wilmington, DE 19899

United States Trustee
844 Kin Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035