IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket Nos. 1879, 2100, 3752 and 3918 |

**CERTIFICATION OF COUNSEL RE: ORDER APPROVING THIRD STIPULATION BY AND AMONG CERTAIN CURRENT AND FORMER DIRECTORS AND OFFICERS OF DEBTORS, THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT ANY SUCH RELIEF IS REQUIRED, TO ENFORCE INSURANCE POLICY IN FAVOR OF INSURED PERSONS**

The undersigned respectfully certifies as follows:

On July 10, 2007, the above-captioned debtors and debtors in possession (collectively, "Debtors") filed a motion [Docket No. 1879] (the "Motion") requesting that the Court approve a stipulation (the "First Stipulation") granting relief from the automatic stay, to the extent necessary, to allow certain Insured Persons'[2] to enforce their rights and/or receive payments of proceeds under the Debtors' primary directors, officers and corporate liability insurance policy up to $5 million on account of past, present and future Defense Costs incurred

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Unless otherwise defined herein, capitalized terms have the meanings given to them in the First, Second and Third Stipulations.

in connection with the D&O Actions and Any Other Actions. The Court entered an order approving the First Stipulation on July 31, 2007 [Docket No. 2100].

On November 8, 2007, the Debtors, the Insured Persons and the Official Committee of Unsecured Creditors entered into the *Second Stipulation by and Among Certain Current and Former Directors and Officers of Debtors, the Debtors and the Official Committee of Unsecured Creditors for an Order Granting Relief from the Automatic Stay, to the Extent any Such Relief is Required, to Enforce Insurance Policy in Favor of Insured Persons* [Docket No. 3752] (the "Second Stipulation"). The Second Stipulation contained substantially the same terms as the First Stipulation, except that it allows the Insured Persons to enforce their rights and/or receive proceeds up to $10 million (increasing what was a limit of $5 million under the First Stipulation) in the aggregate for all Insured Persons combined under the Primary Policy for past, present and future Defense Costs incurred or to be incurred by any Insured Person in connection with the D&O Actions or Any Other Actions. The Court entered an order approving the Second Stipulation on November 20, 2007 [Docket No. 3918].

On February 25, 2008, the Debtors, entered into the *Third Stipulation by and Among Certain Current and Former Directors and Officers of Debtors, the Debtors and the Official Committee of Unsecured Creditors for an Order Granting Relief from the Automatic Stay, to the Extent any Such Relief is Required, to Enforce Insurance Policy in Favor of Insured Persons* (the "Third Stipulation"). A proposed form of order approving the Third Stipulation is attached hereto as <u>Exhibit 1</u> (the "Order"). The Third Stipulation seeks to address issues with respect to the Insured Persons' Recovery Rights under all of the remaining Insurance Policies.

WHEREFORE, the Debtors respectfully request that the Court enter the proposed Order attached hereto at <u>Exhibit 1</u> at the Court's earliest convenience.

Dated: March 6, 2008
       Wilmington, Delaware

Respectfully submitted,

*/s/ Mark M. Collins/*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION