IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**ORIGINAL**

In re:

NEW CENTURY TRS HOLDINGS,
INC., a Delaware corporation, et al.,[1]

Debtors.

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

## ORDER PURSUANT TO DEBTORS' MOTION PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019(a) APPROVING A SETTLEMENT BETWEEN THE DEBTORS, POSITIVE SOFTWARE SOLUTIONS, INC. AND EDWARD MANDEL AND GRANTING RELATED RELIEF

This matter coming before the Court on the *Debtors' Motion to Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a) Approving a Settlement Between the Debtors, Positive Software Solutions, Inc. and Edward Mandel and Granting Related Relief* (the "Motion"); the Court having reviewed the Motion; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was adequate under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

1. The Motion is GRANTED.

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

3. The Debtors shall be, and hereby are, authorized to enter into the Settlement Agreement, and take all actions reasonably necessary to effectuate its terms and conditions.

4. This Court's August 15, 2007 order [Docket No. 2265] shall be vacated to the extent that it holds that PSSI violated the automatic stay and may be sanctioned. The vacatur will be automatic, without further order of this Court, upon this Order becoming final and non-appealable.

5. Adversary Proc. 07-51724 (KJC) shall be dismissed, without further order of this Court, upon this Order becoming final and non-appealable.

6. The following motions shall be deemed withdrawn, without further order of this Court, upon this Order becoming final and non-appealable:

   a. The *Debtors' Motion for Additional Sanctions Against Positive Software Solutions, Inc. for Further Violation of the Automatic Stay* [Docket No. 2566];

   b. The *Debtors' Supplement to "Motion for Additional Sanctions Against Positive Software Solutions, Inc. for Further Violation of the Automatic Stay"* [Docket No. 3252];

   c. The *Motion of Positive Software Solutions, Inc., and Edward Mandel for an Order Granting Relief from the Automatic Stay* [Docket No. 3320]; and

   d. The *Second Motion of Positive Software Solutions, Inc. For Relief from the Stay Regarding Copyright Infringement Litigation* [Docket No. 4354].

7. The automatic stay is modified and lifted in <u>Positive Software Solutions, Inc. v. New Century Mortgage Corp., et al.</u>, No. 303-CV-0257-N, United States District Court for the Northern District of Texas, solely to allow (a) the parties to jointly move to dismiss the case against the Debtors; (b) the parties to request a modification of the protective orders imposed in that case; and (c) Positive Software to proceed in that case other than against the Debtors.

8. This Order shall be effective and enforceable immediately upon entry.

9. This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.

Dated: March 5, 2008
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

RLF1-3257567-1