# EXHIBIT A

RLF1-3259526-1

12th Omnibus Objection

# Exhibit A
## Amended Claims - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| AT&T Corp<br>15100 FAA Blvd<br>Fort Worth, TX 76155 | 07-10416 | 1313 | 07-10416 | 3683 | $0.00 | $0.00 | $0.00 | $1,259,077.90 | $1,259,077.90 | $0.00 | $0.00 | $0.00 | $1,269,906.56 | $1,269,906.56 |
| Bonnie Viola Hughes<br>PO Box 1475<br>Helendale, CA 92342 | 07-10421 | 120 | 07-10421 | 855 | $0.00 | $0.00 | $25,855.00 | $0.00 | $25,855.00 | $0.00 | $0.00 | $10,950.00 | $6,457.00 | $17,407.00 |
| Koll Center Irvine Number Two LLC<br>110 Newport Center Dr Ste 100<br>Newport Beach, CA 92660 | 07-10419 | 2365 | 07-10419 | 3641 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,189,216.55 | $1,189,216.55 |
| PromoShop Inc<br>18075 Ventura Blvd Ste 117<br>Encino, CA 91316 | 07-10416 | 625 | 07-10416 | 2138 | $0.00 | $0.00 | $0.00 | $128,266.95 | $128,266.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PromoShop Inc<br>18075 Ventura Blvd Ste 117<br>Encino, CA 91316 | 07-10419 | 618 | 07-10419 | 2122 | $0.00 | $0.00 | $0.00 | $128,266.95 | $128,266.95 | $0.00 | $0.00 | $0.00 | $279,091.00 | $279,091.00 |
| Sungard Availability Services LP<br>680 E Swedesford Rd<br>Wayne, PA 19087 | 07-10416 | 3510 | 07-10416 | 3511 | $0.00 | $54,628.00 | $0.00 | $614.00 | $55,242.00 | $0.00 | $0.00 | $0.00 | $1,171,453.00 | $1,171,453.00 |
| Claims To Be Expunged Totals | | | | 6 | $0.00 | $54,628.00 | $25,855.00 | $1,516,224.90 | $1,596,707.90 | $0.00 | $0.00 | $10,950.00 | $3,916,144.11 | $3,927,094.11 |