## EXHIBIT B

12th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit B
## Claims with No Supporting Documentation - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Russell C Barrett<br>2563 Alderwood Dr<br>Newport Beach, CA 92660 | 07-10416 | 1015 | $0.00 | $0.00 | $12,500.00 | $99,720.00 | $112,220.00 |
| Comments: No Supporting Documentation | | | | | | | |
| Scott Alan Mcdonald<br>8927 Cimabar Court<br>Sparks, NV 89436 | 07-10416 | 1023 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 |
| Comments: No Supporting Documentation | | | | | | | |
| Claims To Be Expunged Totals | | 2 | $0.00 | $0.00 | $13,500.00 | $99,720.00 | $113,220.00 |