# EXHIBIT C

12th Omnibus Objection

## Exhibit C
## Duplicate Claims - Ordered

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Fidelity National Data Services<br>Baker Hostetler LLP 1050 Connecticut Ave<br>NW Ste 1100<br>Washington, DC 20036 | 07-10416 | 2301 | 07-10419 | 2890 | $0.00 | $0.00 | $0.00 | $22,259.00 | $22,259.00 | $0.00 | $0.00 | $0.00 | $22,259.00 | $22,259.00 |
| Hawaiian Ins & Guar Co<br>Cadxahcih Vesta Ins Group PO Box 1350<br>Honolulu, HI 96807-1350 | 07-10425 | 2233 | 07-10419 | 2212 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co<br>Cadxahcih Vesta Ins Group PO Box 1350<br>Honolulu, HI 96807-1350 | 07-10423 | 2231 | 07-10425 | 2209 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co<br>PO Box 1350<br>Honolulu, HI 96807-1350 | 07-10416 | 2227 | 07-10416 | 2224 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co<br>Cadxahcih Vesta Ins Group PO Box 1350<br>Honolulu, HI 96807-1350 | 07-10421 | 2221 | 07-10421 | 2152 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co<br>Cadxahcih Vesta Ins Group PO Box 1350<br>Honolulu, HI 96807-1350 | 07-10422 | 2220 | 07-10422 | 2205 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co<br>Cadxahcih Vesta Ins Group PO Box 1350<br>Honolulu, HI 96807-1350 | 07-10419 | 2219 | 07-10419 | 2188 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co<br>Cadxahcih Vesta Ins Group PO Box 1350<br>Honolulu, HI 96807-1350 | 07-10424 | 2218 | 07-10424 | 2185 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co<br>Cadxahcih Vesta Ins Group PO Box 1350<br>Homolulu, HI 96807-1350 | 07-10426 | 2217 | 07-10426 | 2186 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

12th Omnibus Objection

# Exhibit C
## Duplicate Claims - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Hawaiian Ins & Guar Co<br>Cadekeith Vesta Ins Group PO Box 1350<br>Honolulu, HI 96807-1350 | 07-10428 | 2215 | 07-10428 | 2155 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co<br>Cadekeith Vesta Ins Group PO Box 1350<br>Honolulu, HI 96807-1350 | 07-10430 | 2213 | 07-10430 | 2198 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co<br>Cadekeith Vesta Ins Group PO Box 1350<br>Honolulu, HI 96807-1350 | 07-10417 | 2202 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co<br>Cadekeith Vesta Ins Group PO Box 1350<br>Honolulu, HI 96807-1350 | 07-10420 | 2201 | 07-10420 | 2192 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co<br>Cadekeith Vesta Ins Group PO Box 1350<br>Honolulu, HI 96807-1350 | 07-10431 | 2195 | 07-10431 | 2150 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co<br>PO Box 1350<br>Honolulu, HI 96807-1350 | 07-10429 | 2153 | 07-10429 | 2151 | $0.00 | $0.00 | $0.00 | $22,259.00 | $22,259.00 | $0.00 | $0.00 | $0.00 | $22,259.00 | $22,259.00 |
| Claims To Be Expunged Totals | | | | 15 | $0.00 | $0.00 | $0.00 | $22,259.00 | $22,259.00 | $0.00 | $0.00 | $0.00 | $22,259.00 | $22,259.00 |