# EXHIBIT A

RLF1-3259506-1

11th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | |
|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| TCAM Core Property Fund Operating LP<br>225 Broadway Ste 1900<br>San Diego, CA 92101 | 07-10421 | 3390 | $0.00 | $0.00 | $0.00 | $282,184.04 | $282,184.04 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Claims To Be Expunged Totals | | 1 | $0.00 | $0.00 | $0.00 | $282,184.04 | $282,184.04 |