## **EXHIBIT B**

11th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit B
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||  Reduced/Reclassified Claim Amount ||||
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Loanleaders of America Inc<br>2081 Business Ctr Dr No 150<br>Irvine, CA 92612 | 07-10417 | 715 | $0.00 | $0.00 | $0.00 | $32,585.65 | $32,585.65 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 |
| Comments: Claim should be reduced and allowed |||||||||||||
| Claims To Be Expunged Totals | | 1 | $0.00 | $0.00 | $0.00 | $32,585.65 | $32,585.65 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 |