# EXHIBIT A

13th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit A
## Multi Debtor Duplicate Claims - Ordered

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Ascent Home Loans Inc 8465 S Greenwood Plaza Blvd 800 Englewood, CO 80111 | 07-10416 | 1117 | 07-10417 | 119 | $0.00 | $0.00 | $0.00 | $21,137.90 | $21,137.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bagels & Brew Inc c/o Vogt & Resnick LLP 4400 MacArthur Blvd 9th Floor Newport Beach, CA 92658 | 07-10416 | 350 | 07-10419 | 1229 | $0.00 | $0.00 | $0.00 | $10,835.11 | $10,835.11 | $0.00 | $0.00 | $0.00 | $10,835.11 | $10,835.11 |
| Beni Fraire 9441 Adderly Dr Las Vegas, NV 89108 | 07-10416 | 89 | 07-10421 | 20 | $0.00 | $0.00 | $10,612.20 | $0.00 | $10,612.20 | $0.00 | $0.00 | $372.93 | $4,240.07 | $4,613.00 |
| Bien Quach BQ Consulting Inc 7709 Dragon Ln Winnetka, Ca 91306 | 07-10426 | 2391 | 07-10419 | 2407 | $0.00 | $0.00 | $15,456.00 | $0.00 | $15,456.00 | $0.00 | $0.00 | $10,950.00 | $4,506.00 | $15,456.00 |
| Bien Quach BQ Consulting Inc 7709 Dragon Ln Winnetka, Ca 91306 | 07-10425 | 2389 | 07-10419 | 2407 | $0.00 | $0.00 | $15,456.00 | $0.00 | $15,456.00 | $0.00 | $0.00 | $10,950.00 | $4,506.00 | $15,456.00 |
| Bien Quach BQ Consulting Inc 7709 Dragon Ln Winnetka, Ca 91306 | 07-10427 | 2392 | 07-10419 | 2407 | $0.00 | $0.00 | $15,456.00 | $0.00 | $15,456.00 | $0.00 | $0.00 | $10,950.00 | $4,506.00 | $15,456.00 |
| Bien Quach individually and dba BQ Consulting Inc 7709 Dragon Ln Winnetka, Ca 91306 | 07-10430 | 2398 | 07-10419 | 2407 | $0.00 | $0.00 | $15,456.00 | $0.00 | $15,456.00 | $0.00 | $0.00 | $10,950.00 | $4,506.00 | $15,456.00 |
| Bien Quach individually and dba BQ Consulting Inc 7709 Dragon Ln Winnetka, Ca 91306 | 07-10428 | 2395 | 07-10419 | 2407 | $0.00 | $0.00 | $15,456.00 | $0.00 | $15,456.00 | $0.00 | $0.00 | $10,950.00 | $4,506.00 | $15,456.00 |

13th Omnibus Objection

# Exhibit A
## Multi Debtor Duplicate Claims - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Bien Quach individually and dba BQ Consulting Inc BQ Consulting Inc 7709 Dragon Ln Winnetka, CA 91306 | 07-10420 | 2402 | 07-10419 | 2407 | $0.00 | $0.00 | $15,456.00 | $0.00 | $15,456.00 | $0.00 | $0.00 | $10,950.00 | $4,506.00 | $15,456.00 |
| Bien Quach individually and dba BQ Consulting Inc 7709 Dragon Ln Winnetka, Ca 91306 | 07-10431 | 2400 | 07-10419 | 2407 | $0.00 | $0.00 | $15,456.00 | $0.00 | $15,456.00 | $0.00 | $0.00 | $10,950.00 | $4,506.00 | $15,456.00 |
| Bien Quach individually and dba BQ Consulting Inc 7709 Dragon Ln Winnetka, Ca 91306 | 07-10421 | 2403 | 07-10419 | 2407 | $0.00 | $0.00 | $15,456.00 | $0.00 | $15,456.00 | $0.00 | $0.00 | $10,950.00 | $4,506.00 | $15,456.00 |
| Bien Quach individually and dba BQ Consulting Inc 7709 Dragon Ln Winnetka, CA 91306 | 07-10416 | 2399 | 07-10419 | 2407 | $0.00 | $0.00 | $15,456.00 | $0.00 | $15,456.00 | $0.00 | $0.00 | $10,950.00 | $4,506.00 | $15,456.00 |
| Bien Quach individually and dba BQ Consulting Inc 7709 Dragon Ln Winnetka, Ca 91306 | 07-10422 | 2408 | 07-10419 | 2407 | $0.00 | $0.00 | $15,456.00 | $0.00 | $15,456.00 | $0.00 | $0.00 | $10,950.00 | $4,506.00 | $15,456.00 |
| Bien Quach individually and dba BQ Consulting Inc 7709 Dragon Ln Winnetka, Ca 91306 | 07-10423 | 2409 | 07-10419 | 2407 | $0.00 | $0.00 | $15,456.00 | $0.00 | $15,456.00 | $0.00 | $0.00 | $10,950.00 | $4,506.00 | $15,456.00 |
| Bien Quach individually and dba BQ Consulting Inc 7709 Dragon Ln Winnetka, Ca 91306 | 07-10429 | 2396 | 07-10419 | 2407 | $0.00 | $0.00 | $15,456.00 | $0.00 | $15,456.00 | $0.00 | $0.00 | $10,950.00 | $4,506.00 | $15,456.00 |
| Bien Quach individually and dba BQ Consulting Inc BQ Consulting Inc 7709 Dragon Ln Winnetka, Ca 91306 | 07-10424 | 2411 | 07-10419 | 2407 | $0.00 | $0.00 | $15,456.00 | $0.00 | $15,456.00 | $0.00 | $0.00 | $10,950.00 | $4,506.00 | $15,456.00 |

