SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.    **COURTROOM LOCATION: 5**
**CASE NO.: 07-10416-KJC**    **DATE:** March 5, 2008
**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Etkin | Lowenstein Sandler | New York State Teachers Retirement System |
| Chris Ward | Klehr Harrison | Goldman Sachs Mortgage Co. |
| Dennis I. Drebsky | Nixon Peabody | Deutsche Bank |
| Eric Lopez Schnabel | Dorsey | RFC |
| Lisa Schweitzer | Cleary Gottlieb | Goldman Sachs Mortgage Co. |
| Alon Silvestre | '' | '' |
| Seth Niederman | Fox Rothschild | Positive Software Solutions Inc. |
| Mark Ralston | Ralston Law Firm | '' '' '' |
| Suzzanne Uhland | O'Melveny & Myers | Debtors |
| Ben Logan | '' | '' '' |
| Andrew Parlen | '' | '' '' |
| Mike Merchant | Richards Layton | '' '' |
| Claus Samis | '' '' | '' '' |

SIGN-IN-SHEET

**CASE NAME:**   New Century TRS Holdings, Inc.
**CASE NO.:**   07-10416-KJC
**COURTROOM LOCATION: 5**
**DATE:** March 5, 2008
**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Russ Silberglied | Richards Layton | Debtors |
| Tiffany Poole *ip/by off. of* Michael Gardiotti | Robinson Swiff | RomuShq |
| J.K. Smith | Ashby + Geddes | |
| Karen B. Skomananha | | |
| Mike Sasaki | Eckert Seamans | Wells Fargo |
| Jeffrey Misley | Hunter & Williams | " " |
| Robert Leach | Milbank,Tweed,Hadley & McCloy | Morgan Stanley |
| Joseph Huston | Bernstein Schur | Defund Cong Bayheuer |
| Gabriel MacConaill | Stevens + Lee | " |
| Douglas Hellmann | Potter Anderson & Corroon | Bank of America 20 |
| Gregory Cchlause | Shalter Alps | Ellington Management |
| | Merry Gates & Armstrong,Teandles LLP | Morgan Stanley |

SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.
**CASE NO.:** 07-10416-KJC
**COURTROOM LOCATION: 5**
**DATE:** March 5, 2008
**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Indelicato | Hahn + Hessen | Committee |
| Mark Power | " | Committee |
| Regina Kelbon d/b/b Patell Blank Rome | | " |
| William Chapman Jr. | Edwards Angell Palmer & Dolge | Countrywide/Guare CR |
| Joseph J. McMahon, Jr. | U.S. Dept of Justice | Office of the U.S. Trustee |
| [signature] | Morris James | CJimortgage |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



# Court Conference

**Calendar Date:** 03/05/2008
**Calendar Time:** 01:30 PM

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
### #5

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2107873 | Richard Agins | 860-240-2840 | Bingham McCutchen, LLP | Interested Party, DB Structured Products / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2107861 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Credit Suisse First Boston / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2108469 | Michael Shore | 214-593-9110 | Shore Chan Bragalone | Creditor, Positive Software Solutions, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2031023 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP | Creditor, Bank of America, NA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2109867 | Sean Scott | 312-701-8310 | Mayer Brown Rowe & Maw, LLP | Interested Party, Carrington Capital Management, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2107981 | Michelle Shriro | 972-380-5533 | Gerard Singer Levick & Busch | Creditor, A C S / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2104162 | Kimberly Newmarch | 312-499-6057 | Paul, Hastings, Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2111321 | Martha E. Romero | 562-907-6800 | Romero Law Firm | Creditor, San Bernardino, et al / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2094531 | Donald Workman | 202-861-1602 | Baker & Hostetler LLP | Creditor, Fidelity National Information Services / LISTEN ONLY |