# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| **Debtors.** | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL DISTRICT COURT RULE 83.5

1.  Christopher M. Samis, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware, the admission *pro hac vice* of Andrew Parlen (the "Admittee") of O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071, to represent the above-captioned debtors and debtors in possession in the above-captioned cases.

2.  The Admittee is a member in good standing of the Bar of the State of California and is admitted to practice law in the United States District Court for the Central District of California and the Court of Appeals for the Eighth Circuit.

Dated: March 5, 2008
Wilmington, Delaware

*/s/ Christopher M. Samis*
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: Samis@rlf.com

3.  The Admittee certifies that he is eligible for admission to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 2 above, submits to the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership and New Century Warehouse Corporation, a California corporation.

RLF1-3259798-1

disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, these cases as provided in Local Rule 83.6 of the United States District Court of Delaware, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with those rules. In accordance with Standing Order for the District Court Fund effective January 1, 2005, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the District Court prior to the filing of this motion.

Dated: March 5, 2008

_____
Andrew Parlen
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6262
Facsimile: (213) 430-6407
E-mail:    aparlen@omm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: March 6, 2008

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge