IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| NEW CENTURY TRS HOLDINGS, INC., | ) Case No. 07-10416 (KJC) |
| *et al.*, | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

STAFFING REPORT BY AP SERVICES, LLC
FOR THE PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

In accordance with the Final Order Under 11 U.S.C. §§ 105 and 363 Authorizing the

Employment of AP Services, LLC as Crisis Managers for the Debtors (Docket No. 1268), dated

June 15, 2007 (the "Retention Order"), AP Services, LLC ("APS") hereby files its staffing report

for the period of December 1, 2007 through December 31, 2007 (the "Staffing Period"), and in

support of such report respectfully represents:

1.    Pursuant to APS' engagement letter with Debtors, as modified by the Retention

Order, APS was retained by the Debtors to act as crisis managers. In addition, Holly Felder

Etlin, of APS, was retained to serve as the Debtor's Chief Restructuring Officer, reporting to the

Company's Chief Executive Officer and Board of Directors. In addition, Michael Tinsley of

APS was retained as Chief Financial Officer for the Debtors. APS was engaged for, among other

matters, claim reconciliation, cash management and report preparation.

2.    The Retention Order requires APS to file monthly staffing reports with the Court

with copies to the United States Trustee and all official committees. The staffing report must

include the names and functions filled of the individuals assigned to the case. All staffing is

subject to review by the Court in the event an objection is filed.

3.    The Retention Order further provides that if APS' engagement by the Debtor materially changes, APS must file a motion to modify the retention. APS may, however, add additional staff to the engagement provided it obtains the Company's concurrence in the staff changes.

4.    Attached as Exhibit A is a summary of temporary and full-time professionals engaged by APS in connection with this case during the Staffing Period, along with their respective functions. In addition to the officer roles of Holly Etlin and Michael Tinsley, various professionals at APS are engaged in cash management, reporting and claims, review of executory contracts, information technology and wind-down and financial reporting.

5.    In addition to full and part-time employees, APS has engaged Wendy Armstrong as an independent contractor to provide claims analysis and resolution, focusing primarily on warehouse lender claims and loan repurchase obligation claims. APS' standard practice is to charge for an independent contractor's services at the APS' rate for a professional of comparable skill and experience, which rate typically exceeds the compensation provided by APS to such independent contractor.

Dated: March 6, 2008                          AP SERVICES, LLC


                                              By: /s/ Todd Brents
                                                  Todd Brents
                                                  Managing Director
                                                  2000 Town Center, Suite 2500
                                                  Southfield, MI 48075