Exhibit A

## AP Services, LLC
Summary of Temporary Employees and Functions – New Century TRS Holdings, Inc., et al.
December 1, 2007 through December 31, 2007

| Officer Roles | | |
| --- | --- | --- |
| Name | Description of Function | Hourly Rate |
| Holly Etlin | Engagement Leader | $ 695.00 |
| Michael G Tinsely | Manager - Financial Reporting | $ 525.00 |

| Non-Officer Roles | | |
| --- | --- | --- |
| Name | Description of Function | Hourly Rate |
| Albert A Koch | Director - Engagement Oversight | $ 750.00 |
| Daniel Puscas | Manager - Information Technology Wind Down and IT Asset Sales | $ 525.00 |
| Todd Brents | Director - Reporting and Claims | $ 625.00 |
| Eva Anderson | Manager - Executory Contracts and Estate Staffing | $ 525.00 |
| Jamie Lisac | Manager - Cash Management | $ 525.00 |
| Bryan Porter | Director - Electronic Document Production | $ 520.00 |
| Walt Manning | Director - Electronic Document Production | $ 495.00 |
| Michelle C Campbell | Director - Reporting and Claims | $ 495.00 |
| Stacey Hightower | Manager - Servicing Division Sale and Wind Down | $ 475.00 |
| Andrew Wagner | Manager - Executory Contracts and Claims | $ 400.00 |
| Brich Guevara | Manager - Reporting and Claims | $ 400.00 |
| * Wendy Armstrong | Manager - Reporting and Claims | $ 400.00 |
| Jason Vogel | Manager - Electronic Document Production | $ 350.00 |
| Dennis DeBassio | Manager - Cash Management | $ 315.00 |
| Timothy Rosolio | Manager - Electronic Document Production | $ 230.00 |

*Independent Contractor*