IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | ) |
| | ) Chapter 11 |
| | ) |
| **NEW CENTURY TRS HOLDINGS,** | ) |
| **INC., et al.,** | ) Case No. 07-10416 (KJC) |
| **a Delaware corporation** | ) (Jointly Administered) |
| **Debtor.** | ) |

**THIRD SUPPLEMENTAL AFFIDAVIT OF SAMUEL STAR
IN SUPPORT OF APPLICATION FOR AN ORDER FOR
RETENTION OF FTI CONSULTING, INC. AS
FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss. |
| COUNTY OF NEW YORK | ) |

I, Samuel Star, being duly sworn, hereby depose and say:

1.  I am a Senior Managing Director at FTI Consulting, Inc. ("FTI"), which maintains offices at various locations around the country, including Three Times Square, 11th Floor, New York, NY 10036, USA. I submit this affidavit (the "Third Supplemental Affidavit") to supplement my prior affidavits that were submitted in connection with FTI's retention in these Chapter 11 cases. Unless otherwise stated in this Third Supplemental Affidavit, I have personal knowledge of the facts set forth herein.

2.  On April 2, 2007, the Debtors commenced these cases by filing voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

3.  On May 4, 2007, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 case filed an Application for Employment of FTI Consulting, Inc. as its Financial Advisors. In support of the application, FTI filed an affidavit

executed by the undersigned on behalf of FTI in accordance with the applicable sections of the Bankruptcy Code (the "Original Affidavit").

4. In connection with the preparation of the Original Affidavit, FTI conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI. Subsequent to the filing of the Original Affidavit and according to its policy, FTI continued to update and expand its ongoing relationship search for additional parties in interest, and filed a supplemental affidavit on May 29, 2007 (the "First Supplemental Affidavit"). Subsequent to the filing of the First Supplemental Affidavit, FTI performed an additional search for relationships with interested parties and filed a second supplemental affidavit (the "Second Supplemental Affidavit") on February 8, 2008.

5. As noted in the Original Affidavit, prior to the bankruptcy filing, FTI provided assistance to New Century Mortgage Corporation, a debtor affiliate, in measuring potential exposure in a California wage rules lawsuit in 2006. This engagement was terminated prior to commencement of the Debtors' bankruptcy cases (work completed in July/August 2006).

6. The California wage rules lawsuit was scheduled for mediation in early March 2008. Given the Committee's interest in the outcome of this litigation, FTI, with the consent of the Debtors, updated the calculations of potential exposure for Committee professionals and shared the results of said calculations with the Debtors under the appropriate agreements.

7. Insofar as I have been able to ascertain and subject to the disclosures herein and in my prior affidavits, FTI does not represent any interests adverse to the Official Committee of Unsecured Creditors and, to the best of my knowledge, remains a "disinterested person" as that term is defined in Section 101(14), as modified by Section 1107(b), of the Bankruptcy Code.

Third Supplemental Affidavit of Samuel Star In Support Of Application For An Order For Retention of FTI Consulting, Inc. as Financial Advisors for the Committee

Page 2

_____
Samuel Star

SUBSCRIBED AND SWORN TO BEFORE ME this 5th day of March 2008.

_____
Notary Public

My Commission Expires:

May 24, 2008

LINDA J. PEARSON
NOTARY PUBLIC, STATE OF NEW YORK
No. 01PE6110512
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES MAY 24, 2008

Third Supplemental Affidavit of Samuel Star In Support Of Application For An Order For Retention of FTI Consulting, Inc. as Financial Advisors for the Committee

Page 3