## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416(KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | **Jointly Administered** |
| | : | |
| Debtors. | : | **Hearing Date: Only if Objection is Received** |
| | : | **Objection Deadline: March 27, 2008** |

## TENTH MONTHLY APPLICATION OF O'MELVENY & MYERS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| | |
|---|---|
| Name of Applicant: | O'Melveny & Myers LLP |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession |
| Date of Retention: | May 7, 2007, *nunc pro tunc* to April 2, 2007 |
| Period for which compensation and reimbursement are sought: | January 1, 2008 through January 31, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,451,157.60 (80% of $1,813,947.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $19,213.05 |

This is a(n):  <u>X</u> monthly            ___ interim            ___ final application

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

LA3:1145285.1

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Gordon Krischer | Partner in the Adversarial Department.  Joined firm in 1971.  Member of the CA State Bar since 1972 and NY State Bar since 1991. | 950 | 9.8 | 8,428.00 |
| David Krinsky | Partner in the Transactions Department.  Joined firm in 1994.  Member of the CA State Bar since 1973. | 950 | 49.2 | 46,740.00 |
| Robert Rizzi | Partner in the Transactions Department.  Joined firm in 1994.  Member of the CA State Bar since 1978. | 950 | 6.9 | 6,555.00 |
| Ben Logan | Partner in the Restructuring and Finance Department.  Joined firm in 1976.  Member of the CA State Bar since 1976. | 860 | 75.8 | 59,168.00<br>*Includes non-working travel time billed at 50%. |
| Kathryn Sanders | Partner in the Transactions Department.  Joined firm in 1985.  Member of the CA State Bar since 1985 | 820 | 0.1 | 82.00 |
| Curt Kirschner | Partner in the Adversarial Department.  Joined firm in 1986.  Member of the CA State Bar since 1986 | 820 | 0.8 | 656.00 |
| Suzzanne Uhland | Partner in the Restructuring and Finance Department.  Joined firm in 1988.  Member of the CA State Bar since 1988. | 820 | 191.6 | 150,183.00<br>*Includes non-working travel time billed at 50%. |
| Jeff Walbridge | Partner in the Executive Compensation and Benefits Group of the Tax Department.  Joined firm in 1995.  Member of the CA State Bar since 1995. | 790 | 0.7 | 553.00 |
| Stephen H. Warren | Partner in the Adversarial Department.  Joined the firm in 1989.  Member of the CA State bar since 1988. | 790 | 1.2 | 948.00 |
| Alejandro Mayorkas | Partner in the Adversarial Department.  Joined firm in 2001.  Member of the CA State Bar since 1986. | 770 | 36.0 | 27,720.00 |

| Professional | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Hours Billed | Compensation |
|---|---|---|---|---|
| Robert Carney | Partner in the Transactions Department.  Joined firm in 2005.  Member of the OH State Bar since 1972 and the DC Bar since 1977. | 740 | 24.0 | 16,650.00 <br> *Includes non-working travel time billed at 50%. |
| Robert Plesnarski | Partner in the Corporate Finance Department.  Joined firm in 2006.  Member of the PA State Bar since 1991. | 730 | 0.5 | 365.00 |
| Shannon Lowry Nagle | Partner in the Transactions Department.  Joined firm in 2007.  Member of the NY State Bar since 2007.  Member of VA State Bar since 1991.  Member of NC State Bar since 1993.  Member of State GA Bar since 1996. | 710 | 88.1 | 62,551.00 |
| Gary Tell | Partner in the Transactions Department.  Joined firm in 1999.  Member of the DC Bar since 1993. | 700 | 3.1 | 2170.00 |
| William Peters | Partner in the IP Transactions Department.  Joined firm in 2002.  Member of the CA State Bar since 1994. | 675 | 25.1 | 16,942.50 |
| Thomas M. Riordan | Partner in the Adversarial Department.  Joined firm in 1995.  Member of the CA State Bar since 1995. | 675 | 11.9 | 8,032.50 |
| Peter Ritter | Partner in the Transactions Department.  Joined firm in 2001.  Member of the CA State Bar since 1993. | 675 | 12.4 | 8,370.00 |
| Michael Camunez | Partner in the Adversarial Department.  Joined firm in 1998.  Member of the CA State Bar since 1998. | 675 | 0.6 | 405.00 |
| C. Brophy Christensen | Partner in the Transactions Department.  Joined firm in 1997.  Member of the CA State Bar since 1997. | 675 | 7.4 | 4,995.00 |
| Andor Terner | Partner in the Corporate Department.  Joined firm in 1997.  Member of the CA State Bar 1997. | 650 | 1.50 | 975.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Winston Chang | Counsel in the Transactions Department. Joined firm in 2000. Member of the CA State Bar since 2000. | 635 | 8.3 | 5,270.50 |
| Jorge DeNeve | Counsel in the Adversarial Department. Rejoined firm in 2007. Member of the CA State Bar since 1998. | 620 | 116.6 | 72,292.00 |
| Summer Conley | Counsel in the Transactions Department. Joined firm in 1997. Member of the CA State Bar since 1997. | 600 | 0.5 | 300.00 |
| Victoria Newmark | Counsel in the Restructuring and Finance Department. Joined firm in 1995. Member of the CA State Bar since 1995. | 595 | 42.2 | 25,109.00 |
| Jeff Fowler | Counsel in the Adversarial Department. Joined the firm in 1998. Member of the CA State Bar since 1994. | 595 | 0.8 | 476.00 |
| Christopher Campbell | Counsel in the Tax Department. Joined firm in 1999. Member of the CA State Bar since 1999. | 590 | 76.2 | 44,958.00 |
| Brian Metcalf | Counsel in the Restructuring and Finance Department. Joined firm in 1999. Member of the CA State Bar since 1999. | 590 | 4.5 | 2,655.00 |
| Allan Johnson | Counsel in the Adversarial Department. Joined firm in 2002. Member of the CA State Bar since 2001. | 565 | 137.7 | 77,787.50 |
| Natausha Wilson | Counsel in the Transactions Department. Joined the firm in 2007. Member of the NY and NJ State Bars since 2002 and the CA State Bar since 2003. | 565 | 113.7 | 64,240.50 |
| Jason Alderson | Associate in the Transactions Department. Joined firm in 2007. Member of the CA State Bar since 2004. | 545 | 16.8 | 9,156.00 |

