## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1]** | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| | Objection Deadline: February 29, 2008 |

### CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES OF MANATT, PHELPS AND PHILLIPS, LLP FOR THE PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007 [DOCKET NOS. 4865 AND 4866] (NO ORDER REQUIRED)

The undersigned hereby certifies that she has received no answer, objection or any other responsive pleading with respect to the Monthly Fee Application for Compensation and Reimbursement of Expenses (the "Application") of Manatt, Phelps and Phillips, LLP (the "Applicant") listed on Exhibit A attached hereto. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. The Application was filed with the Bankruptcy Court on the dated listed on Exhibit A.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware Corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered April 24, 2007 [Docket No. 389] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses required in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated:  March 7, 2008.

MANATT, PHELPS & PHILLIPS, LLP

By: _____
    Ellen R. Marshall [CA Bar No.66715]
    695 Town Center Drive, 14th Floor
    Costa Mesa, CA 92626
    (714) 371-2508

    Attorneys for Debtors

# EXHIBIT A

## NEW CENTURY TRS HOLDINGS, INC., et al.

Professional Fees and Expenses
Month Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Manatt, Phelps & Phillips, LLP<br><br>[Docket Nos. 4865 and 4866 | 12.01.07 through 12.31.07 | $19,377.50 (Fees for December)<br><br>$1,975.93 (Expenses for December) | $15,502.00 (December fees @80%)<br><br>$1,975.93 (December expenses @100%) | 02.07.08 | 02.29.08 |

## VERIFICATION

STATE OF CALIFORNIA          )
                                      ) SS:
COUNTY OF ORANGE          )

           Ellen R. Marshall, after being duly sworn according to law, deposes and says:

           1.        I am a partner with the applicant firm, Manatt, Phelps & Phillips, LLP, and have been admitted to appear before this Court.

           2.        I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

           3.        I have reviewed the foregoing Certification Of No Objection Regarding Monthly Fee Application For Compensation And For Reimbursement Of Expenses Of Manatt, Phelps And Phillips, LLP For The Period From December 1, 2007 Through December 31, 2007 [Docket Nos. 4865 and 4866] (No Order Required) and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

                                     _____
                                   Ellen R. Marshall [CA Bar No. 66715]

SWORN AND SUBSCRIBED before me
this 7th day of March, 2008.

_____
Notary Public
My Commission Expires  8/28/2011

CRYSTAL TAYLOR
Commission # 1764065
Notary Public - California
Orange County
My Comm. Expires Aug 28, 2011

4

# PROOF OF SERVICE

I, Tracey J. Dunn, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 695 Town Center Drive, 14th Floor, Costa Mesa, CA 92626.  On March 7, 2008, I served the within documents:

**CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES OF MANATT, PHELPS AND PHILLIPS, LLP FOR THE PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007 [DOCKET NO. 4865 AND 4866] (NO ORDER REQUIRED)**

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. from (310) 312-4000, the transmission was reported as complete and without error, and a true copy of the transmission report was properly issued by the transmitting facsimile machine and is annexed to this proof of service.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒    by placing the document(s) listed above in a sealed FedEx Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx Express agent for delivery.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

*Please see attached Service List*

I am readily familiar with the Manatt, Phelps & Phillips, LLP's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 7, 2008, at Costa Mesa, California.

_____
Tracey J. Dunn

## PROOF OF SERVICE MAILING LIST

| VIA FEDEX DELIVERY | VIA U.S. MAIL SERVICE & E-MAIL |
|---|---|
| New Century Mortgage Corporation<br>Attn: Monika L. McCarthy, Esq.<br>3121 Michelson Drive, Sixth Floor<br>Irvine, CA 92612 | Warren H. Smith, Esq.<br>Warrren H. Smith & Associates, P.C.<br>Republic Center<br>435 N. St. Paul, Suite 1275<br>Dallas, TX 75201<br><br>feeaudit@whsmithlaw.com |
| O'Melveny & Myers LLP<br>Attn: Suzzanne Uhland, Esq.<br>        Emily Culler, Esq.<br>400 South Hope Street<br>Los Angeles, CA 90071 | |
| Richards, Layton & Finger, P.A.<br>Attn: Mark D. Collins, Esq.<br>        Michael J. Merchant, Esq.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 | |
| AP Services, LLC<br>Attn: Holly Feder Etlin<br>Nine West 57th Street, Suite 3420<br>New York, NY 10019 | |
| Office of the U.S. Trustee<br>Attn: Joseph McMahon, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | |
| Blank Rome LLP<br>Attn: Bonnie Glantz Fatell<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | |
| Hahn & Hessen LLP<br>Attn: Mark S. Indelicato<br>488 Madison Avenue<br>New York, NY 10022 | |