## EXHIBIT A

RLF1-3260406-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[2] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 3261 |

### ORDER SCHEDULING TIME FOR PARTIES TO RESPOND TO MOTIONS TO KEEP FINAL REPORT OF MICHAEL J. MISSAL BANKRUPTCY COURT EXAMINER UNDER SEAL

Upon hearing argument from the interested parties at the omnibus hearing on March 5, 2008 with regard to the schedule for interested parties to respond to any motions seeking to keep the *Final Report of Michael J. Missal Bankruptcy Court Examiner* (the "Final Report") under seal

**NOW, THEREFORE IT IS HEREBY ORDERED THAT:**

1. As set forth in the *Order (I) Supplementing June 1, 2007 Order Directing the Appointment of an Examiner and (II) Granting Motion of Michael J. Missal, Examiner for an Extension of Time to File His Report with the Court* [Docket No. 3261], interested parties seeking to have the Final Report kept under seal must file any motions seeking to do so within ten (10) days of the filing of the Final Report.

---

[2] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

2. As the Final Report was filed February 29, 2008, interested parties shall have until March 10, 2008 to file any such motions to keep the Final Report under seal.

3. Interested parties shall have until March 20, 2008 to file an objection or response to any such motions to keep the Final Report under seal.

4. Any motions to keep the Final Report under seal, along with any related objections and/or responses shall be heard at the omnibus hearing scheduled for March 25, 2008 at 1:30 p.m.

5. This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.

Dated: March ___, 2008
      Wilmington, Delaware

                                              THE HONORABLE KEVIN J. CAREY
                                              UNITED STATES BANKRUPTCY JUDGE