# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br><br>Re: Docket No. ___ |

**ORDER PURSUANT TO 11 U.S.C. §§ 502, 503, 506 AND 507, FED R. BANKR. P. 3007 AND 9014, AND DEL. BANKR. L.R. 3007-1 DISALLOWING AND EXPUNGING CERTAIN (A) AMENDED AND SUPERSEDED CLAIMS; (B) DUPLICATE CLAIMS; (C) LATE FILED CLAIMS; AND (D) NO SUPPORTING DOCUMENTATION CLAIMS
SET FORTH IN DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS**

Upon the Debtors' Seventeenth Omnibus Objection To Claims: Non-Substantive Objection Pursuant to 11 U.S.C. §§ 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) Late Filed Claims; and (D) No Supporting Documentation Claims (the "Objection"),[2] filed by New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc. ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession in the above-styled case (collectively, the "Debtors"); and it appearing that notice of the objection was good and sufficient upon the particular

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

circumstances and that no other or further notice need be given; and the Court having considered the Objection, the claims listed on Exhibits A through D annexed hereto, and any responses thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

FOUND AND DETERMINED THAT:

A.  This Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B.  Each holder of a claim (as to each, a "Claim") listed on Exhibits A through D attached hereto was properly and timely served with a copy of the Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C.  Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

D.  The Claims listed on Exhibit A hereto are Claims that have been amended and superseded by other claims set forth in later Proofs of Claim and, therefore, have been amended and superseded by the Remaining Claims; and

E.  The Duplicate Claims listed on Exhibit B hereto are Claims that assert duplicate or multiple claims against the same Debtor asserting the same liability in the same amount and, therefore, are duplicative of those asserted in the remaining Claims; and

F.  The Claims listed on Exhibit C hereto are Claims that were filed after the Bar Date and, therefore, were not timely filed; and

G.  The Claim listed on Exhibit D hereto is a Claim for which no supporting documentation was attached to the filed Proof of Claim; and

H.  The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

RLF1-3260702-1

ORDERED, ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Amended and Superseded Claims listed on Exhibit A in the column labeled "Amended Claim Number" be, and hereby are, disallowed or expunged in their entirety.

3. The Claims listed on Exhibit B in the column labeled "Duplicate Claim Number" be, and hereby are, disallowed and expunged in their entirety, and each Claimant retains a Claim that incorporates the entire liability asserted by the Claimant.

4. The Late Filed Claims listed on Exhibit C be, and hereby are, disallowed and expunged in their entirety.

5. The No Supporting Documentation Claim listed on Exhibit D be, and hereby is, disallowed and expunged in its entirety.

6. The Debtors' rights to amend, modify, or supplement this Objection, to file additional objections to the Claims or any other claims (filed or not) which may be asserted against the Debtors, and to seek further reduction of any Claim to the extent such Claim has been paid, are preserved. Additionally, should one or more of the grounds of objection stated in this Objection be dismissed, the Debtors rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these cases are preserved.

7. This Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

8. Each Claim and the objections by the Debtors to such Claim, as addressed in the Objection and as set forth on Exhibits A through D hereto, constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by any Claimants

whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

Dated: April ____, 2008
       Wilmington, Delaware

                                                  THE HONORABLE KEVIN J. CAREY
                                                  UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT A**

