STEVEN MITNICK, ESQ., SM0556
MITNICK & MALZBERG, P.C.
PO Box 429
Frenchtown, New Jersey 08825
(908) 996-3716
Counsel to Peggy E. STalford, Chapter 7
Trustee for the Debtor Estate of Lancaster Mortgage Bankers, LLC

| | | |
|---|---|---|
| In the Matter of: | : | **UNITED STATES BANKRUPTCY COURT** |
| | : | **DISTRICT OF DELAWARE** |
| | : | |
| | : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC. A | : | |
| Delaware Corporation, et al. | : | Case No.  07-10416/KJC |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

The undersigned serves as Counsel to Counsel to Peggy E. STalford, Chapter 7

Trustee for the Debtor Estate of Lancaster Mortgage Bankers, LLC, an interested party, in the above

entitled matter and hereby notices his appearance pursuant to the requirements of the Rules of

Bankruptcy Procedure, Rule 9010, and Bankruptcy Code Section 109(b), and requests service of all

notices in the above-styled case pursuant to the Rules of Bankruptcy Procedure, Rule 2002.

Please service all notice, regardless of form, upon:

> Steven Mitnick, Esq.
> MITNICK AND MALZBERG, P.C.
> P. O. Box 429
> Frenchtown, New Jersey 08825
> (908) 996-3716
> (908) 996-7743 - facsimile
> smitnick@mmpclawfirm.com

Respectfully submitted,

_____
STEVEN MITNICK, ESQ.
Counsel to Peggy E. STalford, Chapter 7
Trustee for the Debtor Estate of Lancaster
Mortgage Bankers, LLC

Dated: March 5, 2008