IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2008 MAR 10 AM 11: 28
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Debtor: NEW CENTURY HOLDINGS, Inc**
**Case Number: 07-10416**
**Re: Debtors FOURTEENTH OMNIBUS OBJECTION**

Zhiwen Yu
8007 Weeping Willow Pl
Missouri City, TX 77459
Day time Phone: 832-788-3896    Evening Phone: 281-261-8483

**Claim Number: 3463**
**Claim Amount: $524.97**
**Description of the Claim:** unpaid salary for 2006

Your Honor,

I believe that my claim should not be disallowed because it was part of my salary for 2006, when I was a full time employee of New Century. Below are the facts to support my claim:

Due to the accounting errors made by New Century when they outsourced the payroll system in 2006, they deducted a total of $16,121.12 from my salary, but only deposited $15,000 (the IRS limit) to my 401K account. (see attachment 1: the copy of the W-2 forms, $10,954.48 under New Century, $5,166.64 under Home123, a subsidiary of New Century).

I contacted Human Resource of New Century in February 2007 when I received my 2006 W-2 form, in which the deduction amount did not match the contribution amount in my 401K account, I was told that the $16,121.12 was sent to the 401K administrator, JP Morgan Chase, and I needed to ask JP Morgan to refund me the money. But JP Morgan insisted that New Century only deposited $15,000 into my 401K account in 2006.

The issue was not solved by the day I was laid off, April 2, 2007, the day New Century declared bankruptcy. However, I was able to ask Donna Johnson, the Benefits Administrator of New Century, to continue to look into the issue. On September 17, 2007, she finally informed me that it was New Century who owed me the $524.97, because New Century never deposited that money to my 401K account. (see attachment 2: email from Donna Johnson, which clearly indicates that New Century should refund me the money).

Please let me know if any other document or evidence is needed.

Sincerely,

Zhiwen (James) Yu