**Attachment 1:    Copy of 2006 W-2 forms**

Department of the Treasury—Internal Revenue Service

### W-2 Form (Copy C — For Employee's Records), 2006

| Box | Field | Value |
|---|---|---|
| a | Control number | NCN20 |
| | OMB No. | 1545-0008 |
| 1 | Wages, tips, other compensation | 20676.72 |
| 2 | Federal income tax withheld | 1296.64 |
| 3 | Social security wages | 25843.36 |
| 4 | Social security tax withheld | 1602.29 |
| 5 | Medicare wages and tips | 25843.36 |
| 6 | Medicare tax withheld | 374.73 |
| c | Employer's name, address and ZIP code | Home123 Corporation, 18400 Von Karman, Suite 1000, Irvine CA 92612 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | Advance EIC payment | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 | C  10.00 |
| 12b | | D  5166.64 |
| 12c | | |
| 12d | | |
| b | Employer identification number (EIN) | 33-0854965 |
| d | Employee's social security number | 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 |
| 13 | Statutory employee / Retirement plan / Third-party sick pay | Retirement plan: X |
| 14 | Other | |
| e | Employee's name, address and ZIP code | Zhiwen Yu, 8007 Weeping Willow Pl., Missouri City TX 77459 |
| | Year | 2006 |
| 15 | State / Employer's state ID No. | |
| 16 | State wages, tips, etc. | |
| 17 | State income tax | |
| 18 | Local wages, tips, etc. | |
| 19 | Local income tax | |
| 20 | Locality name | |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

(see Notice to Employee on back of Copy B.)

### W-2 Form (Copy 2 — To Be Filed With Employee's State, City, or Local Income Tax Return), 2006

| Box | Field | Value |
|---|---|---|
| a | Control number | NCN20 |
| | OMB No. | 1545-0008 |
| 1 | Wages, tips, other compensation | 20676.72 |
| 2 | Federal income tax withheld | 1296.64 |
| 3 | Social security wages | 25843.36 |
| 4 | Social security tax withheld | 1602.29 |
| 5 | Medicare wages and tips | 25843.36 |
| 6 | Medicare tax withheld | 374.73 |
| c | Employer's name, address and ZIP code | Home123 Corporation, 18400 Von Karman, Suite 1000, Irvine CA 92612 |
| 12a | | C  10.00 |
| 12b | | D  5166.64 |
| b | EIN | 33-0854965 |
| d | Employee's SSN | 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 |
| 13 | Retirement plan | X |
| e | Employee | Zhiwen Yu, 8007 Weeping Willow Pl., Missouri City TX 77459 |
| | Year | 2006 |

Department of the Treasury—Internal Revenue Service

### W-2 Form (second duplicate copy), 2006

| Box | Field | Value |
|---|---|---|
| a | Control number | NCN20 |
| | OMB No. | 1545-0008 |
| 1 | Wages, tips, other compensation | 20676.72 |
| 2 | Federal income tax withheld | 1296.64 |
| 3 | Social security wages | 25843.36 |
| 4 | Social security tax withheld | 1602.29 |
| 5 | Medicare wages and tips | 25843.36 |
| 6 | Medicare tax withheld | 374.73 |
| c | Employer | Home123 Corporation, 18400 Von Karman, Suite 1000, Irvine CA 92612 |
| 12a | | C  10.00 |
| 12b | | D  5166.64 |
| b | EIN | 33-0854965 |
| d | Employee's SSN | 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 |
| 13 | Retirement plan | X |
| e | Employee | Zhiwen Yu, 8007 Weeping Willow Pl., Missouri City TX 77459 |
| | Year | 2006 |

Department of the Treasury—Internal Revenue Service

| a Control number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| NCN05 | 43841.28 | 3321.12 |
| OMB NO. 1545-0008 | 3 Social security wages 55656.78 | 4 Social security tax withheld 3450.72 |
| | 5 Medicare wages and tips 55656.78 | 6 Medicare tax withheld 807.02 |

c Employer's name, address and ZIP code
New Century Mrtg Corp
18400 Von Karman
Suite 1000
Irvine      CA 92612

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 C  23.06 |
| 12b D  10954.48 | 12c | 12d |

b Employer identification number (EIN) 93-1195257   d Employee's social security number 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

13 Statutory employee | Retirement plan X | Third-party sick pay | 14 Other

e Employee's name, address and ZIP code
Zhiwen Yu
8007 Weeping Willow Pl.
Missouri City    TX 77459

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**2006**

Form **W-2** Wage and Tax Statement
Copy C—For EMPLOYEE'S RECORDS
(see Notice to Employee on back of Copy B.)

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. |
|---|---|---|
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

| a Control number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| NCN05 | 43841.28 | 3321.12 |
| OMB NO. 1545-0008 | 3 Social security wages 55656.78 | 4 Social security tax withheld 3450.72 |
| | 5 Medicare wages and tips 55656.78 | 6 Medicare tax withheld 807.02 |

c Employer's name, address and ZIP code
New Century Mrtg Corp
18400 Von Karman
Suite 1000
Irvine      CA 92612

12a C  23.06
12b D  10954.48

b EIN 93-1195257   d Employee's SSN 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

13 Retirement plan X

Zhiwen Yu
8007 Weeping Willow Pl.
Missouri City    TX 77459

**2006**
Form **W-2** Wage and Tax Statement
Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return.

---

| a Control number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| NCN05 | 43841.28 | 3321.12 |
| OMB NO. 1545-0008 | 3 Social security wages 55656.78 | 4 Social security tax withheld 3450.72 |
| | 5 Medicare wages and tips 55656.78 | 6 Medicare tax withheld 807.02 |

c Employer's name, address and ZIP code
New Century Mrtg Corp
18400 Von Karman
Suite 1000
Irvine      CA 92612

12a C  23.06
12b D  10954.48

b EIN 93-1195257   d Employee's SSN 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

13 Retirement plan X

Zhiwen Yu
8007 Weeping Willow Pl.
Missouri City    TX 77459

**2006**
Form **W-2** Wage and Tax Statement
Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return.