**Attachment 2:**   Emails from Donna Johnson, Benefits Administrator of New Century

## James Yu

**From:** Donna Johnson [DoJohnson@ncen.com]
**Sent:** Tuesday, September 18, 2007 9:30 AM
**To:** Zhiwen Yu
**Subject:** RE: Your 401k - 2006 refund

James,

I believe I gave you the wrong website. The correct website to file claims is

http://www.xroadscms.net/newcentury. I'm sorry, but I cannot assist you in filing a claim against the company that I am currently working for. But there is contact information on this website and they should be able to assist you. My email to you yesterday should explain the claim that you have.

Donna Johnson
Benefits Administrator
Direct (949) 517-1459
Fax (949) 471-4799
dojohnson@ncen.com
**Benefits Voicemail Box: (888) 882-9922**

-----Original Message-----
**From:** Zhiwen Yu [mailto:zhiwen.yu@comcast.net]
**Sent:** Monday, September 17, 2007 4:49 PM
**To:** Donna Johnson
**Subject:** RE: Your 401k - 2006 refund

Donna,

Thank you for the info. This is indeed a bad news for me.

I tried the website, but could not find any link for filing the claim. It seems to me that the proof of claim for my case is also complicate. Is there anyway that you can file it on my behalf?

Thanks

—James

**From:** Donna Johnson [mailto:DoJohnson@ncen.com]
**Sent:** Monday, September 17, 2007 11:45 AM
**To:** Zhiwen Yu
**Subject:** RE: Your 401k - 2006 refund

James,

The $524.97 that you said was "missing" from your 401(k) account was never deposited to your account by New Century. JP Morgan realized that you had reached the $15,000 maximum and rejected that amount from NC. The $596.15 did go into your account and you received a reimbursement from JP Morgan. However, the reimbursement should only have been for the $596.15 and not $1,121.12.

Since New Century is in bankruptcy, we cannot refund you the $524.97. You may make a claim with the

Bankruptcy Court through the NC restructuring site. That website is http://www.ncenrestructuring.com/. The last date to accept claims was 08/31/07, but you may try to submit a claim because you did not know that it was NC's error, not JP Morgan's.

**New Century Financial Corporation**
**3121 Michelson Drive**
**6th Floor**
**Irvine, CA 92612**
**(800) 967-7623**

Donna Johnson
Benefits Administrator
Direct (949) 517-1459
Fax (949) 471-4799
dojohnson@ncen.com
**Benefits Voicemail Box: (888) 882-9922**

2/26/2008

## James Yu

**From:** Donna Johnson [DoJohnson@ncen.com]
**Sent:** Monday, September 17, 2007 11:45 AM
**To:** Zhiwen Yu
**Subject:** RE: Your 401k - 2006 refund

James,

The $524.97 that you said was "missing" from your 401(k) account was never deposited to your account by New Century. JP Morgan realized that you had reached the $15,000 maximum and rejected that amount from NC. The $596.15 did go into your account and you received a reimbursement from JP Morgan. However, the reimbursement should only have been for the $596.15 and not $1,121.12.

Since New Century is in bankruptcy, we cannot refund you the $524.97. You may make a claim with the Bankruptcy Court through the NC restructuring site. That website is http://www.ncenrestructuring.com/. The last date to accept claims was 08/31/07, but you may try to submit a claim because you did not know that it was NC's error, not JP Morgan's.

**New Century Financial Corporation**
**3121 Michelson Drive**
**6th Floor**
**Irvine, CA 92612**
**(800) 967-7623**

Donna Johnson
Benefits Administrator
Direct (949) 517-1459
Fax (949) 471-4799
dojohnson@ncen.com
**Benefits Voicemail Box: (888) 882-9922**

-----Original Message-----
**From:** Zhiwen Yu [mailto:zhiwen.yu@comcast.net]
**Sent:** Monday, August 27, 2007 7:05 PM
**To:** Donna Johnson
**Subject:** RE: Your 401k - 2006 refund

Hi, Donna,

Please keep me updated if you hear anything from JP Morgan.

Thank you for your help!

--James

**From:** Donna Johnson [mailto:DoJohnson@ncen.com]
**Sent:** Tuesday, August 14, 2007 2:16 PM
**To:** Zhiwen Yu
**Subject:** RE: Your 401k - 2006 refund

2/26/2008

Zhiwen,

We are checking further with JP Morgan, and it may be a day or two until they respond.

