IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No. _____ |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER DIRECTING THE CLERK OF THE COURT TO MAINTAIN THE FINAL REPORT OF MICHAEL J. MISSAL, EXAMINER, UNDER SEAL FOR A PERIOD OF 45 DAYS FROM THE FILING DATE**

This matter coming before the Court on Motion of the Official Committee of Unsecured Creditors for an Order Directing the Clerk of the Court to Maintain the Final Report of Michael J. Missal, Examiner, Under Seal For a Period of 45 Days From the Filing Date (the "Motion")[2]; the Court having reviewed the Motion; the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 408 and 1409; the Court having determined that notice of the Motion was appropriate under the particular circumstances; the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; the Court having

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California Corporation.

determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefore,

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Clerk of the United States Bankruptcy Court for the District of Delaware is directed to maintain the "Final Report of Michael J. Missal, Bankruptcy Court Examiner" under seal for a period of forty-five (45) days from its filing on February 29, 2008 (the "Extension Period").

3. Within the Extension Period, the Debtors, the Committee or another interested party may file a motion with the Court seeking to further maintain any portion or portions of the Final Report under seal (with the movant bearing the burden) because, inter alia, such portion or portions thereof contain or reveal information that is protected by 11 U.S.C. § 107(b), the attorney-client privilege, the work product doctrine, or any other applicable privilege or protection (a "Protection Motion"). If no party timely files a Protection Motion on or before the end of the Extension Period, such Report shall be unsealed. If a Protection Motion is timely filed, then only that portion or portions of the Final Report that are sought to be protected shall remain under seal until the Court enters an order on such Protection Motion and the balance of the Final Report shall be unsealed.

---

[2] Capitalized terms used but not defined herein shall have the meaning assigned to them in the Motion.

127340/01600/40173816v1

4. The Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

Dated: Wilmington, Delaware
      March __, 2008

                                                 _____
                                                 THE HONORABLE KEVIN J. CAREY
                                                 UNITED STATES BANKRUPTCY JUDGE