# EXHIBIT 1

**IRELL & MANELLA LLP**
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CALIFORNIA 92660-6324
TELEPHONE (949) 760-0991
TAXPAYER ID 95-1946111

January 28, 2008

|  |  |
|---|---|
| Client Number: | 160329 |
| Invoice Number: | ****** |

NEW CENTURY TRS HOLDINGS, INC.
MONIKA MCCARTHY, ESQ.
NEW CENTURY FINANCIAL CORPORATION
18400 VON KARMAN
SUITE #1000
IRVINE, CA 92612

**INVOICE SUMMARY**
through December 28, 2007

| | |
|---|---|
| Fees: | 50,183.50 |
| Costs: | 182.66 |
| **Total Amount Due:** | **$ 50,366.16** |

Exhibit 1
Page 10

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

NEW CENTURY TRS HOLDINGS, INC.  
January 28, 2008  
Page 2

Client No. 160329  
Invoice No. ******

### CONSOLIDATED MATTER SUMMARY

| Matter # | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 0001 | WARN ACT | 28,004.00 | 0.00 | 28,004.00 |
| 0003 | EMPLOYEE BENEFITS | 13,655.50 | 0.00 | 13,655.50 |
| 0700 | FEE/EMPLOYMENT | 8,524.00 | 0.00 | 8,524.00 |
| 7001 | MISCELLANEOUS | 0.00 | 182.66 | 182.66 |
| Total Fees & Costs | | $ 50,183.50 | $ 182.66 | $ 50,366.16 |

