IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 4261 and 4845 |

## CERTIFICATION OF COUNSEL RE: REVISED ORDER FOR DEBTORS' EIGHTH OMNIBUS OBJECTIONS TO CLAIMS PRESENTED AT THE HEARING HELD FEBRUARY 20, 2008

The undersigned hereby certifies as follows:

On February 6, 2008, the Court held a hearing (the "Hearing") on the *Debtors' Eighth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections §§ 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Books and Records Claims* [D.I. 4261] (the "Omnibus Objection").

The form of order that was presented to the Court at the Hearing (the "February 6 Order") mistakenly stated that the above-captioned debtors and debtors in possession (the "Debtors") were withdrawing their objection to the claim of Merrimac Town [Claim No. 2046]. Rather, the Merrimac Town withdrew its opposition to the Omnibus Objection.

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (Okla JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LW (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Further, subsequent to the Hearing, the Debtors discovered that, due to certain computer database problems, Exhibit A and Exhibit B to the February 6 Order did not include certain claims that were set forth on Exhibit A and Exhibit B to the proposed order that was filed and served with the Omnibus Objection.

The computer database problems have been resolved and the Debtors are now in a position to provide a revised order (the "Revised Order") to the Court. The Revised Order is attached hereto as Exhibit 1.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order, substantially in the form attached hereto as Exhibit 1 and grant such other and further relief as the Court deems just and proper.

Dated: March 11, 2008
Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Ben H. Logan
Suzzanne S. Uhland
Victoria A. Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

2

RLF1-3259620-1