**EXHIBIT 1**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | Re: Docket No. 4261 and 4845 |

## ORDER (REVISED) PURSUANT TO 11 U.S.C. §§ 502 AND 507, BANKRUPTCY RULES 3007 AND 9014, AND LOCAL RULE 3007-1 (A) DISALLOWING AND EXPUNGING  CERTAIN BOOKS AND RECORDS CLAIMS AND (B) REDUCING AND/OR RECLASSIFYING CERTAIN BOOKS AND RECORDS CLAIMS SET FORTH IN DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS

Upon the Debtors' Eighth Omnibus Objection to Claims:  Substantive Objection Pursuant to §§ 502 and 507 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Delaware Local Bankruptcy Rules (the "Local Rules") to certain Books and Records Claims (the "Eighth Omnibus Objection");[2] and it appearing that notice of the Eighth Omnibus Objection was good and sufficient upon the particular circumstances, and that

---

[1]  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Mortgage Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

no other further notice need be given; and the Court having considered the Eighth Omnibus Objection, the Claims listed on Exhibit A and Exhibit B, and any responses thereto, and the Wagner Declaration; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby:

FOUND AND DETERMINED THAT:

A.      This Eighth Omnibus Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B.      Each holder of a claim (as to each, a "Claim") listed on Exhibit A and Exhibit B attached to the Eighth Omnibus Objection was properly and timely served with a copy of the Eighth Omnibus Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C.      Any entity known to have an interest in the Claims subject to the Eighth Omnibus Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Eighth Omnibus Objection; and

D.      The relief requested in the Eighth Omnibus Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Eighth Omnibus Objection is GRANTED.

2.      The Books and Records Claims listed on Exhibit A attached hereto are hereby disallowed and expunged in their entirety.

---

[2] All capitalized terms not otherwise defined herein shall have the meanings attributed to them in the Eighth Omnibus Objection

2

3.      The Claims listed on Exhibit B attached hereto are hereby reduced and/or reclassified as set forth in the column titled "Reduced/Reclassified Claim Amount."

4.      The objection is hereby continued to February 20, 2008 at 1:30 p.m. with respect to the following Claims:  Blanco CAD [Claim No. 3234], City of New York Dept of Finance [Claim Nos. 1318 and 1312], Lamar CAD [Claim No. 3342], New York State Department of Taxation and Finance [Claim Nos. 2051, 1797, 1794 and 265], Pennsylvania Department of Revenue [Claim Nos. 3312 and 719], RI Division of Taxation [Claim Nos. 3370, 3369, 3367], St. Louis City [Claim No. 3341], State of Michigan [Claim No. 2179] and State of New Jersey [Claim No. 1061].

5.      The objection is hereby continued to March 5, 2008 at 1:30 p.m. with respect to the following Claims:  State of Washington Department of Revenue [Claim Nos. 693 and 1473].

6.      The Objection is hereby withdrawn with respect to the following Claims: David Vizcara [Claim No. 1983], Darrell Lowe [Claim No. 2331], Eva Joy Martini [Claim No. 2497], Dina L. Kenzy [Claim No. 92], Lois F. Lutwin [Claim Nos. 3235 and 3214], Sue E. Dugan Hugueley [Claim No. 1308] and John Hicks [Claim No. 1985].

7.      This Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Eighth Omnibus Objection with respect to any matters related to or arising from the Eighth Omnibus Objection or the implementation of this Order.

8.      Each Claim and the objections by the Debtors to such Claim, as addressed in the Eighth Omnibus Objection and as set forth on Exhibit A and Exhibit B attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim. Any stay of

3

this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection of this Order.

