IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 12, 2008 AT 3:00 P.M.

I.    **CONTESTED MATTERS GOING FORWARD:**

1.    Notice of Hearing to Consider Approval of Disclosure Statement Regarding the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 [D.I. 4806; filed 2/2/08]

Objection deadline: February 27, 2008; extended for ACE American Insurance Company to February 29, 2008 at Midnight; extended for RBC until March 4, 2008 at Noon

Objections/Responses Received:

A.    Objection of Goldman Sachs Mortgage Company to Disclosure Statement for Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors [D.I. 5064; filed 2/27/08]

B.    Objection of General Electric Capital Corporation to Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the

---

[1]  The debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Official Committee of Unsecured Creditors dated as of February 2, 2008 [D.I. 5065; filed 2/27/08]

C.       Objection of New York State Teachers' Retirement System to Disclosure Statement to Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 [D.I. 5067; filed 2/27/08

D.       Objections of CitiMortgage, Inc. to Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008 [D.I. 5073; filed 2/27/08]

E.       Objection of Wells Fargo Bank, N.A. to (I) the Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008; and (II) the Motion of Debtors and Debtors in Possession for an Order (A) Approving Proposed Disclosure Statement for the Joint Chapter 11 Plan of Unsecured Creditors Dated as of February 2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and Approving Related Notice Procedures [D.I. 5074; filed 2/27/08]

F.       Pima County's Objection to the Joint Chapter 11 Plan of Liquidation dated February 2, 2008 [D.I. 5077; filed 2/27/08

G.       Objection of Andre Mutchnik to the Approval of Disclosure Statement Regarding the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008 and to the Motion of Debtors and Debtors in Possession for an Order (A) Approving Proposed Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and Approving Related Notice Procedures [D.I. 5094; filed 2/26/08]

H.       Joinder of Washington Mutual Mortgage Securities Corp. in the Objection filed by Goldman Sachs Mortgage Company to the Disclosure Statement for Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors [D.I. 5116; filed 2/28/08]

I.       Objection of the United States Trustee to the Motion of Debtors and Debtors in Possession for an Order (A) Approving Proposed Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and

the Official Committee of Unsecured Creditors Dated as of February 2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and Approving Related Notice Procedures [D.I. 5120; filed 2/28/08]

J.      Objection of Deutsche Bank National Trust Company, Americas to the Disclosure Statement for Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors [D.I. 5134; filed 2/29/08]

K.      Objection of Ad Hoc Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan to Motion of Debtor and Debtors in Possession for an Order (A) Approving Proposed Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Chapter 11 Plan of Liquidation and Approving Related Notice Procedures [D.I. 5068; filed 2/27/08]

L.      Reservation of Rights by Residential Funding Company, LLC to the Disclosure Statement and Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors [D.I. 5170; filed 3/4/08]

Related Documents:

i.      Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 [D.I. 4805; filed 2/2/08]

ii.     Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 [D.I. 4804; filed 2/2/08]

iii.    Notice of Filing of Amended Disclosure Statement [D.I. 5103; filed 2/27/08]

Status: A hearing on this matter is only necessary to the extent that the objecting parties believe that the revised disclosure statement and revised solicitation procedures order that the Debtors will be circulating do not address their concerns.

2.      Motion of Debtors and Debtors in Possession for an Order (A) Approving Proposed Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February

2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and Approving Related Notice Procedure [D.I. 4897; filed 2/15/08]

Objection deadline: February 27, 2008; extended for ACE American Insurance Company to February 29, 2008 at Midnight; extended for RBC until March 4, 2008 at Noon

Objections/Responses Received:

A.     Objection of Ad Hoc Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan to Motion of Debtor and Debtors in Possession for an Order (A) Approving Proposed Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Chapter 11 Plan of Liquidation and Approving Related Notice Procedures [D.I. 5068; filed 2/27/08]

B.     Objection of Wells Fargo Bank, N.A. to (I) Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008; and (II) the Motion of Debtors and Debtors in Possession for an Order (A) Approving Proposed Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and Approving Related Notice Procedures [D.I. 5074; filed 2/27/08]

C.     Objection of Andre Mutchnik to the Approval of Disclosure Statement Regarding the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008 and to the Motion of Debtors and Debtors in Possession for an Order (A) Approving Proposed Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and Approving Related Notice Procedures [D.I. 5094; filed 2/26/08]

D.     Objection of the United States Trustee to the Motion of Debtors and Debtors in Possession for an Order (A) Approving Proposed Disclosure

Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008; (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and Approving Related Notice Procedures [D.I. 5120; filed 2/28/08]

E.    Objection of Deutsche Bank National Trust Company, Americas to the Disclosure Statement for Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors [D.I. 5134; filed 2/29/08]

F.    Objection of Goldman Sachs Mortgage Company to Disclosure Statement for Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors [D.I. 5064; filed 2/27/08]

G.    Objection of General Electric Capital Corporation to Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008 [D.I. 5065; filed 2/27/08]

H.    Objection of New York State Teachers' Retirement System to Disclosure Statement to Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 [D.I. 5067; filed 2/27/08

I.    Objections of CitiMortgage, Inc. to Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of February 2, 2008 [D.I. 5073; filed 2/27/08]

J.    Pima County's Objection to the Joint Chapter 11 Plan of Liquidation dated February 2, 2008 [D.I. 5077; filed 2/27/08

K.    Joinder of Washington Mutual Mortgage Securities Corp. in the Objection filed by Goldman Sachs Mortgage Company to the Disclosure Statement for Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors [D.I. 5116; filed 2/28/08]

L.    Reservation of Rights by Residential Funding Company, LLC to the Disclosure Statement and Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors [D.I. 5170; filed 3/4/08]

Related Documents:  None at this time.

Status: A hearing on this matter is only necessary to the extent that the objecting parties believe that the revised disclosure statement and revised solicitation procedures order that the Debtors will be circulating do not address their concerns. The Official Committee of Unsecured Creditors may also wish to address any open issues related to the letter they plan to include in the solicitation package.


Dated:  March 11, 2008
        Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -


Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION