IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | Case No. 07-10416 (KJC) |
| **INC., a Delaware corporation, et al.,** | : | |
| | : | Jointly Administered |
| **Debtors.** | : | |
| | : | |

ORDER GRANTING STIPULATION BETWEEN
ARCH INSURANCE COMPANY AND DEBTORS TEMPORARILY VALUING
GENERAL UNSECURED CLAIM FOR VOTING PURPOSES

AND NOW, upon consideration of the *Stipulation Between Arch Insurance Company and Debtors Temporarily Valuing General Unsecured Claim for Voting Purposes*, attached hereto as Exhibit "A" (the "Stipulation"); and after due deliberation; and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. Claim number 2329 is hereby temporarily valued in the amount of $1,000.00 as a general unsecured claim against the estate of debtor New Century Financial Corporation for voting purposes only.

3. Temporary valuation of claim number 2329 for voting purposes shall not affect (a) the right of the Debtors or other parties-in-interest to object to the Arch Claim in the future, and (b) the valuation of the Arch Claim for the purposes of distribution from the estate of debtor New Century Financial Corporation or any other purpose.

SFI:705386
RLF1-3260899-1

2

4. No later than three (3) business days after the date of this order, the Debtors are directed to serve a copy of the order on all parties upon all whom are entitled to notice and are directed to file a certificate of service no later than two (2) business days after service.

Dated: _____March 11_____, 2008
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE