## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | |
| et al., | (Jointly Administered) |
|         Debtors. | |
| | Hrg Date: 4/9//08 @ 10:00 a.m. |
| _____/ | Objection Deadline: 4/2/08 |

## COUNTRYWIDE HOME LOANS' MOTION FOR
## RELIEF FROM STAY WITH REGARD TO 86 PROPERTIES

COMES NOW Countrywide Home Loans, ("Countrywide"), by and through its undersigned attorney, as and for its Motion for Relief from Stay with regard to 86 Properties, and states:

    1.    Countrywide has initiated or seeks to initiate foreclosure proceedings against 86 properties wherein NEW CENTURY TRS HOLDINGS, INC., or one or more of the other Debtor entities (collectively, "the Debtor"), holds an inferior mortgage. A complete listing of said properties is attached hereto as Exhibit A.

    2.    Each of the listed mortgages is in default and Countrywide is prevented from enforcing its rights under state law by virtue of the automatic stay.

    3.    Debtor has no defenses to the priority of Countrywide's listed mortgages nor any defense to foreclosure thereof.

    4.    Countrywide is not seeking any affirmative relief from the Debtor but is seeking to foreclose the mortgages on the aforementioned properties wherein the Debtor holds a junior lien.

1

5. For each listed property, the recording information for the Countrywide mortgage, the approximate amount due and Countrywide's good faith estimate of the value of the collateral are shown on Exhibit A.

6. Due to the number of properties, copies of the loan documents are not being filed with this motion but are available upon request.

WHEREFORE, Countrywide prays for an order lifting the stay with respect to the 86 properties identified on the attached list.

|  |  |
|---|---|
| | LAW OFFICES OF DAVID J. STERN, P.A.<br>801 S. University Drive Suite 500<br>Plantation, FL 33324<br>Phone: (954) 233-8000 ext 207<br>Fax: (954) 233-8648 |
| | /S/ Frederic J. DiSpigna |
| Dated: March 11, 2008 | FREDERIC J. DISPIGNA, ESQUIRE<br>Florida Bar No. 345539<br>fdispigna@dstern.com |