# EXHIBIT B

## EXHIBIT B - SCHEDULE OF ASSETS

## DOMAIN NAMES

123loan.com
1-800-any-loan.com
1-800-anyloan.com
1-800anyloan.com
1800anyloan.com
1800home123.com
800anyloan.com
1800home123.tv
888home123.com
1ststerlingmortgage.com
24-7realtorassist.com
adastramortgage.com
anthonycummings.com
anyloan.com
anyloancompany.com
anyloancompany.net
anyloancompany.org
austinnationalmortgage.com
bakersfieldmortgagepro.com
banialopez.com
belindamarcet.com
bjlovesreferrals.com
brycedahlin.com
buybyrob.com
caesarbritten.com
campbellmortgages.com
carlaspragg.com
casa-123.com
casa123.com
casa123.net
christopherlefevre.com
closemorenow.com
closemoreu.com
compufundmortgage.com
cphloans.com
deannaolivo.com
debralowe.com
donreinartz.com
dreamsapproved.com
edwardjrussell.com
eliteokc.com
elitetulsa.com
erinmerryman.com
fasthomeloans-bymnunez.com
fasthomeloans-byrgreen.com
fastinsur.com
fastinsur.net
fastinsur.org
fastinsure.net

4

fastinsure.org
fastnsur.com
fastnsur.net
fastnsur.org
fastnsure.com
fastnsure.name
fastnsure.net
fastnsure.org
fastnsure.us
financingtheislands.com
findseattleloans.com
freyfinancialmortgage.com
fthoodmortgage.com
gail-best.com
gocommercial.com
goldenoakloans.com
gomultifamily.com
handymande.com
home123.cc
home1-2-3.com
home123-builder.com
home123-customersurvey.com
home123.biz
home123.info
home123.net
home123.org
home123.tv
home123.com
home123.us
home123.ws
home123bank.com
home123insurance.com
home123corp.com
home1-2-3corp.com
home123direct.com
home123info.com
home123insurance.info
home123insurance.name
home123insurance.net
home123insurance.org
home123insurance.us
home123insuranceservices.com
home123insuranceservices.info
home123insuranceservices.name
home123insuranceservices.net
home123insuranceservices.org
home123insuranceservices.us
home123loan.biz
home123loan.com
home123loan.info
home123loan.net
home123loans.biz
home123loan.tv

5

home123loan.ws
home123loans.com
home1-2-3loans.com
home123loans.info
home123loans.net
home123loans.tv
home123loans.us
home123loans.ws
home123mortgage.com
home123partners.com
home123partners.net
home123-pld.com
home123prime.com
home123racing.com
home123sucks.biz
home123sucks.com
home123sucks.info
home123sucks.net
home123sucks.us
homebuyerbenefit.com
homelandlenders.com
homeloanrockstar.com
homeloansbycolin.com
homeloansbyrandy.com
ihaveyourhomeloan.com
insurxpress.net
insurxpress.org
jameslackman.com
jaimesloans.com
jeffwiersma.com
jeffwucinich.com
jennasloans.com
jennifercreech.com
jesseedmonds.com
jimstick.com
johnfgoad.com
juliannegibson.com
jumboloanz.com
kensteamworks4you.com
kevin-ellis.com
kingstonmortgage.com
knowyourloans.com
lakecorpuschristihomeloans.com
laurakryan.com
laurieahansen.com
learnmoreu.com
learnmoreu.net
learnmoreuniversities.com
learnmoreuniversities.net
learnmoreuniversity.com
learnmoreuniversity.net
lesliethomerson.com
lindatheloanlady.com

