# EXHIBIT C

**Real Estate Valuation Services**
**MARK To MARKET .COM**

Mark To Market
Address: 905 West 7th Street, Suite 320 Frederick, Maryland 21701
Telephone: 877 626 2767
Fax: 301 560 6323
Email: info@marktomarket.com

### Request Details

| Field | Value |
|---|---|
| Client Name: | GRP Financial Services |
| Client Loan Number: | BC-75 |
| Alt ID: | |
| Project ID: | BC 9_17_07 |
| Product Type: | Exterior BPO F |
| Delivered Date: | 09/20/2007 |
| Request ID: | 51338 |
| Order ID: | 196066 |
| Address: | 24-50 93 Street, , EAST ELMHURST, NY, 11373 |

### Property Transaction History

#### Fidelity Data

| | | Agent Data | |
|---|---|---|---|
| Sale 1 Date: 02/12/2007 | Mortgage 1 Date: 02/12/2007 | Recent Sale Price: | |
| Sale 1 Buyer 1 Name: MIGUEL PUJOLS | Mortgage 1 Loan Amount: $548,000.00 | Recent Sale Date: | |
| Sale 1 Buyer 2 Name: | Mortgage 1 Lender Name: MERS | Recent Sale Agent Name: | |
| Sale 1 Sale Price: $685,000.00 | Mortgage 1 Loan Rate: 0 | Recent Sale Agent Phone: | |
| Sale 2 Date: 09/14/2006 | Mortgage 2 Date: 09/14/2006 | List Price at Time of Sale: | |
| Sale 2 Buyer 1 Name: EFRAIN MONTALEZA | Mortgage 2 Loan Amount: $445,200.00 | Original List Price: | |
| Sale 2 Buyer 2 Name: | Mortgage 2 Lender Name: | Original List Date: | |
| Sale 2 Sale Price: $556,500.00 | Mortgage 2 Loan Rate: 0 | Previous Sale Price: | |
| Sale 3 Date: 06/11/1999 | Mortgage 3 Date: 06/11/1999 | Previous Sale Date: | |
| Sale 3 Buyer 1 Name: ALEX TAPIA | Mortgage 3 Loan Amount: $193,500.00 | Current List Price: $749,000.00 | |
| Sale 3 Buyer 2 Name: DORA FLORES | Mortgage 3 Lender Name: MADISON HOME EQUITIES INC | Current List Date: 04/03/2007 | |
| Sale 3 Sale Price: $215,000.00 | Mortgage 3 Loan Rate: 0 | List Agent Name: | |
| | | List Agent Phone Number: | |
| | | Listing Status: Active | |
| | | Current Agent Name: Luis Dominguez | |
| | | Current Agent Phone: (917) 806-2447 | |

### Comparable Data

| | Subject | Sale1 | Sale2 | Sale3 | Listing1 | Listing2 | Listing3 |
|---|---|---|---|---|---|---|---|
| MLS Number | | 973045 | 1949307 | 1913485 | 1996453 | 1948826 | 1986182 |
| Address 1 | 24-50 93 Street | 94-46 42nd Ave | 91-33 48th Ave | 41-43 Hampton | 104-45 46th Ave | 42-21 76 St | 42-19 76TH sT |
| Zip Code | 11373 | 11373 | 11373 | 11373 | 11373 | 11373 | 11373 |
| Property Type | 2F | 2F | 2F | 2F | 2F | 2F | 2F |
| Original List Price | | $740,000.00 | $799,000.00 | $799,000.00 | $739,000.00 | $749,000.00 | $769,000.00 |
| Current List Price | | | | | $739,000.00 | $749,000.00 | $769,000.00 |
| List Date | | 04/04/2007 | 04/19/2007 | 01/17/2007 | 08/29/2007 | 04/22/2007 | 07/31/2007 |
| Sale Price | | $740,000.00 | $737,000.00 | $765,000.00 | | | |
| Sale Date | | 05/18/2007 | 08/20/2007 | 06/21/2007 | | | |
| Style | 2 Story | 2 Story | 2 Story | 2 Story | 2 Story | 2 Story | 2 Story |
| Distance from Subject | 0 | 0.12 | 0.15 | 0.17 | 0.09 | 0.13 | 0.18 |
| Days on Market | | 7 | 85 | 107 | 20 | 120 | 120 |
| Exterior | Metal/Vinyl | Metal/Vinyl | Metal/Vinyl | Metal/Vinyl | Metal/Vinyl | Metal/Vinyl | Metal/Vinyl |
| Year Built | 1930 | 1935 | 1930 | 1940 | 1930 | 1934 | 1920 |
| Above Grade SF | 1,912 | 1,912 | 1,920 | 1,904 | 1,912 | 1,916 | 1,930 |
| Finished SF | 900 | 900 | 890 | 905 | 895 | 940 | 965 |
| Condition | Good | Good | Good | Good | Good | Good | Good |
| Total Rooms | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Bedrooms | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Bathrooms | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 |
| Garage | None | None | None | None | None | None | None |
| REO | No | No | No | No | No | No | No |
| Site Size | 2100 | 2000 | 2500 | 2500 | 2100 | 2130 | 2130 |
| Pool | None | None | None | None | None | None | None |
| Above Grade P/SF | | $387.00 | $384.00 | $402.00 | | | |
| Finished P/SF | $827.78 | $822.00 | $828.00 | $845.00 | $826.00 | $797.00 | $797.00 |
| Above Grade List Price/SF | | $387.00 | $416.00 | $420.00 | $387.00 | $391.00 | $398.00 |
| L/B Ratio | 1.10 | 1.05 | 1.30 | 1.31 | 1.10 | 1.11 | 1.10 |

