## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

New Century TRS Holdings, Inc.,   ) Case No. 07-10416 KJC
et al.,   ) Chapter 11
   ) Jointly Administered
            Debtors,   )

### CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 12th day of March, A.D. 2008 that service of the

**Notice of Motion, Motion, Exhibits** and proposed **Order** was made electronically and (via) first

class mail to the following:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA  92612
*Debtor*

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonne Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
*Attorney for Official Committee
of Unsecured Creditors*

Miguel Pujols
24-50 93rd Street
East Elmhurst, NY 11373
*Borrower*

By: <u>/s/ Kristi J. Doughty</u>
   Robert T. Aulgur, Jr. (No. 165)
   651 N. Broad Street, Ste. #206
   P.O. Box 1040
   Middletown, DE  19709-1040
   (302) 378-1661
   Attorney for Movant