## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) **Hearing Date:  April 9, 2008** |
| Debtors, | ) **Response Date:  April 2, 2008** |

### GRP LOAN LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C.§362(d)(1) AS TO 108 Elissar Drive, Debary, FL 32713

NOW COMES GRP LOAN LLC, (hereinafter "GRP"), by and through its attorneys, Whittington & Aulgur, moves the Court for an Order granting relief from the Automatic Stay of 11 U.S.C. §362 upon the following grounds:

### JURISDICTION

1. The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 11 U.S.C. §157 and 11 U.S.C. §362.

### CLAIM FOR RELIEF

2. GRP is a corporation located at 445 Hamilton Ave., Floor 8, Whiteplains, New York, 10601.

3. On April 2, 2007 a Chapter 11 Petition initiating this proceeding was filed by the Debtors.

4. On or about December 8, 2006, non-filing borrower, Van Quoc Hoang (hereinafter "Borrower") executed and delivered a Mortgage (hereinafter "Mortgage 1") in the principal sum of $440, 000.00 unto Mortgage Electronic Registration Systems, Inc. as nominee for the Lender, New Century Mortgage Corp.  Said Mortgage 1 created a lien upon the property therein mentioned, 108 Elissar Drive, Debary, FL 32713 (hereinafter the "Property"), all of which is of record in the Office

of the County Clerk in Orange County, State of Florida. Mortgage Electronic Registration Systems Inc. subsequently executed an Assignment of Mortgage unto GRP Loan LLC. Copies of said Mortgage 1 and Assignment are attached collectively hereto as Exhibit "A".

5. On or about December 8, 2006 non-filing Borrower, also executed and delivered a Mortgage (hereinafter "Mortgage 2") in the principal sum of $110,000.00 unto the Mortgage Electronic Registration Systems, Inc. as nominee for the Debtor, New Century Mortgage Corp. Said Mortgage 2 created a lien upon the Property, all of which is of record in the Office of the County Clerk in Orange County, State of Florida, recorded subsequently to Mortgage 1. A copy of pertinent portions of a commitment for title insurance showing Mortgage 2 is attached hereto as Exhibit "B".

6. Debtors have no ownership interest in the Property, and their lien, if any, is subordinate to Movant's.

8. At present, Borrower is contractually delinquent and Movant wishes to go forward with a foreclosure proceeding.

9. The payoff amount on the subject Mortgage 1 through January 24, 2008 is approximately $477,452.59. The Property has an estimated value of $454,000.00 as set forth on the Broker's Price Opinion attached hereto as Exhibit "C". There is no equity in the Property without even taking into account costs of sale and the principal amount stated in Mortgage 2.

10. Movant is not aware whether the Property is insured or if it is being maintained. Payments are not being made by the Borrower; therefore, Movant's interest in not adequately protected.

11. The continuation of the Automatic Stay of 11 U.S.C. §362 will work real and irreparable harm to Movant's pending foreclosure proceeding against Borrower. Therefore, cause

exists to vacate the stay to permit Movant to exercise its non-bankruptcy contractual rights and remedies against Borrower and the Property.

WHEREFORE, GRP hereby moves for an Order pursuant to 11 U.S.C. §362(d)(1) terminating the Automatic Stay for cause.

                                WHITTINGTON & AULGUR

By:    /s/ Kristi J. Doughty
         Robert T. Aulgur, Jr. (No. 165)
         Kristi J. Doughty (No. 3826)
         651 N. Broad Street, Ste. #206
         P.O. Box 1040
         Middletown, DE  19709-1040
         (302) 378-1661
         Attorney for Movant

Date:  March 12, 2008