# EXHIBIT B



## PROPERTY REPORT

| Order No.: 2438320VT | Search Fee: $0.00 |
|---|---|
| Customer Information<br>VAN HOANG<br>108 ELISSAR DRIVE<br>DEBARY, FL 32713<br>County: VOLUSIA | Client Information<br>GRP FINANCIAL SERVICES<br>Attn: INDECOMM USER 1,<br>Loan No: Barclays_Sep07-30-22173 |

**Effective Date:** 09/12/2007                     **Search Date:** 09/18/2007

### ASSESSMENT RECORD

Land:    N/A          Building:  N/A          Total:    $77,500.00

### DEED INFORMATION

TITLE VESTED IN: VAN QUOC HOANG AN UNMARRIED MAN

Grantor:     CHRISTINE LOAN NGUYEN
Grantee:     VAN QUOC HOANG AN UNMARRIED MAN
Date:        12/8/2006          Recorded:       12/19/2006
DVB:         5974 Page: 956     Consideration:  $10.00

### LEGAL DESCRIPTION

ALL THAT CERTAIN LAND SITUATE IN VOLUSIA COUNTY, FLORIDA, VIZ:

LOT 50, RIVIERA BELLA, UNIT 1 SECOND PARTIAL REPLAT ACCORDING TO THE PLAT AS RECORDED IN MAP BOOK 51, PAGE 50 AND 51, OF THE PUBLIC RECORDS OF VOLUSIA COUNTY, FLORIDA.

TAX ID #: 803107020500

BY FEE SIMPLE DEED FROM CHRISTINE LOAN NGUYEN AS SET FORTH IN DEED BOOK 5974, PAGE 956 AND RECORDED ON 12/19/2006, VOLUSIA COUNTY RECORDS.

THE SOURCE DEED AS STATED ABOVE IS THE LAST RECORD OF VESTING FILED FOR THIS PROPERTY. THERE HAVE BEEN NO VESTING CHANGES SINCE THE DATE OF THE ABOVE REFERENCED SOURCE.

All information contained herein is deemed reliable but not guaranteed.



*****Please retain FAX as your original copy*****



# PROPERTY REPORT

| Order No.: 2438320VT | Search Fee: $0.00 |
|---|---|
| **Customer Information**<br>VAN HOANG<br>108 ELISSAR DRIVE<br>DEBARY, FL 32713<br>County: VOLUSIA | **Client Information**<br>GRP FINANCIAL SERVICES<br>Attn: INDECOMM USER 1,<br>Loan No: Barclays_Sep07-30-22173 |

**Effective Date: 09/12/2007**                                               **Search Date: 09/18/2007**

## TAX INFORMATION

Tax ID:         803107020500
Tax Year:       2006                    Tax Type:    REAL ESTATE
Status:         PAID                    Amount:      $1,388.65

Homestead Exempt:        NO

## MORTGAGES/DEED OF TRUST

| Mortgagee: | M.E.R.S., INC., ACTING SOLELY AS A NOMINEE FOR NEW CENTURY MORTGAGE CORPORATION | | |
|---|---|---|---|
| Mortgagor: | VAN QUOC HOANG | | |
| Dated Date: | 12/8/2006 | Recorded Date: | 12/19/2006 |
| Amount: | $440,000.00 | Book/Page: | 5974/957 |
| Open Ended: | NO | Instrument #: | 2006-312902 |
| Maturity Date: | 1/1/2037 | | |

| Mortgagee: | M.E.R.S., INC., ACTING SOLELY AS A NOMINEE FOR NEW CENTURY MORTGAGE CORPORATION | | |
|---|---|---|---|
| Mortgagor: | VAN QUOC HOANG | | |
| Dated Date: | 12/8/2006 | Recorded Date: | 12/19/2006 |
| Amount: | $110,000.00 | Book/Page: | 5974/981 |
| Open Ended: | NO | Instrument #: | 2006-312903 |
| Maturity Date: | 1/1/2037 | | |

All information contained herein is deemed reliable but not guaranteed.



*****Please retain FAX as your original copy*****