**EXHIBIT C**



Real Estate Valuation Services
**MARKToMARKET.com**

Mark To Market
Address: 905 West 7th Street, Suite 320 Frederick, Maryland 21701
Telephone: 877 626 2767
Fax: 301 560 6323
Email: info@marktomarket.com

## Request Details

| | |
|---|---|
| Client Name: | GRP Financial Services |
| Client Loan Number: | BC-30 |
| Alt ID: | |
| Project ID: | BC 9_17_07 |
| Product Type: | Exterior BPO F |
| Delivered Date: | 09/21/2007 |
| Request ID: | 51327 |
| Order ID: | 196055 |
| Address: | 108 Elissar Drive, , DEBARY, FL, 32713 |

## Property Transaction History

### Fidelity Data

| | | | | | |
|---|---|---|---|---|---|
| Sale 1 Date: | 12/19/2006 | Mortgage 1 Date: | 12/19/2006 | **Agent Data** | |
| Sale 1 Buyer 1 Name: | VAN QUOC HOANG | Mortgage 1 Loan Amount: | $110,000.00 | Recent Sale Price: | $382,034.00 |
| | | | | Recent Sale Date: | 09/15/2006 |
| Sale 1 Buyer 2 Name: | | Mortgage 1 Lender Name: | NEW CENTURY MORTGAGE CORP | Recent Sale Agent Name: | PEGGY IRBY |
| Sale 1 Sale Price: | $550,000.00 | Mortgage 1 Loan Rate: | 0 | Recent Sale Agent Phone: | (386) 717-5955 |
| Sale 2 Date: | 09/08/2006 | Mortgage 2 Date: | 12/19/2006 | List Price at Time of Sale: | $382,034.00 |
| Sale 2 Buyer 1 Name: | CHRISTINE LOAN NGUYEN | Mortgage 2 Loan Amount: | $440,000.00 | Original List Price: | $382,034.00 |
| Sale 2 Buyer 2 Name: | | Mortgage 2 Lender Name: | NEW CENTURY MORTGAGE CORP | Original List Date: | 01/26/2006 |
| Sale 2 Sale Price: | $379,034.00 | Mortgage 2 Loan Rate: | 7.72 | Previous Sale Price: | |
| Sale 3 Date: | | Mortgage 3 Date: | 09/08/2006 | Previous Sale Date: | |
| Sale 3 Buyer 1 Name: | | Mortgage 3 Loan Amount: | $37,865.00 | Current List Price: | |
| Sale 3 Buyer 2 Name: | | Mortgage 3 Lender Name: | WASHINGTON MUTUAL BANK | Current List Date: | |
| Sale 3 Sale Price: | | Mortgage 3 Loan Rate: | 0 | List Agent Name: | |
| | | | | List Agent Phone Number: | |
| | | | | Listing Status: | |
| | | | | Current Agent Name: | |
| | | | | Current Agent Phone: | |

