# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF DELAWARE

New Century TRS Holdings, Inc.,    ) Case No. 07-10416 KJC
et al.,                            ) Chapter 11
                                 ) Jointly Administered
            Debtors,       )

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 12th day of March, A.D. 2008 that service of the **Notice of Motion, Motion, Exhibits** and proposed **Order** was made electronically and (via) first class mail to the following:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA  92612
*Debtor*

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonne Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
*Attorney for Official Committee
of Unsecured Creditors*

Van Quoc Hoang
108 Elissar Drive
Debary, FL 32713
*Borrower*

By:   <u>/s/ Kristi J. Doughty</u>
       Robert T. Aulgur, Jr. (No. 165)
       651 N. Broad Street, Ste. #206
       P.O. Box 1040
       Middletown, DE  19709-1040
       (302) 378-1661
       Attorney for Movant