LAW OFFICES OF THOMAS BECKER
By: THOMAS BECKER, State Bar No. 079589
721 Seventh Street, Suite A
Eureka, CA 95501
707 441-9171Telephone
707 441-9172Telefax

Attorneys for Claimant Rhonda M. Silva

FILED
2009 MAR 11  AM 8:52
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS INC., a Delaware corporation, et al., | Case No. 07-10416 (KJC) |
| Debtors. | |

**CLAIMANT RHONDA M. SILVA'S RESPONSE
TO OBJECTION OF
NEW CENTURY FINANCIAL CORPORATION,
ET AL.'S OBJECTION PER 11 USC §§ 502, 503, 506, 507,
BANKRUPTCY RULES 3007 AND 9014, AND
LOCAL RULE 3007-1 TO CERTAIN
BOOKS AND RECORDS CLAIMS**

Claimant Rhonda M. Silva, aka Rhonda Silva (hereinafter, "Silva") responds to New Century Financial Corporation, New Century TRS Holdings, Inc., and their direct and indirect subsidiaries, (hereinafter referred to as "Debtor") Fourteenth Omnibus Objection and Substantive Objection filed February 22, 2008.

Silva filed a complaint against Debtor New Century Mortgage Company on June 6, 2006 for equitable relief and damages for violation of the Home Equity Sales Contract Act, violation of Mortgage Foreclosure Consultant's Act, civil conspiracy to commit fraud, fraud, fraudulent, illegal and unfair business practices, and injunction. Debtor answered the complaint on September 28, 2006.

**Basis of Response.** Plaintiff Rhonda M. Silva ("Silva") owned a home at 2415 18th Street, Eureka, California, and on October 28, 2004, she was in default under a Bill Davidson bail bond deed of trust for an unpaid balance of $19,483.11. The property was appraised about that time for between $255,000 and $295,000. Silva and her friend, Bambi McNertney, came in contact with defendant Paulette Chadwick ("Chadwick") who advertises, "We Specialize in Stopping Foreclosures". Chadwick arranged a loan with one Kristi Adams to pay off Bill Davidson. The Adams' loan was secured by a deed of trust, first in the amount of $20,000 and then increased to $30,000; it was recorded on October 29, 2004. Chadwick would not explain what happened to the approximately $10,000 difference between the amount owed and the Adams loan. Silva did not receive any proceeds from that loan.

According to Silva, the Adams' deed of trust was the first step of a loan transaction, not a sale, between her and Chadwick which began during foreclosure. Chadwick claims that she and Silva entered into a series of contracts wherein Chadwick was to acquire Silva's property for $60,000 with a lease back to Silva and an option for Silva to purchase back the property for "[T]he total moneys due on mortgages and any and all other fees to convey the property to (Silva)". This deal kept changing. On March 25, 2005, the contract purchase price was raised to $102,000, the rent went up to $825.00 per month, and Silva's option buy-back was set at $80,000. Silva was to pay Chadwick $20,000 for this option at close of escrow.

Chadwick opened escrow with RMB Mortgage to secure financing for her purchase from Silva. According to her closing statement, Chadwick had to pay $19,201.30 to close escrow, closing costs of $8,000, and realty taxes of $380.70. However, through a phony charge against Silva of $39,121.35, the title company was directed to take that money from Silva's sale proceeds and pay that $39,121.35 to Chadwick's paralegal friend, Dorothea Hendricks, who Chadwick admits paid the $39,121.35 right back to Chadwick. Chadwick purchased the Silva property with no money of her own. Chadwick also received $20,000

from Silva for the option to repurchase, leaving an option balance of $60,000.00. The rent to be paid by Silva at $825 per month covered Chadwick's monthly mortgage payment to New Century.

During the process of this scam, various appraisals were delivered to New Century Mortgage Corporation ("New Century") from RMB Escrow. There were two appraisals by Mr. Wooten. First, Wooten appraised Silva's home for $255,000 with an effective date of July 20, 2005. His second appraisal for $295,000 was dated February 27, 2006. The Wooten appraisals and the preliminary title report from RMB Escrow clearly establish that New Century was aware that Silva was selling her home in distress foreclosure circumstances for about one-third of market value.

As a result of the sale of her home, Silva received a total of $15,482.88 cash. The only other consideration Silva received as a result of the entire loan transaction with Chadwick was the $19,483.11 for payment of the Bill Davidson bail bond. Silva believes the evidence is overwhelming that her transaction with Chadwick is a mortgage loan in the form of a sale and lease back with option to repurchase. Every transfer of an interest in real property that is made only as security for the performance of another act is deemed a mortgage (Civil Code § 2924 (a)). The courts will deem a grant deed to be a mortgage, even though it is absolute on its face, if it is shown to secure a debt *(Chapman v. Hicks* (1919) 41 Cal.App.158).

