Honorable Kevin J. Carey
United States Bankruptcy Judge

District of Delaware  RE: New Century TRS Holdings Inc, et al
824 Market Street, 3rd Floor  Chapter 11
Wilmington, Delaware 19801  Case No. 07-10416 (KJC)
**Claim # 696**

Your Honor,

I recently received undated correspondence indicating the intent to "seek entry of an order disallowing and expunging the Shareholder Claims in their entirety". The correspondence was from Counsel for Debtors and Debtors in Possession. The Claim in question is indicated in Exhibit B, Equity Claims, Page 1, 7th Claim down from the top of page:

Name & Address of Claimant /Case # / Claim # /Filed Claim Amount/ Total
                                                              Priority

Patrick J. Moloney         07-10416   696        $ 260.94        $260.94
173 Oak Tree Road
Tappan, NY 10983

This claim apparently is incorrectly, and erroneously logged as an Equity / Shareholder claim. It is not. It is a Priority claim for Un-reimbursed Wages/Salary. I am providing a copy of my claim that was originally filed. As can be seen from attached, this claim is for Un-reimbursed Salary/Wages that was shorted in my check. I also provided copies of my correspondence with Steven Shiavo, New Century Human Resources Manager, who was trying to help, but also advised to file claim with bankruptcy court, which I did. Previous counsel with New Century Tales Peles-Gray, also tried to assist me. As can be seen, I provided the check numbers in question # 00356, and #004320 and had also shown my normal Salary compensation, the shortage in compensation payment, and the shortage of $ 260.94. Although minor in monetary amount, it is a valid claim. I am sending this correspondence to you directly as the previous entities misplaced, lost, or failed to properly record original documents.

Respectfully submitted,
Thank you
Patrick J. Moloney
173 Oak Tree Road
Tappan, New York 10983
Home Phone 845-359-5071

cc:  New Century Claims Processing
     c/o XRoads Case Management Services
         P.O. Box 8901, Marina Del Rey, CA 90295

11th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit B
## Equity Claims

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Filed Claim Amount Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Anald C Gokhale 11355 Glenn Circle Boynton Beach, FL 33437 | 07-10417 | 696 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 |
| Bear Stearns & Co Inc as representative for itself and subsidiaries as Assoc. A Ref Hastings Janofsky & Walker LLP 515 S Flower No 2500 Los Angeles, CA 90071 | 07-10417 | 2070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bear Stearns & Co Inc as representative for itself and subsidiaries as Assoc. A Ref Hastings Janofsky & Walker LLP 515 S Flower No 2500 Los Angeles, CA 90071 | 07-10417 | 2071 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| David Brenda Metz 18018 Kingsbury Bell Gardens, CA 90239 | 07-10421 | 3321 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Monica C Gokhale 11355 Glenpool Circle Boynton Beach, FL 33437 | 07-10417 | 679 | $0.00 | $0.00 | $0.00 | $152,478.00 | $152,478.00 |
| Nancy Moreland 3713 Congress Ave Dallas, TX 75219 | 07-10419 | 2282 | $0.00 | $0.00 | $74,796.00 | $0.00 | $74,796.00 |
| Patrick J Mahoney 173 Old Tree Rd Topeka, PA 19010 | 07-10416 | 696 | $0.00 | $0.00 | $260.24 | $0.00 | $260.24 |
| Ricky J Allen Virginia B Allen 19107 Wagon Oak Rd Tustin, CA 87401 | 07-10419 | 3431 | $0.00 | $0.00 | $0.00 | $2,048.69 | $2,048.69 |

*if Mahoney's claim is Reassigned As secured priority claim unless/skancy*

*should be*

Page 1

*COPY OF ORIGINAL FILED CLAIM*

**Official Form 10 (1992)** — CHAPTER 11

# PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Name of Debtor: NEW CENTURY
Case Number: 07-10416 (KJC)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
PATRICK J. MOLONEY

Name and address where notices should be sent:
PATRICK J. MOLONEY
173 OAK TREE ROAD
TAPPAN, NEW YORK 10983
Telephone number: 845-359-5071

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

*THIS SPACE IS FOR COURT USE ONLY*

Last four digits of account or other number by which creditor identifies debtor: SEE CASE NUMBER

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Other _____
- ☒ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: 3087
  Unpaid compensation for services performed
  From 01/05/06 to 09/05/06

**2. Date debt was incurred:** CUMULATIVE THRU 09/05/06

**3. If court judgment, date obtained:** _____

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed.

**Unsecured Nonpriority Claim** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Other _____
☐ Motor Vehicle
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Priority Claim**
☒ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ 260.94

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☒ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ _____ (unsecured) $ _____ (secured) $ 260.94 (priority) $ 260.94 (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

*THIS SPACE IS FOR COURT USE ONLY*
FILED MAY 31 AM 10:21

Date: 5/23/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
[signature] PATRICK J. MOLONEY   CREDITOR

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

1 of 3

E-mail correspondence
with
New Century.

