# EXHIBIT B

RLF1-3261889-1

**Exhibit B - Buena Park General Office Equipment Sale 3.3.08**

| # | P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|---|
| 1 | TR990C | Panasonic | TR990C | CCTV | FS6637871 | 1 |
| 2 | B065-17 | Ricoh | AF1075 | Copier | J4335900572 | 1 |
| 3 | B183-17 | Ricoh | AF2045 | Copier | K2945200525 | 1 |
| 4 | B183-17 | Ricoh | AF2045 | Copier | J5936801811 | 1 |
| 5 | B183-17 | Ricoh | Aficio 2045E | Copier | K2946001291 | 1 |
| 6 | B265-17 | Ricoh | Aficio 3045 | Copier | K9465501085 | 1 |
| 7 | B265-17 | Ricoh | Aficio 3045 | Copier | K9465701469 | 1 |
| 8 | | Ricoh | 1060 | Copier | J4226000681 | 1 |
| 9 | B183-17 | Ricoh | w | Copier | K2955200991 | 1 |
| 10 | C1316A | HP | 9100C | Digital Sender | JP26022829 | 1 |
| 11 | C1316A | HP | 9100C | Digital Sender | JPR6004217 | 1 |
| 12 | C1316A | HP | 9100C | Digital Sender | JPX6004360 | 1 |
| 13 | C1316A | HP | 9100C | Digital Sender | JPZ6000587 | 1 |
| 14 | C1316A | HP | 9100C | Digital Sender | JPZ6001890 | 1 |
| 15 | C1316A | HP | 9100C | Digital sender | JP16003835 | 1 |
| 16 | C1316A | HP | 9100C | Digital Sender | JP26013811 | 1 |
| 17 | C1316A | HP | 9100C | Digital Sender | JP26014450 | 1 |
| 18 | C1316A | HP | 9100C | Digital Sender | JP26021540 | 1 |
| 19 | C1316A | HP | 9100C | Digital Sender | JP26015570 | 1 |
| 20 | Q5916A | HP | 9200C | Digital Sender | SG1R006011 | 1 |
| 21 | Q5916A | HP | 9200C | Digital Sender | SG1R006300 | 1 |
| 22 | EP4BDX-E | Everplex | EP4BDX-E | Duplex Multiplexer | 1994700405 | 1 |
| 23 | 4016 | Imagistics | 1630 | Fax Machine | 1636110 | 1 |
| 24 | 4016 | Imagistics | 1630 | Fax Machine | 1669910 | 1 |
| 25 | DP120F | Toshiba | DP120F | Fax Machine | 03050413 | 1 |
| 26 | DP120F | Toshiba | DP120F | Fax Machine | 01050109 | 1 |
| 27 | DP120F | Toshiba | DP120F | Fax Machine | 03010246 | 1 |
| 28 | DP125F | Toshiba | DP125F | Fax Machine | 01110123 | 1 |
| 29 | DP125F | Toshiba | DP125F | Fax Machine | 02050184 | 1 |
| 30 | DP125F | Toshiba | DP125F | Fax Machine | 02070033 | 1 |
| 31 | DP125F | Toshiba | DP125F | Fax Machine | 02070034 | 1 |
| 32 | DP125F | Toshiba | DP125F | Fax Machine | 03010092 | 1 |
| 33 | DP125F | Toshiba | DP125F | Fax Machine | 03010093 | 1 |
| 34 | DX-1000 | Panasonic | DX-1000 PanaFax | Fax Machine | 01990700439 | 1 |
| 35 | DX-1000 | Panasonic | DX-1000 PanaFax | Fax Machine | 01990700443 | 1 |
| 36 | KM-F1050 | Kyocera | KM-F1050 | Fax Machine | AGD4003034 | 1 |
| 37 | KM-F1050 | Kyocera | KM-F1050 | Fax Machine | AGD4003056 | 1 |
| 38 | KM-F1050 | Kyocera | KM-F1050 | Fax Machine | AGD4005006 | 1 |
| 39 | KM-F1050 | Kyocera | KM-F1050 | Fax Machine | AGD4003861 | 1 |
| 40 | KM-F1050 | Kyocera | KM-F1050 | Fax Machine | AGD4004242 | 1 |
| 41 | KM-F1050 | Kyocera | KM-F1050 | Fax Machine | HDG2ET00032 | 1 |
| 42 | | Canon | LC2060 | Fax Machine | ZKM13571 | 1 |
| 43 | | Canon | LC2060 | Fax Machine | ZKM16925 | 1 |
| 44 | | Canon | LC2060 | Fax Machine | ZKM17932 | 1 |
| 45 | | Canon | LC2060P | Fax Machine | ZKM15356 | 1 |
| 46 | H12161 | Canon | LC3170 | Fax Machine | UYP67210 | 1 |
| 47 | H12161 | Canon | LC3170 | Fax Machine | UYP72165 | 1 |
| 48 | H12161 | Canon | LC3170 | Fax Machine | UYP72536 | 1 |
| 49 | H12161 | Canon | LC3170 | Fax Machine | UYP72579 | 1 |
| 50 | H12161 | Canon | LC3170 | Fax Machine | UYP72610 | 1 |
| 51 | H12161 | Canon | LC3170 | Fax Machine | UYP72627 | 1 |
| 52 | H12161 | Canon | LC3170 | Fax Machine | UYP73967 | 1 |
| 53 | H12161 | Canon | LC3170 | Fax Machine | UYP73991 | 1 |
| 54 | H12161 | Canon | LC3170 | Fax Machine | UYP75592 | 1 |
| 55 | H12161 | Canon | LC3170 | Fax Machine | UYP75593 | 1 |
| 56 | H12161 | Canon | LC3170 | Fax Machine | UZS37295 | 1 |
| 57 | H12161 | Canon | LC3170 | Fax Machine | UZS39207 | 1 |
| 58 | H12161 | Canon | LC3170 | Fax Machine | UZS39208 | 1 |
| 59 | H12161 | Canon | LC3170 | Fax Machine | UZS39209 | 1 |
| 60 | H12161 | Canon | LC3170 | Fax Machine | UZS35874 | 1 |
| 61 | | Canon | LC3175 | Fax Machine | UYR54647 | 1 |
| 62 | | Canon | LC3175 | Fax Machine | UYR54826 | 1 |
| 63 | | Canon | LC3175 | Fax Machine | UYR56005 | 1 |
| 64 | | Canon | LC3175 | Fax Machine | UYR56006 | 1 |
| 65 | | Canon | LC3175 | Fax Machine | UYR56008 | 1 |

