# EXHIBIT B

RLF1-3261896-1

Exhibit B - Buena Park Telecom Equipment Sale 3.3.08

| # | P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|---|
| 1 | 108773896 | Avaya | 103M | 012E Module | 041630440891 | 1 |
| 2 | 108773896 | Avaya | 103M | 012E Module | A21633400062 | 1 |
| 3 | 108773896 | Avaya | 103M | 012E Module | A21638509030 | 1 |
| 4 | 108773896 | Avaya | 103M | 012E Module | A21649400433 | 1 |
| 5 | 108773896 | Avaya | Partner ACS | 012E Module | 041645601943 | 1 |
| 6 | 108463001 | Avaya | 103G9(28)R3 0 NEW SLIC | 308EC Module | 041623446220 | 1 |
| 7 | 108463001 | Avaya | 103G9(28)R3 0 NEW SLIC | 308EC Module | 041624143340 | 1 |
| 8 | 108463001 | Avaya | 103G9(28)R3 0 NEW SLIC | 308EC Module | A31658242377 | 1 |
| 9 | 108463001 | Avaya | 103G9(28)R3 0 NEW SLIC | 308EC Module | A31658242382 | 1 |
| 10 | 108463001 | Avaya | 103G9(28)R3 0 NEW SLIC | 308EC Module | A31670242559 | 1 |
| 11 | 700316474 | Avaya | 509 | 509 Processor | 051607202735 | 1 |
| 12 | 700316474 | Avaya | 509 | 509 Processor | 061611003299 | 1 |
| 13 | 108897836 | Avaya | 103H5(28) | 5-SLOT CARRIER | 496852 | 1 |
| 14 | 700191307 | Avaya | 103G13(28)R5 | ACS Processor | A21633304947 | 1 |
| 15 | 700191307 | Avaya | 103G13(28)R5 | ACS Processor | A31635501474 | 1 |
| 16 | TAB9825 | Nortel Networks | P0989044-02 | CallPilot 150/Mini | NNTM8456K8NV | 1 |
| 17 | 700229818 | Avaya | 103H5A 28 | CARRIER 5 SLOT | 041612040870 | 1 |
| 18 | 700229818 | Avaya | 103H5A 28 | CARRIER 5 SLOT | 041620142335 | 1 |
| 19 | 700229818 | Avaya | 103H5A 28 | CARRIER 5 SLOT | A31623404474 | 1 |
| 20 | 700229818 | Avaya | 103H5A 28 | CARRIER 5 SLOT | A31658651363 | 1 |
| 21 | 2201-03308-001 | Polycom | SoundStation | Conference phone | | 4 |
| 22 | 2201-16200-001 | Polycom | SoundStation 2 | Conference phone | | 2 |
| 23 | 2301-03322-001 | Polycom | SoundStation Clarity | Conference phone | | 1 |
| 24 | 2201-06846-001 | Polycom | Voicestation 100 | Conference phone | | 1 |
| 25 | 2201-07142-001 | Polycom | VTX 1000 | Conference phone | | 1 |
| 26 | 2201-03309-001 | Polycom | 1668-04037-001 | Conference phone - Soundstation EX | | 2 |
| 27 | 700221153 | Avaya | MM712 S1 VH3F3 | DCP | 02J212721393 | 1 |
| 28 | 700221153 | Avaya | MM712 S1 VH3F5 | DCP | 03J209733163 | 1 |
| 29 | 700316326 | Avaya | G700 | Media Gateway | 04J224800063 | 1 |
| 30 | 700316326 | Avaya | G700 | Media Gateway | 04J224800066 | 1 |
| 31 | 700316326 | Avaya | G700 | Media Gateway | 04J225801598 | 1 |
| 32 | 700316326 | Avaya | G700 | Media Gateway | 04J225801645 | 1 |
| 33 | 700316326 | Avaya | G700 | Media Gateway | 04J225802194 | 1 |
| 34 | 700316326 | Avaya | G700 | Media Gateway | 03J209809618 | 1 |
| 35 | 700316326 | Avaya | G700 | Media Gateway | 03J209809640 | 1 |
| 36 | 700316326 | Avaya | G700 | Media Gateway | 03J209809642 | 1 |
| 37 | 700316326 | Avaya | G700 | Media Gateway | 03J209809670 | 1 |
| 38 | ? | Partner | PhMessage | Mesagging Cabinet 4 Port | A21669033279 | 1 |
