# EXHIBIT B

RLF1-3261890-1

Exhibit B - Buena Park Network Equipment Sale 3.3.08

| # | P/N | Make | Model | Description | Serial Number | Totals | Notes |
|---|---|---|---|---|---|---|---|
| 1 | CISCO1751 | Cisco | CISCO1751 | 10/100 Modular Access Router | JMX0713F0BZ | 1 | |
| 2 | CISCO1751 | Cisco | CISCO1751 | 10/100 Modular Access Router | JMX0713E0KP | 1 | |
| 3 | TFT5600 | Compaq | TFT5600 | 15" LCD Integrated Monitor & Keyboard | 9X39JTJ8J2D4 | 1 | |
| 4 | MCC16 | Raritan | 16 PORT KVM | 16 PORT KVM | BF88033 | 1 | |
| 5 | MCX16 | Raritan | 16 PORT KVM | 16 PORT KVM | BY76909 | 1 | |
| 6 | F1D116-OSD | Omni View PRO | F1D116-OSD | 16 PORT KVM | 3004100252 | 1 | |
| 7 | 1751 | Cisco | 1751 | 1700 SERIES ROUTER | JMX0526J1E9 | 1 | WIC 1DSU T1 Card Installed |
| 8 | 1751 | Cisco | 1751 | 1700 SERIES ROUTER | JMX0526J1ED | 1 | WIC 1DSU T1 Card Installed |
| 9 | 1751 | Cisco | 1751 | 1700 SERIES ROUTER | JMX0526J1EF | 1 | WIC 1DSU T1 Card Installed |
| 10 | 1751 | Cisco | 1751 | 1700 SERIES ROUTER | JMX0526J1ER | 1 | WIC 1DSU T1 Card Installed |
| 11 | 1751 | Cisco | 1751 | 1700 SERIES ROUTER | JMX0526J1F1 | 1 | WIC 1DSU T1 Card Installed |
| 12 | | APC | | 2 POST RACK W/ ETHERNET PATCH | | 1 | |
| 13 | | APC | | 2 POST RACK W/ ETHERNET PATCH | | 1 | |
| 14 | 245171-001 | APC | RACK 10622 22U PALLET ALL | 22U RACK | PR065705 | 1 | |
| 15 | WS-C2950-24 | Cisco | WS-C2950-24 | 24 Ports switch | FOC0729Y0QN | 1 | |
| 16 | WS-C2950-24 | Cisco | WS-C2950-24 | 24 Ports switch | FOC0729Z0CX | 1 | |
| 17 | 3660-MB-2FE | Cisco | High Speed Serial 1HSSI | 3600 SERIES | JMX0628K5RL | 1 | |
| 18 | P81040-A | Belkin | 4 PORT KVM SWITCH | 4 PORT KVM SWITCH | 3933340958 | 1 | |
| 19 | 34-1694-01 | Cisco | 4000W Power Supply | 4000W Power Supply | S0N06190056 | 1 | |
| 20 | 34-1694-01 | Cisco | 4000W Power Supply | 4000W Power Supply | S0N06190058 | 1 | |
| 21 | 34-1694-01 | Cisco | 4000W Power Supply | 4000W Power Supply | S0N06190082 | 1 | |
| 22 | 34-1694-01 | Cisco | 4000W Power Supply | 4000W Power Supply | S0N06190083 | 1 | |
| 23 | AR2100BLK | APC | AR2100BLK | 44U SERVER RACK | XN0218000292 | 1 | |
| 24 | WS-C2950G-48-EI | Cisco | 2950 | 48 PORT SWITCH | FOC0815Z0U7 | 1 | |
| 25 | 5150 | Sonance | 5150 | Amplifier | 9171400460150 | 1 | |
| 26 | 4000 | Cisco | 4000 | Catalyst 4000 Chassi | FOX06200021 | 1 | |
| 27 | 24AC1500C00 | Compaq | 300E | Clamshell | CVDAC1500352 | 1 | |
| 28 | TFT5600 | HP | TFT5600 RKM | Clamshell | 9X38JTJ8V163 | 1 | |
| 29 | TFT 5010 | Compaq | TFT 5010 | Clamshell Display / Key | 202BL72CY276 | 1 | |
| 30 | 224090-001 | Compaq | TFT5010 | Clamshell Monitor | 224BL72CP723 | 1 | |
| 31 | CE-510A-80GB-K9 | Cisco | 510 | Content Engine | KPGVV75 | 1 | |
