# EXHIBIT B

# Exhibit B - 350 Commerce General Office Equipment and Park Place Vehicles

|   | P/N | Make | Model | Description | Totals |
|---|---|---|---|---|---|
| 1 | 7560 | Toshiba | 7560 | Copier | 1 |
| 2 | B065-17 | Ricoh | Aficio 1075 | Copier | 1 |
| 3 | F132100 | Canon | NP6050 | Copier | 1 |
| 4 | Q5916A | HP | 9200C | Digital Sender | 1 |
| 5 | DP120F | Toshiba | DP120F | Fax Machine | 1 |
| 6 | DP125F | Toshiba | DP125F | Fax Machine | 1 |
| 7 | H12161 | Canon | LC3170 | Fax Machine | 2 |
| 8 | H12228 | Canon | LC710 | Fax Machine | 2 |
| 9 | H12013 | Canon | LC7500 | Fax Machine | 1 |
| 10 | H12067 | Canon | LC9500 | Fax Machine | 1 |
| 11 | TF831 | Toshiba | TF831 | Fax Machine | 3 |
| 12 | Q1334A | HP | 1300 | Printer - B/W | 1 |
| 13 | C4121A | HP | 4000TN | Printer - B/W | 1 |
| 14 | C8051A | HP | 4100TN | Printer - B/W | 5 |
| 15 | Q2427A | HP | 4200TN | Printer - B/W | 12 |
| 16 | Q5403A | HP | 4250DTN | Printer - B/W | 1 |
| 17 | Q5402A | HP | 4250TN | Printer - B/W | 1 |
| 18 | C3166A | HP | 5Si MX | Printer - B/W | 1 |
| 19 | C4087A | HP | 8000DN | Printer - B/W | 1 |
| 20 | C8521A | HP | 9000DN | Printer - B/W | 2 |
| 21 | C3662A | HP | 4600DN | Printer - Color | 2 |
| 22 | C3662A | HP | 4600DTN | Printer - Color | 1 |
| 23 | XG-MB70X | Sharp | XG-MB70X | Projector | 2 |
| 24 | M11039 | Canon | DR 3060 | Scanner | 2 |
| 25 | P9617D | HP | HP1502 | LCD 15in | 2 |
| 26 | L192R9 | NEC | LCD1960NXI | LCD 19in | 1 |
| 27 | LCD2060NX | NEC | LCD2060NX | LCD 20in | 6 |
| 28 | SDM-S53 | Sony | SDM-S53 | LCD 15in | 2 |
| 29 | SDM-S94 | Sony | SDM-S94 | LCD 19in | 1 |
| 30 |  |  |  | Office safe | 1 |
| 31 |  |  |  | Miscellaneous moving supplies | 1 |
| 32 | VIN # 1FTNS24L75HA25681 |  | 2005 Ford E250 | Cargo Van | 1 |
| 33 | VIN # 1FTDF1725WNA10340 |  | 1998 Ford F150 | Cargo pick up | 1 |

| Total Purchase Price | $15,250 |
|---|---|