## EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | **Chapter 11** |
|  | : |  |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : |  |
|  | : | **Jointly Administered** |
| Debtors. | : |  |
|  | : |  |
|  | : |  |

## ORDER APPROVING STIPULATION REGARDING
## RECLAMATION CLAIM OF KST DATA, INC.

Upon review and consideration of the Stipulation Regarding Reclamation Claim

of KST Data, Inc. (the "Stipulation"), and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Stipulation attached hereto as Exhibit A is

hereby approved.

Date: _____, 2008
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　THE HONORABLE KEVIN J. CAREY
　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc ), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan com, Anyloan com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R E.O. Corp , a California corporation; New Century R E O. II Corp., a California corporation; New Century R E.O. III Corp , a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Stalking Horse Bidders Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L P , a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

## EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | Case No. 07-10416 (KJC) |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | Jointly Administered |
| **Debtors.** | : | |
| | : | |

### STIPULATION REGARDING RECLAMATION CLAIM OF KST DATA, INC.

This stipulation ("Stipulation") is entered into by and among New Century Financial

Corporation, a Maryland corporation, New Century Mortgage Corporation, a California

corporation ("NCMC"), New Century TRS Holdings, Inc., a Delaware corporation, and their

direct and indirect subsidiaries, each as debtor and debtor in possession in the above-captioned

chapter 11 cases (collectively, "Debtors") and KST Data, Inc., a California corporation ("KST"),

through their duly authorized counsel.

### RECITALS

A.      The Debtors (except for New Century Warehouse Corporation ("NCW"))

commenced these cases (the "Chapter 11 Cases") by filing voluntary petitions under Title 11 of

the United States Code, 11 U.S.C. §§101-1532 (the "Bankruptcy Code"), on April 2, 2007 (the

"Petition Date") in the United States Bankruptcy Court for the District of Delaware (the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

"Bankruptcy Court").

      B.     NCMC and KST are parties to an agreement (the "Purchase Agreement") dated April 12, 2006, whereby NCMC could purchase computer equipment from KST under defined terms.

      C.     Between February 16, 2007 and April 1, 2007 (the "Reclamation Period"), the Debtors purchased from KST and KST delivered to the Debtors computer equipment (the "Equipment") pursuant to the Purchase Agreement.

      D.     On April 23, 2007, KST filed a "Notice of Reclamation Demand" [docket no. 366] (the "Reclamation Demand Notice"), attached to which was a letter (the "Reclamation Demand Letter") dated April 20, 2007 from KST's counsel to the Debtors' counsel demanding the immediate return of the Equipment pursuant to section 546(c) of the Bankruptcy Code and "applicable state law."

      E.     The Reclamation Demand Notice and the Reclamation Demand Letter together constitute a timely and valid reclamation demand under section 546(c) of the Bankruptcy Code, giving rise to and preserving KST's reclamation claim with respect to the Equipment (the "Reclamation Claim").

      F.     On May 31, 2007, each of the Debtors files its Schedules of Assets and Liabilities (the "Schedules"). KST was scheduled as having general unsecured claims against the Debtors' estates in the aggregate amount of $211,716.31, as follows: (i) NCMC in the amount of $176,598.54, (ii) Home123 Corporation ("Home123") in the amount of $31,453.52, and (iii) NC Capital Corporation ("NC Capital") in the amount of $3,664.25. None of the other Debtors listed KST on their Schedules.

      G.     Pursuant to the order dated June 28, 2007 establishing claims bar dates in the Chapter 11 Cases (except for the Chapter 11 Case of NCW), the deadline for KST to file a timely proof of claim against any of the Debtors aside from NCW was August 31, 2007.

      H.     As of the date of this Stipulation, KST has not filed a proof of claim against any of the Debtors, and KST has no claim against any of the Debtors other than NCMC, Home123,

and NC Capital.

I.      On July 31, 2007, KST provided to the Debtors invoices that itemize the Equipment sold and delivered to the Debtors during the Reclamation Period, which invoices include the amount for which KST sold each item constituting the Equipment to the Debtors (the "Purchase Price").

J.      On or about October 16, 2007, KST acknowledged the Purchase Price of the Equipment delivered to the Debtors during the Reclamation Period was $183,673.35.

