**EXHIBIT A**

8th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Amended Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Allen Walker<br>1512 Charleston Ln<br>Loveland, OH 45140 | 07-10416 | 1242 | $0.00 | $0.00 | $44,000.00 | $0.00 | $44,000.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Alvin E Schell<br>1702 Best Tree Ct<br>Granbury, TX 76049 | 07-10416 | 770 | $0.00 | $0.00 | $4,045.00 | $0.00 | $4,045.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Alyse Zahi Raffdi<br>2475 Heavenly Way<br>Corona, CA 92883 | 07-10416 | 3110 | $5,221.35 | $0.00 | $1,141.50 | $176.70 | $6,539.95 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Andrea Kehres<br>118 Spaulding Rd<br>New Caney, TX 77357 | 07-10416 | 1081 | $0.00 | $0.00 | $10,020.00 | $0.00 | $10,020.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Antonio James Garbani<br>13 Cheyenne<br>Irvine, CA 92604 | 07-10427 | 2998 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Ardencroft Association<br>255 Plymouth Rd<br>Wilmington, DE 19803 | 07-10419 | 3269 | $1,682.72 | $0.00 | $0.00 | $0.00 | $1,682.72 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Benson Darek Rosa<br>2331 N Hathaway St<br>Santa Ana, CA 92705 | 07-10419 | 1136 | $0.00 | $0.00 | $3,309.76 | $0.00 | $3,309.76 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Berlin Township<br>1875 W Peck Lake Rd<br>Ionia, MI 48846 | 07-10416 | 813 | $0.00 | $0.00 | $100.00 | $0.00 | $100.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Blue Lorene Knox<br>13611 Belle Rive<br>Santa Ana, CA 92705 | 07-10421 | 778 | $0.00 | $0.00 | $28,358.00 | $0.00 | $28,358.25 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |

To Be Expunged Claim Amount

Page 1

8th Omnibus Objection

**Amended Exhibit A**
**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Boscobel Town<br>5358 Cty Hwy Ms<br>Boscobel, WI 53805 | 07-10416 | 1834 | $0.00 | $0.00 | $51.93 | $0.00 | $51.93 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Brad Sursabal<br>3053 Rancho Vista Blvd Ste H206<br>Palmdale, CA 93551 | 07-10417 | 319 | $0.00 | $0.00 | $1,690.44 | $0.00 | $1,690.44 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Brenda L Johnson<br>3999 Farquhar Ave<br>Los Alamitos, CA 90720 | 07-10416 | 2347 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Buffalo County<br>407 S Main St<br>Alma, WI 54610 | 07-10419 | 2143 | $837.96 | $0.00 | $0.00 | $0.00 | $837.96 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Carolyn Ann Elariu<br>26046 Bay Ave<br>Moreno Valley, CA 92555 | 07-10416 | 848 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Century Mortgage Services Llc<br>8237 Swinnea Rd Ste 1<br>Southaven, MS 38671 | 07-10416 | 2289 | $0.00 | $0.00 | $3,339.00 | $0.00 | $3,339.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Charles Price<br>205 15th St Apt No 3<br>Huntington Beach, CA 92548 | 07-10419 | 2987 | $0.00 | $0.00 | $4,822.91 | $0.00 | $4,822.91 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Christina L Dolen<br>11890 Trail Ct<br>Parker, CO 80134-4152 | 07-10416 | 1356 | $0.00 | $0.00 | $4,500.00 | $0.00 | $4,500.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| City Of Las Vegas<br>400 Stewart Ave 9th Fl<br>Las Vegas, NV 89101 | 07-10416 | 1690 | $0.00 | $0.00 | $1,259.05 | $0.00 | $1,259.05 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |

