**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| NEW CENTURY TRS  HOLDINGS, INC., | : | |
| A Delaware Corporation, <u>et al.</u>, | : | Case No. 07-10416  (KJC) |
| | : | |
| Debtors | : | Jointly Administered |

**RESPONSE BY COMMONWEALTH OF PENNSYLVANIA,**
**DEPARTMENT OF REVENUE TO DEBTORS' SIXTEENTH OMNIBUS OBJECTION:**
**SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. §§ 502, 503, 506 AND 507,**
**FED. R. BANKR. R. 3007 AND 9014, AND DEL. BANKR. L.R. 3007-1**
**TO CERTAIN (A) BOOKS AND RECORDS CLAIMS; (B) INSUFFICIENT**
**DOCUMENTATION; (C) MULTIPLE-DEBTOR DUPLICATION CLAIMS;**
<u>**AND (D) REDUCED AND/OR RECLASSIFED CLAIMS**</u>

TO THE HONORABLE KEVIN J. CAREY,
UNITED STATES BANKRUPTCY JUDGE:

The objection of New Century TRS Holdings, Inc. to proof of claim 3479 filed by the

Commonwealth of Pennsylvania, Department of Revenue lacks merit.  To the contrary, pursuant

to 72 P.S. §7404, the PA Department of Revenue imposed on Debtors corporation tax estimates

for tax years 2005 to 2007, under box number 2231-082, and corporation tax estimates for tax

years 2002 to 2004, 2006, and 2007, under box number 6876-840.  Upon Debtors' submission

and settlement of the unfiled corporation tax reports, the estimated figures for the

aforementioned tax years will be adjusted accordingly.

Respectfully submitted,

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

DATED: <u>March 13, 2008</u>            BY:   <u>/s/ Carol E. Momjian</u>
                                              Carol E. Momjian
                                              Senior Deputy Attorney General
                                              Attorney No. 49219
                                              Office of Attorney General
                                              21 South 12th Street, 3rd Floor
                                              Philadelphia, PA  19107
                                              Tel: (215) 560-2128
                                              Fax: (215) 560-2202
                                              E-mail: cmomjian@attorneygeneral.gov

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| NEW CENTURY TRS  HOLDINGS, INC., | : | |
| A Delaware Corporation, et al., | : | Case No. 07-10416  (KJC) |
| | : | |
| Debtors | : | Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the Response by

Commonwealth of Pennsylvania, Department of Revenue to Debtors' Sixteenth Omnibus

Objection:  Substantive Objection Pursuant to 11 U.S.C. §§ 502, 503, 506 and 507, Fed. R.

Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 To Certain (A) Books and Records

Claims (B) Insufficient Documentation; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced

and/or Reclassified claims was served electronically and by First Class mail on March 13, 2008,

upon the following:


Mark Collins, Esquire
Michael J. Merchant, Esquire
Christopher M. Samis, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

Suzzanne S. Uhland, Esquire
Emily R. Culler, Esquire
Ana Acevedo, Esquire
O'MELVENY & MYERS, LLP
275 Battery Street
San Francisco, CA  94111


DATED: March 13, 2008      BY:   /s/ Carol E. Momjian
                                              Carol E. Momjian
                                              Senior Deputy Attorney General
                                              Attorney No. 49219
                                              Office of Attorney General
                                              21 South 12th Street, 3rd Floor
                                              Philadelphia, PA  19107
                                              Tel: (215) 560-2128
                                              Fax: (215) 560-2202
                                              E-mail: cmomjian@attorneygeneral.gov