## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:                                                                                 Case No. 07-10416-KJC
                                                                                       Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,
et al.,                                                                                (Jointly Administered)
        Debtors.
                                                                                       Re: Docket Nos: 526 & 1163
_____/

## NOTICE OF FORECLOSURE

      COMES NOW Litton Loan Servicing LP, as servicer for U.S. Bank National Association, as Trustee for ABFC 2006-HE1 Trust ("Litton"), by and through its undersigned attorney, pursuant to the Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to 11 U.S.C. Sections 165(a) and 362 of the Bankruptcy Code (Doc. #1163) and states the following:

      1.    A mortgagee has defaulted under the terms of a mortgage held by U.S. Bank on property at **1844 W. 31st Street, Jacksonville, FL 32209**, and Litton intends to initiate a foreclosure action against said property in Duval County, Florida.

      2.    No foreclosure action is pending at this time.

      3.    New Century Mortgage Corporation, or one of the other related Debtors ("New Century") holds a junior lien on the property.

      4.    The fair market value of the subject property is approximately $46,050.00 as assessed by the Property Appraiser for Duval County, Florida.

      5.    The amount of Litton's senior lien on the subject property is approximately $69,000.00.

      6.    A copy of Litton's mortgage, which is recorded in Official Records Book 13457 at Page 1310, of the Public Records of Duval County, Florida, is attached as Exhibit A.

      7.    A copy of New Century's second mortgage, which is recorded in Official Records Book 13457 at Page 1332, of the Public Records of Duval County, Florida, is attached as Exhibit B.

      8.    Litton is unaware of any other liens that have priority over the New Century

mortgage.

9. Pursuant to the above mentioned Order Establishing Procedure for Relief, Litton Loan Servicing, LP has made payments to Debtor's Estate in the aggregate amount of $10,000.00 and is therefore not required to make payment with this Notice.

**WHEREFORE**, Litton respectfully requests that the automatic stay be deemed lifted upon Debtor's failure to take further action within 30 days of receipt of this Notice.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically or by U.S. mail, first-class postage prepaid, this 14th day March, 2008 to: O'Melveny & Myers LLP, Attn: Suzzanne S. Uhland, Ben H. Logan, Victoria Newmark, Emily R. Culler, 275 Battery St., San Francisco, CA 94111; New Century Mortgage Corp., Attn: Charles Houston, VP Litigation and Regulatory Counsel, 3121 Michelson Dr., Irvine, CA 92612-0515; and Hahn & Hessen, LLP, Attn: Mark T. Power, Mark S. Indelicato, Jeffrey L. Schwartz, 488 Madison Ave., 14th & 15th Floor, New York, New York 10022.

> LAW OFFICES OF DAVID J. STERN, P.A.
> Attorney for Litton Loan Servicing LP
> 801 S. University Drive Suite 500
> Plantation, FL 33324
> Phone: (954) 233-8000 ext 207
> Fax: (954) 233-8648
>
> /S/ Frederic J. DiSpigna
> _____
> FREDERIC J. DISPIGNA, ESQUIRE
> Florida Bar No. 345539
> fdispigna@dstern.com