**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., et al., | (Jointly Administered) |
| Debtors. | |
| | Re: Docket Nos: 526 & 1163 |
| _____/ | |

**NOTICE OF FORECLOSURE**

COMES NOW Litton Loan Servicing LP, as servicer for LaSalle Bank National Association, as Trustee for the C-BASS Trust 2006-CB9 C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB9 ("Litton"), by and through its undersigned attorney, pursuant to the Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings Pursuant to 11 U.S.C. Sections 165(a) and 362 of the Bankruptcy Code (Doc. #1163) and states the following:

1. A mortgagee has defaulted under the terms of a mortgage held by LaSalle Bank on property at **12236 SW 215 Terrace #1, Miami, FL 33177**, and Litton intends to initiate a foreclosure action against said property in Miami-Dade County, Florida.

2. No foreclosure action is pending at this time.

3. New Century Mortgage Corporation, or one of the other related Debtors ("New Century") holds a junior lien on the property.

4. The fair market value of the subject property is approximately $195,750.00 as assessed by the Property Appraiser of Miami-Dade County, Florida.

5. The amount of Litton's senior lien on the subject property is approximately $190,000.00.

6. A copy of Litton's mortgage, which is recorded in Official Records Book 24820 at Page 3562, of the Public Records of Miami-Dade County, Florida, is attached as Exhibit A.

7. A copy of New Century's second mortgage, which is recorded in Official Records Book 24820 at Page 3587, of the Public Records of Miami-Dade County, Florida, is attached as Exhibit B.

8. Litton is unaware of any other liens that have priority over the New Century mortgage.

9. Pursuant to the above mentioned Order Establishing Procedure for Relief, Litton Loan Servicing, LP has made payments to Debtor's Estate in the aggregate amount of $10,000.00 and is therefore not required to make payment with this Notice.

**WHEREFORE**, Litton respectfully requests that the automatic stay be deemed lifted upon Debtor's failure to take further action within 30 days of receipt of this Notice.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically or by U.S. mail, first-class postage prepaid, this 14th day of March, 2008 to: O'Melveny & Myers LLP, Attn: Suzzanne S. Uhland, Ben H. Logan, Victoria Newmark, Emily R. Culler, 275 Battery St., San Francisco, CA 94111; New Century Mortgage Corp., Attn: Charles Houston, VP Litigation and Regulatory Counsel, 3121 Michelson Dr., Irvine, CA 92612-0515; and Hahn & Hessen, LLP, Attn: Mark T. Power, Mark S. Indelicato, Jeffrey L. Schwartz, 488 Madison Ave., 14th & 15th Floor, New York, New York 10022.

LAW OFFICES OF DAVID J. STERN, P.A.
Attorney for Litton Loan Servicing LP
801 S. University Drive Suite 500
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna

FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

08-36540.NOF