**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., *et al*.,<sup>1</sup><br><br>                        Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br>(Jointly Administered)<br><br>**Confirmation Hearing Date:  April __, 2008 at ____p.m. (ET)** |

**NOTICE OF STATEMENT OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS IN SUPPORT OF CONFIRMATION
OF THE PROPOSED JOINT CHAPTER 11 PLAN OF LIQUIDATION**

TO:  ALL CREDITORS AND PARTIES-IN-INTEREST.

The Official Committee of Unsecured Creditors (the "Committee") of New Century TRS Holdings, Inc., *et al*., the above-captioned debtors and debtors-in-possession (the "Debtors"), by its co-counsel, Blank Rome LLP and Hahn & Hessen LLP, hereby files this ***Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the Proposed Joint Chapter 11 Plan of Liquidation*** (the "Statement") in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE NOTICE THAT** the Plan is a liquidation plan that embodies a number

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

of intricate and complex settlements among the various creditor constituencies which have claims against the different Debtor entities.  Attached is a Statement of the Committee in Support of Confirmation of the Joint Plan, which summarizes some of the key components of the Plan and the factors that Plan Proponents considered when formulating the Plan.

**PLEASE TAKE FURTHER NOTICE THAT THE COMMITTEE HAS UNANIMOUSLY DECIDED TO SUPPORT THE PLAN AND RECOMMENDS THAT ALL CREDITORS RETURN THEIR BALLOTS <u>ACCEPTING</u> THE PLAN**.

Dated: Wilmington, Delaware
March 17, 2008

BLANK ROME LLP

By: */s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (DE No. 3809)
1201 Market Street, Suite 800
Wilmington, Delaware  19801
(302) 425-6400 - Telephone
(302) 425-6464 – Facsimile

130 North 18th Street
Philadelphia, PA 19103
Regina Stango Kelbon, Esq.
(215) 569-5500

- and -

**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York 10022
Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Janine M. Cerbone, Esq.
JCerbone@hahnhessen.com
(212) 478-7200

CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DEBTOR NEW CENTURY TRS HOLDINGS, INC., *et al*