# EXHIBIT "B"

## EXHIBIT "B"

### SUMMARY OF BILLING BY ATTORNEY
### JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate (including changes and 10% discount)* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Mark Minuti[1] | 1988 | Partner (since 1997) | $459.00 | 30.7 | $14,091.30 |
| Patrick J. Reilley[2] | 2003 | Associate (since 2003) | $261.00 | 1.0 | $261.00 |
| Pauline Z. Ratkowiak[3] | N/A | Paralegal (since 1987) | $162.00 | 7.7 | $1,247.40 |
| Renee L. Lowder[4] | N/A | Paralegal (since 2005) | $144.00 | 5.1 | $734.40 |
| TOTAL | | | | 44.5 | $16,334.10 |

Blended Rate: $367.05

[1] Total reflects a 10% reduction of $1565.70 of fees.
[2] Total reflects a 10% reduction of $29.00 of fees.
[3] Total reflects a 10% reduction of $138.60 of fees.
[4] Total reflects a 10% of reduction of $81.60 of fees.

\* This rate is Saul Ewing LLP's regular hourly rate for legal services. All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustments occurred on July 1, 2007 with respect to the Bankruptcy and Reorganization Department, and on January 1, 2008 with respect to all other firm departments).

556968.1 3/17/08

## Attorney Biography

**Mark Minuti**, *Partner*. Mark Minuti is a Partner in Saul Ewing's Bankruptcy and Restructuring Department, and Managing Partner of the Firm's Wilmington, Delaware office. He concentrates his practice in bankruptcy law. Having practiced bankruptcy law in Delaware since 1989, Mr. Minuti has seen his practice grow from a small local practice to a sophisticated national practice. Along the way, Mr. Minuti has been involved in almost every major bankruptcy case filed in Delaware.

Mr. Minuti's practice includes the representation of debtors, unsecured creditors committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and Chapter 11 proceedings, both in and out of Delaware. Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions. Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

Mr. Minuti received his B.S. degree from the University of Delaware and his law degree from the Widener University School of Law in 1988. He is admitted to practice law before the United States District Court for the District of Delaware and the United States Court of Appeals for the Third Circuit.

**Patrick J. Reilley**, *Associate*. Patrick Reilley was an Associate in Saul Ewing's Bankruptcy and Restructuring Department in the Wilmington office. Mr. Reilley concentrates his practice in bankruptcy, representing creditors' committees, debtors, secured and unsecured creditors, and parties to leases and other executory contracts, as well as parties in adversary proceedings.

Mr. Reilley received his B.A. degree from Bucknell University and his law degree from Boston University in 2002. He is admitted to practice law in Pennsylvania, Delaware and New Jersey.

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S JANUARY 2008 TIME ENTRIES

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 1/2/2008 | MM | Review of memos of employee and KPMG interviews | 2 | 918 |
| 1/2/2008 | MM | E-mails re: Reply to Debtor's Response to Cash Collateral Report | 0.3 | 137.7 |
| 1/2/2008 | MM | Review and comment on draft Reply to Debtor's Response to Cash Collateral Report | 0.5 | 229.5 |
| 1/2/2008 | MM | E-mail re: Motion to Extend Deadline to File Report | 0.2 | 91.8 |
| 1/2/2008 | MM | Review and comment upon draft Motion to Extend Deadline to File Report | 0.5 | 229.5 |
| 1/2/2008 | MM | Review of U.S. Trustee's Response to Debtor's Motion to Keep Cash Collateral Report Under Seal | 0.2 | 91.8 |
| 1/3/2008 | MM | E-mail re: revised Response to Debtor's Reply to Cash Collateral Report | 0.1 | 45.9 |
| 1/3/2008 | MM | Review of draft Response to Debtor's Reply to Cash Collateral Report | 0.2 | 91.8 |
| 1/3/2008 | MM | E-mail re: timing of Plan | 0.1 | 45.9 |
| 1/4/2008 | MM | Telephone calls and e-mails re: filing and service of Limited Reply | 0.8 | 367.2 |
| 1/4/2008 | MM | Review, revise, execute and serve Limited Reply | 1.1 | 504.9 |
| 1/4/2008 | MM | Draft Motion to Seal Limited Reply | 2 | 918 |
| 1/4/2008 | MM | E-mail re: Motion to Seal Limited Reply | 0.2 | 91.8 |
| 1/5/2008 | MM | E-mail re: Article regarding U.S. Trustee's Objection to Motion to Seal Report | 0.1 | 45.9 |
| 1/6/2008 | MM | E-mails re: need to correct Limited Reply | 0.3 | 137.7 |
| 1/7/2008 | MM | E-mails re: Quarterly Fee Applications | 0.2 | 91.8 |
| 1/7/2008 | MM | Telephone calls and e-mails with Examiner re: Amended Limited Reply | 0.2 | 91.8 |
| 1/7/2008 | MM | Draft Amended Limited Reply | 0.7 | 321.3 |
| 1/7/2008 | MM | Finalize and file Amended Limited Reply | 0.3 | 137.7 |
| 1/8/2008 | MM | Review of, revise and file Motion to Extend Deadline to File Examiner Report | 1.8 | 826.2 |
| 1/8/2008 | MM | Telephone calls and e-mails re: Motion to Extend Deadline to File Examiner Report | 0.6 | 275.4 |

