# EXHIBIT "C"

# EXHIBIT "C"

## COMPENSATION BY PROJECT CATEGORY

## JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee Applications and Matters | 13.4 | $2,572.20 |
| Other Litigation, Including Stay Relief | 21.6 | $9,775.80 |
| Plan and Disclosure Statement | 0.1 | $45.90 |
| Preparation for and Attendance at Hearing | 9.4 | $3,940.20 |
| **TOTAL** | **44.5** | **$16,334.10** |

# SAUL EWING
## Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number: 2021923 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date: 02/26/08 |
| 1601 K Street, NW | Client Number: 355619 |
| Washington, DC 20006 | Matter Number: 00011 |

Re: Fee Applications and Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/08:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/07/08 | MM | E-mails re: Quarterly Fee Applications | 0.2 | 91.80 |
| 01/08/08 | PZR | E-mail from M. Minuti and to and from R. Lowder regarding Second Interim Fee Application and draft same | 0.3 | 48.60 |
| 01/08/08 | PZR | Update chart of professionals' fees regarding 2nd Interim Fee Application | 0.2 | 32.40 |
| 01/10/08 | PZR | Conference with R. Lowder and finalize Saul Ewing's 2nd Interim Fee Application | 0.8 | 129.60 |
| 01/10/08 | MM | Review and execute Saul Ewing's Second Quarterly Fee Application | 0.2 | 91.80 |
| 01/11/08 | PJR | Review and execute Notices involving fee applications for K&L Gates and Examiner | 0.1 | 26.10 |
| 01/11/08 | PZR | Telephone call to E. Rim and D. Williams regarding request for back-up documentation in electronic format | 0.4 | 64.80 |
| 01/11/08 | PZR | Review of docket and update chart of professionals' fees for Missal and K&L Gates | 0.2 | 32.40 |
| 01/11/08 | PZR | E-mail from E. Rim regarding 2nd Interim Fee Applications for Missal and K&L Gates and begin preparation for e-filing | 0.3 | 48.60 |
| 01/11/08 | PZR | E-file and serve Saul Ewing's 2nd Interim Fee Application and update chart of professionals' fees and case calendar | 0.5 | 81.00 |
| 01/11/08 | PZR | Telephone call from D. Williams regarding K&L Gates 1st Interim Fee Application | 0.2 | 32.40 |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

556894.1 2/26/08

355619
00011
02/26/08

Missel, Michael J. (EXAMINER)
Fee Applications and Matters

Invoice Number 2021923
Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/11/08 | PZR | E-mail to D. Williams regarding K&L Gates 1st Interim Fee Application and research same | 0.6 | 97.20 |
| 01/11/08 | PZR | E-mail to Fee Auditor regarding Saul Ewing's 2nd Interim Fee Application in electronic format | 0.1 | 16.20 |
| 01/11/08 | MM | E-mails re: K&L Gates' Fee Application | 0.2 | 91.80 |
| 01/14/08 | MM | Review and file Certifications of No Objection for K&L Gates' and Examiner's Fee Applications | 0.4 | 183.60 |
| 01/14/08 | PJR | Review and execute Notices for BDO's Fee Applications | 0.1 | 26.10 |
| 01/14/08 | PZR | Update chart of professionals' fees | 0.1 | 16.20 |
| 01/14/08 | PZR | Review of docket, prepare Certification of No Objection regarding Examiner's 5th monthly fee application, e-file and serve same | 0.3 | 48.60 |
| 01/14/08 | PZR | Review of docket, prepare Certification of No Objection regarding K&L Gates' 5th monthly fee application, e-file and serve | 0.3 | 48.60 |
| 01/15/08 | PZR | Review of docket and update chart of professionals' fees and case calendar regarding BDO filings | 0.2 | 32.40 |
| 01/15/08 | MM | E-mail re: BDO's Fee Application | 0.1 | 45.90 |
| 01/17/08 | MM | Review and execute Certification of No Objection for Saul Ewing's Fee Application | 0.2 | 91.80 |
| 01/25/08 | PZR | E-mail from E. Rim and prepare Notice of Fee Application for Missal's 6th fee application | 0.3 | 48.60 |
| 01/25/08 | PZR | Review and revise Missal's 6th fee application | 0.3 | 48.60 |
| 01/25/08 | PZR | E-file Missal's Notice and 6th Monthly Fee Application and prepare service of same | 0.4 | 64.80 |
| 01/25/08 | PZR | Prepare and e-file Notice and K&L Gates' 6th monthly fee application | 1.5 | 243.00 |
| 01/25/08 | PZR | Update chart of professionals' fees and case calendar | 0.1 | 16.20 |
| 01/25/08 | PZR | Prepare Affidavit of Service regarding 2 monthly fee applications | 0.1 | 16.20 |

