# EXHIBIT "D"

556968.1 3/17/08

## EXHIBIT "D"

## EXPENSE SUMMARY

### JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (888 pages @ $0.10/page) | | $88.80 |
| Telephone | | $10.94 |
| Postage | | $74.85 |
| Meals | | $62.00 |
| Transcripts | | $121.50 |
| PACER Research | | $33.12 |
| Outside Photocopying | *Digital Legal Services* | $4,223.95 |
| **TOTAL** | | **$4,615.16** |

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Michael J. Missel (EXAMINER)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006

| | |
|---|---|
| Invoice Number | 2021922 |
| Invoice Date | 02/26/08 |
| Client Number | 355619 |
| Matter Number | 00002 |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---:|---:|
| 01/14/08 | Photocopying | 8.00 | |
| 01/25/08 | Photocopying | 5.20 | |
| 01/25/08 | Photocopying | 16.80 | |
| 01/25/08 | Photocopying | 22.80 | |
| 01/31/08 | Photocopying | 36.00 | |
| | Total Photocopying | | 88.80 |
| 01/11/08 | Telephone | 0.57 | |
| 01/16/08 | Telephone | 0.26 | |
| 01/16/08 | Telephone | 0.24 | |
| 01/16/08 | Telephone | 0.18 | |
| 01/22/08 | Telephone | 0.22 | |
| 01/23/08 | Telephone | 2.16 | |
| 01/30/08 | Telephone | 0.20 | |
| 01/30/08 | Telephone | 0.22 | |
| 01/31/08 | Telephone | 0.24 | |
| 01/31/08 | Telephone | 0.59 | |
| 01/31/08 | Telephone | 1.39 | |
| 01/31/08 | Telephone | 2.05 | |
| 01/31/08 | Telephone | 2.62 | |
| | Total Telephone | | 10.94 |
| 01/14/08 | Postage | 18.20 | |
| 01/14/08 | Postage | 56.65 | |
| | Total Postage | | 74.85 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

556894.1 2/26/08

| | | | |
|---|---|---|---|
| 355619 | Missel, Michael J. (EXAMINER) | Invoice Number 2021922 | |
| 00002 | Expenses | Page 2 | |
| 02/26/08 | | | |

| Date | Description | Amount | Total |
|---|---|---|---|
| 01/11/08 | Meals - - VENDOR: Sandwich Corner Lunch preparing for hearing M Minuti and E Fox on 01/09/08 /Minuti<br>Bank ID: 19 Check Number: 17751 | 22.00 | |
| 01/22/08 | Meals - - VENDOR: Sandwich Corner Lunch preparing for Chambers hearing on 1/9/08 M Minuti S Topetzes M Missal, etc. /Minuti<br>Bank ID: 19 Check Number: 17766 | 40.00 | |
| | Total Meals | | 62.00 |
| 01/14/08 | Copies - - VENDOR: Digital Legal, LLC 12/21/07 Kirkpatrick & Lockhart's 5th fee application and M. Missal's 5th fee application / M. Minuti<br>Bank ID: 14 Check Number: 107678 | 269.40 | |
| 01/14/08 | Copies - - VENDOR: Digital Legal, LLC 12/13/07 Notice of Fee Application Saul Ewing 4th / M. Minuti<br>Bank ID: 14 Check Number: 107678 | 320.72 | |
| 01/14/08 | Copies - - VENDOR: Digital Legal, LLC 12/21/07 Notice of Fee application Kirkpatrick & Lockhart's 5th and M. Missal's 5th / M. Minuti<br>Bank ID: 14 Check Number: 107678 | 412.08 | |
| 01/21/08 | Copies - - VENDOR: Digital Legal, LLC Copying and Postage /M. Minuti<br>Bank ID: 14 Check Number: 108027 | 171.07 | |
| 01/21/08 | Copies - - VENDOR: Digital Legal, LLC /M. Minuti<br>Bank ID: 14 Check Number: 108059 | 185.50 | |
| 01/21/08 | Copies - - VENDOR: Digital Legal, LLC /M. Minuti<br>Bank ID: 14 Check Number: 108057 | 314.83 | |
| 01/21/08 | Copies - - VENDOR: Digital Legal, LLC Copying and Postage /M. Minuti<br>Bank ID: 14 Check Number: 108026 | 322.24 | |
| 01/21/08 | Copies - - VENDOR: Digital Legal, LLC Copying and Postage /M. Minuti<br>Bank ID: 14 Check Number: 108029 | 361.66 | |
| 01/21/08 | Copies - - VENDOR: Digital Legal, LLC /M. Minuti<br>Bank ID: 14 Check Number: 108058 | 368.08 | |
| 01/21/08 | Copies - - VENDOR: Digital Legal, LLC Copying and Postage /M. Minuti<br>Bank ID: 14 Check Number: 108045 | 474.03 | |

| | | | |
|---|---|---|---|
| 355619 | Missel, Michael J. (EXAMINER) | Invoice Number 2021922 | |
| 00002 | Expenses | Page 3 | |
| 02/26/08 | | | |

| Date | Description | Amount | Total |
|---|---|---|---|
| 01/21/08 | Copies - - VENDOR: Digital Legal, LLC Copy and Postage /M. Minuti<br>Bank ID: 14 Check Number: 108028 | 719.04 | |
| 01/30/08 | Copies - - VENDOR: Digital Legal, LLC Order granting motion of M. Missal, examiner, for a second extension of time to file his report / M. Minuti<br>Bank ID: 14 Check Number: 108993 | 305.30 | |
| | Total Copies | | 4,223.95 |
| 01/21/08 | Transcript - - VENDOR: Elaine M. Ryan 1/9/08 / M. Minuti<br>Bank ID: 14 Check Number: 108157 | 121.50 | |
| | Total Transcript | | 121.50 |
| 01/31/08 | Pacer Research - - VENDOR: Pacer Service Center Login ID: WG0021 -- Billing Cycle: 10/01/07 - 12/31/07 / K. Crampton<br>Bank ID: 9 Check Number: 220502 | 2.40 | |
| 01/31/08 | Pacer Research - - VENDOR: Pacer Service Center Login ID: WG0021 -- Billing Cycle: 10/01/07 - 12/31/07 / K. Crampton<br>Bank ID: 9 Check Number: 220502 | 30.72 | |
| | Total Pacer Research | | 33.12 |
| | **CURRENT EXPENSES** | | 4,615.16 |
| | **TOTAL AMOUNT OF THIS INVOICE** | | 4,615.16 |

556894.1 2/26/08