## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors** | : | |
| | : | **Re: Docket No. 5024** |
| | : | |

**Hearing Date: March 25, 2008 @ 1:30 p.m.**
**Objection Deadline: March 18, 2008 @ 4:00 p.m.**

### RESPONSE OF COUNTRYWIDE TO
### DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS: NON-
### SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. §§ 502, 503, 506 AND
### 507, FED. R. BANKR. P. 3007 AND 9014, AND DEL. BANKR. L.R. 3007-1 TO
### CERTAIN (A) AMENDED AND SUPERSEDED CLAIMS; (B) DUPLICATE
### CLAIMS; (C) LATE FILED CLAIMS; AND (D) NO SUPPORTING
### DOCUMENTATION CLAIMS

Countrywide Home Loans, Inc., Countrywide Financial Corporation,
Countrywide Warehouse Lending, Countrywide Bank, Countrywide Tax Services Corp.,
and Countrywide Securities Corporation (collectively, **"Countrywide"**), by their
undersigned counsel, hereby files their response to Debtors' Fifteenth Omnibus Objection
to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. §§ 502, 503, 506 and 507,

---

[1]    The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century
REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial
Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a/
NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a
California corporation; NC Capital Corporation, a California corporation; Home 123 corporation (f/k/a The
Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit
Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a
NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware
corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California
corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a
California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total
Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest
Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a
Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P.,
a Delaware limited liability partnership

WLM 512979. 1

Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Amended
and Superseded Claims; (B) Duplicate Claims; (C) Late Filed Claims; and (D) No
Supporting Documentation Claims (the **"Objection"**).    In response Countrywide
respectfully represents as follows:

## RESPONSE

1.      The Debtors have objected to Countrywide's claim, in the amount of
$32,972.00 [Claim Number 3621] (the **"Claim"**), as being filed after the Bar Date[2] and
have sough to have the Claim expunged.

2.      However, as the Debtors are aware, Countrywide is an "Affected Loan
Purchaser" under: (i) the Order Granting Adequate Protection Pursuant to Bankruptcy
Code Sections 105(a), 361, 362 and 363(b)(1) and Establishing Preliminary Procedures
for Resolving Certain Claims (the **"Adequate Protection Order"**); (ii) the Supplement
to Order Granting Adequate Protection Pursuant to Bankruptcy Code Sections 105(a),
361, 362 and 363(b)(1) and Establishing Preliminary Procedures for Resolving Certain
Claims (the **"First Supplement"**); (iii) the Supplement (Second) to Order Granting
Adequate Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and
363(b)(1) and Establishing Preliminary Procedures for Resolving Certain Claims (the
**"Second Supplement"**); and (iii) the Supplement (Third) to Order Granting Adequate
Protection Pursuant to Bankruptcy Code Sections 105(a), 361, 362 and 363(b)(1) and
Establishing Preliminary Procedures for Resolving Certain Claims [Docket No. 3210]
(the **"Third Supplement"**).    A copy of the Third Supplement is attached hereto as

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them
in the Objection.

Exhibit A and incorporated herein by reference.

3.      As set forth in the Third Supplement, the bar date for submitting any and all proofs of claim with respect to claims of any kind against any of the Debtors was extended for the Affected Loan Purchasers (including Countrywide), their affiliates, and their affiliates' partners, directors and officers until 5:00 p.m. Pacific Time on October 19, 2007 (the **"Extended Bar Date"**).

4.      The Claim of Countrywide Tax Services Corp., an affiliate of an Affected Loan Purchaser, was filed on October 19, 2007, the Extended Bar Date, and therefore is not a late filed claim.

## CONCLUSION

For the reasons set forth herein, Countrywide respectfully requests that the Court (i) overrule the Debtors' Objection; and (ii) grant Countrywide such other and further relief as this Court deems just and proper.

Date:  March 18, 2008                    **BRYAN CAVE LLP**
                                         Katherine Windler (State Bar No. 158899)
                                         120 Broadway, Suite 300
                                         Santa Monica, CA 90401
                                         Phone:   (310) 576-2100
                                         Fax:      (310) 576-2200
                                         katherine.windler@bryancave.com

                                              - and –

WLM 512979.1                    3

**EDWARDS ANGELL PALMER &
DODGE LLP**

William E. Chipman, Jr., Esq. (DE No. 3818)
919 Market Street, Suite 1500
Wilmington, DE 19801
Phone: 302-777-7770
Facsimile: 302-777-7263
www.eapdlaw.com