## CERTIFICATE OF SERVICE

I, William E. Chipman, Jr., do hereby certify that on the 18th day of March 2008, I caused copies of the foregoing **Response of Countrywide to Debtors' Fifteenth Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. §§ 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) Late Filed Claims; and (D) No Supporting Documentation Claims** to be served on the following parties in the manner indicated:

### VIA HAND-DELIVERY

Debtor's Local Bankruptcy Counsel
Mark D. Collins
Michael J. Merchant
Christopher M. Samis
Richards Layton & Finger, P.A.
One Rodney Square, 920 North King Street
P.O. Box 551
Wilmington, DE 19899

### VIA FIRST CLASS MAIL

Debtor's General Bankruptcy Counsel
Suzanne S. Uhland
Emily R Culler
Ana Acevedo
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

### VIA HAND-DELIVERY

United States Trustee
Office of the United States Trustee
Joseph J. McMahon, Jr., Esquire
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

/s/ William E. Chipman
William E. Chipman, Jr. (3818)