## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 18th day of March, 2008, I caused a true and correct copy of the **Response of Robert Massie and Deborah Massie to Debtors' Fourteenth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. §§ 502, 503, 506 and 507, Bankruptcy Rule 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims** to be served upon the following persons in the manner as indicated.

**VIA HAND DELIVERY**
Mark Collins, Esq.
Michael J. Merchant, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

**VIA FACSIMILE AND U.S. MAIL**
Suzzanne S. Uhland, Esq.
Emily R. Culler, Esq.
Ana Acevedo, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111



Marc J. Phillips

#599171