# EXHIBIT A

Mar-14-08  10:04am  From-FEDEX KINKOS SPOKANE FALLS DOWNTOWN  +5094891947  T-751  P.002  F-504

RECEIVED: 10/02/2007 10:27:27 AM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>DARYL JANE JOHNSTON,<br><br>          Debtor. | Case No. 05-09692-W13<br>Chapter 13 |
| ROSE TOWNSEND TRUST,<br><br>          Plaintiff,<br>v.<br><br>DARYL JANE JOHNSTON, a single person; et al.,<br><br>          Defendants | Adv Proc. No. 06-80040<br><br>**ORDER APPROVING BOND, APPROVING STIPULATION AND STAYING ENFORCEMENT OF THE JUDGMENT PENDING APPEAL** |

    Based upon the Stipulation and Motion to Approve Bond and Stay Proceedings Pending Appeal (the "Motion"), the Court hereby finds as follows:

    1.    The bond attached as Exhibit A to the Motion is sufficient to secure Plaintiff Rose Townsend Trust during the appeal of this matter; and

    2.    Following waiver of notice and hearing requirements by the parties, no further notice of the Motion is required, and the bond may be approved immediately.

    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

    1.    The Motion is hereby granted;

ORDER APPROVING BOND- 1
I:\Spodocs\31717\00007\plead\00545164.DOC

  2. The stipulation of the parties is hereby approved and enforcement of the judgment is stayed pending appeal or further order of the Court; and

  3. The bond attached to the Motion as Exhibit A is approved.

Presented by:

By  /s/ Daniel J. Gibbons
  Daniel J. Gibbons
  Attorneys for New Century Mortgage Corporation

By  /s/ Scott R. Smith
  Scott R. Smith
  Attorneys for Rose Townsend Trust

10/04/2007 02:57:53 PM

/s/ Patricia C. Williams
Patricia C. Williams
Bankruptcy Judge

ORDER APPROVING BOND- 2
I:\Spodocs\31717\00007\plead\00545164.DOC

**SUPERSEDEAS BOND**
**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In Re: ) | |
| ) | No. 05-09692-PCW13 |
| DARYL JANE JOHNSTON ) | |
| Debtor. ) | Chapter 13 |
| ) | |
| _____ ) | |
| ) | |
| ROSE TOWNSEND TRUST, ) | |
| Plaintiff, ) | Adv. Proc. No.06-80040-PCW |
| v. ) | |
| ) | BOND NO. 14BSBEQ4436 |
| DARYL JANE JOHNSTON, a single person; ) | |
| et al. ) | |
| Defendants ) | |
| _____ ) | |

NEW CENTURY MORTGAGE CORPORATION, a California corporation, a Defendant and Appellant herein, having appealed from an order of the United States Bankruptcy Court and having procured the execution of this instrument for the purpose of complying with the Federal Rules of Bankruptcy Procedure, the undersigned surety acknowledges itself bound and indebted to ROSE TOWNSEND TRUST, the Plaintiff and Appellee herein, for Four Hundred Seventy-One Thousand, Seven Hundred Fifty and No/100 Dollars ($471,750.00) for the use of the persons or parties entitled thereto, to be paid as required by law.

Upon conclusion of this matter, if NEW CENTURY MORTGAGE CORPORATION satisfies the above-identified order or any court order modifying or affirming that order and pays all costs, interest and damages for delay that may be awarded, this obligation shall be void; otherwise, it shall remain in force. In no event shall the penalty of this bond exceed $471,500.00.

Executed this 19th day of September, 2007.

SURETY: Hartford Fire Insurance Company

WITNESS _____  BY: _____
Durema Kissam                        Chad Warren Johnson
                                     Attorney-in-Fact

# POWER OF ATTORNEY

**Direct Inquiries/Claims to:**
**THE HARTFORD**
BOND, T-4
P.O. BOX 2103, 690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115
call: 888-266-3488 or fax: 860-757-5835

KNOW ALL PERSONS BY THESE PRESENTS THAT:   Agency Code: 14-731005

| | |
|---|---|
| [X] | Hartford Fire Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| [X] | Hartford Casualty Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| [X] | Hartford Accident and Indemnity Company, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | Hartford Underwriters Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | Twin City Fire Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| [ ] | Hartford Insurance Company of Illinois, a corporation duly organized under the laws of the State of Illinois |
| [ ] | Hartford Insurance Company of the Midwest, a corporation duly organized under the laws of the State of Indiana |
| [ ] | Hartford Insurance Company of the Southeast, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, up to the amount of unlimited:

Betsy Ann Boove, Patsy Alfred Garber, Donna H. Gaddis, Janice W. Slayton,
Mary K. Bowman, J. Lester Turbeville, Tammy F. Andrews, Linda Snead Elliott, Chad Warren Johnson
of
Glen Allen, VA

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by [X], and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on July 21, 2003 the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Paul A. Bergenholtz, Assistant Secretary                David T. Akers, Assistant Vice President

STATE OF CONNECTICUT }
                     } ss. Hartford
COUNTY OF HARTFORD   }

On this 4th day of August, 2004, before me personally came David T. Akers, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hampden, Commonwealth of Massachusetts; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.

Scott E. Paseka
Notary Public
My Commission Expires October 31, 2007

CERTIFICATE

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of _September 19, 2007_
Signed and sealed at the City of Hartford.



Gary W. Stumper, Assistant Vice President