# EXHIBIT C

Mar-14-08   10:07am   From-FEDEX KINKOS SPOKANE FALLS DOWNTOWN   +5094891947        T-751   P.021/034   F-504

Case 2:06-cv-00291-LRS      Document 32-3      Filed 11/29/2007

A-11 (rev. 7/00)                                                                               Page 1 of 2



| USCA DOCKET # (IF KNOWN) |
|---|
| |

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL:<br>In Re:<br>DARYL JANE JOHNSTON, Debtor<br>ROSE TOWNSEND TRUST, Plaintiff<br>--v.--<br>DARYL JANE JOHNSTON, a single person<br>et al., Defendants | DISTRICT: E.D. Washington JUDGE: Hon. Lonny Suko |
|---|---|
| | DISTRICT COURT NUMBER: 06-cv-00291-LRS |
| | DATE NOTICE OF APPEAL<br>FILED: 11/29/07 — IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY,<br>PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY):<br>N/A. |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**
This matter involves a priority dispute. The Bankruptcy Court granted Plaintiff Rose Townsend Trust's Motion for Summary Judgment. The U.S. District Court affirmed.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**
1. Whether the District Court erred in affirming the Bankruptcy Court's Order granting Plaintiff Rose Townsend Trust's Motion for Summary Judgment.
2. Whether the Bankruptcy Court erred in granting Plaintiff Rose Townsend Trust's Motion for Summary Judgment.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):**

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☒ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

_____  ☐

Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

NOTICE OF APPEAL - 5                                                          EXHIBIT B

Case 2:06-cv-00291-LRS    Document 32    Filed 11/29/2007

1   DANIEL J. GIBBONS
2   PAINE HAMBLEN LLP
3   717 W. Sprague Avenue Suite 1200
    Spokane, WA 99201-3505
4   (509) 455-6000
5   Attorneys for New Century Mortgage
6   Corporation

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF WASHINGTON

9

10   In Re:                                )
                                           )
11   DARYL JANE JOHNSTON,                  )
                                           )
12                                         )   Case No. 06-cv-00291-LRS
13                         Debtor.         )
                                           )
14                                         )
                                           )
15   ROSE TOWNSEND TRUST,                  )
                                           )
16                                         )
                          Plaintiff,       )   **NEW CENTURY MORTGAGE**
17                                         )   **CORPORATION'S NOTICE**
     v.                                    )   **OF CIVIL APPEAL**
18                                         )
19   DARYL JANE JOHNSTON, a single         )
     person; et al.,                       )
20                                         )
21                         Defendants      )
                                           )
22

23

24          NOTICE IS HEREBY GIVEN that NEW CENTURY MORTGAGE

25

26   CORPORATION, hereby appeals to the United States Court of Appeals for

27   the Ninth Circuit from the Amended Order Denying Bankruptcy Appeal and

28

NOTICE OF APPEAL - 1

29                                                   *PAINE HAMBLEN LLP*
                                           *717 WEST SPRAGUE AVENUE, SUITE 1200*
30                                         *SPOKANE, WA 99201 PHONE; (509) 455-6000*

COPY

1  the Order Denying Bankruptcy Appeal (Docket Nos. 30 and 31) entered in this

2
3  action on November 14 and November 19, 2007; and the Bankruptcy Court's

4  Order Granting the Plaintiff Rose Townsend Trust's Motion for Summary

5
6  Judgment (Docket No. 88) entered in Adversary Proceeding 06-80040 on

7  September 26, 2006.  In accordance with FRAP 12(b) and Circuit Rule 3-2,

8
9  attached hereto as Exhibit A is a Representation Statement identifying the

10
11  current parties to the action along with the names, addresses and telephone

12  numbers of their respective counsel.  In accordance with Circuit Rule 3-4,

13  attached hereto as Exhibit B is a Civil Appeals Docketing Statement.

14
15      DATED this 29th day of November, 2007.

16
17
18                    PAINE HAMBLEN LLP

19            By:   /s/ Daniel J. Gibbons
20                  Daniel J. Gibbons, WSBA #33036
                    Attorneys for Defendant/Appellant
21                  NEW CENTURY MORTGAGE
22                  CORPORATION, a California corporation

23
24                  PAINE HAMBLEN LLP
                    717 W. Sprague Avenue Suite 1200
25                  Spokane, WA 99201-3505
26                  (509) 455-6000

27
28
29  NOTICE OF APPEAL - 2                          *PAINE HAMBLEN LLP*
                                                  *717 WEST SPRAGUE AVENUE, SUITE 1200*
30                                                *SPOKANE, WA 99201 PHONE: (509) 455-6000*

### CERTIFICATE OF SERVICE

I hereby certify that on November 29th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Daniel J. Gibbons
daniel.gibbons@painehamblen.com

Donald Duane Hackney
Don.Hackney@hackneycarroll.com,zljohnston@hotmail.com

John Gregory Lockwood
jgregorylockwood@hotmail.com,evhanson05@hotmail.com

Scott Randall Smith
ssmith@stamperlaw.com,terickson@stamperlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

DATED this 29th day of November, 2007.

PAINE HAMBLEN LLP

By:    /s/ Daniel J. Gibbons
       Daniel J. Gibbons, WSBA #33036
       Attorneys for NEW CENTURY
       MORTGAGE CORPORATION,
       a California corporation

I:\Spodocs\31717\00007\plead\00570517.DOC

NOTICE OF APPEAL - 3

## REPRESENTATION STATEMENT

1.   New Century Mortgage Corporation
     Appellant/Defendant
     Attorneys:      Daniel J. Gibbons, WSBA 33036
                     Paine Hamblen LLP
                     717 West Sprague Avenue, Suite 1200
                     Spokane, Washington 99201-3505
                     Telephone:    (509) 455-6000
                     Facsimile:    (509) 838-0007
                     Email: daniel.gibbons@painehamblen.com

2.   Rose Townsend Trust
     Respondent/Plaintiff
     Attorneys:      Scott R. Smith, WSBA No. 14159
                     Stocker Smith Luciani & Staub PLLC
                     312 W. Sprague Avenue
                     Spokane, WA 99201
                     Telephone:    (509)327-2500
                     Facsimile:    (509)327-3504
                     Email: ssmith@sslslawfirm.com

3.   Daryl Jane Johnston and Sally Anne Arney
     Defendants (Johnston is also the Debtor)
     Attorneys:      Donald D. Hackney, WSBA No. 5645
                     120 N. Wall Street, Suite 500
                     Spokane, WA 99201
                     Telephone:    (509)624-8200
                     Facsimile:    (509)623-1491
                     Email: don.hackney@hackneycarroll.com

                     J. Gregory Lockwood, WSBA No. 20629
                     Law Office of J. Gregory Lockwood PLLC
                     522 W. Riverside, Suite 420
                     Spokane, WA 99201
                     Telephone:    (509)624-8200
                     Facsimile:    (509)623-1491
                     Email: jgregorylockwood@hotmail.com

EXHIBIT A