**CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, do hereby certify that on the 18th day of March, 2008, I caused copies of the foregoing **Response of The Rose Townsend Trust to Debtors' Fourteenth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. §§ 502, 503, 506, and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1, To Certain (A) Books and Records Claims; (B) Equity Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims** to be served on the following parties in the manner indicated:

| VIA HAND-DELIVERY | VIA FIRST CLASS MAIL |
|---|---|
| Debtor's Local Bankruptcy Counsel | Debtor's General Bankruptcy Counsel |
| Mark D. Collins | Suzanne S. Uhland |
| Michael J. Merchant | Emily R. Culler |
| Christopher M. Samis | Ana Acevedo |
| Richards Layton & Finger, P.A. | O'Melveny & Myers LLP |
| One Rodney Square, 920 N. King Street | 275 Battery Street |
| P.O. Box 551 | San Francisco, CA 94111 |
| Wilmington, DE 19899 | |

United States Trustee
Office of the United States Trustee
Joseph J. McMahon, Jr., Esq.
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE #2814)