## EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

### CLASS HC3a[2]
## SPECIAL DEFICIENCY CLAIMS AGAINST NEW CENTURY FINANCIAL
## CORPORATION

**BALLOT TO ACCEPT OR REJECT THE FIRST AMENDED JOINT CHAPTER 11
PLAN OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS DATED AS OF MARCH 18, 2008 (THE "PLAN") FOR
HOLDERS OF CLASS HC3a CLAIMS (SPECIAL DEFICIENCY CLAIMS AGAINST
NEW CENTURY FINANCIAL CORPORATION)**

### RECORD DATE: March 10, 2008

### VOTING DEADLINE: April 21, 2008

**THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS
HC3a CLAIMS (SPECIAL DEFICIENCY CLAIMS AGAINST NEW CENTURY
FINANCIAL CORPORATION). PLEASE READ AND FOLLOW THE ATTACHED
INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN AND DATE THIS
BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE PROMPTLY. IF
THE BALLOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 5:00 P.M.,
PACIFIC TIME, ON APRIL 21, 2008 (THE "VOTING DEADLINE"), UNLESS
EXTENDED AT THE SOLE DISCRETION OF THE DEBTORS, IT WILL NOT BE
COUNTED. FACSIMILE BALLOTS WILL NOT BE ACCEPTED.**

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2] Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan or in the Motion.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of Class HC3a Claim(s) (Special Deficiency Claim(s) against New Century Financial Corporation) in the amount set forth below, votes to (check <u>one</u> box):

☐ Accept the Plan            ☐ Reject the Plan.

Creditor: _____        Claim Amount: $_____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to the Balloting Agent at the following address:

### IF SENT BY MAIL

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**P.O. Box 8901**
**Marina Del Rey, CA 90295**

### IF SENT BY MESSENGER OR OVERNIGHT COURIER

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**1821 East Dyer Road, Suite 225**
**Santa Ana, CA 92705**

**Ballots must be *received* by the Balloting Agent by 5:00 p.m., Pacific Time, on April 21, 2008 (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. ***Ballots submitted by facsimile will not be accepted.***

2.  You must vote all of your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.  Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules that were approved by the Bankruptcy Court with respect to the Class in which your Claim is classified (the "Non-EPD/Breach Claim Tabulation Rules"). The Non-EPD/Breach Claim Tabulation Rules are set forth in the Notice of (a) Deadline for Casting Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation, (b) Hearing to Consider Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and (c) Related Matters, which is enclosed with the solicitation materials you received along with this Ballot. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion,

pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than April 15, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in an amount that differs from the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.

4.    The Ballot does not constitute and will not be deemed a proof of Claim or Interest or an assertion of a Claim or Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the last Ballot received by the Balloting Agent before the Voting Deadline will supersede any prior Ballots.

## PLEASE RETURN YOUR BALLOT PROMPTLY

## THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION

## IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (800) 784-9571

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## CLASS HC3b[2]
### OTHER UNSECURED CLAIMS AGAINST NEW CENTURY FINANCIAL CORPORATION

## BALLOT TO ACCEPT OR REJECT THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED AS OF MARCH 18, 2008 (THE "PLAN") FOR HOLDERS OF CLASS HC3b CLAIMS (OTHER UNSECURED CLAIMS AGAINST NEW CENTURY FINANCIAL CORPORATION)

### RECORD DATE: March 10, 2008

### VOTING DEADLINE: April 21, 2008

**THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS HC3b CLAIMS (OTHER UNSECURED CLAIMS AGAINST NEW CENTURY FINANCIAL CORPORATION). PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE PROMPTLY. IF THE BALLOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 5:00 P.M., PACIFIC TIME, ON APRIL 21, 2008 (THE "VOTING DEADLINE"), UNLESS EXTENDED AT THE SOLE DISCRETION OF THE DEBTORS, IT WILL NOT BE COUNTED. FACSIMILE BALLOTS WILL NOT BE ACCEPTED.**

---

[1]  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2]  Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan or in the Motion.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS
BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS
CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN
CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of Class HC3b Claim(s) (Other Unsecured
Claim(s) against New Century Financial Corporation) in the amount set forth below, votes to
(check <u>one</u> box):

☐ Accept the Plan ☐ Reject the Plan.

Creditor: _____ Claim Amount: $_____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of
the Disclosure Statement and the other applicable solicitation materials and certifies that the
undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on
behalf of the claimant. The undersigned understands that, if this Ballot is validly executed but
does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to the Balloting Agent at the following address:

### IF SENT BY MAIL

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**P.O. Box 8901**
**Marina Del Rey, CA 90295**

### IF SENT BY MESSENGER OR OVERNIGHT COURIER

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**1821 East Dyer Road, Suite 225**
**Santa Ana, CA 92705**

**Ballots must be *received* by the Balloting Agent by 5:00 p.m., Pacific Time, on April 21, 2008 (the "Voting Deadline")**. If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. ***Ballots submitted by facsimile will not be accepted.***

2.      You must vote all of your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules that were approved by the Bankruptcy Court with respect to the Class in which your Claim is classified (the "Non-EPD/Breach Claim Tabulation Rules"). The Non-EPD/Breach Claim Tabulation Rules are set forth in the Notice of (a) Deadline for Casting Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation, (b) Hearing to Consider Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and (c) Related Matters, which is enclosed with the solicitation materials you received along with this Ballot. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion,

pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than April 15, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in an amount that differs from the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.

4.      The Ballot does not constitute and will not be deemed a proof of Claim or Interest or an assertion of a Claim or Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the last Ballot received by the Balloting Agent before the Voting Deadline will supersede any prior Ballots.

### PLEASE RETURN YOUR BALLOT PROMPTLY

### THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION

### IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (800) 784-9571

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

### CLASS HC7[2]
### OTHER UNSECURED CLAIMS AGAINST NEW CENTURY TRS HOLDINGS, INC.

### BALLOT TO ACCEPT OR REJECT THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED AS OF MARCH 18, 2008 (THE "PLAN") FOR HOLDERS OF CLASS HC7 CLAIMS (OTHER UNSECURED CLAIMS AGAINST NEW CENTURY TRS HOLDINGS, INC.)

