## CERTIFICATE OF SERVICE

Joseph H. Huston, Jr., hereby certifies that on March 18, 2008, he caused a true and correct copy of the foregoing *Objection Of Ad Hoc Committee Of Beneficiaries Of The New Century Financial Corporation Deferred Compensation Plan And/Or Supplemental Executive Retirement/Savings Plan To Motion Of The Official Committee Of Unsecured Creditors For An Order Directing The Clerk Of The Court To Maintain The Final Report Of Michael J. Missal, Examiner, Under Seal For A Period Of 45 Days From The Filing Date [Docket # 5279]* to be served electronically through the Court's CM/ECF system and by email, and also by regular mail upon the parties listed below.

*Representing the Debtors*
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

*Debtors*
Monika L. McCarthy, Esq.
New Century Mortgage Corporation
3337 Michelson Drive, Suite CN-350
Irvine, California 92612

*Representing The Official Committee of General Unsecured Creditors*
Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen. LLP
488 Madison Avenue
New York, NY 10022

Joseph J. McMahon, Jr., Esquire
*Office of the United States Trustee*
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

*Representing the Debtors*
Suzzanne S. Uhland, Esq.
Andrew M. Parlen, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, California 94111

*Debtors' Crisis Managers*
AP Services, LLC
Attn: Holly Felder Etlin
9 West 57th Street, Suite 3420
New York, New York 10019

*Representing The Official Committee of Unsecured Creditors*
Bonnie Glantz Fatell, Esq.
Regina Stango Kelbon, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

/s/ *Joseph H. Huston, Jr.*
Joseph H. Huston, Jr.