UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              *

                                                  Case No. 07-10416-KJC

NEW CENTURY TRS HOLDINGS, INC.,   *   (Chapter 11)
a Delaware corporation, *et al.*,

        Debtor              *    **Hearing Date: March 25, 2008 1:30 PM**

                                        ***********

## **CERTIFICATE OF NO OBJECTION**

*(Relates to Docket Reference #'s: 4970; 4974; 5002; 5003; 5004; 5005; 5006; 5007; 5019; 5020; 5046; 5047; 5048; 5049; 5051; 5135; 5136; 5172; 5175; 5178; and 5179)*

      Select Portfolio Servicing, Inc. as servicer for US Bank National Association; HSBC Bank USA, N.A.; DLJ Mortgage Capital, Inc.; USB Real Estate Securities, Inc.; D50-2007-1 Trust; JP Morgan Chase Ban; and Wells Fargo Bank (hereinafter "Movant"), by its undersigned counsel, hereby gives notice of the following:

      1. Movant filed twenty-one (21) separate Motions for Relief from the Automatic Stay between February 19, 2008 and March 4, 2008.  Copies of the Motion were served to the Debtor, Debtor's Counsel, the United States Trustee and the Official Committee of Unsecured Creditors via regular mail on the date each of the Motions were filed.

      2. The Notice of the Motion states, "If you fail to respond in accordance with this notice, the relief demanded by the Motion will be granted."  The Notice provides that a response to the Motion needs to be filed with the Court by March 18, 2008.  As of March 19, 2008, no response has been filed by the Debtor or any other interested person.

      3. Accordingly, Movant respectfully requests that the Court enter the Proposed Order Terminating Automatic Stay.

Date: March 19, 2008                          Respectfully submitted,

                                              WITTSTADT & WITTSTADT, P.A.

                                              /s/ *Lisa R. Hatfiled*_____
                                              Lisa R. Hatfield (DE No. 4967)
                                              284 East Main Street
                                              Newark, DE 19711
                                              (302) 444-4602
                                              (866) 503-4930 (toll free)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2008, copies of the foregoing Certificate of No Response was served upon the parties listed on the below in the manner stated:

VIA US MAIL
New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

VIA US MAIL
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodeny Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

VIA US MAIL
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

VIA US MAIL
United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
*U.S. Trustee*

VIA US MAIL
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

VIA US MAIL
Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

    Respectfully submitted,

    WITTSTADT & WITTSTADT, P.A.

    /s/ *Lisa R. Hatfiled*_____
    Lisa R. Hatfield (DE No. 4967)
    284 East Main Street
    Newark, DE 19711
    (302) 444-4602
    (866) 503-4930 (toll free)