UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., * Case No. 07-10416-KJC
a Delaware corporation, *et al.*, (Chapter 11)
Debtor *
***********
SELECT PORTFOLIO SERVICING, INC., *
Movant
*
v.
*
NEW CENTURY TRS HOLDING, Inc., et al **Hearing Date: March 25, 2008 at 1:30 PM**
Debtor *

---

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE AS IT APPLIES TO**
**1445 PALMETTO LANE, YULEE, FL 32097**
*(Relates to Docket #* 4970

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by Select Portfolio Servicing, Inc. (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in the real property and improvements thereon knows as 1445 Palmetto Lane, Yulee, FL 32097 (hereinafter the "Property") and that the Debtor's interest in the Property, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., * a Delaware corporation, *et al.*,
Debtor *

Case No. 07-10416-KJC
(Chapter 11)

***********

JP MORGAN CHASE, AS TRUSTEE , * c/o SELECT PORTFOLIO SERVICING, INC., *
Movant, *

v. *

NEW CENTURY TRS HOLDING, Inc., et al
Debtor *

---

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(Relates to Docket # 4974)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by JP Morgan Chase Bank (f/k/a The Chase Manhattan Bank), as trustee for IMC Home Equity Loan Trust 1998-3 c/o Select Portfolio Servicing, Inc., (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in each parcel of real property listed on **Exhibit A** hereof (hereinafter each a "Property" and collectively, the "Properties") and that the Debtor's interest in each of the Properties, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to

# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: JP Morgan Chase Bank as Trustee for IMC Home Equity Loan Trust 1998-3

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 3016987376 | Landreaux | Feb. 4, 1998 | $69,500 | $80,095.45 | $78,000 | 54 Carrol Drive, Sumter, SC 29150 |
| 7883002 | Nnoruka | Feb. 24, 2005 | $275,920 | $280,960.97 | $277,500 | 9338 Laguna Pointe Wy |
| 8224404 | Brenneman | Ap. 13, 2005 | $71,000 | $75,683.77 | $70,000 | 2018 E 34th Street, Tucson, AZ 85713 |
| 3966694 | Lamarre | Jun. 7, 2002 | $184,000 | $32,068.93 | $230,000 | 55 Prospect Avenue, Township of Irvington, NJ 07111 |
| 2943009 | Crouch | Jul. 25, 2001 | $66,600 | $85,326.18 | $59,900 | 109 N Cumberland, Sheridan, AR 72150 |
| 8227225 | Bryant | Ap. 18, 2005 | $200,000 | $226,667.38 | $245,000 | 16006 Stags Leap Drive, Lutz, FL 33559 |
| 2018123790 | Taylor | Sept. 30 1995 | $72,000 | $69,980.70 | $126,000 | 506 Clarendon Avenue, Vineland Ct. NJ 08360 |
| 3978749 | Cuevas | Sept. 24, 2002 | $71,500 | $74,082.08 | $121,000 | 356 58th Street, NW, Albuquerque, NM 87105 |
| 8256604 | Dee | Apr. 4, 2005 | $165,360 | $176,050.59 | $239,000 | 36 Hubbells Corner, Roxbury, NY 12474 |
| 10709707 | Itacy | Jan. 10, 2007 | $498,400 | $526,643.94 | $400,000 | 580 Champlain Avenue, West Hempstead, NY 11552 |
| 8233462 | Centz | Mar. 24, 2005 | $151,040.00 | $159,844.95 | $195,000 | 1136 East 130th Avenue, B, Thornton, CO 80241 |
| 10474112 | Glackin | Ju. 24, 2006 | $540,000 | $581,862.70 | $500,000 | 2817 NE 24th Avenue, Portland, OR 97212 |
| 9376088 | Anthony | Feb. 14, 2006 | $241,600 | $255,402.33 | $285,000 | 74035 Catalina Wy. Palm Desert, CA 92260 |
| 8229833 | Seiders | Apr. 15, 2005 | $300,000 | $314,938.97 | $325,000 | 2202 Iris Wy., Fort Meyers, FL 33905 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., *
a Delaware corporation, *et al.*,
Debtor *

Case No. 07-10416-KJC
(Chapter 11)

**Objections due by: March 18, 2008 at 4:00 PM**
**Hearing Date: March 25, 2008 at 1:30 PM**

***********

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(Relates to Docket #5002)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by HSBC Bank USA, National Association, as trustee, on behalf of the holders of the Nomura Home Equity Loan, Inc. Asset-Backed Certificates Series 2005-HE1 c/o Select Portfolio Servicing, Inc., (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in each parcel of real property listed on **Exhibit A** hereof (hereinafter each a "Property" and collectively, the "Properties") and that the Debtor's interest in each of the Properties, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Properties is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**

2. Pursuant to 11 U.S.C. § 362(d), Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to such Properties.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: ____________________ BY THE COURT:

_________________________________

Kevin J. Carey
U.S. Bankruptcy Court Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., *
a Delaware corporation, *et al.*,
Debtor *

Case No. 07-10416-KJC
(Chapter 11)

**Objections due by: March 18, 2008 at 4:00 PM**
**Hearing Date: March 25, 2008 at 1:30 PM**

***********

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(Relates to Docket #5003)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by U.S. Bank National Association, as trustee, on behalf of the holders of the CSFB Mortgage Pass-Through Certificates, Series 2005-CF1 c/o Select Portfolio Servicing, Inc., (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in each parcel of real property listed on **Exhibit A** hereof (hereinafter each a "Property" and collectively, the "Properties") and that the Debtor's interest in each of the Properties, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Properties is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**

2. Pursuant to 11 U.S.C. § 362(d), Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to such Properties.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: ___________________ BY THE COURT:

_______________________________________
Kevin J. Carey
U.S. Bankruptcy Court Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*, * Debtor *

Case No. 07-10416-KJC
(Chapter 11)

**Objections due by: March 18, 2008 at 4:00 PM**
**Hearing Date: March 25, 2008 at 1:30 PM**

***********

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(Relates to Docket #5004)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE4 Asset Backed Pass-Through Certificates, Series NC 2006-HE4 c/o Select Portfolio Servicing, Inc., (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in each parcel of real property listed on **Exhibit A** hereof (hereinafter each a "Property" and collectively, the "Properties") and that the Debtor's interest in each of the Properties, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Properties is not adequately protected; it is hereby **ORDERED** as follows:

# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: US Bank National Association, as trustee, on behalf of the holders of the Asset-Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE4, Asset Backed Pass-Through Certificates, Series NC

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 9360926 | Gomes | 9-Feb-06 | $358,400 | $377,467.88 | $359,000 | 10920 Noblewood Rd, Moreno Valley, CA 92557 |
| 9375205 | Vejar | 10-Feb-06 | $276,000 | $285,712.99 | $240,000 | 11394 3rd Ave. Hesperia, CA 92345 |
| 9373564 | Perez | 3-Feb-06 | $336,000 | $351,765.02 | $349,000 | 536 Yermo Ct. San Jose, CA 95111 |
| 9372939 | Preciado | 8-Feb-06 | $212,000 | $219,178.12 | $232,000 | 40574 172nd St E, Lancaster, CA 93536 |
| 9380312 | Williams | 22-Feb-06 | $360,000 | $399,052.41 | $299,000 | 5686 El Palomino Drive, Riverside, CA 92509 |
| 9367541 | Velazquez | 7-Feb-06 | $157,600 | $166,204.95 | $130,000 | 12114W Aster Dr. El Mirage, AZ 85335 |
| 9372913 | Antunez | 2-Feb-06 | $400,000 | $437,679.04 | $372,000 | 2180 Cordillera Ave. Colton, CA 92324 |
| 9377144 | Ramos | 2-Feb-06 | $444,000 | $462,201.07 | $460,000 | 14139 Runnymede St., Van Nuys, CA 91405 |
| 9383449 | Cole | 11-Feb-06 | $320,000 | $332,646.13 | $250,000 | 3361 East Ave. R-12, Palmdale, CA 93550 |
| 9383589 | Blanos | 15-Feb-06 | $311,120 | $330,976.59 | $230,000 | 4825 Country Grove Way Hemet, CA 92545 |
| 9382672 | Torres | 21-Feb-06 | $171,920.00 | $185,440.75 | $190,000 | 2203 Canonero Court Orlando, FL 32825 |
| 9347410 | Celaya | 21-Sep-05 | $270,463 | $288,612.15 | $265,000 | 8156 Billfish Ave., Las Vegas, NV 89147 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*, Debtor *

Case No. 07-10416-KJC
(Chapter 11)

**Objections due by: March 18, 2008 4:00 PM**
**Hearing Date: March 25, 2008 at 1:30 PM**

***********

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE AS IT APPLIES TO**
**131 E. CHANNEL STREET, NEWARK, OHIO 43055**
*(Relates to Docket # 5005)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., as Trustee of CSFB ABSC Trust, Series 2003-HE1 c/o Select Portfolio Servicing, Inc. (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in the real property and improvements thereon knows as 131 E. Channel Street, Newark, Ohio 43055 (hereinafter the "Property") and that the Debtor's interest in the Property, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Property is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**

2. Pursuant to 11 U.S.C. § 362, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Property. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to the Property.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: ___________________ BY THE COURT:

_________________________________

Kevin J. Carey
U.S. Bankruptcy Court Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*, Debtor * *

Case No. 07-10416-KJC
(Chapter 11)

**Objections due by: March 18, 2008 at 4:00 PM**
**Hearing Date: March 25, 2008 at 1:30 PM**

***********

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(Relates to Docket #* 5066*)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by US Bank National Association, as trustee, on behalf of the holders of the Asset-Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8 c/o Select Portfolio Servicing, Inc., (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in each parcel of real property listed on **Exhibit A** hereof (hereinafter each a "Property" and collectively, the "Properties") and that the Debtor's interest in each of the Properties, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Properties is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**

2. Pursuant to 11 U.S.C. § 362(d), Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to such Properties.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: ________________ BY THE COURT:

______________________________
Kevin J. Carey
U.S. Bankruptcy Court Judge

# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: US Bank National Association, as trustee, on behalf of the holders of the Asset-Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 8492092 | Aguilar | 16-Aug-05 | $453,600 | $489,506.79 | $459,000 | 2295 Rosecrans St, Simi Valley, CA 93065 |
| 8494874 | Nathong | 10-Aug-05 | $412,000 | $432,222.29 | $395,000 | 120 Alcantar Circle, Sacramento, CA 95834 |
| 8455321 | Espinal | 21-Jul-05 | $296,000 | $312,596.75 | $270,000 | 13877 Green Vista Dr., Fontana, CA 92337 |
| 8483026 | Arquieta | 11-Aug-05 | $135,920 | $148,207.41 | $97,000 | 1092 25th St.,SW Vero Beach, FL 32962 |
| 8470486 | Felder | 14-Jul-05 | $100,000 | $105,526.04 | $240,000 | 907 Uncle Bud Rd., Orangeburg, SC 29115 |
| 8504730 | Lomeli | 26-Aug-05 | $276,000 | $299,749.90 | $337,000 | 815 North Campus Ave., Ontario, CA 91764 |
| 8455628 | Lim | 22-Jul-05 | $304,000 | $324,431.35 | $279,000 | 1525 Verbena Way, Roseville, CA 95747 |
| 8477408 | Croll | 1-Aug-05 | $111,200 | $114,902.45 | $85,000 | 20328 Rutherford Ave., Port Charlotte, FL 33952 |
| 8503930 | Hernandez | 21-Jul-05 | $308,000 | $320,411.38 | $412,000 | 9901 Cedar St., Unit 1, Bellflower, CA 90706 |
| 8458523 | Martinez | 20-Jul-05 | $468,000 | $496,160.16 | $618,000 | 6716 E. Bernal St., Simi Valley, CA 93063 |
| 8482929 | Tonazzi | 29-Jul-05 | $276,000.00 | $280,326.90 | $295,000 | 5451 Chancery Way, Lake in the Hills, IL 60156 |
| 8456303 | Guzman | 26-Jul-05 | $330,400 | $342,845.05 | $325,000 | 817 W F St., Ontario, CA 91762 |
| 8482705 | Medina | 1-Aug-05 | $264,000 | $268,923.65 | $320,000 | 1809 E Sierra View Ave, Lancaster, CA 93535 |
| 8506909 | Routt | 24-Aug-05 | $310,200 | $362,324.70 | $215,000 | 4323 Wincanton Rd., Salida, CA 95368 |
| 8447963 | Foix | 21-Jul-05 | $157,250 | $167,183.66 | $160,000 | 557 Kendall Dr. Hastings, MN 55033 |
| 8495665 | Kirks | 11-Aug-05 | $75,607.50 | $84,205.79 | $15,000 | 3606E 53 Street, Cleveland, OH 44105 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*, *
Debtor *

Case No. 07-10416-KJC
(Chapter 11)

**Objections due by: March 18, 2008 at 4:00 PM**
**Hearing Date: March 25, 2008 at 1:30 PM**

***********

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(Relates to Docket #5007)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by US Bank National Association, as Trustee, on behalf of the holders of the Asset Back Pass-Through Certificates, Series RFC 2007-HE1 c/o Select Portfolio Servicing, Inc., (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in each parcel of real property listed on **Exhibit A** hereof (hereinafter each a "Property" and collectively, the "Properties") and that the Debtor's interest in each of the Properties, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Properties is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**

2. Pursuant to 11 U.S.C. § 362(d), Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to such Properties.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: ________________ BY THE COURT:

______________________________

Kevin J. Carey
U.S. Bankruptcy Court Judge

# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: US Bank National Association, as trustee, on behalf of the holders of the Asset-Backed Pass-Through Certificates, Series RFC 2007-HE1

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 10472470 | Hughes | 20-Sep-06 | $73,100 | $77,443.35 | $75,000 | 464W Florida Ave., Sebring, OH 44672 |
| 10475184 | Gomez | 20-Sep-06 | $549,600 | $576,913.90 | $420,000 | 1116 Apple Blossom Ln. Corona, CA 92881 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*, Debtor * *

Case No. 07-10416-KJC
(Chapter 11)

**Objections due by: March 18, 2008 at 4:00 PM**
**Hearing Date: March 25, 2008 at 1:30 PM**

***********

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(Relates to Docket #5019)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by UBS Real Estate Securities, Inc. c/o Select Portfolio Servicing, Inc., (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in each parcel of real property listed on **Exhibit A** hereof (hereinafter each a "Property" and collectively, the "Properties") and that the Debtor's interest in each of the Properties, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Properties is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**

2. Pursuant to 11 U.S.C. § 362(d), Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to such Properties.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: ___________________ BY THE COURT:

_______________________________________

Kevin J. Carey
U.S. Bankruptcy Court Judge

# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: UBS Real Estate Securities Inc.

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 11026911 | Rojas | 5-Apr-06 | $488,000 | $557,677.24 | $410,000 | 712N La Cadena Dr., Colton, CA 92324 |
| 11029014 | Gutierrez | 22-May-06 | $184,000 | $214,739.19 | $110,000 | 40 Dewey St., Providence, RI 02909 |
| 11027646 | McGrew | 18-Apr-06 | $332,000 | $390,941.00 | $179,000 | 5429-5431 Sky Pkwy, Sacramento, CA 95823 |
| 11026879 | Morales | 25-May-06 | $492,000 | $563,557.42 | $460,000 | 9 Roosevelt St., Yonkers, NY 10701 |
| 11030996 | Vongsikeo | 30-Mar-06 | $87,920 | $93,160.80 | $109,900 | 18 Rocklea Drive, Rochester, NY 14624 |
| 11027471 | Velasquez | 13-Apr-06 | $368,000 | $417,144.44 | $265,000 | 15856 Curtis Ave., Fontana, CA 92336 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*, Debtor * *

Case No. 07-10416-KJC
(Chapter 11)

**Objections due by: March 18, 2008 at 4:00 PM**
**Hearing Date: March 25, 2008 at 1:30 PM**

***********

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(Relates to Docket #5020)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by US Bank National Association, as trustee, on behalf of the holders of the Asset Backed Pass-Through Certificates, Series NC 2005-HE4 c/o Select Portfolio Servicing, Inc., (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in each parcel of real property listed on **Exhibit A** hereof (hereinafter each a "Property" and collectively, the "Properties") and that the Debtor's interest in each of the Properties, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Properties is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**

2. Pursuant to 11 U.S.C. § 362(d), Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to such Properties.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: ____________________ BY THE COURT:

______________________________________
Kevin J. Carey
U.S. Bankruptcy Court Judge

# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: US Bank National Association, as trustee, on behalf of the holders of the Asset Backed Pass-Through Certificates, Series NC 2005-HE4

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 7860224 | Floyd | 3-Feb-05 | $244,000 | $263,381.29 | $305,000 | 645 Strihal Loop, Oakland, FL 34787 |
| 7876725 | Morales | 23-Feb-05 | $407,920 | $430,685.90 | $354,900 | 2141 Wilson Place, Escondido, CA 92027 |
| 7874175 | Castellanos | 10-Feb-05 | $340,000 | $362,249.89 | $415,000 | 1432 Valinda Ave. Valinda Area, CA 91744 |
| 7869845 | Plascencia | 16-Feb-05 | $168,000 | $176,940.68 | $235,000 | 520 Carpenter Drive, Las Vegas, NV 89107 |
| 7873318 | Lambarri | 18-Feb-05 | $284,000 | $288,462.99 | $255,000 | 3625 Keating Street 6, San Diego, CA 921110 |
| 7876410 | Oganyan | 14-Feb-05 | $208,800 | $213,972.96 | $240,000 | 3154W Gettysburg Ave., Fresno, CA 93722 |
| 7870496 | Jackson | 15-Feb-05 | $87,200 | $108,269.36 | $65,000 | 507 Oak Hills Rd., Mableton, GA 30126 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., *
a Delaware corporation, *et al.*,
Debtor *

Case No. 07-10416-KJC
(Chapter 11)

**Objections due by: March 18, 2008 at 4:00 PM**
**Hearing Date: March 25, 2008 at 1:30 PM**

***********

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(Relates to Docket #5046)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by US Bank National Association, as trustee, on behalf of the holders of the Asset Backed-Pass Through Certificates, Series NC 2005-HE4 c/o Select Portfolio Servicing, Inc., (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in each parcel of real property listed on **Exhibit A** hereof (hereinafter each a "Property" and collectively, the "Properties") and that the Debtor's interest in each of the Properties, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Properties is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**

2. Pursuant to 11 U.S.C. § 362(d), Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to such Properties.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: ___________________ BY THE COURT:

_______________________________________
Kevin J. Carey
U.S. Bankruptcy Court Judge

# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: US Bank National Association, as trustee, on behalf of the holders of the Asset Backed-Pass Through Certificates, Series NC 2005-HE4

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 7886211 | Grijalva | 26-Feb-05 | $166,557 | $183,417.24 | $135,000 | 26520 Arboretum Way, Murrieta, CA 92563 |
| 7883648 | Fregoso | 26-Feb-05 | $380,000 | $402,545.00 | $405,000 | 1516 Oleander Ave., Chula Vista, CA 91911 |
| 7874803 | Loureiro | 18-Feb-05 | $317,050 | $331,863.73 | $360,000 | 2030 Lake Street, San Pablo, CA 94806 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*, Debtor * *

Case No. 07-10416-KJC
(Chapter 11)

**Objections due by: March 18, 2008 at 4:00 PM**
**Hearing Date: March 25, 2008 at 1:30 PM**

***********

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(Relates to Docket #5047)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by UBS Real Estate Securities, Inc. c/o Select Portfolio Servicing, Inc., (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in each parcel of real property listed on **Exhibit A** hereof (hereinafter each a "Property" and collectively, the "Properties") and that the Debtor's interest in each of the Properties, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Properties is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**

2. Pursuant to 11 U.S.C. § 362(d), Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to such Properties.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: ___________________

BY THE COURT:

___________________________________

Kevin J. Carey
U.S. Bankruptcy Court Judge

# EXHIBIT A

# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: UBS Real Estate Securities, Inc.

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 11027109 | Aguilar | 11-May-06 | $432,000 | $486,148.26 | $370,000 | 13023 Edwards Road, La Mirada, CA 90638 |
| 11026705 | Bigby | 17-Jun-06 | $612,000 | $682,254.72 | $765,000 | 520 Lunalilo Home Rd., Honolulu, Hawaii 96825 |
| 11029683 | Navarrete | 30-May-06 | $147,080 | $156,548.93 | $129,000 | 44 Russell St., Worcester, MA 01609 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., * a Delaware corporation, *et al.*, Debtor *

Case No. 07-10416-KJC
(Chapter 11)

**Objections due by: March 18, 2008 at 4:00 PM**
**Hearing Date: March 25, 2008 at 1:30 PM**

***********

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(Relates to Docket #5048)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by DLJ Mortgage Capital. Inc. c/o Select Portfolio Servicing, Inc., (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in each parcel of real property listed on **Exhibit A** hereof (hereinafter each a "Property" and collectively, the "Properties") and that the Debtor's interest in each of the Properties, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Properties is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**
2. Pursuant to 11 U.S.C. § 362(d), Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's

interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to such Properties.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: ________________ BY THE COURT:

______________________________

Kevin J. Carey
U.S. Bankruptcy Court Judge

# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: DLJ Mortgage Capital, inc.

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 10772770 | Jacobo | Nov. 30, 2006 | $362,400 | $385,377.29 | $280,000 | 1342 East 43rd St, Los Angeles, CA 90011 |
| 9083064 | Kinney | Sept. 21, 2005 | $149,000 | $165,025.20 | $145,000 | 5604 Readers St, Canal Winchester, OH 43110 |
| 10772085 | Avila | 23-Dec-06 | $240,000 | $254,312.05 | $335,000 | 3129 Ronald St., Riverside, CA 92506 |
| 10780542 | Maxwell | 29-Jan-07 | $334,400 | $351,696.03 | $406,000 | 528 NW 157 Avenue, Pembroke Pines, FL 33028 |
| 10702397 | Blancaflor | 14-Feb-07 | $560,000 | $594,329.83 | $450,000 | 4928 SW 8th St., Cape Coral, FL 33914 |
| 10733699 | Knight | 14-Feb-07 | $234,000 | $241,902.57 | $180,000 | 732 State Highway, Kissee Mills, MO 65680 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., *
a Delaware corporation, *et al.*,
Debtor *

Case No. 07-10416-KJC
(Chapter 11)

**Objections due by: March 18, 2008 at 4:00 PM**
**Hearing Date: March 25, 2008 at 1:30 PM**

***********

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(Relates to Docket #5049)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by US Bank National Association, as trustee, on behalf of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE4 Asset Backed Through Certificates, Series NC 2006-HE4 c/o Select Portfolio Servicing, Inc., (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in each parcel of real property listed on **Exhibit A** hereof (hereinafter each a "Property" and collectively, the "Properties") and that the Debtor's interest in each of the Properties, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Properties is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**

2. Pursuant to 11 U.S.C. § 362(d), Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to such Properties.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: ____________________

BY THE COURT:

______________________________

Kevin J. Carey
U.S. Bankruptcy Court Judge

# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: US Bank National Association, as trustee, on behalf of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE4 Asset Backed Through Certificates, Series NC 2006-HE4

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 9379884 | Laurenzano | 21-Feb-06 | $242,400 | $278,507.21 | $225,000 | 14402 Oakshire Blvd., Orlando, FL 32824 |
| 9352584 | Ocamb | 24-Nov-05 | $136,000 | $146,326.56 | $155,000 | 204 Edelweiss Street, Las Vegas, NV 89110 |
| 9381161 | Solorio | 10-Feb-06 | $220,000 | $233,957.74 | $229,000 | 1934 Park St., Livingston, CA 95334 |
| 9375064 | Conner | 2-Feb-06 | $424,000 | $444,007.35 | $415,000 | 128 Terranova Dr., Antioch, CA 94509 |
| 9387812 | Abril | 18-Feb-06 | $280,000 | $299,993.11 | $280,000 | 4510 Melody Drive 4, Concord, CA 94521 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., *
a Delaware corporation, *et al.*,
Debtor *

Case No. 07-10416-KJC
(Chapter 11)

**Objections due by: March 18, 2008 at 4:00 PM**
**Hearing Date: March 25, 2008 at 1:30 PM**

***********

## ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

*(Relates to Docket #5051)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by US Bank National Association, as trustee on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan, Trust Series NC 2005-HE8, Asset Backed Pass- Through Certificates, Series NC 2005-HE8 c/o Select Portfolio Servicing, Inc., (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in each parcel of real property listed on **Exhibit A** hereof (hereinafter each a "Property" and collectively, the "Properties") and that the Debtor's interest in each of the Properties, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Properties is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**

2. Pursuant to 11 U.S.C. § 362(d), Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to such Properties.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: ___________________ BY THE COURT:

_______________________________________
Kevin J. Carey
U.S. Bankruptcy Court Judge

# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: US Bank National Association, as trustee on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan, Trust Series NC 2005-HE8, Asset Backed Pass- Through Certificates, Series NC

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 8496739 | Nash | 19-Aug-05 | $192,000 | $200,747.52 | $222,000 | 4408 3rd Street South, Moorhead, MN 56560 |
| 8455610 | Beltran | 21-Jul-05 | $304,000 | $305,529.18 | $295,000 | 39313 Springtime Drive, Temecula, CA 92591 |
| 8458069 | Franco | 15-Jul-05 | $428,000 | $449,741.11 | $420,000 | 590 Summer Drive, Hollister, CA 95023 |
| 8485179 | Camargos | 5-Aug-05 | $484,000 | $506,718.97 | $535,000 | 1300 Kentucky Dr., Concord, CA 94521 |
| 8481269 | Lawrence | 2-Aug-05 | $432,000 | $454,604.11 | $399,900 | 1795 Birchwood Ln., Tracy, CA 95376 |
| 8458705 | Cortez | 21-Jul-05 | $488,800 | $508,208.22 | $410,000 | 1608 Via Lobos, San Lorenzo, CA 94580 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*, Debtor *

Case No. 07-10416-KJC
(Chapter 11)

**Objections due by: March 18, 2008 4:00 PM**[1]
**Hearing Date: March 25, 2008 at 1:30 PM**

**ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE AS IT APPLIES TO 20041 E. MARIPOSA RD., STOCKTON, CA 95215**

*(Relates to Docket # 5135)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by HSBC Bank USA, National Association, as trustee, on behalf of the holders of the Nomura Home Equity Loan, Inc. Asset-Backed Certificates Series 2005-HE1 c/o Select Portfolio Servicing, Inc. (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in the real property and improvements thereon knows as 20041 E. Mariposa Road, Stockton, CA 95215 (hereinafter the "Property") and that the Debtor's interest in the Property, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Property is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**

2. Pursuant to 11 U.S.C. § 362, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Property. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to the Property.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: ___________________ BY THE COURT:

_______________________________________
Kevin J. Carey
U.S. Bankruptcy Court Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| | | Case No. 07-10416-KJC |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*, Debtor | * | (Chapter 11) |
| | * | **Objections due by: March 18, 2008 4:00 PM** |
| | * | **Hearing Date: March 25, 2008 at 1:30 PM** |

**ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE AS IT APPLIES TO 7162 TYNER XING DR., CHATTANOOGA, TN 37421**

*(Relates to Docket # 5736)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Pass-Through Certificates, Series RFC 2007-HE1 c/o Select Portfolio Servicing, Inc. (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in the real property and improvements thereon knows as 7162 Tyner Xing Drive, Chattanooga, TN 37421 (hereinafter the "Property") and that the Debtor's interest in the Property, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Property is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**
2. Pursuant to 11 U.S.C. § 362, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Property. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to the Property.
3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: ____________________ BY THE COURT:

_________________________________

Kevin J. Carey
U.S. Bankruptcy Court Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., * a Delaware corporation, *et al.*, Debtor *

Case No. 07-10416-KJC
(Chapter 11)

**Objections due by: March 18, 2008 at 4:00 PM**
**Hearing Date: March 25, 2008 at 1:30 PM**

***********

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(Relates to Docket # 5772)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by DB50 2007-1 Trust c/o Select Portfolio Servicing, Inc., (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in each parcel of real property listed on **Exhibit A** hereof (hereinafter each a "Property" and collectively, the "Properties") and that the Debtor's interest in each of the Properties, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Properties is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**
2. Pursuant to 11 U.S.C. § 362(d), Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's

# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: DB50 2007-1 Trust

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 11028032 | Honor | 26-May-06 | $280,000 | $319,773.58 | $270,000 | 8065 Vineland Rd., Bakersfield, CA 93307 |
| 11027331 | Hernandez | 24-Apr-06 | $394,000 | $434,994.15 | $375,000 | 198 Jerusalem Ave., Hempstead, NY 11550 |
| 11027836 | Johnson | 26-Apr-06 | $304,000 | $355,781.91 | $225,000 | 44048 17th Street E, Lancaster, CA 93535 |
| 11027182 | Mcteer | 11-Aug-05 | $416,000 | $490,255.17 | $575,000 | 943 Sutter Ave., Brooklyn, NY 11207 |
| 11027281 | Navarrete | 20-Apr-06 | $400,000 | $454,597.72 | $530,500 | 122-124 E 80th St., Los Angeles, CA 90003 |
| 11027406 | Melendez | 28-Apr-06 | $375,200 | $423,615.05 | $425,000 | 306 5th St., Lindenhurst, NY 11757 |
| 11027745 | Torres | 10-May-06 | $316,000 | $368,832.10 | $290,000 | 1560E 110th St., Los Angeles, CA 90059 |
| 11027265 | Leon | 1-May-06 | $400,000 | $463,429.05 | $420,000 | 90-58 Frances Lewis Blvd., Queens Village, NY 11428 |
| 11026721 | Alvarez | 24-May-06 | $600,000 | $685,419.16 | $429,000 | 6566 Laurel St., Corona, CA 92880 |
| 11027661 | Lewis | 13-Apr-06 | $328,000 | $372,576.71 | $279,000 | 1934 Dawnelle Way, Sacramento, CA 95835 |
| 11028156 | Abellard | 24-May-05 | $268,000.00 | $307,000.05 | $362,500 | 198 East 7th St., Clifton, NJ 07011 |
| 11032257 | Pruett | 23-Dec-05 | $259,000 | $297,751.68 | $460,000 | 32881 Rovato St., Temecula, CA 92592 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: *

NEW CENTURY TRS HOLDINGS, INC., *
a Delaware corporation, *et al.*,
Debtor *

Case No. 07-10416-KJC
(Chapter 11)

**Objections due by: March 18, 2008 at 4:00 PM**
**Hearing Date: March 25, 2008 at 1:30 PM**

***********

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(Relates to Docket # 5775)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8 Asset Backed Pass-Through Certificates, Series NC 2005-HE8 c/o Select Portfolio Servicing, Inc.,(hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in each parcel of real property listed on **Exhibit A** hereof (hereinafter each a "Property" and collectively, the "Properties") and that the Debtor's interest in each of the Properties, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Properties is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**
2. Pursuant to 11 U.S.C. § 362(d), Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to such Properties.
3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: ________________ BY THE COURT:

______________________________
Kevin J. Carey
U.S. Bankruptcy Court Judge

# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: U.S. Bank National Association, as Trustee,

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 8510869 | Garcia | Aug. 25, 2005 | $304,000 | $324,000.60 | $304,000 | 43 Mildred Avenue, Pittsburg, CA 94565 |
| 8507709 | Corea | Aug. 10, 2005 | $298,400 | $312,956.61 | $403,000 | 2252 Kathryn Avenue, Pomona, CA 91766 |
| 8502007 | Nunez | Aug. 17, 2005 | $246,400 | $259,289.52 | $275,000 | 220 E Grant Street 65, Santa Maria, CA 93454 |
| 8500092 | James | Jul. 30, 2005 | $132,669 | $141,090.69 | $165,000 | 304 Southmen Lane, West Columbia, SC 29170 |
| 8490096 | Gonzalez | Aug. 9, 2005 | $280,000 | $301,173.05 | $220,000 | 24716 Talbot Court, Moreno Valley, CA 92551 |
| 8479552 | Randolph | Aug. 8, 2005 | $211,920 | $223,998.06 | $336,400 | 930 St George Street, West Palm Beach, FL 33415 |
| 8479123 | Mason | Jul. 27, 2005 | $188,800 | $207,491.15 | $219,900 | 10 Fawn Court, Bellingham, Washington, 98229 |
| 8469108 | Tagupa/Palenpa | Aug. 11, 2005 | $190,000 | $203,998.60 | $195,000 | 2827 Coolwater Drive, Henderson, Nevada 89047 |
| 8455412 | Esguerra | Jul. 26, 2005 | $298,400 | $310,981.16 | $270,000 | 526 Georgetown Pl. Unit D Chula Vista, CA 91911 |
| 8446452 | Guzman | Jul. 29, 2005 | $142,400 | $146,985.75 | $175,000 | 1240 SE31 CT Unit 201, Homestead, FL 33035 |
| 8441875 | Lowery | Jul. 27, 2005 | $103,200 | $108,803.50 | $133,000 | 1005 Kari Drive, Sheridan, AK 72150 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*, | * | Case No. 07-10416-KJC (Chapter 11) |
| Debtor | * | |
| | * | **Objections due by: March 18, 2008 4:00 PM** **Hearing Date: March 25, 2008 at 1:30 PM** |

**ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE AS IT APPLIES TO 5301 MARBURY WAY, ANTELOPE, CA 95843**

*(Relates to Docket #* 5178*)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by HSBC Bank USA, National Association, as trustee, on behalf of the holders of the Nomura Home Equity Loan, Inc. Asset-Backed Certificates Series 2005-HE1 c/o Select Portfolio Servicing, Inc. (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in the real property and improvements thereon knows as 5301 Marbury Way, Antelope, CA 95843 (hereinafter the "Property") and that the Debtor's interest in the Property, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Property is not adequately protected; it is hereby **ORDERED** as follows:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*, Debtor | * | Case No. 07-10416-KJC (Chapter 11) |
| | * | **Objections due by: March 18, 2008 4:00 PM** |
| | * | **Hearing Date: March 25, 2008 at 1:30 PM** |

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE AS IT APPLIES TO**
**6904 SAO TIAGO WAY, ELK GROVE, CA 95757**
*(Relates to Docket # 5779)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (hereinafter "Motion") filed by DLJ Mortgage Capital, Inc. c/o Select Portfolio Servicing, Inc., (hereinafter "Movant"), and any response thereto, the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that the Debtor does not have an interest in the real property and improvements thereon knows as 6904 Sao Tiago Way, Elk Grove, CA 95757 (hereinafter the "Property") and that the Debtor's interest in the Property, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with to the Properties because Movant's interest in the Property is not adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**

2. Pursuant to 11 U.S.C. § 362, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Property. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to the Property.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: ___________________ BY THE COURT:

_______________________________________
Kevin J. Carey
U.S. Bankruptcy Court Judge