## UNITED STATES BANKRUPTCY COURT OF DELAWARE

| | |
|---|---|
| Pierre Richard Augustin, PRO SE ) | |
| Consumer Creditor and Party In Interest ) | |
| ) | |
| v. ) | 07-10416-KJC |
| ) | 07-10419 |
| New Century Mortgage Corporation Et Al, ) | |
| Debtors. ) | |

### MOTION TO OBJECT TO THE DISALLOWING AND EXPUNGING OF CONSUMER PRIORITY MORTGAGE FRAUD CLAIM ('ADMINISTRATIVE') TO BE CLASSIFIED AS 'REMAINING CLAIMS' WITH SUPPORTING AUTHORITY AND NEW 'RELEVANT EVIDENCES' SUBMITTED IN EXHIBITS

Consumer Creditor and a Party In Interest (Pierre Richard Augustin, Pro Se), as an outsider of courtroom litigation ponders and reflects on the following oath that every federal judge takes to uphold the Constitution of the United States:

*"I, _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as _____ under the Constitution and laws of the United States. So help me God."*

Likewise, "parties appearing pro se are allowed greater latitude with respect to reasonableness of their legal theories (Patterson V. Aiker, 111 F.R.D. 354, 358 [N.D. GA 1986])". Also, the court is supposed to judge the case based on its merits even if procedural errors are made. Thus, the Court must give this Creditor and Party of Interest, "every favorable inference arising from his pro se status" (Hall v. Dworkin, 829 F. Supp. 1403, 1409 (ND NY 1993)).

Your Honor, the public has an interest in the orderly administration of justice. Public policy favors the proper adjudication of the 'remaining claims'. (See <u>U.S. v. Premises and Real Prop. At 4492 S. Livonia Rd.</u>, F. 2d 1258, 1263 (2d Cir. 1989), see also <u>U.S. v. All Assets of Statewide Auto Parts, Inc.</u>, 971 F. 2d 896, 902 (2d Cir. 1992) (a claimant's interest in his home merits special constitutional protection).

## I. RELIEF REQUESTED

Honorable Kevin J. Carey, please take notice, that Consumer Creditor and a Party In Interest in the above name bankruptcy proceeding moves this Court for an Order classifying Consumer Creditor and a Party In Interest's 'mortgage fraud remaining claim' as a consumer priority (507(a)(6)) or post-petition priority claims as part of the administrative expenses of the bankruptcy estate and any future punitive or multiple damages be classified as **non-dischargeable** according to the rule of law for compensatory damages, punitive damages, nullification of the mortgage due to mortgage fraud, restitution of ill-gotten gains and statutory damages (the Supreme Court has held that punitive or multiple damages which arise from such fraud are not dischargeable (<u>Cohen v. de la Cruz</u>, 523 U.S. 213, 118 S. Ct. 1212, 130 L. Ed. 2d 341 (1998)).

## II. AMOUNT OF CLAIM (See Proof of Claim)

| | |
|---|---|
| 1. Amount of Claim as of Date Case Filed: $700,264.80 + Punitive damages (UNKNOWN) <br> If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. <br> If all or part of your claim is entitled to priority, complete item 5. <br> ☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. <br> 2. Basis for Claim: _Mortgage Fraud Claim (Post Petition) ("administrative")_ <br> (See instruction #2 on reverse side.) <br> 3. Last four digits of any number by which creditor identifies debtor: _3860_ <br> 3a. Debtor may have scheduled account as: _UNKNOWN_ <br> (See instruction #3a on reverse side.) | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. <br><br> Specify the priority of the claim. <br><br> ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). <br><br> ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4). |

## III. REASON WHY THE 'REMAINING CLAIMS' SHOULD NOT BE DISALLOWED

Relevant Evidences of Mortgage Fraud to support requested relief (see Exhibits 1, 2, 3 & 4)

1. **In Exhibit 1,** New Century Mortgage denied the mortgage application on January 22, 2004.

2. **In Exhibit 2,** New Century Mortgage denied the mortgage application on March 9, 2004.

3. **In Exhibit 3,** Commonwealth Land Title Insurance Company (Commonwealth) committed fraud and false statement when it report on March 29, 2004 that the title was clear for closing with the intent to cover up for the civil conspiracy with the other parties acting as finder for New Century Mortgage. *Is this a pattern of conduct of Commonwealth?* The Civil conspiracy included 1) Commonwealth acting on behalf of New Century Mortgage in providing false information by failing to report that there was an existing 2nd mortgage on the property which resulted in the over financing of Consumer Creditor and a Party In Interest residential home, 2) New Century Mortgage underwriter failed to verify employment status for Consumer Creditor and a Party In Interest's wife 3) Allied acted as finder for New Century Mortgage 4) Attorney Samuel P. Reef covered up for all the frauds and false information 5) Beacon Appraisal, 396 W. Broadway, Boston, MA 02127(conducted the appraisal on the property) by failing to report that there was an existing 2nd mortgage on the property which resulted in the over financing of Consumer Creditor and a Party In Interest residential home. Mortgage Fraud resulted from the false information provided by all the parties mentioned above that were recorded on the 1003 as to the capacity of the primary borrower to obtain a loan and stating as illustrated in **exhibit 3** that title was clear which was a false statement in order to cover up for the central cause that led to Predatory Lending which is a violation of both Federal and Massachusetts Laws.

4. **In Exhibit 4, through mortgage fraud & false information amongst the Debtors and its**

**representatives,** Consumer Creditor and a Party In Interest was issued a mortgage that he should not have gotten at all as illustrated in Exhibits 1 and 2 since his wife was only holding a temporary, seasonal and on call part-time employment that resulted in the stripping of his equity and his debt liability surpassed his asset.

To be liable, each participant in the conspiracy need not know the exact details of the plan, but each participant must at least share the common objective of the conspiracy as described above in falsifying documents to stuck Consumer Creditor and a Party In Interest with a high-cost mortgage (Phelps Dodge v. United Steel Workers of America, 865 F.2d, 1541 (9th Cir. AZ, 1989), cert. denied 493 U.S. 809). Thus, the Debtors or its agents did not follow its standard practices as in evaluating creditworthiness or customs of the credit industry by conducting reasonable investigation of employment whereby a "red flag" would have alerted the Debtors or its agents presented statement that were inaccurate and misrepresented (In re Cohn, 54 F.3d 1108 (3d Cir. 1995) and calling off the closing.

Also, this is not an exhaustive lists, as other violations and claims may be uncovered through the discovery process in the Debtors and its agents into the application evaluation process and credit scoring systems and methods. For an overview description of the mortgage fraud, please referred to the previously filed amended motion.

## IV. CONCLUSION

The Supreme Court held that 11 USC 523(a)(2)(A) prevents the discharge of all liability arising from fraud and that an award of treble damages therefore falls within the scope of the exception

(Cohen v. de la Cruz, 523 U.S. 213, 118 S. Ct. 1212, 130 L. Ed. 2d 341 (1998). In effect, the Court extends protection from discharge not just to multiple and punitive damages, but also to claims for litigation fees and costs and to other **foreseeable consequential damages of fraud**.

Ronald Dworkin regards law as an interpretive process under which individual rights are paramount. Therefore, let us consider the following situation by Dworkin:
"An impatient beneficiary under a will murder the testator. Should he be permitted to inherit?"
Consumer Creditor and a Party In Interest's Contextual Analogy of Above Quotation as follows:

> *"New Century Mortgage Corporation along with its agents that acted as a finder and facilitator are beneficiary of mortgage fraud that led to the deprivation and stripping away of Consumer Creditor and a Party In Interest's property and civil rights. Should New Century Mortgage Corporation be permitted to disallow and to extinguish the Consumer Creditor and a Party In Interest's post-petition priority proof of 'Remaining Claims'('administrative')?"*

The above quotation mentioned above by Dworkin is analogous to *Consumer Creditor and a Party In Interest's filed proof of post-petition claim and its* drawn from the New York Decision of Riggs v. Palmer in 1899. The will in question was validly executed and was in the murderer's favour. But whether a murderer could inherit was uncertain: the rules of testamentary succession provided no applicable exception. The murderer should therefore have a right to his inheritance. The New York Court held, however, that the application of the rules was subject to the principle that 'no person should profit from his own wrong'. Hence, a murderer could not inherit from his victim." Likewise, Debtors along with its agents that acted as a finder and facilitator [cannot be allowed] to profit from the Predatory Lending practices and mortgage Fraud acts that resulted in the victimization of Consumer Creditor and Party In Interest.

**Consumer Creditor and a Party In Interest's Requested Relief**

In support of the motion to object and the relief requested herein, the above named Consumer Creditor and a Party In Interest hereby request the Court to grant his requested relief.

- Consumer Creditor and a Party In Interest is not looking for sympathy.
- <u>Consumer Creditor and a Party In Interest is not seeking multiple recoveries</u>.
- Consumer Creditor and a Party In Interest is not looking to be rewarded.
- Consumer Creditor and a Party In Interest is not seeking the punishment of the Debtor.

However, Consumer Creditor and a Party In Interest is only begging the Court to allow him to preserve his post-petition mortgage fraud 'remaining claim'('administrative') <u>**as nondischargeable**</u>.

**WHEREFORE,** Consumer Creditor and a Party In Interest respectfully request that the Court order that:

1. Consumer Creditor and a Party In Interest's post-petition mortgage fraud consumer priority (507(a)(6)) 'remaining claims' ('administrative') is not dischargeable;

2. Designating the post-petition mortgage of mortgage fraud consumer priority (507(a)(6)) 'remaining claims' as an 'administrative expense'.

**Respectfully Submitted,**

*[signature: Pierre R. Augustin]*

**Pierre R. Augustin, Pro Se**
Consumer Creditor and a Party In Interest
3941 Persimmon Drive, #102, Fairfax, VA 22031 (617)202-8069

**Attorneys and Parties Served**

| | |
|---|---|
| Counsel to the Debtors<br>Suzzanne S. Uhland, Ana Acevedo, Emily R. Culler<br>O'Melveny & Myers LLP<br>275 Battery Street<br>San Francisco, CA 94111<br>T: (415) 984-8700,  F: (415) 984-8701 | Co-Counsel to the Debtors<br>Mark D. Collins, Michael J. Merchant, Christopher M. Samis<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>T: (302) 651-7700 |
| Attorney, **David W. Carickhoff, Jr**<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>302-425-6400 | Joseph J. McMahon, Jr., Esquire<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801, Courtesy copy |
| United States Bankruptcy Court<br>District of Delaware<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801<br>T: (302) 252-2900 | U.S. Trustee<br>**United States Trustee**<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035<br>302-573-6491 |
| Attorney, **Adam Hiller**<br>Draper & Goldberg, PLLC<br>1500 North French Street<br>2nd Floor<br>Wilmington, DE 19801<br>(302) 339-8776 | Attorney, **Christopher M. Samis**<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>302-651-7845 |
| Official Committee of Unsecured Creditors<br>Attorney, **Bonnie Glantz Fatell**<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>(302) 425-6423 | New Century Claims Processing<br>**XRoads Case Management Services, LLC**<br>1821 E. Dyer Road<br>Suite 225<br>Santa Ana, CA 92705<br>949-567-1600 |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this motion was mailed via registered mail to the parties and attorneys above.

X _/s/ Pierre R. Augustin_ Pierre R. Augustin, 3941 Persimmon Drive, #102
Fairfax, VA 22031, Tel: 617-202-8069

## VERIFICATION

I, Pierre R. Augustin, hereby depose and state as follows:

1. I am Pierre R. Augustin, represented by self.

2. I have read the foregoing Motion filed herein and knowing the contents thereof have found that the allegations of fact set forth therein are true of my own personal knowledge, except as to those allegations based on information and belief which I believe to be true.

Signed under the penalties of perjury this _13th_ day of _March_ 2008.

X _/s/ Pierre R. Augustin_

STATE OF _Virginia_        COUNTY OF _Fairfax_

On this _13th_ day of _March_, 2008, before me, the undersigned notary public, personally appeared _Pierre Augustin_, proved to me through satisfactory evidence of identification, which was _VA DL_____, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that s/he signed it voluntarily for its stated purpose.

_/s/_
Notary Public
My Commission Expires _Feb. 28, 2009_
(SEAL)



PERLA ALVARENGA
Notary Public
Commonwealth of Virginia
Reg. #363602
My Commission Exps. Feb. 28, 2009

## UNITED STATES BANKRUPTCY COURT OF DELAWARE

| | |
|---|---|
| Pierre Richard Augustin, PRO SE ) <br> Consumer Creditor and Party In Interest ) <br> ) <br> v. ) <br> ) <br> New Century Mortgage Corporation Et Al, ) <br> Debtors. ) | 07-10416-KJC <br> 04-10419 |

### AFFIDAVIT / AFFIRMATION

I, Pierre-Richard Augustin, affirm the following under penalty of perjury, being duly sworn, deposes and says:

1) I am the Consumer Creditor and a Party In Interest in this action, and I respectfully submit this affidavit/affirmation.
2) The Motion should be granted because of the facts and circumstances outlined in the submitted motion and exhibits.
3) I have personal knowledge of facts which bear on this motion. In view of the foregoing, it is respectfully submitted that the motion should be denied.

I declare under penalty of perjury that the foregoing is true and correct, except as to those allegations based on information and belief which I believe to be true.

Dated: 3-13-08   *Pierre R. Augustin*

Pierre-Richard Augustin, Pro Se, Consumer Creditor and a Party In Interest
3941 Persimmon Drive, #102, Fairfax, VA 22031 (617) 202-8069

STATE OF Virginia   COUNTY OF Fairfax

On this ___ day of March, 2008, before me, the undersigned notary public, personally appeared Pierre Augustin, proved to me through satisfactory evidence of identification, which was

VA DL _____, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that s/he signed it voluntarily for its stated purpose.

*[signature]*
Notary Public
My Commission Expires: Feb. 28, 2009

(SEAL)



PERLA ALVARENGA
Notary Public
Commonwealth of Virginia
Reg. #363602
My Commission Exps. Feb. 28, 2009

# Exhibit 1

0001344152

## Mortgage Review Letter

Mortgagee: **NEW CENTURY MORTGAGE CORPORATION**

Address: **200 UNICORN PARK, 3RD FLOOR
WOBURN, MA 01801**

Lender Telephone Number: **781-933-2400**
Contact Person: **Customer Service**

Address of Property: **26 CEDAR STREET
LOWELL, MA 01852**

Name of Applicant(s): **BRIGET NGAMPA
PIERRE AUGUSTIN**

Date: **January 22, 2004**

Dear: **BRIGET NGAMPA**

You have the right to appeal this denial of your loan application to a Mortgage Review Board composed of lenders and citizens from your area. The Board members are appointed by the Massachusetts Commissioner of Banks whose staff co-ordinates this review process as provided by law.

The Board will review the application to determine if it was declined for valid reasons or because the property is located in a specific neighborhood or geographical area. If the Board determined that your loan was, in fact, declined because of the property's location, then the Board will refer the application back to the lender with the recommendation that the loan be made.

If you wish to have your application reviewed, you may do so by affixing your signature to the statement below, and returning the statement in the enclosed addressed envelope to: ADMINISTRATIVE SECRETARY, MORTGAGE REVIEW BOARD, DIVISION OF BANKS, ONE SOUTH STATION, BOSTON, MA 02110

The confidential information in your mortgage application and appeal to the Board will be released only to the members of the Mortgage Review Board and the Administrative Secretary. All copies are collected at the end of the review and destroyed.

If you have any questions concerning this process, please contact the Administrative Secretary of the Board at the Division of Banks at (617) 956-1500, who will, if you request, put you in touch with representatives of consumer credit organizations.

The Board will notify you of the disposition of your appeal.

### Notice of Appeal

In accordance with the provisions outlined above, I/we wish to appeal the denial of my/our mortgage application to the appropriate mortgage review board, and I/we hereby authorize the release of the confidential material in my/our application solely for the purpose of this review.

---

| Applicant **BRIGET NGAMPA** | Date | Applicant **PIERRE AUGUSTIN** | Date |
|---|---|---|---|
| Telephone Number: **978-970-0433** | | Telephone Number: **978-970-0433** | |
| Applicant | Date | Applicant | Date |
| Telephone Number: | | Telephone Number: | |

-963(MA) (9907)    7/99
VMP MORTGAGE FORMS - (800)521-7291

## Exhibit 2

### STATEMENT OF CREDIT DENIAL, TERMINATION, OR CHANGE

Applicant(s): (Type Full Name and Address)
BRIGET NGAMPA & PIERRE AUGUSTIN
26 CEDAR STREET
LOWELL, MA 01852

Description of Account, Transaction or Requested Credit:
0001344152

Date: 3/9/04

Credit Denied

Description of Action Taken:

PART I. Principal reason(s) for credit denial, termination or other action taken concerning credit. In compliance with Regulation "B" (Equal Credit Opportunity Act), you are advised that your recent application for credit has been declined/terminated/changed. The decision to deny/terminate/change your application was based on the following reason(s):

A. CREDIT
- No Credit File
- Insufficient Number of Credit References Provided
- Insufficient Credit File
- Limited Credit Experience
- Unable to Verify Credit References
- Garnishment, Attachment, Foreclosure, Repossession.
- Collection Action or Judgment
- Excessive Obligations in Relation to Income
- Unacceptable Payment Record on Previous Mortgage
- Lack of Cash Reserves
- Delinquent Past or Present Credit Obligations with Others
- Bankruptcy Past or Present
- Unacceptable Type of Credit References Provided
- Poor Credit Performance with Us

B. EMPLOYMENT STATUS
- Unable to Verify Employment
- Length of Employment
- Temporary or Irregular Employment

C. INCOME
- Insufficient Income for Amount of Credit Requested
- Unable to Verify Income
- Excessive Obligations in Relation to Income

D. RESIDENCY
- Temporary Residence
- Length of Residence
- Unable to Verify Residence

E. INSURANCE, GUARANTY or PURCHASE DENIED BY:
- Department of Housing and Urban Development
- Department of Veterans Affairs
- Fannie Mae
- Freddie Mac

F. OTHER
- Insufficient Funds to Close the Loan
- Credit Application Incomplete
- Value or Type of Collateral not Sufficient
  - Unacceptable Property
  - Insufficient Data - Property
  - Unacceptable Appraisal
  - Unacceptable Leasehold Estate
- [X] We do not grant credit to any applicant on the terms and conditions you have requested.

You have the right to a copy of the appraisal report used in connection with your application for credit. If you wish a copy, please write to us at the mailing address we have provided. We must hear from you no later than 90 days after we notify you about the action taken on your credit application or you withdraw your application. Under MA Gen Law Chapter 184, Section 17C we must provide you with a copy of the appraisal within 30 days from the date of your request.

PART II. Disclosure of use of information obtained from an outside source.

[X] Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. If you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Name: Fidelity National Credit Services
Address: 918 Ulster Ave.
Kingston NY 12401
Telephone Number: 800-322-3880

___ Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

If you have any questions regarding this notice, you should contact:

Creditor's Name: NEW CENTURY MORTGAGE CORPORATION
Creditor's Address: 200 UNICORN PARK, 3RD FLOOR
WOBURN, MA 01801
Creditor's Telephone Number: 781-933-2400

The Federal Equal Credit Opportunity Act and comparable provisions of Massachusetts law prohibit creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, sexual orientation, ancestry, handicap, familial status, marital status, age (provided that the applicant has the capacity to enter into a binding contract), or because all or part of the applicant's income derives from any public assistance program. The Federal Equal Credit Opportunity Act also prohibits creditors

## Exhibit 2 - Continued

| | |
|---|---|
| ☐ Poor Credit Performance with Us | ☐ Credit Application Incomplete |
| | ☐ Value or Type of Collateral not Sufficient |
| **B. EMPLOYMENT STATUS** | ☐ Unacceptable Property |
| ☐ Unable to Verify Employment | ☐ Insufficient Data - Property |
| ☐ Length of Employment | ☐ Unacceptable Appraisal |
| ☐ Temporary or Irregular Employment | ☐ Unacceptable Leasehold Estate |
| | ☒ We do not grant credit to any applicant on the terms and |
| **C. INCOME** | conditions you have requested. |
| ☐ Insufficient Income for Amount of Credit Requested | ☐ |
| ☐ Unable to Verify Income | |
| ☐ Excessive Obligations in Relation to Income | |

You have the right to a copy of the appraisal report used in connection with your application for credit. If you wish a copy, please write to us at the mailing address we have provided. We must hear from you no later than 90 days after we notify you about the action taken on your credit application or you withdraw your application. Under MA Gen Law Chapter 184, Section 17C we must provide you with a copy of the appraisal within 30 days from the date of your request.

**PART II.** Disclosure of use of information obtained from an outside source.

☒ Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Name: **Fidelity National Credit Services**
Address: **918 Ulster Ave.**
**Kingston NY 12401**
Telephone Number: **800-322-3880**

☐ Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

If you have any questions regarding this notice, you should contact:

Creditor's Name: **NEW CENTURY MORTGAGE CORPORATION**
Creditor's Address: **200 UNICORN PARK, 3RD FLOOR**
**WOBURN, MA 01801**
Creditor's Telephone Number: **781-933-2400**

The Federal Equal Credit Opportunity Act and comparable provisions of Massachusetts law prohibit creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, sexual orientation, ancestry, handicap, familial status, marital status, age (provided that the applicant has the capacity to enter into a binding contract), or because all or part of the applicant's income derives from any public assistance program. The Federal Equal Credit Opportunity Act also prohibits creditors from discriminating against credit applicants because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with the Federal law concerning this creditor is the **Federal Trade Commission Equal Credit Opportunity Washington, D.C. 20580**

The state agency that administers compliance with the state law is the Massachusetts Commission Against Discrimination, One Ashburton Place, Boston, Massachusetts 02108.

Should you have any additional information which might assist us in evaluating your creditworthiness, please let us know.

Thank you for applying.

(Lender)

Notice: ☒ Mailed  Date: **3/9/04**
☐ Delivered

By: _____
**NEW CENTURY MORTGAGE CORPORATION**

-30(MA) (0104)   Rev. 9 97
VMP MORTGAGE FORMS (800)521-7291   Amended 4 01

W:3355

**Exhibit 4**

FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
For use with Adjustable Rate Mortgage Loans

Date: **April 15, 2004**    Loan# **0001455240**

**NEW CENTURY MORTGAGE CORPORATION**

Borrowers: **BRIGET NGAMPA**
**PIERRE R. AUGUSTIN**

Exhibit 2

Property Location: **28 CEDAR STREET**
**LOWELL, MA 01852**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 7.859 % | $ 423,656.62 | $ 276,608.18 | $ 700,264.80 |

☐ Preliminary    ☐ Re-Disclosure    ☒ Final

Your payment schedule will be:

| No. of Payments | Amount of Payments ** | When Payments are Due |
|---|---|---|
| 360 | $ 1,945.18 | Monthly, beginning June 1, 2004 |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |

☐ This obligation has a demand feature

This is a variable-rate Loan. Disclosures were provided to you earlier.

Filing Fees $    315.00    Non-Filing Insurance $    N/A

Security: You are giving a security interest in the property located at
☒ **28 CEDAR STREET**    **LOWELL, MA 01852**

Late Charge: If payment is 15 days late, you will be charged 3.00 % of the payment.

Prepayment: If you pay off early, you
☒ may    ☐ will not    have to pay a penalty.
☐ may    ☒ will not    be entitled to a refund of part of the finance charge.

Assumption: Someone buying your home
☒ cannot assume the remainder of the mortgage on the original terms.
☐ may, subject to conditions, be allowed to assume the remainder of the mortgage on the original terms.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

e means an estimate

PROPERTY INSURANCE:  ☒ Property hazard insurance to replace the cost of improvements with a loss payable clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard Insurance ☐ is ☒ is not available through the lender at an estimated cost of    for a    year term.