UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>NEW CENTURY TRS HOLDINGS, INC. ET AL.,<br><br>Debtors. | Chapter 11<br>Case No. 07-10416(KJC)<br><br>(Jointly Administered)<br><br>Hearing Date: March 25, 2008, 1:30 PM<br>Objection Deadline: March 18, 2008 |

**CERTIFICATE OF NO OBJECTION
REGARDING DOCKET NO. 5070**

The undersigned hereby certifies that on February 27, 2008, Tsutae Iwamoto ("Ms. Iwamoto"), by and through her counsel, filed a **MOTION OF TSUTAE IWAMOTO FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d),** *(Docket No. 5070)* (the "Motion"). The undersigned hereby further certifies that he has received no answer, objection or other responsive pleading to the Motion. The undersigned also certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than **March 18, 2008.**

306106-1

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: March 19, 2008 | WEIR & PARTNERS LLP |
| | BY: /s/ Jeffrey S. Cianciulli, Esquire (#4369) |
| | Jeffrey S. Cianciulli, Esquire |
| | 824 Market Street Mall |
| | Suite 1001 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 852-8181 |
| | Counsel to Tsutae Iwamoto |

306106-1