IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC. ET AL., | : | Case No. 07-10416(KJC) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that I did cause a true and correct copy of the foregoing **CERTIFICATE OF NO OBJECTION REGARDING THE MOTION OF TSUTAE IWAMOTO FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(D)** to be served via first-class mail, postage prepaid, on March 19, 2008, upon the attached Service List.

By: /s/ Jeffrey S. Cianciulli, Esquire (#4369)
Jeffrey S. Cianciulli, Esquire (#4369)
Weir & Partners LLP
824 Market Street, Suite 1001
P.O. Box 708
Wilmington, DE  19899
Telephone:  (302) 652-8181
Facsimile:  (302) 652-8909

306113-1

SERVICE LIST

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
PO Box 551
Wilmington, DE 19899
*Attorneys for Debtor*

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for The Official Committee
Of Unsecured Creditors*

Mart T. Power, Esquire
Mark S. Idelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for The Official Committee
Of Unsecured Creditors*

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Randolph Leong, Esquire
126 Queen Street
Suite 301
Honolulu, Hawaii 96813
*Attorney for Glen Hironaga, Donald Tanida,
Hironaga Developments, Inc. and H&L Developments LLC*

306113-1

Arthur Kuwahara, Esquire
345 Queen Street, Suite 700
Honolulu, Hawaii 96813
*Attorney for Helen Bench Realty, Inc. and*
*Charles and Yu Neu Bench*

306113-1