# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. | | |
| **Case Number:** | 07-10416-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, MARCH 17, 2008 01:30 PM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | N/A | | |

### *Matter:*

Continuation of Disclosure Hearing

**R / M #:**   5,295 / 0

### *Appearances:*

See Sign in Sheet

### *Proceedings:*

Agenda Items 1 and 2 - Order Due