March 13, 2008

FILED
2008 MAR 18 AM 11:48
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

To whom it may concern,

My name is Maria Magdalena Gonzalez and I am writing to the Court regarding New Century TRS Holding, Inc. a Delaware Corporation whom filed Chapter 11. The case number is 07-10416. Attorneys for Debtors and Debtors in Possession are Mark D. Collins (no.2981), Michael J. Merchant (no.38540), Richards, Layton & Finger, and P.A. in Wilmington, DE. In addition, Suzanne S. Uhland, Ben H. Logan, Emily R. Culler in San Francisco, Ca.

I want to inform you that New Century owes me $597.79 for my hours worked.
I would like to explain about the reason I filed a proof of claim #1751.
At the time of the layoff from New Century, Irma (the Manager of Cashiering Loan Servicing Department) informed us that we would be paid until the end of April 2007.
I received my last payment on April 6, 2007 for March 19 and March 26, 2007.
I did not receive my payment of $597.79.

If filing Chapter 11 affects my severance package for the month of April total net pay of $2,923.20, so be it. If I have, the right to be paid my total severance package as I was informed at the time I want my money. This does not change the monies owed to me for the hours I worked before New Century filed Bankruptcy. Please understand when I sent out the claim form I did not write down the amount owed to me. This is why my claim states that New Century does not owe me my monies.

I apologized for my misunderstanding of filing out the claim form incorrectly.
For this reason, I am writing you to correct my claim that New Century owes me an amount of $597.79 that was the original amount stated on claim.
If you have any questions, please give me a call I can reached at (714) 703-1209.

Thank you,
Maria M. Gonzalez
12601 Spinnaker Street
Garden Grove, CA 92840