## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., | : | |
| a Delaware corporation, et al., [1] | : | Jointly Administered |
| | : | |
| Debtors | : | |
| | : | Re: Docket No. 5184 to 5214 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

### DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a

member of the bar of this Court, hereby declare that on March 4, 2008, I caused true and correct

copies of the following to be served upon the attached Exhibit A by Overnight Mail:

- **Notice of Amendments to Debtor New Century TRS Holdings, Inc. - Schedule B, Personal Property and Schedule F, Creditors Holding Unsecured Nonpriority Claims** [Docket No. 5184]

- **Notice of Filing of Amendments to Statement of Financial Affairs of New Century TRS Holdings, Inc.** [Docket No. 5185]

- **Notice of Filing of Amendments to Statement of Financial Affairs of New Century Financial Corporation** [Docket No. 5186]

- **Notice of Filing of Amendments to Statement of Financial Affairs of New Century Mortgage Corporation** [Docket No. 5187]

- **Notice of Amendments to Debtor New Century Mortgage Corporation - Schedule B, Personal Property and Schedule F, Creditors Holding Unsecured Nonpriority Claims** [Docket No. 5188]

---

[1]      The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Notice of Amendments to Debtor NC Capital Corporation - Schedule B, Personal Property and Schedule F, Creditors Holding Unsecured Nonpriority Claims** [Docket No. 5189]

- **Notice of Filing of Amendments to Statement of Financial Affairs of NC Capital Corporation** [Docket No. 5190]

- **Notice of Amendments to Debtor Home123 Corporation - Schedule B, Personal Property and Schedule F, Creditors Holding Unsecured Nonpriority Claims** [Docket No. 5191]

- **Notice of Filing of Amendments to Statement of Financial Affairs of Home123 Corporation** [Docket No. 5192]

- **Notice of Amendments to Debtor New Century Credit Corporation - Schedule B, Personal Property and Schedule F, Creditors Holding Unsecured Nonpriority Claims** [Docket No. 5193]

- **Notice of Filing of Amendments to Statement of Financial Affairs of New Century Credit Corporation** [Docket No. 5194]

- **Notice of Amendments to Debtor NC Asset Holding, L.P. - Schedule B, Personal Property and Schedule F, Creditors Holding Unsecured Nonpriority Claims** [Docket No. 5195]

- **Notice of Filing of Amendments to Statement of Financial Affairs of NC Asset Holding, L.P.** [Docket No. 5196]

- **Notice of Filing of Amendments to Statement of Financial Affairs of NC Residual III Corporation** [Docket No. 5197]

- **Notice of Amendments to Debtor NC Residual III Corporation - Schedule B, Personal Property and Schedule F, Creditors Holding Unsecured Nonpriority Claims** [Docket No. 5198]

- **Notice of Filing of Amendments to Statement of Financial Affairs of NC Residual IV Corporation** [Docket No. 5199]

- **Notice of Amendments to Debtor NC Residual IV Corporation - Schedule B, Personal Property and Schedule F, Creditors Holding Unsecured Nonpriority Claims** [Docket No. 5200]

- **Notice of Amendments to Debtor R.E.O. Corp. - Schedule B, Personal Property and Schedule F, Creditors Holding Unsecured Nonpriority Claims** [Docket No. 5201]

- **Notice of Filing of Amendments to Statement of Financial Affairs of New Century R.E.O. Corp.** [Docket No. 5202]

- **Notice of Amendments to Debtor New Century R.E.O. II Corp. - Schedule B, Personal Property and Schedule F, Creditors Holding Unsecured Nonpriority Claims** [Docket No. 5203]

- **Notice of Filing of Amendments to Statement of Financial Affairs of New Century R.E.O. II Corp.** [Docket No. 5204]

- **Notice of Amendments to Debtor New Century R.E.O. III Corp. - Schedule B, Personal Property and Schedule F, Creditors Holding Unsecured Nonpriority Claims** [Docket No. 5205]

- **Notice of Filing of Amendments to Statement of Financial Affairs of New Century R.E.O. III Corp.** [Docket No. 5206]

- **Notice of Filing of Amendments to Statement of Financial Affairs of New Century Mortgage Ventures, LLC** [Docket No. 5207]

- **Notice of Amendments to Debtor New Century Mortgage Ventures, LLC - Schedule B, Personal Property and Schedule F, Creditors Holding Unsecured Nonpriority Claims** [Docket No. 5208]

- **Notice of Amendments to Debtor NC Deltex, LLC - Schedule B, Personal Property and Schedule F, Creditors Holding Unsecured Nonpriority Claims** [Docket No. 5209]

- **Notice of Filing of Amendments to Statement of Financial Affairs of NC Deltex, LLC** [Docket No. 5210]

- **Notice of Amendments to Debtor NCoral, L.P. - Schedule B, Personal Property and Schedule F, Creditors Holding Unsecured Nonpriority Claims** [Docket No. 5211]

- **Notice of Filing of Amendments to Statement of Financial Affairs of NCoral, L.P.** [Docket No. 5212]

- **Notice of Filing of Amendments to Statement of Financial Affairs of New Century Warehouse Corporation** [Docket No. 5213]

- **Notice of Amendments to Debtor New Century Financial Corporation - Schedule B, Personal Property and Schedule F, Creditors Holding Unsecured Nonpriority Claims** [Docket No. 5214]

Dated:  March 12, 2008

/s/ Jamie L. Edmonson
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
  SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California  92705
Telephone:  (949) 567-1600

# Exhibit A

Exhibit A
US Trustee Notice Party
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|---------|---------|----------|----------|------|-------|-----|---------|----------------|
| Office of the United States Trustee | Joseph J McMahon Jr Esquire | J Caleb Boggs Federal Building | 844 King Street Room 2207 Lockbox #35 | Wilmington | DE | 19801 | | US Trustee |