IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., | : | |
| a Delaware corporation, et al., [1] | : | Jointly Administered |
| | : | |
| Debtors | : | |
| | : | Re: Docket No. 5144 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

**DECLARATION OF SERVICE**

I, Jamie L. Edmonson, a Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on February 29, 2008, I caused true and correct copies of the following to be served upon the attached Exhibit A by Overnight Mail:

- **Tenth Monthly Application of Richards, Layton & Finger, P.A. for the Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from January 1, 2008 Through January 31, 2008** [Docket No. 5144]

Dated:  March 12, 2008

                                                        /s/ Jamie L. Edmonson
                                                        Jamie L. Edmonson (No. 4247)
                                                        XROADS CASE MANAGEMENT
                                                          SERVICES, LLC
                                                        1821 E. Dyer Road, Suite 225
                                                        Santa Ana, California  92705
                                                        Telephone:  (949) 567-1600

---

[1]      The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

# Exhibit A

Exhibit A
Fee App Service List
Overnight Mail Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| AP Services LLC | Holly Felder Etlin | 9 West 57th Street | Suite 3420 | New York | NY | 10019 | | Crisis Managers |
| Blank Rome LLP | Bonnie Glantz Fatell | 1201 Market Street | Suite 800 | Wilmington | DE | 19801 | | Counsel for Creditors' Committee |
| Hahn Hessen LLP | Mark S Indelicato | 488 Madison Avenue | | New York | NY | 10022 | | Counsel for Creditors' Committee |
| New Century Mortgage Corp | Monika McCarthy | 3121 Michelson Dr | Ste 600 | Irvine | CA | 92612 | | Debtor |
| Office of the US Trustee | Joseph McMahon Esq | 844 King Street | Suite 2207 Box 35 | Wilmington | DE | 19801 | | US Trustee |
| OMelveny Myers LLP | Suzzanne Uhland & Emily Culler | 400 S Hope Street | | Los Angeles | CA | 90071 | | Debtors' Counsel |
| Warren H Smith & Assco | Warren H Smith | 325 N St Paul Republic Cntr | Ste 1275 | Dallas | TX | 75201 | | Fee Auditor |