**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | | |
|---|---|---|
| NADINE M. PROCTOR, *et al.* | * | |
| Plaintiffs, | * | Case No. 07-cv-01957-RWT |
| v. | * | |
| METROPOLITAN MONEY STORE CORP., *et al.* | * | |
| Defendants. | * | |
| | * | |

___

## LINE REPLACING PAGES OF PLAINTIFFS' FIRST AMENDED COMPLAINT

The Plaintiffs, through their attorneys, submit this line replacing pages of their

First Amended Complaint, and for cause state:

The Plaintiffs' First Amended Complaint in this case, which was filed on

Monday, January 21, 2008, included three pages which omitted several lines of text when

they were converted to Adobe pdf files for E-filing. The pages at issue are pages 6, 30

and 86, and the replacement pages are attached as Exhibits A, B, and C hereto. These

pages have not been changed in any way, and merely include lines of text which were

lost during the conversion from Microsoft Word to Adobe pdf.

Respectfully submitted,


_____/s/_____
SCOTT C. BORISON (Bar No. 22576)
JANET LEGG (Bar No. 15552)
Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick, MD 21703
(301) 620-1016
FAX: (301)620-1018

68

legg@legglaw.com
borison@legglaw.com

PETER A. HOLLAND (Bar No. 10866)
BENJAMIN H. CARNEY (Bar No. 27984)
The Holland Law Firm, P.C.
1410 Forest Drive, Suite 21
Annapolis, Maryland 21403
　　　(410) 280-6133
FAX: (410) 280-8650
peter@hollandlawfirm.com
ben@hollandlawfirm.com

PHILLIP R. ROBINSON (Bar No. 27824)
Civil Justice, Inc.
520 West Fayette Street, Suite 410
Baltimore, Maryland 21201
(410) 706-0174
FAX: 410-706-3196
probinson@civiljusticenetwork.org

ATTORNEYS FOR PLAINTIFFS AND THE CLASS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served this 25 day of January, 2008, by electronic service to:

Alvin I. Frederick
Daniel R Hodges
Eccleston and Wolf, PC
Scarlett Place, 7th Floor
729 E. Pratt Street
Baltimore, Maryland 21202
Counsel for Defendant V. Tomlin

Richard Lawrence Beizer
Keith J Harrison
Adrian D Mebane
Crowell and Moring LLP
1001 Pennsylvania Ave NW Ste 1100
Washington, DC 20004
Counsel for Defendant A. Chaudhry

2

John Thomas Prisbe
Venable LLP
Two Hopkins Plz Ste 1800
Baltimore, MD 21201
Counsel for Chicago Title

James K Archibald
Venable LLP
Two Hopkins Plz, Ste. 1800
Baltimore, MD 21201
Counsel for Southern Title

John M Alten
John J Haggerty
Ulmer and Berne LLP
1660 W Second St Ste 1100
Cleveland, OH 44113
Counsel for Southern Title

Sidney S. Friedman
Weinstock, Friedman and Friedman, P.A.
4 Reservoir Circle
Baltimore, Maryland 21208
Counsel for Jamie Clark

     I HEREBY FURTHER CERTIFY that a copy of the foregoing was served this 25 day of January 2008, by U.S. Mail to the following parties:

METROPOLITAN MONEY STORE CORP.
9320 Annapolis Road, #100
Lanham, Maryland 20706
Serve on:
Jennifer McCall, Resident Agent
9800 Huxley Drive
Lanham, Maryland 20706

FORDHAM AND FORDHAM INVESTMENT
GROUP, LTD
9420 Annapolis Road,#310
Lanham, Maryland 20706
     Serve on:
     Kurt Fordham, President
     7602 Alloway Lane
     Beltsville, Maryland 20705

DIANE LINDA JONES
508 Balboa Avenue
Capitol Heights, Maryland 20743

LETICIA NICHOLLS
400 Browning Ave #2
Takoma Park, Maryland 20912-7146

JOY JENIS JACKSON
12811 Glasgow Ct
Fort Washington, MD 20744-7034
KURT FORDHAM
7602 Alloway Ln.
Beltsville, MD  20705-6321

JENNIFER MCCALL
7602 Alloway Ln.
Beltsville, MD  20705-6321

/s/
Scott Borison

their personal liability and create a transaction on paper which appear legitimate but was actually an elaborate scheme to defraud homeowners and the community.

6.      As a result of the scheme, many homeowners are now threatened with loss of their home in tens or hundreds of pending foreclosures that, upon information and belief, involve loans funded as a direct and proximate result of New Century Mortgage's loose if not non-existent underwriting standards.  New Century Mortgage originated many of the mortgage loans involved in the scheme described in this Complaint.  New Century Mortgage is currently in bankruptcy. Its bankruptcy filing was one of the early symptoms of the current nationwide credit crisis resulting from loose "subprime" loan underwriting standards.

7.      At a time when the region has already been identified by the Federal Bureau of Investigation as a "hotspot" for mortgage fraud, this scam will likely move it to the highest possible ranking.  Governor O'Malley has also recently introduced a series of bills in the Maryland General Assembly to specifically address mortgage fraud issues in Maryland as another indicator of the problem.

8.      The negative impact for all homeowners in the region as a result of this scheme is that hundreds of neighbors will needlessly lose their homes, unless immediate steps are taken, neighborhoods will lose millions of dollars in home values as a secondary negative impact from the impending foreclosures, local governments will have a lower tax base, lenders will write off huge losses since their title insurers are not honoring claims, and the so-called professional real estate professionals have been unjustly enriched through their illegal scheme and will be able to retain those unjust benefits unless and until they are compelled to return them.

**PARTIES**

6

kickback or fee splits among the RICO Defendants, Jackson, McCall, Mr. Fordham,

Metropolitan and FFIG, the agents of the title insurers Chicago and Southern, Sussex and RTE,

respectively, and the owners and/or employees of Sussex and RTE, Tomlin and Chaudhry,

Farahpour and Ballesteros as well as the title insurers.

62.     Sussex , Chaudhry, Farahpour and Ballesteros and RTE and Tomlin also prepared false

HUD-1s in each transaction in which they were involved, in that the settlement statement was

designed to show that significant proceeds, exceeding tens or even hundreds of thousands of

dollars, were being paid to the homeowners as sellers in the transaction but in fact were not paid

to the homeowner Plaintiffs and other members of the Class.  Instead, these payments were

channeled by RTE and Tomlin and Sussex, Chaudhry, Farahpour and Ballesteros to various

affiliates and affiliated business arrangements as illegal kickbacks and unearned fees.  RTE and

Tomlin and Sussex, Chaudhry, Farahpour and Ballesteros falsified the HUD-1 Settlement

Statements for the continued referral of business to themselves and their principals, Southern and

Chicago. Their actions facilitated and enabled these transactions which were part of the

widespread scam. RTE and Tomlin and Sussex, Chaudhry, Farahpour and Ballesteros benefited

from their involvement in the transactions through title insurance commissions they received,

settlement fees, and other benefits they obtained from conducting numerous settlements and

having a stream of referrals of settlement business from the other RICO Defendants, Jackson,

McCall, Mr. Fordham, Metropolitan and FFIG. Their principals, Southern and Chicago likewise

benefited from their involvement in the transactions through title insurance premiums. The

insurance premiums received by Southern and Chicago were increased as a direct result of the

structuring of the transactions as sales instead of refinance.

engaged by Chicago, and while acting in furtherance of Chicago's interests.

290.    The acts and omissions of Ms. Tomlin and RTE, which caused injuries to the Plaintiffs

and the other members of the Class, were committed within the scope of the agency of Ms.

Tomlin and RTE with Southern.  These acts and omissions were committed when Ms. Tomlin

and RTE were performing services as agents for which they had been engaged by Southern, and

while acting in furtherance of Southern's interests.

**COUNT V**
**VIOLATION OF THE MARYLAND PROTECTION OF HOMEOWNERS IN**
**FORECLOSURE ACT (PHIFA)**
**(MD. CODE ANN., REAL PROP., §§ 7-301 *et seq.*)**
(AGAINST ALL DEFENDANTS ON BEHALF OF THE MARYLAND SUB CLASS)

291.    Plaintiffs re-allege and incorporate by reference the foregoing allegations.

292.    The acts and representations of the RICO Defendants, Jackson, McCall, Mr. Fordham,

Metropolitan and FFIG, as well as the agents of Chicago and Southern: RTE and Tomlin,

Sussex, Chaudhry, Farahpour and Ballesteros, Nicholls, Jones and John Does 1-50 described

above deceived and tended to deceive the Plaintiffs and the other members of the Maryland

subclass, who were all homeowners of Maryland residences in foreclosure pursuant to the

PHIFA.

293.    The acts and representations of the RICO Defendants, Jackson, McCall, Mr. Fordham,

Metropolitan and FFIG, as well as the agents of Chicago and Southern: RTE and Tomlin,

Sussex, Chaudhry, Farahpour and Ballesteros, Nicholls, Jones and John Does 1-50 as described

herein systematically violated several express prohibitions of the PHIFA.

294.    Ms. Jackson, Ms. McCall, Mr. Fordham, Metropolitan and FFIG willfully,

systematically, and uniformly violated the PHIFA with respect to the Plaintiffs and the Maryland

86