IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| NADINE M. PROCTOR, *et al.* | * | |
| Plaintiffs, | * | Case No. 07-cv-01957-RWT |
| v. | | |
| | * | |
| METROPOLITAN MONEY STORE CORP., *et al.* | | |
| | * | |
| Defendants. | | |
| | * | |

## AFFIDAVIT OF DELORES WALLACE

1. I, Delores Wallace, am over the age of eighteen and competent to make this Affidavit.

2. I have reviewed the First Amended Complaint in this case, and all of the facts in it which relate to me and my transaction are true and accurate.

3. I attended a meeting where there were at least 40 people present who were also victims of the scam involving Metropolitan Money Store Corp. I have also had a meeting with representatives of the States Attorneys Office and was told about 400 people are in the same situation as us.

4. I have been involved in this case since the outset, and I am aware and up-to-date on all matters in this litigation and communicate regularly with my attorneys. I will remain involved in the case and protect the interests of the other members of the class. I understand my duties, including answering interrogatories, submitting to a deposition, attending mediation or settlement conferences if required, and appearing at trial and giving testimony.

5.  I am dedicated to the case and will put the interest of the class above my own individual interests, and will do what is necessary to participate in the case, and attend depositions and court dates as necessary, and any other requirements as named plaintiff on behalf of the class.

I solemnly affirm under the penalties of perjury that the contents of the foregoing Affidavit are true to the best of my knowledge, information and belief.

_Delores Wallace_
Delores Wallace

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

NADINE M. PROCTOR, *et al.*                   *

            Plaintiffs,                   *       Case No. 07-cv-01957-RWT

v.

                                    *

METROPOLITAN MONEY STORE CORP., *et al.*

                                    *

           Defendants.

                                    *

## AFFIDAVIT OF RONNELL WALLACE

1. I, Ronnell Wallace, am over the age of eighteen and competent to make this Affidavit.

2. I have reviewed the First Amended Complaint in this case, and all of the facts in it which relate to me and my transaction are true and accurate.

3. I attended a meeting where there were at least 40 people present who were also victims of the scam involving Metropolitan Money Store Corp. I have also had a meeting with representatives of the States Attorneys Office and was told about 400 people are in the same situation as us.

4. I have been involved in this case since the outset, and I am aware and up-to-date on all matters in this litigation and communicate regularly with my attorneys. I will remain involved in the case and protect the interests of the other members of the class. I understand my duties, including answering interrogatories, submitting to a deposition, attending mediation or settlement conferences if required, and appearing at trial and giving testimony.

3014993013

5. I am dedicated to the case and will put the interest of the class above my own individual interests, and will do what is necessary to participate in the case, and attend depositions and court dates as necessary, and any other requirements as named plaintiff on behalf of the class.

I solemnly affirm under the penalties of perjury that the contents of the foregoing Affidavit are true to the best of my knowledge, information and belief.

Ronnell S. Wallace-Sr
Ronnell Wallace