

**PLAINTIFF'S EXHIBIT 3**



File #: 06-1770
10/13/2006

| | |
|---|---|
| New Century Mortgage Corporation<br>ISAOA<br>18400 Von Karman, #1000<br>Irvine, CA 92612 | Closing Protection Letter On:<br>REGIONAL TITLE & ESCROW,<br>LLC MD4770A<br>9701 Apollo Drive<br>Suite 297<br>Largo, MD 20774 |
| In Re: Borrower: Teresa McMillan | Auth. #: MD4770A-OLWIL-8046<br>Verify Online at:<br>www.stichome.com/verify.htm |
| Coverage only effective when the transaction(s) affects property in: MD | |

Ladies and Gentlemen:

When title insurance of Southern Title Insurance Corporation is specified for your protection in connection with closings of Maryland real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by an Issuing Agent (an agent authorized to issue title insurance for the Company) or an Approved Attorney (an attorney upon whose certification of title the Company issues title insurance) and when such loss arises out of:

1. Failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document specifically required by you, but only to the extent the failure to obtain such other document affects the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, or

2. Fraud or dishonesty of the Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closings to the extent such fraud or dishonesty relates to the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land.

Conditions and Exclusions

A. The Company will not be liable to you for loss arising out of:

1. Failure of the Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance

with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.

2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

3. Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan transaction, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.

4. Failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent such instructions require a determination by the Issuing Agent or Approved Attorney of the validity, enforceability or effectiveness of any document contemplated under paragraph 1(b) above.

B. If the closing is to be conducted by an Approved Attorney, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Approved Attorney.

C. When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

D. Any liability of the Company for loss incurred by you in connection with closings of real estate transactions by an Issuing Agent or Approved Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.

E. Claims shall be made promptly to the Company at its principal office at Post Office Box 399, Richmond, Virginia 23218. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

The protection herein offered will continue until canceled by written notice from the Company.

Any previous Closing Protection Letter or similar agreement for Virginia real estate transactions is hereby canceled except as to closings of your real estate transactions regarding which you have previously sent, or within 30 days hereafter send, written closing instructions to the Issuing Agent or Approved Attorney.

SOUTHERN TITLE INSURANCE CORPORATION
By:

*W. Riker Purcell*

W. Riker Purcell, Executive Vice President and General Counsel
Valid only with first page bearing Auth. #: MD4770A-OLWIL-8046 and Date: October 13, 2006

Southern Title Insurance Corporation, 1051 E. Cary Street, 7th Floor, Richmond, VA 23219
Telephone: (804)648-6000 * National: (800) 468-0151 * Fax: (804)788-1716 (MD-FORM)

Case 8:07-cv-01997-RWT Document 64-4 Filed 01/21/2008 Page 3 of 6
Case 07-10416-BLS Doc 5428-61-4 Filed 03/18/08 Page 3 of 6

Page 1 of 2



File #: 06-1770
10/05/2006

| Mortgage Lenders Network USA, Inc.<br>ISAOA, ATIMA<br>P.O. Box 5060<br>Troy, MI 48007 | Closing Protection Letter On:<br>REGIONAL TITLE & ESCROW,<br>LLC MD4770A<br>9701 Apollo Drive<br>Suite 297<br>Largo, MD 20774 |
|---|---|
| In Re: Borrower: Teresa McMillan | Auth. #: MD4770A-OLWKI-9475<br>Verify Online at:<br>www.stichome.com/verify.htm |
| Coverage only effective when the transaction(s) affects property in: MD ||

Ladies and Gentlemen:

When title insurance of Southern Title Insurance Corporation is specified for your protection in connection with closings of Maryland real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by an Issuing Agent (an agent authorized to issue title insurance for the Company) or an Approved Attorney (an attorney upon whose certification of title the Company issues title insurance) and when such loss arises out of:

1. Failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document specifically required by you, but only to the extent the failure to obtain such other document affects the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, or

2. Fraud or dishonesty of the Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closings to the extent such fraud or dishonesty relates to the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land.

Conditions and Exclusions

A. The Company will not be liable to you for loss arising out of:

1. Failure of the Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance

Case 8:07-cv-10416-BTS   Doc 5428-64-4   Filed 03/18/08   Page 4 of 6

Page 2 of 2

with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.

2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

3. Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan transaction, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.

4. Failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent such instructions require a determination by the Issuing Agent or Approved Attorney of the validity, enforceability or effectiveness of any document contemplated under paragraph 1(b) above.
    B. If the closing is to be conducted by an Approved Attorney, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Approved Attorney.
    C. When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.
    D. Any liability of the Company for loss incurred by you in connection with closings of real estate transactions by an Issuing Agent or Approved Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.
    E. Claims shall be made promptly to the Company at its principal office at Post Office Box 399, Richmond, Virginia 23218. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

The protection herein offered will continue until canceled by written notice from the Company.

Any previous Closing Protection Letter or similar agreement for Virginia real estate transactions is hereby canceled except as to closings of your real estate transactions regarding which you have previously sent, or within 30 days hereafter send, written closing instructions to the Issuing Agent or Approved Attorney.

SOUTHERN TITLE INSURANCE CORPORATION
By:

*/s/ W. Riker Purcell*

    W. Riker Purcell, Executive Vice President and General Counsel
    Valid only with first page bearing Auth. #: **MD4770A-OLWKI-9475 and Date: October 05, 2006**

    Southern Title Insurance Corporation, 1051 E. Cary Street, 7th Floor, Richmond, VA 23219
    Telephone: (804)648-6000 * National: (800) 468-0151 * Fax: (804)788-1716 (MD-FORM)



**SOUTHERN TITLE INSURANCE CORP.**

File #: 07-1900
03/08/2007

| Fieldstone Mortgage Company, ISAOA/ATIMA<br>11001 Broken Land Parkway, Suite 600<br>Columbia, MD 21044 | Closing Protection Letter On:<br>RTE TITLE, LLC MD4946A<br>9701 Apollo Drive, Suite 297<br>Largo, MD 20774 |
|---|---|
| In Re: Borrower: Jennifer McCall 9800 Huxley Drive Lanham, MD 20706 | Auth. #: MD4946A-OKOLK-8605<br>Verify Online at: www.stichome.com/verify.htm |
| Coverage only effective when the transaction(s) affects property in: MD, DC ||

Ladies and Gentlemen:

When title insurance of Southern Title Insurance Corporation is specified for your protection in connection with closings of Maryland real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by an Issuing Agent (an agent authorized to issue title insurance for the Company) or an Approved Attorney (an attorney upon whose certification of title the Company issues title insurance) and when such loss arises out of:

1. Failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document specifically required by you, but only to the extent the failure to obtain such other document affects the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, or

2. Fraud or dishonesty of the Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closings to the extent such fraud or dishonesty relates to the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land.

Conditions and Exclusions

A. The Company will not be liable to you for loss arising out of:

1. Failure of the Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.

2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

3. Mechanics' and materialmen's liens in connection with your purchase or lease or construction loan

transaction, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.

4. Failure of the Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent such instructions require a determination by the Issuing Agent or Approved Attorney of the validity, enforceability or effectiveness of any document contemplated under paragraph 1(b) above.

B. If the closing is to be conducted by an Approved Attorney, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Approved Attorney.

C. When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

D. Any liability of the Company for loss incurred by you in connection with closings of real estate transactions by an Issuing Agent or Approved Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.

E. Claims shall be made promptly to the Company at its principal office at Post Office Box 399, Richmond, Virginia 23218. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

The protection herein offered will continue until canceled by written notice from the Company.

Any previous Closing Protection Letter or similar agreement for Virginia real estate transactions is hereby canceled except as to closings of your real estate transactions regarding which you have previously sent, or within 30 days hereafter send, written closing instructions to the Issuing Agent or Approved Attorney.

SOUTHERN TITLE INSURANCE CORPORATION
By:

*[signature: W. Riker Purcell]*

W. Riker Purcell, Executive Vice President and General Counsel
Valid only with first page bearing Auth. #: MD4946A-OKOLK-8605 and Date: March 08, 2007

Southern Title Insurance Corporation, 1051 E. Cary Street, 7th Floor, Richmond, VA 23219
Telephone: (804)648-6000 * National: (800) 468-0151 * Fax: (804)788-1716 (MD-FORM)