

MARTIN J. O'MALLEY, Governor
ANTHONY G. BROWN, Lt. Governor
THOMAS E. PEREZ, Secretary

Division of Financial Regulation
Charles W. Turnbaugh, Commissioner

DLLR Home Page • http://www.dllr.state.md.us
DLLR E-mail • flareg@dllr.state.md.us



PLAINTIFF'S EXHIBIT 4

May 4, 2007

RE: Metropolitan Money Store

To Whom It May Concern:

Please allow this letter to serve notice that the Maryland Department of Labor Licensing and Regulation, Office of Financial Regulation, in conjunction with other governmental agencies, is conducting a major investigation concerning mortgage brokering activities of Metropolitan Money Store, Lanham Maryland, which may affect both Title to Maryland properties and related Deeds of Trust.

I would like to speak with you regarding your mortgage transaction so that I can further inform you of the details of this investigation. Please contact me at 410-230-6346.

Sincerely,

David M. Schickner
Investigator
Enforcement Unit

Cc: File



Division of Financial Regulation
500 North Calvert Street, Room 402
Baltimore, MD 21202

Keeping Maryland Working and Safe

410-230-6100 GENERAL INFORMATION
1-888-784-0136 TOLL FREE
410-333-0475 FAX