

PLAINTIFF'S EXHIBIT 5

METROPOLITAN MONEY STORE
8480 ANNAPOLIS RD. #206
LANHAM, MD 20706

## ADDENDUM CONTRACT

I, Nadine McKenzie Proctor, Melvin Proctor Jr agree to sell my home located at 9604 Sapienza Dr, Ft Washington to Metropolitan Home Store Corp. and the monthly payment, principal taxes and insurance will be escrowed for one year. The sale price of the home is [appraised value]. During that year I Nadine Proctor and Melvin Proctor will not have any monthly mortgage payments. I, Melvin Proctor and Nadine Proctor, also, agree to resolve and payoff any negative credit that is on my credit report; so that I can purchase the above address back from the above name within one year of the purchase date. I also agree that all utilities will be paid in full such as water, gas, HOA and any other outstanding liens made during that year against the property. This is to assure that there are no liens or encumbrances; all monies will be held in escrow to pay these debts.

When repurchasing the home after the one year expiration or 11 months, I Nadine Proctor and Melvin Proctor agree to use Metropolitan Money Store Corporation for the purchase of the house. Nadine Proctor and Melvin Proctor the seller agree that I will be responsible for closing cost for selling and the purchase of the property located at 9604 Sapienza Dr, Ft Washington, MD 20744. Seller will repurchase the home at the sales sale price given above $ that appraised value.

In the event, I Nadine Proctor and Melvin Proctor Jr the seller after one year is unable to purchase the property located at 9604 Sapienza Dr, Ft Washington, MD 20744, Metropolitan Money Store Corporation will arrange as a courtesy, a sixty (60) day extension, and during that time the purchaser is responsible for the mortgage payments, taxes, HOA, and insurance. After this courtesy of 60 days has expired the contract will become null void and the investor will then take possession of the said property.

Seller _____ Date 1/5/06
Seller _____ Date 1/5/06
Purchaser _____ Date 1/24/06
POA Metropolitan Money Store



JENNIFER McCALL
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 4, 20__