Case 07-10416-BLS    Doc 5428-9    Filed 03/18/08    Page 1 of 1
Case 8:07-cv-01957-RWT    Document 64-7    Filed 01/21/2009    Page 1 of 1
Case 8:07-cv-01957-RWT    Document 1-4    Filed 07/24/2007    Page 1 of 1



**PLAINTIFF'S EXHIBIT 6**

## FORDHAM & FORDHAM
### Investment Group

I, Delores Wallace, understand that the fees listed above are associated with the foreclosure reversal program. When all fees are paid, I concur that Fordham and Fordham will assist me with resolving my credit issues. When all debts are paid, the remaining proceeds will be applied to some of my credit balances. This will enable me to purchase the property listed on the contract in 1 year.

PLEASE FORWARD ALL DOCUMENTATION REGARDING PROPERTY TO FORDHAM & FORDHAM IMMEDIATELY AFTER RECEIVED.

SIGN: _Delores Wallace_    DATE: 11/30/06

SIGN: _Zunnell Wallace_    DATE: 11/30/06