Case 07-10416-BLS   Doc 5428-10   Filed 03/19/09   Page 1 of 1
Case 8:07-cv-01957-RWT   Document 64-8   Filed 01/21/2008   Page 1 of 1
Case 8:07-cv-01957-RWT   Document 1-5   Filed 07/24/2007   Page 1 of 1

January 24, 2006



**PLAINTIFF'S EXHIBIT 7**

## Assignment Of Heirs

If any thing should happen to us during this 12 month period and we are not coherent of my surroundings or die, my property will be transferred to our rightful heirs with out Probate. We are of sound mind and judgement at this transaction.

Kevin L. Miner           Tywan M. Brown
Shontice R. McKenzie
Ebony L. Brown

NADINE MCKENZIE PROCTOR AND MELVIN PROCTOR, JR.

*Nadine McKenzie Proctor*     *Melvin Proctor Jr.*

Notary

*[signature]*

JENNIFER McCALL
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 1, 2009