Case 07-10416-BLS    Doc 5428-11    Filed 03/19/09    Page 1 of 1
Case 8:07-cv-01957-RWT    Document 64-9    Filed 01/21/2009    Page 1 of 1
Case 8:07-cv-01957-RWT    Document 1-6    Filed 07/24/2007    Page 1 of 1

PLAINTIFF'S EXHIBIT
8

## Investor's Addendum

To purchase homes for Metropolitan Money Store Corporation:

Investors understand that the said property is to be reconveyed in 13 months to the original owners stated in the Foreclosure Reversal Program.

In addition all Investors will sign a power of attorney giving Metropolitan Money Store Corporation all rights to the said property; to sign documents, make changes and sell the property, if necessary.

Property Address: _____

Investor's Signature: _____

Date: _____