

# METROPOLITAN MONEY STORE
### 9420 Annapolis Road #203 Lanham, Md. 20706
### 301-918-1730   301-918-0213 fax

**PLAINTIFF'S EXHIBIT 10**

| | | | |
|---|---|---|---|
| DISBURSEMENT FROM SALE | $164,372.59 | | |
| LANDLORD | $833.00 X 12 MOS | $9,996.00 | |
| | 1ST | 2ND | |
| ESCROW OF RENT 12MOS | $722.73 | $2,182.56 | $34,863.48 (LOS) |
| CREDIT REPAIR | $16,311.00 | | |
| CLOSING COST | $13,800.84 | | |
| APPRAISAL FEE | $300.00 | | |
| FORDHAM AND FORDHAM | $10,000.00 | | |
| INSURANCE | $1,252.00 | | |
| LOAN OFFICER | $10,000 | | |
| DOCUMENT HANDLING | $0.00 | | |
| MISCELLANEOUS FEES | $1,646.11 | | |
| COMPANY | 20,000.00 | | |
| BACK TO YOU | $80,000.00 MARCH 1ST 200_ | | |

SIGN
NADINE PROCTOR
AND
MELVIN PROCTOR

*Nadine M. Proctor (McKenzie)*
*Melvin Proctor*

*[signature]*

*Jennifer McCall*
*NOTARY PUBLIC STATE OF MARYLAND*
*My Commission Expires February 6, 2008*

**Get what you need from the MONEY STORE!**