Case 8:07-cv-10416-BtS Doc 5428-14 Filed 03/18/08 Page 1 of 4
Case 8:07-cv-01937-RWT Document 64-12 Filed 01/21/2008 Page 1 of 4
Case 8:07-cv-01937-RWT Document 1-8 Filed 07/24/2007 Page

**PLAINTIFF'S EXHIBIT 11**

24924 414

**Purchase Money Deed**
CAP Title, LLC
File No. 200601-60

Clerk of the
Circuit Court

**This Deed**, MADE THIS **24th** day of **January, 2006**, by and between **Melvin J. Proctor, Jr. and Nadine M. McKenzie-Proctor**, party(ies) of the first part, Grantor(s); and **Diane Linda Jones, Sole Owner**, party(ies) of the second part, Grantee(s).

## Witnesseth

That for and in consideration of the sum of **Three Hundred Fifty Thousand and 00/100 ($350,000.00)**, which includes the amount of any outstanding Mortgage or Deed of Trust, if any, the receipt whereof is hereby acknowledged, the said Grantor does grant and convey to the said **Diane Linda Jones, Sole Owner**, their assigns, the survivor of them and the survivor's personal representatives and assigns in fee simple, all that lot of ground situate in **Prince George's, Maryland** and described as follows, that is to say:

Lot numbered fourteen (14) in block lettered "F" in the subdivision known as "Section Two, Oaklawn Manor," as per plat thereof recorded among the land records of Prince George's County, Maryland in plat book www 63 at plat 22. Being in the 9th election district.

Tax ID: 09-0923078

Address: 8604 Sapienza Drive, Ft. Washington, MD 20744.
Being the same property described in Liber 13513, folio 538.
Title Insurance: Chicago Title Insurance Co.

PRINCE GEORGE'S COUNTY, MD
APPROVED BY
#04
APR - 4 2006
$1,540.00 RECORDATION TAX PAID
$900.00 TRANSFER TAX PAID

**Together** with the buildings and improvements thereon erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise appertaining.

**To Have and To Hold** the said tract of ground and premises above described and mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining unto and to the proper use and benefit of the said **Diane Linda Jones, Sole Owner**, their assigns, the survivor of them and the survivor's personal representatives and assigns of the survivor, in fee simple.

**And** the said party of the first part hereby covenants that he/she/they have/have not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that he/she/they will warrant specially the property hereby granted; and that he/she/they will execute such further assurances of the same as may be requisite.

24924 415

As Witness the hand and seal of said Grantors, the day and year first above written.

WITNESS:

_____    _____{Seal}
                           Melvin J. Proctor, Jr.

_____    _____{Seal}
                           Nadine M. McKenzie-Proctor

_____    _____{Seal}

_____    _____{Seal}

STATE OF MARYLAND, ~~Prince George's~~ Montgomery, to wit:

I HEREBY CERTIFY, That on this 24th day of January, 2006, before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared **Melvin J. Proctor, Jr. and Nadine M. McKenzie-Proctor**, the Grantor herein, known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged the same for the purposes therein contained, and further acknowledged the foregoing Deed to be his/her/their act, and in my presence signed and sealed the same, giving oath under penalties of perjury that the consideration recited herein is correct.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public,

My commission expires:

[Notary Seal: WILBUR BALLESTEROS, NOTARY PUBLIC, MY COMMISSION EXPIRES 05/16/07, MONTGOMERY COUNTY, MD]

THIS IS TO CERTIFY that the within Deed was prepared by, or under the supervision of the undersigned, an Attorney duly admitted to practice before the Court of Appeals of Maryland.

_____
Attorney Alexander S. Chaudhry

AFTER RECORDING, PLEASE RETURN TO:
CAP Title, LLC
401 N. Washington Street Suite:525
Rockville, Maryland 20850
Order Number: 200601-60

PG CIRCUIT COURT (Land Records) [MSA CE 64-25020] REP 24924, p. 0415. Printed 07/23/2007. Online 07/14/2006.

**24924 416**  **RESIDENCE STATUS AFFIDAVIT**

Name of transferor: Melvin J. Proctor, Jr. and Nadine M. McKenzie-Proctor
Property address: 8604 Sapienza Drive
Fort Washington, Maryland 20744
Tax I.D. No.

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. This "Code" does not apply to the transferor because:

**Reason for Exemption:**

[X] I/we, Transferor(s), am/are a resident of the State of Maryland.

[ ] Transferor is a resident entity under § 10-912(A)(4) of the Tax-General Article of the Annotated Code of Maryland, I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf

[ ] Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC §121.

Under penalty of perjury, I/we certified that I/we have examined this declaration and that, to the best of my/our knowledge, it is true, correct and complete.

_____     _____
Witness                                        Melvin J. Proctor, Jr.

_____     _____
Witness                                        Nadine M. McKenzie-Proctor

STATE OF MARYLAND          }
                                               } ss: to Wit
COUNTY OF Prince George's }

On this 24th day of January, 2006., before me, a Notary Public of the State of Maryland and for the County of Montgomery aforesaid, personally appeared:

**Melvin J. Proctor, Jr. and Nadine M. McKenzie-Proctor**

Known to me to be, or satisfactorily proven to be the persons whose names are subscribers to the within Affidavit, and who acknowledge that they executed the same for the purposes therein Contained.

_____
Notary Public,

My Commission Expires:

[Notary Seal: WILBUR BALLESTEROS, NOTARY PUBLIC, MONTGOMERY COUNTY, MD, MY COMMISSION EXPIRES 05/18/07]

PG CIRCUIT COURT (Land Records) [MSA CE 64-25020] REP 24924, p. 0416. Printed 07/23/2007. Online 07/14/2006.

24324 417

## State of Maryland Land Instrument Intake Sheet

[ ] Baltimore City    [X] County: Prince George's

*Information provided is for the use of the Clerk's Office and State Department of Assessments and Taxation, and the County Finance Office only.*
(Type or Print in Black Ink Only All Copies Must Be Legible)
( [ ] Check Box If Addendum Intake Form is Attached.)

| 1 | Type(s) of Instruments | [X] Deed [X] Deed of Trust | [ ] Mortgage [ ] Lease | [ ] Other | [ ] Other |
|---|---|---|---|---|---|
| 2 | Conveyance Check Box | [ ] Improved Sale [X] Arms-Length (1) | [ ] Unimproved Sale [ ] Arms-Length (2) | [ ] Multiple Arms Length (3) | [ ] Not an Arms-Length Sale (9) |
| 3 | Tax Exemptions (If Applicable) Cite or Explain Authority | Recordation / State Transfer / County Transfer | | | |

| 4 | Consideration and Tax Calculations | Consideration | Amount | Finance Office Use Only — Transfer and Recordation Tax Consideration | |
|---|---|---|---|---|---|
| | | Purchase Price/Consideration | $ 350,000.00 | Transfer Tax Consideration | $ |
| | | Any New Mortgage | $ 350,000.00 | x ( ) % = | $ |
| | | Balance of Existing Mortgage | $ | Less Exemption Amount - | $ |
| | | Other: | $ | Total Transfer Tax = | $ |
| | | Other: | $ | Recordation Tax Consideration | $ |
| | | | | x ( ) per $500 = | $ |
| | | Full Cash Value | $ | TOTAL DUE | $ |

| 5 | Fees | Amount of Fees | Doc. 1 | Doc. 2 | Agent: |
|---|---|---|---|---|---|
| | | Recording Charge | $ 20.00 | $ 40.00 | Tax Bill: |
| | | Surcharge | $ 20.00 | $ 40.00 | |
| | | State Recordation Tax | $ 1540.00 | $ | C.B. Credit: |
| | | State Transfer Tax | $ 1750.00 | $ | |
| | | County Transfer Tax | $ 4900.00 | $ | Ag. Tax/Other: |
| | | Other | $ | $ | |
| | | Other | $ | $ | |

| 6 | Description of Property | District | Property Tax ID No.(1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|---|---|
| | SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i). | 09 | 0923078 | | | | [ ](S) |
| | | Subdivision Name | Lot (3a) | Block (3b) | Sect/AR(3c) | Plat Ref. | SqFt/Acreage(4) |
| | | Oaklawn Manor | 14 | F | | | |
| | | Location/Address of Property Being Conveyed (2) | | | | | |
| | | 8604 Sapienza Drive Fort Washington Maryland 20744 | | | | | |
| | | Other Property Identifiers (if applicable) | | | / | Water Meter Account No. | |
| | | Residential [X] or Non-Residential [ ] | Fee Simple [ ] or Ground Rent [X] | | | Amount: $PropertyLeaseholdAmt | |
| | | Partial Conveyance? [ ] Yes [ ] No | Description/Amt. of SqFt/Acreage Transferred: | | | | |
| | | If Partial Conveyance, List Improvements Conveyed: | | | | | |

| 7 | Transferred From | Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|---|---|
| | | Melvin J. Proctor, Jr. and Nadine M. McKenzie-Proctor | Diane Linda Jones, Sole Owner |
| | | Doc. 1 – Owner(s) of Record, If Different from Grantor(s) | Doc. 2 – Owner(s) of Record, If Different from Grantor(s) |

| 8 | Transferred To | Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|---|---|
| | | Diane Linda Jones, Sole Owner | Argent Mortgage Company, LLC |
| | | New Owner's (Grantee) Mailing Address | |
| | | 8604 Sapienza Drive Fort Washington Maryland 20744 | |

| 9 | Other Names to Be Indexed | Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|---|---|

| 10 | Contact/Mail Information | Instrument Submitted By or Contact Person | | [X] Return to Contact Person |
|---|---|---|---|---|
| | | Name: Annette Donovan | | [ ] Hold for Pickup |
| | | Firm: CAP Title LLC | | |
| | | Address: 401 N. Washington Street, Suite 525 Rockville, MD 20850 | | [ ] Return Address Provided |
| | | Phone: 301-838-0500 | | |

| 11 | Assessment Information | IMPORTANT: *BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER* | |
|---|---|---|---|
| | | [X] Yes [ ] No | Will the property being conveyed be the grantee's principal residence? |
| | | [ ] Yes [X] No | Does transfer include personal property? If yes, identify: |