Case 8:07-cv-01957-RWT Document 64-13 Filed 01/21/2008 Page 1 of 2
Case 07-10416-BLS Doc 5428-15 Filed 03/18/08 Page 1 of 2
Case 8:07-cv-01957-RWT Document 1-9 Filed 07/24/2007 Page 1 of 3

## A. Settlement Statement

U.S. Department of Housing and Urban Development

Form Approved OMB No. 2502-0265

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ Conv. Unins. | 6. File Number: 200601-60 | 7. Loan Number: 0093135432-9607 | 8. Mortgage Insurance Case Number |
| 4. ☐ VA | 5. ☒ Conv.Ins | 6. ☐ None (Cash) | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Diane Linda Jones<br>508 Balboa Avenue<br>Capitol Heights, Maryland 20743 | Melvin I. Proctor, Jr. and Nadine M. McKenzie-Proctor<br>8604 Sapienza Drive<br>Fort Washington, Maryland 20744 | Argent Mortgage Company, LLC<br>44 South Broadway, 16th Flr<br>White Plains, New York 10604 |

| G. Property Location | H. Settlement Agent |
|---|---|
| 8604 Sapienza Drive Fort Washington, Maryland 20744 | CAP Title, LLC |

| Place of Settlement | I. Settlement Date |
|---|---|
| 401 North Washington Street, #525<br>Rockville, Maryland 20850 | January 24, 2006<br>Disbursement Date January 24, 2006 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 350,000.00 | 401. Contract sales price | 350,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 10,780.10 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustment for items paid by seller in advance | | Adjustment for items paid by seller in advance | |
| 106. City/town taxes  to | | 406. City/town taxes  to | |
| 107. County taxes 01-24-2006 to 06-30-2006 | 1,280.76 | 407. County taxes 01-24-2006 to 06-30-2006 | 1,280.76 |
| 108. Assessments  to | | 408. Assessments  to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 362,060.86 | 420. GROSS AMOUNT DUE TO SELLER | 351,280.76 |
| 200. AMOUNT PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTION IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instruction) | |
| 202. Principal amount of new loan(s) | 280,000.00 | 502. Settlement charges to seller (line 1400) | 7,920.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan  Chase Home Finance, LLC | 163,382.17 |
| 205. Funds from 2nd MTG.  Argent MTG. Company | 69,740.12 | 505. Payoff of second mortgage loan  Capital One Bank | 6,106.00 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. Seller Concessions | 9,500.00 | 508. Seller Concessions | 9,500.00 |
| 209. | | 509. | |
| Adjustment for items unpaid by seller | | Adjustment for items unpaid by seller | |
| 210. City/town taxes  to | | 510. City/town taxes  to | |
| 211. County taxes  to | | 511. County taxes  to | |
| 212. Assessments  to | | 512. Assessments  to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 359,240.12 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 186,908.17 |
| 300. CASH AT SETTLEMENT FOR OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 362,060.86 | 601. Gross amount due to seller (line 420) | 351,280.76 |
| 302. Less amount paid by/for borrower (line 220) | 359,240.12 | 602. Less reduction amount due seller (line 520) | 186,908.17 |
| 303. CASH    DUE FROM BORROWER | 2,820.74 | 603. CASH    DUE TO SELLER | 164,372.59 |

EV.HUD.1 (3/86)

PLAINTIFF'S EXHIBIT 12

Case 8:07-cv-01957-RWT    Document 64-13    Filed 01/21/2009    Page 2 of 2
Case 07-10416-BLS    Doc 5428-15    Filed 03/18/08    Page 2 of 2
Case 8:07-cv-01957-RWT    Document 1-9    Filed 07/24/2007    Page 2 of 2

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT    PAGE 2

700501-60

| L. SETTLEMENT CHARGES: | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ | @ | % = | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. | to | | | |
| 702. | to | | | |
| 703. Commission paid at settlement | to | | | |
| 704. | | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | 2,800.00 | |
| 801. Loan Origination Fee 1.0000 % of 280,000.00 | to | Metropolitan Money Store | | |
| 802. Loan Discount % of | to | | 300.00 | |
| 803. Appraisal Fee | 300.00 to | Ron Bozeman | P.O.C. | |
| 804. Credit Report | 11.00 to | Argent Mortgage Company, LLC | 799.00 | |
| 805. Underwriting Fee | 799.00 to | Argent Mortgage Company, LLC | 1,000.00 | |
| 806. Finder's Fee | 1,000.00 to | Metropolitan Money Store | 70.00 | |
| 807. Tax Related Service Fee | 70.00 to | Fidelity National Tax Service | 9.00 | |
| 808. Flood Search Fee | 9.00 to | First American Flood Data Services | | |
| 809. | to | | | |
| 810. | to | | | |
| 811. | to | | | |
| 812. | to | | | |
| 813. | | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | 481.76 | |
| 901. Interest from January 24, 2006 to February 01, 2006 8 Days @ $ 60.2200 /day | | | | |
| 902. Mortgage Insurance premium for | | to | 1,352.00 | |
| 903. Hazard Insurance premium for | 1,352.00 to | STATE FARM | | |
| 904. | to | | | |
| 905. | | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | 208.66 | |
| 1001. Hazard Insurance | 2 mo.@$ 104.3300 | /mo. | | |
| 1002. Mortgage Insurance | mo.@$ | /mo. | | |
| 1003. City property taxes | mo.@$ | /mo. | 739.68 | |
| 1004. County property taxes | 3 mo.@$ 246.5600 | /mo. | | |
| 1005. Annual assessments | mo.@$ | /mo. | | |
| 1006. | mo.@$ | /mo. | | |
| 1007. | | | | |
| 1008. | | | | |
| 1100. TITLE CHARGES | | | 495.00 | 195.00 |
| 1101. Settlement or closing fee | 690.00 to | CAP Title, LLC | 210.00 | |
| 1102. Abstract or title search | 210.00 to | CAP Title, LLC | | |
| 1103. Title examination | to | | 200.00 | |
| 1104. Title insurance binder | 200.00 to | CAP Title, LLC | | |
| 1105. Document preparation | to | | | |
| 1106. Notary fees | to | | | |
| 1107. Attorney's fees | to | | | |
| (includes above items No: | | | 1,210.00 | |
| 1108. Title Insurance | 1,210.00 to | CAP Title, LLC | | |
| (includes above items No: | | | | |
| 1109. Lender's coverage $ 280,000.00 | | | | |
| 1110. Owner's coverage $ 350,000.00 | | | 50.00 | 50.00 |
| 1111. Courier Wire Fee | | | | 110.00 |
| 1112. Release Trust (per/trust) | | | | 250.00 |
| 1113. Lien Release | | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | |
| 1201. Recording fees Deed $ 40.00 ; Mortgage $ 40.00 ; Release $ | | | 80.00 | |
| 1202. City/County tax/stamps: Deed $ 4,900.00 ; Mortgage $ | | | | 4,900.00 |
| 1203. Recordation Tax Deed $ 1,540.00 ; Mortgage $ | | | | 1,540.00 |
| 1204. State Transfer Tax 1,750.00 Clerk of the Court | | | 875.00 | 875.00 |
| 1205. | to | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | |
| 1301. Survey | to | | | |
| 1302. Pest inspection | to | | | |
| 1303. | to | | | |
| 1304. | to | | | |
| 1305. | to | | | |
| 1306. | to | | | |
| 1307. | to | | | |
| 1308. | | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103 and 502, Sections J and K) | | | 10,750.10 | 7,920.00 |

CERTIFICATION: I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____    _____
Diane Linda Jones                Melvin J. Proctor, Jr.
Borrower                         _____
                                 Nadine M. McKenzie-Proctor
                                 Sellers

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

_____    January 24, 2006
CAP Title, LLC              Date
Settlement Agent

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18: U.S. Code Section 1001 and Section 1010.

REV.HUD-1(3/86)