

**CAP Title, LLC**
401 North Washington Street, Suite 525
Rockville, MD 20850
301-838-0500
301-838-9186 (fax)

## Wiring Instructions-Maryland & DC

Argent Mortgage Company, LLC
44 South Broadway, 16th Flr
White Plains, New York 10604

| | |
|---|---|
| Borrower: | Diane Linda Jones |
| Bank: | Citibank, F.S.B. Washington<br>Washington, DC |
| Branch Address: | 822A Rockville Pike<br>Rockville, MD 20852<br>Phone #: 301-217-0283 |
| Branch#: | 734 |
| Account Name: | CAP Title, LLC-MD/DC Escrow |
| ABA#: | 254070116 |
| Account#: | REDACTED |
| CAP Title Contact info: | 301-838-0500<br>301-838-9186 (fax) |

Please let us know if you require any further information.

PLAINTIFF'S EXHIBIT 13