Case 8:07-cv-01957-RWT   Document 64-15   Filed 01/21/2009   Page 1 of 5
Case 07-10416-BLS   Doc 5428-17   Filed 03/18/08   Page 1 of 5
Case 8:07-cv-01957-RWT   Document 1-11   Filed 07/24/2007   Page 1 of 5

Issued By:
**Chicago Title Insurance Company**

Schedule A - Description

## COMMITMENT FOR TITLE INSURANCE

Commitment No. 200601-141

1. Effective Date: October 30, 2005

2. Policy or Policies to be issued:

   A. [X] ALTA Owner's Policy (10-17-92)  Amount $360,000.00

   Proposed Insured: Diane Linda Jones

   B. [X] ALTA Loan Policy (10-17-92)  Amount $72,000.00

   Proposed Insured: Argent Mortgage Company, LLC, its successors and/or assigns as their interest may appear

   C. [ ] Other:  Amount $
   LIST TYPE

3. The estate or interest in the described or referred to in this Commitment and covered herein is:

   **FEE SIMPLE**

4. Title to the FEE SIMPLE estate or interest in said land is at the effective date hereof vested in:

   Melvin J. Proctor, Jr. and Nadine M. McKenzie-Proctor from deed dated 11/2/99 and recorded 12/7/99 in Liber 13513 at folio 538

5. The land referred to in this Commitment is described as follows:

   See Attached EXHIBIT A-Legal Description

   Lot numbered fourteen (14) in block lettered "F" in the subdivision known as "Section Two, Oaklawn Manor," as per plat thereof recorded among the land records of Prince George's County, Maryland in plat book www 63 at plat 22. Being in the 9th election district.

   Tax ID: 09-0923078

   Address: 8604 Sapienza Drive, Ft. Washington, MD 20744.

   Taxes are paid through 2005 in the amount of $2,958.72.

PLAINTIFF'S EXHIBIT 14

*Issued By:*
**Chicago Title Insurance Company**
**(Requirements) Continued**

Schedule B – Section 1

## COMMITMENT FOR TITLE INSURANCE

Commitment No. 200601-141

Schedule B of the policy or policies to be issued will contain exceptions to the following matters unless the same are disposed of to the satisfaction of the Company.

1. Defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date the proposed insured acquires for value of record the estate or interest or mortgage thereon covered by this commitment.

2. Rights or claims of parties other than the Insured in actual possession of any or all of the property.

3. Easements, or claims of easements, not shown by the public records.

4. Encroachments, overlaps, boundary line disputes, and any other matters which would be disclosed by an accurate survey and inspection of the property.

5. Any lien, or right to a lien, for services, labor or material heretofore or after furnished, imposed bylaw and not shown by the public records.

6. Taxes or special assessments which are not shown as existing liens by the public records.

7. Taxes and other public charges (including assessments by any County, Municipality, Metropolitan District or Commission) payable on an annual basis have been paid through the fiscal year ending June 30, 2000. (a) This policy does not insure against the balance of any public charges (including assessments by any County, Municipality, Metropolitan District or Commission) payable on an annual basis subsequent to the fiscal year ending June 30, , not yet due and payable. Nor does this Policy insure against possible future tax levies nor against possible public charges as defined above that have not been levied or assessed. (b) If taxes are payable on a semi-annual basis, taxes have been paid through June 30th or December 31, first following the effective date of this policy, whichever of said dates is the first to occur.

Rights of Way: 2589/18, 2589/61, 2855/1

Covenants: 2741/601, 3119/427

NOTE: Any exception stated in the Commitment for covenants, conditions or restrictions which indicate a preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status or national origin is omitted as provided in 42 U.S.C. 3604, unless and only to the extent that the restriction (a) is not in violation of state or federal law, (b) is exempt under 42 U.S.C. 3607, and (c) relates to a handicap, but does not discriminate against handicapped people.

SCHEDULE B - SECTION 2
ALTA Commitment
(Rev. 3-88)

Case 8:07-cv-01957-RWT   Case 07-10416-BLS   Doc 5428-17   Document 64-15   Filed 02/18/08   Filed 01/21/2008   Page 3 of 5   Page 3 of 5

Case 8:07-cv-01957-RWT   Document 1-11   Filed 07/24/2007   Page 3 of 5

| Issued By: Chicago Title Insurance Company | Schedule A – Description Continued |

COMMITMENT FOR TITLE INSURANCE

Commitment No. 200601-141

**Taxes are due for first half 2006 in the estimated amount of $1479.36 by 9/30/06.**

Case 8:07-cv-01957-RWT   Document 64-15   Filed 01/21/2009   Page 4 of 5

Case 8:07-cv-01957-RWT   Document 1-11   Filed 07/24/2007   Page 4 of 5

| Issued By: Chicago Title Insurance Company | Schedule B – Section 1 (Requirements) |

## COMMITMENT FOR TITLE INSURANCE

Commitment No. 200601-141

The following are the requirements to be complied with:

1. Instruments in insurable form which must be executed, delivered and duly filed for record:

   a. Warranty Deed from Melvin J. Proctor, Jr. and Nadine M. McKenzie-Proctor to Diane Linda Jones, Sole Owner vesting fee simple title to the subject property.

   b. Deed of Trust from Diane Linda Jones, securing Argent Mortgage Company, LLC, its successors and/or assigns as their interest may appear in the amount of $288,000.00. (1st Position)

   c. Deed of Trust from Diane Linda Jones, securing Argent Mortgage Company, LLC, its successors and/or assigns as their interest may appear in the amount of $72,000.00. (2nd Position)

2. Pay the agreed amounts for the interest in the land and/or mortgage to be insured.

3. Pay us the premiums, fees and charges for the Policy.

4. You must tell us in writing the name of anyone not referred to in this Commitment who will get an interest in the land or who will make a loan on the land. We may then make additional requirements or exceptions.

5. Payment of all taxes, charges, assessments, levied and assessed against subject premises, which are due and payable.

6. Satisfactory evidence should be had that improvements and/or repairs or alterations thereto are completed; that contractor, sub-contractors, labor and materialmen are all paid.

7. You must pay and/or release of record the following items:

   1. Satisfaction and Release of a Deed of Trust Dated 11/2/99 and recorded 12/7/99 in Liber 13513 at Folio 541 securing American Skycorp, Inc. in the principal sum of $136,900.00. Modified @ 15577/409.

   2. Satisfaction and Release of a Judgment Recorded 6/4/03 under case number NL965/086 in the estimated amount of $1106.77 plus fees and costs.

   3. Satisfaction and Release of a Judgment Recorded 9/12/90 under case number CAL90-20887 in the estimated amount of $90.87 plus fees and costs.

Case 8:07-cv-01957-RWT    Document 1-11    Filed 07/24/2007    Page 5 of 5

| Issued By:<br>Chicago Title Insurance Company<br>(Requirements) Continued | Schedule B – Section 1 |
|---|---|

### COMMITMENT FOR TITLE INSURANCE

Commitment No. 200601-141

8. This Policy specifically guarantees that any past, present or future violations of restrictions, covenants, building setback, easement areas widening strips, partition walls or other limitations and restrictions will not work a forfeiture or reversion of the title or result in a lien or charge superior to the interest of the mortgagee insured herein and that the same have not been violated as of the date of this policy.

SCHEDULE B - SECTION 2
ALTA Commitment
(Rev. 3-88)