

**CAP TITLE**

401 North Washington Street, Suite 525 • Rockville, MD 20850
Phone: (301) 838-0500  Fax: (301) 838-9186

## TITLE REQUEST

| | |
|---|---|
| TO: | Express Abstracts |
| FAX: | 301 695 9242 |
| FROM: | Kimmie DePaolo |
| DATE: | January 9, 2006 |
| FILE NO.: | n/a |
| Borrower: | Diane Linda Jones |
| Seller (if applicable): | Nadine Proctor |
| Property Address: | 8604 Sapienza Drive, Fort Washington, MD |
| County: | Prince George's |
| Due Date: | January 11, 2006 by 12:00 p.m. |

FULL TITLE  [ X ]    CURRENT OWNER  [ ]    UPDATE  [ ]

**PROPERTY INSIGHT REPORT** [Acct. #: 4361]    Yes [ x ]    No [ ]

Order Lien [ ]YES [ ]NO    Check Taxes [ X ]YES [ ]NO    Attach Lien [ ] YES [ ]NO

** Please fax report to Kimmie DePaolo at 301-838-9186 or e-mail report to kdepaolo@captitlellc.com **

**COMMENTS:**

PLEASE NOTE THIS IS A RUSH ORDER DUE BACK BY NOON ON JANUARY 11TH.

Thank you,

Kimmie



PLAINTIFF'S EXHIBIT 15

Case 8:07-cv-01957-RWT   Document 64-16   Filed 01/21/2009   Page 2 of 2
Case 07-10416-BLS   Doc 5428-18   Filed 03/18/08   Page 2 of 2
Case 8:07-cv-01957-RWT   Document 1-12   Filed 07/24/2007   Page 2 of 2

**Kimberley DePaolo**

From: IC Administrator
Sent: Monday, January 09, 2006 04:51 PM
To: Kimberley DePaolo
Subject: Fax Successfully Sent to Express Abstracts

Fax was successfully sent.
Remote Name: Express Abstracts
Remote TN: (301) 695-9242
Fax Device: FaxStation06
Transmission Rate: 14400n
Sender: Kimberley DePaolo

(ID: 1301743317)