```
CAP Title, LLC
February 14, 2006                    Trust Accounting Report              Page    1
12:09:07                              File Number 200601-60
                            JONES - PROCTOR  8604 SAPIENZA DRIV

UnderWriter: Chicago Title Insurance Company

Buyer Name: Diane Linda Jones

Seller Name: Melvin J. Proctor, Jr.
```

|  | Required | Debit | Credit | Balance |
|---|---|---|---|---|
| **Receipts** | | | | |
| Argent Mortgage Company, LLC | | | | |
| 280,000.00  202 Principal amount of new loans | | | | |
| Net (799.00)  805 Underwriting Fee | | | | |
| NetFrom (70.00)  807 Tax Related Service Fee | | | | |
| NetFrom (9.00)  808 Flood Search Fee | | | | |
| Net (481.76)  901 Interest | | | | |
| Net (208.66)  1001 Hazard insurance deposited with lender | | | | |
| Net (739.68)  1004 County property taxes deposited with lender | | | 277,691.90 | 277,691.90 |
| Argent MTG. Company | | | | |
| 69,740.12  205 Funds from 2nd MTG. | | | 69,740.12 | 347,432.02 |
| Diane Linda Jones | | | | |
| 2,820.74  303 Buyer | | | 2,820.74 | 350,252.76 |
| **Disbursements - 17897627** | | | | |
| CAP Title, LLC | | | | |
| 690.00  1101 Settlement or closing fee | | | | |
| 65.00  1102 Abstract or title search | | | | |
| 200.00  1104 Title insurance binder | | | | |
| 1,210.00  1108 Underwriting Premium | | | | |
| 100.00  1111 Couner Wire Fee | | | | |
| 110.00  1112 Release Trust (par/trust) | | | | |
| 100.00  1113 Lien Release | | | | |
| -181.50  1108 Underwriting Premium | | | 2,293.50 | 347,959.26 |
| PRINT            CHECK-0 | | | | |
| Capital One Bank | | | | |
| 603.61  506 Capital One Bank | | | 603.61 | 347,355.65 |
| 28467 / 01-24-2006     CHECK-0 | | | | |
| Capital One Bank | | | | |
| 1,161.77  505 Payoff second mortgage loan | | | 1,161.77 | 346,193.88 |
| 28468 / 01-24-2006     CHECK-0 | | | | |
| Chase Home Finance, LLC | | | | |
| 163,382.17  504 Payoff first mortgage loan | | | 163,382.17 | 182,811.71 |
| PRINT            CHECK-0 | | | | |
| Chicago Title Insurance Company | | | | |
| 181.50  1108 Underwriting Premium | | | 181.50 | 182,630.21 |
| PRINT            CHECK-0 | | | | |
| Clerk of the Court | | | | |
| 80.00  1201 Recording fees | | | | |
| 1,750.00  1204 State Transfer Tax | | | 1,830.00 | 180,800.21 |
| PRINT            CHECK-0 | | | | |
| Express Abstracts | | | | |
| 145.00  1102 Abstract or title search | | | 145.00 | 180,655.21 |
| PRINT            CHECK-0 | | | | |
| Melvin J. Proctor, Jr. & Nadine M. McKenzie-Proctor | | | | |
| 4,490.62  507 | | | 4,490.62 | 176,164.59 |
| 28469 / 01-24-2006     CHECK-0 | | | | |
| Melvin J. Proctor, Jr. and Nadine M. McKenzie-Proctor | | | | |

PLAINTIFF'S EXHIBIT 16

Page 2

February 14, 2006
12:09:03

**Trust Accounting Report**
File Number 200601-60
JONES - PROCTOR  8604 SAPIENZA DRIV

UnderWriter: Chicago Title Insurance Company

Buyer Name: Diana Linda Jones

Seller Name: Melvin J. Proctor, Jr.

| | | | Required | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| **Disbursements - 17897627** | | | | | | |
| | 164,372.59 | 603 Seller | | | 164,372.59 | 11,792.00 |
| 28470 / 01-24-2006 | | CHECK-0 | | | | |
| Metropolitan Money Store | | | | | | |
| | 2,800.00 | 601 Loan origination fee | | | | 7,992.00 |
| | 1,000.00 | 806 Finder's Fee | | | 3,800.00 | |
| 28471 / 01-24-2006 | | CHECK-0 | | | | |
| Prince George's County | | | | | | |
| | 4,900.00 | 1202 City/County tax/stamps | | | | 1,552.00 |
| | 1,540.00 | 1203 State tax/stamps | | | 6,440.00 | |
| PRINT | | CHECK-0 | | | | |
| Ron Bozeman | | | | | | |
| | 300.00 | 803 Appraisal fee | | | 300.00 | 1,252.00 |
| PRINT | | CHECK-0 | | | | |
| STATE FARM | | | | | | |
| | 1,252.00 | 903 Hazard insurance premium | | | 1,252.00 | 0.00 |
| PRINT | | CHECK-1 | | | | |

Case 8:07-cv-01957-RWT     Document 64-17     Filed 01/21/2009     Page 3 of 3
Case 07-10416-BLS     Doc 5428-19     Filed 03/18/08     Page 3 of 3
Case 8:07-cv-01957-RWT     Document 1-13     Filed 07/24/2007     Page 3 of 3

February 14, 2006
12:06:30

# Trust Accounting Report

Page 1

File Number 200601-141
JONES-PROCTOR 8604 SAPIENZA

UnderWriter: Chicago Title Insurance Company

Buyer Name: Diana Linda Jones

Seller Name:

| Receipts | | Required | Debit | Credit | Balance |
|---|---|---|---|---|---|
| Argent Mortgage Company, LLC | | | | | |
| 70,000.00 | 202 Principal amount of new loans | | | | |
| Net (184.88) | 901 Interest | | | | |
| | | | | 69,815.12 | 69,815.12 |

### Disbursements - 17897627

| | | | | | |
|---|---|---|---|---|---|
| CAP TITLE - MD | | | | | |
| 69,740.12 | 104 Funds to 1st MTG. | | | | |
| 28463 / 01-24-2006 | CHECK-0 | | | 69,740.12 | 75.00 |
| CAP Title, LLC | | | | | |
| 35.00 | 1108 Underwriting Premium | | | | |
| -5.25 | 1108 Underwriting Premium | | | | |
| 28464 / 01-24-2006 | CHECK-0 | | | 29.75 | 45.25 |
| Chicago Title Insurance Company | | | | | |
| 5.25 | 1108 Underwriting Premium | | | | |
| 28465 / 01-24-2006 | CHECK-0 | | | 5.25 | 40.00 |
| Clerk of the Court | | | | | |
| 40.00 | 1201 Recording fees | | | | |
| 28466 / 01-24-2006 | CHECK-0 | | | 40.00 | 0.00 |