CAP TITLE LLC
MD DC ESCROW ACCOUNT
401 N. WASHINGTON ST., STE. 5L..
ROCKVILLE, MD 20850
301-838-0690

CITIBANK F.S.G.
1-216/210

January 24, 2006

PAY TO THE
ORDER OF    Melvin J. Proctor, Jr. and Nadine M. McKenzie-Proctor                    $    164,372.59

One Hundred Sixty Four Thousand Three Hundred Seventy Two and 59/100                      DOLLARS

Melvin J. Proctor, Jr. and Nadine M. McKenzie-Proctor
8604 Sapienza Drive
MEMO:    Fort Washington, Maryland 20744
File 300601-60 - 28470

⑈028470⑈ ⑆052002166⑆

REDACTED

CAP TITLE LLC                                                                            28470
Seller: Melvin J. Proctor, Jr. and Nadine M. McKenzie-Proctor
Buyer: Dinne Linda Jones
8604 Sapienza Drive, Fort Washington, Maryland 20744
Parcel ID:
603 Seller $164372.59

CAP TITLE LLC                                                                            28470

January 24, 2006

One Hundred Sixty Four Thousand Three Hundred Seventy Two and 59/100                     164,372.59

Melvin J. Proctor, Jr. and Nadine M. McKenzie-Proctor

File 300601-60 - 28470

PLAINTIFF'S
EXHIBIT
17