PLAINTIFF'S EXHIBIT 19

06-1811



* REDACTED