Case 8:07-cv-01957-RWT Document 64-21 Filed 01/21/2008 Page 1 of 2
Case 07-10416-BLS Doc 5428-23 Filed 03/18/08 Page 1 of 2
Case 8:07-cv-01957-RWT Document 1-17 Filed 07/24/2007 Page 1 of 2

WebINFOCU$            Page 1 of 2



# Wire Transfer Confirmation

Other Information | Help

| | |
|---|---|
| Template ID: REGIFED1 | Template Type: US Dollar Non-Repetitive |
| Payment Method: FEDO | Beneficiary Type: Customer |
| Credit Amount: 10,880.00 | Credit Currency: USD |
| Release Date: 12/01/2006 | Effective Date: 12/01/2006 |

## Wire Party Information

### Sender
| | | | |
|---|---|---|---|
| Acct Number: | *Redacted* | Currency: | United States dollar |
| Acct Name: | REGIONAL TITLE AND ESCROW LLC | | |
| Bank Short Name: | MNTBANK | | |

### Beneficiary
| | | | |
|---|---|---|---|
| Name: | Metropolitan Money Store Corp. | Address: | |
| Acct Number: | *Redacted* | Currency: | United States dollar |

### Beneficiary Bank
| | | | |
|---|---|---|---|
| ID: | 255071981 | ID Type: | Fed ABA |
| Name: | CHEVY CHASE SAVINGS BANK, FSB | Address: | LAUREL, MD |

### Correspondent Bank
| | | | |
|---|---|---|---|
| ID: | | ID Type: | |
| Name: | | Address: | |
| Acct Number: | | | |

### Intermediary Bank
| | | | |
|---|---|---|---|
| ID: | | ID Type: | |
| Name: | | Address: | |
| Acct Number: | | | |

### Other Information

By Order Of Information:

Additional Information
File 06-1811

Bank to Bank Information:

[Confirm]     [Modify]     [Cancel]

**PLAINTIFF'S EXHIBIT 20**

https://webinfocus.mandtbank.com/mandt/cgi-bin/wireinitiation.cgi     12/1/2006

WebINFOCUS                                                                 Page 1 of 2

# Wire Transfer Confirmation



Other Information | Help

| | |
|---|---|
| Template ID: REGIFED1 | Template Type: US Dollar Non-Repetitive |
| Payment Method: FEDO | Beneficiary Type: Customer |
| Credit Amount: 48,403.23 | Credit Currency: USD |
| Release Date: 11/30/2006 | Effective Date: 11/30/2006 |

## Wire Party Information

### Sender
| | | | |
|---|---|---|---|
| Acct Number: | *Redacted* | Currency: | United States dollar |
| Acct Name: | REGIONAL TITLE AND ESCROW LLC | | |
| Bank Short Name: | MNTBANK | | |

### Beneficiary
| | | | |
|---|---|---|---|
| Name: | Fordham & Fordham Investment Group | Address: | |
| Acct Number: | 1064308503 | Currency: | United States dollar |

### Beneficiary Bank
| | | | |
|---|---|---|---|
| ID: | *Redacted* | ID Type: | Fed ABA |
| Name: | CHEVY CHASE SAVINGS BANK, FSB | Address: | LAUREL, MD |

### Correspondent Bank
| | | | |
|---|---|---|---|
| ID: | | ID Type: | |
| Name: | | Address: | |
| Acct Number: | | | |

### Intermediary Bank
| | | | |
|---|---|---|---|
| ID: | | ID Type: | |
| Name: | | Address: | |
| Acct Number: | | | |

### Other Information

By Order Of Information:

Additional Information
File 06-1811 Nicholls

Bank to Bank Information:

[Confirm]    [Modify]    [Cancel]

https://webinfocus.mandtbank.com/mandt/cgi-bin/wireinitiation.cgi                11/30/2006