Yahoo! Mail - nwright@rtetitle.com

Page 1 of 1

**YAHOO! SMALL BUSINESS Email**

Small Business Home

Welcome, nwright@rtetitle.com
[Sign Out, My Account]

Mail Home - Help

Mail | Addresses | Calendar | Notepad | Mail Options - Manage My Services

Check Mail | Compose | Search Mail | Search the Web

Mail Accounts
  rtetitle.com
  yahoo.com

Folders [Add - Edit]
  Inbox
  Draft
  Sent
  Bulk [Empty]
  Trash [Empty]

Search Shortcuts
  My Photos
  My Attachments

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]   Printable View

**Subject:** RE: Nicholls
**Date:** Thu, 30 Nov 2006 11:16:31 -0800
**From:** "Jill Hess" <JHess@ncen.com>  Add to Address Book  Add Mobile Alert
**To:** "naomi wright" <nwright@rtetitle.com>

Huds look good. Please make sure the pkg's are back in my office by Monday 12/4. I have a 1/2 day tomorrow, and I'm off on Monday, so that's why I'm giving you the heads up now :)

Thanks!

-----Original Message-----
**From:** naomi wright [mailto:nwright@rtetitle.com]
**Sent:** Thursday, November 30, 2006 2:07 PM
**To:** Jill Hess
**Subject:** Nicholls

I just faxed the HUD's over for approval

Delete | Reply | Forward | Spam | Move...
Previous | Next | Back to Messages     Save Message Text | Full Headers

Check Mail | Compose     Search Mail | Search the Web

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy



PLAINTIFF'S EXHIBIT 21

http://b8.mail.yahoo.com/ym/rtetitle.com/ShowLetter?MsgId=8639_10066876_104428_...   11/30/2006