Case 8:07-cv-01957-RWT   Document 64-23   Filed 01/21/2009   Page 1 of 1
Case 07-10416-BLS   Doc 5428-25   Filed 03/18/08   Page 1 of 1
Case 8:07-cv-01957-RWT   Document 1-19   Filed 07/24/2007   Page 1 of 1

## MORTGAGE BROKER AGREEMENT

We are pleased that you applied to Money Tree Funding (Herein referred to as "We" and "Us") to assist you in obtaining a mortgage loan on your property. This agreement sets forth the terms and explains the conditions under which we will be processing your loan application.

BORROWER(S): x Dina Simon

PROPERTY ADDRESS: x 4506 Hiwassee Dr

ESTIMATED DESCRIPTION AMOUNT: $_____ TERM: _____
OF MORTGAGE DESIRED:

TYPE: ( ) REFINANCE ( ) PURCHASE ( ) CONSTRUCTION ( ) OTHER
The initial interest rate of ___% shall be: ( ) Fixed for the term of the loan ( ) Variable rate.

THIS MORTGAGE BROKER AGREEMENT IS NOT TO BE CONSIDERED AS A LOAN APPROVAL, COMMITMENT, OR LOCK OF INTEREST RATE. THIS AGREEMENT MAY NOT BE ASSIGNED OR TRANSFERRED.

FEE: We will act as a broker in obtaining your loan. A fee of 1-6% of the gross amount of the loan, $250 processing fee, and $350 admin fee will be due and payable to us. The aforesaid mortgage broker fee does not include any sum to be paid directly to the mortgage broker by any investor funding your loan. Any such fees will not exceed 8.0% of the gross amount of the loan obtained. All fees will be paid at the closing of the mortgage loan. If during the term of this agreement we procure for your mortgage loan fulfilling the above description or under other terms acceptable to you and you closing such a mortgage loan with a lender we identify to you, you agree to pay us the fee when you close that loan. In the event you subsequently rescind your loan pursuant to any applicable law, you will be entitled to a refund of any fees paid by you to us. Any investor making the mortgage loan and/or its settlement agent or attorney is hereby irrevocably authorized to deduct the aforementioned fee for the mortgage loan proceeds at closing and disbursed the same directly to us without further instruction or set-off of any type. In the event we are required to utilize the services on any attorney to enforce the provisions of this agreement, whether or not suit is actually filed, we shall be entitled to reimbursement of reasonable attorney fees and cost incurred in connection therewith.

All of the aforesaid mortgage loan terms concerning interest rates, points and fees are subject to change prior to settlement. Unless otherwise agreed in writing, said mortgage loan terms will be locked-in at the time of settlement.
Initials: Borrower(s): _____ Lender: _____

LOAN APPROVAL: This agreement is expressly contingent upon you being approved in accordance with the underwriting guidelines of the investor funding the loan.

PROCESSING FEE:$_____ The time from receipt of the initial loan application package to closing normally requires three to six weeks. However, many of the necessary elements (i.e. appraisal, credit report, verifications, title examination, etc.) are not within our control. In addition, problems may arise from the information obtained (i.e. negative credit, low appraisal value or property defects, unrelated liens on the property, etc.) that required unexpected effort and time to resolve. Therefore, we cannot guarantee that your credit application will be processed, approved and closed within the term of the agreement. Closing of the loan will be subject to receipt of certain items at least 5 days prior to settlement, to include, but not limited to, (a) an acceptable title insurance binder and survey; (b) original hazard insurance policy acceptable to the investor funding your loan plus a one year paid receipt; (c) an acceptable wood infestation report no more than 60 days old, (d) original well and septic report, and survey. This agreement is valid for 180 days from the date of execution.

EXPENSES: With the execution of the Agreement, you agree to pay us a non-refundable fee of $_____ for expenses associated with an appraisal and mortgage credit report. These fees are separate and distinct from any and all fees due in the event a mortgage loan is procured.

AUTHORIZATION: permission is hereby granted to obtain a credit report and other credit information and to supply the information contained therein to any potential investor.

DISCLOSURE: You hereby acknowledge receipt of a copy of the HUD Guide to Settlement Costs booklet.

THIS AGREEMENT represents the entire agreement between the parties hereto and no waiver or modifications, or any other additions to the hereto shall be deemed effective unless evidenced by a written instrument signed by all parties hereto. It is further agreed that this agreement shall be construed as creating no more than a contractual agreement between the parties hereto and not any type of agency relationship, fiduciary responsibility or other trust relationship or responsibility. We do not represent all of the lenders in the market and the lenders that we do represent may not offer the lowest interest rates or best terms available to you. You are free to seek a number of a credit union you should compare our interest rates and terms with the mortgage loans available through your credit union.

EXECUTED this _____ day of _____, 20___.

LOAN OFFICER: _____   BORROWER: x Dina Simon
DATE: x 5-22-06   CO-BORROWER: _____
RECEIVED: $_____   CHECK NUMBER: _____



PLAINTIFF'S EXHIBIT 22