Case 8:07-cv-01957-RWT   Document 64-24   Filed 01/21/2008   Page 1 of 1
Case 07-10416-BLS   Doc 5428-26   Filed 03/18/08   Page 1 of 1
Case 8:07-cv-01957-RWT   Document 1-20   Filed 07/24/2007   Page 1 of 1

**METROPOLITAN MONEY STORE, CORP.**
9320 Annapolis Road, Suite #100 1st floor
Lanham, Maryland 20706
Phone: 301-918-1730
Fax: 301-918-4044

**MARYLAND FINANCING AGREEMENT**
(First Lien Loans)

Applicant(s): x _Dina Simon_

Property Address: x _4806 Hiwassee Dr Clinton, MD 20735_

Loan Amount: $ _____ Loan Program: _____

Metropolitan Money Store, Corp. appreciates your selection of our company to assist you with your home financing needs. We ask that you review and acknowledge receipt of this agreement which contain important information relating to the interest rate and discount points which will be associated with your mortgage loan. Market conditions allowing the processing of your loan should not exceed 60 days. Indicated below are two options for determining your interest rate and other lock-in-terms. Please initial the option selected.

Today market rates for a ____ month fixed/adjustable rate loan (with a ____ year balloons) is

    Interest Rate: ____ %
    Discount Points: ____ % Buyer __0__ % seller
    Origination Points: ____ % Buyer __0__ % seller

*If your loan has an adjustable rate, please refer to your Adjustable Rate Disclosure for information about your Index, Margin, and Caps.

**Lock-In-Terms**

_____ Option 1 Market Rate Float: If checked the above rate terms are not guaranteed. The actual Rate and points what will be charges and your loan will be based upon market conditions. At this time you "lock-in" your loan. Information about points and rates which changes maybe obtained by contacting your loan office. "Locking" your loan is your responsibility and Metropolitan Money Store is not responsible for changes in the interest rate and points on loan that has not been "locked in". UNDER THIS OPTION THE INTEREST RATE AND POINTS ON YOUR LOAN ARE SUBJECT TO CHANGE AT ANYTIME DUE TO TIME SUE TO MARKET CONDITIONS.

_____ Option 2 Lock-In: If checked, the above interest rate, and points are guaranteed until _____, subject only to your qualification for the application-for-loan. In the event your loan does not find by this expiration date, this interest rate and points will no longer be in effect and your loan will FLOAT until it is "re-locked" at the current interest rate and points. At no time, however your loan may be "re-locked" at an interest rate and points less than those stated above.

APPLICANT'S INITIAL FOR OPTION 1: _____
APPLICANT'S INITIAL FOR OPTION 2: _____

Except as expressly noted above with respect to a "lock-in" interest rate and points, all of the terms of this financing agreement are subject to change. THIS IS NOT A COMMITMENT TO MAKE A LOAN NOR IS IT A FINAL BINDING AGREEMENT YOU WILL BE NOTIFIED AT A LATER DATE WHENEVER YOUR LOAN IS APPROVED, AND IN ACCODANCE WITH MARYLAND LAW YOU WILL BE PROVIDED WITH A FINANCING COMMITMENT DISCLOSING THE FINAL TERMS OF YOUR LOAN AT LEST 72 HOURS PRIOR TO THE FUNDING OF YOUR LOAN.
The financing agreement will terminate upon issuance of a Financing Commitment or sixty days from the date of this agreement, whichever occurs first.

METROPOLITAN MONEY STORE, CORP.    BORROWER(S)

By: _____    Borrower: _[signature]_

Title: _____    Co-Borrower: _____

Date: _____    Date: x _____


PLAINTIFF'S EXHIBIT 23