Case 8:07-cv-01957-RWT   Document 64-25   Filed 01/21/2009   Page 1 of 1
Case 07-10416-BLS   Doc 5428-27   Filed 03/18/08   Page 1 of 1
Case 8:07-cv-01957-RWT   Document 1-21   Filed 07/24/2007   Page 1 of 1

LENDER: METROPOLITAN MONEY STORE, CORP.

PROPERTY ADDRESS: ×4506 Hwassee Dr
Clinton, MD 20735

BORROWER(S): × Dina Simon

LOAN AMOUNT: $

DATE: ×5/22/04

### BORROWER'S CERTIFICATION AND AUTHRORIZATION

#### CERTIFICATION
The undersigned certify the following:

1. I/ We have applied for a mortgage loan from METROPOLITAN MONEY STORE, CORP. In applying for the loan, I/we complete a loan application containing various information on the purpose of the loan. The amount and source of the down payment, employment and income information, and assets and liabilities. I/We certify that all of the information is true and complete. I/We made no misrepresentation in the loan application or other documents, nor did I/we omit any pertinent information.
2. I/We understand and agree that METROPOLITAN MONEY STORE, CORP. reserves the right to change the mortgage loan review process to a full documentation program. This may include verifying the information provided on the application with the employer and/or financial institution.
3. I/We fully understand that it is a federal crime punishable by fine or imprisonment, or both to knowingly make any false statements when applying for this mortgage, as applicable under the provisions of Title 18, United States Code, and Section 1014.

#### AUTHORIZATION TO RELEASE INFORMATION

1. I/We have applied for a mortgage from METROPOLITAN MONEY STORE, CORP. As apart of the application process, METROPOLITAN MONEY STORE, CORP. may verify information contained in my/our loan application and in other documents required in connection with the loan, either before the loan is closed or as part of its quality control program.
2. I/We authorize you to provide METROPOLITAN MONEY STORE, COPR. and to any investor to whom METROPOLITAN MONEY STORE, CORP., may sell my mortgage, any and all information and documentation that they request. Such information includes, but is not limited to, employment history and income; bank, money market, and similar account balance; credit history; and copies of income tax returns.
3. METROPOLITAN MONEY STORE, CORP. or any other investor that purchases that mortgage may address this authorization to any party named in the loan application.
4. A copy of this authorization may be accepted as an original.
5. Your prompt reply to METROPOLITAN MONEY STORE, CORP. or the investor that purchased the mortgage is appreciated.

Redacted

Social Security Number                    Borrower × Dina Simon

Social Security Number                    Borrower


PLAINTIFF'S EXHIBIT 24