Case 8:07-cv-01957-RWT Document 64-26 Filed 01/21/2009 Page 1 of 1
Case 07-10416-BLS Doc 5428-28 Filed 03/18/08 Page 1 of 1
Case 8:07-cv-01957-RWT Document 1-22 Filed 07/24/2007 Page 1 of 1

# METROPOLITAN MONEY STORE CORP

## DISCLOSURE OF REQUIRED SETTLEMENT SERVICES PROVIDERS

As a lender, we will require you as borrower to use the following providers of settlement services.

We have relationship with each of these providers of settlement services. Unless we specify otherwise our primary relationship with each provider is based on our regular provider's services during the past several months. The estimate of fees shown as the Good Faith Estimate of closing costs based on the charges of these designated providers.

**Identify** (1) Service Provided and (2) Name, Address and Telephone Number of Provider

1.) Appraiser (803): <u>We will require a particular appraiser for a list that we (our investor) have prepared. You will be notified of the specific appraiser chosen.</u>

2.) Credit Reporting Company (104): Equifax 12301 Prosperity Drive #300
   Silver Springs, Maryland 20904
   301-680-2214

3.) Tax Services Provider (809): N/A
4.) Private Mortgage Insurance (904): N/A
5.) Flood Insurance Certifications: State Farm Insurance Company
   9418 Annapolis Road #204
   Lanham, Maryland 20706
   1-800-845-9940

6.) Lender's Attorney (1107): N/A
7.) Title Insurance (1108): Cap Title LLC
   401 North Washington Street
   Rockville, Maryland 20850
   301-838-0500

8.) Other:
9.) Other:

The undersigned mortgage loan applied (s) hereby acknowledge (s) receipt of the Disclosure of Required Settlement Services Providers, which is part of the Good Faith Estimate of Closing Costs.

Dated 5-22, 2006    Applicant x Dita Simon
                    Applicant _____



PLAINTIFF'S EXHIBIT 25