Case 07-10416-BLS Doc 5428-29 Filed 03/18/08 Page 1 of 1
Case 8:07-cv-01957-RWT Document 64-27 Filed 01/21/2008 Page 1 of 1
Case 8:07-cv-01957-RWT Document 1-23 Filed 07/24/2007 Page 1 of 1



