Page 1 of 1

Main Menu > Balance and Information Reporting >

**INCOMING WIRE TRANSFERS**

Help
*Cash Manager*

| Here is the information on your Incoming Wire: | |
|---|---|
| Date Received | 07/24/06 |
| Date Posted | 07/24/06 |
| Time (ET) | 13:40:06 |
| Account | |
| Beneficiary | CAP TITLE, LLC |
| Amount | 391,811.36 |
| Sending Bank | NYLTD FUNDS CONTROL - NY |
| Originator | DB TRUST COMPANY AMERICAS - TSS |
| Global Reference # | F336205000EC01 |
| Other Reference Number # | 20060724B1Q8383C004752200607 24B1B7STFC000236 |
| Additional Information | 1008761262, ORDER :200605-356, CLARK, JAMIE A |

Note: Time is in 24-hour format.

◀ Back



PLAINTIFF'S EXHIBIT
27

https://citibusinessonline.da-us.citibank.com/GWAPI/IWTICAP1/IncWaccG          07/24/2006

Page 1 of 1

Main Menu > Balance and Information Reporting >
**INCOMING WIRE TRANSFERS**

Help
*Cash Manager*

| Here is the information on your Incoming Wire: | |
|---|---|
| Date Received | 07/24/06 |
| Date Posted | 07/24/06 |
| Time (ET) | 13:40:05 |
| Account | |
| Beneficiary | CAP TITLE, LLC |
| Amount | 97,305.00 |
| Sending Bank | NYLTD FUNDS CONTROL - NY |
| Originator | DB TRUST COMPANY AMERICAS - TSS |
| Global Reference # | F336205000ED01 |
| Other Reference Number # | 20060724B1Q8383C004754200607241B7STFC000237 |
| Additional Information | 1008773836, ORDER :200605-356D, CLARK, JAMIE A |

Note: Time is in 24-hour format.

◀ Back