Case 07-10416-BLS   Doc 5428-31   Filed 03/18/08   Page 1 of 2
Case 8:07-cv-01957-RWT   Document 64-29   Filed 01/21/2008   Page 1 of 2
Case 8:07-cv-01957-RWT   Document 1-25   Filed 07/24/2007   Page 1 of 2

Page 1 of 1

Main Menu > Transfers and Payments >
**DOMESTIC WIRE (USA DESTINATION)**

Help
*Cash Manager*

WIRE:  From Account: New MD-DC   Currency: US Dollars
Status:  Processed - Confirmation Number is 2070001582.
Wire Fee: $12.50

Beneficiary
Metropolitan Money Store Corp.

Bank
Name: Suntrust Bank
ABA: 055002707
Address: Lanham
Lanham
Maryland

Beneficiary's Account number: REDACTED
Amount: $17,611.50
Date of transfer(s): July 26, 2006

Special Instructions:
Metropolitan Money Store Corp.
Cap Title Simon
200605-356

Model Name: Metropolitan Money Store Corp.

[Save as model]
[Process another Wire]



PLAINTIFF'S EXHIBIT
28

07/26/2006

https://citibusinessonline.da-us.citibank.com/basprod/citiiwt/html/WTd80U.html

Case 8:07-cv-01957-RWT Document 64-29 Filed 01/21/2009 Page 2 of 2
Case 07-10416-BLS Doc 5428-31 Filed 03/18/08 Page 2 of 2
Case 8:07-cv-01957-RWT Document 1-25 Filed 07/24/2007 Page 2 of 2

Page 1 of 1

Main Menu > Transfers and Payments >
**DOMESTIC WIRE (USA DESTINATION)**

Help
*Cash Manager*

WIRE: From Account: New MD-DC    Currency: US Dollars
Status: Processed - Confirmation Number is 2070001662.
Wire Fee: $12.50

| Beneficiary | Bank |
|---|---|
| Metropolitan Money Store | Name: Suntrust Bank |
| | ABA: 056002707 |
| | Address: Lanham |
| | Lanham |
| | Maryland |

Beneficiary's Account number: REDACTED
Amount: $1,500.00
Date of transfer(s): July 26, 2006

Special Instructions:
Metropolitan Money Store
Cap Title Clark
200606-355d

[ Save as model ]   Model Name: Metropolitan Money Store
[ Process another Wire ]

https://citibusinessonline.da-us.citibank.com/basprod/citilwt/html/WTd80U.html    07/26/2006