Case 8:07-cv-01957-RWT   Document 64-30   Filed 01/21/2009   Page 1 of 1
Case 07-10416-BLS   Doc 5428-32   Filed 03/18/08   Page 1 of 1
Case 8:07-cv-01957-RWT   Document 1-26   Filed 07/24/2007   Page 1 of 1

File No. 200605-356



## STATUTORY NOTICE AND ACKNOWLEDGEMENT

Property: 4506 Hiwassee Drive
Clinton, Maryland 20735

| | | | |
|---|---|---|---|
| Mortgagee Policy: | $390,400.00 | Owners Policy: | $488,000.00 |
| Premium: | $907.00 | Premium: | $1,034.80 |

Lender to be Insured: New Century Mortgage Corporation

Name of Title Insurance Company: Chicago Title Insurance Company

TO THE BUYER (MORTGAGOR):

Notice is hereby given that in connection with a loan to be secured by a mortgage on the above property, your mortgage lender (mortgagee) is requiring issuance by Chicago Title Insurance Company of a mortgagee title insurance policy as described above, which policy will provide protection ONLY to the mortgagee.

In accordance with Section 486-1 of Article 48(A) of the Annotated Code of Maryland as amended, you are hereby notified of your right and opportunity to obtain simultaneously with said mortgagee title insurance policy an owner's title insurance policy designed to insure you as to the status of your title.

Such owner's policy will be issued in the amount of the total purchase price for the additional premium, as shown above. The owner's policy will be subject only to the contingencies and conditions contained in the binder, title report and policy.

You have the right to review a sample of the form of policy in which said exceptions and exclusions will appear. The owner's policy will not be effective until its issuance after the requirements contained in the commitment issued to the mortgagee have been met and payment made of the additional premium set forth above.

The above statute requires you to acknowledge that this Notice was given to you and to state whether you desire or do not desire owner's title insurance.

Please sign the statement below and return this form to Chicago Title Insurance Company

I/we hereby acknowledge receipt of the Notice, prior to the disbursement of any funds, and I/we do hereby make the following election with regard to an owner's title insurance policy, namely:

( ✓ )   I/we do desire to purchase an owner's policy.

( )   I/we do not desire to purchase an owner's policy.

Date: Settlement Payment Date

_____   _____
Jaime A. Clark                  Borrower                    Borrower

_____   _____
                                Borrower                    Borrower

CAP Title, LLC

PLAINTIFF'S EXHIBIT 29