## Trust Accounting Report
Page 1

File Number 200605-356
CLARK- SIMON 4508 HIWASSEE DRIVE

July 26, 2006
08:55:04

UnderWriter: Chicago Title Insurance Company

Buyer Name: Jaime A. Clark

Seller Name: Dina A. Simon

### Receipts

| | Required | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| Jaime A. Clark | 5,777.11 | 303 Buyer | 5,777.11 | 6,024.26 | 6,024.26 |
| NCEN | 95,232.60 | 206 Funds from 2nd Mortgage | | 95,232.60 | 101,256.86 |
| New Century Mortgage Corporation | 390,400.00 | 202 Principal amount of new loans | | | |
| | Net (300.00) | 805 Document Preparation Fee | | | |
| | Net (11.20) | 806 Flood Certification Fee | | | |
| | Net (150.00) | 807 Processing Fee | | | |
| | Net (75.00) | 808 Tax Service Fee | | | |
| | Net (300.00) | 809 Underwriting Fee | | | |
| | NetPlus 3,904.00 | 813 Yield Premium paid by Lender | | | |
| | Net (725.20) | 901 Interest | | | |
| | Net (445.26) | 1001 Hazard Insurance deposited with lender | | | |
| | Net (831.62) | 1004 County property taxes deposited with lender | | | |
| | Net (-148.64) | 1008 Aggregate Adjustment | | | |
| | | | 391,811.36 | | 493,068.22 |

### Disbursements - 17897627

CAP Title, LLC

| | | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | 395.00 | 1101 Settlement or closing fee | | | |
| | 50.00 | 1102 Abstract or title search | | | |
| | 295.00 | 1103 Title examination | | | |
| | 295.00 | 1104 Title insurance binder | | | |
| | 100.00 | 1107 Attorney's fee | | | |
| | 1,941.80 | 1108 Underwriting Premium | | | |
| | 100.00 | 1111 Courier/Wire Fee | | | |
| | 125.00 | 1112 Release Trust (per/trust) | | | |
| | -291.27 | 1108 Underwriting Premium | | | |
| 37591 / 07-24-2006 | | CHECK-0 | 3,010.53 | | 490,057.69 |

Chicago Title Insurance Company

| | 291.27 | 1108 Underwriting Premium | 291.27 | | 489,766.42 |
|---|---|---|---|---|---|
| 37592 / 07-24-2006 | | CHECK-0 | | | |

Clerk of the Court

| | 80.00 | 1201 Recording fees | | | |
|---|---|---|---|---|---|
| | 2,440.00 | 1204 State Transfer Tax | | | |
| 37593 / 07-24-2006 | | CHECK-0 | 2,520.00 | | 487,246.42 |

Dina Simon

| | 60,418.96 | 603 Seller | 60,418.96 | | 426,827.46 |
|---|---|---|---|---|---|
| | | CHECK-0 | | | |

Express Abstracts

| | 145.00 | 1102 Abstract or title search | 145.00 | | 426,682.46 |
|---|---|---|---|---|---|
| 37594 / 07-24-2006 | | CHECK-0 | | | |

hold

| | 3,566.68 | 507 hold | 3,566.68 | | 423,115.78 |
|---|---|---|---|---|---|
| Hold | | CHECK-0 | | | |

Jaime A. Clark



PLAINTIFF'S EXHIBIT 30

July 31, 2006
11:01:16

## Trust Accounting Report

File Number 200605-356
CLARK- SIMON  4606 HIWASSEE DRIVE

Page 2

UnderWriter: Chicago Title Insurance Company

Buyer Name: Jaime A. Clark

Seller Name: Dina A. Simon

**Disbursements - 17897627**

| | | Required | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 247.16 | Reimbursement of excess funds | | | 247.16 | 422,868.63 |
| 37595 / 07-24-2006 | CHECK-0 | | | | |
| Metropolitan Money Store | | | | | |
| 1,895.00 | 810 Broker Processing Fee | | | | |
| 100.00 | 811 Appraisal Fee | | | | |
| 11,712.00 | 812 Brokers Fee | | | | |
| 3,904.00 | 813 Yield Premium paid by Lender | | | 17,611.00 | 405,257.63 |
| Wire | CHECK-0 | | | | |
| Popular Mortgage | | | | | |
| 392,602.61 | 504 Payoff first mortgage loan | | | 392,602.61 | 12,655.02 |
| 37596 / 07-24-2006 | CHECK-0 | | | | |
| Prince George's County | | | | | |
| 6,832.00 | 1202 City/County tax/stamps | | | | |
| 2,147.20 | 1203 State tax/stamps | | | 8,979.20 | 3,675.82 |
| 37597 / 07-24-2006 | CHECK-0 | | | | |
| Prince George's County | | | | | |
| 1,894.82 | 604 1st half Property Taxes | | | 1,894.82 | 1,781.00 |
| 37598 / 07-24-2006 | CHECK-1 | | | | |
| STATE FARM | | | | | |
| 1,781.00 | 903 Hazard insurance premium | | | 1,781.00 | 0.00 |
| 37599 / 07-24-2006 | CHECK-0 | | | | |

*Handwritten annotation: Alex-7/31 (circled around 17,611.00)*