**REGIONAL TITLE AND ESCROW**
9701 Apollo Drive
Largo, MD 20774
Telephone: 301-341-0135 Fax: 301-341-0139

December 1, 2006

Nationstar Mortgage LLC
350 Highland Drive
Lewisville TX 75067

Re:   Buyer:     Letecia Nicholls
      Sellers:    Delores Wallace and Ronnell Wallace
      Property:  816 Avanti Place, Hyattsville, MD 20785
      Our File #: 06-1811VT

To Whom It May Concern:

Enclosed is a check representing the net proceeds from the sale of the referenced property.

Please feel free to contact us with any questions you may have or if we can be of any further assistance to you.

Sincerely,

REGIONAL TITLE AND ESCROW

*[signature]*

nwright

PLAINTIFF'S EXHIBIT 31