Case 8:07-cv-01957-RWT Document 64-33 Filed 01/21/2009 Page 1 of 1
Case 07-10416-BLS Doc 5428-35 Filed 03/18/08 Page 1 of 1
Case 8:07-cv-01957-RWT Document 1-29 Filed 07/24/2007 Page 1 of 3

CAP Title, LLC

TELEPHONE 301-838-8500
FACSIMILE 301-838-9186

401 N. Washington Street Suite
Rockville, Maryland 20850

January 31, 2006

ATTN: PAYOFF DEPT.

Account Number: 527391
Borrowers Names: Melvin J. Proctor, Jr. and Nadine M. McKenzie-Proctor
Property Address: 8604 Sapienza Drive
Fort Washington, Maryland 20744
Forwarding Address: 8604 Sapienza Drive, Fort Washington, Maryland, 20744
Our Case Number: 200601-60

Enclosed please find our payoff check that should be credited to the above referenced account.

In accordance with Maryland State statute a borrower is to be provided with proof of release of their existing mortgage within thirty days of the payoff. We therefore request that you forward the original note, marked paid in full, and/or other release documents immediately to this office in order that compliance with the statute may be met.

Please cancel Homeowners insurance policy and refund all excess escrow funds directly to the borrower at the forwarding address above.

Please refer to our case number with any and all correspondence. Thank you for your assistance in this matter.

Sincerely,

Will Ballesteros



PLAINTIFF'S EXHIBIT 32