IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | : |
| a Delaware Corporation, *et al.*, | : Case No. 07-10416 (KJC) |
| | : |
| Debtors. | : Jointly Administered |
| | : |
| | : Related to Docket No. 5032 |
| | : |

-----------------------------------------------------------x

**CERTIFICATION OF NO OBJECTION REGARDING SEVENTH MONTHLY APPLICATION OF MICHAEL J. MISSAL, THE COURT-APPROVED EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2008 THROUGH JANUARY 31, 2008
NO ORDER REQUIRED**

The undersigned, counsel to Michael J. Missal, the Court-Appointed Examiner (the "Examiner") for New Century TRS Holdings, Inc., *et al.*, hereby certifies that:

1. On February 25, 2008, the **Notice** (the "Notice") and **Seventh Monthly Application of Michael J. Missal, the Court-Approved Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from January 1, 2008 through January 31, 2008** (the "Seventh Application") [Docket No. 5032] were filed with the Court.

2. In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, and the Order Appointing Fee Auditor Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications date October 10, 2007, objections, if any, to

the Seventh Application were due on or before 4:00 p.m. on March 17, 2008 (the "Objection Deadline").

3. The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

4. Accordingly, the Seventh Application may be granted.

Dated: March 19, 2008                                  SAUL EWING LLP


By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

Co-Counsel to Michael J. Missal, Examiner