**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | |
| et al., | Jointly Administered |
| Debtors. | |
| | Ref. No. 5026 |

_____/

**ORDER TERMINATING AUTOMATIC STAY**

UPON CONSIDERATION of the Motion for Relief from Stay with Regard to two Properties (Doc. #5026), filed by Jasper Construction, and the Certification of Counsel as to no opposition to said motion, it is

ORDERED, that the Motion be, and the same is hereby **GRANTED**; and it is further

ORDERED, that the automatic stay is terminated allowing Jasper Construction to exercise its rights under applicable law with respect to the two properties listed below:

1. Property located at **10636 Woodley Ave., Unit 41, Granada Hills, California 91334**, and legally described as:

> **All that certain real property situated in the City of Los Angeles, County of Los Angeles, State of California described as follows:**
>
> **PARCEL 1:**
>
> **A) An undivided .931 percent interest in and to Lot 1 of Tract No. 35155, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 912, Pages 10 to 12 inclusive of Maps, in the office of the County Recorder of said County.**
>
> **Except therefrom units 1 to 88 inclusive as shown and defined on the Condominium Plan recorded March 9, 1979 as Instrument No. 79-2666657, of Official Records.**

**B) Unit 41 shown and defined on the Condominium Plan referred to above**

**PARCEL 2:**

**An exclusive easement for parking purposes to Spaces 67 and 68 shown and defined as the Parking Plan attached to the above mentioned Condominium Plan.**

2. Property located at **13023 Edwards Rd., La Mirada, California 90638**, and legally described as:

**All that certain real property situated in the City of La Mirada, County of Los Angeles, State of California, being described as follows:**

**Lot 64, of Tract 18555, as recorded in Miscellaneous Maps, in Book 473 on Page(s) 41 through 43 inclusive of Maps in the Office of the County Recorder of Said County.**


Dated: _____          _____
                                  KEVIN J. CAREY
                                  UNITED STATES BANKRUPTCY JUDGE