## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., et al., | |
| Debtors. | **Objections due by: 3/18/08** |
| | **Hrg Date: 3/25/08 @1:30 p.m.** |
| _____/ | |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 4990

The undersigned certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Countrywide Home Loan, Inc.'s Motion for Relief from Stay, filed on February 20, 2008, with regard to the property located at 2611 Quarterdeck Court, Kissimmee, FL 34743. The undersigned further certifies the he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than March 18, 2008.

It is hereby respectfully requested that the proposed order be entered at the earliest convenience of the Court.

Dated: March 20, 2008

LAW OFFICES OF DAVID J. STERN, P.A.
801 S. University Drive Suite 500
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna
_____
FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

07-19217.CNO