UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC.,
et al.,
        Debtors.

_____/

Case No. 07-10416-KJC
Chapter 11

Jointly Administered

Ref. No. 4990

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Stay Under Section 362 of the Bankruptcy Code (the Motion) filed by Countrywide Home Loans, Inc. (Doc. #4990), and the Certification of Counsel as to no opposition to the granting of this order, it is

ORDERED as follows:

1.    Said Motion is GRANTED.

2.    The automatic stay is terminated with respect to the property located at 2611 Quaterdeck Court, Kissimmee, FL 34743, legally described as:

> **Lot 6, Saratoga Park, as per Plat thereof, recorded in Plat Book 10, Pages 123, 124 and 125, of the Public Records of Osceola County, Florida.**

3.    The automatic stay is terminated allowing Countrywide Home Loans, Inc. to exercise its rights under applicable law

Dated: _____

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE