# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: Saxon Mortgage Services, Inc.*
*D&G Reference: 212964 / Saxon Batch 51*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000326178 | Romeo | 9/19/2006 | 144,000.00 | 154,719.94 | 152,000.00 | 7137 Toledo Road, Spring Hill, FL 34606 |
| 2000321191 | Karpelenia | 2/23/2007 | 73,500.00 | 78,987.38 | 30,000.00 | 84 Poplar Avenue, Pontiac, MI 48342 |
| 2000310981 | Hammond | 6/21/2006 | 50,915.00 | 62,868.32 | 15,000.00 | 846 E Boston Avenue, Youngstown, OH 44502 |
| 2000233291 | Velasquez | 9/18/2006 | 160,000.00 | 186,931.07 | 170,000.00 | 4706 Opalbrook Court, Fresno, TX 77545 |
| 2000242154 | Miller | 11/2/2006 | 220,000.00 | 232,624.36 | 280,000.00 | 45 535 Luluku RD D4, Kaneohe, HI 96744 |
| 2000243108 | Hunt | 11/20/2006 | 105,040.00 | 111,689.87 | 118,000.00 | 226 Weathering Circle, Austin, AR 72007 |
| 2000252771 | Hilkemann | 12/14/2006 | 248,000.00 | 266,032.81 | 165,000.00 | 7915 Preserve Circle 218, Naples, FL 34119 |
| 2000259096 | Griffin | 1/12/2007 | 221,999.00 | 235,413.44 | 253,000.00 | 1818 Eagle Mesa Avenue, Henderson, NV 89012 |
| 2000259755 | Watson | 1/30/2007 | 520,000.00 | 545,324.21 | 550,000.00 | 2961 Falcon Avenue, Far Rockaway, NY 11691 |
| 2000261449 | Ahlin | 2/26/2007 | 496,000.00 | 516,533.92 | 620,000.00 | 925 Lincoln St. #7B-S, Denver, CO 80203 |
| 200026225 | Scott | 2/28/2007 | 148,000.00 | 159,336.83 | 143,000.00 | 1892 Tyler Ave., Melbourne, FL 32935 |
| 2000274100 | Acuna | 2/12/2007 | 320,000.00 | 333,486.47 | 250,000.00 | 13633 83 Lane N, West Palm Beach, FL 33412 |
| 2000262506 | Berry | 3/17/2005 | 76,500.00 | 79,802.10 | 73,000.00 | 3408 Ken Ave., Pascagoula, MS 39581 |
| 2000262554 | Rios | 5/25/2005 | 210,000.00 | 229,015.72 | 222,000.00 | 5004 Fonda Way, Ceres, CA 95307 |
| 2000270193 | Holdings | 12/11/2006 | 520,000.00 | 547,383.86 | 425,000.00 | 784 Windsong Lane, Rockwall, TX 75032 |