# EXHIBIT A

In re New Century TRS Holdings, Inc., *et al.*, Case Nos. 07-10416-KJC (Chap. 11), *et seq.*

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 5017 | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Trust 2006-HE4 | 214 Harmon Ave Cranston, RI 02910 |
| 5029 | Regions Mortgage Inc. | 801 East Lynwood Drive San Bernardino, CA 92404 |
| 5106 | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 | Multiple properties (See Exhibit A of Motion) |
| 5110 | U.S. Bank National Association, as Trustee for Mortgage Pass-Through Certificates, Series 2006-NC2 | Multiple properties (See Exhibit A of Motion) |
| 5111 | HSBC Bank USA, Inc. | Multiple properties (See Exhibit A of Motion) |
| 5112 | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE5 | Multiple properties (See Exhibit A of Motion) |
| 5113 | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE4 | Multiple properties (See Exhibit A of Motion) |
| 5114 | U.S. Bank National Association, as Trustee for the Structured Asset Corporation Mortgage Loan Trust, 2006-NC1 | Multiple properties (See Exhibit A of Motion) |
| 5117 | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE2 | Multiple properties (See Exhibit A of Motion) |
| 5118 | U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 | Multiple properties (See Exhibit A of Motion) |
| 5124 | U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 | Multiple properties (See Exhibit A of Motion) |
| 5125 | U.S. Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 | Multiple properties (See Exhibit A of Motion) |
| 5126 | U.S. National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2 | Multiple properties (See Exhibit A of Motion) |
| 5127 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-HE3 | Multiple properties (See Exhibit A of Motion) |
| 5128 | U.S. Bank National Association, as Trustee for MASTR Asset Backed Trust 2006-NC-1 | Multiple properties (See Exhibit A of Motion) |
| 5129 | U.S. Bank National Association, as Trustee for MASTR Asset Backed Trust, 2006-HE3 | Multiple properties (See Exhibit A of Motion) |
| 5130 | U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust, 2006-NC1 | Multiple properties (See Exhibit A of Motion) |
| 5131 | U.S. Bank, N.A. | Multiple properties (See Exhibit A of Motion) |
| 5177 | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 | Multiple properties (See Exhibit A of Motion) |
| 5238 | America's Servicing Company | 56 Hicks Road Augusta, ME 04330 |
| 5239 | America's Servicing Company | 4 Blueberry Lane Windham, ME 04062 |
| 5241 | America's Servicing Company | 3251 Cross Keys Road Columbus, OH 43232 |
| 5242 | Deutsche Bank National Trust Company as Trustee for Morgan Stanley Loan Trust 2006-NC2 | 339 Thru 341 Union Street Bangor, ME 04401 |