# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS, INC., et al.,

Debtors.

Chapter 11
Case No. 07-10416-KJC, et seq.

**ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE WITH RESPECT TO REAL PROPERTY LOCATED AT 214 HARMON AVE. CRANSTON RI 02910**
*(relates to Docket No. 5017)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 214 Harmon Ave. Cranston RI 02910 (the "Motion") filed by Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Trust 2006-HE4 ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against the real property located at 214 Harmon Ave. Cranston RI 02910 (the "Property") under applicable non-bankruptcy law; it is hereby

**ORDERED**, that the Motion be, and the same is hereby **GRANTED**. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion; and it is further

**ORDERED,** that pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Property. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of the Mortgage; and it is further

**ORDERED,** that nothing in this order (i) shall constitute a determination that the Debtor holds any interest in the Property or (ii) shall estop the Debtor from denying that it holds any interest in the Property; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____        _____
      Wilmington, Delaware                UNITED STATES BANKRUPTCY JUDGE

-2-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS,
INC., et al.,

          Debtors.

Chapter 11
Case No. 07-10416-KJC, et seq.

## ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE WITH RESPECT TO REAL PROPERTY LOCATED AT 801 EAST LYNWOOD DRIVE, SAN BERNARDINO CA 92404
*(relates to Docket No.5029)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 801 East Lynwood Drive, San Bernardino CA 92404 (the "Motion") filed by Regions Mortgage Inc ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against the real property located at 801 East Lynwood Drive, San Bernardino CA 92404 (the "Property") under applicable non-bankruptcy law; it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED**. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion; and it is further

**ORDERED,** that pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Property. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of the Mortgage; and it is further

**ORDERED,** that nothing in this order (i) shall constitute a determination that the Debtor holds any interest in the Property or (ii) shall estop the Debtor from denying that it holds any interest in the Property; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____     _____
      Wilmington, Delaware     UNITED STATES BANKRUPTCY JUDGE

-2-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS, INC., <u>et</u>
<u>al.</u>,

         Debtor.

Chapter 11
Case No. 07-10416-KJC

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket No. 5196)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362

of the Bankruptcy Code (the "Motion") filed by Deutsche Bank National Trust Company, as Trustee

for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 ("Movant"), and any response thereto; the

Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§

157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper

pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of

Service is adequate under the circumstances; and the Court having further determined that cause exists

to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and

remedies against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and

collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as

follows:

      1.    The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein

shall have the respective meanings set forth in the Motion.

2.    To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect to Movant's interest in the Properties.    Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.    Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

4.    This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____    _____
        Wilmington, Delaware        HONORABLE KEVIN J. CAREY
                                     UNITED STATES BANKRUPTCY JUDGE

-2-

# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
Movant: Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3
DvG Reference 211714

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127056402 | Bryant Bently and Tonya Bently | 1/12/2006 | 183,920.00 | 208,117.40 | 229,900.00 | 4429 Main Street, Columbia Heights, MN 55421 |
| 1127056592 | Steven Rehnborg and Nicole Rehnborg | 1/19/2006 | 243,200.00 | 262,749.41 | 219,900.00 | 322 Teegarden Avenue, Yuba City, CA 95991 |
| 1127056637 | Richard R. Petrangelo | 1/19/2006 | 208,000.00 | 229,601.54 | 225,000.00 | 22-24 Fiume Street West, West Warick, RI 02893 |
| 1127058328 | Oscar Reyes | 12/15/2005 | 228,000.00 | 263,100.25 | 329,000.00 | 118 12th Avenue North, Melrose Park, IL 60160 |
| 1127058673 | Arnon Graham | 1/9/2006 | 370,800.00 | 407,082.40 | 425,000.00 | 30084 Calle Belcanto, Menifee, CA 92584 |
| 1127058981 | Inga Mcnair | 1/31/2006 | 351,000.00 | 389,753.60 | 430,000.00 | 417 West Century Boulevard, Los Angeles, CA 90003 |
| 1127059016 | Benjamin Ramirez and Brittany Warden | 1/31/2006 | 424,000.00 | 467,252.08 | 520,000.00 | 16344 Vincennes Street, North Hills, CA 91343 |
| 1127059444 | Aatif Akhtar | 1/20/2006 | 381,840.00 | 400,874.69 | 450,000.00 | 21426 Greyson Road, Moreno Valley, CA 92557 |
| 1127059662 | Nelly E. Lucero | 1/3/2006 | 363,200.00 | 385,933.31 | 429,000.00 | 33389 Wallace Way, Yucaipa, CA 92399 |
| 1127059802 | Gloria Magana | 12/30/2005 | 320,000.00 | 344,487.05 | 345,000.00 | 533 North Fillmore Avenue, Rialto, CA 92376 |
| 1127059898 | Lorenzo D. Collins | 12/20/2005 | 140,000.00 | 155,281.49 | 159,900.00 | 23291 Geneva Street, Oak Park, MI 48237 |
| 1127060232 | Frank Hernandez and Josephine Hernandez | 1/13/2006 | 293,000.00 | 320,505.73 | 340,000.00 | 2110 Gradle Court, Stockton, CA 95206 |
| 1127060513 | Ante K. Pavelic | 1/27/2006 | 598,500.00 | 639,616.94 | 710,000.00 | 3401 Barham Boulevard 1, Los Angeles, CA 90068 |
| 1127058786 | Carmen C. Chacon | 1/20/2006 | 493,600.00 | 544,394.12 | 625,000.00 | 719 Pelhamdale Avenue, Pelham, NY 10803 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., et al., <br><br>    Debtor. | Chapter 11<br>Case No. 07-10416-KJC |

## ORDER TERMINATING AUTOMATIC STAY
## UNDER SECTION 362 OF THE BANKRUPTCY CODE
*(relates to Docket No.* ⟨⟨⟩⟩*)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (the "Motion") filed by U.S. Bank National Association, as Trustee for Mortgage Pass-Through Certificates, Series 2006-NC2 ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.    The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.      Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

4.      This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____          _____
        Wilmington, Delaware              HONORABLE KEVIN J. CAREY
                                          UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
Movant: U.S. Bank National Association, as Trustee for Mortgage Pass-Through Certificates, Series 2006-NC2
D&G Reference: 211878

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1220004105 | Carlos Vasquez | 12/16/2005 | 436,000.00 | 479,302.70 | 497,000.00 | 7160 Plumrose Street, Fontana, CA 92336 |
| 1220004513 | David J. Estrada and Herlinda Estrada | 12/8/2005 | 288,000.00 | 316,534.02 | 319,900.00 | 27112 Rio Vista Dr., Sun City, CA 92586 |
| 1220004534 | Matthew James Young | 1/9/2006 | 169,600.00 | 192,287.35 | 195,000.00 | 279 Tyler Avenue, Central Point, OR 97502 |
| 1220004663 | Heather Rafael and Nobuyoshio Rafael | 12/27/2005 | 383,120.00 | 458,036.90 | 440,000.00 | 1420 Propect Way, Suisun City, CA 94585 |
| 1220004814 | Jessica L. Daigle | 12/27/2005 | 124,000.00 | 149,082.71 | 129,900.00 | 10b Welson Ave., Worcester, MA 01607 |
| 1220004946 | Akhanma Prasad and Jog Ram Prasad | 1/20/2006 | 621,000.00 | 709,760.27 | 660,000.00 | 5146 Winston Court, Fremont, CA 94536 |
| 1220005046 | Rafael Mendez | 1/20/2005 | 480,000.00 | 525,245.91 | 480,000.00 | 1127 Carey Drive, Concord, CA 94520 |
| 1220005109 | Marcelo B. Felipe | 12/30/2005 | 136,000.00 | 153,736.59 | 125,000.00 | 1186 Worcester Road 1010, Framingham, MA 01702 |
| 1220005311 | Heymar Osorno | 1/11/2006 | 336,000.00 | 372,180.86 | 339,900.00 | 6710 Crest Ave., Riverside, CA 92503 |
| 1220005351 | Victoria Pierce and Clydia M. Cooper | 1/6/2006 | 286,276.00 | 310,943.66 | 349,000.00 | 9457 Plum Court, Hesperia, CA 92345 |
| 1220005672 | Pedro J. Zamora | 1/18/2006 | 271,999.00 | 314,213.09 | 345,000.00 | 120 Primrose Ave. N., Rialto, CA 92376 |
| 1220005866 | Tim Baldwin | 1/12/2006 | 328,000.00 | 354,160.00 | 375,000.00 | 18290 18th Avenue, Big Lake, MN 55309 |
| 1220006061 | Sandra Scepurek | 1/17/2006 | 158,600.00 | 178,260.44 | 170,000.00 | 413 7th Ave. SW, Rice, MN 56367 |
| 1220006072 | Juan Ochoa and Rosa Navaro Ochoa | 1/18/2006 | 624,428.00 | 678,598.70 | 710,000.00 | 1191 Court Lane, Concord, CA 94518 |
| 1220006202 | Alqiviadh Manos | 10/11/2005 | 423,360.00 | 460,688.93 | 620,000.00 | 270 E. Flamingo Ave., Las Vegas, NV 89109 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1220009879 | Cipriana Sanchez | 12/6/2005 | 297,600.00 | 317,910.80 | 299,900.00 | 79 Groton Street, Lawrence, CA 01843 |
| 1220004743 | Kevin L. Dunnells and Paula A. Dunnells | 12/22/2005 | 116,640.00 | 129,884.54 | 165,000.00 | 1580 Helderberg Trail, Berne, NY 12023 |
| 1220004844 | Diane Long | 1/5/2006 | 203,200.00 | 227,199.73 | 239,900.00 | 78 South Hamilton Street, Poughkeepsie, NY 12601 |
| 1220005345 | Johnathan Hates | 1/5/2006 | 344,000.00 | 358,381.66 | 339,999.00 | 166 Country Line Road, Massapequa, NY 11758 |
| 1220005806 | Cristina Guzman | 1/9/2006 | 508,000.00 | 531,957.72 | 620,000.00 | 100 21 Atlantic Avenue, Ozone Park, NY 11418 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS, INC., <u>et al.,</u>

Debtor.

Chapter 11
Case No. 07-10416-KJC

## ORDER TERMINATING AUTOMATIC STAY
## <u>UNDER SECTION 362 OF THE BANKRUPTCY CODE</u>
*(relates to Docket No. 5111 )*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (the "Motion") filed by HSBC Bank USA, Inc. ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against each parcel of real property listed on **<u>Exhibit A</u>** hereof (each a "Property," and collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.    The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2.    To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect

*Movant: HSBC Bank USA, Inc.*
*D&G Reference: 211876*

to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

      3.     Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

      4.     This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____     _____
      Wilmington, Delaware     HONORABLE KEVIN J. CAREY
                       UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant: HSBC Bank USA, Inc.*
*DeG Reference: 211876*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1300026502 | Guadalupe Grimaldo | 12/5/2006 | 368,000.00 | 407,496.84 | 349,900.00 | 1954 Via Carro, Santa Maria, CA 93458 |
| 1300026795 | Maria Lara | 10/31/2006 | 420,000.00 | 453,734.94 | 355,000.00 | 4833 Astuto Drive, Palmdale, CA 93551 |
| 1300027015 | Jorge A. Meza | 12/6/2006 | 252,000.00 | 269,010.29 | 249,000.00 | 15551 Willow Street, Hesperia, CA 92345 |
| 1300029652 | Itziar Lara | 10/27/2006 | 316,000.00 | 335,588.42 | 239,900.00 | 3129 Cary Street, Riverside, CA 92504 |
| 1300027460 | Richard Seals | 11/17/2006 | 356,000.00 | 378,395.51 | 319,000.00 | 80 E Raymond Avenue, Roosevelt, NY 11575 |
| 1300028740 | Gonzalo Nieves | 12/1/2006 | 760,000.00 | 803,409.89 | 679,900.00 | 3 Vintage Court, Middle Island, NY 11953 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS, INC., et al.,

Debtor.

Chapter 11
Case No. 07-10416-KJC

## ORDER TERMINATING AUTOMATIC STAY
## UNDER SECTION 362 OF THE BANKRUPTCY CODE
*(relates to Docket No. 5112)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362

of the Bankruptcy Code (the "Motion") filed by Deutsche Bank National Trust Company, as Trustee

for Morgan Stanley Loan Trust 2006-HE5 ("Movant"), and any response thereto; the Court having

determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and

1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to

28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is

adequate under the circumstances; and the Court having further determined that cause exists to grant

Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies

against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the

"Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

     1.     The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein

shall have the respective meanings set forth in the Motion.

     2.     To the extent that the automatic stay is applicable, Movant is hereby granted relief from

the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect

*Movant: Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan*
*Trust 2006-HE5*
*D&G Reference: 211736*

to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.    Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

4.    This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____          _____
        Wilmington, Delaware                    HONORABLE KEVIN J. CAREY
                                                UNITED STATES BANKRUPTCY JUDGE

-2-

# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
Movant: Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE5
D&G Reference: 211736

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127100187 | Carmen Otero Solares | 3/21/2006 | 236,000.00 | 256,936.03 | 310,000.00 | 1014 Drake Street, Roselle, NJ 07203 |
| 1127103833 | Tumboura Hill and Adeja Hill | 3/20/2006 | 328,000.00 | 355,456.27 | 345,000.00 | 1836 Torrey Pines Court, Stockton, CA 95206 |
| 1127104002 | Darnette Pless and Paul Pless | 3/15/2006 | 286,600.00 | 324,190.40 | 325,000.00 | 636 Carpenter Way, Roseville, CA 95678 |
| 1127074629 | Thomas Harvey and Michelle Toole | 2/16/2006 | 376,000.00 | 400,014.39 | 447,000.00 | 4219 Boyd Avenue, Bronx, NY 10466 |
| 1127102730 | Annun Iskhakov | 3/20/2006 | 380,000.00 | 403,973.88 | 475,000.00 | 104 27 205th Street, Saint Albans, NY 11412 |
| 1127102760 | Melena Giddings | 3/14/2006 | 280,000.00 | 300,544.65 | 399,900.00 | 111 39 143rd Street, Briarwood, NY 11435 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS, INC., et al.,

Debtor.

Chapter 11
Case No. 07-10416-KJC

## ORDER TERMINATING AUTOMATIC STAY
## UNDER SECTION 362 OF THE BANKRUPTCY CODE
*(relates to Docket No. ⎙⎙⎙3)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (the "Motion") filed by Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE4 ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

    1.    The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

    2.    To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect

to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.    Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

4.    This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).


Date:_____          _____
        Wilmington, Delaware          HONORABLE KEVIN J. CAREY
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Mount: Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE4*
*D&G Reference: 211732*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127072916 | Francisco J. Leon Arred | 2/15/2006 | 288,000.00 | 313,734.84 | 300,000.00 | 13123 Kiowa Drive, Moreno Valley, CA 92553 |
| 1127074725 | Javier Rodriguez | 2/16/2006 | 764,000.00 | 829,475.00 | 900,000.00 | 1970 Rapallo Court, Brentwood, CA 94513 |
| 1127075462 | Dante Bradford | 2/16/2006 | 400,000.00 | 430,306.90 | 485,000.00 | 16402 Harvest Avenue, Norwalk, CA 90650 |
| 1127075576 | James S. Smith and Sandra L. Smith | 2/16/2006 | 364,000.00 | 388,900.46 | 390,000.00 | 1250 Flamingo Avenue, El Cajon, CA 92021 |
| 1127076258 | Michael Wilson and Charles Sliama | 2/16/2006 | 98,640.00 | 112,317.71 | 107,000.00 | 103 3rd Street NE, Hinckley, MN 55037 |
| 1127076354 | Paul Virtue | 2/7/2006 | 280,000.00 | 317,189.99 | 274,500.00 | 5463 Southeast 150th Street, Prior Lake, MN 55372 |
| 1127076495 | Vincent Johnson | 2/8/2006 | 369,364.00 | 437,337.98 | 395,000.00 | 8201 Cabochon Way, Sacramento, CA 95829 |
| 1127076555 | Salvador Gonzalez | 2/10/2006 | 340,720.00 | 371,558.26 | 419,900.00 | 1627 Burma Court, Ponoma, CA 91766 |
| 1127103836 | Felicia Somerville and Darrin Somerville | 3/17/2006 | 230,836.00 | 261,819.37 | 314,900.00 | 5250 Northwestern Dr., Matteson, IL 60443 |
| 1127104536 | Salah Aljanabi | 3/20/2006 | 345,600.00 | 411,740.33 | 369,900.00 | 14 Bayview Street, Quincy, MA 02169 |
| 1127074265 | Edwin T. Guerrero | 2/2/2006 | 292,000.00 | 309,526.43 | 360,000.00 | 245 Berriman Street, Brooklyn, NY 11208 |
| 1127075483 | Azenith H. Reyes | 2/10/2006 | 448,000.00 | 463,644.70 | 498,200.00 | 78 Biltmore Avenue, Elmont, NY 11003 |
| 1127076636 | Rafeal Peralta | 2/13/2006 | 424,000.00 | 444,079.75 | 550,000.00 | 91 Nassau Avenue, Freeport, NY 11520 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | |
| NEW CENTURY TRS HOLDINGS, INC., <u>et al.</u>, | Chapter 11<br>Case No. 07-10416-KJC |
| Debtor. | |

## ORDER TERMINATING AUTOMATIC STAY
## <u>UNDER SECTION 362 OF THE BANKRUPTCY CODE</u>
*(relates to Docket No. 5114)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (the "Motion") filed by U.S. Bank National Association, as Trustee for the Structured Asset Corporation Mortgage Loan Trust, 2006-NC1 ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against each parcel of real property listed on **<u>Exhibit A</u>** hereof (each a "Property," and collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.    The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

*Movant: U.S. Bank National Association, as Trustee for the Structured Asset Corporation*
*Mortgage Loan Trust, 2006-NC1*
*D&G Reference: 211881*

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect to Movant's interest in the Properties.   Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.      Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

4.      This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____      _____
　　　　Wilmington, Delaware          HONORABLE KEVIN J. CAREY
                                     UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
Movant: U.S. Bank National Association, as Trustee for the Structured Asset Corporation Mortgage Loan Trust, 2006-NC1
D&G Reference 211881

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1100181089 | Altagracia Sanchez | 1/31/2006 | 284,800.00 | 318,027.17 | 169,000.00 | 152 Lyon Street, Patterson, NJ 07522 |
| 1100182065 | Berlyn T. Cooper | 12/15/2005 | 156,000.00 | 171,861.88 | 249,900.00 | 27 Arch Street, Providence, RI 02907 |
| 1100182394 | Raquel Padilla | 1/31/2006 | 324,000.00 | 357,280.21 | 385,000.00 | 3953 Big Dalton Road, Baldwin Park, CA 91706 |
| 1100190418 | Candida Grullon | 2/28/2006 | 278,400.00 | 318,539.08 | 272,900.00 | 187 Andover Street, Lawrenceville, MA 01843 |
| 1100180601 | Matilde Coca | 12/27/2005 | 392,000.00 | 419,180.49 | 469,000.00 | 534 536 Gregory Avenue, Passaic, NJ 07055 |
| 1100181877 | Obinna Eneh | 7/15/2005 | 279,920.00 | 282,767.98 | 335,000.00 | 1 City View Lane, Quincy, MA 02169 |
| 1100188103 | Lonny Thompson and Marisa Thompson | 2/28/2006 | 180,000.00 | 203,641.71 | 195,000.00 | 89 Burr Street, East Haven, CT 06512 |
| 1100190404 | Sebastiano Marino | 3/2/2006 | 520,000.00 | 572,469.72 | 639,900.00 | 12 Newbury Court, Simsbury, CT 06070 |
| 1100183305 | Michael J Bradenbu | 1/12/2006 | 78,280.00 | 85,142.87 | 102,900.00 | 57 Hiler Avenue, Kenmore, NY 14217 |
| 1100186336 | Marcia E. Hunte | 2/9/2006 | 466,400.00 | 488,462.01 | 550,000.00 | 1470 Egmont Place, Far Rockaway, NY 11691 |
| 1100187446 | Michael Hughes | 12/12/2005 | 213,828.00 | 222,144.36 | 229,000.00 | 51 Dana Avenue, Mastic, NY 11950 |
| 1100187885 | Delwer Kazi | 1/13/2006 | 472,000.00 | 496,897.59 | 660,000.00 | 42 40 196th Street, Flushing, NY 11358 |
| 1100189824 | Greysis Aviles | 3/2/2006 | 292,000.00 | 321,562.43 | 354,900.00 | 9 Baldwin Court, Medford, NY 11763 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., <u>et</u> <u>al.,</u><br><br>Debtor. | Chapter 11<br>Case No. 07-10416-KJC |

**ORDER TERMINATING AUTOMATIC STAY**
<u>**UNDER SECTION 362 OF THE BANKRUPTCY CODE**</u>
*(relates to Docket No.* 5113 *)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (the "Motion") filed by Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE2 ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.      The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect

to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

      3.     Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

      4.     This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____      _____
      Wilmington, Delaware      HONORABLE KEVIN J. CAREY
                         UNITED STATES BANKRUPTCY JUDGE

-2-

# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
Movant: Deustche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE2
D&G Reference: 211717

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127043562 | Eduardo Perez Rosales | | | 568,639.52 | 505,000.00 | 224 Lavender Lane, Patterson, CA 95363 |
| 1127044946 | Anthony Millot | | | 330,538.24 | 425,000.00 | 16035 Jackson Drive, Fontana, CA 92336 |
| 1127045341 | Sam A. Tahamtan and Alda Tahamtan | | | 306,888.78 | 289,900.00 | 33550 Willow Haven Ln., Murrieta, CA 92563 |
| 1127045376 | Flavio A. Acosta | | | 215,751.35 | 199,000.00 | 45455 Eleventh Street West, Lancaster, CA 93534 |
| 1127045464 | Edgar A. Manukian | | | 273,410.16 | 225,000.00 | 1181 Twin Star Rd. E., Palm Springs, CA 92262 |
| 1127045473 | John L. Dube | | | 94,891.54 | 160,000.00 | 2000 Gulf Boulevard Aquar, South Padre Island, TX 78597 |
| 1127045756 | Antonio S. Torres | | | 466,666.90 | 550,000.00 | 42012 Dahlia Way, Temecula, CA 92591 |
| 1127056311 | Rhonda R. Slay | | | 203,207.29 | 220,000.00 | 12945 Arbor Lane, Red Bluff, CA 96080 |
| 1127040589 | Marsha Love | | | 131,653.42 | 167,500.00 | 92 Acushnet Avenue, Springfield, MA 01105 |
| 1127043459 | Matthew Perrault and Lorraine Perrault | | | 117,462.10 | 147,900.00 | 20 Gray Street, Winstead, CT 06098 |
| 1127045554 | Nilson Ferreras | | | 404,746.81 | 420,000.00 | 558 560 Market Street, Paterson, NJ 07513 |
| 1127041504 | Floyd Morris | | | 292,901.62 | 320,000.00 | |
| 1127044591 | Khaled Soliman and Mona Soliman | | | 530,513.63 | 640,000.00 | 11 Helene Court, Staten Island, NY 10309 |
| 1127045532 | Sheila Williams | | | 486,392.25 | 579,900.00 | 77 Heatherfield Road, Valley Stream, NY 11581 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | |
| NEW CENTURY TRS HOLDINGS, INC., <u>et al.</u>, | Chapter 11<br>Case No. 07-10416-KJC |
| Debtor. | |

### ORDER TERMINATING AUTOMATIC STAY
### <u>UNDER SECTION 362 OF THE BANKRUPTCY CODE</u>
*(relates to Docket No. 5118)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362

of the Bankruptcy Code (the "Motion") filed by U.S. Bank National Association, as Trustee for the

Structured Asset Investment Loan Trust, 2005-9 ("Movant"), and any response thereto; the Court

having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157

and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper

pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of

Service is adequate under the circumstances; and the Court having further determined that cause exists

to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and

remedies against each parcel of real property listed on **<u>Exhibit A</u>** hereof (each a "Property," and

collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as

follows:

    1.    The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein

shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect to Movant's interest in the Properties.   Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.      Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

4.      This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____          _____
        Wilmington, Delaware          HONORABLE KEVIN J. CAREY
                               UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
Movant: U.S. Bank National Association, as Trustee for the Structured Asset Corporation Mortgage Loan Trust, 2005-9
D&G Reference: 211883

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1100141793 | Ingrid Gonzalez | 5/20/2005 | 199,920.00 | 227,848.93 | 239,900.00 | 87 Alverson Avenue #1, Providence, RI 02909 |
| 1100143035 | Jeffrey Fowler and Christy Fowler | 7/19/2005 | 138,400.00 | 146,486.81 | 193,350.00 | 2695 Donegal Street, Eugene, OR 97404 |
| 1100146565 | Everardo Magallon | 7/22/2005 | 336,000.00 | 365,113.30 | 475,000.00 | 6364 Smith Avenue, Mira Loma, CA 91752 |
| 1100143444 | Sharon Alert | 7/25/2005 | 180,000.00 | 185,805.29 | 189,900.00 | 176 Maple Avenue, Irvington, NJ 07111 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS, INC., et al.,

          Debtor.

Chapter 11
Case No. 07-10416-KJC

## ORDER TERMINATING AUTOMATIC STAY
## UNDER SECTION 362 OF THE BANKRUPTCY CODE
*(relates to Docket No.5124)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362

of the Bankruptcy Code (the "Motion") filed by U.S. Bank National Association, as Trustee for the

Structured Asset Investment Loan Trust, 2006-4 ("Movant"), and any response thereto; the Court

having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157

and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper

pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of

Service is adequate under the circumstances; and the Court having further determined that cause exists

to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and

remedies against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and

collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as

follows:

    1.    The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein

shall have the respective meanings set forth in the Motion.

*Movant: U.S. Bank National Association, as Trustee for the Structured Asset Investment*
*    Loan Trust, 2006-4*
*D&G Reference: 211885*

2.     To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.     Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

4.     This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____          _____
      Wilmington, Delaware          HONORABLE KEVIN J. CAREY
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: U.S. Bank National Association, as Trustee for the Structured Asset Corporation Mortgage Loan Trust, 2006-4*
*D&G Reference: 211885*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1100180621 | Holly A. Pray | 12/13/2005 | 152,000.00 | 168,938.75 | 204,900.00 | 13 Sunflower Court, North Providence, RI 02911 |
| 1100181482 | Lilia Meraz | 1/31/2006 | 260,000.00 | 286,874.10 | 285,000.00 | 7363 North Bain Avenue, Fresno, CA 93722 |
| 1100183333 | Allen Hughes and Edith Hughes | 1/31/2006 | 80,000.00 | 92,246.75 | 82,000.00 | 122 Juniper Street, Herlong, CA 93113 |
| 1100184362 | Antoinette Edmondson | 12/7/2005 | 163,200.00 | 174,248.82 | 195,000.00 | 16 18 E. Avenue, Glassboro, NJ 08028 |
| 1100185261 | Juan Montalvo and Gisela Medina | 12/30/2005 | 252,000.00 | 266,104.45 | 290,000.00 | 415 7th Street, Union City, NJ 07087 |
| 1100189208 | Denise Doctor | 2/23/2006 | 232,000.00 | 242,181.20 | 195,000.00 | 116 Myrtle Avenue, Jersey City, NJ 07305 |
| 1100190844 | Rhadames Polanco | 2/28/2006 | 391,200.00 | 412,575.35 | 550,000.00 | 148 57 Hookcreek Boulevard, Jamaica, NY 11431 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., <u>et al.</u>,<br><br>Debtor. | Chapter 11<br>Case No. 07-10416-KJC |

**ORDER TERMINATING AUTOMATIC STAY**
<u>**UNDER SECTION 362 OF THE BANKRUPTCY CODE**</u>
*(relates to Docket No. 5125)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (the "Motion") filed by U.S. Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1 ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against each parcel of real property listed on **<u>Exhibit A</u>** hereof (each a "Property," and collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.     The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.      Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

4.      This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).


Date:_____        _____
        Wilmington, Delaware        HONORABLE KEVIN J. CAREY
                                    UNITED STATES BANKRUPTCY JUDGE

-2-

# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
Movant: U.S. Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1
D&G Reference: 211886

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134019465 | Aurora Perez | 4/18/2006 | 380,000.00 | 418,377.62 | 490,000.00 | 3226 Sieber Way, San Jose, CA 95111 |
| 1134019482 | Hugo Pelayo | 4/6/2006 | 480,000.00 | 524,700.89 | 549,900.00 | 2501 Inez Way, Antioch, CA 94531 |
| 1134019668 | Zoila B. Angos | 4/17/2006 | 228,000.00 | 253,342.65 | 295,000.00 | 422 Stockton Street, East Windsor, NJ 08520 |
| 1134019945 | Christopher Roepke and Shevaun Roepke | 3/20/2006 | 200,000.00 | 215,422.25 | 235,000.00 | 637 Ninth Avenue, Lindenwold, NJ 08021 |
| 1134020102 | Saira Bhamani | 3/30/2006 | 468,657.00 | 467,530.27 | 478,000.00 | 37364 Paintbrush Drive, East Windsor, CA 93551 |
| 1134020512 | Katrina F. Culver | 4/12/2006 | 420,000.00 | 446,876.77 | 489,000.00 | 1787 Old Mamoth Road, Mammoth Lakes, CA 93546 |
| 1134020904 | Peter Benavente and Ana Benavente | 3/31/2006 | 464,000.00 | 496,441.14 | 470,000.00 | 8966 Haflinger Way, Elk Grove, CA 95757 |
| 1134021355 | Jose Luis Vidales | 3/13/2006 | 600,000.00 | 654,962.42 | 685,000.00 | 310 Camino Elevado, Bonita, CA 91902 |
| 1134021683 | Maria Moya | 3/28/2006 | 372,000.00 | 410,191.73 | 489,000.00 | 11366 Pennsylvania Ave., South Gate, CA 90280 |
| 1134021691 | Jose Manuel De Alba | 4/4/2006 | 348,000.00 | 381,361.11 | 389,000.00 | 1344 Buena Vista Ave., Pomona CA 91766 |
| 1134021953 | Richard Paquin | 4/25/2006 | 272,000.00 | 302,059.80 | 249,900.00 | 35 Elizabeth St., Attleboro, MA 02703 |
| 1134022303 | Esther Franco | 3/30/2006 | 384,000.00 | 414,149.69 | 449,000.00 | 2125 Rio Barranca Court, San Jose, CA 95116 |
| 1134022323 | Francisco J. Maldonado | 3/30/2006 | 240,000.00 | 256,425.34 | 210,000.00 | 8295 Paisley Avenue, Hesperia, CA 92345 |
| 1134022480 | Andrea Rogers | 4/18/2006 | 80,000.00 | 87,109.52 | 90,000.00 | 20229 Prevost Street, Detroit, MI 48235 |
| 1134022856 | Rex Vaughan | 4/3/2006 | 372,000.00 | 406,283.97 | 349,000.00 | 50083 San Solano Road, Coachella, CA 92236 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134023096 | Maria G. Navarro | 3/30/2006 | 428,000.00 | 458,407.58 | 529,000.00 | 16742 San Fernando Mission, Grand Hills, CA 91344 |
| 1134024073 | Maria Janet Reyes | 4/13/2006 | 460,000.00 | 500,151.06 | 499,900.00 | 15630 Poppyseed Lane, Canyon Country, CA 91387 |
| 1134020708 | Cihat Ikizek | 4/11/2006 | 400,000.00 | 425,532.42 | 400,000.00 | 33 Rhonda, North Babylon, NY 11703 |
| 1134023431 | Stanley Koonce | 4/24/2006 | 345,136.00 | 365,334.86 | 435,000.00 | 2328 Hoffman Street, Bronx, NY 10458 |

-2-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., <u>et</u> <u>al.</u>,<br><br>Debtor. | Chapter 11<br>Case No. 07-10416-KJC |

**ORDER TERMINATING AUTOMATIC STAY**
<u>**UNDER SECTION 362 OF THE BANKRUPTCY CODE**</u>
*(relates to Docket No. 5126)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (the "Motion") filed by U.S. National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2 ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

    1.    The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect to Movant's interest in the Properties.   Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.      Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

4.      This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____          _____

Wilmington, Delaware          HONORABLE KEVIN J. CAREY
                                                     UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: U.S. Bank National Association, at Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2*
*D&G Reference: 21/907*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134027034 | Matthew Favorite | 7/14/2006 | 304,800.00 | 344,631.36 | 336,000.00 | 4353 Columbus Avenue South, Minneapolis, MN 55407 |
| 1134027129 | George Gervasi | 7/12/2006 | 509,600.00 | 548,569.14 | 409,900.00 | 401 East Stanton Road, Wildwood Crest, NJ 08260 |
| 1134027254 | Alton W. Coleman and Gwendoline P. Coleman | 7/21/2006 | 172,800.00 | 191,536.95 | 212,900.00 | 1902 Beacon Hill Drive, Sicklerville, NJ 08081 |
| 1134027371 | Harvey Reyes | 7/18/2006 | 440,000.00 | 474,605.12 | 550,000.00 | 730 732 W Sepelveda, San Pedro, CA 90731 |
| 1134027684 | Justin Powell and Jolene Powell | 7/21/2006 | 179,200.00 | 204,051.27 | 167,500.00 | 670 Sarah Lane, Eagle Point, OR 97524 |
| 1134027693 | Francisco Valdez | 7/19/2006 | 348,800.00 | 380,513.58 | 319,900.00 | 1443 Gowin St., Spring Valley, CA 91977 |
| 1134027806 | Susan Yamane | 7/19/2006 | 608,000.00 | 665,698.92 | 639,000.00 | 39902 Buxton Ct., Murrieta, CA 92563 |
| 1134027862 | Laura Iverson | 6/16/2006 | 439,200.00 | 491,586.38 | 489,000.00 | 17935 Ferndell Ln., Victorville, CA 92394 |
| 1134027901 | Hector Chairez | 7/20/2006 | 253,600.00 | 279,217.24 | 295,000.00 | 881 King St. W, Banning, CA 9220 |
| 1134027961 | Shane Osberg | 7/21/2006 | 584,000.00 | 623,567.30 | 709,000.00 | 1446 Airobo Road, La Habra Heights, CA 9031 |
| 1134027992 | Dolores Garcia and Michael Ulloa | 7/14/2006 | 454,400.00 | 503,439.50 | 569,900.00 | 908 Stoney Creek Road, Paso Robles, CA 93446 |
| 1134027993 | Denise Blanks | 7/21/2006 | 252,000.00 | 277,769.80 | 210,000.00 | 375 South 10th Street, Newark, NJ 07103 |
| 1134028035 | Janette Gonzalez and Cesar Gonzalez | 7/20/2006 | 416,800.00 | 437,219.92 | 559,000.00 | 8341 Poole Avenue, Sun Valley, CA 91352 |
| 1134028081 | Jose Perez | 7/21/2006 | 488,000.00 | 535,978.42 | 469,000.00 | 1273 1275 Persimmon Avenue, El Cajon, CA 92021 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134028251 | Peter Buwembo | 7/18/2006 | 432,000.00 | 462,696.40 | 465,000.00 | 2705 PLZ Serena Drive, Rialto, CA 92377 |
| 1134028272 | Donald Watson | 7/7/2006 | 392,000.00 | 442,596.46 | 345,000.00 | 205 Colburn Street, Dedham, MA 02026 |
| 1134028504 | Francisco Cinto | 7/11/2006 | 482,400.00 | 518,067.97 | 656,000.00 | 1410 S Rene Drive, Santa Ana, CA 92704 |
| 1134027775 | Craig Mcgauley | 7/18/2006 | 232,000.00 | 242,747.57 | 237,000.00 | 1741 Lakeside Drive South, Forked River, NJ 08731 |
| 1134028699 | Joaquim Vieira | 7/20/2006 | 460,000.00 | 491,773.07 | 500,000.00 | 220 Geneva Street, Elizabeth, NJ 07206 |
| 1134027488 | Nickolas Dona | 3/29/2006 | 324,000.00 | 350,768.90 | 315,000.00 | 101 Atlantic Avenue, Freeport, NY 11520 |
| 1134028036 | Thomas Bethelmie | 7/11/2006 | 454,400.00 | 469,760.34 | 720,000.00 | 102 30 134th Street, Richmond Hill, NY 11420 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., <u>et</u> <u>al.</u>,<br><br>Debtor. | Chapter 11<br>Case No. 07-10416-KJC |

## ORDER TERMINATING AUTOMATIC STAY
## <u>UNDER SECTION 362 OF THE BANKRUPTCY CODE</u>
### *(relates to Docket No. 5127)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362

of the Bankruptcy Code (the "Motion") filed by U.S. Bank National Association, as Trustee for

Citigroup Mortgage Loan Trust 2006-HE3 ("Movant"), and any response thereto; the Court having

determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and

1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to

28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is

adequate under the circumstances; and the Court having further determined that cause exists to grant

Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies

against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the

"Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.      The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein

shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief from

the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect

to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.    Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

4.    This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____    _____
　　　　Wilmington, Delaware　　　　　HONORABLE KEVIN J. CAREY
　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

-2-

# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-HE3*
*D&G Reference 211909*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134033395 | Alfred Bolden | 10/11/2006 | 224,000.00 | 246,691.60 | 239,000.00 | 13865 Cactus Desert Hot Springs, CA 92240 |
| 1134033424 | Sara Martinez | 10/17/2006 | 303,200.00 | 329,908.87 | 319,000.00 | 1541 La Palma Avenue, Anaheim, CA 92805 |
| 1134033643 | Roman Canger | 10/4/2006 | 248,800.00 | 272,401.86 | 319,900.00 | 433 North Maple Avenue, East Orange, NJ 07019 |
| 1134033751 | Maribel Vicente and Pedro Vicente | 10/18/2006 | 260,000.00 | 283,855.44 | 270,000.00 | 4701 Mount Diablo Court, Bakersfield, CA 93304 |
| 1134033974 | Rukisha Griffin | 10/16/2006 | 240,000.00 | 261,877.49 | 242,000.00 | 13270 Brighton Circle, Victorville, CA 92392 |
| 1134033925 | Karen D. Streicher | 10/17/2006 | 216,000.00 | 235,912.62 | 265,000.00 | 207 West High Street, Falls Church, CT 06424 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS, INC., et al.,

Debtor.

Chapter 11
Case No. 07-10416-KJC

## ORDER TERMINATING AUTOMATIC STAY
## UNDER SECTION 362 OF THE BANKRUPTCY CODE
*(relates to Docket No.5128)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (the "Motion") filed by U.S. Bank National Association, as Trustee for MASTR Asset Backed Trust 2006-NC-1 ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.    The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2.    To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect

*Movant: U.S. Bank National Association, as Trustee for MASTR Asset Backed Trust*
*2006-NC-1*
*D&G Reference: 211910*

to Movant's interest in the Properties.    Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.    Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

4.    This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____    _____
      Wilmington, Delaware    HONORABLE KEVIN J. CAREY
                               UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: U.S. Bank National Association, as Trustee for MASTR Asset Backed Trust 2006-NC1*
*D&G Reference: 211910*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1146003911 | Joy Delaney | 10/8/2005 | 205,100.00 | 227,423.18 | 279,900.00 | 16 Bourne Circle, Hamburg, NJ 07419 |
| 1146004257 | Victor Perez | 10/7/2005 | 228,000.00 | 253,312.49 | 290,000.00 | 442 Orchard Place, Plainfield, NJ 07060 |
| 1146004261 | Teresa Cazares | 9/27/2005 | 135,200.00 | 142,903.49 | 102,500.00 | 4219 Savannah Lane, Sacramento, CA 95823 |
| 1146004421 | Paul E. Galindo | 10/4/2005 | 270,400.00 | 293,118.73 | 249,000.00 | 2033 W. Somona Avenue, Stockton, CA 95204 |
| 1146005016 | Claudia Lorena Enriquez | 10/3/2005 | 300,000.00 | 325,478.11 | 329,900.00 | 3735 Waller Ave., Richmond, CA 94804 |
| 1146005235 | Lucien Gougeon | 10/7/2005 | 412,000.00 | 450,531.50 | 499,000.00 | 84 Russett Lane, North Andover, MA 01845 |
| 1146006766 | Theodore Fields | 10/18/2005 | 332,000.00 | 374,956.21 | 355,000.00 | 3229 Buttrick Lane, Stockton, CA 95206 |
| 1146007136 | Ofelia Perez | 10/20/2005 | 436,000.00 | 486,263.96 | 499,000.00 | 40323 Corte Marinez, Murrieta, CA 92562 |
| 1146007151 | Armando Alfaro and Josephine Alfaro | 10/25/20005 | 364,000.00 | 406,976.35 | 370,000.00 | 564 Clover Ave., Patterson, CA 95363 |
| 1146007224 | Rosalba Salgado | 10/19/2005 | 272,800.00 | 300,100.76 | 265,000.00 | 300 Kavanagh Ave., Modesto, CA 95350 |
| 1146007885 | Estate of Dexter Melan | 10/17/2005 | 288,000.00 | 310,889.45 | 390,000.00 | 1500 North Chester Avenue, Compton, CA 90221 |
| 1146005162 | Jaime L. Zapata Alvarez | 10/21/2005 | 288,000.00 | 297,806.73 | 335,000.00 | 83 Randolph Avenue, Clifton, NJ 07011 |
| 1146004070 | Jose W. Espinal | 10/4/2005 | 288,320.00 | 310,571.79 | 354,900.00 | 20 Pine Cone Street, Middle Island, NY 11953 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1146005502 | Angel Hernandez and Felicia Garcia | 9/23/2005 | 319,500.00 | 314,522.49 | 315,000.00 | 17 Continental Pl, Staten Island, NY 10303 |
| 1146006249 | Abdus Salam | 10/6/2005 | 600,000.00 | 612,472.97 | 679,000.00 | 85 22 167th Street, Jamaica Hills, NY 11432 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS, INC., et al.,

Debtor.

Chapter 11
Case No. 07-10416-KJC

## ORDER TERMINATING AUTOMATIC STAY
## UNDER SECTION 362 OF THE BANKRUPTCY CODE
*(relates to Docket No. 5129)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (the "Motion") filed by U.S. Bank National Association, as Trustee for MASTR Asset Backed Trust, 2006-HE2 ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.    The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2.    To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect

*Movant: U.S. Bank National Association, as Trustee for MASTR Asset Backed Trust,*
*2006-HE2*
*D&G Reference: 211912*

to Movant's interest in the Properties. Movant is hereby permitted to exercise is rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.      Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

4.      This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____        _____
    Wilmington, Delaware            HONORABLE KEVIN J. CAREY
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
Movant: U.S. Bank National Association, as Trustee for MASTR Asset Backed Trust, 2006-HE2
D&G Reference: 211912

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1146027661 | Michael Lambert | 3/20/2006 | 214,105.00 | 232,868.78 | 255,000.00 | 13360 Mesa View Drive, Victorville, CA 92392 |
| 1146028532 | Manuel Cisneros | 3/22/2006 | 278,800.00 | 306,731.86 | 279,900.00 | 348 Doral Court, Ontario, CA 91761 |
| 1146028935 | Kenneth Hamel and Linda Martin | 4/20/2006 | 197,600.00 | 215,442.55 | 225,000.00 | 56 Washington Ave., Haverhill, MA 01830 |
| 1146028613 | Eileen D. Beaulieu | 3/22/2006 | 135,600.00 | 146,471.87 | 145,000.00 | 1229 St. Johnsbury Road, Littleton, NH 03561 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS, INC., et al.,

           Debtor.

Chapter 11
Case No. 07-10416-KJC

## ORDER TERMINATING AUTOMATIC STAY
## UNDER SECTION 362 OF THE BANKRUPTCY CODE
*(relates to Docket No. 5130)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (the "Motion") filed by U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust, 2006-NC1 ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.     The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

*Movant: U.S. Bank National Association, as Trustee for Securitized Asset Backed
Receivables LLC Trust, 2006-NC1
D&G Reference: 211914*

2.     To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.     Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

4.     This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____     _____
      Wilmington, Delaware      HONORABLE KEVIN J. CAREY
                                UNITED STATES BANKRUPTCY JUDGE

-2-

# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

Movant: U.S. Bank National Association, as Trustee for Structured Asset Backed Receivables LLC Trust, 2006-NC1

D&G Reference: 211914

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1220006126 | Claudia Vaca and Rafael Vaca | 10/24/2005 | 596,000.00 | 662,886.47 | 660,000.00 | 5003 Surfside Drive, San Diego, CA 92154 |
| 1220006226 | Pinky Cirillo and Adam Cirillo | 12/12/2005 | 400,000.00 | 431,044.56 | 489,000.00 | 4159 George Avenue, San Mateo, CA 94403 |
| 1220006452 | Min Jung Han | 12/15/2005 | 263,960.00 | 279,844.68 | 339,000.00 | 10219 Pinewood Avenue, Tujunga, CA 91042 |
| 1220006682 | Lennie Sims | 12/22/2005 | 179,200.00 | 204,597.63 | 225,000.00 | 708 Ave. H13 W, Lancaster, CA 93534 |
| 1220006772 | Joanna Henderson and Donnie Henderson | 12/5/2005 | 152,000.00 | 163,968.29 | 199,900.00 | 168 Sawmill Road, Brick, NJ 08723 |
| 1220007282 | Suresh Subbiah and Vijayalakshmi Subbiah | 12/30/2005 | 428,188.00 | 501,948.76 | 520,000.00 | 1 Oakbourne Court, Bordentown, NJ 08505 |
| 1220007445 | Felix A Rivas and Irene Rivas | 1/4/2006 | 422,000.00 | 459,978.24 | 470,000.00 | 9436 Woodman Avenue, Arleta, CA 91331 |
| 1220007461 | May Hernando | 12/29/2005 | 536,710.00 | 581,759.29 | 715,000.00 | 648 Forrest Lane Drive, Pacifica, CA 94044 |
| 1220009168 | Edward M. Figueroa | 12/7/2005 | 152,000.00 | 169,938.37 | 173,900.00 | 19 Magnolia Terr, Chicopee, MA 01013 |
| 1220009907 | Mien Dong Tran | 12/14/2005 | 239,200.00 | 257,803.37 | 249,900.00 | 104 LaFayette Street, Randolph, MA 02368 |
| 1220010860 | Juan F. Alfaro | 12/22/2005 | 232,000.00 | 255,124.42 | 264,900.00 | 706 Plainfield Street, Providence, RI 02909 |
| 1220010903 | Janette Marcelo | 12/27/2005 | 316,000.00 | 342,275.91 | 289,900.00 | 5307 5309 Gordon Drive, Sacramento, CA 95824 |
| 1220010922 | Tequita E. Raymond and Shaun Lattimore | 12/23/2005 | 544,000.00 | 628,501.45 | 720,000.00 | 12945 Hagar St., Lake View Terrace, CA 91342 |
| 1220010963 | Jesus Velasquez and Maria Velasquez | 12/28/2005 | 316,000.00 | 344,656.44 | 276,000.00 | 13919 Yosemite Boulevard, Waterford, CA 95386 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1220007527 | Rajmat Sukhanandan | 1/3/2006 | 584,250.00 | 620,075.30 | 590,000.00 | 25 31 83rd Street, Jackson Heights, NY 11370 |
| 1220009881 | Marva Heywood | 12/21/2005 | 540,000.00 | 493,325.57 | 540,000.00 | 436 Marion Street, Brooklyn, NY 11223 |

-2-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS, INC., <u>et</u>
<u>al.</u>,

    Debtor.

Chapter 11
Case No. 07-10416-KJC

## ORDER TERMINATING AUTOMATIC STAY
## <u>UNDER SECTION 362 OF THE BANKRUPTCY CODE</u>
*(relates to Docket No.5131)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362

of the Bankruptcy Code (the "Motion") filed by U.S. Bank, N.A. ("Movant"), and any response

thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28

U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue

is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the

Certificate of Service is adequate under the circumstances; and the Court having further determined that

cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any

rights and remedies against each parcel of real property listed on **<u>Exhibit A</u>** hereof (each a "Property,"

and collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as

follows:

    1.    The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein

shall have the respective meanings set forth in the Motion.

    2.    To the extent that the automatic stay is applicable, Movant is hereby granted relief from

the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect

to Movant's interest in the Properties.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.    Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

4.    This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____    _____
      Wilmington, Delaware    HONORABLE KEVIN J. CAREY
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant: U.S. Bank, N.A.*
*D&G Reference: 211916*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1115007651 | Young Hye Kim | 5/23/2006 | 452,000.00 | 484,480.28 | 619,000.00 | 531 Orchard Avenue #B, Palisaides Park, NJ 07650 |
| 1115046613 | Patrick Davis | 3/31/2006 | 556,000.00 | 628,736.31 | 659,000.00 | 114 Graphic Boulevard, Bergenfield, NJ 07621 |
| 1115006857 | Josedys Tovar and Christina Tovar | 4/25/2006 | 275,515.00 | 294,310.94 | 399,000.00 | 156 Redneck Avenue, Little Ferry, NJ 07643 |
| 1115009603 | Mary R. Cook and Mary Ann Schienestuhl | 9/8/2006 | 294,400.00 | `329,343.12 | 305,000.00 | 1207 Steamer Avenue, Manahawkin, NJ 08050 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS, INC., et al.,

Debtor.

Chapter 11
Case No. 07-10416-KJC

## ORDER TERMINATING AUTOMATIC STAY
## UNDER SECTION 362 OF THE BANKRUPTCY CODE
*(relates to Docket No. 5434)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362

of the Bankruptcy Code (the "Motion") filed by Deutsche Bank National Trust Company, as Trustee

for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 ("Movant"), and any response thereto; the

Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§

157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper

pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of

Service is adequate under the circumstances; and the Court having further determined that cause exists

to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and

remedies against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and

collectively, the "Properties") under applicable non-bankruptcy law; it is HEREBY ORDERED as

follows:

1.    The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein

shall have the respective meanings set forth in the Motion.

2.      To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d), with respect to Movant's interest in the Properties.   Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any Mortgage relating to such Properties.

3.      Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

4.      This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____          _____

Wilmington, Delaware          HONORABLE KEVIN J. CAREY
                                                        UNITED STATES BANKRUPTCY JUDGE

-2-

# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
Movant: Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4
D&G Reference: 211689

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127073133 | Alden L. Johnson | | | 214,730.37 | 239,900.00 | 14444 Lower Guthrie Court, Apple Valley, MN 55124 |
| 1127073554 | Peter Tan | 1/13/2006 | 312,000.00 | 332,722.18 | 350,000.00 | 15443 Coleen Street, Fontana, CA 92337 |
| 1127073706 | Tracy Finley Simmons and Zenet M. Robinson | 1/13/2006 | 332,000.00 | 362,621.13 | 325,000.00 | 39749 Gotham Lane, Plarndale, CA 93551 |
| 1127073855 | Jacqueline Sanders | 12/20/2005 | 482,021.00 | 518,651.90 | 495,000.00 | 8933 Bergamo Circle, Stockton, CA 95212 |
| 1127075293 | Eluterio Saenz and Irma Saenz | 12/14/2005 | 198,000.00 | 224,550.30 | 280,500.00 | 1429 Jackson Street, Selma, CA 93662 |
| 1127076035 | Josue Aguirre | 2/4/2006 | 149,280.00 | 159,846.84 | 218,000.00 | 9020 Newport Avenue #8, Fontana, CA 92335 |
| 1127077064 | Raymond N. Brito | 1/27/2006 | 269,600.00 | 297,744.32 | 267,000.00 | 9670 Del Mar Avenue, Hesperia, CA 92345 |
| 1127077154 | Lupita N. Ramirez | | | 312,623.35 | 280,000.00 | 2227 Iornada Drive, Perris, CA 92571 |
| 1127077221 | Juan Mendivil | 1/26/2006 | 380,000.00 | 415,189.87 | 429,000.00 | 710 Church Avenue, Chula Vista, CA 91910 |
| 1127100360 | Michelle L. Blair and Kendall Blair | 2/16/2006 | 228,000.00 | 236,091.45 | 288,000.00 | 9596 Brandi Lane, Fowlerville, MI 48836 |
| 1127101146 | Isabel Alvarez | 3/3/2006 | 336,000.00 | 361,543.99 | 379,900.00 | 14066 Shadow Drive, Fontana, CA 92337 |
| 1127101376 | Juana Rosa Almonte | 3/8/2006 | 398,400.00 | 438,038.78 | 520,000.00 | 14197 Saranac Drive, Whittier, CA 90604 |
| 1127101795 | Nicolas Juarez | 3/8/2006 | 392,000.00 | 422,515.63 | 389,000.00 | 301 Waterview Place, Bay Point, CA 94565 |
| 1127102772 | Nicolas Vergara | 3/4/2006 | 508,000.00 | 577,241.07 | 585,900.00 | 807 W. Sycamore Street, Anaheim, CA 92805 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127103156 | Mario De La Paz Vera | 2/18/2006 | 368,000.00 | 398,141.13 | 450,000.00 | 11904 Basye Street, El Monte, CA 91732 |
| 1127103805 | Raul A. Castillo | 3/7/2006 | 271,200.00 | 291,391.71 | 269,000.00 | 3530 N. Lodi Avenue, Fresno, CA 93722 |
| 1127103846 | Gilmar Martinez and Dora Martinez | 3/3/2006 | 272,000.00 | 291,975.53 | 289,900.00 | 1751 Express Circle, Colton, CA 92324 |
| 1127104021 | Maria R. Garcia | 3/7/2006 | 506,400.00 | 553,225.30 | 599,000.00 | 3009 Camino Graciosa, Thousand Oaks, CA 91360 |
| 1127104191 | Moises Cubillo | | | 401,919.50 | 710,000.00 | 2015 E. Lincoln, Escondido, CA 92027 |
| 1127104585 | Davoy Casillas | | | 522,733.24 | 525,000.00 | 8662 Seneca Street, Oakland, CA 94605 |
| 1127105316 | Melquiades Cordero | | | 586,160.60 | 649,000.00 | 6931 Vanguard Avenue, Garden Grove, CA 92845 |
| 1127106196 | Anthony Gilmour | | | 477,564.47 | 495,000.00 | 4408 Whitehoof Way, Antioch, CA 94531 |
| 1127106494 | Mary Macadam | | | 390,413.79 | 445,999.00 | 11544 Leatherleaf Road, Fontana, CA 92337 |
| 1127106685 | Martha Lynn Patteson | | | 114,809.96 | 110,000.00 | 59626 Stearman Road, Landers, CA 92285 |
| 1127107322 | Gustavo Nunez | | | 295,062.58 | 329,000.00 | 12495 Eleventh Ave., Victorville, CA 92395 |
| 1127107431 | Alethea L. Armstrong | | | 349,793.81 | 349,900.00 | 9634 Birch St., Oakland, CA 94603 |
| 1127107884 | Ruben Quintanar, Jr. | | | 325,490.93 | 344,900.00 | 1482 East Bonnie Brae Street, Ontario, CA 91764 |
| 1127108126 | Steve Aaserud | | | 100,806.95 | 115,000.00 | 5207 Colfax Avenue N., Minneapolis, MN 55430 |
| 1127108270 | Lawrence D. Mays | | | 255,507.09 | 225,000.00 | 41 Pontiac St., Hyannis, MA 02601 |
| 1127108271 | Beverly Edwards | | | 223,262.36 | 220,300.00 | 2716 89th Avenue North, Brooklyn Park, MN 55444 |
| 1127108659 | Gordon Brown | | | 87,029.00 | 130,000.00 | 1221 West 90th Street, Blackfoot, ID 83221 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127108706 | Mariza Velazquez | | | 448,928.64 | 485,000.00 | 2398 Avendia De Guadalupe, Santa Clara, CA 95054 |
| 1127108944 | John McDermott | | | 747,593.28 | 600,000.00 | 739 Key Route Blvd., Albany, CA 94706 |
| 1127109141 | Emerson L. Vieira | | | 250,919.33 | 749,000.00 | 314 Beach St., Revere, MA 02151 |
| 1127109486 | Rigoberto Calderon | | | 267,661.78 | 257,900.00 | 84563 Las Lunas Ave., Coachella, CA 92236 |
| 1127109722 | Marco Antonio Huezo and Maria D. Huezo | | | 682,723.37 | 769,000.00 | 40884 Lincoln Street, Fremont, CA 94538 |
| 1127072686 | Rita Solis | | | 563,073.17 | 710,000.00 | 8 Ashwood Road, Port Washington, NY 11050 |
| 1127106245 | Salina Akther | | | 594,975.63 | 620,000.00 | 101 27 Lefferts Boulevard, S. Richmond Hill, NY 11419 |
| 1127107782 | Gladys I. Baez | | | 593,327.70 | 673,000.00 | 10443 41st Street, Corona, NY 11368 |
| 1127107785 | Alvanora Hall | | | 614,006.19 | 630,000.00 | 1262 Sterling Pl., Brooklyn, NY 11213 |
| 1127108899 | Saundra Green | | | 252,427.22 | 235,000.00 | 115 Court Street, Plattsburgh, NY 12901 |
| 1127043562 | Eduardo Perez Rosales | | | 568,639.52 | 505,000.00 | 224 Lavender Lane, Patterson, CA 95363 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS,
INC., et al.,

Debtors.

Chapter 11
Case No. 07-10416-KJC, et seq.

## ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE WITH RESPECT TO REAL PROPERTY LOCATED AT 56 HICKS ROAD, AUGUSTA ME 04330

*(relates to Docket No. 5238)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 56 Hicks Road, Augusta ME 04330 (the "Motion") filed by America's Servicing Company ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against the real property located at 56 Hicks Road, Augusta ME 04330 (the "Property") under applicable non-bankruptcy law; it is hereby

**ORDERED**, that the Motion be, and the same is hereby **GRANTED**. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion; and it is further

**ORDERED,** that pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Property. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of the Mortgage; and it is further

**ORDERED,** that nothing in this order (i) shall constitute a determination that the Debtor holds any interest in the Property or (ii) shall estop the Debtor from denying that it holds any interest in the Property; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____        _____
Wilmington, Delaware        UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS,
INC., et al.,

Debtors.

Chapter 11
Case No. 07-10416-KJC, et seq.

## ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE WITH RESPECT TO REAL PROPERTY LOCATED AT 4 BLUEBERRY LANE, WINDHAM ME 04062

*(relates to Docket No.5238)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4 Blueberry Lane, Windham ME 04062 (the "Motion") filed by America's Servicing Company ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against the real property located at 4 Blueberry Lane, Windham ME 04062 (the "Property") under applicable non-bankruptcy law; it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED**. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion; and it is further

*Movant: America's Servicing Company*
*D&G Reference: 213686*
*Property Address: 4 Blueberry Lane, Windham ME 04062*

**ORDERED,** that pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Property. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of the Mortgage; and it is further

**ORDERED,** that nothing in this order (i) shall constitute a determination that the Debtor holds any interest in the Property or (ii) shall estop the Debtor from denying that it holds any interest in the Property; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____     _____
      Wilmington, Delaware     UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS,
INC., et al.,

Debtors.

Chapter 11
Case No. 07-10416-KJC, et seq.

**ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 OF THE
BANKRUPTCY CODE WITH RESPECT TO REAL PROPERTY LOCATED
AT 3251 CROSS KEYS ROAD, COLUMBUS, OH 43232**
*(relates to Docket No.* 5241*)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362

of the Bankruptcy Code with Respect to Real Property Located at 3251 Cross Keys Road, Columbus,

OH 43232 (the "Motion") filed by America's Servicing Company ("Movant"), and any response

thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28

U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue

is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the

Certificate of Service is adequate under the circumstances; and the Court having further determined that

cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any

rights and remedies against the real property located at 3251 Cross Keys Road, Columbus, OH 43232

(the "Property") under applicable non-bankruptcy law; it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED**. All capitalized terms

not otherwise defined herein shall have the respective meanings set forth in the Motion; and it is further

**ORDERED,** that pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Property. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of the Mortgage; and it is further

**ORDERED,** that nothing in this order (i) shall constitute a determination that the Debtor holds any interest in the Property or (ii) shall estop the Debtor from denying that it holds any interest in the Property; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____     _____
Wilmington, Delaware          UNITED STATES BANKRUPTCY JUDGE

-2-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS,
INC., et al.,

Debtors.

Chapter 11
Case No. 07-10416-KJC, et seq.

## ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE WITH RESPECT TO REAL PROPERTY LOCATED AT 339 THRU 341 UNION STREET, BANGOR, ME 04401
*(relates to Docket No.* 5242*)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 339 thru 341 Union Street, Bangor, ME 04401 (the "Motion") filed by Deutsche Bank National Trust Company as Trustee for Morgan Stanley Loan Trust 2006-NC2 ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against the real property located at 339 thru 341 Union Street, Bangor, ME 04401 (the "Property") under applicable non-bankruptcy law; it is hereby

ORDERED, that the Motion be, and the same is hereby **GRANTED**. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion; and it is further

*Movant: Deutsche Bank National Trust Company as Trustee for Morgan Stanley Loan Trust 2006-NC2*
*D&G Reference: 213682*
*Property Address: 339 thru 341 Union Street, Bangor, ME 04401*

**ORDERED,** that pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Property.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of the Mortgage; and it is further

**ORDERED,** that nothing in this order (i) shall constitute a determination that the Debtor holds any interest in the Property or (ii) shall estop the Debtor from denying that it holds any interest in the Property; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).


Date:_____          _____
      Wilmington, Delaware          UNITED STATES BANKRUPTCY JUDGE