IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                                    : Chapter 11
                                                          :
NEW CENTURY TRS HOLDINGS,                                 : Case No. 07-10416 (KJC)
   INC., a Delaware Corporation, *et al.*                  : (Jointly Administered)
                                                          :
               Debtors.                             : **Hearing Date: April 9, 2008 at 1:30 p.m. (EST)**
---------------------------------------------------------x **Objection Deadline: April 2, 2008 at 4:00 p.m. (EST)**

## NOTICE OF MOTION

**TO:**   All Parties Listed on the Attached Certificate of Service

     PLEASE TAKE NOTICE that on March 19, 2008, Bayard, P.A. filed the **Motion of Alberto and Helen Figueroa for Relief from the Automatic Stay** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

     PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon so as to actually be received by the undersigned counsel for the Debtors on or before **April 2, 2008 at 4:00 p.m. (Eastern Time)**.

     PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held before the Honorable Kevin Gross at the Bankruptcy Court, 6th Floor, Courtroom 3, on **April 9, 2008 at 1:30 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if no objection or other response to the Motion is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order granting the relief sought in the Motion without further notice or a hearing.

Dated: March 20, 2008  
      Wilmington, Delaware

BAYARD, P.A.

_____  
Kathryn D. Sallie (No. 4600)  
222 Delaware Avenue, Suite 900  
Wilmington, Delaware 19801  
Telephone: (302) 655-5000  
Facsimile: (302) 658-6395

Counsel to the Figueroas

{00771610;v1}