# EXHIBIT B



**SAFECO** | G | F = First National Insurance Company of America
G = General Insurance Company of America

FIRE

HOME OFFICE: 4333 BROOKLYN AVE. N.E.
SEATTLE, WASHINGTON 98185

(Coverage is provided by the Company designated by initial, a stock insurance company)    MIH7710548B

# PORTFOLIO SECURITY POLICY DECLARATIONS

1. **Named Insured Mortgagee:** NEW CENTURY MORTGAGE CORPORATION
   210 COMMERCE
   IRVINE, CA 92602

2. **Agent/Administrator:** SAFECO SELECT INSURANCE SERVICES    **Agent Number:** 94-9192
   **Address:** 2677 NORTH MAIN STREET, SUITE 600
   SANTA ANA, CA 92705-6629

3. **Effective Date:** OCTOBER 1, 2002    12:01 A.M. Standard Time, and Continuous Until Cancelled.

4. **PREMIUM:** The premium rates shall be computed as directed by the Company. (Refer to the State Rate Pages.)

5. **LIMIT OF LIABILITY:**

   Residential Property:                          $ 2,500,000    per Insured Location.

   Commercial Property:                           $ 2,500,000    per Insured Location.

   Residential Property:                          $ 2,500,000    per Insured Location.
   (Real Estate Owned)

   Commercial Property:                           $ 2,500,000    per Insured Location.
   (Real Estate Owned)

6. **ENDORSEMENTS:** The endorsements listed below are attached to and form part of this policy.
   | | | | |
   |---|---|---|---|
   | SM 25 00/EF 9/96 | SM 25 89/EF 9/96 | SM 25 86/EF 9/96 | SM 25 02/EF 9/96 |
   | SM 25 90/EF 9/96 | SR 19 66/EF 7/02 | Multiple State Rating | SM 25 92/EF 9/96 |
   | SM 25 81/EF 9/96 | SM 25 82/EF 9/96 | SM 25 83/EF 9/96 | SM 25 88/EF 9/96 |
   | SM 25 84/EF 9/96 | | | |

7. **DEDUCTIBLE:** The following deductibles shall apply to each and every loss reported hereunder:

   **Residential Property**
   $  250.00    Occupied
   $  500.00    Vacant/Unoccupied

   **Commercial Property**
   $  500.00    Occupied
   $ 1,000.00   Vacant/Unoccupied

   **Residential Property**
   (Real Estate Owned)
   $ 1,000.00   All Perils, except
   $ 1,000.00   V&MM, Theft

   **Commercial Property**
   (Real Estate Owned)
   $ 1,000.00   All Perils, except
   $ 1,000.00   V&MM, Theft

Issue Date: 10/10/02 LP            Countersigned By: _____
                                                    Authorized Representative

SM 25 01/EF 9/96                                                ® Registered trademark of SAFECO Corporation