# EXHIBIT C

**NORTH CENTRAL BRONX HOSPITAL** - 3424 Kossuth Avenue, Bronx, New York

ADULT ED SERVICE

| | VISIT SEQUENCE NO. | EMERGENCY AREA | CODE | PATIENT ACCOUNT # | | MEDICAL RECORDING |
|---|---|---|---|---|---|---|
| | 999 | 004 | | 005107 | 7280 | |

PATIENT'S EMPLOYER

ADDRESS

| CITY | STATE | ZIP | TELEPHONE NO. |
|---|---|---|---|

PATIENT'S OCCUPATION

SOCIAL SECURITY NO. 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

FATHER'S NAME: FIGUEROA, MARCELO

| NEXT OF KIN | RELATIONSHIP |
|---|---|
| ALBERTO FIGUEROA | X |

PERSON TO NOTIFY IN CASE OF EMERGENCY

ADDRESS: 1332 COLLEGE AVE

| CITY | STATE | ZIP | TELEPHONE NO. |
|---|---|---|---|
| BRONX | NY | 10456 | 718-681-1548 |

LEGAL GUARDIAN NAME

| GUARANTOR'S NAME | RELATIONSHIP |
|---|---|
| ALBERTO FIGUEROA | S |

GUARANTOR'S EMPLOYER NAME

EMPLOYER ADDRESS

GUARANTOR'S ADDRESS: 1332 COLLEGE AVE    BSMT

| CITY | STATE | ZIP | TELEPHONE NO. |
|---|---|---|---|
| BRONX | NY | 10456 | 718-681-1548 |

GUARANTOR'S OCCUPATION

SOCIAL SECURITY NO. 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

MEDICAID NO. ZQB6745D

| LINE NO. | EXPIRATION DATE | PREFIX | MEDICARE NO. | SUFFIX | PART B |
|---|---|---|---|---|---|

BLUE CROSS I.D. NO. | BLUE CROSS GROUP NO. | SUFFIX | UNION LCL NO. & NAME | CARDHOLDER'S NAME

BLUE CROSS CARDHOLDER NAME | RELATIONSHIP | UNION ADDRESS | UNION TELEPHONE

ARRIVAL TIME | TRIAGE TIME | OTHER INS. PLAN CODE AND DESCRIPTION | INSURANCE I.D. NO. | INSURANCE GROUP NO. | CARDHOLDER'S NAME

MODE OF ARRIVAL: CAM | PRECINCT NO. | BADGE NO. | ACC. CODE | DATE OF ACCIDENT | TIME OF ACCIDENT | REG. BY NKC

---

DOB 5-3-64

CLASS: 110

☒ MED CRIT    ☐ MED/MR
☐ SURG         ☐ GYN MR
☒ FAST TRACK  ☐ PEDS
☐ CLINIC

NAME: Figueroa, Alberto    AGE 42

I slipped + twisted my Rt ankle
(A) Pain ↑ in R ank
Very sore
NKD

☐ ORDER CHART
☐ PT INSIDE ER
☐ SW ALERT

BP ___
P ___
R 16  PO₂ ___%
T 98.4
Kg Wt (Peds) ___
Pain 0-10: 10/10

PMH: Arthritis, Migraine, Asthma

Cough ☐ YES ☒ NO
TB History/Exposure ☐ YES ☐ NO
Mask Applied ☐ YES ☐ NO
Recent Travel ☐ YES ☐ NO
Travel From ___

RX GIVEN: ___
LOC: ___
ALLERGY: (O)
RN Signature: ___
REPORT TO: ___

DV Currently? ☐ YES ☐ NO    Afraid of Partner? ☐ YES ☐ NO    Safe Tonight? ☐ YES ☐ NO

SERVICE
NO. 097280

MEDICAL RECORD

SOCIAL SECURITY NO.
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

ZIP TELEPHONE NO.

ZIP TELEPHONE NO.

ZIP TELEPHONE NO.

NO.    SUFFIX    PART B

CARDHOLDER'S NAME

UNION TELEPHONE

NO.    CARDHOLDER'S NAME

ACCIDENT    REG. BY
                    N.K.C.

DOB 5-3-64

1berto AGE 42
usled
e
in ROM

Travel From

REPORT TO:

Te Tonight?  ☐ YES  ☐ NO

## VITAL SIGNS

| TIME | TEMP | B.P. | P. | R. | O2SAT | PAIN SCORE | INITIAL |
|------|------|------|-----|-----|--------|-------------|---------|
|      | ☐O ☐R ☐T | / |  |  |  |  |  |
|      | ☐O ☐R ☐T | / |  |  |  |  |  |
|      | ☐O ☐R ☐T | / |  |  |  |  |  |
|      | ☐O ☐R ☐T | / |  |  |  |  |  |
|      | ☐O ☐R ☐T | / |  |  |  |  |  |
|      | ☐O ☐R ☐T | / |  |  |  |  |  |

| TIME |  | INITIALS | TIME |  | INITIALS |
|------|--|----------|------|--|----------|
| Cardiac Monitor |  |  | Foley/Straight Cath |  |  |
| Oxygen / Mode |  |  | Initial Glucometer |  |  |
| EKG |  |  | Urine Preg. |  |  |
| IV-Anglo # |  | Site | Blood CX  1st ☐  2nd ☐ |  |  |

Date / Time _____ Nursing Secondary Assessment    RN Signature _____
Airway / Breathing:    Patent ☐    Obstructed ☐    Clear ☐    Wheezing ☐    Stridor ☐
Circulatory:    Pulse regular ☐    Rhythm_____    Irregular ☐    JVD ☐    Edema ☐
Neuro:    Alert ☐    Oriented ☐    Confused ☐    Unresponsive ☐
Skin:    WNL ☐    Pale ☐    Diaphoretic ☐    Mottled ☐
Abdomen:    Non-tender ☐    Distended ☐    Bowel sounds present ☐
Pain scale: 0-10 _____    Location: _____

| DATE/TIME | Nursing Reassessment/Observation S/p assessment and |
|-----------|------------------------------------------------------|
| 2/21/07 | evaluation to right distal fibula fx. Rest, ice, |
|  | elevate leg - RTEl f/ worsening symptoms |
|  | Motrin as prescribed by Dr Fraser, Follow |
|  | c ortho IPH (3D) 2/21/07 — E Mc Konguel |

NORTH CENTRAL BRONX HOSPITAL

| IN-TAKE |||| OUT-PUT |||
|---|---|---|---|---|---|---|
| TIME | ROUTE | SOLUTION | AMOUNTS RECEIVED | TIME | URINE AMOUNT | OTHER |||
|  |  |  |  |  |  | TYPE | AMOUNT |

STAT DRUG ORDER

| TIME ORDERED | MD SIGN. | MEDICATION/DOSE | ROUTE | TIME/GIVEN | RN SIGN. |
|--------------|----------|-----------------|-------|------------|----------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

☐ C-COLLAR REMOVED PER NEXUS CRITERIA

TIME 1040 ☐ AM ☐ PM

SCALE 0-10: 10

☐ X-RAY _R ankle- medial malleolar mortis disruption_
_f/ distal fibula fx_

☐ EKG 1) _____
2) _____
3) _____

CONSULTING SERVICE(S) CONTACTED: _____
SOCIAL WORK CONSULTATION: _____

SITE: L /(R)

☐ TIME OUT (CORRECT PATIENT / PROCEDURE / SITE / POSITION) SIGNATURE: _____

E.D. ATTENDING: H+P noted. Pt evaluated by ortho. D/c'd [with] ortho clinic follow-up [with] dr _____

D 1. (R) ankle fx    3. _____
X 2. _____    4. _____

ADMIT: WARD ____ SERVICE ____ ATTENDING ____ TIME ____

DISCHARGE: CONDITION: ☐ IMPROVED (☐ STABLE)  DATE 2/21/07  TIME 1_
☐ UNCHANGED ☐ OTHER

FOLLOW-UP: ☐ E.D. F/U OFFICE    ☐ PMD
CLINIC
☐ REFERRAL: 1. _ortho 2/21/07_ DATE _1pm_
2. _____ DATE _____

TRANSFER    DOA/DIE    SIGNED OUT
☐ TO: _____    ☐ ME#: _____    ☐ AMA

DISCHARGE INSTRUCTIONS TO PATIENT:
■ INSTRUCTION SHEET GIVEN/DISCUSSED (type) _told pt devise crutches_
VERBAL INSTRUCTIONS TO PATIENT (if no sheet given) _told pt use of crutches_
_to arrange for f/u_

PATIENT INDICATES CLEAR UNDERSTANDING OF DISCHARGE INSTRUCTIONS ■ YES ■ NO
AN ALTERNATE RESPONSIBLE ADULT UNDERSTANDS ■ YES ■ NO
SIGNATURE/FIRMA _____

VITAL SIGNS REPEATED IF INDICATED?    ☐ YES    ☐ NO    ☐ NOT INDICATED

DISCHARGE MEDICATIONS:
1. _motrin_    4. _____
2. _____    5. _____
3. _____    6. _____

T OUT
3973

PROVIDER: PRINT NAME & SIGN    PIN    ATTENDING: PRINT NAME & SIGN

PRINT NAME OF CLINICIAN INITIATING CARE: Leup  PIN 5785  TIME 1040 AM/PM

X-RAY: R ankle - rt

DVHX (INCLUDE IN HISTORY IF APPLICABLE)  INDICATE SAFE F/U PHONE #  PAIN SCALE 0-10: 10

**HISTORY**

CHIEF COMPLAINT: R ankle pain x few hours
42M c/o R ankle pain mostly medial x few hours s/p missing a step + fell + twisted ankle. Able to bear wt

PMH: HTN, pre DM, migraine, asthma, seasonal allergy, Med nothing

□ EKG 1) ___ 2) ___ 3) ___

CONSULTING SER___
SOCIAL WORK CO___

**PHYSICAL**

⊖ numb ⊖ weak

Pt has h/o "hairline fx of fibula distal" c̄ cast 4y ago

SITE: L /R
□ TIME OUT (CORR
E.D. ATTENDING: ___

42M NAD. in stretcher
Skin intact ⊕ edema around R medial malleolar region
ROM limited due to pain on R ankle.
Strength 5/5 BL
Pulses 2+ BL equal
⊕ point tenderness to lateral malleolus and distal fibula
sensation grossly intact

D 1. (R) ankle
X 2. ___

ADMIT: WARD ___

DISCHARGE:
FOLLOW-UP: ___
CLINIC
□ REFERRAL: 1. ___  2. ___

other

42 y/o (M) DM s/p fall w/ (R) ankle pain / swell
NVI 2+DP/PT ⊕ TTP lat+med 5/5 EHL/EHL/TA/TP/G/S full ROM
⊘ skin breakdown LROM
Xry: Bimal equivalent (R) ankle fx w/ syndesmotic injury.
Tx: LLC, closed reduction, NWB (R) LE, elevation, ice
F/U tommorrow 2/21/07 clinic for surgery evaluation

TRANSFER
□ TO: ___

| □ CBC | □ SMA-7 | □ U/A | □ ABG | □ OTHER |
|---|---|---|---|---|
| □ BLOOD BANK | □ SMA-12 | □ C&S | | BLOOD CULTURE TIME: ___ |

VITAL SIGNS REPEAT
DISCHARGE MEDICA
1. ___
2. ___
3. ___

PROVIDER: PRIN

**CENTRAL BRONX HOSPITAL**
**ENCY DEPARTMENT**
~~~suth Avenue, Bronx, New York 10467

```
0709728              9
FIGUEROA, ALBERTO
05/03/1964           M
5107097280    02/20/07
```

## AFTER CARE INSTRUCTIONS

The treatment that you received from the Emergency Department (ED) was emergency treatment only. It focused on the acute problem and is not intended to replace the medical care rendered by a clinic or private doctor. It is difficult to recognize and treat all elements of an injury or illness in only a single visit.

The MD, NP, PA who evaluated you is: _____ w np _____
Your medical problem is: _(R) distal fibrilla fracture_
You should do the following things: _Rest, ice, elevate leg._

Return to the E.D. if you experience: _worsening of symptoms_

The following medications should be taken as directed:
1. _Motrin_
2. _____
3. _____
4. ☐ No change in current medications  2/21/05

**FOLLOW-UP CARE**                                            1 pm.
Bring this sheet with you when you come for a follow care at: _Orthopedic 3D_
☐ NCBH Clinic:   ☐ Gynecology   ☐ Medicine   ☐ Surgery   ☒ Other clinic
☐ Workman's Compensation, Call: (718) 802 - (4978 or 4971 or 4982)
☐ E.D. Fast Track on ___/___/___                   ☐ Neighborhood Clinic/Doctor
[ Insurance Type _____     NCB Primary Care MD _____ ]
Clinic appointment needed: ☐ 1-3 day   ☐ 4-7d   ☐ 1-2wks   ☐ routine/when available
Clinical Information:
_____
_____
_____

Discharge Condition: _____ Improved ☒ Stable _____ Unchanged _____ Other _____
☒ Patient and / or family verbalizes understanding of instructions
☐ Discharge instruction sheet(s) given. Type: _____
Patient Signature: _____                            Time: _____
Staff Signature: _____ MD/PA/NP

If new symptoms develop, or your condition worsens, or if it fails to improve within three days, see your doctor or return to North Central Bronx Hospital Emergency Department (718 519-3000).

**X-Rays:** The interpretation of your x-rays given by the Emergency Physician is only a preliminary report. A radiologist, a physician specializing in interpreting x-rays, will review your films and if there is a change in the diagnosis, you will be notified if we have your correct phone number.

Thank you for allowing North Central Bronx Hospital to provide for your healthcare needs!

# FDNY Prehospital Care Report

Station #: 15  
CAD #: 3179  
Unit #: 03  
BLS/ALS #: 70510499

**Today's Date:** 02/20/07  
Assigned: 2038  
En Route (63): 2039  
On Scene (84): 2045  
Patient Contact: 02  
To Destination (02): 2102  
At Destination (81): 2119  
Avail / In Service: —

**Incident Address:** 1332 COLLEGE AV  
Apt Number: BSMT  
Driver's Shield #: 1578  
Tech / Documentation Shield #: 1638

**Last Name:** FIGUEROA  
**First Name:** ALBERTO  
Male ☑  
Weight: 94

SSN: 118605935

**Age:** 42 Years  
**Date of Birth:** 05/03/1964  
**Home Phone:** 718-681-4543

## Cause of Injury / Illness

Selected: 23 Fall

## Body Matrix

(marks in Ankle/Foot row for Swelling / Soft Tissue)

---

0709721  
FIGUERO  
05/03/1  
5107097

---

### Vitals

**Elapsed Time 06:**  
Systolic B/P: 142  
Diastolic: 76  
Pulse: 88  
Respir: 20  
Pain (0-10): 10

Breathing Quality: Normal  
Lung Sounds: Clear  
Pupils: Reacts R/L, Constricted  
Mental Status: A

**Elapsed Time 15:**  
Systolic B/P: 142  
Diastolic: 74  
Pulse: 82  
Respir: 20  
Pain (0-10): 10

Breathing Quality: Normal  
Lung Sounds: Clear  
Pupils: Reacts, Constricted  
Mental Status: A

### Treatments
- Cold Application

CAD # 3175

T 510499

## Narrative History

**PMH:** CVA/Stroke, HIV/AIDS (checked items among: Asthma, Chronic Renal Failure, Cardiac, Diabetes, Psych/Debilitated, Hypertension, IV Drug Use, Seizure Disorder, Tracheostomy, Amputee, Cancer, COPD, CVA/Stroke, Dialysis, HIV/AIDS, Immunosupp, Psychiatric Hx, Substance Abuse, Tuberculosis)

**Special Conditions:** THPR

**Allergies:** No known allergies

**Medications:** Albuterol, Motrin, Cyclobenzaprine HCl, Hydrocodone-APAP

42 y/o male found sitting A&Ox3 c/o pain to (R) ankle. Pt states was going down the stairs in his house, slipped and twisted his ankle. Pt states his ankle was twisted outward, ⊕ swelling, ⊖ deformities, ⊕ pulse, motor, sensory found on ?????, pt denies any head or C/S spinal injury, ⊖ LOC, ⊖ dizziness, pt denies radiation of pain, pt's ankle was treated c̄ ice pack and was wrapped. Pt was transported to hospital for evaluation.

**Chief Complaint:** "I twisted my ankle"

**Presumptive Diagnosis:** NCI to (R) ankle 2° fall

Have the patient's symptoms appeared or gotten worse in the last 72 hours? ☒ Yes ☐ No

---

**Medicaid #:** ZQ867450

**Hospital Requested:** Hospital 70

**Transport From:** Residence (Home)

**Transport Position:** Sitting

**# Patients Transported:** 1  **Transport Miles:** 5

**Hospital Destination:** 70

# NORTH CENTRAL BRONX HOSPITAL

Chart No. _____

HOSPITAL _____

**CONTINUATION RECORD**

| SURNAME | FIRST | MIDDLE | SEX | AGE | DATE ADMITTED | WARD/CLINIC |
|---|---|---|---|---|---|---|
| UEROA | ALBERTO | | M | | | 230 |

3B ortho 2/21/07

Pt s/p ankle fx/dislocation ⓡ ankle
s/p — multiple attempted reductions
now in SL splint

⊕ SLS, comp soft, ⊕ erythema
NVI

2½ lidocaine intraarticular block

Anat attempted reduction → splint post ②

Any — reduced

A/P Pt to f/u Monday Jacobi
for pre op planning

North Central Bronx Hospital
3424 Kossuth Avenue
Bronx, NY  10467

Department of Radiology
DOS: 21Feb2007  Req #9315205

Figueroa,Alberto
Loc: NCB-510 -                MR#709728
Orthopedic
D.O.B.: 3 May 1964   0001
s.s. #118605035

Ordered by Kabaei,Farzin, MD
Status: complete

    Ankle Dx
    Clinical Info        : r ankle
    Problem Side         : Right
    Relevant Problem     : Pain, Joint, Ankle

Right Ankle

Impression

C/W 2/21/07, cast removed and replaced by splint.
Improved alignment at ankle mortise.
Comminuted distal fibular shaft fracture with mild dorsal displacement
major distal fragment.
No mineralized callus.
                    Interpreted by: Umans,Hilary R., MD
                    Approved by    : Umans,Hilary R., MD

Interp: 23 Feb 2007              Typed: 23 Feb 2007         Approved: 23 Feb 2007

```
North Central Bronx Hospital        Figueroa,Alberto
3424 Kossuth Avenue                 Loc: NCB-SMS           MR#709728
Bronx, NY  10467                    Clinic-004 -
                                    Emergency Surgery
Department of Radiology             D.O.B.: 3 May 1964   0001
DOS: 21Feb2007  Req #9312850        s.s. #118605035

                                    Ordered by Leung,Sui Wah, PA
                                    Status: complete
```

Ankle Dx
Clinical Info         : after casting
Problem Side          : Right
Relevant Problem      : Pain, Joint, Ankle

Right ankle examination dated 02/21/07. Comparison: 02/20/07.

Findings:

Overlying cast obscures their visualization of bony and soft tissue detail. There is unchanged appearance of distal fibular shaft fracture and widening of the ankle mortise. Marked bimalleolar soft tissue edema is again noted.

Impression:

Unchanged alignment and appearance of distal fibular fracture and ankle mortise widening, now in cast.

Interpreted by: Nathanson,Noel, MD
                Luciano,Mastrogiovanni, MD
Approved by   : Nathanson,Noel, MD

```
North Central Bronx Hospital        Figueroa,Alberto
3424 Kossuth Avenue                 Loc: NCB-SMS           MR#709728
Bronx, NY  10467                    Clinic-004 -
                                    Emergency Surgery
Department of Radiology             D.O.B.: 3 May 1964   0001
DOS: 20Feb2007  Req #9312766        s.s. #118605035

                                    Ordered by Leung,Sui Wah, PA
                                    Status: complete
```

Ankle Dx
Clinical Info        : ankle pain
Problem Side         : Right
Relevant Problem     : Pain, Joint, Ankle

Right ankle examination dated 02/10/07.  Comparison: none.

Findings:

Linear oblique comminuted minimally displaced fracture of the distal fibular shaft is present.  There is marked widening of the ankle mortise with medial displacement of the distal tibia.  Rounded calcific densities are present medial to the talar dome which could represent bony fragments.  Marked bimalleolar soft tissue edema is noted.

Impression:

1. Comminuted oblique fracture of the distal fibular shaft with mild offset of the bone fragments.
2. Marked widening of the ankle mortise with medial displacement of the tibia.

                        Interpreted by: Nathanson,Noel, MD
                                        Luciano,Mastrogiovanni, MD
                        Approved by   : Nathanson,Noel, MD

Mon, 9 Apr 07  1302                                          Page  1 of 1

North Central Bronx HospitalNorth Central Bronx HospitalJacobi Medical Center
                            Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-EP | Figueroa,Alberto | 709728 | 709728-33 | 42Y | M |

Attending Physician
Chin, Robert G.

---

Ibuprofen
Event Time: Tue, 20 Feb 07  2320                    Status: resolved

Sat, 24 Feb 07  0209    Documented by

Resolved because    undocumented event

---

Unscheduled Emergency Visit Encounter
Event Time: Wed, 21 Feb 07  0103                    Status: complete

Wed, 21 Feb 07  0103    Documented by Sui Wah Leung, PA

Diagnosis(s)          : Breast Pain
Attending             : Angela Fraser, MD
Procedure(s)          : none
Add'l Housestaff      : Sui Wah Leung, PA
Disposition           : discharged from ED
Resident(s)/NP/PA     : Sui Wah Leung, PA

---

Unscheduled Discharge Emergency Patient
Event Time: Mon, 26 Feb 07  0923                    Status: complete

Mon, 26 Feb 07  0919    Documented by

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-CP | Figueroa,Alberto | 709728 | 709728-34 | 42Y | M |

Attending Physician

---

Unscheduled Discharge Outpatient (O/C)
Event Time: Fri, 23 Feb 07  0816                    Status: complete

Fri, 23 Feb 07  0817    Documented by

Discharge Date/Time       :
Supervising Provider      :
ICD-9 Diagnosis Code(s):
Patient Status            : Routine Discharge

---

                        * * * End of Report * * *