## CERTIFICATE OF SERVICE

I, Kathryn D. Sallie, hereby certify that on the 20th day of March, 2008, I caused a copy of the **Motion of Alberto and Helen Figueroa for Relief from the Automatic Stay** to be served upon the parties listed below *via* U.S. First Class Mail:

New Centry TRS Holdings
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for the Debtor*

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for the Debtor*

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
*Attorneys for Citigroup Global Markets Realty Corp.)*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Ste. 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

Paul M. Basta, Esquire
Joshua A. Susberg, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
*Attorneys for Citigroup Global Markets Realty Corp.)*

_____
Kathryn D. Sallie (No. 4600)

{00771610;v1}