IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
In re:                                        : Chapter 11
                                              :
NEW CENTURY TRS HOLDINGS,                     : Case No. 07-10416 (KJC)
   INC., a Delaware Corporation, *et al.*       : (Jointly Administered)
                                              :
              Debtors.                       : **Re: Docket No. 5436**
------------------------------------------------x

## ORDER GRANTING ALBERTO AND HELEN FIGUEROA RELIEF FROM THE AUTOMATIC STAY

Upon the Motion of the Alberto and Helen Figueroa (collectively, the "Figueroas") for Relief from the Automatic Stay (the "Motion");[1] and due and adequate notice of the Motion having been provided; and cause appearing therefor; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Figueroas are hereby granted relief from the automatic stay of section 362 of the Bankruptcy Code to pursue the Figueroas' claims against the Debtors' estates to a final nonappealable judgment; and it is further

ORDERED, that this Court shall retain jurisdiction over any matter concerning, or in any way relating to, the Motion, this Order or the relief granted herein.

Dated: April___, 2008

                                                        _____
                                                        The Honorable Kevin J. Carey
                                                        United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

639398v1