## **CERTIFICATE OF SERVICE**

     I, Christopher P. Simon, hereby certify that on March 20, 2008 I caused a true and correct copy of the Objection of New York State Teachers' Retirement System to Motion of the Official Committee of Unsecured Creditors for an Order Directing the Clerk of the Court to Maintain the Final Report of Michael J. Missal, Examiner, Under Seal for a Period of 45 Days from the Filing Date [Docket # 5279] to be served electronically through the Court's CM/ECF system and upon the parties listed below as indicated.

**By Hand Delivery**
*Representing the Debtors*
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richards Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

**By Hand Delivery**
Joseph J. McMahon, Jr., Esquire
*Office of the United States Trustee*
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**By U.S. Mail**
*Debtors*
Monika L. McCarthy, Esq.
New Century Mortage Corporation
3337 Michelson Drive, Suite CN-350
Irvine, California 92612

**By Hand Delivery**
*Representing the Official Committee of Unsecured Creditors*
Bonnie Glantz Fatell, Esq.
Regina Stango Kelbon, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

**By U.S. Mail**
*Representing the Official Committee of General Unsecured Creditors*
Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

**By U.S. Mail**
*Representing the Debtors*
Suzzanne S. Uhland, Esq.
Andrew M. Parlen, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, California 94111

**By U.S. Mail**
*Debtors' Crisis Managers*
AP Services, LLC
Attn: Holly Felder Etlin
9 West 57th Street, Suite 3420
New York, New York 10019

 

_____
Christopher P. Simon (Bar I.D. No. 3697)