## EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | | Re: Docket No. 5121 |

## ORDER APPROVING STIPULATION REGARDING ALLOWANCE OF FINANCING CLAIMS OF BANK OF THE WEST

The Court has reviewed the Motion for Order Approving Stipulation Regarding Allowance of Financing Claims of Bank of the West (the "Motion") filed by New Century Financial Corporation, a Maryland corporation, New Century TRS Holdings, Inc., a Delaware corporation, New Century Mortgage Corporation, a California Corporation, and their direct and indirect subsidiaries, each as debtor and debtor in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"). The Motion requests approval of the stipulation (the "Stipulation") entered into between the Debtors, on the one hand, and Bank of the West, on the other hand.

The Court having found that: (1) The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (2) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (3) notice of the Stipulation was sufficient under the circumstances; and (4) the

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

settlement set forth in the Stipulation is fair, reasonable, and in the interest of the Debtors, their estates and creditors, and other good and sufficient cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion, the Stipulation and the settlement set forth in the Stipulation are APPROVED.

2. Proof of Claim No. 951 filed by Bank of the West on July 17, 2007 and asserting a secured claim in the amount of $194,444.94 is hereby amended and allowed as (i) a secured claim in the amount of $25,000, and (ii) a non-priority unsecured claim in the amount of $155,444.94, which shall be allowed against New Century TRS Holdings, Inc. and New Century Mortgage Corporation (the "Obligated Debtors").

3. The automatic stay applicable under Bankruptcy Code section 362 will be modified to permit Bank of the West to remove and take possession of two vans constituting Bank of the West's collateral (a 2002 and 2003 Ford E250 van bearing VIN 1FTNE24W23HA12867 and a 2003 Ford E250 van bearing VIN 1FTNE24212HB06699) and to otherwise exercise Bank of the West's rights as a secured creditor with respect to that collateral.

4. The allowed claim and the turnover of collateral described in this Order are in complete and final satisfaction of any and all claims of Bank of the West on account of that certain Promissory Note dated March 26, 2004 in the principal amount of $7,000,000.34 and related Master Security Agreement dated February 18, 2004, and any other claims asserted by Bank of the West on account of such note, security interest and relating financing arrangement are disallowed in their entirety.

5. Bank of the West will be entitled to distributions on account of the allowed claims described herein as set forth in the plan of liquidation to be filed in these cases, as ultimately confirmed.

6. The Court shall retain jurisdiction to enforce the terms of the Stipulation and this Order.

Dated: _____, 2008
Wilmington, Delaware

                                                                                                             THE HONORABLE KEVIN J. CAREY
                                                                                                             UNITED STATES BANKRUPTCY JUDGE