James L. Hand, Esq.  SBN 101748
653 11th Street
Oakland, California 94607
Tele: (510) 595-4200
Fax: (510) 595-1655
emil: jlhand@stanfordalumni.org

Attorney for Creditor Porter, Claim No. 1221

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re NEW CENTURY TRS HOLDINGS, INC., et al.<br><br>Debtors. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>**NOTICE OF INTENT TO APPEAR TELEPHONICALLY**<br><br>Hearing Date:  April 8, 2008<br>Time:  1:30 p.m. EST<br>Judge:  Hon. Kevin Carey |
|---|---|---|

TO THE COURT AND DEBTOR'S COUNSEL;

PLEASE TAKE NOTICE that James Hand, counsel for creditors Porter, Feeney, Bailey, Razo, Flynn, and Andrews, will be appearing telephonically via Court Call at the April 8, 2008 hearing on Debtors' Fourteenth Omnibus Objection to Certain Books and Records Claims and Related Matters. Said objection includes all of the aforesaid claims except Flynn.

Dated: March 18, 2008

by: James L. Hand, Esq.

## PROOF OF SERVICE

I am a citizen of the United States, over 18 years of age, not a party to this action, and employed at 653 11th Street, Oakland, CA 94612. On March 18, 2008, I served the attached

**NOTICE OF INTENTION TO APPEAR TELEPHONICALLY**

on the other party in this action by mailing a copy, postage-prepaid, first-class, to Suzanne Uhland at O'Melveny & Myers LLP, 275 Battery Street, San Francisco CA 94111, and overnighting (via Federal Express) a copy to:

Mark Collins
Christopher Samis
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed on March 18, 2008, at Oakland, CA

BY: _____
James L. Hand, Esq.

-1-