**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NEW CENTURY TRS HOLDING, INC. | § | CASE NO. 07-10416-KJC |
| | § | CHAPTER 11 |
| FKA NEW CENTURY FINANCIAL CORPORATION | § | |
| | § | JUDGE KEVIN J. CAREY |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

        EMC Mortgage Corporation
        P. O. Box 829009
        Dallas, Texas 75382-9009

        Respectfully submitted,
        Brice, Vander Linden & Wernick, P.C.

        /s/ Hilary B. Bonial /s/ Tyler Jones

        Hilary B. Bonial
        Tyler Jones

        F# 7665-N-5001
        9441 LBJ Freeway, Suite 350
        Dallas, Texas  75243
        (972) 643-6600 / (972) 643-6698 (Telecopier)
        E-mail Address: notice@bkcylaw.com
        Authorized Agent for EMC Mortgage Corporation

## CERTIFICATE OF SERVICE

      I, Hilary B. Bonial / Tyler Jones, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before March 25, 2008:

**Debtors' Attorney**
Christopher M. Samis
Richards, Layton & Finger, P.a.
920 N. King Street
Wilmington, DE  19801

**Chapter 11 Trustee**

                                            /s/ Hilary B. Bonial /s/ Tyler Jones

                                            Hilary B. Bonial
                                            Tyler Jones

7665-N-5001
noaelect