IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware Corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case Nos. 07-10416 (KJC), et seq.<br>(Jointly Administered)<br><br>**Objections due: April 2, 2008 at 4:00 pm**<br>**Hearing Date: April 9, 2008 at 10:00 am** |

## NOTICE OF MOTION

TO:   All parties listed on the Certificate of Service.

DRA/CLP 901 Maitland Orlando, LLC (formerly Colonial Realty Limited Partnership) and DRA CRT Baymeadows Center, LLC (formerly CRT Properties, Inc.) (the "Movants"), have filed the attached Joint Motion for Allowance of Administrative Expense Claims and Immediate Payment Thereof (the "Motion"), which seeks the following relief: allowance of administrative expense claims in the amount of at least $18,166.40 to DRA/CLP 901 Maitland Orlando, LLC, and $27,789.11 to DRA CRT Baymeadows Center, LLC, and immediate payment of same.

You are required to file a response to the Motion on or before **April 2, 2008 at 4:00 p.m.** (the "Objection Deadline). At the same time, you must also serve a copy of the response upon Movants' attorneys:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a/ New Century REIT, Inc.,), a Maryland Corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a/ JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NCResidual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

      Adam Hiller, Esquire
      Maria Aprile Sawczuk, Esquire
      Draper & Goldberg, PLLC
      1500 North French Street, 2nd Floor
      Wilmington, DE 19801
      (302) 339-8776 telephone

    A hearing on the Motion will be held on **April 9, 2008 at 10:00 a.m.** Eastern Time by the United States Bankruptcy Court for the District of Delaware before the Honorable Kevin J. Carey, 824 North Market Street, Courtroom #5, Wilmington, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 21, 2008　　　　　　　　　　　Respectfully submitted,
       Wilmington, Delaware

                                          DRAPER & GOLDBERG, PLLC

                                          **/s/ Maria Aprile Sawczuk**
                                          Maria Aprile Sawczuk (DE No. 3320)
                                          Adam Hiller (DE No. 4105)
                                          1500 North French Street, 2nd Floor
                                          Wilmington, Delaware 19801
                                          (302) 339-8748 telephone
                                          (302) 213-0043 facsimile

                                          *Attorneys for Movants*