# EXHIBIT C

BREAKDOWN OF ADMINISTRATIVE CLAIM
MAITLAND LEASE

| | |
|---|---|
| MONTHLY RENT: | $ 4,083.32 |
| MONTHLY OPERATING EXPENSES: | 181.09 |
| MONTHLY RENTAL TAX: | 277.19 |
| TOTAL DUE PER MONTH UNDER LEASE: | $ 4,541.60 |
| **TOTAL:** | **$18,166.40 through July, 2007** |