# EXHIBIT D

BREAKDOWN OF ADMINISTRATIVE CLAIM
JACKSONVILLE LEASE

| | | | |
|---|---|---|---|
| MONTHLY RENT: | $5,697.88 | | |
| MONTHLY RENTAL TAX: | 398.75 | | |
| TOTAL DUE PER MONTH UNDER LEASE: | $6,096.63 | x 4 MONTHS: | $24,386.52 |
| PLUS: OPERATING EXPENSES (CAM) DUE UNDER LEASE: | | | 3,402.59 |
| **TOTAL:** | | | **$27,789.11** |