UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware Corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 07-10416 (KJC), et seq. |

**ORDER ALLOWING AND DIRECTING IMMEDIATE
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS TO COLONIAL
REALTY LIMITED PARTNERSHIP AND DRA CRT BAYMEADOWS CENTER, LLC**

UPON CONSIDERATION OF the Joint Motion for Allowance of Administrative Expense Claims and Immediate Payment Thereof (the "Motion") filed by DRA/CLP 901 Maitland Orlando, LLC (formerly Colonial Realty Limited Partnership) and DRA CRT Baymeadows Center, LLC (formerly CRT Properties, Inc.) (the "Movants"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) notice was adequate under the circumstances; it is hereby ORDERED as follows:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a/ New Century REIT, Inc.,), a Maryland Corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a/ JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NCResidual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

1. The Motion is hereby GRANTED, and any objections to the Motion are OVERRULED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2. The Maitland Lease is deemed rejected as of _____.

3. The Court hereby allows a claim against the Debtors' estates in favor of DRA/CLP 901 Maitland Orlando, LLC in the amount of $_____ (the "Colonial Allowed Administrative Claim"), which is entitled to administrative expense priority pursuant to §§503(b)(1) and 365(d)(3) of the Bankruptcy Code.

4. The Jacksonville Lease is deemed rejected as of _____.

5. The Court hereby allows a claim against the Debtors' estates in favor of DRA CRT Baymeadows Center, LLC in the amount of $_____ (the "CRT Allowed Administrative Claim" and collectively with the Colonial Allowed Administrative Claim, the "Allowed Administrative Claims"), which is entitled to administrative expense priority pursuant to §§503(b)(1) and 365(d)(3) of the Bankruptcy Code.

6. Pursuant to § 365(d)(3), the Debtors shall pay to Movant the entire amount of the Allowed Administrative Claim in full within five (5) days after entry hereof by the Court.

7. The terms of this order are without prejudice to any other rights or claims to which Movants might be entitled, including but not limited to the allowance of any claims arising from the Debtors' rejection of the Leases.

Dated: _____          _____
    Wilmington, Delaware          HONORABLE KEVIN J. CAREY
                                  UNITED STATES BANKRUPTCY JUDGE