UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware Corporation, et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-10416 (KJC), et seq. |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 21, 2008, I caused copies of the foregoing Joint Motion of DRA/CLP 901 Maitland Orlando, LLC and DRA CRT Baymeadows Center, LLC to Compel the Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(b)(1) & 365(d)(3) were served via first-class mail, postage prepaid, upon: the parties listed on the attached matrix.

Dated: March 21, 2008
       Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC

 /s/ **Maria Aprile Sawczuk**
Maria Aprile Sawczuk (DE No. 3320)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8748 telephone
(302) 213-0043 facsimile