# New Century
## 2002 Service List
*Via Hand Delivery (Local) & First Class Mail (Non-local)*

| | | |
|---|---|---|
| 500 Eagles Landing LLC<br>David A Meskan Manager<br>2100 Green St Apt 404<br>San Francisco, CA 94123 | Akin Gump Strauss Hauer & Feld LLP<br>James R Savin Esq David M Dunn Esq & Joanna F Newdeck Esq<br>1333 New Hampshire Ave NW<br>Washington, DC 20036 | Aldine Independent School District<br>Susan R Fuertes<br>14910 Aldine Westfield Rd<br>Houston, TX 77032 |
| Allen & Overy LLP<br>Ken Coleman Esq<br>1221 Avenue of the Americas<br>New York, NY 10020 | Angelo Gordon & Co<br>Jed A Hart<br>245 Park Ave 26th Fl<br>New York, NY 10167 | Archer & Greiner<br>Charles J Brown III & J Jackson Shrum<br>300 Delaware Ave<br>Ste 1376<br>Wilmington, DE 19801 |
| Arnold & Porter<br>Richard M Lucas Esq & Charles A Malloy Esq<br>555 Twelfth St NW<br>Washington, DC 20004 | Ashby & Geddes PA<br>Don A Beskrone Esq<br>500 Delaware Ave<br>8th Fl PO Box 1150<br>Wilmington, DE 19899 | Ashby & Geddes PA<br>William P Bowden & Gregory A Taylor<br>500 Delaware Ave<br>8th Fl PO Box 1150<br>Wilmington, DE 19899 |
| Ashcroft Wiles Ammann LLP<br>Anna S Raman Esq<br>1000 SW Broadway<br>Ste 1500<br>Portland, OR 97205 | Attornery for SIRVA Relocation<br>Glenn M Reisman Esq<br>Two Corporate Dr Ste 234<br>Shelton, CT 06484 | Attorney Generals Office<br>Bankruptcy Department<br>Carvel State Office Bldg 820 N French St 8th Fl<br>Wilmington, DE 19801 |
| Attorney General's Office<br>Bankruptcy Department<br>Capitol Station PO Box 12548<br>Austin, TX 78711-2548 | Attorney General's Office<br>Bankruptcy Department<br>1300 I St Ste 1740<br>Sacramento, CA 95814 | Attorney General's Office<br>Bankruptcy Department<br>200 St Paul Place<br>Baltimore, MD 21202-2202 |
| Baker & Hostetler LLP<br>Donald A Workman Esq<br>1050 Connecticut Ave NW Ste 1100<br>Washington, DC 20036 | Barclays Bank PLC<br>Mark Manski Esq<br>200 Park Ave<br>New York, NY 10166 | Bartlett Hackett Feinberg PC<br>Frank F McGinn Esq<br>155 Federal St 9th Fl<br>Boston, MA 02110 |
| Becket and Lee LLP<br>Gilbert B Weisman<br>PO Box 3001<br>Malvern, PA 19355-0701 | Bernstein Litowitz Berger & Grossman LLP<br>Blair A Nicholas Esq<br>12481 High Bluff Dr Ste 300<br>San Diego, CA 92130 | Bernstein Litowitz Berger & Grossman LLP<br>Salvator J Graziano Esq<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| Bifferato Gentilotti LLC<br>Ian Connor Bifferato Esq & Garvan F McDaniel Esq<br>800 N King St Plz Level<br>Wilmington, DE 19801 | Binder & Malter LLP<br>Julie H Rome Banks Esq<br>2775 Park Ave<br>Santa Clara, CA 95050 | Bingham McCutchen LLP<br>Andrew J Gallo Esq<br>150 Federal St<br>Boston, MA 02110 |
| Bingham McCutchen LLP<br>Richard H Agins Esq<br>One State St<br>Hartford, CT 06103-3178 | Bingham McCutchen LLP<br>Robert M Dombroff Esq & Steven Wilamowsky Esq<br>399 Park Ave<br>New York, NY 10022-4689 | Blank Rome LLP<br>Bonnie Glantz Fatell |

27340.01600/40172870v.1

Bloom Murr & Accomazzo PC
Eric Accomazzo & Torben Welch
410 17th St
Ste 2400
Denver, CO 80202

Brice Vander Linden & Wernick PC
Hilary B Bonial & Tyler B Jones
PO Box 829009
Dallas, TX 72382-9009

Broward County Revenue Collection Division
Jeffrey J Newton
Bankruptcy and Litigation Section
Government Center Annex 115 S Andrews Ave
Fort Lauderdale, FL 33301

Brown McCarroll LLP
Patricia B Tomasco
111 Congress Ave Ste 1400
Austin, TX 78701

Bryan Cave LLP
Katherine M Windler Esq
120 Broadway Ste 300
Santa Monica, CA 90401-2386

Bryan Cave LLP
Lawrence P Gottesman Esq & Sukyoung Suh Esq
1290 Ave of the Americas
New York, NY 10104

Buchanan Ingersoll & Rooney PC
Mary F Caloway Esq & Eric Lopez Schnabel Esq
1000 West St Ste 1410
Wilmington, DE 19801

Cadwalader Wickersham & Taft LLP
Gregory M Petrick Esq & Angela Somers Esq
One World Financial Center
New York, NY 10281

Cadwalader Wickersham & Taft LLP
Howard R Hawkins Jr Esq
One World Financial Center
New York, NY 10281

Cairncross & Hempelmann PS
John R Knapp Jr
524 2nd Ave Ste 500
Seattle, WA 98104-2323

California Franchise Tax Board
Bankruptcy Division Chapter 11
PO Box 2952
Sacramento, CA 95812-2952

Campbell & Levine LLC
Marla R Eskin Mark T Hurford
800 North King Street
Suite 300
Wilmington, DE 19801

Celina ISD Princeton ISD City of Princeton Whitewright ISD City of Whitewright City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD
Perdue Brandon Fielder Collins & Mott LLP
Elizabeth Banda
PO Box 13430
Arlington, TX 76094-0430

Chadbourne & Parke LLP
Joseph H Smolinsky & Douglas E Deutsch
30 Rockefeller Plaza
New York, NY 10112

Chatham County Tax Commissioner
Daniel T Powers
PO Box 8321
Savannah, GA 31412

Citigroup Global Markets Realty Corp
Susan Mills & Bobbie Theivakumaran
390 Greenwich Street
6th Fl
New York, NY 10013

City of Jacksonville
Edward C Tannen
117 W Duval St
Ste 480
Jacksonville, FL 32202

Clear Capital
Cy Epstein
6030 Orchard Ave
Richmond, CA 94804

Cohen & Grigsby PC
Thomas D Maxson Esq
11 Stanwix St 15th Fl
Pittsburgh, PA 15222-1319

Comptroller of Public Accounts
Bankruptcy Department
Lyndon B Johnson State Office Building
111 E 17th St
Austin, TX 78774

Comptroller of Public Accounts Texas
Jay W Hurst
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Connolly Bove Lodge & Hutz LLP
Jeffrey C Wisler Esq & Marc J Phillips Esq
The Nemours Bldg
1007 N Orange St PO Box 2207
Wilmington, DE 19899

Connolly Bove Lodge & Hutz LLP
Karen C Bifferato Esq & Marc J Phillips Esq
The Nemours Bldg
1007 N Orange St PO Box 2207
Wilmington, DE 19899

Connolly Bove Lodge & Hutz LLP
Karen C Bifferato Esq & Marc J Phillips Esq
1007 N Orange St
Wilmington, DE 19801

Contrarian Capital Management LLC
Mark Lee
411 W Putnam Ave Ste 225
Greenwich, CT 06830

Cooley Godward Kronish LLP
Gregg S Kleiner
101 California St 5th Fl
San Francisco, CA 94111-2222

Coremetrics Inc
Seth R Weissman Esq VP & General Counsel
1840 Gateway Dr Ste 320
San Mateo, CA 94404

| | | |
|---|---|---|
| Countrywide Home Loans Inc<br>Paul T Liu Esq & John Guerry Esq<br>5220 Las Virgenes Rd<br>MS AC 11<br>Calabasas, CA 91302 | Cross & Simon LLC<br>Christopher P Simon & Kevin S Mann<br>913 N Market St 11th Fl<br>Wilmington, DE 19899-1380 | David G Baker Esq<br>105 Union Wharf<br>Boston, MA 02109 |
| Day Pitney LLP<br>Amish R Doshi Esq<br>7 Times Sq<br>New York, NY 10036-7311 | Deckelbaum Ogens & Raftery Chtd<br>Bryn H Sherman Esq<br>3 Bethesda Metro Center Ste 200<br>Bethesda, MD 20814 | Delaware Department Of Justice<br>Bankruptcy Department<br>Division Of Securities<br>820 N French St 5th Fl<br>Wilmington, DE 19801 |
| Delaware Dept Of Labor<br>Secretary<br>4425 N Market St<br>4th Fl<br>Wilmington, DE 19802 | Delaware Dept Of Natural Resources &<br>Environmental Control<br>Bankruptcy Department<br>John A Hughes Secretary<br>89 Kings Hwy<br>Dover, DE 19901 | Delaware Sec of State<br>Division of Corporations<br>Franchise Tax Division<br>PO Box 7040<br>Dover, DE 19903 |
| Division of Unemployment Ins<br>Department of Labor<br>4425 N Market St<br>Wilmington, DE 19802 | Dorsey & Whitney LLP<br>Chris Lenhart Esq<br>50 S Sixth St Ste 1500<br>Minneapolis, MN 55402-1498 | Drinker Biddle & Reath LLP<br>Andrew C Kassner Esq & Howard A Cohen Esq<br>1100 N Market St Ste 1000<br>Wilmington, DE 19801 |
| Duane Morris LLP<br>Michael R Lastowski and Christopher M Lastowski<br>1100 N Market St Ste 1200<br>Wilmington, DE 19801 | Eckert Seamans Cherin & Mellot LLC<br>Michael Busenkell & Tara L Lattomus<br>300 Delaware Ave Ste 1210<br>Wilmington, DE 19801 | Edwards Angell Palmer & Dodge LLP<br>William E Chipman Jr Esq<br>919 Market St Ste 1500<br>Wilmington, DE 19801 |
| eMortgage Logic LLC<br>Gene O Bannon Exce VP<br>8317 Whitley Rd<br>Fort Worth, TX 76148 | Employee Benefits Security Administration<br>Philadelphia Regional Office<br>Mabel Capolongo Director<br>Curtis Ctr<br>170 S Independence Mall West Ste 870 West<br>Philadelphia, PA 19106-3317 | Erskine & Tulley A Professional Corporation<br>Robert P Gates Esq<br>220 Montgomery St Ste 303<br>San Francisco, CA 94104 |
| Ervin Cohen & Jessup LLP<br>Randall S Leff Esq & Eric M Heller Esq<br>9401 Wilshire Blvd 9th Fl<br>Beverly Hills, CA 90212-2974 | Eschelon Telecom Inc<br>Dennis D Ahlers<br>730 Second Ave S Ste 900<br>Minneapolis, MN 55402 | Farrell Frtiz PC<br>Ted A Berkowitz<br>1320 Reckson Plaza<br>Uniondale, NY 11556-1320 |
| Featherstone Petrie DeSisto LLP<br>Andrew J Petrie<br>600 17th St Ste 2400 S<br>Denver, CO 80202-5424 | Fidelity National Title Company<br>Attn Wayne Fong<br>17911 Von Karman<br>Ste 300<br>Irvine, CA 92614-6253 | Filardi Law Offices LLC<br>Charles J Filardi Jr<br>65 Trumbull St<br>Second Floor<br>New Haven, CT 06510 |
| Finlayson Augustini & Williams LLP<br>Jesse S Finlayson & Michael R Williams<br>110 Newport Center Dr<br>Ste 100<br>Newport Beach, CA 92660 | Fox Rothschild LLP<br>Daniel K Astin & Anthony M Saccullo & Carl D Neff Esq<br>Citizens Bank Center<br>919 N Market St Ste 1300 PO Box 2323<br>Wilmington, DE 19899-2323 | Frank Gecker LLP<br>Joseph D Frank<br>325 N LaSalle St Ste 625<br>Chicago, IL 60610 |

Friedlander Misler Sloan Kletzkin & Ochsman PLLC
Robert E Greenberg Esq
1101 Seventeenth St NW Ste 700
Washington, DC 20036-4704

Gay McCall Isaacls Gordon & Roberts PC
David McCall
777 E 15th St
Plano, TX 75074

Gebhardt & Smith LLP
Michael G Gallerizzo Esq
901 Market St Ste 451
Wilmington, DE 19801

Gerard Singer Levick PC
Larry A Levick Esq & Michelle E Shriro Esq
16200 Addison Rd Ste 140
Addison, TX 75001

GMAC Commercial Finance LLC
Hernando Azarcon
Senior Legal Coordinator
3000 Town Center Ste 280
Southfield, MI 48075

Goldberg Kamin & Garvin
John J Arminas Esq
1806 Frick Bldg
437 Grant St
Pittsburgh, PA 15219

Graham Vaage & Cisneros
Susan L Vaage
500 N Brand Blvd Ste 1030
Glendale, CA 91203

Grant & Morasse
Steven R Morasse & Desmond J Collins
4921 Birch St
Ste 120
Newport Beach, CA 92660

Greenberg Traurig LLP
Daniel Ansell & Kenneth Philbin
MetLife Building
200 Park Ave
New York, NY 10166

Greenberg Traurig LLP
Victoria W Counihan & Dennis A Meloro
The Nemours Bldg
1007 N Orange St Ste 1200
Wilmington, DE 19801

Greenwich Capital Financial Products
General Counsel & Frank Skibo
600 Steamboat Rd
Greenwich, CT 06830

Gust Rosenfeld PLC
Madeleine C Wanslee
210 E Washington Ste 800
Phoenix, AZ 85004-2327

Hahn & Hessen LLP
Mark T Power, Mark S Indelicato and Jeffrey L Schwartz
488 Madison Avenue
14th and 15th Floor
New York, NY 10022

Honigman Miller Schwartz & Cohn LLP
Bruce L Segal
38500 Woodward Ave Ste 100
Bloomfield Hills, MI 48304

Hunton & Williams LLP
JR Smith & Jason W Harbour
Riverfront Plaza E Tower
951 E Byrd St
Richmond, VA 23219

IBM Corporation
Vicky Namken
13800 Diplomat Dr
Dallas, TX 75234

IBM Credit LLC
Bruce Gordon
Special Handling Group MD NC322
North Castle Dr
Armonk, NY 10504

IKON Financial Services
Rosa Dominy
1738 Bass Rd
P.O. Box 13708
Macon, GA 31208-3708

Ikon Office Solutions Recovery & Bankruptcy
Keith Clements
3920 Arkwright Rd Ste 400
Macon, GA 31210

Imperial County Treasurer - Tax Collector
Flora Garcia
940 West Main Street
Suite 106
El Centro, CA 92243

Integrated Payment Systems Inc
Larry Thomas
Meridian Bldg
12500 E Belford Ave Mail Stop M12B
Englewood, CO 80112

Internal Revenue Service
Insolvency Section
31 Hopkins Plz
Rm 1150
Baltimore, MD 21201

Irs Local Office
844 King St
Wilmington, DE 19801

Jeffer Mangels Butler & Marmaro LLP
Barry Freeman Esq & David Poitras Esq
1900 Ave of the Stars 7th Fl
Los Angeles, CA 90067

John P Dillman
PO Box 3064
Houston, TX 77253-3064

Jorden Burt LLP
Frank G Burt Esq Raul A Cuervo Esq & W Glenn Merten Esq
1025 Thomas Jefferson St NW
Ste 400 E
Washington, DC 20007-5208

Katsky Korins LLP
Steven H Newman
605 Third Ave 16Th Floor
New York, NY 10158

| | | |
|---|---|---|
| Kaye Scholer LLP<br>Margot B Schonholtz & Mark F Liscio<br>425 Park Ave<br>New York, NY 10022 | Kelley Drye & Warren LLP<br>David E Retter Esq & Christen A Lambrianakos Esq<br>101 Park Ave<br>New York, NY 10178 | Kirkland & Ellis LLP<br>Paul M Basta & Joshua A Sussberg<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>Edward M Fox Esq<br>599 Lexington Ave<br>New York, NY 10022-6030 | Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>Michael J Missal<br>1601 K Street NW<br>Washington, DC 20006 | Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>Rebecca L Kline Dubill Esq & Stephen G Topetzes Esq<br>1601 K Street NW<br>Washington, DC 20006-1600 |
| Kitchens Kelley Gaynes PC<br>Heather D Dawson Esq<br>11 Piedmont Center Ste 900<br>3495 Piedmont Rd NE<br>Atlanta, GA 30305 | Klehr Harrison Harvey Branzburg & Ellers LLP<br>Joanne B Wills Esq & Michael W Yurkewicz Esq<br>919 Market St Ste 1000<br>Wilmington, DE 19801 | Klehr Harrison Harvey Branzburg & Ellers LLP<br>Richard M Beck Esq & Christopher A Ward Esq<br>919 Market St Ste 1000<br>Wilmington, DE 19801 |
| Klehr Harrison Harvey Branzburg & Ellers LLP<br>Richard M Beck Esq & Michael W Yurkewicz Esq<br>919 Market St Ste 1000<br>Wilmington, DE 19801 | Lamm Rubenstone Lesavoy Butz & David LLC<br>Sherry D Lowe Esq<br>3600 Horizon Blvd Ste 200<br>Trevose, PA 19053 | Landis Rath & Cobb LLP<br>Adam G Landis Esq<br>919 Market St Ste 600<br>Wilmington, DE 19801 |
| Landis Rath & Cobb LLP<br>Richard S Cobb Esq & Matthew B McGuire Esq<br>919 Market St Ste 600<br>Wilmington, DE 19801 | Lankenau & Miller LLP<br>Stuart J Miller<br>1775 Broadway Ste 610<br>New York, NY 10019 | Latham & Watkins LLP<br>Michael J Riela<br>885 Third Ave<br>53rd at Third Ste 1000<br>New York, NY 10022-4068 |
| Law Office of James F Bailey PA<br>James F Bailey Jr<br>Three Mill Rd<br>Ste 306A<br>Wilmington, DE 19806 | Law Office of John A Vos<br>John A Vos Esq<br>1430 Lincoln Ave<br>San Rafael, CA 94901 | Law Offices of Michael McArdle<br>Michael McArdle Esq<br>204 Lafayette St<br>Salem, MA 01970 |
| Law Offices of Robert E Luna PC<br>Andrea Sheehan Esq<br>4411 N Central Expressway<br>Dallas, TX 75205 | Sullivan Hazeltine Allinson LLC<br>Willam A Hazeltine Esq<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801 | Leo & Weber PC<br>T Scott Leo Esq and Grace Winkler Cranley Esq<br>One N LaSalle St Ste 3600<br>Chicago, IL 60602 |
| Leslie Marks<br>3099 Suter St<br>Oakland, CA 94602 | Levy Small & Iallas<br>Leo D Plotkin Esq<br>815 Moraga Dr<br>Los Angeles, CA 90049-1633 | Linebarger Goggan Blair & Sampson LLP<br>David G Aelvoet<br>Travis Bldg 711 Navarro Ste 300<br>San Antonio, TX 78205 |
| Linebarger Goggan Blair & Sampson LLP<br>Diane W Sanders<br>1949 South IH 35<br>PO Box 17428<br>Austin, TX 78760 | Linebarger Goggan Blair & Sampson LLP<br>Elizabeth Weller<br>2323 Bryan St Ste 1600<br>Dallas, TX 75201 | Linebarger Goggan Blair & Sampson LLP<br>John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 |

| | | |
|---|---|---|
| Lowenstein Sandler PC<br>Michael S Etkin Esq & Ira M Levee Esq<br>65 Livingston Ave<br>Roseland, NJ 07068 | Machiline Xiong<br>603 Jensen Place<br>Placentia, CA 92870 | Malolm & Cisneros A Law Corporation<br>William G Malcolm<br>2112 Business Center Dr 2nd Fl<br>Irvine, CA 92612 |
| Manatee County Tax Collector<br>Susan D. Profant and Ken Burton Jr.<br>PO Box 25300<br>819 US 301 Blvd W<br>Bradenton, FL 34206-5300 | Margolis Edelstein<br>James E Huggett Esq<br>750 S Madison St Ste 102<br>Wilmington, DE 19801 | Maryland State Dept of Assessments and Taxation<br>Bankruptcy Department<br>301 W Preston St<br>Baltimore, MD 21201 |
| Mayer Brown LLP<br>Thomas S Kiriakos Esq & Sean T Scott Esq<br>71 S Wacker Dr<br>Chicago, IL 60606 | Mayer Brown Rowe & Maw LLP<br>Raniero D Aversa Jr Esq & Laura D Metzger Esq<br>1675 Broadway<br>New York, NY 10019-5820 | McCalla Raymer LLC<br>A Michelle Hart<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| McCarter & English LLP<br>William F Taylor Jr Esq & Katharine L Mayer Esq<br>919 N Market Ste 1800<br>PO Box 111<br>Wilmington, DE 19899 | McCreary Veselkda Bragg & Allen PC<br>Michael Reed<br>PO Box 1269<br>Round Rock, TX 78680 | McGuire Woods LLP<br>David I Swan Esq & Kenneth M Misken Esq<br>1750 Tysons Blvd Ste 1800<br>McLean, VA 22102-4215 |
| McGuire Woods LLP<br>Sally E Edison Esq<br>Dominion Tower<br>625 Liberty Ave 23rd Fl<br>Pittsburgh, PA 15222-3142 | Miami Dade County Tax Collector<br>Paralegal Unit Linda Eugene<br>140 W Flagler St<br>Ste 1403<br>Miami, FL 33130 | Michael A Cox<br>Attorney General<br>Cadillac Pl<br>3030 W Grand Blvd Ste 10 200<br>Detroit, MI 48202 |
| Milbank Tweed Hadley & McCloy LLP<br>Luc A Despins Esq & Wilbur F Foster Esq<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Missouri Department of Revenue Bankruptcy Unit<br>Sheryl L Moreau<br>General Counsels Office<br>301 W High St Room 670 PO Box 475<br>Jefferson City, MO 65105-0475 | Monzack & Monaco PA<br>Francis A Monaco Jr Esq<br>1201 N Orange St Ste 400<br>PO Box 2031<br>Wilmington, DE 19899-2031 |
| Morris James LLP<br>Brett D Fallon Esq<br>500 Delaware Ave Ste 1500<br>PO Box 2306<br>Wilmington, DE 19899-2306 | Morris James LLP<br>Stephen M Miller<br>500 Delaware Ave Ste 1500<br>PO Box 2306<br>Wilmington, DE 19899-2306 | Morris Nichols Arsht & Tunnel LLP<br>Robert J Dehney Gregory W Werkheiser & Daniel B Butz<br>1201 N Market St<br>PO Box 1347<br>Wilmington, DE 19899-1347 |
| Munsch Hardt Kopf & Harr PC<br>Mark H Ralston Esq & Davor Rukavina Esq<br>3800 Lincoln Plz<br>500 N Akard St<br>Dallas, TX 75201 | Nixon Peabody LLP<br>Dennis J Drebsky Esq<br>437 Madison Ave<br>New York, NY 10022 | Nixon Peabody LLP<br>Mark N Berman Esq<br>100 Summer St<br>Boston, MA 02110-1832 |
| Northeast Regional Office<br>Bankruptcy Department<br>Mark Schonfeld Regional Director<br>3 World Financial Ctr Room 4300<br>New York, NY 10281 | O'Melveny & Myers LLP<br>Suzzanne S Uhland<br>275 Battery Street<br>San Francisco, CA 94111 | Office of Joe G Tedder CFC<br>Sari E Meador<br>Delinquency and Enforcement<br>Tax Collector for Polk County Florida PO Box 2016<br>Bartow, FL 33831-2016 |

27340.01600/40172870v.1

| | | |
|---|---|---|
| Office of the Attorney General<br>Carol E Momjian<br>21 S 12th St<br>3rd Fl<br>Philadelphia, PA 19107 | Office of the United States Trustee<br>Joseph J McMahon Jr Esquire<br>J Caleb Boggs Federal Building<br>844 King Street Room 2207 Lockbox #35<br>Wilmington, DE 19801 | Office of the US Trustee<br>844 King St<br>Ste 2313 Lockbox 35<br>Wilmington, DE 19801-3519 |
| Ohio Attorney's General Office<br>Matthew J Lampke Assistant Chief<br>30 E Broad St 26th Fl<br>Columbus, OH 43215-4200 | Oklahoma County Treasurer<br>Gretchen Crawford<br>Assistant District Attorney<br>320 Robert S Kerr Room 307<br>Oklahoma City, OK 73102 | Olson Cannon Gormley & Desruisseaux<br>Christine Roberts<br>9950 W Cheyenne Ave<br>Las Vegas, NV 89129 |
| Pasadena ISD<br>Dexter D Joyner<br>4701 Preston<br>Pasadena, TX 77505 | Paul Hastings Janofsky & Walker LLP<br>Keith W Miller & James R Bliss<br>Park Ave Tower<br>75 E 55th St First Floor<br>New York, NY 10022 | Paul Hastings Janofsky & Walker LLP<br>Richard A Chesley & Kimberly D Newmarch<br>191 N Wacker Dr<br>30th Fl<br>Chicago, IL 60606 |
| Pepper Hamilton<br>David M. Fournier<br>1313 Market Street<br>Suite 5100<br>Wilmington, DE 19801 | Pepper Hamilton LLP<br>David B Stratton Esq<br>Hercules Plz Ste 5100<br>1313 Market St PO Box 1709<br>Wilmington, DE 19899-1709 | Pepper Hamilton LLP<br>Henry Jaffe Esq<br>1313 Market St<br>PO Box 1709<br>Wilmington, DE 19899-1709 |
| Perdue Brandon Fielder Collins & Mott LLP<br>John Banks<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | Phelan Hallinan and Schmieg LLP<br>Judith T Romano Esq<br>1617 John F Kennedy Blvd Ste 1400<br>Philadelphia, PA 19103 | Phillips Goldman & Spence PA<br>Lisa C McLaughlin Esq<br>1200 N Broom St<br>Wilmington, DE 19806 |
| Pima County Attorney Civil Division<br>German Yusufov & Terri A Roberts & Barbara Lawall<br>32 N Stone Ste 2100<br>Tucson, AZ 85701 | Potter Anderson & Corroon LLP<br>Laurie Selber Silverstein Esq<br>1313 N Market St 6th Fl<br>Wilmington, DE 19801 | Property Management Professionals LLC<br>Kurt Henry<br>1512 Royce Dr<br>Locust Grove, GA 30248 |
| Proskauer Rose LLP<br>Sheldon I Hirshon Esq<br>1585 Broadway<br>New York, NY 10036-8299 | Quadrangle Group LLC<br>Michael Weinstock<br>375 Park Ave 14th Fl<br>New York, NY 10152 | Qwest Legal Department<br>Mitchell W Katz Esq<br>1801 California St Ste 900<br>Denver, CO 80202 |
| Ray Wood & Bonilla<br>Andrew Dylan Wood<br>PO Box 165001<br>Austin, TX 78716 | Receivable Management Services<br>Phyllis A Hayes<br>PO Box 5126<br>Timonium, MD 21094 | Reed Smith LLP<br>Claudia Z Springer Esq<br>2500 One Liberty Pl<br>1650 Market St<br>Philadelphia, PA 19103-7301 |
| Reed Smith LLP<br>Kurt F Gwynne Esq<br>1201 Market St Ste 1500<br>Wilmington, DE 19801 | Reeves & Seidler<br>Felix A Seidler<br>2527 Santa Clara Ave<br>Alameda, CA 94501-4633 | Rich F Martin<br>8109 Santa Luz Village Green S<br>San Diego, CA 92127 |

Richards Layton & Finger PA
Mark D Collins Michael J Merchant
One Rodney Square
PO Box 551
Wilmington, DE 19899

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

Robert P Cocco PC
Robert P Cocco Esq
437 Chestnut St Ste 1006
Philadelphia, PA 19106

Rosenthal Monhait & Goddess PA
Norman M Monhait Esq
919 Market St Ste 1401
PO Box 1070
Wilmington, DE 19899-1070

Santoro Driggs Walch Kearney Johnson & Thompson
Victoria L Nelson Esq & Ogonna M Atamoh Esq
400 S Fourth St Third Fl
Las Vegas, NV 89101

Saul Eqing LLP
Mark Minuti Esq
222 Delaware Ave Ste 1200
PO Box 1266
Wilmington, DE 19899

SEC
15th & Pennsylvania Ave NW
Washington, DC 20020

SEC
Nathan Fuchs
233 Broadway
New York, NY 10279

Sec Headquarters
Bankruptcy Department
Office Of Investor Education And Assistance
100 F St Ne
Washington, DC 20549

Secretary Of State
Division Of Corporations
Franchise Tax
PO Box 7040
Dover, DE 19903

Secretary Of Treasury
PO Box 7040
Dover, DE 19903

Securities & Exchange Commission
100 F St Ne
Washington, DC 20549

Sherwood and Hardgrove
Don C Sherwood Esq
11812 San Vincente Blvd Ste 210
Los Angeles, CA 90049-6622

Shipman & Goodwin LLP
Julie A Manning Esq
One Constitution Plaza
Hartford, CT 06103-1919

Skadden Arps Slate Meagher & Flom LLP
DJ Baker Esq & Rosalie W Gray Esq
Four Time Square
New York, NY 10036-6522

Skadden Arps Slate Meagher & Flom LLP
Megan E Cleghorn Esq
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Slatkin & Reynolds, P.A.
Robert F. Reynolds
One East Broward Boulevard
Suite 700
Fort Lauerdale, FL 33301

Smith Stern Friedman & Nelms PC
Fielder F Nelms Esq
6688 North Central Expressway
Suite 550 LB 37
Dallas, TX 75206

State Board of Equalization
Bankruptcy Department
PO Box 942879
Sacramento, CA 94279-0001

State of Delaware
Randy Weller MS 25
Div of Revenue
820 N French St 8th Fl
Wilmington, DE 19801-0820

State Of Delaware Division Of Revenue
Bankruptcy Department
Carvel State Office Bldg 820 N French St
Wilmington, DE 19801

State of Michigan Dpet of Treasury
Deborah Waldmeir
Cadillac Pl
3030 W Grand Blvd Ste 10 200
Detroit, MI 48202

State of New Jersey Division of Taxation & Department of Labor
Anne Milgram
25 Market St PO Box 119
Richard J Hughes Justice Complex
Trenton, NJ 08625-0119

State Treasurer's Office
Bankruptcy Department
915 Capitol Mall Suite 110
Sacramento, CA 95814

Stevens & Lee PC
Joseph Grey
1105 N Market St
Seventh Fl
Wilmington, DE 19801

Stites & Harison PLLC
Robert Goodrich Esq
1800 Fifth Third Center
424 Church St
Nashville, TN 37219-2376

Tennessee Dept of Labor & Workforce Development
c/o TN Atty General Office
PO Box 20207
Nashville, TN 37202-0207

27340.01600/40172870v.1

| | | |
|---|---|---|
| The Bayard Firm<br>Charlene D Davis Esq<br>Charlene D Davie Esq<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19801 | The Bayard Firm<br>Neil B Glassman Esq & Steven M Yoder Esq<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19801 | The CIT Group Business Credit Inc<br>Renee Singer<br>505 Fifth Ave<br>3rd Fl<br>New York, NY 10017 |
| The Gardner Firm PC<br>Mary E Olsen M Vance McCrary & J Cecil Gardner<br>1119 Government St<br>PO Drawer 3103<br>Mobile, AL 36652 | The Ralston Law Firm<br>Mark H Ralston Esq<br>2603 Oak Lawn Ave Ste 230 LB 2<br>Dallas, TX 75219-9109 | The State of MI Dept of Treasury<br>Michael A Cox & Julius O Curling<br>3030 W Grand Blvd<br>Cadillac Place Ste 10 200<br>Detroit, MI 48202 |
| Time Warner Telecom Inc<br>Linda Boyle<br>10475 Park Meadows Dr<br>Ste 400<br>Littelton, CO 80124 | Trainor Fairbrook<br>Nancy Hotchkiss Esq<br>PO Box 255824<br>Sacramento, CA 95865 | Travelers<br>Scot Freeman Case Manager<br>National Accounts<br>1 Tower Sq 5MN<br>Hartford, CT 06183-4044 |
| Trush Law Office<br>James M Trush Esq<br>695 Town Center Dr Ste 700<br>Costa Mesa, CA 92626-7187 | Turner Reynolds Greco & O'Hara<br>Richard J Reynolds<br>16485 Laguna Canyon Rd Ste 250<br>Irvine, CA 92618 | Union Bank of California<br>Diane J Richey Esq Vice President and Senior Counsel<br>445 S Figueroa St<br>Los Angeles, CA 90071 |
| US Attorneys Office<br>Ellen W Slights<br>1007 Orange St<br>7th Fl<br>Wilmington, DE 19899-2046 | US Department of Justice<br>Alberto P Gonzales<br>US Attorney General<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | Us Dept Of Labor<br>Administrative Review Board<br>Frances Perkins Building<br>200 Constitution Ave Nw<br>Washington, DC 20210 |
| Us Dept Of Labor<br>Benefits Review Board<br>Frances Perkins Building<br>200 Constitution Ave Nw<br>Washington, DC 20210 | Us Dept Of Labor<br>Employee Benefits Security Admin LA Regional Office<br>1055 E Colorado Blvd Ste 200<br>Attn Billy Beaver<br>Pasadena, CA 91106-2341 | Us Dept Of Labor<br>Secretary Elaine Chao<br>Frances Perkins Building<br>200 Constitution Ave Nw<br>Washington, DC 20210 |
| Vinson & Elkins LLP<br>John E Mitchell Esq<br>Trammell Crow Center<br>2001 Ross Ave Ste 3700<br>Dallas, TX 75201 | Warren H Smith & Associates<br>Warren H Smith<br>325 N St Paul<br>Ste 1275 Republic Center<br>Dallas, TX 75201 | Washington Mutual<br>David H Zielke Esq Vice President & Assitant General Counsel<br>1301 Second Ave WMC 3501<br>Seattle, WA 98101 |
| Weiland Golden Smiley Wang Ekvall & Strok LLP<br>Jeffrey I Golden Esq & Hutchinson B Meltzer Esq<br>650 Town Center Dr Ste 950<br>Costa Mesa, CA 92626 | Wells Fargo Bank NA<br>Thomas M Korsman Vice President<br>MAC N9303-120<br>608 2nd Ave S<br>Minneapolis, MN 55479 | Werb & Sullivan<br>Brian A. Sullivan & Amy D. Brown<br>300 Delaware Avenue<br>13th Floor<br>Wilmington, DE 19801 |
| William D Sullivan LLC<br>Elihu E Allinson III Esq<br>4 E 8th St Ste 400<br>Wilmington, DE 19801 | Wilshire Credit Corporation<br>PO Box 1650<br>Portland, OR 97207-1650 | Winston & Strawn LLP<br>Matthew Botica Esq David Wirt Esq & Grayson Walter Esq<br>35 W Wacker Dr<br>Chicago, IL 60601 |

27340.01600/40172870v.1

Wolfe & Wyman LLP
Stuart B Wolfe Esq & Yaron Shaham Esq
5 Park Plz Ste 1100
Irvine, CA 92614

Wolff & Samson PC
Carlos G Manalansan Esq
The Offices of Crystal Lake
One Boland Dr
West Orange, NJ 07052

Womac & Associates
Brian D Womac & Denise H Mitchell
Two Memorial City Plaza
820 Gessner Ste 1540
Houston, TX 77024

Womble Carlyle Sandridge & Rice PLLC
Steven K Kortanek
222 Delaware Ave
Ste 1501
Wilmington, DE 19801

Wright Finlay & Zak LLP
T Robert Finlay Esq & Donna L La Porte Esq
4665 MacArthur Ct Ste 280
Newport Beach, CA 92660

XRoads Case Management Services
PO Box 8901
Marina Del Rey, CA 90295

Yellow Book USA
Philip Thompson
Collections Department
2560 Renaissance Blvd
King of Prussia, PA 19406

Young Conaway Stargatt & Taylor LLP
Michael R Nestor
The Brandywine Bldg
1000 West St 17th Fl PO Box 391
Wilmington, DE 19899-0391

Young Conaway Stargatt & Taylor LLP
Robert S Brady
The Brandywine Bldg
1000 West St 17th Fl PO Box 391
Wilmington, DE 19899-0391

Zachary Mosner
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Ave Ste 2000
Seattle, WA 98104-3188

O'Melveny & Myers LLP
Emily R Culler
400 S. Hope Street
Los Angeles, CA 90071

AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019
Attn: Holly Felder Etlin

Kirkland & Ellis LLP
Bennet L. Spiegel
Shirley S. Cho
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017