**ALLIANCE TITLE COMPANY**
39465 Paseo Padre Pkwy #1500
Fremont, CA 94538
(510) 498-4270

Comerica
Comerica Bank-California
275 Battery Street, #1100
San Francisco, CA 94111
90-3752/1211

CHECK NO. **01869526**

11/15/2004          $91,054.51

PAY  NINETY-ONE THOUSAND FIFTY-FOUR DOLLARS and 51/100

TO THE    KASEEM MOHAMMADI
ORDER
OF

DUPLICATE CHECK

NON-NEGOTIABLE

1869526121137522  1891610303

ESCROW FILE COPY • DETACH AND FILE

| Escrow No. | | Check Date: 11/15/2004 | Check No. 01869526 |
|---|---|---|---|
| DESCRIPTION | | CODE | AMOUNT |
| Pay per inst. | | | $91,054.51 |
| | | Check Total | $91,054.51 |

Seller/Buyer:         Clark/Sahidzada
Property Address:    15 McCarthy Avenue  San Francisco, CA  94134
Tax Parcel Id:       Lot 20, Block 6359
Memo:

**CLA 00009**

**ALLIANCE TITLE COMPANY**
39465 Paseo Padre Pkwy #1500
Fremont, CA 94538
(510) 498-4270

Comerica
Comerica Bank-California
275 Battery Street, #1100
San Francisco, CA 94111
90-3752/1211

CHECK NO.  **01869525**

| DATE | | AMOUNT |
|---|---|---|
| 11/15/2004 | | $17,900.00 |

PAY   SEVENTEEN THOUSAND NINE HUNDRED DOLLARS and no/100

TO THE
ORDER
OF

GOLDEN KEY FINANCIAL
5600 MOWRY SCHOOL RD. #100
FREMONT, CA 94536

**DUPLICATE CHECK**

**NON-NEGOTIABLE**

1869525121137522  1891610303
ESCROW FILE COPY - DETACH AND FILE

---

Escrow No.

Check Date:  11/15/2004    Check No.  01869525

| DESCRIPTION | CODE | AMOUNT |
|---|---|---|
| Yield Spread Premium | | $3,280.00 |
| Processing fee | | $500.00 |
| Underwriting fee | | $500.00 |
| Admin fee | | $500.00 |
| Origination Fee | | $13,120.00 |
| | Check Total | $17,900.00 |

Seller/Buyer:           Clark/Sahidzada
Property Address:    15 McCarthy Avenue  San Francisco, CA  94134
Tax Parcel Id:         Lot 20, Block 6359
Memo:

**CLA 00008**

A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT

| B. TYPE OF LOAN | | OMB No. 2502-0265 |
|---|---|---|
| 1. ☐ | 2. ☐ FMHA | 3. ■ CONV. UNINS. |
| 4. ☐ VA | 5. ☐ CONV. INS. | |

6. ESCROW FILE NUMBER: ▮▮▮▮▮▮    7. LOAN NUMBER: ▮▮▮▮▮▮

8. MORTGAGE INSURANCE CASE NUMBER:

Alliance Title Company
39465 Paseo Padre Pkwy #1500
Fremont, CA 94538

**FINAL**

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown.
Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME OF BORROWER:    Fatima Sahidzada

ADDRESS OF BORROWER:    15 McCarthy Ave.
San Francisco, CA  94134

E. NAME OF SELLER:    Lisa Finch Clark

ADDRESS OF SELLER:    15 McCarthy Avenue
San Francisco, CA  94134

F. NAME OF LENDER:    New Century Mortgage Corp.
ADDRESS OF LENDER:    910 E. Hamilton Ave. #430,
Campbell, CA  95008

G. PROPERTY LOCATION:    15 McCarthy Avenue
San Francisco, CA  94134
San Francisco Lot 20, Block 6359

H. SETTLEMENT AGENT:    Alliance Title Company
PLACE OF SETTLEMENT:    39465 Paseo Padre Pkwy #1500, Fremont, CA 94538
I. SETTLEMENT DATE:    11/12/2004    PRORATION DATE:    FUNDING DATE:

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower: | | 400. Gross Amount Due To Seller: | |
| 101. Contract Sales Price | 410,000.00 | 401. Contract Sales Price | 410,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to Borrower (line 1400) | 2,018.12 | 403. | |
| 104. Payoff to | | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller In Advance: | | Adjustments For Items Paid By Seller In Advance: | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes 11/12/04-01/01/05 | 229.84 | 407. County Taxes 11/12/04-01/01/05 | 229.84 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due from borrower: | 412,247.96 | 420. Gross Amount Due to Seller | 410,229.84 |
| 200. Amounts Paid by or in behalf of Borrower: | | 500. Reductions In Amount Due To Seller: | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 328,000.00 | 502. Settlement charges to Seller (line 1400) | 125,526.80 |
| New Century Mortgage | 82,000.00 | | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Closing Funds | 500.00 | 504. Payoff of first mortgage loan | 284,703.04 |
| 205. Closing Funds | 1,000.00 | 505. Payoff of second mortgage loan | |
| 206. Closing Funds | 1,000.00 | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller: | | Adjustments For Items Unpaid By Seller: | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 412,500.00 | 520. Total Reductions in Amount Due Seller | 410,229.84 |
| 300. Cash At Settlement From/to Borrower: | | 600. Cash At Settlement To/From Seller: | |
| 301. Gross amount due from Borrower (line 120) | 412,247.96 | 601. Gross amount due to Seller (line 420) | 410,229.84 |
| 302. Less amount paid by/for Borrower (line 220) | 412,500.00 | 602. Less reductions in amount due Seller (line 52 | 410,229.84 |
| 303. Cash TO Borrower: | 252.04 | 603. Cash TO Seller: | 0.00 |

**CLA 00049**

Hudc.rpt (08/16/2004)    Printed by Jessica L Montgomery on 11/15/2004 at 12:19:04 PM

OMB No. 2502-0265

| L. SETTLEMENT CHARGES: | | CR... FILE NUMBER: | |
|---|---|---|---|

| 700. Total Sales/Broker's Commission: | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| Based on Price $410,000.00 @ % = | | | |
| Division of Commission (line 700) follows: | | | |
| 701. $         to | | | |
| 702. $         to | | | |
| $         to | | | |
| 703. Commission paid at settlement | | | |
| 704. | | | |
| **800. Items Payable in Connection With Loan:** | | | |
| 801. Loan Origination Fee % to Golden Key Financial | | | 13,120.00 |
| 802. Loan Discount Fee | | | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | | |
| 805. Lenders Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. Processing fee to New Century Mortgage Corp. | | | 300.00 |
| 809. Underwriting fee to New Century Mortgage Corp. | | | 350.00 |
| 810. Doc. fee to New Century Mortgage Corp. | | | 200.00 |
| 811. **See attached for breakdown | | 345.12 | 1,914.20 |
| Yield Spread Premium to Golden Key Financial | | ($3,280.00) | |
| **900. Items Required By Lender To Be Paid In Advance:** | | | |
| 901. Interest from 11/15/04 to 12/01/04 @$59.31/day (16 days) | | | 948.96 |
| 902. Mortgage Insurance Premium | | | |
| 903. Hazard Insurance Premium for 1 yr Year(s) to Browne Insurance | | 1,673.00 | |
| 904. | | | |
| 905. | | | |
| **1000. Reserves Deposited With Lender:** | | | |
| 1001. Hazard Insurance | | | |
| 1002. Mortgage Insurance | | | |
| 1003. City Property Taxes | | | |
| 1004. County Property Taxes | | | |
| 1005. Annual Assessments | | | |
| 1006. | | | |
| 1007. | | | |
| 1008. Aggregate Adjustment   months @$ | | | |
| **1100. Title Charges:** | | | |
| 1101. Settlement or closing fee to Alliance Title Company | | | 660.00 |
| 1102. Abstract or title search | | | |
| 1103. Title examination | | | |
| 1104. Title Insurance binder | | | |
| 1105. Document preparation to Alliance Title Company | | | 400.00 |
| 1106. Notary Fees | | | |
| 1107. Attorney's Fees | | | |
| (includes above item numbers: ) | | | |
| 1108. Title Insurance | | | |
| (includes above item numbers: ) | | | |
| 1109. Lender's coverage $   326,000.00 | | | 490.00 |
| 1110. Owner's coverage $   410,000.00 | | | 1,522.00 |
| Lender's coverage $   82,000.00 | | | 296.00 |
| Lender's coverage $ | | | |
| 1111. Endorsements to Alliance Title Company | | | 100.00 |
| 1112. Delivery/Courier Deliveries to Alliance Title Company | | | 150.00 |
| 1113. **See attached for breakdown | | | 290.00 |
| **1200. Government Recording and Transfer Charges:** | | | |
| 1201. Recording Fees: Deed $    12.00 Mortgage $    75.00 Release $ | | | 87.00 |
| 1202. City/County tax/stamps | | | |
| 1203. State tax/stamps | | | |
| 1204. City Transfer Tax to Alliance Title Company | | | 2,788.00 |
| 1205. County Transfer Tax | | | |
| 1206. Recording fee on 2nd to Alliance Title Company | | | 75.00 |
| 1207. | | | |
| **1300. Additional Settlement Charges:** | | | |
| 1301. Survey to | | | |
| 1302. Pest Inspection | | | |
| 1303. Property Taxes Due to San Francisco County Tax Colle | | | 844.32 |
| 1304. Del. property taxes to San Francisco County Tax Colle | | | 2,315.69 |
| 1305. Del HOA dues to Cimarron Trustee Services | | | 4,388.04 |
| 1306. Del. water service - to San Francisco Water Dept. | | | 1,161.80 |
| 1307. **See attached for breakdown | | | 93,125.79 |
| 1400. Total Settlement Charges (Enter on line 103,Section J and- line 502, Section K) | | 2,018.12 | 125,526.80 |

**CLA 00050**

Printed by Jessica L Montgomery on 11/15/2004 at 12:19:04 PM

OMB No. 2502-0265

Attachments:                                                                Escrow Number: ▓▓▓▓▓

## BREAKDOWN OF NEW LOANS

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| New Century Mortgage Corp., 910 E. Hamilton Ave. #430, Campbell, CA 95008, Loan# 0001968 | 328,000.00 | |
| New Century Mortgage, 910 E. Hamilton Ave. #430, Campbell, CA 95008, Loan# 0001968454 | 82,000.00 | |
| Total of New Loans. | 410,000.00 | |

## HUD 800 ITEMS PAYABLE IN CONNECTION WITH LOAN

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 812. Tax service to New Century Mortgage Corp. | | 78.00 |
| 813. Flood cert to New Century Mortgage Corp. | | 11.20 |
| 814. Processing fee to Golden Key Financial | | 500.00 ✳ |
| 815. Underwriting fee to Golden Key Financial | | 500.00 ✳ |
| 816. Admin fee to Golden Key Financial | | 500.00 ✳ |
| 817. Delivey fee to New Century Mortgage Corp. | | 30.00 |
| 818. Processing fee on 2nd to New Century Mortgage | | 295.00 |
| 819. Int. @$21.57/day to New Century Mortgage | 345.12 | |
| Total as shown on HUD Page 2 Line #811. | 345.12 | 1,914.20 |

## HUD 1100 DETAILED BREAKDOWN OF TITLE CHARGES

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 1114. Wire fee to Alliance Title Company | | 50.00 |
| 1115. Doc Handling fee to Alliance Title Company | | 150.00 |
| 1116. CA FRPTA to Alliance Title Company | | 90.00 |
| Total as shown on HUD Page 2 Line #1113. | | 290.00 |

## HUD 1307 DETAILED BREAKDOWN OF ADDITIONAL SETTLEMENT CHARGES

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 1308. Pay per inst. to Kaseem Mohammadi | | 91,054.51 ✳ |
| 1309. Notary to Zabilluah Mohammadi | | 200.00 |
| 1310. Del. water/utility to San Francisco Tax Collector | | 1,871.28 |
| Total as shown on HUD Page 2 Line #1307. | | 93,125.79 |

**CLA 00051**

OMB No. 2502-0265

████████

BREAKDOWN OF PAYOFF ON HUD line 504

Payoff to:     Litton Loan Servicing
               4828 Loop Cenrtral Drive     Loan #: ████

               Houston, TX 77801-226

| Description | Amount |
|---|---|
| Principal Balance | 276,549.13 |
| Interest from 09/01/2004 to 11/17/2004 | 5,323.78 |
| Escrow advance | 2,239.19 |
| late charges | 131.08 |
| defer LC | 261.86 |
| statement/misc. fees | 198.00 |
| Total Payoff | 284,703.04 |

Total as shown on HUD line #504.                                    284,703.04



**CLA 00052**