## CERTIFICATE OF SERVICE

I, Andrew Hanna, hereby certify that an original and three (3) copies of this Brief were delivered by FedEx to the Clerk of the United States Delaware Bankruptcy Court 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and one (1) copy was sent, via FedEx to:

| Mark Collins<br>Michael Merchant<br>Christopher Samis<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Suzzanne Uhland<br>Emily Culler<br>Ana Acevedo<br>O'MELVENY & MYERS<br>275 Battery Street<br>San Francisco, CA 94111 |
|---|---|

DATED: March 20, 2008

Andrew Hanna