# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.[1] | : | |
| | : | |
| Debtors. | : | |
| | : | |

**SUPPLEMENTAL AFFIDAVIT OF GARY A. GRUSH IN SUPPORT OF THE APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION FOR ORDER AUTHORIZING THE SUPPLEMENTAL RETENTION AND EMPLOYMENT OF GRANT THORNTON LLP AS TAX ACCOUNTANT TO THE DEBTOR PURSUANT TO SECTIONS 327(a) AND 328 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2014, 2016 AND 5002**

STATE OF CALIFORNIA    )
                       ) SS:
ORANGE COUNTY          )

Gary A. Grush, being duly sworn, declares as follows:

1. I am a Partner of Grant Thornton LLP ("Grant Thornton"), the U.S. member firm of Grant Thornton International, one of six global accounting, tax and business advisory organizations, headquartered at 175 West Jackson Boulevard, 20th Floor, Chicago, IL

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation(f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

60604. I submit this affidavit in support of the application (the "Application")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for an Order authorizing the employment and retention of Grant Thornton as tax accountant to the Debtors. Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.[3]

## QUALIFICATIONS OF PROFESSIONALS

2. Grant Thornton provides professional services to its clients in the areas of audit and assurance services, financial advisory services, tax compliance and advisory services, and business advisory services. In addition to its experience in the construction, real estate and hospitality, consumer and industrial products, health care, and technology industries, Grant Thornton has vast experience in the financial services industry. Specifically, Grant Thornton has experience working with banks and thrifts, broker-dealers, hedge funds, mortgage banks, mutual funds, financial services publications, and specialty finance companies such as New Century.

3. Grant Thornton has served as tax accountants and consultants to many large, complex organizations. Additionally, Grant Thornton has significant experience serving providing tax services to various clients in the sub-prime mortgage industry.

4. Prior to filing these chapter 11 cases, the Debtors have used Grant Thornton in the ordinary course of its business to provide general tax services. As a result, Grant Thornton has developed considerable knowledge of the Debtors' operations and finances and is well positioned to serve as their tax accountant.

---

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings given to them in the Application.

[3] Certain of the disclosures herein relate to matters within the knowledge of other professionals at Grant Thornton and are based on information provided by them.

2

## DISINTERESTEDNESS OF PROFESSIONALS

5. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after due inquiry, neither I, Grant Thornton, nor any principal or professional employee of Grant Thornton (a) is related professionally to the Debtors, their creditors or any other party in interest herein, the United States Trustee or anyone employed in the United States Trustee's office or (b) has any connection with or holds or represents any interest adverse to the Debtors, their estates, their creditors or any other party in interest herein or its respective attorneys in the matters for which Grant Thornton is proposed to be retained, except as described below.

6. Grant Thornton has in the past worked with, continues to work with, and has mutual clients with, certain law firms who represent parties-in-interest in these cases. None of these engagements or relationships relate to these chapter 11 cases.

7. Additionally, Grant Thornton in the past has had commercial or professional relationships, may have commercial or professional relationships and may in the future have commercial or professional relationships directly or indirectly with customers, competitors and creditors of the Debtors. As described below, however, Grant Thornton has undertaken a detailed search to determine, and to disclose, whether it is performing or has performed services for any significant creditors, equity security holders, or insiders in such related matters.

8. Toward that end, Grant Thornton researched its client database to determine whether Grant Thornton has any connection with, among others, the following entities, all as specifically set forth in Exhibit A, which is attached hereto and incorporated by reference:

3

  a)  the Debtors;

  b)  the Debtors' officers, directors and largest shareholders;

  c)  the Debtors' secured creditors (UCC-1);

  d)  the Debtors' fifty (50) largest unsecured creditors;

  e)  the Debtor's proposed professionals; and

  f)  the Office of the U.S. Trustee.

  9.  Despite the efforts described above to identify and disclose Grant Thornton's connections with parties-in-interest in this Chapter 11 Case, because Grant Thornton is a nationwide firm employing in excess of forty-eight hundred professionals, Grant Thornton is unable to state with certainty that every client relationship or other connection has been disclosed. In this regard, if Grant Thornton discovers additional information that it determines requires disclosure, Grant Thornton will file a supplemental disclosure with the Court promptly.

## CONNECTIONS OF PROFESSIONALS

  10.  To my knowledge, based on reasonable inquiry, (a) Grant Thornton, and the Grant Thornton Professionals who are anticipated to provide services as a part of the engagement team (the "Engagement Team"), do not hold or represent any interest adverse to the Debtors with respect to the matters on which Grant Thornton is to be retained in these Chapter 11 cases, except as set forth herein, and (b) Grant Thornton and the Grant Thornton Professionals have no relationships with the Debtors' significant creditors, certain other parties-in-interest in these Chapter 11 cases, or to the Debtors' attorneys or accountants that are assisting the Debtors in these Chapter 11 cases, in each case as identified to Grant Thornton by the Debtors, except as may be disclosed herein.

  11.  From time to time, Grant Thornton and its affiliates may have provided, and may currently provide services, and likely will continue to provide services, to certain creditors

4

of the Debtors and various other parties-in-interest, including without limitation parties that may be adverse to the Debtors, or their respective attorneys or accountants in matters unrelated to this Chapter 11 Case. As described below, however, Grant Thornton has undertaken a search to determine and to disclose, whether it is or has been employed by or had other relationships with the individuals and entities included in the captions referred to in Paragraph 8. Certain of these creditors, parties-in-interest, attorneys or accountants have or may have provided goods or services to, currently provide or may currently provide goods or services to, and may in the future provide goods or services to, Grant Thornton and its affiliates and the Grant Thornton Professionals in matters unrelated to these Chapter 11 cases.

12. Grant Thornton believes that the relationships described herein or in the Application or in the exhibits thereto do not show Grant Thornton to represent an entity having an adverse interest in connection with these cases. Should the Court approve its retention, Grant Thornton will maintain its customary confidentiality procedures in connection with services it provides in these cases in order to preserve the confidentiality of confidential client information.

13. Grant Thornton LLP is the U.S. member firm of Grant Thornton International. Only Grant Thornton LLP is being retained in this matter. Grant Thornton LLP has not performed a comprehensive global search for potential relationships between the other Grant Thornton International member firms and the Debtors, other parties-in-interest, and their respective attorneys and accountants. Grant Thornton LLP cannot assure that an engagement will not be accepted by a foreign member firm of Grant Thornton International for another party that may bear upon Grant Thornton LLP's engagement by the Debtors.

14. From this internal search, Grant Thornton has determined that certain relationships should be disclosed, which are set forth herein and in Exhibit B which is attached hereto and incorporated by reference, as follows:

   a) Certain parties-in-interest may be adverse to and/or involved in litigation matters with Grant Thornton and its affiliates in connections with matters unrelated to the Debtors.

   b) Grant Thornton will not provide any services to creditors of the Debtors and various other parties-in-interest, including without limitation parties that may be adverse to the Debtors, or their respective attorneys or accountants in matters related to these Chapter 11 cases without prior Court approval. Grant Thornton may, however, continue to provide professional services to, and engage in commercial or professional relationships with, entities or persons that may be creditors of the Debtors or parties-in-interest in these Chapter 11 cases, provided that those services do not and will not relate to, or have any direct connection with the these Chapter 11 cases.

   c) Certain Grant Thornton partners and employees who are not expected to provide services to the Debtors in these Chapter 11 cases may have in held in the past or may currently hold equity interests or other investment interests in certain creditors and/or parties-in-interest to this case, or their affiliates, including, but not limited to, Bank of America N.A., General Electric Capital Corporation, JP Morgan Chase Bank, Washington Mutual, Barclays, Goldman Sachs, Lehman Brothers Bank FSB and Lazard Freres & Co.

   d) Grant Thornton has previously provided certain tax-related and other business consulting services to the Debtors prior to the Petition Date; and

   e) Grant Thornton has provided audit, tax or other consulting services not related to the Debtors for certain entities, as set forth on Exhibit B attached hereto.

15. To the best of my knowledge, the relationships with individuals or entities involved in these Chapter 11 Cases are set forth herein. In light of the large number of creditors and other parties-in-interest, neither Grant Thornton nor I are able to identify conclusively all such potential relationships. I am, however, presently aware of no such connections, except as set forth herein.

16. Subject to the foregoing, neither I, nor Grant Thornton, insofar as I have been able to ascertain, hold or represent any interest adverse to the Debtors or their estates with respect to the matters on which Grant Thornton is to be retained.

17. I am not related or connected to and, to the best of my knowledge, no other professional of Grant Thornton is related or connected to any United States Bankruptcy Judge or District Judge for the District of Delaware or the United States Trustee for the District of Delaware or to any employee in the office thereof.

18. To the best of my knowledge, information and belief, Grant Thornton does not have or represent any interest materially adverse to the interest of the Debtors, or of any class of creditors or equity security holders of the Debtors, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors or any investment banker for any securities. To the extent that any information disclosed herein requires amendment or modification upon Grant Thornton's completion of further analysis, or as additional information becomes available to it, a supplemental affidavit will be submitted to the Court.

## SERVICES TO BE PROVIDED

19. The Debtors have advised Grant Thornton that they desire to retain Grant Thornton to provide such professional services as Grant Thornton and the Debtors find mutually agreeable and which may include, but shall not be limited to GT rendering the following professional services for the year ending December 31, 2007:

   a) Preparation of any applicable federal tax returns:

   b) Preparation of any applicable state tax returns;

   c) Preparation of any federal or state extension requests;

7

d) Assist with the calculation of any estimated 2008 federal and state quarterly estimated tax payments;

e) Provide general corporate tax consulting, including potential bankruptcy tax related issues:

## COMPENSATION OF PROFESSIONALS

20. Subject to the Court's approval, the Debtors propose to compensate Grant Thornton in accordance with Grant Thornton's hourly rates for professional services, as outlined herein and in the Engagement Letters, and to reimburse Grant Thornton for its expenses incurred in providing such services. The professional fees shall be calculated by multiplying the actual hours expended providing the agreed-upon services by the hourly billing rates for the specific personnel involved. The hourly rates charged by Grant Thornton for the services provided by its personnel differ based upon, among other things, each professional's level of experience, geographic differentials, and types of services being provided. In the ordinary course of business, Grant Thornton periodically revises its hourly rates to reflect promotions and other changes in personnel responsibilities, increases in experience, and increases in the cost of doing business.

21. At present, Grant Thornton's hourly rates by classification are as follows:

| **Classification** | **Standard Hourly Rates** |
|---|---|
| Partner/Director | $555 - $715 |
| Senior Manager | $490 - $550 |
| Manager | $435 - $465 |
| Senior Associate | $325 - $390 |
| Associate | $225 - $250 |
| Administrative/Paraprofessional | $ 75 - $225 |

8

22. Changes in hourly rates will be noted on the invoices for the first time period in which the revised rates become effective.

23. In addition to professional fees, Grant Thornton's fee applications will include requests for reimbursement of reasonable expenses, including travel, report production, delivery services, postage, vendor charges and other out-of-pocket expenses incurred in providing professional services.

24. This compensation arrangement is consistent with and typical of arrangements entered into by Grant Thornton and other tax accounting firms with respect to the rendition of similar services to clients such as the Debtors, both in and out of chapter 11.

25. Grant Thornton will maintain detailed records of any actual and necessary costs and expenses incurred in connection with the aforementioned services and will file all appropriate applications for allowances of compensation and expenses with the Court in accordance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules and orders of the Court. The applications will set forth in reasonable detail the services performed, the professional persons providing such services, and the time spent.

26. Grant Thornton will also request compensation for any time and expenses (including, without limitation, reasonable legal fees and expenses) that may be incurred in considering or responding to discovery requests or other requests for documents or information, or in participating as a witness or otherwise in any legal, regulatory, or other proceedings, including, without limitation, those other than the instant matter, as a result of Grant Thornton's performance of these services.

27. Grant Thornton has not shared or agreed to share any of its compensation with any other person, other than a principal, professional or employee of Grant Thornton as

9

permitted by section 504 of the Bankruptcy Code. The proposed engagement of Grant Thornton is not prohibited by Bankruptcy Rule 5002.

_____
Gary A. Grush

SWORN TO AND SUBSCRIBED before me this 21st day of March 2008.

_____
Notary Public, State of California
Qualified in Orange County
My Commission Expires: July 3, 2009

C. COCKSUM
Commission # 1589932
Notary Public - California
Orange County
My Comm. Expires Jul 3, 2009

10

# EXHIBIT A

This information is being provided in connection with the Affidavit of Gary A. Grush in support of the Application for Employment of Grant Thornton LLP as Tax Accountant for the Debtors. The following names were provided to Grant Thornton LLP by the Debtors and compared to its client database from April 17, 2006 and forward to identify any connection or relationship:

### Debtors

New Century Financial Corporation
New TRS Holdings, Inc.
New Century Mortgage Corporation
NC Capital Corporation
Home 123 Corporation
New Century Credit Corporation (f/k/a Wort Funding Inc.)
NC Asset Holding, L.P. (f/k/a NC Residual II Corporation)
NC Residential III Corporation
NC Residual IV Corporation
New Century R.E.O. Corp.
New Century R.E.O. II Corp.
New Century R.E.O. III Corp.
New Century Mortgage Ventures, LLC
NC Deltex, LLC
NCORAL, L.P.

### Large Shareholders of Debtors

Greenlight Capital LLC
David Einhorn
Morgan Stanley
Morgan Stanley Capital Services
Hotchkins and Wiley Capital Management LLC

### Directors and Officers of the Debtors

Marilyn A. Alexander
Frank Bilotta
Taj S. Bindra
Harold Black
Richard Cimino
Leigh Ann Clifford
Kevin Cloyd
Robert Cole
Patti Dodge

# EXHIBIT A (continued)

This information is being provided in connection with the Affidavit of Gary A. Grush in support of the Application for Employment of Grant Thornton LLP as Tax Accountant for the Debtors. The following names were provided to Grant Thornton LLP by the Debtors and compared to its client database from April 17, 2006 and forward to identify any connection or relationship:

**Directors and Officers of the Debtors (Continued)**

Joseph Eckroth
David Flieg
Fredric J. Forster
Louis Garday
Edward Gotschall
Eric Haines
Jennifer Jewett
David Kenneally
Robert Lambert
Donald E. Lange
Marc Lowenthal
Monika L. McCarthy
Anthony Meola
Brad A. Morrice
Michael M. Sachs
Stergios Theologides
Jonathan Threadgill
Joseph Totorelli
Clollen Wolf
Paul Zalle
Richard Zona

**Secured Creditors (UCC-1)**

Access Investments II, LLC
Ameritech Credit Corporation
Aspen Funding
Bank Leumi Leasing Corporation
Bank of America, NA
Bank of the West
Barclays Bank, PLC
Carrinton Mortgage Credit Fund I, LP
CDC Mortgage Capital Inc.
Charter One Vendor Finance LLC
CIT Communications Finance Corporation

# EXHIBIT A (continued)

This information is being provided in connection with the Affidavit of Gary A. Grush in support of the Application for Employment of Grant Thornton LLP as Tax Accountant for the Debtors. The following names were provided to Grant Thornton LLP by the Debtors and compared to its client database from April 17, 2006 and forward to identify any connection or relationship:

**Secured Creditors (UCC-1) (continued)**

Citigroup Global Markets Realty Corp.
Consultants Group Commercial Funding Corp.
Countrywide Home Loans, Inc.
Credit Suisse First Boston Mortgage Capital LLC
DB Structured Products, Inc.
Deutsche Bank Trust Company Americas
Federal National Mortgage Association
Galleon Capital Corp.
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Finance LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Dale Scott Heineman
IOS Capital
IXIS Real Estate Capital
Kurt F. Johnson
Mission Center Partners
Morgan Stanley Mortgage Capital Inc.
NC Capital Corporation
New Century Funding A
New Century Funding I
New Century Mortgage Securities Inc.
Newport Funding Group
PFE International Inc.
Ropes & Gray LLP
St. Andrew Funding Trust c/o New Century Mortgage
State Street Global Markets
Sterling Bank
The CIT Group/Entertainment Financing
U.S. Bancorp Equipment Finance, Inc.
U.S. Bank National Association
UBS Real Estate Securities, Inc.
United California Capital
Jason Allen Whitwood

# EXHIBIT A (continued)

This information is being provided in connection with the Affidavit of Gary A. Grush in support of the Application for Employment of Grant Thornton LLP as Tax Accountant for the Debtors. The following names were provided to Grant Thornton LLP by the Debtors and compared to its client database from April 17, 2006 and forward to identify any connection or relationship:

## Top 50 Unsecured Creditors

Adteractive
Affiliated Computer Services
Alaska Seaboard Partners Limited Partnership
Aspen Funding Corp.
Assurant Specialty Property Insurance
Aurora Loan Services
Bank of America, NA
Barcalys Bank, PLC
Carrington Securities, LP
Catarina Mortgage Services, Inc.
ChoicePoint Precision Marketing
Citigroup Global Markets Realty Corp.
Countrywide
Credit Suisse First Boston Mortgage Capital LLC
Credit – Based Asset Servicing and Securitization LLC
DB Structured Products, Inc.
Deutsche Bank
EMC Mortgage Corporation
Fiserv CCS
Galleon Capital Group
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Financial LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Harbor Asset Management Services
HSBC Bank USA, N.A.
INDY MAC Bank, FSB
IXIS Real Estate Capital
JP Morgan Chase Bank, NA
Lehman Brothers Bank FSB
Low.com
Lowermybills.com
Morgan Stanley Mortgage Capital Inc.
National Field Representatives

# EXHIBIT A (continued)

This information is being provided in connection with the Affidavit of Gary A. Grush in support of the Application for Employment of Grant Thornton LLP as Tax Accountant for the Debtors. The following names were provided to Grant Thornton LLP by the Debtors and compared to its client database from April 17, 2006 and forward to identify any connection or relationship:

## Top 50 Unsecured Creditors (continued)

Newport Funding Corp.
Nextax
NOMURA Securities
Pricewaterhouse Coopers LLP
Residential Funding Corporation
SG Mortgage Finance
Sheffield Receivables Corporation
Sprint
State Street Global markets, LLC
Suntrust
System Source, Inc.
Tucson Funding LLC
UBS Real Estate Securities, Inc.
Washington Mutual Banks, FA


## Debtor's Professionals

Alix Partners
Allen Matkins Leck Gamble Mallory & Natsis LLP
Heller Ehrman LLP
Lazard Freres & Co. LLC
O'Melveny & Myers LLP
Richards Layton & Finger, P.A.
Skadden, Arps, Slate, Meagher & Flom
Thatcher Proffit
Xroads Case Management Services, LLC

## Office of the U.S. Trustee

Office of the United States Trustee, Wilmington Delaware

# EXHIBIT B

This information is being provided in connection with the Affidavit of Gary A. Grush in support of the Application for Employment of Grant Thornton LLP as Tax Accountants for the Debtors. Grant Thornton LLP currently has (or has previously had) connections or relationships in matters unrelated to these Chapter 11 Cases for the following entities or certain of their affiliates:

## Debtors

New Century Financial Corporation
New TRS Holdings, Inc.
New Century Mortgage Corporation
NC Capital Corporation
Home 123 Corporation
New Century Credit Corporation (f/k/a Wort Funding Inc.)
NC Asset Holding, L.P. (f/k/a NC Residual II Corporation)
NC Residential III Corporation
NC Residual IV Corporation
New Century R.E.O. Corp.
New Century R.E.O. II Corp.
New Century R.E.O. III Corp.
New Century Mortgage Ventures, LLC
NC Deltex, LLC
NCORAL, L.P.

## Large Shareholders of Debtors

Morgan Stanley
Morgan Stanley Capital Services

## Secured Creditors (UCC-1)

Ameritech Credit Corporation
Bank Leumi Leasing Corporation
Bank of America, NA
Bank of the West
Citigroup Global Markets Realty Corp
Credit Suisse First Boston Mortgage Capital LLC
Deutsche Bank Trust Company Americas
General Electric Capital Corporation
GMAC Commercial Finance LLC
Goldman Sachs Mortgage Company
Morgan Stanley Mortgage Capital Inc
NC Capital Corporation

# EXHIBIT B (continued)

This information is being provided in connection with the Affidavit of Gary A. Grush in support of the Application for Employment of Grant Thornton LLP as Tax Accountants for the Debtors. Grant Thornton LLP currently has (or has previously had) connections or relationships in matters unrelated to these Chapter 11 Cases for the following entities or certain of their affiliates:

### Secured Creditors (UCC-1) (Continued)

New Century Funding A
New Century Funding I
New Century Mortgage Securities Inc
Ropes & Gray LLP
Sterling Bank
The CIT Group/Entertainment Financing
U.S. Bank National Association
UBS Real Estate Securities, Inc.

### Top 50 Unsecured Creditors

Affiliated Computer Services
Bank of America, NA
Citigroup Global Markets Realty Corp.
Credit Suisse First Boston Mortgage Capital LLC
Deutsche Bank
Fiserv CCS
General Electric Capital Corporation
GMAC Commercial Financial LLC
Goldman Sachs Mortgage Company
HSBC Bank USA, N.A.
INDY MAC Bank, FSB
JP Morgan Chase Bank, NA
Lehman Brothers Bank FSB
Morgan Stanley Mortgage Capital Inc.
Pricewaterhouse Coopers LLP
Sprint
Suntrust
UBS Real Estate Securities, Inc.
Washington Mutual Banks, FA

### Debtor's Professionals

Heller Ehrman LLP
O'Melveny & Myers LLP
Skadden, Arps, Slate, Meagher & Flom