## EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | Re: Docket No. 5183 |

### ORDER GRANTING JOINT MOTION OF DEBTORS AND DEBTORS IN POSSESSION AND THEIR OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AND SECTIONS 105(a), 361, 362, AND 363 OF THE BANKRUPTCY CODE FOR APPROVAL OF STIPULATION OF GLOBAL SETTLEMENT RESOLVING DISPUTES WITH ADEQUATE PROTECTION PARTIES

This matter coming before the Court on the *Joint Motion of Debtors and Debtors in Possession and their Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 9019 and Sections 105(a), 361, 362, and 363 of the Bankruptcy Code for Approval of Stipulation of Global Settlement Resolving Disputes with Adequate Protection Parties* (the "Motion"); the Court having reviewed the Motion; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was adequate under the circumstances; and the Court having determined the legal and factual bases set forth in the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

RLF1-3265569-1

Motion establish just cause for the relief granted herein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

3. The Debtors and the Committee shall be, and hereby are, authorized to enter into the Settlement Agreement and to take all actions reasonably necessary to effectuate its terms and conditions.

4. Nothing in the Motion or this Order shall modify any provision of the Settlement Agreement, and in case of any conflict or inconsistency between this Order and the Settlement Agreement, the Settlement Agreement shall govern.

5. This Order shall be effective and enforceable immediately upon entry, and any stay that might otherwise be imposed by Federal Rule of Bankruptcy Procedure 4001(a) or 6004(h), or any other rule or provision of law shall not apply to the Settlement Agreement and is hereby waived.

6. This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.

Dated: _____, 2008
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE