**EXHIBIT A**

# Carlos Mendez
Time Sheet      Date: September 17, 2007

| Date | SubC | Time | Description |
|---|---|---|---|
| 3/15/07 | | 4 hours | - Lazard meeting |
| 3/16/07 | | 2.5 hours | - Worked on asset valuation |
| 3/26/07 | | 3.5 hours | - Draft NDA |
| 4/4/07 | | 2 hours | - Work on retention letter |
| 4/5/07 | | 2.5 hours | - Pitch book materials |
| 4/6/07 | | 1.5 hours | - Conf. calls with NC lawyers |
| 4/10/07 | | 2 hours | - Review retention application |
| 4/16/07 | | 4 hours | - Valuations meeting with RMBS team |
| 4/18/07 | | 2 hours | - Internal ICP meetings |
| 4/19/07 | | 1 hours | - Pitch book materials |
| 4/24/07 | | 2 hours | - Conf. call with Lazard |
| 5/2/07 | | 3 hours | - Review assets for auctions |
| 6/4/07 | | 2 hours | - Conf. calls with NC lawyers |
| 6/5/07 | | 4 hours | - Meetings with Lazard |
| 6/6/07 | | 3 hours | - Internal ICP meetings |
| 6/7/07 | | 5 hours | - Development of presentations |
| 6/8/07 | | 2.5 hours | - Initial build out of model with RMBS rteam |
| 6/11/07 | | 3 hours | - Valuations meeting with RMBS team |
| 6/12/07 | | 5 hours | - Building of model |
| 6/13/07 | | 4.5 hours | - Conf. calls with Lazard |
| 6/14/07 | | 3 hours | - Conf. calls with NC lawyers |
| 6/15/07 | | 4.5 hours | - Building of model |
| 6/18/07 | | 3 hours | - Internal ICP conf. call |
| 6/19/07 | | 3 hours | - Discussions with Lazard |
| 6/20/07 | | 3 hours | - Internal ICP meetings |
| 6/21/07 | | 4 hours | - Meeting with ICP RMBS team to discuss strategies |
| 6/22/07 | | 3 hours | - Strategic planning for Mike Flynn's business trip |
| 6/25/07 | | 3 hours | - Valuations meeting with RMBS team |
| 6/25/07 | | 3 hours | - Conference calls with Lazard |
| 6/26/07 | | 2.5 hours | - Meetings with RMBS team |
| 6/27/07 | | 2 hours | - Meetings with Lazard |
| 6/29/07 | | 2 hours | - Conference Calls with Lazard |
| 7/5/07 | | 4 hours | - ICP engagement letter |
| 7/6/07 | | 2 hours | - Presentation preparations/meetings |
| 7/6/07 | | 4 hours | - ICP engagement letter |
| 7/8/07 | | 2 hours | - Marketing Materials |

Total: 107 hours

# Douglas Oh

Time Sheet          Date: September 17, 2007

| Date     | SubC | Time    | Description            |
|----------|------|---------|------------------------|
| 07/5/07  |      | 7 hours | - ICP engagement letter |
| 07/6/07  |      | 2 hours | - ICP engagement letter |
| 07/8/07  |      | 3 hours | - Marketing Materials   |
| 11/30/07 |      | 1 hour  | - Collecting Time sheets |
| 12/3/07  |      | .5 hour | - Time sheets           |

Total: 13 5 hours

# Mike Flynn
Time Sheet          Date: August 13, 2007

| Date | SubC | Time | Description |
|---|---|---|---|
| 04/03/07 | | 12 hours | Travel Day (NYC to California) |
| 04/04/07 | | 12 hours | Travel Day (California to NYC) |
| 04/05/07 | | 2 hours | - Met w/ Pranav Popat briefed on situation |
| 04/05/07 | | 2 hours | - Reviewed Lazard Pitch Book and gave comments |
| 04/06/07 | | 4 hours | - Worked with Lazard<br>- Went through new draft of pitch book<br>- Discussed strategy for pitch book<br>- Worked on list of items to be provided in data room |
| 04/06/07 | | 2 hours | - Met Warren Licata<br>- John Hatch (NC) and discussed marketing REIT and Non-REIT assets<br>- Went over what was available and could be provide to ICP |
| 04/09/07 | | 8 hours | - Worked through REIT and Non-REIT assets:<br>  - Developed templates to show performance of REIT and Non- REIT assets<br>  - Began developing prepayment and default assumptions for assets |
| 04/10/07 | | 8 hours | - Worked through REIT and Non-REIT assets:<br>  - Developed templates to show performance of REIT and Non- REIT assets<br>  - Began developing prepayment and default assumptions for assets |
| 04/11/07 | | 8 hours | - Worked through REIT and Non-REIT assets:<br>  - Developed templates to show performance of REIT and Non- REIT assets<br>  - Began developing prepayment and default assumptions for assets |
| 04/12/07 | | 8 hours | - Worked through REIT and Non-REIT assets:<br>  - Developed templates to show performance of REIT and Non- REIT assets<br>  - Began developing prepayment and default assumptions for assets |
| 04/13/07 | | 8 hours | - Worked through REIT and Non-REIT assets:<br>  - Developed templates to show performance of REIT and Non- REIT assets<br>  - Began developing prepayment and default assumptions for assets |
| | | | |
| 04/30/07 | | 8 hours | Ran analysis on all REIT and Non-REIT Residual assets for Morgan Stanley Auction<br>- Yield Durations, Cum Loss, 50 scenarios for 15 deals<br>- Trigger Analysis<br>- Historical Prepayments, Projected Prepayments |
| 05/01/07 | | 8 hours | Ran analysis on all REIT and Non-REIT Residual assets for Morgan Stanley Auction<br>- Yield Durations, Cum Loss, 50 scenarios for 15 deals<br>- Trigger Analysis<br>- Historical Prepayments, Projected Prepayments |

| Date | | Hours | Description |
|---|---|---|---|
| 05/02/07 | | 8 hours | Ran analysis on all REIT and Non-REIT Residual assets for Morgan Stanley Auction<br>- Yield Durations, Cum Loss, 50 scenarios for 15 deals<br>- Trigger Analysis<br>- Historical Prepayments, Projected Prepayments |
| 05/03/07 | | 8 hours | Ran analysis on all REIT and Non-REIT Residual assets for Morgan Stanley Auction<br>- Yield Durations, Cum Loss, 50 scenarios for 15 deals<br>- Trigger Analysis<br>- Historical Prepayments, Projected Prepayments |
| 05/04/07 | | 8 hours | Ran analysis on all REIT and Non-REIT Residual assets for Morgan Stanley Auction<br>- Yield Durations, Cum Loss, 50 scenarios for 15 deals<br>- Trigger Analysis<br>- Historical Prepayments, Projected Prepayments |
| 05/07/07 | | 8 hours | Ran analysis on all REIT and Non-REIT Residual assets for Morgan Stanley Auction<br>- Yield Durations, Cum Loss, 50 scenarios for 15 deals<br>- Trigger Analysis<br>- Historical Prepayments, Projected Prepayments |
| 05/17/07 | | 10 hours | Meetings regarding New Century's servicing business at lawyers office |
| 05/18/07 | | 10 hours | Over saw auction at lawyers office |

Total: 142 hours

# Thomas Priore
Time Sheet          Date: September 17, 2007

| Date | SubC | Time | Description |
|---|---|---|---|
| 3/15/07 | | 4 hours | - Lazard meeting to discuss our services |
| 3/16/07 | | 2.5 hours | - Conf. call with our legal and directors |
| 4/4/07 | | 1 hour | - Review of retention letter |
| 4/5/07 | | 2.5 hours | - Review pitch book materials |
| 4/6/07 | | 1.5 hours | - Conf. calls with NC lawyers |
| 4/10/07 | | 2 hours | - Review retention application |
| 4/16/07 | | 4 hours | - Valuations meeting with RMBS team |
| 4/18/07 | | 2 hours | - Internal ICP meetings |
| 4/19/07 | | 1 hours | - Pitch book materials |
| 4/24/07 | | 2 hours | - Conf. call with Lazard |
| 5/2/07 | | 3 hours | - Review assets for auctions |
| 6/4/07 | | 2 hours | - Conf. calls with NC lawyers |
| 6/5/07 | | 4 hours | - Meetings with Lazard |
| 6/6/07 | | 3 hours | - Internal ICP meetings discussing valuations |
| 6/7/07 | | 5 hours | - Development of presentations |
| 6/8/07 | | 2.5 hours | - Initial review of model with RMBS team |
| 6/11/07 | | 3 hours | - Valuations meeting with RMBS team |
| 6/13/07 | | 4.5 hours | - Conf. calls with Lazard |
| 6/14/07 | | 3 hours | - Conf. calls with NC lawyers |
| 6/15/07 | | 4.5 hours | - Valuations meeting with RMBS team |
| 6/18/07 | | 3 hours | - Internal ICP conf. call |
| 6/19/07 | | 3 hours | - Discussions with Lazard |
| 6/20/07 | | 3 hours | - Internal ICP meetings |
| 6/21/07 | | 4 hours | - Meeting with ICP RMBS team to discuss strategies |
| 6/22/07 | | 3 hours | - Strategic planning for Mike Flynn's business trip |
| 6/25/07 | | 3 hours | - Valuations meeting with RMBS team |
| 6/25/07 | | 3 hours | - Conference calls with Lazard |
| 6/26/07 | | 2.5 hours | - Meetings with RMBS team |
| 6/27/07 | | 2 hours | - Meetings with Lazard |
| 6/29/07 | | 2 hours | - Conference Calls with Lazard |
| 7/5/07 | | 4 hours | - ICP engagement letter |
| 7/6/07 | | 2 hours | - Presentation preparations/meetings |
| 7/6/07 | | 4 hours | - ICP engagement letter |
| 7/8/07 | | 2 hours | - Marketing Materials |

Total: 97.5 hours

# Dom Savino
Time Sheet          Date: September 17, 2007

| Date | SubC | Time | Description |
|---|---|---|---|
| 03/26/07 | | 5 hours | - Pitch Book for ICP Consulting services for New Century /Lazard |
| | | 3 hours | - Review pitch book and presentation materials for Lazard meeting |
| 04/04/07 | | 3 hours | - Reviewed NDA with Peter Gaudet (ICP) |
| | | 4.5 hour | -prepare and review of retention agreement from Chris Samis @RLF |
| | | 3.5 hours | -Draft ICP retention letter |
| 04/05/07 | | 3 hours | - further review and NDA and prepare Peter Gaudet (ICP) for telephone call with OMM |
| 04/06/07 | | 4 hours | - review Michael Flynns initial draft on residual asset valuation templates |
| 04/10/07 | | 4 hours | - review and revise continuing work on asset valuation templates |
| 04/16/07 | | 3.5 hours | - revise ICP engagement letter |
| 04/18/07 | | 3 hours | - review of engagement agreement with OMM and begin draft of press release |
| 04/19/07 | | 4 hours | - draft conflict report and retention agreement and employment application and return to Chris Samis at RLF |
| 04/24/07 | | 3.5 hours | Research and revise Bio section of retention application to mitigate conflict of interest due to previous employment of participants |
| 04/26/07 | | 3.5 hours | Review and revision of retention application to incorporate fee payment changes with RLF |
| 05/02/07 | | 3.5 hours | Review analysis on all REIT and Non-REIT Residual assets for Morgan Stanley Auction |
| 05/07/07 | | 3 hours | Review MS final analysis and disclaimer language specific to ICP involvement before 5/8 bid date |
| 05/08/07 | | 2.5 hours | Review MS auction bids vs ICP valuation levels examine difference to ascertain mythology differences |
| 05/23/07 | | 1.5 hour | Review OUST comments re: ICP retention application with Chris Samis RLF |
| 6/12/2007 | | 3 hours | Prepare for and participate in Teleconference re ICP retention application |
| 6/13/2007 | | 1 hour | Call with Ari Lefkovits re UCC objections to retention |
| 6/26/2007 | | 2 hour | Prepare for and discuss revision of ICP fees with Michael Merchant at RLF |

| Date | SubC | Time | Description |
|---|---|---|---|
| 06/28/07 | | 3.5 hour | Review proposed lower fee and present to ICP LLC senior management |
| 8/02/2007 | | 1 hour | Email review and time sheet format change from Chris Samis at RLF |
| 8/29/2007 | | .5 hour | email review with Chris Samis re timesheet status |
| 9/13/2007 | | .5 hour | Email receipt and review of revised application for retention |
| 09/26/07 | | 2.5 hours | Timesheet creation |

Total: 72 hours

RLF1-3256417-1

# Aamer Aabdullah
Time Sheet          Date: August 13, 2007

| Date | SubC | Time | Description |
|---|---|---|---|
| 04/09/07 | | 8 hours | - Worked through REIT and Non-REIT assets:<br>  - Developed templates to show performance of REIT and Non- REIT assets<br>  - Began developing prepayment and default assumptions for assets |
| 04/10/07 | | 8 hours | - Worked through REIT and Non-REIT assets:<br>  - Developed templates to show performance of REIT and Non- REIT assets<br>  - Began developing prepayment and default assumptions for assets |
| 04/11/07 | | 8 hours | - Worked through REIT and Non-REIT assets:<br>  - Developed templates to show performance of REIT and Non- REIT assets<br>  - Began developing prepayment and default assumptions for assets |
| 04/12/07 | | 8 hours | - Worked through REIT and Non-REIT assets:<br>  - Developed templates to show performance of REIT and Non- REIT assets<br>  - Began developing prepayment and default assumptions for assets |
| 04/13/07 | | 8 hours | - Worked through REIT and Non-REIT assets:<br>  - Developed templates to show performance of REIT and Non- REIT assets<br>  - Began developing prepayment and default assumptions for assets |
| 04/20/07 | | 2 hours | - Conference Call with Lazard<br>- Conference Call with Watershed Asset Mgt. |
| 04/23/07 | | 1 hour | Call with Watershed |
| 04/24/07 | | 0.5 hour | Call with Lazard |
| 04/28/07 | | 1 hour | Call with Morgan Stanley |
| 04/30/07 | | 2 hours | Meeting at Morgan Stanley |
| 04/30/07 | | 8 hours | Ran analysis on all REIT and Non-REIT Residual assets for Morgan Stanley Auction<br>- Yield Durations, Cum Loss, 50 scenarios for 15 deals<br>- Trigger Analysis<br>- Historical Prepayments, Projected Prepayments |
| 05/01/07 | | 4 hours | Meeting at OMM in preparation for LNFA and residual auction |
| 05/02/07 | | 12 hours | - LNFA and Residual auction at OMM |
| 05/03/07 | | 6 hours | Ran analysis on all REIT and Non-REIT Residual assets for Morgan Stanley Auction<br>- Yield Durations, Cum Loss, 50 scenarios for 15 deals<br>- Trigger Analysis<br>- Historical Prepayments, Projected Prepayments |
| 05/03/07 | | 3 hours | Meeting at Lazard regarding the servicing platform |
| 05/04/07 | | 1 hour | Conference Call to discuss loan auction |
| 05/04/07 | | 8 hours | Ran analysis on all REIT and Non-REIT Residual assets for Morgan Stanley Auction<br>- Yield Durations, Cum Loss, 50 scenarios for 15 deals<br>- Trigger Analysis |

| | | | - Historical Prepayments, Projected Prepayments |
|---|---|---|---|
| 05/07/07 | | 8 hours | Ran analysis on all REIT and Non-REIT Residual assets for Morgan Stanley Auction<br>- Yield Durations, Cum Loss, 50 scenarios for 15 deals<br>- Trigger Analysis<br>- Historical Prepayments, Projected Prepayments |
| 05/08/07 | | 1 hour | Conference Call with MS |
| 05/11/07 | | 1 hour | Call to discuss bidder requests |
| 05/15/07 | | 1 hour | Call to discuss securities auction MS |
| 05/14/07 | | 1 hour | Call with Lazard to discuss Servicing |
| 05/09/07 | | 1 hour | Conference Call with MS |
| 05/17/07 | | 10 hours | Meetings regarding New Century's servicing business at lawyers office |
| 05/18/07 | | 10 hours | Over saw auction at lawyers office |
| | | | |

Total: 121.5 hours

# TOTAL HOURS: 553.5

| | |
|---|---|
| Grand Total | $200,000.00 |
| Total Hours | 553.5 |
| Agreed Upon Flat Fee Amount | $200,000.00 |

Dated: January 28, 2008
       New York, New York

2

RLF1-3256417-1