**EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, <u>et al.</u>,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | Re: Docket No. _____ |
| | : | |
| | : | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF ICP CONSULTING LLC
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS ASSET VALUATION
SPECIALISTS FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR
<u>THE PERIOD FROM APRIL 2, 2007 THROUGH SEPTEMBER 26, 2007</u>**

ICP Consulting LLC ("ICP"), having filed its First and Final Application of ICP
for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as
Asset Valuation Specialists for the Debtors and Debtors in Possession for the Period From April
2, 2007 through and including September 26, 2007 (the "Final Application"); and the Court
having reviewed the Final Application; and the Court having been satisfied that sufficient notice
of the Final Application has been provided pursuant to the Court's Administrative Order

---

[1]  The debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan com, Anyloan com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L P (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R E O Corp, a California corporation; New Century R E O II Corp, a California corporation; New Century R E O III Corp, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L P, a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation

Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 25, 2007 [Docket No. 389] (the "Administrative Order") (the "Administrative Order"), and that no other or further notice is required, and the Court having afforded all persons with standing an opportunity to be heard on the Final Application at a hearing held to consider approval of the Final Application;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.    The Final Application is GRANTED.

2.    Capitalized terms not otherwise defined herein have the meaning given to them in the Final Application.

3    ICP is awarded, on a final basis, the sum of $200,000 as compensation for necessary professional services for the period April 2, 2007 through September 26, 2007.

4.    This Court retains jurisdiction to interpret, implement and enforce the provisions of this Order.

Dated: _____, 2008
        Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

2

RLF1-3256417-1