IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |

**CERTIFICATION OF COUNSEL RE: AGREED SCHEDULING ORDER BETWEEN THE DEBTORS AND THE AD HOC COMMITTEE OF PARTICIPANTS IN THE NEW CENTURY FINANCIAL CORPORATION DEFERRED COMPENSATION PLAN AND/OR SUPPLEMENTAL EXECUTIVE RETIREMENT/SAVINGS PLAN**

The undersigned hereby certifies as follows:

On March 5, 2008 and March 17, 2008, the Court held a hearing (the "Hearing") on the *Disclosure Statement for the First Amended Joint Chapter 11 Plan of Liquidation for the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 (and as subsequently amended March 11, 2008)*. At the Hearing, the Ad Hoc Committee of Participants in the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan (the "Ad Hoc Committee") raised certain concerns as to the confirmability of the *First Amended Joint Chapter 11 Plan of Liquidation for the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008* [Docket No. 5405] (the "Plan"). The Court directed the above captioned debtors and debtors-

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

in-possession (the "Debtors"), the Ad Hoc Committee and the Official Committee of Unsecured Creditors (the "Committee," and together with the Debtors and the Ad Hoc Committee, the "Parties") to draft an agreed scheduling order setting forth certain discovery deadlines with respect to the Ad Hoc Committee's concerns. Accordingly, the Parties discussed and agreed to an appropriate schedule for discovery in relation to these disputes and are prepared to submit a proposed agreed form of order (the "Proposed Order") setting forth their agreement.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as <u>Exhibit 1</u>, at its earliest convenience.

Respectfully submitted,

Dated: March 25, 2008
      Wilmington, Delaware

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
- and -
Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION