IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                            :
                                                  :
NEW CENTURY TRS HOLDINGS, INC.,                   : Chapter 11
a Delaware Corporation, et al.,                   :
                                                  : Case No. 07-10416 (KJC)
                               Debtors.           :
                                                  : Jointly Administered
                                                  :
                                                  :
------------------------------------------------------------x

## VERIFICATION

DISTRICT OF COLUMBIA ) ss.:

Michael J. Missal, having been duly sworn according to law, deposes and says as follows:

1. I am the Court-approved Examiner in the above-captioned Chapter 11 cases, and I have been admitted *pro hac vice* to appear before this Court in this matter.

2. I am familiar with the work I performed as Examiner during the Eighth Monthly Period.

3. I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the requirements of Del. Bankr. L. R. 2016-2 and the Fee Procedures Order, and I believe that the Application is in compliance therewith.

_____
Michael J. Missal

SWORN AND SUBSCRIBED to before
me this 25 day of March, 2008

_____
NOTARY PUBLIC
District of Columbia
My Commission Expires:

CAROL L. MICHAELSEN
NOTARY PUBLIC
District of Columbia
My Commission Expires April 14, 2010

12