# EXHIBIT A

# K&L | GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030

T 212.536.3900    www.klgates.com

March 17, 2008

Michael J. Missal
1601 K Street, NW
Washington, DC 20036

Our File Number    :    0309077.00100
Invoice            :    1778447
Services Through   :    February 29, 2008

**New Century Examiner**

Tax Identification Number 25 0921018

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/01/08 | M. J. Missal | 10.50 | Review various sections of report (6.3); various communications with team on status and strategy (1.5); review interview memos (2.7) | 8,137.50 |
| 02/02/08 | M. J. Missal | 6.30 | Review sections of report | 4,882.50 |
| 02/03/08 | M. J. Missal | 2.10 | Conference with team on status (.6); review sections of report (1.5) | 1,627.50 |
| 02/04/08 | M. J. Missal | 7.00 | Review and revise sections of report | 5,425.00 |
| 02/05/08 | M. J. Missal | 14.10 | Meeting with team on causes of action (1.2); various communications with team on status and strategy (2.2); review sections of report (10.7) | 10,927.50 |
| 02/06/08 | M. J. Missal | 12.40 | Various communications with team on status and strategy (3.8); review various sections of report (8.6) | 9,610.00 |
| 02/07/08 | M. J. Missal | 12.60 | Review interview memos (1.1); various communications with team on status and strategy (2.8); review sections of report (8.7) | 9,765.00 |
| 02/08/08 | M. J. Missal | 11.40 | Various communications with team on status and stategy (3.6); review various sections of report (7.8) | 8,835.00 |
| 02/09/08 | M. J. Missal | 9.20 | Review various sections of report (7.8); various communications with team (1.4) | 7,130.00 |

# K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/10/08 | M. J. Missal | 11.20 | Review various sections of report (9.7); numerous communications with team on status and strategy (1.5) | 8,680.00 |
| 02/11/08 | M. J. Missal | 13.60 | Meeting with team on report (5.4); various communications with team on status and strategy (1.1); review various sections of report (7.1) | 10,540.00 |
| 02/12/08 | M. J. Missal | 13.30 | Meeting with team on report (6.5); review various sections of report (5.4); communications with team on status and strategy (1.4) | 10,307.50 |
| 02/13/08 | M. J. Missal | 12.10 | Review various sections of report (9.6); various communications with team on status and strategy (2.5) | 9,377.50 |
| 02/14/08 | M. J. Missal | 13.10 | Various communications with team on status and strategy (2.6); review various sections of report (8.2); review accounting and background materials (2.3) | 10,152.50 |
| 02/15/08 | M. J. Missal | 12.20 | Various communications with team on status and strategy (2.6); review various sections of report (7.3); review accounting documents (2.3) | 9,455.00 |
| 02/16/08 | M. J. Missal | 11.40 | Review various sections of report (11.4) | 8,835.00 |
| 02/17/08 | M. J. Missal | 13.30 | Review and revise various sections of report (11.2); various communications with team on status and strategy (2.1) | 10,307.50 |
| 02/18/08 | M. J. Missal | 11.90 | Various communications with team (2.1); review sections of report (9.8) | 9,222.50 |
| 02/19/08 | M. J. Missal | 15.20 | Review various sections of report (11.8); communications with team on status and strategy (3.4) | 11,780.00 |
| 02/20/08 | M. J. Missal | 12.90 | Telephone call with Creditors Committee (.7); review various sections of the report (9.4); various communications with team on status and strategy (2.8) | 9,997.50 |

# K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/21/08 | M. J. Missal | 13.30 | Various communications with team on status and strategy (3.5); review various sections of report (9.8) | 10,307.50 |
| 02/22/08 | M. J. Missal | 12.20 | Various communications with team on status and strategy (2.4); review various sections of report (9.8) | 9,455.00 |
| 02/23/08 | M. J. Missal | 11.90 | Review various sections of report | 9,222.50 |
| 02/24/08 | M. J. Missal | 13.80 | Review various sections of report | 10,695.00 |
| 02/25/08 | M. J. Missal | 15.10 | Various communications with team (2.8); review sections of report (10.3); meeting with counsel for outside directors (2.0) | 11,702.50 |
| 02/26/08 | M. J. Missal | 18.30 | Meeting with U.S. Trustee (1.0); various communications with team (3.8); review sections of report (13.5) | 14,182.50 |
| 02/27/08 | M. J. Missal | 17.30 | Various communications with team (4.2); review various sections of report (13.1) | 13,407.50 |
| 02/28/08 | M. J. Missal | 15.60 | Various communications with team (3.9); review various sections of report (11.7) | 12,090.00 |
| 02/29/08 | M. J. Missal | 12.10 | Various communications with team on status (3.2); review and finalize report (8.9) | 9,377.50 |
| | | TOTAL FEES | | $ 275,435.00 |

| M. J. Missal | | 355.40 hrs at $ 775 / hr | $275,435.00 |
|---|---|---|---|
| | TOTAL FEES | 355.40 hrs | $ 275,435.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Air Fare | 442.50 |
| DISBURSEMENTS & OTHER CHARGES | $ 442.50 |

-3-

# K&L|GATES

### OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 08/24/07 | 1688275 | 49,668.30 | 0.00 | 49,668.30 |
| 09/25/07 | 1701721 | 34,425.90 | 0.00 | 34,425.90 |
| 10/26/07 | 1712432 | 26,713.35 | 0.00 | 26,713.35 |
| 11/21/07 | 1726730 | 35,182.80 | 0.00 | 35,182.80 |
| 12/21/07 | 1740352 | 34,647.75 | 0.00 | 34,647.75 |
| 01/25/08 | 1753700 | 32,011.65 | 0.00 | 32,011.65 |
| 02/25/08 | 1766468 | 191,184.75 | 1,045.65 | 192,230.40 |
| | OUTSTANDING BALANCE | | | $ 404,880.15 |

K&L|GATES

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 275,435.00 |
| Fee Discount | $ (27,543.50) |
| Total Fees | $ 247,891.50 |
| Disbursements and Other Charges | $ 442.50 |
| **CURRENT INVOICE DUE** | **$ 248,334.00** |
| Past Due Invoices * | $ 404,880.15 |
| **TOTAL AMOUNT DUE** | **$ 653,214.15** |

\* Does not include payments received after 3/17/08.