# **EXHIBIT B**

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (7) 7

Proforma Number: 1341048
Invoice Number: 1778447
Client: New Century Examiner, Michael J. Missal
Matter Description: New Century Examiner

17 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309077.00100

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14260484 | 35h | 03216 | 26 Feb 2008 | Air Fare - American Express - Strip - AmEx 01/29/08 - Missal, Michael - 01/03/08 - Long Beach<br>Voucher # 989849   Check # 1049134 | 442.50 | 442.50 | 1 |
| | | | | Subtotal Air Fare | 442.50 | 442.50 | |
| | | | | TOTAL DISBURSEMENTS AND OTHER CHARGES | 442.50 | 442.50 | |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (8) 8

Proforma Number: 1341048
Invoice Number: 1778447
Client: New Century Examiner, Michael J. Missal
Matter Description: New Century Examiner

17 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309077.00100

### DISBURSEMENTS & OTHER CHARGES SUMMARY

| CODE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT |
|---|---|---|---|
| 35h | Air Fare | 442.50 | 442.50 |
| | TOTAL DISBURSEMENTS AND OTHER CHARGES | 442.50 | 442.50 |