IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                                    : Chapter 11
                                                          :
NEW CENTURY TRS HOLDINGS, INC.,                           : Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,                           :
                                                          : Jointly Administered
                    Debtors.[1]                           :
                                                          : Objection Deadline:
                                                          : April 14, 2008 at 4:00 p.m.
---------------------------------------------------------x

**NOTICE OF EIGHTH MONTHLY APPLICATION OF MICHAEL J. MISSAL,
THE COURT-APPROVED EXAMINER, FOR ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES INCURRED
FROM FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008**

PLEASE TAKE NOTICE that Michael J. Missal, the Court-approved Examiner (the

"Applicant"), has filed today the attached **Eighth Monthly Application of Michael J. Missal,**

**the Court-Approved Examiner, for Allowance of Compensation for Professional Services**

**Rendered and for Reimbursement of Expenses Incurred from February 1, 2008 Through**

**February 29, 2008** (the "Application") with the United States Bankruptcy Court for the District

of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy

Court").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California Corporation.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Administrative Order") dated April 24, 2007, and must be filed with the Clerk of the Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by: (i) the Examiner's counsel, Kirkpatrick & Lockhart Preston Gates Ellis LLP, 599 Lexington Avenue, New York, New York 10022 (Attn: Edward M. Fox, Esq.) and Saul Ewing LLP, 222 Delaware Avenue, P.O. Box 1266, Wilmington, Delaware 19899-1266 (Attn: Mark Minuti, Esq.), (ii) the Debtors, New Century Mortgage Corporation, 3337 Michelson Drive, Suite CN-350, Irvine, CA 92612 (Attn: Monika L. McCarthy, Esq.); (iii) counsel for the Debtors, O'Melveny & Myers LLP, 400 S. Hope Street, Los Angeles, California 90071 (Attn: Suzzanne Uhland, Esq. and Emily Culler, Esq.) and Richards, Layton & Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, Delaware 19899 (Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.; (iv) the Debtors' crisis managers, AP Services, LLC, 9 West 57th Street, Suite 3420, New York, New York (Attn: Holly Felder Etlin); (v) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Joseph McMahon, Esq.); (vi) counsel to the Debtors' post-petition senior secured lenders, Kirkland & Ellis LLP, 777 South Figueroa Street, Los Angeles, California 90017-5800 (Attn: Bennett L. Spiegel, Esq. and Shirley S. Cho, Esq.); (vii) counsel to the Official Committee of Unsecured Creditors, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801 (Attn: Bonnie Glantz Fatell, Esq.) and Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn: Mark S. Indelicato, Esq.) (collectively, the "Notice Parties") so as

\557613.1 3/25/08

to be <u>received</u> no later than **April 14, 2008 at 4:00 p.m.** (the "Objection Deadline"). Only those objections that are timely filed, served and received will be considered by the Court.

PLEASE TAKE FUTHER NOTICE that if no objections are received by the Notice Parties prior to the Objection Deadline, in accordance with the Administrative Order, the Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of the expenses requested in the Application or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court. If an objection is properly filed and served and such objection is not otherwise resolved, or the Court determines that a hearing should be held in respect of the Application, a hearing will be held at a time convenient to the Court. Only those objections made in writing and timely filed, served and received in accordance with the Administrative Order will be considered by the Court at the hearing.

Dated: Wilmington, Delaware
March 25, 2008

SAUL EWING LLP

By: /s/ Mark Minuti
Mark Minuti, Esq. (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6800

-and-

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
Edward M. Fox, Esq.
A Member of the Firm
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Michael J. Missal, Examiner

3

\557613.1 3/25/08