IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x

In re:                                                    :   Chapter 11
                                                          :
NEW CENTURY TRS HOLDINGS, INC.,                           :   Case No. 07-10416 (KJC)
a Delaware Corporation, et al.,                           :
                                                          :   Jointly Administered
                            Debtors.                      :
                                                          :   Objection Deadline:
                                                          :   April 14, 2008 at 4:00 p.m.

-----------------------------------------------------------x

## EIGHTH MONTHLY APPLICATION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP, COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008, INCLUDING REQUEST FOR LIMITED WAIVER OF INFORMATION REQUIREMENTS OF LOCAL BANKRUPTCY RULE 2016-2(d)

Name of Applicant:  **Kirkpatrick & Lockhart Preston Gates Ellis LLP**

Authorized to Provide Professional Services to:  **Michael J. Missal, Examiner**

Date of Retention:  **July 25, 2007, *nunc pro tunc* to June 1, 2007**

Period for Which Compensation and Reimbursement is Sought:  **February 1, 2008 through February 29, 2008**

Amount of Compensation Sought as Actual, Reasonable and Necessary:  **$1,333,948.68 (80% of $1,667,435.85[1])**

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:  **$ 51,470.12**

This is a:     **X** monthly     ___ interim     ___ final application.

The total time expended for fee application preparation during the Eighth Monthly Period is approximately 41.0 hours and the corresponding compensation requested is approximately $12,691.80.[1]

---

[1] Reflects K&L Gates' voluntary ten percent (10%) reduction of its fees for this matter.

Prior Applications:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Date Filed: 8/24/07 Docket No. 2572 | 6/1/07–7/29/07 | $1,372,266.36 (80% of $1,715,332.95) | $54,844.68 | $1,372,266.36 | $54,844.68 |
| Date Filed: 9/25/07 Docket No. 3060 | 8/1/07-8/29/07 | $1,321,472.20 (80% of $1,651,840.26) | $68,086.20 | $1,321,472.20 | $68,086.20 |
| Date Filed: 10/26/07 Docket No. 3434 | 9/1/07-9/30/07 | $1,277,253.96 (80% of $1,596,567.45) | $59,187.10 | $1,277,253.96 | $59,187.10 |
| Dated Filed: 11/21/07 Docket No. 3930 | 10/1/07–10/29/07 | $1,579,162.36 (80% of $1,973,952.95) | $56,574.53 | $1,579,162.36 | $56,574.53 |
| Dated Filed: 12/21/07 Docket No. 4188 | 11/1/07–11/30/07 | $1,306,044.63 (80% of $1,632,555.78) | $51,419.50 | $1,306,044.63 | $51,419.50 |
| Dated Filed: 1/25/08 Docket No. 4709 | 12/1/07-12/31/07 | $1,130,861.62 (80% of $1,413,577.03) | $69,114.08 | $1,130,861.62 | $69,114.08 |
| Dated Filed: 2/25/08 Docket No. 5034 | 1/1/08-1/31/08 | $1,176,604.92 (80% of $1,470,756.15) | $62,743.40 | $1,176,604.92$^2$ | $62,743.40 |

---

[2] As of the date of this Application, K&L Gates has not received payment from the Debtors on account of K&L Gates' fees and expenses incurred pursuant to its Seventh Monthly Application although the objection deadline has passed and there have been no objections to the payment of the Seventh Monthly Application.

## ATTACHMENT B
## TO FEE APPLICATION

The following is a summary of the fees incurred by K&L Gates during the period covered by this Eighth Monthly Fee Application:

| Name of Professional Person | Position of the Applicant, Number of Years in that Position[3], Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Jeffrey L. Bornstein | Partner; Joined K&L Gates in 2005; Practice Area(s): White Collar Crime; Commercial Litigation | Member of the CA Bar since 1981 | $590.00 | 3.3 | $1,947.00 |
| David T. Case | Partner; Joined K&L Gates in 1984; Practice Area(s): Commercial Litigation | Member of the MI Bar since 1979 | $650.00 | 117.3 | $76,245.00 |
| Edward J. Fishman | Partner; Joined K&L Gates in 2001; Practice Area(s): Internal Investigations | Member of the MD Bar since 1996 and the DC Bar since 1998 | $550.00 | 184.3 | $101,365.00 |
| Edward M. Fox | Partner; Joined K&L Gates in 2004; Practice Area(s): Bankruptcy / Insolvency | Member of the MA Bar since 1985 and the NY Bar since 1986 | $850.00 | 34.6 | $29,410.00 |

---

[3] For some K&L Gates' personnel, the year in which they joined K&L Gates indicates the year in which they joined a predecessor firm by merger.

| Name of Professional Person | Position of the Applicant, Number of Years in that Position[3], Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| John E. Garda | Partner; Joined K&L Gates in 1995; Practice Area(s): Securities Enforcement; Commercial Litigation | Member of the TX Bar since 1995 and the ILL Bar since 1993 | $450.00 | 23.9 | $10,755.00 |
| Beth L. Golden | Partner; Joined K&L Gates in 2008; Practice Area(s): Internal Investigations; Securities Enforcement | Member of the NY Bar since 1998 | $750.00 | 14.5 | $10,875.00 |
| Rebecca L. Kline Dubill | Partner; Joined K&L Gates in 1998; Practice Area(s): Securities Enforcement | Member of the MD Bar since 1998 and the DC Bar since 1999 | $485.00 | 290.3 | $140,795.50 |
| Lawrence C. Lanpher | Partner; Joined K&L Gates in 1975; Practice Area(s): Commercial Litigation; Internal Investigations | Member of the DC Bar since 1975 | $650.00 | 223.3 | $145,145.00 |
| Walter P. Loughlin | Partner; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation; Securities Enforcement | Member of the CT Bar since 1977 and the NY Bar since 1999 | $825.00 | 85.4 | $70,455.00 |

4

| Name of Professional Person | Position of the Applicant, Number of Years in that Position[3], Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Bruce H. Nielson | Partner; Joined K&L Gates in 1987; Practice Area(s): Commercial Transactions; Corporate; E-Commerce | Member of the VA Bar since 1987 and the DC Bar since 1988 | $570.00 | 150.3 | $85,671.00 |
| Brian Ochs | Partner; Joined K&L Gates in 1984; Practice Area(s): Securities Enforcement | Member of the DC Bar since 1988 | $650.00 | 72.1 | $46,865.00 |
| Thomas W. Paxton | Partner; Joined K&L Gates in 1998; Practice Area(s): Commercial Litigation; Bankruptcy / Insolvency | Member of the TX Bar since 1998 | $340.00 | 1.5 | $510.00 |
| Laurence E. Platt | Partner; Joined K&L Gates in 1995; Practice Area(s): Mortgage Banking & Consumer Credit | Member of the DC Bar since 1982 | $700.00 | 12.1 | $8,470.00 |
| Michael J. Quinn | Partner; Joined K&L Gates in 2000; Practice Area(s): Securities Enforcement; Commercial Litigation | Member of the CA Bar since 1998 | $510.00 | 240.2 | $122,502.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position[3], Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Glenn R. Reichardt | Partner; Joined K&L Gates in 1984; Practice Area(s): Securities Enforcement; Internal Investigations | Member of the DC Bar since 1977 | $675.00 | 263.7 | $177,997.50 |
| Stephen G. Topetzes | Partner; Joined K&L Gates in 1988; Practice Area(s): Securities Enforcement; Internal Investigations | Member of the WI Bar since 1988 and the DC Bar since 1990 | $675.00 | 203.1 | $137,092.50 |
| David Weitman | Partner; Joined K&L Gates in 1985; Practice Area(s): Bankruptcy / Insolvency; Finance | Member of the TX Bar since 1985 and the OH Bar since 1981 | $525.00 | 2.0 | $1,050.00 |
| | | | **PARTNER TOTALS** | **1,921.9** | **$1,167,150.50** |
| Kevin S. Asfour | Associate; Joined K&L Gates in 2003; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2003 | $425.00 | 98.3 | $41,777.50 |
| Brent E. Basden | Associate; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation | Member of the TX Bar since 2006 | $245.00 | 60.3 | $14,773.50 |
| Jonathan D. Borrowman | Associate; Joined K&L Gates in 2002; Practice Area(s): Commercial Litigation | Member of the DC and MI Bars since 2002 | $410.00 | 22.5 | $9,225.00 |

6

| Name of Professional Person | Position of the Applicant, Number of Years in that Position[3], Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Ashley J. Camron | Associate; Joined K&L Gates in 2003; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2001 | $475.00 | 105.1 | $49,922.50 |
| Alex C. Frisbee | Associate; Joined K&L Gates in 2006; Practice Area(s): Securities Enforcement | Member of the VA Bar since 2007 | $285.00 | 166.5 | $47,452.50 |
| Christian T. Haugsby | Associate; Joined K&L Gates in 2007; Practice Area(s): Commercial Litigation | Member of the MA Bar since 2002 and the PA Bar since 2007 | $230.00 | 9.6 | $2,208.00 |
| Christian J. Hopfensperger | Associate; Joined K&L Gates in 2007; Practice Area(s): Commercial Litigation | Member of the MD Bar since 2007 | $310.00 | 28.1 | $8,711.00 |
| Casey P. Kaplan | Associate; Joined K&L Gates in 2007; Practice Area(s): Commercial Litigation | Member of the TX Bar since 2007 | $220.00 | 27.3 | $6,006.00 |
| Erin A. Koeppel | Associate; Joined K&L Gates in 2000; Practice Area(s): Commercial Litigation; Securities Enforcement | Member of the NY and DC Bars since 2001 | $460.00 | 191.4 | $88,044.00 |

7

| Name of Professional Person | Position of the Applicant, Number of Years in that Position[3], Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Amanda B. Kostner | Associate; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2006 | $325.00 | 157.1 | $51,057.50 |
| Kristie D. Kully | Of Counsel; Joined K&L Gates in 2000; Practice Area(s): Mortgage Banking & Consumer Credit | Member of the DC Bar since 1996 and the NE Bar since 1994 | $450.00 | 4.6 | $2,070.00 |
| Robert A. Lawton | Associate; Joined K&L Gates in 2002; Practice Area(s): Commercial Litigation | Member of the PA Bar since 2003 | $260.00 | 144.8 | $37,648.00 |
| Scott P. Lindsay | Associate; Joined K&L Gates in 2005; Practice Area(s): Securities Enforcement | Member of the VA Bar since 2005 and the DC Bar since 2006 | $335.00 | 4.7 | $1,574.50 |
| Andrew R. McFall | Associate; Joined K&L Gates in 2005; Practice Area(s): Securities Enforcement | Member of the IL Bar since 2005 and the DC Bar since 2006 | $335.00 | 121.6 | $40,736.00 |
| R. James Mitchell | Associate; Joined K&L Gates in 2001; Practice Area(s): Securities Enforcement | Member of the MD Bar since 2008 | $285.00 | 176.2 | $50,217.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position[3], Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Eric T. Moser | Associate; Joined K&L Gates in 1999; Practice Area(s): Bankruptcy / Insolvency | Member of the PA Bar since 1999 and the NY Bar since 2006 | $590.00 | 6.2 | $3,658.00 |
| Matthew B. O'Hanlon | Associate; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation | Member of the CA Bar since 2007 | $315.00 | 4.7 | $1,480.50 |
| Andrew E. Porter | Associate; Joined K&L Gates in 2006; Practice Area(s): Securities Enforcement | Member of the NY Bar since 2007 | $315.00 | 14.7 | $4,630.50 |
| Lisa M. Richman | Associate; Joined K&L Gates in 2003; Practice Area(s): Commercial Litigation; Securities Enforcement | Member of the CA Bar since 2003 and the DC Bar since 2004 | $415.00 | 224.8 | $93,292.00 |
| Eunice Rim | Associate; Joined K&L Gates in 2006; Practice Area(s): Bankruptcy/ Insolvency | Not Yet Admitted | $390.00 | 37.9 | $14,781.00 |
| Justin H. Roeber | Associate; Joined K&L Gates in 2006; Practice Area(s): Commercial Litigation | Member of the NY Bar since 2007 | $390.00 | 108.5 | $42,315.00 |

9

| Name of Professional Person | Position of the Applicant, Number of Years in that Position[3], Prior Relevant Experience, Area of Expertise | Year of Admission to Practice | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Marsha A. Sajer | Associate; Joined K&L Gates in 2001; Practice Area(s): Commercial Litigation; Internal Investigations | Member of PA Bar since 2000 (active) and GA Bar since 1989 (inactive) | $340.00 | 8.4 | $2,856.00 |
| **ASSOCIATE TOTALS** | | | | **1,723.3** | **$614,436.00** |
| Matthew B. Bowman | Paralegal; Joined K&L Gates in 2005 | N/A | $260.00 | 140.6 | $36,556.00 |
| James V. Catano | Paralegal; Joined K&L Gates in 2006 | N/A | $195.00 | 20.0 | $3,900.00 |
| Lisette C. Howells | Legal Project Professional; Joined K&L Gates in 2003 | N/A | $260.00 | 8.3 | $2,158.00 |
| Jane E. Nilan | Paralegal Supervisor; Joined K&L Gates in 1998 | N/A | $280.00 | 2.2 | $616.00 |
| Patricia L. Novak | Paralegal; Joined K&L Gates in 1993 | N/A | $225.00 | 13.6 | $3,060.00 |
| Troy Rohrbaugh | Paralegal; Joined K&L Gates in 1997 | N/A | $175.00 | 5.7 | $997.50 |
| Jennifer Shuttleworth | Legal Secretary/ Clerk; Joined K&L Gates in 1988 | N/A | $195.00 | 170.2 | $33,189.00 |
| **PARAPROFESSIONAL TOTALS** | | | | **360.6** | **$80,476.50** |
| **TOTAL PROFESSIONAL HOURS** | | | | **4,005.8** | **$1,862,063.00** |
| **VOLUNTARY 10% REDUCTION** | | | | | **($186,206.30)** |
| **REDUCTION FOR NON-WORKING TRAVEL** | | | | | **($8,420.85)** |
| **DISCOUNTED TOTAL** | | | | | **$1,667,435.85** |
| **TOTAL BLENDED HOURLY RATE** (excluding paraprofessionals) | | | | | **$488.75** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Investigation | 3,903.5 | $1,811,443.00 |
| Billing, Compensation & Fee Applications | 65.6 | $31,907.00 |
| Non-Working Travel | 36.7 | $18,713.00 |
| **TOTAL** | **4,005.8** | **$1,862,063.00** |
| **VOLUNTARY 10 %REDUCTION** | | **($186,206.30)** |
| **REDUCTION FOR NON-WORKING TRAVEL** | | **($8,420.85)** |
| **DISCOUNTED TOTAL** | | **$1,667,435.85** |

11

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Telephone/Conference Calls/Outgoing Facsimile Transmission | | $31.04 |
| Postage | | $0.41 |
| Copying Expense—Internal (Billed at $0.10/page) | | $5,094.30 |
| Copying Expense—Outside Providers (includes charges for OCR of TIFF Images for Document Database Searching) | Clicks; Excelsior | $11,633.01 |
| Computer Research | Lexis | $17,033.53 |
| Computer Research | Westlaw | $1,356.29 |
| Other Database Search | PACER | $9.92 |
| Employee Overtime | | $3,690.00 |
| Long Distance Courier | | $795.35 |
| Parking/Mileage | | $100.00 |
| Overtime Dinner, Cabs, Parking | | $404.83 |
| Travel Expenses | | $3,253.88 |
| Transportation Expenses | | $68.93 |
| Cab Fare | | $434.10 |
| Air Fare | | $5,929.42 |
| Business Meals | | $778.03 |
| Charge for Transcripts | | $545.69 |
| Other (including OT cabs, parking, meals and mileage via petty cash) | | $311.39 |
| | **TOTAL** | **51,470.12** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
```
In re:

NEW CENTURY TRS HOLDINGS, INC.,
a Delaware Corporation, et al.,

Debtors.[4]

```
------------------------------------------------------x
```

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

Objection Deadline:
April 14, 2008 at 4:00 p.m.

## EIGHTH MONTHLY APPLICATION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP, COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008, INCLUDING REQUEST FOR LIMITED WAIVER OF <u>INFORMATION REQUIREMENTS OF LOCAL BANKRUPTCY RULE 2016-2(d)</u>

Pursuant to Sections 330 and 331 of Chapter 11, Title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), Local Bankruptcy Rule 2016-2 and the Administrative Order Establishing Procedures

for Interim Compensation and Reimbursement of Expenses of Professionals entered herein on

April 24, 2007 (the "Fee Procedures Order"), Kirkpatrick & Lockhart Preston Gates Ellis LLP

("K&L Gates") hereby submits its eighth monthly application (the "Application") for allowance

---

[4] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

13

of compensation and reimbursement of expenses as counsel to the Examiner for the period from February 1, 2008 through February 29, 2008 (the "Eighth Monthly Period"). For the Eighth Monthly Period, K&L Gates seeks allowance of interim compensation in the amount of $1,333,948.68 (80% of $1,667,435.85) and reimbursement of actual and necessary expenses in the amount of $51,470.12, for a total of $1,385,418.80. In support of the Application, K&L Gates respectfully states:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.

2.      This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3.      Venue of this proceeding and the Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The statutory predicates for the relief requested herein are 11 U.S.C. §§ 105(a), 330 and 331, and Fed R. Bankr. P. 2016.

## BACKGROUND

5.      On April 2, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. Since the Petition Date, the Debtors have continued to operate their businesses and manage their affairs as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

6.      On June 1, 2007, the Court Entered an Order Denying in Part and Granting in Part Motion of the United States Trustee (the "UST") for an Order Directing Appointment of a Chapter 11 Trustee, or in the Alternative, an Examiner (the "Examiner Order").

14

7.      Pursuant to the Examiner Order, the Court authorized and directed the

Examiner to, inter alia,

> investigate any and all accounting and financial statement
> irregularities, errors or misstatements, including but not limited to
> such irregularities, errors or misstatements that (i) gave rise to the
> announced need to restate the Debtors' financial statements for the
> first three quarters of 2006 and/or (ii) led the Debtors' management
> and Audit Committee to conclude it was more likely than not that
> pre-tax earnings in the 2005 financial statements were materially
> overstated (collectively, the "Accounting Issues"), and identify and
> evaluate any claims or rights of action that the estates might have
> arising from or relating to such irregularities, errors or
> misstatements.

Examiner Order at ¶ 3. The Court also authorized and directed the Examiner to investigate any

possible unauthorized post-petition use of cash collateral by the Debtors (the "Cash Collateral

Issue") and to otherwise perform the duties of an examiner pursuant to Section 1106(a)(3) and

(a)(4) of the Bankruptcy Code, subject to the provisions of the Examiner Order. Id.

8.      The Examiner Order further authorized the Examiner to "retain counsel

and other professionals if he . . . determines that such retention is necessary to discharge his . . .

duties, with such retention to be subject to Court approval under standards equivalent to those set

forth in 11 U.S.C. § 327[.]" Id. at ¶ 7.

9.      On June 8, 2007, the Examiner filed an Application for an Order

Authorizing the Retention of K&L Gates as Counsel to the Examiner *Nunc Pro Tunc* to June 1,

2007. On July 25, 2007, the Court entered an Order approving the Examiner's retention of K&L

Gates *nunc pro tunc* to June 1, 2007.

## COMPENSATION PAID AND ITS SOURCE

10.     All services for which K&L Gates requests compensation were performed

for or on behalf of the Examiner.

15

557607.1 3/25/08

11.    K&L Gates has received no payment and has received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between K&L Gates and any other person, other than the partners of K&L Gates, for the sharing of compensation to be received for services rendered in this case.

12.    Since its retention by the Examiner, K&L Gates has received payments from the Debtors totaling $8,359,645.75, on account of 80 % of its fees and 100 % of its expenses requested and approved pursuant to K&L Gates' First, Second, Third, Fourth, Fifth and Sixth Monthly Applications. As of the date of this Application, K&L Gates has not received payment from the Debtors on account of its fees and expenses requested and approved pursuant to K&L Gates Seventh Monthly Application.

13.    No retainer has been paid to K&L Gates for services rendered or to be rendered on behalf of the Examiner.

## FEE STATEMENTS

14.    The fee statement for the Eighth Monthly Period is attached hereto as Exhibit A. The fee statement contains daily time logs describing the time spent by each K&L Gates attorney and paraprofessional during the Eighth Monthly Period. The fee statement reflects an increase in K&L Gates' standard hourly billing rates for all K&L Gates personnel effective January 1, 2008.

15.    To the best of K&L Gates' knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court, the Fee Guidelines prescribed by the UST and the Fee Procedures Order.

16

16.     K&L Gates notes that its time reports are organized and prepared on a daily basis, and its charges for professional services have been billed at K&L Gates' standard hourly rates, less a 10% discount on fees. K&L Gates' requested compensation is commensurate with compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code.

17.     In accordance with the Local Rules of this Court, K&L Gates has also reduced its fees associated with non-working travel time by 50%.

## ACTUAL AND NECESSARY EXPENSES

18.     A summary of actual and necessary expenses incurred by K&L Gates during the Eighth Monthly Period is attached as part of Attachment B to this Application, and a copy of K&L Gates' detailed expense records is attached hereto as Exhibit B.

19.     K&L Gates customarily charges $0.18 per page for photocopying expenses but, in accordance with the Local Rules of this Court, has charged $0.10 per page for photocopying expenses incurred in this matter.

20.     K&L Gates customarily charges $0.75 per page for out-going facsimile transmissions. K&L Gates also customarily charges for long distance telephone calls on outgoing facsimile transmissions. K&L Gates believes that its charges for outgoing facsimile transmissions do not exceed the $1.00 per page limitation imposed under the Local Rules of this Court.

21.     Regarding providers of on-line legal research (e.g., Lexis, Westlaw and Pacer), K&L Gates charges the standard usage rates these providers charge for computerized legal research and case management. K&L Gates bills its clients the actual amount charged by

17

such services, with no premium. Any volume discount received by K&L Gates is passed on to the client.

22.    K&L Gates believes the foregoing rates and expense charges are the market rates that the majority of law firms charge clients for such services. In addition, K&L Gates believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated February 12, 1995, regarding billing for disbursements and other charges.

## SUMMARY OF SERVICES RENDERED

23.    The names of the partners and associates of K&L Gates who have rendered professional services to the Examiner in these Chapter 11 cases during the Eighth Monthly Period, and the K&L Gates paraprofessionals who provided services to these attorneys during the Eighth Monthly Period, are set forth in Attachment B to this Application.

24.    K&L Gates, by and through such persons, has advised and assisted the Examiner in his investigation of the Debtors, assisted the Examiner in preparing the report he will deliver to the Court, coordinated efforts to obtain discovery from various parties, and performed all necessary professional services which are described and narrated in detail below and on the time records attached as Exhibit A to this Application.

## SUMMARY OF SERVICES BY PROJECT

25.    Pursuant to the UST's Fee Guidelines, K&L Gates classified services performed during the Eighth Monthly Period into separate categories. K&L Gates attempted to place the services provided in the category that best relates to the services provided. However, because certain services may relate to one or more categories, services pertaining to one category may, in fact, be included in another category. These services performed, by categories, are

18

generally described below, with a more detailed identification of the actual services provided in Exhibit A. A summary of the categories identified, the amount of hours expended, and the total amount of fees for each category is also included as part of Attachment B to this Application.

## A.    Investigation

26.    K&L Gates expended 3,903.5 hours with respect to services under this category, for which total compensation amounts to $1,630,298.70. K&L Gates devoted substantial time throughout the Eighth Monthly Period to assisting the Examiner in drafting, revising and finalizing the 550 page report the Examiner delivered to the Court on February 29, 2008 upon the conclusion of his investigation (the "Report"), including significant revisions to sections of the Examiner's Report dealing with accounting issues, audit committee issues, loan quality issues, repurchase reserve issues and audit issues. K&L Gates' attorneys also met and conferred with the Examiner numerous times throughout the Eighth Monthly Period to finalize the Report.

27.    During the Eighth Monthly Period, K&L Gates also continued to review and analyze possible causes of action that may exist against various third parties in association with the Accounting issues. K&L Gates also continued to review e-mails, audit manuals and other documents produced by third parties regarding the Accounting issues.

28.    During the Eighth Monthly Period, K&L Gates also continued to assist the Examiner by interviewing several individuals, including the Debtor's former employees, former members of the Debtor's board of directors and outside professionals with knowledge relevant to the issues that the Examiner has been directed to investigate. To prepare for each interview, K&L Gates reviewed documents and correspondence related to possible areas of inquiry and

19

prepared detailed interview outlines. After each interview, K&L Gates prepared detailed interview memoranda summarizing the substance of each interview.

## B.    Court Hearings

29.    K&L Gates expended no time under this category during the Eighth Monthly Period.

## C.    Billing, Compensation and Fee Applications

30.    K&L Gates expended 65.6 hours with respect to services under this category, for which total compensation is requested in the amount of $28,716.30. During the Eighth Monthly Period, K&L Gates reviewed its time and disbursements records and prepared its invoices for the Seventh Monthly Period and K&L Gates' Seventh Monthly Fee Application. K&L Gates also reviewed the Examiner's time and disbursements records and prepared the Examiner's invoices for the Seventh Monthly Period and the Examiner's Seventh Monthly Fee Application.

31.    K&L Gates also devoted significant time during the Eighth Monthly Period to address and respond to issues raised by the Fee Auditor in the Fee Auditor's Initial Report Regarding Amended Interim Fee Application Of Kirkpatrick & Lockhart Preston Gates Ellis LLP For The First Interim Period (the "Fee Auditor's Initial Report"). To prepare a comprehensive response to the Fee Auditor's Initial Report, K&L Gates reviewed numerous time entries, disbursement records and supporting documentation, communicated with various attorneys and other K&L Gates personnel regarding their fees and expenses, gathered a large amount of information requested by the Fee Auditor and drafted and submitted to the Fee Auditor a fifty page response to assist the Fee Auditor.

## D. Non-Working Travel

32. During the Eighth Monthly Period, K&L Gates expended 36.7 hours of non-working travel time, for which total compensation is requested in the amount of $8,420.85. K&L Gates' request for compensation of non-working travel time reflects a 50% reduction in K&L Gates' standard hourly rates (which already reflect K&L Gates' voluntary 10% reduction of its standard hourly rates in this matter).

33. During the Eighth Monthly Period, K&L Gates attorneys traveled to and from the Debtors' corporate offices in Irvine, California to interview various current and former directors and employees of the Debtors, as well as other third parties with information relevant to the Examiner's investigation.

34. Several K&L Gates attorneys also traveled to and from K&L Gates' Washington D.C. Office to attend meetings with the Examiner regarding the drafting, revision and finalization of various portions of the Examiner's Report.

## E. Retention of Professionals

35. K&L Gates expended no time under this category during the Eighth Monthly Period.

## F. eDAT

36. K&L Gates expended no time under this category during the Eighth Monthly Period.

## VALUATION OF SERVICES

37. Attorneys and paraprofessionals of K&L Gates expended a total of 4,005.8 hours in connection with these cases during the Eighth Monthly Period, as follows:

21

| Name of Professional | Hourly Rate | Total Hours | Charge |
|---|---|---|---|
| **Partners** | | | |
| Jeffrey L. Bornstein | $590.00 | 3.3 | $1,947.00 |
| David T. Case | $650.00 | 117.3 | $76,245.00 |
| Edward J. Fishman | $550.00 | 184.3 | $101,365.00 |
| Edward M. Fox | $850.00 | 34.6 | $29,410.00 |
| John E. Garda | $450.00 | 23.9 | $10,755.00 |
| Beth L. Golden | $750.00 | 14.5 | $10,875.00 |
| Rebecca L. Kline Dubill | $485.00 | 290.3 | $140,795.50 |
| Lawrence C. Lanpher | $650.00 | 223.3 | $145,145.00 |
| Walter P. Loughlin | $825.00 | 85.4 | $70,455.00 |
| Bruce H. Nielson | $570.00 | 150.3 | $85,671.00 |
| Brian Ochs | $650.00 | 72.1 | $46,865.00 |
| Thomas W. Paxton | $340.00 | 1.5 | $510.00 |
| Laurence E. Platt | $700.00 | 12.1 | $8,470.00 |
| Michael J. Quinn | $510.00 | 240.2 | $122,502.00 |
| Glenn R. Reichardt | $675.00 | 263.7 | $177,997.50 |
| Stephen G. Topetzes | $675.00 | 203.1 | $137,092.50 |
| David Weitman | $525.00 | 2.0 | $1,050.00 |
| **Associates** | | | |
| Kevin S. Asfour | $425.00 | 98.3 | $41,777.50 |
| Jonathan D. Borrowman | $410.00 | 22.5 | $9,225.00 |
| Brent E. Basden | $245.00 | 60.3 | $14,773.50 |
| Ashley J. Camron | $475.00 | 105.1 | $49,922.50 |
| Alex C. Frisbee | $285.00 | 166.5 | $47,452.50 |
| Christian T. Haugsby | $230.00 | 9.6 | $2,208.00 |
| Christian J. Hopfensperfer | $310.00 | 28.1 | $8,711.00 |
| Casey P. Kaplan | $220.00 | 27.3 | $6,006.00 |
| Erin A. Koeppel | $460.00 | 191.4 | $88,044.00 |
| Amanda B. Kostner | $325.00 | 157.1 | $51,057.50 |
| Kristie D. Kully | $450.00 | 4.6 | $2,070.00 |
| Robert A. Lawton | $260.00 | 144.8 | $37,648.00 |
| Scott P. Lindsay | $335.00 | 4.7 | $1,574.50 |
| Andrew R. McFall | $335.00 | 121.6 | $40,736.00 |
| R. James Mitchell | $285.00 | 176.2 | $50,217.00 |
| Eric T. Moser | $590.00 | 6.2 | $3,658.00 |
| Matthew B. O'Hanlon | $315.00 | 4.7 | $1,480.50 |
| Andrew E. Porter | $315.00 | 14.7 | $4,630.50 |
| Lisa M. Richman | $415.00 | 224.8 | $93,292.00 |

| Name of Professional | Hourly Rate | Total Hours | Charge |
|---|---|---|---|
| Eunice Rim | $390.00 | 37.9 | $14,781.00 |
| Justin H. Roeber | $390.00 | 108.5 | $42,315.00 |
| Marsha A. Sajer | $340.00 | 8.4 | $2,856.00 |
| **Paraprofessionals** | | | |
| Matthew B. Bowman | $260.00 | 140.6 | $36,556.00 |
| James V. Catano | $195.00 | 20.0 | $3,900.00 |
| Lisette C. Howells | $260.00 | 8.3 | $2,158.00 |
| Jane E. Nilan | $280.00 | 2.2 | $616.00 |
| Patricia L. Novak | $225.00 | 13.6 | $3,060.00 |
| Troy Rohrbaugh | $175.00 | 5.7 | $997.50 |
| Jennifer Shuttleworth | $195.00 | 170.2 | $33,189.00 |
| eDAT Document Review Fees (billed at $12.50 per megabyte) | | | |
| **TOTAL** | | 4,005.8 | $1,862,063.00 |
| **VOLUNTARY 10% REDUCTION** | | | ($186,206.30) |
| **REDUCTION FOR NON-WORKING TRAVEL** | | | ($8,420.85) |
| **DISCOUNTED TOTAL** | | | $1,667,435.85 |

38.     The nature of work performed by these persons is fully set forth in the monthly fee statement attached hereto as Exhibit A.  As noted above, K&L Gates has voluntarily reduced its standard hourly rates in this matter by ten percent (10%).

39.     The reasonable value of the services rendered by K&L Gates to the Examiner during the Eighth Monthly Period is $1,667,435.85 of which eighty percent (80%) of such services are $1,333,948.68.[5]  In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by K&L Gates is fair and reasonable given (a) the complexity of the issues the Examiner has been charged with investigating, (b) the timeframe within which the Examiner has been asked to complete his

---

[5] It is possible that some professional time expended or expenses incurred by K&L Gates during the Eighth Monthly Period are not reflected in the amounts set forth in this Application.  K&L Gates reserves all rights to include such amounts in future fee applications to the Court.

23

investigation and prepare his report, (c) the time expended, (d) the nature and extent of the

services rendered, (e) the value of such services, and (f) the costs of comparable services other

than in a case under the Bankruptcy Code.

WHEREFORE, K&L Gates respectfully requests that the Court enter an order (a)

awarding K&L Gates interim compensation for professional and paraprofessional services

rendered during the Eighth Monthly Period in the amount of $1,333,948.68 (80% of

$1,667,435.85), and reimbursement of actual, reasonable and necessary expenses incurred in the

amount of $51,470.12; (b) authorizing and directing the Debtors to remit payment to K&L Gates

for such fees and expenses; and (c) granting such other and further relief as the Court deems just

and proper.

Dated: New York, New York
March 25, 2008

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By:_____

Edward M. Fox, Esq.
A Member of the Firm
599 Lexington Avenue
New York, New York 10022
(212) 536-3900