# EXHIBIT B

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (4)  4

Proforma Number: 1341123
Invoice Number: 1778468
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14266634 | 01 | 10148 | 18 Jan 2008 | Chorus Call, Inc. - Inv# 03-26793 - Inv Date: 2/12/08 - Call Date: 1/18/08 - A. Camron | 7.84 | 7.84 | 1 |
| 14276431 | 01 | 03216 | 24 Jan 2008 | Telephone / Conference Calls / Fx Line Trans USER DEFINED 1: 09302 USER DEFINED 2: 1(323)965-3878 | 1.70 | 1.70 | 2 |
| 14276432 | 01 | 03216 | 28 Jan 2008 | Telephone / Conference Calls / Fx Line Trans USER DEFINED 1: 09065 USER DEFINED 2: 1(212)885-8025 | 14.60 | 14.60 | 15 |
| 14275913 | 01 | 03216 | 4 Feb 2008 | Telephone / Conference Calls / Fx Line Trans USER DEFINED 1: 04824 USER DEFINED 2: 1(214)698-3668 | .30 | .30 | 1 |
| 14275827 | 01 | 03216 | 12 Feb 2008 | Telephone / Conference Calls / Fx Line Trans USER DEFINED 1: 04549 USER DEFINED 2: 1(949)451-4295 | 2.85 | 2.85 | 1 |
| 14275912 | 01 | 03216 | 22 Feb 2008 | Telephone / Conference Calls / Fx Line Trans USER DEFINED 1: 04837 USER DEFINED 2: 1(203)762-5814 | 3.75 | 3.75 | 4 |
| | | | | Subtotal Telephone / Conference Calls / Fx Lin | 31.04 | 31.04 | |
| 14259019 | 03 | 03999 | 26 Feb 2008 | Postage  -  S. Topetzes   2/8/08 | .41 | .41 | 1 |
| | | | | Subtotal Postage | .41 | .41 | |
| 14248558 | 04 | 20470 | 12 Feb 2008 | Copying Expense | .72 | .40 | 4 |
| 14253828 | 04 | 20470 | 12 Feb 2008 | Copying Expense | 18.54 | 10.30 | 103 |
| 14271970 | 04 | 03216 | 19 Feb 2008 | Copying Expense USER DEFINED 1: 8221 | 10.26 | 5.70 | 57 |
| 14271971 | 04 | 03216 | 27 Feb 2008 | Copying Expense USER DEFINED 1: 8361 | 46.08 | 25.60 | 256 |
| 14273169 | 04 | 03216 | 28 Feb 2008 | Copying Expense USER DEFINED 1: 3216 | 2.70 | 1.50 | 15 |

Proforma Number: 1341123
Invoice Number: 1778488
Client:  Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #:  1603882
Inventory Manager: Missal, M. J
Matter Number:  0309079.00104

Page (5)  5

## KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14273170 | 04 | 03216 | 29 Feb 2008 | Copying Expense USER DEFINED 1:  35099 | 7,364.88 | 4,091.60 | 40916 |
| 14273171 | 04 | 03216 | 29 Feb 2008 | Copying Expense USER DEFINED 1:  3711 | 1,726.56 | 959.20 | 9592 |
| | | | | Subtotal Copying Expense | 9,169.74 | 5,094.30 | |
| 14243164 | 05h | 00999 | 8 Feb 2008 | Copying Expense (Outside Off.) - Clicks Professional Copy Service P. Novak 1/23/08 Voucher # 986068    Check #  1048596 | 718.87 | 718.87 | 1 |
| 14243207 | 05h | 00999 | 8 Feb 2008 | Copying Expense (Outside Off.) - Clicks Professional Copy Service P. Novak 1/24/08 Voucher # 986079    Check #  1048596 | 1,210.24 | 1,210.24 | 1 |
| 14243213 | 05h | 00999 | 8 Feb 2008 | Copying Expense (Outside Off.) - Clicks Professional Copy Service P. Novak 1/25/08 Voucher # 986080    Check #  1048596 | 1,519.15 | 1,519.15 | 1 |
| 14243239 | 05h | 00999 | 8 Feb 2008 | Copying Expense (Outside Off.) - Clicks Professional Copy Service P. Novak 1/24/08 Voucher # 986088    Check #  1048596 | 2,361.17 | 2,361.17 | 1 |
| 14243242 | 05h | 00999 | 8 Feb 2008 | Copying Expense (Outside Off.) - Clicks Professional Copy Service P. Novak 1/25/08 Voucher # 986090    Check #  1048596 | 2,166.33 | 2,166.33 | 1 |
| 14243247 | 05h | 00999 | 8 Feb 2008 | Copying Expense (Outside Off.) - Clicks Professional Copy Service P. Novak 1/28/08 Voucher # 986091    Check #  1048596 | 2,213.51 | 2,213.51 | 1 |
| 14247770 | 05h | 10152 | 8 Feb 2008 | Copying Expense (Outside Off.) - IVIZE IVIZE - Inv# 17-1534 - 1/31/08 - Black and White Copies, 2in Binder Voucher # 987173    Check #  10005893 | 224.60 | 224.60 | 1 |
| 14248398 | 05h | 10152 | 14 Feb 2008 | Copying Expense (Outside Off.) - Excelsior Digital Reprographics Excelsior Digital Reprographics  Inv# 1216  1/7/08 - C Litigation Copies and Tabs Voucher # 987284    Check #  10005798 | 636.48 | 636.48 | 1 |
| 14248399 | 05h | 10148 | 14 Feb 2008 | Copying Expense (Outside Off.) - Excelsior Digital Reprographics Excelsior Digital | 20.57 | 20.57 | 1 |

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

Page (6) 6

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14249508 | 05h | 10148 | 15 Feb 2008 | Reprographics - Inv# 1069 - 12/3/07 - Color Copying - A. Camron Voucher # 987285 Check # 10005781 | 562.09 | 562.09 | 1 |
| | | | | Copying Expense (Outside Off.) - IVIZE IVIZE - Inv# 17-1535 - 1/31/08 - Copies for new Century Interview of KPMG employee - A. Camron Voucher # 987621 Check # 10005893 | | | |
| | | | | Subtotal Copying Expense (Outside Off.) | 11,633.01 | 11,633.01 | |
| 14273821 | 08 | 99999 | 1 Feb 2008 | Word Processing USER DEFINED 1: SYSGEN USER DEFINED 2: 909090 | 470.98 | .00 | |
| 14273862 | 08 | 99999 | 1 Feb 2008 | Word Processing USER DEFINED 1: SYSGEN USER DEFINED 2: 909090 | 158.43 | .00 | |
| 14273940 | 08 | 99999 | 1 Feb 2008 | Word Processing USER DEFINED 1: SYSGEN USER DEFINED 2: 909090 | 260.92 | .00 | |
| 14273941 | 08 | 99999 | 1 Feb 2008 | Word Processing USER DEFINED 1: SYSGEN USER DEFINED 2: 909090 | 176.50 | .00 | |
| 14274167 | 08 | 99999 | 1 Feb 2008 | Word Processing USER DEFINED 1: SYSGEN USER DEFINED 2: 909090 | 314.96 | .00 | |
| 14274168 | 08 | 99999 | 1 Feb 2008 | Word Processing USER DEFINED 1: SYSGEN USER DEFINED 2: 909090 | 6,428.25 | .00 | |
| 14274169 | 08 | 99999 | 1 Feb 2008 | Word Processing USER DEFINED 1: SYSGEN USER DEFINED 2: 909090 | 191.91 | .00 | |
| | | | | Subtotal Word Processing | 8,001.95 | .00 | |
| 14237998 | 09 | 03999 | 6 Feb 2008 | Employee Overtime - F. Ebneyousef 2/1/08 | 78.75 | 78.75 | 2 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (7) 7

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14248794 | 09 | 08999 | 9 Feb 2008 | Employee Overtime 2/3/08-2/9/08 E.Pera | 160.00 | 160.00 | 4 |
| 14248814 | 09 | 08999 | 9 Feb 2008 | Employee Overtime 2/3/08-2/9/08 I.Wolf | 20.00 | 20.00 | 1 |
| 14247541 | 09 | 03999 | 13 Feb 2008 | Employee Overtime  -  R. Croney  2/4/08 | 35.00 | 35.00 | 1 |
| 14247545 | 09 | 03999 | 13 Feb 2008 | Employee Overtime  -  P. Ebneyousef  2/3/08 | 105.00 | 105.00 | 3 |
| 14247556 | 09 | 03999 | 13 Feb 2008 | Employee Overtime  -  T. Berlett  2/4/08 | 35.00 | 35.00 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (8) 8

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|---------------|-----------------|----------|
| 14256705 | 09 | 08999 | 16 Feb 2008 | Employee Overtime 2/10/07-2/16/07  B.Lanza | 220.00 | 220.00 | 6 |
| 14256715 | 09 | 08999 | 16 Feb 2008 | Employee Overtime 2/10/07-2/16/07  I.Wolf | 20.00 | 20.00 | 1 |
| 14266286 | 09 | 08999 | 23 Feb 2008 | Employee Overtime 2/17/08-2/23/08  K.Angarone | 270.00 | 270.00 | 7 |
| 14266402 | 09 | 03999 | 28 Feb 2008 | Employee Overtime  -  R. Croney    2/4/08 | 35.00 | 35.00 | 1 |
| 14266408 | 09 | 03999 | 28 Feb 2008 | Employee Overtime  -  C. Gibson   2/16/08 | 490.00 | 490.00 | 14 |
| 14266434 | 09 | 03999 | 28 Feb 2008 | Employee Overtime  -  R. Croney   2/15/08 | 26.25 | 26.25 | 1 |
| 14266440 | 09 | 03999 | 28 Feb 2008 | Employee Overtime  -  F. Ebneyousef 2/15/08 | 175.00 | 175.00 | 5 |
| 14266442 | 09 | 03999 | 28 Feb 2008 | Employee Overtime  -  F. Ebneyousef 2/16/08 | 105.00 | 105.00 | 3 |
| 14266451 | 09 | 03999 | 28 Feb 2008 | Employee Overtime  -  V. Love      2/15/08 | 236.25 | 236.25 | 7 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (9)  9

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #:  1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14266488 | 09 | 03999 | 28 Feb 2008 | Employee Overtime  -  R. Croney    2/19/08 | 17.50 | 17.50 | 1 |
| 14266490 | 09 | 03999 | 28 Feb 2008 | Employee Overtime  -  R. Croney    2/21/08 | 35.00 | 35.00 | 1 |
| 14266508 | 09 | 03999 | 28 Feb 2008 | Employee Overtime  -  J. Boykin    2/23/08 | 35.00 | 35.00 | 1 |

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

Page (10) 10

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|---|----------------|-----------------|----------|
| 14266737 | 09 | 03999 | 28 Feb 2008 | Employee Overtime - C. Gibson | 2/17/08 | 297.50 | 297.50 | 9 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (11) 11

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #:  1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|---|------|------|------|
| 14266739 | 09 | 03999 | 28 Feb 2008 | Employee Overtime | - C. Gibson | 2/18/08 | 140.00 | 140.00 | 4 |
| 14266740 | 09 | 03999 | 28 Feb 2008 | Employee Overtime | - C. Gibson | 2/19/08 | 35.00 | 35.00 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (12) 12

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14266749 | 09 | 03999 | 28 Feb 2008 | Employee Overtime  -  C. Gibson   2/23/08 | 350.00 | 350.00 | 10 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (13) 13

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | | | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|-|-|------|------|------|
| 14266750 | 09 | 03999 | 28 Feb 2008 | Employee Overtime | - | J. Hendy | 2/20/08 | 17.50 | 17.50 | 1 |
| 14266751 | 09 | 03999 | 28 Feb 2008 | Employee Overtime | - | J. Hendy | 2/20/08 | 70.00 | 70.00 | 2 |

Page (14)  14

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | | DISB.<br>INCURRED | BILLABLE<br>AMOUNT | QUANTITY |
|-------|------|------|------|-------------|--|-------------------|--------------------|----------|
| 14266754 | 09 | 03999 | 28 Feb 2008 | Employee Overtime  -  G. King | 2/18/08 | 157.50 | 157.50 | 5 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (15) 15

Proforma Number: 1341123
Invoice Number: 1779488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #:  1603882
Inventory Manager: Missal, M. J
Matter Number:  0309079.00104

DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14266761 | 09 | 03999 | 28 Feb 2008 | Employee Overtime   -   G. King      2/19/08 | 17.50 | 17.50 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (16) 16

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|---------------|-----------------|----------|
| 14268724 | 09 | 03999 | 29 Feb 2008 | Employee Overtime   - G. Love   2/15/08<br>Originally charged to wrong matter # | (236.25) | (236.25) | 1 |
| 14268726 | 09 | 03999 | 29 Feb 2008 | Employee Overtime   - G. Love   2/15/08 | 236.25 | 236.25 | 7 |
| 14269030 | 09 | 03999 | 29 Feb 2008 | Employee Overtime   -   J. Boykin   2/23/08 | 468.75 | 468.75 | 6 |
| 14269127 | 09 | 03999 | 29 Feb 2008 | Employee Overtime   -   J. Boykin   2/9/08 | 37.50 | 37.50 | 1 |
| | | | | Subtotal Employee Overtime | 3,690.00 | 3,690.00 | |
| 14236659 | 10 | 03999 | 5 Feb 2008 | Long Distance Courier   -   P. Grewal<br>1/4/08<br>2-480-34444   1/15/08 | 9.56 | 9.56 | 1 |
| 14236672 | 10 | 03999 | 5 Feb 2008 | Long Distance Courier   -   A. Johnson<br>1/7/08<br>2-480-34444   1/15/08 | 16.37 | 16.37 | 1 |
| 14236676 | 10 | 03999 | 5 Feb 2008 | Long Distance Courier   -   P. Grewall<br>1/7/08<br>2-480-34444   1/15/08 | 10.35 | 10.35 | 1 |
| 14237504 | 10 | 03999 | 5 Feb 2008 | Long Distance Courier   -   M. Young   1/7/08<br>2-480-34444   1/15/08 | 20.27 | 20.27 | 1 |
| 14237604 | 10 | 03999 | 5 Feb 2008 | Long Distance Courier   -   A. Kostner   1/9/08<br>2-480-34444   1/15/08 | 53.93 | 53.93 | 1 |
| 14237605 | 10 | 03999 | 5 Feb 2008 | Long Distance Courier   -   A. Kostner   1/9/08<br>2-480-34444   1/15/08 | 47.24 | 47.24 | 1 |

Page (17) 17

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

**DISBURSEMENTS & OTHER CHARGES**

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14240018 | 10 | 03999 | 7 Feb 2008 | Long Distance Courier - P. Grewall 1/11/08 2-493-45243    1/22/08 | 14.36 | 14.36 | 1 |
| 14243246 | 10 | 03999 | 8 Feb 2008 | Long Distance Courier - T. Lendez    1/17/08 2-493-45243    1/22/08 | 17.15 | 17.15 | 1 |
| 14245656 | 10 | 03999 | 12 Feb 2008 | Long Distance Courier - P. Grewal  1/18/08 2-505-93924    1/29/08 | 10.35 | 10.35 | 1 |
| 14245783 | 10 | 03999 | 12 Feb 2008 | Long Distance Courier - P. Grewall   1/22/08 2-505-93924    1/29/08 | 10.35 | 10.35 | 1 |
| 14284520 | 10 | 08999 | 22 Feb 2008 | Long Distance Courier Fedex Inv. 2-551-62693 2/19 E. Fox to E. Fox | 12.38 | 12.38 | 1 |
| 14260979 | 10 | 03999 | 27 Feb 2008 | Long Distance Courier - J. Moser    2/1/08 2-530-97450    2/12/08 | 20.27 | 20.27 | 1 |
| 14261003 | 10 | 03999 | 27 Feb 2008 | Long Distance Courier - P. Grewall 2/5/08 2-530-97450    2/12/08 | 10.26 | 10.26 | 1 |
| 14256676 | 10 | 03999 | 28 Feb 2008 | Long Distance Courier - V. Levin    1/25/08 2-517-92633    2/5/08 | 63.45 | 63.45 | 1 |
| 14267643 | 10 | 03999 | 29 Feb 2008 | Long Distance Courier - P. Grewall 1/28/08 2-517-92633    2/5/08 | 10.35 | 10.35 | 1 |
| 14267655 | 10 | 03999 | 29 Feb 2008 | Long Distance Courier - M. Missal    1/28/08 2-517-92633    2/5/08 | 15.57 | 15.57 | 1 |
| 14267702 | 10 | 03999 | 29 Feb 2008 | Long Distance Courier - M. Missal 1/29/08 2-517-92633    2/5/08 | 14.07 | 14.07 | 1 |
| 14267775 | 10 | 03999 | 29 Feb 2008 | Long Distance Courier - P. Grewall 1/30/08 2-517-92633    2/5/08 | 10.35 | 10.35 | 1 |
| 14238400 | 10h | 03063 | 6 Feb 2008 | Long Distance Courier - FedEx 1/11 - Delivery to Larry Lanpher Voucher # 984923      Check #   428203 | 75.24 | 75.24 | 1 |

Page (18) 18

Proforma Number: 1341123
Invoice Number: 1778408
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14238401 | 10h | 03063 | 6 Feb 2008 | Long Distance Courier - FedEx 1/11 - Delivery to Larry Lanpher  Voucher # 984923    Check # 428203 | 32.42 | 32.42 | 1 |
| 14238402 | 10h | 03216 | 6 Feb 2008 | Long Distance Courier - FedEx 1/11 - Delivery to Mike Missal  Voucher # 984923    Check # 428203 | 41.27 | 41.27 | 1 |
| 14238403 | 10h | 32103 | 6 Feb 2008 | Long Distance Courier - FedEx 1/11 - Delivery to Amanda Kostner  Voucher # 984923    Check # 428203 | 36.89 | 36.89 | 1 |
| 14240173 | 10h | 32109 | 7 Feb 2008 | Long Distance Courier - FedEx 12/19 - Delivery to Nidhi Gupta at BDO Seidman  Voucher # 985586    Check # 428203 | 13.70 | 13.70 | 1 |
| 14240174 | 10h | 32109 | 7 Feb 2008 | Long Distance Courier - FedEx 12/19 - Delivery to Nidhi Gupta at BDO Seidman  Voucher # 985586    Check # 428203 | 42.45 | 42.45 | 1 |
| 14240175 | 10h | 32109 | 7 Feb 2008 | Long Distance Courier - FedEx 12/19 - Devliery to James Mitchell at K&L Gates  Voucher # 985586    Check # 428203 | 33.24 | 33.24 | 1 |
| 14240176 | 10h | 32109 | 7 Feb 2008 | Long Distance Courier - FedEx 12/19 - Devliery to James Mitchell at K&L Gates  Voucher # 985586    Check # 428203 | 33.24 | 33.24 | 1 |
| 14240177 | 10h | 32109 | 7 Feb 2008 | Long Distance Courier - FedEx 12/19 - Devliery to James Mitchell at K&L Gates  Voucher # 985586    Check # 428203 | 33.27 | 33.27 | 1 |
| 14240179 | 10h | 11067 | 7 Feb 2008 | Long Distance Courier - FedEx 12/20 - Delivery to Amanda Kostner at K&L Gates  Voucher # 985586    Check # 428203 | 43.50 | 43.50 | 1 |
| 14240180 | 10h | 11067 | 7 Feb 2008 | Long Distance Courier - FedEx 12/20 - Delivery to Amanda Kostner at K&L Gates  Voucher # 985586    Check # 428203 | 43.50 | 43.50 | 1 |
|  |  |  |  | Subtotal Long Distance Courier | 795.35 | 795.35 |  |
| 14279871 | 14 | 36057 | 29 Feb 2008 | Lexis - JWC - 02/01/2008 - 02/29/2008  USER DEFINED 1: CHAFFIN, WALKER  USER DEFINED 2: MISSAL | 847.80 | 847.80 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (19) 19

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14279872 | 14 | 03167 | 29 Feb 2008 | Lexis - RLK - 02/01/2008 - 02/29/2008 USER DEFINED 1: KLINE, REBECCA | 160.14 | 160.14 | 1 |
| 14279873 | 14 | 03218 | 29 Feb 2008 | Lexis - BHN - 02/01/2008 - 02/29/2008 USER DEFINED 1: NIELSON, BRUCE | 375.05 | 375.05 | 1 |
| 14279874 | 14 | 03580 | 29 Feb 2008 | Lexis - EAK - 02/01/2008 - 02/29/2008 USER DEFINED 1: KOEPPEL, ERIN | 4,287.55 | 4,287.55 | 1 |
| 14279875 | 14 | 31007 | 29 Feb 2008 | Lexis - BAO - 02/01/2008 - 02/29/2008 USER DEFINED 1: OCHS, BRIAN | 2,535.23 | 2,535.23 | 1 |
| 14279876 | 14 | 32030 | 29 Feb 2008 | Lexis - LMR - 02/01/2008 - 02/29/2008 USER DEFINED 1: RICHMAN, LISA | 5,300.10 | 5,300.10 | 1 |
| 14279877 | 14 | 32071 | 29 Feb 2008 | Lexis - ARM - 02/01/2008 - 02/29/2008 USER DEFINED 1: MCFALL, ANDREW | 605.15 | 605.15 | 1 |
| 14279878 | 14 | 32101 | 29 Feb 2008 | Lexis - CJH - 02/01/2008 - 02/29/2008 USER DEFINED 1: HOPFENSPERGER, CHRIS | 280.67 | 280.67 | 1 |
| 14279879 | 14 | 32101 | 29 Feb 2008 | Lexis - CJH - 02/01/2008 - 02/29/2008 USER DEFINED 1: HOPFENSPERGER, CHRIS | 467.78 | 467.78 | 1 |
| 14279880 | 14 | 32106 | 29 Feb 2008 | Lexis - ACF - 02/01/2008 - 02/29/2008 USER DEFINED 1: FRISBEE, ALLISON | 1,118.53 | 1,118.53 | 1 |
| 14279881 | 14 | 32132 | 29 Feb 2008 | Lexis - SPIL - 02/01/2008 - 02/29/2008 USER DEFINED 1: LINDSAY, SCOTT | 179.15 | 179.15 | 1 |
| 14279882 | 14 | 35023 | 29 Feb 2008 | Lexis - MBB - 02/01/2008 - 02/29/2008 USER DEFINED 1: BOWMAN, MATTHEW | 675.81 | 675.81 | 1 |
| 14279883 | 14 | 36051 | 29 Feb 2008 | Lexis - JMR - 02/01/2008 - 02/29/2008 USER DEFINED 1: RESTI, JUSTIN USER DEFINED 2: LANPHER | 11.77 | 11.77 | 1 |
| 14279884 | 14 | 32109 | 29 Feb 2008 | Lexis - RJM - 02/01/2008 - 02/29/2008 USER DEFINED 1: MITCHELL, JAMES R | 188.80 | 188.80 | 1 |
| | | | | Subtotal Lexis Research | 17,033.53 | 17,033.53 | |
| 14244497 | 142h | 03216 | 11 Feb 2008 | Parking / Mileage - Ampco System Parking Parking for Orange County Office - January 08 | 50.00 | 50.00 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (20)  20

Proforma Number:  1341123
Invoice Number:  1778488
Client:  Michael J. Missal, Examiner
Matter Description:  Disbursements

24 Mar 2008
Batch #:  1603882
Inventory Manager:  Missal, M. J
Matter Number:  0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | | | | Voucher #  986421          Check #  5011 | | | |
| 14258327 | 142h | 03216 | 25 Feb 2008 | Parking / Mileage  -  Ampco System Parking -Nov. | 50.00 | 50.00 | 1 |
| | | | | 2007 Parking | | | |
| | | | | Voucher #  989553          Check #  4683a | | | |
| | | | | Subtotal Parking / Mileage | 100.00 | 100.00 | |
| 14261845 | 15 | 32012 | 31 Jan 2008 | Westlaw - JLH - 01/02/2008 - 01/31/2008 | (2,124.82) | (2,124.82) | 1 |
| | | | | USER DEFINED 1:   HIEB,JENNIFER | | | |
| 14261846 | 15 | 08361 | 31 Jan 2008 | Westlaw - ER - 01/28/2008 - 01/31/2008 | (261.47) | (261.47) | 1 |
| | | | | USER DEFINED 1:   RIM,EUNICE | | | |
| 14262968 | 15 | 32012 | 31 Jan 2008 | Westlaw - JLH - 01/02/2008 - 01/31/2008 | 1,905.49 | 1,905.49 | 1 |
| | | | | USER DEFINED 1:   HIEB,JENNIFER | | | |
| 14262969 | 15 | 08361 | 31 Jan 2008 | Westlaw - ER - 01/28/2008 - 01/31/2008 | 232.43 | 232.43 | 1 |
| | | | | USER DEFINED 1:   RIM,EUNICE | | | |
| 14280624 | 15 | 08221 | 2 Feb 2008 | Westlaw - EMF - 02/02/2008 - 02/02/2008 | 42.95 | 42.95 | 1 |
| | | | | USER DEFINED 1:   FOX,EDWARD M | | | |
| 14280620 | 15 | 10227 | 5 Feb 2008 | Westlaw - MBO - 02/04/2008 - 02/05/2008 | 129.93 | 129.93 | 1 |
| | | | | USER DEFINED 1:   O'HANLON,MATTHEW B | | | |
| 14280621 | 15 | 32012 | 8 Feb 2008 | Westlaw - JLH - 02/07/2008 - 02/08/2008 | 197.61 | 197.61 | 1 |
| | | | | USER DEFINED 1:   HIEB,JENNIFER | | | |
| 14280622 | 15 | 32030 | 27 Feb 2008 | Westlaw - LMR - 02/25/2008 - 02/27/2008 | 276.36 | 276.36 | 1 |
| | | | | USER DEFINED 1:   RICHMAN,LISA M | | | |
| 14280623 | 15 | 32106 | 27 Feb 2008 | Westlaw - ACF - 02/27/2008 - 02/27/2008 | 80.34 | 80.34 | 1 |
| | | | | USER DEFINED 1:   FRISBEE,ALEX | | | |
| 14280625 | 15 | 32103 | 27 Feb 2008 | Westlaw - AK - 02/09/2008 - 02/27/2008 | 290.54 | 290.54 | 1 |
| | | | | USER DEFINED 1:   CULOTTA,AMANDA | | | |
| 14280626 | 15 | 08361 | 27 Feb 2008 | Westlaw - ER - 02/27/2008 - 02/27/2008 | 168.87 | 168.87 | 1 |
| | | | | USER DEFINED 1:   RIM,EUNICE | | | |
| | | | | Subtotal Westlaw Research | 938.23 | 938.23 | |
| 14243399 | 17h | 10999 | 8 Feb 2008 | Other Data Base Research  - American Express | 9.92 | 9.92 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (21) 21

ProForma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | 23h | | | American Express - 1/29/08 - Pacer - 1/7/08 - Research - obtain information on filed cases with the court<br>Voucher # 986083      Check #   1048700 | 9.92 | 9.92 | |
| | | | | Subtotal Other Data Base Research | 9.92 | 9.92 | |
| 14244396 | 23h | 03999 | 11 Feb 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Meal - J. Catano 1/28/08<br>Voucher # 986379      Check #   3020486 | 11.65 | 11.65 | 1 |
| 14260207 | 23h | 11077 | 26 Feb 2008 | OT Dinner, Cabs, Parking - Leah Shough, Meal, Team meeting, 1/15<br>Voucher # 989732      Check #   11011102 | 30.38 | 30.38 | 1 |
| 14260208 | 23h | 11077 | 26 Feb 2008 | OT Dinner, Cabs, Parking - Leah Shough, Parking, Analyze reports, 1/16<br>Voucher # 989732      Check #   11011102 | 21.25 | 21.25 | 1 |
| 14260209 | 23h | 11077 | 26 Feb 2008 | OT Dinner, Cabs, Parking - Leah Shough, Meal, Analyze reports, 1/17<br>Voucher # 989732      Check #   11011102 | 29.55 | 29.55 | 1 |
| 14260210 | 23h | 11077 | 26 Feb 2008 | OT Dinner, Cabs, Parking - Leah Shough, Parking, Analyze reports, 1/17<br>Voucher # 989732      Check #   11011102 | 21.25 | 21.25 | 1 |
| 14260211 | 23h | 11077 | 26 Feb 2008 | OT Dinner, Cabs, Parking - Leah Shough, Parking, Analyze reports, 1/18<br>Voucher # 989732      Check #   11011102 | 20.00 | 20.00 | 1 |
| 14260212 | 23h | 11077 | 26 Feb 2008 | OT Dinner, Cabs, Parking - Leah Shough, Parking, Analyze reports, 1/19<br>Voucher # 989732      Check #   11011102 | 10.00 | 10.00 | 1 |
| 14260214 | 23h | 11077 | 26 Feb 2008 | OT Dinner, Cabs, Parking - Leah Shough, Meal, Analyze reports, 1/22<br>Voucher # 989732      Check #   11011102 | 24.15 | 24.15 | 1 |
| 14267343 | 23h | 10103 | 28 Feb 2008 | OT Dinner, Cabs, Parking - Michael J Quinn - 2/20/08 - Working lunch with A. Camron and K. Asfour<br>Voucher # 991100      Check #   51625 | 35.01 | 35.01 | 1 |

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

Page (22)  22

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

# KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14277086 | 23h | 03999 | 29 Feb 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Parking, Meal New Century - F. Ebenyousef 2/15/08 Voucher # 991932  Check # 3020795 | 27.00 | 27.00 | 1 |
| 14277087 | 23h | 03999 | 29 Feb 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Mileage - Parking New Century - F. Ebenyousef 2/16/08 Voucher # 991932  Check # 3020795 | 29.14 | 29.14 | 1 |
| 14277090 | 23h | 03999 | 29 Feb 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Lunch New Century - J. Shuttleworth 2/17/08 Voucher # 991932  Check # 3020795 | 97.98 | 97.98 | 1 |
| 14277095 | 23h | 03999 | 29 Feb 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Dinner, Mileage, Lunch - New Century J. Hardy 2/18/08 Voucher # 991932  Check # 3020795 | 35.18 | 35.18 | 1 |
| 14277097 | 23h | 03999 | 29 Feb 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Meal Examiner - J. Catano 2/18/08 Voucher # 991932  Check # 3020795 | 12.29 | 12.29 | 1 |
| | | | | Subtotal OT Dinner, Cabs, Parking | 404.83 | 404.83 | |
| 14277284 | 32h | 03173 | 19 Nov 2007 | Reversal from Cancelled Voucher 971232 Voucher # 991952  Check # | (453.07) | (453.07) | 1 |
| 14251302 | 32h | 03238 | 28 Jan 2008 | Travel Expenses - Stephen G. Topetzes 01/28 - 01/31/08 - Travel to Los Angeles, CA for interview with former secondary marketing executive Voucher # 987991  Check # 51105 | 784.03 | 784.03 | 1 |
| 14236739 | 32h | 32030 | 29 Jan 2008 | Travel Expenses - Lisa M. Richman 01/27 - 01/31/08 - Travel to Los Angeles, CA for interview with former Secondary Marketing Employee Voucher # 984177  Check # 50839 | 185.00 | 185.00 | 1 |
| 14267301 | 32h | 32103 | 28 Feb 2008 | Travel Expenses - Amanda Kostner California 2/12-13 Voucher # 991073  Check # 51533 | 524.19 | 524.19 | 1 |

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

Page (23) 23
24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 03090079.00104

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14267336 | 32h | 10103 | 28 Feb 2008 | Travel Expenses - Michael J Quinn - 2/10/08 Taxi from IAD to Capital Hilton Voucher # 991097 Check # 51625 | 58.00 | 58.00 | 1 |
| 14267337 | 32h | 10103 | 28 Feb 2008 | Travel Expenses - Michael J Quinn - 2/14/08 Capital Hilton Hotel, Washington DC Voucher # 991097 Check # 51625 | 1,415.24 | 1,415.24 | 1 |
| 14267338 | 32h | 10103 | 28 Feb 2008 | Travel Expenses - Michael J Quinn - 2/14/08 Taxi from Capital Hilton to IAD Voucher # 991097 Check # 51625 | 70.00 | 70.00 | 1 |
| 14267339 | 32h | 10103 | 28 Feb 2008 | Travel Expenses - Michael J Quinn - 2/14/08 Taxi from LAX to Redondo Beach Voucher # 991097 Check # 51625 | 28.00 | 28.00 | 1 |
| 14267383 | 32h | 03063 | 28 Feb 2008 | Travel Expenses - Lawrence Coe Lanpher 2/12-13 California Voucher # 991118 Check # 51546 | 642.49 | 642.49 | 1 |
|  |  |  |  | Subtotal Travel Expenses | 3,253.88 | 3,253.88 |  |
| 14247290 | 33h | 08999 | 13 Feb 2008 | Transportation Expenses - Petty Cash Fera MMileage, Parking 2/4/08 Inv 2/13/08PC Voucher # 987024 Check # 8013147 | 36.93 | 36.93 | `1 |
| 14267385 | 33h | 31007 | 28 Feb 2008 | Transportation Expenses - Brian A. Ochs 2/17 parking and mileage Voucher # 991120 Check # 51557 | 32.00 | 32.00 | 1 |
|  |  |  |  | Subtotal Transportation Expenses | 68.93 | 68.93 |  |
| 14238489 | 34h | 03999 | 6 Feb 2008 | Cab Fare - Yellow Cab Company of D.C. Fr 1601 X to 316 11th - R. Mitchell 1/15/08 Voucher # 984981 Check # 3020532 | 15.87 | 15.87 | 1 |
| 14238497 | 34h | 03999 | 6 Feb 2008 | Cab Fare - Yellow Cab Company of D.C. Fr 1601 X to 316 11th - R. Mitchell 1/18/08 Voucher # 984981 Check # 3020532 | 15.87 | 15.87 | 1 |
| 14238509 | 34h | 03999 | 6 Feb 2008 | Cab Fare - Yellow Cab Company of D.C. Fr 1601 X to 316 11th - J. Mitchell 1/31/08 Voucher # 984981 Check # 3020532 | 15.51 | 15.51 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (24) 24

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #:  1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|------|---------|----------|
| 14243606 | 34h | 03620 | 11 Feb 2008 | Cab Fare - Red Top Transportation Fr 1601 K to Buchanan St 1/31/08 - E. Fishman  Voucher # 986154   Check # 3020530 | 20.70 | 20.70 | 1 |
| 14244254 | 34h | 08361 | 11 Feb 2008 | Cab Fare - Group Americar Transportation, LLC E.Rim 599 to Queens 1/23 inv.54676Э  Voucher # 986311   Check # 8013134 | 79.56 | 79.56 | 1 |
| 14244255 | 34h | 08361 | 11 Feb 2008 | Cab Fare - Group Americar Transportation, LLC E.Rim 599 to Queens 1/24 inv.54676Э  Voucher # 986311   Check # 8013134 | 64.26 | 64.26 | 1 |
| 14257554 | 34h | 03620 | 25 Feb 2008 | Cab Fare - Red Top Transportation Fr 1601 K to Buchanan St. 2/8/08 - E. Fishman  Voucher # 989437   Check # 3020714 | 22.93 | 22.93 | 1 |
| 14257555 | 34h | 03620 | 25 Feb 2008 | Cab Fare - Red Top Transportation Fr 1601 K to Buchanan St. 2/16/08 - E. Fishman  Voucher # 989437   Check # 3020714 | 20.70 | 20.70 | 1 |
| 14257556 | 34h | 03620 | 25 Feb 2008 | Cab Fare - Red Top Transportation Fr 1601 K to Buchanan St. 2/7/08 - E. Fishman  Voucher # 989437   Check # 3020714 | 21.06 | 21.06 | 1 |
| 14286749 | 34h | 03238 | 26 Feb 2008 | Cab Fare - Stephen G. Topetzes 02/26/08 - Cabfare to U.S. Department of Justice  Voucher # 994326   Check # | 21.00 | 21.00 | 1 |
| 14263816 | 34h | 03999 | 27 Feb 2008 | Cab Fare - Red Top Transportation Fr 1601 K to Laurel, MD - J. Arcote 1/17/08  Voucher # 990125   Check # 3020715 | 80.64 | 80.64 | 1 |
| 14267302 | 34h | 32103 | 28 Feb 2008 | Cab Fare - Amanda Kostner 2/11 taxi home from office  Voucher # 991073   Check # 51533 | 20.00 | 20.00 | 1 |
| 14267303 | 34h | 32103 | 28 Feb 2008 | Cab Fare - Amanda Kostner 2/19 & 2/20 working late  Voucher # 991073   Check # 51533 | 36.00 | 36.00 | 1 |
|  |  |  |  | Subtotal Cab Fare | 434.10 | 434.10 |  |
| 14256290 | 35h | 00999 | 22 Feb 2008 | Air Fare - American Express - M.Quinn - 2/5/08 LA/D.C./DFW/LA | 100.00 | 100.00 | 1 |

Proforma Number: 1341123
Invoice Number: 1776488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

Page (25) 25

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14256306 | 35h | 00999 | 22 Feb 2008 | Voucher # 989066 Check # 1049135 Air Fare - American Express - M.Quinn - 12/28/07 Travel Service Fee Voucher # 989066 | 34.00 | 34.00 | 1 |
| 14256307 | 35h | 00999 | 22 Feb 2008 | Voucher # 989066 Check # 1049135 Air Fare - American Express - M.Quinn - 12/28/07 Travel Service Fee Voucher # 989066 | 34.00 | 34.00 | 1 |
| 14260485 | 35h | 03063 | 26 Feb 2008 | Air Fare - American Express - Strip - AmEx 01/29/08 - Lanpher, Lawrence - 01/03/08 - Long Beach Voucher # 989849 Check # 1049134 | 547.50 | 547.50 | 1 |
| 14260486 | 35h | 03063 | 26 Feb 2008 | Air Fare - American Express - Strip - AmEx 01/29/08 - Lanpher, Lawrence - 01/11/08 - Long Beach Voucher # 989849 Check # 1049134 | 150.00 | 150.00 | 1 |
| 14260487 | 35h | 32030 | 26 Feb 2008 | Air Fare - American Express - Strip - AmEx 01/29/08 - Richman, Lisa M. - 01/07/08 - Long Beach Voucher # 989849 Check # 1049134 | 364.50 | 364.50 | 1 |
| 14260488 | 35h | 32030 | 26 Feb 2008 | Air Fare - American Express - Strip - AmEx 01/29/08 - Richman, Lisa M. - 01/04/08 - San Francisco Voucher # 989849 Check # 1049134 | 455.00 | 455.00 | 1 |
| 14260489 | 35h | 32030 | 26 Feb 2008 | Air Fare - American Express - Strip - AmEx 01/29/08 - Richman, Lisa M. - 01/07/08 - Los Angeles Voucher # 989849 Check # 1049134 | 396.03 | 396.03 | 1 |
| 14260490 | 35h | 32030 | 26 Feb 2008 | Air Fare - American Express - Strip - AmEx 01/29/08 - Richman, Lisa M. - 01/10/08 - Los Angeles Voucher # 989849 Check # 1049134 | 825.90 | 825.90 | 1 |
| 14260491 | 35h | 03238 | 26 Feb 2008 | Air Fare - American Express - Strip - AmEx 01/29/08 - Topetzes, Stephen - 01/03/08 - San Francisco Voucher # 989849 Check # 1049134 | 695.22 | 695.22 | 1 |
| 14260492 | 35h | 03238 | 26 Feb 2008 | Air Fare - American Express - Strip - AmEx | 49.00 | 49.00 | 1 |

Page (26) 26

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #:  1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14260493 | 35h | 03238 | 26 Feb 2008 | 01/29/08 - Topetzes, Stephen - 01/07/08<br>Voucher # 989849          Check # 1049134 | 396.03 | 396.03 | 1 |
| 14260494 | 35h | 03238 | 26 Feb 2008 | Air Fare - American Express - Strip - AmEx<br>01/29/08 - Topetzes, Stephen - 01/07/08 - Los Angeles<br>Voucher # 989849          Check # 1049134 | 825.90 | 825.90 | 1 |
| 14260495 | 35h | 03238 | 26 Feb 2008 | Air Fare - American Express - Strip - AmEx<br>01/29/08 - Topetzes, Stephen - 01/10/08 - DC<br>Voucher # 989849          Check # 1049134 | 49.00 | 49.00 | 1 |
| 14260496 | 35h | 03238 | 26 Feb 2008 | Air Fare - American Express - Strip - AmEx -<br>01/29/08 - Topetzes, Stephen - 01/10/08 -<br>Voucher # 989849          Check # 1049134 | 49.00 | 49.00 | 1 |
| 14260497 | 35h | 03238 | 26 Feb 2008 | Air Fare - American Express - Strip - AmEx<br>01/29/08 - Topetzes, Stephen - 01/17/08<br>Voucher # 989849          Check # 1049134 | 41.00 | 41.00 | 1 |
| 14260498 | 35h | 03238 | 26 Feb 2008 | Air Fare - American Express - Strip - AmEx<br>01/29/08 - Topetzes, Stephen - 01/25/08 - Los Angeles<br>Voucher # 989849          Check # 1049134 | 558.04 | 558.04 | 1 |
| 14260597 | 35h | 32132 | 26 Feb 2008 | Air Fare - American Express AmEx BTA 01/29/08 -<br>Lindsay, Scott - 01/18/08 - Los Angeles<br>Voucher # 989889          Check # 1049135 | 746.60 | 746.60 | 1 |
| 14268958 | 35h | 11077 | 29 Feb 2008 | Air Fare - American Express, Leah Shough,<br>Unused airfare, 12/24<br>Voucher # 991431          Check # 1049135 | (362.40) | (362.40) | 1 |
| 14269190 | 35h | 11073 | 29 Feb 2008 | Air Fare - American Express, Jeffrey Bornstein,<br>Airfare, 12/24/07<br>Voucher # 991477          Check # 1049134 | (362.40) | (362.40) | 1 |
| 14269195 | 35h | 11067 | 29 Feb 2008 | Air Fare - American Express, Amanda Kostner,<br>Airfare, 1/3<br>Voucher # 991477          Check # 1049134 | 337.50 | 337.50 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (27) 27

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| | | | | Subtotal Air Fare | 5,929.42 | 5,929.42 | |
| 14235877 | 37h | 32109 | 4 Feb 2008 | Business Meal - SeamlessWeb Professional Solutions, Inc. Charlie Chiang's 12/20/07 - James Mitchell Voucher # 984069    Check # 3020366 | 15.38 | 15.38 | 1 |
| 14238205 | 37h | 03580 | 6 Feb 2008 | Business Meal - SeamlessWeb Professional Solutions, Inc. Café Matsu Catering - 01/03/08 - New Century Erin Koeppel Voucher # 984730    Check # 3020378 | 198.44 | 198.44 | 1 |
| 14242250 | 37h | 10103 | 8 Feb 2008 | Business Meal - American Express American Express - 1/29/08 - Corner Bakery - 1/8/08 - M. Quinn Voucher # 986083    Check # 1048700 | 58.58 | 58.58 | 1 |
| 14256925 | 37h | 03216 | 23 Feb 2008 | Business Meal - Bank of America New Century Luncheon Meeting with L. Lanpher, A. Kostner, S. Topetzes, M. Missal, L. Richman, t. Lendez, K. Coyd & J. Sanders Voucher # 989245    Check # 207777 | 235.59 | 235.59 | 1 |
| 14256926 | 37h | 03216 | 23 Feb 2008 | Business Meal - Bank of America New Century Luncheon Meeting with L. Lanpher, A. Kostner, B. Corbin, R. Cimine, & J. Athey Voucher # 989245    Check # 207777 | 172.11 | 172.11 | 1 |
| 14259719 | 37h | 08999 | 26 Feb 2008 | Business Meal - SeamlessWeb E.Pera 1/24 inv.294892 Voucher # 989665    Check # 8013274 | 26.38 | 26.38 | 1 |
| 14259737 | 37h | 08362 | 26 Feb 2008 | Business Meal - SeamlessWeb J.Roeber Oxford Cafe 1/15 inv.294892 Voucher # 989665    Check # 8013274 | 56.22 | 56.22 | 1 |
| 14267386 | 37h | 31007 | 28 Feb 2008 | Business Meal - Brian A. Ochs 2/17 lunch Voucher # 991120    Check # 51557 | 7.31 | 7.31 | 1 |
| 14267865 | 37h | 31007 | 29 Feb 2008 | Business Meal - Brian A. Ochs 2/14 working late Voucher # 991166    Check # 51557 | 8.02 | 8.02 | 1 |
| | | | | Subtotal Business Meal | 778.03 | 778.03 | |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (28) 28

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14237435 | 81h | 32083 | 5 Feb 2008 | Charge for Transcripts - Sarnoff Information Technologies, Inc. dba Court Reporters Transcript - Re: New Century TSR Holdings, Inc. - S. Kurian<br>Voucher # 984532      Check # 3020885* | 545.69 | 545.69 | 1 |
| | | | | Subtotal Charge for Transcripts | 545.69 | 545.69 | |
| 14239970 | 97h | 00999 | 7 Feb 2008 | Other - American Express Thomson Financial - Invextext Research Rpt - 11/07<br>Voucher # 985439      Check # 1048700 | 101.40 | 101.40 | 1 |
| 14256587 | 97h | 03999 | 22 Feb 2008 | Other - Cab - New Century Project - Edit Doc - 02/15/08<br>Voucher # 989178      Check # 3020609 | 12.00 | 12.00 | 1 |
| 14256590 | 97h | 03999 | 22 Feb 2008 | Other - Lunch for MJM, SGT, C. Gibson & JCS Mileage - 02/16/08<br>Voucher # 989178      Check # 3020609 | 62.17 | 62.17 | 1 |
| 14256591 | 97h | 03999 | 22 Feb 2008 | Other - Word Processing Dinner - 02/20/08<br>Voucher # 989178      Check # 3020609 | 12.00 | 12.00 | 1 |
| 14256593 | 97h | 03999 | 22 Feb 2008 | Other - New Century - Missal - 01/26/08<br>Voucher # 989178      Check # 3020609 | 29.14 | 29.14 | 1 |
| 14256594 | 97h | 03999 | 22 Feb 2008 | Other - New Century - Missal - Meal 02/01/08<br>Voucher # 989178      Check # 3020609 | 41.14 | 41.14 | 1 |
| 14256595 | 97h | 03999 | 22 Feb 2008 | Other -New Century - Meal and Parking - Missal - 02/04/08<br>Voucher # 989178      Check # 3020609 | 26.54 | 26.54 | 1 |
| 14256596 | 97h | 03999 | 22 Feb 2008 | Other - New Century - Meal and Parking - Missal - 02/05/08<br>Voucher # 989178      Check # 3020609 | 27.00 | 27.00 | 1 |
| | | | | Subtotal Other | 311.39 | 311.39 | |
| | | | | **TOTAL DISBURSEMENTS AND OTHER CHARGES** | 63,129.45 | 51,052.06 | |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (29) 29

Proforma Number: 1341123
Invoice Number: 1778488
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Mar 2008
Batch #: 1603882
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES SUMMARY

| CODE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT |
|------|-------------|---------------:|----------------:|
| 01 | Telephone / Conference Calls / Fx Line Trans | 31.04 | 31.04 |
| 03 | Postage | .41 | .41 |
| 04 | Copying Expense | 9,169.74 | 5,094.30 |
| 05h | Copying Expense (Outside Off.) | 11,633.01 | 11,633.01 |
| 08 | Word Processing | 8,001.95 | |
| 09 | Employee Overtime | 3,690.00 | 3,690.00 |
| 10 | Long Distance Courier | 366.63 | 366.63 |
| 10h | Long Distance Courier | 428.72 | 428.72 |
| 14 | Lexis Research | 17,033.53 | 17,033.53 |
| 142h | Parking / Mileage | 100.00 | 100.00 |
| 15 | Westlaw Research | 938.23 | 938.23 |
| 17h | Other Data Base Research | 9.92 | 9.92 |
| 23h | OT Dinner, Cabs, Parking | 404.83 | 404.83 |
| 32h | Travel Expenses | 3,253.88 | 3,253.88 |
| 33h | Transportation Expenses | 68.93 | 68.93 |
| 34h | Cab Fare | 434.10 | 434.10 |
| 35h | Air Fare | 5,929.42 | 5,929.42 |
| 37h | Business Meal | 778.03 | 778.03 |
| 81h | Charge for Transcripts | 545.69 | 545.69 |
| 97h | Other | 311.39 | 311.39 |

| | TOTAL DISBURSEMENTS AND OTHER CHARGES | 63,129.45 | 51,052.06 |
|---|---|---:|---:|

03/24/08
K&L Gates
Proforma for Period Ending 02/29/08

MATTER NUMBER: 810003-00104

BILLING ATTORNEY: 9991
SUPERVISING ATTY: 1321

Page 2 (2)
DALLAS OFFICE ONLY
GARDA, J.

PROFORMA # 297022

## TIME (DETAIL):

| Index | Timekeeper | Task Code | Act Code | Date | Check | Worked Hours | Worked Value | Billed Hours | Billed Value | Billed Cumulative Total | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | .00 | $ .00 | .00 | $ .00 | $ .00 | |

**TOTAL FEES**

Missing Time:
No timekeepers currently have missing time

## EXPENSES (DETAIL):

| Index | Tmkpr | Date | Check | Amount | Quan | Description |
|---|---|---|---|---|---|---|
| 4847512 | 9991 | 02/28/08 | 99677 | 418.06 | 1 | Data Base Services Westlaw Vendor - K&L Gates Jan 2008 Database Charges |

**TOTAL EXPENSES**  $418.06

| | Amount | Billed Value | Cumulative |
|---|---|---|---|
| TOTAL FEES | 0.00 | 0.00 | 0.00 |

## EXPENSES (SUMMARY):

| CODE | DESCRIPTION | UNBILLED EXPENSES AMOUNT | QUANTITY | CUMULATIVE EXPENSES AMOUNT |
|---|---|---|---|---|
| 180 | Data Base Services | $418.06 | 1 | $418.06 |
| | TOTAL EXPENSES | $418.06 | | |
| | TOTAL FEES AND EXPENSES | $418.06 | | |

## INVOICE SUMMARY (Includes all outstanding invoices and those invoices paid during the past 6 months):

| Invoice Date | Last Pay Date | Invoice Number | Fees Billed | Expenses Billed | Total Billed | Amount Paid | Write-Offs | Balance |
|---|---|---|---|---|---|---|---|---|
| 03/24/08 | | 590063 | 0.00 | 418.06 | 418.06 | 0.00 | 0.00 | 418.06 |
| | | TOTALS | 0.00 | 418.06 | 418.06 | 0.00 | 0.00 | 418.06 |

## BILLING FORMAT KEY

Summary Statement
1  This statement covers fees for legal ser