EXHIBIT "B"



20060223-0003297

Fee: $16.00
N/C Fee: $0.00

02/23/2006        13:54:50
T20060033021

Requestor:
FIDELITY NATIONAL TITLE

Frances Deane             SOL
Clark County Recorder    Pgs: 3

Assessor's Parcel Number:
163-20-210-030
Mail Tax Statements To:

Record and Return To:
GRP Financial Services
360 Hamilton Ave., 5th Floor
White Plains, NY 10601
Attn: Rhonda Porter

5880845        34.

# ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is
**18400 Von Karman, Suite 1000, Irvine, CA 92612**

does hereby grant, sell, assign, transfer and convey, unto  GRP Loan, LLC

a corporation organized and existing under the laws of Delaware
(herein "assignee"), whose address is  GRP Loan, LLC

all beneficial interest under a certain Deed of Trust, dated   **March 11, 2005**   , made and executed
by **ARMOND BYERS, An Unmarried Man, As His Sole and Separate Property**

to **EQUITY TITLE OF NEVADA**

Trustee, and given
to secure payment of **TWO HUNDRED TWELVE THOUSAND AND 00/100**
($ 212,000.00            )
(Include the Original Principal Amount)
which Deed of Trust is of record in Book, Volume, or Liber No.                           , at
page                 (or as No. 20050322-0003353  ) of the County
Records of **Clark**                    County, State of Nevada, together with the note(s) and
obligations therein described, the money due and to become due thereon with interest, and all rights
accrued or to accrue under such Deed of Trust.
TO HAVE AND TO HOLD, the same unto Assignee, its successor and assigns, forever, subject only
to the terms and conditions of the above-described Deed of Trust.

1001200168

**Nevada Assignment of Deed of Trust with Acknowledgment**
Page 1 of 2
VMP -995W(NV) (0403).01   VMP Mortgage Solutions, Inc. (800)521-7291                            3/04

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Deed of Trust on March 23, 2005



_____
Witness

_____
Witness

_____
Attest

Seal:

This Instrument Prepared By: New Century Mortgage

New Century Mortgage Corporation
(Assignor)

By: _____ (Signature)
Magda Villanueva / A.V.P.\Shipping Manager

, address: ,
, tel. no.:

**State of**
**County of**

This instrument was acknowledged before me on
by

as                                                                                                    of

_____
Azin Rahmanpanah

1001200168

-995W(NV) (0403).01        Page 2 of 2

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

STATE OF CALIFORNIA
COUNTY OF ORANGE

On **March 23, 2005** before me the undersigned **Erika Reyes**, A Notary Public in and for Orange County and the State of California, personally appeared **Magda Villanueva, A.V.P./ Shipping Manager of New Century Mortgage Corporation,** who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that their authorized capacities, and that by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

Witness my hand and official seal

_____
Signature of Notary Public

**Erika Reyes**
**COMMISSION # 1455401**
**COMMISSION EXPIRES:**
**December 9, 2007**