# EXHIBIT "C"

**Nationwide Appraisal Services Corporation**

Southpointe Plaza II * Suite 300
380 Southpointe Blvd * Canonsburg, PA 15317
(724)746-2500 * FAX (724)746-0400
Toll Free (800)920-0050 * FAX (800)396-2726
www.nascopgh.com
Nasdaq: CTGI

## Property Report

Wednesday, January 04, 2006

Our Order number:   TC6170766.0

| | | | |
|---|---|---|---|
| Loan number: | New Century-1001200168-15425 | Our product: | 900 - Property Report |
| Home owner: | ARMOND BYERS<br>9230 BUSH POPPY AVE.<br>LAS VEGAS, NV 89147 | Client: | GRP079 - GRP Financial Services<br>Lillian Sanchez<br>360 Hamilton Avenue, 5th Floor<br>WHITE PLAINS, NY 10601 |
| Fax Number: | | | |
| Date of Search: | 12/02/2005 | Effective Date: | 03/16/2005 through 10/14/2005 |

### Deed Information

Title is vested In: Armond Byers, an unmarried man, as his sole and separate property
As: N/A
Grantor: Joseph D'Arrigo and Gloria D'Arrigo, husband and wife, as joint tenants
Ownership Type: Fee Simple
Consideration:
Document: 20050322-0003352 Executed: 03/16/2005 Recorded: 03/22/2005

### Real Estate Taxes

Tax ID: 163-02-210-030

2004/05 Real Estate - Paid
2005/06 1st and 2nd Installments $810.72 - Delinquent and
due by 12/31/2005
2005/06 3rd Installment $378.85 - Due by 1/2/2006
2005/06 4th Installment $378.85 - Due by 3/6/2006

No homestead exemption
No special assessments

Taxes
payable to:
Laura B. Fitzpatrick, Clark County Treasurer
500 South Grand Central Parkway
Las Vegas, Nevada 89155-1220
Phone No. 702-455-4323

## Mortgages

Beneficiary: New Century Mortgage Corporation
Amount: $212,000.00 Executed: 03/11/2005 Filed: 03/22/2005 Document: 20050322-0003353
Signed By: Armond Byers, an unmarried man, as his sole and separate property
Trustee: Equity Title of Nevada

Beneficiary: New Century Mortgage Corporation
Amount: $53,000.00 Executed: 03/11/2005 Filed: 03/22/2005 Document: 20050322-0003354
Signed By: Armond Byers, an unmarried man, as his sole and separate property
Trustee: Equity Title of Nevada

## Judgements and Other Liens

Clear

## Legal Description

All that real property situated in the County of Clark, State of Nevada, described as follows:

Lot Thirty-One (31) in Block Seven (7) of Flamingo Trails Unit 1, as shown by map thereof on file in Book 70 of Plats, Page 44, and Certificate of Amendment recorded March 5, 1996 in Book 960305 of Official Records, as Document No. 01325, in the Office of the County Recorder of Clark County, Nevada.

Parcel ID #163-20-210-030

## Miscellaneous

Is this a Foreclosure? NO Are there delinquent taxes? YES If so, did you: Check for a Tax Sale or Tax Sale Certificate? YES Add the Tax Sale Information including who holds the Taxes? N/A

*This report is a current owner search and may not be construed as a title policy or any other form of title guaranty. Nationwide Appraisal Services Corporation's liability is limited to the price paid for this report. This report is based upon a limited search of the public records designated herein, and is not to be construed as any form of title insurance or a commitment to insure title. This report has been prepared by the request of the client listed above, and is for their exclusive use, and is not valid to any other party. In the event this report is used as a basis for title insurance or any form of title guaranty, Nationwide Appraisal Services Corporation assumes no liability. In any other case, the liability of Nationwide Appraisal Services Corporation is limited to the compensation received for this report.*

Cost for this report:   $100.00

**End of Report**