IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br><br>Debtors. | Chapter 11<br>Case Nos. 07-10416-KJC, *et seq.* |

**NOTICE OF INTENT**
*(relates to Docket Nos. 526 & 1163)*

America's Servicing Company ("Movant"), by its undersigned attorneys, hereby files this Notice of Intent and in support hereof states as follows:

1. Movant gave notice of a request for relief from stay with respect to various properties (the "Properties") to the appropriate parties as required under the Court's June 7, 2007 Order Establishing Procedures for Relief from the Automatic Stay for Certain Foreclosure Proceedings (Docket No. 1163) (the "Procedures Order"), and the debtors New Century TRS Holdings, Inc. and its affiliates (the "Debtors") acknowledged receipt of said notice pursuant to the Procedures Order. Attached hereto as **Exhibit 1** is an Affidavit of Counsel with supporting documentation identifying the Properties and evidencing Movant's compliance with the noticing procedures.

2. Movant hereby provides notice, pursuant to the Procedures Order, of its intent to file under certification of counsel an order substantially in the form attached hereto as **Exhibit 2** (the "Liftstay Order").

3. If the Debtors fail to respond to this written notice within three (3) business days, then Movant will submit the Liftstay Order to the Court by certification of counsel for entry.

Dated: March 27, 2008
Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, P.L.L.C.

 /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
302-339-8800 telephone
302-213-0043 facsimile

*Attorneys for America's Servicing Company*