IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| NEW CENTURY TRS HOLDINGS, : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] : | |
| : | Jointly Administered |
| Debtors. : | |

## AGREED SCHEDULING ORDER BETWEEN THE DEBTORS AND THE AD HOC COMMITTEE OF PARTICIPANTS IN THE NEW CENTURY FINANCIAL CORPORATION DEFERRED COMPENSATION PLAN AND/OR SUPPLEMENTAL EXECUTIVE RETIREMENT/SAVINGS PLAN

The above-captioned debtors and debtors in possession (the "Debtors"), the Official Committee of Unsecured Creditors (the "Committee"), and the Ad Hoc Committee of Participants in the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan (the "Ad Hoc Committee," and together with the Debtors and the Committee, the "Parties") having discussed and agreed to an appropriate schedule for discovery in relation to their disputes concerning the *First Amended Joint Chapter 11 Plan of Liquidation for the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008* [Docket No. 5405] (the "Plan") and the Court having conducted a hearing on such disputes on March 5, 2008,

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California Corporation.

IT IS HEREBY ORDERED THAT:

1. **Disclosure of Expert Witnesses/Challenges to Expert Witnesses.** The Debtors and the Committee will provide a list of any expert witnesses they intend to use at the confirmation hearing (the "Confirmation Hearing") to establish a case for substantive consolidation and/or the fairness of a series of Fed. R. Bankr. P. 9019 compromises and any related distribution protocols by March 28, 2008. For the purposes of this Order, an "expert" shall mean any witness sought to be qualified, in whole or in part, as an expert under Federal Rule of Evidence 702 offering testimony to the extent of such expert testimony, including a witness who is also a "fact" witness. A summary of each proposed expert's testimony shall also be provided on or before March 28, 2008. Any motion challenging the qualifications of an expert must be filed by the later of April 19, 2008 or two days following the deposition of such expert if the expert is designated by the Ad Hoc Committee for a deposition and such motion will be resolved either prior to the Confirmation Hearing or as part of the Confirmation Hearing.

2. **Disclosure of Witnesses.** The Debtors and the Committee will provide a list of non-expert witnesses they intend to use at the Confirmation Hearing to establish a case for substantive consolidation and/or the fairness of a series Fed. R. Bankr. P. 9019 compromises and any related distribution protocols by April 4, 2008.

3. **Production of Documents.** All unprivileged documents in the possession, custody or control of the Debtors and relevant to the establishment or refutation of the In re Owens Corning, 419 F.3d 195, 211 (3d Cir. 2005), as amended by 2005 US App. LEXIS 18043 (3d. Cir. Aug. 23, 2005), cert. denied, 126 S.Ct. 1910 (2006) substantive consolidation factors, or which may reasonably lead to the discovery of relevant evidence in such respect, including, without limitation, all documents relevant to the intercompany transactions and other facts set forth in the *Disclosure Statement for the First Amended Joint Chapter 11 Plan of Liquidation for*

5

*the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008* [Docket No. 5395] (the "Disclosure Statement") as justifying the Holding Company Debtor[2] groups and treatments thereof, will be physically produced to the Ad Hoc Committee no later than April 4, 2008. A related privilege log will be produced no later than April 11, 2008.

4. **Scheduling of Depositions.** The Ad Hoc Committee will designate the witnesses it wishes to depose no later than April 10, 2008. The Parties will meet and confer to set a deposition schedule so as to have completed all depositions by April 20, 2008, with the parties reserving the right to conduct further depositions of the same witnesses prior to April 25, 2008 (the "Confirmation Hearing Date") should the need arise.

5. **Examiner's Report.** Nothing in this Order shall prejudice the right of counsel to the Ad Hoc Committee to attempt to obtain the Final Report of Michael J. Missal Bankruptcy Court Examiner filed under seal with the Court on February 29, 2008.

6. **Change to the Confirmation Hearing Date.** To the extent the date of the Confirmation Hearing is continued to a date after April 25, 2008 for any reason, the deadlines contained in paragraph 5 of this Order shall be extended by the same number of days as the Confirmation Hearing is continued.

Dated: March 26, 2008
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Plan and Disclosure Statement.

6