# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Case No.: 07-10416-KJC |
| NEW CENTURY TRS HOLDINGS, INC., : | |
| a Delaware Corporation, *et al.*, : | Chapter 11 |
| : | |
| Debtor. : | |
| : | |
| SUNTRUST BANK, : | Objections due: May 2, 2008 |
| : | |
| Movant, : | Hearing date: May 7, 2008 @ 10 A.M. |
| v. : | |
| : | |
| NEW CENTURY TRS HOLDINGS, INC., : | |
| a Delaware Corporation, *et al.*, : | |
| : | |
| Respondents. : | |

## MOTION OF SUNTRUST BANK
## SEEKING RELIEF FROM THE AUTOMATIC STAY

SunTrust Bank ("SunTrust"), by and through its undersigned counsel, hereby moves this Honorable Court for an Order granting SunTrust relief from the automatic stay of 11 U.S.C. §362(a), and avers in support thereof as follows:

1. SunTrust is an entity with a place of business located in Richmond, Virginia. SunTrust is qualified to do business in the State of Delaware.

2. On April 2, 2007, New Century TRS Holdings, Inc. ("Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

3. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §1334 and 11 U.S.C. §362(d).

4. Venue is proper in this Court pursuant to 28 U.S.C. §1408 and/or 1409.

5. SunTrust is the holder of a claim against Robin F. Navamuel ("Mortgagee"), arising from an Access 3 Equity Line Account Agreement and Disclosure Statement ("Note"), which is secured by a Mortgage, dated June 20, 2003, providing for a security interest in certain real property, with a location of 4135 NW 78th Lane, Coral Springs, FL  33065-1964 ("Property"). True and correct copies of the Note and Mortgage are attached hereto as Exhibits "A" and "B", respectively, and are incorporated herein by reference.  See also the Document and Loan History Abstract filed concurrently with this Motion.

6. The Note calls for variable minimum monthly payments on the account.

7. The Mortgage provides that in the event the Mortgagee defaults in monthly payments due under the Note, SunTrust would be entitled to foreclose on the Property.

8. Upon information and belief, the Debtor in this bankruptcy case may be a junior lienholder on the Property.

9. The Mortgagee has defaulted in making the monthly payments due to SunTrust pursuant to the Note.

10. As of this date, the arrears due SunTrust total at least $4,512.14, representing default on at least sixteen (16) variable minimum monthly payments.  The last payment received by SunTrust on this account was on December 7, 2006.

11. The total amount due SunTrust pursuant to the Note is $19,085.04.  There is no other collateral securing the debt due SunTrust.

12. An Affidavit of the Mortgagee's indebtedness and default, provided by SunTrust, is attached hereto as Exhibit "C."

## COUNT I
## RELIEF UNDER §362(d)(1)

13. The allegations of paragraphs 1 through 12 above are incorporated herein as if fully set forth at length.

14. The Mortgagee has continuously defaulted in payments due to SunTrust pursuant to the Note.

15. SunTrust has no information concerning whether the Property is insured with an insurance policy naming SunTrust as loss payee, as called for by the Mortgage.

16. For the reasons above, cause exists for granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1).

WHEREFORE, SunTrust Bank respectfully requests that the automatic stay be modified to permit SunTrust to exercise and enforce its security interest and to foreclose on the Property referenced herein and/or to take any other action allowed by law with respect to the Property.

Respectfully Submitted,

By:   /s/ Partick Scanlon
Patrick Scanlon, Esquire
PATRICK SCANLON, P.A.
203 NE Front Street, Suite 101
Milford, DE 19963
Telephone: (302) 424-1996
Facsimile: (302) 424-0221

Attorneys for SunTrust Bank