IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NEW CENTURY TRS HOLDINGS, INC., <br> a Delaware Corporation, *et al.*, <br><br> Debtor. | Case No.: 07-10416-KJC <br><br> Chapter 11 |
| SUNTRUST BANK, <br><br> Movant, <br> v. <br><br> NEW CENTURY TRS HOLDINGS, INC., <br> a Delaware Corporation, *et al.*, <br><br> Respondents. | Objections due: May 2, 2008 <br><br> Hearing date: May 7, 2008 @ 10 A.M. |

### NOTICE OF MOTION OF SUNTRUST BANK
### SEEKING RELIEF FROM AUTOMATIC STAY

To:  New Century TRS Holdings, Inc.            Christopher M. Samis, Esquire
     3337 Michelson Drive, Suite CN-350        920 North King Street
     Irvine, CA  92612                         Wilmington, DE  19801

     United States Trustee                     Official Committee of Unsecured Creditors
     844 King Street, Room 2207                Bonnie Glantz Fatell, Esquire
     Lockbox #35                               1201 Market Street, Suite 800
     Wilmington, DE  19899-0035                Wilmington, DE  19801

SunTrust Bank ("SunTrust") has filed a Motion seeking relief from the automatic stay requesting an Order wherein the stay of 11 U.S.C. §362(a) shall be modified to permit SunTrust to foreclose upon certain real property with a location of 4135 NW 78th Lane, Coral Springs, FL 33065-1964.

A HEARING ON THE MOTION WILL BE HELD ON
**WEDNESDAY, MAY 7, 2008 AT 10:00 A.M.**

You are required to file a response (and supporting documentation required by local rule 4001-1(d)) to the attached motion at least **five (5) business days** before the above hearing date.

At the same time, you must serve a copy of the response upon movant's attorney:

> Patrick Scanlon, Esquire
> 203 NE Front Street
> Suite 101
> Milford, DE 19963

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Respectfully submitted

By: _____
Patrick Scanlon, Esquire
PATRICK SCANLON, P.A.
203 NE Front Street, Suite 101
Milford, DE 19963
Telephone: (302) 424-1996
Facsimile: (302) 424-0221

Attorneys for SunTrust Bank