## DOCUMENT AND LOAN HISTORY ABSTRACT
(COMPLETE A SEPARATE ABSTRACT FOR
THE ORIGINAL TRANSACTION AND EACH ASSIGNMENT)

TYPE OF      __X__ Mortgage     _____ Retail Installment Contract
INSTRUMENT:     _____ Assignment     _____ UCC Financing Statement
    _____ Lease     _____ Promissory Note/Security Agreement
    _____ Other (describe_____)

PARTIES:     Robin F. Navamuel / SunTrust Bank     Borrower/Lender
    _____ Lender/Lessee

DATE OF INSTRUMENT: June 20, 2003     # OF PAGES: __8__

ESSENTIAL     $20,000.00     Original Principal Balance
TERMS:     thirty (30) years     Term
    variable     Interest Rate
    8/5/03     First Payment Due
    variable     Payment Amount
    monthly     Payments Due (weekly, monthly, yearly, etc.)
    15th of each month     Payment Due Date

SECURED (LEASED) PROPERTY DESCRIPTION:

__X__ Real Property     _____ Motor Vehicle     _____ Other
Address/Description: 4135 NW 78th Lane, Coral Springs, FL 33065-1964

Lien Recording:
    __X__ Recorder of Deeds
    Broward, FL County/State
    _____ Secretary of State/State
    _____ Division of Motor Vehicles (State:__)
    _____ Other (Describe)
    7/30/03 Recording Date
    Bk 35704, Pg 701-08 Book & Page/Instrument Number

OTHER ESSENTIAL INFORMATION:
Last Payment Applied to Installment past due on 11/5/06 (received 12/7/06)

PROOF OF CLAIM FILED WITH CLERK, U.S. BANKRUPTCY COURT: __No__
(Yes/No)