# EXHIBIT "C"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Case No.: 07-10416-KJC |
| NEW CENTURY TRS HOLDINGS, INC., : | |
| a Delaware Corporation, *et al.*, : | Chapter 11 |
| : | |
| Debtor. : | |
| : | |
| SUNTRUST BANK, : | |
| : | |
| Movant, : | |
| v. : | |
| : | |
| NEW CENTURY TRS HOLDINGS, INC., : | |
| a Delaware Corporation, *et al.*, : | |
| : | |
| Respondents. : | |

**AFFIDAVIT IN SUPPORT OF MOTION OF SUNTRUST BANK**
**SEEKING RELIEF FROM THE AUTOMATIC STAY**

I, Lara Robinson, hereby affirm as follows:

1. I am a Foreclosure Specialist for SunTrust Bank ("SunTrust") and have personal knowledge of the facts set forth below and, if called to testify, can attest to the following facts.

2. I am currently eighteen (18) years of age or older at all times relevant to this Affidavit.

3. SunTrust is the holder of a claim against Robin F. Navamuel ("Mortgagee"), arising from an Access 3 Equity Line Account Agreement and Disclosure Statement ("Note"), which is secured by a Mortgage, dated June 20, 2003, providing for a security interest in certain real property, with a location of 4135 NW 78th Lane, Coral Springs, FL  33065-1964 ("Property").

4. The Note calls for variable minimum monthly payments on the account.

5. The Mortgage provides that in the event the Mortgagee defaults in monthly payments due under the Note, SunTrust would be entitled to foreclose on the Property.

6. Upon information and belief, the Debtor in this bankruptcy case may be a junior lienholder on the Property.

7. The Mortgagee has defaulted in making the monthly payments due SunTrust pursuant to the Note.

8. As of this date, the arrears due SunTrust total at least $4,512.14, representing default on at least sixteen (16) variable minimum monthly payments. The last payment received by SunTrust on this account was on December 7, 2006.

9. The total amount due SunTrust pursuant to the Note is $19,085.04. There is no other collateral securing the debt due SunTrust.

*Lara Robinson*
Lara Robinson, Foreclosure Specialist
SunTrust Bank

State of Virginia
City of Richmond

On MARCH 26, 2008, before me, the undersigned a notary public in and for said State, personally appeared Lara Robinson, who properly identified herself to me and signed this document in my presence.

My commission expires on June 30, 2011.

Witness my hand and official seal.

*Shelia M Alston*
Notary Public

SHELIA M. ALSTON
Notary Public
Commonwealth of Virginia
331385
My Commission Expires Jun 30, 2011