## AFFIDAVIT OF MAILING

**STATE OF DELAWARE** )
) ss.
**COUNTY OF KENT** )

I, the undersigned, do hereby certify that on the __27th__ day of __March__, 2008, I served by first class United States mail, postage prepaid, (or via electronic notice), a true and correct copy of the Motion of SunTrust Bank Seeking Relief from the Automatic Stay, and Notice of Motion of SunTrust Bank Seeking Relief from the Automatic Stay, upon the following:

New Century TRS Holdings, Inc.
3337 Michelson Drive, Suite CN-350
Irvine, CA 92612

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Christopher M. Samis, Esquire
920 North King Street
Wilmington, DE 19801

Official Committee of Unsecured Creditors
Bonnie Glantz Fatell, Esquire
1201 Market Street, Suite 800
Wilmington, DE 19801

By: _____
Patrick Scanlon, Esquire
PATRICK SCANLON, P.A.
203 NE Front Street, Suite 101
Milford, DE 19963
Telephone: (302) 424-1996
Facsimile: (302) 424-0221

Attorneys for SunTrust Bank

**SWORN TO AND SUBSCRIBED** before me the day, month and year first above written.

_____
NOTARY PUBLIC

Darlene W. Blythe
Notary Public
State of Delaware
My Comm. Exp: 10/11/09