**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) **Hearing Date:  May 7, 2008** |
| Debtors, | ) **Response Date:  April 30, 2008** |

**NOTICE OF MOTION OF GRP LOAN LLC FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362(d)(1) *NUNC PRO TUNC***

To: The Persons on the Attached Service List

**Hearing on the Motion is scheduled for
May 7, 2008 at 10:00 a.m.**

**ANY RESPONSE MUST BE FILED AND SERVED AND A CERTIFICATE OF SERVICE FILED ON OR BEFORE APRIL 30, 2008 AT 4:00 P.M.  FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

  You are required to file a response and the supporting documentation required by Local Rule 4001-1(d) to the attached motion at least five business days before the above hearing date.
  At the same time, you must also serve a copy of the response upon Movant's attorney:

> Whittington & Aulgur
> 651 N. Broad Street, Ste. #206
> P.O. Box 1040
> Middletown, DE  19709-1040

  The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.
  The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent of any security instrument.

        WHITTINGTON & AULGUR
    By: /s/ Kristi J. Doughty
        Robert T. Aulgur, Jr. (No. 165)
        Kristi J. Doughty (No. 3826)
        (302) 378-1661
        Attorney for Movant