EXHIBIT "A'



## PROPERTY REPORT

| Order No.: 2438314VT | Search Fee: 125.00 |
|---|---|
| Customer Information<br>MARSHAWN HOWARD<br>9 DEL PRADO CIRCLE<br>FAIRFIELD, CA 94533<br>County: SOLANO | Client Information<br>GRP FINANCIAL SERVICES<br>Attn: NA,<br>Loan No: Sep07-69-1011824760 |

Effective Date: September 5, 2007                Search Date: September 18, 2007

### MORTGAGES/DEED OF TRUST

| | |
|---|---|
| Mortgagee: | NEW CENTURY MORTGAGE CORPORATION |
| Trustee: | CHICAGO TITLE COMPANY |
| Mortgagor: | MARSHAWN HOWARD |
| Dated Date: | 9/1/2004    Recorded Date: 9/24/2004 |
| Amount: | $50,380.00    Book/Page: N/A |
| Open Ended: | NO    Instrument #: 200400134826 |
| Maturity Date: | 10/1/2034 |
| Add'l Info: | SUBSTITUTION OF TRUSTEE FILED 10/31/2005 IN INSTRUMENT NO. 200500168431 NAMING WILSHIRE CREDIT CORPORATION AS NEW TRUSTEE |
| | MORTGAGE ASSIGNED TO WILSHIRE CREDIT CORPORATION AND RECORDED 10/31/2005 IN INSTRUMENT NO. 200500168430, SOLANO COUNTY RECORDS |
| Mortgagee: | NEW CENTURY MORTGAGE CORPORATION |
| Trustee: | FIDELITY NATIONAL TITLE |
| Mortgagor: | MARSHAWN HOWARD |
| Dated Date: | 1/13/2007    Recorded Date: 1/30/2007 |
| Amount: | $306,000.00    Book/Page: N/A |
| Open Ended: | NO    Instrument #: 200700011440 |
| Maturity Date: | 2/1/2037 |
| Add'l Info: | NOTICE OF DEFAULT FILED 7/11/2007 IN INSTRUMENT NO. 200700076686 |

### JUDGMENTS

NONE OF RECORD

All information contained herein is deemed reliable but not guaranteed.



*****Please retain FAX as your original copy*****