EXHIBIT "D"

Recording Requested By:
Barclays Services Corporation

And When Recorded Mail To:
GRP Financial Services Corp.
445 Hamilton Avenue
8th Floor
White Plains, NY 10601

_____ Space above for Recorder's use _____
Loan#: 0326255478  Project ID#: 7,305  Cust#: 782  Date: DECEMBER 20, 2007
Ref#: 22209

## ASSIGNMENT OF DEED OF TRUST

For good and valuable consideration, the sufficiency of which is hereby acknowledged,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) AS NOMINEE FOR NEW CENTURY MORTGAGE CORPORATION, 3300 SW 34th Avenue Suite 101 Ocala, FL 34474
For VALUE RECEIVED, The undersigned hereby grants, assigns, and transfers to,
GRP LOAN, LLC, 445 Hamilton Avenue, 8th Floor, White Plains, NY 10601
assignee, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon. Said Deed of trust for $306,000.00 is recorded in the State of CALIFORNIA, County of SOLANO Official Records, dated JANUARY 13, 2007 and recorded on JANUARY 30, 2007, as Instrument No. 200700011440, in Book No. ---, at Page No. ---. Executed by MARSHAWN HOWARD A SINGLE MAN, as trustors, NEW CENTURY MORTGAGE CORPORATION as the original beneficiary.
Legal Description: As more fully described in said Deed of Trust.
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) AS NOMINEE FOR NEW CENTURY MORTGAGE CORPORATION

By: _____
    Tonya Blechinger, Assistant Secretary
State of     CALIFORNIA         }
County of   SACRAMENTO          } ss.

On DECEMBER 20, 2007, before me, C. Howell, a Notary Public, personally appeared Tonya Blechinger personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

_____
(Notary Name): C. Howell

C. HOWELL
COMM. #1712838
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO CO.
EXP. JAN 24, 2011