EXHIBIT "E"

# Competitive Market Analysis

**LIGHTHOUSE REAL ESTATE SOLUTIONS**
765 The City Drive South, Suite 300
Orange, CA 92868   Phone: 714-520-5737

| | |
|---|---|
| Date Ordered | 9/17/2007 |
| Loan Number | BC-69 |
| Client Number | |
| Company | GRP Financial - Acq |
| Contact | Doug Lombardo |
| Info Source | Tax Record |

☑ This is a Drive-By Inspection
☐ This is an Int./Ext. Inspection

## Property Description/Condition

| Property Address | City | State | Zip/Postal Code |
|---|---|---|---|
| 9 Del Prado Circle | FAIRFIELD | CA | 94533 |

| Mortgagor's Name/ (Title Vested In) | Currently Listed? | Previous DOM | Previous LP | Current LP | Listing Company |
|---|---|---|---|---|---|
| HOWARD, MARSHAWN | No | | | | |

**RECOMMENDED INSPECTIONS**
Termite ☑  Structural ☐  Well ☐  Septic ☐  Systems ☑
Physical Inspection ☑  Other ☐

| Property Type | Vacant/Occupied | Condition |
|---|---|---|
| Condo | O | Good |

**Description:**
1. Subject Property
2. Ext. Condition
3. Neighborhood

A MINUMUM OF 50 WORDS REQUIRED (if needed attach addendum):
See Addendum

| Subject Property | Style | Ext Walls | Sq. Ft. | # Units | # Rms | # Bed | # Bath | Bsmt (% fin) | Garage | Lot Size | Yr. Built |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 Del Prado Circle | Twnhm | Stucco | 1224 | 1 | 4 | 2 | 3 | None | 2CA | .03 | 1983 |

**USE COMPS LESS THAN 6 MONTHS OLD (IF IMPRACTICAL, LESS THAN 12 MONTHS)**

| Comparable Sales | Style | Ext Walls | Sq. Ft. | # Units | # Rms | # Bed | # Bath | Bsmt (% fin) | Garage | Lot Size | Yr. Built |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 46 Del Prado Cir | Twnhm | Stucco | 1224 | 1 | 4 | 2 | 3 | None | 2CA | .03 | 1983 |
| 2 | 56 Del Prado Cir | Twnhm | Stucco | 1234 | 1 | 4 | 3 | 3 | None | 2CA | .03 | 1983 |
| 3 | 2898 Sunshine Cir | Twnhm | Stucco | 1196 | 1 | 4 | 2 | 2 | None | 2CA | .05 | 1978 |

| | Prox. to Subject (blk/ml) | Owner | Finance Type | Agt/Broker Inspected? | Condition | Sale Date | DOM | Orig. LP | LP @ Sale | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | .07 mi | O/O | Conv | N | Good | 5/22/2007 | 35 | 295,000 | 285,000 | 295,000 |
| 2 | .07 mi | O/O | Conv | N | Good | 5/4/2007 | 199 | 335,000 | 299,000 | 305,000 |
| 3 | .07 mi | O/O | Conv | N | Good | 1/3/2007 | 112 | 370,000 | 370,000 | 361,000 |

In Column 1, Check the home Most comparable to the Subject property. In column 2, enter the complete MLS number. In Column 3, enter comments describing why the comparable is equal, inferior, or superior to the subject property.

| | MLS # | Comments |
|---|---|---|
| ☐ | 20708536 | New carpet, paint, new tile floors in kit & bathrooms, new tile counters, patios. |
| ☑ | 20637508 | Brick fireplace, vaulted ceiling, sealed garage floors, courtyard, appliances conv. |
| ☐ | 20633910 | Corner unit, dual pane windows, crown moldings, paint, jetted spa tub, fireplace. |

| Comparable Listings | Style | Ext Walls | Sq. Ft. | # Units | # Rms | # Bed | # Bath | Bsmt (% fin) | Garage | Lot Size | Yr. Built |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 47 Del Prado Cir | Twnhm | Stucco | 1224 | 1 | 4 | 2 | 3 | None | 2CA | .03 | 1983 |
| 2 | 59 Del Prado Cir | Twnhm | Stucco | 1224 | 1 | 4 | 2 | 3 | None | 2CA | .03 | 1983 |
| 3 | 2830 Sunburst Dr | Twnhm | Stucco | 1196 | 1 | 4 | 2 | 3 | None | 2CA | .07 | 1978 |

| | Prox. to Subject (blk/ml) | Owner | Finance Type | Agt/Broker Inspected? | Condition | List Date | DOM | Orig. LP | Current LP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | .07 mi | O/O | Conv | N | Good | 9/5/2007 | 12 | 269,900 | 269,900 |
| 2 | .07 mi | O/O | Conv | N | Good | 8/20/2007 | 29 | 300,000 | 279,000 |
| 3 | 1.7 mi | O/O | Conv | N | Good | 6/17/2007 | 93 | 329,000 | 329,000 |

In Column 1, Check the home Most comparable to the Subject property. In column 2, enter the complete MLS number. In Column 3, enter comments describing why the comparable is equal, inferior, or superior to the subject property.

| | MLS # | Comments |
|---|---|---|
| ☑ | 20730891 | Granite counters, new dishwasher, laminate flooring, fireplace, two patio area. |
| ☐ | 20729273 | Two fenced patios, fireplace, community pool, near new elemen schools |
| ☐ | 20721314 | Open floor plan, new carpet & tile flooring, pellet stove, private backyard. |

## Neighborhood Data

| Sales Price In This Subdivision: | Low: $ 295,000 | High: $ 361,000 | Average: $ 320,000 |
|---|---|---|---|
| Location | ☐ Urban | ☑ Suburban | ☐ Rural |
| Property Values | ☐ Increasing | ☐ Stable | ☑ Decreasing |
| Demand/Supply | ☐ Shortage | ☐ In Balance | ☑ Over Supply |
| Growth Rate | ☐ Rapid | ☐ Stable | ☑ Slow |
| Economy | ☐ Increasing | ☑ Stable | ☐ Decreasing |
| Marketing Time | ☐ Under 3 Mos. | ☑ 3-6 Mos. | ☐ Over 6 Mos. |

New Construction ☐ Yes  ☑ No   If yes: ☐ Res.  ☐ Comm.  Price Range: Low $    High $

| Explain any possible hazardous conditions: | Probable Purchaser (First Time, Investor, etc.): | Probable Financing: |
|---|---|---|
| None known. | First Time Buyer | FHA |

Explain any economic conditions that might impact the marketability of the subject property:
Interest rate/loan qualify.

## Market Values Should Be Based On a 90 Day Marketing Time

| AS IS VALUE | $ 320,000 | Suggest AS IS List Price | $ 320,000 |
|---|---|---|---|
| Interior/Exterior Repaired Value | $ 320,000 | Suggest REPAIRED List Price | $ 320,000 |
| Estimated Lot Value High | $ 70,000 | Estimated Lot Value Low | $ 62,424 |
| AS IS Quick Sale Value | $ 295,000 | | |

## Agent/Broker Information

| Name: Laurel Miles | Years of Experience: 20 | Date Completed: 9/19/2007 |
|---|---|---|
| Company Name: Quality Real Estate | | |
| Address: 432 Jackson Street | | |
| City: Fairfield | State: CA | Zip: 94533 |
| Phone: (707)428-1771 | Email: laurelmiles@sbcglobal.net | |
| Distance from Agent's location to subject property: | Blocks: | Miles: 5 |

**ADDENDUM**

Subject Comments:

Townhomes are attached units at the garage that appear to be single family homes with two car garages. The neighborhood is average, close to freeway entrances and exists. Close to community pool, schools, shopping and public transportation. All units have fenced backyard patios, Westlake Mall two freeway entrances away, hospitals, and commerce. Rancho Solano Golf Course and Paradise Valley Golf course are close by.



9 Del Prado Circle, FAIRFIELD, CA 94533
Property Map



9 Del Prado Circle, FAIRFIELD, CA 94533
Front View



9 Del Prado Circle, FAIRFIELD, CA 94533
Side View



9 Del Prado Circle, FAIRFIELD, CA 94533
Street View



9 Del Prado Circle, FAIRFIELD, CA 94533
Comp Sale #1



9 Del Prado Circle, FAIRFIELD, CA 94533
Comp Sale #2



9 Del Prado Circle, FAIRFIELD, CA 94533
Comp Sale #3



9 Del Prado Circle, FAIRFIELD, CA 94533
Listing Comp #1



9 Del Prado Circle, FAIRFIELD, CA 94533
Listing Comp #2



9 Del Prado Circle, FAIRFIELD, CA 94533
Listing Comp #3