# EXHIBIT A

Contract ID: **1123131**

AT&T MA Reference No. **122399**



## AT&T BUSINESS NETWORK SERVICE
### Pricing Schedule

| Customer | AT&T | AT&T Sales Contact<br>☒ **Primary Contact** |
|---|---|---|
| Insert Legal Customer Name: New Century Mortgage<br>Street Address: 3337 Michelson Drive<br>City: Irvine<br>State/Province: CA<br>Zip Code: 92612<br>Country: USA | AT&T Corp.<br>or enter the International Affiliate Name<br><br>Select the regional address<br>☒ One AT&T Way, Bedminster, NJ 07921<br>☐ 2600 Camino Ramon, San Ramon, CA 94583<br>☐ 225 W. Randolph St., Chicago, IL 60606<br>☐ One AT&T Plaza, Dallas, TX 75202<br>☐ 310 Orange Street, New Haven, CT 06510<br>☐ 2180 Lake Blvd., 7th Floor, Atlanta, GA 30319<br><br>or enter International Affiliate Address | Name: Chris Koerner<br>Street Address: 1472 Edinger Avenue<br>Suite 2301<br>City: Tustin<br>State/Province: CA<br>Zip Code: **927 80**<br>Country: **USA**<br>Telephone: (9 49) 661-4310<br>Fax: (281) 664-4566<br>Email: ck9791@att.com<br>Sales/Branch Manager:<br>SCVP Name: **Tim MacDonald**<br>Sales Strata: **PCG**<br>Sales Region: **West** |
| **Customer Contact (for notices)** | **AT&T Contact (for notices)** | **AT&T Solution Provider or Representative Information (if applicable)** ☐ |
| Name: Debbie Buchanan<br>Title:<br>Street Address: 3337 Michelson Drive<br>City: Irvine<br>State/Province: CA<br>Zip Code: 92612<br>Country: USA<br>Telephone: (949) 517-1327<br>Fax: (949) 471-5926<br>Email: dbuchanan@ncen.com | Street Address: 1472 Edinger Avenue<br>Suite 2301<br>City: Tustin<br>State/Province: CA<br>Zip Code: **92780**<br>Country: **USA**<br><br>With a copy to:<br>AT&T Corp.<br>One AT&T Way<br>Bedminster, NJ 07921-0752<br>ATTN: Master Agreement Support Team<br>Email: mast@att.com | Name:<br>Company Name:<br>Street Address:<br>City:<br>State/Province:<br>Zip Code:<br>Country:<br>Telephone:<br>Fax:<br>Email:<br>Agent Code: |

This Pricing Schedule is part of the Agreement between AT&T and Customer referenced above.

| Customer<br>(by its authorized representative) | AT&T<br>(by its authorized representative) |
|---|---|
| By: Debbie Buchanan | By: |
| Name: | Name: |
| Title: | Title: |
| Date: | Date: |

**Contract ID: 1123131**

New Century Financial Corporation   WK-73652V1

For AT&T Administrative Use Only Contract ID: 1123131

Master Agreement No. 122399
Pricing Schedule No. 30888
Original Effective Date: February 12, 2007
Amended Effective Date: _____

If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment.

## Pricing Schedule for AT&T Business Network Service

### 1. SERVICES
- AT&T Business Network (ABN) Service

### 2. PRICING SCHEDULE TERM AND EFFECTIVE DATES

| Pricing Schedule Term | Term Start Date |
|---|---|
| 2 years | First day of first full billing cycle after installation of ABN Service |

| Effective Date of Rates and Discounts | First day of first full billing cycle after installation of ABN Service |
|---|---|

| DELETE | DELETE |
|---|---|
| Pricing Schedule Term Renewal Option | Customer may extend Pricing Schedule Term for two (2) additional one-year periods upon written notice to AT&T at least forty-five (45) days prior to the last day of the original Pricing Schedule Term |

### 3. MARC

|  | YEAR 1 | YEAR 2 |
|---|---|---|
| MARC under this Pricing Schedule | $2,940,000 | $3,000 |

### 4. MARC-ELIGIBLE CHARGES

ABN Service including eligible Voice, Access, Local and Intrastate Services purchased under the ABN Service offer

Other AT&T Services which have been mutually designated in writing by the parties prior to or during the Pricing Schedule Term, including but not limited to:

- AT&T ACCU-Ring Service
- AT&T Asynchronous Transfer Mode Plus Service
- AT&T Asynchronous Transfer Mode Service
- AT&T Audio/Video Teleconference Services
- AT&T Business Continuity and Recovery Service
- AT&T Business Internet Service
- AT&T Customer Network Management Service
- Digital Services Volume Pricing Plan (DSVPP)-Eligible Services
- AT&T Enhanced Virtual Private Network Service
- AT&T Execubill
- AT&T Frame Plus Service
- Frame Relay Service Domestic Access Ports
- AT&T Global Inbound Service

### 4. MARC-ELIGIBLE CHARGES

- AT&T Global Managed Internet Service
- AT&T Integrated Network Connection Service
- AT&T Local Services
- AT&T Managed Internet Service
- AT&T Managed Router Service
- AT&T North American Voice Services
- AT&T Voice Port Service
- AT&T Web Meeting
- AT&T World Wide Calling Card
- AT&T Virtual Private Network Service

### 5. DISCOUNTS

| ABN Service Voice Services Component/Capability | Discount% |
|---|---|
| Domestic Voice – Outbound |  |
| Standard | 17% |
| Partially Connected | 25% |
| Fully Connected | 16% |
| Calling Card | 63% |
| Domestic Voice - Inbound |  |
| Standard | 17% |
| Partially Connected | 25% |
| Fully Connected | 16% |
| International Voice | 49% |
| Other Qualifying Service Category | 33% |

| ABN Service Local Channel Service Component/Capability | Discount% |
|---|---|
| ACCUNET T1.5 Service Primary Rate Interface Office Functions | 75% |
| Terrestrial 1.544 Mbps Local Channels |  |
| Region 1 Local Channel | 21% |
| Region 2 Local Channel | 21% |
| Region 3 Local Channel | 18% |
| Region 4 Local Channel | 25% |
| Region 5 Local Channel | 29% |
| Region 6 Local Channel | 35% |
| Region 7 Local Channel | 33% |
| All other components, excluding Access Coordination Function | 100% |
| Terrestrial 1.544 Mbps On-Net Local Channels | 32% |
| Terrestrial 1.544 Mbps On-Net STSI Local Channels | 66% |

ATTUID=kl7362

New Century Financial Corporation   WK-73652V1

| For AT&T Administrative Use Only Contract ID: 1123131 |
|---|
| Master Agreement No. 122399 |
| Pricing Schedule No. 30888 |
| Original Effective Date: February 12, 2007 |
| Amended Effective Date: _____ |

If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment.

## Pricing Schedule for AT&T Business Network Service

Monthly Growth Incentive – Not applicable under this Pricing Schedule

| Additional Discount for Intrastate total charges | |
|---|---|
| State | Discount |
| Alabama | 7% |
| Arizona | 7% |
| Arkansas | 5% |
| California Intralata Switched Outbound | 8.20% |
| California Intralata Dedicated Outbound | 23.20% |
| California Intralata Switched Inbound | 5.40% |
| California Intralata Dedicated Inbound | 18.70% |
| California Interlata Switched Outbound | 6.40% |
| California Interlata Dedicated Outbound | 21.20% |
| California Interlata Switched Inbound | 3.40% |
| California Interlata Dedicated Inbound | 11.70% |
| Colorado | 5% |
| Connecticut | 13% |
| Delaware | 10% |
| Florida | 5% |
| Georgia | 5% |
| Hawaii | 5% |
| Idaho | 5% |
| Illinois | 12% |
| Indiana | 7% |
| Iowa | 3% |
| Kansas | 5% |
| Kentucky | 5% |
| Louisiana | 7% |
| Maine | 10% |
| Massachusetts | 13% |
| Michigan | 15% |
| Minnesota | 5% |
| Mississippi | 9% |
| Missouri | 3% |
| Montana | 5% |
| Nebraska | 7% |
| Nevada | 10% |
| New Hampshire | 5% |
| New Jersey | 5% |
| New Mexico | 3% |
| New York | 7% |
| North Carolina | 5% |
| Ohio | 7% |
| Oklahoma | 7% |
| Oregon | 7% |
| Pennsylvania | 7% |
| Rhode Island | 10% |
| South Dakota | 3% |

| Additional Discount for Intrastate total charges | |
|---|---|
| State | Discount |
| Tennessee | 7% |
| Texas | 7% |
| Utah | 9% |
| Vermont | 5% |
| Virginia | 5% |
| Washington | 3% |
| West Virginia | 7% |
| Wisconsin | 7% |
| Wyoming | 7% |

### 6. PROMOTIONS, CREDITS, WAIVERS AND MINIMUM RETENTION AND PAYMENT PERIODS

#### 6.1 Promotions

| Not Applicable |
|---|

#### 6.2 Waivers

| Charges Waived | Month of Pricing Schedule Term in which Charges are waived | Minimum Retention Period |
|---|---|---|
| Waivers as specified in the Service Guide for ABN Service | N/A | 12 months |

ATTUID=kl7362

New Century Financial Corporation   WK-73652V1

For AT&T Administrative Use Only Contract ID: 1123131

Master Agreement No. 122399
Pricing Schedule No. 30888
Original Effective Date: February 12, 2007
Amended Effective Date: _____

If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment.

## Pricing Schedule for AT&T Business Network Service

### 7. RATES

#### 7.1 ABN Domestic Dial Station Outbound/Inbound Calling

| Call Type | Initial 30 Seconds or Fraction | Each Add'l Second or Fraction |
|---|---|---|
| Standard | $0.0300 | $0.0010 |
| Partially Connected | $0.0210 | $0.0007 |
| Fully Connected | $0.0150 | $0.0005 |

#### 7.23 AT&T Terrestrial 1.544 Mbps Local Channel Services – only Local Channels furnished between the Customer's Premises and the AT&T Central Office

| Local Channel Mileage | AT&T Terrestrial 1.544 Mbps Local Channel Fixed Monthly Charge | AT&T Terrestrial 1.544 Mbps Local Channel Per Mile Charge |
|---|---|---|
| 0 | $220.00 | $0.00 |
| 1-5 | $330.00 | $0.00 |
| 6-10 | $372.00 | $0.00 |
| 11-20 | $462.00 | $0.00 |
| 21-50 | $660.00 | $0.00 |
| 51+ | $550.00 | $6.60 |

AT&T Reference date: N/A

(NOTE: Local Channels discounted under an AVA or AVP are not eligible for the rates or discounts listed in this Pricing Schedule.)

#### 7.2.1 On-Net Local Channel Service - Furnished between the Customer's Premises and the AT&T Central Office

| On-Net Local Channel Service | Monthly Charge * | Installation Charge |
|---|---|---|
| AT&T Terrestrial 1.544 Mbps On-Net Local Channel | $215.00 | $200.00 |
| AT&T Terrestrial 1.544 Mbps On-Net STSI Local Channel | $215.00 | $200.00 |

* Rates apply to orders placed on or after October 30, 2006.

(NOTE: Local Channels discounted under an AVA or AVP are not eligible for the rates or discounts listed in this Pricing Schedule)



Contract ID: 2104471

AT&T MA Reference No. 122399

## AT&T DATA SERVICES with DSVPP
## Pricing Schedule

| Customer | AT&T | AT&T Sales Contact<br>☐ Primary Contact |
|---|---|---|
| New Century Mortgage<br>Street Address: 3337 Michelson Drive<br>City: Irvine<br>State/Province: CA<br>Zip Code: 92612<br>Country: USA | AT&T Corp.<br>or enter the International Affiliate Name<br><br>Select the regional address<br>☒ One AT&T Way, Bedminster, NJ 07921<br>☐ 2600 Camino Ramon, San Ramon, CA 94583<br>☐ 225 W. Randolph St., Chicago, IL 60606<br>☐ One AT&T Plaza, Dallas, TX 75202<br>☐ 310 Orange Street, New Haven, CT 06510<br>☐ 2180 Lake Blvd., 7th Floor, Atlanta, GA 30319<br><br>or enter International Affiliate Address | Name: Chris Koerner<br>Street Address: 1472 Edinger Avenue, Suite 2301<br>City: Tustin<br>State/Province: CA<br>Zip Code: 92780<br>Country: USA<br>Telephone: 949-661-4310<br>Fax: 281-664-4566<br>Email: ck9791@att.com<br>Sales/Branch Manager:<br>SCVP Name: Tim MacDonald<br>Sales Strata: PCG<br>Sales Region: West |
| **Customer Contact (for notices)** | **AT&T Contact (for notices)** | **AT&T Solution Provider or Representative Information (if applicable)** ☐ |
| Name: Debbie Buchanan<br>Title:<br>Street Address: 3337 Michelson Drive<br>City: Irvine<br>State/Province: CA<br>Zip Code: 92612<br>Country: USA<br>Telephone: (949) 517-1327<br>Fax: (949) 471-5926<br>Email: dbuchanan@ncen.com | Street Address: 1472 Edinger Avenue, Suite 2301<br>City: Tustin<br>State/Province: CA<br>Zip Code: 92780<br>Country: USA<br><br>With a copy to:<br>AT&T Corp.<br>One AT&T Way<br>Bedminster, NJ 07921-0752<br>ATTN: Master Agreement Support Team<br>Email: mast@att.com | Name:<br>Company Name:<br>Street Address:<br>City:<br>State/Province:<br>Zip Code:<br>Country:<br>Telephone:<br>Fax:<br>Email:<br>Agent Code: |

This Pricing Schedule is part of the Agreement between AT&T and Customer referenced above.

| Customer<br>(by its authorized representative) | AT&T<br>(by its authorized representative) |
|---|---|
| By: | By: |
| Name: Debbie Buchanan | Name: |
| Title: | Title: |
| Date: | Date: |

New Century   WK-73644V1

For AT&T Administrative Use Only Contract ID: 2104471

Master Agreement No. 122399
Pricing Schedule No. 30891
Original Effective Date: February 12, 2007
Amended Effective Date: _____

If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment.

# Pricing Schedule for AT&T Data Services with DSVPP

1. **SERVICES**
   - AT&T Packet Services
   - AT&T Private Line Services
   - AT&T Local Channel Services

2. **PRICING SCHEDULE TERM AND EFFECTIVE DATES**

| Pricing Schedule Term | Term Start Date |
|---|---|
| 2 Years | Effective Date of this Pricing Schedule |

| Effective Date of Rates and Discounts | Effective Date of this Pricing Schedule |
|---|---|

| DELETE | DELETE |
|---|---|
| Pricing Schedule Term Renewal Option | Customer may extend Pricing Schedule Term for two (2) additional one-year periods upon written notice to AT&T at least forty-five (45) days prior to the last day of the original Pricing Schedule Term |

3. **MARC**

| MARC under this Pricing Schedule | None |
|---|---|

| MARC required to exist under AT&T Business Network Services agreement or Pricing Schedule for the rates under this Pricing Schedule to be effective | $3,000 |
|---|---|

4. **MARC-ELIGIBLE CHARGES**
Recurring Charges for:
- Digital Services Volume Pricing Plan (DSVPP)-Eligible Services

5. **DISCOUNTS**

| DSVPP-Eligible Frame Relay Services | Discount |
|---|---|
| US Domestic FRS | 51% |
| US Local FRS | 30% |
| Global FRS | 15% |

| DSVPP-Eligible Private Line Services | Discount |
|---|---|
| ASDS Access Connections | 100% |
| ACCUNET T1.5 Service (including Canada and Mexico) | 53% |
| ACCUNET T1.5 Service Access Connections | 100% |
| ACCUNET T1.5 Service M-24 Multiplexing Office Functions | 100% |
| ACCUNET T45 Service (including Canada and Mexico) | 78% |
| ACCUNET T45 Service Access Connections | 100% |
| ACCUNET T45 Service M-28 Multiplexing Office Functions | 100% |

| DSVPP-Eligible Local Channel Services | Discount |
|---|---|
| ACCUNET Generic Digital Access (AGDA) 9.6/56/64 kbps | 5% |
| • Access Coordination Functions | 100% |
| Terrestrial 1.544 Mbps Local Channel Service | |
| • Region 1 Local Channel | 21% |
| • Region 2 Local Channel | 21% |
| • Region 3 Local Channel | 18% |
| • Region 4 Local Channel | 25% |
| • Region 5 Local Channel | 29% |
| • Region 6 Local Channel | 35% |
| • Region 7 Local Channel | 33% |
| • Access Coordination Functions | 100% |
| • On-Net Local Channel Service | 32% |
| • On-Net STSI | 66% |
| • Other DSVPP-eligible Components | 5% |
| Voice Grade Local Channel Services (VGLC) | 5% |
| • Access Coordination Functions | 100% |
| Digital Data Local Channel Service (DDLC) 9.6/56/64 kbps | 9% |
| Terrestrial 45 Mbps Local Channel Service | 15% |
| • Access Coordination Functions | 100% |
| • On-Net Local Channel Service | 40% |
| • On-Net STSI | 67% |
| SONET OC3 Local Channel Service | 0% |
| • Access Coordination Functions | 0% |

ATTUID=kl7362

New Century   WK-73644V1

| For AT&T Administrative Use Only Contract ID: 2104471 |
|---|
| Master Agreement No. 122399<br>Pricing Schedule No. 30891<br>Original Effective Date: February 12, 2007<br>Amended Effective Date: _____ |

**If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment.**

# Pricing Schedule for AT&T Data Services with DSVPP

## 6. PROMOTIONS, CREDITS, WAIVERS AND MINIMUM RETENTION PERIODS

### 6.1 Promotions

| Service Guide promotions are not applicable under this Pricing Schedule |
|---|

### 6.2 Waivers

| Charges Waived | Month of Pricing Schedule Term in which Recurring Charges are waived | Minimum Retention Period |
|---|---|---|
| Waiver Package C as specified in the Service Guide | N/A | 12 months |

New Century   WK-73644V1

If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment.

For AT&T Administrative Use Only Contract ID: 2104471

Master Agreement No. 122399
Pricing Schedule No. 30891
Original Effective Date: February 12, 2007
Amended Effective Date: _____

# Pricing Schedule for AT&T Data Services with DSVPP

## 7. RATES

### 7.1 AT&T US Domestic FRS– Ports and PVCs

**AT&T US Domestic FRS – Ports**

| Domestic Port ||
| --- | --- |
| Port Speed | Monthly Charge |
| 56 Kbps | $235.00 |
| 64 Kbps | $255.00 |
| 128 Kbps | $470.00 |
| 192 Kbps | $680.00 |
| 256 Kbps | $820.00 |
| 320 Kbps | $970.00 |
| 384 Kbps | $1,050.00 |
| 448 Kbps | $1,140.00 |
| 512 Kbps | $1,140.00 |
| 576 Kbps | $1,200.00 |
| 640 Kbps | $1,202.00 |
| 704 Kbps | $1,211.00 |
| 768 Kbps | $1,211.00 |
| 1024Kbps | $1,460.00 |
| 1544 Kbps | $1,850.00 |
| 5 Mbps | $4,000.00 |
| 10 Mbps | $5,600.00 |
| 15 Mbps | $6,400.00 |
| 20 Mbps | $7,600.00 |
| 25 Mbps | $8,000.00 |
| 30 Mbps | $8,400.00 |
| 44.736 Mbps | $9,600.00 |
| | AT&T reference date: N/A |

New Century   WK-73644V1

If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment.

For AT&T Administrative Use Only Contract ID: 2104471

Master Agreement No. 122399
Pricing Schedule No. 30891
Original Effective Date: February 12, 2007
Amended Effective Date: _____

## Pricing Schedule for AT&T Data Services with DSVPP

**AT&T US Domestic FRS – PVCs**

| Domestic PVCs ||
|---|---|
| PVC CIR | Symmetrical PVC Monthly Charge |
| 4 Kbps | $27.00 |
| 8 Kbps | $36.00 |
| 16 Kbps | $48.00 |
| 32 Kbps | $75.00 |
| 48 Kbps | $100.00 |
| 56 Kbps | $105.00 |
| 64 Kbps | $110.00 |
| 128 Kbps | $170.00 |
| 192 Kbps | $230.00 |
| 256 Kbps | $315.00 |
| 320 Kbps | $420.00 |
| 384 Kbps | $430.00 |
| 448 Kbps | $580.00 |
| 512 Kbps | $590.00 |
| 576 Kbps | $645.00 |
| 640 Kbps | $690.00 |
| 704 Kbps | $690.00 |
| 768 Kbps | $690.00 |
| 832 Kbps | $775.00 |
| 896 Kbps | $777.00 |
| 960 Kbps | $778.00 |
| 1024 Kbps | $780.00 |
| 1536 Kbps | $888.00 |
| 2 Mbps | $1,322.00 |
| 3 Mbps | $1,394.00 |
| 4 Mbps | $1,860.00 |
| 5 Mbps | $2,324.00 |
| 6 Mbps | $2,789.00 |
| 7 Mbps | $3,253.00 |
| 8 Mbps | $3,718.00 |
| 9 Mbps | $4,183.00 |
| 10 Mbps | $4,647.00 |
| 15 Mbps | $6,709.00 |
| 20 Mbps | $8,945.00 |
| 25 Mbps | $11,181.00 |
| 30 Mbps | $13,408.00 |
| 35 Mbps | $15,653.00 |
| 40 Mbps | $17,890.00 |
| AT&T reference date: N/A ||

New Century   WK-73644V1

If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment.

For AT&T Administrative Use Only Contract ID: 2104471

Master Agreement No. 122399
Pricing Schedule No. 30891
Original Effective Date: February 12, 2007
Amended Effective Date: _____

## Pricing Schedule for AT&T Data Services with DSVPP

**AT&T US Domestic FRS - Enterprise PVCs**

| Domestic ePVCs ||
|---|---|
| **ePVC CIR** | **Symmetrical ePVC Monthly Charge** |
| 4 Kbps | $56.00 |
| 8 Kbps | $72.00 |
| 16 Kbps | $94.00 |
| 32 Kbps | $143.00 |
| 48 Kbps | $176.00 |
| 56 Kbps | $195.00 |
| 64 Kbps | $199.00 |
| 128 Kbps | $282.00 |
| 192 Kbps | $358.00 |
| 256 Kbps | $474.00 |
| 320 Kbps | $607.00 |
| 384 Kbps | $647.00 |
| 448 Kbps | $689.00 |
| 512 Kbps | $709.00 |
| 576 Kbps | $742.00 |
| 640 Kbps | $742.00 |
| 704 Kbps | $758.00 |
| 768 Kbps | $758.00 |
| 832 Kbps | $778.00 |
| 896 Kbps | $778.00 |
| 960 Kbps | $780.00 |
| 1024 Kbps | $785.00 |
| 1536 Kbps | $888.00 |
| 2 Mbps | $1,322.00 |
| 3 Mbps | $1,394.00 |
| 4 Mbps | $1,860.00 |
| 5 Mbps | $2,324.00 |
| 6 Mbps | $2,789.00 |
| 7 Mbps | $3,253.00 |
| 8 Mbps | $3,718.00 |
| 9 Mbps | $4,183.00 |
| 10 Mbps | $4,647.00 |
| 15 Mbps | $6,709.00 |
| 20 Mbps | $8,945.00 |
| 25 Mbps | $11,181.00 |
| 30 Mbps | $13,408.00 |
| 35 Mbps | $15,653.00 |
| 40 Mbps | $17,890.00 |
| AT&T reference date: N/A ||

ATTUID=kl7362

| New Century  WK-73644V1 | For AT&T Administrative Use Only Contract ID: 2104471 |
|---|---|
| If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment. | Master Agreement No. 122399<br>Pricing Schedule No. 30891<br>Original Effective Date: February 12, 2007<br>Amended Effective Date: _____ |

## Pricing Schedule for AT&T Data Services with DSVPP

### 7.2 AT&T International End-to-End (E2E) Frame Relay Service (FRS)

| International End-to-End Frame Relay Service Ports and PVCs<br>NOTE: Not all speeds are available in all countries | Service Guide Schedule B as revised from time to time |
|---|---|

### 7.3 AT&T IP Enabled Frame Relay-International Service

| AT&T IP Enabled Frame Relay-International Service PVCs<br>NOTE: Not all speeds are available in all countries | Service Guide Schedule B as revised from time to time |
|---|---|

### 7.4 AT&T Private Line Services

**ACCUNET T1.5 Service Inter Office Channel**

| ACCUNET T1.5 Service<br>Inter Office Channel Monthly Charges | | |
|---|---|---|
| Mileage | Fixed | Per Mile |
| 1 – 500 | $786.00 | $0.00 |
| 501+ | $290.00 | $1.16 |
| | | AT&T reference date: N/A |

**ACCUNET T45 Service InterOffice Channel**

| ACCUNET T45 Service<br>Interoffice Channel Monthly Charges | | |
|---|---|---|
| Mileage | Fixed | Per Mile |
| 1 – 300 | $10,000.00 | $12.00 |
| 301+ | $8,000.00 | $18.75 |
| | | AT&T reference date: N/A |

ATTUID=kl7362

New Century   WK-73644V1

If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment.

For AT&T Administrative Use Only Contract ID: 2104471

Master Agreement No. 122399
Pricing Schedule No. 30891
Original Effective Date: February 12, 2007
Amended Effective Date: _____

# Pricing Schedule for AT&T Data Services with DSVPP

### 7.5 AT&T Local Channel Services

| AT&T Terrestrial 45 Mbps Local Channel Service Local Channel | Service Guide Schedule B as revised from time to time |
|---|---|
| AT&T Voice Grade Local Channel Service Local Channel | Service Guide Schedule B as revised from time to time |

**AT&T Terrestrial 1.544 Mbps Local Channel Services – Local Channels furnished between the Customer's Premises and the AT&T Central Office**

| Local Channel Mileage | AT&T 1.544 Mbps Terrestrial Local Channel Fixed Monthly Charge | AT&T 1.544 Mbps Terrestrial Local Channel Per Mile Charge |
|---|---|---|
| 0 | $220.00 | $0.00 |
| 1-5 | $330.00 | $0.00 |
| 6-10 | $372.00 | $0.00 |
| 11-20 | $462.00 | $0.00 |
| 21-50 | $660.00 | $0.00 |
| 51+ | $550.00 | $6.60 |
| | | AT&T Reference date: N/A |

(NOTE: Local Channels discounted under an AVA or AVP are not eligible for the rates or discounts listed in this Pricing Schedule.)

**AT&T ACCUNET Generic Digital (GDA) Service 9.6/56/64 kbps Local Channel Services**

| Local Channel Mileage | AT&T ACCUNET GDA 9.6/56/64 kbps Local Channel Fixed Monthly Charge | AT&T ACCUNET GDA 9.6/56/64 kbps Local Channel Per Mile Charge |
|---|---|---|
| 0-5 | $150.00 | $0.00 |
| 6-10 | $180.00 | $0.00 |
| 11-20 | $195.00 | $0.00 |
| 21-50 | $235.00 | $0.00 |
| 51+ | $140.00 | $2.00 |
| | | AT&T Reference date: N/A |

### 7.6 On-Net Local Channel Service – Furnished between the Customer Premise and the AT&T Central Office

| On-Net Local Channel Service | Monthly Charge* | Installation Charge |
|---|---|---|
| AT&T Terrestrial 1.544 Mbps On-Net Local Channel | $215.00 | $200.00 |
| AT&T Terrestrial 1.544 Mbps On-Net STSI Local Channel | $215.00 | $200.00 |
| AT&T Terrestrial 45 Mbps On-Net Local Channel | $2,000.00 | $1,000.00 |
| AT&T Terrestrial 45 Mbps On-Net STSI Local Channel | $2,000.00 | $1,000.00 |

*Rates apply to circuits ordered on or after October 30, 2006.

(NOTE: Local Channels discounted under an AVA or AVP are not eligible for the rates or discounts listed in this Pricing Schedule.)