# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416(KJC) |
| | : | Jointly Administered |
| Debtors. | : | |

## ORDER AUTHORIZING ASSUMPTION
## OF AT&T AGREEMENT AS MODIFIED

This matter coming before the Court on the Motion of Debtors for an Order Authorizing the Assumption of AT&T Agreement, as modified (the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"). The Court having reviewed the Motion and all pleadings relating thereto and having heard the statements of counsel regarding the relief requested in the motion at a hearing before the Court (the "Hearing") hereby finds that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion and the Hearing was adequate under the circumstances and (iv) good cause exists for the relief requested in the Motion:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

3. In accordance with section 365 of the Bankruptcy Code, the Debtors are hereby authorized and empowered, but not directed, to assume the Revised Agreement which is is attached hereto as Exhibit A. Upon assumption, the Revised Agreement, shall be deemed to be valid and binding and in full force and effect and enforceable in accordance with its terms, and the only agreement between the Debtors and AT&T. The Revised Agreement may be terminated by the Debtors on thirty (30) days written notice once the Debtors have achieved the $3,000 MARC provided for in the Revised Agreement.

4. The only cure amount to be paid by the Debtors to AT&T upon assumption of the Revised Agreement shall be the amount of $24,000 (the "Cure Amount"). AT&T's claims for other amounts owed prepetition for services AT&T will no longer provide to the Debtors will remain prepetition general unsecured claims. In addition, amounts owed postpetition pursuant to the Master Agreement and any supplements or addendums thereto for all services provided postpetition by AT&T, not just those to be provided going forward, will be entitled to treatment as administrative priority claims.

5. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

6. The Debtors, as well as their officers, employees, consultants and agents, shall be, and hereby are, authorized to take all actions and/or execute any and all documents as may be necessary or desirable to carry out the terms of this Order.

Dated: _____, 2008
      Wilmington, Delaware

                                              THE HONORABLE KEVIN J. CAREY
                                              UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

Contract ID: **1123131**

AT&T MA Reference No. **122399**



## AT&T BUSINESS NETWORK SERVICE
### Pricing Schedule

| Customer | AT&T | AT&T Sales Contact ☒ Primary Contact |
|---|---|---|
| Insert Legal Customer Name: New Century Mortgage<br>Street Address: 3337 Michelson Drive<br>City: Irvine<br>State/Province: CA<br>Zip Code: 92612<br>Country: USA | AT&T Corp.<br>or enter the International Affiliate Name<br><br>Select the regional address<br>☒ One AT&T Way, Bedminster, NJ 07921<br>☐ 2600 Camino Ramon, San Ramon, CA 94583<br>☐ 225 W. Randolph St., Chicago, IL 60606<br>☐ One AT&T Plaza, Dallas, TX 75202<br>☐ 310 Orange Street, New Haven, CT 06510<br>☐ 2180 Lake Blvd., 7th Floor, Atlanta, GA 30319<br><br>or enter International Affiliate Address | Name: Chris Koerner<br>Street Address: 1472 Edinger Avenue<br>Suite 2301<br>City: Tustin<br>State/Province: CA<br>Zip Code: **92780**<br>Country: **USA**<br>Telephone: (949) 661-4310<br>Fax: (281) 664-4566<br>Email: **ck9791@att.com**<br>Sales/Branch Manager:<br>SCVP Name: **Tim MacDonald**<br>Sales Strata: **PCG**<br>Sales Region: **West** |
| Customer Contact (for notices) | AT&T Contact (for notices) | AT&T Solution Provider or Representative Information (if applicable) ☐ |
| Name: Debbie Buchanan<br>Title:<br>Street Address: 3337 Michelson Drive<br>City: Irvine<br>State/Province: CA<br>Zip Code: 92612<br>Country: USA<br>Telephone: (949) 517-1327<br>Fax: (949) 471-5926<br>Email: dbuchanan@ncen.com | Street Address: 1472 Edinger Avenue<br>Suite 2301<br>City: Tustin<br>State/Province: CA<br>Zip Code: **92780**<br>Country: **USA**<br><br>With a copy to:<br>AT&T Corp.<br>One AT&T Way<br>Bedminster, NJ 07921-0752<br>ATTN: Master Agreement Support Team<br>Email: mast@att.com | Name:<br>Company Name:<br>Street Address:<br>City:<br>State/Province:<br>Zip Code:<br>Country:<br>Telephone:<br>Fax:<br>Email:<br>Agent Code: |

This Pricing Schedule is part of the Agreement between AT&T and Customer referenced above.

| Customer (by its authorized representative) | AT&T (by its authorized representative) |
|---|---|
| By: Debbie Buchanan | By: |
| Name: | Name: |
| Title: | Title: |
| Date: | Date: |

**Contract ID: 1123131**

eCRM ID _____

cover page V1 – 01/01/2008

New Century Financial Corporation   WK-73652V1

For AT&T Administrative Use Only Contract ID: 1123131

Master Agreement No. 122399
Pricing Schedule No. 30888
Original Effective Date: February 12, 2007
Amended Effective Date: _____

If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment.

## Pricing Schedule for AT&T Business Network Service

### 1. SERVICES
- AT&T Business Network (ABN) Service

### 2. PRICING SCHEDULE TERM AND EFFECTIVE DATES

| Pricing Schedule Term | Term Start Date |
|---|---|
| 2 years | First day of first full billing cycle after installation of ABN Service |

| Effective Date of Rates and Discounts | First day of first full billing cycle after installation of ABN Service |
|---|---|

| DELETE | DELETE |
|---|---|
| Pricing Schedule Term Renewal Option | Customer may extend Pricing Schedule Term for two (2) additional one-year periods upon written notice to AT&T at least forty-five (45) days prior to the last day of the original Pricing Schedule Term |

### 3. MARC

|  | YEAR 1 | YEAR 2 |
|---|---|---|
| MARC under this Pricing Schedule | $2,940,000 | $3,000 |

### 4. MARC-ELIGIBLE CHARGES

ABN Service including eligible Voice, Access, Local and Intrastate Services purchased under the ABN Service offer

Other AT&T Services which have been mutually designated in writing by the parties prior to or during the Pricing Schedule Term, including but not limited to:

- AT&T ACCU-Ring Service
- AT&T Asynchronous Transfer Mode Plus Service
- AT&T Asynchronous Transfer Mode Service
- AT&T Audio/Video Teleconference Services
- AT&T Business Continuity and Recovery Service
- AT&T Business Internet Service
- AT&T Customer Network Management Service
- Digital Services Volume Pricing Plan (DSVPP)-Eligible Services
- AT&T Enhanced Virtual Private Network Service
- AT&T Execubill
- AT&T Frame Plus Service
- Frame Relay Service Domestic Access Ports
- AT&T Global Inbound Service

### 4. MARC-ELIGIBLE CHARGES

- AT&T Global Managed Internet Service
- AT&T Integrated Network Connection Service
- AT&T Local Services
- AT&T Managed Internet Service
- AT&T Managed Router Service
- AT&T North American Voice Services
- AT&T Voice Port Service
- AT&T Web Meeting
- AT&T World Wide Calling Card
- AT&T Virtual Private Network Service

### 5. DISCOUNTS

| ABN Service Voice Services Component/Capability | Discount% |
|---|---|
| Domestic Voice – Outbound |  |
| Standard | 17% |
| Partially Connected | 25% |
| Fully Connected | 16% |
| Calling Card | 63% |
| Domestic Voice - Inbound |  |
| Standard | 17% |
| Partially Connected | 25% |
| Fully Connected | 16% |
| International Voice | 49% |
| Other Qualifying Service Category | 33% |

| ABN Service Local Channel Service Component/Capability | Discount% |
|---|---|
| ACCUNET T1.5 Service Primary Rate Interface Office Functions | 75% |
| Terrestrial 1.544 Mbps Local Channels |  |
| Region 1 Local Channel | 21% |
| Region 2 Local Channel | 21% |
| Region 3 Local Channel | 18% |
| Region 4 Local Channel | 25% |
| Region 5 Local Channel | 29% |
| Region 6 Local Channel | 35% |
| Region 7 Local Channel | 33% |
| All other components, excluding Access Coordination Function | 100% |
| Terrestrial 1.544 Mbps On-Net Local Channels | 32% |
| Terrestrial 1.544 Mbps On-Net STSI Local Channels | 66% |

New Century Financial Corporation   WK-73652V1

For AT&T Administrative Use Only Contract ID: 1123131

Master Agreement No. 122399
Pricing Schedule No. 30888
Original Effective Date: February 12, 2007
Amended Effective Date: _____

If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment.

## Pricing Schedule for AT&T Business Network Service

**Monthly Growth Incentive** – Not applicable under this Pricing Schedule

| Additional Discount for Intrastate total charges | |
|---|---|
| State | Discount |
| Alabama | 7% |
| Arizona | 7% |
| Arkansas | 5% |
| California Intralata Switched Outbound | 8.20% |
| California Intralata Dedicated Outbound | 23.20% |
| California Intralata Switched Inbound | 5.40% |
| California Intralata Dedicated Inbound | 18.70% |
| California Interlata Switched Outbound | 6.40% |
| California Interlata Dedicated Outbound | 21.20% |
| California Interlata Switched Inbound | 3.40% |
| California Interlata Dedicated Inbound | 11.70% |
| Colorado | 5% |
| Connecticut | 13% |
| Delaware | 10% |
| Florida | 5% |
| Georgia | 5% |
| Hawaii | 5% |
| Idaho | 5% |
| Illinois | 12% |
| Indiana | 7% |
| Iowa | 3% |
| Kansas | 5% |
| Kentucky | 5% |
| Louisiana | 7% |
| Maine | 10% |
| Massachusetts | 13% |
| Michigan | 15% |
| Minnesota | 5% |
| Mississippi | 9% |
| Missouri | 3% |
| Montana | 5% |
| Nebraska | 7% |
| Nevada | 10% |
| New Hampshire | 5% |
| New Jersey | 5% |
| New Mexico | 3% |
| New York | 7% |
| North Carolina | 5% |
| Ohio | 7% |
| Oklahoma | 7% |
| Oregon | 7% |
| Pennsylvania | 7% |
| Rhode Island | 10% |
| South Dakota | 3% |

| Additional Discount for Intrastate total charges | |
|---|---|
| State | Discount |
| Tennessee | 7% |
| Texas | 7% |
| Utah | 9% |
| Vermont | 5% |
| Virginia | 5% |
| Washington | 3% |
| West Virginia | 7% |
| Wisconsin | 7% |
| Wyoming | 7% |

### 6. PROMOTIONS, CREDITS, WAIVERS AND MINIMUM RETENTION AND PAYMENT PERIODS

#### 6.1 Promotions

Not Applicable

#### 6.2 Waivers

| Charges Waived | Month of Pricing Schedule Term in which Charges are waived | Minimum Retention Period |
|---|---|---|
| Waivers as specified in the Service Guide for ABN Service | N/A | 12 months |

New Century Financial Corporation   WK-73652V1

For AT&T Administrative Use Only Contract ID: 1123131

Master Agreement No. 122399
Pricing Schedule No. 30888
Original Effective Date: February 12, 2007
Amended Effective Date: _____

If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment.

## Pricing Schedule for AT&T Business Network Service

### 7. RATES

**7.1 ABN Domestic Dial Station Outbound/Inbound Calling**

| Call Type | Initial 30 Seconds or Fraction | Each Add'l Second or Fraction |
|---|---|---|
| Standard | $0.0300 | $0.0010 |
| Partially Connected | $0.0210 | $0.0007 |
| Fully Connected | $0.0150 | $0.0005 |

**7.23 AT&T Terrestrial 1.544 Mbps Local Channel Services – only Local Channels furnished between the Customer's Premises and the AT&T Central Office**

| Local Channel Mileage | AT&T Terrestrial 1.544 Mbps Local Channel Fixed Monthly Charge | AT&T Terrestrial 1.544 Mbps Local Channel Per Mile Charge |
|---|---|---|
| 0 | $220.00 | $0.00 |
| 1-5 | $330.00 | $0.00 |
| 6-10 | $372.00 | $0.00 |
| 11-20 | $462.00 | $0.00 |
| 21-50 | $660.00 | $0.00 |
| 51+ | $550.00 | $6.60 |

AT&T Reference date: N/A

(NOTE: Local Channels discounted under an AVA or AVP are not eligible for the rates or discounts listed in this Pricing Schedule.)

**7.2.1 On-Net Local Channel Service - Furnished between the Customer's Premises and the AT&T Central Office**

| On-Net Local Channel Service | Monthly Charge * | Installation Charge |
|---|---|---|
| AT&T Terrestrial 1.544 Mbps On-Net Local Channel | $215.00 | $200.00 |
| AT&T Terrestrial 1.544 Mbps On-Net STSI Local Channel | $215.00 | $200.00 |

\* Rates apply to orders placed on or after October 30, 2006.
(NOTE: Local Channels discounted under an AVA or AVP are not eligible for the rates or discounts listed in this Pricing Schedule)



Contract ID: 2104471

AT&T MA Reference No. 122399

## AT&T DATA SERVICES with DSVPP
## Pricing Schedule

| Customer | AT&T | AT&T Sales Contact ☐ Primary Contact |
|---|---|---|
| New Century Mortgage<br>Street Address: 3337 Michelson Drive<br>City: Irvine<br>State/Province: CA<br>Zip Code: 92612<br>Country: USA | AT&T Corp.<br>or enter the International Affiliate Name<br><br>Select the regional address<br>☒ One AT&T Way, Bedminster, NJ 07921<br>☐ 2600 Camino Ramon, San Ramon, CA 94583<br>☐ 225 W. Randolph St., Chicago, IL 60606<br>☐ One AT&T Plaza, Dallas, TX 75202<br>☐ 310 Orange Street, New Haven, CT 06510<br>☐ 2180 Lake Blvd., 7th Floor, Atlanta, GA 30319<br><br>or enter International Affiliate Address | Name: Chris Koerner<br>Street Address: 1472 Edinger Avenue, Suite 2301<br>City: Tustin<br>State/Province: CA<br>Zip Code: 92780<br>Country: USA<br>Telephone: 949-661-4310<br>Fax: 281-664-4566<br>Email: ck9791@att.com<br>Sales/Branch Manager:<br>SCVP Name: Tim MacDonald<br>Sales Strata: PCG<br>Sales Region: West |
| **Customer Contact (for notices)** | **AT&T Contact (for notices)** | **AT&T Solution Provider or Representative Information (if applicable) ☐** |
| Name: Debbie Buchanan<br>Title:<br>Street Address: 3337 Michelson Drive<br>City: Irvine<br>State/Province: CA<br>Zip Code: 92612<br>Country: USA<br>Telephone: (949) 517-1327<br>Fax: (949) 471-5926<br>Email: dbuchanan@ncen.com | Street Address: 1472 Edinger Avenue, Suite 2301<br>City: Tustin<br>State/Province: CA<br>Zip Code: 92780<br>Country: USA<br><br>With a copy to:<br>AT&T Corp.<br>One AT&T Way<br>Bedminster, NJ 07921-0752<br>ATTN: Master Agreement Support Team<br>Email: mast@att.com | Name:<br>Company Name:<br>Street Address:<br>City:<br>State/Province:<br>Zip Code:<br>Country:<br>Telephone:<br>Fax:<br>Email:<br>Agent Code: |

This Pricing Schedule is part of the Agreement between AT&T and Customer referenced above.

| Customer<br>(by its authorized representative) | AT&T<br>(by its authorized representative) |
|---|---|
| By: | By: |
| Name: Debbie Buchanan | Name: |
| Title: | Title: |
| Date: | Date: |

New Century  WK-73644V1

If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment.

For AT&T Administrative Use Only Contract ID: 2104471

Master Agreement No. 122399
Pricing Schedule No. 30891
Original Effective Date: February 12, 2007
Amended Effective Date: _____

# Pricing Schedule for AT&T Data Services with DSVPP

1. **SERVICES**
   - AT&T Packet Services
   - AT&T Private Line Services
   - AT&T Local Channel Services

2. **PRICING SCHEDULE TERM AND EFFECTIVE DATES**

| Pricing Schedule Term | Term Start Date |
|---|---|
| 2 Years | Effective Date of this Pricing Schedule |

| Effective Date of Rates and Discounts | Effective Date of this Pricing Schedule |
|---|---|

| DELETE | DELETE |
|---|---|
| Pricing Schedule Term Renewal Option | Customer may extend Pricing Schedule Term for two (2) additional one-year periods upon written notice to AT&T at least forty-five (45) days prior to the last day of the original Pricing Schedule Term |

3. **MARC**

| MARC under this Pricing Schedule | None |
|---|---|
| MARC required to exist under AT&T Business Network Services agreement or Pricing Schedule for the rates under this Pricing Schedule to be effective | $3,000 |

4. **MARC-ELIGIBLE CHARGES**
Recurring Charges for:
- Digital Services Volume Pricing Plan (DSVPP)-Eligible Services

5. **DISCOUNTS**

| DSVPP-Eligible Frame Relay Services | Discount |
|---|---|
| US Domestic FRS | 51% |
| US Local FRS | 30% |
| Global FRS | 15% |

| DSVPP-Eligible Private Line Services | Discount |
|---|---|
| ASDS Access Connections | 100% |
| ACCUNET T1.5 Service (including Canada and Mexico) | 53% |
| ACCUNET T1.5 Service Access Connections | 100% |
| ACCUNET T1.5 Service M-24 Multiplexing Office Functions | 100% |
| ACCUNET T45 Service (including Canada and Mexico) | 78% |
| ACCUNET T45 Service Access Connections | 100% |
| ACCUNET T45 Service M-28 Multiplexing Office Functions | 100% |

| DSVPP-Eligible Local Channel Services | Discount |
|---|---|
| ACCUNET Generic Digital Access (AGDA) 9.6/56/64 kbps | 5% |
| • Access Coordination Functions | 100% |
| Terrestrial 1.544 Mbps Local Channel Service | |
| • Region 1 Local Channel | 21% |
| • Region 2 Local Channel | 21% |
| • Region 3 Local Channel | 18% |
| • Region 4 Local Channel | 25% |
| • Region 5 Local Channel | 29% |
| • Region 6 Local Channel | 35% |
| • Region 7 Local Channel | 33% |
| • Access Coordination Functions | 100% |
| • On-Net Local Channel Service | 32% |
| • On-Net STSI | 66% |
| • Other DSVPP-eligible Components | 5% |
| Voice Grade Local Channel Services (VGLC) | 5% |
| • Access Coordination Functions | 100% |
| Digital Data Local Channel Service (DDLC) 9.6/56/64 kbps | 9% |
| Terrestrial 45 Mbps Local Channel Service | 15% |
| • Access Coordination Functions | 100% |
| • On-Net Local Channel Service | 40% |
| • On-Net STSI | 67% |
| SONET OC3 Local Channel Service | 0% |
| • Access Coordination Functions | 0% |

| New Century   WK-73644V1 | For AT&T Administrative Use Only Contract ID: 2104471 |
|---|---|
| If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment. | Master Agreement No. 122399<br>Pricing Schedule No. 30891<br>Original Effective Date: February 12, 2007<br>Amended Effective Date: _____ |

## Pricing Schedule for AT&T Data Services with DSVPP

### 6. PROMOTIONS, CREDITS, WAIVERS AND MINIMUM RETENTION PERIODS

#### 6.1 Promotions

| Service Guide promotions are not applicable under this Pricing Schedule |
|---|

#### 6.2 Waivers

| Charges Waived | Month of Pricing Schedule Term in which Recurring Charges are waived | Minimum Retention Period |
|---|---|---|
| Waiver Package C as specified in the Service Guide | N/A | 12 months |

**New Century   WK-73644V1**

If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment.

For AT&T Administrative Use Only Contract ID: 2104471

Master Agreement No. 122399
Pricing Schedule No. 30891
Original Effective Date: February 12, 2007
Amended Effective Date: _____

## Pricing Schedule for AT&T Data Services with DSVPP

### 7. RATES

#### 7.1 AT&T US Domestic FRS– Ports and PVCs

**AT&T US Domestic FRS – Ports**

| Domestic Port ||
|---|---|
| **Port Speed** | **Monthly Charge** |
| 56 Kbps | $235.00 |
| 64 Kbps | $255.00 |
| 128 Kbps | $470.00 |
| 192 Kbps | $680.00 |
| 256 Kbps | $820.00 |
| 320 Kbps | $970.00 |
| 384 Kbps | $1,050.00 |
| 448 Kbps | $1,140.00 |
| 512 Kbps | $1,140.00 |
| 576 Kbps | $1,200.00 |
| 640 Kbps | $1,202.00 |
| 704 Kbps | $1,211.00 |
| 768 Kbps | $1,211.00 |
| 1024Kbps | $1,460.00 |
| 1544 Kbps | $1,850.00 |
| 5 Mbps | $4,000.00 |
| 10 Mbps | $5,600.00 |
| 15 Mbps | $6,400.00 |
| 20 Mbps | $7,600.00 |
| 25 Mbps | $8,000.00 |
| 30 Mbps | $8,400.00 |
| 44.736 Mbps | $9,600.00 |
| | AT&T reference date: N/A |

**New Century   WK-73644V1**

If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment.

For AT&T Administrative Use Only Contract ID: 2104471

Master Agreement No. 122399
Pricing Schedule No. 30891
Original Effective Date: February 12, 2007
Amended Effective Date: _____

## Pricing Schedule for AT&T Data Services with DSVPP

**AT&T US Domestic FRS – PVCs**

| Domestic PVCs | |
|---|---|
| **PVC CIR** | **Symmetrical PVC Monthly Charge** |
| 4 Kbps | $27.00 |
| 8 Kbps | $36.00 |
| 16 Kbps | $48.00 |
| 32 Kbps | $75.00 |
| 48 Kbps | $100.00 |
| 56 Kbps | $105.00 |
| 64 Kbps | $110.00 |
| 128 Kbps | $170.00 |
| 192 Kbps | $230.00 |
| 256 Kbps | $315.00 |
| 320 Kbps | $420.00 |
| 384 Kbps | $430.00 |
| 448 Kbps | $580.00 |
| 512 Kbps | $590.00 |
| 576 Kbps | $645.00 |
| 640 Kbps | $690.00 |
| 704 Kbps | $690.00 |
| 768 Kbps | $690.00 |
| 832 Kbps | $775.00 |
| 896 Kbps | $777.00 |
| 960 Kbps | $778.00 |
| 1024 Kbps | $780.00 |
| 1536 Kbps | $888.00 |
| 2 Mbps | $1,322.00 |
| 3 Mbps | $1,394.00 |
| 4 Mbps | $1,860.00 |
| 5 Mbps | $2,324.00 |
| 6 Mbps | $2,789.00 |
| 7 Mbps | $3,253.00 |
| 8 Mbps | $3,718.00 |
| 9 Mbps | $4,183.00 |
| 10 Mbps | $4,647.00 |
| 15 Mbps | $6,709.00 |
| 20 Mbps | $8,945.00 |
| 25 Mbps | $11,181.00 |
| 30 Mbps | $13,408.00 |
| 35 Mbps | $15,653.00 |
| 40 Mbps | $17,890.00 |
| AT&T reference date: N/A | |

New Century  WK-73644V1

If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment.

For AT&T Administrative Use Only Contract ID: 2104471

Master Agreement No. 122399
Pricing Schedule No. 30891
Original Effective Date: February 12, 2007
Amended Effective Date: _____

## Pricing Schedule for AT&T Data Services with DSVPP

**AT&T US Domestic FRS - Enterprise PVCs**

| Domestic ePVCs | |
|---|---|
| ePVC CIR | Symmetrical ePVC Monthly Charge |
| 4 Kbps | $56.00 |
| 8 Kbps | $72.00 |
| 16 Kbps | $94.00 |
| 32 Kbps | $143.00 |
| 48 Kbps | $176.00 |
| 56 Kbps | $195.00 |
| 64 Kbps | $199.00 |
| 128 Kbps | $282.00 |
| 192 Kbps | $358.00 |
| 256 Kbps | $474.00 |
| 320 Kbps | $607.00 |
| 384 Kbps | $647.00 |
| 448 Kbps | $689.00 |
| 512 Kbps | $709.00 |
| 576 Kbps | $742.00 |
| 640 Kbps | $742.00 |
| 704 Kbps | $758.00 |
| 768 Kbps | $758.00 |
| 832 Kbps | $778.00 |
| 896 Kbps | $778.00 |
| 960 Kbps | $780.00 |
| 1024 Kbps | $785.00 |
| 1536 Kbps | $888.00 |
| 2 Mbps | $1,322.00 |
| 3 Mbps | $1,394.00 |
| 4 Mbps | $1,860.00 |
| 5 Mbps | $2,324.00 |
| 6 Mbps | $2,789.00 |
| 7 Mbps | $3,253.00 |
| 8 Mbps | $3,718.00 |
| 9 Mbps | $4,183.00 |
| 10 Mbps | $4,647.00 |
| 15 Mbps | $6,709.00 |
| 20 Mbps | $8,945.00 |
| 25 Mbps | $11,181.00 |
| 30 Mbps | $13,408.00 |
| 35 Mbps | $15,653.00 |
| 40 Mbps | $17,890.00 |
| AT&T reference date: N/A | |

ATTUID=kl7362

AT&T and Customer Confidential Information
Page 6 of 8

| | |
|---|---|
| **New Century   WK-73644V1**<br><br>**If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment.** | For AT&T Administrative Use Only Contract ID: 2104471<br><br>**Master Agreement No. 122399**<br>**Pricing Schedule No. 30891**<br>**Original Effective Date: February 12, 2007**<br>**Amended Effective Date: _____** |

## Pricing Schedule for AT&T Data Services with DSVPP

### 7.2 AT&T International End-to-End (E2E) Frame Relay Service (FRS)

| International End-to-End Frame Relay Service Ports and PVCs<br>NOTE: Not all speeds are available in all countries | Service Guide Schedule B as revised from time to time |
|---|---|

### 7.3 AT&T IP Enabled Frame Relay-International Service

| AT&T IP Enabled Frame Relay-International Service PVCs<br>NOTE: Not all speeds are available in all countries | Service Guide Schedule B as revised from time to time |
|---|---|

### 7.4 AT&T Private Line Services

**ACCUNET T1.5 Service Inter Office Channel**

| ACCUNET T1.5 Service<br>Inter Office Channel Monthly Charges ||| 
|---|---|---|
| Mileage | Fixed | Per Mile |
| 1 – 500 | $786.00 | $0.00 |
| 501+ | $290.00 | $1.16 |
| | | AT&T reference date: N/A |

**ACCUNET T45 Service InterOffice Channel**

| ACCUNET T45 Service<br>Interoffice Channel Monthly Charges |||
|---|---|---|
| Mileage | Fixed | Per Mile |
| 1 – 300 | $10,000.00 | $12.00 |
| 301+ | $8,000.00 | $18.75 |
| | | AT&T reference date: N/A |

ATTUID=kl7362

| New Century WK-73644V1 | For AT&T Administrative Use Only Contract ID: 2104471 |
|---|---|
| If this attachment is not executed by the customer by 05/12/2008, AT&T reserves the rights to withdraw this attachment. | Master Agreement No. 122399<br>Pricing Schedule No. 30891<br>Original Effective Date: February 12, 2007<br>Amended Effective Date: _____ |

## Pricing Schedule for AT&T Data Services with DSVPP

### 7.5 AT&T Local Channel Services

| AT&T Terrestrial 45 Mbps Local Channel Service Local Channel | Service Guide Schedule B as revised from time to time |
|---|---|
| AT&T Voice Grade Local Channel Service Local Channel | Service Guide Schedule B as revised from time to time |

**AT&T Terrestrial 1.544 Mbps Local Channel Services – Local Channels furnished between the Customer's Premises and the AT&T Central Office**

| Local Channel Mileage | AT&T 1.544 Mbps Terrestrial Local Channel Fixed Monthly Charge | AT&T 1.544 Mbps Terrestrial Local Channel Per Mile Charge |
|---|---|---|
| 0 | $220.00 | $0.00 |
| 1-5 | $330.00 | $0.00 |
| 6-10 | $372.00 | $0.00 |
| 11-20 | $462.00 | $0.00 |
| 21-50 | $660.00 | $0.00 |
| 51+ | $550.00 | $6.60 |
|  |  | AT&T Reference date: N/A |

(NOTE: Local Channels discounted under an AVA or AVP are not eligible for the rates or discounts listed in this Pricing Schedule.)

**AT&T ACCUNET Generic Digital (GDA) Service 9.6/56/64 kbps Local Channel Services**

| Local Channel Mileage | AT&T ACCUNET GDA 9.6/56/64 kbps Local Channel Fixed Monthly Charge | AT&T ACCUNET GDA 9.6/56/64 kbps Local Channel Per Mile Charge |
|---|---|---|
| 0-5 | $150.00 | $0.00 |
| 6-10 | $180.00 | $0.00 |
| 11-20 | $195.00 | $0.00 |
| 21-50 | $235.00 | $0.00 |
| 51+ | $140.00 | $2.00 |
|  |  | AT&T Reference date: N/A |

### 7.6 On-Net Local Channel Service – Furnished between the Customer Premise and the AT&T Central Office

| On-Net Local Channel Service | Monthly Charge* | Installation Charge |
|---|---|---|
| AT&T Terrestrial 1.544 Mbps On-Net Local Channel | $215.00 | $200.00 |
| AT&T Terrestrial 1.544 Mbps On-Net STSI Local Channel | $215.00 | $200.00 |
| AT&T Terrestrial 45 Mbps On-Net Local Channel | $2,000.00 | $1,000.00 |
| AT&T Terrestrial 45 Mbps On-Net STSI Local Channel | $2,000.00 | $1,000.00 |

*Rates apply to circuits ordered on or after October 30, 2006.

(NOTE: Local Channels discounted under an AVA or AVP are not eligible for the rates or discounts listed in this Pricing Schedule.)