**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered |
| Debtors, | ) |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 27th day of March, A.D. 2008 that service of the **Notice of Motion, Motion, Exhibits** and proposed **Order** was made electronically and (via) first class mail to the following:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
*Debtor*

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Bonne Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorney for Official Committee
of Unsecured Creditors*

Cornelius Parks
2021 Teco Drive
San Jacinot, CA 92583
*Borrower*

                        By:    /s/ Kristi J. Doughty
                                  Robert T. Aulgur, Jr. (No. 165)
                                  651 N. Broad Street, Ste. #206
                                  P.O. Box 1040
                                  Middletown, DE  19709-1040
                                  (302) 378-1661
                                  Attorney for Movant