**EXHIBIT "B"**

Recording Requested By:
New Century Mortgage Corporation
18400 Von Karman, Ste 1000
Irvine, CA 92612

Return To:

New Century Mortgage Corporation
18400 Von Karman, Suite 1000,
Irvine, CA 92612

———————— SPACE ABOVE THIS LINE FOR RECORDER'S USE ————————

## Corporation Assignment of Deed of Trust

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to


all beneficial interest under that certain Deed of Trust dated January 18, 2007
executed by CORNELIUS PARKS, A Single Man

, Trustor

to STEWART TITLE OF CALIFORNIA , Trustee,
and recorded as Instrument No.             on             in book             ,
page         , of Official Records in the County Recorder's office of Riverside             County,
California, describing land therein as: See Legal Description Attached Hereto and Made a Part
Hereof


TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

A.P.N. 551-381-030-2 .                                      New Century Mortgage Corporation

Dated February 21, 2007
                                                            *signature: Steve Nagy*
State of California                )  ss.
County of Orange                   )            Stephen L. Nagy / V.P.\Records
On February 21, 2007            before me, Andres Rojas
personally appeared Stephen L. Nagy / V.P.\Records Management

, personally
known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the
entity upon behalf of which the person(s) acted, executed the instrument.     FOR NOTARY SEAL OR STAMP
WITNESS my hand and official seal.
                                    (Seal)
Andres Rojas
Title Order No. 514414944        Escrow No. PARKS

                                                                              1011841108

VMP-901(CA) (0408)                  8/04
VMP Mortgage Solutions, Inc. (800)521-7291

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

STATE OF CALIFORNIA
COUNTY OF ORANGE

On February 22, 2007 before me **Victor Perez**, a Notary Public personally appeared **Steve Nagy V.P. Records Management**, personally known to me to the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal

_____
Signature of Notary Public

VICTOR PEREZ
Commission # 1638119
Notary Public - California
Orange County
My Comm. Expires Jan 15, 2010

Victor Perez
COMMISSION # 1638119
COMMISSION EXPIRES:
January 15, 2010