EXHIBIT "D"

# GRP FINANCIAL SERVICES CORP.

*Existing Asset Valuation Review*

Review Date: 12/11/2007

## SUMMARY OF SALIENT FACTS

GRP #: 22211
Asset Name: Parks, Cornelius
Deal Name: Barclays 1
Property Address: 2021 Teco Drive   San Jacinto, CA 92583
Performance Code: PBKD
Current UPB: $260,000.00

GRP # 22211
File Section # _____

## VALUE HISTORY

Pricing Value: $180,000.00
Bid Date: 10/31/2007
Current Value: $180,000.00
Current Value Date: 9/17/2007
Last BPO Value (High): $249,000.00
Last BPO Value (Low): $240,000.00
Last BPO Value Date: 9/17/2007
Interior (Y/N):
Last Known Occupancy: O

## VALUATION REVIEW SUMMARY

### VACANT INTERIOR

The new, interior BPO valued the subject between $215k and $225k. The subject seems to be in fair condition and is currently vacant and secured. The BPO comps ranged from $254k to $345k, mostly similar in size, location and style. GRP comps have an average sales price of $244,923. Lets maintain the present GRP value.

*Lauren C. R.*

## COMPARABLE LISTINGS

**COMPARABLE LISTING #1:** Address: 2137 Galilee, San Jacinto, CA 92583

| Style | Yr. Built | Finished Sq. Ft (Excluding Basement) | Basement (Full, Partial, Crawl, or None) | % of Basement Finished | Rooms | Beds | Baths | Lot Size | Garage | Overall Condition | Compares to Subject (Superior/Inferior) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| single story contemporary | 2001 | 1800 | None | N/A | 6 | 3 | 2 | 7405 | 3 | good | Superior |
| Proximity to Subject (Miles, NOT BLOCKS, WE CHECK) | Orig. List | Current LP | DOM | | Describe below why comp listing is superior or inferior to subject | | | | | | |
| .39 miles | $ 169,900 | $ 169,900 | 1 | Larger home and lot, better condition, newer | | | | | | | |

**COMPARABLE LISTING #2:** Address: 1751 Turquesa Dr, San Jacinto, 92583

| Style | Yr. Built | Finished Sq. Ft (Excluding Basement) | Basement (Full, Partial, Crawl, or None) | % of Basement Finished | Rooms | Beds | Baths | Lot Size | Garage | Overall Condition | Compares to Subject (Superior/Inferior) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| single story contemporary | 1999 | 1477 | None | N/A | 6 | 3 | 2 | 5227 | 2 | good | Superior |
| Proximity to Subject (Miles, NOT BLOCKS, WE CHECK) | Orig. List | Current LP | DOM | | Describe below why comp listing is superior or inferior to subject | | | | | | |
| 1.57 Miles | $ 232,000 | $ 224,900 | 64 | Larger, better condition, newer | | | | | | | |

**COMPARABLE LISTING #3:** Address: 1842 Washington Ave, San Jacinto, 92583

| Style | Yr. Built | Finished Sq. Ft (Excluding Basement) | Basement (Full, Partial, Crawl, or None) | % of Basement Finished | Rooms | Beds | Baths | Lot Size | Garage | Overall Condition | Compares to Subject (Superior/Inferior) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| single story contemporary | 2003 | 1391 | None | N/A | 6 | 3 | 2 | 7841 | 3 | good | Superior |
| Proximity to Subject (Miles, NOT BLOCKS, WE CHECK) | Orig. List | Current LP | DOM | | Describe below why comp listing is superior or inferior to subject | | | | | | |
| .32 Miles | $ 225,000 | $ 225,000 | 77 | Larger lot, extra garage, newer, better condition | | | | | | | |

**COMPARABLE LISTING #4:** Address: 1067 Peacock, San Jacinto, 92583

| Style | Yr. Built | Finished Sq. Ft (Excluding Basement) | Basement (Full, Partial, Crawl, or None) | % of Basement Finished | Rooms | Beds | Baths | Lot Size | Garage | Overall Condition | Compares to Subject (Superior/Inferior) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| single story contemporary | 1996 | 1297 | None | N/A | 5 | 3 | 2 | 7405 | 2 | good | Superior |
| Proximity to Subject (Miles, NOT BLOCKS, WE CHECK) | Orig. List | Current LP | DOM | | Describe below why comp listing is superior or inferior to subject | | | | | | |
| 1.72 Miles | $ 249,350 | $ 233,900 | 66 | Larger lot, better condition | | | | | | | |

## GENERAL NEIGHBORHOOD/MARKET DATA

| | | | | |
|---|---|---|---|---|
| Housing Supply: | Increasing | # Listings immediate area: | 9 | |
| Number of Listings: | Increasing | Price Range: | Low: $ 224,900 | High: $ 305,000 |
| Property Values: | Decreasing | # Houses in direct competition: | 7 | |
| Pride of Ownership: | Good | Price Range: | Low: $ 224,900 | High: $ 249,000 |
| Is there new construction in the area? | No | Average marketing time: | 68.5 | (Automatically calculated based on DOM of comp sales) |
| Price Range of New Construction: | Low $: | High $: | | |

### NEIGHBORHOOD COMMENTS

Great neighborhood, subject is the only reali't bsd one on the block. Close to shopping, movie, restaurants, casino, golf, etc. great location for commuters.

### SUBJECT PROPERTY COMMENTS

Good looking home, over grown lawn in need of major trim, routine maintenance needed for rest of home.

### RECONCILED VALUE

| | | Per Sq. Ft. | | | | Per Sq. Ft. | Repaired Value: Regardless of the current condition, and even if this BPO is an exterior, the repaired value should be the top value of the property assuming it was in overall good condition. As-Is High/Low: This should be the value range based on its current condition. If this is an exterior, please note in the comments section what repairs you are assuming in your value. |
|---|---|---|---|---|---|---|---|
| As-Is High Sale Price: | $ 225,000 | 161 | Recommended As-Is List Price: | | $ 209,000 | 149 | |
| As-Is Low Sale Price: | $ 215,000 | 154 | Repaired Value (Assuming good condition/repaired- Value?) | | $ 219,000 | 156 | |
| Monthly Lease Value: | $ 1,000 | | Repaired List Price: | | $ 219,000 | 156 | |
| LAND VALUE: | $ 42,500 | | | | | | |

| Prepared By: | Chris J Hogan | Company: | Coldwell Banker K-T |
|---|---|---|---|
| Address: | 610 E. Florida Ave | City/State/Zip: | Hemet, CA 92544 |
| Phone & Fax #: | 951-581-0095 work  951-658-0650 | e-mail: | christopherjohnhogan@excite.com |

## GRP FINANCIAL SERVICES CORP.
445 Hamilton Avenue 8th Floor White Plains, NY 10601 Toll Free 1-877-473-3616 Fax (914) 397-7550
Broker Price Opinion

### GENERAL PROPERTY INFORMATION

| GRP # | 27211 | Date of BPO: | | Full Interior (Y/N): | | | County: | Riverside |
|---|---|---|---|---|---|---|---|---|
| Address: | 2021 Teco Dr | City: | San Jacinto | State: CA | Zip: 92583 | | | |
| Owner: | Cornelius Parks | | | Occupied or Vacant?: | | | Vacant | |
| APN #: | 551-381-030 | | | Real Estate Taxes Per Year: $ | | | | 2,254 |
| Block/Lot: | 30 | | | Assessed Value: $ | | | | 197,382 |
| Property Type: | Single Family | | | Tax Arrears (If Any): | | | | |

### MLS HISTORY (As far back as your MLS allows, starting with the latest)

Enter each MLS entry below. For "Result", enter "Sold, Expired, Withdrawn, Canceled or Active). If more space is needed, use the comment section

| List Date | 4/15/03 | List Price: | $184,999 | Result: | canceled | Exp/Sale Date: | 7/5/05 | Sale Price: | | Realty Executives, Skip Batteral, 909-833-1083 |
| List Date | | List Price: | | Result: | | Exp/Sale Date: | | Sale Price: | | Enter Listing Agents Name and Phone Number Here |
| List Date | | List Price: | | Result: | | Exp/Sale Date: | | Sale Price: | | Enter Listing Agents Name and Phone Number Here |
| List Date | | List Price: | | Result: | | Exp/Sale Date: | | Sale Price: | | Enter Listing Agents Name and Phone Number Here |

### SUBJECT PROPERTY INFORMATION

| Style | Yr. Built | Finished Sq. Ft (Excluding Basement) | Basement(Full, Partial, Crawl, or None) | % of Basement Finished | Rooms | Beds | Baths | Lot Size | Garage | Overall Condition (Excellent, Good, Fair, Poor) |
|---|---|---|---|---|---|---|---|---|---|---|
| single story contemporary | 1999 | 1400 | None | N/A | 5 | 3 | 2 | 3920 | 2 | Fair |

### COMPARABLE SALES

Use Comparables less than 6 months old, if possible.

**COMPARABLE SALE #1:** Address: 753 Zaphiro, San Jacinto, 92583

| Style | Yr. Built | Finished Sq. Ft (Excluding Basement) | Basement(Full, Partial, Crawl, or None) | % of Basement Finished | Rooms | Beds | Baths | Lot Size | Garage | Overall Condition | Compares to Subject(Superior/Inferior) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| single story contemporary | 1999 | 1485 | None | N/A | 5 | 3 | 1.75 | 3920 | 2 | good | Superior |
| Proximity to Subject (Miles, NOT BLOCKS, WE CHECK!) | Sale Price | Sale Date | DOM | Orig. List | List Price @ Sale | | Financing Type | | Sale Price Per Sq. Ft | | |
| 1.90 Miles | $ 254,000 | 04/16/07 | 33 | $ 259,900 | $ | | 254,900 conventional | | | 171.3786796 (Automatic) | | |

**COMPARABLE SALE #2:** Address: 1345 Exeter, San Jacinto, 92583

| Style | Yr. Built | Finished Sq. Ft (Excluding Basement) | Basement(Full, Partial, Crawl, or None) | % of Basement Finished | Rooms | Beds | Baths | Lot Size | Garage | Overall Condition | Compares to Subject(Superior/Inferior) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 Story, contemporary | 2000 | 1514 | None | N/A | 6 | 3 | 2.5 | 4356 | 2 | good | Superior |
| Proximity to Subject (Miles, NOT BLOCKS, WE CHECK!) | Sale Price | Sale Date | DOM | Orig. List | List Price @ Sale | | Financing Type | | Sale Price Per Sq. Ft | | |
| 1.95 Miles | $ 345,000 | 06/29/07 | 91 | $ 329,000 | $ | | 379,000 other | | | 227.8731836 (Automatic) | | |

**COMPARABLE SALE #3:** Address: 1962 Kensington, San Jacinto, 92583

| Style | Yr. Built | Finished Sq. Ft (Excluding Basement) | Basement(Full, Partial, Crawl, or None) | % of Basement Finished | Rooms | Beds | Baths | Lot Size | Garage | Overall Condition | Compares to Subject(Superior/Inferior) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| single story contemporary | 2000 | 1400 | None | N/A | 5 | 3 | 2 | 3920 | 2 | good | Superior |
| Proximity to Subject (Miles, NOT BLOCKS, WE CHECK!) | Sale Price | Sale Date | DOM | Orig. List | List Price @ Sale | | Financing Type | | Sale Price Per Sq. Ft | | |
| 0.07 Miles | $ 288,000 | 05/08/07 | 94 | $ 314,000 | $ | | 288,000 conventional | | | 205.7142857 (Automatic) | | |

**COMPARABLE SALE #4:** Address: 1291 Agape Ave, San Jacinto, 92583

| Style | Yr. Built | Finished Sq. Ft (Excluding Basement) | Basement(Full, Partial, Crawl, or None) | % of Basement Finished | Rooms | Beds | Baths | Lot Size | Garage | Overall Condition | Compares to Subject(Superior/Inferior) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| single story contemporary | 2005 | 1540 | None | N/A | 0 | 3 | 2 | 7405 | 2 | excellent | Superior |
| Proximity to Subject (Miles, NOT BLOCKS, WE CHECK!) | Sale Price | Sale Date | DOM | Orig. List | List Price @ Sale | | Financing Type | | Sale Price Per Sq. Ft | | |
| .11 miles | $ 280,000 | 10/12/07 | 44 | $ 289,900 | $ | | 289,900 other | | | $ 188.25 (Automatic) | | |

### COMPARABLE SALE COMMENTS (EXPLAIN WHY THE COMP IS SUPERIOR OR INFERIOR TO THE SUBJECT)

| SALE #1: | larger home comparable lot size and home, much better condition. |
| SALE #2: | Larger home and lot, better condition |
| SALE #3: | same home and neighborhood, totally remodeled carpet, paint, landscaping |
| SALE #4: | newer, bigger lot and home, better condition |

## GRP FINANCIAL SERVICES CORP.

## PROPERTY INSPECTION FORM

### GENERAL ASSET INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| GRP#: | #22211 | Inspection Date: | 1/4/2007 |
| Address: | 2021 Teco Dr | Property Type: | SFR Single Family / 2-4 Family / Condo / (Other) |
| City/St/Zip: | San Jacinto, CA 92583 | | |
| Occupied or Vacant?: | Vacant | Any debris on or in property?: | no |
| Lock(s) Rekeyed? | Yes, Kwickset # 35453 | Vandalism?: | No |
| Winterized?: | No need | Overall Condition: | yes — Good / Fair / Poor / Very Poor |
| Utilities: | Electric: On [x] Off / Water?: On [x] Off / Gas?: On [x] Off | | |

| EXTERIOR | Condition (Good, Fair, Poor) | CAUSE OF DAMAGE | Cost to Repair |
|---|---|---|---|
| Roof: | Good | | |
| Windows: | Good | | |
| Gutters: | Good | | |
| Foundation: | Good | | |
| Siding/Trim: | Good | | |
| Pool: | N/A | | |
| Garage: | Good | | |
| Landscaping: | Good | better now that its trimmed | |
| Other: | | | |
| Other: | | | |

| INTERIOR | Condition (Good, Fair, Poor) | Description and Cause of Damage | Cost to Repair |
|---|---|---|---|
| Kitchen: | Good | | |
| Bathroom(s): | Good | | |
| Living Room: | Good | | |
| Dining Area: | Good | | |
| Bedroom #1: | Good | | |
| Bedroom #2: | Good | | |
| Bedroom #3: | Good | | |
| Bedroom #4: | Good | | |
| Basement: | N/A | | |
| Attic: | | | |
| Other: | | | |

| MECHANICALS/APPLIANCES | Working?(Yes, No, Unsure) | Description and Cause of Damage | Cost to Repair |
|---|---|---|---|
| BOILER/FURNACE: | unsure/Forced air | looks to be ok | |
| Heat Type(Oil, Gas, Electric): | unsure | | |
| AIR CONDITIONING: | unsure | | |
| A/C Type: | Central | | |
| ELECTRICAL SYSTEM: | unsure | looks to be ok | |
| PLUMBING & FIXTURES: | Yes | | |
| KITCHEN APPLIANCES: | Yes | | |
| Refrigerator: | N/A | | |
| Oven: | Yes | | |
| Dishwasher: | unsure | | |
| WATER HEATER: | unsure | | |
| Other: | | | |

| Other Damage: | Description and Cause of Damage | Cost to Repair |
|---|---|---|
| | Carpets could be cleaned | $ 300 |
| | | |
| | | |
| TOTAL COST TO REPAIR: | (Automatically Calculated) | $ 300 |

| Condos/HOA's Only: | HOA Name & Management Contact: | |
|---|---|---|
| | Address/City/State/Zip: | |
| | Phone/Fax: | |
| | Monthly Fee: | Arrears?: |
| | Utilities Included? | |

| INSPECTED BY: | Name: | Chris Hogan |
|---|---|---|
| | Phone: | (951)551-0995 Cell (951)658-0859 Fax |

Photo Addendum

**GRP# : 22211**
**ADDRESS:**


list1


List 2


List3


List4


Sold1


Sold2


Sold3


Sold4

**Photo addendum**





