IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | Objection Deadline: March 25, 2008 at 4:00 p.m. |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE
APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF
EXPENSES OF O'MELVENY & MYERS LLP
FOR THE PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007
[DOCKET NO. 5244] (NO ORDER REQUIRED)**

The undersigned hereby certifies that he has received no answer, objection or any

other responsive pleading with respect to the Monthly Fee Application for Compensation and

Reimbursement of Expenses (the "Application") of O'Melveny & Myers LLP (the "Applicant")

listed on Exhibit A attached hereto. The undersigned further certifies that he has reviewed the

Court's docket in this case and no answer, objection or other responsive pleading to the

Application appears thereon. The Application was filed with the Bankruptcy Court on the date

listed on Exhibit A.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered April 24, 2007 [Docket No. 389] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: March 27, 2008
     Wilmington, Delaware

                                Mark D. Collins (No. 2981)
                                Michael J. Merchant (No. 3854)
                                Christopher M. Samis (No. 4909)
                                RICHARDS, LAYTON & FINGER, P.A.
                                One Rodney Square
                                920 North King Street
                                Wilmington, Delaware 19801
                                (302) 651-7700
                                (302) 651-7701

                                -and-

                                Ben H. Logan
                                Suzzanne S. Uhland
                                Victoria H. Newmark
                                Emily R. Culler
                                O'MELVENY & MYERS LLP
                                275 Battery Street
                                San Francisco, California 94111
                                (415) 984-8700
                                (415) 984-8701

                                ATTORNEYS FOR DEBTORS AND
                                DEBTORS IN POSSESSION

**EXHIBIT A**

**NEW CENTURY TRS HOLDINGS, INC., et al.,**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| O'Melveny & Myers LLP<br><br>[Docket No 5244] | 12/1/07 - 12/31/07 | $1,748,026 75 (Fees)<br><br>$18,449 96 (Expenses) | $1,398,421 40 (Fees @ 80%)<br><br>$18,449 96 (Expenses @ 100%) | 3/5/08 | 3/25/08 |