# EXHIBIT A

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**February 1, 2008 through February 29, 2008**

| Level | Name | Hourly Rate | Hours Incurred | Fees |
|---|---|---|---|---|
| _Tax Compliance_ | | | | |
| _Partners/Principals_ | Dahl, Don | $600.00 | 10.4 | 6,240.00 |
| | Grierson, Scot R. | 600.00 | 1.0 | 600.00 |
| _Senior Managers/Directors_ | Divers, Dale | 515.00 | 1.5 | 772.50 |
| _Senior Associates_ | Crowe, John | 325.00 | 59.7 | 19,402.50 |
| | Partridge, Ryan | 350.00 | 11.7 | 4,095.00 |
| _Associates_ | Arquette, Paul | 225.00 | 2.4 | 540.00 |
| | Bunting, Rebecah J | 225.00 | 69.2 | 15,570.00 |
| | Kaura, Anita | 225.00 | 6.5 | 1,462.50 |
| | Maynard, Scott | 225.00 | 10.8 | 2,430.00 |
| | Miller, Lindsay (Intern) | 170.00 | 26.5 | 4,505.00 |
| | Pham, Tuongvy | 245.00 | 2.0 | 490.00 |
| | Ramirez, Galacio | 225.00 | 57.1 | 12,847.50 |
| | **Total Tax Compliance** | | **258.8** | **68,955.00** |
| | Less: 20% Hold-Back | | | (13,791.00) |
| | Net Fees | | | 55,164.00 |
| | Plus: Out-of-Pocket Expenses | | | -- |
| | Total Net Fees and Expenses | | | $ 55,164.00 |
| | Blended Hourly Rate | | | $ 266 |

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**February 1, 2008 through February 29, 2008**

| Level | Name | Hourly Rate | Hours Incurred | Fees |
|---|---|---:|---:|---:|
| **_Tax Consulting_** | | | | |
| *Partners/Principals* | Cordonnier, Andrew | 715.00 | 1.5 | 1,072.50 |
| | Goldberg, Walter | 630.00 | 5.5 | 3,465.00 |
| | Grush, Gary | 600.00 | 42.1 | 25,260.00 |
| | Ryan, Steve | 600.00 | 17.5 | 10,500.00 |
| *Senior Managers/Directors* | Cole, Richard K | 510.00 | 71.1 | 36,261.00 |
| | Divers, Dale | 515.00 | 55.4 | 28,531.00 |
| | Hughes, James | 490.00 | 93.5 | 45,815.00 |
| | Pomis, Brian | 515.00 | 24.4 | 12,566.00 |
| | Wong, James | 225.00 | 8.2 | 1,845.00 |
| *Managers* | Casey, Marisol | 450.00 | 11.4 | 5,130.00 |
| *Senior Associates* | Amin, Nirav | 325.00 | 6.8 | 2,210.00 |
| | Lapeyrolerie, Lisa M | 350.00 | 0.8 | 262.50 |
| | Partridge, Ryan | 350.00 | 76.8 | 26,862.50 |
| | Ratanjee, Hiten | 390.00 | 1.1 | 429.00 |
| *Associates* | Bravo, Susana | 245.00 | 32.0 | 7,840.00 |
| | Leuthold, Erica (Intern) | 170.00 | 13.6 | 2,303.50 |
| | Miller, Lindsay A (Intern) | 170.00 | 2.4 | 408.00 |
| | Pham, Tuongvy | 245.00 | 2.9 | 710.50 |
| | Ramirez, Galacio | 225.00 | 84.5 | 19,012.50 |
| | Seddigh, Frank | 225.00 | 151.5 | 34,087.50 |
| *Administration* | Cochrum, Crystal | 75.00 | 6.1 | 457.50 |
| | Cronin, Caroline | 225.00 | 37.0 | 8,325.00 |
| | Drenon, Kimberly | 80.00 | 0.9 | 72.00 |
| | **Total Tax Consulting** | | **746.9** | **$ 273,426.00** |
| | Less: 20% Hold-Back | | | (54,685.20) |
| | Net Fees | | | 218,740.80 |
| | Plus: Out-of-Pocket Expenses | | | 227.54 |
| | Total Net Fees and Expenses | | | $ 218,968.34 |
| | Blended Hourly Rate | | | $ 366 |

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Hours and Fees Incurred by Professional**
**February 1, 2008 through February 29, 2008**

| Level | Name | Hourly Rate | Hours Incurred | Fees |
|---|---|---|---|---|
| | Grand Total Hours and Fees | | 1005.7 | $ 342,381.00 |
| | Net Fees | | | $ 342,381.00 |
| | Less: 20% Hold-Back | | | $ (68,476.20) |
| | Net Fees | | | $ 273,904.80 |
| | Plus: Out-of-Pocket Expenses | | | $ 227.54 |
| | Total Net Fees and Expenses | | | $ 274,132.34 |
| | Blended Hourly Rate | | | $ 340 |