**EXHIBIT B**

**Grant Thornton LLP**
**New Century Financial Corporation**
SUMMARY OF HOURS AND FEES INCURRED BY MATTER
February 1, 2008 through February 29, 2008

| | Matter Description | Out-of-Pocket Expenses | Hours | Net Fees |
|---|---|---|---|---|
| Code | **Tax Compliance** | | | |
| 3 | Preparation of 2007 federal tax returns | | 117.6 | 34,275.00 |
| 4 | Preparation of 2007 state tax returns | | 141.2 | 34,680.00 |
| | Subtotal | -- | 258.8 | 68,955.00 |
| | Less: 20% Hold-Back | | | (13,791.00) |
| | Net Fees | | | 55,164.00 |
| | Plus: Out-of-Pocket Expenses | | | -- |
| | Total Net Fees and Expenses | | | 55,164.00 |
| | Blended Hourly Rate | | | $ 266 |
| Code | **Tax Consulting** | | | |
| 10 | Preparation of 2007 estimated federal and state tax payments | -- | -- | -- |
| 11 | General case administration | -- | 54.2 | 11,474.50 |
| 12 | Assist with federal and state tax audits | | 611.4 | 231,152.50 |
| 13 | Provide general corporate tax consulting, including potential bankruptcy tax related issues | 227.54 | 81.3 | 30,799.00 |
| | Subtotal | 227.54 | 746.9 | 273,426.00 |
| | Total Net Fees | | | 273,426.00 |
| | Less: 20% Hold-Back | | | (54,685.20) |
| | Net Fees | | | 218,740.80 |
| | Plus: Out-of-Pocket Expenses | | | 227.54 |
| | Total Net Fees and Expenses | | | $ 218,968.34 |
| | Blended Hourly Rate | | | $ 366 |
| **Grand Totals** | | $ 227.54 | 1,005.7 | $ 342,381.00 |
| Net Fees | | | | $ 342,381.00 |
| Less: 20% Hold-Back | | | | (68,476.20) |
| Net Fees | | | | $ 273,904.80 |
| Plus: Out-of-Pocket Expenses | | | | 227.54 |
| Total Net Fees and Expenses | | | | $ 274,132.34 |
| Blended Hourly Rate | | | | $ 340 |