**EXHIBIT C**

**Grant Thornton LLP**
**New Century Financial Corporation**
**Summary of Out-of-Pocket Expenses**
**Billing Period: February 1, 2008 - February 29, 2008**

|  | February 1 - 29 | Total |
|---|---|---|
| **Transportation, Parking & Mileage** | $35.00 | 35.00 |
| **Meals** | 192.54 | 192.54 |
| **Total** | $ 227.54 | $ 227.54 |

EXHIBIT C