# EXHIBIT A

18th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | | To Be Expunged Claim Amount | | |
| Aaron Celious<br>1614 Greenfield Ave<br>Los Angeles, CA 90025 | 07-10419 | 1127 | $28,230.91 | $0.00 | $0.00 | $149,400.00 | $177,630.91 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | |
| Adrian Bustre<br>593 Andrews Dr<br>Hampton, GA 30228 | 07-10416 | 1948 | $125,400.90 | $0.00 | $0.00 | $0.00 | $125,400.90 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | |
| Ali Ahmad Adnan<br>139 Willow Grove Dr<br>Lincroll, NJ 07738 | 07-10416 | 977 | $105,000.00 | $0.00 | $0.00 | $0.00 | $105,000.00 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | |
| Alison C Canty<br>1750 Doregal Dr No 4<br>Woodbury, MN 55125 | 07-10416 | 2028 | $0.00 | $0.00 | $0.00 | $8,650.58 | $8,650.58 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | |
| Carl J Muhammad<br>3517 Pence Woods Pl<br>Laurel, MD 20724 | 07-10416 | 1151 | $12,000.00 | $0.00 | $8,416.15 | $0.00 | $20,416.15 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | |
| Carol Wands aka Wands<br>440 SE Sandia Dr<br>Port St Lucie, FL 34983 | 07-10419 | 815 | $93,703.12 | $0.00 | $0.00 | $0.00 | $93,703.12 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | |
| Charles Darr Barr<br>2235 Malibu Dr Se<br>Cleveland, TN 37323-0000 | 07-10416 | 1748 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | |
| Credit Suisse First Boston Mortgage Capital LLC<br>and DLJ Mortgage Capital Inc<br>Attn Michael A Criscito & Barbara Nortebohm Esq<br>Eleven Madison Ave<br>New York, NY 10010-3629 | 07-10426 | 3564 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | |

# Exhibit A
## Books and Records

18th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Admin | Priority | Unsecured | Total | |
| Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital Inc<br>Attn Michael A Criscito & Barbara Nordeholm Esq<br>Eleven Madison Ave<br>New York, NY 10010-3629 | 07-10427 | 3563 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** The Debtors have no record of this liability in their books and records | | | | | | | | |
| Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital Inc<br>Attn Michael A Criscito & Barbara Nordeholm Esq<br>Eleven Madison Ave<br>New York, NY 10010-3629 | 07-10431 | 3560 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** The Debtors have no record of this liability in their books and records | | | | | | | | |
| Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital Inc<br>Attn Michael A Criscito & Barbara Nordeholm Esq<br>Eleven Madison Ave<br>New York, NY 10010-3629 | 07-10425 | 3566 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** The Debtors have no record of this liability in their books and records | | | | | | | | |
| Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital Inc<br>Attn Michael A Criscito & Barbara Nordeholm Esq<br>Eleven Madison Ave<br>New York, NY 10010-3629 | 07-10424 | 3565 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** The Debtors have no record of this liability in their books and records | | | | | | | | |
| Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital Inc<br>Attn Michael A Criscito & Barbara Nordeholm Esq<br>Eleven Madison Ave<br>New York, NY 10010-3629 | 07-10416 | 3562 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** The Debtors have no record of this liability in their books and records | | | | | | | | |
| Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital Inc<br>Attn Michael A Criscito & Barbara Nordeholm Esq<br>Eleven Madison Ave<br>New York, NY 10010-3629 | 07-10430 | 3561 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** The Debtors have no record of this liability in their books and records | | | | | | | | |
| Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital Inc<br>Attn Michael A Criscito & Barbara Nordeholm Esq<br>Eleven Madison Ave<br>New York, NY 10010-3629 | 07-10428 | 3559 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** The Debtors have no record of this liability in their books and records | | | | | | | | |
| Dava Gadison<br>3416 S Ouray Way<br>Aurora, CO 80013 | 07-10421 | 1811 | $0.00 | $0.00 | $0.00 | $10,900.00 | $10,900.00 | |
| **Comments:** The Debtors have no record of this liability in their books and records | | | | | | | | |

Page 2

18th Omnibus Objection

## Exhibit A
## Books and Records

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | | To Be Expunged Claim Amount | | |
| David W Martinez and Patricia H Martinez<br>David W Martinez  4015 Tennyson<br>San Diego, CA 92107 | 07-10419 | 3732 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their books and records | | | | | | | |
| James Bruce Thornberry<br>9305 Wellington Park Cir<br>Tampa, FL 33647 | 07-10417 | 3685 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 |
| **Comments:** The Debtors have no record of this liability in their books and records | | | | | | | |
| Jennifer Larocque Burr<br>8348 Saint Danatus Dr<br>Nashville, TN 37211 | 07-10416 | 1343 | $22,287.81 | $0.00 | $0.00 | $0.00 | $22,287.81 |
| **Comments:** The Debtors have no record of this liability in their books and records | | | | | | | |
| Katherine Doherty<br>5591 Vonnie Ln<br>Cypress, CA 90630 | 07-10416 | 3652 | $250,000.00 | $0.00 | $0.00 | $0.00 | $250,000.00 |
| **Comments:** The Debtors have no record of this liability in their books and records | | | | | | | |
| Keith Reig & Kristen Reig<br>1120 E 21st St<br>Merced, CA 95340 | 07-10419 | 3797 | $0.00 | $0.00 | $0.00 | $2,209.71 | $2,209.71 |
| **Comments:** The Debtors have no record of this liability in their books and records as Creditor was previously paid | | | | | | | |
| Leslie Marks<br>3099 Suter St<br>Oakland, CA 94602 | 07-10416 | 269 | $495,000.00 | $0.00 | $0.00 | $0.00 | $495,000.00 |
| **Comments:** The Debtors have no record of this liability in their books and records | | | | | | | |
| Marisol Martinez<br>10926 Pembrook Ct<br>Frankfort, IL 60423 | 07-10419 | 3810 | $0.00 | $0.00 | $2,058.75 | $0.00 | $2,058.75 |
| **Comments:** The Debtors have no record of this liability in their books and records as Creditor was previously paid | | | | | | | |
| Michael J Cox<br>265 West Foothill C 205<br>San Dimas, CA 91773 | 07-10416 | 1989 | $0.00 | $0.00 | $0.00 | $10,000,000.00 | $10,000,000.00 |
| **Comments:** The Debtors have no record of this liability in their books and records | | | | | | | |
| Michael J Klemp<br>13242 Temple Dr<br>Auburn, CA 95603 | 07-10419 | 1768 | $0.00 | $0.00 | $0.00 | $13,786.36 | $13,786.36 |
| **Comments:** The Debtors have no record of this liability in their books and records | | | | | | | |

18th Omnibus Objection

# Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | | Total |
| Natixis Real Estate Capital Inc<br>Natixis Real Estate Capital Inc 9 W 57th St<br>New York, NY 10018 | 07-10427 | 3544 | $1,700,000.00 | $0.00 | $1,700,000.00 | $16,494,811.17 | | $19,894,811.17 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | | |
| Natixis Real Estate Capital Inc<br>Natixis Real Estate Capital Inc 9 W 57th St<br>New York, NY 10018 | 07-10429 | 3548 | $1,700,000.00 | $0.00 | $1,700,000.00 | $16,494,811.17 | | $19,894,811.17 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | | |
| Natixis Real Estate Capital Inc<br>Natixis Real Estate Capital Inc 9 W 57th St<br>New York, NY 10018 | 07-10424 | 3536 | $1,700,000.00 | $0.00 | $1,700,000.00 | $16,494,811.17 | | $19,894,811.17 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | | |
| Natixis Real Estate Capital Inc<br>Natixis Real Estate Capital Inc 9 W 57th St<br>New York, NY 10018 | 07-10431 | 3547 | $1,700,000.00 | $0.00 | $1,700,000.00 | $16,494,811.17 | | $19,894,811.17 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | | |
| Natixis Real Estate Capital Inc<br>Natixis Real Estate Capital Inc 9 W 57th St<br>New York, NY 10018 | 07-10425 | 3537 | $1,700,000.00 | $0.00 | $1,700,000.00 | $16,494,811.17 | | $19,894,811.17 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | | |
| Natixis Real Estate Capital Inc<br>Natixis Real Estate Capital Inc 9 W 57th St<br>New York, NY 10018 | 07-10428 | 3545 | $1,700,000.00 | $0.00 | $1,700,000.00 | $16,494,811.17 | | $19,894,811.17 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | | |
| Natixis Real Estate Capital Inc<br>Natixis Real Estate Capital Inc 9 W 57th St<br>New York, NY 10018 | 07-11043 | 3549 | $1,700,000.00 | $0.00 | $1,700,000.00 | $16,494,811.17 | | $19,894,811.17 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | | |
| Natixis Real Estate Capital Inc<br>Natixis Real Estate Capital Inc 9 W 57th St<br>New York, NY 10018 | 07-10426 | 3557 | $1,700,000.00 | $0.00 | $1,700,000.00 | $16,494,811.17 | | $19,894,811.17 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | | |
| Natixis Real Estate Capital Inc<br>Natixis Real Estate Capital Inc 9 W 57th St<br>New York, NY 10018 | 07-10430 | 3546 | $1,700,000.00 | $0.00 | $1,700,000.00 | $16,494,811.17 | | $19,894,811.17 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | | |

**18th Omnibus Objection**

## Exhibit A
## Books and Records

In re: New Century TRS Holdings, Inc. _et al_.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total | |
| Natsux Real Estate Capital Inc | 07-10416 | 3555 | $1,700,000.00 | $0.00 | $1,700,000.00 | $16,494,811.17 | $19,894,811.17 | |
| Natsux Real Estate Capital Inc 9 W 57th St | | | | | | | | |
| New York, NY 10018 | | | | | | | | |
| | **Comments:** | The Debtors have no record of this liability in their books and records | | | | | | |
| Patrica P Qiu | 07-10419 | 1853 | $0.00 | $0.00 | $3,200.00 | $0.00 | $3,200.00 | |
| 437 Broadway | | | | | | | | |
| Denver, CO 80203 | | | | | | | | |
| | **Comments:** | The Debtors have no record of this liability in their books and records as Creditor was previously paid | | | | | | |
| Patrick J Maloney | 07-10416 | 417 | $0.00 | $0.00 | $249,108.92 | $0.00 | $249,108.92 | |
| 173 Oak Tree Rd | | | | | | | | |
| Tappan, NY 10983 | | | | | | | | |
| | **Comments:** | The Debtors have no record of this liability in their books and records as Creditor was previously paid | | | | | | |
| Pierre R Augustin Pro Se Creditor & Party in interest | 07-10419 | 3759 | $0.00 | $700,264.80 | $0.00 | $0.00 | $700,264.80 | |
| 3941 Persimmon Dr No 102 | | | | | | | | |
| Fairfax, VA 22031 | | | | | | | | |
| | **Comments:** | The Debtors have no record of this liability in their books and records | | | | | | |
| Rayana R Fox | 07-10416 | 1627 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 172 Sage Sparrow Circle | | | | | | | | |
| Vacaville, CA 95687 | | | | | | | | |
| | **Comments:** | The Debtors have no record of this liability in their books and records | | | | | | |
| Robert F Biggers | 07-10419 | 3761 | $0.00 | $0.00 | $143,995.00 | $0.00 | $143,995.00 | |
| 802 Albert St | | | | | | | | |
| New Braunfels, TX 78130 | | | | | | | | |
| | **Comments:** | The Debtors have no record of this liability in their books and records | | | | | | |
| Sheila Barlie | 07-10416 | 1385 | $160,000.00 | $0.00 | $100,000.00 | $70,000.00 | $330,000.00 | |
| 3098 Dore Dr | | | | | | | | |
| Bakerfield, CA 93304 | | | | | | | | |
| | **Comments:** | The Debtors have no record of this liability in their books and records | | | | | | |
| The Bank Of New York Trust Co Na Asco jp Morgan Chase Bank Na | 07-10416 | 1147 | $155,000.00 | $0.00 | $0.00 | $23,000.00 | $178,000.00 | |
| 555 Chadwick St | | | | | | | | |
| Pensacola, FL 32503 | | | | | | | | |
| | **Comments:** | The Debtors have no record of this liability in their books and records as Creditor was previously paid | | | | | | |
| The Law Office Of Dale W Pittman Pc | 07-10416 | 2543 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 | |
| The Eliza Spotswood House 112 A West Tabb St | | | | | | | | |
| Petersburg, VA 23803-3212 | | | | | | | | |
| | **Comments:** | The Debtors have no record of this liability in their books and records | | | | | | |

18th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al .
Case No.07-10416 (KJC)

**Exhibit A**

**Books and Records**

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Tommy Woods Burr | 07-10416 | 955 | $0.00 | $0.00 | $0.00 | $148,000.00 | $148,000.00 |
| 7041 Shadow Oaks Dr | | | | | | | |
| Memphis, TN 38125-0000 | | | | | | | |
| **Comments:** | The Debtors have no record of this liability in their books and records | | | | | | |
| Valda Staton | 07-10416 | 1550 | $0.00 | $0.00 | $2,400.00 | $0.00 | $2,400.00 |
| 66 Q St Nw Unit 2 | | | | | | | |
| Washington, DC 20001 | | | | | | | |
| **Comments:** | The Debtors have no record of this liability in their books and records | | | | | | |
| **Claims To Be Expunged Totals** | | 45 | $18,612,032.96 | $700,264.80 | $17,509,178.82 | $180,374,058.35 | $217,195,534.93 |