# EXHIBIT B

18th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit B
## Claims with Insufficient Documentation

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Washington Mutual Bank<br>1301 Second Ave Wmc1007<br>Seattle, WA 98101 | 07-10416 | 3129 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: Insufficient Documentation | | | | | | | |
| **Claims To Be Expunged Totals** | | 1 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Page 1