# **EXHIBIT C**

RLF1-3266540-1

18th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit C
## Multi Debtor Duplicate Claims

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Western Capital Mortgage<br>500 N State College Ste 1470<br>Orange, CA 92868 | 07-10416 | 985 | 07-10419 | 3 | $0.00 | $0.00 | $0.00 | $538,893.59 | $538,893.59 | $0.00 | $0.00 | $0.00 | $538,893.59 | $538,893.59 |
| **Claims To Be Expunged Totals** | | | | 1 | $0.00 | $0.00 | $0.00 | $538,893.59 | $538,893.59 | $0.00 | $0.00 | $0.00 | $538,893.59 | $538,893.59 |