# **EXHIBIT D**

18th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit D
## Reduce / Reclassify

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount ||||| Reduced/Reclassified Claim Amount |||||
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Cenerside II LLC<br>110 Newport Center Dr Ste 100<br>Newport Beach, CA 92660 | 07-10421 | 2377 | $0.00 | $0.00 | $0.00 | $512,374.82 | $512,374.82 | $0.00 | $0.00 | $0.00 | $203,262.25 | $203,262.25 |
| Comments: | Claim should be reduced and allowed in accordance with Section 502(b)(6) of the Bankruptcy Code ||||||||||||
| Lehman Brothers Inc<br>745 Seventh Ave 19th Fl<br>New York, NY 10019 | 07-10419 | 2381 | $194,713.34 | $0.00 | $0.00 | $0.00 | $194,713.34 | $0.00 | $0.00 | $0.00 | $194,713.34 | $194,713.34 |
| Comments: | No Basis for Secured Status ||||||||||||
| Western Capital Mortgage<br>500 N State College Blvd Ste 1470<br>Orange, CA 92868 | 07-10419 | 3 | $0.00 | $0.00 | $0.00 | $538,893.59 | $538,893.59 | $0.00 | $0.00 | $0.00 | $93,500.00 | $93,500.00 |
| Comments: | Claim should be reduced and allowed because the Debtors Books and Records reflect a lesser amount due ||||||||||||
| Claims To Be Expunged Totals | | 3 | $194,713.34 | $0.00 | $0.00 | $1,051,268.41 | $1,245,981.75 | $0.00 | $0.00 | $0.00 | $491,475.59 | $491,475.59 |

Page 1