# EXHIBIT A

RLF1-3266544-1

19th Omnibus Objection

## Exhibit A
## Amended Claims

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||  Remaining Claim Amount ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| California Housing Finance Agency<br>915 L St Ste 500<br>Sacramento, CA 95814 | 07-10419 | 3420 | 07-10419 | 3806 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| IKON Financial Services<br>PO Box 13708<br>Macon, GA 31208-3708 | 07-10416 | 732 | 07-10416 | 3818 | $0.00 | $0.00 | $0.00 | $209,734.16 | $209,734.16 | $0.00 | $0.00 | $0.00 | $179,591.31 | $179,591.31 |
| Lawrence R Zastrow<br>PO Box 220544<br>Charlotte, NC 28222-0544 | 07-10419 | 503 | 07-10419 | 3826 | $0.00 | $0.00 | $0.00 | $15,457.12 | $15,457.12 | $0.00 | $0.00 | $0.00 | $16,305.03 | $16,305.03 |
| Meehan Hallinan & Schneg LLP<br>1617 JFK Blvd Ste 1400<br>Philadelphia, PA 19103 | 07-10419 | 1072 | 07-10419 | 3820 | $0.00 | $0.00 | $0.00 | $20,926.13 | $20,926.13 | $0.00 | $0.00 | $0.00 | $559.10 | $559.10 |
| Meehan Hallinan & Schneg LLP PC<br>1617 JFK Blvd Ste 1400<br>Philadelphia, PA 19103 | 07-10419 | 1115 | 07-10419 | 3827 | $0.00 | $0.00 | $0.00 | $37,619.04 | $37,619.04 | $0.00 | $0.00 | $0.00 | $15,032.30 | $15,032.30 |
| The Irvine Company<br>550 Newport Center Dr Ste 100<br>Newport Beach, CA 92660 | 07-10417 | 2368 | 07-10417 | 3817 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $816,772.88 | $816,772.88 |
| Tom Dednon<br>7753 Rio De Flag<br>Flagstaff, AZ 86004 | 07-10421 | 199 | 07-10416 | 927 | $0.00 | $0.00 | $10,950.00 | $0.00 | $10,950.00 | $0.00 | $0.00 | $9,435.00 | $0.00 | $9,435.00 |
| **Claims To Be Expunged Totals** | | | | 7 | $0.00 | $0.00 | $10,950.00 | $283,736.45 | $294,686.45 | $0.00 | $0.00 | $9,435.00 | $1,028,260.62 | $1,037,695.62 |