# EXHIBIT B

RLF1-3266544-1

19th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit B
## Duplicate Claims

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||  Remaining Claim Amount ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Xysdome Inc Interlinx Inc c/o ISO Inc Law Dept 545 Washington Blvd Jersey City, NJ 07310-1686 | 07-10421 | 2361 | 07-10421 | 1962 | $0.00 | $0.00 | $84.00 | $167,746.15 | $167,830.15 | $0.00 | $0.00 | $84.00 | $167,746.15 | $167,830.15 |
| Claims To Be Expunged Totals | | | | 1 | $0.00 | $0.00 | $84.00 | $167,746.15 | $167,830.15 | $0.00 | $0.00 | $84.00 | $167,746.15 | $167,830.15 |