# **EXHIBIT C**

RLF1-3266544-1

19th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit C
## Claims Filed After Bar Date

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Berg Appraisal Services PC<br>1 W 9th Ave<br>Spokane, WA 99204 | 07-10419 | 3825 | 2/28/2008 | $0.00 | $0.00 | $0.00 | $1,135.00 | $1,135.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| Bill J Chavez<br>6801 Pino Ave N E<br>Albuquerque, NM 87109 | 07-10421 | 3828 | 2/21/2008 | $0.00 | $0.00 | $1,560.00 | $0.00 | $1,560.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| CitiMortgage Inc Successor by Reason of Merger with Citifinancial Mortgage Company Inc FKA Associates Home Equity Services in<br>PO Box 140609<br>Irving, TX 75014 | 07-10416 | 3822 | 2/13/2008 | $335,012.43 | $0.00 | $0.00 | $0.00 | $335,012.43 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| Dwan White<br>PO Box 3<br>Porter, TX 77365 | 07-10421 | 3829 | 2/21/2008 | $0.00 | $0.00 | $0.00 | $325.00 | $325.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| Joseph & Lavon Taylor individually and on behalf all others similarly situated<br>Green Jacobson & Butsch PC 7733 Forsyth Blvd Ste 700<br>St Louis Clayton, MO 63105 | 07-10421 | 3507 | 10/8/2007 | $0.00 | $0.00 | $0.00 | $233,802.00 | $233,802.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| Los Angeles County Treasurer and Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90051-0110 | 07-10416 | 3859 | 2/20/2008 | $91,069.64 | $0.00 | $0.00 | $0.00 | $91,069.64 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Patricia Caldwell Collector<br>200 W Walnut Rm 104<br>Blytheville, AR 72315 | 07-10419 | 3831 | 2/21/2008 | $0.00 | $0.00 | $305.76 | $0.00 | $305.76 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Patrick Bosby<br>8137 3rd St 2nd fl<br>Downey, CA 90241 | 07-10419 | 3690 | 10/22/2007 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |

Page 1

19th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit C
## Claims Filed After Bar Date

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| San Benito County Tax Collector<br>620 Fifth St Rm 107<br>Hollister, CA 95023 | 07-10416 | 3832 | 3/6/2008 | $0.00 | $11,159.58 | $0.00 | $0.00 | $11,159.58 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| AccessFactors<br>PO Box 5126<br>Gnonium, MD 21094 | 07-10416 | 3804 | 2/11/2008 | $0.00 | $59,654.06 | $0.00 | $0.00 | $59,654.06 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| Texas Comptroller of Public Accounts<br>Bankruptcy Collections Division PO Box 12548<br>Austin, TX 78711-2548 | 07-1043 | 3823 | 2/28/2008 | $0.00 | $0.00 | $75,879.53 | $0.00 | $75,879.53 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Verisign Inc<br>487 E Middlefield Rd<br>Mountain View, CA 94043 | 07-10419 | 3816 | 2/28/2008 | $0.00 | $0.00 | $0.00 | $29,436.00 | $29,436.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| Claims To Be Expunged Totals | | 12 | | $426,082.07 | $70,813.64 | $77,745.29 | $514,698.00 | $1,089,339.00 |