**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11 |
| Debtors, | ) Jointly Administered<br>) Ref. No. |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
**SEEKING *NUNC PRO TUNC* RELIEF AS TO**
**365 Pineview Drive, Bedding, MI 48809**

AND NOW, TO WIT, this _____ day of _____ A.D., 2008, Deustche Bank National Trust Company's Motion for Relief from Automatic Stay Seeking *Nunc Pro Tunc* having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause *nunc pro tunc* effective October 18, 2007, ***to the extend such stay is applicable,*** so as to permit Deustche Bank National Trust Company and/or its servicer, Wells Fargo and/or the holder of the first Mortgage, as recorded in the Office of the Register of Deeds in Ionia County, State of Michigan for 365 Pineview Drive, Bedding, MI 48809 to enforce its contractual rights against the Borrower and security interest in the aforesaid real property through foreclosure proceedings, including confirmation of the Sheriff's Sale of the property, validation of the Sheriff's Deed and any other legal remedies against the property which may be available to Deustche under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that Deustche Bank National Trust Company and/or its servicer, Wells Fargo may immediately enforce and implement this Order granting relief from the automatic stay.

                                                                                                                        _____

                                                                                                                                 J.