**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

New Century TRS Holdings, Inc.,   ) Case No. 07-10416 KJC
et al.,   ) Chapter 11
   ) Jointly Administered
          Debtors,   )

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 28th day of March, A.D. 2008 that service of the

**Notice of Motion, Motion, Exhibits** and proposed **Order** was made electronically and (via) first

class mail to the following:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA  92612
*Debtor*

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonne Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
*Attorney for Official Committee
of Unsecured Creditors*

Josh Harvey and Michelle Hannah
365 Pineview Drive
Bedding, MI 48809
*Borrower*

By:     /s/ Kristi J. Doughty
        Robert T. Aulgur, Jr. (No. 165)
        651 N. Broad Street, Ste. #206
        P.O. Box 1040
        Middletown, DE  19709-1040
        (302) 378-1661
        Attorney for Movant