EXHIBIT "B"



STATE OF MICHIGAN - IONIA COUNTY
DIANE M. ADAMS - REGISTER OF DEEDS
RECEIVED FOR RECORD
09/28/2007 10:59:08 AM

   LIBER 605   PAGE 1898

## ASSIGNMENT OF MORTGAGE

Havey, Josh                                T&T # 160486F01

KNOW ALL MEN BY THESE PRESENTS, that New Century Mortgage Corporation, 18400 Von Karman Ave. Ste. 1000, Orange, CA 92612-0516, party of the first part, for and in consideration of the sum of One Dollar ($1.00) and other valuable considerations, lawful money of the United States of America, to it paid by: Deustche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3, 3476 State View Blvd, Fort Mill, SC 29715-7200, party of the second part, the receipt whereof is hereby acknowledged, has sold, assigned and transferred, and does hereby sell, assign and transfer to the said party of the second part, all the right, title and interest of the said party of the first part in and to a certain real estate mortgage made by Josh Harvey, A Single Man and Michelle Hannah, A Single woman, as joint tenants, original mortgagor(s), to New Century Mortgage Corporation, Mortgagee, dated January 13, 2006, and recorded on January 23, 2006 in Liber 594 on Page 2412, in Ionia county records, Michigan

IN WITNESS WHEREOF, said party of the first part has caused these presents to be signed by its duly authorized officers and its corporate seal to be hereunto affixed, this 18 day of Sept, 2007.

In the presence of:

Signed:

New Century Mortgage Corporation

By _____
Name: Steve Nagy
Its Title: V.P. Records Management

STATE OF CAL )
                      ) SS.
COUNTY OF Orange )
This instrument was acknowledged before me in Orange County, State of CAl, on this 18 day of Sept 2007, by Steve Nagy its VP of New Century Mortgage Corporation, for the corporation.

ERIKA REYES
Comm. # 1455401
NOTARY PUBLIC-CALIFORNIA
County of Orange
My Comm. Expires Dec. 9, 2007

Erika Reyes, Notary public
State of CAl County of Orange
My commission expires Dec 9, 2007
Acting in the County of Orange

| When Recorded Return To: Trott & Trott, P.C. 31440 Northwestern Highway, Suite 200 Farmington Hills, MI 48334-2525 | | Drafted by: Ellen L. Coon Trott & Trott, P.C. 31440 Northwestern Highway, Suite 200 Farmington Hills, MI 48334-2525 |
|---|---|---|

City of Belding:
Legal Description: Lot 59 of Pineview Estates #3, according to the plat therof, as recorded in Liber 5, Pages 110, 111 and 112
Tax Parcel No. 34-401-280-000-059-00

Property Address
365 Pineview Dr
Belding, MI 48809-8593