EXHIBIT "D"



## Wolverine Real Estate Services, Inc.
26711 Woodward Ave. Suite 305
Huntington Woods, MI 48070
(248) 586-9779  Fax (248) 586-9794

## Property Value Analysis Report

Account Number: 160486B02  Lender: 142  Project Number: 2726

### Borrower/Subject Property Information

Borrower: HAVEY, JOSHUA
Property Address: 365 PINEVIEW DR     Check one: ☒ SF  ☐ PUD  ☐ Condo  ☐ 2-4 Units
City: BELDING   County: IONIA   State: MI   Zip Code: 48809

| No. of Rooms | No. of Bedrooms | No. of Baths | Family room or den | Gross Living Area | Garage/Carport | Porches, Patio or Pool | Central Air |
|---|---|---|---|---|---|---|---|
| 6 | 4 | 2.0 | ☐ YES ☒ NO | 1450 Sq. Ft. | None | ☐ YES ☒ NO / ☐ YES ☒ NO / ☐ YES ☒ NO | ☐ YES ☒ NO |

### Field Report

**NEIGHBORHOOD**

| | | | | | Good | Avg. | Fair | Poor |
|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban | ☒ Suburban | ☐ Rural | Property Compatibility | ☐ | ☒ | ☐ | ☐ |
| Built Up | ☐ Over 75% | ☐ 25% to 75% | ☒ Under 25% | General appearance of property | ☐ | ☒ | ☐ | ☐ |
| Growth Rate | ☐ Fully Dev. ☐ Rapid | ☐ Steady | ☒ Slow | Appeal to Market | ☐ | ☒ | ☐ | ☐ |
| Property Values | ☐ Increasing | ☒ Stable | ☐ Declining | | | | | |
| Demand / Supply | ☐ Shortage | ☐ In Balance | ☒ Over Supply | | | | | |
| Market Time | ☐ Under 3 Mos. | ☐ 4 - 6 Mos. | ☒ Over 6 Mos. | | | | | |

Present Land Use: ☒ 1 Family  ☐ 2 - 4 Family  ☐ Apts.  ☐ Condo  ☐ Commercial  ☐ Industrial  ☐ Vacant
Change in Present Land Use: ☒ Not Likely  ☐ Likely  ☐ Taking Place From
Predominant Occupancy: ☒ Owner  ☐ Tenant  % Vacant ____
Price Range $ 75,000 to $ 125,000   $ 105,000 Predominant Value
Age 1 Yrs. to 50 Yrs. Predominate age. 10 yrs.

Note: Wolverine does not consider race or the racial composition of the neighborhood to be reliable factors in this analysis.
Comments including those factors, favorable or unfavorable, affecting marketability (e.g. public parks, schools, view, noise):

**SUBJECT PROPERTY**

Approximate Year Built 1906   No. Units. 1   No. Stories 1.5
Type (detached, duplex, semi/det. etc.) DETACHED
Design (rambler, split level, ect.) SPLIT LVL
Exterior Wall Material FRAME   Roof Material SHINGLE

**PROPERTY RATING**

| | Good | Avg. | Fair | Poor |
|---|---|---|---|---|
| Condition of Exterior | ☐ | ☒ | ☐ | ☐ |
| Compatibility to Neighborhood | ☐ | ☒ | ☐ | ☐ |
| Appeal and Marketability | ☐ | ☒ | ☐ | ☐ |

Comments (favorable or unfavorable, including any deferred maintenance):
401-280-000-059-00

This report is solely an estimate and is not to be construed as an appraisal report.

Estimated Market Value $ 112,000 as of March 14, 2008
Completed By Wolverine Real Estate Services, Inc.

Signature _____   Date March 14, 2008

ATTACH CURRENT DESCRIPTIVE PHOTOGRAPHS OF SUBJECT PROPERTY AND STREET SCENE

BPO020rr.frx 08-98



**Wolverine Real Estate Services, Inc.**
26711 Woodward Ave. Suite 305
Huntington Woods, MI 48070
(248) 586-9779   Fax (248) 586-9794

**Property Value**

**Analysis Report**

Account Number: 160488B02          Lender: 142          Project Number: 2726

# COMPARABLES

## Comparable Properties

| 716 MILLARD<br>BELDING, MI 48809<br><br>*11/2007* | 4 Bedroom / 2 Bath<br>1350 Square Feet<br>$110,000 |
|---|---|
| 357 WHITE PINE<br>BELDING, MI 48809<br><br>*10/2007* | 4 Bedroom / 2 Bath<br>1450 Square Feet<br>$112,000 |

# Subject Property





1127057315
BIDDING INSTRUCTIONS

FORECLOSURE SALE DATE: 10/18/07

The following are bidding instructions for this account. If you are instructed to bid total debt, please add your firms unpaid fees and costs.

Bid the amount of total debt $98,005.98 plus all outstanding attorney fees/costs.

| | | |
|---|---|---|
| Principal | : $91,566.26 | |
| Interest | | : $4,013.77 |
| Pro Rata MIP | | : $0.00 |
| Escrow Advances | : $2,256.03 | |
| Escrow Balance | | : $-0.00 |
| Late Charges | | : $154.92 |
| Corporate Advances | : $0.00 | |
| Pending Escrow Advances | : $0.00 | |
| NSF Fees | : $0.00 | |
| Other Fees | : $15.00 | |
| Suspense Balance | : $-0.00 | |
| Restricted Escrow | : $-0.00 | |
| Int. on Advances for Taxes/Ins | : $0.00 | |

TOTAL DEBT                              : $98,005.98
                                        Add attorney fees and costs

BPO/APPRAISAL VALUE                     : $122,000.00

Occupancy Status          : OCCUPIED

IF STATE LAW ALLOWS YOU TO BEGIN WITH A MINIMUM BID, BEGIN BIDDING WITH THE MINIMUM AMOUNT ALLOWED AND BID UP TO THE FINAL BID AMOUNT IF THERE IS COMPETITIVE BIDDING.

YOU MUST ADVISE THIS OFFICE OF THE SALE RESULTS WITHIN 24 HOURS OF THE SALE. SALES RESULTS SHOULD BE SENT VIA VENDORSCAPE, AS WELL AS VIA EMAIL OR FAX.

If you have any questions regarding these bidding instructions, please contact the Foreclosure Department immediately.