**EXHIBIT "E"**

OCT 2 4 2007

605/5346

160486F01 Havey - FC D

## SHERIFF'S DEED ON MORTGAGE SALE

This Indenture Made this 18th day of October, A.D. 2007, between, Gary Van Vleck, a Deputy Sheriff in and for Ionia County, Michigan, whose address is 100 Main St Ionia, Michigan 48846-0035, party of the first part, and Deustche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3, whose address is 3476 State View Blvd, Fort Mill, SC 29715-7200, party of the second part (hereinafter called the grantee).

WITNESSETH, That Whereas a certain mortgage made by Josh Harvey, A Single Man and Michelle Hannah, A Single woman, as joint tenants, original mortgagor(s), to New Century Mortgage Corporation, Mortgagee, dated January 13, 2006, and recorded on January 23, 2006 in Liber 594 on Page 2412, and assigned by said Mortgagee to Deustche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 as assignee as documented by an assignment dated September 18, 2007 recorded on September 28, 2007 in Liber 605 on Page 1898, in Ionia county records, Michigan and

WHEREAS, said mortgage contained a power of sale which has become operative by reason of a default in the condition of said mortgage, and

WHEREAS, no suit or proceedings at law or in equity have been instituted to recover the debt secured by said mortgage or any part thereof, and

WHEREAS, by virtue of said power of sale, and pursuant to the statute of the State of Michigan in such case made and provided, a notice was duly published and a copy thereof was duly posted in a conspicuous place upon the premises described in said mortgage, that the said premises, or some part of them, would be sold at 10:00 AM on the 18th day of October, A.D. 2007, at the South entrance to the Ionia County Courthouse Building in Ionia, Michigan, that being the place of holding the Circuit Court for Ionia County where the premises are situated and

WHEREAS, pursuant to said notice I did, at on the day last aforesaid, expose for sale at public vendue the said lands and tenements hereinafter described, and on such sale did strike off and sell the said lands and tenements to the grantee for the sum of Ninety-Eight Thousand Nine Hundred Forty-One And 13/100 Dollars ($98,941.13), that being the highest bid therefore and the grantee being the highest bidder, and

WHEREAS, said lands and tenements are situated in the City of Belding, Ionia County, Michigan, more particularly described in exhibit A, attached and commonly known as:
365 Pineview Dr
Property Tax Parcel ID 34-401-280-000-059-00
This property may be located within the vicinity of farmland or a farm operation. Generally, accepted agricultural and management practices, which may generate noise, dust, odors, and other associated conditions, may be used and are protected by the Michigan right to farm act.

Now, this Indenture Witnesseth, That I, the Deputy Sheriff aforesaid, by virtue of and pursuant to the statute in such case made and provided, and in consideration of the sum of money so paid as aforesaid, have granted, conveyed, bargained and sold, and by this deed do grant, convey, bargain and sell unto the grantee, its successors and assigns, forever, all the estate, right, title and interest, which the said Mortgagor(s) had in said land and tenements and every part thereof, on the 13th day of January A.D. 2006, that being the date of said mortgage, or at any time thereafter, to have and to hold the said lands and tenements and every part thereof to the said grantee, its successors and assigns forever, to their sole and only use, benefit and behoof forever, as fully and absolutely as I, the Deputy Sheriff aforesaid, under the authority aforesaid, might, could or ought to sell the same.

IN WITNESS WHEREOF, I have hereunto set my hand and seal, the date and year first above written.

Gary Van Vleck
Deputy Sheriff in and for the County of Ionia

STATE OF MICHIGAN
COUNTY OF IONIA

On this 18th day of October, A.D. 2007, before me, a Notary Public in and for said County of Ionia came _____Gary Van Vleck_____, a Deputy Sheriff of said County, known to me to be the individual described in and who executed the above conveyance, and who acknowledged that he executed the same to be his free act and deed as such Deputy Sheriff.

CHARLOTTE L. GILMORE
Notary Public Ionia County
State of Michigan
Commission Expires May 23, 2010

Charlotte L. Gilmore
Notary Public, Ionia County, Michigan
My commission expires: May 23, 2010
Acting in the county of Ionia

THIS INSTRUMENT IS EXEMPT FROM MICHIGAN TRANSFER TAX UNDER MCL 207.526(u).

160486F01 Havey - FC D

**Exhibit A - Property Description**

Lot 59 of Pineview Estates #3, according to the plat therof, as recorded in Liber 5, Pages 110, 111 and 112

Havey, Josh  T&T #160486F01
NON-MILITARY AFFIDAVIT
STATE OF MICHIGAN
                    SS.
COUNTY OF OAKLAND

The undersigned, being first duly sworn, deposes and says that upon investigation she/he is informed and believes that none of those persons named in the attached notice of mortgage foreclosure are currently in active military service of the United States.

_____
D. Carter

Signed and sworn to before me in Oakland County, Michigan, on this 15th day of October, 2007 by
D. Carter

_____
Matthew P. Lafata, Notary public
State of Michigan, County of Macomb
My commission expires December 24, 2011
Acting in the County of Oakland

EVIDENCE OF SALE (Affidavit of Auctioneer)
STATE OF MICHIGAN
                    SS.
COUNTY OF IONIA

Gary Van Vleck

, being duly sworn, deposes and says that he is a Deputy Sheriff of said Ionia; that he acted as Auctioneer, and made the sale as described in the annexed Deed pursuant to the annexed printed notice: that said sale was opened at 10:00 AM on the 18th day of October, A.D. 2007, at the South entrance to the Ionia County Courthouse Building in Ionia, Michigan, that being the place of holding the Circuit Court in said Ionia County; that the highest bid for the lands and tenements therein described was Ninety-Eight Thousand Nine Hundred Forty-One And 13/100 Dollars dollars $98,941.13 made by Deustche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3; that said sale was in all respects open and fair; and that he did strike off and sell lands and tenements to said bidders, which purchased the said lands and tenements fairly, and in good faith, as deponent verily believes.

_____
Gary Van Vleck
Deputy Sheriff in and for Ionia County, Michigan

Signed and sworn to before me in Ionia County, Michigan, on this 18th day of October, A.D. 2007

_____
Charlotte L. Gilmore
Notary Public, Ionia County, Michigan
My Commission Expires: May 23, 2010
Acting in the county of Ionia

CHARLOTTE L. GILMORE
Notary Public Ionia County
State of Michigan
Commission Expires May 23, 2010

I DO HEREBY CERTIFY that the last day to redeem is April 18, 2008, after which the within Sheriff's Deed will become operative, unless determined abandoned in accordance with MCLA 600.3241a, or unless redeemed according to the law, in such case made and provided.

_____
Gary Van Vleck
Deputy Sheriff in and for Ionia County, Michigan

Prepared By:
Ebony Gerwin (P64753)
Trott & Trott, P.C.
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525
T & T # 160486F01

ATTN REGISTER OF DEEDS: Please send all Redemption notifications and funds collected in your office to Deustche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 c/o Trott & Trott, P.C., Post-Sale Unit, 31440 Northwestern Highway, Suite 200, Farmington Hills, MI 48334-2525.

ATTN PURCHASERS: This sale may be rescinded by the foreclosing mortgagee. In that event, your damages, if any, shall be limited solely to the return of the bid amount tendered at sale, plus interest. Please be advised that all 3rd party bidders are responsible for preparing and recording the Sheriff's Deed. TROTT & TROTT, P.C. Hereby expressly disclaims all liability relating to the foreclosure, preparation and recording of the Sheriff Deed.

## AFFIDAVIT OF PURCHASER

The Undersigned, being duly sworn, states as follows:

1. I am an employee of Trott & Trott, P.C. and am authorized as counsel to submit this Affidavit Of Purchaser. I have knowledge of the facts stated herein and am competent to testify concerning such facts regarding a foreclosure sale scheduled for October 18, 2007 with respect to certain real property (the "Property") commonly known as 365 Pineview Dr.

2. This affidavit may only be recorded and used by Deustche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 in the event it is the successful purchaser of the property on October 18, 2007. No other purchaser may utilize this affidavit.

3. The last date the Property may be redeemed is April 18, 2008. ANY REDEEMING PARTY SHOULD NOTE THAT THIS DATE MAY CHANGE AS SET FORTH IN SUBSEQUENT AFFIDAVITS OR AS PROVIDED BY APPLICABLE LAW.

4. The amount necessary to redeem the Property is $98,941.13 (Ninety-Eight Thousand Nine Hundred Forty-One And 13/100 Dollars), plus interest at a per diem rate of $25.68 (Twenty-Five And 68/100 Dollars) from the date of sale to the date of redemption, plus any additional amounts that may be added pursuant to MCLA §600.3240(4). ANY REDEEMING PARTY SHOULD NOTE THAT THIS AMOUNT MAY INCREASE to include amounts paid by Deustche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 for taxes, amounts necessary to redeem senior liens, condominium assessments, homeowner association assessments, community association assessments, insurance premiums, or any other amounts as provided by MCLA §600.3240(4), as well as interest thereon at the interest rate specified in the mortgage from the date of payment to the date of redemption.

5. Deustche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 has designated Trott & Trott, P.C. as its designee responsible to assist an appropriate person redeeming the Property in computing the exact amount required to redeem the Property and to receive redemption funds. If you choose to utilize this assistance, contact Trott & Trott, P.C. at RedemptionFigures@trottlaw.com or by phone at (248) 593-1308. Pursuant to statute, Trott & Trott, P.C. will charge a fee of $150.00 (One Hundred Fifty And 00/100 Dollars) if you opt to use this assistance.

FURTHER DEPONENT SAYETH NOT.

_____
D. Carter
Attorney For Deustche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3
Trott & Trott, P.C.
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525

Signed and sworn to before me in Oakland County, Michigan, on 10/15/07 by D. Carter, Attorney for Deustche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3.

_____
Matthew P. Lafata, Notary public
State of Michigan, County of Macomb
My commission expires December 24, 2011
Acting in the County of Oakland

T&T #160486F01   Josh Havey, Mortgagor(s).

AFFIDAVIT OF PUBLICATION
COMMUNITY NEWSPAPERS, INC.
239 S. Cochran Ave.
Charlotte, MI 48813
State of Michigan, County of Eaton

IN THE MATTER OF: HARVEY

LEGAL ADVERTISER

Being duly sworn, says that he/she is authorized by the publisher of Community Newspapers, Inc., to swear that a certain notice, a copy of which is annexed here to, was published in the following publication:

1. Published in the English language for the dissemination of general and/or legal news, and
2. Has a bonfide list of paying customers or has been published at least once a week in the same community without interruption for at least 2 years, and
3. Has been established, published and circulated at least once a week without interruption for at least one (1) year in the community where the publication is to occur.

PORTLAND REVIEW AND OBSERVER
9/9, 16, 23, 30/07

_Ann Lyon_
Ann Lyon

SUBSCRIBED AND SWORN TO BEFORE ME THIS 30TH

DAY OF SEPTEMBER, 2007

CARRIE A. SAVAGE
NOTARY PUBLIC, STATE OF MICHIGAN, COUNTY OF EATON
MY COMMISSION EXPIRES: SEPTEMBER 4, 2013
ACTING IN THE COUNTY OF EATON

PRO-497469

---

Notice Of Mortgage Foreclosure Sale
THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE PLEASE CONTACT OUR OFFICE AT THE NUMBER BELOW IF YOU ARE IN ACTIVE MILITARY DUTY

ATTN PURCHASERS: This sale may be rescinded by the foreclosing mortgagee. In that event, your damages, if any, shall be limited solely to the return of the bid amount tendered at sale, plus interest.

MORTGAGE SALE - Default has been made in the conditions of a mortgage made by Josh Harvey, A Single Man and Michelle Hannah, A Single woman, as joint tenants, original mortgagor(s), to New Century Mortgage Corporation, Mortgagee, dated January 13, 2006, and recorded on January 23, 2006 in Liber 574 on Page 2412, in Ionia county records, Michigan, and assigned by said Mortgagee to Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 as assignee by an assignment, on which mortgage there is claimed to be due at the date hereof the sum of Ninety-Seven Thousand Seventy-Six And 07/100 Dollars ($97,076.07), including interest at 9.475% per annum.

Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public vendue, at the place of holding the circuit court within Ionia County, at 10:00 AM, on October 18, 2007

Said premises are situated in City of Belding, Ionia County, Michigan, and are described as: Lot 39 of Pineview Estates #3, according to the plat thereof, as recorded in Liber 5, Pages 110, 111 and 112

The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCLA 600.3241a, in which case the redemption period shall be 30 days from the date of such sale.

Dated: September 9, 2007

For more information, please call:
FC D 248.593.1309
Trott & Trott, P.C.
Attorneys For Servicer
31440 Northwestern Highway, Suite 200
Farmington Hills, Michigan 48334-2525
File #160486F01

PRO-497469
9/9, 16, 23, 30/07