# EXHIBIT A



**BAUTE&TIDUS** LLP
Attorneys at Law
801 S. FIGUEROA STREET • SUITE 1100
LOS ANGELES, CALIFORNIA 90017
TEL: 213 630 5000   FAX: 213 683 1225   WWW.BAUTELAW.COM

New Century Mortgage Corporation
Mark Malovos, Esq.
3121 Michelson Drive
6th Floor
Irvine, CA  92612

Date:        06/15/2007
Invoice No.:  18320
Client No.:   1694

For Services Rendered through      05/31/2007
Current Professional Services (detail follows)              $9,059.00
Current Expenses Advanced (detail follows)                    876.91

Total Current Charges                                                      9,935.91

PLEASE REMIT ...........................................................              $9,935.91

**BAUTE&TIDUS** LLP
Attorneys at Law

Invoice No.:          18320

Summary of Unpaid Invoices:

| Matter | Invoice No. | Invoice Date | Amount | Balance |
|--------|-------------|--------------|--------|---------|

Net Balance Forward                                                                       $0.00

Matter Name:    Post Bankruptcy - New Century Mortgage Corporation v Liberty Surplus Insurance Corporation, et.al.
Matter No.:      0006

TIMEKEEPER

| | | | | |
|---|---|---|---|---|
| DPC | Crochetiere, David P. | 2.40 hrs @ | 435.00 | 1,044.00 |
| JAT | Tidus, Jeffrey A. | 14.10 hrs @ | 525.00 | 7,402.50 |
| NAC | Cardeno, Nilo A. | 4.90 hrs @ | 125.00 | 612.50 |

Total Fees due for this Matter                21.40                              $9,059.00

EXPENSES

| | |
|---|---|
| Photocopy | 173.40 |
| Federal Express | 73.51 |
| Court Reporter | 630.00 |

Total expenses due for this matter                                        $876.91

CURRENT MONTH:  AMOUNT DUE                                          $9,935.91

## PROFESSIONAL SERVICES

| Date | TK | Hours | Description |
|------|-----|-------|-------------|
| 04/16/2007 | JAT | 0.30 | Exchange e-mails re scheduling issues |
| 04/19/2007 | JAT | 0.50 | Review and respond to numerous e-mails re mediation, scheduling of depositions, trial date issues |
| 04/20/2007 | JAT | 0.30 | Review various e-mails, materials |
| 04/20/2007 | NAC | 0.70 | Telephone conference with D. Pappas re extension of time to serve New Century's responses to discovery requests and mutual extension of time re motions to compel; prepare and send confirmation letter. |
| 04/25/2007 | JAT | 1.00 | Continue preparation for upcoming depositions |
| 04/25/2007 | NAC | 1.70 | Telephone conference with L. McDermott re depositions of M. McCarthy and C. Wallace; confer with J. Tidus re documents to be reviewed by deponents; telephone conference with D. Pappas re deposition exhibit binders; compile, organize and update deposition exhibit binders; confer with J. Tidus re same. |
| 04/26/2007 | NAC | 0.70 | Compile, organize and ship witness exhibit deposition binders; telephone conference with E. Bohl re same and confirm conference room reservation. |
| 04/27/2007 | JAT | 2.80 | Prepare for, travel to and prepare witness for deposition (deducted .60 hrs for travel) |
| 04/30/2007 | JAT | 6.00 | Prepare for, travel to and attend depositions of C. Wallace and M. McCarthy  (deducted .50 hrs for travel) |

**BAUTE&TIDUS**LLP
Attorneys at Law

Invoice No.:          18320

| 05/01/2007 | JAT | 0.20 | E-mails re |
|------------|-----|------|------------|
| 05/11/2007 | JAT | 0.50 | Multiple e-mails, letters; draft D. Pappas, T. Roberts letter |
| 05/17/2007 | NAC | 1.80 | Telephone conference with D. Pappas re extension of time to serve discovery responses; prepare and circulate e-mail to all counsel re continued deposition of D. Hodgkiss; continue work on the bankruptcy papers. |
| 05/24/2007 | DPC | 2.40 | Attendance at trial setting conference. Prepare for conference. |
| 05/27/2007 | JAT | 1.30 | Review D. Hodgkiss testimony to prepare for upcoming deposition |
| 05/29/2007 | JAT | 1.00 | Prepare application for bankruptcy court; telecons re deposition; prepare for deposition |
| 05/30/2007 | JAT | 0.20 | Revise and finalize letters |

Total Fees                                    9,059.00
Total Expenses                                  876.91

TOTAL BALANCE DUE UPON RECEIPT        $9,935.91



**BAUTE&TIDUS** LLP
Attorneys at Law
801 S. FIGUEROA STREET • SUITE 1100
LOS ANGELES, CALIFORNIA 90017
TEL: 213 630 5000   FAX: 213 683 1225   WWW.BAUTELAW.COM

New Century Mortgage Corporation
Mark Malovos, Esq.
3121 Michelson Drive
6th Floor
Irvine, CA  92612

Date:          07/20/2007
Invoice No.:   18441
Client No.:    1694

For Services Rendered through        06/30/2007
Current Professional Services (detail follows)          $1,102.50
Current Expenses Advanced (detail follows)                 195.00

Total Current Charges                                                    1,297.50
Net Balance Forward (detail follows):                                    9,935.91

PLEASE REMIT ................................................................          $11,233.41

**BAUTE&TIDUS** LLP
Attorneys at Law

Invoice No.:        18441

Summary of Unpaid Invoices:

| Matter | Invoice No. | Invoice Date | Amount | Balance |
|--------|-------------|--------------|--------|---------|
| 0006 | 18320 | 06/15/2007 | 9,935.91 | 9,935.91 |

Net Balance Forward                                                                $9,935.91

Matter Name:   Post Bankruptcy - New Century Mortgage Corporation v Liberty Surplus Insurance Corporation, et al.
Matter No.:    0006

## TIMEKEEPER

| | | | | | |
|-----|------------------|---|---------|--------|----------|
| JAT | Tidus, Jeffrey A. | | 2.10 hrs @ | 525.00 | 1,102.50 |

Total Fees due for this Matter            2.10                        $1,102.50

## EXPENSES

|  |  |
|-----------|--------|
| Photocopy | 195.00 |

Total expenses due for this matter                                     $195.00

## CURRENT MONTH: AMOUNT DUE                                $1,297.50

## PROFESSIONAL SERVICES

| Date | | Hours | Description |
|------|-----|------|-------------|
| 06/11/2007 | JAT | 1.80 | Review Crump motion for summary judgment |
| 06/11/2007 | JAT | 0.30 | Exchange e-mails regarding Hodgkiss deposition |

| | |
|------------------|----------|
| Total Fees | 1,102.50 |
| Total Expenses | 195.00 |
| Net Balance Forward | 9,935.91 |

TOTAL BALANCE DUE UPON RECEIPT        $11,233.41



**BAUTE&TIDUS** LLP
Attorneys at Law

777 S. FIGUEROA STREET · SUITE 4900
LOS ANGELES, CALIFORNIA 90017

New Century Mortgage Corporation
Mark Malovos, Esq.
3121 Michelson Drive
6th Floor
Irvine, CA 92612

Date:          09/12/2007
Invoice No.:   18745
Client No.:    1694

---

For Services Rendered through      08/31/2007
Current Professional Services (detail follows)                    $31,243.50
Current Expenses Advanced (detail follows)                          1,002.92

Total Current Charges                                                            32,246.42
Net Balance Forward (detail follows):                                           11,233.41

PLEASE REMIT ........................................................................          $43,479.83

**BAUTE&TIDUS**LLP
Attorneys at Law

Invoice No.:          18745

Summary of Unpaid Invoices:

| Matter | Invoice No. | Invoice Date | Amount | Balance |
|--------|-------------|--------------|--------|---------|
| 0006 | 18320 | 06/15/2007 | 9,935.91 | 9,935.91 |
| 0006 | 18441 | 07/20/2007 | 1,297.50 | 1,297.50 |

Net Balance Forward                                                                    $11,233.41

---

Matter Name:    Post Bankruptcy – New Century Mortgage Corporation v Liberty Surplus Insurance Corporation, et al.
Matter No.:     0006

TIMEKEEPER

| | | | | | |
|------|-------------------|-------|-----|--------|-----------|
| JAT | Tidus, Jeffrey A. | 31.90 | hrs @ | 525.00 | 16,747.50 |
| NAC | Cardeno, Nilo A. | 1.70 | hrs @ | 125.00 | 212.50 |
| PMM | Maloney, Patrick M. | 37.10 | hrs @ | 385.00 | 14,283.50 |

Total Fees due for this Matter              70.70                    $31,243.50

EXPENSES

| | |
|---------------------------|--------|
| Photocopy | 751.65 |
| Federal Express | 31.21 |
| Messenger and Court Service | 220.06 |

Total expenses due for this matter                          $1,002.92

CURRENT MONTH: AMOUNT DUE                                 $32,246.42

PROFESSIONAL SERVICES

| | | | |
|------------|-----|------|-------------------------------------------------------------------------------------------------------|
| 07/10/2007 | JAT | 0.10 | Telephone conference with C. Semis |
| 07/18/2007 | JAT | 0.50 | Work on opposition to MSJ |
| 07/19/2007 | JAT | 0.30 | Work on discovery response issues |
| 08/06/2007 | JAT | 0.50 | Work on MSJ opposition |
| 08/07/2007 | JAT | 1.00 | Work on opposition to MSJ |
| 08/07/2007 | PMM | 3.50 | Read summary judgment papers; begin locating responsive evidence. |
| 08/08/2007 | JAT | 0.80 | Work on opposition to MSJ |
| 08/08/2007 | PMM | 5.80 | Legal research re summary judgment issues; outline opposition briefs; meeting with J. Tidus re same. |
| 08/09/2007 | JAT | 1.10 | Work on opposition to MSJ |
| 08/10/2007 | JAT | 2.30 | Work on opposition to motion for summary judgment |
| 08/10/2007 | PMM | 4.20 | Review deposition transcripts in connection with opposing summary judgment motions; review e-mail memorandum from J. Tidus re opposition strategy. |
| 08/11/2007 | JAT | 2.20 | Work on MSJ opposition |
| 08/11/2007 | PMM | 1.00 | Review deposition transcripts in connection with preparing opposition to summary judgment motion. |

**BAUTE&TIDUS** LLP
Attorneys at Law

Invoice No.:          18745

| 08/12/2007 | JAT | 1.80 | Work on opposition to motion |
| 08/12/2007 | PMM | 3.30 | Work on opposition to summary judgment motions. |
| 08/13/2007 | PMM | 6.30 | Work on oppositions to summary judgment motions. |
| 08/14/2007 | JAT | 1.20 | Work on opposition to motion |
| 08/15/2007 | JAT | 1.50 | Revise and finalize opposition |
| 08/15/2007 | NAC | 1.70 | Work on revisions to oppositions to McCluskey and Crump motions for summary judgment and supporting documents thereto; finalize and organize documents for filing with the Court and service to all parties; compile pending discovery requests from Liberty Surplus; commence drafting discovery responses. |
| 08/15/2007 | PMM | 8.50 | Work on opposition to summary judgment motions; work on opposition separate statements. |
| 08/15/2007 | PMM | 4.50 | Finalize summary judgment motions. |
| 08/16/2007 | JAT | 3.10 | Work on discovery responses; telecon with D. Pappas re discovery issues; work on discovery motions; e-mails with client re status, document production |
| 08/18/2007 | JAT | 1.60 | Continue work on discovery responses |
| 08/20/2007 | JAT | 2.70 | Revise and supplement discovery responses; work on discovery requests, Hodkgiss deposition notice |
| 08/21/2007 | JAT | 2.20 | Revise and draft additional discovery responses |
| 08/23/2007 | JAT | 2.00 | Work on discovery responses; telecon with clients regarding discovery; e-mails re discovery, PSSI lawsuit; review new PSSI action |
| 08/24/2007 | JAT | 3.00 | Prepare for hearing on MSA/MSJ |
| 08/28/2007 | JAT | 1.10 | Work on discovery responses; prepare for Hodgkiss deposition; exchange e-mails re scheduling issues |
| 08/29/2007 | JAT | 1.10 | Work on discovery responses |
| 08/31/2007 | JAT | 1.80 | Work on discovery responses |

|  |  |
|---|---|
| Total Fees | 31,243.50 |
| Total Expenses | 1,002.92 |
| Net Balance Forward | 11,233.41 |

| TOTAL BALANCE DUE UPON RECEIPT | $43,479.83 |



**BAUTE&TIDUS** LLP
Attorneys at Law

777 S. FIGUEROA STREET · SUITE 4900
LOS ANGELES, CALIFORNIA 90017

New Century Mortgage Corporation
Monika L. McCarthy
3121 Michelson Drive
6th Floor
Irvine, CA 92612

Date:          10/03/2007
Invoice No.:   18969
Client No.:    1694

---

For Services Rendered through      09/30/2007
Current Professional Services (detail follows)          $3,817.00
Current Expenses Advanced (detail follows)                 190.43

Total Current Charges                                                4,007.43
Net Balance Forward (detail follows):                               43,479.83

PLEASE REMIT ...................................................          $47,487.26

**BAUTE&TIDUS** LLP
Attorneys at Law

Invoice No.:        18969

Summary of Unpaid Invoices:

| Matter | Invoice No. | Invoice Date | Amount | Balance |
|--------|-------------|--------------|--------|---------|
| 0006 | 18320 | 06/15/2007 | 9,935.91 | 9,935.91 |
| 0006 | 18441 | 07/20/2007 | 1,297.50 | 1,297.50 |
| 0006 | 18745 | 09/12/2007 | 32,246.42 | 32,246.42 |

Net Balance Forward                                                           $43,479.83

Matter Name:   Post Bankruptcy - New Century Mortgage Corporation v Liberty Surplus Insurance Corporation, et.al.
Matter No.:    0006

## TIMEKEEPER

| | | | | | |
|----|-----------------|--------|------|--------|---------|
| JAT | Tidus, Jeffrey A. | 1.50 | hrs @ | 525.00 | 787.50 |
| NAC | Cardeno, Nilo A. | 3.60 | hrs @ | 125.00 | 450.00 |
| PMM | Maloney, Patrick M. | 6.70 | hrs @ | 385.00 | 2,579.50 |

Total Fees due for this Matter          11.80                    $3,817.00

## EXPENSES

| | |
|---|---|
| Federal Express | 24.44 |
| Lexis-Nexis Research | 65.74 |
| Messenger and Court Service | 100.25 |

Total expenses due for this matter                              $190.43

CURRENT MONTH: AMOUNT DUE                              $4,007.43

## PROFESSIONAL SERVICES

| Date | | Hours | Description |
|------|-----|-------|-------------|
| 09/03/2007 | NAC | 1.80 | Compile, organize and scan documents from Susman Godfrey re billing statements re PSSI action. |
| 09/05/2007 | PMM | 1.20 | Review discovery requests; work on reviewing responsive documents for privilege; telephone conference with D. Pappas. |
| 09/06/2007 | NAC | 1.80 | Read, review and compile documents from Susman & Godfrey re PSSI billing and other related documents for production. |
| 09/06/2007 | PMM | 4.50 | Telephone conference with D. Pappas; review billing documents from Texas counsel. |
| 09/14/2007 | PMM | 0.70 | Read draft protective order; e-mail comments re same to counsel. |
| 09/17/2007 | PMM | 0.30 | Draft letter to D. Roberts; read letter from D. Roberts. |
| 09/28/2007 | JAT | 0.40 | Prepare for and attend teleconference with M. McCarthy, others re status of case, effect of new PSSI matter |
| 09/29/2007 | JAT | 1.10 | Prepare for hearing on MSJ; prepare for upcoming depositions |

Total Fees                                        3,817.00

**BAUTE&TIDUS**LLP
Attorneys at Law

| | Invoice No.: | 18969 |
| --- | --- | --- |

| | |
| --- | ---: |
| Total Expenses | 190.43 |
| Net Balance Forward | 43,479.83 |
| | |
| TOTAL BALANCE DUE UPON RECEIPT | $47,487.26 |



**BAUTE&TIDUS** LLP
Attorneys at Law

777 S. FIGUEROA STREET • SUITE 4900
LOS ANGELES, CALIFORNIA 90017

New Century Mortgage Corporation
Monika L. McCarthy
3121 Michelson Drive
6th Floor
Irvine, CA 92612

| | |
|---|---|
| Date: | 12/05/2007 |
| Invoice No.: | 19260 |
| Client No.: | 1694 |

For Services Rendered through      11/30/2007

| | |
|---|---|
| Current Professional Services (detail follows) | $51,718.00 |
| Current Expenses Advanced (detail follows) | 4,636.04 |
| Total Current Charges | 56,354.04 |
| Net Balance Forward (detail follows): | 47,487.26 |

PLEASE REMIT ............................................................      $103,841.30

**BAUTE&TIDUS** LLP
Attorneys at Law

Invoice No.:          19260

Summary of Unpaid Invoices:

| Matter | Invoice No. | Invoice Date | Amount | Balance |
|--------|-------------|--------------|--------|---------|
| 0006 | 18320 | 06/15/2007 | 9,935.91 | 9,935.91 |
| 0006 | 18441 | 07/20/2007 | 1,297.50 | 1,297.50 |
| 0006 | 18745 | 09/12/2007 | 32,246.42 | 32,246.42 |
| 0006 | 18969 | 10/03/2007 | 4,007.43 | 4,007.43 |

Net Balance Forward                                                              $47,487.26

Matter Name:   Post Bankruptcy - New Century Mortgage Corporation v Liberty Surplus Insurance Corporation, et al.
Matter No.:    0006

TIMEKEEPER

| | | | | |
|-----|-------------------------|-----------|--------|-----------|
| DPC | Crochetiere, David P. | 29.80 hrs @ | 435.00 | 12,963.00 |
| JAT | Tidus, Jeffrey A. | 63.10 hrs @ | 525.00 | 33,127.50 |
| NAC | Cardeno, Nilo A. | 17.30 hrs @ | 125.00 | 2,162.50 |
| PMM | Maloney, Patrick M. | 9.00 hrs @ | 385.00 | 3,465.00 |

Total Fees due for this Matter            119.20                    $51,718.00

EXPENSES

| | |
|-------------------------------|----------|
| Photocopy | 1,418.70 |
| Federal Express | 4.19 |
| Court Reporter | 1,245.60 |
| Duplication (Outside Service) | 1,767.38 |
| Lexis-Nexis Research | 11.62 |
| Messenger and Court Service | 188.55 |

Total expenses due for this matter                           $4,636.04

CURRENT MONTH: AMOUNT DUE                                         $56,354.04

## PROFESSIONAL SERVICES

| | | | |
|------------|-----|------|---|
| 10/01/2007 | JAT | 6.50 | Work on discovery responses; prepare for hearing on motions; prepare for Hodgkiss deposition |
| 10/01/2007 | NAC | 2.10 | Coordinate revisions of New Century's responses to Liberty Surplus and Crump Fin. Services' discovery requests; send, read, review and reply to e-mails from L. McDermott, H. King and M. McCarthy re revisions and comments; revise, finalize and serve New Century's discovery responses. |
| 10/01/2007 | PMM | 1.60 | Work on discovery responses; meeting with J. Tidus re same. |
| 10/02/2007 | JAT | 3.90 | Prepare for hearing on motions |
| 10/03/2007 | NAC | 1.80 | Telephone conference with Clerk in Dept P re tentative ruling; telephone conference with J. Tidus re same; prepare and send e-mail to D. Crochetiere and P. Maloney re same; telephone conference with P. Maloney re legal |

**BAUTE&TIDUS** LLP
Attorneys at Law

Invoice No.:        19260

| | | | |
|---|---|---|---|
| | | | research                                       confer with D. Unatin re same; confer with J. Tidus re notice of ruling; prepare, draft, finalize, file and serve Notice of Ruling. |
| 10/03/2007 | PMM | 1.70 | Legal research re                        review draft protective order; e-mails re same. |
| 10/04/2007 | JAT | 3.60 | Work on discovery responses; e-mails re same; prepare for deposition; prepare for and attend hearing on motions for summary judgment/adjudication; e-mail re results |
| 10/04/2007 | NAC | 0.60 | Compile, organize and index all condensed deposition transcripts taken in this action; compile and organize deposition exhibits in preparation for D. Hodgkiss' deposition; prepare, draft, finalize and serve notice of deposition of D. Hodgkiss. |
| 10/04/2007 | PMM | 0.80 | E-mails concerning document production issues; meeting with J. Tidus re same. |
| 10/05/2007 | JAT | 6.80 | Review files to prepare for D. Hodgkiss deposition; work on CMC brief |
| 10/06/2007 | JAT | 6.10 | Review all exhibits, Hodgkiss files, depositions, preparing for upcoming deposition |
| 10/07/2007 | JAT | 2.90 | Prepare for upcoming depositions; prepare outline of CMC brief |
| 10/07/2007 | NAC | 1.70 | Read and reply to e-mail from P. Maloney re CMC statement; gather info for P. Maloney in preparation of New Century's CMC statement; compile and organize exhibits for the deposition of D. Hodgkiss. |
| 10/08/2007 | JAT | 7.00 | Prepare for and depose D. Hodgkiss; conference with defense counsel re trial scheduling, discovery issues |
| 10/09/2007 | JAT | 5.50 | Prepare for and depose D. Hodgkiss; e-mails regarding same |
| 10/10/2007 | PMM | 0.50 | Telephone conference with |
| 10/12/2007 | NAC | 0.70 | Prepare, finalize and serve amended notice of deposition of D. Hodgkiss; telephone conference with court reporter and videographer re scheduling. |
| 10/12/2007 | NAC | 1.10 | Prepare and send e-mail to                        confer with J. Tidus and P. Maloney re same; telephone conference with                                             arrange teleconferencing; prepare and send confirmation of teleconference. |
| 10/12/2007 | PMM | 1.20 | Telephone conference re meeting with J. Tidus re same. |
| 10/16/2007 | NAC | 0.30 | Read exchange of e-mails from J. Tidus, P. Maloney and D. Pappas re protective order. |
| 10/17/2007 | NAC | 1.20 | Compile, organize and copy exhibits for the deposition of D. Hodgkiss. |
| 10/18/2007 | NAC | 0.80 | Telephone conference with D. Pappas re hearing on Liberty's MSA; prepare and send e-mail to J. Tidus and P. Maloney re same; prepare and file New Century's CMC statement for filing and service. |
| 10/18/2007 | PMM | 1.20 | Prepare case management conference statement. |
| 10/19/2007 | NAC | 1.80 | Read, review and circulate petition for writ of mandate filed by M. McCluskey; read and review Liberty Surplus' motion for summary adjudication; compile, organize and |

**BAUTE&TIDUS**LLP
Attorneys at Law

Invoice No.:         19260

|  |  |  | index hearing notebooks for petition for writ of mandate and motion for summary adjudication. |
|---|---|---|---|
| 10/22/2007 | JAT | 2.20 | Review and analyze MSA, writ petition |
| 10/23/2007 | DPC | 2.40 | Review Petition for Writ of Mandate. Research regarding Conference regarding preliminary opposition with P. Maloney. Draft Preliminary opposition. |
| 10/23/2007 | JAT | 2.20 | Review and analyze motion for summary adjudication; research re legal issues |
| 10/23/2007 | JAT | 0.40 | Work on document production issues |
| 10/23/2007 | NAC | 0.70 | Read and reply to R. Hartmann's e-mail re document production; read and review J. Tidus' reply to e-mail; telephone conference with H. King re same. |
| 10/23/2007 | PMM | 1.50 | Review revised protective order; review Petition for Writ of Mandate; review summary judgment papers. |
| 10/24/2007 | DPC | 0.60 | Prepare for trial setting conference. |
| 10/25/2007 | DPC | 2.50 | Attendance at Trial Setting Conference. Travel to and from conference. E-mail to J. Tidus re dates. (deducted .50 for travel) |
| 10/25/2007 | NAC | 2.30 | Prepare, draft, revise, finalize and send via e-mail and U.S. mail re fee applications and electronic B&T invoices. |
| 10/26/2007 | JAT | 2.80 | Oppose motion for summary adjudication |
| 10/29/2007 | NAC | 0.70 | Read and review e-mails from P. Maloney telephone conference with              telephone conference with H. King re |
| 11/01/2007 | JAT | 0.50 | Work on                              multiple e-mails re same |
| 11/01/2007 | PMM | 0.20 | E-mails re status of |
| 11/02/2007 | JAT | 1.00 | Exchange e-mails re trial date, scheduling conflict issues; e-mails regarding |
| 11/02/2007 | PMM | 0.30 | Multiple e-mails re |
| 11/04/2007 | JAT | 2.70 | Work on opposition to motion for summary adjudication |
| 11/05/2007 | JAT | 0.70 | Work on opposition to motion |
| 11/06/2007 | JAT | 1.40 | Work on opposition to writ petition; work on opposition to MSA; e-mails regarding multiple e-mails re trial date |
| 11/07/2007 | JAT | 1.10 | Work on producing documents; e-mails re document issues; work on writ issues |
| 11/08/2007 | NAC | 0.40 | Read and review notice of entry of protective order; prepare e-mail and attach protective order to |
| 11/12/2007 | JAT | 1.10 | Work on document issues; work on opposition to motion for summary adjudication |
| 11/13/2007 | NAC | 0.40 | Telephone conference with D. Pappas re extension of mutual motion to compel; prepare, finalize and send confirming letter re same; |
| 11/14/2007 | DPC | 4.40 | Research regarding opposition to writ petition. |
| 11/15/2007 | DPC | 9.20 | Review / analyze writ petition.  Draft opposition to writ petition. Prepare exhibits. |
| 11/15/2007 | JAT | 2.40 | Work on opposition to writ petition; work on document issues; work on finding experts |
| 11/15/2007 | NAC | 0.70 | Telephone conference with E. Amos re opposition to McCluskey's Petition for Writ of Mandate; confer with D. |

**BAUTE&TIDUS**LLP

Attorneys at Law

Invoice No.:        19260

|  |  |  |  |
|---|---|---|---|
|  |  |  | Crochetiere re same; read and review e-mail from D. Crochetiere re inquiries to the Court of Appeal Clerk. |
| 11/16/2007 | DPC | 10.70 | Draft opposition to writ petition. Review / revise opposition. Research regarding |
| 11/20/2007 | JAT | 1.10 | Work on producing documents; reviewing and analyzing invoices |
| 11/23/2007 | JAT | 0.70 | Work on document production issues |
| 11/29/2007 | JAT | 0.30 | Review and respond to e-mail, letter re document production; e-mail re organizing same |
| 11/30/2007 | JAT | 0.20 | Review and respond to multiple e-mails |

| | |
|---|---|
| Total Fees | 51,718.00 |
| Total Expenses | 4,636.04 |
| Net Balance Forward | 47,487.26 |

| | |
|---|---|
| TOTAL BALANCE DUE UPON RECEIPT | $103,841.30 |



**BAUTE&TIDUS** LLP
Attorneys at Law

777 S. FIGUEROA STREET • SUITE 4900
LOS ANGELES, CALIFORNIA 90017

New Century Mortgage Corporation
Accounts Payable
3121 Michelson Drive, 6th Floor
Irvine, CA  92612

Date:          12/05/2007
Invoice No.:   19261
Client No.:    1694

| For Services Rendered through | 11/30/2007 | | |
|---|---|---|---|
| Current Professional Services (detail follows) | | $0.00 | |
| Current Expenses Advanced (detail follows) | | 135.60 | |
| | | ———————— | |
| Total Current Charges | | | 135.60 |

PLEASE REMIT ················································          $135.60

**BAUTE&TIDUS** LLP
Attorneys at Law

Invoice No.:          19261

Summary of Unpaid Invoices:

| Matter | Invoice No. | Invoice Date | Amount | Balance | | |
|--------|-------------|--------------|--------|---------|---|---|

Net Balance Forward                                                                       $0.00

Matter Name:   Post Bankruptcy  General Matters
Matter No.:    0007

TIMEKEEPER

Total Fees due for this Matter                          0.00                    $0.00

EXPENSES

        Photocopy                                                    135.60

Total expenses due for this matter                                      $135.60

CURRENT MONTH:  AMOUNT DUE                                          $135.60

PROFESSIONAL SERVICES

====================================================================================

                        Total Fees                              0.00
                        Total Expenses                        135.60

                        TOTAL BALANCE DUE UPON RECEIPT        $135.60



**BAUTE&TIDUS** LLP
Attorneys at Law

777 S. FIGUEROA STREET • SUITE 4900
LOS ANGELES, CALIFORNIA 90017

New Century Mortgage Corporation
Monika L. McCarthy
3121 Michelson Drive
6th Floor
Irvine, CA 92612

Date:          01/11/2008
Invoice No.:   19457
Client No.:    1694

For Services Rendered through      12/31/2007
Current Professional Services (detail follows)          $2,730.00
Current Expenses Advanced (detail follows)               1,108.14

Total Current Charges                                            3,838.14
Net Balance Forward (detail follows):                          103,841.30

PLEASE REMIT .................................................................          $107,679.44

**BAUTE&TIDUS**LLP
Attorneys at Law

Invoice No.:      19457

Summary of Unpaid Invoices:

| Matter | Invoice No. | Invoice Date | Amount | Balance |
|--------|-------------|--------------|--------|---------|
| 0006 | 18320 | 06/15/2007 | 9,935.91 | 9,935.91 |
| 0006 | 18441 | 07/20/2007 | 1,297.50 | 1,297.50 |
| 0006 | 18745 | 09/12/2007 | 32,246.42 | 32,246.42 |
| 0006 | 18969 | 10/03/2007 | 4,007.43 | 4,007.43 |
| 0006 | 19260 | 12/05/2007 | 56,354.04 | 56,354.04 |

Net Balance Forward                                          $103,841.30

Matter Name:    Post Bankruptcy - New Century Mortgage Corporation v Liberty Surplus Insurance Corporation, et al.
Matter No.:     0006

TIMEKEEPER

| | | | | |
|---|---|---|---|---|
| JAT | Tidus, Jeffrey A. | 3.70 hrs @ | 525.00 | 1,942.50 |
| NAC | Cardeno, Nilo A. | 6.30 hrs @ | 125.00 | 787.50 |

Total Fees due for this Matter            10.00                    $2,730.00

EXPENSES

|  |  |
|---|---|
| Photocopy | 963.30 |
| Lexis-Nexis Research | 110.67 |
| Messenger and Court Service | 34.17 |

Total expenses due for this matter                    $1,108.14

CURRENT MONTH: AMOUNT DUE                              $3,838.14

PROFESSIONAL SERVICES

| Date | TK | Hours | Description |
|------|-----|-------|-------------|
| 12/09/2007 | JAT | 1.10 | Review and analyze petition for hearing by Crump |
| 12/09/2007 | NAC | 3.10 | Review, compile, organize and bates stamp documents to be produced. |
| 12/17/2007 | NAC | 3.20 | Review, compile, organize, bates stamp and prepare for service re billing statements re PSSI matter. |
| 12/20/2007 | JAT | 0.50 | Prepare for and attend teleconference with client, co-counsel re |
| 12/22/2007 | JAT | 1.80 | Work on opposition to motion for summary adjudication |
| 12/23/2007 | JAT | 0.30 | Review and respond to T. Peters letter regarding document production |

| | |
|---|---|
| Total Fees | 2,730.00 |
| Total Expenses | 1,108.14 |
| Net Balance Forward | 103,841.30 |

TOTAL BALANCE DUE UPON RECEIPT        $107,679.44



**BAUTE&TIDUS** LLP
Attorneys at Law

777 S FIGUEROA STREET · SUITE 4900
LOS ANGELES, CALIFORNIA 90017

New Century Mortgage Corporation
Accounts Payable
3121 Michelson Drive, 6th Floor
Irvine, CA 92612

| | |
|---|---|
| Date: | 02/11/2008 |
| Invoice No.: | 19666 |
| Client No.: | 1694 |

---

| | | |
|---|---|---|
| For Services Rendered through | 01/31/2008 | |
| Current Professional Services (detail follows) | $77,891.00 | |
| Current Expenses Advanced (detail follows) | 1,712.09 | |
| | ―――――――― | |
| Total Current Charges | | 79,603.09 |
| Net Balance Forward (detail follows): | | 107,679.44 |
| | | ―――――――― |

PLEASE REMIT ................................................................    $187,282.53

**BAUTE & TIDUS** LLP
Attorneys at Law

Invoice No.:          19666

**Summary of Unpaid Invoices:**

| Matter | Invoice No. | Invoice Date | Amount | Balance |
|--------|-------------|--------------|--------|---------|
| 0006 | 18320 | 06/15/2007 | 9,935.91 | 9,935.91 |
| 0006 | 18441 | 07/20/2007 | 1,297.50 | 1,297.50 |
| 0006 | 18745 | 09/12/2007 | 32,246.42 | 32,246.42 |
| 0006 | 18969 | 10/03/2007 | 4,007.43 | 4,007.43 |
| 0006 | 19260 | 12/05/2007 | 56,354.04 | 56,354.04 |
| 0006 | 19457 | 01/11/2008 | 3,838.14 | 3,838.14 |

Net Balance Forward                                                                $107,679.44

Matter Name:    Post Bankruptcy : New Century Mortgage Corporation v Liberty Surplus Insurance Corporation, et al.
Matter No.:       0006

**TIMEKEEPER**

| | | | | | |
|-----|------------------------|--------|-------|--------|-----------|
| DPC | Crochetiere, David P. | 71.30 | hrs @ | 475.00 | 33,867.50 |
| JAT | Tidus, Jeffrey A. | 40.90 | hrs @ | 585.00 | 23,926.50 |
| NAC | Cardeno, Nilo A. | 62.20 | hrs @ | 135.00 | 8,397.00 |
| WLT | Thomas, Wendy L | 36.00 | hrs @ | 325.00 | 11,700.00 |

Total Fees due for this Matter            210.40                      $77,891.00

**EXPENSES**

| | |
|-----------------------------|----------|
| Photocopy | 1,161.15 |
| Document Expense | 509.07 |
| Messenger and Court Service | 41.87 |

Total expenses due for this matter                          $1,712.09

CURRENT MONTH: AMOUNT DUE                                    $79,603.09

## PROFESSIONAL SERVICES

| Date | TK | Hours | Description |
|------|-----|------|-------------|
| 01/07/2008 | NAC | 2.20 | Continue printing PSSI case pleadings from Pacer; telephone conference with H. King re PSSI arbitration files, Haynes and Boone billing statements and other related matters; confer with J. Tidus re same. |
| 01/03/2008 | JAT | 2.40 | Work on discovery responses; emails regarding legal fees; work on opposition to motion |
| 01/03/2008 | JAT | 1.10 | Work on discovery responses, motion oppositions; emails with client |
| 01/03/2008 | NAC | 2.70 | Review, compile and organize Susman and Goodman's billing statement; bates stamp documents; prepare transmittal letter. |
| 01/04/2008 | JAT | 2.10 | Work on opposition to motion for summary adjudication; work on document production and other discovery issues |
| 01/04/2008 | NAC | 3.20 | Review, compile and organize Haynes and Boone's billing statements; bates stamp documents; review bates |

**BAUTE&TIDUS** LLP
Attorneys at Law

Invoice No.:        19666

|  |  |  |  |
|---|---|---|---|
|  |  |  | stamped documents for accuracy and completeness; prepare transmittal letter. |
| 01/05/2008 | NAC | 4.20 | Print, compile and organize documents on PSSI action for production. |
| 01/06/2008 | JAT | 0.50 | Review emails regarding legal fees |
| 01/06/2008 | NAC | 4.50 | Read and review billing statements from Susman Godfre and Haynes and Boone re PSSI action attorneys' fees and costs; compile documents, prepare summaries of fees and costs; prepare and circulate summaries to M. McCarthy and J. Tidus. |
| 01/07/2008 | JAT | 2.20 | Work on discovery issues; work on opposition to motion; multiple emails re same |
| 01/08/2008 | JAT | 3.20 | Work on document production, including inspecting documents; telecons, emails re same |
| 01/09/2008 | JAT | 3.60 | Multiple emails regarding production of documents; review materials re production; work on obtaining expert; work on motion opposition |
| 01/09/2008 | NAC | 2.40 | Prepare and send e-mail to H. King re scanning and copying of PSSI action; prepare and send e-mail to J. Tidus re same; telephone conference with C. Rivera re status of on-site copying; telephone conference with F. Mercado re U.S. Court of Appeals, Fifth Circuit and U.S. Supreme Court docket/documents re PSSI appeal; review Bates stamped district court documents re PSSI action; |
| 01/10/2008 | NAC | 5.40 | Read, review and print online district court docket and documents re PSSI action; compile and organize documents; bates stamp documents; review documents for completeness and accuracy. |
| 01/11/2008 | JAT | 2.10 | Work on opposition to motion for summary adjudication |
| 01/11/2008 | NAC | 3.20 | Read, review and print online re Court of Appeal's docket and documents re PSSI action; compile and organize documents; bates stamp documents; review bates stamped documents for accuracy and completeness. |
| 01/12/2008 | JAT | 1.10 | Work on opposition papers; work on document production issues; emails re same |
| 01/13/2008 | JAT | 2.80 | Work on opposition to motion for summary adjudication |
| 01/14/2008 | DPC | 9.00 | Draft Separate Statement re opposition to motion for summary judgment. Review / analyze deposition transcripts of Mc Cluskey. |
| 01/14/2008 | JAT | 2.20 | Work on opposition brief |
| 01/14/2008 | NAC | 3.10 | Continue review, compilation, organization and bates stamping of district court and appellate court documents re PSSI matter. |
| 01/15/2008 | DPC | 8.80 | Review / analyze deposition transcripts of Mc Cluskey. Review / analyze exhibits. |
| 01/15/2008 | JAT | 2.40 | Work on document production; work on opposition to motion for summary adjudication |
| 01/15/2008 | NAC | 3.70 | Complete work on compilation, organization and bates stamping of PSSI documents for production to defendants. |
| 01/15/2008 | WLT | 1.00 | Review e-mail from J. Tidus regarding document review project in connection with production of documents; analysis of issues regarding same; review requests for |

**BAUTE&TIDUS** LLP
Attorneys at Law

Invoice No.:          19666

|  |  |  |  |
|---|---|---|---|
|  |  |  | production; and review document indices provided. |
| 01/16/2008 | DPC | 7.70 | Review / analyze transcripts of Patterson. Review / analyze exhibits. |
| 01/16/2008 | JAT | 1.10 | Work on discovery responses, opposition brief; emails re same |
| 01/16/2008 | WLT | 3.50 | Analysis of issues regarding document production, discs of documents from New Century; draft index of folders on discs and evaluate most effective way to review documents; and draft and review e-mails regarding preliminary issues. |
| 01/17/2008 | DPC | 3.40 | Review / analyze transcripts of Pursiano. |
| 01/17/2008 | JAT | 2.70 | Work on opposition to motion for summary adjudication; work on document production; telecon with M. MCCarthy; email regarding summary of action |
| 01/18/2008 | DPC | 5.50 | Research regarding notice provisions. Research regarding genuine issue rule. |
| 01/18/2008 | JAT | 1.00 | Work on opposition to motion for summary adjudication; telecon with D. Frangiamore re expert witness declaration |
| 01/20/2008 | JAT | 1.10 | Work on oppositions to motions |
| 01/20/2008 | NAC | 7.20 | Review CDs containing documents scanned from New Century's office; organize documents according to category: district court, arbitration, appellate, billing, correspondence, pleadings and discovery, etc.; prepare list; prepare and send e-mail to J. Tidus re summary of documents scanned from New Century. |
| 01/21/2008 | DPC | 4.80 | Review / revise Separate Statement. Review / analyze Exhibits. |
| 01/21/2008 | JAT | 1.80 | Work on oppositions; work on document production, discovery |
| 01/21/2008 | NAC | 2.70 | Compile and organize documents (Appellate) for production; bates stamp documents; review bates stamped documents for accuracy and completeness; prepare transmittal letter. |
| 01/22/2008 | DPC | 3.70 | Review / analyze McCarthy and Hodgkiss transcripts. |
| 01/22/2008 | JAT | 0.80 | Work on document production issues; telecon with T. Peters; emails re same |
| 01/22/2008 | NAC | 1.90 | Review, compile and organize documents copied from New Century's office; telephone conference with H. King re additional documents to be scanned and copied. |
| 01/23/2008 | JAT | 1.90 | Telephone conference with T. Peters; emails regarding document production; continue working on opposition |
| 01/23/2008 | NAC | 3.10 | Review, compile and organize documents scanned and copied from New Century's office; bates stamp documents. |
| 01/23/2008 | WLT | 4.25 | Analysis of issues regarding document production; review documents for production (Disc #1, Drawer #1, Folders 1, 2), and to identify missing documents; and draft indices regarding same. |
| 01/24/2008 | WLT | 7.75 | Review documents for production (Disc #1, Drawer #1, Folders 2, 3, 4, 5), and to identify missing documents; and draft indices regarding same. |
| 01/25/2008 | DPC | 5.00 | Draft opposition to summary judgment. Telephone conferences with Frangiamore. |

**BAUTE&TIDUS** LLP
Attorneys at Law

Invoice No.:  19666

| 01/25/2008 | WLT | 6.50 | Review documents for production (Disc #1, Drawer #1, Folders 5, 6, 7, 8), and to identify missing documents; and draft indices regarding same. |
|---|---|---|---|
| 01/27/2008 | JAT | 2.80 | Review documents re production; review and work on response to motions |
| 01/27/2008 | NAC | 5.30 | Review, compile and organize documents to be produced; bates stamped documents; compile, organize and put in binders documents already produced to defendants. |
| 01/28/2008 | JAT | 1.00 | Redact documents for production |
| 01/28/2008 | NAC | 2.80 | Review, compile and organzie documents to be produced to defendants; bates stamp documents; review bates stamped documents for accuracy and completeness; telephone conference with H. King re document copying. |
| 01/29/2008 | DPC | 2.50 | Review / analyze McCluskey transcript. |
| 01/29/2008 | NAC | 0.90 | Telephone conferences with H. King re Gauntlett & Associates billing statements;  telephone conference with D. Gauntlett re same; confer with J. Tidus re same. |
| 01/29/2008 | WLT | 4.75 | Review documents for production (Disc #1, Drawer #1, Folders 9; Disc #1, Drawer #2, Folders 1, 2), and to identify missing documents; and draft indices regarding same. |
| 01/30/2008 | DPC | 11.00 | Draft opposition to summary judgment motion. Research regarding genuine dispute., Research regarding issue of fact or law. |
| 01/30/2008 | NAC | 3.70 | Review, compile and organize B&T billing statements; bates stamp documents; prepare and finalize transmittal letters to all counsel; telephone conference with W. Thomas re documents scanned at New Century's office; telephone conference with D. Pappas re hearing continuances re motion for summary adjudication and motion to compel document production; confer with J. Tidus and D. Crochetiere  re same; prepare and finalize notices of hearing continuances. |
| 01/30/2008 | WLT | 7.00 | Review documents for production (Disc #1, Drawer #1, Folders 3, 4, 5), and to identify missing documents; and draft indices regarding same. |
| 01/31/2008 | DPC | 9.90 | Draft opposition to motion for summary judgment. Review / revise opposition |
| 01/31/2008 | JAT | 1.00 | Work on discovery issues, oppositions to motions |
| 01/31/2008 | WLT | 1.25 | Review documents for production (Disc #1, Drawer #1, Folders 5, 6), and to identify missing documents, and draft indices regarding same. |

| | |
|---|---|
| Total Fees | 77,891.00 |
| Total Expenses | 1,712.09 |
| Net Balance Forward | 107,679.44 |

| | |
|---|---|
| TOTAL BALANCE DUE UPON RECEIPT | $187,282.53 |