# EXHIBIT B

# BAUTE & TIDUS LLP
## Billing Analysis by Expense Code

Report ID: AN1053 - 18078  
Friday, February 29, 2008  
5/1/2007 - 12/31/2007  
Printed By: RDC  
Page: 1

| Expense Code / Client ID | | | Billed Amount | % of Total Billed Amount | Billed Hours | Average Billed Rate | Billed Actual Value | % of Actual Value Billed | Billed Standard Value | % of Standard Value Billed | Unbilled Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 | Photocopy | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Noncash Exp. | $2,674.35 | 100.00 | N/A | N/A | $2,674.35 | 100.00 | N/A | N/A | $0.00 |
| L02 | Federal Express | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $133.35 | 100.00 | N/A | N/A | $133.35 | 100.00 | N/A | N/A | $177.52 |
| L17 | Court Reporter | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $1,875.60 | 100.00 | N/A | N/A | $1,875.60 | 100.00 | N/A | N/A | $0.00 |
| L19 | Duplication (Outside Service) | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $1,767.38 | 100.00 | N/A | N/A | $1,767.38 | 100.00 | N/A | N/A | $1,499.09 |
| L27 | Parking | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $0.00 | 0.00 | N/A | N/A | $0.00 | 0.00 | N/A | N/A | $6.00 |
| L30 | Lexis-Nexis Research | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $77.36 | 100.00 | N/A | N/A | $77.36 | 100.00 | N/A | N/A | $0.00 |
| L5 | Messenger and Court Service | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $508.86 | 100.00 | N/A | N/A | $508.86 | 100.00 | N/A | N/A | $0.00 |
| | | Report Cash Exp. Totals | $4,362.55 | 100.00 | N/A | N/A | $4,362.55 | 100.00 | N/A | N/A | $1,682.61 |
| | | Report Noncash Exp. Totals | $2,674.35 | 100.00 | N/A | N/A | $2,674.35 | 100.00 | N/A | N/A | $0.00 |
| | | Report Grand Totals | $7,036.90 | 100.00 | N/A | N/A | $7,036.90 | 100.00 | N/A | N/A | $1,682.61 |

**** End Of Report ***

# BAUTE & TIDUS LLP
## Billing Analysis by Expense Code

| Report ID: AN1053 - 18077 | | | | | | | Printed By | RDC |
| Friday, February 29, 2008 | | 1/1/2008 - 2/29/2008 | | | | | Page | 1 |

| Expense Code / Client ID | | | Billed Amount | % of Total Billed Amount | Billed Hours | Average Billed Rate | Billed Actual Value | % of Actual Value Billed | Billed Standard Value | % of Standard Value Billed | Unbilled Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 | Photocopy | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Noncash Exp. | $2,124.45 | 100.00 | N/A | N/A | $2,124.45 | 100.00 | N/A | N/A | $0.00 |
| L02 | Federal Express | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $0.00 | 0.00 | N/A | N/A | $0.00 | 0.00 | N/A | N/A | $177.52 |
| L159 | Document Expense | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $509.07 | 100.00 | N/A | N/A | $509.07 | 100.00 | N/A | N/A | $0.00 |
| L19 | Duplication (Outside Service) | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $0.00 | 0.00 | N/A | N/A | $0.00 | 0.00 | N/A | N/A | $1,499.09 |
| L27 | Parking | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $0.00 | 0.00 | N/A | N/A | $0.00 | 0.00 | N/A | N/A | $6.00 |
| L30 | Lexis-Nexis Research | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $110.67 | 100.00 | N/A | N/A | $114.55 | 96.61 | N/A | N/A | $0.00 |
| L5 | Messenger and Court Service | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $76.04 | 100.00 | N/A | N/A | $76.04 | 100.00 | N/A | N/A | $0.00 |
| | | Report Cash Exp. Totals | $695.78 | 100.00 | N/A | N/A | $699.66 | 99.45 | N/A | N/A | $1,682.61 |
| | | Report Noncash Exp. Totals | $2,124.45 | 100.00 | N/A | N/A | $2,124.45 | 100.00 | N/A | N/A | $0.00 |
| | | Report Grand Totals | $2,820.23 | 100.00 | N/A | N/A | $2,824.11 | 99.86 | N/A | N/A | $1,682.61 |

**** End Of Report ***