IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., a | ) | Case No. 07-10416 (KJC) |
| Delaware corporation, et al.[1] | ) | Jointly Administered |
| | ) | Objection Deadline: April 17, 2008 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: To be determined |

## NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Ernst & Young, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2007 (*Nunc Pro Tunc* to May 1, 2007) |
| Period for which compensation and reimbursement is sought: | May 1, 2007 through August 3, 2007 |
| Amount of Compensation Sought as actual, reasonable and necessary | $24,050.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $12.00 |

This is a(n): _____ monthly __X__ interim _____ final application

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Summary of Fee Applications for Compensation Period:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| FIRST (combined) 5/01/07-8/3/07 [Docket No. 4740] | $24,050.00 | $98.00 (voluntarily reduced to $12.00 after Fee Auditor Report) | CNO Filed [Docket No. 4740] | $19,240.00 | $12.00 | $4,810.00 |

No objections have been filed to Ernst & Young LLP's monthly fee application. The Fee Auditor raised an issue as to $87.00 of Ernst & Young LLP's expenses sought in its first combined monthly fee application above. Ernst & Young LLP agreed to reduce the amount of its expenses by $87.00 as evidenced by this application.

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 (the "Interim Compensation Order"), and the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications (the "Fee Auditor Order") dated October 10, 2007 [Docket No. 3260], objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the notice parties, identified on Exhibit A attached hereto so as to be received by April 17, 2008 at 4:00 p.m. (Eastern Time). If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: March 27, 2008

Richard Magnuson
Ernst & Young LLP
Dept. 6793
Los Angeles, CA 90084
*Tax Advisory Services Provider for Debtors and Debtors in Possession*

DETR_711583.1

# EXHIBIT A
## NOTICE PARTIES

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
3337 Michelson Drive
Suite CN-350
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahan, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

*(Fee Auditor)*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201