# EXHIBIT "B"

Bk: 42476 Pg: 190



Bk: 42476 Pg: 190   Doc: AST
Page: 1 of 1    09/14/2007 10:59 AM

Record and Return to:
HomEq Servicing
4837 Watt Ave, Ste.100/Mailcode:CA3501
North Highlands, CA 95660
Noriko Colston 877-867-7378

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, Mortgage Electronic Registration Systems, Inc., as nominee for New Century Mortgage Corp. ( ASSIGNOR ), hereby sells, assigns, and transfers to Sutton Funding, LLC ( ASSIGNEE ), whose mailing address is 445 Broad Hollow Road, Melville, NY 11747 the Assignor's interest in a certain mortgage made by Luis M. Leonardo to Mortgage Electronic Registration Systems, Inc., as nominee for New Century Mortgage Corp. dated February 5, 2007 and recorded in the Suffolk County Registry of Deeds in Book 41261, Page 114, describing land therein as:

Date of Transfer: _7_/_2_/ 2007

890 Adams Street, Unit 3, 890 Adams Street Condominiums

Mortgage Electronic Registration Systems, Inc., as nominee for New Century Mortgage Corp., Assignor

Dated: SEP 11 2007

By: Noriko Colston
Its: Assist. Secretary

Attested hereto,
Francis M. Roache
Register of Deeds
Suffolk District

CORPORATE ACKNOWLEDGMENT

State of    California    )
County of  Sacramento  ) ss.

On the 11 day of September in the year 20 07 before me, the undersigned, personally appeared Noriko Colston, personally known to me or proved to me on the basis of satisfactory evidence, which were drivers licenses to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and on behalf of Mortgage Electronic Registration Systems, Inc., as nominee for New Century Mortgage Corp. and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the County of Sacramento, in the State of CALIFORNIA.

K. Kessler
Notary Public
My commission expires:

K. KESSLER
COMM. # 1710468
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO CO.
EXP. DEC 12, 2010

GRP Financial Services
360 Hamilton Ave., 5th Floor
White Plains, NY 10601
Attn: Rhonda Porter

_____ Space above for Recorder's use _____

CERTIFICATE# .
Loan#: 0326252905   Project ID#: 7,358   Cust#: 782   Date: DECEMBER 20, 2007
Ref# : CMH 22221

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged,
SUTTON FUNDING LLC, c/o HomEq Servicing 4837 Watt Avenue Mailcode CA3501, Suite 100 North Highlands, CA 95660
by these presents does convey, grant, bargain, sell, assign, transfer and set over to:
GRP FINANCIAL SERVICES CORP, 445 Hamilton Ave, 8th Floor, White Plains NY 10601
the described Mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon. Said Mortgage in the amount of $252,000.00 is recorded in the State of MASSACHUSETTS, County of SUFFOLK Official Records, dated FEBRUARY 05, 2007 and recorded on FEBRUARY 06, 2007, as Instrument No. 16146, in Book No. 41261, at Page No. 114.
Original Mortgagor: LUIS M LEONARDO
Original Mortgagee: NEW CENTURY MORTGAGE CORPORATION
Property Address: 890 ADAMS ST 3, DORCHESTERCTR BOSTON, MA 02124-0000
SUTTON FUNDING LLC

By: _____
   Juanita Jennette, Vice President

WITNESS:

_____                              _____
(Name):   Karen Williams                                    (Name):   Hau Nguyen
State of         CALIFORNIA                      }
County of       SACRAMENTO                       } ss.

On DECEMBER 20, 2007, before me, C. Howell, a Notary Public, personally appeared Juanita Jennette personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

_____
(Notary Name): C. Howell

[Notary Seal: C. HOWELL, COMM. #1712838, NOTARY PUBLIC-CALIFORNIA, SACRAMENTO CO., EXP. JAN 24, 2011]

THE FOLLOWING PROPERTY IN SUFFOLK COUNTY, MASSACHUSETTS:

UNIT 3 IN THE 890 ADAMS STREET CONDOMINIUM, SITUATED IN DORCHESTER, SUFFOLK COUNTY AND COMMONWEALTH OF MASSACHUSETTS, A CONDOMINIUM ESTABLISHED PURSUANT TO M.G.L. CHAPTER 183A BY MASTER DEED DATED SEPTEMBER 29, 2006 AND RECORDED OCTOBER 6, 2006 AT THE SUFFOLK COUNTY REGISTRY OF DEEDS IN BOOK 40518, PAGE 52.

THE UNIT CONVEYED IS LAID OUT AS SHOWN ON CONDOMINIUM PLAN NO. 901 AT PLAN BOOK 2006, PAGE 901 FILED AT THE SUFFOLK COUNTY REGISTRY OF DEEDS, WHICH PLAN IS A COPY OF A PORTION OF THE PLAN FILED WITH SAID MASTER DEED AND TO WHICH IS AFFIXED A VERIFIED STATEMENT IN THE FORM PROVIDED IN M.G.L. CH. 183A, SEC 9.

THE UNIT IS CONVEYED WITH AN UNDIVIDED 33.34 PERCENTAGE INTEREST IN THE COMMON AREAS AND FACILITIES FOR THE CONDOMINIUM AS DESCRIBED IN THE MASTER DEED.

UNIT 3 890 ADAMS ST DORCHESTER

TAX ID #: 1605073006

BY FEE SIMPLE DEED FROM WIOLETTA A. ZYWINA AS SET FORTH IN DEED BOOK 41261, PAGE 112 AND RECORDED ON 2/6/2007, SUFFOLK COUNTY RECORDS.

THE SOURCE DEED AS STATED ABOVE IS THE LAST RECORD OF VESTING FILED FOR THIS PROPERTY. THERE HAVE BEEN NO VESTING CHANGES SINCE THE DATE OF THE ABOVE REFERENCED SOURCE.

Which is organized and existing under the laws of United States of America

For Value received, hereby grants, assigns and transfers to GRP LOAN, LLC

445 HAMILTON AVE. 8TH FL WHITE PLAINS, NY 10601 located in
All of the right, title, interest of said that M.E.R.S., INC. ACTING SOLELY AS A NOMINEE FOR NEW CENTURY MORTGAGE CORPORATION (original lender) in and to under that certain Mortgage dated 2/5/2007 executed by LUIS M. LEONARDO (borrower) and recorded with Suffolk County, Registry of Deeds at Book 41281, Page 114, desribing the land therein as
Property address: 890 ADAMS ST, 33 DORCHESTER, MA 02124 And further described in the exhibit "A" attached hereto and made a part hereof:

Together with the Note or notes therein described or referred to, the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

IN WITNESS WHEREOF, GRP FINANCIAL SERVICES CORP has caused these presents to be signed by its duly authorized office and its corporate seal to be hereunto affixed, this 6 day of March, 2008.

IN THE PRESENCE OF:                               ASSIGNOR: GRP FINANCIAL SERVICES CORP.

Name: MELISSA JUSINO                              Name: KRISTIN TES
                                                  Title: SECRETARY

STATE OF NEW YORK

COUNTY WESTCHESTER

On 3/6/2009, before me, RHONDA PORTER personally appeared KRISTIN TESS personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name is subscibed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument

                                                  Notary Public
                                                  My commission expires:

Record + return
GRP Financial Services Corp.
445 Hamilton Ave. 8th Fl.
White Plains, NY 10601
GRP Loan No. 22221
Borrower Last Name: LEONARDO

RHONDA PORTER
Notary Public, State of New York
No. 01PO6139984
Qualified in Dutchess County
Commission Expires January

THE FOLLOWING PROPERTY IN SUFFOLK COUNTY, MASSACHUSETTS:

UNIT 3 IN THE 890 ADAMS STREET CONDOMINIUM, SITUATED IN DORCHESTER, SUFFOLK COUNTY AND COMMONWEALTH OF MASSACHUSETTS, A CONDOMINIUM ESTABLISHED PURSUANT TO M.G.L. CHAPTER 183A BY MASTER DEED DATED SEPTEMBER 29, 2006 AND RECORDED OCTOBER 6, 2006 AT THE SUFFOLK COUNTY REGISTRY OF DEEDS IN BOOK 40518, PAGE 52.

THE UNIT CONVEYED IS LAID OUT AS SHOWN ON CONDOMINIUM PLAN NO. 901 AT PLAN BOOK 2006, PAGE 901 FILED AT THE SUFFOLK COUNTY REGISTRY OF DEEDS, WHICH PLAN IS A COPY OF A PORTION OF THE PLAN FILED WITH SAID MASTER DEED AND TO WHICH IS AFFIXED A VERIFIED STATEMENT IN THE FORM PROVIDED IN M.G.L. CH. 183A, SEC 9.

THE UNIT IS CONVEYED WITH AN UNDIVIDED 33.34 PERCENTAGE INTEREST IN THE COMMON AREAS AND FACILITIES FOR THE CONDOMINIUM AS DESCRIBED IN THE MASTER DEED.

UNIT 3 890 ADAMS ST DORCHESTER

TAX ID #: 1605073006

BY FEE SIMPLE DEED FROM WIOLETTA A. ZYWINA AS SET FORTH IN DEED BOOK 41261, PAGE 112 AND RECORDED ON 2/6/2007, SUFFOLK COUNTY RECORDS.

THE SOURCE DEED AS STATED ABOVE IS THE LAST RECORD OF VESTING FILED FOR THIS PROPERTY. THERE HAVE BEEN NO VESTING CHANGES SINCE THE DATE OF THE ABOVE REFERENCED SOURCE.