**EXHIBIT "D"**

# Competitive Market Analysis

**LIGHTHOUSE REAL ESTATE SOLUTIONS**
765 The City Drive South, Suite 300
Orange, CA 92868   Phone: 714-520-5737

| Field | Value |
|---|---|
| Date Ordered | 9/17/2007 |
| Loan Number | BC-81 |
| Client Number | |
| Company | GRP Financial - Acq |
| Contact | Doug Lombardo |
| Info Source | Tax Record |

☑ This is a Drive-By Inspection
☐ This is an Int./Ext. Inspection

## Property Description/Condition

| Property Address | City | State | Zip/Postal Code |
|---|---|---|---|
| 890 Adams St, #33 | RCHESTER CTR (BOSTO | MA | 02124 |

| Mortgagor's Name/ (Title Vested In) | Currently Listed? | Previous DOM | Previous LP | Current LP | Listing Company |
|---|---|---|---|---|---|
| LEONARDO, LUIS | No | | | | |

**RECOMMENDED INSPECTIONS**
Termite ☐   Structural ☐   Well ☐   Septic ☐   Systems ☐
Physical Inspection ☐   Other ☐

| Property Type | Vacant/Occupied | Condition |
|---|---|---|
| Condo | O | Average |

Description:
1. Subject Property
2. Ext. Condition
3. Neighborhood

A MINIMUM OF 50 WORDS REQUIRED (if needed attach addendum):
See Addendum

| Subject Property | Style | Ext Walls | Sq. Ft. | # Units | # Rms | # Bed | # Bath | Bsmt (% fin) | Garage | Lot Size | Yr. Built |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 890 Adams St, #33 | Condo | Wood siding | 1087 | 1 | 7 | 2 | 2 | Unknown | 0 | 0 | 1921 |

USE COMPS LESS THAN 6 MONTHS OLD (IF IMPRACTICAL, LESS THAN 12 MONTHS)

| Comparable Sales | Style | Ext Walls | Sq. Ft. | # Units | # Rms | # Bed | # Bath | Bsmt (% fin) | Garage | Lot Size | Yr. Built |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1  730 Adams St. #2 | Condo | Brick | 981 | 1 | 5 | 2 | 1.5 | Unknown | 0 | 0 | 1905 |
| 2  29 Chelmsford St. #3 | Condo | Wood siding | 1000 | 1 | 5 | 2 | 1 | Unknown | 0 | 0 | 1905 |
| 3  14 Verdun St. #3 | Condo | Wood siding | 1080 | 1 | 6 | 3 | 1 | Unknown | 0 | 0 | 1900 |

| | Prox. to Subject (blk/mi) | Owner | Finance Type | Agt/Broker Inspected? | Condition | Sale Date | DOM | Orig. LP | LP @ Sale | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | .5 miles | O/O | Conv | N | Good | 4/19/2007 | 274 | 265,000 | 259,900 | 250,000 |
| 2 | .45 miles | O/O | Conv | N | Good | 3/23/2007 | 232 | 279,000 | 279,000 | 279,000 |
| 3 | .5 miles | O/O | Conv | N | Good | 8/30/2007 | 62 | 299,900 | 299,900 | 295,000 |

In Column 1, Check the home Most comparable to the Subject property. In column 2, enter the complete MLS number. In Column 3, enter comments describing why the comparable is equal, inferior, or superior to the subject property.

| | MLS # | Comments |
|---|---|---|
| ☐ | 70489751 | Subject is inferior in smaller living area, number rooms, number bathrooms. |
| ☑ | 70497541 | Subject is inferior in number of rooms, one fewer bathroom, otherwise comparable. |
| ☐ | 70580836 | Subject is inferior in number of rooms, number of baths, superior in 1 extra BR. |

| Comparable Listings | Style | Ext Walls | Sq. Ft. | # Units | # Rms | # Bed | # Bath | Bsmt (% fin) | Garage | Lot Size | Yr. Built |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1  656 Adams St. #2 | Condo | Wood | 1210 | 1 | 7 | 2 | 1 | Unknown | 0 | 0 | 1905 |
| 2  656 Adams St. #3 | Condo | Wood | 1204 | 1 | 7 | 2 | 1 | Unknown | 0 | 0 | 1905 |
| 3  888 Adams St. #3 | Condo | Wood | 1062 | 1 | 4 | 2 | 1 | Unknown | 0 | 0 | 1921 |

| | Prox. to Subject (blk/mi) | Owner | Finance Type | Agt/Broker Inspected? | Condition | List Date | DOM | Orig. LP | Current LP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | .55 miles | O/O | Conv | N | Good | 4/28/2007 | 18 | 290,000 | 290,000 |
| 2 | .5 miles | O/O | Conv | N | Good | 4/28/2007 | 32 | 305,000 | 305,000 |
| 3 | .15 miles | O/O | Conv | N | Good | 4/2/2007 | 171 | 327,500 | 319,500 |

In Column 1, Check the home Most comparable to the Subject property. In column 2, enter the complete MLS number. In Column 3, enter comments describing why the comparable is equal, inferior, or superior to the subject property.

| | MLS # | Comments |
|---|---|---|
| ☐ | 70567421 | Subject is superior in having one more bathroom, inferior in less living area. |
| ☐ | 70567424 | Subject is superior in having one more bathroom, inferior in less living area. |
| ☑ | 70551743 | Subject superior in number of rooms, having 1 more bathroom. Otherwise comparable. |

## Neighborhood Data

Sales Price In This Subdivision:   Low: $230,000   High: $390,000   Average: $312,250

| Category | Options |
|---|---|
| Location | ☑ Urban  ☐ Suburban  ☐ Rural |
| Property Values | ☐ Increasing  ☐ Stable  ☑ Decreasing |
| Demand/Supply | ☐ Shortage  ☐ In Balance  ☑ Over Supply |
| Growth Rate | ☐ Rapid  ☑ Stable  ☐ Slow |
| Economy | ☐ Increasing  ☑ Stable  ☐ Decreasing |
| Marketing Time | ☐ Under 3 Mos.  ☑ 3-6 Mos.  ☐ Over 6 Mos. |
| New Construction | ☐ Yes  ☑ No  If yes: ☐ Res. ☐ Comm.  Price Range: Low $  High $ |

Explain any possible hazardous conditions: None noted.
Probable Purchaser (First Time, Investor, etc.): First Time Buyer
Probable Financing: Conv

Explain any economic conditions that might impact the marketability of the subject property:
Very slow market, high inventory.

### Market Values Should Be Based On a 90 Day Marketing Time

| | | | |
|---|---|---|---|
| AS IS VALUE | $ 290,000 | Suggest AS IS List Price | $ 299,000 |
| Interior/Exterior Repaired Value | $ 290,000 | Suggest REPAIRED List Price | $ 299,000 |
| Estimated Lot Value High | $ 0 | Estimated Lot Value Low | $ 0 |
| AS IS Quick Sale Value | $ 289,000 | | |

## Agent/Broker Information

| Field | Value |
|---|---|
| Name | Christian L. Melby |
| Years of Experience | 6 |
| Date Completed | 9/20/2007 |
| Company Name | Melby and Associates, LLC |
| Address | 54 Allerton Road |
| City | Milton |
| State | MA |
| Zip | 02186 |
| Phone | (617)872-4143 |
| Email | christian@melbyandassociates.com |
| Distance from Agent's location to subject property | Blocks;   Miles: 2 |

| ADDENDUM |
|---|

**Subject Comments:**

The external aspect of the subject property is in average condition. There is no external evidence of significant lack of maintenance, and there is no external evidence of damage to the front, sides, roof, or landscaping. The surrounding neighborhood consists of a mixture of single family homes and multifamily homes in similar condition with no signs of significant neglect or damage. Had to expand search in age for best comps. All comps are best and most similar available.



890 Adams St, #33, DORCHESTERCTR(BOSTON), MA 02124
Property Map



890 Adams St, #33, DORCHESTERCTR(BOSTON), MA 02124
Front View



890 Adams St, #33, DORCHESTERCTR(BOSTON), MA 02124
Side View



890 Adams St, #33, DORCHESTERCTR(BOSTON), MA 02124
Side View



890 Adams St, #33, DORCHESTERCTR(BOSTON), MA 02124
Street View



890 Adams St, #33, DORCHESTERCTR(BOSTON), MA 02124
Street View



890 Adams St, #33, DORCHESTERCTR(BOSTON), MA 02124
Listing Comp #1



890 Adams St, #33, DORCHESTERCTR(BOSTON), MA 02124
Listing Comp #2



890 Adams St, #33, DORCHESTERCTR(BOSTON), MA 02124
Listing Comp #3



890 Adams St, #33, DORCHESTERCTR(BOSTON), MA 02124
Comp Sale #1



890 Adams St, #33, DORCHESTERCTR(BOSTON), MA 02124
Comp Sale #2



890 Adams St, #33, DORCHESTERCTR(BOSTON), MA 02124
Comp Sale #3