# IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al.,           Debtors, | ) Case No. 07-10416 KJC <br> ) Chapter 11 <br> ) Jointly Administered <br> ) Ref. No. |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY *NUNC PRO TUNC* AS TO 890 Adams Street, #33, Dorchester Ctr., Massachusetts

AND NOW, TO WIT, this _____ day of _____ A.D., 2008, GRP Loan LLC's Motion for Relief from Automatic Stay *Nunc Pro Tunc* having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause *nunc pro tunc* effective July 2, 2007 so as to permit GRP and/or the holder of the first Mortgage, as recorded in the Office of the County Clerk in Suffolk District, State of Massachusetts for 890 Adams Street, #33, Dorchester Ctr., Massachusetts to enforce its contractual and in rem rights against the Borrower and security interest in the aforesaid real property through recordation of assignments, foreclosure proceedings, Sheriff's Sale of the property and any other legal remedies against the property which may be available to GRP under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that GRP may immediately enforce and implement this Order granting relief from the automatic stay.

                                                                     _____
                                                                                     J.