## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered |
| Debtors, | ) |

## CERTIFICATE OF SERVICE

      I, Kristi J. Doughty, hereby certify this 29th day of March, A.D. 2008 that service of the **Notice of Motion, Motion, Exhibits** and proposed **Order** was made electronically and (via) first class mail to the following:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA  92612
*Debtor*

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonne Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
*Attorney for Official Committee
of Unsecured Creditors*

Luis M. Leonardo
890 Adams Street, #33
Dorchester Ctr., MA 02124
*Borrower*

                        By:    <u>/s/ Kristi J. Doughty</u>
                                 Robert T. Aulgur, Jr. (No. 165)
                                 651 N. Broad Street, Ste. #206
                                 P.O. Box 1040
                                 Middletown, DE  19709-1040
                                 (302) 378-1661
                                 Attorney for Movant