IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, 1 | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**CERTIFICATE OF NO OBJECTION TO SEVENTH MONTHLY
APPLICATION OF HAHN & HESSEN LLP [DKT. NO. 5256]**

The undersigned hereby certifies that, as of the date hereof, she has received no written answer, objection or other responsive pleading to the *Seventh Monthly Application of Hahn & Hessen LLP, Co-Counsel for the Official Committee of Unsecured Creditors for the Period From October 1, 2007 Through October 31, 2007 [Docket No. 5256]* (the "Application") filed on March 7, 2008. The undersigned further certifies that she has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 27, 2008 at 4:00 p.m.

---

1   The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

127340.01600/40173971v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, the Debtors are authorized to pay Hahn & Hessen LLP $404,787.60, which represents 80% of the fees requested ($505,984.50) and $17,767.11 which represents 100% of the expenses requested in the Application for the period of October 1, 2007 through October 31, 2007 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:   March 31, 2008

**BLANK ROME LLP**

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
Regina Stango Kelbon
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:      (302) 425-6464

        -and

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, New York 10022
Telephone:    (212) 478-7200
Facsimile:      (212) 478-7400

*Counsel to the Official Committee of
Unsecured Creditors of New Century TRS
Holdings, Inc., et al.*

127340.01600/40173971v.1

## **CERTIFICATE OF SERVICE**

I, *Bonnie Glantz Fatell*, hereby certify that on March 31, 2008, I caused a copy of the following document to be served on the parties listed on the attached service list in the manner indicated.

**Certificate of No Objection to Seventh Monthly Application of Hahn & Hessen LLP [Dkt. No. 5256]**

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)

## "Notice Parties"

## Service List

**VIA HAND DELIVERY**
Representing Debtors
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

Representing United States Trustee
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Representing Debtors
Suzzanne S. Uhland
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Representing Debtors
Emily Culler
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvin, CA 92612
Attn: Monika L. McCarthy, Esq.

Representing Debtors' Crisis Managers
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019
Attn: Holly Felder Etlin

Representing Greenwich Capital Financial
Products, Inc. and The CIT Group/Business
Credit, Inc.
Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

Representing The Official Committee of
Unsecured Creditors
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

(Fee Examiner)
Warren H. Smith, Esq.
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Baker & Hostetler LLP
Donald A Workman Esq
1050 Connecticut Ave NW Ste 1100
Washington, DC 20036

| | |
|---|---|
| Kelley Drye & Warren LLP<br>David E Retter Esq & Christen A Lambrianakos Esq<br>101 Park Ave<br>New York, NY 10178 | **VIA ELECTRONIC MAIL**<br>Dennis DeBassio<br>AlixPartners, LLP<br>ddebassio@alixpartners.com |
| Wells Fargo Bank NA<br>Thomas M Korsman Vice President<br>MAC N9303-120<br>608 2nd Ave S<br>Minneapolis, MN 55479 | |

127340.01600/40173971v.1