**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

New Century TRS Holdings, Inc.,    ) Case No. 07-10416 KJC
et al.,                                   ) Chapter 11
            Debtors,       ) Jointly Administered
                                   ) Ref. No.

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO**
**6817 BETTS AVE., CINCINNATI, OHIO**

AND NOW, TO WIT, this _____ day of _____ A.D., 2008, CitMortgage, Inc.'s

Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated

for cause so as to permit CitiMortgage, Inc. and/or the holder of the Mortgage, as recorded

in the Office of the County Recorder of Hamilton County, State of Ohio for 6817 Betts

Ave., Cincinnati, Ohio, to enforce its contractual rights against the Borrower and security

interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale of the

property and any other legal remedies against the property which may be available to

CitiMortgage under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that

CitiMortgage may immediately enforce and implement this Order granting relief from the

automatic stay.

_____
J.