EXHIBIT "D"



## Safeguard Properties
### INCORPORATED

Loan#: 0652128857
6817 BETTS AVE
CINCINNATI OH 452390000
FHA Case#: 0070023486780



\# 1   Invoice#: 5334355
Order#: 35559168
Date: March 3, 2008

## SAFEGUARD PROPERTIES, INC.
650 Safeguard Plaza
Brooklyn Heights, Ohio 44131
(216) 739-2900 * Fax (216) 739-2717 * 1-800-852-8306

## BROKERS PRICE OPINION

BROKER/OWNER: Re/Max Unlimited Realtors
PREPARER: Diane Switzer    PHONE: 513-587-3508 XT:

DATE: 3/3/08
CLIENTS NAME: CitiMortgage Inc
BORROWER'S NAME: John Baer
STREET ADDRESS: 6817 Betts
CITY: Cincinnati    STATE: OH
ZIP CODE: 45239
LOAN # : 0652128857

|  | AS IS CONDITION | QUICK SALE PRICE |
|---|---|---|
| Probable Sale Price: | $52,000 | $50,000 |
| Suggested List | $55,900 | $55,900 |
| Normal Market Time | 90-120 | 90-120 |

Estimated cost of repairs: $    Repaired sale price: $
Recommended repairs: Nothing major noted in need of repair. Do recommend a roof inspection

|  | ADDRESS | SQ. FTG | BED-ROOMS | BATHS | OCC/VAC. | GARAGE | AGE | CONDITION |
|---|---|---|---|---|---|---|---|---|
| SUBJECT PROPERTY | 6817 Betts | 898 | 2 | 1 | VAC | NONE | 85 | Average |

COMMENTS: Market should be open to all types of purchasers
Lot Size = .08
Property Type = SINGLE FAMILY

**COMPARABLE SALES ***
* ALL COMPS MUST BE THE MOST RECENT AND CLOSEST TO SUBJECT. IF OVER 6 MONTHS OLD – PLEASE GIVE EXPLANATION

| ADDRESS | BED-RMS | BATHS | SQ. FTG | GARAGE | DAYS ON MARKET | LIST PRICE | SALES PRICE | SALES DATE | PROX. |
|---|---|---|---|---|---|---|---|---|---|
| 1. 2013 Emerson | 2 | 1 | 825 | 1 | 10 | $49,900 | $49,900 | 12/17/07 | .25 miles |
| 2. 1833 Emerson | 2 | 1 | 816 | 1 | 27 | $53,000 | $50,500 | 10/31/07 | .30 miles |
| 3. 1830 Waltham | 2 | 1 | 814 | 1 | 9 | $57,000 | $55,000 | 19/28/07 | .8 MILES |

COMMENTS: ALL ABOVE COMPS ARE EQUAL TO SUBJECT IN SIZE, CONDITION, LOCATION

**COMPETITIVE PROPERTIES**
* ALL COMPS MUST BE THE MOST RECENT AND CLOSEST TO SUBJECT. IF OVER 6 MONTHS OLD – PLEASE GIVE EXPLANATION

| ADDRESS | BED-RMS | BATHS | SQ. FTG | GARAGE | DAYS ON MARKET | ORIGINAL LIST PRICE | CURRENT LIST PRICE | PROX. |
|---|---|---|---|---|---|---|---|---|
| 1. 1923 Stevens | 2 | 1 | 896 | 1 | 123 | $50,000 | $50,000 | .17 miles |
| 2. 2038 6th | 2 | 2 | 960 | 0 | 73 | $59,900 | $59,900 | 17 miles |
| 3. 6470 Simpson | 3 | 1 | 107 | 0 | 90 | $59,900 | $59,000 | .18 miles |

COMMENTS: ALL THE ABOVE COMPS ARE EQUAL IN CONDITION TO SUBJECT.

**MARKET CONDITIONS**    Normal supply X    Oversupply ☐    Homes in direct competition # 19
Average sales price in area $ 67,500    Property Values: Stable X    Declining ☐    Average Marketing Time: 163 DAYS
COMMENTS: OLDER WELL ESTABLISHED AREA MOST OF THE HOME ARE IN NEED OF WORK

**FINANCING**: Comments on availability of financing: ALL LOANS OR LOAN PROGRAM SHOULD BE AVAILABLE
Specify financing costs we will have to pay to sell this property: NONE
Will property qualify for FHA/VA loan? Yes X No    If not, Why?:

**BUYER PROFILE**: (indicate typical buyer for this property) OPEN TO ALL BUYERS
**MARKETABILITY**: (Comment on other factors affecting the resale of this property) AS IS CONDITION

This report is not an appraisal and is not intended to be used as one.

CITI
2/29
RUSH!

Safeguard Properties Email Document Printer

Mailbox: appraisals

From:   Diane Switzer (dswitzer1@cinci.rr.com)
To:
SMTP:appr.photos@safeguardproperties.com;SMTP:BrettMarsh@safeguardproperties.com
;
Subject: Loan#0652128857   6817 Betts Ave   Cincinnati, Oh

Date:    03/03/2008 12:27 PM
Attachments: 2
(1) Safeguard 1 page BPO.doc
(2) 100_1969.jpg

BPO FORM AND PHOTOS

35559168D04
0652128857        CV    00:

2/29-Need an exterior bpo per Tony.vz

```
Safeguard Properties Email Document Printer

Mailbox: appraisals

From:    AALTIMON (SPI@SafeguardProperties.com)
To:
SMTP:appr.neworders@SafeguardProperties.com;SMTP:tony.altimont@citi.com;
Subject: 0652128857: Place New Order

Date:    02/28/2008 02:48 PM
Attachments: None

Place New Order

This e-mail is confirmation that your order was placed. Safeguard Properties
will use this e-mail to trace and confirm your communication with Safeguard
Properties.

Field Name    Value
CLIENT        CITIMORTGAGE INC.
LOANNO        652128857
LOAN_TYPE     CV
SALE_DATE
NAME          JOHN BAER
DEPT          BPO/Appraisals
TEAM          New Orders
MEMBER        3010020 :Appraisal New Orders ,
LOGINID       AALTIMON
ORDERED_BY_EXT    5209
ORDERED_BY_NAME   Tony Altimont
ORDERED_BY_EMAIL  tony.altimont@citi.com
REQUESTED_BY_EXT
REQUESTED_BY_NAME
REQUESTED_BY_EMAIL
TITLE   Legal Support Specialist
BILL_TO    ****
ORDERNO    New Order
MESSAGE    Please complete a RUSH BPO on this property

Thanks

Tony
```

35959168N04
0652128857    CV    001

Loan#: 0652128857 Invoice#: 5334355
Address: 6817 BETTS AVE
CINCINNATI OH 452390000
FHA Case#: 0070023486780
Order#: 35559168
Date: March 3, 2008