# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for Morgan Stanley, MSAC 2007-NC3*
*D&G Reference: 212873 / Saxon Batch 56*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000250654 | Berger | 9/29/2006 | 244,000.00 | 276,207.37 | 175,000.00 | 396 95 Bell Blvd S, Lehigh Acres, FL 33936 |
| 2000252664 | Enriquez | 12/8/2006 | 496,000.00 | 516,603.23 | 540,000.00 | 24 08 86th Street, Jackson Heights, NY 11369 |
| 2000253251 | Escobar | 12/13/2006 | 132,000.00 | 140,711.19 | 80,000.00 | 12648 Kenwood Lane Unit B, Fort Myers, FL 33907 |
| 2000277393 | Berta | 1/11/2007 | 608,000.00 | 633,356.59 | 739,900.00 | 14689 South Maple Park Court |