# EXHIBIT B



**RICHARDS LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION

One Rodney Square
P.O. Box 551
Wilmington, DE  19899
Telephone:  (302) 651-7700
Fax:          (302) 651-7701
Tax I.D. No.:  51-0226371

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197

Page 1

Client #  727440

Matter #  157422

---

For disbursements incurred through February 29, 2008
relating to  Representation of Debtor in Chapter 11 Bankruptcy

OTHER CHARGES:

| | |
|---|---|
| Binding | $36.00 |
| Business Meals | $110.84 |
| Court Reporter Services | $718.95 |
| Document Retrieval | $1,266.64 |
| Filing Fees | $358.50 |
| Lexis/Westlaw | $2,626.49 |
| Long distance telephone charges | $1,662.68 |
| Messenger and delivery service | $1,438.96 |
| Overtime | $509.84 |
| Photocopies/Printing | $2,620.40 |
| 13,883 @ $.10/pg. / 24,642 @ $.05/pg. | |
| Postage | $13.49 |
| Telecopier | $2,755.50 |
| Travel Expenses | $127.19 |

Other Charges $14,245.48

TOTAL DUE FOR THIS INVOICE **$14,245.48**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197

Page 2

Client #  727440

Matter # 157422

---

**TOTAL DUE FOR THIS MATTER**                          **$14,245.48**

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197
Page 94
Client #  727440

Client:  New Century Financial Corporation and New Century

Matter:  Representation of Debtor in Chapter 11 Bankruptcy
        Case Administration
        Creditor Inquiries
        Meetings
        Executory Contracts/Unexpired Leases
        Automatic Stay/Adequate Protection
        Plan of Reorganization/Disclosure Statement
        Use, Sale of Assets
        Claims Administration
        Court Hearings
        Schedules/SOFA/U.S. Trustee Reports
        Employee Issues
        Tax Issues
        Litigation/Adversary Proceedings
        RLF Retention
        Retention of Others
        RLF Fee Applications
        Fee Applications of Others
        Insurance

| Date | Description | Summary Phrase |
|------|-------------|----------------|
| 02/01/08 | Photocopies | DUP.10CC |
| | Amount =  $26.70 | |
| 02/01/08 | 2134228093 Long Distance | LD |
| | Amount =  $5.95 | |
| 02/01/08 | 7132534437 Long Distance | LD |
| | Amount =  $2.38 | |
| 02/01/08 | 2059793226 Long Distance | LD |
| | Amount =  $1.19 | |
| 02/01/08 | 9167165330 Long Distance | LD |
| | Amount =  $1.19 | |

New Century Financial Corporation and New Century Mortgage C      March 27, 2008
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel      Invoice 291197
New Century Financial Corporation      Page 95
18400 Von Karman Ave, Ste 1000
Irvine CA   92612      Client #   727440

| Date | Description | | Code |
|---|---|---|---|
| 02/01/08 | 9492310247 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/01/08 | 8175734481 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/01/08 | 3109993593 Long Distance | | LD |
| | Amount = | $7.14 | |
| 02/01/08 | 8175734481 Long Distance | | LD |
| | Amount = | $9.52 | |
| 02/01/08 | 6123351500 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/01/08 | 6123351500 Long Distance | | LD |
| | Amount = | $3.57 | |
| 02/01/08 | 9167165330 Long Distance | | LD |
| | Amount = | $5.95 | |
| 02/01/08 | 3102842020 Long Distance | | LD |
| | Amount = | $4.76 | |
| 02/01/08 | Conference calls for January 2008 Long Distance | | LD |
| | Amount = | $333.05 | |
| 02/01/08 | ALL PACER | | DOCRETRI |
| | Amount = | $76.08 | |
| 02/02/08 | 2134306262 Long Distance | | LD |
| | Amount = | $5.95 | |
| 02/02/08 | 2134306262 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/02/08 | 8175734481 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/02/08 | 5627335125 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/02/08 | 3037109947 Long Distance | | LD |
| | Amount = | $3.57 | |
| 02/02/08 | ALL PACER | | DOCRETRI |
| | Amount = | $4.80 | |
| 02/04/08 | GALLUCIO'S CAFÉ | | MEALSCL |
| | Amount = | $19.00 | |
| 02/04/08 | Gary-Forest Edwards - Messenger and delivery | | MESS |
| | Amount = | $24.46 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197
Page 96

Client #  727440

| Date | Description | | Code |
|------|------------|------|------|
| 02/04/08 | Photocopies | | DUP.10CC |
| | Amount = | $17.50 | |
| 02/04/08 | Photocopies | | DUP.10CC |
| | Amount = | $20.20 | |
| 02/04/08 | Photocopies | | DUP.10CC |
| | Amount = | $1.00 | |
| 02/04/08 | Photocopies | | DUP.10CC |
| | Amount = | $0.30 | |
| 02/04/08 | Photocopies | | DUP.10CC |
| | Amount = | $25.50 | |
| 02/04/08 | 8175732859 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/04/08 | 2128855364 Long Distance | | LD |
| | Amount = | $7.14 | |
| 02/04/08 | 4044672283 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/04/08 | 9492355826 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/04/08 | 4159848933 Long Distance | | LD |
| | Amount = | $4.76 | |
| 02/04/08 | 4159848933 Long Distance | | LD |
| | Amount = | $3.57 | |
| 02/04/08 | 9516821771 Long Distance | | LD |
| | Amount = | $4.76 | |
| 02/04/08 | 8564295507 Long Distance | | LD |
| | Amount = | $8.33 | |
| 02/04/08 | 4058481819 Long Distance | | LD |
| | Amount = | $3.57 | |
| 02/04/08 | 4159848933 Long Distance | | LD |
| | Amount = | $3.57 | |
| 02/04/08 | 2142956416 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/04/08 | 6022577430 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/04/08 | 7139516235 Long Distance | | LD |
| | Amount = | $4.76 | |

New Century Financial Corporation and New Century Mortgage C          March 27, 2008
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel          Invoice 291197
New Century Financial Corporation                                                        Page 97
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                                                         Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 02/04/08 | 9495171725 Long Distance | | LD |
| | Amount = $36.89 | | |
| 02/04/08 | 9495171725 Long Distance | | LD |
| | Amount = $3.57 | | |
| 02/04/08 | Lexis | | LEXIS |
| | Amount = $9.24 | | |
| 02/04/08 | DELIVERY EXPENSE 2/1/08 | | MESS |
| | Amount = $3.20 | | |
| 02/04/08 | ALL PACER | | DOCRETRI |
| | Amount = $136.16 | | |
| 02/04/08 | Postage | | POST |
| | Amount = $8.64 | | |
| 02/04/08 | Printing | | DUP.10CC |
| | Amount = $100.40 | | |
| 02/04/08 | Printing | | DUP.10CC |
| | Amount = $24.20 | | |
| 02/04/08 | Printing | | DUP.10CC |
| | Amount = $6.20 | | |
| 02/04/08 | Printing | | DUP.10CC |
| | Amount = $1.45 | | |
| 02/04/08 | Printing | | DUP.10CC |
| | Amount = $46.05 | | |
| 02/04/08 | Printing | | DUP.10CC |
| | Amount = $3.60 | | |
| 02/04/08 | Printing | | DUP.10CC |
| | Amount = $4.65 | | |
| 02/04/08 | Printing | | DUP.10CC |
| | Amount = $1.00 | | |
| 02/04/08 | Westlaw | | LEXIS |
| | Amount = $645.07 | | |
| 02/05/08 | IKON OFFICE SOLUTIONS | | TELC |
| | Amount = $585.00 | | |
| 02/05/08 | COURTCALL LLC | | FLFEE |
| | Amount = $37.00 | | |
| 02/05/08 | GALLUCIO'S CAFÉ | | MEALSCL |
| | Amount = $22.00 | | |

New Century Financial Corporation and New Century Mortgage C        March 27, 2008
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel         Invoice 291197
New Century Financial Corporation                                   Page 98
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                                   Client #  727440

| | | |
|---|---|---|
| 02/05/08 | Gary Forest Edwards - Messenger and delivery | MESS |
| | Amount =   $24.46 | |
| 02/05/08 | Photocopies | DUP.10CC |
| | Amount =   $4.10 | |
| 02/05/08 | Photocopies | DUP.10CC |
| | Amount =   $36.40 | |
| 02/05/08 | Photocopies | DUP.10CC |
| | Amount =   $0.80 | |
| 02/05/08 | Photocopies | DUP.10CC |
| | Amount =   $8.40 | |
| 02/05/08 | Photocopies | DUP.10CC |
| | Amount =   $27.20 | |
| 02/05/08 | Photocopies | DUP.10CC |
| | Amount =   $5.20 | |
| 02/05/08 | Photocopies | DUP.10CC |
| | Amount =   $244.30 | |
| 02/05/08 | 7147310761 Long Distance | LD |
| | Amount =   $1.19 | |
| 02/05/08 | 3037109947 Long Distance | LD |
| | Amount =   $2.38 | |
| 02/05/08 | 6195153269 Long Distance | LD |
| | Amount =   $2.38 | |
| 02/05/08 | 2124787200 Long Distance | LD |
| | Amount =   $1.19 | |
| 02/05/08 | 5627335125 Long Distance | LD |
| | Amount =   $1.19 | |
| 02/05/08 | 8175734481 Long Distance | LD |
| | Amount =   $3.57 | |
| 02/05/08 | 8175734481 Long Distance | LD |
| | Amount =   $2.38 | |
| 02/05/08 | 8564295507 Long Distance | LD |
| | Amount =   $4.76 | |
| 02/05/08 | 2124085169 Long Distance | LD |
| | Amount =   $1.19 | |
| 02/05/08 | 2149879600 Long Distance | LD |
| | Amount =   $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197
Page 99

Client #  727440

| Date | Description | | Amount | Code |
|---|---|---|---|---|
| 02/05/08 | 2134306049 Long Distance | | | LD |
| | | Amount = | $3.57 | |
| 02/05/08 | 3124697022 Long Distance | | | LD |
| | | Amount = | $1.19 | |
| 02/05/08 | 2134228093 Long Distance | | | LD |
| | | Amount = | $8.33 | |
| 02/05/08 | 3128612237 Long Distance | | | LD |
| | | Amount = | $3.57 | |
| 02/05/08 | 2136836252 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 02/05/08 | 2136836275 Long Distance | | | LD |
| | | Amount = | $4.76 | |
| 02/05/08 | 3037109947 Long Distance | | | LD |
| | | Amount = | $1.19 | |
| 02/05/08 | Lexis | | | LEXIS |
| | | Amount = | $130.93 | |
| 02/05/08 | Messenger and delivery, 2/4/08, BANKRUPTCY COURT, CXG | | | MESS |
| | | Amount = | $4.50 | |
| 02/05/08 | Messenger and delivery, 2/4/08, FINGER AND SLANINA, CXS | | | MESS |
| | | Amount = | $5.50 | |
| 02/05/08 | ALL PACER | | | DOCRETRI |
| | | Amount = | $57.12 | |
| 02/05/08 | ALL PACER | | | DOCRETRI |
| | | Amount = | $8.64 | |
| 02/05/08 | Printing | | | DUP.10CC |
| | | Amount = | $63.80 | |
| 02/05/08 | Printing | | | DUP.10CC |
| | | Amount = | $1.05 | |
| 02/05/08 | Printing | | | DUP.10CC |
| | | Amount = | $4.35 | |
| 02/05/08 | Printing | | | DUP.10CC |
| | | Amount = | $1.00 | |
| 02/05/08 | Westlaw | | | LEXIS |
| | | Amount = | $487.96 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197
Page 100
Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 02/06/08 | THE GREENERY CATERERS | | MEALSCL |
| | Amount = | $32.90 | |
| 02/06/08 | IKON OFFICE SOLUTIONS | | TELC |
| | Amount = | $689.00 | |
| 02/06/08 | WILCOX & FETZER | | CTRPT |
| | Amount = | $247.45 | |
| 02/06/08 | JENNIFER RYAN ENSLEN | | CTRPT |
| | Amount = | $408.25 | |
| 02/06/08 | EAGLE TRANSPORTATION SERVICES | | TRAV |
| | Amount = | $57.19 | |
| 02/06/08 | CITY WIDE LIMOUSINE SERVICE | | TRAV |
| | Amount = | $70.00 | |
| 02/06/08 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $26.79 | |
| 02/06/08 | Photocopies | | DUP.10CC |
| | Amount = | $10.50 | |
| 02/06/08 | Photocopies | | DUP.10CC |
| | Amount = | $0.90 | |
| 02/06/08 | Photocopies | | DUP.10CC |
| | Amount = | $0.60 | |
| 02/06/08 | Photocopies | | DUP.10CC |
| | Amount = | $4.20 | |
| 02/06/08 | Photocopies | | DUP.10CC |
| | Amount = | $9.30 | |
| 02/06/08 | Photocopies | | DUP.10CC |
| | Amount = | $5.30 | |
| 02/06/08 | Photocopies | | DUP.10CC |
| | Amount = | $4.00 | |
| 02/06/08 | Photocopies | | DUP.10CC |
| | Amount = | $7.00 | |
| 02/06/08 | Photocopies | | DUP.10CC |
| | Amount = | $0.40 | |
| 02/06/08 | Photocopies | | DUP.10CC |
| | Amount = | $9.90 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197
Page 101

Client #  727440

| Date | Description | | Amount | Code |
|---|---|---|---|---|
| 02/06/08 | Photocopies | | | DUP.10CC |
| | | Amount = | $6.00 | |
| 02/06/08 | Photocopies | | | DUP.10CC |
| | | Amount = | $50.40 | |
| 02/06/08 | Photocopies | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 02/06/08 | Photocopies | | | DUP.10CC |
| | | Amount = | $1.20 | |
| 02/06/08 | Photocopies | | | DUP.10CC |
| | | Amount = | $0.50 | |
| 02/06/08 | Photocopies | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 02/06/08 | Photocopies | | | DUP.10CC |
| | | Amount = | $5.50 | |
| 02/06/08 | Photocopies | | | DUP.10CC |
| | | Amount = | $13.00 | |
| 02/06/08 | Photocopies | | | DUP.10CC |
| | | Amount = | $5.20 | |
| 02/06/08 | Photocopies | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 02/06/08 | 6106447800 Long Distance | | | LD |
| | | Amount = | $5.95 | |
| 02/06/08 | 9732677666 Long Distance | | | LD |
| | | Amount = | $23.80 | |
| 02/06/08 | 5624964765 Long Distance | | | LD |
| | | Amount = | $4.76 | |
| 02/06/08 | 9732677666 Long Distance | | | LD |
| | | Amount = | $1.19 | |
| 02/06/08 | 7204894013 Long Distance | | | LD |
| | | Amount = | $4.76 | |
| 02/06/08 | 7168411597 Long Distance | | | LD |
| | | Amount = | $2.38 | |
| 02/06/08 | 7168411597 Long Distance | | | LD |
| | | Amount = | $5.95 | |
| 02/06/08 | 2078469479 Long Distance | | | LD |
| | | Amount = | $3.57 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197
Page 102
Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 02/06/08 | 2055320765 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/06/08 | 2134306049 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/06/08 | 7317805461 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/06/08 | 9495171725 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/06/08 | 9495171725 Long Distance | | LD |
| | Amount = | $9.52 | |
| 02/06/08 | 2/5/08. BANKRUPTCY COURT (2), CXG | | MESS |
| | Amount = | $9.00 | |
| 02/06/08 | ALL PACER | | DOCRETRI |
| | Amount = | $12.56 | |
| 02/06/08 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 02/06/08 | Printing | | DUP.10CC |
| | Amount = | $52.45 | |
| 02/06/08 | Printing | | DUP.10CC |
| | Amount = | $8.40 | |
| 02/06/08 | Printing | | DUP.10CC |
| | Amount = | $2.10 | |
| 02/07/08 | 2/6/08, CA, CXS | | MESS |
| | Amount = | $35.69 | |
| 02/07/08 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $78.18 | |
| 02/07/08 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $79.87 | |
| 02/07/08 | 2055320765 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/07/08 | 9735972480 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/07/08 | 2063892198 Long Distance | | LD |
| | Amount = | $3.57 | |

New Century Financial Corporation and New Century Mortgage C          March 27, 2008
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel          Invoice 291197
New Century Financial Corporation          Page 103
18400 Von Karman Ave, Ste 1000
Irvine CA   92612          Client #   727440

| 02/07/08 | 7812468995 Long Distance | LD |
| | Amount =   $2.38 | |
| 02/07/08 | DELIVERY EXPENSE 2/6/08 | MESS |
| | Amount =   $3.20 | |
| 02/07/08 | DELIVERY EXPENSE 2/6/08 | MESS |
| | Amount =   $16.70 | |
| 02/07/08 | 2/6/08, BANKRUPTCY COURT (2), CXG | MESS |
| | Amount =   $9.00 | |
| 02/07/08 | 2/6/08, BANKRUPTCY COURT, RCS | MESS |
| | Amount =   $7.50 | |
| 02/07/08 | ALL PACER | DOCRETRI |
| | Amount =   $39.92 | |
| 02/07/08 | Printing | DUP.10CC |
| | Amount =   $5.25 | |
| 02/07/08 | Printing | DUP.10CC |
| | Amount =   $7.45 | |
| 02/07/08 | Printing | DUP.10CC |
| | Amount =   $6.50 | |
| 02/07/08 | Printing | DUP.10CC |
| | Amount =   $1.75 | |
| 02/08/08 | 2/5/08, AL, CXG | MESS |
| | Amount =   $3.47 | |
| 02/08/08 | Photocopies | DUP.10CC |
| | Amount =   $1.60 | |
| 02/08/08 | 2142956416 Long Distance | LD |
| | Amount =   $1.19 | |
| 02/08/08 | 2024521400 Long Distance | LD |
| | Amount =   $3.57 | |
| 02/08/08 | 4159848949 Long Distance | LD |
| | Amount =   $2.38 | |
| 02/08/08 | 3104976584 Long Distance | LD |
| | Amount =   $1.19 | |
| 02/08/08 | 8132514766 Long Distance | LD |
| | Amount =   $9.52 | |
| 02/08/08 | 8132514766 Long Distance | LD |
| | Amount =   $2.38 | |

New Century Financial Corporation and New Century Mortgage C          March 27, 2008
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel           Invoice 291197
New Century Financial Corporation                                     Page 104
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                                     Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 02/08/08 | 8132514766 Long Distance | | LD |
| | Amount = | $14.28 | |
| 02/08/08 | 2126878080 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/08/08 | 3102738394 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/08/08 | DELIVERY EXPENSE 2/7/08 | | MESS |
| | Amount = | $3.20 | |
| 02/08/08 | 2/7/08, FROM BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $7.50 | |
| 02/08/08 | ALL PACER | | DOCRETRI |
| | Amount = | $25.36 | |
| 02/10/08 | ALL PACER | | DOCRETRI |
| | Amount = | $179.36 | |
| 02/10/08 | Printing | | DUP.10CC |
| | Amount = | $3.50 | |
| 02/11/08 | #152642-INTERCALL | | LD |
| | Amount = | $16.06 | |
| 02/11/08 | GROTTO PIZZA, INC. | | MEALSCL |
| | Amount = | $16.83 | |
| 02/11/08 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | Amount = | $16.87 | |
| 02/11/08 | OFFICE OF THE US TRUSTEE - Messenger and delivery | | MESS |
| | Amount = | $10.64 | |
| 02/11/08 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | Amount = | $10.64 | |
| 02/11/08 | OMELVENY AND MYERS - Messenger and delivery | | MESS |
| | Amount = | $16.87 | |
| 02/11/08 | AP SERVICES - Messenger and delivery | | MESS |
| | Amount = | $10.64 | |
| 02/11/08 | BLANK ROME - Messenger and delivery | | MESS |
| | Amount = | $10.64 | |

New Century Financial Corporation and New Century Mortgage C     March 27, 2008
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel     Invoice 291197
New Century Financial Corporation     Page 105
18400 Von Karman Ave, Ste 1000
Irvine CA  92612     Client #  727440

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 02/11/08 | WARREN H SMITH AND ASSOC. - Messenger and delivery | Amount = $15.28 | MESS |
| 02/11/08 | Photocopies | Amount = $0.20 | DUP.10CC |
| 02/11/08 | Photocopies | Amount = $1.30 | DUP.10CC |
| 02/11/08 | Photocopies | Amount = $0.50 | DUP.10CC |
| 02/11/08 | Photocopies | Amount = $32.80 | DUP.10CC |
| 02/11/08 | Photocopies | Amount = $2.00 | DUP.10CC |
| 02/11/08 | 12059897149 Telecopier Charges | Amount = $8.00 | TELC |
| 02/11/08 | 4045726812 Long Distance | Amount = $3.57 | LD |
| 02/11/08 | 2145939142 Long Distance | Amount = $2.38 | LD |
| 02/11/08 | 2059897149 Long Distance | Amount = $2.38 | LD |
| 02/11/08 | 2134306262 Long Distance | Amount = $2.38 | LD |
| 02/11/08 | 2124787355 Long Distance | Amount = $2.38 | LD |
| 02/11/08 | 2148717171 Long Distance | Amount = $1.19 | LD |
| 02/11/08 | 2055320765 Long Distance | Amount = $16.66 | LD |
| 02/11/08 | 2147447752 Long Distance | Amount = $5.95 | LD |
| 02/11/08 | 2148088855 Long Distance | Amount = $10.71 | LD |
| 02/11/08 | 4159848933 Long Distance | Amount = $23.80 | LD |
| 02/11/08 | 4159848933 Long Distance | Amount = $7.14 | LD |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

March 27, 2008
Invoice 291197
Page 106

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 02/11/08 | 4159848941 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/11/08 | 2122971594 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/11/08 | 4152848701 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/11/08 | 2134306686 Long Distance | | LD |
| | Amount = | $5.95 | |
| 02/11/08 | 2/8/08, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 02/11/08 | ALL PACER | | DOCRETRI |
| | Amount = | $181.36 | |
| 02/11/08 | ALL PACER | | DOCRETRI |
| | Amount = | $0.48 | |
| 02/11/08 | Postage | | POST |
| | Amount = | $0.97 | |
| 02/11/08 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 02/11/08 | Printing | | DUP.10CC |
| | Amount = | $5.80 | |
| 02/12/08 | Photocopies | | DUP.10CC |
| | Amount = | $1.80 | |
| 02/12/08 | Photocopies | | DUP.10CC |
| | Amount = | $4.00 | |
| 02/12/08 | 3148327766 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/12/08 | 3148327766 Long Distance | | LD |
| | Amount = | $5.95 | |
| 02/12/08 | 9516821771 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/12/08 | 4152624526 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/12/08 | 2124787200 Long Distance | | LD |
| | Amount = | $13.09 | |
| 02/12/08 | 9495171725 Long Distance | | LD |
| | Amount = | $8.33 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197
Page 107
Client #  727440

| | | | |
|---|---|---|---|
| 02/12/08 | 9498237132 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/12/08 | 3127017074 Long Distance | | LD |
| | Amount = | $4.76 | |
| 02/12/08 | 2/11/08 | | MESS |
| | Amount = | $6.40 | |
| 02/12/08 | 2/11/08 | | MESS |
| | Amount = | $7.70 | |
| 02/12/08 | ALL PACER | | DOCRETRI |
| | Amount = | $30.48 | |
| 02/12/08 | Postage | | POST |
| | Amount = | $3.88 | |
| 02/12/08 | Printing | | DUP.10CC |
| | Amount = | $2.10 | |
| 02/12/08 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 02/13/08 | Photocopies | | DUP.10CC |
| | Amount = | $0.60 | |
| 02/13/08 | Photocopies | | DUP.10CC |
| | Amount = | $2.30 | |
| 02/13/08 | 2145939140 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/13/08 | 4045726812 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/13/08 | 4159848933 Long Distance | | LD |
| | Amount = | $5.95 | |
| 02/13/08 | 2134306262 Long Distance | | LD |
| | Amount = | $16.66 | |
| 02/13/08 | 9495171725 Long Distance | | LD |
| | Amount = | $26.18 | |
| 02/13/08 | 6123382525 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/13/08 | 2136175516 Long Distance | | LD |
| | Amount = | $10.71 | |
| 02/13/08 | 2148219211 Long Distance | | LD |
| | Amount = | $23.80 | |

New Century Financial Corporation and New Century Mortgage C  
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel  
New Century Financial Corporation  
18400 Von Karman Ave, Ste 1000  
Irvine CA   92612

March 27, 2008  
Invoice 291197  
Page 108  

Client #  727440

| | | | |
|---|---|---|---|
| 02/13/08 | 9497059696 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/13/08 | 2/12/08,  FINGER AND SLANINA, CXG | | MESS |
| | Amount = | $5.50 | |
| 02/13/08 | 2/12/08, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 02/13/08 | ALL PACER | | DOCRETRI |
| | Amount = | $39.84 | |
| 02/13/08 | Printing | | DUP.10CC |
| | Amount = | $3.60 | |
| 02/14/08 | Photocopies | | DUP.10CC |
| | Amount = | $3.00 | |
| 02/14/08 | Photocopies | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/14/08 | Photocopies | | DUP.10CC |
| | Amount = | $3.60 | |
| 02/14/08 | Photocopies | | DUP.10CC |
| | Amount = | $0.40 | |
| 02/14/08 | 7143846390 Long Distance | | LD |
| | Amount = | $9.52 | |
| 02/14/08 | 2134307551 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/14/08 | 2145939138 Long Distance | | LD |
| | Amount = | $19.04 | |
| 02/14/08 | 9495171725 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/14/08 | 9495171725 Long Distance | | LD |
| | Amount = | $19.04 | |
| 02/14/08 | 2128581536 Long Distance | | LD |
| | Amount = | $7.14 | |
| 02/14/08 | 9185839928 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/14/08 | 8189068300 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/14/08 | 2134228093 Long Distance | | LD |
| | Amount = | $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

March 27, 2008
Invoice 291197
Page 109
Client #  727440

| | | | |
|---|---|---|---|
| 02/14/08 | SECRETARIAL OT THRU 2/15/08 | | OT |
| | Amount = | $203.94 | |
| 02/14/08 | ALL PACER | | DOCRETRI |
| | Amount = | $76.72 | |
| 02/14/08 | Printing | | DUP.10CC |
| | Amount = | $154.90 | |
| 02/14/08 | Printing | | DUP.10CC |
| | Amount = | $4.70 | |
| 02/14/08 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 02/14/08 | Printing | | DUP.10CC |
| | Amount = | $3.05 | |
| 02/15/08 | IKON OFFICE SOLUTIONS | | TELC |
| | Amount = | $714.00 | |
| 02/15/08 | GALLUCIO'S CAFÉ | | MEALSCL |
| | Amount = | $2.50 | |
| 02/15/08 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $79.87 | |
| 02/15/08 | Photocopies | | DUP.10CC |
| | Amount = | $34.50 | |
| 02/15/08 | Photocopies | | DUP.10CC |
| | Amount = | $25.50 | |
| 02/15/08 | Photocopies | | DUP.10CC |
| | Amount = | $3.90 | |
| 02/15/08 | Photocopies | | DUP.10CC |
| | Amount = | $0.50 | |
| 02/15/08 | Photocopies | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/15/08 | Photocopies | | DUP.10CC |
| | Amount = | $13.00 | |
| 02/15/08 | 2124082452 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/15/08 | 2134228093 Long Distance | | LD |
| | Amount = | $2.38 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197
Page 110
Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 02/15/08 | 2124082452 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/15/08 | 2124819777 Long Distance | | LD |
| | Amount = | $8.33 | |
| 02/15/08 | 9496551515 Long Distance | | LD |
| | Amount = | $5.95 | |
| 02/15/08 | 2/14/08, BANKRUPTCY COURT, CXS | | MESS |
| | Amount = | $4.50 | |
| 02/15/08 | ALL PACER | | DOCRETRI |
| | Amount = | $47.60 | |
| 02/15/08 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 02/15/08 | Printing | | DUP.10CC |
| | Amount = | $75.20 | |
| 02/15/08 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 02/15/08 | Printing | | DUP.10CC |
| | Amount = | $6.80 | |
| 02/15/08 | Printing | | DUP.10CC |
| | Amount = | $1.15 | |
| 02/15/08 | Printing | | DUP.10CC |
| | Amount = | $3.05 | |
| 02/15/08 | Printing | | DUP.10CC |
| | Amount = | $3.50 | |
| 02/15/08 | Printing | | DUP.10CC |
| | Amount = | $34.25 | |
| 02/17/08 | Printing | | DUP.10CC |
| | Amount = | $6.95 | |
| 02/18/08 | Xroads Solutions Group LLC - Messenger and delivery | | MESS |
| | Amount = | $10.55 | |
| 02/18/08 | Printing | | DUP.10CC |
| | Amount = | $230.80 | |
| 02/19/08 | COURTCALL LLC | | FLFEE |
| | Amount = | $147.50 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197
Page 111
Client #  727440

| | | | |
|---|---|---|---|
| 02/19/08 | Photocopies | | DUP.10CC |
| | | Amount = $14.90 | |
| 02/19/08 | Photocopies | | DUP.10CC |
| | | Amount = $1.90 | |
| 02/19/08 | Photocopies | | DUP.10CC |
| | | Amount = $0.80 | |
| 02/19/08 | Photocopies | | DUP.10CC |
| | | Amount = $8.10 | |
| 02/19/08 | Photocopies | | DUP.10CC |
| | | Amount = $9.30 | |
| 02/19/08 | 2149879600 Long Distance | | LD |
| | | Amount = $3.57 | |
| 02/19/08 | 8566695556 Long Distance | | LD |
| | | Amount = $1.19 | |
| 02/19/08 | 2149879600 Long Distance | | LD |
| | | Amount = $1.19 | |
| 02/19/08 | 2145939142 Long Distance | | LD |
| | | Amount = $10.71 | |
| 02/19/08 | 8566695556 Long Distance | | LD |
| | | Amount = $4.76 | |
| 02/19/08 | 6123382525 Long Distance | | LD |
| | | Amount = $11.90 | |
| 02/19/08 | 4159848933 Long Distance | | LD |
| | | Amount = $7.14 | |
| 02/19/08 | 2124787320 Long Distance | | LD |
| | | Amount = $2.38 | |
| 02/19/08 | 4159848933 Long Distance | | LD |
| | | Amount = $16.66 | |
| 02/19/08 | 2124787320 Long Distance | | LD |
| | | Amount = $1.19 | |
| 02/19/08 | 9496551515 Long Distance | | LD |
| | | Amount = $5.95 | |
| 02/19/08 | 9495171725 Long Distance | | LD |
| | | Amount = $5.95 | |
| 02/19/08 | 2134306262 Long Distance | | LD |
| | | Amount = $4.76 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197
Page 112
Client #  727440

| | | |
|---|---|---|
| 02/19/08 | 2/15/08, FROM KID SHELLEEN'S, CXG | MESS |
| | Amount =   $28.30 | |
| 02/19/08 | 2/15/08, BANKRUPTCY COURT, CXG | MESS |
| | Amount =   $4.50 | |
| 02/19/08 | ALL PACER | DOCRETRI |
| | Amount =   $26.56 | |
| 02/19/08 | Printing | DUP.10CC |
| | Amount =   $1.05 | |
| 02/19/08 | Printing | DUP.10CC |
| | Amount =   $14.60 | |
| 02/19/08 | Printing | DUP.10CC |
| | Amount =   $1.60 | |
| 02/19/08 | Printing | DUP.10CC |
| | Amount =   $2.10 | |
| 02/20/08 | IKON OFFICE SOLUTIONS | TELC |
| | Amount =   $752.50 | |
| 02/20/08 | JENNIFER RYAN ENSLEN | CTRPT |
| | Amount =   $63.25 | |
| 02/20/08 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | MESS |
| | Amount =   $29.59 | |
| 02/20/08 | OFFICE OF THE UNITED STATES TRUSTEE - Messenger and delivery | MESS |
| | Amount =   $13.09 | |
| 02/20/08 | HAHN AND HESSEN - Messenger and delivery | MESS |
| | Amount =   $13.09 | |
| 02/20/08 | OMELVENY AND MYERS - Messenger and delivery | MESS |
| | Amount =   $29.59 | |
| 02/20/08 | AP SERVICES - Messenger and delivery | MESS |
| | Amount =   $14.60 | |
| 02/20/08 | BLANK ROME - Messenger and delivery | MESS |
| | Amount =   $14.60 | |
| 02/20/08 | WARREN H SMITH AND ASSOC. - Messenger and delivery | MESS |
| | Amount =   $30.55 | |

New Century Financial Corporation and New Century Mortgage C         March 27, 2008
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel          Invoice 291197
New Century Financial Corporation                                    Page 113
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                                    Client #  727440

| | | | |
|---|---|---|---|
| 02/20/08 | Photocopies | | DUP.10CC |
| | | Amount = $87.10 | |
| 02/20/08 | Photocopies | | DUP.10CC |
| | | Amount = $13.20 | |
| 02/20/08 | Photocopies | | DUP.10CC |
| | | Amount = $11.50 | |
| 02/20/08 | Photocopies | | DUP.10CC |
| | | Amount = $2.30 | |
| 02/20/08 | Photocopies | | DUP.10CC |
| | | Amount = $3.50 | |
| 02/20/08 | Photocopies | | DUP.10CC |
| | | Amount = $105.20 | |
| 02/20/08 | Photocopies | | DUP.10CC |
| | | Amount = $169.10 | |
| 02/20/08 | 2134228093 Long Distance | | LD |
| | | Amount = $4.76 | |
| 02/20/08 | 4159848941 Long Distance | | LD |
| | | Amount = $1.19 | |
| 02/20/08 | 2124082452 Long Distance | | LD |
| | | Amount = $2.38 | |
| 02/20/08 | 7139516235 Long Distance | | LD |
| | | Amount = $17.85 | |
| 02/20/08 | 4692215075 Long Distance | | LD |
| | | Amount = $16.66 | |
| 02/20/08 | 9496551515 Long Distance | | LD |
| | | Amount = $3.57 | |
| 02/20/08 | 2134228093 Long Distance | | LD |
| | | Amount = $11.90 | |
| 02/20/08 | 8569854041 Long Distance | | LD |
| | | Amount = $11.90 | |
| 02/20/08 | 2145939142 Long Distance | | LD |
| | | Amount = $9.52 | |
| 02/20/08 | 2159791547 Long Distance | | LD |
| | | Amount = $5.95 | |
| 02/20/08 | 3102468459 Long Distance | | LD |
| | | Amount = $3.57 | |

New Century Financial Corporation and New Century Mortgage C          March 27, 2008
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel          Invoice 291197
New Century Financial Corporation                                    Page 114
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                                    Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 02/20/08 | 2134306262 Long Distance | | LD |
| | Amount = | $5.95 | |
| 02/20/08 | 2134306262 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/20/08 | 3102100675 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/20/08 | 2124787355 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/20/08 | 3104970688 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/20/08 | 9178658688 Long Distance | | LD |
| | Amount = | $4.76 | |
| 02/20/08 | Lexis | | LEXIS |
| | Amount = | $359.54 | |
| 02/20/08 | 2/19/08, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 02/20/08 | ALL PACER | | DOCRETRI |
| | Amount = | $30.48 | |
| 02/20/08 | Printing | | DUP.10CC |
| | Amount = | $18.55 | |
| 02/20/08 | Printing | | DUP.10CC |
| | Amount = | $3.70 | |
| 02/20/08 | Printing | | DUP.10CC |
| | Amount = | $1.55 | |
| 02/20/08 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 02/20/08 | Westlaw | | LEXIS |
| | Amount = | $107.99 | |
| 02/21/08 | 2/18/08, PA, CXG | | MESS |
| | Amount = | $2.72 | |
| 02/21/08 | Photocopies | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/21/08 | 3107146646 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/21/08 | 2123108325 Long Distance | | LD |
| | Amount = | $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

March 27, 2008
Invoice 291197
Page 115

Client #  727440

| 02/21/08 | 5124754861 Long Distance | | LD |
|---|---|---|---|
| | Amount = | $2.38 | |
| 02/21/08 | 2146515586 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/21/08 | 2123108325 Long Distance | | LD |
| | Amount = | $3.57 | |
| 02/21/08 | 2136175516 Long Distance | | LD |
| | Amount = | $20.23 | |
| 02/21/08 | 4159848933 Long Distance | | LD |
| | Amount = | $15.47 | |
| 02/21/08 | 3132347117 Long Distance | | LD |
| | Amount = | $4.76 | |
| 02/21/08 | 2028611602 Long Distance | | LD |
| | Amount = | $3.57 | |
| 02/21/08 | 9516821771 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/21/08 | 3102468459 Long Distance | | LD |
| | Amount = | $16.66 | |
| 02/21/08 | 9178658688 Long Distance | | LD |
| | Amount = | $14.28 | |
| 02/21/08 | 3102468459 Long Distance | | LD |
| | Amount = | $3.57 | |
| 02/21/08 | 6127521909 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/21/08 | 5169921845 Long Distance | | LD |
| | Amount = | $3.57 | |
| 02/21/08 | 6127521909 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/21/08 | 2138922527 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/21/08 | DELIVERY EXPENSE 2/20/08 | | MESS |
| | Amount = | $3.20 | |
| 02/21/08 | 2/20/08, FED EX,/PHILA,  BJW | | MESS |
| | Amount = | $94.05 | |
| 02/21/08 | ALL PACER | | DOCRETRI |
| | Amount = | $29.60 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197
Page 116

Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 02/21/08 | Printing | | DUP.10CC |
| | Amount = $21.80 | | |
| 02/21/08 | Printing | | DUP.10CC |
| | Amount = $2.00 | | |
| 02/21/08 | Printing | | DUP.10CC |
| | Amount = $1.10 | | |
| 02/22/08 | Photocopies | | DUP.10CC |
| | Amount = $2.30 | | |
| 02/22/08 | Photocopies | | DUP.10CC |
| | Amount = $2.10 | | |
| 02/22/08 | Photocopies | | DUP.10CC |
| | Amount = $4.40 | | |
| 02/22/08 | 16512093339 Telecopier Charges | | TELC |
| | Amount = $2.00 | | |
| 02/22/08 | 18132511541 Telecopier Charges | | TELC |
| | Amount = $3.00 | | |
| 02/22/08 | 19726617800 Telecopier Charges | | TELC |
| | Amount = $2.00 | | |
| 02/22/08 | 2159791547 Long Distance | | LD |
| | Amount = $2.38 | | |
| 02/22/08 | 2146515586 Long Distance | | LD |
| | Amount = $5.95 | | |
| 02/22/08 | 7143846390 Long Distance | | LD |
| | Amount = $2.38 | | |
| 02/22/08 | 7168122481 Long Distance | | LD |
| | Amount = $2.38 | | |
| 02/22/08 | 2144028073 Long Distance | | LD |
| | Amount = $4.76 | | |
| 02/22/08 | 2134307551 Long Distance | | LD |
| | Amount = $1.19 | | |
| 02/22/08 | 2123108624 Long Distance | | LD |
| | Amount = $3.57 | | |
| 02/22/08 | 8132511541 Long Distance | | LD |
| | Amount = $1.19 | | |
| 02/22/08 | 6512093339 Long Distance | | LD |
| | Amount = $1.19 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197
Page 117
Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 02/22/08 | 4159848933 Long Distance | | LD |
| | Amount = | $4.76 | |
| 02/22/08 | 9726617800 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/22/08 | 6103299250 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/22/08 | 2159791547 Long Distance | | LD |
| | Amount = | $8.33 | |
| 02/22/08 | 2134306262 Long Distance | | LD |
| | Amount = | $10.71 | |
| 02/22/08 | 2159791547 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/22/08 | 3108718436 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/22/08 | Lexis | | LEXIS |
| | Amount = | $242.39 | |
| 02/22/08 | 2/21/08, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $25.50 | |
| 02/22/08 | ALL PACER | | DOCRETRI |
| | Amount = | $14.48 | |
| 02/22/08 | Printing | | DUP.10CC |
| | Amount = | $2.45 | |
| 02/22/08 | Printing | | DUP.10CC |
| | Amount = | $2.45 | |
| 02/22/08 | Printing | | DUP.10CC |
| | Amount = | $3.45 | |
| 02/22/08 | Printing | | DUP.10CC |
| | Amount = | $4.35 | |
| 02/22/08 | Printing | | DUP.10CC |
| | Amount = | $1.95 | |
| 02/22/08 | Westlaw | | LEXIS |
| | Amount = | $24.67 | |
| 02/24/08 | 2155637000 Long Distance | | LD |
| | Amount = | $3.57 | |
| 02/24/08 | ALL PACER | | DOCRETRI |
| | Amount = | $15.52 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197
Page 118

Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 02/24/08 | Printing | | DUP.10CC |
| | | Amount = $4.25 | |
| 02/25/08 | AMERICAN EXPRESS | | FLFEE |
| | | Amount = $149.00 | |
| 02/25/08 | U.S. DISTRICT COURT CLERK | | FLFEE |
| | | Amount = $25.00 | |
| 02/25/08 | BINDING 2/16-2/22 | | BIND |
| | | Amount = $36.00 | |
| 02/25/08 | 2/20/08, CA, BJW | | MESS |
| | | Amount = $2.78 | |
| 02/25/08 | 2/20/08, DE, BJW | | MESS |
| | | Amount = $1.51 | |
| 02/25/08 | 2/20/08, NY, BJW | | MESS |
| | | Amount = $1.51 | |
| 02/25/08 | 2/20/08, CA, BJW | | MESS |
| | | Amount = $2.78 | |
| 02/25/08 | XEROX 1/28-2/3 | | DUP.10CC |
| | | Amount = $0.90 | |
| 02/25/08 | Photocopies | | DUP.10CC |
| | | Amount = $2.40 | |
| 02/25/08 | Photocopies | | DUP.10CC |
| | | Amount = $1.80 | |
| 02/25/08 | Photocopies | | DUP.10CC |
| | | Amount = $1.20 | |
| 02/25/08 | 3108718436 Long Distance | | LD |
| | | Amount = $11.90 | |
| 02/25/08 | 2159791518 Long Distance | | LD |
| | | Amount = $2.38 | |
| 02/25/08 | 2159791547 Long Distance | | LD |
| | | Amount = $2.38 | |
| 02/25/08 | 2152575114 Long Distance | | LD |
| | | Amount = $5.95 | |
| 02/25/08 | 2134228093 Long Distance | | LD |
| | | Amount = $4.76 | |
| 02/25/08 | 2134306262 Long Distance | | LD |
| | | Amount = $11.90 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197
Page 119
Client #  727440

| Date | Description | | Code |
|------|------|------|------|
| 02/25/08 | 3108718436 Long Distance | | LD |
| | Amount = | $3.57 | |
| 02/25/08 | 2159791547 Long Distance | | LD |
| | Amount = | $3.57 | |
| 02/25/08 | 2134306262 Long Distance | | LD |
| | Amount = | $3.57 | |
| 02/25/08 | 4103855095 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/25/08 | 7139516235 Long Distance | | LD |
| | Amount = | $3.57 | |
| 02/25/08 | 6309556392 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/25/08 | 2142956416 Long Distance | | LD |
| | Amount = | $9.52 | |
| 02/25/08 | 9495171725 Long Distance | | LD |
| | Amount = | $26.18 | |
| 02/25/08 | 7078248707 Long Distance | | LD |
| | Amount = | $8.33 | |
| 02/25/08 | Lexis | | LEXIS |
| | Amount = | $27.39 | |
| 02/25/08 | ALL PACER | | DOCRETRI |
| | Amount = | $22.96 | |
| 02/25/08 | ALL PACER | | DOCRETRI |
| | Amount = | $0.88 | |
| 02/25/08 | Printing | | DUP.10CC |
| | Amount = | $6.15 | |
| 02/25/08 | Printing | | DUP.10CC |
| | Amount = | $8.30 | |
| 02/25/08 | Printing | | DUP.10CC |
| | Amount = | $2.25 | |
| 02/25/08 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 02/25/08 | Westlaw | | LEXIS |
| | Amount = | $36.75 | |
| 02/26/08 | New Century Mortgage Corporation - Messenger and delivery | | MESS |
| | Amount = | $77.52 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197
Page 120

Client #  727440

| | | | |
|---|---|---|---|
| 02/26/08 | NEW CENTURY MORTGAGE CORPORATION - Messenger and delivery | | MESS |
| | Amount = $16.73 | | |
| 02/26/08 | OFFICE OF THE UNITED STATES TRUSTEE - Messenger and delivery | | MESS |
| | Amount = $10.55 | | |
| 02/26/08 | HAHN AND HESSEN - Messenger and delivery | | MESS |
| | Amount = $10.55 | | |
| 02/26/08 | OMELVENY AND MYERS - Messenger and delivery | | MESS |
| | Amount = $16.73 | | |
| 02/26/08 | AP SERVICES - Messenger and delivery | | MESS |
| | Amount = $10.55 | | |
| 02/26/08 | BLANK ROME - Messenger and delivery | | MESS |
| | Amount = $10.55 | | |
| 02/26/08 | WARREN H SMITH AND ASSOC. - Messenger and delivery | | MESS |
| | Amount = $15.16 | | |
| 02/26/08 | Photocopies | | DUP.10CC |
| | Amount = $0.50 | | |
| 02/26/08 | Photocopies | | DUP.10CC |
| | Amount = $2.40 | | |
| 02/26/08 | Photocopies | | DUP.10CC |
| | Amount = $0.10 | | |
| 02/26/08 | Photocopies | | DUP.10CC |
| | Amount = $24.50 | | |
| 02/26/08 | 6127521909 Long Distance | | LD |
| | Amount = $1.19 | | |
| 02/26/08 | 7145135100 Long Distance | | LD |
| | Amount = $7.14 | | |
| 02/26/08 | 2146515533 Long Distance | | LD |
| | Amount = $1.19 | | |
| 02/26/08 | 6037883391 Long Distance | | LD |
| | Amount = $4.76 | | |
| 02/26/08 | 9495171725 Long Distance | | LD |
| | Amount = $1.19 | | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA  92612

March 27, 2008
Invoice 291197
Page 121
Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 02/26/08 | 2134306049 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/26/08 | 3037109947 Long Distance | | LD |
| | Amount = | $3.57 | |
| 02/26/08 | 2142956416 Long Distance | | LD |
| | Amount = | $26.18 | |
| 02/26/08 | DELIVERY EXPENSE 2/25/08 | | MESS |
| | Amount = | $3.20 | |
| 02/26/08 | DELIVERY EXPENSE 2/25/08 | | MESS |
| | Amount = | $3.20 | |
| 02/26/08 | 2/25/08, FROM KID SHELLEEN'S, CXG | | MESS |
| | Amount = | $31.45 | |
| 02/26/08 | ALL PACER | | DOCRETRI |
| | Amount = | $36.56 | |
| 02/26/08 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 02/26/08 | Printing | | DUP.10CC |
| | Amount = | $1.05 | |
| 02/26/08 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 02/26/08 | Printing | | DUP.10CC |
| | Amount = | $6.00 | |
| 02/27/08 | GALLUCIO'S CAFÉ | | MEALSCL |
| | Amount = | $10.63 | |
| 02/27/08 | 7045179616 Long Distance | | LD |
| | Amount = | $17.85 | |
| 02/27/08 | 6127521909 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/27/08 | 9494700900 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/27/08 | 4159848933 Long Distance | | LD |
| | Amount = | $8.33 | |
| 02/27/08 | 2134306262 Long Distance | | LD |
| | Amount = | $5.95 | |
| 02/27/08 | 9496085275 Long Distance | | LD |
| | Amount = | $1.19 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197
Page 122
Client #  727440

| Date | Description | | Code |
|------|-------------|---|------|
| 02/27/08 | 9496085275 Long Distance | | LD |
| | Amount = $5.95 | | |
| 02/27/08 | 9498520920 Long Distance | | LD |
| | Amount = $3.57 | | |
| 02/27/08 | 2134306049 Long Distance | | LD |
| | Amount = $1.19 | | |
| 02/27/08 | 9495171725 Long Distance | | LD |
| | Amount = $1.19 | | |
| 02/27/08 | 2148084375 Long Distance | | LD |
| | Amount = $1.19 | | |
| 02/27/08 | 2124581065 Long Distance | | LD |
| | Amount = $1.19 | | |
| 02/27/08 | 2/26/08, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = $4.50 | | |
| 02/27/08 | ALL PACER | | DOCRETRI |
| | Amount = $37.60 | | |
| 02/27/08 | Printing | | DUP.10CC |
| | Amount = $31.85 | | |
| 02/27/08 | Printing | | DUP.10CC |
| | Amount = $1.00 | | |
| 02/27/08 | Westlaw | | LEXIS |
| | Amount = $441.91 | | |
| 02/28/08 | GALLUCIO'S CAFÉ | | MEALSCL |
| | Amount = $6.98 | | |
| 02/28/08 | Photocopies | | DUP.10CC |
| | Amount = $0.70 | | |
| 02/28/08 | 2018960500 Long Distance | | LD |
| | Amount = $4.76 | | |
| 02/28/08 | 9496551515 Long Distance | | LD |
| | Amount = $3.57 | | |
| 02/28/08 | 2134306049 Long Distance | | LD |
| | Amount = $3.57 | | |
| 02/28/08 | 9185839928 Long Distance | | LD |
| | Amount = $3.57 | | |
| 02/28/08 | 7148094749 Long Distance | | LD |
| | Amount = $7.14 | | |

New Century Financial Corporation and New Century Mortgage C      March 27, 2008
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel       Invoice 291197
New Century Financial Corporation                                Page 123
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                                Client #  727440

| | | |
|---|---|---|
| 02/28/08 | 2134228093 Long Distance | LD |
| | Amount =   $8.33 | |
| 02/28/08 | 5143032766 Long Distance | LD |
| | Amount =   $48.60 | |
| 02/28/08 | 9494700900 Long Distance | LD |
| | Amount =   $1.19 | |
| 02/28/08 | 2/27/08, BANKRUPTCY COURT, AJ | MESS |
| | Amount =   $4.50 | |
| 02/28/08 | 2/27/08,  FROM KID SHELLEEN'S, CXG | MESS |
| | Amount =   $40.40 | |
| 02/28/08 | SECRETARIAL OT THRU 2/29/08 | OT |
| | Amount =   $305.90 | |
| 02/28/08 | ALL PACER | DOCRETRI |
| | Amount =   $67.12 | |
| 02/28/08 | Printing | DUP.10CC |
| | Amount =   $3.10 | |
| 02/28/08 | Printing | DUP.10CC |
| | Amount =   $1.05 | |
| 02/28/08 | Printing | DUP.10CC |
| | Amount =   $1.05 | |
| 02/28/08 | Printing | DUP.10CC |
| | Amount =   $3.30 | |
| 02/28/08 | Printing | DUP.10CC |
| | Amount =   $4.85 | |
| 02/28/08 | Westlaw | LEXIS |
| | Amount =   $112.65 | |
| 02/29/08 | Holly Felder Etlin - Messenger and delivery | MESS |
| | Amount =   $29.41 | |
| 02/29/08 | MR DONALD E LANGE - Messenger and delivery | MESS |
| | Amount =   $47.19 | |
| 02/29/08 | DR HAROLD A BLACK - Messenger and delivery | MESS |
| | Amount =   $40.06 | |
| 02/29/08 | MR FREDRIC FORSTER - Messenger and delivery | MESS |
| | Amount =   $47.19 | |

New Century Financial Corporation and New Century Mortgage C          March 27, 2008
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel          Invoice 291197
New Century Financial Corporation                                     Page 124
18400 Von Karman Ave, Ste 1000
Irvine CA   92612                                                     Client #  727440

| | | | |
|---|---|---|---|
| 02/29/08 | MR MICHAEL M SACHS - Messenger and delivery | | MESS |
| | Amount = | $47.19 | |
| 02/29/08 | Photocopies | | DUP.10CC |
| | Amount = | $0.50 | |
| 02/29/08 | Photocopies | | DUP.10CC |
| | Amount = | $85.60 | |
| 02/29/08 | Photocopies | | DUP.10CC |
| | Amount = | $147.60 | |
| 02/29/08 | 8568572791 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/29/08 | 2155681800 Long Distance | | LD |
| | Amount = | $4.76 | |
| 02/29/08 | 4156932034 Long Distance | | LD |
| | Amount = | $5.95 | |
| 02/29/08 | 4156932034 Long Distance | | LD |
| | Amount = | $5.95 | |
| 02/29/08 | 3108718436 Long Distance | | LD |
| | Amount = | $8.33 | |
| 02/29/08 | 2155610950 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/29/08 | 9495172101 Long Distance | | LD |
| | Amount = | $4.76 | |
| 02/29/08 | 2123985832 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/29/08 | 4159848933 Long Distance | | LD |
| | Amount = | $17.85 | |
| 02/29/08 | 6127521909 Long Distance | | LD |
| | Amount = | $1.19 | |
| 02/29/08 | 2134306262 Long Distance | | LD |
| | Amount = | $4.76 | |
| 02/29/08 | 2122971594 Long Distance | | LD |
| | Amount = | $3.57 | |
| 02/29/08 | 9178658688 Long Distance | | LD |
| | Amount = | $2.38 | |
| 02/29/08 | 2/29/08, FED EX/CARGO CITY, BJW | | MESS |
| | Amount = | $94.05 | |

New Century Financial Corporation and New Century Mortgage C
Monika Lemhoefer McCarthy, Esq., SVP & Asst General Counsel
New Century Financial Corporation
18400 Von Karman Ave, Ste 1000
Irvine CA   92612

March 27, 2008
Invoice 291197
Page 125
Client #  727440

| Date | Description | | Code |
|---|---|---|---|
| 02/29/08 | 2/29/08, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 02/29/08 | ALL PACER | | DOCRETRI |
| | Amount = | $68.40 | |
| 02/29/08 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 02/29/08 | Printing | | DUP.10CC |
| | Amount = | $150.15 | |
| 02/29/08 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 02/29/08 | Printing | | DUP.10CC |
| | Amount = | $0.05 | |
| 02/29/08 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 02/29/08 | Printing | | DUP.10CC |
| | Amount = | $3.20 | |
| 02/29/08 | Printing | | DUP.10CC |
| | Amount = | $3.00 | |
| 02/29/08 | Printing | | DUP.10CC |
| | Amount = | $4.20 | |
| 02/29/08 | Printing | | DUP.10CC |
| | Amount = | $3.15 | |
| 02/29/08 | Printing | | DUP.10CC |
| | Amount = | $3.20 | |
| 02/29/08 | Printing | | DUP.10CC |
| | Amount = | $3.00 | |
| 02/29/08 | Printing | | DUP.10CC |
| | Amount = | $2.50 | |
| 02/29/08 | Printing | | DUP.10CC |
| | Amount = | $2.95 | |
| 02/29/08 | Printing | | DUP.10CC |
| | Amount = | $2.10 | |

TOTALS FOR   727440          New Century Financial Corporation and New Century

Expenses   $14,245.48