# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for IXIS 2006-HE3*
*D&G Reference: 212967 / Saxon Batch 57*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000194765 | Brooks | 6/24/206 | 203,200.00 | 216,776.14 | 160,000.00 | 2204 Ellice Way, Fernley, NV 89408 |
| 2000194631 | Rodriguez | 7/6/2006 | 313,444.00 | 341,691.51 | 355,000.00 | 2 Diana Ridge Road, Highland, NY 12528 |
| 2000194394 | Reynolds | 5/25/2006 | 272,000.00 | 289,087.46 | 300,000.00 | 30 Clevenger Court, Springboro, OH 45066 |
| 2000194338 | Thomas, Jr. | 5/25/2006 | 384,000.00 | 408,970.50 | 335,000.00 | 8152 Laguna Brook Way, Elk Grove, CA 95758 |