**EXHIBIT A**

## ORDINARY COURSE PROFESSIONAL STATEMENT FOR PERIOD
## FROM NOVEMBER 1, 2007 THROUGH JANUARY 31, 2008

| No. | OCP | Total Payment from 11/1/07 to 1/31/08 | Monthly Cap | Description of Services Provided |
|---|---|---|---|---|
| 1 | Carlton DiSante & Freudenberger LLP | 58.00 | 35,000.00 | Labor & Employment Specialist |
| 2 | Cohn, Goldberg & Deutsch, LLC | 0.00 | 35,000.00 | Foreclosure Professionals |
| 3 | Fein, Such, Kahn & Shepard, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 4 | Littler Mendelson PC | 8,355.75 | 35,000.00 | Labor & employment counsel providing advice regard WARN Act, severance, benefits, etc. Offices in key states nationwide. |
| 5 | North & Nash, LLP | 0.00 | 35,000.00 | Labor & employment counsel providing advice regard WARN Act, severance, benefits, etc., specialized CA counsel |
| 6 | Rutan & Tucker, LLP | 0.00 | 35,000.00 | Labor & employment counsel providing advice regard WARN Act, severance, benefits, etc., specialized CA counsel |
| 7 | Millsap & Singer, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 8 | Trott & Trott, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 9 | Hunt Leibert Jacobson, PC | 0.00 | 35,000.00 | Foreclosure Professional |
| 10 | Reimer, Lorber & Arnovitz Co., L.P.A. | 0.00 | 35,000.00 | Foreclosure Professional |
| 11 | Druckman & Sinel, LLP | 0.00 | 35,000.00 | Foreclosure Professional |
| 12 | Lamun Mock Cunnyngham & Davis, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 13 | Phelan Hallinan & Schmieg, LLP (PA) | 0.00 | 35,000.00 | Foreclosure Professional |

RLF1-3267191-i

| No. | OCP | Total Payment from 11/1/07 to 1/31/08 | Monthly Cap | Description of Services Provided |
|---|---|---|---|---|
| 14 | Lundberg & Associates | 0.00 | 35,000.00 | Foreclosure Professional |
| 15 | Morris, Schneider & Prior, LLC | 0.00 | 35,000.00 | Foreclosure Professional |
| 16 | Law Offices of David J. Stern, P.A. | 0.00 | 35,000.00 | Foreclosure Professional |
| 17 | Law Office of Martha Croog, LLC | 0.00 | 35,000.00 | Foreclosure Professional |
| 18 | Mackie Wolf & Zientz, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 19 | Fein, Such & Crane, LLP | 0.00 | 35,000.00 | Foreclosure Professional |
| 20 | Wright Finlay and Zak, LLP | 0.00 | 35,000.00 | Foreclosure Professional |
| 21 | Crain Caton & James, P.C. | 0.00 | 35,000.00 | General Regulatory advice for Texas |
| 22 | Martin, Leigh, Laws & Fritzlen, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 23 | Rosenberg & Associates, LLC | 0.00 | 35,000.00 | Foreclosure Professional |
| 24 | Sirote & Permutt, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 25 | Usset, Weingarden & Liebo P.L.L.P. |  | 35,000.00 | Foreclosure Professional |
| 26 | Goldbeck McCafferty & McKeever | 0.00 | 35,000.00 | Foreclosure Professional |
| 27 | Weston Adams Law Firm | 0.00 | 35,000.00 | Foreclosure Professional |
| 28 | Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. | 0.00 | 35,000.00 | Foreclosure Professional |
| 29 | Wilson & Associates, P.L.L.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 30 | Grant C. Rees | 0.00 | 35,000.00 | Foreclosure Professional |
| 31 | Shapiro & Morley, LLP | 0.00 | 35,000.00 | Foreclosure Professional |
| 32 | Deutsch, Kerrigan & Stiles | 0.00 | 10,000.00 | Labor & Employment Specialist |
| 33 | Gray & Associates, LLP | 0.00 | 35,000.00 | Foreclosure Professional |
| 34 | Phelan Hallinan & Schmieg, P.C. (NJ) | 0.00 | 35,000.00 | Foreclosure Professional |
| 35 | Sheldon May & Associates. P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 36 | Orlans Associates, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |

2

| No. | OCP | Total Payment from 11/1/07 to 1/31/08 | Monthly Cap | Description of Services Provided |
|---|---|---|---|---|
| 37 | Fisher and Fisher, LLC | 0.00 | 35,000.00 | Foreclosure Professional |
| 38 | Dean Morris, L.L.P. | 0.00 | 35,000.00 | Foreclosure Professional |
| 39 | Mackoff Kellogg Law Firm | 0.00 | 35,000.00 | Foreclosure Professional |
| 40 | Doyle & Friedmeyer, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 42 | Fisher and Shapiro, LLC | 0.00 | 35,000.00 | Foreclosure Professional |
| 43 | The Law Offices of John D. Clunk Co. LPA | | 35,000.00 | Foreclosure Professional |
| 44 | McCalla Raymer, LLC | 0.00 | 35,000.00 | Foreclosure Professional |
| 45 | Curtis Law Group | 0.00 | 35,000.00 | Counsel for uninsured loan-related recovery |
| 46 | Elizabeth Mason, P.C. | | 35,000.00 | Foreclosure Professional |
| 47 | Feiwell & Hannoy, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 48 | Morris & Associates | 0.00 | 35,000.00 | Foreclosure Professional |
| 49 | Sughrue Mion, PLLC | 9,158.37 | 35,000.00 | General Trademark advice |
| 50 | Wolfe & Wyman | 0.00 | 35,000.00 | Counsel for title insurance recovery |
| 51 | Aronowitz & Ford, LLP | | 35,000.00 | Foreclosure Professional |
| 52 | Bass & Moglowsky, S.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 53 | Ben-Ezra & Katz, P.A. | 0.00 | 35,000.00 | Foreclosure Professional |
| 54 | Executive Trustee Services, LLC | 0.00 | 35,000.00 | Foreclosure Professional |
| 55 | Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O. | 0.00 | 35,000.00 | Foreclosure Professional |
| 56 | Fleming & Whitt, P.A. | 0.00 | 35,000.00 | Foreclosure Professional |
| 57 | ForeclosureLink, Inc. | 0.00 | 35,000.00 | Foreclosure Professional |

3

| No. | OCP | Total Payment from 11/1/07 to 1/31/08 | Monthly Cap | Description of Services Provided |
|---|---|---|---|---|
| 58 | Lobel & Fortin | 0.00 | 35,000.00 | Foreclosure Professional |
| 59 | Malcolm Cisneros | 0.00 | 50,000.00 | National counsel responsible for filing proofs of claim in borrower's bankruptcy cases |
| 60 | Law Offices of Marshall C. Watson, P.A. | 0.00 | 35,000.00 | Foreclosure Professional |
| 61 | Phillips, Olore, Dunlavey & York, P.A. | 0.00 | 35,000.00 | Foreclosure Professional |
| 62 | Regional Trustee Services Corporation | 0.00 | 35,000.00 | Foreclosure Professional |
| 63 | Underwood Law Firm | 0.00 | 35,000.00 | Foreclosure Professional |
| 64 | Golden & Amos PLLC | 0.00 | 35,000.00 | Foreclosure Professional |
| 65 | Mayer, Brown, Rowe & Maw LLP | 4,386.81 | 35,000.00 | FCRA Counsel |
| 66 | Mercer Belanger f/k/a Wood Tuohy Gleason Mercer & Herrin | 0.00 | 35,000.00 | Foreclosure Professional |
| 67 | Northwest Trustee Services | 0.00 | 35,000.00 | Foreclosure Professional |
| 68 | Routh Crabtree Olsen | 0.00 | 35,000.00 | Foreclosure Professional |
| 69 | Shapiro & Massey, LLP | 0.00 | 35,000.00 | Foreclosure Professional |
| 70 | Cal-Western Reconveyance Corporation | 0.00 | 35,000.00 | Foreclosure Professional |
| 71 | George Cretella, Esq. |  | 35,000.00 | Foreclosure Professional |
| 72 | Draper & Goldberg, PLLC | 0.00 | 35,000.00 | Foreclosure Professional |
| 73 | Golson Law Firm* | 0.00 | 35,000.00 | Foreclosure Professional |
| 74 | Guaetta and Benson, LLP | 0.00 | 35,000.00 | Foreclosure Professional |
| 75 | Harmon Law Offices, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 76 | Manley Deas Kochalski PLLC | 0.00 | 35,000.00 | Foreclosure Professional |
| 77 | National Field Representatives, Inc. | 0.00 | 35,000.00 | Foreclosure Professional |

4

| No. | OCP | Total Payment from 11/1/07 to 1/31/08 | Monthly Cap | Description of Services Provided |
|---|---|---|---|---|
| 78 | McKenry, Dancigers, Dawson & Lake, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 79 | Noonan & Wiseman, P.C. f/k/a Thomas J. Noonan, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 80 | Pierce & Associates, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 81 | Rush Moore LLP | 0.00 | 35,000.00 | Foreclosure Professional |
| 82 | South & Associates, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 83 | Shapiro and Mock, LLP | 0.00 | 35,000.00 | Foreclosure Professional |
| 84 | Shapiro, Nordmeyer & Zielke, LLP | 0.00 | 35,000.00 | Foreclosure Professional |
| 85 | Richard M. Squire & Associates, LLC | | 35,000.00 | Foreclosure Professional |
| 86 | T.D. Service Company | 48,366.90 | 35,000.00 | Foreclosure Professional |
| 87 | The Wirbicki Law Group* | 0.00 | 35,000.00 | Foreclosure Professional |
| 88 | Rosicki, Rosicki & Associates, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 89 | Zucker Goldberg & Ackerman LLC | 0.00 | 35,000.00 | Foreclosure Professional |
| 90 | Echevarria, Codilis, & Stawiarski* | 0.00 | 35,000.00 | Foreclosure Professional |
| 91 | Shapiro & Burson, LLP | 0.00 | 35,000.00 | Foreclosure Professional |
| 92 | Knuckles & Komosinski, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 93 | Baxter & Schwartz, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 94 | Randall S. Miller & Associates, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 95 | LandAmerica Default Services Company** | 117,743.00 | 35,000.00 | Foreclosure Professional |
| 96 | Castle Meinhold & Stawiarski, LLC | 0.00 | 35,000.00 | Foreclosure Professional |
| 97 | Steffi A. Swanson, P.C., L.L.O. | 0.00 | 35,000.00 | Foreclosure Professional |
| 98 | Hecker, Colasurdo & Segall, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 99 | McCarthy & Holthus, LLP | 0.00 | 35,000.00 | Foreclosure Professional |
| 100 | Brown & Shapiro, LLP | 0.00 | 35,000.00 | Foreclosure Professional |

RLF1-3267191-1

| No. | OCP | Total Payment from 11/1/07 to 1/31/08 | Monthly Cap | Description of Services Provided |
|---|---|---|---|---|
| 101 | Ablitt and Charlton | 0.00 | 35,000.00 | Foreclosure Professional |
| 102 | Steven J. Baum, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 103 | Doonan, Graves & Longoria, LLC | 0.00 | 35,000.00 | Foreclosure Professional |
| 104 | Brock and Scott, PLLC | 0.00 | 35,000.00 | Foreclosure Professional |
| 105 | Houser & Allison, APC | 0.00 | 35,000.00 | Foreclosure Professional |
| 106 | Lerner, Sampson, & Rothfuss | 0.00 | 40,000.00 | Foreclosure Professional |
| 107 | Brice, Vander Linden & Wernick, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 108 | Kleinsmith & Associates, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 109 | Davidson, Fink, Cook, Kelly & Galbraith | 0.00 | 35,000.00 | Foreclosure Professional |
| 110 | Codilis & Associates, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 111 | Wasser Associates | 0.00 | 35,000.00 | Foreclosure Professional |
| 112 | Baer, Timberlake, Coulson & Cates, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 113 | Ballard Spahr Andrews & Ingersoll, LLP | 0.00 | 35,000.00 | Company's Maryland counsel; provides advice and counsel regard specialized knowledge re: MD |
| 114 | Weiss Spicer PLLC | 0.00 | 35,000.00 | Foreclosure Professional |
| 115 | Roetzel & Andress** | 54,990.18 | 10,000.00 | Local counsel in Ohio handling regulatory issues and TRO filed by the Ohio Attorney General |
| 116 | Robinson Tait, P.S. | 0.00 | 35,000.00 | Foreclosure Professional |
| 117 | Fabrizio & Brook, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 118 | Martin & Brunavs Law Firm | 0.00 | 35,000.00 | Foreclosure Professional |
| 119 | Peter T. Roach & Associates, P.C. | 0.00 | 35,000.00 | Foreclosure Professional |
| 120 | Robert J. Hopp & Associates, LLC | 0.00 | 35,000.00 | Foreclosure Professional |
| 121 | Ringert Clark Chartered | 0.00 | 35,000.00 | Foreclosure Professional |

RLF1-3267191-1

| No. | OCP | Total Payment from 11/1/07 to 1/31/08 | Monthly Cap | Description of Services Provided |
|---|---|---|---|---|
| 122 | Foutty & Foutty, LLP | 0.00 | 35,000.00 | Foreclosure Professional |
| 123 | Jenner & Block LLP* | 103,076.57 | 35,000.00 | Legal advice on insurance issues |
| 125 | Shain, Schaffer & Rafanello, P.C. | 1,665.71 | 35,000.00 | Foreclosure Professional |
| 126 | Frost Brown Todd LLC* | 0.00 | 35,000.00 | Foreclosure Professional |
| 127 | Franzen & Salzano, P.C.* | 0.00 | 35,000.00 | Litigation counsel in Georgia |
| 128 | Routh Crabtree, apc | 0.00 | 35,000.00 | Foreclosure Professional |
| 129 | Kennerly, Montgomery & Finley, P.C.* | 0.00 | 35,000.00 | Litigation counsel in Tennessee |
| 130 | Haynes and Boone, LLP* | 90,518.50 | 40,000.00 for November, 2007 72,500.00 for December, 2007 & 100,000.00 for January, 2008 | Counsel re: Positive Software Solutions, Inc. litigation |

\* Professionals marked with a "*" were not listed on Exhibit A to the Order Authorizing Retention of Professionals Utilized in the Ordinary Course of Business Pursuant to Sections 327 and 328 of the Bankruptcy Code [Docket No. 569].

\*\* To the extent professionals marked with a "**" were paid in excess of their monthly caps in a given month, the Debtors will be filing fee applications seeking approval of such amounts.

RLF1-3267191-1