# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant: U.S. Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1*

*DOVG Reference: 211886*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134019465 | Aurora Perez | 4/18/2006 | 380,000.00 | 418,377.62 | 490,000.00 | 3226 Sieber Way, San Jose, CA 95111 |
| 1134019482 | Hugo Pelayo | 4/6/2006 | 480,000.00 | 524,700.89 | 549,900.00 | 2501 Inez Way, Antioch, CA 94531 |
| 1134019668 | Zoila B. Angos | 4/17/2006 | 228,000.00 | 253,342.65 | 295,000.00 | 422 Stockton Street, East Windsor, NJ 08520 |
| 1134019945 | Christopher Roepke and Shevaun Roepke | 3/20/2006 | 200,000.00 | 215,422.25 | 235,000.00 | 637 Ninth Avenue, Lindenwold, NJ 08021 |
| 1134020102 | Saira Bhamani | 3/30/2006 | 468,657.00 | 467,530.27 | 478,000.00 | 37364 Paintbrush Drive, East Windsor, CA 93551 |
| 1134020512 | Katrina F. Culver | 4/12/2006 | 420,000.00 | 446,876.77 | 489,000.00 | 1787 Old Mamoth Road, Mammoth Lakes, CA 93546 |
| 1134020904 | Peter Benavente and Ana Benavente | 3/31/2006 | 464,000.00 | 496,441.14 | 470,000.00 | 8966 Haflinger Way, Elk Grove, CA 95757 |
| 1134021355 | Jose Luis Vidales | 3/13/2006 | 600,000.00 | 654,962.42 | 685,000.00 | 310 Camino Elevado, Bonita, CA 91902 |
| 1134021683 | Maria Moya | 3/28/2006 | 372,000.00 | 410,191.73 | 489,000.00 | 11366 Pennsylvania Ave., South Gate, CA 90280 |
| 1134021691 | Jose Manuel De Alba | 4/4/2006 | 348,000.00 | 381,361.11 | 389,000.00 | 1344 Beuna Vista Ave., Pomona CA 91766 |
| 1134021953 | Richard Paquin | 4/25/2006 | 272,000.00 | 302,059.80 | 249,900.00 | 35 Elizabeth St., Attleboro, MA 02703 |
| 1134022303 | Esther Franco | 3/30/2006 | 384,000.00 | 414,149.69 | 449,000.00 | 2125 Rio Barranca Court, San Jose, CA 95116 |
| 1134022323 | Francisco J. Maldonado | 3/30/2006 | 240,000.00 | 256,425.34 | 210,000.00 | 8295 Paisley Avenue, Hesperia, CA 92345 |
| 1134022480 | Andrea Rogers | 4/18/2006 | 80,000.00 | 87,109.52 | 90,000.00 | 20229 Prevost Street, Detroit, MI 48235 |
| 1134022856 | Rex Vaughan | 4/3/2006 | 372,000.00 | 406,283.97 | 349,000.00 | 50083 San Solano Road, Coachella, CA 92236 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134023096 | Maria G. Navarro | 3/30/2006 | 428,000.00 | 458,407.58 | 529,000.00 | 16742 San Fernando Mission, Grand Hills, CA 91344 |
| 1134024073 | Maria Janet Reyes | 4/13/2006 | 460,000.00 | 500,151.06 | 499,900.00 | 15630 Poppyseed Lane, Canyon Country, CA 91387 |
| 1134020708 | Cihat Ikizek | 4/11/2006 | 400,000.00 | 425,532.42 | 400,000.00 | 33 Rhonda, North Babylon, NY 11703 |
| 1134023431 | Stanley Koonce | 4/24/2006 | 345,136.00 | 365,334.86 | 435,000.00 | 2328 Hoffman Street, Bronx, NY 10458 |