# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
Movant: U.S. Bank National Association, as Trustee for MASTR Asset Backed Trust 2006-NC1
D&G Reference: 211910

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1146003911 | Joy Delaney | 10/8/2005 | 205,100.00 | 227,423.18 | 279,900.00 | 16 Bourne Circle, Hamburg, NJ 07419 |
| 1146004257 | Victor Perez | 10/7/2005 | 228,000.00 | 253,312.49 | 290,000.00 | 442 Orchard Place, Plainfield, NJ 07060 |
| 1146004261 | Teresa Cazares | 9/27/2005 | 135,200.00 | 142,903.49 | 102,500.00 | 4219 Savannah Lane, Sacramento, CA 95823 |
| 1146004421 | Paul E. Galindo | 10/4/2005 | 270,400.00 | 293,118.73 | 249,000.00 | 2033 W. Somona Avenue, Stockton, CA 95204 |
| 1146005016 | Claudia Lorena Enriquez | 10/3/2005 | 300,000.00 | 325,478.11 | 329,900.00 | 3735 Waller Ave., Richmond, CA 94804 |
| 1146005235 | Lucien Gougeon | 10/7/2005 | 412,000.00 | 450,531.50 | 499,000.00 | 84 Russett Lane, North Andover, MA 01845 |
| 1146006766 | Theodore Fields | 10/18/2005 | 332,000.00 | 374,956.21 | 355,000.00 | 3229 Buttrick Lane, Stockton, CA 95206 |
| 1146007136 | Ofelia Perez | 10/20/2005 | 436,000.00 | 486,263.96 | 499,000.00 | 40323 Corte Marinez, Murrieta, CA 92562 |
| 1146007151 | Armando Alfaro and Josephine Alfaro | 10/25/2005 | 364,000.00 | 406,976.35 | 370,000.00 | 564 Clover Ave., Patterson, CA 95363 |
| 1146007224 | Rosalba Salgado | 10/19/2005 | 272,800.00 | 300,100.76 | 265,000.00 | 300 Kavanagh Ave., Modesto, CA 95350 |
| 1146007885 | Estate of Dexter Melan | 10/17/2005 | 288,000.00 | 310,889.45 | 390,000.00 | 1500 North Chester Avenue, Compton, CA 90221 |
| 1146005162 | Jaime L. Zapata Alvarez | 10/21/2005 | 288,000.00 | 297,806.73 | 335,000.00 | 83 Randolph Avenue, Clifton, NJ 07011 |
| 1146004070 | Jose W. Espinal | 10/4/2005 | 288,320.00 | 310,571.79 | 354,900.00 | 20 Pine Cone Street, Middle Island, NY 11953 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1146005502 | Angel Hernandez and Felicia Garcia | 9/23/2005 | 319,500.00 | 314,522.49 | 315,000.00 | 17 Continental Pl, Staten Island, NY 10303 |
| 1146006249 | Abdus Salam | 10/6/2005 | 600,000.00 | 612,472.97 | 679,000.00 | 85 22 167th Street, Jamaica Hills, NY 11432 |

-2-