# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
Movant: U.S. Bank National Association, as Trustee for MASTR Asset Backed Trust, 2006-HE2
D&G Reference: 211912

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 114027661 | Michael Lambert | 3/20/2006 | 214,105.00 | 232,868.78 | 255,000.00 | 13360 Mesa View Drive, Victorville, CA 92392 |
| 114028532 | Manuel Cisneros | 3/22/2006 | 278,800.00 | 306,731.86 | 279,900.00 | 348 Doral Court, Ontario, CA 91761 |
| 114028935 | Kenneth Hamel and Linda Martin | 4/20/2006 | 197,600.00 | 215,442.55 | 225,000.00 | 56 Washington Ave., Haverhill, MA 01830 |
| 114028613 | Eileen D. Beaulieu | 3/22/2006 | 135,600.00 | 146,471.87 | 145,000.00 | 1229 St. Johnsbury Road, Littleton, NH 03561 |