# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
Movant: Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE5
D&G Reference: 211736

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127100187 | Carmen Otero Solares | 3/21/2006 | 236,000.00 | 256,936.03 | 310,000.00 | 1014 Drake Street, Roselle, NJ 07203 |
| 1127103833 | Tumboura Hill and Adeja Hill | 3/20/2006 | 328,000.00 | 355,456.27 | 345,000.00 | 1836 Torrey Pines Court, Stockton, CA 95206 |
| 1127104002 | Danette Pless and Paul Pless | 3/15/2006 | 286,600.00 | 324,190.40 | 325,000.00 | 636 Carpenter Way, Roseville, CA 95678 |
| 1127074629 | Thomas Harvey and Michelle Toole | 2/16/2006 | 376,000.00 | 400,014.39 | 447,000.00 | 4219 Boyd Avenue, Bronx, NY 10466 |
| 1127102730 | Annun Iskhakov | 3/20/2006 | 380,000.00 | 403,973.88 | 475,000.00 | 104 27 205th Street, Saint Albans, NY 11412 |
| 1127102760 | Melena Giddings | 3/14/2006 | 280,000.00 | 300,544.65 | 399,900.00 | 111 39 143rd Street, Briarwood, NY 11435 |