# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
Movant: Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE2
D&G Reference: 211717

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127043562 | Eduardo Perez Rosales | | | 568,639.52 | 505,000.00 | 224 Lavender Lane, Patterson, CA 95363 |
| 1127044946 | Anthony Millot | | | 330,538.24 | 425,000.00 | 16035 Jackson Drive, Fontana, CA 92336 |
| 1127045341 | Sam A. Tahamtan and Alda Tahamtan | | | 306,888.78 | 289,900.00 | 33550 Willow Haven Ln., Murrieta, CA 92563 |
| 1127045376 | Flavio A. Acosta | | | 215,751.35 | 199,000.00 | 45455 Eleventh Street West, Lancaster, CA 93534 |
| 1127045464 | Edgar A. Manukian | | | 273,410.16 | 225,000.00 | 1581 Twin Star Rd. E., Palm Springs, CA 92262 |
| 1127045473 | John L. Dube | | | 94,891.54 | 160,000.00 | 2000 Gulf Boulevard Aquar, South Padre Island, TX 78597 |
| 1127045756 | Antonio S. Torres | | | 466,666.90 | 550,000.00 | 42012 Dahlia Way, Temecula, CA 92591 |
| 1127056311 | Rhonda R. Slay | | | 203,207.29 | 220,000.00 | 12945 Arbor Lane, Red Bluff, CA 96080 |
| 1127040589 | Marsha Love | | | 131,653.42 | 167,500.00 | 92 Acushnet Avenue, Springfield, MA 01105 |
| 1127043459 | Matthew Perrault and Lorraine Perrault | | | 117,462.10 | 147,900.00 | 20 Gray Street, Winstead, CT 06098 |
| 1127045554 | Nilson Ferreras | | | 404,746.81 | 420,000.00 | 558 560 Market Street, Paterson, NJ 07513 |
| 1127041504 | Floyd Morris | | | 292,901.62 | 320,000.00 | |
| 1127044591 | Khaled Soliman and Mona Soliman | | | 530,513.63 | 640,000.00 | 11 Helene Court, Staten Island, NY 10309 |
| 1127045532 | Sheila Williams | | | 486,392.25 | 579,900.00 | 77 Heatherfield Road, Valley Stream, NY 11581 |