# EXHIBIT B

EXHIBIT "B"

NEW CENTURY TRS HOLDINGS , INC.
Schedule of Expenses
December 1, 2007 through December 31, 2007

| | | |
|---|---|---:|
| 1. | PHOTOCOPYING | |
| | a.   Internal | |
| | b.   External | |
| | | |
| 2. | TELECOMMUNICATIONS | |
| | a.   Toll Charges | 15.80 |
| | b.   Facsimile | |
| | c.   Out-of-State toll charges | |
| | | |
| 3. | COURIER, FRIEGHT AND POSTAL SERVICES | 225.00 |
| | *For overnight and hand delivery to Counsel* | |
| | *and Committee members* | |
| | | |
| 4. | COURT REPORTER AND TRANSCRIPTS | |
| | | |
| 5. | TECHNOLOGY SERVICES | 4,795.00 |
| | *Data hosting/Concordance software licensing December 1,* | |
| | *2007 through December 31, 2007* | |
| | | |
| 6. | OUT-OF-TOWN TRAVEL | |
| | a.   Transportation | 6,999.62 |
| | b.   Lodging | 4,302.06 |
| | c.   Meals | 1,343.11 |
| | | |
| 7. | OUTSIDE SERVICES | |
| | | |
| 8. | LOCAL MEALS | |
| | | |
| 9. | LOCAL TRANSPORTATION, TOLLS, MILEAGE | |
| | AND PARKING – for cabs to/from meetings, car service | |
| | *for employees working after 8:00 p.m. and local mileage* | |
| | *using personal auto* | |
| | | |
| 10. | MISCELLANEOUS | |
| | | |
| | **TOTAL** | **$17,680.59** |