# EXHIBIT B

EXHIBIT "B"

## NEW CENTURY TRS HOLDINGS, INC.
### Schedule of Expenses
### January 1, 2008 through January 31, 2008

| | | |
|---|---|---:|
| 1. | PHOTOCOPYING | |
| | a.  Internal | |
| | b.  External | |
| | | |
| 2. | TELECOMMUNICATIONS | |
| | a.  Toll Charges | 38.85 |
| | b.  Facsimile | 49.36 |
| | c.  Out-of-State toll charges | |
| | | |
| 3. | COURIER, FRIEGHT AND POSTAL SERVICES | 10.50 |
| | *For overnight and hand delivery to Counsel and Committee members* | |
| | | |
| 4. | COURT REPORTER AND TRANSCRIPTS | |
| | | |
| 5. | TECHNOLOGY SERVICES | |
| | *Data hosting/Concordance software licensing January 1, 2008 through January 31, 2008* | 4,795.00 |
| | | |
| 6. | OUT-OF-TOWN TRAVEL | |
| | a.  Transportation | 18,871.08 |
| | b.  Lodging | 12,577.04 |
| | c.  Meals | 2,206.68 |
| | | |
| 7. | OUTSIDE SERVICES | |
| | | |
| 8. | LOCAL MEALS | |
| | | |
| 9. | LOCAL TRANSPORTATION, TOLLS, MILEAGE AND PARKING – for cabs to/from meetings, car service *for employees working after 8:00 p.m. and local mileage using personal auto* | |
| | | |
| 10. | MISCELLANEOUS | |
| | **TOTAL** | **$38,548.51** |