# EXHIBIT B

EXHIBIT "B"

## NEW CENTURY TRS HOLDINGS, INC.
Schedule of Expenses
February 1, 2008 through February 29, 2008

| | | |
|---|---|---:|
| 1. | PHOTOCOPYING | |
| | a.  Internal | |
| | b.  External | |
| 2. | TELECOMMUNICATIONS | |
| | a.  Toll Charges | $191.00 |
| | b.  Facsimile | |
| | c.  Out-of-State toll charges | |
| 3. | COURIER, FRIEGHT AND POSTAL SERVICES | |
| | *For overnight and hand delivery to Counsel and Committee members* | |
| 4. | COURT REPORTER AND TRANSCRIPTS | |
| 5. | TECHNOLOGY SERVICES | |
| | *Data hosting/Concordance software licensing February 1, 2008 through February 29, 2008* | 4,795.00 |
| 6. | OUT-OF-TOWN TRAVEL | |
| | a.  Transportation | 261.60 |
| | b.  Lodging | 248.18 |
| | c.  Meals | 142.21 |
| 7. | OUTSIDE SERVICES | |
| 8. | LOCAL MEALS | |
| 9. | LOCAL TRANSPORTATION, TOLLS, MILEAGE AND PARKING – for cabs to/from meetings, car service *for employees working after 8:00 p.m. and local mileage using personal auto* | |
| 10. | MISCELLANEOUS | |
| | **TOTAL** | **$5,637.99** |