UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                                         : Chapter 11
                                                               :
NEW CENTURY TRS HOLDINGS, INC.,                                : Case No. 07-10416 (KJC)
a Delaware Corporation, *et al.*,                              :
                                                               : Jointly Administered
                            Debtors.                           :
                                                               :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Mark Minuti of Saul Ewing LLP, hereby certify that on April 1, 2008, I caused a copy of the foregoing **Seventh Monthly Application of BDO Seidman, LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Accountants and Financial Advisors to the Examiner for the Period February 1, 2008 Through February 29, 2008** to be served on the parties on the attached service list in the manner indicated.

SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19801
(302) 421-6800

**NEW CENTURY TRS HOLDINGS, INC.,** *et al.*
Service List – *Seventh Monthly Application of BDO Seidman, LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Accountants and Financial Advisors to the Examiner for the Period February 1, 2008 Through February 29,, 2008*

**Via First Class Mail:**

Monika McCarthy, Esquire
New Century Mortgage Corporation
3337 Michelson Drive, Suite CN-350
Irvine, CA 92612

Suzzanne Uhland, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Holly Felder Etlin
AP Services, LLC
9 West 57th Street, Suite 3420
New York, NY 10019

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

Warren H. Smith, Esquire
Warren H. Smith & Associates
325 N. St. Paul, Suite 1275
Dallas, TX 75201

557766.1 4/1/08