IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., et al.,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 07-10416-KJC, et seq.<br><br>**Objections due by: April 29, 2008, 4:00 p.m.**<br>**Hearing Date: May 07, 2008 at 10:00 a.m.** |

**NOTICE OF MOTION OF WELLS FARGO BANK, N.A.
FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

TO:　　Parties listed on the Certificate of Service

　　　Wells Fargo Bank, N.A. has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to a parcel of real property in which the above-captioned debtor may hold an interest, located at 15475 Cedar Grove St, Detroit, MI 48205.

**HEARING ON THE MOTION WILL BE HELD ON MAY 07, 2008 AT 10:00 A.M.**

　　　You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at lease five business days before the above hearing date. At the same time, you must also serve a copy of the response upon movant's attorneys:

　　　　　　Adam Hiller, Esquire
　　　　　　Maria Aprile Sawczuk, Esquire
　　　　　　Draper & Goldberg, PLLC
　　　　　　1500 North French Street, 2nd Floor
　　　　　　Wilmington, Delaware 19801
　　　　　　(302) 339-8776 telephone

　　　The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

　　　The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

*Movant: Wells Fargo Bank, N.A.*
*D&G Reference: 214494*
*Property Address: 15475 Cedar Grove St, Detroit, MI 48205*

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTING IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 1, 2008
      Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC

 /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
Maria Aprile Sawczuk (DE No. 3320)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

*Attorneys for Movant*