NEW CENTURY FINANCIAL CORP.
FTI CONSULTING
SUMMARY OF HOURS BY PROFESSIONAL
FOR THE PERIOD FEBRUARY 1, 2008 THOUGH FEBRUARY 29, 2008

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Greenspan, Ronald | Senior Managing Director | 1.4 | | |
| Star, Samuel | Senior Managing Director | 22.1 | | |
| Joffe, Steven | Senior Managing Director | 6.5 | | |
| Dragelin, Timothy | Senior Managing Director | 20.4 | | |
| Ellis, Melissa | Director | 43.8 | | |
| Bryant, Kristin | Senior Consultant | 2.2 | | |
| Amico, Marc | Senior Consultant | 26.2 | | |
| Park, Ji Yon | Senior Consultant | 12.9 | | |
| Spano, Matthew | Consultant | 1.4 | | |
| Bennett, Jessica | Consultant | 6.5 | | |
| Pearson, Linda | Administrative | 0.7 | | |
| **Sub-Total** | | **144.1** | **N/A** | **$ 100,000** |

**Hourly Scope Projects**

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Sloane, Raymond | Senior Managing Director | 5.1 | $ 615 | $ 3,137 |
| Buchanan, Michael | Senior Managing Director | 25.7 | 540 | 13,878 |
| Shapss-Herringer, Wendy | Managing Director | 0.6 | 550 | 330 |
| Ellis, Melissa | Director | 0.2 | 560 | 112 |
| Friedler, Andrew | Director | 57.2 | 475 | 27,170 |
| Spieler, Marc | Director | 6.8 | 465 | 3,162 |
| Gosik, Jaime | Director | 10.9 | 435 | 4,742 |
| Robinson, Sonja | Director | 0.2 | 378 | 76 |
| Wilbur, Alan | Director | 7.1 | 325 | 2,308 |
| Dharssi, Adil | Senior Consultant | 7.2 | 380 | 2,736 |
| Rogers, Brendan | Senior Consultant | 21.8 | 350 | 7,630 |
| Gonzalez, Ashley | Senior Consultant | 1.5 | 315 | 473 |
| de la Incera, Carlos | Senior Consultant | 34.4 | 300 | 10,320 |
| Meyer, Joshua | Senior Consultant | 0.5 | 300 | 150 |
| Connor, Jennifer | Senior Consultant | 15.1 | 270 | 4,077 |
| Agyemang, Abay | Consultant | 3.0 | 275 | 825 |
| Cruz, Elizaveta | Consultant | 1.7 | 250 | 425 |
| Lam, Justin | Consultant | 4.5 | 225 | 1,013 |
| Rashid, Muhammad | Consultant | 2.0 | 185 | 370 |
| Cruz, David | Administrative | 3.0 | 65 | 195 |
| **Sub-Total** | | **208.5** | | **$ 83,126** |
| **Total** | | **352.6** | | **$ 183,126** |