**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF HOURS BY PROJECT CODE**
**FOR THE PERIOD FEBRUARY 1, 2008 THOUGH FEBRUARY 29, 2008**

| PROJECT CODE | DESCRIPTION | HOURS |
|---|---|---|
| 1 | Planning, Supervision and Review | 0.7 |
| 2 | Preparation and Review of Info. Requests and Related Matters | 1.2 |
| 3 | Review Newly Received Documents | 1.8 |
| 6 | Analysis re: Potential Avoidance Actions | 0.2 |
| 8 | Analysis of Current Operating Results and Related Matters | 0.2 |
| 12 | Analysis of Tax Issues | 8.3 |
| 18 | Analyze Liabilities Subject to Compromise | 15.1 |
| 19 | Prep/Particp in Mtgs & Conf Calls with Debtor and Advisors | 4.2 |
| 20 | Prep/Particp in Creditor Committee Mtgs & Conf Calls | 13.8 |
| 22 | Analyze Employee Severance, Pension, Retention and Bonus Programs | 0.5 |
| 23 | Analyze Employment Contract Matters | 1.0 |
| 30 | Participate in Negotiation and Formulation of Plan and Reorganization | 42.1 |
| 32 | Review of Disclosure Statement | 17.8 |
| 33 | Analyze Asset Sales Proposals | 9.0 |
| 36 | Analysis & Preparation of Short-term Cash Flow Projections | 3.8 |
| 37 | Firm Retention | 12.9 |
| 39 | Preparation of Monthly Invoice and Support Schedules | 11.5 |
| **Sub-Total** | | **144.1** |

**Hourly Scope Projects**

| PROJECT CODE | DESCRIPTION | HOURS |
|---|---|---|
| 6 | Analysis re: Potential Avoidance Actions | 83.0 |
| 41 | Document Management Services | 76.5 |
| 42 | Wage Litigation | 49.0 |
| **Sub-Total** | | **208.5** |
| **Total** | | **352.6** |

NEW CENTURY FINANCIAL CORP.                                                      EXHIBIT B
FTI CONSULTING
SUMMARY OF HOURS BY PROJECT CODE
FOR THE PERIOD FEBRUARY 1, 2008 THOUGH FEBRUARY 29, 2008

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|------|-------------|----------|------|-------|---------------------|
| 2/13/2008 | Dragelin, Timothy | Sr Managing Dir | 1 | 0.3 | Call with S. Star to coordinate issues. |
| 2/22/2008 | Ellis, Melissa | Director | 1 | 0.2 | Organize key files. |
| 2/22/2008 | Star, Samuel | Sr Managing Dir | 1 | 0.2 | Meet with M. Ellis re: case status. |
| | | | 1 Total | 0.7 | |
| | | | | | |
| 2/4/2008 | Amico, Marc | Sr Consultant | 2 | 1.0 | Review Debtor's responses to information request list and research further issues. |
| 2/4/2008 | Amico, Marc | Sr Consultant | 2 | 0.2 | Draft email to M. Ellis explaining any issues with Debtor's responses to information request list. |
| | | | 2 Total | 1.2 | |
| | | | | | |
| 2/4/2008 | Ellis, Melissa | Director | 3 | 0.5 | Review of new materials from Alix re: open items. |
| 2/6/2008 | Amico, Marc | Sr Consultant | 3 | 0.3 | Review court docket and distribute email to team re: noteworthy filings. |
| 2/8/2008 | Amico, Marc | Sr Consultant | 3 | 0.2 | Review court docket and distribute email to team re: noteworthy filings. |
| 2/15/2008 | Amico, Marc | Sr Consultant | 3 | 0.2 | Review court docket and distribute email to team re: noteworthy filings. |
| 2/22/2008 | Amico, Marc | Sr Consultant | 3 | 0.3 | Review court docket and distribute email to team re: noteworthy filings. |
| 2/28/2008 | Amico, Marc | Sr Consultant | 3 | 0.3 | Review court docket and distribute email to team re: noteworthy filings. |
| | | | 3 Total | 1.8 | |
| | | | | | |
| 2/7/2008 | Star, Samuel | Sr Managing Dir | 6 | 0.2 | Review litigation memo. |
| | | | 6 Total | 0.2 | |
| | | | | | |
| 2/22/2008 | Amico, Marc | Sr Consultant | 8 | 0.2 | Review December MOR. |
| | | | 8 Total | 0.2 | |
| | | | | | |
| 2/1/2008 | Ellis, Melissa | Director | 12 | 0.6 | Participate on tax call. |
| 2/1/2008 | Joffe, Steven | Sr Managing Dir | 12 | 1.0 | Research issues relating to REIT distributions. |
| 2/5/2008 | Joffe, Steven | Sr Managing Dir | 12 | 2.0 | Review tax sections in the POL documents. |
| 2/6/2008 | Joffe, Steven | Sr Managing Dir | 12 | 0.5 | Draft email regarding non-cash income deduction. |
| 2/15/2008 | Joffe, Steven | Sr Managing Dir | 12 | 0.5 | Call with Hahn & Hessen and Grant Thornton re: tax issues. |
| 2/18/2008 | Ellis, Melissa | Director | 12 | 0.2 | Discuss disclosure statement tax issues with S. Joffe. |
| 2/19/2008 | Joffe, Steven | Sr Managing Dir | 12 | 1.0 | Review tax issues of the plan and disclosure statement. |
| 2/27/2008 | Joffe, Steven | Sr Managing Dir | 12 | 0.5 | Review disclosure document and provide comments on tax issues. |
| 2/29/2008 | Ellis, Melissa | Director | 12 | 0.8 | Participate on tax call. |
| 2/29/2008 | Ellis, Melissa | Director | 12 | 0.2 | Review notes from previous tax call. |
| 2/29/2008 | Joffe, Steven | Sr Managing Dir | 12 | 1.0 | Participate on tax call. |
| | | | 12 Total | 8.3 | |
| | | | | | |
| 2/1/2008 | Ellis, Melissa | Director | 18 | 0.5 | Review landlord stipulation and retrieve proof of claim. |
| 2/7/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 0.6 | Review RFC claim issues and data needs and send email to T. Brents (AP) regarding information request list. |
| 2/12/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 1.0 | Call with T. Brents (AP), R. Reed (NC), B. Lent (NC) and R. Brunner (FTI) regarding analysis of RFC claim. |
| 2/13/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 0.2 | Draft and read emails regarding RFC claim analysis. |
| 2/13/2008 | Star, Samuel | Sr Managing Dir | 18 | 0.5 | Call with T. Dragelin re: EPD protocol. |
| 2/24/2008 | Ellis, Melissa | Director | 18 | 0.3 | Review of claims file. |
| 2/25/2008 | Star, Samuel | Sr Managing Dir | 18 | 0.1 | Call with T. Dragelin re: EPD calculation. |
| 2/26/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 0.6 | Working session with T. Brents (AP) regarding RFC claim issues. |
| 2/26/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 1.1 | Working session with Hahn & Hessen, OMM and AlixPartners regarding RFC claim issues. |
| 2/26/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 1.1 | Meet with R. Brunner (FTI) regarding RFC claim analysis. |
| 2/26/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 2.0 | Review RFC claim analysis. |
| 2/26/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 0.5 | Call with M. Power regarding RFC claim issues and analysis. |
| 2/26/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 0.5 | Call with M. Wei regarding RFC claim analysis. |
| 2/27/2008 | Star, Samuel | Sr Managing Dir | 18 | 0.2 | Call with T. Dragelin re: EPD/breach claim analysis. |
| 2/28/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 2.1 | Prepare analysis and write-up of RFC claim issues. |
| 2/28/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 1.3 | Call with RFC, OMM, AlixPartners and Hahn & Hessen regarding RFC claim issues. |
| 2/28/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 0.2 | Follow up call with M. Power (HH) regarding RFC claim issues. |
| 2/28/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 0.6 | Analyze RFC claim issues. |
| 2/28/2008 | Ellis, Melissa | Director | 18 | 0.3 | Research claim inquiry from J. Cerbone. |
| 2/28/2008 | Spano, Matthew | Consultant | 18 | 0.3 | Update "New Century Financial: Risk Profiling of Loan Pools" presentation to RFC. |
| 2/29/2008 | Spano, Matthew | Consultant | 18 | 1.1 | Research recent announcements of MBS downgrades by S&P and related loss severity factors for analysis of the RFC claim. |
| | | | 18 Total | 15.1 | |
| | | | | | |
| 2/6/2008 | Amico, Marc | Sr Consultant | 19 | 0.7 | Participate on call with Debtor and M. Ellis to discuss outstanding issues. |
| 2/6/2008 | Amico, Marc | Sr Consultant | 19 | 0.2 | Prepare for call with Debtor. |
| 2/6/2008 | Ellis, Melissa | Director | 19 | 0.7 | Participate on call with Debtor and M. Amico to discuss outstanding issues. |
| 2/13/2008 | Amico, Marc | Sr Consultant | 19 | 0.3 | Organize files and prepare for weekly call. |
| 2/13/2008 | Amico, Marc | Sr Consultant | 19 | 0.3 | Prepare for weekly call with Debtor. |
| 2/13/2008 | Amico, Marc | Sr Consultant | 19 | 1.0 | Participate on weekly call with Debtor. |
| 2/13/2008 | Ellis, Melissa | Director | 19 | 1.0 | Weekly call with Alix. |
| | | | 19 Total | 4.2 | |
| | | | | | |
| 2/1/2008 | Dragelin, Timothy | Sr Managing Dir | 20 | 1.2 | Call with Committee Members and counsel regarding plan. |
| 2/1/2008 | Greenspan, Ronald | Sr Managing Dir | 20 | 0.9 | Call with Committee Members and counsel regarding plan. |
| 2/4/2008 | Amico, Marc | Sr Consultant | 20 | 0.5 | Participate on Committee call. |
| 2/4/2008 | Ellis, Melissa | Director | 20 | 0.7 | Call with UCC re: plan. |
| 2/4/2008 | Greenspan, Ronald | Sr Managing Dir | 20 | 0.5 | Committee call re: plan amendments. |
| 2/11/2008 | Dragelin, Timothy | Sr Managing Dir | 20 | 1.1 | Call with Committee regarding examiner issues and liquidating trustee recommendations. |
| 2/11/2008 | Ellis, Melissa | Director | 20 | 1.2 | Call with Committee regarding examiner issues and liquidating trustee recommendations. |
| 2/22/2008 | Star, Samuel | Sr Managing Dir | 20 | 0.7 | Conference call with Committee counsel re: case status. |
| 2/26/2008 | Ellis, Melissa | Director | 20 | 1.4 | Call with UCC re: liquidating trustee and disclosure statement. |
| 2/26/2008 | Star, Samuel | Sr Managing Dir | 20 | 1.0 | Conference call with Committee re: liquidating trustee candidates and POL issues. |
| 2/28/2008 | Star, Samuel | Sr Managing Dir | 20 | 4.6 | Preparation for and attendance at Committee meeting re: liquidating trustee interviews and POL issues. |
| | | | 20 Total | 13.8 | |

EXHIBIT B

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|------|--------------|----------|------|-------|----------------------|
| 2/11/2008 | Ellis, Melissa | Director | 22 | 0.5 | Review New Century files for final KEIRP participant list for Examiner. |
| | | | **22 Total** | **0.5** | |
| | | | | | |
| 2/13/2008 | Star, Samuel | Sr Managing Dir | 23 | 0.7 | Conference call with counsel re: Rubio wage litigation. |
| 2/18/2008 | Star, Samuel | Sr Managing Dir | 23 | 0.1 | Correspondence with counsel re: California wage claim litigation. |
| 2/20/2008 | Star, Samuel | Sr Managing Dir | 23 | 0.2 | Coordinate assistance in Rubio wage litigation. |
| | | | **23 Total** | **1.0** | |
| | | | | | |
| 2/1/2008 | Ellis, Melissa | Director | 30 | 1.5 | Plan call with the committee. |
| 2/1/2008 | Star, Samuel | Sr Managing Dir | 30 | 1.3 | Conference call with Committee re: POL issues. |
| 2/4/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.5 | Participate on conference call with Committee re: POL issues. |
| 2/11/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.2 | Review correspondence from counsel re: liquidating trustee and KEIP. |
| 2/12/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.3 | Review liquidation trustee candidates and questions. |
| 2/13/2008 | Amico, Marc | Sr Consultant | 30 | 0.6 | Review and analyze Debtor's revised liquidity and recovery analysis. |
| 2/13/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.2 | Meet with M. Ellis re: updated recovery analysis. |
| 2/14/2008 | Ellis, Melissa | Director | 30 | 0.2 | Review liquidating trustee interview schedule. |
| 2/14/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.1 | Call with liquidating trustee candidate. |
| 2/19/2008 | Ellis, Melissa | Director | 30 | 0.4 | Review of recovery model assumptions from Alix. |
| 2/20/2008 | Amico, Marc | Sr Consultant | 30 | 0.2 | Review Debtor's recent recovery model. |
| 2/20/2008 | Ellis, Melissa | Director | 30 | 0.7 | Call with J. Lisac re: recovery model. |
| 2/20/2008 | Park, Ji Yon | Sr Consultant | 30 | 1.3 | Run updated inputs from the company into recovery analysis model and compare. |
| 2/21/2008 | Amico, Marc | Sr Consultant | 30 | 0.8 | Review Debtor's recent recovery model and note changes from FTI's previous analysis. |
| 2/21/2008 | Amico, Marc | Sr Consultant | 30 | 1.1 | Review Debtor's recent recovery model and draft email to team re: observations. |
| 2/21/2008 | Ellis, Melissa | Director | 30 | 1.0 | Call with Alix and OMM re: recovery model. |
| 2/21/2008 | Ellis, Melissa | Director | 30 | 1.0 | Review recovery analysis with L. Park and prepare issues list for disclosure statement. |
| 2/21/2008 | Ellis, Melissa | Director | 30 | 0.2 | Review comments from M. Amico re: recovery analysis. |
| 2/21/2008 | Park, Ji Yon | Sr Consultant | 30 | 0.9 | Participate on call with Alix and counsel to discuss recovery analysis. |
| 2/22/2008 | Ellis, Melissa | Director | 30 | 1.0 | Call with Hahn & Hessen re: POL |
| 2/22/2008 | Ellis, Melissa | Director | 30 | 0.3 | Review questionnaires for liquidating trustee. |
| 2/22/2008 | Ellis, Melissa | Director | 30 | 0.6 | Discuss recovery analysis and models with L. Park and review model and information received from Alix. |
| 2/22/2008 | Ellis, Melissa | Director | 30 | 0.7 | Review and compare revised recovery analysis to prior version and trace certain settlements for disclosure statement purposes. |
| 2/22/2008 | Ellis, Melissa | Director | 30 | 0.5 | Review updated recovery analysis with reallocation of claims reduction benefit. |
| 2/22/2008 | Ellis, Melissa | Director | 30 | 0.2 | Review of Access Lending recovery model. |
| 2/22/2008 | Ellis, Melissa | Director | 30 | 0.8 | Develop question list re: open recovery model issues for Alix. |
| 2/22/2008 | Ellis, Melissa | Director | 30 | 0.4 | Coordinate follow up call and question list re: recovery model. |
| 2/22/2008 | Park, Ji Yon | Sr Consultant | 30 | 1.7 | Run updated recovery analysis input provided by Alix for both high and low cases. |
| 2/22/2008 | Park, Ji Yon | Sr Consultant | 30 | 0.6 | Call with Committee to discuss POL. |
| 2/22/2008 | Park, Ji Yon | Sr Consultant | 30 | 0.4 | Call with Alix to discuss and review recovery analysis inputs and outputs. |
| 2/22/2008 | Park, Ji Yon | Sr Consultant | 30 | 0.3 | Call with Alix to discuss and review recovery analysis intercompany issues. |
| 2/22/2008 | Park, Ji Yon | Sr Consultant | 30 | 1.8 | Rerun recovery analysis with intercompany allocation for both high and low cases. |
| 2/22/2008 | Park, Ji Yon | Sr Consultant | 30 | 1.3 | Continue to rerun recovery analysis with intercompany allocation for both high and low cases. |
| 2/22/2008 | Park, Ji Yon | Sr Consultant | 30 | 0.8 | Reconcile recovery outputs by Alix to outputs from FTI's analysis. |
| 2/23/2008 | Ellis, Melissa | Director | 30 | 0.5 | Call with Alix re: recovery model. |
| 2/23/2008 | Ellis, Melissa | Director | 30 | 0.8 | Review of revised recovery model received from Alix and prepare related emails re: inclusion of averages and other for disclosure statement. |
| 2/23/2008 | Park, Ji Yon | Sr Consultant | 30 | 0.7 | Update recovery analysis per Alix's revised inputs. |
| 2/23/2008 | Park, Ji Yon | Sr Consultant | 30 | 0.3 | Call with Alix to discuss updates to inputs in the recovery model. |
| 2/24/2008 | Ellis, Melissa | Director | 30 | 1.8 | Prepare recovery inputs comparison and prepare corresponding emails to team. |
| 2/25/2008 | Ellis, Melissa | Director | 30 | 1.2 | Multiple calls with J. Lisac re: recovery model. |
| 2/25/2008 | Ellis, Melissa | Director | 30 | 0.8 | Review of recovery comparison analysis of changes from November to current for disclosure statement purposes and prepare modifications re: same. |
| 2/25/2008 | Ellis, Melissa | Director | 30 | 0.5 | Various emails with team re: recovery changes. |
| 2/25/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.8 | Meet with L. Park re: recovery model. |
| 2/26/2008 | Ellis, Melissa | Director | 30 | 0.2 | Prepare for call with Hahn & Hessen re: recovery model. |
| 2/26/2008 | Ellis, Melissa | Director | 30 | 0.8 | Call with Debtors re: recovery model. |
| 2/26/2008 | Ellis, Melissa | Director | 30 | 0.5 | Call with J. Cerbone re: recovery model issues. |
| 2/26/2008 | Ellis, Melissa | Director | 30 | 0.4 | Meeting with S. Star re: recovery model. |
| 2/26/2008 | Ellis, Melissa | Director | 30 | 0.5 | Call with Hahn & Hessen re: recovery model in advance of call with Debtors. |
| 2/26/2008 | Ellis, Melissa | Director | 30 | 1.6 | Prepare analysis for distribution to Committee to compare recovery estimates as of November to latest disclosure statement. |
| 2/26/2008 | Ellis, Melissa | Director | 30 | 0.8 | Make additional changes to recovery summary for Committee. |
| 2/26/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.5 | Review comparative recovery analyses. |
| 2/26/2008 | Star, Samuel | Sr Managing Dir | 30 | 1.4 | Conference calls with Committee counsel and Debtors' counsel re: POL, disclosure statement and updated recovery analysis. |
| 2/28/2008 | Ellis, Melissa | Director | 30 | 0.8 | Review and discuss modifications to litigation proceeds analysis. |
| 2/28/2008 | Park, Ji Yon | Sr Consultant | 30 | 1.3 | Prepare litigation proceeds allocation schedule for high recovery scenario with 30% increase to DBSP and compare to unadjusted and November scenarios. |
| 2/28/2008 | Park, Ji Yon | Sr Consultant | 30 | 0.8 | Prepare litigation proceeds allocation schedule for low end recovery scenario with 30% increase to DBSP. |
| 2/28/2008 | Park, Ji Yon | Sr Consultant | 30 | 0.4 | Discuss litigation allocation scenario with FTI team. |
| 2/28/2008 | Park, Ji Yon | Sr Consultant | 30 | 0.3 | Reconcile latest claims numbers from Alix's analysis to amended disclosure statement that was filed on 2/27/08. |
| 2/28/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.5 | Review alternative litigation proceeds allocations for DBSP. |
| | | | **30 Total** | **42.1** | |
| | | | | | |
| 2/1/2008 | Ellis, Melissa | Director | 32 | 1.0 | Review of revised draft disclosure statement. |
| 2/4/2008 | Ellis, Melissa | Director | 32 | 0.3 | Review of filed POL and disclosure statement. |
| 2/7/2008 | Star, Samuel | Sr Managing Dir | 32 | 0.3 | Review disclosure statement. |
| 2/10/2008 | Ellis, Melissa | Director | 32 | 1.2 | Review of filed disclosure statement. |
| 2/13/2008 | Ellis, Melissa | Director | 32 | 0.8 | Review of newly received revised disclosure statement that reflects recovery % and claims estimates. |
| 2/13/2008 | Ellis, Melissa | Director | 32 | 0.3 | Prepare email for team re: disclosure statement. |
| 2/13/2008 | Ellis, Melissa | Director | 32 | 0.2 | Discussion with S. Star re: disclosure statement status. |
| 2/14/2008 | Star, Samuel | Sr Managing Dir | 32 | 1.9 | Review latest draft disclosure statement. |
| 2/15/2008 | Ellis, Melissa | Director | 32 | 0.4 | Discuss timing on comments of disclosure statement with S. Star and follow up with J. Lisac re: inputs for recovery model. |
| 2/18/2008 | Ellis, Melissa | Director | 32 | 1.9 | Review revised disclosure statement and develop question/comment list. |
| 2/18/2008 | Ellis, Melissa | Director | 32 | 0.8 | Meeting with S. Star to review disclosure statement comments. |
| 2/18/2008 | Star, Samuel | Sr Managing Dir | 32 | 0.6 | Meet with M. Ellis re: disclosure statement. |
| 2/19/2008 | Ellis, Melissa | Director | 32 | 1.2 | Prepare comments for Hahn & Hessen re: disclosure statement. |

EXHIBIT B

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|------|-------------|----------|------|-------|---------------------|
| 2/20/2008 | Ellis, Melissa | Director | 32 | 0.5 | Review of revised information received from Alix re: disclosure statement. |
| 2/20/2008 | Star, Samuel | Sr Managing Dir | 32 | 0.2 | Review disclosure statement comments. |
| 2/22/2008 | Ellis, Melissa | Director | 32 | 0.4 | Meeting with S. Star re: disclosure statement. |
| 2/25/2008 | Ellis, Melissa | Director | 32 | 2.4 | Review of disclosure statement and compare to recovery analysis from Alix and information from FTI summaries. |
| 2/26/2008 | Ellis, Melissa | Director | 32 | 0.2 | Review of cash exhibit to disclosure statement. |
| 2/27/2008 | Star, Samuel | Sr Managing Dir | 32 | 1.8 | Review revised disclosure statement. |
| 2/28/2008 | Ellis, Melissa | Director | 32 | 0.4 | Meet with S. Star re: disclosure statement comments. |
| 2/28/2008 | Ellis, Melissa | Director | 32 | 0.5 | Review amended disclosure statement. |
| 2/28/2008 | Star, Samuel | Sr Managing Dir | 32 | 0.5 | Review disclosure statement comments with M. Ellis. |
| | | | **32 Total** | **17.8** | |
| | | | | | |
| 2/1/2008 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.3 | Research Access Lending issues. |
| 2/4/2008 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.6 | Call with D. Grubman (HH) regarding Access Lending payment issues. |
| 2/6/2008 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.5 | Call with D. Grubman (HH) regarding Access Lending issues. |
| 2/6/2008 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.4 | Call with J. Lisac (AP), OMM and D. Grubman (HH) regarding Access Lending and issues with payment. |
| 2/7/2008 | Bryant, Kristin | Sr Consultant | 33 | 0.7 | Review miscellaneous asset sales filed by the Debtor and provide summary and review of the economics of each sale. |
| 2/7/2008 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.2 | Review miscellaneous asset sale proposals from Debtor and draft revised response from K. Bryant (FTI). |
| 2/7/2008 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.2 | Coordinate Access Lending call with Access Lending representatives and Alix contact. |
| 2/11/2008 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.0 | Call with Access Lending representatives regarding information needs. |
| 2/12/2008 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.5 | Call with D. Grubman (HH) regarding Access Lending possible default of agreement. |
| 2/15/2008 | Amico, Marc | Sr Consultant | 33 | 0.4 | Review and analyze the National City settlement offer. |
| 2/15/2008 | Bryant, Kristin | Sr Consultant | 33 | 0.8 | Review analysis provided by the Debtor regarding the National City proposed settlement amount and compare with prior asset sales and information. |
| 2/18/2008 | Bryant, Kristin | Sr Consultant | 33 | 0.7 | Review additional information received from the Debtor regarding the proposed settlement with National City. |
| 2/19/2008 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.3 | Call regarding Access Lending. |
| 2/20/2008 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.9 | Call regarding Access Lending. |
| 2/25/2008 | Ellis, Melissa | Director | 33 | 0.4 | Review of newly received Carrington fund documents. |
| 2/29/2008 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.1 | Analyze Access Lending issues and letter to buyer. |
| | | | **33 Total** | **9.0** | |
| | | | | | |
| 2/11/2008 | Ellis, Melissa | Director | 36 | 0.2 | Review cash flow items to prepare for call with Committee. |
| 2/24/2008 | Amico, Marc | Sr Consultant | 36 | 1.8 | Analyze the use of operating expenses used in the updated recovery model and compare to amount in November model. |
| 2/24/2008 | Ellis, Melissa | Director | 36 | 0.3 | Review of updated cash flow information from Alix. |
| 2/25/2008 | Amico, Marc | Sr Consultant | 36 | 1.5 | Analyze the use of operating expenses used in the updated recovery model and compare to amount in November model. |
| | | | **36 Total** | **3.8** | |
| | | | | | |
| 2/1/2008 | Amico, Marc | Sr Consultant | 37 | 0.4 | Prepare supplemental conflict check. |
| 2/4/2008 | Amico, Marc | Sr Consultant | 37 | 0.2 | Prepare documentation for supplemental conflict check. |
| 2/5/2008 | Amico, Marc | Sr Consultant | 37 | 0.3 | Meet with J. Bennett to discuss the supplemental conflict check. |
| 2/5/2008 | Bennett, Jessica | Consultant | 37 | 1.5 | Perform supplemental conflict check. |
| 2/6/2008 | Bennett, Jessica | Consultant | 37 | 5.0 | Perform supplemental conflict check. |
| 2/7/2008 | Amico, Marc | Sr Consultant | 37 | 3.4 | Review supplemental conflict check and prepare affidavit and exhibits. |
| 2/7/2008 | Ellis, Melissa | Director | 37 | 0.2 | Retention related emails. |
| 2/7/2008 | Star, Samuel | Sr Managing Dir | 37 | 0.4 | Review supplemental affidavit. |
| 2/8/2008 | Amico, Marc | Sr Consultant | 37 | 0.5 | Make final edits to the supplemental retention affidavit and send for court filing. |
| 2/13/2008 | Amico, Marc | Sr Consultant | 37 | 0.3 | Gather and send FTI's past retention documents to FLC team. |
| 2/25/2008 | Amico, Marc | Sr Consultant | 37 | 0.3 | Prepare supplemental affidavit for FTI retention. |
| 2/25/2008 | Star, Samuel | Sr Managing Dir | 37 | 0.4 | Draft supplemental affidavit. |
| | | | **37 Total** | **12.9** | |
| | | | | | |
| 2/1/2008 | Star, Samuel | Sr Managing Dir | 39 | 0.7 | Complete response to fee auditor. |
| 2/4/2008 | Pearson, Linda | Administrative | 39 | 0.2 | Preparation of documents and printing/binding. |
| 2/6/2008 | Amico, Marc | Sr Consultant | 39 | 0.9 | Begin to prepare the January fee application. |
| 2/7/2008 | Amico, Marc | Sr Consultant | 39 | 1.1 | Review time detail for the January fee application. |
| 2/7/2008 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. |
| 2/12/2008 | Amico, Marc | Sr Consultant | 39 | 0.6 | Review time and expense detail for the January fee application. |
| 2/12/2008 | Ellis, Melissa | Director | 39 | 0.4 | Review of January invoice. |
| 2/13/2008 | Amico, Marc | Sr Consultant | 39 | 0.5 | Make updates to January fee application. |
| 2/13/2008 | Pearson, Linda | Administrative | 39 | 0.2 | Preparation of documents and printing/binding. |
| 2/14/2008 | Amico, Marc | Sr Consultant | 39 | 2.3 | Prepare the January fee application. |
| 2/20/2008 | Star, Samuel | Sr Managing Dir | 39 | 0.8 | Review January bill. |
| 2/22/2008 | Amico, Marc | Sr Consultant | 39 | 1.8 | Edit January fee application per comments from S. Star. |
| 2/22/2008 | Star, Samuel | Sr Managing Dir | 39 | 0.2 | Meet with M. Amico re: January bill. |
| 2/25/2008 | Amico, Marc | Sr Consultant | 39 | 0.8 | Make edits to January fee application and prepare for filing. |
| 2/26/2008 | Amico, Marc | Sr Consultant | 39 | 0.3 | Make edits to January fee application and prepare for filing. |
| 2/28/2008 | Amico, Marc | Sr Consultant | 39 | 0.4 | Tend to administrative items relating to billing. |
| 2/29/2008 | Pearson, Linda | Administrative | 39 | 0.2 | Preparation of documents and printing/binding. |
| | | | **39 Total** | **11.5** | |
| | | | | | |
| | | | **Sub-Total** | **144.1** | |

**Hourly Scope Projects**

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|------|-------------|----------|------|-------|---------------------|
| 2/1/2008 | Friedler, Andrew | Director | 6 | 2.4 | Review and update the Audit Committee Minutes Binder to include highlighted and flagged sections. |
| 2/1/2008 | Friedler, Andrew | Director | 6 | 1.6 | Continue to review and update the Audit Committee Minutes Binder to include highlighted and flagged sections. |
| 2/1/2008 | Gosik, Jaime | Director | 6 | 0.9 | Follow-up on status of documents to be loaded into Ringtail. |
| 2/1/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 1.3 | Read and review additional documents received from counsel; supervision and review -- discussion with A. Friedler. |
| 2/5/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 0.4 | Further communications with J. McCahey, Esq. (Hahn & Hessen) and with J. Joffe (FTI) with respect to taxable REIT and dividend issues. |
| 2/5/2008 | Spieler, Marc | Director | 6 | 0.2 | Manage attempt to establish connection to New Century VPN / Citrix environment. |
| 2/6/2008 | Ellis, Melissa | Director | 6 | 0.2 | Review litigation memo. |
| 2/6/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 0.4 | Telephone conference with J. McCahey, Esq. (Hahn & Hessen) with respect to Directors, tax, and dividend issues; follow-up with S. Joffe. |
| 2/10/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 0.9 | Review and analysis of documents provided by Counsel (Hahn & Hessen). |

EXHIBIT B

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|---|---|---|---|---|---|
| 2/11/2008 | Dharssi, Adil | Sr Consultant | 6 | 2.4 | Testing of VPN access for Epicor environment and installation of software to gain access to New Century EPICOR accounting system. |
| 2/11/2008 | Dharssi, Adil | Sr Consultant | 6 | 1.0 | Testing and debugging of VPN software and installation for Epicor to gain access to New Century EPICOR accounting system. |
| 2/11/2008 | Friedler, Andrew | Director | 6 | 2.1 | Call New Century technical support and work with FTI technology team to gain access to EPICOR accounting system. |
| 2/11/2008 | Friedler, Andrew | Director | 6 | 2.3 | Continue to prepare Finance Committee binder with highlighted excerpts. |
| 2/11/2008 | Spieler, Marc | Director | 6 | 0.2 | Manage efforts to resolve data connection issues between FTI and New Century systems. |
| 2/12/2008 | Dharssi, Adil | Sr Consultant | 6 | 2.8 | Generation of GL reports and trial balances from Epicor database. |
| 2/12/2008 | Friedler, Andrew | Director | 6 | 0.9 | Call New Century technical support and work with FTI technology team to gain access to EPICOR accounting system. |
| 2/12/2008 | Friedler, Andrew | Director | 6 | 2.1 | Work in EPICOR system and download various accounting files, trial balances and general ledger detail. |
| 2/12/2008 | Spieler, Marc | Director | 6 | 0.9 | Manage efforts to extract trial balance from Database back up of Epicure accounting system. |
| 2/13/2008 | Friedler, Andrew | Director | 6 | 2.9 | Further prepare and highlight finance Committee binder and meet with team to discuss tax issues. |
| 2/14/2008 | Friedler, Andrew | Director | 6 | 3.3 | Continue to prepare Finance Committee binder with highlighted excerpts. |
| 2/14/2008 | Friedler, Andrew | Director | 6 | 3.5 | Continue to work on Reporting packages and prepare and highlight documents to be sent to counsel. |
| 2/15/2008 | Friedler, Andrew | Director | 6 | 2.9 | Continue to prepare Finance Committee binder with highlighted excerpts. |
| 2/18/2008 | Friedler, Andrew | Director | 6 | 2.9 | Prepare binder highlighting major issues from the finance committee minutes and presentations. |
| 2/19/2008 | Friedler, Andrew | Director | 6 | 3.3 | Prepare binder highlighting major issues from the finance committee minutes and presentations. |
| 2/19/2008 | Friedler, Andrew | Director | 6 | 3.5 | Continue to prepare a binder highlighting key issues in finance committee minutes and presentations. |
| 2/20/2008 | Friedler, Andrew | Director | 6 | 1.8 | Continue to prepare a binder highlighting key issues in finance committee minutes and presentations. |
| 2/21/2008 | Cruz, David | Administrative | 6 | 3.0 | Copy 5 inch binder in color with tabs for A. Friedler related to finance committee minutes and presentation. |
| 2/21/2008 | Dharssi, Adil | Sr Consultant | 6 | 1.0 | Review of trial balances for further analysis. |
| 2/21/2008 | Friedler, Andrew | Director | 6 | 3.1 | Review and update finance committee binder. |
| 2/21/2008 | Friedler, Andrew | Director | 6 | 2.9 | Continue to prepare a binder highlighting key issues in finance committee minutes and presentations. |
| 2/21/2008 | Friedler, Andrew | Director | 6 | 0.5 | Work with technology team on EPICOR system. |
| 2/21/2008 | Gosik, Jaime | Director | 6 | 0.6 | Follow-up with Ringtail regarding discrepancies in documents loaded into Ringtail. |
| 2/21/2008 | Gosik, Jaime | Director | 6 | 0.4 | Follow-up with Spi regarding electronic documents received. |
| 2/21/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 0.8 | Discussion with S. Star and follow-up with J. McCahey, Esq. (Hahn & Hessen) to get status report from the conference call gold with the Examiner. |
| 2/22/2008 | Friedler, Andrew | Director | 6 | 2.1 | Preparation for and team meeting to discuss work completed and open items and the case going forward and follow up with technology about EPICOR system. |
| 2/22/2008 | Friedler, Andrew | Director | 6 | 1.0 | Review and update finance committee binder. |
| 2/22/2008 | Gosik, Jaime | Director | 6 | 0.8 | Participate in team status update and planning meeting. |
| 2/22/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 0.6 | Prepare for and meet with team (R. Sloane, A. Friedler, J. Gosik) to discuss open items, work completed for counsel and work to be done upon receipt of the examiner's report in a week. |
| 2/22/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 1.3 | Preparation for and meeting with FTI team to discuss status of work performed and to report on Counsel's conference call with the Examiner. |
| 2/22/2008 | Spieler, Marc | Director | 6 | 0.4 | Review provided financial data in effort to identify consolidated trial balance. |
| 2/25/2008 | Friedler, Andrew | Director | 6 | 1.8 | Update finance & audit committee binder with suggested changes from meeting. |
| 2/25/2008 | Friedler, Andrew | Director | 6 | 2.1 | Review instructions to recreate GL from Tables loaded by technology team. |
| 2/25/2008 | Robinson, Sonja | Director | 6 | 0.2 | Review January 2007 Evidence entries for accuracy. |
| 2/25/2008 | Spieler, Marc | Director | 6 | 1.1 | Review financial database. |
| 2/26/2008 | Spieler, Marc | Director | 6 | 0.3 | Review contents of financial databases. |
| 2/27/2008 | Friedler, Andrew | Director | 6 | 2.4 | Draft memo to counsel regarding work completing in audit committee and finance committee minutes and memos. |
| 2/27/2008 | Friedler, Andrew | Director | 6 | 3.1 | Work with technology to identify the appropriate table for the consolidated financial statements and sketch out a format for technology to follow to sort the data into a usable format. |
| 2/27/2008 | Friedler, Andrew | Director | 6 | 2.2 | Update finance & audit committee binder with suggested changes from meeting. |
| 2/27/2008 | Spieler, Marc | Director | 6 | 1.0 | Review financial database provided by New Century. |
| 2/28/2008 | Spieler, Marc | Director | 6 | 0.5 | Work with FLC to extract trial balance information from Financial database. |
| 2/29/2008 | Friedler, Andrew | Director | 6 | 0.5 | Review extract of General ledger compiled by technology team. |
| 2/29/2008 | Spieler, Marc | Director | 6 | 2.2 | Reconstruct general ledger account detail from tables provide by counsel. |
| | | | 6 Total | 83.0 | |
| 2/1/2008 | Connor, Jennifer | Sr Consultant | 41 | 0.8 | Discussions with team about next steps for preparing electronic data received from counsel for delivery to Annapolis, including copying multiple DVDs to a hard drive for easier loading into Ringtail. |
| 2/1/2008 | Connor, Jennifer | Sr Consultant | 41 | 1.1 | Quality control and analysis that DVD data has been copied to hard drive media correctly for easier loading into Ringtail. |
| 2/1/2008 | Connor, Jennifer | Sr Consultant | 41 | 0.9 | Review and insure that DVD data has been copied to hard drive media correctly. |
| 2/1/2008 | Connor, Jennifer | Sr Consultant | 41 | 3.0 | Error checking for corruption issues and re-copy of problematic sectors. |
| 2/4/2008 | Connor, Jennifer | Sr Consultant | 41 | 2.4 | Further quality control and recopy of problematic sectors of electronic data received from counsel to a hard drive in preparation for loading data into Ringtail. |
| 2/4/2008 | Connor, Jennifer | Sr Consultant | 41 | 3.0 | Formatting and internal chain of custody in preparation for data transfer to Annapolis of additional data for upload into Ringtail environment. |
| 2/4/2008 | de la Incera, Carlos | Sr Consultant | 41 | 2.2 | Analyze images and data received for 7 DVDs. |
| 2/4/2008 | Rashid, Muhammad | Consultant | 41 | 2.0 | Analyze images in Ringtail and verify any missing images. |
| 2/4/2008 | Wilbur, Alan | Director | 41 | 0.8 | Work with C. De la Incera and A. Rashid to validate new data for loads to Casebook. |
| 2/5/2008 | Agyemang, Abay | As Needed | 41 | 1.1 | Create Chain of custody, verify properties counts and stage data for hard drive received. |
| 2/5/2008 | Connor, Jennifer | Sr Consultant | 41 | 2.4 | Internal documentation and cataloging of 68 new DVDs. |
| 2/5/2008 | de la Incera, Carlos | Sr Consultant | 41 | 3.4 | Verify load title unitization against delivered images. |
| 2/5/2008 | de la Incera, Carlos | Sr Consultant | 41 | 3.5 | Analyze images and data received for OCR files. |
| 2/5/2008 | Meyer, Joshua | Sr Consultant | 41 | 0.5 | Follow up with A. Wilbur re: data loading status. |
| 2/5/2008 | Wilbur, Alan | Director | 41 | 0.8 | Work with C. De la Incera to validate new data for load to Casebook. |
| 2/6/2008 | Connor, Jennifer | Sr Consultant | 41 | 1.5 | Continuation of catalogue and login remaining DVDs into evidence. |
| 2/6/2008 | de la Incera, Carlos | Sr Consultant | 41 | 2.5 | Organize OCR files received and reconcile against OCR files in Ringtail. |
| 2/6/2008 | Wilbur, Alan | Director | 41 | 2.5 | Review new data loaded for independent directors review, code for custodian values, create batches, reassign documents for review; confer with J. Gosik and M. Arnott. |
| 2/6/2008 | Wilbur, Alan | Director | 41 | 0.5 | Work with C. De la Incera to validate new data for load to casebook. |
| 2/7/2008 | Agyemang, Abay | As Needed | 41 | 1.9 | Complete chain of custody, verify properties counts and stage data for hard drive received. |
| 2/7/2008 | de la Incera, Carlos | Sr Consultant | 41 | 1.1 | Prepare OCR files for loading and load OCR files. |
| 2/8/2008 | de la Incera, Carlos | Sr Consultant | 41 | 2.4 | Organize images to follow the standard level structure and extract extra coding file for DVD 1 - 3. |
| 2/9/2008 | de la Incera, Carlos | Sr Consultant | 41 | 2.2 | Prepare images, coding and OCR for loading, and verify in Ringtail for DVD 1 - 3. |
| 2/10/2008 | de la Incera, Carlos | Sr Consultant | 41 | 2.0 | Organize images to follow the standard level structure and extract extra coding file for DVD 4 - 7. |
| 2/11/2008 | de la Incera, Carlos | Sr Consultant | 41 | 2.4 | Prepare images, coding and OCR for loading, and verify in Ringtail for DVD 4 - 7. |
| 2/12/2008 | de la Incera, Carlos | Sr Consultant | 41 | 3.6 | Analyze and organize data for Collection ID 20080205A. |
| 2/12/2008 | Wilbur, Alan | Director | 41 | 1.0 | Verify and move images and text for new data loaded to Casebook. |
| 2/13/2008 | de la Incera, Carlos | Sr Consultant | 41 | 3.5 | Analyze images and data received on hard drive. |
| 2/14/2008 | de la Incera, Carlos | Sr Consultant | 41 | 2.4 | Organize images to follow the standard level structure and extract extra coding file. |

EXHIBIT B

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|---|---|---|---|---|---|
| 2/14/2008 | de la Incera, Carlos | Sr Consultant | 41 | 3.2 | Prepare images, coding and OCR for loading, and verify in Ringtail. |
| 2/21/2008 | Gosik, Jaime | Director | 41 | 2.7 | Reconcile electronic documents received from counsel to documents loaded onto Ringtail. |
| 2/21/2008 | Gosik, Jaime | Director | 41 | 2.2 | Reconcile KPMG documents received from counsel to documents loaded into Ringtail. |
| 2/21/2008 | Gosik, Jaime | Director | 41 | 1.9 | Continue to reconcile electronic documents received from counsel to documents loaded onto Ringtail. |
| 2/25/2008 | Cruz, Elizaveta | Consultant | 41 | 1.7 | Verify, back-up and label evidence files. |
| 2/25/2008 | Gosik, Jaime | Director | 41 | 0.6 | Follow-up with Ringtail personnel and counsel regarding cost of loading documents into Ringtail. |
| 2/25/2008 | Lam, Justin | Consultant | 41 | 0.9 | Enter and log 11 DVD/CD's into electronic evidence tracking database and apply identification labels. |
| 2/25/2008 | Lam, Justin | Consultant | 41 | 1.3 | Review 11 DVD/CD Shipment, record file counts/total MB size and track information into evidence log. |
| 2/25/2008 | Lam, Justin | Consultant | 41 | 2.3 | Create backups of 11 DVD/CD's, perform verification of backup integrity and create 11 custom labels. |
| 2/25/2008 | Wilbur, Alan | Director | 41 | 0.5 | Conference with J. Gosik re: staged data and estimates for loading and hosting. |
| 2/25/2008 | Wilbur, Alan | Director | 41 | 0.3 | Provide information related to hosted data to J. Connor. |
| 2/26/2008 | Wilbur, Alan | Director | 41 | 0.2 | Conference with J. Gosik re: new data for staging and estimate. |
| 2/28/2008 | Gosik, Jaime | Director | 41 | 0.8 | Follow-up on document loading status with both Ringtail and Technology staff. |
| 2/28/2008 | Wilbur, Alan | Director | 41 | 0.5 | Complete new data form and coordinate staging of new documents for estimate. |
| | | | 41  Total | 76.5 | |
| | | | | | |
| 2/8/2008 | Rogers, Brendan | Sr Consultant | 42 | 2.0 | Review of preliminary wage data and prepare data request. |
| 2/11/2008 | Rogers, Brendan | Sr Consultant | 42 | 2.0 | Continue to review wage data and prepare data request. |
| 2/20/2008 | Buchanan, Michael | Sr Managing Dir | 42 | 1.3 | Conference call with client to discuss wage data. |
| 2/21/2008 | Buchanan, Michael | Sr Managing Dir | 42 | 0.8 | Initial review of wage data. |
| 2/22/2008 | Buchanan, Michael | Sr Managing Dir | 42 | 2.4 | Exposure analysis using recently provided wage data. |
| 2/22/2008 | Buchanan, Michael | Sr Managing Dir | 42 | 2.9 | Further work on exposure analysis using recently provided wage data. |
| 2/22/2008 | Buchanan, Michael | Sr Managing Dir | 42 | 2.2 | Continue to work on exposure analysis using recently provided wage data. |
| 2/22/2008 | Rogers, Brendan | Sr Consultant | 42 | 3.3 | Meeting with M. Buchanan and review of Claimant information related to days worked, hourly base pay rate, and hourly commission rate. |
| 2/22/2008 | Rogers, Brendan | Sr Consultant | 42 | 2.9 | Continue review of Claimant information related to days worked, hourly base pay rate, and hourly commission rate and analyze OT (base pay and commissions), meal break and rest break violations, and other penalties. |
| 2/25/2008 | Buchanan, Michael | Sr Managing Dir | 42 | 2.9 | Exposure analysis - develop multiple time frames and check calculations. |
| 2/25/2008 | Buchanan, Michael | Sr Managing Dir | 42 | 2.8 | Continue work on exposure analysis, develop multiple time frames and check calculations. |
| 2/25/2008 | Buchanan, Michael | Sr Managing Dir | 42 | 2.6 | Further work on exposure analysis, including developing multiple time frames and checking calculations. |
| 2/25/2008 | Gonzalez, Ashley | Sr Consultant | 42 | 1.5 | Quality control of model. |
| 2/25/2008 | Rogers, Brendan | Sr Consultant | 42 | 3.8 | Further analysis of claimant information related to days worked, hourly base pay rate, and hourly commission rate, as well as, OT and QC of damages model. |
| 2/26/2008 | Buchanan, Michael | Sr Managing Dir | 42 | 3.5 | Meeting with Jason K. (Sheppard Mullin), work on exposure analysis and add additional wage data received. |
| 2/26/2008 | Rogers, Brendan | Sr Consultant | 42 | 3.6 | Analysis of alternative damages scenarios and quality control of alternative damages scenarios. |
| 2/27/2008 | Buchanan, Michael | Sr Managing Dir | 42 | 2.8 | Check model and review most recently provided wage data. |
| 2/27/2008 | Buchanan, Michael | Sr Managing Dir | 42 | 1.5 | Continue to check accuracy of model, review most recently provided wage data and calls with team to discuss and review data. |
| 2/27/2008 | Rogers, Brendan | Sr Consultant | 42 | 2.3 | Further analysis of alternative damages scenarios and quality control of alternative damages scenarios. |
| 2/27/2008 | Rogers, Brendan | Sr Consultant | 42 | 1.9 | Continue to analyze alternative damages scenarios. |
| | | | 42  Total | 49.0 | |

Sub-Total    208.5

Grand Total    352.6