### *PCD 6 – Review & Analysis of Potential Avoidance Actions*

This code includes work performed in relation to forensic accounting and potential litigation matters. FTI continued its review of the presentations and memos to the Audit Committee and Finance Committee and prepared summaries of issues relating to potential causes of action. FTI had discussions with counsel with respect to members of the Board of Directors, tax and dividend issues. FTI worked on recreating the General Ledger from tables provided by Counsel.

### *PCD 30 - Participate in Negotiation and Formulation of Plan and Reorganization*

This code reflects time spent reviewing and analyzing the Debtors' multiple drafts of the Plan of Liquidation. Subsequent discussions with counsel and Debtor's professionals regarding the drafting of the Plan of Liquidation are also included in this code. FTI also prepared analyses illustrating the potential liquidity through confirmation, recovery ranges for unsecured creditors at different entities, and analyzed the impact of alternative litigation proceeds allocations to these creditors.

### *PCD 32 – Review of Disclosure Statement*

This code reflects time reviewing and analyzing the Debtors' multiple drafts of the Disclosure Statement. Related discussions with FTI team members are also included in this code.

### *PCD 41 – Document Management Services*

Time spent in this project code relates to the managing of documents requested under the 2004 motion and other litigation. FTI developed the system that was used to load and archive documents relating to the various litigation matters.

### *PCD 42 – Wage Litigation*

This code includes work performed in relation to wage and hour claims under California law. FTI updated Claimants' employment, wage, and hour data through 2007 for mediation. In addition, we prepared a damage model to summarize claims for overtime, meal period, rest period, and other alleged violations under multiple scenarios. FTI consulted on wage and hour damages related issues in preparation for mediation.