**EXHIBIT D**

## NEW CENTURY FINANCIAL CORP.
## FTI CONSULTING
## SUMMARY OF EXPENSES
## FOR THE PERIOD FEBRUARY 1, 2008 THOUGH FEBRUARY 29, 2008

| Expense Type | | Amount |
|---|---|---:|
| Computer Hardware | $ | 291.85 |
| Electronic Subscriptions | | 11,120.84 |
| Postage | | 22.58 |
| Taxi/Subway | | 34.00 |
| **Total:** | **$** | **11,469.27** [1] |

[1] Amounts include unbilled expenses from prior months.

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**EXPENSE DETAIL**
**FOR THE PERIOD FEBRUARY 1, 2008 THOUGH FEBRUARY 29, 2008**

| Date | Consultant | Expense Type | Amount | Description of Expense |
|---|---|---|---|---|
| 12/31/2007 | Wilbur, Alan | Computer Hardware | $ 80.95 | Computer Hard Drive Seagate 250 GB. |
| 12/31/2007 | Wilbur, Alan | Computer Hardware | 129.95 | Computer Hard Drive Seagate 500 GB. |
| 1/31/2008 | Wilbur, Alan | Computer Hardware | 80.95 | Computer Hard Drive Seagate 250 GB. |
| | | **Computer Hardware Total** | 291.85 | |
| 1/7/2008 | Stedman, Elizabeth B | Electronic Subscriptions | 1.84 | Fee for Pacer service. |
| 1/31/2008 | Wilbur, Alan | Electronic Subscriptions | 4,662.50 | Native File Processing Fee (3.73 GB @ 1,250.00, GB). |
| 2/29/2008 | Wilbur, Alan | Electronic Subscriptions | 481.50 | Online Loading Fees (9.63 GB @ $50/GB). |
| 2/29/2008 | Wilbur, Alan | Electronic Subscriptions | 5,975.00 | Online Hosting Fees (59.75 GB @ $100/GB). |
| | | **Electronic Subscriptions Total** | 11,120.84 | |
| 1/15/2008 | Star, Samuel | Postage | 11.29 | Postage charges. |
| 1/15/2008 | Star, Samuel | Postage | 11.29 | Postage charges. |
| | | **Postage Total** | 22.58 | |
| 2/21/2008 | Ellis, Melissa | Taxi/Subway | 11.00 | Taxi from office to home. |
| 2/25/2008 | Ellis, Melissa | Taxi/Subway | 10.00 | Taxi from office to home. |
| 2/28/2008 | Star, Samuel | Taxi/Subway | 13.00 | Taxi to/from meeting at Hahn & Hessen's offices. |
| | | **Taxi/Subway Total** | 34.00 | |
| | | **Grand Total** | **$ 11,469.27** | |