## CERTIFICATE OF SERVICE

I, *Bonnie Glantz Fatell*, hereby certify that on April 1, 2008, I caused a copy of

the following document to be served on the *"Notice Parties"* listed below in the manner

indicated below.

> **Eleventh Monthly Application of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period February 1, 2008 Through February 29, 2008**

Copies of the *Notice of Application* <u>only</u> were served on the parties listed on the attached

*"2002 Service List"* in the manner indicated therein.

Bonnie Glantz Fatell (No. 3809)

**VIA HAND DELIVERY**
*Representing Debtors*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

*Representing United States Trustee*
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

**VIA OVERNIGHT MAIL**
*Representing Debtors*
Suzzanne S. Uhland
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

*Representing Debtors*
Emily Culler
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*New Century Mortgage Corporation*
18400 Von Karman Avenue
Suite 1000
Irvin, CA 92612
Attn: Monika L. McCarthy, Esq.

*Representing Debtors' Crisis Managers*
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019
Attn: Holly Felder Etlin

127340.01600/40174111v.1

*Representing Greenwich Capital Financial*
*Products, Inc. and The CIT Group/Business*
*Credit, Inc.*
Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

*(Fee Examiner)*
Warren H. Smith, Esq.
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Baker & Hostetler LLP
Donald A Workman Esq
1050 Connecticut Ave NW Ste 1100
Washington, DC 20036

Kelley Drye & Warren LLP
David E Retter Esq & Christen A
Lambrianakos Esq
101 Park Ave
New York, NY 10178

Wells Fargo Bank NA
Thomas M Korsman Vice President
MAC N9303-120
608 2nd Ave S
Minneapolis, MN 55479

*Representing The Official Committee of*
*Unsecured Creditors*
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

## VIA ELECTRONIC MAIL

Jamie Lisac
AlixPartners, LLP
E-mail: jlisac@alixpartners.com

127340.01600/40174111v.1

# New Century TRS Holdings, Inc.
## 2002 Service List
### *Via First Class Mail*

500 Eagles Landing LLC
David A Meskan Manager
2100 Green St Apt 404
San Francisco, CA 94123

Akin Gump Strauss Hauer & Feld LLP
James R Savin Esq David M Dunn Esq & Joanna F
Newdeck Esq
1333 New Hampshire Ave NW
Washington, DC 20036

Aldine Independent School District
Susan R Fuertes
14910 Aldine Westfield Rd
Houston, TX 77032

Allen & Overy LLP
Ken Coleman Esq
1221 Avenue of the Americas
New York, NY 10020

Angelo Gordon & Co
Jed A Hart
245 Park Ave 26th Fl
New York, NY 10167

Archer & Greiner
Charles J Brown III & J Jackson Shrum
300 Delaware Ave
Ste 1376
Wilmington, DE 19801

Arnold & Porter
Richard M Lucas Esq & Charles A Malloy Esq
555 Twelfth St NW
Washington, DC 20004

Ashby & Geddes PA
Don A Beskrone Esq
500 Delaware Ave
8th Fl PO Box 1150
Wilmington, DE 19899

Ashby & Geddes PA
William P Bowden & Gregory A Taylor
500 Delaware Ave
8th Fl PO Box 1150
Wilmington, DE 19899

Ashcroft Wiles Ammann LLP
Anna S Raman Esq
1000 SW Broadway
Ste 1500
Portland, OR 97205

Attorney for SIRVA Relocation
Glenn M Reisman Esq
Two Corporate Dr Ste 234
Shelton, CT 06484

Attorney Generals Office
Bankruptcy Department
Carvel State Office Bldg 820 N French St 8th Fl
Wilmington, DE 19801

Attorney General's Office
Bankruptcy Department
Capitol Station PO Box 12548
Austin, TX 78711-2548

Attorney General's Office
Bankruptcy Department
1300 I St Ste 1740
Sacramento, CA 95814

Attorney General's Office
Bankruptcy Department
200 St Paul Place
Baltimore, MD 21202-2202

Baker & Hostetler LLP
Donald A Workman Esq
1050 Connecticut Ave NW Ste 1100
Washington, DC 20036

Barclays Bank PLC
Mark Manski Esq
200 Park Ave
New York, NY 10166

Bartlett Hackett Feinberg PC
Frank F McGinn Esq
155 Federal St 9th Fl
Boston, MA 02110

Bayard PA
Charlene D Davis Esq
222 Delaware Ave Ste 900
Wilmington, DE 19801

Bayard PA
Neil B Glassman Esq & Steven M Yoder Esq
222 Delaware Ave Ste 900
Wilmington, DE 19801

Becket and Lee LLP
Gilbert B Weisman
PO Box 3001
Malvern, PA 19355-0701

Bernstein Litowitz Berger & Grossman LLP
Blair A Nicholas Esq
12481 High Bluff Dr Ste 300
San Diego, CA 92130

Bernstein Litowitz Berger & Grossman LLP
Salvator J Graziano Esq
1285 Avenue of the Americas
New York, NY 10019

Bernstein Shur Sawyer & Nelson PA
Robert J Keach
100 Middle St
PO Box 9729
Portland, ME 04104-5029

Bialson Bergen & Schwab
Thomas M Gaa
2600 El Camino Real
Ste 300
Palo Alto, CA 94306

Bifferato Gentilotti LLC
Ian Connor Bifferato Esq & Garvan F McDaniel Esq
800 N King St Plz Level
Wilmington, DE 19801

Binder & Malter LLP
Julie H Rome Banks Esq
2775 Park Ave
Santa Clara, CA 95050

Bingham McCutchen LLP
Andrew J Gallo Esq
150 Federal St
Boston, MA 02110

Bingham McCutchen LLP
Richard H Agins Esq
One State St
Hartford, CT 06103-3178

Bingham McCutchen LLP
Robert M Dombroff Esq & Steven Wilamowsky Esq
399 Park Ave
New York, NY 10022-4689

Blank Rome LLP
Bonnie Glantz Fatell
Chase Manhattan Centre
1201 Market Street  Suite 800
Wilmington, DE 19801

Bloom Murr & Accomazzo PC
Eric Accomazzo & Torben Welch
410 17th St
Ste 2400
Denver, CO 80202

Brice Vander Linden & Wernick PC
Hilary B Bonial & Tyler B Jones
PO Box 829009
Dallas, TX 72382-9009

Broward County Revenue Collection Division
Jeffrey J Newton
Bankruptcy and Litigation Section
Government Center Annex 115 S Andrews Ave
Fort Lauderdale, FL 33301

Brown McCarroll LLP
Patricia B Tomasco
111 Congress Ave Ste 1400
Austin, TX 78701

Bryan Cave LLP
Katherine M Windler Esq
120 Broadway Ste 300
Santa Monica, CA 90401-2386

Bryan Cave LLP
Lawrence P Gottesman Esq & Sukyoung Suh Esq
1290 Ave of the Americas
New York, NY 10104

Buchanan Ingersoll & Rooney PC
Mary F Caloway Esq & Eric Lopez Schnabel Esq
1000 West St Ste 1410
Wilmington, DE 19801

Cadwalader Wickersham & Taft LLP
Gregory M Petrick Esq & Angela Somers Esq
One World Financial Center
New York, NY 10281

Cadwalader Wickersham & Taft LLP
Howard R Hawkins Jr Esq
One World Financial Center
New York, NY 10281

Cairncross & Hempelmann PS
John R Knapp Jr
524 2nd Ave Ste 500
Seattle, WA 98104-2323

California Franchise Tax Board
Bankruptcy Division Chapter 11
PO Box 2952
Sacramento, CA 95812-2952

Campbell & Levine LLC
Marla R Eskin Mark T Hurford
800 North King Street
Suite 300
Wilmington, DE 19801

Celina ISD Princeton ISD City of Princeton Richardson
ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD
City of Whitewright City of Hurst Arlington ISD
Castleberry ISD and Mansfield ISD
Perdue Brandon Fielder Collins & Mott LLP
Elizabeth Banda
PO Box 13430
Arlington, TX 76094-0430

Chadbourne & Parke LLP
Joseph H Smolinsky & Douglas E Deutsch
30 Rockefeller Plaza
New York, NY 10112

Chatham County Tax Commissioner
Daniel T Powers
PO Box 8321
Savannah, GA 31412

Citigroup Global Markets Realty Corp
Susan Mills & Bobbie Theivakumaran
390 Greenwich Street
6th Fl
New York, NY 10013

City of Jacksonville
Edward C Tannen
117 W Duval St
Ste 480
Jacksonville, FL 32202

Clear Capital
Cy Epstein
6030 Orchard Ave
Richmond, CA 94804

Cohen & Grigsby PC
Thomas D Maxson Esq
11 Stanwix St 15th Fl
Pittsburgh, PA 15222-1319

Comptroller of Public Accounts
Bankruptcy Department
Lyndon B Johnson State Office Building
111 E 17th St
Austin, TX 78774

Comptroller of Public Accounts Texas
Jay W Hurst
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Connolly Bove Lodge & Hutz LLP
Jeffrey C Wisler Esq & Marc J Phillips Esq
The Nemours Bldg
1007 N Orange St PO Box 2207
Wilmington, DE 19899

Connolly Bove Lodge & Hutz LLP
Karen C Bifferato Esq & Marc J Phillips Esq
The Nemours Bldg
1007 N Orange St PO Box 2207
Wilmington, DE 19899

Connolly Bove Lodge & Hutz LLP
Karen C Bifferato Esq & Marc J Phillips Esq
1007 N Orange St
Wilmington, DE 19801

Contrarian Capital Management LLC
Mark Lee
411 W Putnam Ave Ste 225
Greenwich, CT 06830

Cooley Godward Kronish LLP
Gregg S Kleiner
101 California St 5th Fl
San Francisco, CA 94111-2222

Coremetrics Inc
Seth R Weissman Esq VP & General Counsel
1840 Gateway Dr Ste 320
San Mateo, CA 94404

Countrywide Home Loans Inc
Paul T Liu Esq & John Guerry Esq
5220 Las Virgenes Rd
MS AC 11
Calabasas, CA 91302

Cross & Simon LLC
Christopher P Simon & Kevin S Mann
913 N Market St 11th Fl
Wilmington, DE 19899-1380

David G Baker Esq
105 Union Wharf
Boston, MA 02109

Day Pitney LLP
Amish R Doshi Esq
7 Times Sq
New York, NY 10036-7311

Deckelbaum Ogens & Raftery Chtd
Bryn H Sherman Esq
3 Bethesda Metro Center Ste 200
Bethesda, MD 20814

Delaware Department Of Justice
Bankruptcy Department
Division Of Securities
820 N French St 5th Fl
Wilmington, DE 19801

Delaware Dept Of Labor
Secretary
4425 N Market St
4th Fl
Wilmington, DE 19802

Delaware Dept Of Natural Resources & Environmental
Control
Bankruptcy Department
John A Hughes Secretary
89 Kings Hwy
Dover, DE 19901

Delaware Sec of State
Division of Corporations
Franchise Tax Division
PO Box 7040
Dover, DE 19903

Division of Unemployment Ins
Department of Labor
4425 N Market St
Wilmington, DE 19802

Dorsey & Whitney LLP
Chris Lenhart Esq
50 S Sixth St Ste 1500
Minneapolis, MN 55402-1498

Douglas J DeGlopper
Attorney for Marion County Treasurer
318 E 64th St
Indianapolis, IN 46220

Drinker Biddle & Reath LLP
Andrew C Kassner Esq & Howard A Cohen Esq
1100 N Market St Ste 1000
Wilmington, DE 19801

Duane Morris LLP
Michael R Lastowski and Christopher M Lastowski
1100 N Market St Ste 1200
Wilmington, DE 19801

Eckert Seamans Cherin & Mellot LLC
Michael Busenkell & Tara L Lattomus
300 Delaware Ave Ste 1210
Wilmington, DE 19801

Edwards Angell Palmer & Dodge LLP
William E Chipman Jr Esq
919 Market St Ste 1500
Wilmington, DE 19801

Elliott Greenleaf
Rafael X Zahralddin-Aravena & Neil R Lapinski
1000 West St Ste 1440
Wilmington, DE 19899

eMortgage Logic LLC
Gene O Bannon Exce VP
8317 Whitley Rd
Fort Worth, TX 76148

Employee Benefits Security Administration Philadelphia
Regional Office
Mabel Capolongo Director
Curtis Ctr
170 S Independence Mall West Ste 870 West
Philadelphia, PA 19106-3317

Erskine & Tulley A Professional Corporation
Robert P Gates Esq
220 Montgomery St Ste 303
San Francisco, CA 94104

Ervin Cohen & Jessup LLP
Randall S Leff Esq & Eric M Heller Esq
9401 Wilshire Blvd 9th Fl
Beverly Hills, CA 90212-2974

Eschelon Telecom Inc
Dennis D Ahlers
730 Second Ave S Ste 900
Minneapolis, MN 55402

Farrell Frtiz PC
Ted A Berkowitz
1320 Reckson Plaza
Uniondale, NY 11556-1320

Featherstone Petrie DeSisto LLP
Andrew J Petrie
600 17th St Ste 2400 S
Denver, CO 80202-5424

Fidelity National Title Company
Attn Wayne Fong
17911 Von Karman
Ste 300
Irvine, CA 92614-6253

Filardi Law Offices LLC
Charles J Filardi Jr
65 Trumbull St
Second Floor
New Haven, CT 06510

Finlayson Augustini & Williams LLP
Jesse S Finlayson & Michael R Williams
110 Newport Center Dr
Ste 100
Newport Beach, CA 92660

Fox Rothschild LLP
Daniel K Astin & Anthony M Sacculio & Carl D Neff Esq
Citizens Bank Center
919 N Market St Ste 1300 PO Box 2323
Wilmington, DE 19899-2323

Frank Gecker LLP
Joseph D Frank
325 N LaSalle St Ste 625
Chicago, IL 60610

Friedlander Misler Sloan Kletzkin & Ochsman PLLC
Robert E Greenberg Esq
1101 Seventeenth St NW Ste 700
Washington, DC 20036-4704

Gay McCall Isaacls Gordon & Roberts PC
David McCall
777 E 15th St
Plano, TX 75074

Gebhardt & Smith LLP
Michael G Gallerizzo Esq
901 Market St Ste 451
Wilmington, DE 19801

Gerard Singer Levick PC
Larry A Levick Esq & Michelle E Shriro Esq
16200 Addison Rd Ste 140
Addison, TX 75001

GMAC Commercial Finance LLC
Hernando Azarcon
Senior Legal Coordinator
3000 Town Center Ste 280
Southfield, MI 48075

Goldberg Kamin & Garvin
John J Arminas Esq
1806 Frick Bldg
437 Grant St
Pittsburgh, PA 15219

Graham Vaage & Cisneros
Susan L Vaage
500 N Brand Blvd Ste 1030
Glendale, CA 91203

Grant & Morasse
Steven R Morasse & Desmond J Collins
4921 Birch St
Ste 120
Newport Beach, CA 92660

Greenberg Traurig LLP
Daniel Ansell & Kenneth Philbin
MetLife Building
200 Park Ave
New York, NY 10166

Greenberg Traurig LLP
Victoria W Counihan & Dennis A Meloro
The Nemours Bldg
1007 N Orange St Ste 1200
Wilmington, DE 19801

Greenwich Capital Financial Products
General Counsel & Frank Skibo
600 Steamboat Rd
Greenwich, CT 06830

Gust Rosenfeld PLC
Madeleine C Wanslee
210 E Washington Ste 800
Phoenix, AZ 85004-2327

Hahn & Hessen LLP
Mark T Power, Mark S Indelicato and Jeffrey L Schwartz
488 Madison Avenue
14th and 15th Floor
New York, NY 10022

Honigman Miller Schwartz & Cohn LLP
Bruce L Segal
38500 Woodward Ave Ste 100
Bloomfield Hills, MI 48304

Hunton & Williams LLP
JR Smith & Jason W Harbour
Riverfront Plaza E Tower
951 E Byrd St
Richmond, VA 23219

IBM Corporation
Vicky Namken
13800 Diplomat Dr
Dallas, TX 75234

IBM Credit LLC
Bruce Gordon
Special Handling Group MD NC322
North Castle Dr
Armonk, NY 10504

IKON Financial Services
Rosa Dominy
1738 Bass Rd
P.O. Box 13708
Macon, GA 31208-3708

Ikon Office Solutions Recovery & Bankruptcy
Keith Clements
3920 Arkwright Rd Ste 400
Macon, GA 31210

Imperial County Treasurer - Tax Collector
Flora Garcia
940 West Main Street
Suite 106
El Centro, CA 92243

InspiriTec
Dean Marino
8 Gray Hawk Lane
Thornton, PA 19373

Integrated Payment Systems Inc
Larry Thomas
Meridian Bldg
12500 E Belford Ave Mail Stop M12B
Englewood, CO 80112

Internal Revenue Service
Insolvency Section
31 Hopkins Plz
Rm 1150
Baltimore, MD 21201

Irs Local Office
844 King St
Wilmington, DE 19801

Jeffer Mangels Butler & Marmaro LLP
Barry Freeman Esq & David Poltras Esq
1900 Ave of the Stars 7th Fl
Los Angeles, CA 90067

John P Dillman
PO Box 3064
Houston, TX 77253-3064

Jorden Burt LLP
Frank G Burt Esq Raul A Cuervo Esq & W Glenn Merten
Esq
1025 Thomas Jefferson St NW
Ste 400 E
Washington, DC 20007-5208

Katsky Korins LLP
Steven H Newman
605 Third Ave 16Th Floor
New York, NY 10158

Kaye Scholer LLP
Margot B Schonholtz & Mark F Liscio
425 Park Ave
New York, NY 10022

Kelley Drye & Warren LLP
David E Retter Esq & Christen A Lambrianakos Esq
101 Park Ave
New York, NY 10178

Kirkland & Ellis LLP
Paul M Basta & Joshua A Sussberg
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Kirkpatrick & Lockhart Preston Gates Ellis LLP
Edward M Fox Esq
599 Lexington Ave
New York, NY 10022-6030

Kirkpatrick & Lockhart Preston Gates Ellis LLP
Michael J Missal
1601 K Street NW
Washington, DC 20006

Kirkpatrick & Lockhart Preston Gates Ellis LLP
Rebecca L Kline Dubill Esq & Stephen G Topetzes Esq
1601 K Street NW
Washington, DC 20006-1600

Kitchens Kelley Gaynes PC
Heather D Dawson Esq
11 Piedmont Center Ste 900
3495 Piedmont Rd NE
Atlanta, GA 30305

Klehr Harrison Harvey Branzburg & Ellers LLP
Joanne B Wills Esq & Michael W Yurkewicz Esq
919 Market St Ste 1000
Wilmington, DE 19801

Klehr Harrison Harvey Branzburg & Ellers LLP
Richard M Beck Esq & Christopher A Ward Esq
919 Market St Ste 1000
Wilmington, DE 19801

Klehr Harrison Harvey Branzburg & Ellers LLP
Richard M Beck Esq & Michael W Yurkewicz Esq
919 Market St Ste 1000
Wilmington, DE 19801

Lamm Rubenstone Lesavoy Butz & David LLC
Sherry D Lowe Esq
3600 Horizon Blvd Ste 200
Trevose, PA 19053

Landis Rath & Cobb LLP
Adam G Landis Esq
919 Market St Ste 600
Wilmington, DE 19801

Landis Rath & Cobb LLP
Richard S Cobb Esq & Matthew B McGuire Esq
919 Market St Ste 600
Wilmington, DE 19801

Lankenau & Miller LLP
Stuart J Miller
1775 Broadway Ste 610
New York, NY 10019

Latham & Watkins LLP
Michael J Riela
885 Third Ave
53rd at Third Ste 1000
New York, NY 10022-4068

Law Office of James F Bailey PA
James F Bailey Jr
Three Mill Rd
Ste 306A
Wilmington, DE 19806

Law Office of John A Vos
John A Vos Esq
1430 Lincoln Ave
San Rafael, CA 94901

Law Offices of Michael McArdle
Michael McArdle Esq
204 Lafayette St
Salem, MA 01970

Leo & Weber PC
T Scott Leo Esq and Grace Winkler Cranley Esq
One N LaSalle St Ste 3600
Chicago, IL 60602

Leslie Marks
3099 Suter St
Oakland, CA 94602

Levy Small & Iallas
Leo D Plotkin Esq
815 Moraga Dr
Los Angeles, CA 90049-1633

Linebarger Goggan Blair & Sampson LLP
David G Aelvoet
Travis Bldg 711 Navarro Ste 300
San Antonio, TX 78205

Linebarger Goggan Blair & Sampson LLP
Diane W Sanders
1949 South IH 35
PO Box 17428
Austin, TX 78760

Linebarger Goggan Blair & Sampson LLP
Elizabeth Weller
2323 Bryan St Ste 1600
Dallas, TX 75201

Linebarger Goggan Blair & Sampson LLP
John P. Dillman
PO Box 3064
Houston, TX 77253-3064

Lowenstein Sandler PC
Michael S Etkin Esq & Ira M Levee Esq
65 Livingston Ave
Roseland, NJ 07068

Machiline Xiong
603 Jensen Place
Placentia, CA 92870

Malolm & Cisneros A Law Corporation
William G Malcolm
2112 Business Center Dr 2nd Fl
Irvine, CA 92612

Manatee County Tax Collector
Susan D. Profant and Ken Burton Jr.
PO Box 25300
819 US 301 Blvd W
Bradenton, FL 34206-5300

Margolis Edelstein
James E Huggett Esq
750 S Madison St Ste 102
Wilmington, DE 19801

Maryland State Dept of Assessments and Taxation
Bankruptcy Department
301 W Preston St
Baltimore, MD 21201

Mayer Brown LLP
Thomas S Kiriakos Esq & Sean T Scott Esq
71 S Wacker Dr
Chicago, IL 60606

Mayer Brown Rowe & Maw LLP
Raniero D Aversa Jr Esq & Laura D Metzger Esq
1675 Broadway
New York, NY 10019-5820

McCalla Raymer LLC
A Michelle Hart
1544 Old Alabama Road
Roswell, GA 30076-2102

McCarter & English LLP
William F Taylor Jr Esq & Katharine L Mayer Esq
919 N Market Ste 1800
PO Box 111
Wilmington, DE 19899

McCreary Veselkda Bragg & Allen PC
Michael Reed
PO Box 1269
Round Rock, TX 78680

McGuire Woods LLP
David I Swan Esq & Kenneth M Misken Esq
1750 Tysons Blvd Ste 1800
McLean, VA 22102-4215

McGuire Woods LLP
Sally E Edison Esq
Dominion Tower
625 Liberty Ave 23rd Fl
Pittsburgh, PA 15222-3142

Miami Dade County Tax Collector
Paralegal Unit Linda Eugene
140 W Flagler St
Ste 1403
Miami, FL 33130

Michael A Cox
Attorney General
Cadillac Pl
3030 W Grand Blvd Ste 10 200
Detroit, MI 48202

Milbank Tweed Hadley & McCloy LLP
Luc A Despins Esq & Wilbur F Foster Esq
1 Chase Manhattan Plaza
New York, NY 10005

Missouri Department of Revenue Bankruptcy Unit
Sheryl L Moreau
General Counsels Office
301 W High St Room 670 PO Box 475
Jefferson City, MO 65105-0475

Monzack & Monaco PA
Francis A Monaco Jr Esq
1201 N Orange St Ste 400
PO Box 2031
Wilmington, DE 19899-2031

Morgan Lewis & Bockius LLP
Wendy S Walker Esq
101 Park Ave
New York, NY 10178

Morris James LLP
Brett D Fallon Esq
500 Delaware Ave Ste 1500
PO Box 2306
Wilmington, DE 19899-2306

Morris James LLP
Stephen M Miller
500 Delaware Ave Ste 1500
PO Box 2306
Wilmington, DE 19899-2306

Morris Nichols Arsht & Tunnel LLP
Robert J Dehney Gregory W Werkheiser & Daniel B Butz
1201 N Market St
PO Box 1347
Wilmington, DE 19899-1347

Munsch Hardt Kopf & Harr PC
Mark H Ralston Esq & Davor Rukavina Esq
3800 Lincoln Plz
500 N Akard St
Dallas, TX 75201

Nixon Peabody LLP
Dennis J Drebsky Esq
437 Madison Ave
New York, NY 10022

Nixon Peabody LLP
Mark N Berman Esq
100 Summer St
Boston, MA 02110-1832

Northeast Regional Office
Bankruptcy Department
Mark Schonfeld Regional Director
3 World Financial Ctr Room 4300
New York, NY 10281

O'Melveny & Myers LLP
Suzzanne S Uhland Ben H Logan Victoria Newmark
Emily R Culler
275 Battery Street
San Francisco, CA 94111

Office of Joe G Tedder CFC
Sari E Meador
Delinquency and Enforcement
Tax Collector for Polk County Florida PO Box 2016
Bartow, FL 33831-2016

Office of the Attorney General
Carol E Momjian
21 S 12th St
3rd Fl
Philadelphia, PA 19107

Office of the United States Trustee
Joseph J McMahon Jr Esquire
J Caleb Boggs Federal Building
844 King Street Room 2207 Lockbox #35
Wilmington, DE 19801

Office of the US Trustee
844 King St
Ste 2313 Lockbox 35
Wilmington, DE 19801-3519

Ohio Attorney's General Office
Matthew J Lampke Assistant Chief
30 E Broad St 26th Fl
Columbus, OH 43215-4200

Oklahoma County Treasurer
Gretchen Crawford
Assistant District Attorney
320 Robert S Kerr Room 307
Oklahoma City, OK 73102

Olson Cannon Gormley & Desruisseaux
Christine Roberts
9950 W Cheyenne Ave
Las Vegas, NV 89129

Pasadena ISD
Dexter D Joyner
4701 Preston
Pasadena, TX 77505

Paul Hastings Janofsky & Walker LLP
Keith W Miller & James R Bliss
Park Ave Tower
75 E 55th St First Floor
New York, NY 10022

Paul Hastings Janofsky & Walker LLP
Richard A Chesley & Kimberly D Newmarch
191 N Wacker Dr
30th Fl
Chicago, IL 60606

Pepper Hamilton
David M. Fournier
1313 Market Street
Suite 5100
Wilmington, DE 19801

Pepper Hamilton LLP
David B Stratton Esq
Hercules Plz Ste 5100
1313 Market St PO Box 1709
Wilmington, DE 19899-1709

Pepper Hamilton LLP
Henry Jaffe Esq
1313 Market St
PO Box 1709
Wilmington, DE 19899-1709

Perdue Brandon Fielder Collins & Mott LLP
John Banks
3301 Northland Dr Ste 505
Austin, TX 78731

Phelan Hallinan and Schmieg LLP
Judith T Romano Esq
1617 John F Kennedy Blvd Ste 1400
Philadelphia, PA 19103

Phillips Goldman & Spence PA
Lisa C McLaughlin Esq
1200 N Broom St
Wilmington, DE 19806

Pima County Attorney Civil Division
German Yusufov & Terri A Roberts & Barbara Lawall
32 N Stone Ste 2100
Tucson, AZ 85701

Post & Schell PC
Brian W Bisignani Esq
17 North 2nd St
12th Fl
Harrisburg, PA 17101-1601

Potter Anderson & Corroon LLP
Laurie Selber Silverstein Esq
1313 N Market St 6th Fl
Wilmington, DE 19801

Property Management Professionals LLC
Kurt Henry
1512 Royce Dr
Locust Grove, GA 30248

Proskauer Rose LLP
Sheldon I Hirshon Esq
1585 Broadway
New York, NY 10036-8299

Quadrangle Group LLC
Michael Weinstock
375 Park Ave 14th Fl
New York, NY 10152

Qwest Legal Department
Mitchell W Katz Esq
1801 California St Ste 900
Denver, CO 80202

Ray Wood & Bonilla
Andrew Dylan Wood
PO Box 165001
Austin, TX 78716

Receivable Management Services
Phyllis A Hayes
PO Box 5126
Timonium, MD 21094

Reed Smith LLP
Claudia Z Springer Esq
2500 One Liberty Pl
1650 Market St
Philadelphia, PA 19103-7301

Reed Smith LLP
Kurt F Gwynne Esq
1201 Market St Ste 1500
Wilmington, DE 19801

Reeves & Seidler
Felix A Seidler
2527 Santa Clara Ave
Alameda, CA 94501-4633

Rich F Martin
8109 Santa Luz Village Green S
San Diego, CA 92127

Richards Layton & Finger PA
Mark D Collins Michael J Merchant
One Rodney Square
PO Box 551
Wilmington, DE 19899

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

Robert P Cocco PC
Robert P Cocco Esq
437 Chestnut St Ste 1006
Philadelphia, PA 19106

Romero Law Firm
Martha E. Romero
6516 Bright Avenue
Whittier, CA 90601

Rosenthal Monhait & Goddess PA
Norman M Monhait Esq
919 Market St Ste 1401
PO Box 1070
Wilmington, DE 19899-1070

San Benito County Tax Collector
440 Fifth St Room 107
Hollister, CA 95023

Santoro Driggs Walch Kearney Johnson & Thompson
Victoria L Nelson Esq & Ogonna M Atamoh Esq
400 S Fourth St Third Fl
Las Vegas, NV 89101

Saul Eqing LLP
Mark Minuti Esq
222 Delaware Ave Ste 1200
PO Box 1266
Wilmington, DE 19899

SEC
15th & Pennsylvania Ave NW
Washington, DC 20020

SEC
Nathan Fuchs
233 Broadway
New York, NY 10279

Sec Headquarters
Bankruptcy Department
Office Of Investor Education And Assistance
100 F St Ne
Washington, DC 20549

Secretary Of State
Division Of Corporations
Franchise Tax
PO Box 7040
Dover, DE 19903

Secretary Of Treasury
PO Box 7040
Dover, DE 19903

Securities & Exchange Commission
100 F St Ne
Washington, DC 20549

Sherwood and Hardgrove
Don C Sherwood Esq
11812 San Vincente Blvd Ste 210
Los Angeles, CA 90049-6622

Shipman & Goodwin LLP
Julie A Manning Esq
One Constitution Plaza
Hartford, CT 06103-1919

Skadden Arps Slate Meagher & Flom LLP
DJ Baker Esq & Rosalie W Gray Esq
Four Time Square
New York, NY 10036-6522

Skadden Arps Slate Meagher & Flom LLP
Megan E Cleghorn Esq
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Slatkin & Reynolds, P.A.
Robert F. Reynolds
One East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33301

Smith Stern Friedman & Nelms PC
Fielder F Nelms Esq
6688 North Central Expressway
Suite 550 LB 37
Dallas, TX 75206

State Board of Equalization
Bankruptcy Department
PO Box 942879
Sacramento, CA 94279-0001

State of Delaware
Randy Weller MS 25
Div of Revenue
820 N French St 8th Fl
Wilmington, DE 19801-0820

State Of Delaware Division Of Revenue
Bankruptcy Department
Carvel State Office Bldg 820 N French St
Wilmington, DE 19801

State of Michigan Dpet of Treasury
Deborah Waldmeir
Cadillac Pl
3030 W Grand Blvd Ste 10 200
Detroit, MI 48202

State of New Jersey Division of Taxation & Department
of Labor
Anne Milgram
25 Market St PO Box 119
Richard J Hughes Justice Complex
Trenton, NJ 08625-0119

State Treasurer's Office
Bankruptcy Department
915 Capitol Mall Suite 110
Sacramento, CA 95814

Stevens & Lee PC
Joseph Grey
1105 N Market St
Seventh Fl
Wilmington, DE 19801

Stevens & Lee PC
Joseph H Huston Jr
1105 N Market St
Ste 700
Wilmington, DE 19801

Stites & Harison PLLC
Robert Goodrich Esq
1800 Fifth Third Center
424 Church St
Nashville, TN 37219-2376

Sullivan Hazeltine Allinson LLC
Willam A Hazeltine Esq
4 East 8th St
Ste 400
Wilmington, DE 19801

Tennessee Dept of Labor & Workforce Development
c/o TN Atty General Office
PO Box 20207
Nashville, TN 37202-0207

The CIT Group Business Credit Inc
Renee Singer
505 Fifth Ave
3rd Fl
New York, NY 10017

The Gardner Firm PC
Mary E Olsen M Vance McCrary & J Cecil Gardner
1119 Government St
PO Drawer 3103
Mobile, AL 36652

The Ralston Law Firm
Mark H Ralston Esq
2603 Oak Lawn Ave Ste 230 LB 2
Dallas, TX 75219-9109

The State of MI Dept of Treasury
Michael A Cox & Julius O Curling
3030 W Grand Blvd
Cadillac Place Ste 10 200
Detroit, MI 48202

Time Warner Telecom Inc
Linda Boyle
10475 Park Meadows Dr
Ste 400
Littelton, CO 80124

Trainor Fairbrook
Nancy Hotchkiss Esq
PO Box 255824
Sacramento, CA 95865

Travelers
Scot Freeman Case Manager
National Accounts
1 Tower Sq 5MN
Hartford, CT 06183-4044

Trush Law Office
James M Trush Esq
695 Town Center Dr Ste 700
Costa Mesa, CA 92626-7187

Turner Reynolds Greco & O'Hara
Richard J Reynolds
16485 Laguna Canyon Rd Ste 250
Irvine, CA 92618

Union Bank of California
Diane J Richey Esq Vice President and Senior Counsel
445 S Figueroa St
Los Angeles, CA 90071

US Attorneys Office
Ellen W Slights
1007 Orange St
7th Fl
Wilmington, DE 19899-2046

US Department of Justice
Alberto P Gonzales
US Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530-0001

US Department of Justice
Jan M Geht
PO Box 227
Tax Division
Washington, DC 20044

Us Dept Of Labor
Administrative Review Board
Frances Perkins Building
200 Constitution Ave Nw
Washington, DC 20210

Us Dept Of Labor
Benefits Review Board
Frances Perkins Building
200 Constitution Ave Nw
Washington, DC 20210

Us Dept Of Labor
Employee Benefits Security Admin LA Regional Office
1055 E Colorado Blvd Ste 200
Attn Billy Beaver
Pasadena, CA 91106-2341

Us Dept Of Labor
Secretary Elaine Chao
Frances Perkins Building
200 Constitution Ave Nw
Washington, DC 20210

Vinson & Elkins LLP
John E Mitchell Esq
Trammell Crow Center
2001 Ross Ave Ste 3700
Dallas, TX 75201

Warren H Smith & Associates
Warren H Smith
325 N St Paul
Ste 1275 Republic Center
Dallas, TX 75201

Washington Mutual
David H Zielke Esq Vice President & Assitant General
Counsel
1301 Second Ave WMC 3501
Seattle, WA 98101

Weiland Golden Smiley Wang Ekvall & Strok LLP
Jeffrey I Golden Esq & Hutchinson B Meltzer Esq
650 Town Center Dr Ste 950
Costa Mesa, CA 92626

Wells Fargo Bank NA
James R Lewis VP
45 Broadway
14th Floor
New York, NY 10006

Wells Fargo Bank NA
Thomas M Korsman Vice President
MAC N9303-120
608 2nd Ave S
Minneapolis, MN 55479

Werb & Sullivan
Brian A. Sullivan & Amy D. Brown
300 Delaware Avenue
13th Floor
Wilmington, DE 19801

William D Sullivan LLC
Elihu E Allinson III Esq
4 E 8th St Ste 400
Wilmington, DE 19801

Wilshire Credit Corporation
PO Box 1650
Portland, OR 97207-1650

Winston & Strawn LLP
Matthew Botica Esq David Wirt Esq & Grayson Walter
Esq
35 W Wacker Dr
Chicago, IL 60601

Wolfe & Wyman LLP
Stuart B Wolfe Esq & Yaron Shaham Esq
5 Park Plz Ste 1100
Irvine, CA 92614

Wolff & Samson PC
Carlos G Manalansan Esq
The Offices of Crystal Lake
One Boland Dr
West Orange, NJ 07052

Womac & Associates
Brian D Womac & Denise H Mitchell
Two Memorial City Plaza
820 Gessner Ste 1540
Houston, TX 77024

Womble Carlyle Sandridge & Rice PLLC
Steven K Kortanek
222 Delaware Ave
Ste 1501
Wilmington, DE 19801

Wright Finlay & Zak LLP
T Robert Finlay Esq & Donna L La Porte Esq
4665 MacArthur Ct Ste 280
Newport Beach, CA 92660

XRoads Case Management Services
PO Box 8901
Marina Del Rey, CA 90295

Yellow Book USA
Philip Thompson
Collections Department
2560 Renaissance Blvd
King of Prussia, PA 19406

Young Conaway Stargatt & Taylor LLP
Edwin J Harron & Patrick A Jackson
The Brandywine Bldg
1000 West St 17th Floor
Wilmington, DE 19801

Young Conaway Stargatt & Taylor LLP
Michael R Nestor
The Brandywine Bldg
1000 West St 17th Fl PO Box 391
Wilmington, DE 19899-0391

Young Conaway Stargatt & Taylor LLP
Robert S Brady
The Brandywine Bldg
1000 West St 17th Fl PO Box 391
Wilmington, DE 19899-0391

Zachary Mosner
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Ave Ste 2000
Seattle, WA 98104-3188

.