IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket Nos. 490 & 1270 |

**CERTIFICATION OF COUNSEL RE: AMENDED ORDER PURSUANT TO
SECTION 327(e) OF THE BANKRUPTCY CODE AUTHORIZING
EMPLOYMENT OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP,
AS SPECIAL CORPORATE AND LITIGATION COUNSEL
TO THE DEBTORS _NUNC PRO TUNC_ AS OF APRIL 2, 2007**

The undersigned hereby certifies as follows:

1. We are counsel to the above-captioned debtors and debtors-in-possession (the "Debtors").

2. On May 1, 2007, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed an application pursuant to section 327(e) of the United States Bankruptcy Code, authorizing the Debtors to employ Sheppard, Mullin, Richter & Hampton LLP ("SMRH") as special corporate and litigation counsel to the Debtors _nunc pro tunc_ as of April 2, 2007 [Docket No. 490] (the "Application"). On June 15, 2007, the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation

RLF1-3267575-1

Court entered an order authorizing the retention of SMRH on the terms set forth in the Application [Docket No. 1270] (the "Original Order").

3. The Original Order imposed a cap of $35,000.00 on the fees earned by SMRH in these chapter 11 cases after May 31, 2007 and a separate monthly fee cap not to exceed $2,500.00 allowed in connection with services related to general corporate matters. Per the terms of the Original Order, this cap was expressly subject to change provided that SMRH obtained the approval of the Official Committee of Unsecured Creditors (the "Committee") or the Court. Accordingly, per recent negotiations, SMRH and the Committee have reached an agreement to increase the cap to $100,000.00 as set forth in the proposed form of order attached hereto as Exhibit A (the "Proposed Order"). The Committee has reviewed and approved the Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as <u>Exhibit A</u>.

Dated: April 2, 2008  
      Wilmington, Delaware

Respectfully submitted,

*/s/ Christy M. [signature]*

Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Christopher M. Samis (No. 4909)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, Delaware 19899  
(302) 651-7700

-and-

Suzzanne S. Uhland  
Ben H. Logan  
Victoria Newmark  
Emily R. Culler  
O'MELVENY & MYERS LLP  
275 Battery Street  
San Francisco, California 94111  
(415) 984-8700

ATTORNEYS FOR DEBTORS  
AND DEBTORS IN POSSESSION