IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: NEW CENTURY TRS HOLDINGS, INC., ET AL.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

**RESPONSE OF REDWOOD MORTGAGE FUNDING, INC. TO THE DEBTORS' SIXTEENTH OMNIBUS CLAIMS OBJECTION (D.I. 5260)**

Redwood Mortgage Funding, Inc. ("Redwood") asserts its Response (the "Response") to the Debtors' Sixteenth Omnibus Claims Objection ("Objection") and states as follows:

1. This Response relates to Redwood's proof of claim (the "Proof of Claim") filed against Home123 Corporation ("Home123") in case no. 07-10421 and bearing claim number 2596 (the "Redwood Home 123 Claim"). A true and correct copy of the Proof of Claim is attached hereto as Exhibit A.

2. In the Objection, the Debtors attempt to characterize the Redwood Home123 Claim as a "Books and Records" claim and assert that they have "no record of this liability in their Books and Records." In fact, Redwood has made available to Debtors voluminous documentation supporting its claim. Therefore, the books and records objection must be denied.

3. On February 20, 2008, and in response to a request by Debtors' agent and purported crisis manager, AP Services LLC ("APS"), counsel for Redwood transmitted certain requested documentation relating to the Redwood Home123 Claim (the "Documentation"). A true and correct copy of the transmittal letter (the "Transmittal Letter") is attached hereto as Exhibit B. Due to the volume of the Documentation transmitted with the Transmittal Letter and the prior

WIL:71341.1/999999-999999

receipt of such information by APS, Redwood will not file them with the court as part of this Response, but will make copies available to the Debtor or its professionals upon receipt of a written request.

4. In response to paragraphs 21(b) and (c) of the Objection, Redwood incorporates herein by reference the Proof of Claim, Transmittal Letter and Documentation. Redwood further reserves its rights to supplement and introduce additional documents and evidence in support of the Redwood Home123 Claim or in rebuttal to the Objection or in response to any other claim, defense, objection or other position taken by the Debtors with respect to the Redwood Home123 Claim.

5. Pursuant to paragraph 21(d) of the Objection, the Debtors should return any reply to this Response to the undersigned counsel.

6. Pursuant to paragraph 21(e) of the Objection, Martin Hughes is the Redwood representative with settlement authority. Any efforts to communicate with Mr. Hughes shall be directed through the undersigned counsel.

7. Redwood reserves all, and does not waive any, of its rights, claims, and causes of action that it has or may have against Home123. Nothing contained herein is an election of remedies.

WHEREFORE, Redwood respectfully requests that this Court deny the Debtors' objection set forth in the Sixteenth Omnibus Objection to the Redwood Home123 Claim.

Dated: April 2, 2008

                                       WOLFBLOCK LLP

                              /s/ Todd C. Schiltz
                              Todd C. Schiltz (No. 3253)
                              Wilmington Trust Center, Suite 1001
                              1100 North Market Street
                              Wilmington, DE  19801
                              (302) 777-0312
                              (302) 778-7812 (facsimile)

                                          And

                              Adelaide Maudsley
                              CHAPMAN AND CUTLER LLP
                              One Utah Center
                              201 South Main Street
                              Suite 200
                              Salt Lake City, UT 84111
                              (801) 533-0066
                              (801) 533-9595 (facsimile)

                              Ann E. Acker
                              Mark D. Rasmussen
                              CHAPMAN AND CUTLER
                              111 West Monroe Street
                              Chicago, IL  60603
                              (312) 845-3000
                              (312) 701-2361 (facsimile)

                              Attorneys for Redwood Mortgage Funding, Inc.

WIL:71341.1/999999-999999