# EXHIBIT A

COPY  FILE COPY  Chapman and Cutler LLP
SEP 17 2007

B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF DELAWARE | PROOF OF CLAIM |

**Name of Debtor:** Home123 Corporation
**Case Number:** 07-10421

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
Redwood Mortgage Funding, Inc.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and address where notices should be sent:**
One Belvedere Place, Suite 300
Mill Valley, CA 94941
Attn: Laura Jeffery

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**Telephone number:** (415) 389-7373

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces  ☐ amends  a previously filed claim, dated: _____
if this claim

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☑ Other  See attached

☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: ____
Unpaid compensation for services performed
From _____ to _____
(date)      (date)

**2. Date debt was incurred:** See attached

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ See attached

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☑ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☑ Real Estate     ☐ Other _____
☐ Motor Vehicle

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ See attached

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ _____ _____ _____ See attached
(unsecured) (secured) (priority) (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
AUG 30 '07
XRoads Claims Management Services

**Date:** 8/28/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
JOHN H. ISBRANDTSEN
VICE PRESIDENT

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

8/30/07

B 10 (Official Form 10) (04/07)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

—— DEFINITIONS ——

**Debtor**

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

**Proof of Claim**

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

**Secured Claim**

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*.)

**Unsecured Claim**

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

**Unsecured Priority Claim**

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

1. **Basis for Claim:**
   Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

2. **Date Debt Incurred:**
   Fill in the date when the debt first was owed by the debtor.

3. **Court Judgments:**
   If you have a court judgment for this debt, state the date the court entered the judgment.

4. **Classification of Claim:**
   **Secured Claim:**
   Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

   **Unsecured Priority Claim:**
   Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

   **Unsecured Nonpriority Claim:**
   Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim." (See DEFINITIONS, above.) If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount not entitled to priority.

5. **Total Amount of Claim at Time Case Filed:**
   Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

6. **Credits:**
   By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

7. **Supporting Documents:**
   You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

## ADDENDUM TO PROOF OF CLAIM OF
## REDWOOD MORTGAGE FUNDING, INC.
## [RE: HOME123 CORPORATION]

1. *Name of Claimant and Basis for Claim.* The claimant is Redwood Mortgage Funding, Inc., with offices at One Belvedere Place, Suite 300, Mill Valley, California 94941 (the "*Claimant*"), and it is the purchaser (the "*Purchaser*") of fifteen pools of mortgage loans (collectively, the "*Mortgage Loan Pools*"), pursuant to the terms of (i) certain Seller's Purchase, Warranties and Interim Servicing Agreements entered into or assigned, whether in their entirety or on a pool-by-pool purchase basis, to Purchaser between 2004 and 2006 (collectively, the "*Flow Agreements*"), which agreements are more fully identified on SCHEDULE 1, (ii) certain purchase confirmations (collectively, the "*Purchase Confirmations*"), and (iii) related transactional documents (together with the Flow Agreements and the Purchase Confirmations, the "*Transaction Documents*"). The deal numbers by which the Mortgage Loan Pools are referred, along with the closing date for each such pool, are set forth on SCHEDULE 2. All of the Schedules are incorporated by reference herein. With the exception of one Mortgage Loan Pool, subsequent to purchase, all of the Mortgage Loan Pools were securitized by the Claimant or its affiliates as part of one or more Securitization Transactions. Terms used but not otherwise defined herein shall have the meaning attributed to them in the Flow Agreements.

On April 2, 2007, New Century Mortgage Corporation and certain affiliates, including Home123 Corporation ("*Home123*"), filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code, 28 U.S.C. § 101 et seq. Such cases are being jointly-administered under *In re New Century TRS Holdings, Inc.*, Bankruptcy Case No. 07-10416, in the United States Bankruptcy Court for the District of Delaware. The Purchaser is asserting this Proof of Claim (the "*Claim*") against Home123, the originator of the loans under the Mortgage Loan Pools, and has also asserted a separate Proof of Claim against New Century Mortgage Corporation, which has substantial obligations under the Transaction Documents, which

2299968.01.02.doc
3387727

obligations include, but are not limited to, repurchasing those mortgage loans found to be defective because they do not meet the origination and/or servicing standards, or other eligibility and/or documentation requirements that were represented and warranted by NCMC in the relevant Flow Agreement. The signatory to this claim is duly authorized and empowered to make this Proof of Claim on behalf of the Claimant. Notices to be sent to the Claimant hereunder should be sent to the persons designated below.

Home123 is the originator of the Mortgage Loans under the Flow Agreements set forth on Schedule 1. The Purchaser hereby asserts and seeks to preserve any and all claims that the Purchaser is entitled to pursue against Home123 or any affiliate thereof under a Flow Agreement or any document related to the Mortgage Loan Pools for amounts owed or likely to become owed thereunder. Such claims include, without limitation, Home123's failure to originate Mortgage Loans in accordance with the terms and criteria of the Flow Agreements.

Further, under the Flow Agreements, NCMC has certain servicing obligations, including, without limitation, interim servicing and related obligations. Section 4.01 of the Flow Agreements provides in relevant part, for example, that NCMC "shall service the Mortgage Loans from the related Closing Date through the related Servicing Transfer Date in accordance with this Agreement and Accepted Servicing Practices. The Company will collect any payments received from the Mortgagor from the related Cut-off Date through the Servicing Transfer Date." Upon information and belief, Home123 may have performed some or all of NCMC's servicing and related obligations under the Flow Agreements. Home123 failed to perform these obligations properly and fully with respect to at least two Mortgage Loan Pools (595 and 598). Home123 incorrectly notified Mortgagors of the date on which servicing of the Mortgage Loans would be transitioned; as such, Mortgagors directed their payments to a servicer who was not set up to receive them. The Claimant has been unable to reconcile at least two loans because of this servicing transfer failure. Without waiving and expressly preserving any and all claims against NCMC, the Claimant asserts a contingent claim against Home123 for potential damages or

amounts owing to the Claimant for Home123's breaches of or failure to perform properly servicing obligations under the Flow Agreements.

2. *Date Debt Was Incurred.* The claims relate to and stem from the respective Flow Agreements and Purchase Confirmations, which range in date between March 2004 and March 2007.

3. *If Court Judgment, Date Obtained.* None.

4. *Total Amount of the Claim at the Time Case Filed.* Unliquidated claims in an unknown amount.

5. *Classification of Claim - Description.* The claims are filed as (i) a secured claim, if any, to the extent they arise from any right to assert a claim against residual payments due Home123, and (ii) otherwise as general unsecured claims arising under the Flow Agreements and related documents. The Claimant reserves the right to file such administrative or priority claims as are appropriate.

6. *Credits and Setoffs.* The claims are not founded on an open account, no portion of the Claim has been paid, and no cash is held by the Claimant for the claims. The amounts of all payments, if any, on the claims have been credited and deducted for the purpose of making this Claim.

7. *Supporting Documents.* Writings on which the claims asserted are founded include, without limitation, the Flow Agreements, the Purchase Confirmations, and related documents. Such writings have not been filed herewith because they are voluminous and, in some instances, are available to Home123, or contain proprietary and confidential information or mortgage loan identifiers. Copies of documents are available upon request.

8. *Reservation of Rights.* The Claimant's investigation of claims against Home123 is ongoing and, as such, additional information or documents may become available. There may be additional documents in the possession or under the control of Home123 or its affiliates which may support the Claimant's claims. The Claimant reserves the right to support its claims with

3

additional documents after full disclosure of all relevant facts in these bankruptcy proceedings, including pursuant to such adversary actions as may be necessary or appropriate or any other applicable procedure. The Claimant reserves the right to amend and supplement this Proof of Claim or to file additional Proofs of Claim for additional claims, including, without limitation, claims for administrative expenses and all other claims at law or equity. The Claimant expressly reserves any rights, remedies, liens, interests, priorities, protections and claims which it may have against Home123 and its affiliates, and their respective creditors, management and any other person or entity who may be liable to or any asset which may be a source of payment to the Claimant under law or equity or other parties under Sections 510, 544, 545, 547, 548, 549 or 550 of the Bankruptcy Code, including claims of equitable subordination, and the right and benefit at law or in equity to all the rights and interests under and with respect to the Flow Agreements, the Purchase Confirmations, and any other documents or instruments relating thereto. The filing of this Proof of Claim is not intended to be and should not be construed as an election of a remedy, a waiver of any past, present or future defaults or events of default or a waiver or limitation of any rights of the Claimant.

[SIGNATURE PAGE FOLLOWS]

DATED THIS 28 DAY OF AUGUST, 2007.

REDWOOD MORTGAGE FUNDING, INC.

By: _____

Name: JOHN H. ISBRANDTSEN

Its: VICE PRESIDENT

This is a *Secured*, *Administrative*, and/or *Unsecured Claim*, as appropriate, (except to the extent specified above), filed by the Claimant in an Unliquidated Amount, and fees and expenses and other damages, if any, all as aforesaid.

PLEASE SEND ALL COURT ORDERS AND NOTICES TO:

Chapman and Cutler LLP
201 South Main Street, Suite 2000
Salt Lake City, UT 84111
Attention: Adelaide Maudsley
Telephone: (801) 533-0066
Facsimile: (801) 533-9595

and

Redwood Mortgage Funding, Inc.
One Belvedere Place, Suite 300
Mill Valley, CA 94941
Attention: Laura Jeffery
Telephone: (415) 389-7373

## SCHEDULE 1

## FLOW AGREEMENTS

1. Seller's Purchase, Warranties and Interim Servicing Agreement re: Residential Fixed and Adjustable Rate Mortgage Loans (Originated by Home123 Corporation), dated as of May 1, 2006, between Redwood Mortgage Funding, Inc., as Purchaser, and New Century Mortgage Corporation, as Company.

2. Seller's Purchase, Warranties and Interim Servicing Agreement, dated as of March 1, 2006, between GMAC Mortgage Corporation, as Purchaser, and New Century Mortgage Company, as Company.

3. Seller's Purchase, Warranties and Interim Servicing Agreement, dated as of March 1, 2004, between GMAC Mortgage Corporation, as Purchaser, and RBC Mortgage Company, as Company.

## SCHEDULE 2

## MORTGAGE LOAN POOLS

| DEAL NO. | CLOSING DATE (APPROX.) |
|---|---|
| 630 | October 25, 2006 |
| 631 | October 13, 2006 |
| 622 | October 6, 2006 |
| 619 | October 3, 2006 |
| 617 | September 25, 2006 |
| 604 | August 21, 2006 |
| 598 | July 28, 2006 |
| 595 | July 21, 2006 |
| 594 | July 12, 2006 |
| 584 | June 30, 2006 |
| 581 | May 31, 2006 |

| Deal No. | Closing Date (Approx.) |
|---|---|
| 557 | April 1, 2006 |
| 531 | August 10, 2005 |
| 517 | July 7, 2005 |
| 509 | June 15, 2005 |