# EXHIBIT B

Law Offices of

# CHAPMAN AND CUTLER LLP

Theodore S. Chapman
1877-1943
Henry E. Cutler
1879-1959

201 South Main Street, Salt Lake City, Utah 84111-2266
Telephone (801) 533-0066
Facsimile  (801) 533-9595
chapman.com

Chicago

111 West Monroe Street
Chicago, IL 60603
(312) 845-3000

San Francisco

595 Market Street
San Francisco, CA 94105
(415) 541-0500

**Adelaide Maudsley**
801-320-6731
maudsley@chapman.com

February 20, 2008

**BY OVERNIGHT COURIER AND ELECTRONIC MAIL**

New Century Financial Corporation
Attention: Todd B. Brents
3337 Michelson Drive
Suite CN-350
Irvine, CA  92612
TBrents@AlixPartners.com

Re:     Additional Information Request for Redwood Mortgage Funding Inc.
        Claim 2596 Against Home123 Corporation

Dear Mr. Brents:

We represent Redwood Mortgage Funding Inc. ("Redwood") with respect to claims it submitted in the New Century bankruptcy cases. Redwood received your letter dated January 23, 2008 requesting completion of a questionnaire and a spreadsheet and provision of additional information with respect to individual loans underlying Redwood's claim against Home123 Corporation (claim no. 2596). We appreciate your willingness to give Redwood some additional time to February 20, 2008 to fulfill your request.

Enclosed please find the requested documentation for 24 loans, 17 of which involve breach claims for representations and warranties and servicing transition issues and the remaining 7 involving Early Payment Defaults.

In cooperating with New Century's informal document and information request, Redwood is not waiving, and expressly reserves, any and all rights it may have with respect to claims submitted in the New Century bankruptcy cases. Redwood's investigation of claims against Home123 Corporation is ongoing and, as such, additional information or documents may become available. Redwood reserves the right to support its claim with additional documents after full disclosure of all relevant facts in New Century's bankruptcy cases, including pursuant to claim objection or other related proceedings. Redwood reserves the right to amend and supplement its claim against Home123 Corporation or to file additional proofs of claim for additional claims, including, without limitation, claims for administrative expenses and all other claims at law or equity.

2387387.01.03.doc
3397727am

Law Offices of

## CHAPMAN AND CUTLER LLP

Further, Redwood separately submitted a claim against New Century Mortgage Corporation (claim no. 2595). Your letter of January 23, 2008 did not request information related to that claim. However, because of the structure of the transactions involving Redwood and New Century, much of the additional information Redwood has provided herewith overlaps and relates to Redwood's claim against New Century Mortgage Corporation. Redwood is not waiving, and expressly reserves, any and all rights it may have with respect to its claim submitted against New Century Mortgage Corporation.

Please feel free to contact me directly at (801) 320-6731 or Laura Pokojni of Redwood at (415) 384-3807 with any questions or if you require further information.

Very truly yours,

CHAPMAN AND CUTLER LLP

By: Adelaide Maudsley

Enclosures
cc:    Laura Pokojni (by electronic mail)
       Pete McCabe (by electronic mail)
       Melanie Gnazzo (by electronic mail)
       Ann Acker (by electronic mail)