## CERTIFICATE OF SERVICE

The undersigned hereby states that a true and correct copy of the Response of Redwood Mortgage Funding, Inc. to the Debtors' Sixteenth Omnibus Claims Objection (D.I. 5260) were served on April 2, 2008, upon all persons at the following addresses:

**VIA CM/ECF & FIRST CLASS REGULAR MAIL**
Mark Collins, Esquire
Michael J. Merchant, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

WOLFBLOCK LLP

/s/ Todd C. Schiltz
Todd C. Schiltz (No. 3253)
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-5860

Attorneys for Redwood Mortgage Funding, Inc.