IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-10416-KJC, et seq. |

## NOTICE OF FILING OF EXHIBITS
*(relates to Docket No. 5238)*

America's Servicing Company ("Movant"), by its undersigned counsel, files Exhibit A and Exhibit B to its Motion For Relief From Automatic Stay Under Section 362 Of The Bankruptcy Code (Docket No. 5238) (the "Motion"), attached hereto respectively as **Exhibit A** and **Exhibit B.** These exhibits were attached to the originally signed Motion and copies were timely served by mail upon all parties listed on the Certificate of Service.

Dated: April 2, 2008
       Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC

 /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
Maria Aprile Sawczuk (DE No. 3320)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

*Attorneys for Movant*