# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
: Chapter 11
In re :
: Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC., a :
Delaware corporation, et. al., :
: **Related to Docket No. 5260**
:
Debtor. x
-------------------------------------------------------

## RESPONSE TO THE DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO THE CLAIMS OF THE HARTFORD AND HARTFORD FIRE INSURANCE COMPANY PURSUANT TO 11 U.S.C. §§502(b) AND 503, FED. R. BANKR. P. 3001 AND 3007 AND LOCAL RULE 3007-1

The Hartford and Hartford Fire Insurance Company (collectively referred to as "Hartford"), by its counsel respectfully submits this Response to the Debtors' Objection to Claims of The Hartford and Hartford Fire Insurance Company Pursuant to 11 U.S.C. §§502(b) and 503, Fed. R. Bankr. P. 3001 and 3007 and Local Rule 3007-1 (hereafter the"Objection"). In support of Response, Hartford states:

Hartford filed certain proofs of claims in this bankruptcy proceeding. Specifically, Hartford filed Claim Numbers 2326, 2338, 2339, 2371, 2376, 2424, and 2425 on August 29, 2007 relating to contract indemnity and various surety bonds issued on behalf of the Debtors. The amount of each of the claims at the time of filing was listed as $29,516,500 contingent. As noted by the Objection, Hartford also filed Claim Numbers 3543, 3592, 3593, 3594, 3606, 3607, 3608, 3609, 3610, 3611, 3612, 3613, 3614, 3615, and 3616 regarding various Insurance Policy Numbers.

Debtor has asserted a blanket objection to numerous claims including Claim Nos. 2326, 2338, 2339, 2371, 2376, 2424, 2425 3543, 3592, 3593, 3594, 3606, 3607, 3608,

3609, 3610, 3611, 3612, 3613, 3614, 3615, and 3616 ("Hartford Claims"). Debtors argue these claims are "Books and Records Claims" for which the Debtors' books and records (i) "do not reflect the existence of the asserted Claim or otherwise indicate a scheduled liability of zero with respect to such Claim" or (ii) "the asserted Claim has previously been satisfied by the Debtors and their Books and Records do not reflect any additional amounts owing on account of the asserted Claims." (Objection, ¶8, See also Exhibit A to the Objection pgs. 4-6 and 18-19). The Debtors seeks to disallow and expunge these claims in their entirety.

The Debtors' objection is general and vague as it is made with respect to a vast number of claims by various claimants. This objection has no relevance to Hartford's claims and should be denied. In contrast to other claims, Hartford's liability is potentially ongoing since Hartford's liability under its bonds is on-going. Claims can continue to be made under those bonds and, under the General Agreement of Indemnity (attached as Exhibit "A" to Claim Nos. 2326, 2338, 2339, 2371, 2376, 2424, and 2425), Debtors agreed to "indemnify and save harmless said Company from and against any and all loss, damages or expenses including court costs and attorneys' fees which it shall at any time incur."

Further, the Debtors' blanket objection should not apply to Hartford's specific claims. Since the filing of their Objection, the Debtors have actively been negotiating with the Hartford to enter into a Stipulation to value Hartford's claims for voting purposes. Despite the broad language in the Objection, the Debtors clearly have record of Hartford's claims and since the time of filing the Objection the parties have been trying to value these claims.

Because the Debtors are determining the value of Hartford's specific claims for which the Debtors have a record of potential liability, and it appears there will be availability of funds for later distribution there is no reason to make a determination regarding Hartford's specific claims.

WHEREFORE, for the aforementioned reasons, The Hartford and Hartford Fire Insurance Company requests this Court enter an Order denying Debtors' requested relief or in the alternative continuing its determination of Claim Nos. 2326, 2338, 2339, 2371, 2376, 2424, 2425 3543, 3592, 3593, 3594, 3606, 3607, 3608, 3609, 3610, 3611, 3612, 3613, 3614, 3615, and 3616.

Respectfully submitted,

*/s/ Michael R. Lastowski*

Michael R. Lastowski (DE I.D.No. 3892)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:   302-657-4900
Facsimile:    302-657-4901
E-mail: mlastowski@duanemorris.com

and

T. Scott Leo
Grace Winkler Cranley
Leo & Weber, P.C.
One N. LaSalle Street, Suite 3600
Chicago, Illinois 60602
Telephone:   (312) 857-0910
Facsimile:    (312) 857-1240
E-mail: sleo@leoweber.com
          gcranley@leoweber.com

*Attorneys for The Hartford and Hartford Fire Insurance Company*