IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of a copy of the Response to the Debtors' Sixteenth Omnibus Objection to the Claims of the Hartford and Hartford Fire Insurance Company Pursuant to 11 U.S.C. §§502(B) and 503, Fed. R. Bankr. P. 3001 and 3007 and Local Rule 3007-1 was made on April 2, 2008 upon the following individuals *via* first class mail, postage prepaid:

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Counsel for the Debtor*

Suzzanne S. Uhland, Esquire
Ben H. Logan, Esquire
Victoria Newmark, Esquire
Emily R. Culler, Esquire
O'Melveny & Myers LLP
275 Batter Street
San Francisco, CA 94111
*Counsel for the Debtor*

Joseph J. McMahon, Jr., Esquire
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
*United States Trustee*

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Counsel to the Official Committee of Unsecured Creditors*

DM3\700669.1

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue
14th & 15th Floor
New York, NY 10022
*Counsel to the Official Committee of*
*Unsecured Creditors*


Under penalty of perjury, I declare the foregoing is true and correct.


Dated: April 2, 2008                    Duane Morris LLP
       Wilmington, Delaware

                                        _____
                                        Michael R. Lastowski (DE 3892)
                                        1100 North Market Street, Suite 1200
                                        Wilmington, DE 19801
                                        Telephone:  (302) 657-4900
                                        Facsimile:  (302) 657-4901
                                        E-mail:     mlastowski@duanemorris.com

2

DM3\700669.1