## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on the 2nd day of April, 2008, I caused a copy of the **Response of Natixis Real Estate Capital Inc. to Debtors' Sixteenth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. §§ 502, 503, 506 and 507, Fed. R. Bankr. R. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to (a) Certain Books and Records Claims; (b) Insufficient Documentation; (c) Multiple Debtor Duplication Claims and/or (d) Reduced or Reclassified Claims** to be served upon the parties listed on the attached service list *via* hand delivery to all local parties and *via* First Class Mail to all remaining parties.

_____
Eric M. Sutty (No. 4007)