UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                              *

                                                        Case No. 07-10416-KJC

NEW CENTURY TRS HOLDINGS, INC.,   *   (Chapter 11)
a Delaware corporation, *et al.*,

        Debtor                          *   **Hearing Date: April 9, 2008 10:00 AM**

                                    ***********

**CERTIFICATE OF NO OBJECTION**
(*Relates to Docket Reference #'s: 5320 and 5321*)

US Bank National Association, as Trustee c/o Select Portfolio Servicing, Inc. (hereinafter "Movant"), by its undersigned counsel, hereby gives notice of the following:

    1.  Movant filed two (2) separate Motions for Relief from the Automatic Stay on March 12, 2008 with regard to two (2) separate properties: 24431 Robinwood Drive, Moreno Valley, CA 92557; and 3603 30th Street, SW, Lehigh Acres, FL 33971. Both of the Motions were served to the Debtor, Debtor's Counsel, the United States Trustee and the Official Committee of Unsecured Creditors via regular mail on the date each of the Motions were filed.

    2.  The Notice of the Motion states, "If you fail to respond in accordance with this notice, the relief demanded by the Motion will be granted." The Notice provides that a response to the Motion needs to be filed with the Court by April 2, 2008. As of April 2, 2008 at 8:10 PM, no response has been filed by the Debtor or any other interested person.

    3.  Accordingly, Movant respectfully requests that the Court enter the Proposed Order Terminating Automatic Stay.

Date: April 2, 2008                                            Respectfully submitted,

                                                        WITTSTADT & WITTSTADT, P.A.

/s/ *Lisa R. Hatfiled*_____
Lisa R. Hatfield (DE No. 4967)
284 East Main Street
Newark, DE 19711
(302) 444-4602
(866) 503-4930 (toll free)

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 2, 2008, copies of the foregoing Certificate of

No Response was served upon the parties listed on the below in the manner stated:

VIA US MAIL
New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

VIA US MAIL
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodeny Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

VIA US MAIL
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

VIA US MAIL
United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
*U.S. Trustee*

VIA US MAIL
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

VIA US MAIL
Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

    Respectfully submitted,

    WITTSTADT & WITTSTADT, P.A.

    /s/ *Lisa R. Hatfiled*_____
    Lisa R. Hatfield (DE No. 4967)
    284 East Main Street
    Newark, DE 19711
    (302) 444-4602
    (866) 503-4930 (toll free)