**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) **Hearing Date: May 7, 2008 @ 10:00 a.m.** |
| Debtors, | ) **Response Date: April 30, 2008** |

**FREMONT INVESTMENT & LOAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C.§362(d)(1) AS TO 2840 Burlington, Dubuque, IA 52001**

NOW COMES Fremont Investment & Loan, (hereinafter "Fremont"), by and through its attorneys, Whittington & Aulgur, moves the Court for an Order granting relief from the Automatic Stay of 11 U.S.C. §362 upon the following grounds:

**JURISDICTION**

1. The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 11 U.S.C. §157 and 11 U.S.C. §362.

**CLAIM FOR RELIEF**

2. Fremont is a corporation located at 2727 East Imperial Highway, Brea, CA 92821.

3. On April 2, 2007 a Chapter 11 Petition initiating this proceeding was filed by the Debtors.

4. On or about July 5, 2006, non-filing borrower, John Walters, Jr. (hereinafter "Borrower") executed and delivered a mortgage (hereinafter "Mortgage 1") in the principal sum of $108,900.00 unto New Century Mortgage Corporation. Said Mortgage 1 created a lien upon the property therein mentioned, 2840 Burlington, Dubuque, IA 52001 (hereinafter the "Property"), all of which is of record in the Office of the County Recorder of Dubuque County, State of Iowa. Pertinent portions of a title search showing Mortgage 1 is attached hereto as Exhibit "A".

5. On or about July 31, 2006, non-filing Borrower" executed and delivered a mortgage (hereinafter "Mortgage 2") in the principal sum of $108,900.00 unto Mortgage Electronic Registration Systems, Inc. as nominee for the Lender, the Fremont Investment & Loan. Said Mortgage 2 created a lien upon the Property, all of which is of record in the Office of the County Recorder of Dubuque County, State of Iowa. The Borrower also executed a Note contemporaneously therewith. Copies of said Mortgage 2 and the Note are attached collectively hereto as Exhibit "B".

6. On or about August 7, 2006 non-filing Borrower, also executed and delivered a Mortgage (hereinafter "Mortgage 3") in the principal sum of $12,100.00 unto Leo J. Sullivan. Said Mortgage 3 created a lien upon the Property, all of which is of record in the Office of the County Recorder of Dubuque County, State of Iowa, recorded subsequently to Mortgage 1. Pertinent portions of a title search showing Mortgage 3 is attached hereto as Exhibit "A".

7. Debtors have no ownership interest in the Property.

8. At present, Borrower is contractually delinquent and Movant wishes to go forward with a foreclosure proceeding.

9. The payoff amount on the subject Mortgage 2 through January 4, 2008 is approximately $120,285.68. The Property has an "as is" value of $105,000.00 as set forth on the Broker's Price Opinion ("BPO") attached hereto as Exhibit "C". There is no equity in the Property even before taking into account costs of sale or the balance due on Mortgage 1 or 3.

10. Movant is not aware whether the Property is insured or if it is being maintained. Payments are not being made by the Borrower; therefore, Movant's interest in not adequately protected.

11. The continuation of the Automatic Stay of 11 U.S.C. §362 will work real and irreparable harm to Movant's pending foreclosure proceeding against Borrower. Therefore, cause exists to vacate the stay to permit Movant to exercise its contractual rights against Borrower and the non-bankruptcy *in rem* rights as to the Property.

WHEREFORE, GRP hereby moves for an Order pursuant to 11 U.S.C. §362(d)(1) terminating the Automatic Stay for cause.

                    WHITTINGTON & AULGUR

By: /s/ Kristi J. Doughty
    Robert T. Aulgur, Jr. (No. 165)
    Kristi J. Doughty (No. 3826)
    651 N. Broad Street, Ste. #206
    P.O. Box 1040
    Middletown, DE  19709-1040
    (302) 378-1661
    Attorney for Movant

Date:  April  3 , 2008