**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC </br> ) Chapter 11 |
| Debtors, | ) Jointly Administered </br> ) Ref. No. |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO**
**2840 Burlington, Dubuque, IA 52001**

AND NOW, TO WIT, this _____ day of _____ A.D., 2008, Fremont Investment & Loan's Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause so as to permit Fremont and/or the holder of the Mortgage, as recorded in the Office of the County Recorder of Dubuque County, State of Iowa for 2840 Burlington, Dubuque, IA 52001 at Instrument No. 2006-00011716 to enforce its contractual rights against the Borrower and security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale or Trustee's Sale of the property, and any other legal remedies against the property which may be available to Fremont under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that Fremont may immediately enforce and implement this Order granting relief from the automatic stay.

_____
J.