EXHIBIT "A"

## C. OFFICIAL RECORDS OF THE COUNTY WHERE THE LAND IS LOCATED SHOWS THE FOLLOWING UNRELEASED DOCUMENTS AFFECTING THE LAND:

1. A mortgage, to secure an original principal indebtedness of $108,900.00, and any other amounts or obligations secured thereby, recorded JULY 27, 2006 as instrument no. 2006-00011365 of Official Records.

| | |
|---|---|
| Dated: | JULY 5, 2006 |
| Mortgagor: | JOHN WALTERS, JR. |
| Mortgagee: | NEW CENTURY MORTGAGE CORPORATION |

2. A mortgage, to secure an original principal indebtedness of $108,900.00, and any other amounts or obligations secured thereby, recorded AUGUST 1, 2006 as instrument no. 2006-00011716 of Official Records.

| | |
|---|---|
| Dated: | JULY 31, 2006 |
| Mortgagor: | JOHN WALTERS, JR., A SINGLE MAN |
| Mortgagee: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FREMONT INVESTMENT AND LOAN |

NOTE 1 : Lis Pendens filed by MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC AS NOMINNE FOR HOUSEHOLD MORTGAGE FUNDING CORP , against JOHN THOMAS WALTERS, JR., filed JULY 13, 2007 as case no 01311 EQCV096679 of official records.

3. An OPEN END mortgage, to secure an original principal indebtedness of $12,100.00, and any other amounts or obligations secured thereby, recorded AUGUST 7, 2006 as instrument no. 2006-00012079 of Official Records.

| | |
|---|---|
| Dated: | AUGUST 4, 2006 |
| Mortgagor: | JOHN WALTERS, JR. |
| Mortgagee: | LEO J. SULLIVAN |

### JUDGMENT AND LIEN INFORMATION

4. A judgment, a certified copy of which was recorded FEBRUARY 20, 2007 of Official Records.

| | |
|---|---|
| Court: | IN THE IOWA DISTRICT COURT FOR DUBUQUE COUNTY, SMALL CLAIMS DIVISION |
| Case No.: | 01311 SCSC058747 |
| Debtor: | JOHN WALTERS, JR. WALTERS |
| Creditor: | H AND R ACCOUNTS, INC. |
| Amount: | $732.25, and any other amounts due thereunder |

5. A judgment, a certified copy of which was recorded OCTOBER 26, 2003 of Official Records.

| | |
|---|---|
| Court: | IN THE IOWA DISTRICT COURT FOR DUBUQUE COUNTY, SMALL CLAIMS DIVISION |
| Case No.: | 01311 SCSC0505794 |
| Debtor: | JOHN WALTERS, JR. |
| Creditor: | CITIZENS FINANCE COMPANY |
| Amount: | $3,727.51, and any other amounts due thereunder |

### OTHER MATTERS OF RECORD
*NONE FOUND OF RECORD.