EXHIBIT "C"

## Exterior-Only Inspection Residential Appraisal Report    File # 3000278389

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

### SUBJECT

| Property Address  2840 Burlington St | | City Dubuque | State IA | Zip Code 52001-0913 |
|---|---|---|---|---|
| Borrower Walters Jr., John | Owner of Public Record Walters Jr., John | | County Dubuque | |

Legal Description  Lot 2 Rachel C. Sullivan Place

| Assessor's Parcel #  10-14-428-011 | Tax Year 05-06 | R.E. Taxes $ 0 | |
|---|---|---|---|
| Neighborhood Name  Rachel C. Sullivan Place | Map Reference  20220 | Census Tract 0011.02 | |

| Occupant ☐ Owner ☒ Tenant ☐ Vacant | Special Assessments $ 0 | ☐ PUD | HOA $ | ☐ per year | ☐ per month |
|---|---|---|---|---|---|

Property Rights Appraised ☒ Fee Simple  ☐ Leasehold  ☐ Other (describe)

Assignment Type  ☐ Purchase Transaction  ☐ Refinance Transaction  ☒ Other (describe) Unknown

Lender/Client  Fremont Investment and Loan    Address  3110 East Guasti Rd., Suite 500, Ontario, CA 91761

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?    ☐ Yes  ☒ No

Report data source(s) used, offering price(s), and date(s).    According to the Dubuque Multiple Listing Service, the subject property has not been listed for sale in the past 12 months.

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.  N/A

### CONTRACT

Contract Price $ N/A    Date of Contract N/A    Is the property seller the owner of public record?  ☐ Yes  ☐ No  Data Source(s) N/A

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?    ☐ Yes  ☐ No

If Yes, report the total dollar amount and describe the items to be paid.    N/A

### NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % |
|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | Property Values ☒ Increasing ☐ Stable ☐ Declining | | | PRICE $ (000) | AGE (yrs) | One-Unit 95 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | 50 Low | 0 | 2-4 Unit 5 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 250 High | 100 | Multi-Family % |
| Neighborhood Boundaries    The subject property is bound by West 32nd St. to the North, Kaufmann Ave. to | | | | | 110 Pred. | 50 | Commercial % |
| the South, Central Ave. to the East, and Grandview Ave. to the West. | | | | | | | Other % |

Neighborhood Description    The subject property is located in an older established neighborhood in the Northern part of the City of Dubuque. Amenities such as employment, schools, shopping, grocery stores, restaurants, parks, etc. are all located within 25 blocks of the subject property.

Market Conditions (including support for the above conclusions)    See Attached Addenda.

### SITE

| Dimensions Irregular - See Plat Addenda | Area 4,052 SF | Shape L Shaped | View Residential |
|---|---|---|---|

Specific Zoning Classification C-1    Zoning Description Commercial District    See Attached Addenda

Zoning Compliance ☒ Legal  ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?    ☒ Yes  ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | ☐ |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley Asphalt | ☒ | ☐ |

FEMA Special Flood Hazard Area  ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 1951800003B    FEMA Map Date 9/6/1989

Are the utilities and off-site improvements typical for the market area?    ☒ Yes  ☐ No  If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?    ☐ Yes  ☒ No  If Yes, describe

There are no adverse easements on the subject property, however, there is an access easement to the adjacent townhouse's garage that runs behind the subject dwelling out to the alley. (See Attached Recorded Plat)

### IMPROVEMENTS

Source(s) Used for Physical Characteristics of Property  ☐ Appraisal Files  ☐ MLS  ☒ Assessment and Tax Records  ☐ Prior Inspection  ☐ Property Owner

☒ Other (describe)  1st page of previous appraisal    Data Source for Gross Living Area  Physically measured the dwelling

| General Description | | General Description | | Heating/Cooling | | Amenities | | Car Storage | |
|---|---|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | Concrete Slab ☐ Crawl Space | ☒ FWA ☐ HWBB | | Fireplace(s) # | | ☐ None | | |
| # of Stories 1 Story | | ☒ Full Basement ☒ Finished | | ☐ Radiant | | Woodstove(s) # | | ☒ Driveway # of Cars 1 | |
| Type ☐ Det. ☒ Att. ☐ S-Det./End Unit | | ☐ Partial Basement ☐ Finished | | ☐ Other | | Patio/Deck | | Driveway Surface Concrete | |
| ☒ Existing ☐ Proposed ☐ Under Const. | Exterior Walls | Vinyl Siding | Fuel Gas | ☐ Porch | | ☒ Garage # of Cars 3 | |
| Design (Style) Townhouse | Roof Surface | Asphalt Shing. | ☒ Central Air Conditioning | ☐ Pool | | ☐ Carport # of Cars | |
| Year Built 2006 | Gutters & Downspouts Aluminum | | ☐ Individual | ☐ Fence | | ☐ Attached ☒ Detached | |
| Effective Age (Yrs) 0 | Window Type | Double Hung | ☐ Other | ☐ Other | | ☐ Built-In | |
| Appliances ☐ Refrigerator ☐ Range/Oven | ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer | | ☐ Other (describe) | | | | | |

Finished area above grade contains:    3 Rooms    1 Bedrooms    1 Bath(s)    644 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)    Since the dwelling is new, there should be a new high energy efficient furnace installed.

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc. The exterior of the property appears to be in good condition overall. The three car detached garage has exterior locks on each garage door, and looks like it may be used for storage of some sort.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    ☐ Yes  ☒ No

If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    ☐ Yes  ☒ No  If No, describe.

The subject property is located in an area of older (30-60 year old) homes.

## Exterior-Only Inspection Residential Appraisal Report   File # 3000278389

| There are | 3 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 90,000 | | to $ 130,000 | |
|---|---|---|---|---|---|
| There are | 7 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 90,000 | | to $ 130,000 | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2840 Burlington St | 501 Sapphire Circle | | 2110 Bald Eagle Ct. | | 2123 Golden Eagle | |
| | Dubuque, IA 52001-0913 | Dubuque | | Dubuque | | Dubuque | |
| Proximity to Subject | | 1.6 miles N | | 1.87 miles NE | | 1.84 miles NE | |
| Sale Price | $ N/A | | $ 109,900 | | $ 102,000 | | $ 110,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 124.89 sq.ft. | | $ 125.62 sq.ft. | | $ 120.61 sq.ft. | |
| Data Source(s) | | DMLS | | DMLS | | DMLS | |
| Verification Source(s) | | Public Record | | Public Record | | Public Record | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Conventional | | Conventional | | Conventional | |
| Concessions | | | | | | | |
| Date of Sale/Time | | 03/24/06 | +1,000 | 03/02/06 | +900 | 12/08/06 | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 4,052 SF | 6,966 SF | | 2,958 SF | | 3,045 SF | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Townhouse | Townhouse | | Townhouse | | Townhouse | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 1 | 2 | | 2 | | 3 | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 3   1   1 | 5   2   1.5 | -4,000 | 4   2   1 | -2,500 | 4   2   2 | -5,500 |
| Gross Living Area | 644 sq.ft. | 880 sq.ft. | -9,440 | 812 sq.ft. | -6,720 | 912 sq.ft. | -10,720 |
| Basement & Finished | 644 / 612 | 880 / 418 | +2,300 | 812 / 406 | +2,500 | 912 / 0 | +7,300 |
| Rooms Below Grade | rr, 2br's, bath | FamRm, BR | +1,500 | FamRm, BR | +1,500 | None | +1,500 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | GFA/Central | GFA/Central | | GFA/Central | | GFA/Central | |
| Energy Efficient Items | Furnace | Furnace | | Furnace | | Furnace | |
| Garage/Carport | 3 Detached | 1 Attached | +8,000 | 1 Attached | +8,000 | 1 Attached | +8,000 |
| Porch/Patio/Deck | None | Walkout, patio | -3,500 | Walkout | -2,500 | walkout | -2,500 |
| | | | | | | | |
| Net Adjustment (Total) | | + ☒ - | $ -4,140 | ☒ + ☐ - | $ 1,180 | ☐ + ☒ - | $ -1,920 |
| Adjusted Sale Price | | Net Adj.   3.8 % | | Net Adj.   1.2 % | | Net Adj.   1.7 % | |
| of Comparables | | Gross Adj. 27.1 % | $ 105,760 | Gross Adj. 24.1 % | $ 103,180 | Gross Adj. 32.3 % | $ 108,080 |

☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   Dubuque City Assessor's Records
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   Dubuque City Assessor's records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 07/31/06 | N/A | N/A | N/A |
| Price of Prior Sale/Transfer | 121,000 | N/A | N/A | N/A |
| Data Source(s) | Public Record | Public Record | Public Record | Public Record |
| Effective Date of Data Source(s) | 06/13/07 | 06/13/07 | 06/13/07 | 06/13/07 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The subject property was purchased on 07/31/06 for $121,000. There
have ben no other sales of the subject property within the past three years. None of the comparable's were sold prior to 15 months of the date of
the appraisal.

Summary of Sales Comparison Approach   See Attached Addenda.

Indicated Value by Sales Comparison Approach $ 105,000

Indicated Value by: Sales Comparison Approach $ 105,000     Cost Approach (if developed) $ N/A     Income Approach (if developed) $ N/A
The Sales Comparison Approach is used because it reflects what the housing market in the area is currently doing.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: The appraiser assumes that the
heating, cooling, electrical and plumbing in the property are in good working order.
Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 105,000   , as of   06/12/07   , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 2055 March 2005                    Page 2 of 6                    Fannie Mae Form 2055 March 2005

Form 2055 — *WinTOTAL* appraisal software by a la mode, inc. — 1-800-ALAMODE

# Exterior-Only Inspection Residential Appraisal Report    File # 3000278389

**ADDITIONAL COMMENTS**

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

| | OPINION OF SITE VALUE | | | =$ |
|---|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | DWELLING | Sq.Ft. @ $ | | =$ |
| Source of cost data | | Sq.Ft. @ $ | | =$ |
| Quality rating from cost service          Effective date of cost data | | | | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Garage/Carport | Sq.Ft. @ $ | | =$ |
| | Total Estimate of Cost-New | | | =$ |
| | Less          Physical | Functional | External | |
| | Depreciation | | | =$( ) |
| | Depreciated Cost of Improvements | | | =$ |
| | "As-Is" Value of Site Improvements | | | =$ |
| Estimated Remaining Economic Life (HUD and VA only)          Years | INDICATED VALUE BY COST APPROACH | | | =$ |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | Indicated Value by Income Approach |
|---|---|---|
| Estimated Monthly Market Rent $          X Gross Rent Multiplier | = $ | |

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☐ No    Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion

Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Source(s)

Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Exterior-Only Inspection Residential Appraisal Report   File # 3000278389

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 2055 — *WinTOTAL* appraisal software by a la mode, inc. — 1-800-ALAMODE

## Exterior-Only Inspection Residential Appraisal Report   File # 3000278389

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

## Exterior-Only Inspection Residential Appraisal Report    File # 3000278369

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER    Bradley R. Brissey | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Bradley R. Brissey | Name |
| Company Name  Brissey Realty | Company Name |
| Company Address  3388 Kennedy Circle, Suite A, Dubuque, IA 52002 | Company Address |
| Telephone Number  (563) 583-1737 | Telephone Number |
| Email Address  Llsabrissey@mchsi.com | Email Address |
| Date of Signature and Report  06/14/07 | Date of Signature |
| Effective Date of Appraisal  06/12/07 | State Certification # |
| State Certification #  CR01925 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State  IA | |
| Expiration Date of Certification or License  6/30/2008 | SUBJECT PROPERTY |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did not inspect subject property |
| 2840 Burlington St | ☐ Did inspect exterior of subject property from street |
| Dubuque, IA 52001-0913 | Date of Inspection _____ |
| APPRAISED VALUE OF SUBJECT PROPERTY $    105,000 | |
| LENDER/CLIENT | COMPARABLE SALES |
| Name | ☐ Did not inspect exterior of comparable sales from street |
| Company Name  Fremont Investment and Loan | ☐ Did inspect exterior of comparable sales from street |
| Company Address  3110 East Guasti Rd., Suite 500, Ontario, CA 91761 | Date of Inspection _____ |
| Email Address | |

Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Exterior-Only Inspection Residential Appraisal Report

File # 3000278389

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address 2840 Burlington St | | 2125 Golden Eagle | | 2115 Golden Eagle | | | |
| Dubuque, IA 52001-0913 | | Dubuque | | Dubuque | | | |
| Proximity to Subject | | 1.87 miles NE | | 1.83 miles NE | | | |
| Sale Price | $ N/A | $ | 125,000 | $ | 112,500 | $ | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 136.31 sq.ft. | | $ 123.36 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | DMLS | | DMLS | | | |
| Verification Source(s) | | Public Record | | Public Record | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Conventional | | Conventional | | | |
| Concessions | | | | | | | |
| Date of Sale/Time | | 06/02/06 | | 09/26/06 | | | |
| Location | Average | Average | | Average | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 4,052 SF | 2,958 SF | | 2,958 SF | | | |
| View | Residential | Residential | | Residential | | | |
| Design (Style) | Townhouse | Townhouse | | Townhouse | | | |
| Quality of Construction | Average | Average | | Average | | | |
| Actual Age | 1 | 3 | | 1 | | | |
| Condition | Good | Good | | Good | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 3 \| 1 \| 1 | 4 \| 2 \| 2 | -5,500 | 4 \| 2 \| 2 | -5,500 | | |
| Gross Living Area | 644 sq.ft. | 917 sq.ft. | -10,920 | 912 sq.ft. | -10,720 | sq.ft. | |
| Basement & Finished | 644 / 612 | 917 / 532 | +1,000 | 912 / 700 | -1,100 | | |
| Rooms Below Grade | rr, 2br's, bath | fr, br, bath | | fr, br, bath | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | GFA/Central | GFA/Central | | GFA/Central | | | |
| Energy Efficient Items | Furnace | Furnace | | Furnace | | | |
| Garage/Carport | 3 Detached | 1 Attached | +8,000 | 1 Attached | +8,000 | | |
| Porch/Patio/Deck | None | Deck, Patio, w/o | -6,000 | Walkout | -2,500 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -13,420 | ☐ + ☒ - | $ -11,820 | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 10.7 % | | Net Adj. 10.5 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 25.1 % | $ 111,580 | Gross Adj. 24.7 % | $ 100,680 | Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 07/31/06 | N/A | New Construction | |
| Price of Prior Sale/Transfer | 121,000 | N/A | New Construction | |
| Data Source(s) | Public Record | Public Record | Public Record | |
| Effective Date of Data Source(s) | 06/13/07 | 06/13/07 | 06/13/07 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Freddie Mac Form 2055 March 2005

Fannie Mae Form 2055 March 2005

## Additional Listings

File # 3000278369

| FEATURE | SUBJECT | LISTING # 1 | | LISTING # 2 | | LISTING # 3 | |
|---|---|---|---|---|---|---|---|
| Address 2840 Burlington St | | 2235 Trenton | | 3041 Stellar Eagle | | 3061 Stellar Eagle | |
| Dubuque, IA 52001-0913 | | Dubuque | | Dubuque | | Dubuque | |
| Proximity to Subject | | 3.56 miles SW | | 1.86 miles NE | | 1.86 miles NE | |
| List Price | $  N/A | $ | 130,000 | $ | 120,500 | $ | 120,500 |
| List Price/Gross Liv. Area | $  sq.ft. | $  159.90 sq.ft. | | $  104.78 sq.ft. | | $  104.78 sq.ft. | |
| Last Price Revision Date | N/A | 05/23/07 | | 05/07/07 | | 05/07/07 | |
| Data Source(s) | | DMLS | | DMLS | | DMLS | |
| Verification Source(s) | | Public Record | | Public Record | | Public Record | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | None | | None | | None | |
| Concessions | | | | | | | |
| Days on Market | | 45 | | 246 | | 246 | |
| Location | Average | Good | -10,000 | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 4,052 SF | 8,750 SF | | 3150 SF | | 3,150 SF | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Townhouse | Townhouse | | Townhouse | | Townhouse | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 1 | 1 | | 1 | | 1 | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 3  1  1 | 4  2  1 | -2,500 | 4  2  1 | -2,500 | 4  2  1 | -2,500 |
| Gross Living Area | 644 sq.ft. | 813 sq.ft. | -6,760 | 1,150 sq.ft. | | 1,150 sq.ft. | |
| Basement & Finished | 644 / 612 | 813 / 0 | | +7,300 1,150 / 483 | | +1,500 1,150 / 483 | +1,500 |
| Rooms Below Grade | rr, 2br's, bath | None | | +1,500 FamRm, RR | | +1,500 FamRm, RR | +1,500 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | GFA/Central | GFA/Central | | GFA/Central | | GFA/Central | |
| Energy Efficient Items | Furnace | Furnace | | Furnace | | Furnace | |
| Garage/Carport | 3 Detached | 1 Attached | | +8,000 1 Built-In | | +8,000 1 Built-In | +8,000 |
| Porch/Patio/Deck | None | Patio | | -1,000 Deck | | -2,500 Deck | -2,500 |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $  -3,460 | ☒ + ☐ - | $  6,000 | ☒ + ☐ - | $  6,000 |
| Adjusted List Price | | Net  2.7  % | | Net  5.0  % | | Net  5.0  % | |
| of Comparables | | Gross  28.5  % | $  126,540 | Gross  13.3  % | $  126,500 | Gross  13.3  % | $  126,500 |

Report the results of the research and analysis of the sale prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | LISTING # 1 | LISTING # 2 | LISTING # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 07/31/06 | New Construction | New Construction | New Construction |
| Price of Prior Sale/Transfer | 121,000 | New Construction | New Construction | New Construction |
| Data Source(s) | Public Record | Public Record | Public Record | Public Record |
| Effective Date of Data Source(s) | 06/14/07 | 06/14/07 | 06/14/07 | 06/14/07 |

Comments:   Comparable's no. 2 and 3 have been on the market for quite a while.  The last price revision on 05/07/07 went up from $120,000 to $120,500 instead of down.  Comparable no. 1: Trenton is located  in a higher priced are of town that is highly desired.

## Supplemental Addendum

File No. 3000278389

| Borrower | Walters Jr., John | | | |
|---|---|---|---|---|
| Property Address | 2840 Burlington St | | | |
| City | Dubuque | County Dubuque | State IA | Zip Code 52001-0913 |
| Client | Fremont Investment and Loan | | | |

**Marketing Conditions**

Sales volume for April is up 41% from the previous April, and sales volume for March is up 20% from the previous March. First quarter sales were up 22% from the previous 1st quarter. Sales volume for 2006 was up 13% from sales volume for 2005. Sellers are paying between 5.5% and 7.5% interest depending on the length of the loan and amount of points paid.

**Zoning**

The subject property is located in a C-1 Commercial District. The C-1 District in Dubuque allows two family and multi-family dwellings. The subject property appears to be legal in zoning compliance as a duplex style townhouse.

**• Exterior-Only : Sales Comparison Analysis - Prior Sale or Transfer History Analysis**

All five comparable's were used in the valuation process. There were no comparable's located within a mile of the subject property, or were sold within 6 months. The appraiser had to use comparable's within 2 miles of the subject that were sold within fifteen months in order to have enough comparable's to determine the current market value. The Dubuque market has been on a stable increase of 3-4% per year for the past several years. Homes sold over a year ago were adjusted for inflationary value. The best comparable's were used. There are only three comparable listings, which have been added per the client's request.

Comparable sale no. 1 was adjusted for the date of sale, for having an additional bedroom and half bath on the main level, more SF of living area, less SF in the basement is finished, there is no bath in the basement, a one car garage instead of three, and a walkout and patio.

Comparable sale no. 2 was adjusted for the date of sale, for having an additional bedroom on the main level, more SF of living area, less SF in the basement is finished, there is no bath in the basement, a one car garage instead of three, and there is a walkout.

Comparable sale no. 3 was adjusted for having an additional bedroom and bath on the main level, more SF of living area, no basement finish, no bath in the basement, there is a one car garage instead of three, and a walkout.

Comparable sale no. 4 was adjusted for having an additional bedroom and bath on the main level, more SF of living area, less SF in the basement is finished, there is a one car garage instead of three, and a deck, patio and walkout.

Comparable sale no. 5 was adjusted for having an additional bedroom and bath on the main level, more SF of living area, more SF in the basement is finished, there is a one car garage instead of three, and there is a walkout.

## Subject Photo Page

| Borrower | Walters Jr., John | | | | |
|---|---|---|---|---|---|
| Property Address | 2840 Burlington St | | | | |
| City | Dubuque | County | Dubuque | State IA | Zip Code 52001-0913 |
| Client | Fremont Investment and Loan | | | | |



### Subject Front

| | |
|---|---|
| 2840 Burlington St | |
| Sales Price | N/A |
| Gross Living Area | 644 |
| Total Rooms | 3 |
| Total Bedrooms | 1 |
| Total Bathrooms | 1 |
| Location | Average |
| View | Residential |
| Site | 4,052 SF |
| Quality | Average |
| Age | 1 |



### Subject Rear



### Subject Street

Form PIC3x5.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Photo Page

| Borrower | Walters Jr., John | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2840 Burlington St | | | | | |
| City | Dubuque | County | Dubuque | State  IA | Zip Code  52001-0913 | |
| Client | Fremont Investment and Loan | | | | | |



### Subject Other Street View

2840 Burlington St
| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 644 |
| Total Rooms | 3 |
| Total Bedrooms | 1 |
| Total Bathrooms | 1 |
| Location | Average |
| View | Residential |
| Site | 4,052 SF |
| Quality | Average |
| Age | 1 |

### Subject Garage's



### Subject Street

## Comparable Photo Page

| Borrower | Walters Jr., John | | | |
|---|---|---|---|---|
| Property Address | 2840 Burlington St | | | |
| City | Dubuque | County  Dubuque | State  IA | Zip Code  52001-0913 |
| Client | Fremont Investment and Loan | | | |



### Comparable 1

501 Sapphire Circle

| | |
|---|---|
| Prox. to Subject | 1.6 miles N |
| Sales Price | 109,900 |
| Gross Living Area | 880 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.5 |
| Location | Average |
| View | Residential |
| Site | 6,966 SF |
| Quality | Average |
| Age | 2 |



### Comparable 2

2110 Bald Eagle Ct.

| | |
|---|---|
| Prox. to Subject | 1.87 miles NE |
| Sales Price | 102,000 |
| Gross Living Area | 812 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | Average |
| View | Residential |
| Site | 2,958 SF |
| Quality | Average |
| Age | 2 |



### Comparable 3

2123 Golden Eagle

| | |
|---|---|
| Prox. to Subject | 1.84 miles NE |
| Sales Price | 110,000 |
| Gross Living Area | 912 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | Average |
| View | Residential |
| Site | 3,045 SF |
| Quality | Average |
| Age | 3 |

## Comparable Photo Page

| | |
|---|---|
| Borrower | Walters Jr., John |
| Property Address | 2840 Burlington St |
| City | Dubuque |
| Client | Fremont Investment and Loan |

| | | | | | |
|---|---|---|---|---|---|
| City | Dubuque | County Dubuque | State IA | Zip Code 52001-0913 |



### Comparable 4

2125 Golden Eagle
| | |
|---|---|
| Prox. to Subject | 1.87 miles NE |
| Sales Price | 125,000 |
| Gross Living Area | 917 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | Average |
| View | Residential |
| Site | 2,958 SF |
| Quality | Average |
| Age | 3 |



### Comparable 5

2115 Golden Eagle
| | |
|---|---|
| Prox. to Subject | 1.83 miles NE |
| Sales Price | 112,500 |
| Gross Living Area | 912 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | Average |
| View | Residential |
| Site | 2,958 SF |
| Quality | Average |
| Age | 1 |

### Comparable 6

Prox. to Subject
Sales Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

## Listing Photograph Addendum

| Borrower | Walters Jr., John | | | | |
|---|---|---|---|---|---|
| Property Address | 2840 Burlington St | | | | |
| City | Dubuque | County Dubuque | | State IA | Zip Code 52001-0913 |
| Client | Fremont Investment and Loan | | | | |



Listing no. 1: 2235 Trenton



Listing No. 2: 3041 Stellar Eagle



Listing No. 3: 3061 Stellar Eagle

## Building Sketch

| Borrower | Walters Jr., John | | | |
|---|---|---|---|---|
| Property Address | 2640 Burlington St | | | |
| City | Dubuque | County  Dubuque | State  IA | Zip Code  52001-0913 |
| Client | Fremont Investment and Loan | | | |



23.0'

28.0'    28.0'

23.0'

Dwelling measurements
Were physically measured
By appraiser

Sketch by Apex IV™

Comments:

### AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 644.0 | 644.0 |

| | | | |
|---|---|---|---|
| Net LIVABLE Area | | (Rounded) | 644 |

### LIVING AREA BREAKDOWN

| Breakdown | | Subtotals |
|---|---|---|
| First Floor | | |
| 23.0  x    28.0 | | 644.0 |

| | | |
|---|---|---|
| 1 Item | (Rounded) | 644 |

Form SKT.BldSkI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Plat Map**

| Borrower | Walters Jr., John | | | | |
|---|---|---|---|---|---|
| Property Address | 2840 Burlington St | | | | |
| City | Dubuque | County | Dubuque | State | IA | Zip Code | 52001-0913 |
| Client | Fremont Investment and Loan | | | | |



**Recorded Plat Map**

| Borrower | Walters Jr., John | | | | |
|---|---|---|---|---|---|
| Property Address | 2840 Burlington St | | | | |
| City | Dubuque | County Dubuque | | State IA | Zip Code 52001-0913 |
| Client | Fremont Investment and Loan | | | | |



## Location Map

| Borrower | Walters Jr., John | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2840 Burlington St | | | | | |
| City | Dubuque | County | Dubuque | State | IA | Zip Code 52001-0913 |
| Client | Fremont Investment and Loan | | | | | |



File No. 30000278389 Page #21

## Flood Map

| Borrower | Walters Jr., John | | | | |
|---|---|---|---|---|---|
| Property Address | 2840 Burlington St | | | | |
| City | Dubuque | County | Dubuque | State IA | Zip Code 52001-0913 |
| Client | Fremont Investment and Loan | | | | |



```
SR497AR-02  ERAMERIZ     Detail Transaction History                1/18/08  08:50:24
Loan# 3000278389 Inv# 603   Pool 0000001 InvLn#                UPB:     108,604.24
Borr1 JOHN WALTERS, JR           Status    R  Int.Rate  9.990  EscBal         .00
Borr2                            Type 03 - 00 SrvFees  .05000  EscAdv         .00
Prop: 2840 BURLINGTON                CONVENTION YldDif  .00000  TotPmt    1,045.68
      Dubuque      IA 52001  #PmtDlq    11  NextDue  3/01/07 TotDel   10,503.57
Int Pd To 2/01/07   P&I Short      .00  Corp Adv     2,075.55- MSG: 11 99
TRN#  CODE    POSTED   EFFECTVE      DESCRIPTION      NEXT DUE    TOTAL AMT
  49  14 99   1/16/08  1/16/08 LATE CHARGES          3/01/07       57.29
  48  62 26   1/04/08  1/04/08 CORP ADV DISB         3/01/07        9.25-
  47  14 99  12/17/07 12/17/07 LATE CHARGES          3/01/07       57.29
  46  62 26  11/26/07 11/26/07 CORP ADV DISB         3/01/07        8.85-
  45  14 99  11/16/07 11/16/07 LATE CHARGES          3/01/07       57.29
  44  62 26  10/29/07 10/29/07 CORP ADV DISB         3/01/07        9.35-
  43  14 99  10/16/07 10/16/07 LATE CHARGES          3/01/07       57.29
  42  62 26  10/02/07 10/02/07 CORP ADV DISB         3/01/07        9.35-
  41  62 26   9/27/07  9/27/07 CORP ADV DISB         3/01/07        9.35-
  40  14 99   9/17/07  9/17/07 LATE CHARGES          3/01/07       57.29
  39  62 26   9/07/07  9/07/07 CORP ADV DISB         3/01/07      234.00-
  38  14 99   8/16/07  8/16/07 LATE CHARGES          3/01/07       57.29
  37  62 26   7/30/07  7/30/07 CORP ADV DISB         3/01/07        9.35-
  36  14 99   7/16/07  7/16/07 LATE CHARGES          3/01/07       57.29
                                                                  More...

F2=Switch view   F3=Exit   F12=Return   Pg Down   Pg Up
```



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:
2840 Burlington St
Lot 2 Rachel C. Sullivan Place
Dubuque, IA  52001-0913

### FOR:
Fremont Investment and Loan
3110 East Guasti Rd.
Ontario, CA  91761

### AS OF:
06/12/07

### BY:
Bradley R. Brissey

Fremont Investment and Loan
3110 East Guasti Rd.
Ontario, CA 91761

Re: Property:   2840 Burlington St
                Dubuque, IA 52001-0913
    Borrower:   Walters Jr., John
    File No.:

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Bradley R. Brissey
Appraiser

## Exterior-Only Inspection Residential Appraisal Report

File # 3000278389

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 2840 Burlington St | City Dubuque | State IA | Zip Code 52001-0913 |

Borrower Walters Jr., John — Owner of Public Record Walters Jr., John — County Dubuque

Legal Description Lot 2 Rachel C. Sullivan Place

Assessor's Parcel # 10-14-428-011 — Tax Year 05-06 — R.E. Taxes $ 0

Neighborhood Name Rachel C. Sullivan Place — Map Reference 20220 — Census Tract 0011.02

Occupant ☐ Owner ☒ Tenant ☐ Vacant — Special Assessments $ 0 — ☐ PUD  HOA $ ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Unknown

Lender/Client Fremont Investment and Loan — Address 3110 East Guasti Rd., Suite 500, Ontario, CA 91761

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). According to the Dubuque Multiple Listing Service, the subject property has not been listed for sale in the past 12 months.

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. N/A

**CONTRACT**

Contract Price $ N/A — Date of Contract N/A — Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s) N/A

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid. N/A

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☒ Increasing ☐ Stable ☐ Declining | | | PRICE | AGE | One-Unit | 95 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $ (000) | (yrs) | 2-4 Unit | 5 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 50 Low | 0 | Multi-Family | % |
| Neighborhood Boundaries The subject property is bound by West 32nd St. to the North, Kaufmann Ave. to | | | | | | 250 High | 100 | Commercial | % |
| the South, Central Ave. to the East, and Grandview Ave. to the West. | | | | | | 110 Pred. | 50 | Other | % |

Neighborhood Description The subject property is located in an older established neighborhood in the Northern part of the City of Dubuque. Amenities such as employment, schools, shopping, grocery stores, restaurants, parks, etc. are all located within 25 blocks of the subject property.

Market Conditions (including support for the above conclusions) See Attached Addenda.

**SITE**

Dimensions Irregular - See Plat Addenda — Area 4,052 SF — Shape L Shaped — View Residential

Specific Zoning Classification C-1 — Zoning Description Commercial District See Attached Addenda

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley Asphalt | | ☒ | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No — FEMA Flood Zone X — FEMA Map # 1951800003B — FEMA Map Date 9/6/1989

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

There are no adverse easements on the subject property, however, there is an access easement to the adjacent townhouse's garage that runs behind the subject dwelling out to the alley. (See Attached Recorded Plat)

**IMPROVEMENTS**

Source(s) Used for Physical Characteristics of Property ☐ Appraisal Files ☐ MLS ☒ Assessment and Tax Records ☐ Prior Inspection ☐ Property Owner

☒ Other (describe) 1st page of previous appraisal — Data Source for Gross Living Area Physically measured the dwelling

| General Description | | General Description | | Heating/Cooling | Amenities | | Car Storage | |
|---|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | Concrete Slab ☐ Crawl Space | ☒ FWA ☐ HWBB | | Fireplace(s) # | | ☐ None | |
| # of Stories 1 Story | | ☒ Full Basement ☒ Finished | ☐ Radiant | | Woodstove(s) # | | ☒ Driveway # of Cars 1 | |
| Type ☐ Det. ☒ Att. ☐ S-Det/End Unit | | ☐ Partial Basement ☐ Finished | ☐ Other | | Patio/Deck | | Driveway Surface Concrete | |
| ☒ Existing ☐ Proposed ☐ Under Const. | Exterior Walls Vinyl Siding | Fuel Gas | | Porch | | ☒ Garage # of Cars 3 | |
| Design (Style) Townhouse | | Roof Surface Asphalt Shing. | ☒ Central Air Conditioning | | Pool | | ☐ Carport # of Cars | |
| Year Built 2006 | | Gutters & Downspouts Aluminum | ☐ Individual | | Fence | | ☐ Attached ☒ Detached | |
| Effective Age (Yrs) 0 | | Window Type Double Hung | ☐ Other | | Other | | ☐ Built-In | |
| Appliances ☐ Refrigerator ☐ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe) | | | | | | | | |

Finished area above grade contains: 3 Rooms — 1 Bedrooms — 1 Bath(s) — 644 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.) Since the dwelling is new, there should be a new high energy efficient furnace installed.

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc. The exterior of the property appears to be in good condition overall. The three car detached garage has exterior locks on each garage door, and looks like it may be used for storage of some sort.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☐ Yes ☒ No If No, describe.

The subject property is located in an area of older (30-60 year old) homes.

Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE