**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>(Jointly Administered) |

**VERIFIED STATEMENT OF DORSEY & WHITNEY LLP PURSUANT TO BANKRUPTCY RULE 2019**

Dorsey & Whitney LLP ("Dorsey") represents the creditors identified below.  Pursuant to Federal Rule of Bankruptcy Procedure 2019, Dorsey makes the following representations:

1. Dorsey was retained to represent (i) Residential Funding Company, LLC, having an office at 8400 Normandale Lake Boulevard, Suite 250, Minneapolis, MN 55437 ("RFC"), and (ii) U.S. Bank National Association, as trustee for 56 securitization trusts, having an office at 60 Livingston Ave., St. Paul, Minnesota 55107 ("U.S. Bank", and together with RFC, the "Creditors"), two creditors in the above-captioned Chapter 11 cases.

2. The claims (the "Claims") held by the Creditors against the Debtors relate to the purchase, sale and/or other transactions involving certain mortgage loans originated by the Debtors, including, without limitation, claims based on misrepresentations and warranties made with respect to such loans that were incorrect or untrue.  The Creditors acquired the Claims at various times before and during the one year prior to the commencement of the above-captioned Chapter 11 cases.

3. Dorsey reserves the right to amend or supplement this statement if and when further information becomes known.

4.     Upon information and belief formed after due inquiry, Dorsey does not hold any claims against or equity interests in the Debtors.

Dated:  April 3, 2008                    DORSEY & WHITNEY (DELAWARE) LLP

    /s/ Eric Schnabel
Eric Lopez Schnabel (DE Bar No. 3672)
1105 North Market Street (16th Floor)
Wilmington, Delaware 19801
Telephone: (302) 425-7162
Facsimile: (302) 335-0830

Counsel for Residential Funding Company, LLC and U.S. Bank National Association, as trustee for 56 securitization trusts.