IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-10416-KJC, et seq. |

**CERTIFICATION OF COUNSEL REGARDING VARIOUS MOTIONS FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 5268, 5269, 5270, 5271, 5272, 5273, 5274,
5275, 5276, 5277, 5278, 5308, 5309, 5310, 5311, 5312, 5313, 5314, 5315,
5316, 5317, 5343, 5344, 5347, 5349, 5350, 5354, 5355, 5356, 5357, 5358, 5365,
5366, 5367, 5368, 5369, 5447, 5448, 5449, 5450, 5456, 5457, 5459, 5461, 5462,
5463, 5464, 5465, 5466, 5467, 5468, 5469, 5470, 5471, 5472, 5473, 5474, 5475, 5479 )*

Adam Hiller, an associate with the law firm of Draper & Goldberg, PLLC, certifies to the Court as follows:

1. Between March 10, 2008 and March 24, 2008, the undersigned, on behalf of numerous clients, filed each of the motions for relief from the automatic stay listed on **Exhibit A** hereto (the "Motions").

2. The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to any of the Motions. The undersigned further certifies that he has reviewed the Court's docket in this case and, except as otherwise provided above, no answer, objection or other responsive pleading to any of the Motions appears thereon. Pursuant to the notice filed in connection with each of the Motions, objections to the Motions were to be filed and served no later than April 1, 2008.

3. Attached hereto as collective **<u>Exhibit B</u>** is a compilation of the orders submitted in connection with each of the Motions. The undersigned respectfully requests that each of the orders attached hereto collectively as **<u>Exhibit B</u>** be entered at the convenience of the Court.

Dated: April 3, 2008
       Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC

 **/s/ Adam Hiller**
Adam Hiller (DE No. 4105)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile