# EXHIBIT A

In re New Century TRS Holdings, Inc., *et al.,* Case Nos. 07-10416-KJC (Chap. 11), *et seq.*

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 5268 | Washington Mutual Bank, as successor-in-interest to Long Beach Mortgage Company by operation of law | 23638 Marguerite Circle<br>Moreno Valley, CA 92557 |
| 5269 | Avelo Mortgage, LLC | 2050 SW Beauregard Street<br>Port Saint Lucie, FL 34953 |
| 5270 | Avelo Mortgage, LLC | 746 E. 223Rd Street<br>Bronx, FL 34953 |
| 5271 | MTGLQ | 5205 West Caribbean Lane<br>Glendale, AZ 85306 |
| 5272 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for Morgan Stanley ABS I Capital Inc, MSAC 2007-HE2 by Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact | 725 Miller Avenue<br>Freeport, NY 11520 |
| 5273 | US Bank National Association | 3141 Ashbury Drive<br>Upper Arlington, OH 43221 |
| 5274 | Wells Fargo Bank, N.A. | 17580 Santa Barbara Drive<br>Detroit, MI 48221 |
| 5275 | Wells Fargo Bank, N.A. | 329 Broadway<br>Davisburg, MI 48350 |
| 5276 | WM Specialty Mortgage LLC | 112 Bowen Road<br>Perris, CA 92571 |
| 5277 | PHH Mortgage Corporation | 64 Marys Lane<br>South Hampton, NY 11968 |
| 5278 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for IXIS 2006-HE2 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact | 1429 Alwynne Drive<br>Leigh Arches, FL 33936 |
| 5308 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for Morgan Stanley ABS Capital I Inc., MSAC 2007-NC4 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. | 3905 NE Drive<br>Homestead, FL 33033 |
| 5309 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for IXIS 2006-HE3 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact | 7000 Newport Street<br>Commerce City, CO 8002 |
| 5310 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for Morgan Stanley, MSAC 2007-NC2 by: Saxon Mortgage Services, Inc. as its attorney-in-fact | 558 Decatur Street<br>Brooklyn, NY 11233 |
| 5311 | U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2005-HE2, by: Saxon Mortgage Services, Inc. as attorney-in-fact | 6350 Thunder Gulch Avenue<br>Las Vegas, NV 89141 |

| **Docket Nos.** | **Movant** | **Property Address** |
|---|---|---|
| 5312 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company as Trustee and Custodian for IXIS Real Estate Capital Inc by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Service, Inc. as its attorney-in-fact | 11970 SW 188 Terrace Miami, FL 33177 |
| 5313 | Deutsche Bank Trust Americas formerly known as Banker's Trust Company, as Trustee and Custodian for Morgan Stanley, MSAC 2007-NC1 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact | 1222 Grayson Street Springfield Gardens, NY 11413 |
| 5314 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee under the Pooling and Servicing Agreement dated as of September 1, 2007. Morgan Stanley ABS Capital I Inc. Trust 2007-HE7 | 506 Warwick Street Brooklyn, NY 11207 |
| 5315 | LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2006-HE8 by: Saxon Mortgage Services, Inc. as its attorney-in-fact | 2322 South 13th Street Omaha, NE 68108 |
| 5316 | LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2007-HE1 | 2306 Geary Boulevard San Francisco, CA 94115 |
| 5317 | LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2007-HE1 by: Saxon Mortgage Services, Inc. as its attorney-in-fact | 104 30 127th Street Richond Hill, NY 11419 |
| 5343 | U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HE5 by: Saxon Mortgage Services Inc. as its attorney-in-fact | 720 West Gordon Terrace Unit 8C Chicago, IL 60613 |
| 5344 | U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HE7 by: Saxon Mortgage Services Inc. as its attorney-in-fact | 4503 Cornerstone Street Pearland, TX 77584 |
| 5347 | U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2005-HE1 by: Saxon Mortgage Services Inc. as its attorney-in-fact | 2054 Vista Cajon Newport Beach, CA 92660 |
| 5349 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for Morgan Stanley ABS Capital Inc. MSAC 2007-HE3 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact | 774 East 39th Street Brooklyn, NY 11210 |
| 5350 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Custodian for Morgan Stanley STTR I 2007-1 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact | 1126 North Springer View Drive Midway, UT 84049 |
| 5354 | MERS | 302 Misty Meadow Drive Bakersfield, CA 93308 |
| 5355 | Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1 by: Saxon Mortgage Services Inc. as its attorney-in-fact | 21 Meadow Way Cape Elizabeth, ME 04107 |

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 5356 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for Morgan Stanley, MSAC 2007-NC3 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact | 108 Lloyd Street New Haven, CT 06513 |
| 5357 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for IXIS 2005-HE3 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact | 6820 Alter Street Gwynn Oak, MD 21207 |
| 5358 | Saxon Mortgage Service, Inc. | 4001 NW 3rd Street Miami, FL 33126 |
| 5365 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for Morgan Stanley, MSAC 2007-NC2 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact | 3111 Freshmeadows Drive Houston, TX 77063 |
| 5366 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for Morgan Stanley ABS Capital I Inc., MSAC 2007-NC1 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact | 156 Hilltop Drive Brentwood, NY 11717 |
| 5367 | U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HE5 by: Saxon Mortgage Services Inc. as its attorney-in-fact | 1333 Jarrell Court Modesto, CA 95354 |
| 5368 | Saxon Mortgage Services, Inc. and Deed to FNMA | 7317 Oelsner Street New Port Richey, FL 34652 |
| 5369 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for IXIS 2006-HE3 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact | 8237 Mendota Detroit, MI 48204 |
| 5447 | LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2006-HE8 | 117 Edgewood Drive Bedford, IN 47421 |
| 5448 | WM Specialty Mortgage LLC | 14 Pine Needle Road Piedmont, SC 29673 |
| 5449 | Washington Mutual Bank | 2342 Barons Court Tavares, FL 32778 |
| 5450 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, Trustee and Custodian for Morgan Stanley, MSAC 2007-HE1 | 604 Griggs St SW Grand Rapids, MI 49504 |
| 5456 | U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HE5 | 468 Bridgton Road Westbrook, ME 04092 |
| 5457 | Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1 | 3731 Sausalito Fern San Antonio, TX 78261 |
| 5459 | LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2007-HE1 | 5081 Shannon Way SW Mableton, GA 30126 |
| 5461 | LaSalle Bank National Association, as Trustee and Custodian for Morgan Stanley, MSAC 2006-HE8 | 4035 Cloud Nine Lane Las Vegas, NV 89115 |

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 5462 | Wells Fargo Bank N.A. as Trustee, on behalf of the Certificateholders, MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW | 16351 Maplemont Drive Houston, TX 77095 |
| 5463 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, Trustee and Custodian for Morgan Stanley ABS Capital I Inc., MSAC 2007-NC4 | 88 Pine Street Brooklyn, NY 11208 |
| 5464 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, Trustee and Custodian for IXIS 2006-HE3 | 125 Heather Stone Way Unit G Glen Burnie, MD 21061 |
| 5465 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, Trustee and Custodian for IXIS 2006-HE2 | 1347 Stuyvesant Avenue Union, NJ 07083 |
| 5466 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, Trustee and Custodian for Morgan Stanley, MSAC 2007-HE1 | 8434 S Toledo Avenue Tulsa, OK 74137 |
| 5467 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, Trustee and Custodian for Morgan Stanley, MSAC 2007-NC1 | 5101 Somerset Drive Baytown, TX 77521 |
| 5468 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, Trustee and Custodian for Morgan Stanley ABS Capital I Inc., Trust 2006-HE8 | 13494 SW 289 Terrace Miami, FL 33033 |
| 5469 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, Trustee and Custodian for Morgan Stanley, MSAC 2007-NC2 | 2642 Aracatuba Avenue Las Vegas, NV 89121 |
| 5470 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, Trustee and Custodian for Morgan Stanley, MSAC 2007-HE1 | 1930 Carnegie Court Oxnard, CA 93033 |
| 5471 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, Trustee and Custodian for IXIS 2006-HE3 | 4150 SW 111 Avenue Miami, FL 33165 |
| 5472 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, Trustee and Custodian for Morgan Stanley ABS Capital I Inc., MSAC 2007-NC4 | 1209 Greenwood Avenue Kehigh Acres, FL 33972 |
| 5473 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, Trustee and Custodian for IXIS 2006-HE3 | 29445 Rock Point Drive Lake Elsinore, CA 92530 |
| 5474 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, Trustee and Custodian for IXIS 2006-HE2 | 100 Auburn Drive Wallejo, CA 94589 |
| 5475 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, Trustee and Custodian for Morgan Stanley ABS Capital I Inc., MSAC 2007-NC1 | 181 Short Ruff Way Las Vegas, NV 89148 |
| 5479 | Fannie Mae | 12420 Forest Lake Circle North Jacksonville, FL 32225 |