IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. | ) | NO. 07-10416 |
| | ) | |
| Debtor | ) | CHAPTER 11 |
| | ) | |
| | ) | JUDGE: Kevin Carey |

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW CitiMortgage, Inc., a secured creditor holding a Security Deed on real property commonly known as 22-8 Florence Tollgate, Florence, NJ and withdraws the following Proof of Claim:

Creditor Name: CitiMortgage, Inc.

Proof of Claim Number: 1311

Proof of Claim Filed date: July 23rd, 2007

Secured Claim amount: $46,886.61

Arrearage Claim amount: $2,154.05

CitiMortgage, Inc. requests that the Trustee cease funding the claim.

This ___ day of _____, 2008

_____
Alice A. Blanco
Georgia Bar No. 062160
Attorney for Movant

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(770) 643-2148

CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all other parties (or the parties themselves if not represented by counsel) in the foregoing matter with a copy of this withdrawal of Proof of Claim by depositing copies in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon addressed as follows:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612

Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Chun I. Jang
Richards, Layton & Finger, P.A.
920 North King Street
P.O. Box 551
Wilmington, DE 19899

Ivan Lerer Kallick
Manatt Phelps & Phillips, LLP
11344 West Olympic Boulevard
Los Angeles, CA 90064

Marcos Alexis Ramos
Richards Layton & Finger, PA
One Rodney Square
PO Box 551
Wilmington, DE 19899

Mark D. Collins
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

Michael Joseph Merchant
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Paul Noble Heath
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

Russell C. Silberglied
Richards, Layton & Finger
One Rodney Square
P.O. BOX 551
Wilmington, DE 19899

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

This 3rd day of April, 2008.

_____
Alice A. Blanco
Georgia Bar No. 062160
Attorney for Movant

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102
(770) 643-2148

File No. FNM-07-14534