# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: DLJ Mortgage Capital, Inc.

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 10772770 | Jacobo | Nov. 30, 2006 | $362,400 | $385,377.29 | $280,000 | 1342 East 43rd St, Los Angeles, CA 90011 |
| 9083064 | Kinney | Sept. 21, 2005 | $149,000 | $165,025.20 | $145,000 | 5604 Readers St. Canal Winchester, OH 43110 |
| 10772085 | Avila | 23-Dec-06 | $240,000 | $254,312.05 | $335,000 | 3129 Ronald St., Riverside, CA 92506 |
| 10780542 | Maxwell | 29-Jan-07 | $334,400 | $351,696.03 | $406,000 | 528 NW 157 Avenue, Pembroke Pines, FL 33028 |
| 10702397 | Blancaflor | 14-Feb-07 | $560,000 | $594,329.83 | $450,000 | 4928 SW 8th St., Cape Coral, FL 33914 |
| 10733699 | Knight | 14-Feb-07 | $234,000 | $241,902.57 | $180,000 | 732 State Highway, Kissee Mills, MO 65680 |