UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                      *

                                                 Case No. 07-10416-KJC
NEW CENTURY TRS HOLDINGS, INC., *            (Chapter 11)
a Delaware corporation, *et al.*,
                    Debtor                   *

                                                 **Objections due by: March 18, 2008 4:00 PM**
                                             *   **Hearing Date: March 25, 2008 at 1:30 PM**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER TERMINATING AUTOMATIC STAY
## UNDER SECTION 362 OF THE BANKRUPTCY CODE AS IT APPLIES TO
## 20041 E. MARIPOSA RD., STOCKTON, CA 95215
*(Relates to Docket # 51 35T)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay

(hereinafter "Motion") filed by  HSBC Bank USA, National Association, as trustee, on

behalf of the holders of the Nomura Home Equity Loan, Inc. Asset-Backed Certificates

Series 2005-HE1 c/o Select Portfolio Servicing, Inc. (hereinafter "Movant"), and any

response thereto, the Court having determined that (A) the Court has jurisdiction over the

Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceedings

pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C § 1409(a);

and (D) service to the limited parties stated on the Certificate of Service is adequate

under the circumstances; and the Court having further determined that the Debtor does

not have an interest in the real property and improvements thereon knows as 20041 E.

Mariposa Road, Stockton, CA 95215 (hereinafter the "Property") and that the Debtor's

interest in the Property, if any, is not necessary to an effective reorganization; and the

Court having further determined that cause exists to grant Movant relief from the

automatic stay with to the Properties because Movant's interest in the Property is not

adequately protected; it is hereby **ORDERED** as follows:

1. The Motion be, and the same is hereby **GRANTED.**

2. Pursuant to 11 U.S.C. § 362, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Property. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of any Mortgage or Deed of Trust or other similar security instrument relating to the Property.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: _April 2, 2008_

BY THE COURT:

Kevin J. Carey
U.S. Bankruptcy Court Judge