IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al. | ) <br> ) Chapter 11 <br> ) Case No. 07-10416 KJC, et seq. <br> ) |
| Debtors, | ) |

**CERTIFICATION OF COUNSEL REGARDING VARIOUS MOTIONS FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**
(relates to Docket Nos. 5233, 5304 and 5306)

Kristi J. Doughty, a partner with the law firm of Whittington & Aulgur, certifies to the Court as follows:

1. On March 5, 2008, the undersigned on behalf of GRP Loan LLC filed a Motion for Relief from the Automatic Stay as to 4719 Brooklawn Drive, Houston, TX.  (Docket No. 5233).

2. On March 12, 2008, the undersigned on behalf of GRP Loan LLC filed a Motion for Relief from the Automatic Stay as to 108 Elissar Drive, Debary, FL. (Docket No. 5306).

3. On March 12, 2008, the undersigned on behalf of GRP Loan LLC filed a Motion for Relief from the Automatic Stay as to 24-50 93rd Street, East Elmhurst, NY.  (Docket No. 5304).

4. The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to any of the Motions.  The undersigned further certifies that she has reviewed the Court docket in this case and, except as otherwise provided above, no answer, objection or other responsive pleading to any of the said Motions appears thereon.  Pursuant to the notice filed in

connection with each of the Motions, objections to the Motions were to be filed and served no later than April 2, 2008.

5. Attached hereto as collective **Exhibit A** is a compilation of the orders submitted in connection with each of the Motions. The undersigned respectfully requests that each of the orders attached hereto collectively as **Exhibit A** be entered at the convenience of the Court.

WHITTINGTON & AULGUR

By: /s/ Kristi J. Doughty
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Ste. #206
P.O. Box 1040
Middletown, DE 19709-1040
(302) 378-1661
Attorney for Movant

Date: April 4, 2008