**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) |
| Debtors, | ) |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 4th day of April, A.D. 2008 that service of the *Certification of Counsel Regarding Various Motions for Relief from Automatic Stay under Section 362 of the Bankruptcy Code (relates to Docket Nos. 5233, 5304 and 5306)* was made electronically and (via) first class mail to the following:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA  92612
*Debtor*

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonne Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
*Attorney for Official Committee
of Unsecured Creditors*

Miguel Pujols
24-50 93rd Street
East Elmhurst, NY 11373

Jarvis Smith
4719 Brooklawn Drive
Houston, TX 77066

Van Quoc Hoang
108 Elissar Drive
Debary, FL 32713

                By:    /s/ Kristi J. Doughty
                       Robert T. Aulgur, Jr. (No. 165)
                       651 N. Broad Street, Ste. #206
                       P.O. Box 1040
                       Middletown, DE  19709-1040
                       (302) 378-1661
                       Attorney for Movant