# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., <br>         Debtors, | ) Case No. 07-10416 KJC <br> ) Chapter 11 <br> ) Jointly Administered <br> ) Ref. No. |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO
## 108 Elissar Drive, Debary, FL 32713

AND NOW, TO WIT, this _____ day of _____ A.D., 2008, GRP Loan LLC's Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause so as to permit GRP and/or the holder of the first Mortgage, as recorded in the Office of the County Clerk at Document/Instrument No. 2006-312902, Book 5974, Page 957 in Orange County, State of Florida for 108 Elissar Drive, Debary, FL to enforce its contractual rights against the Borrower and security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale of the property and any other legal remedies against the property which may be available to GRP under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that GRP may immediately enforce and implement this Order granting relief from the automatic stay.

 

 

                                                                                   _____
                                                                                                     J.

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

New Century TRS Holdings, Inc., ) Case No. 07-10416 KJC
et al., ) Chapter 11
        Debtors, ) Jointly Administered
) Ref. No.

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO 4719 BROOKLAWN DRIVE, HOUSTON, TEXAS

AND NOW, TO WIT, this ____ day of _____ A.D., 2008, GRP Loan LLC's Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause so as to permit GRP and/or the holder of the first Deed of Trust, as recorded in the Office of the County Clerk at Document/Instrument No. 20060182283 in Harris County, State of Texas for 4719 Brooklawn Drive, Houston, Texas to enforce its contractual rights against the Borrower and security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale of the property and any other legal remedies against the property which may be available to GRP under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that GRP may immediately enforce and implement this Order granting relief from the automatic stay.

                                                                                                J.

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., <br>               Debtors, | ) Case No. 07-10416 KJC <br> ) Chapter 11 <br> ) Jointly Administered <br> ) Ref. No. |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO 24-50 93rd Street, East Elmhurst, NY 11373

AND NOW, TO WIT, this _____ day of _____ A.D., 2008, GRP Loan LLC's Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause so as to permit GRP and/or the holder of the first Morgage, as recorded in the Office of the County Clerk at Document/Instrument No. 2007000081329 in Queens County, State of New York for 24-50 93rd Street, East Elmhurst, NY to enforce its contractual rights against the Borrower and security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale of the property and any other legal remedies against the property which may be available to GRP under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that GRP may immediately enforce and implement this Order granting relief from the automatic stay.

_____
                              J.

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

New Century TRS Holdings, Inc., ) Case No. 07-10416 KJC
et al., ) Chapter 11
                                   )
        Debtors,           )

### CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 4th day of April, A.D. 2008 that service of the ***Certification of Counsel Regarding Various Motions for Relief from Automatic Stay under Section 362 of the Bankruptcy Code (relates to Docket Nos. 5233, 5304 and 5306)*** was made electronically and (via) first class mail to the following:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA 92612
*Debtor*

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Bonne Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorney for Official Committee
of Unsecured Creditors*

Miguel Pujols
24-50 93rd Street
East Elmhurst, NY 11373

Jarvis Smith
4719 Brooklawn Drive
Houston, TX 77066

Van Quoc Hoang
108 Elissar Drive
Debary, FL 32713

By: /s/ Kristi J. Doughty
Robert T. Aulgur, Jr. (No. 165)
651 N. Broad Street, Ste. #206
P.O. Box 1040
Middletown, DE 19709-1040
(302) 378-1661
Attorney for Movant