# **EXHIBIT 1**

RLF1-3266555-1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **NEW CENTURY TRS HOLDINGS,** | : Case No. 07-10416 (KJC) |
| **INC., a Delaware corporation, et al.,** | : |
| | : Jointly Administered |
| **Debtors.** | : |
| | : |

## ORDER GRANTING STIPULATION BETWEEN TAJVINDER S. BINDRA AND DEBTORS AMENDING AND ALLOWING CERTAIN CLAIMS OF TAJVINDER S. BINDRA

AND NOW, upon consideration of the foregoing Stipulation, and good cause appearing for approval thereof, IT IS HEREBY ORDERED THAT:

1. The Stipulation attached hereto as Exhibit A is APPROVED.

2. Without prejudice to Bindra's rights against each of the Debtors, the Surviving Claim (as defined in the Stipulation) shall remain on the Debtors' claim register against New Century Mortgage Corporation.

3. For administrative convenience only, and without prejudice to Bindra's rights against each of the Debtors, limited to the right to assert joint and several liability against all of the Debtors with respect to the Surviving Claim and the right to amend the Surviving Claim to modify the Debtor(s) that the Surviving Claim is asserted against and/or the right to amend the amount of the Surviving Claim, the Debtors and Bindra agree that, other than the Surviving Claim, upon Court approval of this Stipulation, the Indemnity Claims are expunged.

4. Other than the Surviving Claim, the Indemnity Claims and the Duplicate Claim are expunged.

5. For voting purposes only, and without prejudice to Bindra' rights to amend the Surviving Claim for any purpose, the Surviving Claim shall be deemed an unsecured claim against the estate of New Century Mortgage Corporation in the amount of $1.00.

6. Without limiting the foregoing rights, Bindra shall have the right to amend the Surviving Claim only to modify the Debtor(s) that the Surviving Claim is asserted against and/or the amount of such Surviving Claim, at any time; and any such amendment shall not be subject to any bar date for filing claims.

7. The Debtors and the OCUC expressly reserve their right to object to the Surviving Claim for any reason except that the Debtors and the OCUC hereby waive any right to object to the Surviving Claim on the basis that (i) the Surviving Claim is filed against New Century Mortgage Corporation as opposed to another Debtor or Debtors or (ii) an amendment that modified the Debtor(s) that the Surviving Claim is properly asserted against is untimely.

8. The Fourteenth Omnibus Objection is hereby withdrawn with respect to the Indemnity Claims (or any portion(s) thereof).

9. To the extent of any inconsistency between (i) this Stipulation and (ii) the Plan, the Disclosure Statement, the Confirmation Order or any other document, agreement or order, the terms of this Stipulation shall control.

10. No later than three (3) business days after the date of this order, the Debtors are directed to serve a copy of the order on all parties upon all whom are entitled to notice and are directed to file a certificate of service no later than two (2) business days after service.

Dated: _____, 2008
      Wilmington, Delaware

                                                                                  THE HONORABLE KEVIN J. CAREY
                                                                                   UNITED STATES BANKRUPTCY JUDGE

1079674 v4/SF