# **EXHIBIT C**

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | District of Delaware | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: New Century TRS Holdings, Inc. | Case Number: 07-10416 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): Sprint Nextel Corporation | ☑ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent: Sprint Nextel Corporation - Attn: Bankruptcy PO Box 172408, Denver, CO 80217 Telephone number: (720) 206-2178 | Court Claim Number: 970 *(If known)* Filed on: 07/09/2007 |
| Name and address where payment should be sent (if different from above): Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. ☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:** $ 4,452,569.68 <br><br> If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. <br><br> If all or part of your claim is entitled to priority, complete item 5. <br><br> ☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.** <br><br> Specify the priority of the claim. <br><br> ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** Services / Rejection <br> (See instruction #2 on reverse side.) <br> **3. Last four digits of any number by which creditor identifies debtor:** 5318 <br><br>    3a. Debtor may have scheduled account as: _____ <br>    (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **4. Secured Claim (See instruction #4 on reverse side.)** <br> Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. <br><br> **Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other <br> Describe: <br><br> **Value of Property:** $_____ **Annual Interest Rate** ___% <br><br> **Amount of arrearage and other charges as of time case filed included in secured claim,** <br><br> if any: $_____ **Basis for perfection:** _____ <br><br> **Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5). <br><br> ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7). <br><br> ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. <br><br> **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)* <br><br> DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. <br><br> If the documents are not available, please explain: | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). <br><br> **Amount entitled to priority:** <br><br> $_____ <br><br> *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date: 04/04/2008 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. <br><br> /s/ John T. Farnum - Counsel for Sprint Nextel Corporation | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B 10 (Official Form 10) (12/07) – Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien

documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# New Century TRS Holdings, Inc.

| Account Number | Pre-Petition |
|---|---|
| 239345318 | $96,851.15 |
| 675689180 | $285.89 |
| 0615884466 | $2,875.45 |
| 13146265 | $160,297.43 |
| 13074610 | $640,617.29 |
| 845249184 | $136,320.14[1] |
| 924585547 | $1,350.65 |
| 664123040 | $67.58 |
| 664123050 | $113.40 |
| 665593360 | $66.01 |
| 665814290 | $323.92 |
| 666171330 | $94.92 |
| 924352856 | $40,725.43 |
| 666631910 | $164.42 |
| TOTAL | $1,080,153.68 |

### Custom Service Agreement BSG-0205-254r6 (as amended)

| Year | Minimum Annual Commitment | Usage | Shortfall |
|---|---|---|---|
| 2007 | $2,500,000.00 | $1,627,584.00 | $872,416.00 |
| 2008 | $2,500,000.00 | $0.00 | $2,500,000.00 |
| TOTAL | | | $3,372,416.00 |

### Total Claim

$1,080,153.68
+ $ 3,372,416.00
$4,452,569.68

---

[1] Increased from $91,911.19.

# YOUR SPRINT INVOICE

## NEXTEL

### > ACCOUNT INFORMATION

Account Name
New Century Financial
Account Number
239345318

Invoice Date
May 01, 2007

Total Amount Due
$96,851.15

### > CUSTOMER CARE

Register and Logon
www.sprint.com

Call Sprint
1.800.390.7545

### > MONTHLY ACCOUNT INVOICE

March 25 - April 02, 2007

| | |
|---|---:|
| Previous balance | 92,415.53 |
| Adjustments to previous balance | -131.35 |
| Payments as of 03/14/06 – Thank you | 0.00 |
| Outstanding Balance - Due Upon Receipt | $92,284.18 |
| Access and Related Items | 4,101.51 |
| Cellular Services | 105.73 |
| Direct Connect® | 1.28 |
| Messaging Services | 14.30 |
| Data and Third Party Services | 0.00 |
| Equipment and Retail Purchases | 0.00 |
| Additional Sprint Charges | 191.55 |
| Government Fees and Taxes | 152.60 |
| **Total Current Charges for 239345318** | **$4,566.97** |
| **Total Amount Due** | **$96,851.15** |

*Any unpaid balance after the due date may be subject to a late payment charge not to exceed 1.5% per month.

### > PAYMENT OPTIONS

To Pay Your Bill Online Go To
www.sprint.com/mynextel
Sign up for Recurring Direct Debit

To Pay Your Bill By Phone Call
1.800.639.6111 or
611 from your Sprint phone

To Pay Your Bill By Mail
See reverse side for details. ∨

## NEXTEL

**NEXTEL**
Sprint
PO Box 541023
Los Angeles, CA 90054-1023

#BWNKCTX
#0000 239345318 B 9#

MANI FESTLINE––––––––––––––––
New Century Financial
Attn: Telecom Dept
PO Box 57052
Irvine, CA 92619-7052

NEXTEL [TM]

## ACCOUNT INFORMATION

**Account Name**
NEW CENTURY FINANCIAL CORP.
**Account Number**
675689180

## MONTHLY INVOICE SUMMARY

March 03 - April 02, 2007

| | |
|---|---|
| Previous Balance | 464.11 |
| Payments as of 04/03/07 - Thank you | -178.22 |
| Outstanding Balance - Due Upon Receipt | $285.89 |
| **Total Amount Due** | **$285.89** |

**Invoice Date**
April 06, 2007

**Total Amount Due**
$285.89

## CUSTOMER CARE

**Register and Logon**
www.sprint.com

**Call Sprint**
1-888-566-6111

## SPRINT NEWS AND NOTICES

This section contains important updates about your Sprint Services, including Service or Rate Changes, Promotions and Offers.

## Correspondence

Please send all correspondence including billing inquiries to:

Sprint Customer Service
PO Box 8077
London, KY 40742

Do not enclose your payment with the correspondence. You may also contact Sprint Customer Care at the number listed on your invoice or by going to sprint.com.

## PAYMENT OPTIONS

To Pay Your Bill Online Go To
www.sprint.com/mynextel
Sign up for Recurring Direct Debit

To Pay Your Bill By Phone Call
1-888-566-6111 or
611 from your Sprint phone

To Pay Your Bill By Mail
See reverse side for details. >

NEXTEL [TM]

Sprint
PO Box 541023
Los Angeles, CA 90054-1023

#BWNKCTX
#0000 0675689180 B 2#
MANIFESTLINE------------------
NEW CENTURY FINANCIAL CORP.
C/O CONTROL POINT SOLUTIO
PO BOX 7704
EAST RUTHERFORD, NJ 07073-0898

F55555444422CF

*Any unpaid balance after the due date may be subject to a late payment charge per your contract.

| Customer | Account Number | Bill Period | Bill Date | Page |
|----------|---------------|-------------|-----------|------|
| NEW CENTURY MORTGAGE | 0615884466-1 | Mar 1 - Mar 30 | Mar 31, 2007 | 1 of 61 |

## Your Sprint Bill

## Balance Summary

| | | Notes |
|---|---|---|
| Previous Balance | $5,664.20 | |
| Payment On Mar 28 | -5,664.20 | |
| | $0.00 | |

| | |
|---|---|
| Monthly Service Charges | $2,889.27 |
| Other Credits & Adjustments | -46.57 |
| Taxes, Surcharges & Fees | 32.75 |
| | $2,875.45 |

### Total Due by April 26  $2,875.45

## Total Minutes Used

| | Used |
|---|---|
| Anytime Minutes | 148.0 |
| Night & Weekend Minutes | 43.0 |
| Sprint Mobile to Mobile | 36.0 |
| | 225.0 |

### Questions about your bill?
You can contact us:

On the Web: www.sprintpcs.com
By phone: 1-800-927-2199

Use your Sprint Phone:
Dial *2 to contact Customer Service
Dial *3 to make a one-time payment
Dial *4 to receive account information

---



Detach and return this remittance form with your payment.
Make your check or money order payable to

Do not send cash.
Questions? Call 1-800-927-2199

☐ Check box for change of address (see reverse)

**Account Number: 0615884466-1**

| Total Due By Apr 26 | Amount Enclosed |
|---|---|
| $2,875.45 | $ |

0615884466

NEW CENTURY MORTGAGE
3337 MICHELSON DR # CN200
IRVINE CA 92612-1699

*917169357570*

SPRINT
P O BOX 79357
CITY OF INDUSTRY  CA 91716-9357

8 LAXIRV91 06158844661 00002875455 4

```
< S3-WORS-Milenium-BlueZone Mainframe Display                                    [_][O][X]

                                                                              ON R8010
     DAT,131462650100,USD,04521055,000,00000000

         --- AR:M ~ POSTED BALANCE TRANSACTION LISTING ---         LEVEL 02 LINK FROM R9011

  CORP--> DAT      CUST--> 131462650100        CURCD--> USD
      BALANCE----->        259,032.24          ACME 123 CORPORATION
      BOOK BAL----->        229,032.24          P.O. BOX 57052 SUITE CN720
      OPEN ITEMS--->        5                   IRVINE                    CA 92619

     --- RECEIVABLE ---   SUB TT RN  DESC      ----- AMOUNT -----  S  TRAN    DUE    DSP
                          TRAN                                        DATE    DATE    ST
   ___ 04415165           ___  5  IN ___ INVOICE     22946.73    0  010707  020607  _
   ___ 04436007           ___     IN ___ INVOICE     69098.23    0  020707  030907  _
   ___ 04457022           ___  S  IN ___ INVOICE     68252.47    0  030707  040607  _
   ___ 04499644           ___  S  IN ___ INVOICE     42844.04    0  050807  060707  _
   ___ 04521055           ___     IN ___ INVOICE    ▌25890.77    0  060707  070707  _
   ___                    ___                            000000   _  000000  000000  _
   ___                    ___                            000000   _  000000  000000  _
   ___                    ___                            000000   _  000000  000000  _
   ___                    ___                            000000   _  000000  000000  _
   ___                    ___                            000000   _  000000  000000  _
   ___                    ___                            000000   _  000000  000000  _

  1HELP 2UHLP 3END   4LNDN 5NEXT 6STKY    7SUDN 8ERRS 9SUUP 10FYI   11ALT  12BACK
  RECORDS     1 TO       5 OF     5         06/27/07  13:29:42 * M3LL  PA08
```



AT - 0102082



53 - Milenium - Milenium - BlueZone Mainframe Display
LEVEL 04 LINK FROM R5024
--- AR:M - POSTED BALANCE TRANSACTION LISTING ---
CORP--> DAT
CUST--> 130748100100
CURCD--> USD
04425944
04447105
04468844
INVOICE 213947.15 0 020707 030907
INVOICE 212930.30 0 030707 040607
INVOICE 213730.84 0 040707 050707
1HELP 2UHLP 3END 4LNDN 5NEXT 6STKY 7SUDN 8ERRS 9SUUP 10FYI 11ALT 12BACK
RECORDS 1 TO 3 OF 3

845249184's 03/24/2008 Invoice

NDPR0003

NEW CENTURY MORTGAGE ATTN: TEL
REAL SOLUTIONS(SM) FROM SPRINT

```
3/24/08        1    IC01
813003644
845249184
550300B1038716
```

IMPORTANT NEWS FROM SPRINT:

Effective March 2008, the Kansas USF Surcharge found in the Taxes and Fees section of your invoice will increase to 4.65%.

Effective April 2008, Sprint will begin charging Dakota City, NE customers a business & occupation (B&O) surcharge of 3.0% which will be found in the Taxes and Fees section of your invoice.

The Sprint Nextel network provides its customers with a service quality standard of 99.9%.

Dial 7-1-1 for free NE Relay Service. 7-1-1 allows persons with hearing and/or speech disabilities to use TTY or TDD to place & receive calls. You can also call 800-833-7352 for TTY Relay Service or 888-272-5528 for Spanish. For emergencies please call 911.

On July 29, 2007, communities in Lower Plaquemines Parish changed from area code 985 to 504. Starting May 1, 2008, callers must use the 504 area code to reach these communities.

NEW CENTURY MORTGAGE ATTN: TEL
MONICA TISDALE
PO BOX 5072
IRVINE, CA 92619
CALL DETAIL MEDIA:

NOT REQUESTED

NEW CENTURY MORTGAGE ATTN: TEL
PO BOX 5072
IRVINE, CA 92616

```
3/24/08        2    IVA1
845249184
3/25/08
```

| | |
|---|---|
| TOTAL USAGE CHARGES | $.00 |
| NON-USAGE CHARGES | |
| ONE-TIME | $194,470.26 |
| TOTAL NON-USAGE CHARGES | $194,470.26 |
| TOTAL DISCOUNTS | $.00 |
| TAXES/REG.RELATED CHGS. | |
| PROP TX SCHG/FED REG FEES | $6,728.68 |
| STATE PUBLIC UTILITY SURG | 19.21 |
| CARRIER UNIVERSAL SVC CHG | 19,835.97 |
| CA HIGH COST FUND SRCHG A | 93.15 |
| UNIVERSAL LIFELINE SURCHG | 715.38 |

845249184's 03/24/2008 Invoice

```
CASF/CHCF-B                                    358.28
CA TELECONNECT FUND                             93.15
STATE TIF                                      276.86
STATE PUC USER FEE                             111.97
CA RELAY SVC/COM DEV FUND                      124.41
STATE EXCISE TAX                             3,876.03
MUNICIPAL TELECOM TAX                        3,322.31
TOTAL TAXES/REG.RELATED CHGS.               $55,555.40
                                           $230,025.66
BALANCE FROM LAST STATEMENT CHARGES          $8,577.44
INVOICE ADJUSTMENTS                        -$76,738.81
```

```
*   AMOUNT DUE BY 4/17/08              $161,864.29
```

```
                               TOTAL AMOUNT DUE:      $161,864.29
    3/25/08       845249184
                                       AMOUNT DUE BY 4/17/08
                                       AMOUNT ENCLOSED $
```

NEW CENTURY MORTGAGE ATTN: TEL
PO BOX 5072
IRVINE, CA 92616

```
                                              866 971-2447
```

SPRINT
P O BOX 219100
KANSAS CITY, MO 64121-9100
MAKE CHECK OR MONEY ORDER PAYABLE TO SPRINT IN U.S. DOLLARS
DO NOT SEND CASH
PLEASE DETACH AND RETURN TO ENSURE PROPER PAYMENT
Thank You For Using Sprint.
55030081038716   0016186429845249184049

If you believe that the local exchange provider or the
interexchange carrier named in the bill is not your
chosen interexchange carrier, or if you believe your
bill includes unauthorized charges, you may contact:
Public Utility Commission of Texas
Office of Customer Protection
P.O. Box 13326
Austin, Texas 78711-3326
512-936-7120, or in Texas (toll-free) 1-888-782-8477
fax: (512) 936-7003
e-mail address: customer@puc.state.tx.us
(mailto:customer@puc.state.tx.us)
Hearing and speech-impaired individuals with text
telephone (TTY) may contact the commission at
512-936-7136.

NEW CENTURY MORTGAGE ATTN: TEL               3    IVG1
PO BOX 5072                             3/24/08
IRVINE, CA 92616                        845249184
                                        55030081038716

CREDIT                         845249184
NEW CENTURY MORTGAGE ATTN: TEL    3/04/08   PREVIOUS BALANCE ADJUSTMENT   0080228101030304   -$8,577.44
NEW CENTURY MORTGAGE ATTN: TEL    2/29/08   CUSTOMER SERVICE CONCESSION                       -120.30
NEW CENTURY MORTGAGE ATTN: TEL    2/29/08   PRE-PET BANKRUPTCY ADJ                          -68,160.07
TOTAL CREDIT                                                                               -$76,738.81
TOTAL INVOICE ADJUSTMENTS                                                                  -$76,738.81

NEW CENTURY MORTGAGE ATTN: TEL               4    IVD1
PO BOX 5072                             3/24/08
IRVINE, CA 92616                        845249184
```

924585547's 04/24/2007 Invoice

NOFR0003

NEW CENTURY MORTGAGE
REAL SOLUTIONS(SM) FROM SPRINT

4/24/
813003
924585
550400

IMPORTANT NEWS FROM SPRINT:

```
*----------------------------------------------------------*
| ** Attention! Past due balances jeopardize service. **   |
| Effective April 2007, the CA Deaf and Disabled Telecom Fee|
| found in the Taxes and Fees section of your invoice will  |
| increase from 0.05% to 0.37%.                             |
*----------------------------------------------------------*
```

NEW CENTURY MORTGAGE
MONICA TISDALE
C/O:CONTROL POINT SOLUTION
P.O. BOX 7704
EAST RUTHERFORD, NJ 07073
CALL DETAIL MEDIA:

NOT REQUESTED

|  |  | 2  IVA1 |
|---|---|---|
| NEW CENTURY MORTGAGE |  | 4/24/07 |
| C/O:CONTROL POINT SOLUTION |  | 924585547 |
| EAST RUTHERFORD, NJ 07073 |  | 4/25/07 |

| | | |
|---|---|---|
| USAGE CHARGES | | |
| INTRALATA | $2.83 | |
| IN-STATE | 12.32 | |
| STATE-TO-STATE | 3.46 | |
| TOTAL USAGE CHARGES | $18.61 | |
| NON-USAGE CHARGES | | |
| SERVICE FEE | $410.00 | |
| TOTAL NON-USAGE CHARGES | $410.00 | |
| DISCOUNTS | | |
| CONTRACTUAL DISCOUNT | -$7.45 | |
| TOTAL DISCOUNTS | -$7.45 | |
| TAXES/REG.RELATED CHGS. | | |
| PAYPHONE SURCHARGE      1 CALL @ .55/CALL | $.55 | |
| STATE SALES TAX | .05 | |
| CITY SALES TAX | .01 | |
| PROP TX/REG FEES/USF ADMN | 8.61 | |
| CARRIER UNIVERSAL SVC CHG | 48.09 | |
| CA HIGH COST FUND SRCHG A | 1.03 | |
| UNIVERSAL LIFELINE SURCHG | 4.79 | |
| TIF REIMBURSEMENT | .01 | |
| CA HIGH COST FUND SRCHG B | 6.26 | |
| CA TELECONNECT FUND | .62 | |
| TX UNIVERSAL SERVICE | .04 | |
| STATE 911 TAX | 2.47 | |
| STATE PUC USER FEE | .42 | |
| CA RELAY SVC/COM DEV FUND | 1.45 | |
| EQUALIZATION SURCHARGE | .01 | |
| COMM CITY UTILITY TAX | 1.40 | |
| TOTAL TAXES/REG.RELATED CHGS. | $75.81 | |
| TOTAL CURRENT CHARGES | $496.97 | |
| BALANCE FROM LAST STATEMENT | $1,206.37 | |

*# 1350 65* (handwritten)

```
*----------------------------------------------------------*
| TOTAL AMOUNT DUE - PAYABLE UPON RECEIPT     $1,703.34    |
*----------------------------------------------------------*
```

866 971-2447

TOTAL AMOUNT DUE:          $1,703.34

4/25/07
924585547

TOTAL AMOUNT DUE - PAYABLE UPON RECEIPT
AMOUNT ENCLOSED $ _____

SPRINT
P O BOX 219100
KANSAS CITY, MO 64122-9100

NEW CENTURY MORTGAGE
C/O:CONTROL POINT SOLUTION
P.O. BOX 7704
EAST RUTHERFORD, NJ 07073

MAKE CHECK OR MONEY ORDER PAYABLE TO SPRINT IN U.S. DOLLARS
DO NOT SEND CASH
PLEASE DETACH AND RETURN TO ENSURE PROPER PAYMENT
Thank You For Using Sprint.
550400710376027    000017033492458554704 6

NEW CENTURY MORTGAGE

664123040's 04/12/2007 Invoice

NOPR0001

|  |  |
|---|---|
| NEW CENTURY MORTGAGE CORP<br>PO BOX 7704<br>E RUTHERFORD, NJ 07073-0898 | Page: 1<br>Billing Period Ending: 4/12/07<br>Invoice Date: 4/13/07<br>Customer Number: 664123040 |

### Summary of Charges

| Balance<br>Forward | Account<br>Adjustments | SPRINT<br>Charges | Taxes,<br>Surcharges<br>and Fees | Current<br>Total | Payable<br>Upon<br>Receipt |
|---|---|---|---|---|---|
| $57.59 | $.00 | $12.55 | $2.20 | $14.75 | $72.34 |

Important Information from Sprint:

** Attention!  Past due balances jeopardize service. **

If you have any questions about your invoice, please call Customer Service at 1-800-877-4020,
or visit us at http://www.sprint.com.
Fold, then Detach and Return this Portion with Your Payment.

Customer Number:     664123040

Payable Upon Receipt
$72.34
AMOUNT ENCLOSED $_____

NEW CENTURY MORTGAGE CORP
PO BOX 7704
E RUTHERFORD, NJ 07073-0898

SPRINT
P O BOX 219100
KANSAS CITY, MO 64121-9100

110400712994630     00000072346641230400007

Thank You For Using Sprint.
Make Check or Money Order Payable to Sprint in U. S. Dollars.
Do Not Send Cash.

$ 67.58

664123050's 04/12/2007 Invoice                                    Page 1 of 1

NOPR0001

|                              |                                    |
|------------------------------|------------------------------------|
| NEW CENTURY MORTGAGE CORP    | Page:            1                 |
| PO BOX 7704                  | Billing Period Ending:   4/12/07   |
| E RUTHERFORD, NJ 07073-0898  | Invoice Date:    4/13/07           |
|                              | Customer Number:   664123050       |

### Summary of Charges

| Balance Forward | Account Adjustments | SPRINT Charges | Taxes, Surcharges and Fees | Current Total | Payable Upon Receipt |
|-----------------|---------------------|----------------|----------------------------|---------------|----------------------|
| $98.62          | $.00                | $19.52         | $2.30                      | $21.82        | $120.44              |

Important Information from Sprint:

** Attention!  Past due balances jeopardize service. **

If you have any questions about your invoice, please call Customer Service at 1-800-877-4020,
or visit us at http://www.sprint.com.
Fold, then Detach and Return this Portion with Your Payment.

Customer Number:    664123050

Payable Upon Receipt
$120.44
AMOUNT ENCLOSED $ _____

| |
|--|
| NEW CENTURY MORTGAGE CORP |
| PO BOX 7704 |
| E RUTHERFORD, NJ 07073-0898 |

SPRINT
P O BOX 219100
KANSAS CITY, MO 64121-9100

110400712996648    0000012044664123050000

Thank You For Using Sprint.
Make Check or Money Order Payable to Sprint in U. S. Dollars.
Do Not Send Cash.

665593360's 04/12/2007 Invoice                                      Page 1 of 1

NOPR0001

```
NEW CENTURY MORTGAGE CONTROL P                            Page:   1
PO BOX 7704                              Billing Period Ending:  4/12/07
E RUTHERFORD, NJ 07073-0898                      Invoice Date:  4/13/07
                                              Customer Number:  665593360
```

### Summary of Charges

|  | | Account | | Taxes, | | Payable |
|---|---|---|---|---|---|---|
| Balance | | Account | SPRINT | | Current | Upon |
| Forward | | Adjustments | Charges | Surcharges | Total | Upon |
| | | | | and Fees | | Receipt |
| $53.83 | | $.00 | $10.00 | $2.18 | $12.18 | $66.01 |

Important Information from Sprint:

** Attention! Past due balances jeopardize service. **

If you have any questions about your invoice, please call Customer Service at 1-800-877-4020, or visit us at http://www.sprint.com.
Fold, then Detach and Return this Portion with Your Payment.

Customer Number:    665593360

```
                                      Payable Upon Receipt
                                              $66.01
                                   AMOUNT ENCLOSED $_____

NEW CENTURY MORTGAGE CONTROL P
PO BOX 7704                        SPRINT
E RUTHERFORD, NJ 07073-0898        P O BOX 219100
                                   KANSAS CITY, MO 64121-9100


       110400713038742      000000660166559336000003

                     Thank You For Using Sprint.
           Make Check or Money Order Payable to Sprint in U. S. Dollars.
                          Do Not Send Cash.
```

665814290's 04/12/2007 Invoice

NOPR0001

| | |
|---|---|
| NEW CENTURY MORTGAGE CONTROL P | Page: 1 |
| PO BOX 7704 | Billing Period Ending: 4/12/07 |
| E RUTHERFORD, NJ 07073-0898 | Invoice Date: 4/13/07 |
| | Customer Number: 665814290 |

### Summary of Charges

| Balance Forward | Account Adjustments | SPRINT Charges | Federal Excise Tax | Current Total | Payable Upon Receipt |
|---|---|---|---|---|---|
| $323.92 | $.00 | $.00 | $.00 | $.00 | $323.92 |

Important Information from Sprint:

** Attention! Past due balances jeopardize service. **

If you have any questions about your invoice, please call Customer Service at 1-800-877-4020,
or visit us at http://www.sprint.com.
Fold, then Detach and Return this Portion with Your Payment.

Customer Number:    665814290

Payable Upon Receipt
$323.92
AMOUNT ENCLOSED $_____

NEW CENTURY MORTGAGE CONTROL P
PO BOX 7704
E RUTHERFORD, NJ 07073-0898

SPRINT
P O BOX 219100
KANSAS CITY, MO 64121-9100

110400713052255    000003239266581429 0002

Thank You For Using Sprint.
Make Check or Money Order Payable to Sprint in U. S. Dollars.
Do Not Send Cash.

666171330's 04/12/2007 Invoice

NOPR0001

NEW CENTURY MORTGAGE CONTROL P
PO BOX 7704
E RUTHERFORD, NJ 07073-0898

Page: 1
Billing Period Ending: 4/12/07
Invoice Date: 4/13/07
Customer Number: 666171330

Summary of Charges

| Balance Forward | Account Adjustments | SPRINT Charges | Taxes, Surcharges and Fees | Current Total | Payable Upon Receipt |
|---|---|---|---|---|---|
| $85.79 | $.00 | $11.20 | $2.28 | $13.48 | $99.27 |

Important Information from Sprint:

** Attention!  Past due balances jeopardize service. **

If you have any questions about your invoice, please call Customer Service at 1-800-877-4020,
or visit us at http://www.sprint.com.
Fold, then Detach and Return this Portion with Your Payment.

Customer Number:    666171330

Payable Upon Receipt
$99.27
AMOUNT ENCLOSED $_____

NEW CENTURY MORTGAGE CONTROL P
PO BOX 7704
E RUTHERFORD, NJ 07073-0898

SPRINT
P O BOX 219100
KANSAS CITY, MO 64121-9100

110400713065307    0000009927666171330000

Thank You For Using Sprint.
Make Check or Money Order Payable to Sprint in U. S. Dollars.
Do Not Send Cash.

94 92

924352856's 04/24/2007 Invoice                                                    Page 1 of 24

NOPR0003

HOME 123 CORPORATION                                                                    4/24/
MANAGEMENT BILLING ADVANTAGE                                                            925503
                                                                                       924352
                                                                                       550430

IMPORTANT NEWS FROM SPRINT:

```
| ** Attention!  Past due balances jeopardize service. **        |
|                                                                |
| Effective April 2007, the CA Deaf and Disabled Telecom Fee     |
| found in the Taxes and Fees section of your invoice will       |
| increase from 0.05% to 0.37%.                                  |
|                                                                |
|                                                                |
| Effective April 2007, the Colorado USF fee found in the        |
| Taxes and Fees section of your invoice will increase from      |
| 1.60% to 2.70%.                                                |
|                                                                |
|                                                                |
| Effective May 2007, Sprint will begin charging Grand Island,   |
| NE customers a 3.0% B&O Fee Surcharge which will be found in    |
| the Taxes and Fees section of your invoice.                    |
|                                                                |
|                                                                |
| Effective May 2007, Sprint will begin charging Tigard, OR      |
| customers a 5.0% License Tax Surcharge which will be found     |
| in the Taxes and Fees section of your invoice.                 |
|                                                                |
|                                                                |
| Sprint will begin charging a Utility surcharge of 2.0% for     |
| Ione, WA effective May 2007; 7.0% for Dayton, WA effective     |
| April 2007 and the Utility surcharge will increase for         |
| Edmond to 6.0% effective April 2007.                           |
|                                                                |
| Dial 7-1-1 for free NE Relay Service. 7-1-1 allows persons     |
| with hearing and/or speech disabilities to use TTY or TDD to   |
| place & receive calls. 800 numbers for TTY RELAY SERVICE       |
| also available: 800-833-7352 or for Spanish 888-272-5528.      |
| For emergencies please call 911.                               |
|                                                                |
| The Sprint Nextel network provides its customers               |
| with a service quality standard of 99.9%.                      |
|                                                                |
|                                                                |
| Your long distance services cannot be disconnected for         |
| failure to pay non-regulated charges. However, failure to      |
| pay these charges will result in disconnection of your non-    |
| regulated services and may lead to collection action.          |
```

#40,725 43

HOME 123 CORPORATION
ATTN:  MONICA TISDALE
C/O CONTROL POINT SOLUTION
P.O. BOX 7704
EAST RUTHERFORD, NJ 07073
CALL DETAIL MEDIA:

NOT REQUESTED

HOME 123 CORPORATION                                          2    IVA1
C/O CONTROL POINT SOLUTION                             4/24/07
EAST RUTHERFORD, NJ 07073                              924352856
                                                       4/25/07

| | | |
|---|---|---|
| USAGE CHARGES | | |
| INTRALATA | $968.13 | |
| IN-STATE | 1,408.71 | |
| STATE-TO-STATE | 3,328.47 | |
| CANADIAN | 13.53 | |
| INTERNATIONAL | 30.21 | |
| DIR ASST | 26.39 | -$.50 |
| DIR ASST CALL COMPL | 7.13 | |
| TOTAL USAGE CHARGES | $5,782.57 | -$.50 |
| NON-USAGE CHARGES | | |
| SERVICE FEE | $4,631.81 | |
| FEATURES | 10.00 | |
| ACCESS | 2,400.00 | |
| TOTAL NON-USAGE CHARGES | $7,041.81 | |

924352856's 04/24/2007 Invoice                                          Page 2 of 24

```
DISCOUNTS
    CONTRACTUAL DISCOUNT                                            -$4,191.27
TOTAL DISCOUNTS                                                     -$4,191.27
TAXES/REG. RELATED CHGS.
    PAYPHONE SURCHARGE 20 CALLS @  .55/CALL        $11.00
    FEDERAL EXCISE TAX                                .00
    STATE, LOCAL, AND OTHER TAXES                  727.59
    GROSS RECEIPT / OTHER SURCHARGES               900.14
TOTAL TAXES/REG.RELATED CHGS.                    $1,638.73
              TOTAL CURRENT CHARGES              $10,271.34
    BALANCE FROM LAST STATEMENT                  $37,743.43
```

```
TOTAL AMOUNT DUE - PAYABLE UPON RECEIPT           $48,014.77
```

```
                                          TOTAL AMOUNT DUE:        866 971-2447
    4/25/07                                                        $48,014.77
    924352856
                                          TOTAL AMOUNT DUE - PAYABLE UPON RECEIPT
                                          AMOUNT ENCLOSED $ _____
HOME 123 CORPORATION                             SPRINT
C/O CONTROL POINT SOLUTION                       P O BOX 219100
P.O. BOX 7704                                    KANSAS CITY, MO 64121-9100
EAST RUTHERFORD, NJ 07073
              MAKE CHECK OR MONEY ORDER PAYABLE TO SPRINT IN U.S. DOLLARS
                             DO NOT SEND CASH
              PLEASE DETACH AND RETURN TO ENSURE PROPER PAYMENT
                         Thank You For Using Sprint.
                   550430710110993   0004801477924352856033
```

```
HOME 123 CORPORATION
C/O CONTROL POINT SOLUTION
EAST RUTHERFORD, NJ 07073
```

| ACCOUNT NAME/ PLAN DESCRIPTION | PLAN START DATE | PERIOD END DATE | CONTRACT END DATE | UNIT THRESHOLD | ATTAINMENT CURRENT MONTH | AT TO |
|---|---|---|---|---|---|---|
| HOME 123 CORPORATION C/O CONTROL POINT SOLUTION EAST RUTHERFORD, NJ 07073 ACCOUNT # 924352856 ANNUAL MINIMUM USAGE TOTAL COMMITMENT CHARGES | 4/25/06 | 4/24/07 | 4/24/09 | $1,800,000.00 | $6,941.97 | $52 |

```
HOME 123 CORPORATION
C/O CONTROL POINT SOLUTION
EAST RUTHERFORD, NJ 07073
```

| | | | | | |
|---|---|---|---|---|---|
| HOME 123 CORPORATION C/O CONTROL POINT SOLUTION EAST RUTHERFORD, NJ 07073 | HIERARCHY CHARGES   CONTRACT CHRG/CREDIT   FEATURES | - - | - - | $.00 $10.00 | -$: |
| TOTAL FOR ACCOUNT # 924352856 | | | | $10.00 | -$: |
| HOME 123 CORPORATION 20 DOWNER AVE STE 3 HINGHAM, MA 02043 | SWITCHED ACCESS SERVICE   SERVICE FEE | - | - | $18.45 | |
| TOTAL FOR ACCOUNT # 417361383 | | | | $18.45 | |
| HOME 123 CORPORATION 302 S 9TH ST # 200200 TACOMA, WA 98402 | DIAL-1 SOLUTIONS SWITCHED 3 YEAR   INTRALATA   IN-STATE   STATE-TO-STATE   CONTRACTUAL DISCOUNT | 36 10 32 - | 201.2 20.0 147.1 - | $25.28 2.54 12.52 $.00 | -$: |
| TOTAL FOR ACCOUNT # 438441047 | | 78 | 368.3 | $40.34 | -$: |
| NEW CENTURY MORTGAGE CONTROL P 6565 AMERICAS PKWY NE STE ALBUQUERQUE, NM 87110 | SWITCHED ACCESS SERVICE   SERVICE FEE DIAL-1 SOLUTIONS SWITCHED 3 YEAR   INTRALATA   STATE-TO-STATE   CONTRACTUAL DISCOUNT | - 17 18 - | - 38.3 57.3 - | $4.52 $6.59 4.92 $.00 | -: |
| TOTAL FOR ACCOUNT # 438700187 | | 35 | 95.6 | $16.03 | -: |
| HOME 123 CORPORATION 110 3RD AVE FRISCO, CO 80443 | SWITCHED ACCESS SERVICE   SERVICE FEE | - | - | $6.15 | |
| TOTAL FOR ACCOUNT # 438726507 | | | | $6.15 | |
| HOME 123 CORPORATION 1038 NORTHWEST BLVD COEUR D ALENE, ID 83814 | SWITCHED ACCESS SERVICE   SERVICE FEE | - | - | $14.35 | |
| TOTAL FOR ACCOUNT # 439064967 | | | | $14.35 | |
| NEW CENTURY MORTGAGE CONTROL P 8665 W EMERALD ST BOISE, ID 83704 | SWITCHED ACCESS SERVICE   SERVICE FEE | - | - | $4.52 | |
| TOTAL FOR ACCOUNT # 439094377 | | - | - | $4.52 | |

666631910's 04/12/2007 Invoice                                    Page 1 of 1

NOPR0001

NEW CENTURY MORTGAGE CONTROL P                    Page:                1
PO BOX 7704                                Billing Period Ending:  4/12/07
E RUTHERFORD, NJ 07073-0898                       Invoice Date:    4/13/07
                                                Customer Number:  666631910

                        Summary of Charges

                                    Taxes,
    Balance      Account       SPRINT              Current         Payable
                                    Surcharges
    Forward    Adjustments    Charges              Total            Upon
                                    and Fees                       Receipt
    $21.76       $.00         $194.99    $15.61    $210.60         $232.36

Important Information from Sprint:

            ** SERVICE ALERT!  OUR RECORDS SHOW A PAST DUE BILL. **


      If you have any questions about your invoice, please call Customer Service at 1-800-877-4020,
                            or visit us at http://www.sprint.com.
                    Fold, then Detach and Return this Portion with Your Payment.

       Customer Number:    666631910

                                          Payable Upon Receipt
                                                $232.36
                                    AMOUNT ENCLOSED $_____
    NEW CENTURY MORTGAGE CONTROL P
    PO BOX 7704                            SPRINT
    E RUTHERFORD, NJ 07073-0898            P O BOX 219100
                                           KANSAS CITY, MO 64121-9100


        110400713081452      000002323666631910009
                            Thank You For Using Sprint.
            Make Check or Money Order Payable to Sprint in U. S. Dollars.
                            Do Not Send Cash.


                        #164 42