IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | ) | |
| a Delaware corporation, et al., | ) | Case No. 07-10416 (KJC) |
| | ) | |
| Debtors. | ) | Joint Administration |
| | ) | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE      :
                       : SS:
NEW CASTLE COUNTY      :

I, William Weller, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on April 4, 2008, I caused service of the following:

**RESPONSE OF SPRINT COMMUNICATIONS COMPANY L.P. TO THE DEBTORS' SIXTEENTH OMNIBUS OBJECTION: SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. §§ 502, 503, 506 AND 507, BANKRUTPCY RULES 3007 AND 9014, AND LOCAL RULE 3007-1 TO CERTAIN (A) BOOKS AND RECORDS CLAIMS; (B) INSUFFICIENT DOCUMENTATION; (C) MULTIPLE-DEBTOR DUPLICATE CLAIMS; AND (D) REDUCED AND/OR RECLASSFIED CLAIMS**

Service was completed upon the following parties on the attached list as indicated thereon.

Date: April 4, 2008

/s/ William Weller
William Weller

SWORN TO AND SUBSCRIBED before me this 4th of April, 2008.

**JOANNE M. SOUTHERS**
Notary Public - State of Delaware
My Comm. Expires Feb. 13, 2009

NOTARY
My commission expires: 2/13/09

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899
Facsimile: (302) 651-7701
[Counsel for the Debtors]

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
Facsimile: (302) 425-6464
[Counsel for The Official Committee of Unsecured Creditors]

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801
[United States Trustee]

**VIA FACSIMILE**
Suzzanne S. Uhland, Esq.
Andrew M. Parlen, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
Facsimile: (415) 984-8701
[Counsel for the Debtors]

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022
Facsimile: (212) 478-7400
[Counsel for the Official Committee of Unsecured Creditors]