# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **NEW CENTURY TRS HOLDINGS,** | ) | |
| **INC., a Delaware corporation, <u>et al.</u>** | ) | Case No. 07-10416 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### FEE AUDITOR'S FINAL REPORT REGARDING
### INTERIM FEE APPLICATION
### OF HENNIGAN, BENNETT & DORMAN LLP
### <u>FOR THE FIRST INTERIM PERIOD</u>

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Hennigan, Bennett & Dorman LLP for the First Interim Period</u> (the "Application").

### BACKGROUND

1.  Hennigan, Bennett & Dorman LLP ("Hennigan") was retained as litigation counsel to the debtors and debtors in possession. In the Application, Hennigan seeks approval of fees totaling $427,503.00 and costs totaling $14,887.47 for its services from April 6, 2007[1] through July 31, 2007 (the "Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing Applications for

---

[1] Hennigan's retention was approved on May 7, 2007, *nunc pro tunc* to April 6, 2007.

**FEE AUDITOR'S FINAL REPORT** - Page 1
nc FR re Hennigan 1Q 4-7.07.wpd

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Hennigan an initial report based on our review, and received a response from Hennigan, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted that during the Application Period, 1.40 hours and $272.00 were spent performing tasks which appear to be clerical in nature. The time entries are provided below.

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/11/2007 | Kevin Floyd | Review and organize case pleadings. | 0.10 | $19.50 |
| 4/11/2007 | Kevin Floyd | Update case calendar. | 0.20 | $39.00 |
| 4/20/2007 | Kevin Floyd | Update case calendar. | 0.20 | $39.00 |
| 5/4/2007 | Kevin Floyd | Update case calendar. | 0.10 | $19.50 |
| 5/14/2007 | Kevin Floyd | Update case calendar. | 0.20 | $39.00 |
| 5/15/2007 | Kevin Floyd | Update case calendar. | 0.10 | $19.50 |
| 5/17/2007 | Kevin Floyd | Update case calendar. | 0.20 | $39.00 |
| 5/24/2007 | Kevin Floyd | Update case calendar. | 0.20 | $39.00 |
| 6/4/2007 | Melissa Ziady | Update UBS document database. | 0.10 | $18.50 |

We recommend that clerical tasks be billed at no more than $80.00 per hour. In *re Busy Beaver Bldg. Centers, Inc., 19 F.3d 833, 855 n.34 (3rd Cir. 1994)*, the Court stated that "the statute [11 U.S.C. 330] plainly specifies that the type of service performed by a paralegal (including whether it is clerical) affects the rate of compensation, not compensability vel non." *Busy Beaver at 849.*

Further, on the issue of adjusting rates downward for certain tasks, the Third Circuit seems fond, in the bankruptcy context, of quoting its opinion in *Ursic v. Bethlehem Mines*, 719 F.2d 670, 677 (3d Cir. 1983) that "[r]outine tasks, if performed by senior partners in large firms, should not be billed at their usual rates. A Michelangelo should not charge Sistine Chapel rates for painting a farmer's barn." *See Zolfo, Cooper & Co. v. Sunbeam-Oster Co., Inc.*, 50 F.3d 253, 260 (3rd Cir. 1995); *In re Busy Beaver Bldg. Centers, Inc.*, 19 F.3d 833, 855 n.34 (3rd Cir. 1994). *Busy Beaver*, in footnote 34 on page 855, lists 15 cases in support of the statement "[w]hen an experienced attorney does clerk's work, he or she should be paid clerk's wages." We asked Hennigan to review the above referenced time entries and explain why a reduction in hourly rate(s) is not warranted. Hennigan responded as follows:

> HBD agrees to reduce the charges referenced in Paragraph 3 of the Initial Report by $160.00 to $112.00 [1.40 hours * $80.00 per hour].

We appreciate Hennigan's response and recommend a reduction of $160.00 in fees.

4.  We noted that during the Application Period, .40 hours and $186.00 in fees were spent on performing firm conflict checks. The time entry is as follows:

4/6/2007     Joshua D. Morse     Coordinate conflict check.     0.40     $186.00

Ordinarily, time spent performing the initial conflicts check required as a condition of a firm's employment is not compensable. See *In re ACT Manufacturing, Inc.*, 281 B.R. 468, 490 (Bankr.D.Mass. 2002); *In re Sterling Chemicals Holdings, Inc.*, 293 B.R. 701, 704 (Bankr. S.D.Tex. 2003). Such preliminary conflict checks do not benefit the estate. We asked Hennigan to review this time entry and explain why an exception should be made for these fees. Hennigan responded as follows: "HBD agrees to reduce the charges referenced in Paragraph 4 of the Initial Report by $186.00." We appreciate Hennigan's response and recommend a reduction of $186.00 in fees.

5.  We noted a travel expense which lacks sufficient detail:

| | | |
|---|---|---|
| 06/20/07 | Travel & Transportation - Lodging expense for Mr. Morris while in New York on 06/20/07 - 06/21/07. | $721.76 |

We asked Hennigan to provide additional information regarding this expense. Hennigan responded as follows:

> ........the Lodging expense for Mr. Morris while in New York on 06/20/07 – 06/21/07 [***Note that he actually stayed in New York the evening of June 19, 2007], consists of the following charges incurred at the Beekman Tower Hotel (Three Mitchell Place, New York, NY 10017):
> Room Charge $630.00
> NYS Hotel Sales Tax 8.375% $52.76
> NYC Occupancy Tax 5% $31.50
> NYC Development Tax $1.50
> NYC Room Tax $6.00
> Total $721.76

We appreciate Hennigan's response. Our research shows that adequate accommodations can be found in New York City for under $400.00 (sans taxes). Thus, we recommend a reduction of $230.00[2] in expenses.

## CONCLUSION

6.     Thus we recommend approval of fees totaling $427,157.00 ($427,503.00 minus $346.00) and expenses totaling $14,657.47 ($14,887.47 minus $230.00) for Hennigan's services from April 6, 2007 through July 31, 2007.

---

[2] $630 - $400 = $230

**FEE AUDITOR'S FINAL REPORT** - Page 4
nc FR re Hennigan 1Q 4-7.07.wpd

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1275
Republic Center
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served via First-Class United States mail to the attached service list on this 7th day of April, 2008.

_____
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
Joshua D. Morse, Esq.
Hennigan, Bennett & Dorman, LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**United States Trustee**
Joseph J. McMahon, Jr.
U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**Counsel to the Debtors**
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Paul N. Heath, Esq.
Chris M. Samis, Esq.
Richards, Layton & Finger, P.A.
920 N. King St.
One Rodney Square
Wilmington, DE 19801

**Counsel to the Debtors**
Suzzanne Uhland, Esq.
Ben H. Logan, Esq.
Victora A. Newmark, Esq.
Andrew M. Parlen, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

**Counsel to the Debtors**
Shannon Lowry Nagle, Esq.
O'Melveny &Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Counsel to the Debtors**
Ivan Lerer Kallick, Esq.
Manatt Phelps & Phillips, LLP
11344 W. Olympic Blvd.
Los Angeles, CA 90064

**Counsel for Crisis Managers**
Sheldon S. Toll, Esq.
Attorneys for AP Services, LLC
2000 Town Center, Suite 2550
Southfield, MI 48075

**Accounting and Tax Advisor
for the Debtors**
Gary A. Grush
Grant Thornton LLP
18400 Von Karman Ave., Suite 900
Irvine, CA 92612

**Accounting and Tax Advisor
for the Debtors**
Ari Lefkovits, Director
Lazard Freres & Co., LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020

**Accounting and Tax Advisor
for the Debtors**
Jeffrey R. Boyle, Esq.
PricewaterhouseCoopers LLP
Two Commerce Square, Ste. 1700
2001 Market St.
Philadelphia, PA 19103

**Counsel to the Official Committee of Unsecured Creditors**
Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome, LLP
1201 Market Street, Ste. 800
Wilmington, DE 19801

**Counsel to the Official Committee of Unsecured Creditors**
Mark S. Indelicato, Esq.
Hahn & Hessen, LLP
488 Madison Avenue
14th & 15th Floors
New York, NY 10022

**Financial Advisor to the Official Committee of Unsecured Creditors**
Samuel Star
FTI Consulting, Inc.
Three Times Square
New York, NY 10036

**Examiner**
Michael J. Missal, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
1601 K. Street, N.W.
Washington, DC 20006-1600

**Counsel to the Examiner**
Edward M. Fox, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
599 Lexington Ave.
New York, NY 10022

**Counsel to the Examiner**
Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

**Accountants and Financial Advisor to the Examiner**
William K. Lenhart
Naushon Vanderhoop
BDO Seidman, LLP
330 Madison Ave., 10th Floor
New York, NY 10017

**Special Regulatory Counsel for the Debtors**
Eric M. Davis, Esq.
Kimberly A. LaMaina, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

**Special Counsel to the Audit Subcommittee**
Peter Benvenutti, Esq.
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104

**Special Counsel - OCP**
Diana M. Thimmig, Esq.
Roetzel & Andress
1375 East Ninth Street
One Cleveland Center, 9th Floor
Cleveland, OH 44115

**Sheppard, Mullin, Richter & Hampton LLP**
Mette H. Kurth, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448

**Special Litigation Counsel to Debtors**
Jeffrey Tidus, Esq.
Baute & Tidus LLP
777 S. Figueroa Street, Ste. 4900
Los Angeles, CA 90017