IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 9, 2008 AT 10:00 A.M.

**I.    CONTINUED MATTERS:**

1.    Debtors' Fourth Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims [D.I. 3925; filed 11/20/07]

Objection deadline: December 13, 2007

Objections/Responses Received:

A.    The Debtors received an informal response from Residential Mortgage Solution LLC.

Related Documents:

i.    Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) No Supporting Documentation

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Claims, (C) Duplicate Claims and (D) Late Filed Claims Set Forth in Debtors' Fourth Omnibus Objection to Claims [D.I. 4242; filed 12/28/07]

ii.     Order (Second) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late Filed Claims Set Forth in Debtors' Fourth Omnibus Objection to Claims [D.I. 4371; filed 1/10/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit A.

2.     Debtors' Fifth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims [D.I. 3926; filed 11/20/07]

Objection deadline: December 13, 2007

Objections/Responses Received:

A.     Response to Debtors' Fifth Omnibus Objection to Claims (filed by Tax Appraisal District of Bell County, et al.,) [D.I. 4042; filed 12/6/07]

B.     Response to Debtors' Fifth Omnibus Objection to Claims (filed by County of Santa Clara) [D.I. 4073; filed 12/10/07]

C.     Response to Debtors' Fifth Omnibus Objection to Claims (filed by Orange County (California) Treasurer-Tax Collector) [D.I. 4074; filed 12/11/07]

D.     Response to Debtors' Fifth Omnibus Objection to Claims (filed by Hidalgo County, et al.) [D.I. 4087; filed 12/13/07]

E.     Response to Debtors' Fifth Omnibus Objection to Claims (filed by Maricopa County Treasurer) [D.I. 4088; filed 12/13/07]

F.     Consolidated informal response received from various taxing authorities (Cedar Hill ISD, *et al.*).

Related Documents:

i.     Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 (I) Disallowing and Expunging Certain Books and Records Claims and (II) Reducing and Reclassifying Certain Claims Set Forth on the Debtors' Fifth Omnibus Objection to Claims [D.I. 4238; filed 12/28/07]

2

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit B.

3.    Debtors' Seventh Omnibus Objection to Claims:  Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed Claims and (D) No Supporting Documentation Claims [D.I. 4075; filed 12/11/07]

Objection deadline:  January 2, 2008

Objections/Responses Received:

A.    Response to Debtors' Seventh Omnibus Objection to Claims (filed by Brazoria County M.U.D. #21, et al.) [D.I. 4260; filed 12/28/07]

B.    The Debtors received an informal response from Hillsborough, Florida.

Related Documents:

i.    Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed Claims and (D) No Supporting Documentation Claims Set Forth in Debtors' Seventh Omnibus Objection to Claims [D.I. 4372; filed 1/10/08]

ii.    Order (Second) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed Claims and (D) No Supporting Documentation Claims Set Forth in Debtors' Seventh Omnibus Objection to Claims [D.I. 4995; filed 2/20/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit C.

4.    Debtors' Eighth Omnibus Objection to Claims:  Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Books and Records Claims [D.I. 4261; filed 12/28/07]

Objection deadline:  January 30 2008

Objections/Responses Received:

A.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by Michigan Department of Treasury) [D.I. 4358; filed 1/10/08]

B.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by The Commonwealth of Pennsylvania) [D.I. 4362; filed 1/10/08]

C.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by the State of New Jersey [D.I. 4392; filed 1/11/08]

D.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by the State of Washington Department of Revenue) [D.I. 4500; filed 1/17/08]

E.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by New York State Department of Taxation and Finance) [D.I. 4529; filed 1/18/08]

F.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by City of St. Louis) [D.I. 4738; filed 1/29/08]

G.     Informal response from City of New York Department of Finance.

H.     Informal response from the State of Rhode Island.

Related Documents:

i.     Notice of Submission of Copies of Proofs of Claims for Debtors' Eighth Omnibus Objection to Claims:  Substantive Objection Pursuant to 11 U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Books and Records Claims Re: Docket No. 4261 [D.I. 4548; filed 1/23/08]

ii.    Withdrawal of Michigan Department of Treasury's Response to the Debtors' Eighth Omnibus Objection [D.I. 4796; filed 2/1/08]

iii.   Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 (A) Disallowing and Expunging Certain Books and Records Claims and (B) Reducing and/or Reclassifying Certain Books and Records Claims Set Forth in Debtors' Eighth Omnibus Objection to Claims [D.I. 4845; filed 2/6/08]

iv.    Order (Revised) Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 (A) Disallowing and Expunging Certain Books and Records Claims and (B) Reducing and/or Reclassifying Certain Books and Records Claims Set Forth in Debtors' Eighth Omnibus Objection to Claims [D.I. 5340; filed 3/13/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit D.

5.      Debtors' Ninth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims [D.I. 4262; filed 12/28/07]

Objection deadline: January 30, 2008

Objections/Responses Received:

   A.      Response to Debtors' Ninth Omnibus Objection to Claims (filed by the State of New Jersey [D.I. 4392; filed 1/11/08]

   B.      Response to Debtors' Ninth Omnibus Objection to Claims (filed by Travis County Tax Assessor Collector) [D.I. 4723; filed 1/29/08]

Related Documents:

   i.      Notice of Submission of Copies of Proofs of Claims for Debtors' Ninth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims Re: Docket No. 4262 [D.I. 4549; filed 1/23/08]

   ii.     Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 Disallowing and Expunging Certain Reduced and Reclassified Claims [D.I. 4846; filed 2/6/08]

   iii.    Revised Order Granting Debtors' Ninth Omnibus Objection Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims [D.I. 5044; filed 2/26/08]

   Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit E.

6.      Debtors' Tenth Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Duplicate Claims; (B) Amended and Superseded Claims; (C) Late-Filed Claims; and (D) No Supporting Documentation Claims [D.I. 4520; filed 1/18/08]

Objection deadline: February 13 2008

Objections/Responses Received:

   A.      Informal response from Verizon Wireless South.

B.    Informal response from Verizon Wireless West.

Related Documents:

i.    Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Duplicate Claims; (B) Amended and Superseded Claims; (C) Late-Filed Claims; and (D) No Supporting Documentation Claims Set Forth in Debtors' Tenth Omnibus Objection to Claims [D.I. 4996; filed 2/20/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit F.

7.    Debtors' Eleventh Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Reduced and Reclassified Claims; and (D) Insufficient Documentation Claims [D.I. 4521; filed 1/18/08]

Objection deadline: February 13, 2008

Objections/Responses Received:

A.    Response to Debtors' Eleventh Omnibus Objection to Claims (filed by County of Santa Clara Tax Collector) [D.I. 4848; filed 2/6/08]

B.    Response to Debtors' Eleventh Omnibus Objection to Claims (filed by Maricopa County Treasurer) [D.I. 4878; filed 2/12/08]

C.    Response to Debtors' Eleventh Omnibus Objection to Claims (filed by Cisco Systems Capital Corporation) [D.I. 4879; filed 2/13/08]

D.    Informal response from FNIS Real Estate Tax Services.

E.    Informal response received from Systems Source Inc.

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claims for Debtors' Eleventh Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Reduced and Reclassified Claims; and (D) Insufficient Documentation Claims [D.I. 4842; filed 2/6/08]

ii.     Withdrawal of Original Proof of Claim No. 3514 in Response to Debtors' Eleventh Omnibus Objection (filed by Pasadena Independent School District) [D.I. 4803; filed 2/1/08]

iii.    Exhibit A to Response to Debtors' Eleventh Omnibus Objection to Claims (filed by Cisco Systems Capital Corporation) [D.I. 4880; filed 2/13/08]

iv.     Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Books and Records Claims; (B) Equity Claims; (C) Reduced and Reclassified Claims; and (D) Insufficient Documentation Claims [D.I. 4993; filed 2/20/08]

v.      Order (Second) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Books and Records Claims; (B) Equity Claims; (C) Reduced and Reclassified Claims; and (D) Insufficient Documentation Claims [D.I. 5248; filed 3/6/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit G.

8.   Debtors' Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Claim of Internal Revenue Service for Which Insufficient Documentation is Attached to the Filed Proof of Claim [D.I. 5025; filed 2/22/08]

Objection Deadline: March 18, 2008

Objections/Responses Received:

A.     Internal Revenue Service's Responses to Debtors' Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Claim of Internal Revenue Service for Which Insufficient Documentation is Attached to the Filed Proof of Claim [D.I. 5391; filed 3/18/08]

Related Documents: None to date.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m.

9.   Motion of Alberto and Helen Figueroa for Relief from the Automatic Stay [D.I. 5436; filed 3/20/08]

Objection Deadline: April 2, 2008; extended to April 29, 2008 for the Debtors and the Official Committee of Unsecured Creditors

Objections/Responses Received:  None to date

Related Documents:

i.        Proposed Order [D.I. 5437; filed 3/20/08]

Status: The hearing on this matter has been continued to the omnibus hearing
scheduled for May 7, 2008 at 10:00 a.m.

10.    Joint Motion of DRA/CLP 901 Maitland Orlando, LLC and DRA CRT
Baymeadows Center, LLC for Allowance of Administrative Expense Claim and
Immediate Payment Thereof [D.I. 5455; filed 3/21/08]

Objection Deadline:  April 1, 2008; extended to April 29, 2008 for the Debtors
and the Official Committee of Unsecured Creditors

Objections/Responses Received:  None to date

Related Documents:  None to date.

Status: The hearing on this matter has been continued to the omnibus hearing
scheduled for May 7, 2008 at 10:00 a.m.

## II.    UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION:

11.    GRP Loan LLC's Relief from the Automatic Stay Pursuant to 11 U.S.C. Section
362(d)(1) as to 4719 Brooklawn Drive, Houston, Texas [D.I. 5233; filed 3/5/08]

Objection Deadline:  April 2, 2008

Objections/Responses Received:  None to date

Related Documents:

i.        Certification of Counsel Regarding Various Motions for Relief from
Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 5729;
filed 4/4/08]

Status: On April 4, 2008, a certification of counsel indicating that there were no
objections to the motion was filed.  Accordingly, a hearing on this matter
is only necessary to the extent the Court has any questions or concerns.

12.    GRP Loan LLC's Motion for Relief from the Automatic Stay Pursuant to 11
U.S.C. Section 362(d)(1) as to 24-50 93rd Street, East Elmhurst, NY 11373 [D.I.
5304; filed 3/12/08]

Objection Deadline:  April 2, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 5729; filed 4/4/08]

Status: On April 4, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

13.  GRP Loan LLC's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) as to 108 Elissar Drive, Debary, FL 32713 [D.I. 5306; filed 3/12/08]

Objection Deadline: April 2, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 5729; filed 4/4/08]

Status: On April 4, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

14.  Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 24431 Robinwood Drive, Moreno Valley, CA 92557 [D.I. 5320; filed 3/12/08]

Objection Deadline: April 2, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certificate of No Objection [D.I. 5636; filed 4/2/08]

Status: On April 2, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

15.  Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3603 30th Street, SW, Lehigh Acres, FL 33971 [D.I. 5321; filed 3/12/08]

Objection Deadline: April 1, 2008

9

Objections/Responses Received: None to date

Related Documents:

i.        Certificate of No Objection [D.I. 5636; filed 4/2/08]

Status: On April 2, 2008, a certificate of no objection was filed with respect to this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

16.    Motion of Saxon Mortgage Service Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 5433; filed 3/20/08]

Objection Deadline: April 1, 2008

Objections/Responses Received: None to date

Related Documents:

i.        Certificate of No Objection [D.I. ____; filed 4/7/08] (to be filed)

Status: The movants have indicated they intend to file a certificate of no objection today. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

## III.    UNCONTESTED MATTERS GOING FORWARD:

17.    Motion to Reconsider Order Disallowing and Expunging Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims Set Forth in the Debtors' Second Omnibus Objection to Claims with Regard to Claimant Leslie K. Hill's Claim [D.I. 4445; filed 1/16/08]

Related Documents:

i.        Order Regarding Motion to Reconsider Order Disallowing and Expunging Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and/or Reclassified Claims Set Forth in the Debtors' Second Omnibus Objection to Claims with Regard to Claimant Leslie K. Hill's Claim [D.I. 5123; filed 2/29/08]

ii.       Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 Disallowing and Expunging Certain (I) Amended and Superseded Claims; (II) Books and Records Claims; and (III) Reduced and Reclassified Claims Set Forth in the Debtors' Second Omnibus Objection to Claims [D.I. 4033; filed 12/5/07]

Status: The underlying claim has been resolved. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

18.    Motion of Mortgage Electronic Registration Systems, Inc. and Merscorp, Inc. for Entry of an Order (I) Compelling Assumption or Rejection of Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expense [D.I. 5050; filed 2/26/08]

Objection Deadline:  March 18, 2008

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status: This matter has been resolved.  The movant has indicated they will be withdrawing the motion.

## IV.   CONTESTED MATTERS GOING FORWARD:

19.    Debtors' Thirteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Multiple-Debtor Duplicate Claims [D.I. 4815; filed 2/4/08]

Objection deadline:  February 27, 2008

Objections/Responses Received:

A.    Response to Debtors' Thirteenth Omnibus Objection to Claims (filed by Alyse Rafidi) [D.I. 5104; filed 2/27/08]

B.    Informal Response received from ACE American Insurance Company, Bankers Standard Insurance Company, Insurance Company of North America and Indemnity Insurance Company of North America.

C.    Informal Response received from The Travelers Indemnity Company and its affiliates.

D.    Informal Response received from David Vizcarra.

E.    Informal Response received from John Hicks.

F.    Informal Response received from Eva Joy Martini.

G.    Informal Response received from Darrell Lowe.

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claims for Debtors' Thirteenth Omnibus Objection to Claims:  Substantive Objection Pursuant to 11 U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Multiple Debtor Duplicate Claims [D.I. 4997; filed 2/20/08]

ii.     Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain Multiple-Debtor Duplicate Claims [D.I. 5249; filed 3/6/08]

Status: The hearing on this matter is going forward. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit H.

20.     Debtors' Fourteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5023; filed 2/22/08]

Objection deadline:  March 18, 2008

Objections/Responses Received:

A.     Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Alexander Davis) [D.I. 5237; filed 3/4/08]

B.     Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Zhiwen Yu) [D.I. 5267; filed 3/10/08]

C.     Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Rhonda M. Silva) [D.I. 5318; filed 3/11/08]

D.     Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Robert and Deborah Massie) [D.I. 5392; filed 3/18/08]

E.     Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by The Rose Townsend Trust) [D.I. 5393; filed 3/18/08]

F.     Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Catherine C. Aquino) [D.I. 5398; filed 3/17/08]

G.     Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Albert A. Winters and Maria D. Garibay aka Maria D. Winters) [D.I. 5400; filed 3/17/08]

H.     Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by EQY Invest First Colony Owner, Ltd, LLP) [D.I. 5402; filed 3/17/07]

I.     Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Michael and Alvia Razo) [D.I. 5411; filed 3/18/08]

J.     Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by William Feeney) [D.I. 5412; filed 3/18/08]

K.  Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Anna Bailey) [D.I. 5413; filed 3/18/08]

L.  Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by LaMonte Andrews) [D.I. 5416; filed 3/18/08]

M.  Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Merlin Grant) [D.I. 5420; filed 3/18/08]

N.  Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Mary McGurk) [D.I. 5421; filed 3/18/08]

O.  Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Lisa Clark) [D.I. 5422; filed 3/18/08]

P.  Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Geraldine Pulliam) [D.I. 5423; filed 3/18/08]

Q.  Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Melvin Proctor, et al.) [D.I. 5428; filed 3/18/08]

R.  Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Kristine Porter) [D.I. 5442; filed 3/20/08]

S.  Amended Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Lisa Clark) [D.I. 5458; filed 3/24/08]

T.  Informal Response received from Peter H. Arkison Trustee for Pvatt

Related Documents:

i.  Notice of Submission of Copies of Proofs of Claims for Debtors' Fourteenth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5297; filed 3/11/08]

Status: The hearing on this matter is going forward. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit I.

21.  Debtors' Fifteenth Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) Late Filed Claims; and (D) No Supporting Documentation Claims [D.I. 5024; filed 2/22/08]

Objection deadline: March 18, 2008

Objections/Responses Received:

A.    Response to Debtors' Fifteenth Omnibus Objection to Claims (filed by Countrywide Home Loans, Inc.) [D.I. 5390; filed 3/18/08]

B.    Response to Debtors' Fifteenth Omnibus Objection to Claims (filed by Clarion Mortgage Capital, Inc.) [D.I. 5394; filed 3/18/08]

C.    The Debtors received an informal response from Tajvinder S. Bindra.

Related Documents:  None at this time.

Status: The hearing on this matter is going forward.  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit J.

22.    Debtors' Sixteenth Omnibus Objection:   Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5260; filed 3/7/08]

Objection deadline:  April 2, 2008

Objections/Responses Received:

A.    Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Maria M. Gonzalez) [D.I. 5410; filed 3/18/08]

B.    Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Redwood Mortgage Funding, Inc.) [D.I. 5631; filed 4/2/08]

C.    Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by The Hartford and Hartford Fire Insurance Company) [D.I. 5634; filed 4/2/08]

D.    Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Natixis Real Estate Capital Inc.) [D.I. 5635; filed 4/2/08]

E.    Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Sprint Communications Company L.P.) [D.I. 5735; filed 4/4/08]

F.    Informal Response received from ACE American Insurance Company, Bankers Standard Insurance Company, Insurance Company of North America and Indemnity Insurance Company of North America.

G.    The Debtors received an informal response from Pennsylvania Department of Revenue.

H.   The Debtors received an informal response from Tajvinder S. Bindra.

Related Documents:

i.   Notice of Submission of Copies of Proofs of Claims for Debtors' Sixteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5523; filed 3/26/08]

Status: The hearing on this matter is going forward.  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit K.

23.   Debtors' Seventeenth Omnibus Objection:  Non-Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) Late Filed Claims; and (D) No Supporting Documentation Claims [D.I. 5261; filed 3/7/08]

Objection deadline:  April 2, 2008

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status: The hearing on this matter is going forward.  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit L.

Dated:  April 7, 2008
        Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

16