Exhibit A

Status of Proofs of Claim for Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims

| Remaining Claim Number | Claimant | Exhibit D | Status |
|---|---|---|---|
| 3444 | Residential Mortgage Solution LLC | | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

1