Exhibit F
Status of Proofs of Claim for Debtors' Tenth Omnibus Objection (Non-Substantive) to Certain Claims

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| | | Exhibit C |
| 3684 | Verizon Wireless South | The Debtors received an informal response. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 3680 | Verizon Wireless West | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled on May 7, 2008 at 10:00 a.m. |