Exhibit G
Status of Proofs of Claim for Debtors' Eleventh Omnibus Objection (Substantive) to Certain Claims

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| **Exhibit A** | | |
| 2964 | Cisco System Capital Corporation | Response filed 2/13/08; D.I. 4879. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 3584 | County of Santa Clara | Response filed 2/6/08; D.I. 4848. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2299 | FNIS Real Estate Tax Services | The Debtors have received an informal response. The Debtors and the claimant have reached an agreement in principle and intend to submit a stipulation resolving the objection under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 3402 | Maricopa County Treasurer | Response filed 2/12/08; D.I. 4878. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| **Exhibit C** | | |
| 1971 | Systems Source Inc. | The Debtors have received an informal response. The objection has been withdrawn by the Debtors. |

1