**Exhibit H**

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | | **Exhibit A** | |
| 2578 | 2615 | ACE American Insurance Company | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2612 | 2615 | ACE American Insurance Company | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2611 | 2615 | ACE American Insurance Company | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

1

## Exhibit H

## Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2618 | 2615 | ACE American Insurance Company | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2541 | 2615 | ACE American Insurance Company | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2610 | 2615 | ACE American Insurance Company | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2614 | 2615 | ACE American Insurance Company | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2619 | 2615 | ACE American Insurance Company | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2623 | 2615 | ACE American Insurance Company | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

3

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2616 | 2615 | ACE American Insurance Company | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2622 | 2615 | ACE American Insurance Company | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2613 | 2615 | ACE American Insurance Company | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

4

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2620 | 2615 | ACE American Insurance Company | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2697 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2705 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

5

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2704 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2703 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2702 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

6

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2698 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2699 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2693 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

7

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2692 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2701 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2696 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

8

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2694 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2700 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 3018 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

9

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2706 | 2695 | Bankers Standard Insurance Company | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2332 | 2331 | Darrell Lowe | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2343 | 2331 | Darrell Lowe | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2131 | 1983 | David Vizcarra | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2190 | 1983 | David Vizcarra | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2498 | 2497 | Eva Joy Martini | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2499 | 2497 | Eva Joy Martini | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive)  to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2714 | 2953 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2718 | 2711 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2713 | 2711 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

11

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2717 | 2711 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2715 | 2711 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2533 | 2711 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2720 | 2711 | Insurance Company of North America | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2712 | 2711 | Insurance Company of North America | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2708 | 2711 | Insurance Company of North America | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

14

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2710 | 2711 | Insurance Company of North America | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2709 | 2711 | Insurance Company of North America | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2707 | 2711 | Insurance Company of North America | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2721 | 2711 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2716 | 2711 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2738 | 2953 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

16

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2971 | 2953 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2962 | 2953 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2950 | 2953 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

Exhibit H
Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

17

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2968 | 2953 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2739 | 2953 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2959 | 2953 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2963 | 2953 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2951 | 2953 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2723 | 2953 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

19

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2960 | 2953 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2955 | 2953 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2952 | 2953 | Insurance Company of North America | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2183 | 1985 | John Hicks | The Debtors received an informal response.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2088 | 1985 | John Hicks | The Debtors received an informal response.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 3111 | 3110 | Rafidi Alyse Zahi | Response filed 2/27/08; D.I. 5104. The hearing on this claim is going forward. |
| 2081 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2119 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2116 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2120 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

20

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2113 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2080 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 3687 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2084 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2083 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2269 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

23

Exhibit H
Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2114 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2325 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2126 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

Exhibit H

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2115 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 2270 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |