Exhibit I

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | | **Exhibit A** | |
| | 2132 | Albert A. Winters and Mana D. Garibavaka Manda D. Winters | Response filed 3/17/08; D.I. 5400. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2295 | Alexander Davis | Response filed 3/4/08; D.I. 5237. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 1050 | Algernon L. Butler, III | No response has been filed. The hearing on this claim is going forward. |
| | 214 | Alice Alvarado | No response has been filed. The hearing on this claim is going forward. |
| | 2344 | American Contractors Indemnity Company | No response has been filed. The hearing on this claim is going forward. |
| | 1749 | Anita N. Warfel | No response has been filed. The hearing on this claim is going forward. |
| | 3355 | Anita Williams | No response has been filed. The hearing on this claim is going forward. |
| | 1217 | Anna Bailey | Response filed 3/18/08; D.I. 5413. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2557 | Apex Lending Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 2731 | Brad A. Morrice | No response has been filed. The hearing on this claim is going forward. |
| | 2746 | Brad A. Morrice | No response has been filed. The hearing on this claim is going forward. |

1

Exhibit I

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2742 | Brad A. Morrice | No response has been filed. The hearing on this claim is going forward. |
| | 2744 | Brad A. Morrice | No response has been filed. The hearing on this claim is going forward. |
| | 2740 | Brad A. Morrice | No response has been filed. The hearing on this claim is going forward. |
| | 2747 | Brad A. Morrice | No response has been filed. The hearing on this claim is going forward. |
| | 2736 | Brad A. Morrice | No response has been filed. The hearing on this claim is going forward. |
| | 2733 | Brad A. Morrice | No response has been filed. The hearing on this claim is going forward. |
| | 2732 | Brad A. Morrice | No response has been filed. The hearing on this claim is going forward. |
| | 2735 | Brad A. Morrice | No response has been filed. The hearing on this claim is going forward. |
| | 2741 | Brad A. Morrice | No response has been filed. The hearing on this claim is going forward. |
| | 2737 | Brad A. Morrice | No response has been filed. The hearing on this claim is going forward. |
| | 2743 | Brad A. Morrice | No response has been filed. The hearing on this claim is going forward. |
| | 1074 | Brian Keith Girard | No response has been filed. The hearing on this claim is going forward. |
| | 1942 | Bridge Mortgage Bankers | No response has been filed. The hearing on this claim is going forward. |

2

Exhibit I

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 750 | Carlos C. Gonzales, Jr. | No response has been filed. The hearing on this claim is going forward. |
| | 3130 | Catherine C. Aquino | Response filed 3/17/08; D.I. 5398. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3345 | Charles Skinner | No response has been filed. The hearing on this claim is going forward. |
| | 3353 | Cheryl Hamgun | No response has been filed. The hearing on this claim is going forward. |
| | 3787 | County of Brazos City of Bryan a municipal corporation Bryan Independent School District | No response has been filed. The hearing on this claim is going forward. |
| | 3785 | County of Denton | No response has been filed. The hearing on this claim is going forward. |
| | 3789 | County of Hays City of Kyle a municipal corporation | No response has been filed. The hearing on this claim is going forward. |
| | 3788 | County of Williamson City of Hutto a municipal corporation City of Taylor a municipal corporation Hutto Independent School District | No response has been filed. The hearing on this claim is going forward. |
| | 3346 | Crystal Lewes | No response has been filed. The hearing on this claim is going forward. |
| | 1098 | Delta Vee Ltd | No response has been filed. The hearing on this claim is going forward. |
| | 3349 | Diana Spells | No response has been filed. The hearing on this claim is going forward. |
| | 1146 | Discount Points | No response has been filed. The hearing on this claim is going forward. |

3

Exhibit I

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
|  | 3774 | Doug Belden Hillsborough County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
|  | 3775 | Doug Belden Hillsborough County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
|  | 3777 | Doug Belden Hillsborough County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
|  | 3776 | Doug Belden Hillsborough County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
|  | 3196 | Eric J. Almquist | No response has been filed. The hearing on this claim is going forward. |
|  | 2134 | Ernest Belvan and Lottie J. Belvan | No response has been filed. The hearing on this claim is going forward. |
|  | 3247 | F Flats LLC | No response has been filed. The hearing on this claim is going forward. |
|  | 1219 | Faturna Mendoza | No response has been filed. The hearing on this claim is going forward. |
|  | 1735 | Geraldine Pulliam | Response filed 3/18/08; D.I. 5423. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
|  | 3682 | Grayson County | No response has been filed. The hearing on this claim is going forward. |
|  | 2589 | Greenwich Capital Financial Products Inc. and The CIT Group Business Credit Inc. | No response has been filed. The hearing on this claim is going forward. |
|  | 2594 | Greenwich Capital Financial Products Inc. and The CIT Group Business Credit Inc. | No response has been filed. The hearing on this claim is going forward. |
|  | 2593 | Greenwich Capital Financial Products Inc. and The CIT Group Business Credit Inc. | No response has been filed. The hearing on this claim is going forward. |

4

Exhibit I

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2592 | Greenwich Capital Financial Products Inc. and The CIT Group Business Credit Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 2591 | Greenwich Capital Financial Products Inc. and The CIT Group Business Credit Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 2590 | Greenwich Capital Financial Products Inc. and The CIT Group Business Credit Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 2585 | Greenwich Capital Financial Products Inc. and The CIT Group Business Credit Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 2588 | Greenwich Capital Financial Products Inc. and The CIT Group Business Credit Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 2586 | Greenwich Capital Financial Products Inc. and The CIT Group Business Credit Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 2584 | Greenwich Capital Financial Products Inc. and The CIT Group Business Credit Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 2583 | Greenwich Capital Financial Products Inc. and The CIT Group Business Credit Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 2587 | Greenwich Capital Financial Products Inc. and The CIT Group Business Credit Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 2903 | Greenwich Capital Financial Products Inc. and The CIT Group Business Credit Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 2904 | Greenwich Capital Financial Products Inc. and The CIT Group Business Credit Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 2889 | Greenwich Capital Financial Products Inc. and The CIT Group Business Credit Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 3738 | Hidalgo County | No response has been filed. The hearing on this claim is going forward. |

Exhibit I

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
|  | 2980 | Holland & Knight LLP | No response has been filed. The hearing on this claim is going forward. |
|  | 713 | James W. Ballis | No response has been filed. The hearing on this claim is going forward. |
|  | 642 | Jerome M. Witt | No response has been filed. The hearing on this claim is going forward. |
|  | 3354 | Joan Hummonds | No response has been filed. The hearing on this claim is going forward. |
|  | 3795 | Joe G. Tedder CFC Tax Collector for Polk County Florida | No response has been filed. The hearing on this claim is going forward. |
|  | 3351 | Joseph and LaDosca Richardson | No response has been filed. The hearing on this claim is going forward. |
|  | 2690 | Joseph Eckroth | No response has been filed. The hearing on this claim is going forward. |
|  | 2689 | Joseph Eckroth | No response has been filed. The hearing on this claim is going forward. |
|  | 2688 | Joseph Eckroth | No response has been filed. The hearing on this claim is going forward. |
|  | 2752 | Joseph Eckroth | No response has been filed. The hearing on this claim is going forward. |
|  | 2728 | Joseph Eckroth | No response has been filed. The hearing on this claim is going forward. |
|  | 2757 | Joseph Eckroth | No response has been filed. The hearing on this claim is going forward. |
|  | 2729 | Joseph Eckroth | No response has been filed. The hearing on this claim is going forward. |

Exhibit I

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2745 | Joseph Eckroth | No response has been filed. The hearing on this claim is going forward. |
| | 3106 | Joseph Eckroth | No response has been filed. The hearing on this claim is going forward. |
| | 3101 | Joseph Eckroth | No response has been filed. The hearing on this claim is going forward. |
| | 3103 | Joseph Eckroth | No response has been filed. The hearing on this claim is going forward. |
| | 3105 | Joseph Eckroth | No response has been filed. The hearing on this claim is going forward. |
| | 3099 | Joseph Eckroth | No response has been filed. The hearing on this claim is going forward. |
| | 298 | Kathrelina Acosta et al. | No response has been filed. The hearing on this claim is going forward. |
| | 215 | Kenneth Russell | No response has been filed. The hearing on this claim is going forward. |
| | 255 | Kevin Pangle | No response has been filed. The hearing on this claim is going forward. |
| | 3261 | Kinlock Richard | No response has been filed. The hearing on this claim is going forward. |
| | 2571 | Kristina and Charles Monaco | No response has been filed. The hearing on this claim is going forward. |
| | 1221 | Kristine Porter | Response filed 3/20/08; D.I. 5442. The hearing on this claim is going forward. |
| | 3737 | La Joya Independent School District | No response has been filed. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

7

Exhibit I

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 1211 | LaMonte Andrews | Response filed 3/18/08; D.I. 5416. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 1860 | Law Offices of Alana B Anaya on Behalf of Robert Ritchie | No response has been filed. The hearing on this claim is going forward. |
| | 1607 | Law Offices of Timothy G. McFarlin (for Robert and Deborah Massie) | Response filed 3/18/08; D.I. 5392. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2388 | Lisa F. Clark | Responses filed 3/18/08 and 3/24/08; D.I. Nos. 5422 and 5458. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2311 | Lydia Hrapoff c/o Pamela D. Simmons | No response has been filed. The hearing on this claim is going forward. |
| | 2981 | Marc O' Neil | No response has been filed. The hearing on this claim is going forward. |
| | 3662 | Martinsville City | No response has been filed. The hearing on this claim is going forward. |
| | 2643 | Mary McGurk | Response filed 3/18/08; D.I. 5421. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3090 | Melvin Proctor et al | Response filed 3/18/08; D.I. 5428. The hearing on this claim is going forward. |
| | 2552 | Merlin Grant | Response filed 3/18/08; D.I. 5420. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

Exhibit I
Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 1216 | Michael and Alvia Razo | Response filed 3/18/08; D.I. 5411. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3347 | Nadine Morris | No response has been filed. The hearing on this claim is going forward. |
| | 3356 | Nathanie Lewis | No response has been filed. The hearing on this claim is going forward. |
| | 2077 | Nickardia Daniels | No response has been filed. The hearing on this claim is going forward. |
| | 563 | Patrick J. Moloney | No response has been filed. The hearing on this claim is going forward. |
| | 1634 | Peter H. Arkison Trustee for Pvatt | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2346 | Rhonda M. Silva aka Rhonda Silva | Response filed 3/11/08; D.I. 5318. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2994 | Robert T. Armbrester and Anita Wilhelm Brooks | No response has been filed. The hearing on this claim is going forward. |
| | 1998 | Rose Townsend Trust | Response filed 3/18/08; D.I. 5393. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 1740 | Sandra Manzo | No response has been filed. The hearing on this claim is going forward. |
| | 1741 | Sandra Manzo | No response has been filed. The hearing on this claim is going forward. |

Exhibit I

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3137 | Sandra Sandoval | No response has been filed. The hearing on this claim is going forward. |
| | 1068 | Sandra Soho | No response has been filed. The hearing on this claim is going forward. |
| | 1066 | Sandra Soho | No response has been filed. The hearing on this claim is going forward. |
| | 1045 | Sandra Soho | No response has been filed. The hearing on this claim is going forward. |
| | 1044 | Sandra Soho | No response has been filed. The hearing on this claim is going forward. |
| | 2199 | Sprint Nextel Corporation | No response has been filed. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3065 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 3070 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 3086 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 3069 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 3087 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 3081 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 3073 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |

Exhibit I

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3075 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 3083 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 3079 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 3062 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 3064 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 3067 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 2464 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 2453 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 2512 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 3020 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 2454 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 3028 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 2514 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |

11

Exhibit I
Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2515 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 2459 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 2529 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 3031 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 2528 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 2517 | Stergios Theologides | No response has been filed. The hearing on this claim is going forward. |
| | 97 | Suzanne Nickolson Allen | No response has been filed. The hearing on this claim is going forward. |
| | 2172 | Taj Bindra | The Debtors have received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

Exhibit I

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2173 | Taj Bindra | The Debtors have received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2174 | Taj Bindra | The Debtors have received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3348 | Tallulah Anderson | No response has been filed. The hearing on this claim is going forward. |
| | 3784 | Tax Appraisal District of Bell County | No response has been filed. The hearing on this claim is going forward. |
| | 1337 | Town City Baptist Church Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 3218 | Virginia Granato | No response has been filed. The hearing on this claim is going forward. |
| | 3231 | Virginia Granato | No response has been filed. The hearing on this claim is going forward. |
| | 3229 | Virginia Granato | No response has been filed. The hearing on this claim is going forward. |

Exhibit I

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3216 | Virginia Granato | No response has been filed. The hearing on this claim is going forward. |
| | 2632 | Wilkinson and Sadorf PA | No response has been filed. The hearing on this claim is going forward. |
| | 2912 | Willa Thomas | No response has been filed. The hearing on this claim is going forward. |
| | 1220 | William Feeney | Response filed 3/18/08; D.I. 5412. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2040 | William Scott Beckstrom | No response has been filed. The hearing on this claim is going forward. |
| | 2279 | Williams Kastner & Gibbs | No response has been filed. The hearing on this claim is going forward. |
| | 3786 | Wylie Independent School District | No response has been filed. The hearing on this claim is going forward. |
| | 3352 | Yolanda and Wayne Matthews | No response has been filed. The hearing on this claim is going forward. |
| | 3463 | Zhiwen Yu | Response filed 3/10/08; D.I. 5267. The hearing on this claim is going forward. |
| | | Exhibit B | |
| | 3769 | Amy Lynn Fuller | No response has been filed. The hearing on this claim is going forward. |
| | 2177 | Trustees of Irvinson Memorial Home for Aged Ladies | No response has been filed. The hearing on this claim is going forward. |
| | | Exhibit C | |
| 990 | 989 | Robert D. Simpson | No response has been filed. The hearing on this claim is going forward. |

14

Exhibit I

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2012 | 2148 | Wildman Harold Allen & Dixon LLP | No response has been filed. The hearing on this claim is going forward. |
| 2415 | 2148 | Wildman Harold Allen & Dixon LLP | No response has been filed. The hearing on this claim is going forward. |
| 2414 | 2148 | Wildman Harold Allen & Dixon LLP | No response has been filed. The hearing on this claim is going forward. |
| 2413 | 2148 | Wildman Harold Allen & Dixon LLP | No response has been filed. The hearing on this claim is going forward. |
| 2363 | 2148 | Wildman Harold Allen & Dixon LLP | No response has been filed. The hearing on this claim is going forward. |
| 2156 | 2148 | Wildman Harold Allen & Dixon LLP | No response has been filed. The hearing on this claim is going forward. |
| 2154 | 2148 | Wildman Harold Allen & Dixon LLP | No response has been filed. The hearing on this claim is going forward. |
| 2094 | 2148 | Wildman Harold Allen & Dixon LLP | No response has been filed. The hearing on this claim is going forward. |
| 2093 | 2148 | Wildman Harold Allen & Dixon LLP | No response has been filed. The hearing on this claim is going forward. |
| 2036 | 2148 | Wildman Harold Allen & Dixon LLP | No response has been filed. The hearing on this claim is going forward. |
| 2033 | 2148 | Wildman Harold Allen & Dixon LLP | No response has been filed. The hearing on this claim is going forward. |
| 2031 | 2148 | Wildman Harold Allen & Dixon LLP | No response has been filed. The hearing on this claim is going forward. |
| 2027 | 2148 | Wildman Harold Allen & Dixon LLP | No response has been filed. The hearing on this claim is going forward. |

Exhibit I
Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2013 | 2148 | Wildman Harold Allen & Dixon LLP | No response has been filed. The hearing on this claim is going forward. |
| | | **Exhibit D** | |
| | 773 | Andrew Fleming | No response has been filed. The hearing on this claim is going forward. |
| | 3084 | Automated Finance Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 3744 | Broward County Dept of Finance | No response has been filed. The hearing on this claim is going forward. |
| | 1259 | Canpro Investments Ltd | No response has been filed. The hearing on this claim is going forward. |
| | 649 | Collin County Tax | No response has been filed. The hearing on this claim is going forward. |
| | 2336 | Crestwood Behavorial Health Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 1449 | CSHV Denver Tech Center LLC | The Debtors have received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement will be filed with the Court under certification of counsel. |
| | 2972 | Denise Y. Schultz | No response has been filed. The hearing on this claim is going forward. |
| | 3778 | Doug Belden Hillsborough County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
| | 1286 | EQY Invest First Colony Owner Ltd LLP | Response filed 3/17/08; D.I. 5402. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

Exhibit I

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 1533 | Eschelon Telecom Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 1027 | Marion County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
| | 3799 | Miami Dade County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
| | 2655 | NFS Loans Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 3648 | Palm Beach County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
| | 3670 | Palm Beach County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
| | 416 | Patrick J. Moloney | No response has been filed. The hearing on this claim is going forward. |
| | 3100 | Robert J. Curtis dba Law Group | No response has been filed. The hearing on this claim is going forward. |
| | 3783 | Travis County | No response has been filed. The hearing on this claim is going forward. |
| | 1750 | Warfel Anita N. | No response has been filed. The hearing on this claim is going forward. |
| | 708 | William Nichael Kovich | No response has been filed. The hearing on this claim is going forward. |