Exhibit J
Status of Proofs of Claim for Debtors' Fifteenth Omnibus Objection (Non-Substantive) to Certain Claims

Exhibit A

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3316 | 816 Connecticut Avenue LP | No response has been filed. The hearing on this claim is going forward. |
| | 3683 | AT&T Corp | No response has been filed. The hearing on this claim is going forward. |
| | 2374 | Aurora Loan Services LLC on behalf of certain Trusts | No response has been filed. The hearing on this claim is going forward. |
| | 374 | Broward County Dept of Finance | No response has been filed. The hearing on this claim is going forward. |
| | 472 | County of Denton, Denton County Fresh Water District No. 6 | No response has been filed. The hearing on this claim is going forward. |
| | 92 | Dina L. Kenzy | No response has been filed. The hearing on this claim is going forward. |
| | 3412 | Doug Belden Hillsborough County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
| | 3415 | Doug Belden Hillsborough County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
| | 3416 | Doug Belden Hillsborough County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
| | 3414 | Doug Belden Hillsborough County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
| | 3413 | Doug Belden Hillsborough County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
| | 561 | Grayson County | No response has been filed. The hearing on this claim is going forward. |
| | 700 | Hidalgo County | No response has been filed. The hearing on this claim is going forward. |

1

Exhibit J
Status of Proofs of Claim for Debtors' Fifteenth Omnibus Objection (Non-Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 680 | La Joya Independent School District | No response has been filed. The hearing on this claim is going forward. |
| | 1106 | Mack Cali Chestnut Ridge LLC | No response has been filed. The hearing on this claim is going forward. |
| | 2652 | Nwx Partners Ltd. | No response has been filed. The hearing on this claim is going forward. |
| | 823 | Palm Beach County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
| | 822 | Palm Beach County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
| | 471 | Tax Appraisal District of Bell County | No response has been filed. The hearing on this claim is going forward. |
| | 3735 | Travis County | No response has been filed. The hearing on this claim is going forward. |
| | 1818 | Travis County | No response has been filed. The hearing on this claim is going forward. |
| | 1295 | Verizon | No response has been filed. The hearing on this claim is going forward. |
| | | Exhibit B | |
| 3763 | 3738 | Hidalgo County | No response has been filed. The hearing on this claim is going forward. |
| 3768 | 3737 | La Joya Independent School District | No response has been filed. The hearing on this claim is going forward. |
| 3325 | 2283 | Liberty Property Trust | No response has been filed. The hearing on this claim is going forward. |
| 3781 | 3759 | Pierre R. Augustin Pro Se Creditor & Party in Interest | No response has been filed. The hearing on this claim is going forward. |

Exhibit J
Status of Proofs of Claim for Debtors' Fifteenth Omnibus Objection (Non-Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 3723 | 2174 | Tajvinder S. Bindra | The Debtors have received an informal response. The Debtors and the Claimant have reached an agreement resoling this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| 3790 | 858 | Webb Mason Inc. | No response has been filed. The hearing on this claim is going forward. |
| | | **Exhibit C** | |
| | 3772 | Ayyasamy Subramaruan | No response has been filed. The hearing on this claim is going forward. |
| | 3686 | City of Stockton | No response has been filed. The hearing on this claim is going forward. |
| | 3718 | City of Sugar Land | No response has been filed. The hearing on this claim is going forward. |
| | 3745 | Clarion Mortgage Capital Inc. | Response filed 3/18/08; D.I. 5394. The hearing on this claim is going forward. |
| | 3621 | Countrywide Tax Services Corp. | Response filed 3/18/08; D.I. 5390. The Debtors are withdrawing their objection to this claim. |
| | 3691 | Dan McAllister | No response has been filed. The hearing on this claim is going forward. |
| | 3766 | Dutton & Dutton PC | No response has been filed. The hearing on this claim is going forward. |
| | 3668 | Effingham County Clerk of the Superior Court | No response has been filed. The hearing on this claim is going forward. |

3

**Exhibit J**

**Status of Proofs of Claim for Debtors' Fifteenth Omnibus Objection (Non-Substantive) to Certain Claims**

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3719 | Galveston County | No response has been filed. The hearing on this claim is going forward. |
| | 3709 | Goose Creek ISD Lee Jr. College | No response has been filed. The hearing on this claim is going forward. |
| | 3736 | Grant County Treasurer | No response has been filed. The hearing on this claim is going forward. |
| | 3630 | Hendricks County Treasurer | No response has been filed. The hearing on this claim is going forward. |
| | 3640 | Jackson County Treasurer | No response has been filed. The hearing on this claim is going forward. |
| | 3796 | Marilyn E. Wood Revenue Commissioner | No response has been filed. The hearing on this claim is going forward. |
| | 3724 | North Plainfield Sewer | No response has been filed. The hearing on this claim is going forward. |
| | 3773 | Okaloosa County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
| | 3770 | Pacific Appraisals | No response has been filed. The hearing on this claim is going forward. |
| | 3651 | Plunkett and Cooney | No response has been filed. The hearing on this claim is going forward. |
| | 3802 | Regents of the University of California on behalf of the University of California Irvine Medical Center | No response has been filed. The hearing on this claim is going forward. |
| | 3307 | Rf Colony Park LLC | No response has been filed. The hearing on this claim is going forward. |
| | 3695 | San Patricia County | No response has been filed. The hearing on this claim is going forward. |

4

Exhibit J
Status of Proofs of Claim for Debtors' Fifteenth Omnibus Objection (Non-Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
|  | 3764 | Sandra L. Davidowski | No response has been filed. The hearing on this claim is going forward. |
|  | 3792 | South Verizon Wireless | No response has been filed. The hearing on this claim is going forward. |
|  | 3679 | Sutter County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
|  | 3675 | Sutter County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
| 2013 | 3689 | Vigo County Recorder | No response has been filed. The hearing on this claim is going forward. |
| Exhibit D | | | |
|  | 1250 | Annie Carter | No response has been filed. The hearing on this claim is going forward. |
|  | 3654 | Ginger Franklin Jefferson County Trustee | No response has been filed. The hearing on this claim is going forward. |
|  | 3655 | Hennepin | No response has been filed. The hearing on this claim is going forward. |
|  | 1502 | Jeannette S. Brown | No response has been filed. The hearing on this claim is going forward. |
|  | 943 | Jenkins Gwendoline | No response has been filed. The hearing on this claim is going forward. |
|  | 1168 | John Knower | No response has been filed. The hearing on this claim is going forward. |
|  | 1382 | John M. Greenly | No response has been filed. The hearing on this claim is going forward. |
|  | 1003 | Mario D. Reynolds | No response has been filed. The hearing on this claim is going forward. |

5

Exhibit J

Status of Proofs of Claim for Debtors' Fifteenth Omnibus Objection (Non-Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
|  | 1541 | Michelle D. Huff | No response has been filed. The hearing on this claim is going forward. |
|  | 1531 | Stephanie Ann Mason | No response has been filed. The hearing on this claim is going forward. |
|  | 3721 | Ted Wender Dhuntiqam Hangrove Steve Delich | No response has been filed. The hearing on this claim is going forward. |
|  | 3722 | Ted Wender Dhuntiqam Hangrove Steve Delich | No response has been filed. The hearing on this claim is going forward. |
|  | 1248 | Thomas Torcia | No response has been filed. The hearing on this claim is going forward. |
|  | 1370 | Tony Vinh Phong | No response has been filed. The hearing on this claim is going forward. |
|  | 2098 | Vernon R. Biggers | No response has been filed. The hearing on this claim is going forward. |