Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | | **Exhibit A** | |
| | 2621 | ACE American Insurance Company | The Debtors have received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2617 | ACE American Insurance Company | The Debtors have received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2615 | ACE American Insurance Company | The Debtors have received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2293 | All Cities Mortgage & Financial Inc. | No response has been filed.  The hearing on this claim is going forward. |
| | 3558 | American Home Assurance Company, American International Surplus Lines Agency Inc., Lexington Insurance Company et al. | No response has been filed.  The hearing on this claim is going forward. |

1

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2661 | American Home Assurance Company et al. | No response has been filed.  The hearing on this claim is going forward. |
| | 2660 | American Home Assurance Company et al. | No response has been filed.  The hearing on this claim is going forward. |
| | 2695 | Bankers Standard Insurance Company | The Debtors have received an informal response.  The Debtors and the Claimant have reached an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 1311 | CitiMortgage Ins. Its Successors and or Assigns | The Claimants have withdrawn their response.  The hearing on this claim is being continued to the omnibus hearing to be held on May 7, 2008 at 10:00 a.m. |
| | 2181 | CitiMortgage Inc. successor by reason or merger with CitiFinancial Mortgage Company Inc. fka Associates Home Equity Services Inc. | The Debtors received an informal response.  The hearing on this claim is being continued to the omnibus hearing to be held on May 7, 2008 at 10:00 a.m. |
| | 3292 | CNA Companies | No response has been filed.  The hearing on this claim is going forward. |
| | 3289 | CNA Companies | No response has been filed.  The hearing on this claim is going forward. |
| | 3131 | Data Link Systems LLC | No response has been filed.  The hearing on this claim is going forward. |
| | 1471 | David Bruington | No response has been filed.  The hearing on this claim is going forward. |
| | 2333 | Elizabeth Anderson | No response has been filed.  The hearing on this claim is going forward. |

2

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 106 | Emily C Le | No response has been filed.  The hearing on this claim is going forward. |
| | 2813 | First Liberty Ins Corp | No response has been filed.  The hearing on this claim is going forward. |
| | 2829 | First Liberty Ins Corp | No response has been filed.  The hearing on this claim is going forward. |
| | 2825 | First Liberty Ins Corp | No response has been filed.  The hearing on this claim is going forward. |
| | 2797 | First Liberty Ins Corp | No response has been filed.  The hearing on this claim is going forward. |
| | 2754 | First Liberty Ins Corp | No response has been filed.  The hearing on this claim is going forward. |
| | 2837 | First Liberty Ins Corp | No response has been filed.  The hearing on this claim is going forward. |
| | 2765 | First Liberty Ins Corp | No response has been filed.  The hearing on this claim is going forward. |
| | 2850 | First Liberty Ins Corp | No response has been filed.  The hearing on this claim is going forward. |
| | 2783 | First Liberty Ins Corp | No response has been filed.  The hearing on this claim is going forward. |
| | 2821 | First Liberty Ins Corp | No response has been filed.  The hearing on this claim is going forward. |
| | 2846 | First Liberty Ins Corp | No response has been filed.  The hearing on this claim is going forward. |
| | 2795 | First Liberty Ins Corp | No response has been filed.  The hearing on this claim is going forward. |

3

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2803 | First Liberty Ins Corp | No response has been filed.  The hearing on this claim is going forward. |
| | 2832 | First Liberty Ins Corp | No response has been filed.  The hearing on this claim is going forward. |
| | 2807 | First Liberty Ins Corp | No response has been filed.  The hearing on this claim is going forward. |
| | 2915 | Fiserv Solutions Inc. | No response has been filed.  The hearing on this claim is going forward. |
| | 3807 | Grizzard Jamie R. | No response has been filed.  The hearing on this claim is going forward. |
| | 3608 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3613 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3610 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3616 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3607 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

4

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3606 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3592 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3594 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3543 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3612 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3611 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3609 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3615 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3593 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3614 | Hartford Fire Insurance Company | Response filed 4/2/08: D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2189 | Hawaiian Ins & Guar Co. | No response has been filed. The hearing on this claim is going forward. |
| | 3023 | Indemnity Insurance Company of North America | The Debtors have received an informal response. The Debtors and the Claimant have raeched an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3013 | Indemnity Insurance Company of North America | The Debtors have received an informal response. The Debtors and the Claimant have raeched an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2989 | Indemnity Insurance Company of North America | The Debtors have received an informal response. The Debtors and the Claimant have raeched an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

6

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

7

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3012 | Indemnity Insurance Company of North America | No response has been filed.   The Debtors and the Claimant have raeched an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3009 | Indemnity Insurance Company of North America | The Debtors have received an informal response.   The Debtors and the Claimant have raeched an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3010 | Indemnity Insurance Company of North America | The Debtors have received an informal response.   The Debtors and the Claimant have raeched an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3007 | Indemnity Insurance Company of North America | No response has been filed.  The Debtors and the Claimant have raeched an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2991 | Indemnity Insurance Company of North America | No response has been filed.  The Debtors and the Claimant have raeched an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2985 | Indemnity Insurance Company of North America | The Debtors have received an informal response.  The Debtors and the Claimant have raeched an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2982 | Indemnity Insurance Company of North America | No response has been filed.  The Debtors and the Claimant have raeched an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3014 | Indemnity Insurance Company of North America | No response has been filed.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m.  The Debtors and the Claimant have raeched an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel. |

8

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3001 | Indemnity Insurance Company of North America | The Debtors have received an informal response.   The Debtors and the Claimant have raeched an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3016 | Indemnity Insurance Company of North America | No response has been filed.   The Debtors and the Claimant have raeched an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2996 | Indemnity Insurance Company of North America | No response has been filed.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m.  The Debtors and the Claimant have raeched an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel. |
| | 3021 | Indemnity Insurance Company of North America | The Debtors have received an informal response.   The Debtors and the Claimant have raeched an agreement resolving this claim.  A stipulation embodying the agreement has been filed with the Court under certification of counsel.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3019 | Indemnity Insurance Company of North America | No response has been filed. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2719 | Insurance Company of North America | No response has been filed. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. |
| | 2711 | Insurance Company of North America | The Debtors have received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2722 | Insurance Company of North America | No response has been filed. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2953 | Insurance Company of North America | No response has been filed. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. The Debtors and the Claimant have raeched an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. |
| | 2974 | Insurance Company of North America | The Debtors have received an informal response. The Debtors and the Claimant have raeched an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2833 | Liberty Ins. Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 2805 | Liberty Ins. Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 2762 | Liberty Ins. Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 2789 | Liberty Ins. Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 2830 | Liberty Ins. Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 2766 | Liberty Ins. Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 2817 | Liberty Ins. Corporation | No response has been filed. The hearing on this claim is going forward. |

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2808 | Liberty Ins. Corporation | No response has been filed.  The hearing on this claim is going forward. |
| | 2755 | Liberty Ins. Corporation | No response has been filed.  The hearing on this claim is going forward. |
| | 2796 | Liberty Ins. Corporation | No response has been filed.  The hearing on this claim is going forward. |
| | 2848 | Liberty Ins. Corporation | No response has been filed.  The hearing on this claim is going forward. |
| | 2824 | Liberty Ins. Corporation | No response has been filed.  The hearing on this claim is going forward. |
| | 2838 | Liberty Ins. Corporation | No response has been filed.  The hearing on this claim is going forward. |
| | 2788 | Liberty Ins. Corporation | No response has been filed.  The hearing on this claim is going forward. |
| | 2793 | Liberty Ins. Corporation | No response has been filed.  The hearing on this claim is going forward. |
| | 2849 | Liberty Lloyds of Texas Ins. Co. | No response has been filed.  The hearing on this claim is going forward. |
| | 2836 | Liberty Lloyds of Texas Ins. Co. | No response has been filed.  The hearing on this claim is going forward. |
| | 2826 | Liberty Lloyds of Texas Ins. Co. | No response has been filed.  The hearing on this claim is going forward. |
| | 2779 | Liberty Lloyds of Texas Ins. Co. | No response has been filed.  The hearing on this claim is going forward. |
| | 2834 | Liberty Lloyds of Texas Ins. Co. | No response has been filed.  The hearing on this claim is going forward. |

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2758 | Liberty Lloyds of Texas Ins. Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2812 | Liberty Lloyds of Texas Ins. Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2775 | Liberty Lloyds of Texas Ins. Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2763 | Liberty Lloyds of Texas Ins. Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2770 | Liberty Lloyds of Texas Ins. Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2806 | Liberty Lloyds of Texas Ins. Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2818 | Liberty Lloyds of Texas Ins. Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2791 | Liberty Lloyds of Texas Ins. Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2800 | Liberty Lloyds of Texas Ins. Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2820 | Liberty Lloyds of Texas Ins. Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2759 | Liberty Mutual | No response has been filed. The hearing on this claim is going forward. |
| | 2823 | Liberty Mutual | No response has been filed. The hearing on this claim is going forward. |
| | 2835 | Liberty Mutual | No response has been filed. The hearing on this claim is going forward. |

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2810 | Liberty Mutual | No response has been filed.  The hearing on this claim is going forward. |
| | 2816 | Liberty Mutual | No response has been filed.  The hearing on this claim is going forward. |
| | 2760 | Liberty Mutual | No response has been filed.  The hearing on this claim is going forward. |
| | 2799 | Liberty Mutual | No response has been filed.  The hearing on this claim is going forward. |
| | 2769 | Liberty Mutual | No response has been filed.  The hearing on this claim is going forward. |
| | 2804 | Liberty Mutual | No response has been filed.  The hearing on this claim is going forward. |
| | 2785 | Liberty Mutual | No response has been filed.  The hearing on this claim is going forward. |
| | 2786 | Liberty Mutual | No response has been filed.  The hearing on this claim is going forward. |
| | 2753 | Liberty Mutual | No response has been filed.  The hearing on this claim is going forward. |
| | 2839 | Liberty Mutual | No response has been filed.  The hearing on this claim is going forward. |
| | 2844 | Liberty Mutual | No response has been filed.  The hearing on this claim is going forward. |
| | 2831 | Liberty Mutual | No response has been filed.  The hearing on this claim is going forward. |
| | 2761 | Liberty Mutual Ins Co. | No response has been filed.  The hearing on this claim is going forward. |

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2827 | Liberty Mutual Ins Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2768 | Liberty Mutual Ins Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2774 | Liberty Mutual Ins Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2845 | Liberty Mutual Ins Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2802 | Liberty Mutual Ins Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2814 | Liberty Mutual Ins Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2815 | Liberty Mutual Ins Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2819 | Liberty Mutual Ins Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2756 | Liberty Mutual Ins Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2777 | Liberty Mutual Ins Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2841 | Liberty Mutual Ins Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2751 | Liberty Mutual Ins Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2852 | Liberty Mutual Ins Co. | No response has been filed. The hearing on this claim is going forward. |

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2771 | Liberty Mutual Ins Co. | No response has been filed. The hearing on this claim is going forward. |
| | 2781 | Lm Ins Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 2798 | Lm Ins Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 2851 | Lm Ins Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 2750 | Lm Ins Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 2776 | Lm Ins Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 2767 | Lm Ins Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 2843 | Lm Ins Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 2842 | Lm Ins Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 2811 | Lm Ins Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 3054 | Lm Ins Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 2801 | Lm Ins Corporation | No response has been filed. The hearing on this claim is going forward. |
| | 2809 | Lm Ins Corporation | No response has been filed. The hearing on this claim is going forward. |

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2772 | Lm Ins Corporation | No response has been filed.  The hearing on this claim is going forward. |
| | 2822 | Lm Ins Corporation | No response has been filed.  The hearing on this claim is going forward. |
| | 2853 | Lm Ins Corporation | No response has been filed.  The hearing on this claim is going forward. |
| | 3642 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3463 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3646 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3647 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3644 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 3645 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635.  The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 459 | Paula Renea Brown | No response has been filed.  The hearing on this claim is going forward. |

17

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3111 | Rafidi Alyse Zahi | No response has been filed. The hearing on this claim is going forward. |
| | 2596 | Redwood Mortgage Funding Inc. | Response filed 4/2/08: D.I. 5631. The hearing on this claim is being continued to the omnibus hearing to be held on May 7, 2008 at 10:00 a.m. |
| | 1959 | S Brooke Stephens | No response has been filed. The hearing on this claim is going forward. |
| | 1341 | Sherman Town | No response has been filed. The hearing on this claim is going forward. |
| | 2376 | The Hartford | Response filed 4/2/08: D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2424 | The Hartford | Response filed 4/2/08: D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2326 | The Hartford | Response filed 4/2/08: D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2371 | The Hartford | Response filed 4/2/08: D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2339 | The Hartford | Response filed 4/2/08: D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2425 | The Hartford | Response filed 4/2/08: D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2338 | The Hartford | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for May 7, 2008 at 10:00 a.m. |
| | 2117 | The Travelers Indemnity Company and its Affiliates | No response has been filed. The hearing on this claim is going forward. |
| | 3096 | United Guaranty Residential Insurance Company et al. | No response has been filed. The hearing on this claim is going forward. |
| | 2534 | Wallis Donna L. | No response has been filed. The hearing on this claim is going forward. |
| | 2559 | Wells Fargo Bank NA | No response has been filed. The hearing on this claim is going forward. |
| | 3117 | Wells Fargo Bank NA | No response has been filed. The hearing on this claim is going forward. |
| | 270 | Wells Fargo Bank NA | No response has been filed. The hearing on this claim is going forward. |
| | 974 | Xerox Corporation | No response has been filed. The hearing on this claim is going forward. |
| **Exhibit B** | | | |
| 3763 | 3479 | Pennsylvania Department of Revenue | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing to be held on May 7, 2008 at 10:00 a.m. |
| **Exhibit C** | | | |
| 3604 | 3605 | Barclays Bank PLC | No response has been filed. The hearing on this claim is going forward. |
| 3601 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | No response has been filed. The hearing on this claim is going forward. |

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

20

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 3599 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | No response has been filed. The hearing on this claim is going forward. |
| 3589 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | No response has been filed. The hearing on this claim is going forward. |
| 3598 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | No response has been filed. The hearing on this claim is going forward. |
| 3602 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | No response has been filed. The hearing on this claim is going forward. |
| 3600 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | No response has been filed. The hearing on this claim is going forward. |
| 1301 | 922 | Brian Runge Real Estate Appraisals Ltd | No response has been filed. The hearing on this claim is going forward. |
| 3496 | 3495 | Citigroup Global Markets Realty Corp | No response has been filed. The hearing on this claim is going forward. |
| 3057 | 3042 | Deutsche Bank National Trust Company | No response has been filed. The hearing on this claim is going forward. |
| 3032 | 3042 | Deutsche Bank National Trust Company | No response has been filed. The hearing on this claim is going forward. |
| 3052 | 3042 | Deutsche Bank National Trust Company | No response has been filed. The hearing on this claim is going forward. |
| 3061 | 3042 | Deutsche Bank National Trust Company | No response has been filed. The hearing on this claim is going forward. |
| 3050 | 3042 | Deutsche Bank National Trust Company | No response has been filed. The hearing on this claim is going forward. |
| 3044 | 3042 | Deutsche Bank National Trust Company | No response has been filed. The hearing on this claim is going forward. |

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

21

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 3055 | 3042 | Deutsche Bank National Trust Company | No response has been filed. The hearing on this claim is going forward. |
| 3015 | 3042 | Deutsche Bank National Trust Company | No response has been filed. The hearing on this claim is going forward. |
| 2946 | 3042 | Deutsche Bank National Trust Company | No response has been filed. The hearing on this claim is going forward. |
| 2956 | 3042 | Deutsche Bank National Trust Company | No response has been filed. The hearing on this claim is going forward. |
| 2947 | 3042 | Deutsche Bank National Trust Company | No response has been filed. The hearing on this claim is going forward. |
| 2954 | 3042 | Deutsche Bank National Trust Company | No response has been filed. The hearing on this claim is going forward. |
| 2948 | 3042 | Deutsche Bank National Trust Company | No response has been filed. The hearing on this claim is going forward. |
| 2949 | 3042 | Deutsche Bank National Trust Company | No response has been filed. The hearing on this claim is going forward. |
| 2133 | 2135 | Greenwich Capital Financial Products Inc. | No response has been filed. The hearing on this claim is going forward. |
| 3637 | 3639 | Indymac Bank FSB | No response has been filed. The hearing on this claim is going forward. |
| 3638 | 3639 | Indymac Bank FSB | No response has been filed. The hearing on this claim is going forward. |
| 1751 | 1752 | Maria Magdalena Gonzalez | Response filed 3/18/08; D.I. 5410. The hearing on this claim is going forward. |
| 1800 | 1795 | North American Van Lines | No response has been filed. The hearing on this claim is going forward. |

Exhibit K

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

22

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2397 | 2404 | Oracle USA Inc. | No response has been filed.  The hearing on this claim is going forward. |
| 179 | 140 | Rachel Guttenberg | No response has been filed.  The hearing on this claim is going forward. |
| 2550 | 2543 | Shirley Ann Waller | No response has been filed.  The hearing on this claim is going forward. |
| 2551 | 2543 | Shirley Ann Waller | No response has been filed.  The hearing on this claim is going forward. |
| 3603 | 3605 | Sutton Funding LLC | No response has been filed.  The hearing on this claim is going forward. |
| 3588 | 3605 | Sutton Funding LLC | No response has been filed.  The hearing on this claim is going forward. |
| | | **Exhibit D** | |
| | 3226 | 303 Griffing Associates LLC | No response has been filed.  The hearing on this claim is going forward. |
| | 362 | Administrative Resource Options Inc. | No response has been filed.  The hearing on this claim is going forward. |
| | 3794 | AT&T Corp. | No response has been filed.  The hearing on this claim is going forward. |
| | 169 | Avaya Inc. | No response has been filed.  The hearing on this claim is going forward. |
| | 737 | Avaya Inc. | No response has been filed.  The hearing on this claim is going forward. |
| | 2386 | Chad E. Winer | No response has been filed.  The hearing on this claim is going forward. |
| | 1943 | Daniel D. Blocker | No response has been filed.  The hearing on this claim is going forward. |

23

**Exhibit K**

**Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims**

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 1470 | David Bruington | No response has been filed. The hearing on this claim is going forward. |
| | 3126 | David Nicholas Kenneally | No response has been filed. The hearing on this claim is going forward. |
| | 2548 | Ellie Mae Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 1872 | Kevin Cloyd | No response has been filed. The hearing on this claim is going forward. |
| | 2265 | Reimer Lorber & Arnovitz Co Lpa | No response has been filed. The hearing on this claim is going forward. |
| | 3748 | SBC Global Services Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 970 | Sprint Nextel Corporation | Response filed 4/4/08; D.I. 5735. The hearing on this claim is being continued to the omnibus hearing to be held on May 7, 2008 at 10:00 a.m. |
| | 501 | Stockton Turner LLC | No response has been filed. The hearing on this claim is going forward. |
| | 1703 | Town & Country Realtors Inc. | No response has been filed. The hearing on this claim is going forward. |