Exhibit L

Status of Proofs of Claim for Debtors' Seventeenth Omnibus Objection (Non-Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | | **Exhibit A** | |
| 1040 | 1689 | Atlas Van Lines Inc. | No response has been filed. The hearing on this claim is going forward. |
| 1002 | 1689 | Atlas Van Lines Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2374 | 3803 | Aurora Loan Services LLC on behalf of certain Trusts | No response has been filed. The hearing on this claim is going forward. |
| 189 | 1723 | Bernadette M. Powers Carreno | No response has been filed. The hearing on this claim is going forward. |
| 374 | 3744 | Broward County Dept of Finance | No response has been filed. The hearing on this claim is going forward. |
| 3120 | 3244 | CitiMortgage Inc. | No response has been filed. The hearing on this claim is going forward. |
| 3620 | 3627 | Countrywide Home Loans Inc. | No response has been filed. The hearing on this claim is going forward. |
| 552 | 3617 | Department of Revenue State of Oregon | No response has been filed. The hearing on this claim is going forward. |
| 93 | 405 | First Line Data Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2072 | 3501 | Frank J. Nese | No response has been filed. The hearing on this claim is going forward. |
| 112 | 3596 | Katherine A. Young | No response has been filed. The hearing on this claim is going forward. |
| 3780 | 3812 | New York State Department of Taxation and Finance | No response has been filed. The hearing on this claim is going forward. |
| 3703 | 3813 | New York State Department of Taxation and Finance | No response has been filed. The hearing on this claim is going forward. |
| 3812 | 3808 | New York State Department of Taxation and Finance | No response has been filed. The hearing on this claim is going forward. |
| 2369 | 3730 | Residential Funding Company LLC | No response has been filed. The hearing on this claim is going forward. |

1

Exhibit L
Status of Proofs of Claim for Debtors' Seventeenth Omnibus Objection (Non-Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2380 | 3728 | Residential Funding Company LLC | No response has been filed. The hearing on this claim is going forward. |
| 1303 | 3805 | State of Oregon | No response has been filed. The hearing on this claim is going forward. |
| | | **Exhibit B** | |
| 3628 | 3627 | Countrywide Home Loans Inc. | No response has been filed. The hearing on this claim is going forward. |
| 2041 | 2037 | Dean Morris LLP | No response has been filed. The hearing on this claim is going forward. |
| 9075 | 728 | Franca M. Rex | No response has been filed. The hearing on this claim is going forward. |
| 3235 | 3195 | Lois F. Lutwin | No response has been filed. The hearing on this claim is going forward. |
| 3754 | 3710 | Lubbock Central Appraisal District | No response has been filed. The hearing on this claim is going forward. |
| 434 | 232 | Mark A. Siegel | No response has been filed. The hearing on this claim is going forward. |
| 3771 | 3729 | Residential Funding Company LLC | No response has been filed. The hearing on this claim is going forward. |
| 3765 | 3730 | Residential Funding Company LLC | No response has been filed. The hearing on this claim is going forward. |
| 2018 | 2021 | Sun Trust Robinson Humphrey Funding LLC | No response has been filed. The hearing on this claim is going forward. |
| | | **Exhibit C** | |
| | 3717 | CitiMortgage Inc. Successor by Reason of Merger with Citifinancial Mortgage Company Inc. fka Associates Home Equity Services | No response has been filed. The hearing on this claim is going forward. |
| | 3523 | County Line Appraisals | No response has been filed. The hearing on this claim is going forward. |
| | 3814 | County of San Bernardino | No response has been filed. The hearing on this claim is going forward. |

Exhibit L
Status of Proofs of Claim for Debtors' Seventeenth Omnibus Objection (Non-Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3517 | Fgs Ca Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 3387 | Fisher | No response has been filed. The hearing on this claim is going forward. |
| | 3198 | Hasler Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 3524 | Kent D. Maas Appraisal & Associates Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 3314 | Regional Trustee Services | No response has been filed. The hearing on this claim is going forward. |
| | 3811 | Sa Sterling Group Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 3458 | Sound Appraisal Services LLC | No response has been filed. The hearing on this claim is going forward. |
| | 3467 | Sound Appraisal Services LLC | No response has been filed. The hearing on this claim is going forward. |
| | 3338 | Tache Real Estate | No response has been filed. The hearing on this claim is going forward. |
| | 3324 | Tax Verification Bureau Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 3421 | Ted Lindvay | No response has been filed. The hearing on this claim is going forward. |
| | 3471 | Tri City Appraisers | No response has been filed. The hearing on this claim is going forward. |
| | 3470 | Tri City Appraisers | No response has been filed. The hearing on this claim is going forward. |
| | | Exhibit D | |
| | 465 | Collector of Revenue | No response has been filed. The hearing on this claim is going forward. |

3