## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

New Century TRS Holdings, Inc., ) Case No. 07-10416 KJC
et al., ) Chapter 11
        Debtors, ) Jointly Administered
) Ref. No. 5304

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO 24-50 93rd Street, East Elmhurst, NY 11373

AND NOW, TO WIT, this 8th day of April A.D., 2008, GRP Loan LLC's Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause so as to permit GRP and/or the holder of the first Morgage, as recorded in the Office of the County Clerk at Document/Instrument No. 2007000081329 in Queens County, State of New York for 24-50 93rd Street, East Elmhurst, NY to enforce its contractual rights against the Borrower and security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale of the property and any other legal remedies against the property which may be available to GRP under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that GRP may immediately enforce and implement this Order granting relief from the automatic stay.

_____ J.