## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

New Century TRS Holdings, Inc.,     ) Case No. 07-10416 KJC
et al.,     ) Chapter 11
          Debtors,     ) Jointly Administered
    ) Ref. No. 5306

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO 108 Elissar Drive, Debary, FL 32713

AND NOW, TO WIT, this 8th day of April A.D., 2008, GRP Loan LLC's

Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated

for cause so as to permit GRP and/or the holder of the first Mortgage, as recorded in the

Office of the County Clerk at Document/Instrument No. 2006-312902, Book 5974, Page

957 in Orange County, State of Florida for 108 Elissar Drive, Debary, FL to enforce its

contractual rights against the Borrower and security interest in the aforesaid real property

through foreclosure proceedings, Sheriff's Sale of the property and any other legal remedies

against the property which may be available to GRP under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that

GRP may immediately enforce and implement this Order granting relief from the automatic

stay.

                                    _____
                                          J.