**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, *et. al.* | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: Docket No. 5394** |

**WITHDRAWAL OF CLARION MORTGAGE CAPITAL'S RESPONSE TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (Docket No. 5394)**

Clarion Mortgage Capital ("Clarion"), by its attorneys, Bloom Murr & Accomazzo, P.C., submits this Withdrawal its Response to Debtors' Fifteenth Omnibus Objection to Claims as follows:

1. On March 18, 2008, Clarion submitted its Response to Debtors' Fifteenth Omnibus Objection to Claims (Docket No. 5394 ).

2. A hearing on Debtors' Fifteenth Omnibus Objection to Claims (and Clarion's Response) is schedule for April 9, 2008.

3. Counsel for Clarion and Counsel for Debtors have discussed Clarion's Response.

4. At this time, Clarion respectfully withdraws its Response to Debtors' Fifteenth Omnibus Objection to Claims.

DATED: April 8, 2008.

BLOOM MURR & ACCOMAZZO, P.C.

By:  *s/ Torben M. Welch*
Eric P. Accomazzo
Torben M. Welch
410 17th Street, Suite 2400
Denver, Colorado 80202
(303) 534-2277

*Attorneys for Clarion Mortgage Capital, Inc.*

## CERTIFICATE OF MAILING

      I hereby certify that on this 8th day of April, 2008, a true and correct copy of the foregoing WITHDRAWAL OF CLARION MORTGAGE CAPITAL'S RESPONSE TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS was served electronically or via U.S. Mail to all those entities and individuals named in the ECF system and to the following:

| | |
|---|---|
| New Century TRS Holdings, Inc.<br>3121 Michelson Drive, Suite 600<br>Irvine, California 92612 | Debtor |
| Christopher M. Samis, Esq.<br>920 North King Street<br>Wilmington, Delaware 19801 | Debtor's Counsel |
| Ivan Lerer Kallick, Esq.<br>11344 West Olympic Boulevard<br>Los Angeles, California 90064 | Debtor's Co-Counsel |
| Suzzanne S. Uhland, Esq.<br>275 Battery Street<br>San Francisco, California 94111 | Debtor's Co-Counsel |
| U.S. Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, Delaware 19899 | |
| Bonnie Glantz Fatell, Esq.<br>1201 Market Street, Suite 800<br>Wilimington, Delaware 19801 | Official Unsecured Creditors' Committee |

                                        *s/ Ann Kroes*