IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., *et al.* | ) ) ) ) | Case No. 07-10416-KJC (Jointly Administered) |
| Debtors. | ) ) ) | Related Docket Number: 5050 Obj. Deadline: March 18, 2008 @ 4:00 p.m. |

**CERTIFICATION OF COUNSEL REGARDING
MOTION OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND
MERSCORP, INC. FOR ENTRY OF AN ORDER (I) COMPELLING ASSUMPTION OR
REJECTION OF EXECUTORY CONTRACT, OR MODIFYING THE AUTOMATIC
STAY; AND (II) COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE**

Undersigned counsel for Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. (collectively, "MERS"), certifies as follows:

1. On March 26, 2008, MERS filed its Motion of Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. for Entry of an Order (i) Compelling Assumption or Rejection of Executory Contract, or Modifying the Automatic Stay and (ii) compelling payment of Administrative Expense (the "Motion") [D.I. 5050]. Pursuant to the Motion, MERS requested that the Court either compel the Debtors to assume or reject an executory contract between MERS and debtors New Century Mortgage Corp. and Home 123 Corp. (the "Contract") or grant MERS relief from the automatic stay so that it could terminate the Contract. MERS also requested the allowance and payment of an administrative expense claim in the amount of $67,224.45.

2. The deadline to object to the Motion was March 18, 2008 at 4:00 p.m. The undersigned certifies that (i) as of the date hereof, he has received no answer, objection or

other responsive pleading to the Motion and (ii) he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

3. On March 19, 2008, the Debtors filed their Notice of Rejection of Executory Contract (the "Notice") [D.I. 5408] seeking to reject the Contract. Pursuant to the Notice, if no objection is filed, the rejection of Contract will be effective 10 days after the filing of the Notice. Accordingly, the Contract was rejected effective on or about March 31, 2008

4. Subsequent to the filing of the Notice MERS entered into discussions with the Debtors regarding payment of its administrative expense claim. As a result, MERS has received payment in full of the administrative expense claim sought in the Motion. Nonetheless, out of an abundance of caution, MERS requests that Court enter an order substantially in the form attached hereto as Exhibit A granting MERS an allowed administrative expense claim in the amount of $67,224.45. Debtors counsel has reviewed the attached order and does not object to the entry of the order.

Dated: April 8, 2008
      Wilmington, Delaware

Respectfully submitted,

*/s/ William A. Hazeltine*
_____
William A. Hazeltine (Bar I.D. 3294)
SULLIVAN·HAZELTINE·ALLINSON LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone: 302-428-8191
Fax: 302-428-8195

Wendy S. Walker
Annie C. Wells
MORGAN. LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: 212-309-6000
Fax: 212-309-6001

Attorneys for MERS