**CERTIFICATE OF SERVICE**

I, William A. Hazeltine, certify that I am not less than 18 years of age, and that service of the attached document was made on April 8, 2008 upon the following by first class mail, postage pre-paid:

Shannon Lowry Nagle, Esquire
Times Square Tower, 7 Times Square
New York, NY  10036-6537

Christopher Samis, Esquire
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE  19801

                                        */s/ William A. Hazeltine*
                                        William A. Hazeltine

Dated:  April 8, 2008