# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, et al.,[1] | Case No. 07-10416 (KJC) |
| **Debtors.** | Jointly Administered |
| | Re: Docket No. 5260 |

**ORDER PURSUANT TO 11 U.S.C. §§ 502, 503, 506 AND 507, FED R. BANKR. P. 3007 AND 9014, AND DEL. BANKR. L.R. 3007-1 DISALLOWING AND EXPUNGING (A) BOOKS AND RECORDS CLAIMS; (B) INSUFFICIENT DOCUMENTATION CLAIMS; (C)CERTAIN MULTIPLE-DEBTOR DUPLICATE CLAIMS; AND (D) REDUCED AND/OR RECLASSIFIED CLAIMS AS SET FORTH IN DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO CLAIMS**

Upon the Debtors' Sixteenth Omnibus Objection To Claims: Substantive Objection Pursuant to 11 U.S.C. §§ 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims (the "Objection"),[2] filed by New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc, ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

in the above-styled case (collectively, the "Debtors"); and it appearing that notice of the objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Objection, the claims listed on Exhibits A through D annexed hereto, and any responses thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

FOUND AND DETERMINED THAT:

A.      This Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B.      Each holder of a claim (as to each, a "Claim") listed on Exhibits A through C attached hereto was properly and timely served with a copy of the Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C.      Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

D.      Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

E.      The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Objection is GRANTED.

---

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

2

2. The Debtors are granted a waiver of the requirements of Local Rule 3007-1(f)(i) and are permitted to object to the 221 claims listed on Exhibits A through C.

3. The Books and Records Claims listed on Exhibit A attached hereto be, and hereby are, disallowed and expunged in their entirety.

4. The Multiple-Debtor Duplicate Claims listed on Exhibit B in the column labeled "Duplicate Claim Number" be, and hereby are, disallowed and expunged in their entirety.

5. The Reduced and/or Reclassified Claims listed on Exhibit C attached hereto be, and hereby are, reduced and/or reclassified as set forth on Exhibit C.

6. The Objection is hereby continued to May 7, 2008 at 10:00 a.m. with respect to the following Claims: ACE American Insurance Company [Claim Nos. 2621, 2617 and 2615], Bankers Standard Insurance Company [Claim No. 2695], CitiMortgage Ins. Its Successors and/or Assigns [Claim No. 1311], CitiMortgage Inc. successor by reason or merger with CitiFinancial Mortgage Company Inc. fka Associates Home Equity Services Inc. [Claim No. 2181], Hartford Fire Insurance Company [Claim Nos. 3608, 3613, 3610, 3616, 3607, 3606, 3592, 3594, 3543, 3612, 3611, 3609, 3615, 3593 and 3614], Indemnity Insurance Company of North America [Claim Nos. 3023, 3013, 2989, 3012, 3009, 3010, 3007, 2991, 2985, 2982, 3014, 3001, 3016, 2996, 3021, 3019, 2719, 2711, 2722, 2953 and 2974], Natixis Real Estate Capital, Inc. [Claim Nos. 3642, 3643, 3646, 3647, 3644 and 3645], Redwood Mortgage Funding Inc. [Claim No. 2596], The Hartford [Claim Nos. 2376, 2424, 2326, 2371, 2339, 2425 and 2338], The Travelers Indemnity Company and its Affiliates [Claim No. 2117], Pennsylvania Department of Revenue [Claim No. 3763], Barclays Bank PLC [Claim No. 3604], Barclays Bank PLC for itself and as Agent for Loan Purchasers [Claim Nos. 3601, 3599, 3589, 3598, 3602 and 3600], Sutton

3

Funding LLC [Claim Nos. 3603 and 3588], Sprint Nextel Corporation [Claim No. 970] and Rafidi Alyse Zahi [Claim No. 3111].

7.     The Debtors' rights to amend, modify, or supplement this Objection, to file additional objections to the Claims or any other claims (filed or not) which may be asserted against the Debtors, and to seek further reduction of any Claim to the extent such Claim has been paid, are preserved. Additionally, should one or more of the grounds of objection stated in this Objection be dismissed, the Debtors rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these cases are preserved.

8.     This Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

9.     Each Claim and the objections by the Debtors to such Claim, as addressed in the Objection and as set forth on Exhibits A through C hereto, constitutes a separate contested matter as contemplated by Fed, R. Bankr. P. 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which

4

involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

Dated: April \_\_\_\_, 2008
      Wilmington, Delaware

                        _____
                        THE HONORABLE KEVIN J. CAREY
                        UNITED STATES BANKRUPTCY JUDGE

5

# EXHIBIT A

16th Omnibus Objection

Case 07-10416-BLS    Doc 5760-1    Filed 04/09/08    Page 8 of 28

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Quil Cities Mortgage & Financial Inc<br>7600 Parklawn Ave No 460<br>Edina, MN 55435 | 07-10419 | 2293 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| American Home Assurance Company American<br>International Surplus Lines Agency Inc Lexington<br>Insurance Company et al<br>New York, NY 10270 | 07-11043 | 3558 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| AIG Bankruptcy Collection 70 Pine St 28th Fl<br>American Home Assurance Company Et Al<br>New York, NY 10270 | 07-10417 | 2661 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| AIG Bankruptcy Collections 70 Pine St 28th Fl<br>New York, NY 10270 | 07-10416 | 2660 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| AIG Bankruptcy Collections 70 Pine St 28th Fl<br>American Home Assurance Company Et Al<br>Maitland, FL 32751 | 07-10421 | 3289 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| CNA Companies<br>2405 Lucien Way<br>Maitland, FL 32751 | 07-10419 | 3292 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| CNA Companies<br>2405 Lucien Way<br>Attn Patrick B Howell Esq 555 E Wells St Ste 1900<br>Milwaukee, WI 53202 | 07-10419 | 3131 | $0.00 | $0.00 | $0.00 | $859,357.40 | $859,357.40 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the contract was assumed & assigned | | | | | | | |
| Data Link Systems LLC<br>David Bruington<br>3675 Altacrest Dr W<br>Birmingham, AL 35243 | 07-10417 | 1471 | $0.00 | $0.00 | $300,000.00 | $0.00 | $300,000.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Elizabeth Anderson<br>30 Lakepines<br>Irvine, CA 92620 | 07-10416 | 2333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |

**Exhibit A**
**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Emily C Le<br>1882 Sunny Cir<br>Garden Grove, CA  92840 | 07-10416 | 106 | $0.00 | $0.00 | $8,904.00 | $0.00 | $8,904.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA  02117 | 07-10417 | 2783 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA  02117 | 07-10422 | 2821 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA  02117 | 07-10426 | 2837 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA  02117 | 07-10425 | 2829 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA  02117 | 07-10420 | 2832 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA  02117 | 07-10421 | 2846 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA  02117 | 07-10429 | 2754 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA  02117 | 07-10421 | 2850 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10416 | 2813 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10427 | 2765 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10423 | 2807 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10424 | 2803 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10428 | 2797 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10419 | 2825 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10430 | 2795 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10419 | 2915 | $0.00 | $0.00 | $0.00 | $41,869.21 | $41,869.21 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the contract was assumed & assigned | | | | |
| Fiserv Solutions Inc<br>c o Whyte Hirschboeck Dudek SC 555 E Wells St<br>Ste 1900<br>Milwaukee, WI 53202 | 07-10419 | 3807 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the claim is duplicative of Claim #1218 which has been Expunged per Court Order | | | | |
| Grizzard Jamie R<br>2117 Chaparral Way<br>Stockton, CA 95209 | | | | | | | |

16th Omnibus Objection

Case 07-10416-BLS    Doc 5760-1    Filed 04/09/08    Page 11 of 28

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Hawaiian Ins & Guar Co<br>Calidedsh Yonta Ins Group PO Box 1350<br>Honolulu, HI 96807-1350 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10425 | 2830 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10420 | 2833 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10417 | 2789 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10419 | 2824 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10431 | 2848 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10422 | 2817 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10423 | 2808 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10430 | 2793 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |

16th Omnibus Objection

Case 07-10416-BLS    Doc 5760-1    Filed 04/09/08    Page 12 of 28

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Liberty Ins Corporation 75 Berkeley St Boston, MA 02117 | 07-10421 | 2762 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation 75 Berkeley St Boston, MA 02117 | 07-10427 | 2766 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation 75 Berkeley St Boston, MA 02117 | 07-10416 | 2788 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation 75 Berkeley St Boston, MA 02117 | 07-10428 | 2796 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation 75 Berkeley St Boston, MA 02117 | 07-10426 | 2838 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation 75 Berkeley St Boston, MA 02117 | 07-10424 | 2805 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation 75 Berkeley St Boston, MA 02117 | 07-10429 | 2755 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Lloyds Of Texas Ins Co 75 Berkeley St Boston, MA 02117 | 07-10427 | 2770 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Lloyds Of Texas Ins Co 175 Berkeley St Boston, MA 02117 | 07-10416 | 2812 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |

In re: New Century TRS Holdings, Inc. _et al_.
Case No.07-10416 (KJC)

# Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | | | To Be Expunged Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10424 | 2806 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10420 | 2834 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10426 | 2836 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10417 | 2779 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10431 | 2849 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10425 | 2775 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10422 | 2820 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10430 | 2791 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10419 | 2826 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |

Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10428 | 2800 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10423 | 2818 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10421 | 2763 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10426 | 2839 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10421 | 2785 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10417 | 2786 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10420 | 2835 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10424 | 2804 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10430 | 2760 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** | | | The Debtors have no record of this liability in their Books and Records | | | | |

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | To Be Expunged Claim Amount | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10428 | 2759 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10427 | 2769 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10423 | 2810 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10425 | 2831 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10429 | 2753 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10416 | 2799 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10422 | 2816 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10431 | 2844 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10419 | 2823 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |

16th Omnibus Objection

Case 07-10416-BLS    Doc 5760-1    Filed 04/09/08    Page 16 of 28

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | To Be Expunged Claim Amount | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Admin | Priority | Unsecured | Total |
| Liberty Mutual Ins Co<br>75 Berkley St<br>Boston, MA 02117 | 07-10426 | 2841 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual Ins Co<br>75 Berkley St<br>Boston, MA 02117 | 07-10416 | 2814 | $0.00 | | | | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual Ins Co<br>75 Berkley St<br>Boston, MA 02117 | 07-10425 | 2774 | $0.00 | | | | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual Ins Co<br>75 Berkley St<br>Boston, MA 02117 | 07-10430 | 2761 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual Ins Co<br>75 Berkley St<br>Boston, MA 02117 | 07-10427 | 2768 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual Ins Co<br>75 Berkley St<br>Boston, MA 02117 | 07-10417 | 2777 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual Ins Co<br>75 Berkley St<br>Boston, MA 02117 | 07-10423 | 2819 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual Ins Co<br>75 Berkley St<br>Boston, MA 02117 | 07-10422 | 2815 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10419 | 2827 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |

**Exhibit A**
**Books and Records - Ordered**

| Name and Address of Claimant | Case Number | Claim Number | Books and Records | | To Be Expunged Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10428 | 2756 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10429 | 2751 | $0.00 | | | | | |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10420 | 2771 | $0.00 | | | | | |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10421 | 2852 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10424 | 2802 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10431 | 2845 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Lm Ins Corporation<br>175 Berkley St<br>Boston, MA 02117 | 07-10425 | 2776 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Lm Ins Corporation<br>175 Berkley St<br>Boston, MA 02117 | 07-10427 | 2767 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Lm Ins Corporation<br>175 Berkley St<br>Boston, MA 02117 | 07-10431 | 2853 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |

Exhibit A
Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10429 | 2750 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10428 | 2798 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10421 | 2851 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10422 | 2811 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10423 | 2809 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10430 | 3054 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10426 | 2842 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10419 | 2822 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10424 | 2843 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |

16th Omnibus Objection

## Exhibit A
## Books and Records - Ordered

In re: New Century TRS Holdings, Inc. **et al.**
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Din Ins Corporation<br>75 Berkeley St<br>Boston, MA, 02117 | 07-10420 | 2772 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Din Ins Corporation<br>75 Berkeley St<br>Boston, MA, 02117 | 07-10416 | 2781 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Din Ins Corporation<br>75 Berkeley St<br>Boston, MA, 02117 | 07-10417 | 2801 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Paula Renea Brown | 07-10419 | 459 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| S Brooke Stephens<br>1951 Dartmouth<br>Westminster, CA, 92683 | 07-10421 | 1959 | $0.00 | $0.00 | $0.00 | $1,400.00 | $1,400.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Sherman Town<br>PO Box 96<br>Sherman Mills, ME 04776 | 07-10419 | 1341 | $1,206.08 | $0.00 | $0.00 | $0.00 | $1,206.08 |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the claim is against Jerry & Denise Tapley | | | | | | | |
| United Guaranty Residential Insurance Company<br>United Guaranty Mortgage Indemnity Company<br>United Guaranty Services Inc et al<br>Attn Sara F Millard Authorized Representative 230<br>N Elm Ste 27401 PO Box 20597<br>Greensboro, NC  27420-0597 | 07-10419 | 3096 | $0.00 | $0.00 | $0.00 | $15,360.00 | $15,360.00 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |

16th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Wells Donna L<br>14491 Marsh View Dr<br>Jacksonville Bch, FL 32250 | 07-10417 | 2534 | $54,101.03 | $0.00 | $0.00 | $0.00 | $54,101.03 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Wells Fargo Bank Na<br>7485 New Horizon Way<br>Frederick, MD 21703 | 07-10416 | 3117 | $0.00 | $0.00 | $0.00 | $73,648.10 | $73,648.10 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Wells Fargo Bank Na<br>7485 New Horizon Way<br>Frederick, MD 21703 | 07-10416 | 2559 | $0.00 | $0.00 | $0.00 | $12,874,364.05 | $12,874,364.05 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Wells Fargo Financial Leasing Inc<br>800 Walnut St MAC F4031 050<br>Des Moines, IA 50309 | 07-10416 | 270 | $0.00 | $0.00 | $0.00 | $338.73 | $338.73 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Xerox Corporation<br>Xerox Capital Services LLC PO Box 660506<br>Dallas, TX 75266-0937 | 07-10416 | 974 | $0.00 | $0.00 | $0.00 | $77,550.31 | $77,550.31 |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| **Claims To Be Expunged Totals** | | 112 | $60,528.86 | $0.00 | $313,045.50 | $14,444,064.50 | $14,817,638.86 |

# EXHIBIT B

16th Omnibus Objection

**Exhibit B**

**Multi Debtor Duplicate Claims - Ordered**

In re: New Century TRS Holdigs, Inc. et al.

Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Brian Runge Real Estate Appraisals Ltd<br>20 Channel Ln<br>Hampton, VA 23664-1799 | 07-10416 | 1301 | 07-10421 | 922 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 |
| Citigroup Global Markets Realty Corp<br>Citibank & Ellis LP Citigroup Center 153 E<br>53rd St<br>New York, NY 10022-4611 | 07-10419 | 3496 | 07-10420 | 3495 | $955,224.68 | $0.00 | $0.00 | $35,321,110.29 | $56,276,334.97 | $955,224.68 | $0.00 | $0.00 | $35,321,110.29 | $56,276,334.97 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 E St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10429 | 3044 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 East St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10425 | 2946 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.14 | $72,992,668.14 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 East St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10423 | 2949 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.14 | $72,992,668.14 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 East St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10425 | 2947 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.14 | $72,992,668.14 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 East St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10422 | 2954 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.14 | $72,992,668.14 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 E St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10430 | 3050 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |

16th Omnibus Objection

In re: New Century TRS Holdings, Inc. _et al._
Case No.07-10416 (KJC)

## Exhibit B
## Multi Debtor Duplicate Claims - Ordered

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | | Remaining Claim Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | | Secured | Admin | Priority | Unsecured | Total |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 E St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10427 | 3015 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 East St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10421 | 2956 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.14 | $72,992,668.14 | | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 E St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10424 | 2948 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.14 | $72,992,668.14 | | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 E St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10431 | 3052 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 E St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10419 | 3055 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 E St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10416 | 3057 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 E St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10417 | 3061 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 E St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10428 | 3032 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

## Exhibit B
## Multi Debtor Duplicate Claims - Ordered

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Greenwich Capital Financial Products Inc<br>Greenwich Capital Financial Products Inc<br>600 Steamboat Rd<br>Greenwich, CT 06830 | 07-10419 | 2133 | 07-10420 | 2135 | $0.00 | $0.00 | $0.00 | $1,345,557.35 | $1,345,557.35 | $0.00 | $0.00 | $0.00 | $1,345,557.35 | $1,345,557.35 |
| Bohyme Bank FSB<br>Attn Claudia Springer & Elizabeth<br>McGovern 2500 One Liberty Pl 1650<br>Market St<br>Philadelphia, PA 19106 | 07-10421 | 3638 | 07-10419 | 3639 | $0.00 | $0.00 | $2,053,652.54 | $0.00 | $2,053,652.54 | $0.00 | $0.00 | $2,053,652.54 | $0.00 | $2,053,652.54 |
| Bohyme Bank FSB<br>Attn Claudia Springer & Elizabeth<br>McGovern 2500 One Liberty Pl 1650<br>Market St<br>Philadelphia, PA 19106 | 07-10416 | 3637 | 07-10419 | 3639 | $0.00 | $0.00 | $2,053,652.54 | $0.00 | $2,053,652.54 | $0.00 | $0.00 | $2,053,652.54 | $0.00 | $2,053,652.54 |
| Maria Magdalena Gonzalez<br>12601 Spilmaker<br>Garden Grove, CA 92840 | 07-10416 | 1751 | 07-10419 | 1752 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| North American Van Lines<br>Two Corporate Dr Ste 234<br>Shelton, CT 06484 | 07-10416 | 1800 | 07-10417 | 1795 | $0.00 | $0.00 | $21,507.81 | $235.99 | $21,743.80 | $0.00 | $0.00 | $21,507.81 | $235.99 | $21,743.80 |
| Detutel Usa Inc<br>Joey Piney LLC 7 Times Sq<br>New York, NY 10036-7311 | 07-10416 | 2397 | 07-10419 | 2404 | $0.00 | $0.00 | $1,200.00 | $0.00 | $1,200.00 | $0.00 | $0.00 | $1,200.00 | $0.00 | $1,200.00 |
| Raechel Gutenberg<br>14145 E Kenyon Ave No 200<br>Denver, CO 80237 | 07-10417 | 179 | 07-10416 | 140 | $0.00 | $0.00 | $8,140.00 | $0.00 | $8,140.00 | $0.00 | $0.00 | $8,140.00 | $0.00 | $8,140.00 |
| Shirley Ann Walter<br>The Law Office Of Dale W Pittman Pc The<br>Eliza Spotswood House 112 A West Tabb<br>St<br>Petersburg, VA 23803-3212 | 07-10419 | 2550 | 07-10416 | 2543 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 |

16th Omnibus Objection

In re: New Century TRS Holdings, Inc. _et al._,

Case No.07-10416 (KJC)

## Exhibit B
## Multi Debtor Duplicate Claims - Ordered

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Shirley Ann Waller<br>7343 Blanton Rd<br>Butler Glen, VA, 22546 | 07-10416 | 2551 | 07-10416 | 2543 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 | $165,410.22 | $0.00 | | $0.00 | $165,410.22 |
| **Claims To Be Expunged Totals** | | | | 25 | $1,286,045.12 | $0.00 | $4,138,153.89 | $1,058,564,607.99 | $1,063,988,806.00 | $1,286,045.12 | $0.00 | $4,136,952.89 | $1,058,565,808.29 | $1,063,988,806.30 |

# EXHIBIT C

16th Omnibus Objection

**Exhibit C**
**Reduce / Reclassify - Ordered**

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| 703 Griffing Associates Llc, 85 Old Country Rd Ste 5, Riverhead, NY 11901 | 07-10416 | 3226 | $13,348.00 | $0.00 | $0.00 | $159,020.00 | $172,698.00 | $6,674.00 | $0.00 | $0.00 | $79,000.00 | $85,674.00 |
| **Comments:** Claim should be reduced and allowed because the Debtors' Books and Record reflect same | | | | | | | | | | | | |
| Administrative Resource Options Inc, 200 W Adams Ste 2000, Chicago, IL 60606 | 07-10416 | 362 | $0.00 | $0.00 | $35,805.68 | $27,846.92 | $63,652.60 | $0.00 | $0.00 | $0.00 | $63,652.60 | $63,652.60 |
| **Comments:** Claim should be reclassified and allowed because the Debtors' Books and Record reflect same | | | | | | | | | | | | |
| AT&T Corp, 51100 FAA Blvd, Fort Worth, TX 76155 | 07-10416 | 3794 | $0.00 | $0.00 | $0.00 | $1,268,109.99 | $1,268,109.99 | $0.00 | $0.00 | $0.00 | $1,022,413.20 | $1,022,413.20 |
| **Comments:** Claim should be reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | | |
| Ovoya Inc, PO Box 5126, Timonium, MD 21094 | 07-10416 | 169 | $0.00 | $0.00 | $0.00 | $118,931.58 | $118,931.58 | $0.00 | $0.00 | $0.00 | $81,021.25 | $81,021.25 |
| **Comments:** Claim should be reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | | |
| Ovoya Inc, Po Box 5126, Timonium, MD | 07-10419 | 737 | $0.00 | $35,714.17 | $0.00 | $0.00 | $35,714.17 | $0.00 | $13,180.56 | $0.00 | $0.00 | $13,180.56 |
| **Comments:** Claim should be reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | | |
| Chad E Witer, Newbury Way, Ladera Ranch, CA 92694 | 07-10419 | 2386 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | $0.00 | $0.00 | $3,700.50 | $6,299.59 | $10,000.00 |
| **Comments:** Claim should be reclassified, reduced and allowed because the Debtors' Books and Record reflect same | | | | | | | | | | | | |
| Daniel D Blocker, 8210 Jattamore Ln, Woodridge, IL 60517 | 07-10419 | 1943 | $0.00 | $0.00 | $222.12 | $150,000.00 | $150,222.12 | $0.00 | $0.00 | $0.00 | $150,222.12 | $150,222.12 |
| **Comments:** Claim should be reclassified, reduced and allowed because the Debtors' Books and Record reflect same | | | | | | | | | | | | |
| David Ebunigton, 8675 Altacrest Dr W, Birmingham, AL 35243 | 07-10419 | 1470 | $0.00 | $0.00 | $262,500.00 | $0.00 | $262,500.00 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 |
| **Comments:** Claim should be reclassified, reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | | |
| David Nicholas Kenneally, 2662 Oak Knoll Dr, Rosemoor, CA 90720 | 07-10416 | 3126 | $0.00 | $0.00 | $10,550.00 | $4,979.02 | $15,929.02 | $0.00 | $0.00 | $2,314.04 | $10,662.69 | $12,976.73 |
| **Comments:** Claim should be reclassified, reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | | |

16th Omnibus Objection

## Exhibit C
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Ellie Mae Inc<br>4140 Dublin Blvd Ste 300<br>Dublin, CA 94568 | 07-10419 | 2548 | $0.00 | $0.00 | $0.00 | $443,042.00 | $443,042.00 | $0.00 | $0.00 | $0.00 | $283,042.00 | $283,042.00 |
| Comments: | Claim should be reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | |
| Kevin Cloyd<br>1795 Borum Ave<br>Tustin, CA 92782 | 07-10417 | 1872 | $0.00 | $0.00 | $0.00 | $1,744,027.00 | $1,744,027.00 | $0.00 | $0.00 | $0.00 | $473,000.00 | $473,000.00 |
| Comments: | Claim should be reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | |
| Reitner Locher & Amowitz Co LPA<br>24450 Edison Blvd<br>Twinsburg, OH 44087 | 07-10419 | 2265 | $512,147.47 | $0.00 | $0.00 | $0.00 | $512,147.47 | $0.00 | $0.00 | $0.00 | $512,147.47 | $512,147.47 |
| Comments: | No Basis for Secured Status | | | | | | | | | | | |
| SBC Global Services Inc<br>AT&T Law Group Counsel One AT&T Way Rm 3A218<br>Bedminster, NJ 07921 | 07-10419 | 3748 | $0.00 | $0.00 | $0.00 | $103,717.00 | $103,717.00 | $0.00 | $0.00 | $0.00 | $65,760.88 | $65,760.88 |
| Comments: | Claim should be reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | |
| Stockton Turner LLC<br>1000 Legion Pl Ste 1700<br>Orlando, FL 32801 | 07-10419 | 501 | $0.00 | $0.00 | $10,950.00 | $9,254.70 | $20,204.70 | $0.00 | $0.00 | $0.00 | $20,204.70 | $20,204.70 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Town & County Realtors Inc<br>Law Offices Of Brian Damicils 2200 L St<br>Sacramento, CA 95816 | 07-10421 | 1703 | $0.00 | $0.00 | $0.00 | $17,667.83 | $17,667.83 | $0.00 | $0.00 | $0.00 | $6,250.00 | $6,250.00 |
| Comments: | Claim should be reduced and allowed pursuant to settlement | | | | | | | | | | | |
| **Claims To Be Expunged Totals** | | 15 | $512,147.47 | $50,052.17 | $330,427.80 | $4,047,196.04 | $4,939,563.48 | $0.00 | $19,854.56 | $6,014.54 | $2,923,676.41 | $2,949,545.51 |