IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NEW CENTURY TRS HOLDINGS, ) | Case No. 07-10416-KJC |
| INC., *et al.* ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Related Docket Number 5050 |
| ) | |

**ORDER GRANTING MOTION OF MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. AND MERSCORP, INC. FOR ENTRY
OF AN ORDER (I) COMPELLING ASSUMPTION OR REJECTION
OF EXECUTORY CONTRACT, OR MODIFYING THE AUTOMATIC
STAY; AND (II) COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE**

AND NOW, this 9th day of April, 2008, having considered the Motion of Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. for Entry of an Order (i) Compelling Assumption or Rejection of Executory Contract or Modifying the Automatic Stay; and (ii) Compelling Payment of Administrative Expense (the "Motion") and any responses thereto; and finding good cause to grant the Motion; it is hereby **ORDERED** as follows:

1. The Motion is granted as set forth herein.

2. MERS (as defined in the Motion) shall have an allowed administrative claim pursuant to Section 503(b) Bankruptcy Code in the amount of $67,224.45 (the "Allowed Administrative Expense Claim"). MERS acknowledges that, after filing the Motion, it received payment in full of the Allowed Administrative Expense claim so no further payment is due and owing to MERS on account of the Allowed Administrative Expense Claim

The Honorable Kevin J. Carey, Judge
United States Bankruptcy Court