# EXHIBIT A

RLF1-3271086-1

2nd Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit A
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | Reduced/Reclassified Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Leslie K Hall dba Farsfloot Enterprises<br>7756 Dos Patos Ln<br>Sebastopol, CA 95472-6315 | 07-10416 | 60 | $0.00 | $0.00 | $21,900.00 | $28,100.00 | $50,000.00 | $0.00 | $0.00 | $2,000.00 | $48,000.00 | $50,000.00 |
| Comments: Claim should be reclassified and allowed | | | | | | | | | | | | |
| **Claims To Be Expunged Totals** | | 1 | $0.00 | $0.00 | $21,900.00 | $28,100.00 | $50,000.00 | $0.00 | $0.00 | $2,000.00 | $48,000.00 | $50,000.00 |

Page 1