13th Omnibus Objection

# Exhibit A
## Multi Debtor Duplicate Claims - Ordered

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Biem Quach individually and dba BQ Consulting Inc<br>7709 Dragon Ln<br>Winnetka, Ca 91306 | 07-10417 | 2406 | 07-10419 | 2407 | $0.00 | $0.00 | $15,456.00 | $0.00 | $15,456.00 | $0.00 | $0.00 | $10,950.00 | $4,506.00 | $15,456.00 |
| Betsea D Franz<br>2060 E Lexington Ave<br>Fresno, CA 93720 | 07-10416 | 1763 | 07-10419 | 1764 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 |
| Campbell Charles B<br>603 El Circulo<br>San Clemente, CA 92672 | 07-10419 | 1616 | 07-10416 | 1622 | $0.00 | $0.00 | $0.00 | $518,000.00 | $518,000.00 | $0.00 | $0.00 | $0.00 | $518,000.00 | $518,000.00 |
| Christine Burns<br>28110 Hemlock Ave<br>Moreno Valley, CA 92555 | 07-10416 | 134 | 07-10421 | 131 | $0.00 | $0.00 | $22,321.00 | $0.00 | $22,321.00 | $0.00 | $0.00 | $10,950.00 | $11,371.00 | $22,321.00 |
| Christine Burns<br>28110 Hemlock Ave<br>Moreno Valley, CA 92555 | 07-10421 | 133 | 07-10416 | 132 | $0.00 | $0.00 | $37,770.05 | $0.00 | $37,770.05 | $0.00 | $0.00 | $37,770.05 | $0.00 | $37,770.05 |
| CNA Companies<br>2405 Lucien Way<br>Maitland, FL 32751 | 07-10424 | 3300 | 07-10419 | 3292 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CNA Companies<br>2405 Lucien Way<br>Maitland, FL 32751 | 07-10429 | 3284 | 07-10419 | 3292 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CNA Companies<br>2405 Lucien Way<br>Maitland, FL 32751 | 07-10427 | 3286 | 07-10419 | 3292 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CNA Companies<br>2405 Lucien Way<br>Maitland, FL 32751 | 07-10426 | 3287 | 07-10419 | 3292 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

13th Omnibus Objection

Exhibit A
Multi Debtor Duplicate Claims - Ordered

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| CNA Companies<br>2405 Lucien Way<br>Maitland, FL 32751 | 07-10425 | 3288 | 07-10419 | 3292 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CNA Companies<br>2405 Lucien Way<br>Maitland, FL 32751 | 07-10043 | 3276 | 07-10419 | 3292 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CNA Companies<br>2405 Lucien Way<br>Maitland, FL 32751 | 07-10416 | 3297 | 07-10419 | 3292 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CNA Companies<br>2405 Lucien Way<br>Maitland, FL 32751 | 07-10430 | 3283 | 07-10419 | 3292 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CNA Companies<br>2405 Lucien Way<br>Maitland, FL 32751 | 07-10428 | 3285 | 07-10419 | 3292 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CNA Companies<br>2405 Lucien Way<br>Maitland, FL 32751 | 07-10431 | 3282 | 07-10419 | 3292 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CNA Companies<br>2405 Lucien Way<br>Maitland, FL 32751 | 07-10422 | 3291 | 07-10419 | 3292 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CNA Companies<br>2405 Lucien Way<br>Maitland, FL 32751 | 07-10423 | 3290 | 07-10419 | 3292 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dungworth Duncan L<br>3216 Matcham Way<br>Roseville, CA 95747 | 07-10419 | 2291 | 07-10416 | 2290 | $0.00 | $0.00 | $9,796.65 | $0.00 | $9,796.65 | $0.00 | $0.00 | $9,796.65 | $0.00 | $9,796.65 |

Page 4

13th Omnibus Objection

Exhibit A
Multi Debtor Duplicate Claims - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Enrique Ballesta 20762 Shadow Rock Trabuco Canyon, CA 92679 | 07-10419 | 2647 | 07-10416 | 2461 | $0.00 | $0.00 | $5,769.23 | $0.00 | $5,769.23 | $0.00 | $0.00 | $4,038.47 | $0.00 | $4,038.47 |
| Euripides George Deanco 104 Walpole St No 3 Canton, MA 02021 | 07-10416 | 882 | 07-10416 | 881 | $0.00 | $0.00 | $7,500.00 | $0.00 | $7,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Florea Marco Antonio 714-8 Vanderwell Ave West Covina, CA 91790 | 07-10421 | 1766 | 07-10417 | 1776 | $0.00 | $0.00 | $12,571.84 | $11,605.94 | $24,177.78 | $0.00 | $0.00 | $12,571.84 | $11,605.94 | $24,177.78 |
| Flor Shawna 4412 Black Otter Trail Dallas, TX 75287 | 07-10419 | 2204 | 07-10417 | 2082 | $0.00 | $0.00 | $34,960.58 | $0.00 | $34,960.58 | $0.00 | $0.00 | $34,960.58 | $0.00 | $34,960.58 |
| Franczak Joseph Craig 1064 Country Club Rd Camp Hill, PA 17011 | 07-10421 | 1164 | 07-10416 | 1166 | $0.00 | $0.00 | $20,750.00 | $0.00 | $20,750.00 | $0.00 | $0.00 | $20,750.00 | $0.00 | $20,750.00 |
| Freire Berta 810 N Sierra Madre Villa Ave Pasadena, CA 91107 | 07-10421 | 1328 | 07-10416 | 1321 | $0.00 | $0.00 | $7,997.13 | $11,737.12 | $19,734.25 | $0.00 | $0.00 | $7,997.13 | $11,737.12 | $19,734.25 |
| Gallagher James Brian 22 Elk Dr Holland, PA 18966 | 07-10419 | 1862 | 07-10417 | 1863 | $0.00 | $0.00 | $35,590.81 | $0.00 | $35,590.81 | $0.00 | $0.00 | $35,590.81 | $0.00 | $35,590.81 |
| Hawaiian Ins & Guar Co Cedabcki Vesta Ins Group PO Box 1350 Honolulu, HI 96807-1350 | 07-10420 | 2192 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co Cedabcki Vesta Ins Group PO Box 1350 Honolulu, HI 96807-1350 | 07-10426 | 2186 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

13th Omnibus Objection

Exhibit A
Multi Debtor Duplicate Claims - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Hawaiian Ins & Guar Co Cadenbach Vesta Ins Group PO Box 1350 Honolulu, HI 96807-1350 | 07-10429 | 2151 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co Cadenbach Vesta Ins Group PO Box 1350 Honolulu, HI 96807-1350 | 07-10425 | 2212 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co Cadenbach Vesta Ins Group PO Box 1350 Honolulu, HI 96807-1350 | 07-10431 | 2150 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co Cadenbach Vesta Ins Group PO Box 1350 Honolulu, HI 96807-1350 | 07-10421 | 2152 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co PO Box 1350 Honolulu, HI 96807-1350 | 07-10428 | 2155 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co Cadenbach Vesta Ins Group PO Box 1350 Honolulu, HI 96807-1350 | 07-10424 | 2185 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co Cadenbach Vesta Ins Group PO Box 1350 Honolulu, HI 96807-1350 | 07-10427 | 2147 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co Cadenbach Vesta Ins Group PO Box 1350 Honolulu, HI 96807-1350 | 07-10430 | 2198 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co Cadenbach Vesta Ins Group PO Box 1350 Honolulu, HI 96807-1350 | 07-10422 | 2205 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

13th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Multi Debtor Duplicate Claims - Ordered

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Hawaiian Ins & Guar Co Cadenhah Vesta Ins Group PO Box 1350 Honolulu, HI 96807-1350 | 07-10423 | 2209 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co Cadenhah Vesta Ins Group PO Box 1350 Honolulu, HI 96807-1350 | 07-10416 | 2224 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hawaiian Ins & Guar Co Cadenhah Vesta Ins Group PO Box 1350 Honolulu, HI 96807-1350 | 07-10419 | 2188 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hallmuth Olsen & Kessebaum Inc Holt 9530 Jefferson Blvd Culver City, CA 90232 | 07-10416 | 477 | 07-10419 | 1732 | $0.00 | $0.00 | $71,855.86 | $71,855.86 | $71,855.86 | $0.00 | $0.00 | $71,855.86 | $71,855.86 |
| Huckley Coleman A 2733 Starbird Costa Mesa, CA 92626 | 07-10419 | 1383 | 07-10416 | 1384 | $0.00 | $0.00 | $140,241.90 | $0.00 | $140,241.90 | $0.00 | $0.00 | $140,241.90 | $0.00 | $140,241.90 |
| Jason Diez 1726 Quail Ridge Cir Fullerton, CA 92835 | 07-10421 | 1327 | 07-10416 | 1326 | $0.00 | $0.00 | $4,020.54 | $6,053.58 | $10,074.12 | $0.00 | $0.00 | $4,020.54 | $6,053.58 | $10,074.12 |
| Johnson Jaharvey D 14644 Fallon Ct Antioch, CA 94531 | 07-10419 | 3267 | 07-10416 | 3226 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | $13,348.00 | $0.00 | $79,000.00 | $92,348.00 |
| Kathy L White 3427 Castle Rock Rd Diamond Bar, CA 91765 | 07-10416 | 1053 | 07-10421 | 1060 | $0.00 | $0.00 | $0.00 | $86,000.00 | $86,000.00 | $0.00 | $0.00 | $0.00 | $86,000.00 | $86,000.00 |
| Kimbadee A Toomey 9937 Tamarack Landing Way Las Vegas, NV 89117 | 07-10416 | 48 | 07-10421 | 18 | $0.00 | $0.00 | $3,602.07 | $0.00 | $3,602.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Page 7

13th Omnibus Objection

# Exhibit A
## Multi Debtor Duplicate Claims - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Laurie L Cope<br>8136 Pecan Valley Ave<br>Las Vegas, NV 89131 | 07-10416 | 79 | 07-10421 | 19 | $0.00 | $0.00 | $832.98 | $0.00 | $832.98 | $0.00 | $0.00 | $832.98 | $0.00 | $832.98 |
| Lending Connection<br>949 South Coast Dr 200<br>Costa Mesa, CA 92626 | 07-10416 | 1373 | 07-10419 | 196 | $0.00 | $0.00 | $0.00 | $129,915.56 | $129,915.56 | $0.00 | $0.00 | $0.00 | $70,706.97 | $70,706.97 |
| Lovell Appraisal Service<br>Center, TX 75935 | 07-10419 | 2685 | 07-10421 | 2683 | $0.00 | $0.00 | $2,100.00 | $0.00 | $2,100.00 | $0.00 | $0.00 | $2,100.00 | $0.00 | $2,100.00 |
| Mackoff Kelloga Law Firm<br>PO Box 1097<br>Dickinson, ND 58601 | 07-10416 | 749 | 07-10419 | 759 | $0.00 | $0.00 | $0.00 | $4,827.45 | $4,827.45 | $0.00 | $0.00 | $0.00 | $4,827.00 | $4,827.45 |
| Malcolm & Cisneros<br>2112 Business Cir Dr 2nd Fl<br>Irvine, CA 92612 | 07-10419 | 2493 | 07-10417 | 2492 | $0.00 | $0.00 | $0.00 | $212,190.66 | $212,190.66 | $0.00 | $0.00 | $0.00 | $212,190.66 | $212,190.66 |
| Malcom & Cisneros A Law Corporation<br>2112 Business Cir Dr 2nd Fl<br>Irvine, CA 92612 | 07-10416 | 2626 | 07-10417 | 2492 | $0.00 | $0.00 | $0.00 | $212,190.66 | $212,190.66 | $0.00 | $0.00 | $0.00 | $212,190.66 | $212,190.66 |
| MallenRani Banu<br>1524 Campbell Ave<br>Thousand Oaks, CA 91360 | 07-10419 | 1401 | 07-10416 | 1140 | $0.00 | $0.00 | $34,978.92 | $0.00 | $34,978.92 | $0.00 | $0.00 | $34,978.92 | $0.00 | $34,978.92 |
| Marlene Scheetz<br>8200 Haverstick Rd Ste 255<br>Indianapolis, IN 46240 | 07-10416 | 377 | 07-10421 | 959 | $0.00 | $0.00 | $10,950.00 | $11,642.85 | $22,592.85 | $0.00 | $0.00 | $10,950.00 | $11,642.85 | $22,592.85 |
| Marlene Scheetz<br>10993 High Grv Dr<br>Carmel, IN 46032 | 07-10421 | 982 | 07-10416 | 521 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101,967.14 | $0.00 | $101,967.14 |

13th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit A
## Multi Debtor Duplicate Claims - Ordered

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | Remaining Claims Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Marsha L Laudenback<br>361 Revello Ln<br>Costa Mesa, CA 92627 | 07-10416 | 110 | 07-10417 | 327 | $0.00 | $0.00 | $6,478.03 | $0.00 | $6,478.03 | $0.00 | $0.00 | $6,478.03 | $0.00 | $6,478.03 |
| Mastori Residential Appraisal Group Inc<br>1525 South Escondido Blvd Ste E<br>Escondido, CA 92025 | 07-10416 | 1414 | 07-10421 | 1396 | $0.00 | $0.00 | $5,425.00 | $0.00 | $5,425.00 | $0.00 | $0.00 | $5,425.00 | $0.00 | $5,425.00 |
| Matney Victoria<br>5918 Dimond<br>Troy, MI 48098 | 07-10419 | 2210 | | 2208 | $0.00 | $0.00 | $89,377.01 | $0.00 | $89,377.01 | $0.00 | $0.00 | $89,377.01 | $0.00 | $89,377.01 |
| Mcgrew Real Estate Office Building Lc<br>1501 Kasold Dr<br>Lawrence, KS 66047 | 07-10421 | 1246 | 07-10419 | 1244 | $0.00 | $0.00 | $12,000.00 | $12,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mcgrew Real Estate Office Building Lc<br>1501 Kasold Dr<br>Lawrence, KS 66047 | 07-10429 | 1243 | 07-10419 | 1244 | $0.00 | $0.00 | $0.00 | $12,000.00 | $12,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Michelle L Gullinan<br>33 Calmo<br>Laguna Niguel, CA 92677 | 07-10416 | 1355 | 07-10419 | 1335 | $0.00 | $0.00 | $28,600.00 | $0.00 | $28,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mourier Land Investment Corporation<br>8870 Gateway Oaks Dr Ste 110<br>Sacramento, CA 95833 | 07-10416 | 1131 | 07-10419 | 1358 | $0.00 | $0.00 | $0.00 | $248,676.00 | $248,676.00 | $0.00 | $0.00 | $0.00 | $248,676.00 | $248,676.00 |
| Mourier Land Investment Corporation<br>8870 Gateway Oaks Dr Ste 110<br>Sacramento, CA 95833 | 07-10417 | 1153 | 07-10419 | 1358 | $0.00 | $0.00 | $0.00 | $248,676.00 | $248,676.00 | $0.00 | $0.00 | $0.00 | $248,676.00 | $248,676.00 |
| Nancy A Staeffer<br>3802 W Maryland Ave No 2003<br>Phoenix, AZ 85015 | 07-10416 | 62 | 07-10417 | 299 | $0.00 | $0.00 | $8,138.14 | $0.00 | $8,138.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Page 9

13th Omnibus Objection

Exhibit A
Multi Debtor Duplicate Claims - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Nancy Anderson<br>8109 Santa Luz Village Green South<br>San Diego, CA 92127 | 07-10416 | 421 | 07-10417 | 1685 | $0.00 | $0.00 | $758,302.00 | $0.00 | $758,302.00 | $0.00 | $0.00 | $758,302.00 | $0.00 | $758,302.00 |
| Nancy Anderson Emp<br>8109 Santaluz Village Green S<br>San Diego, CA 92127 | 07-10419 | 1602 | 07-10416 | 346 | $0.00 | $0.00 | $85,777.00 | $0.00 | $85,777.00 | $0.00 | $0.00 | $10,950.00 | $74,827.00 | $85,777.00 |
| Nancy Anderson Emp<br>8109 Santaluz Village Green S<br>San Diego, CA 92127 | 07-10421 | 1601 | 07-10416 | 346 | $0.00 | $0.00 | $85,777.00 | $0.00 | $85,777.00 | $0.00 | $0.00 | $10,950.00 | $74,827.00 | $85,777.00 |
| Nancy Anderson Emp<br>8109 Santaluz Village Green S<br>San Diego, CA 92127 | 07-10417 | 1604 | 07-10416 | 346 | $0.00 | $0.00 | $85,777.00 | $0.00 | $85,777.00 | $0.00 | $0.00 | $10,950.00 | $74,827.00 | $85,777.00 |
| Nancy Anderson Emp<br>8109 Santaluz Village Green S<br>San Diego, CA 92127 | 07-10421 | 1683 | 07-10417 | 1685 | $0.00 | $0.00 | $758,302.00 | $0.00 | $758,302.00 | $0.00 | $0.00 | $758,302.00 | $0.00 | $758,302.00 |
| Nancy Anderson Emp<br>8109 Santaluz Village Green S<br>San Diego, CA 92127 | 07-10419 | 1686 | 07-10417 | 1685 | $0.00 | $0.00 | $758,302.00 | $0.00 | $758,302.00 | $0.00 | $0.00 | $758,302.00 | $0.00 | $758,302.00 |
| Nancy Kaufman Thompson<br>808 Dogwood La<br>Louisville, KY 40214 | 07-10416 | 2648 | 07-10421 | 2646 | $0.00 | $0.00 | $9,900.00 | $0.00 | $9,900.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 906 Loans Inc9b<br>18301 Von Karman<br>Irvine, CA 92612 | 07-10416 | 2539 | 07-10419 | 2655 | $922,320.61 | $0.00 | $20,407.95 | $9,457.95 | $952,186.51 | $922,320.61 | $0.00 | $10,950.00 | $9,457.95 | $942,728.56 |
| Ovidio Eddie Didio<br>10213 Hawk Bay Pl<br>Las Vegas, NV 89144 | 07-10416 | 68 | 07-10421 | 11 | $0.00 | $0.00 | $4,613.00 | $0.00 | $4,613.00 | $0.00 | $0.00 | $4,613.00 | $0.00 | $4,613.00 |

13th Omnibus Objection

**Exhibit A**
**Multi Debtor Duplicate Claims - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Pearce Cary<br>57710 Intervale Dr<br>Riverside, CA 92506 | 07-10421 | 2010 | 07-10417 | 2011 | $0.00 | $0.00 | $40,014.75 | $0.00 | $40,014.75 | $0.00 | $0.00 | $40,014.75 | $0.00 | $40,014.75 |
| Profast Appraisals Inc<br>PO Box 295<br>Lebanon, GA 30146 | 07-10419 | 1378 | 07-10416 | 746 | $0.00 | $0.00 | $2,545.00 | $0.00 | $2,545.00 | $0.00 | $0.00 | $0.00 | $2,545.00 | $2,545.00 |
| PromoShop Inc<br>8075 Ventura Blvd Ste 117<br>Encino, CA 91316 | 07-10416 | 2138 | 07-10419 | 2122 | $0.00 | $0.00 | $0.00 | $279,091.00 | $279,091.00 | $0.00 | $0.00 | $0.00 | $279,091.00 | $279,091.00 |
| Randall Lightbody<br>65902 Centre Pt Cir<br>Spring, TX 77379 | 07-10416 | 1865 | 07-10419 | 44 | $0.00 | $0.00 | $75,000.00 | $0.00 | $75,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $75,000.00 |
| Randall Lightbody Emp | 07-10416 | 1866 | 07-10419 | 44 | $0.00 | $0.00 | $75,000.00 | $0.00 | $75,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rich F Marin<br>8109 Santa Luz Village Green South<br>San Diego, CA 92127 | 07-10416 | 345 | 07-10417 | 1656 | $0.00 | $0.00 | $234,518.00 | $0.00 | $234,518.00 | $0.00 | $0.00 | $237,088.00 | $0.00 | $237,088.00 |
| Rich Marin Emp<br>8109 Santaluz Village Green S<br>San Diego, CA 92127 | 07-10419 | 1664 | 07-10416 | 347 | $0.00 | $0.00 | $141,369.00 | $0.00 | $141,369.00 | $0.00 | $0.00 | $10,950.00 | $130,419.00 | $141,369.00 |
| Rich Marin Emp<br>8109 Santaluz Village Green S<br>San Diego, CA 92127 | 07-10421 | 1680 | 07-10416 | 347 | $0.00 | $0.00 | $141,369.00 | $0.00 | $141,369.00 | $0.00 | $0.00 | $10,950.00 | $130,419.00 | $141,369.00 |
| Rich Marin Emp<br>8109 Santaluz Village Green S<br>San Diego, CA 92127 | 07-10417 | 1603 | 07-10416 | 347 | $0.00 | $0.00 | $141,369.00 | $0.00 | $141,369.00 | $0.00 | $0.00 | $10,950.00 | $130,419.00 | $141,369.00 |

13th Omnibus Objection

## Exhibit A
## Multi Debtor Duplicate Claims - Ordered

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Rich Martin Emp<br>8109 Santaluz Village Green S<br>San Diego, CA 92127 | 07-10421 | 1678 | 07-10417 | 1656 | $0.00 | $0.00 | $237,088.00 | $0.00 | $237,088.00 | $0.00 | $0.00 | $237,088.00 | $0.00 | $237,088.00 |
| Rich Martin Emp<br>8109 Santaluz Village Green S<br>San Diego, CA 92127 | 07-10416 | 1655 | 07-10417 | 1656 | $0.00 | $0.00 | $237,088.00 | $0.00 | $237,088.00 | $0.00 | $0.00 | $237,088.00 | $0.00 | $237,088.00 |
| Rich Martin Emp<br>8109 Santaluz Village Green S<br>San Diego, CA 92127 | 07-10419 | 1654 | 07-10417 | 1656 | $0.00 | $0.00 | $237,088.00 | $0.00 | $237,088.00 | $0.00 | $0.00 | $237,088.00 | $0.00 | $237,088.00 |
| Riverside Claims LLC as Assignee for Additech Inc<br>PO Box 626 Planetarium Station<br>New York, NY 10024 | 07-10416 | 801 | 07-10419 | 739 | $0.00 | $0.00 | $0.00 | $48,688.95 | $48,688.95 | $0.00 | $0.00 | $0.00 | $48,688.95 | $48,688.95 |
| Riverside Claims LLC as Assignee for Cybersearch<br>PO Box 626 Planetarium Station<br>New York, NY 10024 | 07-10416 | 908 | 07-10419 | 965 | $0.00 | $0.00 | $0.00 | $127,671.47 | $127,671.47 | $0.00 | $0.00 | $0.00 | $127,671.47 | $127,671.47 |
| Riverside Claims LLC as Assignee for the Financial Services Roundtable<br>PO Box 626 Planetarium Station<br>New York, NY 10024 | 07-10416 | 705 | 07-10419 | 738 | $0.00 | $0.00 | $0.00 | $70,500.00 | $70,500.00 | $0.00 | $0.00 | $0.00 | $70,500.00 | $70,500.00 |
| Rousseau Lori J<br>9428 Belridge Dr<br>Smyrna, GA 30080 | 07-10421 | 1032 | 07-10419 | 1031 | $0.00 | $0.00 | $13,904.94 | $0.00 | $13,904.94 | $0.00 | $0.00 | $13,904.94 | $0.00 | $13,904.94 |
| Systems Source Inc<br>2100 Main St Ste 100<br>Irvine, CA 92614-6238 | 07-10421 | 2014 | 07-10419 | 1971 | $0.00 | $0.00 | $0.00 | $806,030.78 | $806,030.78 | $0.00 | $0.00 | $0.00 | $806,030.78 | $806,030.78 |
| T D Financial<br>18350 Ventura Blvd 130<br>Tarzana, CA 91356 | 07-10416 | 776 | 07-10419 | 771 | $0.00 | $0.00 | $4,760.00 | $0.00 | $4,760.00 | $0.00 | $0.00 | $4,760.00 | $0.00 | $4,760.00 |

13th Omnibus Objection

# Exhibit A
## Multi Debtor Duplicate Claims - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Telecom Directories Inc<br>8343 Roswell Rd No 397<br>Atlanta, GA 30350 | 07-10416 | 1718 | 07-10421 | 1717 | $0.00 | $0.00 | $0.00 | $187.00 | $187.00 | $0.00 | $0.00 | $0.00 | $187.00 | $187.00 |
| Thacker Dana Ray<br>684 Robinson Dr<br>Newark, OH 43055 | 07-10419 | 1537 | 07-10416 | 1534 | $0.00 | $0.00 | $20,383.33 | $0.00 | $20,383.33 | $0.00 | $0.00 | $20,383.33 | $0.00 | $20,383.33 |
| The Newport Group Inc<br>300 International Pkwy Ste 270<br>Heathrow, FL 32746 | 07-10419 | 2367 | 07-10417 | 2394 | $0.00 | $0.00 | $0.00 | $19,080.96 | $19,080.96 | $0.00 | $0.00 | $0.00 | $19,080.96 | $19,080.96 |
| The Newport Group Inc<br>300 International Pkwy Ste 270<br>Heathrow, FL 32746 | 07-10416 | 2405 | 07-10417 | 2394 | $0.00 | $0.00 | $0.00 | $19,080.96 | $19,080.96 | $0.00 | $0.00 | $0.00 | $19,080.96 | $19,080.96 |
| The Source<br>PO Box 51900<br>Irvine, CA 92619-1900 | 07-10416 | 853 | 07-10419 | 192 | $0.00 | $0.00 | $0.00 | $1,355.00 | $1,355.00 | $0.00 | $0.00 | $0.00 | $1,355.00 | $1,355.00 |
| Toriorelli Joseph Iohn<br>PO Box 4588<br>Irvine, CA 92616 | 07-10419 | 2193 | 07-10417 | 1956 | $0.00 | $0.00 | $36,056.64 | $0.00 | $36,056.64 | $0.00 | $0.00 | $36,056.64 | $0.00 | $36,056.64 |
| Tracy P Dunn<br>7298 S Verbena Way<br>Centennial, CO 80112 | 07-10417 | 967 | 07-10416 | 748 | $0.00 | $0.00 | $5,229.27 | $0.00 | $5,229.27 | $0.00 | $0.00 | $4,059.27 | $0.00 | $4,059.27 |
| Tracy P Dunn<br>7298 South Verbena Way<br>Centennial, CO 80112 | 07-10416 | 3343 | 07-10416 | 748 | $0.00 | $0.00 | $5,229.27 | $0.00 | $5,229.27 | $0.00 | $0.00 | $4,059.27 | $0.00 | $4,059.27 |

13th Omnibus Objection

Exhibit A
Multi Debtor Duplicate Claims - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| United Guaranty Residential Insurance Company United Guaranty Mortgage Indemnity Company United Guaranty Services Inc and its United Guarantee Corporation Law Department 230 N Elm Ste 27401 PO Box 20597 Greensboro, NC 27420-0597 | 07-10427 | 2724 | 07-10419 | 3096 | $0.00 | $0.00 | $0.00 | $15,360.00 | $15,360.00 | $0.00 | $0.00 | $0.00 | $15,360.00 | $15,360.00 |
| United Guaranty Residential Insurance Company United Guaranty Mortgage Indemnity Company United Guaranty Services Inc and its United Guarantee Corporation Law Department 230 N Elm Ste 27401 PO Box 20597 Greensboro, NC 27420-0597 | 07-10429 | 2726 | 07-10419 | 3096 | $0.00 | $0.00 | $0.00 | $15,360.00 | $15,360.00 | $0.00 | $0.00 | $0.00 | $15,360.00 | $15,360.00 |
| United Guaranty Residential Insurance Company United Guaranty Mortgage Indemnity Company United Guaranty Services Inc and its United Guarantee Corporation Law Department 230 N Elm Ste 27401 PO Box 20597 Greensboro, NC 27420-0597 | 07-10428 | 2725 | 07-10419 | 3096 | $0.00 | $0.00 | $0.00 | $15,360.00 | $15,360.00 | $0.00 | $0.00 | $0.00 | $15,360.00 | $15,360.00 |
| United Guaranty Residential Insurance Company United Guaranty Mortgage Indemnity Company United Guaranty Services Inc et al Attn Sara F Millard Authorized Representative 230 N Elm Ste 27401 PO Box 20597 Greensboro, NC 27420-0597 | 07-10426 | 3122 | 07-10419 | 3096 | $0.00 | $0.00 | $0.00 | $15,360.00 | $15,360.00 | $0.00 | $0.00 | $0.00 | $15,360.00 | $15,360.00 |
| United Guaranty Residential Insurance Company United Guaranty Mortgage Indemnity Company United Guaranty Services Inc et al Attn Sara F Millard Authorized Representative 230 N Elm Ste 27401 PO Box 20597 Greensboro, NC 27420-0597 | 07-10417 | 3002 | 07-10419 | 3096 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15,360.00 | $15,360.00 |

13th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit A
## Multi Debtor Duplicate Claims - Ordered

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| United Guaranty Residential Insurance Company United Guaranty Mortgage Indemnity Company United Guaranty Services Inc et al Attn Sara F Millard Authorized Representative 230 N Elm Ste 27401 PO Box 20597 Greensboro, NC 27420-0597 | 07-10416 | 3097 | 07-10419 | 3096 | $0.00 | $0.00 | $0.00 | $15,360.00 | $15,360.00 | $0.00 | $0.00 | $0.00 | $15,360.00 | $15,360.00 |
| United Guaranty Residential Insurance Company United Guaranty Mortgage Indemnity Company United Guaranty Services Inc et al Attn Sara F Millard Authorized Representative 230 N Elm Ste 27401 PO Box 20597 Greensboro, NC 27420-0597 | 07-10422 | 3005 | 07-10419 | 3096 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15,360.00 | $15,360.00 |
| Wellis Donna L 14591 Marsh View Dr Jacksonville Bch, FL 32250 | 07-10419 | 2526 | 07-10417 | 2535 | $43,013.15 | $0.00 | $0.00 | $0.00 | $43,013.15 | $43,013.15 | $0.00 | $0.00 | $0.00 | $43,013.15 |
| Claims To Be Expunged Totals | | 122 | | | $965,333.76 | $0.00 | $4,981,938.23 | $3,287,738.81 | $9,235,010.73 | $965,333.76 | $13,348.00 | $4,139,944.18 | $4,002,374.89 | $9,121,001.28 |