| Professional | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Hours Billed | Compensation |
|---|---|---|---|---|
| Justin Laubach | Counsel in the Transactions Department. Joined firm in 2003. Member of the CA State Bar since 2002. | 540 | 23.1 | 12,474.00 |
| Khuong (David) Phan | Counsel in the Adversarial Department. Joined firm in 2001. Member of the DC Bar since 2000. | 540 | 1.2 | 648.00 |
| Richard Mendoza | Associate in the Transactions Department. Joined firm in 2004. Member of the CA Sate Bar since 2003. | 520 | 2.9 | 1,508.00 |
| Laine Mervis | Associate in the Transactions Department. Joined firm in 2007. Member of the CA State Bar since 2003. | 520 | 43.1 | 22,412.00 |
| Andrew Parlen | Associate in the Transactions Department. Joined firm in 2007. Member of the CA State Bar since 2004. | 520 | 229.9 | 119,548.00 |
| Scott Sugino | Associate in the Transactions Department. Joined firm in 2006. Member of the IL State Bar since 2003 and member of the CA State Bar since 2004. | 520 | 61.2 | 31,824.00 |
| Bryan Kelly | Associate in the Transactions Department. Joined the firm in 2006. Member of the CA State Bar since 2002. | 520 | 10.7 | 5,564.00 |
| Philip Lewis | Associate in the Adversarial Department. Joined the firm in 2004. Member of the CT State Bar since 1993 and CA State Bar since 2002. | 520 | 6.1 | 3,172.00 |
| Orly Nhaissi | Associate in the Adversarial Department. Joined firm in 2007. Member of the NY State Bar since 2007. | 490 | 14.4 | 7,056.00 |
| Joshua Weisser | Associate in the Transactions Department. Joined the firm in 2007. Member of the NY State Bar since 2006. | 490 | 10.0 | 4,900.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Sara Folchi | Associate in the Adversarial Department, Securities Litigation Practice Group.  Joined firm in 2004.  Member of the CA State Bar since 2003. | 480 | 21.8 | 10,464.00 |
| Jennifer Halvas | Associate in the Transactions Department.  Joined firm in 2004. Member of the CA State Bar since 2004. | 480 | 7.7 | 3,696.00 |
| Karin Huang | Associate in the Adversarial Department.  Joined firm in 2006. Member of the CA State Bar since 2006. | 480 | 19.2 | 9,216.00 |
| Mike Symons | Associate in the Transactions Department.  Joined firm in 2004. Member of the CA State Bar since 2004. | 480 | 36.4 | 17,472.00 |
| Roberta Vespremi (formerly Roberta Harting) | Associate in the Adversarial Department.  Joined firm in 2006. Member of the CA State Bar since 2003 | 480 | 36.3 | 17,424.00 |
| Chia Ho | Associate in the Adversarial Department.  Joined the firm in 2003.  Member of the CA State Bar since 2003. | 480 | 11.9 | 5,712.00 |
| Melissa Onken | Associate in the Adversarial Department.  Joined firm in 2005. Member of the CA State Bar since 2005. | 450 | 24.1 | 10,845.00 |
| Abby Schwartz | Associate in the Adversarial Department.  Joined firm in 2006. Member of the CA State Bar since 2007. | 450 | 19.6 | 8,820.00 |
| Barry Junker | Associate in the Adversarial Department.  Joined firm in 2006. Member of the NY State Bar since 2006. | 425 | 42.7 | 18,147.50 |
| Justin S. Siegel | Associate in the Corporate Finance Department.  Joined firm in 2006. Member of CA State Bar since 2006. | 425 | 18.9 | 8,032.50 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Ana Acevedo | Associate in the Transactions Department. Joined firm in 2006. Member of the CA State Bar since 2007. | 395 | 54.9 | 21,685.50 |
| Jessica Hardy | Associate in the Adversarial Department. Joined firm in 2007. Member of the CA State Bar since 2006. | 395 | 9.1 | 3,594.50 |
| Katie Patton | Associate in the Labor & Employment Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 395 | 18.2 | 7,189.00 |
| Adrian Pollner | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 395 | 127.3 | 50,283.50 |
| Michael Scheppele | Associate in the Transactions Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 395 | 28.9 | 11,415.50 |
| Alexandra Thaler | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 395 | 23.8 | 9,440.50 |
| Vivi Tran | Associate in the Securities Litigation Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 395 | 11.9 | 4,700.50 |
| Christine Bustany | Associate in the Adversarial Department. Joined firm in 2007. Member of the NJ State Bar since 2007. | 365 | 8.7 | 3,175.50 |
| Anthony Dilello | Associate in the Adversarial Department. Joined firm in 2007. Member of the NJ State Bar since 2007. | 365 | 52.1 | 19,016.50 |
| Samantha Hill | Associate in the Adversarial Department. Joined firm in 2007. Not yet admitted to practice. | 365 | 24.2 | 8,833.00 |
| Clara Pugsley | Associate in the Adversarial Department. Joined firm in 2007. Member of the NY State Bar since 2007. | 365 | 17.5 | 6,387.50 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| David Sack | Associate in the Adversarial Department.  Joined firm in 2007.  Awaiting admittance to the Bar. | 365 | 20.7 | 7,555.50 |
| Sue Derian | Staff Attorney in the Transactions Department.  Started at the firm in 2006.  Member of the CA State Bar since 1983. | 350 | 19.8 | 6,930.00 |
| Tanya Guzman (formerly Avila) | Associate in the Adversarial Department.  Joined firm in 2007.  Member of the CA State Bar since 2007. | 330 | 81.7 | 26,961.00 |
| Timothy P. Caballero | Associate in the Adversarial Department.  Joined firm in 2007.  Member of the CA State Bar since 2007. | 330 | 16.7 | 5,511.00 |
| Anton P. Jongeneel | Associate in the Adversarial Department.  Joined firm in 2007.  Not yet admitted to practice. | 330 | 6.5 | 2,145.00 |
| Margaret (aka Molly) A. Moeser | Associate in the Adversarial Department.  Joined firm in 2007.  Member of the CA State Bar since 2007. | 330 | 97.8 | 32,274.00 |
| Zoheb Noorani | Associate in the Adversarial Department. Joined the firm in 2007.  Member of the CA Bar since 2007. | 330 | 18.9 | 6,237.00 |
| Ryan Austin | Associate in the Transactions Department.  Joined the firm in 2007.  Member of the CA Bar since 2007. | 330 | 120.2 | 39,666.00 |
| Allison Dietrick | Staff Attorney in the Adversarial Department.  Joined firm in 2001.  Member of the CA State Bar since 2001. | 275 | 4.8 | 1,248.00 |
| John Janega | Staff Attorney in the Legal Services Center.  Joined firm in 2004.  Member of the IL State Bar since 1975. | 265 | 0.7 | 185.50 |
| Alex Stemkovsky | Senior Staff Attorney in the Legal Services Center.  Joined the firm in 2005.  Member of the CA State Bar since 2006. | 260 | 9.3 | 2,325.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Gerald Krimen | Staff Attorney in the Adversarial Department.  Joined firm in 2001.  Member of the CA State Bar since 1999. | 250 | 133.4 | 33,350.00 |
| June Burton | Staff Attorney in the Legal Services Center.  Joined firm in 2005.  Member of the DC Bar since 1997. | 235 | 16.6 | 3,901.00 |
| David Kirschner | Staff Attorney in the Legal Services Center.  Joined firm in 2006.  Member of the DC Bar since 1995. | 220 | 176.2 | 38,764.00 |
| Daniel Nitzani | Staff Attorney in the Legal Services Center.  Joined firm in 2005.  Member of the CA State Bar since 2001. | 220 | 110.2 | 24,244.00 |
| Angela Perry | Staff Attorney in the Legal Services Center.  Joined firm in 2006.  Member of the MD State Bar since 2002 and DC Bar since 2006. | 220 | 43.3 | 9,526.00 |
| Joanne Wisner | Staff Attorney in the Legal Services Center.  Joined firm in 2006.  Member of the MA, VA and DC Bars since 2000, 2004 and 2005, respectively. | 220 | 0.7 | 154.00 |
| Paul Nalabandian | Staff Attorney in the Legal Services Center.  Joined firm in 2006.  Member of the AZ State Bar since 1999 and DC Bar since 2004. | 160 | 42.1 | 6,736.00 |
| Patrick Sanders | Staff Attorney in the Legal Services Center.  Joined firm in 2006.  Member of the DC Bar since 2001. | 160 | 2.8 | 448.00 |
| Brian Shaw | Staff Attorney in the Adversarial Department.  Joined firm in 2006.  Member of the CA State Bar since 2001. | 160 | 132.2 | 21,152.00 |
| Kamilah Williams | Staff Attorney in the Legal Service Center.  Joined firm in 2006.  Member of the MD State Bar since 2001 and DC Bar since 2006. | 160 | 51.0 | 8,160.00 |

| Professional | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Hours Billed | Compensation |
|---|---|---|---|---|
| Paule Levadas | Project Attorney in the Legal Services Center.  Joined firm in 2007.  Member of the NJ State Bar since 1987 and DC Bar since 1988. | 150 | 95.8 | 14,370.00 |
| Nausheen Hassan | Staff Attorney in the Legal Services Center.  Joined firm in 2006.  Member of the CA State Bar since 2002 and DC Bar since 2004. | 150 | 104.6 | 15,690.00 |
| Marie Antoinette Perez-Brosset | Staff Attorney in the Legal Services Center.  Joined firm in 2007.  Member of the TX State Bar since 1985 and DC Bar since 2006. | 150 | 4.0 | 600.00 |
| Hessie Harris | Project Attorney in the Legal Services Center.  Joined the firm in 2006.  Member of the DC Bar since 1983. | 150 | 125.0 | 18,750.00 |
| David Kenyatta | Project Attorney in the Legal Services Center.  Joined the firm in 2006.  Member of the MD State Bar since 1993 and DC Bar since 2006. | 150 | 175.0 | 26,250.00 |
| Angela Bish | Project Attorney in the Legal Services Center.  Joined firm in 2007.  Member of the MA State Bar since 2006. | 150 | 164.9 | 24,735.00 |
| Kiley Alison Frank | Project Attorney in the Legal Services Center.  Joined firm in 2007.  Member of the MD State Bar since 2004 and the DC Bar since 2006. | 150 | 170.5 | 25,575.00 |
| Camille Fraser | Project Attorney in the Legal Services Center.  Joined firm in 2007.  Member of the NY State Bar since 1999 and DC Bar since 2006. | 150 | 128.4 | 19,260.00 |
| Lloyd McGuire | Project Attorney in the Legal Services Center.  Joined firm in 2007.  Member of the SC State Bar since 2006 and DC Bar since 2007. | 150 | 43.8 | 6,570.00 |
| Muhammed Mims | Project Attorney in the Legal Services Center.  Joined firm in 2005.  Member of the PA State Bar since 2004. | 150 | 184.9 | 27,735.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Helynn Nelson | Project Attorney in the Legal Services Center.  Joined firm in 2006.  Member of the MD State Bar since 2005 and DC Bar since 2006. | 150 | 142.5 | 21,375.00 |
| Shayla Settlers | Project Attorney in the Legal Services Center.  Joined firm in 2007.  Member of the MD State Bar since 2006. | 150 | 168.5 | 25,275.00 |
| Lisa Tekancic | Project Attorney in the Legal Services Center.  Joined firm in 2006.  Member of the DC Bar since 2006. | 150 | 148.9 | 22,335.00 |
| John Davis | Project Attorney in the Legal Services Center.  Joined the firm in 2005.  Member of the MD State Bar since 1995 and the DC Bar since 2006. | 75 | 199.0 | 14,925.00 |
| Lynn Talab | Adversarial Paralegal since 1992. | 310 | 34.0 | 10,540.00 |
| Payam Saidi-Ardestani | Litigation Support Specialist since 1998. | 300 | 1.5 | 450.00 |
| Frank J. Gillis | Adversarial Paralegal since 2001 | 290 | 0.4 | 116.00 |
| Michael Donovan | Litigation Support Specialist since 2005. | 260 | 74.5 | 19,357.50 |
| James McCarthy | Adversarial Paralegal since 1997. | 245 | 92.8 | 22,736.00 |
| Timothy Sheehan | Adversarial Paralegal since 2004. | 225 | 11.0 | 2,475.00 |
| Karen Nguyen | Litigation Support Specialist since 2004. | 220 | 1.0 | 220.00 |
| Ryan Lopez | Litigation Support Specialist since 2007. | 220 | 19.4 | 4,186.00 |
| Catherine Mirhady | Litigation Support Specialist since 2007. | 220 | 23.2 | 5,104.00 |
| Denise Lieu | Practice Support Analyst since 2006. | 220 | 1.5 | 300.00 |
| Brian Osimiri | Transactions Project Assistant since 2006. | 190 | 62.6 | 11,894.00 |
| Stella Kim | Project Assistant since 2007. | 190 | 1.5 | 285.00 |
| Elizabeth Ene | Litigation Support Specialist since 2007. | 110 | 51.3 | 5,643.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Leann Williams | Litigation Technician since 2007. | 75 | 3.5 | 262.50 |
| Thang Nguyen | Litigation Technician since 2005. | 70 | 1.0 | 70.00 |
| TOTAL | | | 5422.5 | 1,813,947.00 |

## COMPENSATION BY PROJECT CATEGORY

| Fee Summary - January 1, 2008 through January 31, 2008 | | |
|---|---|---|
| **Matter** | **Hours** | **Fees** |
| Case Administration (071) | 45.5 | 31,219.50 |
| Non-Working Travel (072) | 33.9 | 14,059.00 |
| Asset Analysis/Recovery (073) | 3.5 | 1,962.00 |
| Asset Disposition (074) | 179.9 | 97,060.00 |
| Relief from Stay Proceedings (075) | 30.2 | 22,764.00 |
| Meetings/Communications with Creditors (076) | 3.5 | 1,823.50 |
| Assumption/Rejection of Leases and Contracts (080) | 102.2 | 61,064.00 |
| Claims Administration and Objections (081) | 109.6 | 64,048.50 |
| Plan & Disclosure Statement (082) | 392.8 | 216,656.50 |
| General Litigation/Litigation Claims (083) | 127.4 | 54,039.50 |
| Reclamation Claims (086) | 3.8 | 1,976.00 |
| Fee/Employment Applications (087) | 75.4 | 38,640.50 |
| Employee Matters (Benefits, Pensions) (089) | 3.4 | 1,808.00 |
| Corporate and Securities Matters (090) | 80.0 | 56,953.00 |
| Tax Issues (091) | 182.9 | 100,844.00 |
| Government Investigations (093) | 1,794.0 | 370,237.50 |
| Warehouse Lenders (094) | 11.3 | 9,559.00 |
| Deferred Compensation Plan Litigation (095) | 27.6 | 18,428.50 |
| Access Lending (096) | 0.6 | 414.00 |
| WARN Litigation (097) | 574.3 | 195,287.50 |
| Examiner Issues (098) | 1,640.7 | 455,102.50 |
| **Total** | **5,422.5** | **1,813,947.00** |

**EXPENSE SUMMARY**

| Expense Summary - January 1, 2008 through January 31, 2008 | |
|---|---|
| **Expense** | **Amount** |
| Copying (Equitrac – Internal) (E101E) | 2,060.50 |
| Lasertrak Printing (E101L) | 667.90 |
| Specialty Photocopying (E101SP) | 12.50 |
| Outside Printing/Reproduction (Photocopying) (E102A) | 708.70 |
| Outside Printing/Reproduction (Microfilming) (E102A1) | 754.91 |
| Outgoing Faxes (E104) | 2.0 |
| Telephone (Accounts Payable) (E105A) | 337.55 |
| Online Research / Lexis-Nexis (E106L) | 610.84 |
| Online Research / Miscellaneous (E106M) | 440.48 |
| Online Research / Westlaw (E106W) | 817.48 |
| Delivery Services/Messengers (E107) | 1,727.17 |
| Local Travel (Accounts Payable) (E109A) | 244.00 |
| Local Travel (Taxi) (E109TX) | 2,093.73 |
| Expense Report Other - Includes Out of Town Travel (E110) | 4,325.71 |
| Out of Town Travel (Expense Reports - Meals) (E110EM) | 476.49 |
| Out-of-Town Travel (Direct Bill Firm – Airfare) (E110T) | 1,547.44 |
| Meals (Overtime) (E111DB) | 121.54 |
| Other Accounts Payable (E124A) | 2,210.77 |
| Other Disbursement Credit (E124DC) | (18.36) |
| Scanning Services (Accuroute) (E130AR) | 71.70 |
| **Total** | **19,213.05** |

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416(KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | Hearing Date: Only if Objection is Received |
| | : | |
| | : | Objection Deadline: March 27, 2008 |

### TENTH MONTHLY APPLICATION OF O'MELVENY & MYERS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008

Pursuant to Sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 25, 2007 [Docket No. 389] (the "Administrative Order"), O'Melveny & Myers LLP ("OMM") hereby files this Tenth Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from January 1, 2008 through and including January 31, 2008 (the "Application"). By this Application, OMM

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; and NCoral, L.P., a Delaware limited partnership.

seeks a monthly allowance pursuant to the Administrative Order with respect to the sums of $1,451,157.60 (80% of $1,813,947.00) as compensation and $19,213.05 for reimbursement[2] of actual and necessary expenses for a total of $1,470,370.65 for the period January 1, 2008 through and including January 31, 2008 (the "Compensation Period").  In support of this Application, OMM respectfully represents as follows:

**Background**

1.      On April 2, 2007 (the "Petition Date"), the Debtors, other than Access, filed the instant petitions for relief and the Debtors' bankruptcy cases are being jointly administered pursuant to an order of the Court.  Access filed its chapter 11 petition on August 3, 2007 (the "Access Petition Date").  The Debtors are operating their business and managing their affairs as debtors and debtors in possession.

2.      The retention of OMM by the Debtors other than Access was approved effective as of the Petition Date by this Court's Order dated May 7, 2007 [Docket No. 567] (the "Retention Order").  The Retention Order authorized OMM to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.  Subsequently, on October 23, 2007, the scope of OMM's retention was expanded to include the representation of Access effective as of the Access Petition Date.

**Compensation Paid and its Source**

3.      All services for which compensation is requested by OMM were performed for or on behalf of the Debtors.

4.      Except to the extent of the retainers paid to OMM as described in the applications seeking approval of OMM's employment by the Debtors during the period covered by this Application, OMM has received no payment and no promises for payment from any source for

---

[2]   In accordance with the procedures approved by the Court pursuant to the Administrative Order, upon the filing of a certificate of no objection with the Court, the Debtors are authorized to pay OMM an amount equal to the lesser of (i) 80% of the fees ($1,813,947.00) and 100% of the expenses ($19,213.05) requested in the Application and (ii) 80% of the fees and 100% of the expenses not subject to an objection.

services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between OMM and any other person other than the partners of OMM for the sharing of compensation to be received for services rendered in these cases.

## Fee Statements

5.      The fee statements for the Compensation Period are attached hereto as Exhibit A.  The statements contain daily time logs describing the time spent by each attorney and paraprofessional for this period.[3]  To the best of OMM's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2 and the Administrative Order.

## Actual and Necessary Expenses

6.      A summary of the actual and necessary expenses and daily logs of expenses incurred by OMM for the Compensation Period is attached hereto as Exhibit B.  OMM has charged $1.00 per page for out-going facsimile transmissions and $.10 per page for photocopying expenses for the purposes of these bankruptcy cases, in accordance with Del. Bankr. L.R. 2016-2(e)(iii).[4]  Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7.      Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), OMM charges all its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal OMM's actual cost.  OMM is currently under contract to pay these providers a flat fee every month.  For certain months the flat fee may be higher than actual usage.  For certain other months the flat fee may be lower than actual usage.

---

[3]  OMM's word processing and distribution handling expenses are not included in its overhead but instead are charged separately to clients.  OMM generally charges its bankruptcy clients at the same rates as its non-bankruptcy clients but, consistent with applicable guidelines, is not seeking reimbursement from the Debtors' estates for these actual incurred expenses.

[4]  OMM typically charges its clients $1.25 per page for out-going facsimile transmissions and $0.15 per page for photocopying expenses.

Charging its clients the on-line providers' standard usage rates allows OMM to cover adequately the monthly flat fees it must pay to these types of providers.

        8.      OMM believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, OMM believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

        9.      The partners, counsel and associates who rendered professional services in this case during the Compensation Period are:  Robert Rizzi, Ben Logan, David Krinsky, Gordon Krischer, Curt Kirschner, Kathryn Sanders, Suzzanne Uhland, Jeff Walbridge, Stephen Warren, Alejandro Mayorkas, Robert Carney, Robert Plesnarski, Shannon Lowry Nagle, William Peters, Thomas Riordan, Peter Ritter, Gary Tell , Michael Camunez, C. Brophy Christensen, Jorge DeNeve, Andor Terner, Victoria Newmark, Jeff Fowler, Summer Conley, Christopher Campbell, Brian Metcalf, Winston Chang, Allan Johnson, Natausha Wilson, Justin Laubach, Khuong (David) Phan, Jason Alderson, Richard Mendoza, Laine Mervis, Andrew Parlen, Scott Sugino, Bryan Kelly, Philip Lewis, Sara Folchi, Jennifer Halvas, Karin Huang, Mike Symons, Roberta Vespremi (formerly Roberta Harting), Chia Ho, Orly Nhaissi, Joshua Weisser, Melissa Onken, Abby Schwartz, Barry Junker, Justin Siegel, Ana Acevedo, Jessica Hardy, Alexandra Thaler, Katie Patton, Adrian Pollner, Michael Scheppele, Vivi Tran, Christine Bustany, Alison Dietrick, Anthony Dilello, Samantha Hill[*], Clara Pugsley, David Sack[*], Sue Derian, Gerald Krimen, June Burton, Tanya Guzman (formerly Tanya Avila), Timothy Caballero, Anton Jongeneel[*], Margaret Moeser, Zoheb Noorani, Ryan Austin, John Janega, Alex Stemovsky, David Kirschner, Daniel Nitzani, Angela Perry, Joanne Wisner, Brian Shaw, Paul Nalabandian, Patrick Sanders, Kamilah Williams, Marie Antoinette Perez-Brosset, and Nausheen Hassan.

---

[*] Not yet admitted to practice.

10.     The project attorneys who rendered professional services in this case during the Compensation Period are Hessie Harris, David Kenyatta, Angela Bish, Paule Levadas, Lloyd McGuire, Lisa Tekancic, Kiley Alison Frank, Camille Fraser, Helyn Nelson, Muhammed Mims, John Davis, and Shayla Settlers. These project attorneys were engaged on a temporary basis by OMM to assist in reviewing documents to be produced to the Securities and Exchange Commission.  Such project attorneys were trained and closely supervised by OMM attorneys, worked in OMM's offices, and used equipment and furniture belonging to OMM.  OMM contracted to engage the referenced project attorneys at an hourly rate below that which OMM bills the Debtors.  The difference between the amount paid by OMM for engaging the project attorneys and amount billed by OMM for services rendered by the project attorneys reflects not only OMM's training and supervision of the project attorneys and the project attorneys' use of OMM's office space, equipment and furniture, but also the fact that OMM bears the fiduciary and professional responsibility for services rendered to the Debtors by the project attorneys.

11.     The paraprofessionals of OMM who provided services to the attorneys in these cases are:  Lynn Talab, Payam Saidi-Ardestani, Michael Donovan, Frank Gillis, James McCarthy, Timothy Sheehan, Karen Nguyen, Denise Lieu, Ryan Lopez, Catherine Mirhady, Brian Osimiri, Elizabeth Ene, Stella Kim, Leann Williams, and Thang Nguyen.  OMM by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed professional services which are described and narrated in detail hereafter.

**Summary of Services by Project**

12.     The services rendered by OMM during the Compensation Period can be grouped into the categories set forth below.

A.     <u>Case Administration (071)</u>

Fees:  $31,219.50          Total Hours:  45.5

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, regular status calls including management and professionals, review of work in process reports, review of notices of appearances and maintaining services lists.

B.     Non-Working Travel (072)

Fees:  $14,059.00          Total Hours:  33.9

This category includes all travel time not otherwise chargeable (and is billed at one-half the normal billing rate) in accordance with Del. Bankr. L.R. 2016-2(e)(iii).

C.     Asset Analysis (073)

Fees:  $1,962.00          Total Hours:3.5

This category includes all matter relating to the analysis of the Debtors assets. During the Compensation Period, much of OMM"s time in this matter was spent drafting a motion to abandon certain marketing and promotional materials.

D.     Asset Disposition (074)

Fees:  $97,060.00          Total Hours: 179.9

This category includes all matters relating to the disposition of property of the estate.  OMM provided significant services during the Compensation Period assisting the Debtors' efforts in pursuing major asset sales.  On May 7, 2007, the Court entered an order approving the sale of a pool of approximately 2,200 unencumbered mortgage loans to Ellington Management Group, L.L.C. on behalf of its Client Funds ("Ellington").  On May 23, 2007, the Court authorized the sale of the Debtors' servicing business (the "Carrington Sale") to Carrington Mortgage Services, LLC, an affiliate of Carrington Capital Management, LLC.  On June 27, 2007, the Court approved an amendment to that sale agreement approving the sale of additional loans to Ellington. On July 3, 2007, the Court entered an order approving the sale of certain technology assets to EquiFirst Corporation.  On September 14, 2007, the Court authorized the sale of 235 mortgage loans (the "Disputed Loans"), the rights to which were disputed between the Debtors and Deutsche Bank Structured Properties, Inc.  Those sales are now successfully closed.

Much of OMM"s time in this matter during the Compensation Period was spent in connection with  the sale of 46 mortgage loans that were not sold in the prior sale to Ellington.  On December 21, 2007, the Debtors filed a motion that had been prepared by OMM by which the Debtors sought approval of the sale of such loans (subject to overbid) to GRP Financial Services Corporation ("GRP") for approximately $1.8 million.  On January 9, 2008, the Bankruptcy Court entered an order approving the GRP Bid Procedures, including approving a break-up fee of $40,000 to be paid to GRP in the event that GRP was outbid.  While OMM communicated with potential bidders about the mortgage loans subject to sale and prepared for the auction to be held on January 24, 2008, no competing bids were received by the bid deadline and on January 24, 2008, the Bankruptcy Court approved the sale 41 of these 46 loans to GRP for approximately $1.4 million.  Thereafter, OMM rendered services necessary for the closing of the sale.

During the Compensation Period, OMM's efforts also included attending to post-closing matters associated with the Carrington Sale.  In that regard OMM spent time working with the Debtors in connection with the assignment of certain licenses and contracts to Carrington and and indemnification claim made by Carrington.  Additionally, during the Compensation Period, OMM also spent substantial time advising the Debtors in connection with and facilitating the sale of miscellaneous assets pursuant to Court-approved procedures.

     E.     <u>Relief from Stay Proceedings (075)</u>

Fees:  $22,764.00     Total Hours:  30.2

This category includes all matters related to and including all motions and stipulations to modify the automatic stay and issues related to the effect of the automatic stay or pending matters.  In particular, OMM spent time within this category negotiating and drafting a stipulation providing for relief from stay with respect to the Debtors' directors and officers insurance policies.

     F.     <u>Meetings/Communications with Creditors (076)</u>

Fees:  $1,823.50     Total Hours: 3.5

OMM spent time during the Compensation Period receiving and responding to

numerous written and telephonic queries from creditors.

       G.     <u>Assumption/Rejection of Leases and Contracts (080)</u>

          Fees:  $61,064.00          Total Hours:  102.2

          This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.  Within this category, OMM spent substantial time drafting numerous employment contract rejection notices.  During the Compensation Period, OMM also analyzed its claims under contracts with third parties and prepared for and attended a settlement meeting with Accenture with respect to the Debtors' claims against Accenture.

       H.     <u>Claims Administration and Objections (081)</u>

          Fees:  $64,048.50          Total Hours:  109.6

          This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.  Among other tasks, OMM worked with the Debtors and their other professionals to analyze claims filed against the Debtors, strategize with respect to the claims objection process, and prepare omnibus objections to claims.  Moreover, OMM spent time in this matter during the Compensation Period in connection with the Debtors' equipment financing arrangements and the rights of the Debtors and counterparties to such agreements.  Further, OMM drafted a motion to approve the Debtors' settlement with GECC.  Additionally, OMM worked with the Debtors and their other professionals to formulate a protocol for determining the amount of early payment default and breach claims under loan purchase agreements.

       I.     <u>Plan & Disclosure Statement (082)</u>

          Fees:  $216,656.50          Total Hours:  392.8

          This category includes all matters related to the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 (the "Plan") and the related disclosure statement (the "Disclosure Statement").  During the Compensation Period, OMM spent much of the time in this matter negotiating the

terms of the Plan with the Committee and drafting the Plan and the Disclosure Statement.  OMM also continued working with the Debtors and their other professionals to continue formulating a recovery analysis and claims analysis.  OMM also continued to refine the Plan's structure, including addressing issues related to the structure of the liquidating trust that will administer the Debtors' estates after the Plan becomes effective.

J.    General Litigation/Litigation Claims (083)

Fees:  $54,039.50          Total Hours:  127.4

This category includes all matters relating to pending state court litigation matters and adversary proceedings for which no separate matter is listed.  A significant portion of OMM's time in this category was spent addressing matters pertaining to litigation with Positive Software Solutions, Inc., including attending mediation related thereto.

K.    Reclamation Claims (086)

Fees: $1,976.00          Total Hours: 3.8

This category includes the analyses of reclamation claims asserted in the Debtors' cases.  OMM's primary tasks during the Compensation Period involved analyzing the reclamation claim asserted by KST Data, Inc. and the Debtors' liability, if any, with respect thereto and negotiating a stipulation to resolve the matter.

L.    Fee/Employment Applications (087)

Fees:  $38,640.50        Total Hours: 75.4

This category includes all matters related the retention and compensation of professionals in the Debtors' cases.  During the Compensation, OMM prepared and filed its monthly fee application for November 2007 and its second interim fee application.

M.    Employee Matters (Benefits, Pensions) (089)

Fees:  $1,808.00          Total Hours:  3.4

This category includes all matters related to employee wages, employee plans, benefits, other employee relations matters and retiree benefits.  Among the services rendered by

OMM within this category during the Compensation Period was drafting an amendment to the Debtors' 401(k) plan.

      N.      <u>Corporate and Securities Matters (090)</u>

      Fees:  $56,953.00      Total Hours:  80.0

This category includes the drafting of board resolutions, the preparation and filing of reports required by the Securities and Exchange Commission, preparing materials for and attending board of directors meetings, and related research.

      O.      <u>Tax Issues (091)</u>

      Fees:  $100,844.00      Total Hours:  182.9

This category includes all federal and state income, property, employment, excise and other tax matters, other than tax aspects of a chapter 11 plan.  During the Compensation Period, OMM spent a substantial amount of the time within this category researching and drafting a reply brief (in response to the IRS's reply to the Debtors' initial brief) regarding the Bankruptcy Court's jurisdiction to review the Internal Revenue Service's denial of the Debtors' Form 1139 requesting payment of a tax refund.  OMM also spent a substantial amount of time within this category analyzing the Debtors' tax liabilities and assisting the Debtors in connection with the ongoing IRS audit, including communicating with IRS counsel regarding the IRS proof of claim.  OMM also spent time within this category analyzing the Debtors' liability and responsible person liability for employment taxes.

      P.      <u>Government Investigations (093)</u>

      Fees:   $370,237.50      Total Hours:  1,794.0

Continuing its work from prior to the Petition Date, OMM assisted the Debtors in addressing certain ongoing investigations being conducted by the U.S. Department of Justice and the Securities and Exchange Commission relating to prepetition criminal and regulatory investigations by such entities.

      Q.      <u>Warehouse Lenders (094)</u>

      Fees:  $9,559.00      Total Hours:  11.3

This category includes all matters related to the Debtors' master repurchase agreements and master loan purchase agreements and to the Debtors' disputes with the counterparties to such agreements.  OMM spent time during the Compensation Period analyzing the rights of the parties to the Debtors' various repurchase agreements and engaging in communications and negotiations with counterparties to such agreements and whole loan purchasers.  In particular, during the Compensation Period, OMM continued to dedicate efforts to formulating and drafting a settlement structure and related motion to resolve the Debtors' disputes with the counterparties to the master repurchase agreements and whole loan purchasers.

R.    Deferred Compensation Plan Litigation (095)

Fees:  $18,428.50          Total Hours:  27.6

This category includes all matters related to litigation concerning the Debtors' deferred compensation plan (the "Deferred Compensation Plan Litigation").  In particular, OMM continued its analysis of the documents governing the Debtors' deferred compensation plan and its fact investigation pertaining to the Deferred Compensation Plan Litigation.  OMM also responded to and attended a hearing regarding Wells Fargo's motion for payment of fees incurred as trustee for the trust established as a potential source of funds to assist the Debtors in meeting their obligations under the Debtors' deferred compensation plan.

S.    Access Lending (096)

Fees:  $414.00          Total Hours:  0.6

This category includes all matters related to the Access chapter 11 case.  During the Compensation Period, OMM spent its time in this matter analyzing claims against Access Lending.

T.    WARN Litigation (097)

Fees:  $195,287.50          Total Hours:  574.3

This category includes all matters related to the WARN Act lawsuit brought against the Debtors, for which O'Melveny assumed responsibility at the end of June, 2007.  During the Compensation Period, OMM spent substantial time in this category addressing discovery issues, including responding to the plaintiffs' discovery requests, preparing responsive non-privileged

documents for production, and  analyzing discovery responses and documents received from plaintiffs.  OMM also continued to conduct the fact investigation and to develop the Debtors' litigation strategy.  Finally, OMM formulated a liability analysis in anticipation of discussions with opposing counsel.

U.    Examiner Issues (098)

  Fees:  $455,102.50   Total Hours:  1,640.7

This category includes all matters related to facilitating the Debtors' cooperation with the investigation being conducted by the Court-appointed examiner (the "Examiner"). Services rendered by OMM within this category include, but are not limited to, reviewing a voluminous amount of documents for privilege and coordinating the production of such documents.

**Valuation of Services**

13.    Attorneys and paraprofessionals of OMM have expended a total of 5,422.5 hours in connection with this matter during the Compensation Period.

14.    The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto.  These are OMM's normal hourly rates for work of this character.  The reasonable value of the services rendered by OMM to the Debtors during the Compensation Period is $1,813,947.00.

15.    In accordance with the factors set forth in Section 330 of the Bankruptcy Code, OMM respectfully submits that the amounts requested are fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services other than in a case under this title.  Moreover, OMM has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, OMM respectfully requests that the Court enter an order providing that, for the Compensation Period, an allowance be made to OMM with respect to the sum of $1,451,157.60 (80% of $1,813,947.00) as compensation for necessary professional services rendered, and the sum of $19,213.05 for reimbursement of actual necessary costs and expenses, for a total of $1,470,370.65, and that such sums be authorized for payment less any sums that have been previously paid to OMM pursuant to the Administrative Order, and for such other and further relief as the Court may deem just and proper.

Dated:  March 7, 2008
Wilmington, Delaware

Respectfully submitted,


/s/ *Andrew M. Parlen*
Suzzanne Uhland
Ben H. Logan
Victoria A. Newmark
Andrew M. Parlen
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California  94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

## **VERIFICATION**

STATE OF CALIFORNIA)
COUNTY OF ORANGE   )

      Suzzanne Uhland, after being duly sworn according to law, deposes and says:

      a)  I am counsel with the applicant firm, O'Melveny & Myers LLP, co-counsel to the

Debtors in the above-captioned matter.

      b)  I have performed and am familiar with the work performed on behalf of the Debtors

by O'Melveny & Myers LLP.

      c)  I have reviewed the foregoing Application and the facts set forth therein are true and

correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.

Bankr. L.R. 2016-2 and submit that the Application substantially complies with such Rule.

                                                                Suzzanne Uhland

SWORN AND SUBSCRIBED before me this 7th th day of _Mar_., 2008

_____
      Notary Public

GAIL HUTCHING
Commission # 1770000
Notary Public - California
San Francisco County
My Comm. Expires Mar 5, 2011