17th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
# Amended Claims

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Atlas Van Lines Inc<br>1212 St George Rd<br>Evansville, IN 47703-0509 | 07-10416 | 1040 | 07-10421 | 1689 | $0.00 | $0.00 | $0.00 | $7,391.73 | $7,391.73 | $0.00 | $0.00 | $0.00 | $30,994.31 | $30,994.31 |
| Atlas Van Lines Inc<br>1212 St George Rd PO Box 509<br>Evansville, IN 47703-0509 | 07-10421 | 1002 | 07-10421 | 1689 | $0.00 | $0.00 | $0.00 | $4,692.82 | $4,692.82 | $0.00 | $0.00 | $0.00 | $30,994.31 | $30,994.31 |
| Aurora Loan Services LLC on behalf of certain Trusts<br>Lathan & Watkins LLP 885 Third Ave<br>New York, NY 10022 | 07-10419 | 2374 | 07-10419 | 3803 | $4,010,859.05 | $0.00 | $0.00 | $0.00 | $4,010,859.05 | $8,262,851.97 | $0.00 | $0.00 | $0.00 | $8,262,851.97 |
| Bernadette M Powers Carreno<br>1016 Moreno Way<br>Placentia, CA 92870 | 07-10417 | 189 | 07-10416 | 1723 | $0.00 | $0.00 | $42,614.97 | $2,735.47 | $45,350.44 | $0.00 | $0.00 | $50,399.00 | $2,735.47 | $53,134.47 |
| Broward County Dept of Finance<br>Governmental Center Annex 115 S Andrews Ave<br>Ft Lauderdale, FL 33301 | 07-10416 | 374 | 07-10416 | 3744 | $2,480.94 | $0.00 | $0.00 | $0.00 | $2,480.94 | $1,719.62 | $0.00 | $0.00 | $0.00 | $1,719.62 |
| CitiMortgage Inc<br>Featherstone Petrie DeSisto LLP 600 Seventeenth St Ste 2400 S<br>Denver, CO 80202 | 07-10419 | 3120 | 07-10419 | 3244 | $0.00 | $0.00 | $0.00 | $2,503,660.59 | $2,503,660.59 | $0.00 | $0.00 | $0.00 | $3,272,326.66 | $3,272,326.66 |
| Countrywide Home Loans Inc<br>5220 Las Virgenes Rd MS AC 11<br>Calabasas, CA 91302-4041 | 07-10419 | 3620 | 07-10419 | 3627 | $0.00 | $0.00 | $1,299,283.53 | $49,427,170.84 | $50,726,454.37 | $0.00 | $0.00 | $1,299,283.53 | $49,427,170.84 | $50,726,454.37 |
| Department of Revenue State of Oregon<br>Revenue Bldg 955 Center St<br>Salem, OR 97301-2555 | 07-10421 | 552 | 07-10421 | 3617 | $0.00 | $0.00 | $1,889.51 | $0.00 | $1,889.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| First Line Data Inc<br>4735 Walnut St Ste C<br>Boulder, CO 80301 | 07-10416 | 93 | 07-10417 | 405 | $0.00 | $0.00 | $0.00 | $2,631.00 | $2,631.00 | $0.00 | $0.00 | $0.00 | $3,381.00 | $3,381.00 |

17th Omnibus Objection

Exhibit A

Amended Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Frank J Nese<br>1227 Surfline Way<br>Corona Del Mar, CA 92625 | 07-10419 | 2072 | 07-10419 | 2501 | $0.00 | $0.00 | $0.00 | $7,123.68 | $7,123.68 | $0.00 | $0.00 | $0.00 | $7,101.25 | $7,101.25 |
| Katherine A Young<br>12123 Silver Creek Dr<br>Houston, Tx 77070 | 07-10416 | 112 | 07-10416 | 3596 | $0.00 | $0.00 | $1,236.54 | $0.00 | $1,236.54 | $0.00 | $0.00 | $1,236.48 | $0.00 | $1,236.48 |
| New York State Department of Taxation and Finance<br>PO Box 5300<br>Albany, NY 12205-0300 | 07-10419 | 3780 | 07-10419 | 3812 | $0.00 | $0.00 | $50,755.39 | $0.00 | $50,755.39 | $0.00 | $0.00 | $3,136.74 | $0.00 | $3,136.74 |
| New York State Department of Taxation and Finance<br>PO Box 5300<br>Albany, NY 12205-0300 | 07-10421 | 3703 | 07-10421 | 3813 | $0.00 | $0.00 | $27,866.12 | $0.00 | $27,866.12 | $0.00 | $0.00 | $14,166.85 | $0.00 | $14,166.85 |
| New York State Department of Taxation and Finance<br>PO Box 5300<br>Albany, NY 12205-0300 | 07-10419 | 3812 | 07-10419 | 3808 | $0.00 | $0.00 | $3,136.74 | $0.00 | $3,136.74 | $0.00 | $0.00 | $2,132.07 | $0.00 | $2,132.07 |
| Residential Funding Company LLC<br>Dorsey & Whitney LLP 50 S Sixth St ste 1500<br>Minneapolis, MN 55402 | 07-10419 | 2369 | 07-10419 | 3730 | $15,552,188.35 | $0.00 | $0.00 | $0.00 | $15,552,188.35 | $30,950,625.79 | $0.00 | $0.00 | $0.00 | $30,950,625.79 |
| Residential Funding Company LLC<br>Dorsey & Whitney LLP 50 S Sixth St ste 1500<br>Minneapolis, MN 55402 | 07-10420 | 2380 | 07-10420 | 3729 | $15,552,188.35 | $0.00 | $0.00 | $0.00 | $15,552,188.35 | $30,950,625.79 | $0.00 | $0.00 | $0.00 | $30,950,625.79 |
| State of Oregon<br>Revenue Bldg 955 Center St NE<br>Salem, OR 97301-2555 | 07-10419 | 1303 | 07-10419 | 3805 | $0.00 | $0.00 | $18.52 | $0.00 | $18.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claims To Be Expunged Totals | | | | 17 | $35,117,716.69 | $0.00 | $1,426,801.32 | $51,955,406.13 | $88,499,924.14 | $70,165,823.17 | $0.00 | $1,370,354.67 | $52,774,703.84 | $124,310,881.68 |

17th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
# Amended Claims

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |

# **EXHIBIT B**

17th Omnibus Objection

## Exhibit B
## Duplicate Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Countrywide Home Loans Inc<br>5220 Las Virgenes Rd MS AC 11<br>Calabasas, CA 91302-4041 | 07-10419 | 3628 | 07-10419 | 3627 | $0.00 | $0.00 | $1,299,283.53 | $49,427,170.84 | $50,726,454.37 | $0.00 | $0.00 | $1,299,283.53 | $49,427,170.84 | $50,726,454.37 |
| Dean Morris LLP<br>PO Box 2867<br>Monroe, LA 71207 | 07-10419 | 2041 | 07-10419 | 2037 | $0.00 | $0.00 | $0.00 | $1,570.00 | $1,570.00 | $0.00 | $0.00 | $0.00 | $1,570.00 | $1,570.00 |
| Franca M Rex<br>6 St Albans Ave<br>Newtown Sq, PA 19073 | 07-10419 | 975 | 07-10416 | 728 | $0.00 | $0.00 | $0.00 | $215,000.00 | $215,000.00 | $0.00 | $0.00 | $0.00 | $215,000.00 | $215,000.00 |
| Lois F Lutwin<br>23310 Alora Dr<br>Boca Raton, FL 33433 | 07-10416 | 3235 | 07-10416 | 3195 | $0.00 | $0.00 | $26,142.90 | $0.00 | $26,142.90 | $0.00 | $0.00 | $26,142.90 | $0.00 | $26,142.90 |
| Lubbock Central Appraisal District<br>Perdue Brandon Fielder Collins & Mott LLP<br>PO Box 817<br>Lubbock, TX 79408 | 07-10416 | 3754 | 07-10416 | 3710 | $1,172.54 | $0.00 | $628.31 | $0.00 | $1,800.85 | $0.00 | $0.00 | $628.31 | $0.00 | $628.31 |
| Mark A Siegel<br>2134 Leroy Pl Nw<br>Washington, DC 20008 | 07-10416 | 434 | 07-10416 | 232 | $0.00 | $0.00 | $67,439.24 | $0.00 | $67,439.24 | $0.00 | $0.00 | $0.00 | $67,439.24 | $67,439.24 |
| Residential Funding Company LLC<br>Dorsey & Whitney LLP 50 S Sixth St Ste 1500<br>Minneapolis, MN 55402 | 07-10420 | 3771 | 07-10420 | 3729 | $30,950,625.79 | $0.00 | $0.00 | $0.00 | $30,950,625.79 | $30,950,625.79 | $0.00 | $0.00 | $0.00 | $30,950,625.79 |
| Residential Funding Company LLC<br>Dorsey & Whitney LLP 50 S Sixth St Ste 1500<br>Minneapolis, MN 55402 | 07-10419 | 3765 | 07-10419 | 3730 | $30,950,625.79 | $0.00 | $0.00 | $0.00 | $30,950,625.79 | $30,950,625.79 | $0.00 | $0.00 | $0.00 | $30,950,625.79 |

17th Omnibus Objection

## Exhibit B
## Duplicate Claims

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| SunTrust Robinson Humphrey Funding LLC fka SunTrust Asset Funding LLC  Stites & Harbison PLLC 424 Church St Ste 1800  Nashville, TN 37219 | 07-10419 | 2018 | 07-10419 | 2021 | $1,405,016.74 | $0.00 | $0.00 | $0.00 | $1,405,016.74 | $1,405,016.74 | $0.00 | $0.00 | $0.00 | $1,405,016.74 |
| Claims To Be Expunged Totals | | | | 9 | $63,307,440.86 | $0.00 | $1,393,493.98 | $49,643,740.84 | $114,344,675.68 | $63,306,268.32 | $0.00 | $1,326,054.74 | $49,711,180.08 | $114,343,503.14 |

# **EXHIBIT C**

17th Omnibus Objection

**Exhibit C**

**Claims Filed After Bar Date**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | To Be Expunged Claim Amount ||||  |
|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | Priority | Unsecured | Total |
| CitiMortgage Inc Successor by Reason of Merger with Citifinancial Mortgage Company Inc FKA Associates Home Equity Services In<br>PO Box 140609<br>Irving, TX 75014 | 07-10416 | 3717 | 11/19/2007 | $108,161.75 | $0.00 | $0.00 | $0.00 | $108,161.75 |
| Comments: Claim filed after General Bar Date of August 31, 2007 |||||||||
| County Line Appraisals<br>PO Box 58<br>Unionville, OH 44088 | 07-10419 | 3523 | 10/9/2007 | $0.00 | $0.00 | $0.00 | $1,540.00 | $1,540.00 |
| Comments: Claim filed after General Bar Date of August 31, 2007 |||||||||
| County of San Bernardino<br>172 West 3rd St<br>San Bernardino, CA 92415 | 07-10416 | 3814 | 2/1/2008 | $51,825.09 | $0.00 | $0.00 | $0.00 | $51,825.09 |
| Comments: Claim filed after Governmental Bar Date of October 2, 2007 |||||||||
| Fgs Ca Inc<br>5401 Jurupa St<br>Ontario, CA 91761 | 07-10416 | 3517 | 10/9/2007 | $0.00 | $0.00 | $0.00 | $7,043.06 | $7,043.06 |
| Comments: Claim filed after General Bar Date of August 31, 2007 |||||||||
| Fisher<br>Joe Klein 121 South Wilke Rd Ste 500<br>Arlington Heights, IL 60005 | 07-10416 | 3387 | 10/3/2007 | $0.00 | $0.00 | $0.00 | $7,251.37 | $7,251.37 |
| Comments: Claim filed after General Bar Date of August 31, 2007 |||||||||
| Hasler Inc<br>PO Box 1345<br>Englewood, FL 34295 | 07-10419 | 3198 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $4,930.84 | $4,930.84 |
| Comments: Claim filed after General Bar Date of August 31, 2007 |||||||||
| Kent D Maas Appraisal & Associates Inc<br>9450 E Morrill Way<br>Tucson, AZ 85749 | 07-10416 | 3524 | 10/9/2007 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 |
| Comments: Claim filed after General Bar Date of August 31, 2007 |||||||||
| Regional Trustee Services<br>616 1st Ave Ste 500<br>Seattle, WA 98104-2258 | 07-10416 | 3314 | 9/20/2007 | $0.00 | $0.00 | $0.00 | $35,429.00 | $35,429.00 |
| Comments: Claim filed after General Bar Date of August 31, 2007 |||||||||
| Sa Sterling Group Inc<br>2929 Moss Rock Ste 222<br>San Antonio, TX 78230 | 07-10416 | 3811 | 1/31/2008 | $0.00 | $0.00 | $0.00 | $106,000.00 | $106,000.00 |
| Comments: Claim filed after General Bar Date of August 31, 2007 |||||||||

17th Omnibus Objection

**Exhibit C**

**Claims Filed After Bar Date**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Sound Appraisal Services Llc<br>16547 189th Ave Ne<br>Woodinville, WA 98072 | 07-10419 | 3458 | 10/2/2007 | $0.00 | $0.00 | $0.00 | $2,600.00 | $2,600.00 |
| Comments: | | | Claim filed after General Bar Date of August 31, 2007 | | | | | |
| Sound Appraisal Services Llc<br>16547 189th Ave Ne<br>Woodinville, WA 98072 | 07-10421 | 3467 | 10/2/2007 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 |
| Comments: | | | Claim filed after General Bar Date of August 31, 2007 | | | | | |
| Tache Real Estate<br>208 Derby St<br>Salem, MA 01970 | 07-10419 | 3338 | 9/25/2007 | $0.00 | $0.00 | $0.00 | $140.52 | $140.52 |
| Comments: | | | Claim filed after General Bar Date of August 31, 2007 | | | | | |
| Tax Verification Bureau Inc<br>247 Sw 8th St Ste 147<br>Miami, FL 33130 | 07-10416 | 3324 | 9/20/2007 | $0.00 | $0.00 | $0.00 | $2,085.63 | $2,085.63 |
| Comments: | | | Claim filed after General Bar Date of August 31, 2007 | | | | | |
| Ted Lindvay<br>580 Lovell Gulch Rd<br>Wood Land Pk, CO 80863 | 07-10421 | 3421 | 10/2/2007 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Comments: | | | Claim filed after General Bar Date of August 31, 2007 | | | | | |
| Tri City Appraisers<br>2111 East Broadway Rd Suite18<br>Tempe, AZ 85282 | 07-10419 | 3471 | 10/2/2007 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 |
| Comments: | | | Claim filed after General Bar Date of August 31, 2007 | | | | | |
| Tricity Appraisers<br>2111 E Broadway Rd 18<br>Tempe, AZ 85282 | 07-10416 | 3470 | 10/2/2007 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 |
| Comments: | | | Claim filed after General Bar Date of August 31, 2007 | | | | | |
| **Claims To Be Expunged Totals** | | 16 | | $159,986.84 | $0.00 | $0.00 | $168,120.42 | $328,107.26 |

# EXHIBIT D

17th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit D
## Claims with No Supporting Documentation

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | |
| Collector of Revenue<br>41 S Central Ave<br>Clayton, MO 63105 | 07-10416 | 465<br>Comments: No Supporting Documentaton | $0.00 | $0.00 | $1,105.97 | $0.00 | $1,105.97 |
| Claims To Be Expunged Totals | | 1 | $0.00 | $0.00 | $1,105.97 | $0.00 | $1,105.97 |