Donna

> -----Original Message-----
> **From:** Zhiwen Yu [mailto:zhiwen.yu@comcast.net]
> **Sent:** Monday, August 13, 2007 7:21 PM
> **To:** Donna Johnson
> **Subject:** FW: Your 401k - 2006 refund
>
> Hi, Donna,
>
> below is some email exchange with JPM in March. But the issue never solved.
>
> As you can see, the total deduction does not match the amount deposited in my 401K account. (look at the 12/19/2006 401K amount, comparing with the deduction). My understanding is that they never used the 'extra money' to purchase any share, so when they return the fund to me, they should not sell my shares.
>
> Apparently they could not figure out where the excess contribution is, so now they said that they never received it from NCEN.
>
> Thanks
>
> --James
>
>
> -----Original Message-----
> From: James Yu
> Sent: Friday, March 23, 2007 2:25 PM
> To: 'rps@emailin.americancentury.com'
> Subject: RE: Re: JPMorgan Retirement Plan Services - New Century Financial [#981010]
>
> I believe that JP Morgan did not handle my account properly and had lot of errors regarding the over contribution to my 401K account in 2006.
> And I feel really disappointed that JP cannot respond promptly to solve the problem.
>
> In the letter from JP Morgan dated 3/15/2007 regarding 'Return of Excess Deferral from New Century Financial Corp 401(k) Profit Sharing Plan', it states that when JP return the excess contribution, it has to sell my shares in my account, and the excess deferral has a earning of $116.09 when JP made the distribution.
>
> Please refer to the contribution break down and the transactions in my 401K account:

```
Pay date      Deducted_Amt    Date_in_401K_Acct    401k Amount      Note
------------------------------------------------------------------------
1/13-3/15      $3,229.15         4/3/2006           $3,229.15        (*)
31-Mar           $645.83         4/24/2006            $645.83
14-Apr           $645.83         5/10/2006            $645.83
28-Apr           $645.83         5/19/2006            $645.83
15-May           $645.83          6/2/2006            $645.83
31-May           $645.83         6/22/2006            $645.83
15-Jun           $645.83         6/29/2006            $645.83
30-Jun           $645.83         7/10/2006            $645.83
14-Jul           $298.08         7/21/2006            $298.08
28-Jul           $596.16         7/31/2006            $596.16
11-Aug           $596.15         8/14/2006            $596.15
```

2/26/2008

```
15-Aug         $581.25          8/16/2006         $581.25
25-Aug         $596.15          9/12/2006         $596.15
 8-Sep         $596.15          9/13/2006         $596.15
22-Sep         $596.15         10/5/2006          $596.15
 6-Oct         $596.15         10/5/2006          $596.15
20-Oct         $596.15         10/24/2006         $596.15
 3-Nov         $596.15         11/20/2006         $596.15
15-Nov         $338.02         11/20/2006         $338.02
17-Nov         $596.15         11/22/2006         $596.15
 1-Dec         $596.15         12/4/2006          $596.15
15-Dec         $596.15         12/19/2006          $71.18        $524.97 missing
29-Dec         $596.15                                           $596.15 Missing
----------------------------------------------------------------------------------

Total        $16,121.12                         $15,000.00
```

(*) This is the amount deducted from my pay, the actual dollars when transferred to JP was $3284.16

And here is the transaction history in my 401K account from JP's website:

```
Trade Date Description Source Fund Transaction Amount Price Share
---------------------------------------------------------------------------
24-Apr-06  401(k)  Pre-tax  JPM SmartRetire 2030   $645.83  $11.13  58.0261
10-May-06  401(k)  Pre-tax  JPM SmartRetire 2030   $645.83  $11.34  56.9515
19-May-06  401(k)  Pre-tax  JPM SmartRetire 2030   $645.83  $10.84  59.5784
02-Jun-06  401(k)  Pre-tax  JPM SmartRetire 2030   $645.83  $10.98  58.8188
22-Jun-06  401(k)  Pre-tax  JPM SmartRetire 2030   $645.83  $10.64  60.6983
29-Jun-06  401(k)  Pre-tax  JPM SmartRetire 2030   $645.83  $10.83  59.6334
10-Jul-06  401(k)  Pre-tax  JPM SmartRetire 2030   $645.83  $10.96  58.9261
21-Jul-06  401(k)  Pre-tax  JPM SmartRetire 2030   $298.08  $10.70  27.8579
31-Jul-06  401(k)  Pre-tax  JPM SmartRetire 2030   $596.16  $10.99  54.2457
14-Aug-06  401(k)  Pre-tax  JPM SmartRetire 2030   $596.15  $10.97  54.3437
16-Aug-06  401(k)  Pre-tax  JPM SmartRetire 2030   $581.25  $11.17  52.0367
12-Sep-06  401(k)  Pre-tax  JPM SmartRetire 2030   $596.15  $11.24  53.0383
13-Sep-06  401(k)  Pre-tax  JPM SmartRetire 2030   $596.15  $11.29  52.8034
05-Oct-06  401(k)  Pre-tax  JPM SmartRetire 2030   $596.15  $11.56  51.5701
05-Oct-06  401(k)  Pre-tax  JPM SmartRetire 2030   $596.15  $11.56  51.5701
24-Oct-06  401(k)  Pre-tax  JPM SmartRetire 2030   $596.15  $11.77  50.6500
20-Nov-06  401(k)  Pre-tax  JPM SmartRetire 2030   $338.02  $11.95  28.2862
20-Nov-06  401(k)  Pre-tax  JPM SmartRetire 2030   $596.15  $11.95  49.8870
22-Nov-06  401(k)  Pre-tax  JPM SmartRetire 2030   $596.15  $12.03  49.5553
04-Dec-06  401(k)  Pre-tax  JPM SmartRetire 2030   $596.15  $12.10  49.2686
19-Dec-06  401(k)  Pre-tax  JPM SmartRetire 2030    $71.18  $12.19   5.8392

04-Jan-07  401(k)  Pre-tax  JPM SmartRetire 2030   $596.15  $12.23  48.7449
30-Jan-07  401(k)  Pre-tax  JPM SmartRetire 2030   $596.15  $12.39  48.1154
09-Feb-07  401(k)  Pre-tax  JPM SmartRetire 2030   $298.08  $12.55  23.7514
09-Feb-07  401(k)  Pre-tax  JPM SmartRetire 2040   $298.07  $12.57  23.7128
15-Feb-07  401(k)  Pre-tax  JPM SmartRetire 2030   $298.08  $12.71  23.4524
15-Feb-07  401(k)  Pre-tax  JPM SmartRetire 2040   $298.07  $12.73  23.4148
02-Mar-07  401(k)  Pre-tax  JPM SmartRetire 2030   $150.00  $12.20  12.2951
02-Mar-07  401(k)  Pre-tax  JPM SmartRetire 2040   $150.00  $12.21  12.2850
08-Mar-07  401(k)  Pre-tax  JPM SmartRetire 2030   $298.08  $12.32  24.1948
08-Mar-07  401(k)  Pre-tax  JPM SmartRetire 2040   $298.07  $12.33  24.1744
13-Mar-07  401(k)  Pre-tax  JPM SmartRetire 2030   $298.08  $12.22  24.3928
13-Mar-07  401(k)  Pre-tax  JPM SmartRetire 2040   $298.07  $12.23  24.3720
14-Mar-07  401(k)  Pre-tax  JPM SmartRetire 2030 ($1,156.41) $12.18 -94.9433
14-Mar-07  401(k)  Pre-tax  JPM SmartRetire 2040    ($80.80) $12.19  -6.6284
```

2/26/2008

```
14-Mar-07 Market Earnings (Losses) 401(k) Pre-tax JPM SmartRetire 2030
$76.39 $12.18 0.0000
14-Mar-07 Market Earnings (Losses) 401(k) Pre-tax JPM SmartRetire 2040
($1.61) $12.19 0.0000
------------------------------------------------------------------
```

The first problem is that $524.97 is missing from my account. The contribution in 2006 total is $16,121.12, and seems JP Morgan aware of the problem and actually capped it to $15,000 when deposited to my account. I have no doubt about it because on 12/19/2006, the amount deposit to my 401K account is only $71.18 (also note the price is $12.19/sh), instead of $596.15, so JP Morgan withheld $524.97, which seems disappeared ever since.

I assume that the deposit to my 401K account on 01/04/2007 is deducted from my 12/29/2006 pay, and the purchase price is $12.23/sh. But I don't see JP Morgan has ever deposit $524.97 back to my account.

So if my assumption is correct, out of $1,121.12 from my excess deferral, $71.18+$596.15 = $667.33 is used to purchase a total of
54.58(5.8392+48.7449) share.

This created another problem on the earning. I would like to know where this earning comes from. I notice that 94.9433 shares were sold in my account at $12.18 on 3/14/2007, this would actually a loss because the selling price ($12.18) is lower than the purchase price ($12.23). And also, you should not sell 94.9433 shares but only need to sell 54.58 shares.

In addition, JP also sold some share from my SmartRetire 2040, which should have not happened, as I only start buying SmartRetire 2040 in 2007. From the transaction history, the first purchase of SmartRetire 2040 was on 2/9/2007.

Please correct this issue ASAP. Please let me know if you need further information regarding this issue.

Thanks

--Zhiwen (James) Yu
(281)-261-8483


-----Original Message-----
From: rps@emailin.americancentury.com
[mailto:rps@emailin.americancentury.com]
Sent: Friday, March 23, 2007 11:28 AM
To: James Yu
Subject: RE:Re: JPMorgan Retirement Plan Services - New Century Financial [#981010]


Thank you for your reply, Mr. Yu.

As a security measure, attachments cannot be opened by email. If I may assist you further, please reply without the use of an attachment.

If you prefer, you may call our JPMorgan Retirement Plan Services department at 1-800-345-2345. Participant Services representatives are available 7 a.m. to 7 p.m. Central time and will be glad to assist you.

Sincerely,

Melissa Hiatt
Registered Representative
JPMorgan Retirement Plan Services

2/26/2008

--Original Message--

  4097002Attachment1.1
From:  ZhiwenYu@ncen.com 03/22/07
To:  rps@emailin.americancentury.com
Subject:  RE: JPMorgan Retirement Plan Services - New Century Financial [#981010]RE: JPMorgan Retirement Plan Services - New Century Financial [#981010]
Cc:
Bcc:
Header
It is really painful to try to get anything done like this.

Anyway, I sent another request over your website, now can we start to solve my problem??