Exhibit _____  
Page _____

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

NEW CENTURY TRS HOLDINGS, INC.  
January 28, 2008  
Page 3

Re: WARN ACT  
160329/0001  
Invoice No. ******

## WARN ACT

### PROFESSIONAL SERVICES

| Date | Name | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/20/07 | Kenneth R. Heitz | NEW CENTURY / CLASS - C/ JR, EMAILS | 0.50 | 790.00 | 395.00 |
| 04/21/07 | Kenneth R. Heitz | REVIEW EMPLOYMENT & WARN MATERIAL | 1.50 | 790.00 | 1,185.00 |
| 04/23/07 | Lori S. Gauthier | REVIEW COURT DOCKET REGARDING CHAPTER 11 PROCEEDING; OBTAIN COPIES OF DOCUMENTS REQUESTED BY J. REISNER. | 0.20 | 205.00 | 41.00 |
| 04/23/07 | Kenneth R. Heitz | CONFERENCE WITH G. VANZURA RE WARN ISSUES | 0.20 | 790.00 | 158.00 |
| 04/23/07 | Kenneth R. Heitz | REVIEW WARN MATERIAL | 0.30 | 790.00 | 237.00 |
| 04/23/07 | Kenneth R. Heitz | CONFERENCE AG AND R. STEARN RE: WARN | 0.30 | 790.00 | 237.00 |
| 04/25/07 | Kenneth R. Heitz | CONFERENCE CALL KEN HEITZ, M. MCCARTHY RE FILING STATUS | 0.80 | 790.00 | 632.00 |
| 04/27/07 | Kenneth R. Heitz | TELEPHONE CALL W/ M. MCCARTHY AND T. PELES RE FILING/WARN ISSUES | 0.80 | 790.00 | 632.00 |
| 04/30/07 | Kenneth R. Heitz | TELEPHONE CALL W/ STEARN RE WARN ISSUES | 0.30 | 790.00 | 237.00 |
| 05/01/07 | Glenn K. Vanzura | CALL WITH R. STEARN; REVIEW COMPLAINTS AND WARN ACT BACKGROUND INFORMATION. | 2.30 | 365.00 | 839.50 |
| 05/03/07 | Glenn K. Vanzura | REVIEW AMENDED COMPLAINT, MTS COMPLAINT AND MTS ANSWER; CALL WITH R. STEARN. | 1.80 | 365.00 | 657.00 |
| 05/10/07 | Kenneth R. Heitz | TC STAX, EMAILS PERES | 0.80 | 790.00 | 632.00 |
| 05/11/07 | Glenn K. Vanzura | REVIEW STIPULATION AND ORDER. | 0.30 | 365.00 | 109.50 |
| 05/15/07 | Kenneth R. Heitz | PREP FOR FIRST INTERVIEW SESSION | 1.50 | 790.00 | 1,185.00 |
| 05/16/07 | Kenneth R. Heitz | RETURN TO LA | 0.75 | 790.00 | 592.50 |
| 05/16/07 | Kenneth R. Heitz | MEETING RE FACT INVEST FOR RESPONSE & SIG PREPS | 3.50 | 790.00 | 2,765.00 |
| 05/16/07 | Kenneth R. Heitz | CONFERENCE WITH GLENN VANZURA RE FACT PREPARATION, TRAVEL TO OC | 1.25 | 790.00 | 987.50 |
| 05/16/07 | Glenn K. Vanzura | TRAVEL TO NEW CENTURY; MEET WITH NEW CENTURY LEGAL. | 3.00 | 365.00 | 1,095.00 |
| 05/17/07 | Kenneth R. Heitz | DOCUMENT REQUEST FOR T. PELES | 0.80 | 790.00 | 632.00 |
| 05/22/07 | Kenneth R. Heitz | CONFERENCE CALL WITH R. STERN, C. SAMIS AND G. VANZURA | 0.80 | 790.00 | 632.00 |
| 05/28/07 | Kenneth R. Heitz | EMAILS WITH SKARN & EAMIS RE MOTION TO DISMISS | 0.20 | 790.00 | 158.00 |
| 05/28/07 | Kenneth R. Heitz | MEETING WITH CRAIG VARNEN RE MOTION TO DISMISS | 0.30 | 790.00 | 237.00 |
| 05/28/07 | Kenneth R. Heitz | REVIEW ANSWER TO MOTION TO DISMISS | 1.00 | 790.00 | 790.00 |
| 05/28/07 | Glenn K. Vanzura | MEET WITH K. HEITZ RE MOTION TO DISMISS; LEGAL RESEARCH AND SUMMARY RE MOTION TO DISMISS STANDARD. | 4.00 | 365.00 | 1,460.00 |
| 06/03/07 | Glenn K. Vanzura | REVIEW FIRST AMENDED COMPLAINT AND DRAFT ANSWER. | 3.30 | 365.00 | 1,204.50 |
| 06/04/07 | Kenneth R. Heitz | FINALIZE ANSWER | 1.50 | 790.00 | 1,185.00 |
| 06/04/07 | Glenn K. Vanzura | MEET WITH K. HEITZ TO REVIEW DRAFT ANSWER; REVISE DRAFT ANSWER AND SEND TO R. STEARN. | 1.30 | 365.00 | 474.50 |
| 06/05/07 | Kenneth R. Heitz | EMAILS WITH T. PELES RE DRAFT ANSWER; | 1.00 | 790.00 | 790.00 |

Exhibit

**IRELL & MANELLA LLP**
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

NEW CENTURY TRS HOLDINGS, INC.  
January 28, 2008  
Page 4

Re: WARN ACT  
160329/0001  
Invoice No. ******

| Date | Name | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/07 | Glenn K. Vanzura | REVIEW T. PELES' SUGGESTIONS CALL WITH RLF RE ANSWER; REVISE ANSWER. | 0.80 | 365.00 | 292.00 |
| 06/06/07 | Kenneth R. Heitz | CONFERENCES / EMAILS RE ANSWER | 0.30 | 790.00 | 237.00 |
| 06/06/07 | Kenneth R. Heitz | MEETING GLENN VANZURA TO REVISE ANSWER | 0.80 | 790.00 | 632.00 |
| 06/06/07 | Glenn K. Vanzura | REVISE ANSWER. | 1.00 | 365.00 | 365.00 |
| 06/07/07 | Kenneth R. Heitz | PREPARATION OF ANSWER | 1.00 | 790.00 | 790.00 |
| 06/07/07 | Glenn K. Vanzura | FINALIZE ANSWER FOR FILING. | 1.00 | 365.00 | 365.00 |
| 06/08/07 | Kenneth R. Heitz | REVIEW CASE LAW RE DEFENSES | 0.50 | 790.00 | 395.00 |
| 06/13/07 | Kenneth R. Heitz | CONFERENCE RE DATA PRACTICE & STRATEGY ISSUE RE LITIGATION | 1.00 | 790.00 | 790.00 |
| 06/13/07 | Jeffrey M. Reisner | CORRESPONDENCE RE: WARN LITIGATION STRATEGY ISSUES. | 0.30 | 625.00 | 187.50 |
| 06/13/07 | Jeffrey M. Reisner | CORRESPONDENCE RE: WARN BUDGET. | 0.10 | 625.00 | 62.50 |
| 06/14/07 | Kenneth R. Heitz | TCS REISNER, INDELCATO & MERCHENT RE: QUESTION RE: SERVICES TO BE PROVIDED. | 0.50 | 790.00 | 395.00 |
| 06/14/07 | Glenn K. Vanzura | CALL WITH J. REISNER | 0.30 | 365.00 | 109.50 |
| 06/15/07 | Kenneth R. Heitz | PREPARE FOR MEETING WITH TAL PELES | 0.50 | 790.00 | 395.00 |
| 06/19/07 | Kenneth R. Heitz | FINALIZE FIRST STRATEGY EVALUATION | 0.60 | 790.00 | 474.00 |
| 06/19/07 | Kenneth R. Heitz | CONFERENCE CALL TAL PELES RE 1ST LITIGATION STMT | 0.70 | 790.00 | 553.00 |
| 06/19/07 | Glenn K. Vanzura | ANALYZE STRATEGIC SUMMARY JUDGMENT OPTIONS. | 0.30 | 365.00 | 109.50 |
| 06/20/07 | Jeffrey M. Reisner | TELEPHONE CONFERENCE WITH COMMITTEE COUNSEL RE: WARN LITIGATION PLAN. | 0.40 | 625.00 | 250.00 |
| 06/25/07 | Kenneth R. Heitz | REVIEW CASE AUTHORITY | 0.80 | 790.00 | 632.00 |
| 06/27/07 | Kenneth R. Heitz | PREPARE FOR TEAM MEETING | 0.50 | 790.00 | 395.00 |
| 06/27/07 | Kenneth R. Heitz | TC'S WITH PETER RE TRANSITION | 0.50 | 790.00 | 395.00 |
| | | **Total Fees:** | **46.20** | | **$28,004.00** |

### TIMEKEEPER SUMMARY

| Name | Code | Billing Rate | Hours | Fee Amount |
|---|---|---|---|---|
| Kenneth R. Heitz | HEIT | 790.00 | 25.80 | 20,382.00 |
| Jeffrey M. Reisner | JREI | 625.00 | 0.80 | 500.00 |
| Glenn K. Vanzura | VANZ | 365.00 | 19.40 | 7,081.00 |
| Lori S. Gauthier | LGAU | 205.00 | 0.20 | 41.00 |
| | | **Totals:** | **46.20** | **$ 28,004.00** |

### COSTS ADVANCED

| Description | | Amount |
|---|---|---|
| | **Total Costs:** | **$ 0.00** |

**MATTER TOTALS**

Exhibit 12

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

NEW CENTURY TRS HOLDINGS, INC.  Re: WARN ACT
January 28, 2008  160329/0001
Page 5  Invoice No. ******

| | | |
|---|---|---|
| Fees: | $ | 16,526.00 |
| **Total Amount Due:** | $ | **16,526.00** |

Exhibit 1
Page 14

**IRELL & MANELLA LLP**
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

NEW CENTURY TRS HOLDINGS, INC.  
January 28, 2008  
Page 6

Re: EMPLOYEE BENEFITS  
160329/0003  
Invoice No. ******

## EMPLOYEE BENEFITS

### PROFESSIONAL SERVICES

| Date | Name | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/07 | Jeffrey M. Reisner | CORRESPONDENCE WITH M. MERCHANT RE: RULES FOR COMMENCEMENT OF LITIGATION. | 0.10 | 625.00 | 62.50 |
| 05/08/07 | Thomas A. Kirschbaum | TELEPHONE CALL W/MS. MCCARTHY, MS. VO, MS. PETERSON RE: 401(K) ISSUES. | 0.30 | 690.00 | 207.00 |
| 05/08/07 | Thomas A. Kirschbaum | ISSUES REGARDING COBRA AND TERMINATION PLANS | 0.20 | 690.00 | 138.00 |
| 05/10/07 | Thomas A. Kirschbaum | COBRA AND PLAN TERMINATION ISSUES | 0.60 | 690.00 | 414.00 |
| 05/15/07 | Thomas A. Kirschbaum | ISSUES REGARDING COBRA AND PLAN TERMINATION | 1.30 | 690.00 | 897.00 |
| 05/17/07 | Thomas A. Kirschbaum | ISSUES REGARDING VESTING AND ALLOCATIONS OF FORFEITURES, ETC. | 1.50 | 690.00 | 1,035.00 |
| 05/21/07 | Thomas A. Kirschbaum | ISSUES REGARDING TERMINATION OF 401(K) PLAN, VESTING AND ALLOCATION | 1.00 | 690.00 | 690.00 |
| 05/22/07 | Thomas A. Kirschbaum | ISSUES REGARDING TERMINATION OF 401(K) PLAN, VESTING AND ALLOCATION OF FORFEITURES | 5.00 | 690.00 | 3,450.00 |
| 05/24/07 | Thomas A. Kirschbaum | ISSUES REGARDING TERMINATION OF 401(K) PLAN; WHO TO VEST; ALLOCATIONS OF FORFEITURES; CORRECTION OF EXCESS MATCH | 1.30 | 690.00 | 897.00 |
| 05/26/07 | Thomas A. Kirschbaum | ISSUES REGARDING TERMINATION OF 401(K) PLAN; WHO TO VEST; ALLOCATION OF FORFEITURES; CORRECTION OF EXCESS MATCH | 1.80 | 690.00 | 1,242.00 |
| 05/29/07 | Thomas A. Kirschbaum | ISSUES REGARDING TERMINATION OF 401(K) PLAN; PERSONS ENTITLED TO ALLOCATION OF FORFEITURES AND VESTING, ETC. | 1.30 | 690.00 | 897.00 |
| 05/29/07 | Thomas A. Kirschbaum | TELEPHONE CONFERENCE WITH MS. PETERSON; MS VO RE: 401(K) ISSUES | 0.50 | 690.00 | 345.00 |
| 05/30/07 | Thomas A. Kirschbaum | ISSUES REGARDING OVER MATCH, ETC. | 0.30 | 690.00 | 207.00 |
| 05/31/07 | Thomas A. Kirschbaum | ISSUES REGARDING PLAN TERMINATION | 0.20 | 690.00 | 138.00 |
| 06/08/07 | Thomas A. Kirschbaum | REVIEW ISSUES REGARDING CORRECTION OF EXCESS MATCHING CONTRIBUTIONS AND ALLOCATION OF EARNINGS THERETO | 0.30 | 690.00 | 207.00 |
| 06/09/07 | Thomas A. Kirschbaum | ANALYSE TREATMENT OF EXCESS MATCHING CONTRIBUTIONS | 0.30 | 690.00 | 207.00 |
| 06/11/07 | Thomas A. Kirschbaum | ADVICE REGARDING PROCEDURES FOR CORRECTING EXCESS MATCHES UNDER REVENUE PROCEDURE 2006-27; ISSUES REGARDING TREATMENT OF MISSING PARTICIPANTS AND OTHER ISSUES REGARDING TERMINATION OF 401(K) PLAN | 2.50 | 690.00 | 1,725.00 |
| 06/12/07 | Thomas A. Kirschbaum | ISSUES AND CHECKLIST FOR TERMINATION OF 401(K) PLAN; TREATMENT OF MISSING | 1.30 | 690.00 | 897.00 |

Exhibit

**IRELL & MANELLA LLP**
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

NEW CENTURY TRS HOLDINGS, INC.　　　　　　　　　　　　　Re: EMPLOYEE BENEFITS
January 28, 2008　　　　　　　　　　　　　　　　　　　　　　160329/0003
Page 7　　　　　　　　　　　　　　　　　　　　　　　　　Invoice No. ******

| Date | Name | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | PARTICIPANTS | | | | |
| | | Total Fees: | 19.80 | | $13,655.50 |

### TIMEKEEPER SUMMARY

| Name | Code | Billing Rate | Hours | Fee Amount |
|---|---|---|---|---|
| Thomas A. Kirschbaum | KRSC | 690.00 | 19.70 | 13,593.00 |
| Jeffrey M. Reisner | JREI | 625.00 | 0.10 | 62.50 |
| | | Totals: | 19.80 | $ 13,655.50 |

### COSTS ADVANCED

| Description | | Amount |
|---|---|---|
| | Total Costs: | $ 0.00 |

### MATTER TOTALS

| Fees: | $ 10,619.50 |
|---|---|
| **Total Amount Due:** | $ 10,619.50 |

Exhibit 1
Page 116

**IRELL & MANELLA LLP**
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

NEW CENTURY TRS HOLDINGS, INC.  Re: FEE/EMPLOYMENT
January 28, 2008  160329/0700
Page 8  Invoice No. ******

## FEE/EMPLOYMENT

| | | PROFESSIONAL SERVICES | | | |
|---|---|---|---|---|---|
| **Date** | **Name** | **Activity** | **Hours** | **Rate** | **Amount** |
| 05/01/07 | Jeffrey M. Reisner | PREPARATION OF EMPLOYMENT APPLICATION. | 0.50 | 625.00 | 312.50 |
| 05/04/07 | Jeffrey M. Reisner | CORRESPONDENCE WITH CLIENT RE: TERMS OF EMPLOYMENT. | 0.10 | 625.00 | 62.50 |
| 05/07/07 | Jeffrey M. Reisner | PREPARATION OF EMPLOYMENT APPLICATION. | 3.40 | 625.00 | 2,125.00 |
| 05/08/07 | Jeffrey M. Reisner | REVIEW/REVISE EMPLOYMENT APPLICATION. | 1.40 | 625.00 | 875.00 |
| 05/08/07 | Jeffrey M. Reisner | CORRESPONDENCE WITH COUNSEL FOR DEBTOR RE: EMPLOYMENT APPLICATION. | 0.20 | 625.00 | 125.00 |
| 05/08/07 | Jeffrey M. Reisner | TELEPHONE CONFERENCE WITH CLIENT RE: EXPANSION OF EMPLOYMENT TO 401K ISSUES. | 0.30 | 625.00 | 187.50 |
| 05/08/07 | Jeffrey M. Reisner | REVIEW/REVISE EMPLOYMENT APPLICATION TO ACCOUNT FOR EXPANSION OF EMPLOYMENT. | 1.10 | 625.00 | 687.50 |
| 05/09/07 | Lori S. Gauthier | TELEPHONE CALL WITH C. SAMIS, ESQ., REGARDING EMPLOYMENT ISSUES. | 0.20 | 205.00 | 41.00 |
| 05/09/07 | Lori S. Gauthier | REVIEW APPLICATION TO EMPLOY I&M AS SPECIAL COUNSEL; REVIEW/PREPARE EXHIBITS FOR SAME. | 0.40 | 205.00 | 82.00 |
| 05/09/07 | Lori S. Gauthier | E-MAIL C. SAMIS REGARDING TIMING ISSUES CONCERNING EMPLOYMENT APPLICATION; REVIEW E-MAIL RESPONSE TO SAME AND FORWARD TO J. REISNER. | 0.20 | 205.00 | 41.00 |
| 05/09/07 | Jeffrey M. Reisner | REVIEW/REVISE EMPLOYMENT APPLICATION. - No Charge | 1.50 | 625.00 | 0.00 |
| 05/10/07 | Lori S. Gauthier | TELEPHONE CALL TO C. SAMMIS REGARDING EMPLOYMENT APPLICATION. | 0.10 | 205.00 | 20.50 |
| 05/10/07 | Lori S. Gauthier | FINAL REVISIONS TO APPLICATION AND SUPPORTING DOCUMENTS REGARDING EMPLOYMENT OF I&M. | 0.70 | 205.00 | 143.50 |
| 05/10/07 | Lori S. Gauthier | PREPARE E-MAIL TO C. SAMIS FORWARDING EMPLOYMENT APPLICATION FOR REVIEW, SERVICE AND FILING WITH COURT. | 0.20 | 205.00 | 41.00 |
| 05/10/07 | Lori S. Gauthier | REVIEW/FINAL REVISIONS TO APPLICATION TO EMPLOY I&M AS SPECIAL COUNSEL AND PREPARE/DRAFT DECLARATION IN SUPPORT THEREOF. | 1.20 | 205.00 | 246.00 |
| 05/10/07 | Jeffrey M. Reisner | REVIEW/ANALYSIS OF EMPLOYMENT APPLICATION. | 1.00 | 625.00 | 625.00 |
| 05/11/07 | Lori S. Gauthier | TELEPHONE CALLS (2) TO C. SAMIS REGARDING COORDINATE FINALIZING, SERVICE, AND FILING OF EMPLOYMENT APPLICATION; PREPARE E-MAILS TO J. REISNER REGARDING SAME. | 0.30 | 205.00 | 61.50 |
| 05/11/07 | Lori S. Gauthier | REVIEW E-MAIL FROM C. SAMIS; TELEPHONE CALL WITH J. REISNER REGARDING RESOLUTION/FINALIZING OF | 0.20 | 205.00 | 41.00 |

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

NEW CENTURY TRS HOLDINGS, INC.  Re: FEE/EMPLOYMENT
January 28, 2008  160329/0700
Page 9  Invoice No. ******

| Date | Name | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/11/07 | Jeffrey M. Reisner | EMPLOYMENT APPLICATION. CORRESPONDENCE WITH CLIENT RE: CHANGES TO EMPLOYMENT APPLICATION. | 0.10 | 625.00 | 62.50 |
| 05/11/07 | Jeffrey M. Reisner | CORRESPONDENCE WITH YANG, CONWAY RE: CHANGES TO EMPLOYMENT APPLICATION. | 0.10 | 625.00 | 62.50 |
| 05/11/07 | Jeffrey M. Reisner | TELEPHONE CONFERENCE WITH C. SAMIS RE: CHANGES TO EMPLOYMENT APPLICATION. | 0.30 | 625.00 | 187.50 |
| 05/11/07 | Jeffrey M. Reisner | REVIEW/ANALYSIS OF CLIENT COMMENTS TO EMPLOYMENT APPLICATION. | 0.20 | 625.00 | 125.00 |
| 05/14/07 | Lori S. Gauthier | REVIEW COURT DOCKET; OBTAIN COPY OF I&M'S EMPLOYMENT APPLICATION; CALENDARING OF DEADLINE FOR FILING OBJECTIONS TO SAME; CALENDARING OF HEARING AND E-MAIL J. REISNER REGARDING FILING CONFIRMATION. | 0.20 | 205.00 | 41.00 |
| 05/23/07 | Lori S. Gauthier | CONDUCT PACER SEARCH; REVIEW COURT DOCKET REGARDING STATUS OF ANY OBJECTIONS TO I&M'S EMPLOYMENT AS SPECIAL LITIGATION/INSURANCE COUNSEL; E-MAIL J. REISNER REGARDING STATUS OF SAME. | 0.20 | 205.00 | 41.00 |
| 05/24/07 | Lori S. Gauthier | REVIEW COURT DOCKET REGARDING STATUS OF ANY OBJECTIONS FILED REGARDING IRELL'S EMPLOYMENT AS SPECIAL COUNSEL. | 0.10 | 205.00 | 20.50 |
| 05/24/07 | Lori S. Gauthier | PREPARE E-MAIL TO J. REISNER REGARDING PREPARATION/STRATEGY CONCERNING 5/30/07 OMNIBUS HEARING. | 0.10 | 205.00 | 20.50 |
| 05/25/07 | Lori S. Gauthier | TELEPHONE WITH COURT CALL REGARDING ARRANGING FOR TELEPHONIC APPEARANCE AT 5/30/07 HEARING RE: RETENTION OF IRELL; E-MAIL J. REISNER REGARDING SAME. | 0.20 | 205.00 | 41.00 |
| 05/25/07 | Jeffrey M. Reisner | CORRESPONDENCE WITH C. SAMIS RE: U.S.T. NEGOTIATIONS RE: EMPLOYMENT. | 0.10 | 625.00 | 62.50 |
| 05/29/07 | Lori S. Gauthier | TELEPHONE CALL TO COURT CALL TO CANCEL TELEPHONIC APPEARANCE REGARDING 5/30/07 HEARING; E-MAIL J. REISNER REGARDING SAME. | 0.20 | 205.00 | 41.00 |
| 05/29/07 | Jeffrey M. Reisner | FOLLOW-UP CORRESPONDENCE TO D.E. COUNSEL RE: NEGOTIATIONS WITH U.S.T. RE: EMPLOYMENT - No Charge | 0.10 | 625.00 | 0.00 |
| 05/31/07 | Lori S. Gauthier | REVIEW/GATHER DOCUMENTS REQUESTED BY J. REISNER IN SUPPORT OF EMPLOYMENT AS SPECIAL COUNSEL (FOR HEARING). | 0.20 | 205.00 | 41.00 |
| 05/31/07 | Jeffrey M. Reisner | TELEPHONE CONFERENCE WITH C. SAMIS RE: RETENTION ISSUES. | 0.20 | 625.00 | 125.00 |
| 06/05/07 | Jeffrey M. Reisner | CALLS AND CORRESPONDENCE TO DE COUNSEL RE: EMPLOYMENT - No Charge | 0.50 | 625.00 | 0.00 |
| 06/12/07 | Lori S. Gauthier | REVIEW E-MAILS REGARDING 6/25/07 | 0.20 | 205.00 | 41.00 |

Exhibit 18 Page

**IRELL & MANELLA LLP**
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

NEW CENTURY TRS HOLDINGS, INC.　　　　　　　　　　　　　　　　Re: FEE/EMPLOYMENT
January 28, 2008　　　　　　　　　　　　　　　　　　　　　　　　　　　160329/0700
Page 10　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice No. ******

| Date | Name | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/12/07 | Lori S. Gauthier | HEARING; TELEPHONE TO COURT-CALL REGARDING ARRANGING TELEPHONIC APPEARANCE FOR MR. REISNER. REVIEW E-MAIL FROM C. SAMIS REGARDING CHANGE OF COURT HEARING DATE; TELEPHONE CALL TO COURT-CALL TO RESCHEDULE TELEPHONIC APPEARANCE BY J. REISNER AT 6/15/07 HEARING. | 0.20 | 205.00 | 41.00 |
| 06/12/07 | Jeffrey M. Reisner | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE: RETENTION. | 0.10 | 625.00 | 62.50 |
| 06/12/07 | Jeffrey M. Reisner | REVIEW/ANALYSIS OF PROPOSED RETENTION ORDER. | 0.10 | 625.00 | 62.50 |
| 06/12/07 | Jeffrey M. Reisner | CORRESPONDENCE RE: PROPOSED RETENTION ORDER. | 0.10 | 625.00 | 62.50 |
| 06/13/07 | Jeffrey M. Reisner | REVIEW/ANALYSIS OF CORRESPONDENCE FROM DEBTOR'S COUNSEL RE: CHANGES TO RETENTION ORDER. | 0.20 | 625.00 | 125.00 |
| 06/13/07 | Jeffrey M. Reisner | CORRESPONDENCE RE: PROPOSED CHANGES TO RETENTION ORDER. | 0.10 | 625.00 | 62.50 |
| 06/14/07 | Lori S. Gauthier | CONFER WITH J. REISNER REGARDING OBJECTION FILED BY COMMITTEE TO EMPLOYMENT APPLICATION; CONDUCT PACER SEARCH; OBTAIN AND REVIEW OMNIBUS OBJECTION FILED BY COMMITTEE. | 0.20 | 205.00 | 41.00 |
| 06/14/07 | Jeffrey M. Reisner | CORRESPONDENCE WITH DEBTOR RE: EMPLOYMENT HEARING TOMORROW. | 0.20 | 625.00 | 125.00 |
| 06/14/07 | Jeffrey M. Reisner | CALLS AND CORRESPONDENCE; REVIEW/REVISE ADDRESS COMMITTEE OBJECTION TO EMPLOYMENT. - **No Charge** | 2.60 | 625.00 | 0.00 |
| 06/14/07 | Jeffrey M. Reisner | COMMITTEE COUNSEL RE: EMPLOYMENT OBJECTION AND PREPARATION THEREFORE. | 0.10 | 625.00 | 62.50 |
| 06/14/07 | Jeffrey M. Reisner | CORRESPONDENCE WITH DEBTOR RE: FEE ESTIMATES TO DATE. | 0.20 | 625.00 | 125.00 |
| 06/14/07 | Jeffrey M. Reisner | TELEPHONE CONFERENCE WITH DEBTOR RE: STRATEGY FOR EMPLOYMENT HEARING. | 0.40 | 625.00 | 250.00 |
| 06/15/07 | Jeffrey M. Reisner | PREPARE FOR AND ATTEND TELEPHONE HEARING RE: APPLICATION TO EMPLOY. | 1.10 | 625.00 | 687.50 |
| 06/20/07 | Jeffrey M. Reisner | CORRESPONDENCE RE: COMMITTEE OBJECTION TO EMPLOYMENT. | 0.20 | 625.00 | 125.00 |
| 06/25/07 | Jeffrey M. Reisner | CORRESPONDENCE RE: STATUS OF APPLICATION. | 0.10 | 625.00 | 62.50 |
| | | **Total Hours Worked:** | **21.90** | | **$ 11,461.50** |
| | | **Total Fees Billed:** | **17.20** | | **$8,524.00** |

Exhibit 1
Page 19

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

NEW CENTURY TRS HOLDINGS, INC.  Re: FEE/EMPLOYMENT
January 28, 2008  160329/0700
Page 11  Invoice No. ******

## TIMEKEEPER SUMMARY

| Name | Code | Billing Rate | Hours | Fee Amount |
|---|---|---|---|---|
| Jeffrey M. Reisner | JREI | 448.04 | 16.60 | 7,437.50 |
| Jeffrey M. Reisner | JREI | 625.00 | 0.00 | No Charge |
| Lori S. Gauthier | LGAU | 205.00 | 5.30 | 1,086.50 |
| | | Totals: | 21.90 | $ 8,524.00 |

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Total Costs: | $ 0.00 |

## MATTER TOTALS

Fees:                $  6,588.50
Total Amount Due:    $  6,588.50

Exhibit 1
Page 20

**IRELL & MANELLA LLP**
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

NEW CENTURY TRS HOLDINGS, INC.  
January 28, 2008  
Page 12

Re: MISCELLANEOUS  
160329/7001  
Invoice No. ******

## MISCELLANEOUS

### PROFESSIONAL SERVICES

| Date | Name | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Total Fees: | 0.00 | | $0.00 |

### TIMEKEEPER SUMMARY

| Name | Code | Billing Rate | Hours | Fee Amount |
|---|---|---|---|---|
| | | Totals: | 0.00 | $ 0.00 |

### COSTS ADVANCED

| Description | | | Amount |
|---|---|---|---|
| 05/28/07 | Computer Research - Lexis | LEXISNEXIS-ONLINE RESEARCH | 147.78 |
| 06/03/07 | Internal Printing Expense | Terminal - 197 | 2.55 |
| 06/04/07 | Internal Printing Expense | Terminal - 197 | 5.10 |
| 06/04/07 | Internal Printing Expense | Terminal - 197 | 2.25 |
| 06/06/07 | Internal Printing Expense | Terminal - 197 | 5.40 |
| 06/07/07 | Internal Printing Expense | Terminal - 197 | 2.25 |
| 06/07/07 | Internal Printing Expense | Terminal - 197 | 5.10 |
| 06/07/07 | Internal Printing Expense | Terminal - 197 | 2.55 |
| 06/07/07 | Internal Printing Expense | Terminal - 197 | 2.55 |
| 05/01/07 | Internal Long Distance Phone | 7124 - 00:06:06 Tuesday, May 01, 2007 1:57:00 PM | 1.48 |
| 05/03/07 | Internal Long Distance Phone | 7980 - 00:12:12 Thursday, May 03, 2007 11:42:00 AM | 3.57 |
| 05/10/07 | Internal Long Distance Phone | 7980 - 00:06:18 Thursday, May 10, 2007 10:02:00 AM | 2.08 |
| | | **Total Costs:** | **$ 182.66** |

### MATTER TOTALS

Costs: 182.66  
**Total Amount Due:** $ 7.13

Exhibit 1  
Page 21