Dated: March _____, 2008
        Wilmington, Delaware

                                            _____
                                            THE HONORABLE KEVIN J. CAREY
                                            UNITED STATES BANKRUPTCY JUDGE

4

# EXHIBIT A

8th Omnibus Objection

**Amended Exhibit A**

**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. _et al._
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Allen Walker<br>3512 Charleston Ln<br>Loveland, OH 45140 | 07-10416 | 1242 | $0.00 | $0.00 | $44,000.00 | $0.00 | $44,000.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Alvin E Schell<br>7102 Bent Tree Ct<br>Granbury, TX 76049 | 07-10416 | 770 | $0.00 | $0.00 | $4,045.00 | $0.00 | $4,045.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Alvar Zahl Rafidi<br>475 Heavenly Way<br>Corona, CA 92881 | 07-10416 | 3110 | $5,221.75 | $0.00 | $1,141.50 | $176.70 | $6,539.95 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Andrea Kekres<br>118 Spaulding Rd<br>New Caney, TX 77357 | 07-10416 | 1081 | $0.00 | $0.00 | $10,020.00 | $0.00 | $10,020.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Antonio Jantz Gurban<br>31 Cheyenne<br>Irvine, CA 92604 | 07-10427 | 2998 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Ardencroll Association<br>155 Plymouth Rd<br>Wilmington, DE 19803 | 07-10419 | 3269 | $1,682.72 | $0.00 | $0.00 | $0.00 | $1,682.72 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Benson Derek Ross<br>13131 N Hathaway St<br>Santa Ana, CA 92705 | 07-10419 | 1136 | $0.00 | $0.00 | $3,309.76 | $0.00 | $3,309.76 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Berlin Township<br>1871 W Peck Lake Rd<br>Iona, MI 48846 | 07-10416 | 813 | $0.00 | $0.00 | $100.00 | $0.00 | $100.04 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Blue Lonnie Knox<br>13611 Belle Rive<br>Santa Ana, CA 92705 | 07-10421 | 778 | $0.00 | $0.00 | $28,358.00 | $0.00 | $28,358.25 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |

# 8th Omnibus Objection

## Amended Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | To Be Expunged Claim Amount | | |
|---|---|---|---|---|---|---|---|
| | | | | | Priority | Unsecured | Total |
| Quecdel Town 3558 Cty Hwy Ms Boscobel, WI 53805 | 07-10416 | 1834 | $0.00 | $0.00 | $51.93 | $0.00 | $51.93 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Raul Sorsbal 7053 Rancho Vista Blvd Ste H208 Palmdale, CA. 93551 | 07-10417 | 319 | $0.00 | $0.00 | $1,690.44 | $0.00 | $1,690.44 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Brenda L Johnson 3999 Farquhar Ave Los Alamitos, CA. 90720 | 07-10416 | 2347 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Buffalo County 407 S Main St Alma, WI 54610 | 07-10419 | 2143 | $837.96 | $0.00 | $0.00 | $0.00 | $837.96 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Jocelyn Ann Harris 36046 Bay Ave Moreno Valley, CA. 92555 | 07-10416 | 848 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Century Mortgage Services Llc 3237 Swinnea Rd Ste 1 Southhaven, MS 38671 | 07-10416 | 2289 | $0.00 | $0.00 | $3,339.00 | $0.00 | $3,339.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Charles Price 7305 15th St Apt No.3 Huntington Beach, CA 92648 | 07-10419 | 2987 | $0.00 | $0.00 | $4,822.91 | $0.00 | $4,822.91 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Christina L Dolan 11890 Trail Ct Parker, CO 80134-4352 | 07-10416 | 1356 | $0.00 | $0.00 | $4,500.00 | $0.00 | $4,500.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| City Of Las Vegas 400 Stewart Ave 9th Fl Las Vegas, NV 89101 | 07-10416 | 1690 | $0.00 | $0.00 | $1,259.05 | $0.00 | $1,259.05 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |

8th Omnibus Objection

**Amended Exhibit A**

**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. _et al._
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | To Be Expunged Claim Amount | | | |
| Clayton Susan Marie<br>3300 Thistle St<br>Sonoma, CA 93236 | 07-10421 | 845 | $0.00 | $0.00 | $2,642.00 | $0.00 | $2,641.80 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Columbia County Tax Collector<br>735 Ne Hernando Ave Ste 125<br>Lake City, FL 32055 | 07-10419 | 2280 | $3,617.60 | $0.00 | $0.00 | $0.00 | $3,617.60 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Cure Thuy<br>3962 Bixby Circle<br>Yila Pk, CA 92861 | 07-10419 | 2462 | $0.00 | $0.00 | $12,639.47 | $0.00 | $12,639.47 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| David Scott Edmunds<br>15 Henley Dr<br>Laguna Niguel, CA 92677 | 07-10416 | 1393 | $0.00 | $0.00 | $35,000.00 | $0.00 | $35,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| David Shine<br>55 Beecher Ave<br>Shelton, CT 06484 | 07-10417 | 61 | $0.00 | $0.00 | $134.00 | $0.00 | $134.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Delaware County<br>PO Box 27<br>Manchester, IA 52357 | 07-10416 | 1997 | $0.00 | $0.00 | $6,112.00 | $0.00 | $6,112.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Deno La Tasha Reree<br>15625 Watercrest Dr<br>Dennis, CA 91902 | 07-10419 | 1110 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Department of Labor and Industries<br>PO Box 4170<br>Olympia, WA 98504-4170 | 07-10417 | 569 | $0.00 | $0.00 | $3,821.18 | $0.00 | $3,821.18 |
| Comments: The Debtors have filed the requisite tax returns | | | | | | | |
| Devaney Russell Keith<br>16660 S Bradley Rd<br>Oregon City, OR 97045 | 07-10421 | 1213 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

8th Omnibus Objection

**Amended Exhibit A**

**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. _et al._

Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Neo Vienus Mortgage inc<br>25 Brooibeck Dr 205<br>Thousand Oaks, CA 91320 | 07-10419 | 797 | $0.00 | $0.00 | $9,775.00 | $0.00 | $9,775.50 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Nilo N Blackburn<br>843 Snow Dr<br>Martinez, CA 94553 | 07-10416 | 1034 | $0.00 | $0.00 | $17,500.00 | $0.00 | $17,500.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Edwards Rebecca E<br>3391 Luther Hall Rd<br>Dexster Springs, GA 30127 | 07-10419 | 1831 | $0.00 | $0.00 | $692.28 | $0.00 | $692.28 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| El Paso County Treasurer<br>PO Box 2007<br>Colorado Springs, CO 80901-2007 | 07-10419 | 1960 | $2,418.84 | $0.00 | $0.00 | $0.00 | $2,418.84 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Elizabeth J Anderson<br>521 92nd Pl Se<br>Everett, WA 98208 | 07-10421 | 1395 | $0.00 | $0.00 | $7,881.93 | $0.00 | $7,881.93 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Erika Carpenter<br>3020 Fullerton Ave<br>Costa Mesa, CA 92627 | 07-10419 | 1637 | $0.00 | $0.00 | $0.00 | $10,154.00 | $10,154.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Erin E Conroy<br>167 E 67th St Apt 5F<br>New York, NY 10021 | 07-10420 | 632 | $0.00 | $0.00 | $10,950.00 | $9,050.00 | $20,000.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Farmington Town<br>Farmington Dr Town Hall<br>Farmington, CT 06032 | 07-10416 | 1667 | $0.00 | $0.00 | $159.59 | $0.00 | $159.59 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Francis Michelle A<br>28474 Yosemite Dr<br>Portola Hills, CA 92679 | 07-10419 | 836 | $0.00 | $0.00 | $3,015.00 | $0.00 | $3,014.91 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |

8th Omnibus Objection

**Amended Exhibit A**

**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. _et al._

Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | To Be Expunged Claim Amount | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | Priority | Unsecured | | |
| Retana County Tax Collector<br>PO Box 1192<br>Tesasa, CA. 93715-1192 | 07-10419 | 3340 | $1,221.93 | $0.00 | $0.00 | $0.00 | | $1,221.93 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the loan was paid in full on June 30, 2005 | | | | | | |
| Retana County Treasurer<br>825 S Fulton Ste 155<br>Wauseon, OH 43567 | 07-10416 | 3323 | $0.00 | $0.00 | $915.70 | $0.00 | | $915.70 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Gerald P Scipione<br>Davonwood<br>Pasteca Ranch, CA. 92694 | 07-10416 | 2203 | $0.00 | $0.00 | $11,423.08 | $0.00 | | $11,423.08 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Geryk Pati<br>7619 Weatherhill<br>Houston, TX. 77041 | 07-10421 | 1157 | $0.00 | $0.00 | $880.00 | $0.00 | | $880.00 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Giorgio Salvatore Castagna<br>5902 Euchlum Rd<br>Broomall, PA. 19008 | 07-10421 | 1154 | $0.00 | $0.00 | $8,000.00 | $0.00 | | $8,000.00 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Greg Easter Appraisals Llc<br>PO Box 360685<br>Birmingham, AL. 35236 | 07-10421 | 895 | $0.00 | $0.00 | $350.00 | $0.00 | | $350.00 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Grizzard James R<br>3117 Chaparral Way<br>Stockton, CA. 95209 | 07-10419 | 1218 | $0.00 | $0.00 | $4,315.38 | $0.00 | | $4,315.38 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Gunnegan<br>4600 Government Ctr. 300 S 6th St<br>Minneapolis, MN. 55487 | 07-10419 | 3322 | $1,483.48 | $0.00 | $0.00 | $0.00 | | $1,483.48 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | |
| Herman Town<br>PO Box 6300<br>Hermon, ME. 04402 | 07-10419 | 1833 | $7,468.68 | $0.00 | $0.00 | $319,600.00 | | $327,068.68 |
| **Comments:** | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |

# 8th Omnibus Objection

## Amended Exhibit A
### Books and Records - Ordered

In re: New Century TRS Holdings, Inc. _et al._
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Idaho State Tax Commission<br>PO Box 36<br>Boise, ID 83722 | 07-10419 | 366 | $0.00 | $0.00 | $50,000.00 | $0.00 | $50,000.00 |
| Comments: The Debtors have filed the requisite tax returns | | | | | | | |
| Harvey D Johnson<br>4644 Fallow Ct<br>Antioch, CA 94531 | 07-10416 | 3266 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Shone Tang<br>9818 Falcon Crest Court<br>Sutter Ranch, CA, 91326 | 07-10416 | 1390 | $0.00 | $0.00 | $139,000.00 | $0.00 | $139,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Jefferson County Treasurer<br>100 Jefferson County Pkwy<br>Golden, CO  80419 | 07-10416 | 1920 | $0.00 | $0.00 | $0.00 | $11,366.13 | $11,366.13 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| John C Wright<br>2141 Linifield Ln<br>Houston, TX  77073 | 07-10416 | 2048 | $0.00 | $0.00 | $10,950.00 | $4,493.95 | $15,443.95 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Juarez Vincent<br>485 Goldeneagle Dr<br>Corona, CA  92879 | 07-10419 | 1359 | $0.00 | $0.00 | $15,950.00 | $0.00 | $15,950.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Karen Lee Fox<br>5612 Rockwell Drive<br>Bakersfield, CA  93308 | 07-10421 | 3140 | $0.00 | $0.00 | $2,891.00 | $0.00 | $2,891.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Ketley Goldsmith<br>534 Sadie Douglas<br>Shreveport, LA  71106 | 07-10417 | 449 | $0.00 | $0.00 | $15,000.00 | $0.00 | $15,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Kimberlee A Toomey<br>9937 Tamarack Landing Way<br>Las Vegas, NV  89117 | 07-10421 | 18 | $0.00 | $0.00 | $3,602.07 | $0.00 | $3,602.07 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

**Amended Exhibit A**

**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | | To Be Expunged Claim Amount | | |
| Hirsch Sandra M<br>23006 Hickory Wind Dr<br>Humble, TX 77346 | 07-10421 | 1673 | $0.00 | $0.00 | $0.00 | $12,927.00 | $12,927.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Hoenishock Corp Retirement Plan<br>1N431 N Burling St<br>Chicago, IL | 07-10417 | 1755 | $0.00 | $0.00 | $135,373.68 | $0.00 | $135,373.68 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Hara D Murphy<br>10872 W High Rock Dr<br>Boise, ID 83709 | 07-10416 | 1014 | $0.00 | $0.00 | $341.80 | $0.00 | $341.80 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Franey Christine Mignon<br>24082 Gourami Bay<br>Dana Point, CA 92629 | 07-10419 | 1544 | $0.00 | $0.00 | $2,542.40 | $0.00 | $2,542.40 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Neda Kelly Barboza<br>8220 Agate Ave NW<br>Albuquerque, NM 87120 | 07-10421 | 1415 | $0.00 | $0.00 | $12,978.00 | $0.00 | $12,978.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lee County Tax Collector<br>PO Box 850<br>Fort Myers, FL 33902-0850 | 07-10416 | 3334 | $1,533.07 | $0.00 | $0.00 | $0.00 | $1,533.07 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Lily Keena D<br>7838 Greenedge Dr<br>Houston, TX 77040 | 07-10421 | 1258 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Locorra North Pud<br>400 Jefferson Ste 780<br>Houston, TX 77002 | 07-10419 | 3268 | $771.17 | $0.00 | $0.00 | $0.00 | $771.17 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Lutwin Lost F<br>23310 Aloca Dr<br>Boca Raton, FL 33433 | 07-10416 | 3214 | $0.00 | $0.00 | $10,700.44 | $0.00 | $10,700.44 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Amended Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | To Be Expunged Claim Amount Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Niles Carla<br>1010 Laurel Trails Dr<br>Houston, TX 77095 | 07-10421 | 2243 | $0.00 | $0.00 | $5,836.92 | $0.00 | $5,836.92 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Carolyn E Wood Revenue Commissioner<br>PO Box 1169<br>Mobile, AL 36633-1169 | 07-10419 | 414 | $408.94 | $0.00 | $0.00 | $0.00 | $408.94 |
| Comments: | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Hurtta Moreland<br>P 268 County Rd 506<br>Brazoria, TX 77422 | 07-10416 | 1170 | $0.00 | $0.00 | $9,375.00 | $0.00 | $9,375.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Menznaz Town<br>PO Box 115<br>Merrimac, WI 53561 | 07-10416 | 2046 | $0.00 | $0.00 | $758.54 | $0.00 | $758.54 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Metropolitan Government Trustee<br>PO Box 196300<br>Nashville, TN 37219-6300 | 07-10419 | 571 | $2,387.49 | $0.00 | $0.00 | $0.00 | $2,387.49 |
| Comments: | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Michael Mckinney<br>48 Rockport<br>Irvine, CA 92602 | 07-10417 | 266 | $0.00 | $0.00 | $9,556.34 | $0.00 | $9,556.34 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Michelle L Cullinan<br>71 Celeno<br>Laguna Niguel, CA 92677 | 07-10419 | 1335 | $0.00 | $0.00 | $28,600.00 | $0.00 | $28,600.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Monterey County Tax Collector<br>PO Box 891<br>Salinas, CA 93902-0891 | 07-10419 | 2106 | $7,413.59 | $0.00 | $0.00 | $0.00 | $7,413.59 |
| Comments: | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | |
| Mortgage Plus Funding inc<br>2001 Butterfield Rd Ste 1115<br>Downers Grove, IL 60515 | 07-10416 | 55 | $202,968.41 | $0.00 | $0.00 | $0.00 | $202,968.41 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |

8th Omnibus Objection

**Amended Exhibit A**

**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | To Be Expunged Claim Amount | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Priority | Unsecured | Total | |
| Mortgage Plus Funding Inc<br>2201 Butterfield Rd Ste 1115<br>Downers Grove, IL 60515 | 07-10416 | 58 | $50,166.93 | $0.00 | $0.00 | $0.00 | $50,166.93 | |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Mortgage Plus Funding inc<br>2201 Butterfield Rd Ste 1115<br>Downers Grove, IL 60515 | 07-10416 | 91 | $272,137.61 | $0.00 | $0.00 | $0.00 | $272,137.61 | |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Muskingum County<br>401 Main St Rm 240<br>Zanesville, OH 43701 | 07-10416 | 1433 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | | |
| Nancy A Shaeffer<br>1802 W Maryland Ave No 2003<br>Phoenix, AZ 85015 | 07-10417 | 299 | $0.00 | $0.00 | $8,138.14 | $0.00 | $8,138.14 | |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Nichols Cindy A<br>23031 Grass Valley<br>Mission Viejo, CA 92692 | 07-10419 | 1819 | $0.00 | $0.00 | $29,458.68 | $0.00 | $29,458.68 | |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Patricia D Norton<br>418 Marcella St<br>Houston, TX 77091-5600 | 07-10417 | 497 | $0.00 | $0.00 | $16,478.00 | $0.00 | $16,478.00 | |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Patrick Purcell<br>233 Blueridge Dr<br>Shenandoah, TX 77381 | 07-10416 | 1551 | $0.00 | $0.00 | $9,709.00 | $0.00 | $9,709.00 | |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Patti Gryk<br>6619 Weatherhill<br>Houston, TX 77041 | 07-10416 | 567 | $0.00 | $0.00 | $6,142.80 | $0.00 | $6,142.80 | |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Paul H Potter<br>11708 Copper Trails Ln<br>Oklahoma City, OK 73170 | 07-10416 | 1446 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | | |

8th Omnibus Objection

**Amended Exhibit A**
**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Paul Sabyoun<br>3220 Jonah Dr<br>Merona, CA 93882 | 07-10419 | 2532 | $0.00 | $0.00 | $10,576.00 | $0.00 | $10,576.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Phippsburg Town<br>DL/62 Main Rd<br>Phippsburg, ME 04562 | 07-10416 | 1059 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Plumi Town<br>196 Stage Rd<br>Lancaster, WI 53813 | 07-10416 | 1646 | $0.00 | $0.00 | $0.00 | $31,457.30 | $31,457.30 |
| Comments: The Debtors have filed the requisite tax returns | | | | | | | |
| Pulaski County<br>Treasurer PO Box 430<br>Little Rock, AR 72203 | 07-10416 | 2130 | $0.00 | $0.00 | $1,192.51 | $0.00 | $1,192.51 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Randall E Lightbody<br>6602 Centre Place Cir<br>Irving, TX 73379 | 07-10419 | 44 | $0.00 | $0.00 | $75,000.00 | $0.00 | $75,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Revenue Collector<br>PO Box 6000<br>Janielson, CT 06239 | 07-10419 | 338 | $914.70 | $0.00 | $0.00 | $0.00 | $914.70 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Richard Paquini<br>4642 Calle San Juan<br>Newbury Park, CA 91320 | 07-10417 | 31 | $0.00 | $0.00 | $30,000.00 | $0.00 | $30,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Riverside County Treasurer Tax Collector<br>PO Box 12005<br>Riverside, CA 92502-2205 | 07-10429 | 3251 | $982.89 | $0.00 | $0.00 | $0.00 | $982.89 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Riverside County Treasurer Tax Collector<br>PO Box 12005<br>Riverside, CA 92502-2205 | 07-10419 | 1912 | $49,719.31 | $0.00 | $0.00 | $0.00 | $49,719.31 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

**8th Omnibus Objection**

**Amended Exhibit A**

**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | To Be Expunged Claim Amount | | | |
|---|---|---|---|---|---|---|---|
| | | | | Admin | Priority | Unsecured | Total |
| Riverside County Treasurer Tax Collector<br>PO Box 12005<br>Riverside, CA 92502-2205 | 07-10429 | 1911 | $982.89 | $0.00 | $0.00 | $0.00 | $982.89 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Roach Rebecca Lynn<br>234 Ridgeview Dr<br>Eagle Point, OR 97524 | 07-10421 | 1272 | $0.00 | $0.00 | $4,140.72 | $0.00 | $4,140.72 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Robert C Coleman<br>9 Waterloo Circle<br>Dover, NH 03820 | 07-10416 | 1144 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Rockbridge County<br>PO Box 784<br>Lexington, VA 24450 | 07-10416 | 1671 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Rogers City City<br>791 E Michigan<br>Rogers City, MI 49779 | 07-10416 | 1201 | $2,373.27 | $0.00 | $0.00 | $0.00 | $2,373.27 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Sanders Manann J<br>127 Oak Valley Dr<br>Springhill, TN 37174 | 07-10421 | 1514 | $0.00 | $0.00 | $1,269.23 | $0.00 | $1,269.23 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Saxby Amber E<br>7460 Kirkland Ct SE<br>Renton, WA 98058 | 07-10421 | 1720 | $0.00 | $0.00 | $970.00 | $0.00 | $970.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Schiavo Stephen B<br>4 West Main St Apt 4<br>Westborough, MA 01581 | 07-10425 | 1510 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Scipione Gerald P<br>28936 Boleada<br>Mission Viejo, CA 92692 | 07-10419 | 2241 | $0.00 | $0.00 | $11,423.08 | $0.00 | $11,423.08 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |

## Amended Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Dpt Of State Dept Of Business Svcs | 07-10419 | 2071 | $0.00 | $0.00 | $49,465.93 | $0.00 | $49,465.93 |
| Room 357 Howlett Building | | | | | | | |
| Springfield, IL 62756 | | | | | | | |
| Comments: The Debtors have filed the requisite tax returns | | | | | | | |
| Secretary Of State State Of Illinois | 07-10422 | 2069 | $0.00 | $0.00 | $3,405.00 | $0.00 | $3,405.00 |
| Room 351 Howlett Building | | | | | | | |
| Springfield, IL 62756 | | | | | | | |
| Comments: The Debtors have filed the requisite tax returns | | | | | | | |
| Shelby County Trustee | 07-10419 | 2180 | $2,637.31 | $0.00 | $0.00 | $0.00 | $2,637.31 |
| PO Box 2751 | | | | | | | |
| Memphis, TN 38101-2751 | | | | | | | |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Solano County Tax Collector | 07-10419 | 1864 | $11,970.41 | $0.00 | $0.00 | $0.00 | $11,970.41 |
| 675 Texas St | | | | | | | |
| Fairfield, CA 94533 | | | | | | | |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Springfield City | 07-10416 | 1293 | $0.00 | $0.00 | $2,012.58 | $118.29 | $2,130.87 |
| 601 Ave A | | | | | | | |
| Springfield, MI 49015 | | | | | | | |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Stacy Beisel | 07-10419 | 1651 | $0.00 | $0.00 | $0.00 | $10,852.00 | $10,852.00 |
| 1212 Delaware St | | | | | | | |
| Huntington Beach, CA 92648 | | | | | | | |
| Comments: The Debtors have no record of this liability in their Books and Records. | | | | | | | |
| Stanislaus County Tax Collector | 07-10416 | 3319 | $13,762.71 | $0.00 | $0.00 | $0.00 | $13,762.71 |
| PO Box 859 | | | | | | | |
| Modesto, CA 95353 | | | | | | | |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Stanislaus County Tax Collector | 07-10416 | 3318 | $7,596.03 | $0.00 | $0.00 | $0.00 | $7,596.03 |
| PO Box 859 | | | | | | | |
| Modesto, CA 95353 | | | | | | | |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Stanislaus County Tax Collector | 07-10416 | 3317 | $18,630.73 | $0.00 | $0.00 | $0.00 | $18,630.73 |
| PO Box 859 | | | | | | | |
| Modesto, CA 95353 | | | | | | | |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

8th Omnibus Objection

**Amended Exhibit A**

**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | To Be Expunged Claim Amount | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Priority | Unsecured | Total |
| State of Maine Bureau of Revenue Services / Compliance Division PO Box 9101 / Augusta, ME 04333-9101 | 07-10419 | 1580 | $0.00 | $0.00 | $516,118.97 | $104,000.00 | $620,118.97 |
| Comments: The Debtors have filed the requisite tax returns | | | | | | | |
| Owen Matt Emp / 8 Plymouth Dr / Howell, NJ 07731 | 07-10416 | 1116 | $0.00 | $0.00 | $6,500.00 | $0.00 | $6,500.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Peven P Younglove / 29 Regan Hood Pl / Costa Mesa, CA 92627 | 07-10417 | 2196 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Tamra Lynn Randolph / 1911 W 109th St / Los Angeles, CA 90047 | 07-10416 | 862 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Tax Collector Pinellas County / PO Box 2943 / Clearwater, FL 33757-2943 | 07-10416 | 1566 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Thuy Cure / 3962 Bixby Circle / Ellia Pl, CA 92561 | 07-10419 | 3232 | $0.00 | $0.00 | $12,639.47 | $0.00 | $12,639.47 |
| Comments: | | | | | | | |
| Tiffany Collins Emp / 7850 Willow Tree Ln / Solon, OH 44139 | 07-10416 | 2983 | $0.00 | $0.00 | $0.00 | $18,557.00 | $18,557.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Tony Flores / 5471 Los Circle / Huntington Beach, CA 92647 | 07-10419 | 1778 | $0.00 | $0.00 | $30,000.00 | $0.00 | $30,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Trudy Savage / 4205 Pinehurst / Taylor, TX 76574 | 07-10416 | 512 | $0.00 | $0.00 | $3,123.00 | $0.00 | $3,123.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

8th Omnibus Objection

**Amended Exhibit A**
**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. et al.,
Case No.07-10416 (KJC),

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | To Be Expunged Claim Amount | | | |
| Nance County Tax Office | 07-10419 | 3313 | $1,839.07 | $0.00 | $0.00 | $0.00 | $1,839.07 |
| 123 Young St. Ste E. Henderson, NC 27536 | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Regina Granato | 07-10419 | 3217 | $0.00 | $0.00 | $10,950.00 | $0.00 | $10,950.00 |
| 12202 Pinewood Tustin, CA 92780 | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Weiss Michelle J | 07-10419 | 1700 | $0.00 | $0.00 | $13,438.84 | $0.00 | $13,438.84 |
| 30 Morris Island Rd Pine Island, NY 10969 | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Wharton County | 07-10416 | 2200 | $7,174.59 | $0.00 | $0.00 | $0.00 | $7,174.59 |
| Linebarger Goggan Blair & Sampson LLP PO Box 3064 Houston, TX 77253-3064 | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| **Claims To Be Expunged Totals** | | 121 | $680,324.08 | $0.00 | $1,582,203.34 | $582,752.37 | $2,845,279.79 |

# **EXHIBIT B**

8th Omnibus Objection

**Amended Exhibit B**

**Reduce / Reclassify - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Stefius Garrett Andrew, Todd Ct, Minington Station, NY 11726 | 07-10421 | 1957 | $0.00 | $0.00 | $10,950.00 | $6,203.33 | $17,153.33 | $0.00 | $0.00 | $2,667.00 | $8,000.00 | $10,667.00 |
| Comments: Claim should be reduced, reclassified, and allowed | | | | | | | | | | | | |
| Rev P Dunn, 2298 S Yerbena Wy, Centennial, CO 80112 | 07-10416 | 748 | $0.00 | $0.00 | $5,239.27 | $0.00 | $5,239.27 | $0.00 | $0.00 | $4,059.27 | $0.00 | $4,059.27 |
| Comments: Claim should be reduced, reclassified, and allowed | | | | | | | | | | | | |
| Hendrix Stanley, Box 1371, Moorestown, NJ 07962 | 07-10421 | 843 | $0.00 | $0.00 | $2,963.00 | $0.00 | $2,963.00 | $0.00 | $0.00 | $463.00 | $0.00 | $463.00 |
| Comments: Claim should be reduced, reclassified, and allowed | | | | | | | | | | | | |
| **Claims To Be Expunged Totals** | | 3 | $0.00 | $0.00 | $19,142.27 | $6,203.33 | $25,345.60 | $0.00 | $0.00 | $7,189.27 | $8,000.00 | $15,189.27 |