6

loanexpertsite.com
loansbycori.com
loanswithchrys.com
loanswithpete.com
mariortegon.com
metmortgagelending.com
midwesthomemtg.com
midweststerlingmortgage.com
millieho.com
mishaford.com
monticellomortgageservices.com
montimortgage.com
mortgage512.com
mortgagesbymichelle.com
mtganswerman.com
mtgaustin.com
nccommercial.com
ncen.com
ncenassociate.com
ncenassociate.info
ncenassociate.name
ncenassociate.net
ncenassociate.org
ncenassociate.us
ncencommercial.com
ncendirect.net
ncensucks.biz
ncensucks.com
ncensucks.info
ncensucks.net
ncensucks.us
ncinsuranceservices.com
ncinsuranceservices.info
ncinsuranceservices.name
ncinsuranceservices.net
ncinsuranceservices.org
ncinsuranceservices.us
ncissaly.com
ncmvboston.com
ncmvtc.com
ncmvtexas.com
newcentury.com
newcenturycommercial.com
newcenturydirect.com
newcenturydocs.com
newcenturyfinancial.com
newcenturyfinancial.net
newcenturyfinancial.org
newcenturyfinancialonlinemortgages.com
newcenturyfinancialonlinemortgages.net
newcenturyfinancialsucks.biz
newcenturyfinancialsucks.com
newcenturyfinancialsucks.info

7

newcenturyfinancialsucks net
newcenturyfinancialsucks us
newcenturyhmda com
newcenturylending com
newcenturymorgage com
newcenturymortgage com
newcenturymortgagesucks biz
newcenturymortgagesucks com
newcenturymortgagesucks info
newcenturymortgagesucks net
newcenturymortgagesucks us
newcenturyonlinemortgages com
newcenturyonlinemortgages net
newcenturyprime com
newcenturysucks biz
newcenturysucks com
newcenturysucks info
newcenturysucks net
newcenturysucks us
newcenturytc com
newvendsur com
newvendsure com
newvensur com
newvensure com
nick-watts com
northamericanres com
nwfundingsolutions com
onestoploanshop com
pahome123 com
pamelazank com
peachtreeresidentialmtg com
prestigeresidential com
primewestfunding com
ramonfrancis com
regabnewcenturymortgagesecurities com
resprimelending com
reynarogers com
sdmort com
selectmortgagegroupltd com
selectmortgageltd com
sellmoreu net
sellmoreuniversity com
sellmoreuniversity net
southtexasmortgagecenter com
stephaniefisman.com
summitresortlending com
teambiroschak com
theanyloancompany com
theanyloancompany net
theoriginators123 com
tlh-mortgage com
totalmortgageresource com
totalmortgageresources com

8

wendycarley.com
worthfunding.com
wrtfinancial.com
wwwhome123.com
youcangetahome.com
yourlendinglady.com
yourlendingpro.com
yourlo.com

## TRADEMARKS

| Mark | Serial No | Filed | Reg No | Reg Date | Status |
|---|---|---|---|---|---|
| 1.800HOME123.com | 78/083,515 | 9/12/2001 | 2,559,001 | 4/9/2002 | Registered |
| 1 800HOME123.com & Design  1a800 Home123 .com | 78/083,452 | 9/11/2001 | 2,631,907 | 10/8/2002 | Registered |
| 123LOAN.COM | 75/717,403 | 6/1/1999 | 2,486,670 | 9/11/2001 | Registered |
| ACCESS LENDING | 78/826,084 | 3/1/2006 | | | Pending |
| Casa123 | 78/539,073 | 12/28/2004 | | | Published |
| CLOSE MORE UNIVERSITY | 78/320,114 | 10/29/2003 | 2,895,857 | 10/19/2004 | Registered |
| CLOSE MORE UNIVERSITY & Design | 78/382,389 | 3/11/2004 | 2,905,252 | 11/23/2004 | Registered |
| CLOSE MORE UNIVERSITY PRESENTS & Design | 78/593,379 | 3/23/2005 | 3,097,711 | 5/30/2006 | Registered |
| CUTTING THROUGH THE LOAN CLUTTER | 78/488,448 | 9/23/2004 | 3,130,921 | 8/15/2006 | Registered |
| FAST N SURE INSURANCE WHEN YOU NEED IT! Logo | 78/517,857 | 11/16/2004 | | | Published |
| FASTNSURE | 78/474,249 | 8/26/2004 | | | Published |
| HOME 123 | 75/385,607 | 11/6/1997 | 2,250,525 | 6/1/1999 | Registered |
| Home 123 cutting through the loan clutter & Design | 78/492,931 | 10/1/2004 | 3,031,863 | 12/20/2005 | Registered |

9

LA3:1145386.1

| Mark | Serial No | Filed | Reg No | Reg Date | Status |
|---|---|---|---|---|---|
| HOME123 (Logo) Home123 | 78/509,088 | 11/1/2004 | 3,040,935 | 1/10/2006 | Registered |
| HOME123 CREDIT CARDS | | | | | Unfiled |
| Home123 Credit Tool Kit Deluxe | 78/926,653 | 7/11/2006 | | | Pending |
| HOME123 INSURANCE SERVICES & Design Home123 Insurance Services | 78/517,886 | 11/16/2004 | 3,118,270 | 7/18/2006 | Registered |
| Home123 Mortgage & Design Home123 MORTGAGE | 77/043,669 | 11/14/2006 | | | Pending |
| INSURANCE RIGHT/WHEN YOU NEED IT! | 78/474,259 | 8/26/2004 | | | Published |
| INSURANCE WHEN YOU NEED IT! | 78/517,832 | 11/16/2004 | | | Published |
| N design | 75/732,816 | 6/17/1999 | 2,394,342 | 10/10/2000 | Registered |
| NC INSURANCE SERVICES & N Design NC Insurance Services | 78/517,877 | 11/16/2004 | | | Published |
| NEW CENTURY & N design N NEW CENTURY | 75/741,825 | 6/18/1999 | | | Published |
| NEW CENTURY FIRST MORTGAGE | 78/643,996 | 6/6/2005 | | | Published |
| NEW CENTURY MORTGAGE | 75/554,015 | 9/15/1998 | 2,580,564 | 6/18/2002 | Registered |
| NORTH AMERICAN REAL ESTATE SOLUTIONS & Design North American Real Estate Solutions | 76/531,479 | 7/17/2003 | 2,922,107 | 2/1/2005 | Registered |
| QUICKFUND | 76/022,988 | 4/11/2000 | 2,437,162 | 3/20/2001 | Registered |
| RAPID REQUEST | 78/523,745 | 11/29/2004 | 3,030,903 | 12/13/2005 | Registered |
| THE HANDSHAKE IS BACK | 76/033,411 | 4/25/2000 | 2,732,579 | 7/1/2003 | Registered |
| TRATS FINANCIAL SERVICES | 78/854,501 | 4/5/2006 | | | Published |
| We Get It | 78/774,168 | 12/15/2005 | 3,171,267 | 11/14/2006 | Registered |

## ADDENDUM

PBG Financial Services, Ltd. ("Purchaser") and New Century Mortgage Corporation and its chapter 11 affiliates ("Seller") hereby enter into this Addendum to the Bill of Sale and Purchase Agreement dated March 5, 2008 entered into between the parties and agree as follows:

1. Notwithstanding the sale, assignment and transfer of the "Assets" set forth in the Bill of Sale and Purchase Agreement, Seller may continue to have exclusive use of the ncen.com and newcentury.com domain names, on a limited basis, as may be necessary for Seller and its estates to continue and conclude its wind-down efforts and other operations in connection with its chapter 11 cases, regulatory compliance, and other uses for which Seller will need in order to be insulated form any claims to cease and desist use or infringement. Further, in the event Seller subsequently determines that any other domain names or other Assets are necessary for Seller and its estates for such purposes and Seller notifies Purchaser of such determination, Purchaser agrees that it will immediately make such domain names and other Assets available to Seller on these same terms.

2. Any such use by Purchaser as set forth above shall be a fully paid, royalty free, exclusive license. In no event will Seller be obligated to pay any royalty, fee or any other amount to Purchaser in connection with the sale, assignment and transfer of Assets set forth in the Bill of Sale and Purchase Agreement.

**SELLER:**

**New Century Mortgage Corporation**

By: _____
Name: Jamie Lisac
Title: Chief Financial Officer


**PURCHASER:**

**PBG Financial Services, Ltd.**

By: _____
Name: Howard Garner
Title: Partner

LA3:1145386.1

11

## ADDENDUM

PBG Financial Services, Ltd. ("Purchaser") and New Century Mortgage Corporation and its chapter 11 affiliates ("Seller") hereby enter into this Addendum to the Bill of Sale and Purchase Agreement dated March 5, 2008 entered into between the parties and agree as follows:

1. Notwithstanding the sale, assignment and transfer of the "Assets" set forth in the Bill of Sale and Purchase Agreement, Seller may continue to have exclusive use of the ncen.com and newcentury.com domain names, on a limited basis, as may be necessary for Seller and its estates to continue and conclude its wind-down efforts and other operations in connection with its chapter 11 cases, regulatory compliance, and other uses for which Seller will need in order to be insulated form any claims to cease and desist use or infringement. Further, in the event Seller subsequently determines that any other domain names or other Assets are necessary for Seller and its estates for such purposes and Seller notifies Purchaser of such determination, Purchaser agrees that it will immediately make such domain names and other Assets available to Seller on these same terms.

2. Any such use by Purchaser as set forth above shall be a fully paid, royalty free, exclusive license. In no event will Seller be obligated to pay any royalty, fee or any other amount to Purchaser in connection with the sale, assignment and transfer of Assets set forth in the Bill of Sale and Purchase Agreement.

**SELLER:**

**New Century Mortgage Corporation**

By: _____
Name: Jamie Lisac
Title: Chief Financial Officer

**PURCHASER:**

**PBG Financial Services, Ltd.**

By: _____
Name: Howard Gamer
Title: Partner

LA3:1145386.1

11

## TRADEMARK QUIT CLAIM ASSIGNMENT

This assignment is made effective as of March 5, 2008, by and between New Century Mortgage Corporation and its chapter 11 affiliates, as debtors and debtors in possession, having an office at 3337 Michelson Drive, CN 350, Irvine, CA 92612 (collectively, "Seller"), and PBG Financial Services, an Illinois S Corporation, having its principal place of business at 666 Dundee Road Suite 401, Northbrook, IL 60062 ("Purchaser").

WHEREAS, Seller may have acquired certain right to, may have adopted and used, and may be the owner of the trademarks listed on the "Exhibit B" to the Bill of Sale and Purchase Agreement entered into between the parties.

WHEREAS, Purchaser desires to acquire any rights that Seller may have in such trademarks.

NOW, THEREFORE, in consideration of the "Purchase Price" described in the Bill of Sale and Purchase Agreement, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Seller hereby assigns, sells and transfers to Purchaser on a quit claim basis any and all of its right, title and interest in and to the trademarks, United States registrations, and any unregistered marks identified on "Exhibit B," together with any goodwill of the business associated with those marks, and the right to sue for past infringement of each of those registrations and marks, with the exception of any right to sue in connection with the lawsuit New Century Mortgage Corp. v. 123 Home Loans, Inc, Case No. 05-80549-Civ-Hurley/Hopkins.

NEW CENTURY MORTGAGE CORPORATION

By: _____
Name:  Jamie Lisac
Title:    Chief Financial Officer

State of California    )
Orange County          ) SS

On this 5th day of March 2008, before me appears Jamie Lisac
The person who signed this instrument and who acknowledged that he signed it on behalf of New Century Mortgage Corporation with authority to do so.

_____
Notary Public
My Commission Expires

MUSIC SPROUSE
COMM. # 1751503
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
MY COMM. EXP. JUNE 17, 2011

12

LA3:1145386.1