| Comparable Comments: | |
|---|---|
| Sale1 | Semi-detached, frame, colonial style, _ story, two family house, that appears to be occupied and in good con.___. Full basement, and no garage. Similar to subject in size, style and condition. Owner/tenants occupied. Conventional financing. |
| Sale2 | Semi-detached frame colonial style, two story, two family house. Full finished basement and no garage. Similar to subject in size, style and condition. Owner/tenants occupied. Conventional financing. |
| Sale3 | Semi-detached frame colonial style, two story, two family house. Full basement and no garage. Similar to subject to subject in size, style and condition. Owner/tenants occupied. Conventional financing. |
| Listing1 | Semi-detached frame, colonial style, two story, two family house. Full finished basement and no garage. Similar to subject in size, style and condition. Owner/tenants occupied. |
| Listing2 | Semi-detached frame colonial style, two story, two family house. Full finished basement and no garage. Similar to subject in size, style and condition. Owner/tenants occupied. |
| Listing3 | Semi-detached frame colonial style, two story, two family house. Full finished basement and no garage. Similar to subject in size, style and condition. Owner/tenants occupied. |

| Subject Comments | |
|---|---|
| Property: | Subject is a semi-detached, frame, colonial style, two story, two family house, that is occupied and in good condition. Subject has a full finished basement and no garage. |
| Neighborhood: | The neighborhood consists of one to four family homes, that are similar in size, style and condition. The real estate market in subject's area is stable and the job market is stable. The neighborhood has all the amenities such as public transportation, shopping, schools, recreational parks and houses of worship. |
| The primary, or main, factor(s) affecting the value of this property is/are: | Size of subject, condition of subject, full finished basement are all positive features affecting value. No garage is a negative featur. |

| ZIP Code Market Activity | | | |
|---|---|---|---|
| FNIS - # SF Properties: | 4398 | Total Number of Properties Currently Listed in MLS: | 55 |
| FNIS - Own Occ %: | 97 | Total Number of Sales Past 3 Months from MLS: | 20 |
| FNIS - # Sales Past 90 Days: | 49 | Number of Comparable/Similar Sales Past 3 Months: | 15 |
| FNIS - # REO Past 90 Days: | 0 | Based on my "As Is" value of $745,000.00, the subject property's As Is Value is the 15 lowest priced property out of the 40 competitive, or similar, properties currently listed in the market or neighborhood. | |
| FNIS - Median Sale Price Past 90 Days: | $662,747.00 | Based on my "As Repaired" value of $750,000.00, the subject property's As Repaired Value is the 15 lowest priced property out of the 40 competitive, or similar, properties currently listed in the market or neighborhood. | |
| | | Median Price Past 3 Months: | $725,000.00 |

| Property Neighborhood Data | | Census Data | |
|---|---|---|---|
| Occupancy Status: | Occupied | Housing Units: | |
| Property Rating: | Average Condition, Pride of Ownership | Homeownership Rate: | |
| Block Rating: | Average price of Ownership, No Abandoned Houses | Median Household Income: | |
| Neighborhood Rating: | Strong Residential Community, Evident Pride of Ownership | Persons Per Square Mile: | |
| Tax ID: | 1103 32 | Average Market Rent: | $1,200.00 |
| Typical Rent Type: | Market | | |
| Average Marketing Time: | 90 | | |
| Most Probable Buyer: | Owner | | |
| Neighborhood Price Range: | $600,000.00 To $800,000.00 | | |
| Competitive Listings - Supply Trend: | Stable | | |

| Agent Data | | Review Conclusions | |
|---|---|---|---|
| As Is Value: | $745,000.00 | As Is Value: | $700,000.00 |
| Estimated Repairs: | $0.00 | Estimated Repairs: | $0.00 |
| Estimated Profit: | $0.00 | Estimated Profit: | $0.00 |
| Value As Repaired: | $750,000.00 | Value As Repaired: | $700,000.00 |
| Quick Sale: | $720,000.00 | | |
| Neighborhood Price Trend: | Stable | Review Comments: | Sitex Report available for the subject property and verifies subject's property characteristics and prior sale. Sitex Report contains comparable market sales that support current BPO. All sales and listings appear to be similar competing market data of current market activity and support BPO. Contributing factors to value do appear to have been bracketed. Appreciation of current BPO verses recent sale not addressed. The subject appears to be an active listing since April 2007 for $749,000. Sales 1, 2 and 3 all sold within 107 days or less. Current days on market for the subject appears to support market resistance at current list price. |
| Valuation Date: | 09/20/2007 | Reconciled Value: | |
| Marketing Time(Days): | 90 | Reconciled Comments: | |

| Repairs | | | | | | | |
|---|---|---|---|---|---|---|---|
| Type | Description of Repair | Room | Low Estimate | High Estimate | Recommend Repair | | Damage Source |
| Total: | | | | | | | |

Comparison Images
Image  Detail ription
Subject - Address
address



Subject - Front
subject



Subjec... View
street

Repair Images
Image                                                                 Decription

Vendor Information - KREMER REALTY II INC

Name: JACOB KREMER
Number: (718) 725-0710
Email Address: JK148@AOL.COM