## Comparable Data

| | Subject | Sale1 | Sale2 | Sale3 | Listing1 | Listing2 | Listing3 |
|---|---|---|---|---|---|---|---|
| MLS Number | | V4600949 | V4600950 | 04623928 | 04798739 | 4603576 | 4603579 |
| Address 1 | 108 Elissar Drive | 107 SAN LUCIA DR | 101 SAN LUCIA DR. | 103 ELISSAR DR | 106 SAN LUCIA DR. | 140 VERDE WAY | 156 VERDE WAY |
| Zip Code | 32713 | 32713 | 32713 | 32713 | 32713 | 32713 | 32713 |
| Property Type | Single Family Detached | Single Family Detached | Single Family Detached | Single Family Detached | Single Family Detached | Single Family Detached | Single Family Detached |
| Original List Price | $382,034.00 | $848,990.00 | $483,490.00 | $429,990.00 | $494,500.00 | $594,990.00 | $629,990.00 |
| Current List Price | | | | | $489,900.00 | $499,990.00 | $529,990.00 |
| List Date | 01/26/2006 | 10/21/2006 | 10/21/2006 | 08/20/2005 | 09/07/2007 | 01/31/2007 | 01/31/2007 |
| Sale Price | $382,034.00 | $440,000.00 | $440,000.00 | $429,990.00 | | | |
| Sale Date | 09/15/2006 | 05/11/2007 | 05/23/2007 | 07/16/2007 | | | |
| Style | | 2 Story | 2 Story | 2 Story | 2 Story | 2 Story | 2 Story |
| Distance from Subject | 0 | 2.1 | 2.0 | 0.001 | 1.9 | 0.2 | 0.22 |
| Days on Market | 227 | 119 | 183 | 695 | 132 | 105 | 231 |
| Exterior | | Stucco | Stucco | Stucco | Stucco | Stucco | Stucco |
| Year Built | 2006 | 2006 | 2006 | 2006 | 2006 | 2006 | 2007 |
| Above Grade SF | 3,302 | 3,444 | 3,444 | 3,453 | 3,302 | 3,403 | 3,403 |
| Finished SF | 3,302 | 3,444 | 3,444 | 3,453 | 3,302 | 3,403 | 3,403 |
| Condition | Excellent | Excellent | Excellent | Excellent | Excellent | Excellent | Excellent |
| Total Rooms | 11 | 11 | 11 | 8 | 10 | 9 | 9 |
| Bedrooms | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Bathrooms | 3.0 | 3.5 | 3.5 | 3.5 | 3.0 | 4.0 | 4.0 |
| Garage | 2 Stall - Attached | 3 Stall - Attached | | 3 Stall - Attached | 2 Stall - Attached | 3 Stall - Attached | 3 Stall - Attached |
| REO | No | No | No | No | No | No | No |
| Site Size | 10889 | 10889 | 10889 | 10889 | 10889 | 10889 | 10889 |
| Pool | None | None | None | None | None | None | None |
| Above Grade P/SF | $116.00 | $128.00 | $128.00 | $125.00 | | | |
| Finished P/SF | $137.00 | $128.00 | $128.00 | $125.00 | $148.00 | $147.00 | $156.00 |
| Above Grade List Price/SF | $116.00 | $247.00 | $140.00 | $125.00 | $148.00 | $147.00 | $156.00 |
| L/B Ratio | 3.30 | 3.16 | 3.16 | 3.15 | 3.30 | 3.20 | 3.20 |

| Comparable Comments: | | | | | |
|---|---|---|---|---|---|
| | Sale1 | RURAL AREA WITH SEVERAL MILES BETWEEN COMPS | | | |
| | Sale2 | RURAL AREA WITH SEVERAL MILES BETWEEN COMPS | | | |
| | Sale3 | MOST LIKE SUBJECT, RURAL AREA WITH SEVERAL MILES BETWEEN COMPS | | | |
| | Listing1 | RURAL AREA WITH SEVERAL MILES BETWEEN COMPS | | | |
| | Listing2 | RURAL AREA WITH SEVERAL MILES BETWEEN COMPS | | | |
| | Listing3 | RURAL AREA WITH SEVERAL MILES BETWEEN COMPS | | | |
| **Subject Comments:** | | | | | |
| | Property: | 2 STORY MEDITERREANEAN STYLE HOME IN A GATED COMMUNITY ON THE SAINT JOHNS RIVER. TILE ROOF BRICK DRIVEWAY PAVERS | | | |
| | Neighborhood: | STATE OF THE ART FITNESS CENTER, CLUBHOUSE WITH OLYMPIC SIZE SWIMMING POOL. | | | |
| The primary, or main, factor(s) affecting the value of this property is/are: | | UNIQUE PROPERTY, EXCLUSIVE COMMUNITY ON THE SAINT JOHNS RIVER | | | |

| ZIP Code Market Activity | | | |
|---|---|---|---|
| FNIS - # SF Properties: | 193 | Total Number of Properties Currently Listed in MLS: | 398 |
| FNIS - Own Occ %: | 80 | Total Number of Sales Past 3 Months from MLS: | 32 |
| FNIS - # Sales Past 90 Days: | 10 | Number of Comparable/Similar Sales Past 3 Months: | 3 |
| FNIS - # REO Past 90 Days: | 0 | Based on my "As Is" value of $454,000.00, the subject property's As Is Value is the 3RD lowest priced property out of the 6 competitive, or similar, properties currently listed in the market or neighborhood. | |
| FNIS - Median Sale Price Past 90 Days: | $1,250,000.00 | Based on my "As Repaired" value of $454,000.00, the subject property's As Repaired Value is the 3RD lowest priced property out of the 6 competitive, or similar, properties currently listed in the market or neighborhood. | |
| | | Median Price Past 3 Months: | $279,900.00 |

| Property Neighborhood Data | | Census Data | |
|---|---|---|---|
| Occupancy Status: | Vacant | Housing Units: | |
| Property Rating: | Strong Curb Appeal, Above Average Pride of Ownership | Homeownership Rate: | |
| Block Rating: | Best Block in Immediate Area | Median Household Income: | |
| Neighborhood Rating: | Best Community in Town | Persons Per Square Mile: | |
| Tax ID: | 31 18 30 07 02 0500 | Average Market Rent: | $3,100.00 |
| Typical Rent Type: | Market | | |
| Average Marketing Time: | 154 | | |
| Most Probable Buyer: | Owner | | |
| Neighborhood Price Range: | $429,990.00 To $525,990.00 | | |
| Competitive Listings - Supply Trend: | Stable | | |

| Agent Data | | Review Conclusions | |
|---|---|---|---|
| As Is Value: | $454,000.00 | As Is Value: | $400,000.00 |
| Estimated Repairs: | $0.00 | Estimated Repairs: | $0.00 |
| Estimated Profit: | $0.00 | Estimated Profit: | $0.00 |
| Value As Repaired: | $454,000.00 | Value As Repaired: | $400,000.00 |
| Quick Sale: | $400,000.00 | | |
| Neighborhood Price Trend: | Stable | Review Comments: | The reviewer was unable to confirm all of the subject property, sales comparables and listing comparables' physical characteristics and/or sales histories with available data sources. For the purposes of this review, the data presented within the submitted bpo is assumed to be substantially correct and accurate. The lender may wish to independently confirm the conclusions contained therein. Submitted report appears fairly minimally developed with irrelevant reconcilliation commentary. Report indicates latest transfer occured on 09/08/06 for $379,000 yet county records show a transfer just three months later on 12/09/2006 for $550,000- which is representative of price appreciation of over 10% per month! A stable market is indicated yet marketing times were considered excessive. No commentary regarding the difference between base prices and any upgrade packages involved in the various transaction for these newly constructed homes. Comps 1 through 3 are larger homes which would likely set the upper end of the supportable value range yet the estimate of value exceeds these. Marketing time estimate for the subject property is 154 days. Recommend further discounting. |
| Valuation Date: | 09/21/2007 | Reconciled Value: | |
| Marketing Time(Days): | 154 | Reconciled Comments: | |

| Repairs | | | | | | | |
|---|---|---|---|---|---|---|---|
| Type | Description of Repair | Room | Low Estimate | High Estimate | Recommend Repair | | Damage Source |
| Total: | | | | | | | |

Comparison Images
Image

Details/L    ption
Subject - Address



Subject - Corner



Subject - Front
FRONT GARAGE



Subject - STREET VIEW

Subject - Side View

**Repair Images**
Image                                                                                     Description

**Vendor Information - ERA Menn Realty**

Name: Corey Berman
Number: (386) 258-5551
Email Address: realtorcor@aol.com