After Chadwick acquired title, Silva asked Chadwick for money, believing she was entitled to draw on her loan. Arguments ensued with Chadwick. Chadwick advanced no money to Silva. On February 2, 2006, Chadwick served a notice to quit or pay rent on Silva. Then, Chadwick refinanced with New Century, borrowing $191,750. The money from the New Century refinancing (about $100,000) went entirely into Chadwick's pocket and she will not explain what she did with those funds. New Century was Chadwick's agent in this transaction and failed to notify Silva of Chadwick's scam.

Judgment by default has been entered against Chadwick, Hendrix and Adams. A copy

is attached. As to New Century, it participated in the loss of equity of Silva's home when Chadwick refinanced with New Century. The subject home was then worth $295,000. Silva's damages are:

| | | |
|---|---|---|
| | $ 39,121 | Charge against Silva at close of escrow |
| | <u>$215,000</u> | <u>Loss of equity</u> |
| | **254,121** | **Total damages from New Century** |

Dated: February 29, 2008

Respectfully submitted,

LAW OFFICES OF THOMAS BECKER

By: _____
THOMAS BECKER
Attorneys for RHONDA M. SILVA

```
 1  LAW OFFICES OF THOMAS BECKER
    By: THOMAS BECKER, State Bar No. 079589
 2  721 Seventh Street, Suite A
    Eureka, CA 95501
 3  Telephone: 707 441-9171
    Telefax:   707 441-9172
 4
                                                    FILED
 5  Attorneys for Plaintiff/Cross-Defendant         NOV 0 2 2007
    Rhonda Silva
 6                                                  SUPERIOR COURT OF CALIFORNIA
                                                    COUNTY OF HUMBOLDT
 7
 8           SUPERIOR COURT OF THE STATE OF CALIFORNIA
 9                  FOR THE COUNTY OF HUMBOLDT
```

| | |
|---|---|
| RHONDA M. SILVA, aka RHONDA SILVA,<br><br>Plaintiff,<br><br>v.<br><br>PAULETTE CHADWICK, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. DR060337<br><br>NOTICE OF ENTRY OF JUDGMENT AGAINST DEFENDANTS PAULETTE CHADWICK, DOROTHEA HENDRICKS, AND KRISTI ADAMS<br><br>Trial: October 15, 2007<br>Time: 8:45 a.m.<br>Dept: Courtroom Seven |

TO DEFENDANTS/CROSS-COMPLAINANTS, THROUGH THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that the judgment was signed by the Honorable Timothy P. Cissna, Judge of the Superior Court, on October 30, 2007, which judgment was filed in the court records on October 30, 2007. A copy of said judgment is attached hereto, marked Exhibit A.

Dated: November 1, 2007          LAW OFFICES OF THOMAS BECKER

                                 By: _____
                                     THOMAS BECKER
                                     Attorneys for Plaintiff/Cross-Defendant

---

NOTICE OF ENTRY OF JUDGMENT

## PROOF OF SERVICE
*(Silva v. Chadwick)*
No. DR060337

I am employed at the Law Offices of Thomas Becker, located at 721 Seventh Street, Suite A, Eureka, California. I am over the age of eighteen and not a party to this action. I am readily familiar with the practices of the Law Offices of Thomas Becker for collection and processing of correspondence for mailing. In ordinary course of business, correspondence is deposited with the United States Postal Service the same day.

On November 1, 2007, I served this proof of service and the attached **NOTICE OF ENTRY OF JUDGMENT AGAINST DEFENDANTS CHADWICK, HENDRICKS AND ADAMS** on the below-named individuals by placing true copies thereof in sealed envelopes and served in the following manner:

[X]  [BY MAIL] By placing said envelopes for collection and mailing with the United States Postal Service

[ ]  [BY PERSONAL SERVICE] By causing said envelopes to be hand-delivered this same date.

[ ]  [BY TELEFAX AND MAIL] By electronic mail and by placing an envelope for collection and mailing with the United States Postal Service.

Said envelopes were addressed as follows:

Paulette Chadwick
3212 Jefferson Street
Suite 249
Napa, CA 94558-3436

Dorothea E. Hendricks
3480 Willis Drive
Napa, CA 94558

Kristi Adams
27706 Campanet
Mission Viejo, CA 92692-1167

I declare under penalty of perjury that the foregoing is true and correct. Executed November 1, 2007 at Eureka, California.

/s/
Mary Anne Dominguez

∂·97

```
LAW OFFICES OF THOMAS BECKER
By: THOMAS BECKER, State Bar No. 079589
721 Seventh Street, Suite A
Eureka, CA 95501
Telephone: 707 441-9171
Telefax: 707 441-9172
```

FILED
OCT 30 2007
SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT

Attorneys for Plaintiff/Cross-Defendant
Rhonda Silva

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF HUMBOLDT

| | |
|---|---|
| RHONDA M. SILVA,<br><br>Plaintiff,<br><br>v.<br><br>PAULETTE CHADWICK, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. DR060337<br><br>JUDGMENT AGAINST DEFENDANTS PAULETTE CHADWICK, DOROTHEA HENDRICKS, AND KRISTI ADAMS<br><br>Trial: October 15, 2007<br>Time: 8:45 a.m.<br>Dept: Courtroom Seven |

Default was entered herein on November 14, 2006, in favor of plaintiff Rhonda M. Silva and against defendant Kristi Adams. Default was entered herein on December 27, 2006, in favor of plaintiff Rhonda M. Silva and against Dorothea E. Hendricks, aka Dorothea E. Hedricks. Trial of plaintiff Rhonda M. Silva's complaint against defendant Paulette Chadwick, aka, Edith Paulette Chadwick came on regularly to be heard for trial on October 15, 2007, in Department Seven of the above-entitled court before the Honorable Timothy P. Cissna. Defendant Paulette Chadwick failed to appear at trial. Plaintiff proceeded to offer testimony, documentary evidence, and argument in proof of her complaint against defendant Paulette Chadwick. Plaintiff also proceeded to prove up default judgments against defendants Kristi Adams and Dorothea Hendricks. After considering said evidence,

Page 1
JUDGMENT


EXHIBIT A

1  it is

2      ORDERED, ADJUDGED AND DECREED that the transaction whereby defendant
3  Paulette Chadwick acquired plaintiff's home located at 2415 18th Street, Eureka, California,
4  was a loan transaction, wherein defendant Paulette Chadwick defrauded plaintiff and
5  fraudulently violated the Home Equity Sales Contract Act, Civil Code § 1695, et seq.

6      FURTHER ORDERED, ADJUDGED AND DECREED that as a result of said fraud,
7  plaintiff Rhonda M. Silva shall have and recover from defendant Paulette Chadwick, aka
8  Edith Paulette Chadwick, the sum of $482,000.

9      FURTHER ORDERED, ADJUDGED AND DECREED that cross-complainant
10 Paulette Chadwick shall have and recover nothing on her cross-complaint against cross-
11 defendants Rhonda Silva and Kristi Adams.

12     FURTHER ORDERED, ADJUDGED AND DECREED that plaintiff Rhonda M.
13 Silva shall have and recover from defendant Dorothea Hendricks, aka Dorothea Hedricks the
14 sum of $39,121. This Hendricks judgment is joint and several with the above judgment of
15 plaintiff against defendant Paulette Chadwick.

16     FURTHER ORDERED, ADJUDGED AND DECREED that plaintiff Rhonda M.
17 Silva shall have and recover from defendant Kristi Adams the sum of $10,000. This Adams
18 judgment is joint and several with the above judgment of plaintiff against defendant Paulette
19 Chadwick.

20     FURTHER ORDERED, ADJUDGED AND DECREED that plaintiff Rhonda M.
21 Silva shall have and recover costs of suit against defendant Paulette Chadwick.

22     FURTHER ORDERED, ADJUDGED AND DECREED that this is a final judgment
23 between parties Rhonda Silva, Paulette Chadwick, Dorothea Hendricks, and Kristi Adams. It
24 is not a final judgment as to remaining defendant and cross-defendant New Century
25 Mortgage Company.

26     Dated:  10-30-07

                                              TIMOTHY P. CISSNA
27                                            _____
                                              Judge of the Superior Court
28

LAW OFFICES OF THOMAS BECKER
By: THOMAS BECKER, State Bar No. 079589
721 Seventh Street, Suite A
Eureka, CA 95501
Telephone: 707 441-9171
Telefax: 707 441-9172

Attorney for Claimant RHONDA M. SILVA

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Civil Case No. C 06 4188 CRB |
| NEW CENTURY TRS HOLDINGS INC., a Delaware corporation, et al., | PROOF OF SERVICE |
| Debtors. | |

I am over the age of eighteen and not a party to this action.

On March 5, 2008, I served this proof of service and the attached **SILVA'S RESPONSE TO OBJECTION OF NEW CENTURY FINANCIAL CORPORATION'S OBJECTION** on the below-named individuals by placing true copies thereof in sealed envelopes and served in the following manner:

[X ] [BY MAIL] By placing said envelopes for collection and mailing with the United States Postal Service. Said envelopes were addressed as follows:

United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, Delaware 19801

Mark Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

Suzzanne S. Uhland
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

1  I declare that I am employed in the office of a member of the bar of this court at
2  whose direction the service was made.
3  I declare under penalty of perjury that the foregoing is true and correct. Executed
4  March 5, 2008 at Eureka, California.

*Mary Anne Dominguez*
MARY ANNE DOMINGUEZ