\>\>\>From: "Stephen Schiavo" <SSchiavo@ncen.com>
\>\>\>To: <p.moloney@hotmail.com>
\>\>\>Subject: Update
\>\>\>Date: Wed, 4 Apr 2007 12:29:50 -0700
\>\>\>
\>\>\>Patrick,
\>\>\>
\>\>\>
\>\>\>
\>\>\>Just picked up your voicemail. I have requested an update from
\>payroll
\>\>\>on the status of your open issue and will work with them from there
\>in
\>\>\>order to resolve it. I will provide you with another update as soon
\>as
\>\>\>I've heard back from them. Please don't hesitate to contact me if
\>you
\>\>\>have any further questions in the meantime.
\>\>\>
\>\>\>
\>\>\>
\>\>\>Thanks,
\>\>\>
\>\>\>
\>\>\>
\>\>\>Steve Schiavo
\>\>\>
\>\>\>Human Resources Manager – Wholesale, Division 5
\>\>\>
\>\>\>New Century Mortgage Corporation
\>\>\>
\>\>\>Office: 508.216.1559
\>\>\>
\>\>\>Cell: 508.215.8322
\>\>\>
\>\>\>Fax: 866.536.1720
\>\>\>
\>\>\>Email: sschiavo@ncen.com
\>\>\>
\>\>\>
\>\>\>
\>\>\>If you have questions about Payroll, Leave of Absence, Benefits, Time
\>\>\>and Attendance, or HR Policies – please contact the HR Service
\>Center
\>\>\>at 866-598-8678 or newcenturyhr@accenture.com.

```
>
>Steve,
>Is there a possibility of me getting paid on this ?
>I believe the bankruptcy court was going to allow available funds to be
>paid
>to employees. This is an issue for my bonus and salary when I was
>employed
>with NEW CENTURY.
>Please let me know
>Thanks
>Patrick
>
>>From: "Stephen Schiavo" <SSchiavo@ncen.com>
>>To: "Patrick J. Moloney" <p.moloney@hotmail.com>
>>Subject: RE: Update
>>Date: Fri, 6 Apr 2007 13:13:07 -0700
>>
>>Hi Patrick,
>>
>>That is the SR# that I have on file. I have not yet received an update
>>on this issue. In the meantime, I am also attaching the link that you
>>can follow to file a claim as a creditor with the bankruptcy court.
>>
>>http://www.xroadscms.net/newcentury
>>
>>Thank you,
>>Steve
>>
>>-----Original Message-----
>>From: Patrick J. Moloney [mailto:p.moloney@hotmail.com]
>>Sent: Friday, April 06, 2007 12:56 PM
>>To: Stephen Schiavo
>>Subject: RE: Update
>>
>>Hi Steve,
>>thanks for following up.
>>Do you have Service request #F0263246. That was latest provided, but
>>there
>>may have been earlier.
>>I tried to call Nancy @ 312-233-4029 but that number is no longer
>>accessible. I had spoken to her previously about discrepencies.
>>I am eager to receive outstanding amounts as soon as possible.
>>I appreciate your assistance.
>>Patrick
>>
```

3 of 3

Net Results for checks ending 00356/004320-I went over Gross/Net amount with Rep yesterday-still appears to be short $ 260.94 NET — THIS CLAIM

If "OTHER" is for 1 week pay during new pay system transition, it is incorrect 1 week 1725.67, "other" in last check is $ 862.06 short

2.86
2.41
982.27

YTD for PreTxMed $ 830.00
YTD for PreTxVis $ 33.25
both should be reimbursed to me TOTAL $ 863.25
I did not have/select ANY medical plan through New Century in 2006, and did not have/select any Vision

Last rep I spoke with told me GTL ( Group Term Life ) was listed on checks as After Tax deduction but was not actually taken out ( ? ) thats incorrect
I have it deducted on several checks after tax deductions ( see check #001004321, # 000001577 )
YTD reimbursement should be $ 119.41

I do appreciate any help you can provide for above shortages from my Salary and 401K
Patrick J. Moloney

New Century Human Resources
no emails or that worked
no response

>From: "Stephen Schiavo" <SSchiavo@ncen.com>
>To: "Patrick J. Moloney" <p.moloney@hotmail.com>
>Subject: RE: Update
>Date: Mon, 9 Apr 2007 08:33:16 -0700
>
>Patrick,
>
>I received an update on your issue from Payroll late Friday. They
>informed me that all payment requests are in queue and awaiting approval
>by New Century. Your service request has been put on hold until
>04/13/2007 and they expect to be able to provide me with more
>information on or around that time.
>
>Regards,
>Steve
>
>-----Original Message-----
>From: Patrick J. Moloney [mailto:p.moloney@hotmail.com]
>Sent: Friday, April 06, 2007 6:53 PM
>To: Stephen Schiavo
>Subject: RE: Update
>