Exhibit B - Buena Park General Office Equipment Sale 3.3.08

| P/N | | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|---|
| 66 | | Canon | LC3175 | Fax Machine | UYR59444 | 1 |
| 67 | | Canon | LC3175 | Fax Machine | UYR59707 | 1 |
| 68 | | Canon | LC3175 | Fax Machine | UYR59813 | 1 |
| 69 | | Canon | LC3175 | Fax Machine | UYR60316 | 1 |
| 70 | | Canon | LC3175 | Fax Machine | UYR60483 | 1 |
| 71 | H11292 | Canon | LC5500 | Fax Machine | UBW52918 | 1 |
| 72 | H12013 | Canon | LC7000 | Fax Machine | UBY91504 | 1 |
| 73 | H12013 | Canon | LC7000 | Fax Machine | UFX05168 | 1 |
| 74 | H12228 | Canon | LC710 | Fax Machine | KAG00518 | 1 |
| 75 | H12228 | Canon | LC710 | Fax Machine | KAG01418 | 1 |
| 76 | H12228 | Canon | LC710 | Fax Machine | KAG01420 | 1 |
| 77 | H12228 | Canon | LC710 | Fax Machine | KAG02065 | 1 |
| 78 | H12228 | Canon | LC710 | Fax Machine | KAG06194 | 1 |
| 79 | H12228 | Canon | LC710 | Fax Machine | KAG07289 | 1 |
| 80 | H12228 | Canon | LC710 | Fax Machine | KAG07292 | 1 |
| 81 | H12228 | Canon | LC710 | Fax Machine | KAG07385 | 1 |
| 82 | H12228 | Canon | LC710 | Fax Machine | KAG08193 | 1 |
| 83 | H12228 | Canon | LC710 | Fax Machine | KAG08544 | 1 |
| 84 | H12228 | Canon | LC710 | Fax Machine | KAG13610 | 1 |
| 85 | H12228 | Canon | LC710 | Fax Machine | KAG20311 | 1 |
| 86 | H12228 | Canon | LC710 | Fax Machine | KAG20336 | 1 |
| 87 | H12228 | Canon | LC710 | Fax Machine | KAG21796 | 1 |
| 88 | H12228 | Canon | LC710 | Fax Machine | KAG22110 | 1 |
| 89 | H12228 | Canon | LC710 | Fax Machine | KAG24484 | 1 |
| 90 | H12228 | Canon | LC710 | Fax Machine | KAG24652 | 1 |
| 91 | H12228 | Canon | LC710 | Fax Machine | KAG26637 | 1 |
| 92 | H12228 | Canon | LC710 | Fax Machine | KAG31203 | 1 |
| 93 | H12228 | Canon | LC710 | Fax Machine | KAG32340 | 1 |
| 94 | H12228 | Canon | LC710 | Fax Machine | KAG32364 | 1 |
| 95 | H12228 | Canon | LC710 | Fax Machine | KAG51970 | 1 |
| 96 | H12228 | Canon | LC710 | Fax Machine | KAG52000 | 1 |
| 97 | H12228 | Canon | LC710 | Fax Machine | KAG52144 | 1 |
| 98 | H12228 | Canon | LC710 | Fax Machine | KAG52163 | 1 |
| 99 | H12228 | Canon | LC710 | Fax Machine | KAG52568 | 1 |
| 100 | H12228 | Canon | LC710 | Fax Machine | KAG52572 | 1 |
| 101 | H12228 | Canon | LC710 | Fax Machine | KAG52573 | 1 |
| 102 | H12228 | Canon | LC710 | Fax Machine | KAG52576 | 1 |
| 103 | H12228 | Canon | LC710 | Fax Machine | KAG53621 | 1 |
| 104 | H12228 | Canon | LC710 | Fax Machine | KAG55727 | 1 |
| 105 | H12228 | Canon | LC710 | Fax Machine | KAG55734 | 1 |
| 106 | H12228 | Canon | LC710 | Fax Machine | KAG57420 | 1 |
| 107 | H12228 | Canon | LC710 | Fax Machine | KAG57452 | 1 |
| 108 | H12228 | Canon | LC710 | Fax Machine | KAG57453 | 1 |
| 109 | H12228 | Canon | LC710 | Fax Machine | KAG58909 | 1 |
| 110 | H12228 | Canon | LC710 | Fax Machine | KAG59742 | 1 |
| 111 | H12228 | Canon | LC710 | Fax Machine | KAG60441 | 1 |
| 112 | H12228 | Canon | LC710 | Fax Machine | KAG60503 | 1 |
| 113 | H12228 | Canon | LC710 | Fax Machine | UZS03605 | 1 |
| 114 | H12228 | Canon | LC710 | Fax Machine | UZS03798 | 1 |
| 115 | H12228 | Canon | LC710 | Fax Machine | UZS03801 | 1 |
| 116 | H12228 | Canon | LC710 | Fax Machine | UZS04128 | 1 |
| 117 | H12228 | Canon | LC710 | Fax Machine | UZS04130 | 1 |
| 118 | H12228 | Canon | LC710 | Fax Machine | UZS04233 | 1 |
| 119 | H12228 | Canon | LC710 | Fax Machine | UZS04239 | 1 |
| 120 | H12228 | Canon | LC710 | Fax Machine | UZS04242 | 1 |
| 121 | H12228 | Canon | LC710 | Fax Machine | UZS04284 | 1 |
| 122 | H12228 | Canon | LC710 | Fax Machine | UZS04287 | 1 |
| 123 | H12228 | Canon | LC710 | Fax Machine | UZS04607 | 1 |
| 124 | H12228 | Canon | LC710 | Fax Machine | UZS05575 | 1 |
| 125 | H12228 | Canon | LC710 | Fax Machine | UZS06811 | 1 |
| 126 | H12228 | Canon | LC710 | Fax Machine | UZS07624 | 1 |
| 127 | H12228 | Canon | LC710 | Fax Machine | UZS09786 | 1 |
| 128 | H12228 | Canon | LC710 | Fax Machine | UZS09801 | 1 |
| 129 | H12228 | Canon | LC710 | Fax Machine | UZS12400 | 1 |
| 130 | H12228 | Canon | LC710 | Fax Machine | UZS12401 | 1 |

Exhibit B - Buena Park General Office Equipment Sale 3.3.08

| P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|
| 131 H12228 | Canon | LC710 | Fax Machine | UZS12402 | 1 |
| 132 H12228 | Canon | LC710 | Fax Machine | UZS13009 | 1 |
| 133 H12228 | Canon | LC710 | Fax Machine | UZS13176 | 1 |
| 134 H12228 | Canon | LC710 | Fax Machine | UZS17864 | 1 |
| 135 H12228 | Canon | LC710 | Fax Machine | UZS17865 | 1 |
| 136 H12228 | Canon | LC710 | Fax Machine | UZS17866 | 1 |
| 137 H12228 | Canon | LC710 | Fax Machine | UZS19895 | 1 |
| 138 H12228 | Canon | LC710 | Fax Machine | UZS19997 | 1 |
| 139 H12228 | Canon | LC710 | Fax Machine | UZS20000 | 1 |
| 140 H12228 | Canon | LC710 | Fax Machine | UZS20038 | 1 |
| 141 H12228 | Canon | LC710 | Fax Machine | UZS20045 | 1 |
| 142 H12228 | Canon | LC710 | Fax Machine | UZS23817 | 1 |
| 143 H12228 | Canon | LC710 | Fax Machine | UZS23818 | 1 |
| 144 H12228 | Canon | LC710 | Fax Machine | UZS24075 | 1 |
| 145 H12228 | Canon | LC710 | Fax Machine | UZS24076 | 1 |
| 146 H12228 | Canon | LC710 | Fax Machine | UZS35567 | 1 |
| 147 H12228 | Canon | LC710 | Fax Machine | UZS35998 | 1 |
| 148 H12228 | Canon | LC710 | Fax Machine | UZS35999 | 1 |
| 149 H12228 | Canon | LC710 | Fax Machine | UZS38915 | 1 |
| 150 H12228 | Canon | LC710 | Fax Machine | UZS02515 | 1 |
| 151 H12228 | Canon | LC710 | Fax Machine | UZS03555 | 1 |
| 152 H12228 | Canon | LC710 | Fax Machine | UZS03604 | 1 |
| 153 H12228 | Canon | LC710 | Fax Machine | UZS03606 | 1 |
| 154 H12228 | Canon | LC710 | Fax Machine | UZS03607 | 1 |
| 155 H12228 | Canon | LC710 | Fax Machine | UZS17015 | 1 |
| 156 H12228 | Canon | LC710 | Fax Machine | UZS02530 | 1 |
| 157 H12228 | Canon | LC710 | Fax Machine | UZS30998 | 1 |
| 158 H12228 | Canon | LC710 | Fax Machine | UZS29672 | 1 |
| 159 H12228 | Canon | LC710 | Fax Machine | UZS31348 | 1 |
| 160 H12228 | Canon | LC710 | Fax Machine | UZS35454 | 1 |
| 161 H12228 | Canon | LC710 | Fax Machine | UZS26901 | 1 |
| 162 H12228 | Canon | LC710 | Fax Machine | UZS29671 | 1 |
| 163 H12228 | Canon | LC710 | Fax Machine | UZS29739 | 1 |
| 164 H12228 | Canon | LC710 | Fax Machine | UZS29740 | 1 |
| 165 H12228 | Canon | LC710 | Fax Machine | UZS29741 | 1 |
| 166 H12228 | Canon | LC710 | Fax Machine | UZS29748 | 1 |
| 167 H12228 | Canon | LC710 | Fax Machine | UZS29826 | 1 |
| 168 H12228 | Canon | LC710 | Fax Machine | UZS31104 | 1 |
| 169 H12228 | Canon | LC710 | Fax Machine | UZS31105 | 1 |
| 170 H12228 | Canon | LC710 | Fax Machine | UZS31106 | 1 |
| 171 H12228 | Canon | LC710 | Fax Machine | UZS31107 | 1 |
| 172 H12228 | Canon | LC710 | Fax Machine | UZS31208 | 1 |
| 173 H12228 | Canon | LC710 | Fax Machine | UZS31209 | 1 |
| 174 H12228 | Canon | LC710 | Fax Machine | UZS31210 | 1 |
| 175 H12228 | Canon | LC710 | Fax Machine | UZS31227 | 1 |
| 176 H12228 | Canon | LC710 | Fax Machine | UZS31228 | 1 |
| 177 H12228 | Canon | LC710 | Fax Machine | UZS27203 | 1 |
| 178 H12228 | Canon | LC710 | Fax Machine | UZS29829 | 1 |
| 179 H12228 | Canon | LC710 | Fax Machine | UZS31211 | 1 |
| 180 H12228 | Canon | LC710 | Fax Machine | UZS26898 | 1 |
| 181 H12228 | Canon | LC710 | Fax Machine | UZS26900 | 1 |
| 182 H12228 | Canon | LC710 | Fax Machine | UZS31223 | 1 |
| 183 H12228 | Canon | LC710 | Fax Machine | UZS31225 | 1 |
| 184 H12228 | Canon | LC710 | Fax Machine | UZS26947 | 1 |
| 185 H12228 | Canon | LC710 | Fax Machine | UZS27045 | 1 |
| 186 H12228 | Canon | LC710 | Fax Machine | UZS27046 | 1 |
| 187 H12228 | Canon | LC710 | Fax Machine | UZS27202 | 1 |
| 188 H12228 | Canon | LC710 | Fax Machine | UZS27506 | 1 |
| 189 H12228 | Canon | LC710 | Fax Machine | UZS27507 | 1 |
| 190 H12228 | Canon | LC710 | Fax Machine | UZS29738 | 1 |
| 191 H12228 | Canon | LC710 | Fax Machine | UZS30721 | 1 |
| 192 H12228 | Canon | LC710 | Fax Machine | UZS30765 | 1 |
| 193 H12228 | Canon | LC710 | Fax Machine | UZS31002 | 1 |
| 194 H12228 | Canon | LC710 | Fax Machine | UZS31085 | 1 |
| 195 H12228 | Canon | LC710 | Fax Machine | UZS31168 | 1 |

**Exhibit B - Buena Park General Office Equipment Sale 3.3.08**

| P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|
| 196 H12228 | Canon | LC710 | Fax Machine | UZS31172 | 1 |
| 197 H12228 | Canon | LC710 | Fax Machine | UZS31206 | 1 |
| 198 H12228 | Canon | LC710 | Fax Machine | UZS31224 | 1 |
| 199 H12228 | Canon | LC710 | Fax Machine | UZS31226 | 1 |
| 200 H12228 | Canon | LC710 | Fax Machine | UZS31232 | 1 |
| 201 H12228 | Canon | LC710 | Fax Machine | UZS31234 | 1 |
| 202 H12013 | Canon | LC7500 | Fax Machine | 59402 | 1 |
| 203 H12013 | Canon | LC7500 | Fax Machine | UBZ58155 | 1 |
| 204 H12013 | Canon | LC7500 | Fax Machine | UBZ61969 | 1 |
| 205 H12033 | Canon | LC8000 | Fax Machine | UFG02040 | 1 |
| 206 H12033 | Canon | LC8000 | Fax Machine | UFG03691 | 1 |
| 207 H12124 | Canon | LC9000L | Fax Machine | UYG27275 | 1 |
| 208 H12124 | Canon | LC9000L | Fax Machine | UYS43326 | 1 |
| 209 H12067 | Canon | LC9500 | Fax Machine | UFL02050 | 1 |
| 210 H12067 | Canon | LC9500 | Fax Machine | UFL02051 | 1 |
| 211 H12067 | Canon | LC9500 | Fax Machine | UFL02624 | 1 |
| 212 H12067 | Canon | LC9500 | Fax Machine | UFL07859 | 1 |
| 213 H12067 | Canon | LC9500 | Fax Machine | UFL10197 | 1 |
| 214 H12067 | Canon | LC9500 | Fax Machine | UFL10733 | 1 |
| 215 TF831 | Toshiba | TF831 | Fax Machine | 98110041 | 1 |
| 216 TF831 | Toshiba | TF831 | Fax Machine | 98120004 | 1 |
| 217 TF831 | Toshiba | TF831 | Fax Machine | 99060049 | 1 |
| 218 TF831 | Toshiba | TF831 | Fax Machine | 99060122 | 1 |
| 219 TF831 | Toshiba | TF831 | Fax Machine | 99090079 | 1 |
| 220 TF831 | Toshiba | TF831 | Fax Machine | 99090196 | 1 |
| 221 UF-890 | Panasonic | UF-890 PanaFax | Fax Machine | GBG2AV00927 | 1 |
| 222 UF-990 | Panasonic | UF-990 PanaFax | Fax Machine | CBG2GQ00255 | 1 |
| 223 ED-X3280AT | Dukane | 8755B | IMAGE PRO LCD PROJECTOR | RT4F004466 | 1 |
| 224 LTP2035 | Samsung | MU20UO | LCD TV | Y15534KX300610L | 1 |
| 225 EMP-730 | Epson | 730c | POWERLITE DIGITAL PROJECTOR | | |
| 226 20T4450 | Lexmark | T622 | Printer | 41VW173 | 1 |
| 227 Q1334A | HP | 1300 | Printer - B/W | CNBF006662 | 1 |
| 228 C4118A | HP | 4000 | Printer - B/W | USMB313163 | 1 |
| 229 C8049A | HP | 4100 | Printer - B/W | USJNK09740 | 1 |
| 230 C8049A | HP | 4100 | Printer - B/W | USLND23940 | 1 |
| 231 C8049A | HP | 4100 | Printer - B/W | USLNG09429 | 1 |
| 232 C8049A | HP | 4100 | Printer - B/W | USLNG09430 | 1 |
| 233 C8049A | HP | 4100 | Printer - B/W | USLNH21259 | 1 |
| 234 C8049A | HP | 4100 | Printer - B/W | USLGY32238 | 1 |
| 235 Q2425A | HP | 4200 | Printer - B/W | CNBX414991 | 1 |
| 236 Q2425A | HP | 4200 | Printer - B/W | CNBX601935 | 1 |
| 237 Q2425A | HP | 4200 | Printer - B/W | CNDX404446 | 1 |
| 238 Q5400A | HP | 4250 | Printer - B/W | CNGXB19209 | 1 |
| 239 Q5400A | HP | 4250 | Printer - B/W | CNGXD23262 | 1 |
| 240 Q5400A | HP | 4250 | Printer - B/W | CNGXH10069 | 1 |
| 241 C7058A | HP | 2200D | Printer - B/W | JPGGN00814 | 1 |
| 242 Q5961A | HP | 2430TN | Printer - B/W | CNDJC52352 | 1 |
| 243 Q5961A | HP | 2430TN | Printer - B/W | CNGJF48596 | 1 |
| 244 Q5961A | HP | 2430TN | Printer - B/W | CNGKB94093 | 1 |
| 245 Q5961A | HP | 2430TN | Printer - B/W | JPGGR14184 | 1 |
| 246 C4121A | HP | 4000TN | Printer - B/W | USEF161123 | 1 |
| 247 C4121A | HP | 4000TN | Printer - B/W | USEF166252 | 1 |
| 248 C4121A | HP | 4000TN | Printer - B/W | USEF171706 | 1 |
| 249 C4121A | HP | 4000TN | Printer - B/W | USEK016208 | 1 |
| 250 C4121A | HP | 4000TN | Printer - B/W | USNC112854 | 1 |
| 251 C4121A | HP | 4000TN | Printer - B/W | USNC136784 | 1 |
| 252 C4121A | HP | 4000TN | Printer - B/W | USNC170284 | 1 |
| 253 C4121A | HP | 4000TN | Printer - B/W | USSC010031 | 1 |
| 254 C4121A | HP | 4000TN | Printer - B/W | USSC029758 | 1 |
| 255 C4121A | HP | 4000TN | Printer - B/W | USSC033793 | 1 |
| 256 C4253A | HP | 4050N | Printer - B/W | USBC018413 | 1 |
| 257 C4254A | HP | 4050TN | Printer - B/W | USCC194312 | 1 |
| 258 C4254A | HP | 4050TN | Printer - B/W | USQC072377 | 1 |
| 259 C8051A | HP | 4100TN | Printer - B/W | JPLGD18637 | 1 |
| 260 C8051A | HP | 4100TN | Printer - B/W | JPLGD38817 | 1 |

Exhibit B - Buena Park General Office Equipment Sale 3.3.08

| P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|
| 261 C8051A | HP | 4100TN | Printer - B/W | USBGB0697 | 1 |
| 262 C8051A | HP | 4100TN | Printer - B/W | USBNF26852 | 1 |
| 263 C8051A | HP | 4100TN | Printer - B/W | USBNJ20548 | 1 |
| 264 C8051A | HP | 4100TN | Printer - B/W | USBNJ20553 | 1 |
| 265 C8051A | HP | 4100TN | Printer - B/W | USBNJ43062 | 1 |
| 266 C8051A | HP | 4100TN | Printer - B/W | USBNK10501 | 1 |
| 267 C8051A | HP | 4100TN | Printer - B/W | USBNK15940 | 1 |
| 268 C8051A | HP | 4100TN | Printer - B/W | USJNK31913 | 1 |
| 269 C8051A | HP | 4100TN | Printer - B/W | USJNK31914 | 1 |
| 270 C8051A | HP | 4100TN | Printer - B/W | USJNK32057 | 1 |
| 271 C8051A | HP | 4100TN | Printer - B/W | USLNG06123 | 1 |
| 272 C8051A | HP | 4100TN | Printer - B/W | USLNK26682 | 1 |
| 273 Q2428A | HP | 4200DTN | Printer - B/W | CNBX124920 | 1 |
| 274 Q2428A | HP | 4200DTN | Printer - B/W | USGNS17018 | 1 |
| 275 Q2427A | HP | 4200TN | Printer - B/W | CNBX102093 | 1 |
| 276 Q2427A | HP | 4200TN | Printer - B/W | CNBX122174 | 1 |
| 277 Q2427A | HP | 4200TN | Printer - B/W | CNBX206657 | 1 |
| 278 Q2427A | HP | 4200TN | Printer - B/W | CNBX306792 | 1 |
| 279 Q2427A | HP | 4200TN | Printer - B/W | USBNL06780 | 1 |
| 280 Q2427A | HP | 4200TN | Printer - B/W | USBNL08428 | 1 |
| 281 Q2427A | HP | 4200TN | Printer - B/W | USBNM02250 | 1 |
| 282 Q2427A | HP | 4200TN | Printer - B/W | USBNM07145 | 1 |
| 283 Q2427A | HP | 4200TN | Printer - B/W | USBNS12402 | 1 |
| 284 Q2427A | HP | 4200TN | Printer - B/W | USDNL19214 | 1 |
| 285 Q2427A | HP | 4200TN | Printer - B/W | USDNM20049 | 1 |
| 286 Q2427A | HP | 4200TN | Printer - B/W | USDNN10589 | 1 |
| 287 Q2427A | HP | 4200TN | Printer - B/W | USDNS06595 | 1 |
| 288 Q2427A | HP | 4200TN | Printer - B/W | USDNS06705 | 1 |
| 289 Q2427A | HP | 4200TN | Printer - B/W | USDNS10064 | 1 |
| 290 Q2427A | HP | 4200TN | Printer - B/W | USDNX00106 | 1 |
| 291 Q2427A | HP | 4200TN | Printer - B/W | USDNX06716 | 1 |
| 292 Q2427A | HP | 4200TN | Printer - B/W | USGNM00504 | 1 |
| 293 Q2427A | HP | 4200TN | Printer - B/W | USGNM25813 | 1 |
| 294 Q2427A | HP | 4200TN | Printer - B/W | USGNM45567 | 1 |
| 295 Q2427A | HP | 4200TN | Printer - B/W | USGNN41267 | 1 |
| 296 Q2427A | HP | 4200TN | Printer - B/W | USGNN43502 | 1 |
| 297 Q2427A | HP | 4200TN | Printer - B/W | USGNN49685 | 1 |
| 298 Q2427A | HP | 4200TN | Printer - B/W | USGNN60355 | 1 |
| 299 Q2427A | HP | 4200TN | Printer - B/W | USGNN60662 | 1 |
| 300 Q2427A | HP | 4200TN | Printer - B/W | USGNN60683 | 1 |
| 301 Q2427A | HP | 4200TN | Printer - B/W | USGNN66608 | 1 |
| 302 Q2427A | HP | 4200TN | Printer - B/W | USGNP27897 | 1 |
| 303 Q2427A | HP | 4200TN | Printer - B/W | USGNP49018 | 1 |
| 304 Q2427A | HP | 4200TN | Printer - B/W | USGNP51413 | 1 |
| 305 Q2427A | HP | 4200TN | Printer - B/W | USGNP53481 | 1 |
| 306 Q2427A | HP | 4200TN | Printer - B/W | USGNP59070 | 1 |
| 307 Q2427A | HP | 4200TN | Printer - B/W | USGNS58899 | 1 |
| 308 Q2427A | HP | 4200TN | Printer - B/W | USGNX00128 | 1 |
| 309 Q2427A | HP | 4200TN | Printer - B/W | USGNX00896 | 1 |
| 310 Q2427A | HP | 4200TN | Printer - B/W | USGNP27135 | 1 |
| 311 Q2427A | HP | 4200TN | Printer - B/W | CNBX206249 | 1 |
| 312 Q2427A | HP | 4200TN | Printer - B/W | CNDX615178 | 1 |
| 313 Q2427A | HP | 4200TN | Printer - B/W | USGNP27134 | 1 |
| 314 Q2427A | HP | 4200TN | Printer - B/W | USGNX35142 | 1 |
| 315 Q2427A | HP | 4200TN | Printer - B/W | CNDX410245 | 1 |
| 316 Q2427A | HP | 4200TN | Printer - B/W | CNDX607055 | 1 |
| 317 Q2427A | HP | 4200TN | Printer - B/W | CNDX608974 | 1 |
| 318 Q2427A | HP | 4200TN | Printer - B/W | CNDX610211 | 1 |
| 319 Q2427A | HP | 4200TN | Printer - B/W | CNDX610213 | 1 |
| 320 Q2427A | HP | 4200TN | Printer - B/W | CNDX611148 | 1 |
| 321 Q2427A | HP | 4200TN | Printer - B/W | CNDX611719 | 1 |
| 322 Q2427A | HP | 4200TN | Printer - B/W | CNDX612177 | 1 |
| 323 Q2427A | HP | 4200TN | Printer - B/W | CNDX612185 | 1 |
| 324 Q2427A | HP | 4200TN | Printer - B/W | CNDX612187 | 1 |
| 325 Q2427A | HP | 4200TN | Printer - B/W | USDNN03420 | 1 |

**Exhibit B - Buena Park General Office Equipment Sale 3.3.08**

| P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|
| 326 Q2427A | HP | 4200TN | Printer - B/W | USDNN03425 | 1 |
| 327 Q2427A | HP | 4200TN | Printer - B/W | USDNN03443 | 1 |
| 328 Q2427A | HP | 4200TN | Printer - B/W | USDNX18169 | 1 |
| 329 Q2427A | HP | 4200TN | Printer - B/W | USGNM08257 | 1 |
| 330 Q2427A | HP | 4200TN | Printer - B/W | USGNM08322 | 1 |
| 331 Q2427A | HP | 4200TN | Printer - B/W | USGNM52743 | 1 |
| 332 Q2427A | HP | 4200TN | Printer - B/W | USGNM52762 | 1 |
| 333 Q2427A | HP | 4200TN | Printer - B/W | USGNN08828 | 1 |
| 334 Q2427A | HP | 4200TN | Printer - B/W | USGNN08959 | 1 |
| 335 Q2427A | HP | 4200TN | Printer - B/W | USGNP08836 | 1 |
| 336 Q2427A | HP | 4200TN | Printer - B/W | USGNP08837 | 1 |
| 337 Q2427A | HP | 4200TN | Printer - B/W | USGNP08881 | 1 |
| 338 Q2427A | HP | 4200TN | Printer - B/W | USGNS08842 | 1 |
| 339 Q2427A | HP | 4200TN | Printer - B/W | CNDX613600 | 1 |
| 340 Q2427A | HP | 4200TN | Printer - B/W | CNDX614543 | 1 |
| 341 Q2427A | HP | 4200TN | Printer - B/W | USGNX09353 | 1 |
| 342 Q2427A | HP | 4200TN | Printer - B/W | CNBX104225 | 1 |
| 343 Q2427A | HP | 4200TN | Printer - B/W | CNDX309953 | 1 |
| 344 Q2427A | HP | 4200TN | Printer - B/W | CNDX610206 | 1 |
| 345 Q2427A | HP | 4200TN | Printer - B/W | CNDX610649 | 1 |
| 346 Q2427A | HP | 4200TN | Printer - B/W | USDNL10571 | 1 |
| 347 Q2427A | HP | 4200TN | Printer - B/W | USDNL19210 | 1 |
| 348 Q2427A | HP | 4200TN | Printer - B/W | USDNS20412 | 1 |
| 349 Q2427A | HP | 4200TN | Printer - B/W | USDNS20452 | 1 |
| 350 Q2427A | HP | 4200TN | Printer - B/W | USGNM52890 | 1 |
| 351 Q2427A | HP | 4200TN | Printer - B/W | CNDX610155 | 1 |
| 352 Q2427A | HP | 4200TN | Printer - B/W | CNDX610157 | 1 |
| 353 Q2427A | HP | 4200TN | Printer - B/W | CNDX610210 | 1 |
| 354 Q2427A | HP | 4200TN | Printer - B/W | CNDX613168 | 1 |
| 355 Q2427A | HP | 4200TN | Printer - B/W | USDNL19744 | 1 |
| 356 Q2427A | HP | 4200TN | Printer - B/W | USDNM18483 | 1 |
| 357 Q2427A | HP | 4200TN | Printer - B/W | USDNM18490 | 1 |
| 358 Q2427A | HP | 4200TN | Printer - B/W | USGNN08965 | 1 |
| 359 Q2427A | HP | 4200TN | Printer - B/W | USGNX26540 | 1 |
| 360 Q2427A | HP | 4200TN | Printer - B/W | USGNX26542 | 1 |
| 361 Q5402A | HP | 4250TN | Printer - B/W | CNBC48L022 | 1 |
| 362 Q5402A | HP | 4250TN | Printer - B/W | CNBXC24761 | 1 |
| 363 Q5402A | HP | 4250TN | Printer - B/W | CNBXC39419 | 1 |
| 364 Q5402A | HP | 4250TN | Printer - B/W | CNBXD03986 | 1 |
| 365 Q5402A | HP | 4250TN | Printer - B/W | CNBXD09267 | 1 |
| 366 Q5402A | HP | 4250TN | Printer - B/W | CNBXD09418 | 1 |
| 367 Q5402A | HP | 4250TN | Printer - B/W | CNGXB15779 | 1 |
| 368 Q5402A | HP | 4250TN | Printer - B/W | CNGXB35065 | 1 |
| 369 Q5402A | HP | 4250TN | Printer - B/W | CNGXB54983 | 1 |
| 370 Q5402A | HP | 4250TN | Printer - B/W | CNGXB66692 | 1 |
| 371 Q5402A | HP | 4250TN | Printer - B/W | CNGXB67993 | 1 |
| 372 Q5402A | HP | 4250TN | Printer - B/W | CNGXC19710 | 1 |
| 373 Q5402A | HP | 4250TN | Printer - B/W | CNGXC31169 | 1 |
| 374 Q5402A | HP | 4250TN | Printer - B/W | CNGXC36360 | 1 |
| 375 Q5402A | HP | 4250TN | Printer - B/W | CNGXD57195 | 1 |
| 376 Q5402A | HP | 4250TN | Printer - B/W | CNGXD69677 | 1 |
| 377 Q5402A | HP | 4250TN | Printer - B/W | CNGXF20979 | 1 |
| 378 Q5402A | HP | 4250TN | Printer - B/W | CNGXF61508 | 1 |
| 379 Q5402A | HP | 4250TN | Printer - B/W | CNGXF61511 | 1 |
| 380 Q5402A | HP | 4250TN | Printer - B/W | CNGXF99559 | 1 |
| 381 Q5402A | HP | 4250TN | Printer - B/W | CNGXH31131 | 1 |
| 382 Q5402A | HP | 4250TN | Printer - B/W | CNGXH34169 | 1 |
| 383 Q5402A | HP | 4250TN | Printer - B/W | CNGXJ14196 | 1 |
| 384 Q5402A | HP | 4250TN | Printer - B/W | CNGXL15972 | 1 |
| 385 Q5402A | HP | 4250TN | Printer - B/W | USBXS25477 | 1 |
| 386 Q2433A | HP | 4300TN | Printer - B/W | CNBY713399 | 1 |
| 387 Q2433A | HP | 4300TN | Printer - B/W | CNDY401498 | 1 |
| 388 C7087A | HP | 4550DN | Printer - B/W | JPPKH40603 | 1 |
| 389 C7086A | HP | 4550N | Printer - B/W | JPPCG16679 | 1 |
| 390 C2003A | HP | 4L | Printer - B/W | USBB053124 | 1 |

Exhibit B - Buena Park General Office Equipment Sale 3.3.08

| P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|
| 391 C4087A | HP | 8000DN | Printer - B/W | USBC072461 | 1 |
| 392 C4087A | HP | 8000DN | Printer - B/W | USGH017460 | 1 |
| 393 C4267A | HP | 8150DN | Printer - B/W | JPBLL61359 | 1 |
| 394 C4267A | HP | 8150DN | Printer - B/W | JPBLL61781 | 1 |
| 395 C4267A | HP | 8150DN | Printer - B/W | JPBLL61826 | 1 |
| 396 C4267A | HP | 8150DN | Printer - B/W | JPBLM77260 | 1 |
| 397 C4267A | HP | 8150DN | Printer - B/W | JPBLM80054 | 1 |
| 398 C4267A | HP | 8150DN | Printer - B/W | JPBLR07609 | 1 |
| 399 C4267A | HP | 8150DN | Printer - B/W | JPBLR09503 | 1 |
| 400 C4267A | HP | 8150DN | Printer - B/W | JPDLR48548 | 1 |
| 401 C4267A | HP | 8150DN | Printer - B/W | JPDLR55231 | 1 |
| 402 C4267A | HP | 8150DN | Printer - B/W | JPDLR57909 | 1 |
| 403 C4267A | HP | 8150DN | Printer - B/W | JPDLR58362 | 1 |
| 404 C4267A | HP | 8150DN | Printer - B/W | JPDLR62065 | 1 |
| 405 C4267A | HP | 8150DN | Printer - B/W | JPDLR70683 | 1 |
| 406 C4267A | HP | 8150DN | Printer - B/W | JPDLR72947 | 1 |
| 407 C4267A | HP | 8150DN | Printer - B/W | JPDLR82642 | 1 |
| 408 C4267A | HP | 8150DN | Printer - B/W | JPBLR22301 | 1 |
| 409 C4266A | HP | 8150N | Printer - B/W | JPBLL50921 | 1 |
| 410 C4266A | HP | 8150N | Printer - B/W | JPBLM41167 | 1 |
| 411 C4266A | HP | 8150N | Printer - B/W | JPBLM58144 | 1 |
| 412 C4266A | HP | 8150N | Printer - B/W | JPBLM75555 | 1 |
| 413 C4266A | HP | 8150N | Printer - B/W | JPBLM77863 | 1 |
| 414 C4266A | HP | 8150N | Printer - B/W | JPBLM80182 | 1 |
| 415 C4266A | HP | 8150N | Printer - B/W | JPBLM60546 | 1 |
| 416 C4266A | HP | 8150N | Printer - B/W | JPBLM90455 | 1 |
| 417 C4266A | HP | 8150N | Printer - B/W | JPBLM87554 | 1 |
| 418 C4266A | HP | 8150N | Printer - B/W | JPBLM88085 | 1 |
| 419 C8521A | HP | 9000DN | Printer - B/W | JPBSY13251 | 1 |
| 420 C8521A | HP | 9000DN | Printer - B/W | JPBRY09860 | 1 |
| 421 C6487C | HP | DeskJet 5550 | Printer - B/W | MY27C1N1Y3 | 1 |
| 422 C8954B | HP | DeskJet 6122 | Printer - B/W | MY2BE2B25X | 1 |
| 423 C9029A | HP | DeskJet 6840 | Printer - B/W | MY4A92Q0NT | 1 |
| 424 C2003A | HP | LaserJet 4L | Printer - B/W | USBB053124 | 1 |
| 425 C3166A | HP | LaserJet 5 SI | Printer - B/W | USDF019023 | 1 |
| 426 C3166A | HP | LaserJet 5 SI | Printer - B/W | USDK147797 | 1 |
| 427 C3166A | HP | LaserJet 5 SI | Printer - B/W | USJK203613 | 1 |
| 428 C3917A | HP | LaserJet 5M | Printer - B/W | JPKK036852 | 1 |
| 429 C3917A | HP | LaserJet 5M | Printer - B/W | JPLF009645 | 1 |
| 430 C3917A | HP | LaserJet 5M | Printer - B/W | USKC140747 | 1 |
| 431 C3917A | HP | LaserJet 5M | Printer - B/W | USKC188410 | 1 |
| 432 C3917A | HP | LaserJet 5M | Printer - B/W | USLC008553 | 1 |
| 433 C3982A | HP | LJ 6MP | Printer - B/W | USBB036357 | 1 |
| 434 Q7816A | HP | P3005X | Printer - B/W | CND1S06647 | 1 |
| 435 B241B | Epson | Stylus C66 | Printer - B/W | FXFY161014 | 1 |
| 436 B241B | Epson | Stylus C66 | Printer - B/W | FXFY181416 | 1 |
| 437 B241B | Epson | Stylus C66 | Printer - B/W | UFL10733 | 1 |
| 438 C9126A | HP | 3330 | Printer - Color | SGH25C053X | 1 |
| 439 C9705A | HP | 2500L | Printer - Color | CNDDB05017 | 1 |
| 440 Q3703A | HP | 2550LN | Printer - Color | CNGHC02420 | 1 |
| 441 C4089A | HP | 4500N | Printer - Color | JPDD043215 | 1 |
| 442 C3662A | HP | 4600DN | Printer - Color | JPAKG05791 | 1 |
| 443 C3662A | HP | 4600DN | Printer - Color | JPCKF28253 | 1 |
| 444 C3662A | HP | 4600DN | Printer - Color | JPDKC46305 | 1 |
| 445 C3662A | HP | 4600DN | Printer - Color | JPDKF36826 | 1 |
| 446 C3662A | HP | 4600DN | Printer - Color | JPFMD57911 | 1 |
| 447 C3662A | HP | 4600DN | Printer - Color | JPHMF44999 | 1 |
| 448 C3662A | HP | 4600DN | Printer - Color | JPFMD56411 | 1 |
| 449 C3662A | HP | 4600DN | Printer - Color | JPHMD59711 | 1 |
| 450 C9661A | HP | 4600DN | Printer - Color | JPBKC13008 | 1 |
| 451 C9661A | HP | 4600DN | Printer - Color | JPBKD23109 | 1 |
| 452 C9661A | HP | 4600DN | Printer - Color | JPCKC30676 | 1 |
| 453 C9661A | HP | 4600DN | Printer - Color | JPDKC45884 | 1 |
| 454 C9661A | HP | 4600DN | Printer - Color | JPDKC46227 | 1 |
| 455 C9661A | HP | 4600DN | Printer - Color | JPDKF36801 | 1 |

## Exhibit B - Buena Park General Office Equipment Sale 3.3.08

| | P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|---|
| 456 | C9661A | HP | 4600DN | Printer - Color | JPFMD58972 | 1 |
| 457 | C9661A | HP | 4600DN | Printer - Color | JPFMF41878 | 1 |
| 458 | C9661A | HP | 4600DN | Printer - Color | JPGMB51052 | 1 |
| 459 | C3662A | HP | 4600DTN | Printer - Color | JPGMB51979 | 1 |
| 460 | C3662A | HP | 4600DTN | Printer - Color | JPGMC54254 | 1 |
| 461 | C3662A | HP | 4600DTN | Printer - Color | JPGMD52127 | 1 |
| 462 | C9662A | HP | 4600DTN | Printer - Color | JPBKF16609 | 1 |
| 463 | Q3670A | HP | 4650DN | Printer - Color | JPHAC14776 | 1 |
| 464 | Q3670A | HP | 4650DN | Printer - Color | JPHAC17162 | 1 |
| 465 | Q3670A | HP | 4650DN | Printer - Color | JPHAC33247 | 1 |
| 466 | Q3670A | HP | 4650DN | Printer - Color | JPHAD27151 | 1 |
| 467 | Q3670A | HP | 4650DN | Printer - Color | JPHAD27548 | 1 |
| 468 | Q3670A | HP | 4650DN | Printer - Color | JPKAC47855 | 1 |
| 469 | Q3670A | HP | 4650DN | Printer - Color | JPKAC48278 | 1 |
| 470 | Q3670A | HP | 4650DN | Printer - Color | JPKAD35598 | 1 |
| 471 | Q3670A | HP | 4650DN | Printer - Color | JPKAD48981 | 1 |
| 472 | Q3671A | HP | 4650DTN | Printer - Color | JPKAC34806 | 1 |
| 473 | Q7493A | HP | 4700DN | Printer - Color | JPLLB14845 | 1 |
| 474 | Q7493A | HP | 4700DN | Printer - Color | JPTLB50789 | 1 |
| 475 | Q7493A | HP | 4700DN | Printer - Color | JPTLB51138 | 1 |
| 476 | Q7493A | HP | 4700DN | Printer - Color | JPTLB54621 | 1 |
| 477 | C9029A | HP | Deskjet 6840 | Printer - Color | MY4A92Q0NT | 1 |
| 478 | C5871A | HP | Deskjet 722C | Printer - Color | US77Q1R10H | 1 |
| 479 | K10242 | Canon | PIXMA IP3000 | Printer - Color | FCNH17999 | 1 |
| 480 | B130-17 | Ricoh | Aficio 1515MF | Printer - Multi-function | K2168801389 | 1 |
| 481 | Q3945A | HP | LaserJet 4345MFP | Printer - Multi-function | CNJYF20944 | 1 |
| 482 | Q3945A | HP | LaserJet 4345MFP | Printer - Multi-function | CNJYF25482 | 1 |
| 483 | Q3945A | HP | LaserJet 4345MFP | Printer - Multi-function | CNJYF26243 | 1 |
| 484 | Q3945A | HP | LaserJet 4345MFP | Printer - Multi-function | CNJYF30419 | 1 |
| 485 | Q3945A | HP | LaserJet 4345MFP | Printer - Multi-function | CNJYF34552 | 1 |
| 486 | C4256A | HP | LJ 3150 | Printer - Multi-function | USDL013314 | 1 |
| 487 | C9932A-ABA | HP | C9932A-ABA | Scanner | CN36AT0594 | 1 |
| 488 | M11039 | Canon | DR 3060 | Scanner | CE303881 | 1 |
| 489 | M11037 | Canon | DR 3080C II | Scanner | DF315467 | 1 |
| 490 | DR3060 | Canon | DR3060 | Scanner | CE308924 | 1 |
| 491 | DR3060 | Canon | DR3060 | Scanner | CE308077 | 1 |
| 492 | DR3060 | Canon | DR3060 | Scanner | CE308160 | 1 |
| 493 | M11039 | Canon | DR-3060 | Scanner | CE305975 | 1 |
| 494 | MRS-4800FU | MicroTek | MRS-4800FU | Scanner | W2A1600809 | 1 |
| 495 | C9880A | HP | ScanJet 4470C | Scanner | CN23XBD0N4 | 1 |
| 496 | 6520FDE | Sylvania | 6520FDE | TV | V07530392 | 1 |
| 497 | TS2556 C121 | Philips | TS2556 C121 | TV | 38298283 | 1 |
| 498 | VV-2009 | Quasar | VV-2009 | TV | F9AA27295 | 1 |
| 499 | VV-2009 | Quasar | VV-2009 | TV | F9AA27402 | 1 |
| 500 | MD20P1 | Toshiba | MD20P1 | TV WITH DVD PLAYER | 10Z938289A | 1 |
| 501 | CTSGT9369CTT | BrokSonic | CTSGT9369CTT | TV WITH VHS PLAYER | 067300802308C | 1 |
| 502 | KR7496U | Ultrak | KR7496U | Video Recorder | 0072425 | 1 |
| | | | | | Total | 277 |

**Security Systems**

| | | | | | | |
|---|---|---|---|---|---|---|
| 503 | 4 998 137 790 | Bosch | DB16B20481 | DiBos Modular 16CH 480GB Digital Recorder | | 5 |
| 504 | E199899 | Network Video | NV-1662R | UTP Active Receiver DA Hub | | 5 |

| Total Sale | $ | 26,555.00 |
|---|---|---|