| 39 | SON-64M | Sonorous | Model 1 | On-hold Messaging Module | 0509301 | 1 |
| 40 | SON-64M | Sonorous | Model 1 | On-hold Messaging Module | 0542426 | 1 |
| 41 | 108829581 | Avaya | 26CB323 | Operator Console | | 2 |
| 42 | 107797581 | Lucent | 302C | Operator Console | | 2 |
| 43 | 107085821 | Lucent | 103D7 | Partner 2 400E Module R3 1 | 98SP43190058 | 1 |
| 44 | 107659054 | Lucent | 103E18 | Partner 206E Module 4 1 | 97SP61170566 | 1 |
| 45 | 108773896 | Avaya | LINE MODULE-103M | Partner ACS 012E Module | A21643001847 | 1 |
| 46 | 108463001 | Avaya | 103G9(28)R3 0 NEW SLIC | Partner ACS 308EC Module | 041603150830 | 1 |
| 47 | 108463001 | Avaya | 103G9(28)R3 0 NEW SLIC | Partner ACS 308EC Module | A31645344852 | 1 |
| 48 | 108463001 | Avaya | 103G9(28) R3 0 | Partner ACS 308EC Module R3 0 | 041645211160 | 1 |
| 49 | 108463001 | Avaya | 103G9(28) R3 0 | Partner ACS 308EC Module R3 0 | 061608004562 | 1 |
| 50 | 108463001 | Avaya | 103G9(28) R3 0 | Partner ACS 308EC Module R3 0 | 01SP46079275 | 1 |
| 51 | 700316474 | Avaya | 103R1 R7 | Partner ACS 509 Processor | 041627142967 | 1 |
| 52 | 700316474 | Avaya | 103R1 R7 | Partner ACS 509 Processor | 041627351729 | 1 |
| 53 | 700316474 | Avaya | 103R1 R7 | Partner ACS 509 Processor | 041633448260 | 1 |
| 54 | 700323207 | Avaya | 539C12 | Partner ACS Messaging | 041620344475 | 1 |
| 55 | 700323207 | Avaya | 539C12 | Partner ACS Messaging | 041624248883 | 1 |
| 56 | 108694316 | Avaya | 539C10 | Partner ACS Partner Messaging R1 | 01DR0737512 | 1 |
| 57 | 700216047 | Avaya | 103G15(28)R6 | Partner ACS Processor | 031652548141 | 1 |
| 58 | 700216047 | Avaya | 103G15(28)R6 | Partner ACS Processor | A31646253983 | 1 |
| 59 | 108524141 | Avaya | 103G11(28) R4 | Partner ACS Processor R4 0 | A11666500011 | 1 |
| 60 | 700241813 | Avaya | 103P1(28) | Partner ACS T1 Module | 041633346182 | 1 |
| 61 | 700241813 | Avaya | 103P1(28) | Partner ACS T1 Module | A31645352445 | 1 |
| 62 | 700241813 | Avaya | 103P1(28) | Partner ACS T1 Module | 041621048538 | 1 |
| 63 | 700323207 | Avaya | Partner ACS | Partner Messaging | 051612007251 | 1 |
| 64 | 700323207 | Avaya | Partner ACS | Partner Messaging | 051633401188 | 1 |
| 65 | 700262058 | Avaya | 539C11 | Partner Messaging | A31640631382 | 1 |
| 66 | 700262058 | Avaya | 539C11 | Partner Messaging | A31648653336 | 1 |
| 67 | 108694316 | Avaya | 539C10 | Partner Messaging R1 | 01DR11383985 | 1 |
| 68 | 108694316 | Avaya | 539C10 | Partner Messaging R1 | A31625606592 | 1 |
| 69 | 108694316 | Avaya | 539C10 | Partner Messaging R1 | A31631408960 | 1 |
| 70 | 108883166 | Avaya | 7311H13G-003 | Phone | | 28 |
| 71 | 106790454 | Lucent | 8410B | Phone | | 1 |
| 72 | NT8B20AB03 | Nortel Networks | Norstar M7310 | Phone | | 34 |
| 73 | 107854812 | Lucent | Partner 18 | Phone | | 34 |
| 74 | F10B-0794-B001#1V | Fujitsu | | PHONE | | 11 |
| 75 | 108164153 | Avaya | 6408+ | Phone | | 5 |

Exhibit B - Buena Park Telecom Equipment Sale 3.3.08

| | P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|---|
| 76 | ? | Partner | PhSystem | Phone system module | A21669009018 | 1 |
| 77 | D6XKH03B945 | AT&T | 945 | Phone w/ display | | 7 |
| 78 | 700340193 | Avaya | 18D | Phone w/ display | | 7 |
| 79 | 108716176 | Avaya | 302DA323 | Phone w/ display | | 1 |
| 80 | 700340227 | Avaya | 34D | Phone w/ display | | 78 |
| 81 | 108198995 | Avaya | 4400D | Phone w/ display | | 1 |
| 82 | 108199050 | Avaya | 4412D+ | Phone w/ display | | 55 |
| 83 | 108429580 | Avaya | 4424LD+ | Phone w/ display | | 1 |
| 84 | 700258577 | Avaya | 6408D+ | Phone w/ display | | 641 |
| 85 | 108315490 | Lucent | 6416D+ | Phone w/ display | | 7 |
| 86 | 700276017 | Avaya | 6416D+M | Phone w/ display | | 44 |
| 87 | 108164054 | Lucent | 6424D+ | Phone w/ display | | 2 |
| 88 | 700267132 | Avaya | 6424D+M | Phone w/ display | | 92 |
| 89 | 108883257 | Avaya | 7311H14G | Phone w/ display | | 7 |
| 90 | 107305054 | Avaya | 7515H04A-003 | Phone w/ display | | 222 |
| 91 | 107813651 | Lucent | 8410D | Phone w/ display | | 1 |
| 92 | 8024S-GT | Comdial | Impact | Phone w/ display | | 8 |
| 93 | NT8B42AC-03 | Nortel Networks | M7324 | Phone w/ display | | 1 |
| 94 | 106927551 | Avaya | MLS-34D | Phone w/ display | | 1 |
| 95 | 141851601 REV E8 | Mitel | Superset 4021 | Phone w/ display | | 1 |
| 96 | NT8B27JAAA | Nortel Networks | T7316E | Phone w/ display | | 59 |
| 97 | 103431897 | Meridian | | Phone w/ display | | 1 |
| 98 | DKT2010-SD | Toshiba | | Phone w/ display | | 12 |
| 99 | F10B-0790-B001#1V | Fujitsu | | Phone w/ display | | 17 |
| 100 | 700203599 | Avaya | 2420 | Phone W/DISPLAY | | 1 |
| 101 | 108163924 | Avaya | 6408D+ | Phone W/DISPLAY | | 363 |
| 102 | 108236712 | Avaya | 7311H14E | Phone W/DISPLAY | | 44 |
| 103 | NTAK02BC | Nortel Networks | NTAK02BC | SDI/DCH | NNTM500883EX | 1 |
| 104 | 108716150 | Avaya | 302D1-A-03 | Secretary phone w/ display | | 2 |
| 105 | 108716176 | Avaya | 302D-A-323 | Secretary phone w/ display | | 3 |
| 106 | 108829599 | Avaya | 26C1-B-003 | Secretary phoneline switch | | 2 |
| 107 | 158141 | Avaya | MAP40P | Server | 03DR06150006 | 1 |
| 108 | 700241813 | Avaya | 103P1(28) | T1 Module | 041621048658 | 1 |
| 109 | 700241813 | Avaya | 103P1(28) | T1 Module | 041633346540 | 1 |
| 110 | 700241813 | Avaya | 103P1(28) | T1 Module | A31645352589 | 1 |
| 111 | 40-00179-00 | Avaya | 40-00179-00 | Telecom Server | 20401140038 | 1 |
| 112 | 700290273 | Avaya | PW9125 1000 | UPS | 042R07321308 | 1 |
| 113 | S9RM | Avaya | S9RM | UPS System | 042R03315438 | 1 |
| 114 | S9RM | Avaya | S9RM | UPS System | 042R03315437 | 1 |
| 115 | S9RM | Avaya | S9RM | UPS System | 042R01310786 | 1 |
| 116 | 107092116 | Avaya | MLS-12 | Phone w/ display | | 3 |
| 117 | | | | | | |
| 118 | | | | | Total | 156 |
| 119 | | | | | | |
| 120 | | | | | | |
| 121 | Telecom Phone System 2 | | | | | |
| 122 | 700229818 | Avaya | 103H5A(28) | Carrier Slot Unit | 061639205999 | 1 |
| 123 | 700316474 | Avaya | 509 | Partner ACS 509 Processor | 061628210351 | 1 |
| 124 | 700323207 | Avaya | Partner ACS | Partner Messaging | 061638209865 | 1 |
| 125 | 108098070 | Avaya | 103D9 | Partner ACS 400EC Module R3.1 | 061641407206 | 1 |
| 126 | Telecom Phone System 3 | | | | | |
| 127 | 700229818 | Avaya | 103H5A(28) | Carrier Slot Unit | 061637002424 | 1 |
| 128 | 700323207 | Avaya | Partner ACS | Partner Messaging | 061630404011 | 1 |
| 129 | 700316474 | Avaya | 509 | Partner ACS 509 Processor | 061622604320 | 1 |
| 130 | 108463001 | Avaya | 103G9(28) R3.0 | 308EC Module | 061637443053 | 1 |
| 131 | Telecom Phone System 4 | | | | | |
| 132 | NT7B53FA-93 | Nortel Networks | P0603173-01 | Norstar Modular ICS | NNTM8456HO40 | 1 |
| 133 | NT7B62FA-93 | Nortel Networks | P0844586-01 | POWER SUPPLY CARTRIDGE | NNTM8456HNJH | 1 |
| 134 | NTBB08GA-93 | Nortel Networks | P0882874 01 | Modular ICS NVRAM | NNTM8456G33R | 1 |
| 135 | NT7B75AAAE | Nortel Networks | 20040526 | GATC CLI TRI-MKT | NNTMENC50RY1 | 1 |
| 136 | NT7B75AAAE | Nortel Networks | 20040526 | GATC CLI TRI-MKT | NNTMENC50RWT | 1 |
| 137 | Telecom Phone System 5 | | | | | |
| 138 | NTBB20FB-93 | Nortel Networks | P0847515-01 | Trunk Module | NNTM8456HS9E | 1 |
| 139 | NT7B75AAAE | Nortel Networks | 20040526 | GATC CLI TRI-MKT | NNTMENC50WVD | 1 |
| 140 | | | | | | |
| 141 | | | | | | 15 |
| 142 | | | | | | |
| 143 | | | | | Total | 171 |
| | | | | Total Purchase Price | | $29,000.00 |