| 32 | CE-510-K9 | Cisco | 510 | Content Engine | 78GK472 | 1 | |
| 33 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR051 | 1 | |
| 34 | CE-510-K9 | Cisco | 510 | Content Engine | 78GK469 | 1 | |
| 35 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR087 | 1 | |
| 36 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR095 | 1 | |
| 37 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR143 | 1 | |
| 38 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR154 | 1 | |
| 39 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR159 | 1 | |
| 40 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR233 | 1 | |
| 41 | CE-510-K9 | Cisco | 510 | Content Engine | KPVR273 | 1 | |
| 42 | CE-511-K9 | Cisco | 511 | Content Engine | KPCTN98 | 1 | |
| 43 | CE-511-K9 | Cisco | 511 | Content Engine | KPCTP33 | 1 | |
| 44 | CE-511-K9 | Cisco | 511 | Content Engine | KPCTP35 | 1 | |
| 45 | CE-511-K9 | Cisco | 511 | Content Engine | KPCTP68 | 1 | |
| 46 | CE-511-K9 | Cisco | 511 | Content Engine | KPCTP88 | 1 | |
| 47 | CE-511-K9 | Cisco | 511 | Content Engine | KPDNT40 | 1 | |
| 48 | CE-511-K9 | Cisco | 511 | Content Engine | KPDNT53 | 1 | |
| 49 | CE-511-K9 | Cisco | 511 | Content Engine | KPDNV31 | 1 | |
| 50 | CE-511-K9 | Cisco | 511 | Content Engine | KPVR214 | 1 | |
| 51 | CE-511-K9 | Cisco | 511 | Content Engine | KPCTP53 | 1 | |
| 52 | 95095 | BayTech | DS4-RPC | Data Switch/Power Control | 2210367705 | 1 | |
| 53 | 2651XM | Cisco | Cisco2651xm | Dual Feth Rtr-w/IOS IP S/W 4 | JMX0812L1Q2 | 1 | |
| 54 | 8671 | IBM | 8LX | E-Server X Series 235 | KPCWCT9 | 1 | |
| 55 | 47-10539-02 REV A0 | Cisco | PIX 506E | Firewall | 88810082690 | 1 | |
| 56 | 2650XM | Cisco | 2650XM | High Performance Modular Router | JMX0739L3J6 | 1 | |
| 57 | ISP1100 | Cisco | Secure IDS 4210 | Intrusion Detection Sensor | CCN1Q11 | 1 | |
| 58 | ISP1100 | Cisco | Secure IDS 4210 | Intrusion Detection Sensor | H1F5W01 | 1 | |
| 59 | F1DA104T | Belkin | F1DA104T | KVM Switch | 3033341305 | 1 | |
| 60 | F1DA108T | Belkin | F1DA108T | KVM Switch | 3045666372 | 1 | |
| 61 | 1202217L2 | Adtran | T3SU 300 | Network Monitor | DDS5RY3AAA | 1 | |
| 62 | DS 1014 | Dynasound | DS 1014 | Output Masking | 3021001 | 1 | |
| 63 | N/A | Ortronics | N/A | Patch Panels Rack (Enclosure) | N/A | 1 | |
| 64 | DS 1604 | Dynasound | DS 1604 | Power Amplifier | 4021018 | 1 | |
| 65 | PD-915R | Middle Atlantic Products | PD-915R | Power Center | 00126648 | 1 | |
| 66 | J3294A | HP | 6001 | ProCURVE 10/100 HUN | TW20400841 | 1 | |
| 67 | DL380 | Compaq | DL380 | Proliant Server | D334LDN1H450 | 1 | |
| 68 | DL380 | Compaq | DL380 | Proliant Server | EAT2LDN42G | 1 | |
| 69 | 227251-001 | HP | RIB/Lights-Out II US | RIB/Lights-Out II US | P43440HDA0FNAM | 1 | |
| 70 | 47-7144-01 | Cisco | CISCO1601 | Router | JMX0509J16H | 1 | |
| 71 | 47-7647-01 | Cisco | CISCO1751 | Router | FTX0916Z025 | 1 | |
| 72 | 47-7647-01 | Cisco | CISCO1751 | Router | JMX0526E0MZ | 1 | |
| 73 | 47-7647-01 | Cisco | CISCO1751 | Router | FTX1011W0BE | 1 | |
| 74 | 47-7647-01 | Cisco | CISCO1751 | Router | JMX0747U0RR | 1 | |
| 75 | 47-7647-01 | Cisco | CISCO1751 | Router | JMX0526E0N5 | 1 | |
| 76 | 47-7647-01 | Cisco | CISCO1751 | Router | JMX0526J1EF | 1 | |
| 77 | 47-7647-01 | Cisco | CISCO1751 | Router | JMX0738R3XL | 1 | |
| 78 | 47-7647-01 | Cisco | CISCO1751 | Router | JMX0804U0EE | 1 | |
| 79 | CISCO2650XM | Cisco | CISCO2650XM | Router 10/100 Modular Access | JMX0730L154 | 1 | |
| 80 | CISCO2650XM | Cisco | CISCO2650XM | Router 10/100 Modular Access | JMX0730L156 | 1 | |
| 81 | 293765-001 | Compaq | DL380 | Server | D239JZG2D720 | 1 | 4 - 73GB / 2 - 18GB |
| 82 | 293765-001 | Compaq | DL380 | Server | H0BULDN111 | 1 | 2 - 300GB / 2 - 73GB / 2 - 18GB |
| 83 | 45005151 | Xerox | MXP-01 | Server | L00082847 | 1 | |
| 84 | STL | Dell | PowerEdge 4350 | Server | 0XB3Q | 1 | 2 qty 18GB HDDs |
| 85 | 232098-001 | HP | Proliant DL380 | Server | D211JZG2K021 | 1 | 3 qty 36 4GB HDDs and 2 qty 18 2GB HDDs |
| 86 | 293765-001 | HP | Proliant DL380 G3 | Server | D341LJC1H60 | 1 | 4 qty 72 8GB HDDs and 2 qty 36 4GB HDDs |
| 87 | PR065694 | HP | 22U | Server Rack | N/A | 1 | |
| 88 | AR2805BLK | APC | 25U | Server Rack | MN05051C0069 | 1 | |
| 89 | Server Rack | Rittal | N/A | Server Rack | N/A | 1 | |
| 90 | 2621XM | Cisco | 2600 XM | Signaling Gateway Manager | JMX0802L2TC | 1 | |
| 91 | 2621XM | Cisco | 2600 XM | Signaling Gateway Manager | JMX0802L2TR | 1 | |
| 92 | 2621XM | Cisco | 2600 XM | Signaling Gateway Manager | JMX0802L48T | 1 | |
| 93 | 2621XM | Cisco | 2600 XM | Signaling Gateway Manager | JMX0813L1TU | 1 | |
| 94 | CISCO2610 | Cisco | CISCO2610 | Signaling Gateway Manager | SHN032606BB | 1 | |
| 95 | CISCO2621XM | Cisco | CISCO2621XM | Signaling Gateway Manager | JMX0802L2SW | 1 | |

Exhibit B - Buena Park Network Equipment Sale 3.3.08

| # | P/N | Make | Model | Description | Serial Number | Totals | Notes |
|---|---|---|---|---|---|---|---|
| 96 | CISCO2621XM | Cisco | CISCO2621XM | Signaling Gateway Manager | JMX0813L110 | 1 | |
| 97 | CISCO2621XM | Cisco | CISCO2621XM | Signaling Gateway Manager | JMX0802L46F | 1 | |
| 98 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0644L0TH | 1 | |
| 99 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0739L0DD | 1 | |
| 100 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0739L0FQ | 1 | |
| 101 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0753L0PL | 1 | |
| 102 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0644L0TS | 1 | |
| 103 | CISCO2650XM | Cisco | CISCO2650XM | Signaling Gateway Manager | JMX0702L9JR | 1 | |
| 104 | SU2200RMXL3U | APC | 2200XL | Smart UPS | QS0514212632 | 1 | |
| 105 | 2200RMXL3U | APC | 2200RMXL3U | Smart UPS 2200 XL | QS0405110153 | 1 | |
| 106 | 2200RMXL3U | APC | 2200RMXL3U | Smart UPS 2200 XL | QS0405110153 | 1 | |
| 107 | 2200RM3U | APC | 2200RM3U | Smart UPS 2200VA | QS0335210255 | 1 | |
| 108 | 2200RM3U | APC | 2200RM3U | Smart UPS 2200VA | QS0335210394 | 1 | |
| 109 | 2200RM3U | APC | 2200RM3U | Smart UPS 2200VA | QS0332110574 | 1 | |
| 110 | WS-X6K-S2U-MSFC2 | Cisco | Supervisor 2 | Supervisor 2 | SAL06251DPY | 1 | |
| 111 | WS-X6K-S2U-MSFC2 | Cisco | Supervisor 2 | Supervisor 2 | SAD06260118 | 1 | |
| 112 | J4887A | HP | Procurve Switch 4104GL | Switch | SG23601329 | 1 | |
| 113 | WS-C2924-XL-A | Cisco | Catalyst 2900 | Switch - 24port | FAB0344X0JR | 1 | |
| 114 | WS-C2950-24 | Cisco | Catalyst 2950 | Switch - 24port | FAB0601P2BL | 1 | |
| 115 | WS-C2950-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0808T0FY | 1 | |
| 116 | WS-C2950-24 | Cisco | Catalyst 2950 | Switch - 24port | FHK0615X2CW | 1 | |
| 117 | WS-C2950-24 | Cisco | Catalyst 2950 | Switch - 24port | FHK0728W0SG | 1 | |
| 118 | WS-C2950-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC1021Z33C | 1 | |
| 119 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0751Y0ZT | 1 | |
| 120 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0751Y14D | 1 | |
| 121 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0751Z1D1 | 1 | |
| 122 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0824X34J | 1 | |
| 123 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0752X13Q | 1 | |
| 124 | WS-C2950T-24 | Cisco | Catalyst 2950 | Switch - 24port | FOC0752W14B | 1 | |
| 125 | WS-C2950G-48-E1 | Cisco | Catalyst 2950 | Switch - 48port | FOC0836Y0P9 | 1 | |
| 126 | WS-X6500-SFM2 | Cisco | SWITCH FABRIC MODULE | SWITCH FABRIC MODULE | SAD0616043L | 1 | |
| 127 | WS-X6500-SFM2 | Cisco | SWITCH FABRIC MODULE | SWITCH FABRIC MODULE | SAD0616042L | 1 | |
| 128 | 3100213001 | StorageTek | L20 | Tape library | 460000104963 | 1 | |
| 129 | 58652 | Proxim | 301-27980-1 | Tsunami 100 wireless Ethernet Bridge | 90000479 | 1 | |
| 130 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | QS0323212498 | 1 | |
| 131 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | QS0323212505 | 1 | |
| 132 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | QS0323212530 | 1 | |
| 133 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | WS0248150901 | 1 | |
| 134 | SU2200RMXL3U | APC | 2200XL Smart UPS | UPS | XS0129002712 | 1 | |
| 135 | SU2200RMXLNET | APC | 2200XL Smart UPS | UPS | WS0203240098 | 1 | |
| 136 | SU2200RMXLNET | APC | 2200XL Smart UPS | UPS | WS0203240102 | 1 | |
| 137 | SU2200RMXLNET | APC | 2200XL Smart UPS | UPS | WS0214140543 | 1 | |
| 138 | SU2200RMXLNET | APC | 2200XL Smart UPS | UPS | WS0228150204 | 1 | |
| 139 | SUA3000RM2U | APC | 3000 Smart UPS | UPS | JS0423019724 | 1 | |
| 140 | SUA3000RM2U | APC | 3000 Smart UPS | UPS | YS0438121841 | 1 | |
| 141 | IBM1500 | IBM | eServer UPS 1500T | UPS | AS0341130037 | 1 | |
| 142 | IBM1500 | IBM | eServer UPS 1500T | UPS | AS0341130192 | 1 | |
| 143 | IBM1500 | IBM | eServer UPS 1500T | UPS | AS0341130391 | 1 | |
| 144 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0333000314AF031 | 1 | |
| 145 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0333000564AF031 | 1 | |
| 146 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0428000006AF031 | 1 | |
| 147 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0428000007AF031 | 1 | |
| 148 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0428000009AF031 | 1 | |
| 149 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0433400040AF031 | 1 | |
| 150 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0509900224AF031 | 1 | |
| 151 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0509900228AF031 | 1 | |
| 152 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0533400074AF031 | 1 | |
| 153 | GXT21000RT120 | Liebert | GXT 2 1000RT | UPS | 0533400078AF031 | 1 | |
| 154 | GXT2-1000RT120 | Liebert | GXT2 1000 | UPS | 0409300147AF031 | 1 | |
| 155 | GXT2-1000RT120 | Liebert | GXT2 1000 | UPS | 0409300149AF031 | 1 | |
| 156 | GXT2-1000RT120 | Liebert | GXT2 1000 | UPS | 0424300162AF031 | 1 | |
| 157 | GXT2-1000RT120 | Liebert | GXT2 1000 | UPS | 0424300163AF031 | 1 | |
| 158 | 90000607 | Minute Man | PRO 1100E | UPS | 3D56040200158 | 1 | |
| 159 | 90000607 | Minute Man | PRO 1100E | UPS | 3D56040500148 | 1 | |
| 160 | SU3000NET | APC | SU3000NET | UPS | QS0537111677 | 1 | |
| 161 | SU3000NET | APC | SU3000NET | UPS | YS0428210286 | 1 | |
| 162 | SUA1500 | APC | SUA1500 | UPS | AS0302230243 | 1 | |
| 163 | SUA1500 | APC | SUA1500 | UPS | AS0308130999 | 1 | |
| 164 | SUA1500RM2U | APC | SUA1500RM2U | UPS | AS0308310362 | 1 | |
| 165 | 5102938400 | MGE | UPS | UPS | 49BE44003 | 1 | |
| 166 | GXT2-1000RT120 | Liebert | GXT2-1000RT | UPS System | 0414500139AF031 | 1 | |
| 167 | GXT2-1000RT120 | Liebert | GXT2-1000RT | UPS System | 0414500140AF031 | 1 | |
| 168 | GXT2-1000RT120 | Liebert | GXT2-1000RT | UPS System | 0424300050AF031 | 1 | |
| 169 | 3660-MB-2FE | Cisco | High Speed Serial 1HSSI | WIC 1DSU T1 | JMX0628K5Q5 | 1 | |
| 170 | 8671 | IBM | 4AX | X Series 235 Server | DPDHX47 | 1 | |
| 171 | 8671 | IBM | 4AX | X Series 235 Server | KPDKZ33 | 1 | 6 - 37GB HDD'S |
| 172 | 8671 | IBM | 4HX | X Series 235 Server | KPDFV31 | 1 | 6 - 37GB HDD'S |
| 173 | 8671 | IBM | 4HX | X Series 235 Server | KPDXG32 | 1 | 6 - 74GB HDD'S |
| 174 | 8671 | IBM | 8LX | X Series 235 Server | KPCWCF7 | 1 | 6 - 74GB HDD'S |
| 175 | 8671 | IBM | 8LX | X Series 235 Server | KPCWCH3 | 1 | 6 - 74GB HDD'S |
| 176 | 8671 | IBM | 8LX | X Series 235 Server | KPCWCV1 | 1 | 6 - 74GB HDD'S |
| 177 | 8671 | IBM | 8LX | X Series 235 Server | KPCWCV5 | 1 | 6 - 74GB HDD'S |
| 178 | | | | | | | |
| 179 | | | | | Total | 177 | |
| 180 | | | | | | | |
| 181 | | | | | | | |
| 182 | Chassis 2 | | | | | | |
| 183 | WS-4506 | Cisco | Catalyst 4506 | Chassis | FOX08500534 | 1 | |
| 184 | | NOTE: All blades listed below are part of this chassis | | | | | |
| 185 | WS-X4013+ | Cisco | WS-X4013+ | Supervisor Engine II-Plus | JAE084818F1 | 1 | |
| 186 | 341-0038-03 A0 | Cisco | APS-195 | 1300W Power Supply | SNI0843ASX8 | 1 | |
| 187 | 341-0038-03 A0 | Cisco | APS-195 | 1300W Power Supply | SNI0846ARLX | 1 | |
| 188 | Chassis 3 | | | | | | |
| 189 | WS-C4500 | Cisco | 4506 | 4506 Chassis | FOX073301Q6 | 1 | |
| 190 | | NOTE: All blades listed below are part of this chassis | | | | | |

Exhibit B - Buena Park Network Equipment Sale 3.3.08

| | P/N | Make | Model | Description | Serial Number | Totals | Notes |
|---|---|---|---|---|---|---|---|
| 191 | WS-X4013 | Cisco | Supervisor II Engine | Supervisor II Engine | JAE07382A3T | 1 | |
| 192 | WS-X4148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE07341HPC | 1 | |
| 193 | WS-X4148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE073501S7 | 1 | |
| 194 | WS-X4148-RJ45V | Cisco | 48 PORT 10/100 SWITCH | 48 PORT 10/100 SWITCH | JAE0830QJK0 | 1 | |
| 195 | 341-0038-01 A0 | Cisco | | 1300W Power Supply | 1300W Power Supply | SNI0720AA4A | 1 | |
| 196 | 341-0038-01 A0 | Cisco | 1300W Power Supply | 1300W Power Supply | SNI0725AAL0 | 1 | |
| 197 | Chassis 4 | | | | | | |
| 198 | WS-C6506 | Cisco | WS-C6506 | Chassis | TBM06084687 | 1 | |
| 199 | | NOTE: All blades listed below are part of this chassis | | | | | |
| 200 | WS-X6K-SUP1A-2GE | Cisco | WS-X6K-SUP1A-2GE | Supervisor Engine | SAL0551FFRJ | 1 | |
| 201 | WS-X6K-SUP1A-2GE | Cisco | WS-X6K-SUP1A-2GE | Supervisor Engine | SAL08154NTY | 1 | |
| 202 | WS-X6348 | Cisco | WS-X6348 | 48port Switch | SAL06090G78 | 1 | |
| 203 | WS-X6348 | Cisco | WS-X6348 | 48port Switch | SAL06080BLB | 1 | |
| 204 | WS-X6348 | Cisco | WS-X6348 | 48port Switch | SAL045047C5 | 1 | |
| 205 | WS-X6148-RJ45V | Cisco | WS-X6148-RJ45V | 48port Switch | SAL082293QX | 1 | |
| | | | | | | 18 | |
| | | | | | Total | 195 | |

| Total Purchase Price | $ | 5,130.00 |
|---|---|---|