K.      The aggregate Purchase Price of the Equipment identified, located, and segregated by the Debtors as of the date of this Stipulation (the "Segregated Equipment") is $97,230.36. A list of the Segregated Equipment, including a description, the serial number (if any), and Purchase Price of each item constituting the Segregated Equipment, is attached hereto as <u>Exhibit A</u>.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties to this Stipulation, through their respective counsel, as follows:

## AGREEMENT

1.      The recitals set forth in paragraphs A through K above are incorporated herein by this reference.

2.      In full and complete satisfaction of the Reclamation Claim, KST (a) shall have the right to reclaim the Segregated Equipment at its own expense within five business days after notice of entry of an order by the Bankruptcy Court approving this Stipulation, and (b) shall be granted allowed administrative expense claims against the estates of NCMC, Home123, and NC Capital pursuant to sections 503(b), 507(a)(2), and 546(c) of the Bankruptcy Code (collectively, the "Administrative Claims") in the aggregate amount of $86,442.99, which amount is the difference between the aggregate Purchase Price of the Equipment and the aggregate Purchase Price of the Segregated Equipment, <u>provided however</u> that the allowed amount of the Administrative Claims may be reduced as specified in paragraph 6 below.

3       Unless reduced as specified in paragraph 5 below, KST shall hold (i) an allowed

LA3:1140930 7

Administrative Claim against NCMC in the amount of $72,102.10 (the "NCMC Administrative Claim"); (ii) an allowed Administrative Claim against Home123 in the amount of $12,845.43 (the "Home123 Administrative Claim"); and (iii) an allowed Administrative Claim against NC Capital in the amount of $1,495.46 (the "NC Capital Administrative Claim").

    4.    The Administrative Claims shall be payable pursuant to the terms the plan(s) of liquidation or reorganization governing of the estates of NCMC, Home123, and NC Capital (the "Plan") and shall receive the same treatment under the Plan as is afforded to other administrative expense claims allowed pursuant to sections 503(b) and 507(a)(2) of the Bankruptcy Code.

    5.    KST shall not seek to compel the Debtors to make any payments on account of the Administrative Claims at a date earlier than that provided for in the Plan for the payment of other administrative expense claims allowed pursuant to sections 503(b) and 507(a)(2) of the Bankruptcy Code.

    6.    The Purchase Price of any Equipment identified, located, and segregated by the Debtors after the date of this Stipulation but prior to the effective date of the Plan ("Additional Segregated Equipment") shall be deducted from and shall reduce the allowed amount of the Administrative Claims, as follows: (i) 83.41% of the Purchase Price of the Additional Segregated Equipment shall be deducted from and shall reduce the NCMC Administrative Claim; (ii) 14.86% of the Purchase Price of the Additional Segregated Equipment shall be deducted from and shall reduce the Home123 Administrative Claim; and (iii) 1.73% of the Purchase Price of the Additional Segregated Equipment shall be deducted from and shall reduce the NC Capital Administrative Claim.

    7.    Within three business days of identifying, locating, and segregating any Additional Segregated Equipment, the Debtors shall notify KST that such Additional Segregated Equipment is available for KST to reclaim. The Additional Segregated Equipment shall be made available by the Debtors for KST to reclaim at its own expense with five business days of such notification.

    8.    In full and complete satisfaction of all claims against the Debtors other than the

LA3:1140930.7

Reclamation Claim, KST shall hold (i) an allowed general unsecured claim against NCMC in the amount of $23,390.63, (ii) an allowed general unsecured claim against Home123 in the amount of $4,116.71, and (iii) an allowed general unsecured claim against NC Capital in the amount of $485.14 (collectively, the "General Unsecured Claims").

9.    Except as provided herein, KST shall not assert any claims against the Debtors with respect to the Equipment or the Purchase Agreement.

10.    This Stipulation shall be effective and enforceable immediately upon approval by the Court, and any stay otherwise imposed by Federal Rule of Bankruptcy Procedure 4001(a) is hereby waived.

11.    The Debtors and KST hereby reserve their respective rights and defenses, including such other and further relief as necessary to enforce and implement the terms and provisions of this Stipulation.

12.    This Stipulation shall not be modified, altered, amended, or vacated without the prior written consent of all parties hereto. Any such modification, alteration, amendment, or vacation in whole or in part shall be subject to the approval of this Court.

13.    This Stipulation is the entire agreement between the parties with respect of the subject matter hereof, and may be signed in counterpart originals

**STIPULATED AND AGREED**

March 11
~~February~~ ___, 2008

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Andrew M. Parlen
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700
ATTORNEYS FOR DEBTORS AND DEBTORS
IN POSSESSION

AND

February 10 2008

_____
Christopher A. Ward
KLEHR, HARRISON, HARVEY, BRANZBURG
& ELLERS LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801
(302) 552-5512

-and-

Randall S. Leff
Eric W. Cheung
ERVIN, COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333
ATTORNEYS FOR KST DATA, INC.

# **EXHIBIT A**

KST Reclamation Items To Be Returned

| Description | Serial Number | Qty | Cost | Total | Invoice |
|---|---|---|---|---|---|
| IBM Keyboard | | 1 | $26.58 | $26.58 | 429443 |
| Laptop Lenovo - IBM T60 | L37R49L | 1 | $1,428.00 | $1,428.00 | 429751 |
| Printer Copier Fax HP 4345 MFP | CNJYF32399/CNBYF | 1 | $3,063.11 | $3,063.11 | 430278 |
| FPD 19 in Viewsonic LCD VX922 | PXU063731699 | 1 | $276.00 | $276.00 | 430326 |
| FPD 19 in Viewsonic LCD VX922 | PXU063732044 | 1 | $306.00 | $306.00 | 430786 |
| Laptop Lenovo - IBM T60 | L37R47B | 1 | $1,428.00 | $1,428.00 | 430892 |
| Docking Station Lenovo Series | M105MHM | 1 | $115.00 | $115.00 | 430892 |
| Laptop Lenovo - IBM T60 | L37D38M | 1 | $1,428.00 | $1,428.00 | 430893 |
| Laptop Lenovo - IBM T60 | L37F21G | 1 | $1,428.00 | $1,428.00 | 430894 |
| Docking Station Lenovo Series | M105MKH | 1 | $115.00 | $115.00 | 430894 |
| Laptop Lenovo - IBM T60 | L37F98W | 1 | $1,428.00 | $1,428.00 | 430895 |
| Docking Station Lenovo Series | M105MJV | 1 | $115.00 | $115.00 | 430895 |
| Laptop Lenovo - IBM T60 | L37B53H | 1 | $1,428.00 | $1,428.00 | 430896 |
| Laptop Lenovo - IBM T60 | L37B54H | 1 | $1,428.00 | $1,428.00 | 430897 |
| HP Proliant BL465c Server Blade | USE7083D73 | 1 | $1,250.00 | $1,250.00 | 431114 |
| HP Proliant BL465c Server Blade | USE7083D72 | 1 | $1,250.00 | $1,250.00 | 431114 |
| HP Proliant BL465c Server Blade | USE7083D78 | 1 | $1,250.00 | $1,250.00 | 431114 |
| HP Proliant BL465c Server Blade | USE7083D79 | 1 | $1,250.00 | $1,250.00 | 431114 |
| HP Proliant BL465c Server Blade | USE7083D70 | 1 | $1,250.00 | $1,250.00 | 431114 |
| HP Proliant BL465c Server Blade | USE7083D6Y | 1 | $1,250.00 | $1,250.00 | 431114 |
| HP Proliant BL465c Server Blade | USE7083D71 | 1 | $1,250.00 | $1,250.00 | 431114 |
| HP Proliant BL465c Server Blade | USE7083D76 | 1 | $1,250.00 | $1,250.00 | 431114 |
| HP Proliant BL465c Server Blade | USE7083D74 | 1 | $1,250.00 | $1,250.00 | 431114 |
| HP Proliant BL465c Server Blade | USE7083D77 | 1 | $1,250.00 | $1,250.00 | 431114 |
| HP Proliant BL465c Server Blade | USE7083D75 | 1 | $1,250.00 | $1,250.00 | 431114 |
| HP c7000 Enclosure Power Supp | 5A22B0DHLTW283 | 1 | $209.00 | $209.00 | 431114 |
| HP c7000 Enclosure Power Supp | 5A22B0DHLTW28C | 1 | $209.00 | $209.00 | 431114 |
| HP c7000 Enclosure Power Supp | 5A22B0DHLTW284 | 1 | $209.00 | $209.00 | 431114 |
| HP c7000 Enclosure Power Supp | 5A22B0DHLTW28D | 1 | $209.00 | $209.00 | 431114 |
| HP c7000 Enclosure Power Supp | 5A22B0DHLTW28F | 1 | $209.00 | $209.00 | 431114 |
| HP c7000 Enclosure Power Supp | 5A22B0DHLTW28E | 1 | $209.00 | $209.00 | 431114 |
| AME Opteron Processor 2216 2.6 | | 22 | $800.00 | $17,600.00 | 431114 |
| HP 2 GB Reg PC2-5300 2x1GB 1 Ram | | 22 | $413.00 | $9,086.00 | 431114 |
| HP 36 GB Hot Plug 2.5 SAS 10K | | 22 | $221.00 | $4,862.00 | 431114 |
| HP128MB cache upgrade Smart A | | 11 | $118.00 | $1,298.00 | 431114 |
| HP BLc7000 Enclosure Model X | | 1 | $2,830.00 | $2,830.00 | 431114 |
| HP BLc7000 Single Phase Power | | 1 | $143.00 | $143.00 | 431114 |
| HP Active Cool Fan Option Kit | | 10 | $128.00 | $1,280.00 | 431114 |
| HP BLc7000 Encl Mgmt Module Op | | 1 | $651.00 | $651.00 | 431114 |
| Cisco Catalyst Blade Switch 30 | | 2 | $3,732.00 | $7,464.00 | 431114 |
| Laptop Lenovo - IBM T60 | L37R47G | 1 | $1,428.00 | $1,428.00 | 431132 |
| Docking Station Lenovo Series | M103ZDD | 1 | $115.00 | $115.00 | 431132 |
| Laptop Lenovo - IBM T60 | L37B54Z | 1 | $1,428.00 | $1,428.00 | 431256 |
| Laptop Lenovo - IBM T60 | L36V67C | 1 | $1,428.00 | $1,428.00 | 431257 |
| FPD 19 in Viewsonic LCD VX922 | PXU063731682 | 1 | $276.00 | $276.00 | 431421 |
| Laptop Lenovo - IBM T60 | L36Y29C | 1 | $1,428.00 | $1,428.00 | 431431 |
| Laptop Lenovo - IBM T60 | L36V67M | 1 | $1,428.00 | $1,428.00 | 431432 |
| Docking Station Lenovo Series | M103ZD1 | 1 | $115.00 | $115.00 | 431432 |
| Laptop Lenovo - IBM T60 | L36V87A | 1 | $1,428.00 | $1,428.00 | 431553 |
| Docking Station Lenovo Series | M106NAX | 1 | $115.00 | $115.00 | 431553 |
| Laptop Lenovo - IBM T60 | L37B55M | 1 | $1,428.00 | $1,428.00 | 431554 |
| Laptop Lenovo - IBM T60 | L37B52H | 1 | $1,428.00 | $1,428.00 | 431555 |
| HP BLC 4GB Fibre Channel Pass | | 1 | $4,327.92 | $4,327.92 | 431881 |
| Laptop Lenovo - IBM T60 | L36W16G | 1 | $1,428.00 | $1,428.00 | 432006 |
| Docking Station Lenovo Series | M106NRC | 1 | $115.00 | $115.00 | 432006 |
| Laptop Lenovo - IBM T60 | L37R46Y | 1 | $1,428.00 | $1,428.00 | 432007 |
| Docking Station Lenovo Series | M106NS7 | 1 | $115.00 | $115.00 | 432069 |
| Monitor Stand | | 2 | $54.06 | $108.12 | 429443; 430786 |
| Targus laptop Bag | | 23 | $76.50 | $1,759.50 | 429751 (4); 430786; 430796; 430892; 430893; 430894; 430895; 430896; 430897; 431037; 431132; 431256; 431257; 431431; 431432; 431555; 432006; 432007 |
| Cable Locks | | 22 | $28.05 | $617.10 | 429751 (4); 430796; 430892; 430893; 430894; 430895; 430896; 430897; 431037; 431132; 431256; 431257; 431431; 431432; 431553; 431554; 431555; 432006; 432007 |
| Surge Protectors | | 21 | $16.19 | $339.99 | 430316; 430337; 430790 (3); 430792; 430840 (3); 431036; 431040; 431256; 431266; 431267; 431268; 431418; 431419; 431420; 431421; 431570; 431571 |
| IBM Mouse | | 13 | $18.36 | $238.68 | 430552; 429443; 430786; 430894; 430895; 430896; 430897; 431257; 431431; 431554; 431555; 432006; 432007; |

KST Reclamation Items To Be Returned

| IBM Laptop AC Adaptor | | 3 | $35.70 | $107.10 | 430796; 430896; 431037; |  |
|---|---|---|---|---|---|---|
| Laptop battery | | 3 | $123.42 | $370.26 | 430796; 431037; 431431 |  |
| | Total Value of Goods | | | $97,230.36 | | |