Page 2

8th Omnibus Objection

## Amended Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Clayton, Susan Marie<br>15300 Thistle St<br>Fontana, CA 92336 | 07-10421 | 845 | $0.00 | $0.00 | $2,642.00 | $0.00 | $2,642.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Columbia County Tax Collector<br>135 Ne Hernando Ave Ste 125<br>Lake City, FL 32055 | 07-10419 | 2380 | $3,617.60 | $0.00 | $0.00 | $0.00 | $3,617.60 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Cure Thuy<br>9962 Bixby Circle<br>Villa Pk, CA 92861 | 07-10419 | 2462 | $0.00 | $0.00 | $12,639.47 | $0.00 | $12,639.47 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| David Scott Edmunds<br>13 Henley Dr<br>Laguna Niguel, CA 92677 | 07-10416 | 1393 | $0.00 | $0.00 | $35,000.00 | $0.00 | $35,000.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| David Shiloe<br>45 Beecher Ave<br>Shelton, CT 06484 | 07-10417 | 61 | $0.00 | $0.00 | $134.00 | $0.00 | $134.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Delaware County<br>PO Box 27<br>Manchester, IA 52057 | 07-10416 | 1997 | $0.00 | $0.00 | $6,112.00 | $0.00 | $6,112.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Deno La Taisha Renee<br>5625 Watercrest Dr<br>Bonita, CA 91902 | 07-10419 | 1110 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Department of Labor and Industries<br>PO Box 4170<br>Olympia, WA 98504-4170 | 07-10417 | 569 | $0.00 | $0.00 | $3,821.18 | $0.00 | $3,821.18 |
| Comments: | The Debtors have filed the requisite tax returns | | | | | | |
| Devinney, Russell Keith<br>16660 S Bradley Rd<br>Oregon City, OR 97045 | 07-10421 | 1213 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |

8th Omnibus Objection

**Amended Exhibit A**
**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Dos Vienna Mortgage Inc<br>925 Broadbeck Dr 205<br>Thousand Oaks, CA 91320 | 07-10419 | 797 | $0.00 | $0.00 | $9,776.00 | $0.00 | $9,776.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Edith M Blackburn<br>943 Snow Dr<br>Martinez, CA 94553 | 07-10416 | 1034 | $0.00 | $0.00 | $17,500.00 | $0.00 | $17,500.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Edwards Rebecca E<br>3750 Luther Hall Rd<br>Powder Springs, GA 30127 | 07-10419 | 1831 | $0.00 | $0.00 | $692.28 | $0.00 | $692.28 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| El Paso County Treasurer<br>PO Box 2007<br>Colorado Springs, CO 80901-2007 | 07-10419 | 1960 | $2,418.84 | $0.00 | $0.00 | $0.00 | $2,418.84 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Elizabeth J Anderson<br>2521 92nd Pl Se<br>Everett, WA 98208 | 07-10421 | 1395 | $0.00 | $0.00 | $7,881.93 | $0.00 | $7,881.93 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Erika Carpenter<br>2020 Fullerton Ave<br>Costa Mesa, CA 92627 | 07-10419 | 1637 | $0.00 | $0.00 | $0.00 | $10,154.00 | $10,154.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Erin E Conroy<br>167 E 67th St Apt 5F<br>New York, NY 10021 | 07-10420 | 632 | $0.00 | $0.00 | $10,950.00 | $9,050.00 | $20,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Farmington Town<br>1 Monteith Dr Town Hall<br>Farmington, CT 06032 | 07-10416 | 1667 | $0.00 | $0.00 | $159.59 | $0.00 | $159.59 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Francis Michelle A<br>28474 Yosemite Dr<br>Portola Hills, CA 92679 | 07-10419 | 836 | $0.00 | $0.00 | $3,015.00 | $0.00 | $3,014.91 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

To Be Expunged Claim Amount

8th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Amended Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Fresno County Tax Collector<br>PO Box 1192<br>Fresno, CA 93715-1192 | 07-10419 | 3340 | $1,221.93 | $0.00 | $0.00 | $0.00 | $1,221.93 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the loan was paid in full on June 30, 2005 | | | | | | |
| Fulton County Treasurer<br>152 S Fulton Ste 155<br>Wauseon, OH 43567 | 07-10416 | 3323 | $0.00 | $0.00 | $915.70 | $0.00 | $915.70 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| Gerald P Scipone<br>19 Eastwood<br>Ladera Ranch, CA 92694 | 07-10416 | 2203 | $0.00 | $0.00 | $11,423.08 | $0.00 | $11,423.08 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Geryk Patti<br>7639 Weatherhill<br>Houston, TX 77041 | 07-10421 | 1157 | $0.00 | $0.00 | $880.00 | $0.00 | $880.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Giorgio Salvatore Castagna<br>2992 Eastburn Rd<br>Broomall, PA 19008 | 07-10421 | 1154 | $0.00 | $0.00 | $8,000.00 | $0.00 | $8,000.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Greg Easter Appraisals Llc<br>PO Box 360685<br>Birmingham, AL 35236 | 07-10421 | 895 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Grizzard Jamie R<br>2117 Chaparral Way<br>Stockton, CA 95209 | 07-10419 | 1218 | $0.00 | $0.00 | $4,315.38 | $0.00 | $4,315.38 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Hennepin<br>A600 Government Ctr 300 S 6th St<br>Minneapolis, MN 55487 | 07-10419 | 3322 | $1,483.48 | $0.00 | $0.00 | $0.00 | $1,483.48 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | |
| Herson Town<br>PO Box 6300<br>Hermon, ME 04402 | 07-10419 | 1833 | $7,468.68 | $0.00 | $0.00 | $319,600.00 | $327,068.68 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

8th Omnibus Objection

# Amended Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Idaho State Tax Commission<br>PO Box 36<br>Boise, ID 83722 | 07-10419 | 366 | $0.00 | $0.00 | $50,000.00 | $0.00 | $50,000.00 |
| Comments: | The Debtors have filed the requisite tax returns | | | | | | |
| Taharvey D Johnson<br>4644 Fallow Ct<br>Antioch, CA 94531 | 07-10416 | 3266 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Janine Tang<br>19818 Falcon Crest Court<br>Porter Ranch, CA 91326 | 07-10416 | 1390 | $0.00 | $0.00 | $139,000.00 | $0.00 | $139,000.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Jefferson County Treasurer<br>100 Jefferson County Pkwy<br>Golden, CO 80419 | 07-10416 | 1920 | $0.00 | $0.00 | $0.00 | $11,366.13 | $11,366.13 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | |
| John C Wright<br>1214 Lindfield Ln<br>Houston, TX 77073 | 07-10416 | 2048 | $0.00 | $0.00 | $10,950.00 | $4,493.95 | $15,443.95 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Juarez Vincent<br>3485 Goldeneagle Dr<br>Corona, CA 92879 | 07-10419 | 1359 | $0.00 | $0.00 | $15,950.00 | $0.00 | $15,950.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Karen Lee Fox<br>5612 Rockwell Drive<br>Bakersfield, CA 93308 | 07-10421 | 3140 | $0.00 | $0.00 | $2,891.00 | $0.00 | $2,891.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Kelley Goldsmith<br>334 Sadie Douglas<br>Shreveport, LA 71106 | 07-10417 | 449 | $0.00 | $0.00 | $15,089.00 | $0.00 | $15,089.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Kimberlee A Tootoo<br>9937 Tamarack Landing Way<br>Las Vegas, NV 89117 | 07-10421 | 18 | $0.00 | $0.00 | $3,602.07 | $0.00 | $3,602.07 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |

**8th Omnibus Objection**

**Amended Exhibit A**
**Books and Records - Ordered**

In re: New Century TRS Holdgs, Inc., et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Kirsch Sandra M<br>20306 Hickory Wind Dr<br>Humble, TX 77346 | 07-10421 | 1673 | $0.00 | $0.00 | $0.00 | $12,927.00 | $12,927.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lafonsheck Corp Retirement Plan<br>1943 N Burling St<br>Chicago, IL | 07-10417 | 1755 | $0.00 | $0.00 | $135,373.68 | $0.00 | $135,373.68 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lara D Murphy<br>10872 W High Rock Dr<br>Boise, ID 83709 | 07-10416 | 1014 | $0.00 | $0.00 | $241.80 | $0.00 | $241.80 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lavey Christine Mignon<br>240382 Gianrami Bay<br>Dana Point, CA 92629 | 07-10419 | 1544 | $0.00 | $0.00 | $2,542.40 | $0.00 | $2,542.40 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Leda Kelly Barbosa<br>6220 Agate Ave NW<br>Albuquerque, NM 87120 | 07-10421 | 1415 | $0.00 | $0.00 | $12,978.00 | $0.00 | $12,978.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lee County Tax Collector<br>PO Box 850<br>Fort Myers, FL 33902-0850 | 07-10416 | 3334 | $1,533.07 | $0.00 | $0.00 | $0.00 | $1,533.07 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Lilly Knetta D<br>7838 Greenedge Dr<br>Houston, TX 77040 | 07-10421 | 1258 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lometa Mech Fed<br>600 Jefferson Ste 780<br>Houston, TX 77002 | 07-10419 | 3268 | $731.17 | $0.00 | $0.00 | $0.00 | $731.17 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Lutwin Lois F<br>23310 Alora Dr<br>Boca Raton, FL 33433 | 07-10416 | 3214 | $0.00 | $0.00 | $10,700.44 | $0.00 | $10,700.44 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

8th Omnibus Objection

## Amended Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdigs, Inc., et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount ||||  Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Lyles Ceria<br>8410 Laurel Trails Dr<br>Houston, TX 77095 | 07-10421 | 2243 | $0.00 | $0.00 | $5,836.92 | $0.00 | $5,836.92 |
| Comments: The Debtors have no record of this liability in their Books and Records |||||||||
| Marilyn E Wood Revenue Commissioner<br>PO Box 1169<br>Mobile, AL 36633-1169 | 07-10419 | 414 | $408.94 | $0.00 | $0.00 | $0.00 | $408.94 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors |||||||||
| Martha Moreland<br>2668 County Rd 506<br>Brazoria, TX 77422 | 07-10416 | 1170 | $0.00 | $0.00 | $9,375.00 | $0.00 | $9,375.00 |
| Comments: The Debtors have no record of this liability in their Books and Records |||||||||
| Merrimac Town<br>PO Box 115<br>Merrimac, WI 53561 | 07-10416 | 2046 | $0.00 | $0.00 | $758.54 | $0.00 | $758.54 |
| Comments: The Debtors have no record of this liability in their Books and Records |||||||||
| Metropolitan Government Trustee<br>PO Box 196300<br>Nashville, TN 37219-6300 | 07-10419 | 571 | $2,387.49 | $0.00 | $0.00 | $0.00 | $2,387.49 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors |||||||||
| Michael McKinney<br>68 Rockport<br>Irvine, CA 92602 | 07-10417 | 266 | $0.00 | $0.00 | $9,556.34 | $0.00 | $9,556.34 |
| Comments: The Debtors have no record of this liability in their Books and Records |||||||||
| Michelle L Cullinen<br>23 Celano<br>Laguna Niguel, CA 92677 | 07-10419 | 1335 | $0.00 | $0.00 | $28,600.00 | $0.00 | $28,600.00 |
| Comments: The Debtors have no record of this liability in their Books and Records |||||||||
| Monterey County Tax Collector<br>PO Box 891<br>Salinas, CA 93902-0891 | 07-10419 | 2106 | $7,413.59 | $0.00 | $0.00 | $0.00 | $7,413.59 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors |||||||||
| Mortgage Plus Funding Inc<br>2001 Butterfield Rd Ste 1115<br>Downers Grove, IL 60515 | 07-10416 | 55 | $202,968.41 | $0.00 | $0.00 | $0.00 | $202,968.41 |
| Comments: The Debtors have no record of this liability in their Books and Records |||||||||

8th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Amended Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Mortgage Plus Funding Inc 2001 Butterfield Rd Ste 1115 Downers Grove, IL 60515 | 07-10416 | 58 | $50,166.93 | $0.00 | $0.00 | $0.00 | $50,166.93 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Mortgage Plus Funding Inc 2001 Butterfield Rd Ste 1115 Downers Grove, IL 60515 | 07-10416 | 91 | $272,137.61 | $0.00 | $0.00 | $0.00 | $272,137.61 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Muskingum County 401 Main St Rm 240 Zanesville, OH 43701 | 07-10416 | 1433 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Nancy A Shaeffer 1802 W Maryland Ave No 2003 Phoenix, AZ 85015 | 07-10417 | 299 | $0.00 | $0.00 | $8,138.14 | $0.00 | $8,138.14 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Nichols Cindy A 22031 Grass Valley Mission Viejo, CA 92692 | 07-10419 | 1819 | $0.00 | $0.00 | $29,458.68 | $0.00 | $29,458.68 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Patricia D Norton 818 Marcella St Houston, TX 77091-5500 | 07-10417 | 497 | $0.00 | $0.00 | $16,478.00 | $0.00 | $16,478.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Patrick Purcell 623 Blueridge Dr Shenandoah, TX 77381 | 07-10416 | 1551 | $0.00 | $0.00 | $9,709.00 | $0.00 | $9,709.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Patti Geryk 7619 Weatherhill Houston, TX 77041 | 07-10416 | 567 | $0.00 | $0.00 | $6,142.80 | $0.00 | $6,142.80 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Paul H Porter 11709 Copper Trails Ln Oklahoma City, OK 73170 | 07-10416 | 1446 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

**In re: New Century TRS Holdings, Inc. et al.**
Case No.07-10416 (KJC)

8th Omnibus Objection

## Amended Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Paul Sebyoun<br>3220 Jonah Dr<br>Cocoma, CA 92882 | 07-10419 | 2532 | $0.00 | $0.00 | $10,576.00 | $0.00 | $10,576.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Philipsburg Town<br>1042 Main Rd<br>Philipsburg, ME 04562 | 07-10416 | 1059 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated and not serviced by the Debtors | | | | | | | |
| Pecosi Town<br>7196 Sauge Rd<br>Lancaster, WI 53813 | 07-10416 | 1646 | $0.00 | $0.00 | $0.00 | $31,457.30 | $31,457.30 |
| Comments: The Debtors have filed the requisite tax returns | | | | | | | |
| Pulaski County<br>Treasurer PO Box 430<br>Little Rock, AR 72203 | 07-10416 | 2130 | $0.00 | $0.00 | $1,192.51 | $0.00 | $1,192.51 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Randall E Lightbody<br>6502 Centre Place Cir<br>Spring, TX 77379 | 07-10419 | 44 | $0.00 | $0.00 | $75,000.00 | $0.00 | $75,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Revenue Collector<br>PO Box 6000<br>Davidson, CT 06239 | 07-10419 | 338 | $914.70 | $0.00 | $0.00 | $0.00 | $914.70 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |
| Richard Pasquini<br>4642 Calle San Juan<br>Newbury Park, CA 91320 | 07-10417 | 31 | $0.00 | $0.00 | $30,080.00 | $0.00 | $30,080.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Riverside County Treasurer Tax Collector<br>PO Box 12005<br>Riverside, CA 92502-2205 | 07-10429 | 3251 | $982.89 | $0.00 | $0.00 | $0.00 | $982.89 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Riverside County Treasurer Tax Collector<br>PO Box 12005<br>Riverside, CA 92502-2205 | 07-10419 | 1912 | $49,719.31 | $0.00 | $0.00 | $0.00 | $49,719.31 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | | | | |

8th Omnibus Objection

## Amended Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Riverside County Treasurer Tax Collector<br>PO Box 12005<br>Riverside, CA 92502-2205 | 07-10429 | 1911 | $982.89 | $0.00 | $0.00 | $0.00 | $982.89 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Roach Rebecca Lynn<br>824 Ridgeview Dr<br>Eagle Point, OR 97524 | 07-10421 | 1272 | $0.00 | $0.00 | $4,140.72 | $0.00 | $4,140.72 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Robert C Coleman<br>75 Waterloo Circle<br>Dover, NH 03820 | 07-10416 | 1144 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Rockbridge County<br>PO Box 784<br>Lexington, VA 24450 | 07-10416 | 1671 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Rogers City City<br>193 E Michigan<br>Rogers City, MI 49779 | 07-10416 | 1201 | $2,373.27 | $0.00 | $0.00 | $0.00 | $2,373.27 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Sanders Meriann J<br>127 Oak Valley Dr<br>Springhill, TN 37174 | 07-10421 | 1514 | $0.00 | $0.00 | $1,269.23 | $0.00 | $1,269.23 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Saxby Amber E<br>1600 Kirkland Ct SE<br>Renton, WA 98058 | 07-10421 | 1720 | $0.00 | $0.00 | $970.00 | $0.00 | $970.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Schiavo Stephen B<br>6 West Main St Apt 4<br>Westborough, MA 01581 | 07-10425 | 1510 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Sapione Gerald P<br>28936 Boleada<br>Mission Viejo, CA 92692 | 07-10419 | 2241 | $0.00 | $0.00 | $11,423.08 | $0.00 | $11,423.08 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

8th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Amended Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Sec Of State Dept Of Business Svcs<br>Room 357 Howlett Building<br>Springfield, IL 62756 | 07-10419 | 2071 | $0.00 | $0.00 | $49,465.93 | $0.00 | $49,465.93 |
| Comments: | | | The Debtors have filed the requisite tax returns | | | | |
| Secretary Of State State Of Illinois<br>Room 351 Howlett Building<br>Springfield, IL 62756 | 07-10422 | 2069 | $0.00 | $0.00 | $3,405.00 | $0.00 | $3,405.00 |
| Comments: | | | The Debtors have filed the requisite tax returns | | | | |
| Shelby County Trustee<br>PO Box 2751<br>Memphis, TN 38101-2751 | 07-10419 | 2180 | $2,637.31 | $0.00 | $0.00 | $0.00 | $2,637.31 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Solano County Tax Collector<br>675 Texas St<br>Fairfield, CA 94533 | 07-10419 | 1864 | $11,970.41 | $0.00 | $0.00 | $0.00 | $11,970.41 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Springfield City<br>601 Ave A<br>Springfield, MI 49015 | 07-10416 | 1293 | $0.00 | $0.00 | $2,012.58 | $118.29 | $2,130.87 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Stacy Beitel<br>1222 Delaware St<br>Huntington Beach, CA 92648 | 07-10419 | 1651 | $0.00 | $0.00 | $0.00 | $10,852.00 | $10,852.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Stanislaus County Tax Collector<br>PO Box 859<br>Modesto, CA 95353 | 07-10416 | 3319 | $13,762.71 | $0.00 | $0.00 | $0.00 | $13,762.71 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Stanislaus County Tax Collector<br>PO Box 859<br>Modesto, CA 95353 | 07-10416 | 3318 | $7,596.03 | $0.00 | $0.00 | $0.00 | $7,596.03 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Stanislaus County Tax Collector<br>PO Box 859<br>Modesto, CA 95353 | 07-10416 | 3317 | $18,630.73 | $0.00 | $0.00 | $0.00 | $18,630.73 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |

Page 12

8th Omnibus Objection

## Amended Exhibit A
### Books and Records - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| State of Maine Bureau of Revenue Services<br>Compliance Division PO Box 9101<br>Augusta, ME 04333-9101 | 07-10419 | 1580 | $0.00 | | $516,118.97 | $104,000.00 | $620,118.97 |
| Comments: The Debtors have filed the requisite tax returns | | | | | | | |
| Steven Muti Emp<br>21 Plymouth Dr<br>Howell, NJ 07731 | 07-10416 | 1116 | $0.00 | $0.00 | $6,500.00 | $0.00 | $6,500.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Steven F Younglove<br>129 Rogin Hood Pl<br>Costa Mesa, CA 92627 | 07-10417 | 2196 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Tanya Lynn Randolph<br>1911 W 109th St<br>Los Angeles, CA 90047 | 07-10416 | 862 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Tax Collector Pinellas County<br>PO Box 2943<br>Clearwater, FL 33757-2943 | 07-10416 | 1566 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the property was liquidated | | | | | | | |
| Thuy Clare<br>9962 Bixby Circle<br>Villa Pk, CA 92861 | 07-10419 | 3232 | $0.00 | $0.00 | $12,639.47 | $0.00 | $12,639.47 |
| Comments: | | | | | | | |
| Tiffany Collins Emp<br>6650 Willow Tree Ln<br>Solon, OH 44139 | 07-10416 | 2983 | $0.00 | $0.00 | $0.00 | $18,557.00 | $18,557.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Tony Flores<br>8571 Lois Circle<br>Huntington Beach, CA 92647 | 07-10419 | 1778 | $0.00 | $0.00 | $30,000.00 | $0.00 | $30,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Trudy Savage<br>4205 Pinehurst<br>Taylor, TX 76574 | 07-10416 | 512 | $0.00 | $0.00 | $3,123.00 | $0.00 | $3,123.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

8th Omnibus Objection

Amended Exhibit A
Books and Records - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Vance County Tax Office<br>122 Young St Ste E<br>Henderson, NC 27536 | 07-10419 | 3313 | $1,839.07 | $0.00 | $0.00 | $0.00 | $1,839.07 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Virginia Granato<br>14262 Pinewood<br>Tustin, CA 92780 | 07-10419 | 3217 | $0.00 | $0.00 | $10,950.00 | $0.00 | $10,950.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Wents Michelle J<br>90 Morris Island Rd<br>Pine Island, NY 10969 | 07-10419 | 1700 | $0.00 | $0.00 | $13,438.84 | $0.00 | $13,438.84 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Wharton County<br>Linebarger Goggan Blair & Sampson LLP PO Box 3064<br>Houston, TX 77253-3064 | 07-10416 | 2200 | $7,174.59 | $0.00 | $0.00 | $0.00 | $7,174.59 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the property is not serviced by the Debtors | | | | |
| Claims To Be Expunged Totals | | 121 | $680,324.08 | $0.00 | $1,582,203.34 | $582,752.37 | $2,845,279.29 |