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S JANUARY 2008 TIME ENTRIES

| | | | | |
|---|---|---|---|---|
| 1/8/2008 | MM | Draft order for Motion to Extend Deadline to File Examiner Report | 0.5 | 229.5 |
| 1/8/2008 | MM | Review of Committee's Reply to Debtor's Motion to Seal | 0.3 | 137.7 |
| 1/8/2008 | MM | Review of agenda for 1/9/08 hearing | 0.2 | 91.8 |
| 1/9/2008 | MM | Prepare for and attend hearing on Debtor's Motion to Seal Cash Collateral Report | 3 | 1,377.00 |
| 1/9/2008 | MM | E-mail from E. Fox re: report on outcome of 1/9/08 hearing | 0.1 | 45.9 |
| 1/9/2008 | MM | Telephone call with Examiner re: status of Motion to Extend Deadline for Examiner to File Report | 0.2 | 91.8 |
| 1/10/2008 | MM | E-mail re: transcript of 1/9/08 hearing | 0.2 | 91.8 |
| 1/10/2008 | MM | Telephone call with M. Missal re: off record conference with Court on Motion to Extend Deadline for Examiner to File Report | 0.3 | 137.7 |
| 1/10/2008 | MM | Review and execute Saul Ewing's Second Quarterly Fee Application | 0.2 | 91.8 |
| 1/11/2008 | MM | E-mails re: K&L Gates' Fee Application | 0.2 | 91.8 |
| 1/11/2008 | MM | E-mails re: Debtor's failure to produce 600,000 e-mails | 0.4 | 183.6 |
| 1/14/2008 | MM | Telephone call and e-mails with Examiner re: need to continue and seal hearing on Motion to Extend Report Deadline | 0.3 | 137.7 |
| 1/14/2008 | MM | Review and file Certifications of No Objection for K&L Gates' and Examiner's Fee Applications | 0.4 | 183.6 |
| 1/14/2008 | MM | Draft certification to request status conference | 1 | 459 |
| 1/14/2008 | MM | E-mails re: certification to request status conference | 0.3 | 137.7 |
| 1/14/2008 | MM | Review of, revise and file certification to request status conference | 0.5 | 229.5 |
| 1/15/2008 | MM | E-mail re: BDO's Fee Application | 0.1 | 45.9 |
| 1/15/2008 | MM | Telephone call with Examiner re: status conference on Motion to Extend Report Deadline | 0.2 | 91.8 |
| 1/15/2008 | MM | E-mails re: memo of employee interview | 0.2 | 91.8 |
| 1/15/2008 | MM | E-mail re: Dow Jones' report on unproduced documents | 0.1 | 45.9 |
| 1/15/2008 | MM | E-mail re: Examiner's discussion with Committee regarding Debtor's failure to produce documents | 0.2 | 91.8 |

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S JANUARY 2008 TIME ENTRIES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/15/2008 | MM | E-mail re: service of Certification Requesting Status Conference | 0.1 | 45.9 |
| 1/16/2008 | MM | Telephone calls and e-mails re: teleconference with Court to discuss scheduling of Motion to Extend Deadline to File Report | 0.4 | 183.6 |
| 1/16/2008 | MM | Telephone calls and e-mails re: Re-Notice of Motion to Extend Deadline to File Report / informing Court that deadline is 1/16/08 | 0.5 | 229.5 |
| 1/16/2008 | MM | Participate in conference call with Court re: scheduling of Motion to Extend Deadline to File Report | 0.5 | 229.5 |
| 1/17/2008 | MM | Prepare for and attend status conference on Examiner's Motion to Extend Deadline to File Report | 2.5 | 1,147.50 |
| 1/17/2008 | MM | Meeting with U.S. Trustee re: status conference on Examiner's Motion to Extend Deadline to File Report | 0.3 | 137.7 |
| 1/17/2008 | MM | E-mails re: publicly filing Cash Collateral Report | 0.2 | 91.8 |
| 1/17/2008 | MM | Review and execute Certification of No Objection for Saul Ewing's Fee Application | 0.2 | 91.8 |
| 1/17/2008 | MM | File Cash Collateral Report and Reply | 0.2 | 91.8 |
| 1/17/2008 | MM | E-mail re: article on Creditor's Committee's Response to Motion to Extend | 0.1 | 45.9 |
| 1/17/2008 | MM | E-mails and telephone calls re: Objections to Motion to Extend Deadline to File Report | 0.5 | 229.5 |
| 1/18/2008 | MM | Telephone calls and e-mails with S. Topetzes re: budget to complete Examiner's investigation and to write report | 0.5 | 229.5 |
| 1/20/2008 | MM | E-mails with S. Topetzes re: budget to complete Examiner's investigation and to write report | 0.3 | 137.7 |
| 1/21/2008 | MM | E-mail re: unsealing of Cash Collateral Report | 0.1 | 45.9 |
| 1/23/2008 | MM | Draft Notice of Examination Budget | 0.4 | 183.6 |
| 1/23/2008 | MM | Draft Certification for Order Approving Motion to Extend Report Deadline | 0.4 | 183.6 |
| 1/23/2008 | MM | Review of and revisions to Order Approving Motion to Extend Report Deadline | 0.2 | 91.8 |
| 1/23/2008 | MM | E-mails to/from U.S. Trustee re: Examiner's Report | 0.1 | 45.9 |

556969                                      3

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S JANUARY 2008 TIME ENTRIES

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 1/23/2008 | MM | E-mails with S. Topetzes re: binder for 1/23/08 hearing | 0.2 | 91.8 |
| 1/23/2008 | MM | Prepare for and attend hearing on Motion to Extend Report Deadline | 1.3 | 596.7 |
| 1/31/2008 | MM | E-mails re: Certifications of No Objection for Examiner's and K&L Gates' Fee Applications | 0.2 | 91.8 |
| 1/31/2008 | MM | E-mails re: memos of employee interviews | 0.2 | 91.8 |
| | **MM** | **Total** | **30.7** | **14091.3** |
| | | | | |
| 1/4/2008 | PJR | Review and analysis of case law involving confidentiality issues | 0.5 | 130.5 |
| 1/4/2008 | PJR | Insert case law cites in Reply | 0.2 | 52.2 |
| 1/11/2008 | PJR | Review and execute Notices involving fee applications for K&L Gates and Examiner | 0.1 | 26.1 |
| 1/14/2008 | PJR | Review and execute Notices for BDO's Fee Applications | 0.1 | 26.1 |
| 1/25/2008 | PJR | Review and execute Notice of K&L Gates' Fee Application | 0.1 | 26.1 |
| | **PJR** | **Total** | **1** | **261** |
| | | | | |
| 1/8/2008 | PZR | E-mail from M. Minuti and to and from R. Lowder regarding Second Interim Fee Application and draft same | 0.3 | 48.6 |
| 1/8/2008 | PZR | Update chart of professionals' fees regarding 2nd Interim Fee Application | 0.2 | 32.4 |
| 1/10/2008 | PZR | Conference with R. Lowder and finalize Saul Ewing's 2nd Interim Fee Application | 0.8 | 129.6 |
| 1/11/2008 | PZR | Telephone call to E. Rim and D. Williams regarding request for back-up documentation in electronic format | 0.4 | 64.8 |
| 1/11/2008 | PZR | Review of docket and update chart of professionals' fees for Missal and K&L Gates | 0.2 | 32.4 |
| 1/11/2008 | PZR | E-mail from E. Rim regarding 2nd Interim Fee Applications for Missal and K&L Gates and begin preparation for e-filing | 0.3 | 48.6 |
| 1/11/2008 | PZR | E-file and serve Saul Ewing's 2nd Interim Fee Application and update chart of professionals' fees and case calendar | 0.5 | 81 |
| 1/11/2008 | PZR | Telephone call from D. Williams regarding K&L Gates 1st Interim Fee Application | 0.2 | 32.4 |

556969     4

Case 07-10416-BLS   Doc 5384-2   Filed 03/17/08   Page 8 of 9

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S JANUARY 2008 TIME ENTRIES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/11/2008 | PZR | E-mail to D. Williams regarding K&L Gates 1st Interim Fee Application and research same | 0.6 | 97.2 |
| 1/11/2008 | PZR | E-mail to Fee Auditor regarding Saul Ewing's 2nd Interim Fee Application in electronic format | 0.1 | 16.2 |
| 1/14/2008 | PZR | Update chart of professionals' fees | 0.1 | 16.2 |
| 1/14/2008 | PZR | Review of docket, prepare Certification of No Objection regarding Examiner's 5th monthly fee application, e-file and serve same | 0.3 | 48.6 |
| 1/14/2008 | PZR | Review of docket, prepare Certification of No Objection regarding K&L Gates' 5th monthly fee application, e-file and serve | 0.3 | 48.6 |
| 1/15/2008 | PZR | Review of docket and update chart of professionals' fees and case calendar regarding BDO filings | 0.2 | 32.4 |
| 1/22/2008 | PZR | Review of docket, download Amended Agenda and e-mail to R. Lowder and M. Minuti regarding changes to Agenda for 1/23/08 hearing | 0.2 | 32.4 |
| 1/25/2008 | PZR | E-mail from E. Rim and prepare Notice of Fee Application for Missal's 6th fee application | 0.3 | 48.6 |
| 1/25/2008 | PZR | Review and revise Missal's 6th fee application | 0.3 | 48.6 |
| 1/25/2008 | PZR | E-file Missal's Notice and 6th Monthly Fee Application and prepare service of same | 0.4 | 64.8 |
| 1/25/2008 | PZR | Prepare and e-file Notice and K&L Gates' 6th monthly fee application | 1.5 | 243 |
| 1/25/2008 | PZR | Update chart of professionals' fees and case calendar | 0.1 | 16.2 |
| 1/25/2008 | PZR | Prepare Affidavit of Service regarding 2 monthly fee applications | 0.1 | 16.2 |
| 1/25/2008 | PZR | E-mail service to Fee Auditor regarding Michael Missal's and K&L Gates' 6th monthly fee applications | 0.2 | 32.4 |
| 1/29/2008 | PZR | E-file Affidavit of Service regarding M. Missal's and K&L Gates' 6th monthly fee application | 0.1 | 16.2 |
| | PZR | **Total** | **7.7** | **1247.4** |
| | | | | |
| 1/21/2008 | RLL | Prepare hearing binder for 1/23/08 | 1 | 144 |
| 1/30/2008 | RLL | Prepare 6th fee application for Saul Ewing | 2.5 | 360 |

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S JANUARY 2008 TIME ENTRIES

| | | | | |
|---|---|---|---|---|
| 1/30/2008 | RLL | Prepare affidavit of service regarding Saul Ewing's 6th fee application | 0.3 | 43.2 |
| 1/31/2008 | RLL | Prepare and efile Saul Ewing's 6th fee application | 0.6 | 86.4 |
| 1/31/2008 | RLL | Coordinate service of Saul Ewing's 6th fee application | 0.3 | 43.2 |
| 1/31/2008 | RLL | Forward M. Missal's and K&L Gates' 6th fee application to fee auditor and client | 0.4 | 57.6 |
| | RLL | Total | 5.1 | 734.4 |
| | | Grand Total | 44.5 | 16,334.10 |

556969                                                                 6