556894.1 2/26/08

| | | | | |
|---|---|---|---|---|
| 355619 | | Missel, Michael J. (EXAMINER) | Invoice Number 2021923 | |
| 00011 | | Fee Applications and Matters | Page 3 | |
| 02/26/08 | | | | |

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 01/25/08 | PJR | Review and execute Notice of K&L Gates' Fee Application | 0.1 | 26.10 |
| 01/25/08 | PZR | E-mail service to Fee Auditor regarding Michael Missal's and K&L Gates' 6th monthly fee applications | 0.2 | 32.40 |
| 01/29/08 | PZR | E-file Affidavit of Service regarding M. Missal's and K&L Gates' 6th monthly fee application | 0.1 | 16.20 |
| 01/30/08 | RLL | Prepare 6th fee application for Saul Ewing | 2.5 | 360.00 |
| 01/30/08 | RLL | Prepare affidavit of service regarding Saul Ewing's 6th fee application | 0.3 | 43.20 |
| 01/31/08 | RLL | Prepare and efile Saul Ewing's 6th fee application | 0.6 | 86.40 |
| 01/31/08 | RLL | Coordinate service of Saul Ewing's 6th fee application | 0.3 | 43.20 |
| 01/31/08 | RLL | Forward M. Missal's and K&L Gates' 6th fee application to fee auditor and client | 0.4 | 57.60 |
| 01/31/08 | MM | E-mails re: Certifications of No Objection for Examiner's and K&L Gates' Fee Applications | 0.2 | 91.80 |

TOTAL HOURS    13.4

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Patrick J. Reilley | 0.3 | at | $261.00 | = | 78.30 |
| Pauline Z. Ratkowiak | 7.5 | at | $162.00 | = | 1,215.00 |
| Renee L. Lowder | 4.1 | at | $144.00 | = | 590.40 |
| Mark Minuti | 1.5 | at | $459.00 | = | 688.50 |

CURRENT FEES    2,572.20

**TOTAL AMOUNT OF THIS INVOICE**    2,572.20

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2021924 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 02/26/08 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00013 |

Re:   Other Litigation, Including Stay Relief

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/08:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/02/08 | MM | Review of memos of employee and KPMG interviews | 2.0 | 918.00 |
| 01/02/08 | MM | E-mails re: Reply to Debtor's Response to Cash Collateral Report | 0.3 | 137.70 |
| 01/02/08 | MM | Review and comment on draft Reply to Debtor's Response to Cash Collateral Report | 0.5 | 229.50 |
| 01/02/08 | MM | E-mail re: Motion to Extend Deadline to File Report | 0.2 | 91.80 |
| 01/02/08 | MM | Review and comment upon draft Motion to Extend Deadline to File Report | 0.5 | 229.50 |
| 01/02/08 | MM | Review of U.S. Trustee's Response to Debtor's Motion to Keep Cash Collateral Report Under Seal | 0.2 | 91.80 |
| 01/03/08 | MM | E-mail re: revised Response to Debtor's Reply to Cash Collateral Report | 0.1 | 45.90 |
| 01/03/08 | MM | Review of draft Response to Debtor's Reply to Cash Collateral Report | 0.2 | 91.80 |
| 01/04/08 | PJR | Review and analysis of case law involving confidentiality issues | 0.5 | 130.50 |
| 01/04/08 | PJR | Insert case law cites in Reply | 0.2 | 52.20 |
| 01/04/08 | MM | Telephone calls and e-mails re: filing and service of Limited Reply | 0.8 | 367.20 |
| 01/04/08 | MM | Review, revise, execute and serve Limited Reply | 1.1 | 504.90 |
| 01/04/08 | MM | Draft Motion to Seal Limited Reply | 2.0 | 918.00 |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

556894.1 2/26/08

| 355619 00013 02/26/08 | | Missel, Michael J. (EXAMINER) Other Litigation, Including Stay Relief | | Invoice Number 2021924 Page 2 |
|---|---|---|---|---|
| 01/04/08 | MM | E-mail re: Motion to Seal Limited Reply | 0.2 | 91.80 |
| 01/05/08 | MM | E-mail re: Article regarding U.S. Trustee's Objection to Motion to Seal Report | 0.1 | 45.90 |
| 01/06/08 | MM | E-mails re: need to correct Limited Reply | 0.3 | 137.70 |
| 01/07/08 | MM | Telephone calls and e-mails with Examiner re: Amended Limited Reply | 0.2 | 91.80 |
| 01/07/08 | MM | Draft Amended Limited Reply | 0.7 | 321.30 |
| 01/07/08 | MM | Finalize and file Amended Limited Reply | 0.3 | 137.70 |
| 01/08/08 | MM | Review of, revise and file Motion to Extend Deadline to File Examiner Report | 1.8 | 826.20 |
| 01/08/08 | MM | Telephone calls and e-mails re: Motion to Extend Deadline to File Examiner Report | 0.6 | 275.40 |
| 01/08/08 | MM | Draft order for Motion to Extend Deadline to File Examiner Report | 0.5 | 229.50 |
| 01/08/08 | MM | Review of Committee's Reply to Debtor's Motion to Seal | 0.3 | 137.70 |
| 01/09/08 | MM | E-mail from E. Fox re: report on outcome of 1/9/08 hearing | 0.1 | 45.90 |
| 01/09/08 | MM | Telephone call with Examiner re: status of Motion to Extend Deadline for Examiner to File Report | 0.2 | 91.80 |
| 01/10/08 | MM | Telephone call with M. Missal re: off record conference with Court on Motion to Extend Deadline for Examiner to File Report | 0.3 | 137.70 |
| 01/11/08 | MM | E-mails re: Debtor's failure to produce 600,000 e-mails | 0.4 | 183.60 |
| 01/14/08 | MM | Telephone call and e-mails with Examiner re: need to continue and seal hearing on Motion to Extend Report Deadline | 0.3 | 137.70 |
| 01/14/08 | MM | Draft certification to request status conference | 1.0 | 459.00 |
| 01/14/08 | MM | E-mails re: certification to request status conference | 0.3 | 137.70 |
| 01/14/08 | MM | Review of, revise and file certification to request status conference | 0.5 | 229.50 |

| 355619 00013 02/26/08 | | Missel, Michael J. (EXAMINER) Other Litigation, Including Stay Relief | Invoice Number 2021924 Page 3 | |
|---|---|---|---|---|
| 01/15/08 | MM | Telephone call with Examiner re: status conference on Motion to Extend Report Deadline | 0.2 | 91.80 |
| 01/15/08 | MM | E-mails re: memo of employee interview | 0.2 | 91.80 |
| 01/15/08 | MM | E-mail re: Dow Jones' report on unproduced documents | 0.1 | 45.90 |
| 01/15/08 | MM | E-mail re: Examiner's discussion with Committee regarding Debtor's failure to produce documents | 0.2 | 91.80 |
| 01/15/08 | MM | E-mail re: service of Certification Requesting Status Conference | 0.1 | 45.90 |
| 01/16/08 | MM | Telephone calls and e-mails re: teleconference with Court to discuss scheduling of Motion to Extend Deadline to File Report | 0.4 | 183.60 |
| 01/16/08 | MM | Telephone calls and e-mails re: Re-Notice of Motion to Extend Deadline to File Report / informing Court that deadline is 1/16/08 | 0.5 | 229.50 |
| 01/17/08 | MM | E-mails re: publicly filing Cash Collateral Report | 0.2 | 91.80 |
| 01/17/08 | MM | File Cash Collateral Report and Reply | 0.2 | 91.80 |
| 01/17/08 | MM | E-mail re: article on Creditor's Committee's Response to Motion to Extend | 0.1 | 45.90 |
| 01/17/08 | MM | E-mails and telephone calls re: Objections to Motion to Extend Deadline to File Report | 0.5 | 229.50 |
| 01/18/08 | MM | Telephone calls and e-mails with S. Topetzes re: budget to complete Examiner's investigation and to write report | 0.5 | 229.50 |
| 01/20/08 | MM | E-mails with S. Topetzes re: budget to complete Examiner's investigation and to write report | 0.3 | 137.70 |
| 01/21/08 | MM | E-mail re: unsealing of Cash Collateral Report | 0.1 | 45.90 |
| 01/23/08 | MM | Draft Notice of Examination Budget | 0.4 | 183.60 |
| 01/23/08 | MM | Draft Certification for Order Approving Motion to Extend Report Deadline | 0.4 | 183.60 |
| 01/23/08 | MM | Review of and revisions to Order Approving Motion to Extend Report Deadline | 0.2 | 91.80 |
| 01/23/08 | MM | E-mails to/from U.S. Trustee re: Examiner's Report | 0.1 | 45.90 |

| 355619 | | Missel, Michael J. (EXAMINER) | Invoice Number 2021924 |
| 00013 | | Other Litigation, Including Stay Relief | Page 4 |
| 02/26/08 | | | |

| 01/31/08 | MM | E-mails re: memos of employee interviews | 0.2 | 91.80 |
|---|---|---|---|---|
| | | TOTAL HOURS | 21.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Patrick J. Reilley | 0.7 | at | $261.00 | = | 182.70 |
| Mark Minuti | 20.9 | at | $459.00 | = | 9,593.10 |

| CURRENT FEES | 9,775.80 |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | **9,775.80** |

556894.1 2/26/08

# SAUL EWING
### Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2021925 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 02/26/08 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00014 |

Re:  Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/08:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/03/08 | MM | E-mail re: timing of Plan | 0.1 | 45.90 |
| | | TOTAL HOURS | 0.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 0.1 | at | $459.00 | = | 45.90 |

CURRENT FEES                                    45.90

**TOTAL AMOUNT OF THIS INVOICE**                45.90

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

556894.1 2/26/08

# SAUL EWING
### Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number  2021926 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date  02/26/08 |
| 1601 K Street, NW | Client Number  355619 |
| Washington, DC 20006 | Matter Number  00015 |

Re:  Preparation For And Attendance At Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/08:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/08/08 | MM | Review of agenda for 1/9/08 hearing | 0.2 | 91.80 |
| 01/09/08 | MM | Prepare for and attend hearing on Debtor's Motion to Seal Cash Collateral Report | 3.0 | 1,377.00 |
| 01/10/08 | MM | E-mail re: transcript of 1/9/08 hearing | 0.2 | 91.80 |
| 01/16/08 | MM | Participate in conference call with Court re: scheduling of Motion to Extend Deadline to File Report | 0.5 | 229.50 |
| 01/17/08 | MM | Prepare for and attend status conference on Examiner's Motion to Extend Deadline to File Report | 2.5 | 1,147.50 |
| 01/17/08 | MM | Meeting with U.S. Trustee re: status conference on Examiner's Motion to Extend Deadline to File Report | 0.3 | 137.70 |
| 01/21/08 | RLL | Prepare hearing binder for 1/23/08 | 1.0 | 144.00 |
| 01/22/08 | PZR | Review of docket, download Amended Agenda and e-mail to R. Lowder and M. Minuti regarding changes to Agenda for 1/23/08 hearing | 0.2 | 32.40 |
| 01/23/08 | MM | E-mails with S. Topetzes re: binder for 1/23/08 hearing | 0.2 | 91.80 |
| 01/23/08 | MM | Prepare for and attend hearing on Motion to Extend Report Deadline | 1.3 | 596.70 |
| | | TOTAL HOURS | 9.4 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON

A DELAWARE LIMITED LIABILITY PARTNERSHIP

556894.1 2/26/08

| | | |
|---|---|---|
| 355619 | Missel, Michael J. (EXAMINER) | Invoice Number 2021926 |
| 00015 | Preparation For And Attendance At Hearing | Page 1 |
| 02/26/08 | | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Pauline Z. Ratkowiak | 0.2 | at | $162.00 | = | 32.40 |
| Renee L. Lowder | 1.0 | at | $144.00 | = | 144.00 |
| Mark Minuti | 8.2 | at | $459.00 | = | 3,763.80 |

CURRENT FEES 3,940.20

**TOTAL AMOUNT OF THIS INVOICE** 3,940.20

556894.1 2/26/08