### RECORD DATE: March 10, 2008

### VOTING DEADLINE: April 21, 2008

THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS HC7 CLAIMS (OTHER UNSECURED CLAIMS AGAINST NEW CENTURY TRS HOLDINGS, INC.). PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE PROMPTLY. IF THE BALLOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 5:00 P.M., PACIFIC TIME, ON APRIL 21, 2008 (THE "VOTING DEADLINE"), UNLESS EXTENDED AT THE SOLE DISCRETION OF THE DEBTORS, IT WILL NOT BE COUNTED. FACSIMILE BALLOTS WILL NOT BE ACCEPTED.

---

[1]  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2]  Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan or in the Motion.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS
BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS
CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN
CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of Class HC7 Claim(s) (Other Unsecured
Claim(s) against New Century TRS Holdings, Inc.) in the amount set forth below, votes to
(check <u>one</u> box):

☐ Accept the Plan ☐ Reject the Plan.

Creditor: _____ Claim Amount: $_____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of
the Disclosure Statement and the other applicable solicitation materials and certifies that the
undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on
behalf of the claimant. The undersigned understands that, if this Ballot is validly executed but
does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to the Balloting Agent at the following address:

### IF SENT BY MAIL

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**P.O. Box 8901**
**Marina Del Rey, CA 90295**

### IF SENT BY MESSENGER OR OVERNIGHT COURIER

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**1821 East Dyer Road, Suite 225**
**Santa Ana, CA 92705**

**Ballots must be *received* by the Balloting Agent by 5:00 p.m., Pacific Time, on April 21, 2008 (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. ***Ballots submitted by facsimile will not be accepted.***

2.    You must vote all of your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.    Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules that were approved by the Bankruptcy Court with respect to the Class in which your Claim is classified (the "Non-EPD/Breach Claim Tabulation Rules"). The Non-EPD/Breach Claim Tabulation Rules are set forth in the Notice of (a) Deadline for Casting Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation, (b) Hearing to Consider Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and (c) Related Matters, which is enclosed with the solicitation materials you received along with this Ballot. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion,

pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than April 15, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in an amount that differs from the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.

4.      The Ballot does not constitute and will not be deemed a proof of Claim or Interest or an assertion of a Claim or Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the last Ballot received by the Balloting Agent before the Voting Deadline will supersede any prior Ballots.

## PLEASE RETURN YOUR BALLOT PROMPTLY

## THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION

## IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (800) 784-9571

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | : **Chapter 11** |
| | : |
| **NEW CENTURY TRS HOLDINGS,** | : **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : |
| Debtors. | : **Jointly Administered** |
| | : |

**CLASS HC10a**[2]
**SPECIAL DEFICIENCY CLAIMS AGAINST NEW CENTURY CREDIT
CORPORATION**

**BALLOT TO ACCEPT OR REJECT THE JOINT CHAPTER 11 PLAN OF
LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS DATED AS OF MARCH 18, 2008 (THE "PLAN") FOR
HOLDERS OF CLASS HC10a CLAIMS (SPECIAL DEFICIENCY CLAIMS AGAINST
NEW CENTURY CREDIT CORPORATION)**

**RECORD DATE: March 10, 2008**

**VOTING DEADLINE: April 21, 2008**

THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS
HC10a CLAIMS (SPECIAL DEFICIENCY CLAIMS AGAINST NEW CENTURY
CREDIT CORPORATION).  PLEASE READ AND FOLLOW THE ATTACHED
INSTRUCTIONS CAREFULLY.  PLEASE COMPLETE, SIGN AND DATE THIS
BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE PROMPTLY.  IF
THE BALLOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 5:00 P.M.,
PACIFIC TIME, ON APRIL 21, 2008 (THE "VOTING DEADLINE"), UNLESS
EXTENDED AT THE SOLE DISCRETION OF THE DEBTORS, IT WILL NOT BE
COUNTED.  FACSIMILE BALLOTS WILL NOT BE ACCEPTED.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2] Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan or in the Motion.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

> PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of Class HC10a Claim(s) (Special Deficiency Claim(s) against New Century Credit Corporation) in the amount set forth below, votes to (check one box):

☐ Accept the Plan          ☐ Reject the Plan.

Creditor: _____          Claim Amount: $_____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

### VOTING INFORMATION AND INSTRUCTIONS
### FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to the Balloting Agent at the following address:

**IF SENT BY MAIL**

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**P.O. Box 8901**
**Marina Del Rey, CA 90295**

**IF SENT BY MESSENGER OR OVERNIGHT COURIER**

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**1821 East Dyer Road, Suite 225**
**Santa Ana, CA 92705**

**Ballots must be *received* by the Balloting Agent by 5:00 p.m., Pacific Time, on April 21, 2008 (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. ***Ballots submitted by facsimile will not be accepted.***

2.  You must vote all of your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.  Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules that were approved by the Bankruptcy Court with respect to the Class in which your Claim is classified (the "Non-EPD/Breach Claim Tabulation Rules"). The Non-EPD/Breach Claim Tabulation Rules are set forth in the Notice of (a) Deadline for Casting Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation, (b) Hearing to Consider Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and (c) Related Matters, which is enclosed with the solicitation materials you received along with this Ballot. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion,

pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than April 15, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in an amount that differs from the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.

4.      The Ballot does not constitute and will not be deemed a proof of Claim or Interest or an assertion of a Claim or Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the last Ballot received by the Balloting Agent before the Voting Deadline will supersede any prior Ballots.

**PLEASE RETURN YOUR BALLOT PROMPTLY**

**THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION**

**IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (800) 784-9571**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

## CLASS HC10b[2]
## OTHER UNSECURED CLAIMS AGAINST NEW CENTURY CREDIT CORPORATION

## BALLOT TO ACCEPT OR REJECT THE JOINT CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED AS OF MARCH 18, 2008 (THE "PLAN") FOR HOLDERS OF CLASS HC10b CLAIMS (OTHER UNSECURED CLAIMS AGAINST NEW CENTURY CREDIT CORPORATION)

### RECORD DATE: March 10, 2008

### VOTING DEADLINE: April 21, 2008

THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS HC10b CLAIMS (OTHER UNSECURED CLAIMS AGAINST NEW CENTURY CREDIT CORPORATION). PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE PROMPTLY. IF THE BALLOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 5:00 P.M., PACIFIC TIME, ON APRIL 21, 2008 (THE "VOTING DEADLINE"), UNLESS EXTENDED AT THE SOLE DISCRETION OF THE DEBTORS, IT WILL NOT BE COUNTED. <u>FACSIMILE BALLOTS WILL NOT BE ACCEPTED.</u>

---

[1]  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2]  Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan or in the Motion.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of Class HC10b Claim(s) (Other Unsecured Claim(s) against New Century Credit Corporation) in the amount set forth below, votes to (check <u>one</u> box):

☐ Accept the Plan          ☐ Reject the Plan.

Creditor: _____          Claim Amount: $_____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to the Balloting Agent at the following address:

### IF SENT BY MAIL

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**P.O. Box 8901**
**Marina Del Rey, CA 90295**

### IF SENT BY MESSENGER OR OVERNIGHT COURIER

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**1821 East Dyer Road, Suite 225**
**Santa Ana, CA 92705**

**Ballots must be *received* by the Balloting Agent by 5:00 p.m., Pacific Time, on April 21, 2008 (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. ***Ballots submitted by facsimile will not be accepted.***

2.      You must vote all of your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules that were approved by the Bankruptcy Court with respect to the Class in which your Claim is classified (the "Non-EPD/Breach Claim Tabulation Rules"). The Non-EPD/Breach Claim Tabulation Rules are set forth in the Notice of (a) Deadline for Casting Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation, (b) Hearing to Consider Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and (c) Related Matters, which is enclosed with the solicitation materials you received along with this Ballot. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion,

pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than April 15, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in an amount that differs from the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.

4.      The Ballot does not constitute and will not be deemed a proof of Claim or Interest or an assertion of a Claim or Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the last Ballot received by the Balloting Agent before the Voting Deadline will supersede any prior Ballots.

## PLEASE RETURN YOUR BALLOT PROMPTLY

## THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION

## IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (800) 784-9571

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

### CLASS HC13[2]
### OTHER UNSECURED CLAIMS AGAINST NEW CENTURY RESIDUAL IV CORPORATION

**BALLOT TO ACCEPT OR REJECT THE JOINT CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED AS OF MARCH 18, 2008 (THE "PLAN") FOR HOLDERS OF CLASS HC13 CLAIMS (OTHER UNSECURED CLAIMS AGAINST NEW CENTURY RESIDUAL IV CORPORATION)**

### RECORD DATE: March 10, 2008

### VOTING DEADLINE: April 21, 2008

THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS HC13 CLAIMS (OTHER UNSECURED CLAIMS AGAINST NEW CENTURY RESIDUAL IV CORPORATION). PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE PROMPTLY. IF THE BALLOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 5:00 P.M., PACIFIC TIME, ON APRIL 21, 2008 (THE "VOTING DEADLINE"), UNLESS EXTENDED AT THE SOLE DISCRETION OF THE DEBTORS, IT WILL NOT BE COUNTED. <u>FACSIMILE BALLOTS WILL NOT BE ACCEPTED.</u>

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2] Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan or in the Motion.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS
BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEM 1.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS
CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN
CAST.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of Class HC13 Claim(s) (Other Unsecured
Claim(s) against New Century Residual IV Corporation) in the amount set forth below, votes to
(check <u>one</u> box):

☐ Accept the Plan          ☐ Reject the Plan.

Creditor: _____          Claim Amount: $_____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of
the Disclosure Statement and the other applicable solicitation materials and certifies that the
undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on
behalf of the claimant.  The undersigned understands that, if this Ballot is validly executed but
does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to the Balloting Agent at the following address:

### IF SENT BY MAIL

**New Century Claims Processing
c/o XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295**

### IF SENT BY MESSENGER OR OVERNIGHT COURIER

**New Century Claims Processing
c/o XRoads Case Management Services
1821 East Dyer Road, Suite 225
Santa Ana, CA 92705**

**Ballots must be *received* by the Balloting Agent by 5:00 p.m., Pacific Time, on April 21, 2008 (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. ***Ballots submitted by facsimile will not be accepted.***

2.  You must vote all of your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.  Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules that were approved by the Bankruptcy Court with respect to the Class in which your Claim is classified (the "Non-EPD/Breach Claim Tabulation Rules"). The Non-EPD/Breach Claim Tabulation Rules are set forth in the Notice of (a) Deadline for Casting Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation, (b) Hearing to Consider Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and (c) Related Matters, which is enclosed with the solicitation materials you received along with this Ballot. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion,

pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than April 15, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in an amount that differs from the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.

4.      The Ballot does not constitute and will not be deemed a proof of Claim or Interest or an assertion of a Claim or Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the last Ballot received by the Balloting Agent before the Voting Deadline will supersede any prior Ballots.

### PLEASE RETURN YOUR BALLOT PROMPTLY

### THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION

### IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (800) 784-9571

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : |  |
| Debtors. | : | **Jointly Administered** |
|  | : |  |

### CLASS OP3a[2]
### SPECIAL DEFICIENCY CLAIMS AGAINST NEW CENTURY MORTGAGE CORPORATION

**BALLOT TO ACCEPT OR REJECT THE JOINT CHAPTER 11 PLAN OF
LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS DATED AS OF MARCH 18, 2008 (THE "PLAN") FOR
HOLDERS OF CLASS OP3a CLAIMS (SPECIAL DEFICIENCY CLAIMS AGAINST
NEW CENTURY MORTGAGE CORPORATION)**

### RECORD DATE: March 10, 2008

### VOTING DEADLINE: April 21, 2008

**THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS
OP3a CLAIMS (SPECIAL DEFICIENCY CLAIMS AGAINST NEW CENTURY
MORTGAGE CORPORATION). PLEASE READ AND FOLLOW THE
ATTACHED INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN AND
DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE
PROMPTLY. IF THE BALLOTING AGENT HAS NOT RECEIVED THIS BALLOT
BY 5:00 P.M., PACIFIC TIME, ON APRIL 21, 2008 (THE "VOTING DEADLINE"),
UNLESS EXTENDED AT THE SOLE DISCRETION OF THE DEBTORS, IT WILL
NOT BE COUNTED. FACSIMILE BALLOTS WILL NOT BE ACCEPTED.**

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2] Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan or in the Motion.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of Class OP3a Claim(s) (Special Deficiency Claim(s) against New Century Mortgage Corporation) in the amount set forth below, votes to (check <u>one</u> box):

☐ Accept the Plan               ☐ Reject the Plan.

Creditor: _____        Claim Amount: $_____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to the Balloting Agent at the following address:

### IF SENT BY MAIL

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**P.O. Box 8901**
**Marina Del Rey, CA 90295**

### IF SENT BY MESSENGER OR OVERNIGHT COURIER

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**1821 East Dyer Road, Suite 225**
**Santa Ana, CA 92705**

Ballots must be *received* by the Balloting Agent by 5:00 p.m., Pacific Time, on April 21, 2008 (the "Voting Deadline"). If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. *Ballots submitted by facsimile will not be accepted.*

2.  You must vote all of your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.  Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules that were approved by the Bankruptcy Court with respect to the Class in which your Claim is classified (the "Non-EPD/Breach Claim Tabulation Rules"). The Non-EPD/Breach Claim Tabulation Rules are set forth in the Notice of (a) Deadline for Casting Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation, (b) Hearing to Consider Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and (c) Related Matters, which is enclosed with the solicitation materials you received along with this Ballot. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion,

pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than April 15, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in an amount that differs from the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.

4.    The Ballot does not constitute and will not be deemed a proof of Claim or Interest or an assertion of a Claim or Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the last Ballot received by the Balloting Agent before the Voting Deadline will supersede any prior Ballots.

### PLEASE RETURN YOUR BALLOT PROMPTLY

### THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION

### IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (800) 784-9571

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

### CLASS OP3b[2]
### EPD/BREACH CLAIMS AGAINST NEW CENTURY MORTGAGE CORPORATION

### BALLOT TO ACCEPT OR REJECT THE JOINT CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED AS OF MARCH 18 2008 (THE "PLAN") FOR HOLDERS OF CLASS OP3b CLAIMS (EPD/BREACH CLAIMS AGAINST NEW CENTURY MORTGAGE CORPORATION)

### RECORD DATE: March 10, 2008

### VOTING DEADLINE: April 21, 2008

THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS OP3b CLAIMS (EPD/BREACH CLAIMS AGAINST NEW CENTURY MORTGAGE CORPORATION). PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE PROMPTLY. IF THE BALLOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 5:00 P.M., PACIFIC TIME, ON APRIL 21, 2008 (THE "VOTING DEADLINE"), UNLESS EXTENDED AT THE SOLE DISCRETION OF THE DEBTORS, IT WILL NOT BE COUNTED. FACSIMILE BALLOTS WILL NOT BE ACCEPTED.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2] Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan or in the Motion.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of Class OP3b Claim(s) (EPD/Breach Claim(s) against New Century Mortgage Corporation) in the amount set forth below, votes to (check <u>one</u> box):

        ☐ Accept the Plan        ☐ Reject the Plan.

Creditor: _____    Claim Amount: $_____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

        _____
                           Name

        _____
                          Signature

        _____
       If by Authorized Agent, Name and Title

        _____
                Name of Institution

        _____
                  Street Address

        _____
               City, State, Zip Code

        _____
               Telephone Number

        _____
               Date Completed

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to the Balloting Agent at the following address:

### IF SENT BY MAIL

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**P.O. Box 8901**
**Marina Del Rey, CA 90295**

### IF SENT BY MESSENGER OR OVERNIGHT COURIER

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**1821 East Dyer Road, Suite 225**
**Santa Ana, CA 92705**

**Ballots must be *received* by the Balloting Agent by 5:00 p.m., Pacific Time, on April 21, 2008 (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. ***Ballots submitted by facsimile will not be accepted.***

2.    You must vote all of your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.    Your Claim, which is an EPD/Breach Claim, has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules that were approved by the Bankruptcy Court with respect to the Class in which your Claim is classified (the "EPD/Breach Claim Tabulation Rules"). The EPD/Breach Claim Tabulation Rules Tabulation Rules are set forth in the Notice of (a) Deadline for Casting Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation, (b) Hearing to Consider Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and (c) Related Matters, which is enclosed with the solicitation materials you received along with this Ballot. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you

must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than April 15, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in an amount that differs from the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.

4.      If you supplied the information requested by the Debtors in a questionnaire that the Debtors transmitted to you on or about January 23, 2008, your Class OP3b has been temporarily allowed for voting purposes in an amount equal to the damages determined by the EPD/Breach Claim Protocol, a copy of which is enclosed in the Solicitation Package that you have received. If you have failed to provide the Debtors with the requested information so that the Debtors are unable to determine the amount of damages that would be calculated pursuant to the EPD/Breach Protocol, your Class OP3b Claim has been temporarily allowed for voting purposes only in the amount of $1.00.

5.      As set forth in the EPD/Breach Tabulation Rules, if you believe that your Class OP3b Claim should be allowed in an amount other than the amount identified in Item 1 of the Ballot and set forth in the EPD/Breach Voting Notice that has been provided to you pursuant to the EPD/Breach Tabulation Rules, then you must file an objection no later than April 11, 2008 at 4:00 Eastern Time. If you timely file such an objection and are not able to reach an agreement with the Debtors as to the amount in which your Class OP3b Claim is to be temporarily allowed for voting purposes, then your objection will be heard by the Bankruptcy Court on April 16, 2008 at 10:00 a.m. Eastern Time.

6.      The Ballot does not constitute and will not be deemed a proof of Claim or Interest or an assertion of a Claim or Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the last Ballot received by the Balloting Agent before the Voting Deadline will supersede any prior Ballots.

## PLEASE RETURN YOUR BALLOT PROMPTLY

## THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION

## IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (800) 784-9571

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

### CLASS OP3c[2]
### OTHER UNSECURED CLAIMS AGAINST NEW CENTURY MORTGAGE CORPORATION

### BALLOT TO ACCEPT OR REJECT THE JOINT CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED AS OF MARCH 18, 2008 (THE "PLAN") FOR HOLDERS OF CLASS OP3c CLAIMS (OTHER UNSECURED CLAIMS AGAINST NEW CENTURY MORTGAGE CORPORATION)

### RECORD DATE: March 10, 2008

### VOTING DEADLINE: April 21, 2008

THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS OP3c CLAIMS (OTHER UNSECURED CLAIMS AGAINST NEW CENTURY MORTGAGE CORPORATION). PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE PROMPTLY. IF THE BALLOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 5:00 P.M., PACIFIC TIME, ON APRIL 21, 2008 (THE "VOTING DEADLINE"), UNLESS EXTENDED AT THE SOLE DISCRETION OF THE DEBTORS, IT WILL NOT BE COUNTED. FACSIMILE BALLOTS WILL NOT BE ACCEPTED.

---

[1]  The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2]  Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan or in the Motion.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS
BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS
CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN
CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of Class OP3c Claim(s) (Other Unsecured
Claim(s) against New Century Mortgage Corporation) in the amount set forth below, votes to
(check <u>one</u> box):

☐ Accept the Plan            ☐ Reject the Plan.

Creditor: _____            Claim Amount: $_____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of
the Disclosure Statement and the other applicable solicitation materials and certifies that the
undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on
behalf of the claimant. The undersigned understands that, if this Ballot is validly executed but
does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of
the Plan. Complete the Ballot by providing all the information requested and sign, date
and return the Ballot by mail, overnight courier or personal delivery to the Balloting
Agent at the following address:

### IF SENT BY MAIL

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**P.O. Box 8901**
**Marina Del Rey, CA 90295**

### IF SENT BY MESSENGER OR OVERNIGHT COURIER

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**1821 East Dyer Road, Suite 225**
**Santa Ana, CA 92705**

**Ballots must be *received* by the Balloting Agent by 5:00 p.m., Pacific Time, on April
21, 2008 (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it
will not be counted. An envelope addressed to the Balloting Agent is enclosed for your
convenience. ***Ballots submitted by facsimile will not be accepted.***

2.    You must vote all of your Claims within a single Class under the Plan either to accept or
reject the Plan. Accordingly, if you return more than one Ballot voting different Claims
within a single Class under the Plan and the Ballots are not voted in the same manner,
those Ballots will not be counted. An otherwise properly executed Ballot that attempts to
partially accept and partially reject the Plan likewise will not be counted.

3.    Your Claim has been **temporarily allowed solely for purposes of voting** to accept or
reject the Plan in accordance with certain tabulation rules that were approved by the
Bankruptcy Court with respect to the Class in which your Claim is classified (the "Non-
EPD/Breach Claim Tabulation Rules"). The Non-EPD/Breach Claim Tabulation Rules
are set forth in the Notice of (a) Deadline for Casting Votes to Accept or Reject Proposed
Joint Chapter 11 Plan of Liquidation, (b) Hearing to Consider Confirmation of Proposed
Joint Chapter 11 Plan of Liquidation and (c) Related Matters, which is enclosed with the
solicitation materials you received along with this Ballot. The temporary allowance of
your Claim for voting purposes does not constitute an allowance of your Claim for
purposes of distribution under the Plan and is without prejudice to the rights of the
Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or
validity of any Claim for purposes of allowance under the Plan). If you wish to challenge
the temporary allowance of your Claim for voting purposes, you must file a motion,

pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than April 15, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in an amount that differs from the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.

4.    The Ballot does not constitute and will not be deemed a proof of Claim or Interest or an assertion of a Claim or Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the last Ballot received by the Balloting Agent before the Voting Deadline will supersede any prior Ballots.

**PLEASE RETURN YOUR BALLOT PROMPTLY**

**THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION**

**IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (800) 784-9571**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,[1]** | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

### CLASS OP6a[2]
### SPECIAL DEFICIENCY CLAIMS AGAINST NEW CENTURY CAPITAL CORPORATION

### BALLOT TO ACCEPT OR REJECT THE JOINT CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED AS OF MARCH 18, 2008 (THE "PLAN") FOR HOLDERS OF CLASS OP6a CLAIMS (SPECIAL DEFICIENCY CLAIMS AGAINST NEW CENTURY CAPITALCORPORATION)

### RECORD DATE: March 10, 2008

### VOTING DEADLINE: April 21, 2008

THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS OP6a CLAIMS (SPECIAL DEFICIENCY CLAIMS AGAINST NEW CENTURY CAPITAL CORPORATION). PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE PROMPTLY. IF THE BALLOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 5:00 P.M., PACIFIC TIME, ON APRIL 21, 2008 (THE "VOTING DEADLINE"), UNLESS EXTENDED AT THE SOLE DISCRETION OF THE DEBTORS, IT WILL NOT BE COUNTED. <u>FACSIMILE BALLOTS WILL NOT BE ACCEPTED.</u>

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2] Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan or in the Motion.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of Class OP6a Claim(s) (Special Deficiency Claim(s) against New Century Capital Corporation) in the amount set forth below, votes to (check <u>one</u> box):

☐ Accept the Plan          ☐ Reject the Plan.

Creditor: _____          Claim Amount: $_____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.   In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to the Balloting Agent at the following address:

### IF SENT BY MAIL

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**P.O. Box 8901**
**Marina Del Rey, CA 90295**

### IF SENT BY MESSENGER OR OVERNIGHT COURIER

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**1821 East Dyer Road, Suite 225**
**Santa Ana, CA 92705**

Ballots must be *received* by the Balloting Agent by 5:00 p.m., Pacific Time, on April 21, 2008 (the "Voting Deadline"). If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. *Ballots submitted by facsimile will not be accepted.*

2.   You must vote all of your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.   Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules that were approved by the Bankruptcy Court with respect to the Class in which your Claim is classified (the "Non-EPD/Breach Claim Tabulation Rules"). The Non-EPD/Breach Claim Tabulation Rules are set forth in the Notice of (a) Deadline for Casting Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation, (b) Hearing to Consider Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and (c) Related Matters, which is enclosed with the solicitation materials you received along with this Ballot. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion,

pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than April 15, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in an amount that differs from the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.

4.    The Ballot does not constitute and will not be deemed a proof of Claim or Interest or an assertion of a Claim or Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the last Ballot received by the Balloting Agent before the Voting Deadline will supersede any prior Ballots.

### PLEASE RETURN YOUR BALLOT PROMPTLY

### THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION

### IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (800) 784-9571

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| **Debtors.** | : | **Jointly Administered** |
| | : | |

### CLASS OP6b[2]
### EPD/BREACH CLAIMS AGAINST NEW CENTURY CAPITAL CORPORATION

### BALLOT TO ACCEPT OR REJECT THE JOINT CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED AS OF MARCH 18, 2008 (THE "PLAN") FOR HOLDERS OF CLASS OP6b CLAIMS (EPD/BREACH CLAIMS AGAINST NEW CENTURY CAPITAL CORPORATION)

### RECORD DATE: March 10, 2008

### VOTING DEADLINE: April 21, 2008

**THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS OP6b CLAIMS (EPD/BREACH CLAIMS AGAINST NEW CENTURY CAPITAL CORPORATION). PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE PROMPTLY. IF THE BALLOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 5:00 P.M., PACIFIC TIME, ON APRIL 21, 2008 (THE "VOTING DEADLINE"), UNLESS EXTENDED AT THE SOLE DISCRETION OF THE DEBTORS, IT WILL NOT BE COUNTED. FACSIMILE BALLOTS WILL NOT BE ACCEPTED.**

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2] Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan or in the Motion.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS
BEFORE COMPLETING THIS BALLOT.**

> PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS
> CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN
> CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW,
> THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of Class OP6b Claim(s) (EPD/Breach Claim(s)
against New Century Capital Corporation) in the amount set forth below, votes to (check <u>one</u>
box):

☐ Accept the Plan               ☐ Reject the Plan.

Creditor: _____     Claim Amount: $_____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of
the Disclosure Statement and the other applicable solicitation materials and certifies that the
undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on
behalf of the claimant.  The undersigned understands that, if this Ballot is validly executed but
does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to the Balloting Agent at the following address:

**IF SENT BY MAIL**

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**P.O. Box 8901**
**Marina Del Rey, CA 90295**

**IF SENT BY MESSENGER OR OVERNIGHT COURIER**

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**1821 East Dyer Road, Suite 225**
**Santa Ana, CA 92705**

**Ballots must be *received* by the Balloting Agent by 5:00 p.m., Pacific Time, on April 21, 2008 (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. ***Ballots submitted by facsimile will not be accepted.***

2.  You must vote all of your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.  Your Claim, which is an EPD/Breach Claim, has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules that were approved by the Bankruptcy Court with respect to the Class in which your Claim is classified (the "EPD/Breach Claim Tabulation Rules"). The EPD/Breach Claim Tabulation Rules Tabulation Rules are set forth in the Notice of (a) Deadline for Casting Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation, (b) Hearing to Consider Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and (c) Related Matters, which is enclosed with the solicitation materials you received along with this Ballot. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you

must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than April 15, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in an amount that differs from the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.

4.    If you supplied the information requested by the Debtors in a questionnaire that the Debtors transmitted to you on or about January 23, 2008, your Class OP6b has been temporarily allowed for voting purposes in an amount equal to the damages determined by the EPD/Breach Claim Protocol, a copy of which is enclosed in the Solicitation Package that you have received. If you have failed to provide the Debtors with the requested information so that the Debtors are unable to determine the amount of damages that would be calculated pursuant to the EPD/Breach Protocol, your Class OP6b Claim has been temporarily allowed for voting purposes only in the amount of $1.00.

5.    As set forth in the EPD/Breach Tabulation Rules, if you believe that your Class OP6b Claim should be allowed in an amount other than the amount identified in Item 1 of the Ballot and set forth in the EPD/Breach Voting Notice that has been provided to you pursuant to the EPD/Breach Tabulation Rules, then you must file an objection no later than April 11, 2008 at 4:00 Eastern Time. If you timely file such an objection and are not able to reach an agreement with the Debtors as to the amount in which your Class OP6b Claim is to be temporarily allowed for voting purposes, then your objection will be heard by the Bankruptcy Court on April 16, 2008 at 10:00 a.m. Eastern Time.

6.    The Ballot does not constitute and will not be deemed a proof of Claim or Interest or an assertion of a Claim or Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the last Ballot received by the Balloting Agent before the Voting Deadline will supersede any prior Ballots.

## PLEASE RETURN YOUR BALLOT PROMPTLY

## THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION

## IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (800) 784-9571

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

**CLASS OP6c**[2]
**OTHER UNSECURED CLAIMS AGAINST NEW CENTURY CAPITAL**
**CORPORATION**

**BALLOT TO ACCEPT OR REJECT THE JOINT CHAPTER 11 PLAN OF**
**LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS DATED AS OF MARCH 18, 2008 (THE "PLAN") FOR**
**HOLDERS OF CLASS OP6c CLAIMS (OTHER UNSECURED CLAIMS AGAINST**
**NEW CENTURY CAPITAL CORPORATION)**

**RECORD DATE: March 10, 2008**

**VOTING DEADLINE: April 21, 2008**

**THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS**
**OP6c CLAIMS (OTHER UNSECURED CLAIMS AGAINST NEW CENTURY**
**CAPITAL CORPORATION). PLEASE READ AND FOLLOW THE ATTACHED**
**INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN AND DATE THIS**
**BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE PROMPTLY. IF**
**THE BALLOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 5:00 P.M.,**
**PACIFIC TIME, ON APRIL 21, 2008 (THE "VOTING DEADLINE"), UNLESS**
**EXTENDED AT THE SOLE DISCRETION OF THE DEBTORS, IT WILL NOT BE**
**COUNTED. FACSIMILE BALLOTS WILL NOT BE ACCEPTED.**

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2] Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan or in the Motion.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEM 1.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of Class OP6c Claim(s) (Other Unsecured Claim(s) against New Century Capital Corporation) in the amount set forth below, votes to (check <u>one</u> box):

☐ Accept the Plan          ☐ Reject the Plan.

Creditor: _____          Claim Amount: $_____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to the Balloting Agent at the following address:

### IF SENT BY MAIL

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**P.O. Box 8901**
**Marina Del Rey, CA 90295**

### IF SENT BY MESSENGER OR OVERNIGHT COURIER

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**1821 East Dyer Road, Suite 225**
**Santa Ana, CA 92705**

Ballots must be *received* by the Balloting Agent by 5:00 p.m., Pacific Time, on April 21, 2008 (the "Voting Deadline"). If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. *Ballots submitted by facsimile will not be accepted.*

2.    You must vote all of your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.    Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules that were approved by the Bankruptcy Court with respect to the Class in which your Claim is classified (the "Non-EPD/Breach Claim Tabulation Rules"). The Non-EPD/Breach Claim Tabulation Rules are set forth in the Notice of (a) Deadline for Casting Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation, (b) Hearing to Consider Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and (c) Related Matters, which is enclosed with the solicitation materials you received along with this Ballot. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion,

pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than April 15, 2008.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in an amount that differs from the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.

4.     The Ballot does not constitute and will not be deemed a proof of Claim or Interest or an assertion of a Claim or Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the last Ballot received by the Balloting Agent before the Voting Deadline will supersede any prior Ballots.

## PLEASE RETURN YOUR BALLOT PROMPTLY

## THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION

## IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (800) 784-9571

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

## CLASS OP9a[2]
## SPECIAL DEFICIENCY CLAIMS AGAINST HOME123 CORPORATION

### BALLOT TO ACCEPT OR REJECT THE JOINT CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED AS OF MARCH 18, 2008 (THE "PLAN") FOR HOLDERS OF CLASS OP9a CLAIMS (SPECIAL DEFICIENCY CLAIMS AGAINST HOME123 CORPORATION)

### RECORD DATE: March 10, 2008

### VOTING DEADLINE: April 21, 2008

**THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS OP9a CLAIMS (SPECIAL DEFICIENCY CLAIMS AGAINST HOME123 CORPORATION). PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE PROMPTLY. IF THE BALLOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 5:00 P.M., PACIFIC TIME, ON APRIL 21, 2008 (THE "VOTING DEADLINE"), UNLESS EXTENDED AT THE SOLE DISCRETION OF THE DEBTORS, IT WILL NOT BE COUNTED. <u>FACSIMILE BALLOTS WILL NOT BE ACCEPTED.</u>**

---

[1]  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2]  Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan or in the Motion.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of Class OP9a Claim(s) (Special Deficiency Claim(s) against Home123 Corporation) in the amount set forth below, votes to (check <u>one</u> box):

☐ Accept the Plan          ☐ Reject the Plan.

Creditor: _____          Claim Amount: $_____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to the Balloting Agent at the following address:

### IF SENT BY MAIL

**New Century Claims Processing
c/o XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295**

### IF SENT BY MESSENGER OR OVERNIGHT COURIER

**New Century Claims Processing
c/o XRoads Case Management Services
1821 East Dyer Road, Suite 225
Santa Ana, CA 92705**

**Ballots must be *received* by the Balloting Agent by 5:00 p.m., Pacific Time, on April 21, 2008 (the "Voting Deadline")**. If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. ***Ballots submitted by facsimile will not be accepted.***

2.    You must vote all of your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.    Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules that were approved by the Bankruptcy Court with respect to the Class in which your Claim is classified (the "Non-EPD/Breach Claim Tabulation Rules"). The Non-EPD/Breach Claim Tabulation Rules are set forth in the Notice of (a) Deadline for Casting Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation, (b) Hearing to Consider Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and (c) Related Matters, which is enclosed with the solicitation materials you received along with this Ballot. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion,

pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than April 15, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in an amount that differs from the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.

4.      The Ballot does not constitute and will not be deemed a proof of Claim or Interest or an assertion of a Claim or Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the last Ballot received by the Balloting Agent before the Voting Deadline will supersede any prior Ballots.

## PLEASE RETURN YOUR BALLOT PROMPTLY

## THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION

## IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (800) 784-9571

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

### CLASS OP9b[2]
### OTHER UNSECURED CLAIMS AGAINST HOME123 CORPORATION

### BALLOT TO ACCEPT OR REJECT THE JOINT CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED AS OF FEBRUARY 2, 2008 (THE "PLAN") FOR HOLDERS OF CLASS OP9b CLAIMS (OTHER UNSECURED CLAIMS AGAINST HOME123 CORPORATION)

### RECORD DATE: March 10, 2008

### VOTING DEADLINE: April 21, 2008

THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS OP9b CLAIMS (OTHER UNSECURED CLAIMS AGAINST HOME 123 CORPORATION). PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE PROMPTLY. IF THE BALLOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 5:00 P.M., PACIFIC TIME, ON APRIL 21, 2008 (THE "VOTING DEADLINE"), UNLESS EXTENDED AT THE SOLE DISCRETION OF THE DEBTORS, IT WILL NOT BE COUNTED. <u>FACSIMILE BALLOTS WILL NOT BE ACCEPTED.</u>

---

[1]  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2]  Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan or in the Motion.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of Class OP9b Claim(s) (Other Unsecured Claim(s) against Home123 Corporation) in the amount set forth below, votes to (check <u>one</u> box):

☐ Accept the Plan          ☐ Reject the Plan.

Creditor: _____          Claim Amount: $_____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to the Balloting Agent at the following address:

### IF SENT BY MAIL

**New Century Claims Processing
c/o XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295**

### IF SENT BY MESSENGER OR OVERNIGHT COURIER

**New Century Claims Processing
c/o XRoads Case Management Services
1821 East Dyer Road, Suite 225
Santa Ana, CA 92705**

Ballots must be *received* by the Balloting Agent by 5:00 p.m., Pacific Time, on April 21, 2008 (the "Voting Deadline"). If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. *Ballots submitted by facsimile will not be accepted.*

2.    You must vote all of your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.    Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules that were approved by the Bankruptcy Court with respect to the Class in which your Claim is classified (the "Non-EPD/Breach Claim Tabulation Rules"). The Non-EPD/Breach Claim Tabulation Rules are set forth in the Notice of (a) Deadline for Casting Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation, (b) Hearing to Consider Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and (c) Related Matters, which is enclosed with the solicitation materials you received along with this Ballot. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion,

pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than April 15, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in an amount that differs from the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.

4.      The Ballot does not constitute and will not be deemed a proof of Claim or Interest or an assertion of a Claim or Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the last Ballot received by the Balloting Agent before the Voting Deadline will supersede any prior Ballots.

**PLEASE RETURN YOUR BALLOT PROMPTLY**

**THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION**

**IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (800) 784-9571**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al.,[1] | : | |
| Debtors. | : | Jointly Administered |

CLASS OP12[2]
OTHER UNSECURED CLAIMS AGAINST NC ASSET HOLDING, L.P., NC DELTEX, LLC,
NEW CENTURY R.E.O. CORP., NEW CENTURY R.E.O. II CORP., NEW CENTURY R.E.O. III
CORP., NC RESIDUAL III CORP., NEW CENTURY MORTGAGE VENTURES, LLC, AND
NCORAL, L.P.

BALLOT TO ACCEPT OR REJECT THE JOINT CHAPTER 11 PLAN OF LIQUIDATION
OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED AS OF
MARCH 18, 2008 (THE "PLAN") FOR HOLDERS OF CLASS OP12 CLAIMS (OTHER UNSECURED
CLAIMS AGAINST NC ASSET HOLDING, L.P., NC DELTEX, LLC, NEW CENTURY R.E.O. CORP.,
NEW CENTURY R.E.O. II CORP., NEW CENTURY R.E.O. III CORP., NC RESIDUAL III CORP., NEW
CENTURY MORTGAGE VENTURES, LLC, AND NCORAL, L.P.)

RECORD DATE: March 10, 2008

VOTING DEADLINE: April 21, 2008

THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS OP12
CLAIMS (OTHER UNSECURED CLAIMS AGAINST AGAINST NC ASSET HOLDING, L.P.,
NC DELTEX, LLC, NEW CENTURY R.E.O. CORP., NEW CENTURY R.E.O. II CORP., NEW
CENTURY R.E.O. III CORP., NC RESIDUAL III CORP., NEW CENTURY MORTGAGE
VENTURES, LLC, AND NCORAL, L.P.).  PLEASE READ AND FOLLOW THE ATTACHED
INSTRUCTIONS CAREFULLY.  PLEASE COMPLETE, SIGN AND DATE THIS BALLOT
AND RETURN IT IN THE ENCLOSED ENVELOPE PROMPTLY.  IF THE BALLOTING
AGENT HAS NOT RECEIVED THIS BALLOT BY 5:00 P.M., PACIFIC TIME, ON APRIL 21,
2008 (THE "VOTING DEADLINE"), UNLESS EXTENDED AT THE SOLE DISCRETION OF
THE DEBTORS, IT WILL NOT BE COUNTED.  FACSIMILE BALLOTS WILL NOT BE
ACCEPTED.

---

[1]  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a
Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware
corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New
Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a
California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a
California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California
corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC
Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New
Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New
Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort
Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage,
Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a
Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a
Delaware limited partnership; New Century Warehouse Corporation, a California corporation.
[2]  Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan or in the Motion.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

> PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of Class OP12 Claim(s) (Other Unsecured Claim(s) against NC Asset Holding, L.P., NC Deltex, LLC, New Century R.E.O. Corp., New Century, R.E.O. II Corp., New Century R.E.O. III Corp., NC Residual III Corporation, New Century Mortgage Ventures, LLC, and NCoral, L.P.) in the amount set forth below, votes to (check <u>one</u> box):

☐ Accept the Plan          ☐ Reject the Plan.

Creditor: _____          Claim Amount: $_____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to the Balloting Agent at the following address:

### IF SENT BY MAIL

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**P.O. Box 8901**
**Marina Del Rey, CA 90295**

### IF SENT BY MESSENGER OR OVERNIGHT COURIER

**New Century Claims Processing**
**c/o XRoads Case Management Services**
**1821 East Dyer Road, Suite 225**
**Santa Ana, CA 92705**

**Ballots must be *received* by the Balloting Agent by 5:00 p.m., Pacific Time, on April 21, 2008 (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. ***Ballots submitted by facsimile will not be accepted.***

2.    You must vote all of your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.    Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules that were approved by the Bankruptcy Court with respect to the Class in which your Claim is classified (the "Non-EPD/Breach Claim Tabulation Rules"). The Non-EPD/Breach Claim Tabulation Rules are set forth in the Notice of (a) Deadline for Casting Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation, (b) Hearing to Consider Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and (c) Related Matters, which is enclosed with the solicitation materials you received along with this Ballot. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion,

pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than April 15, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in an amount that differs from the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.

4.      The Ballot does not constitute and will not be deemed a proof of Claim or Interest or an assertion of a Claim or Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the last Ballot received by the Balloting Agent before the Voting Deadline will supersede any prior Ballots.

## PLEASE RETURN YOUR BALLOT PROMPTLY

## THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION

## IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (800) 784-9571

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : | **Case No. 07-10416 (KJC)** |
| **a Delaware corporation, et al.,**[1] | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

CLASS AL3[2]
OTHER UNSECURED CLAIMS AGAINST NEW CENTURY WAREHOUSE CORPORATION
(ALSO KNOWN AS ACCESS LENDING)

BALLOT TO ACCEPT OR REJECT THE JOINT CHAPTER 11 PLAN OF LIQUIDATION
OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
DATED AS OF MARCH 18, 2008 (THE "PLAN") FOR HOLDERS OF CLASS AL3 CLAIMS
(OTHER UNSECURED CLAIMS AGAINST NEW CENTURY WAREHOUSE CORPORATION
(ALSO KNOWN AS ACCESS LENDING))

RECORD DATE: March 10, 2008

VOTING DEADLINE: April 21, 2008

THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS
AL3 CLAIMS (OTHER UNSECURED CLAIMS AGAINST NEW CENTURY
WAREHOUSE CORPORATION (ALSO KNOWN AS ACCESS LENDING)).
PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY.
PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE
ENCLOSED ENVELOPE PROMPTLY.  IF THE BALLOTING AGENT HAS NOT
RECEIVED THIS BALLOT BY 5:00 P.M., PACIFIC TIME, ON APRIL 21, 2008
(THE "VOTING DEADLINE"), UNLESS EXTENDED AT THE SOLE DISCRETION
OF THE DEBTORS, IT WILL NOT BE COUNTED.  FACSIMILE BALLOTS WILL
NOT BE ACCEPTED.

---

[1]  The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a
Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware
corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New
Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a
California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a
California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California
corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC
Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New
Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New
Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort
Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage,
Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a
Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a
Delaware limited partnership; New Century Warehouse Corporation, a California corporation.
[2]  Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan or in the Motion.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, a holder of Class AL3 Claim(s) (Other Unsecured Claim(s) against New Century Warehouse Corporation (also known as Access Lending)) in the amount set forth below, votes to (check <u>one</u> box):

☐ Accept the Plan          ☐ Reject the Plan.

Creditor: _____          Claim Amount: $_____

**Item 2.  Acknowledgments.**  By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.  The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed