# EXHIBIT A

17th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Amended Claims - Ordered

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Atlas Van Lines Inc<br>1212 St George Rd<br>Evansville, IN 47703-0509 | 07-10416 | 1040 | 07-10421 | 1689 | $0.00 | $0.00 | $0.00 | $7,391.73 | $7,391.73 | $0.00 | $0.00 | $0.00 | $30,994.31 | $30,994.31 |
| Atlas Van Lines Inc<br>1212 St George Rd PO Box 509<br>Evansville, IN 47703-0509 | 07-10421 | 1002 | 07-10421 | 1689 | $0.00 | $0.00 | $0.00 | $4,692.82 | $4,692.82 | $0.00 | $0.00 | $0.00 | $30,994.31 | $30,994.31 |
| Bernadette M Powers Careno<br>1016 Moreno Way<br>Placentia, CA 92870 | 07-10417 | 189 | 07-10416 | 1723 | $0.00 | $0.00 | $42,614.97 | $2,735.47 | $45,350.44 | $0.00 | $0.00 | $50,399.00 | $2,735.47 | $53,134.47 |
| CitiMortgage Inc<br>Featherstone Petrie DeSiste LLP 600 Seventeenth St Ste 2400 S<br>Denver, CO 80202 | 07-10419 | 3120 | 07-10415 | 3234 | $0.00 | $0.00 | $0.00 | $2,503,660.59 | $2,503,660.59 | $0.00 | $0.00 | $0.00 | $3,272,126.66 | $3,272,126.66 |
| Countrywide Home Loans Inc<br>5220 Las Virgenes Rd MS AC 11<br>Calabasas, CA 91302-4041 | 07-10419 | 3620 | 07-10415 | 3637 | $0.00 | $0.00 | $1,299,283.53 | $49,427,170.84 | $50,726,454.37 | $0.00 | $0.00 | $1,299,283.53 | $49,427,170.84 | $50,726,454.37 |
| Department of Revenue State of Oregon<br>Revenue Bldg 955 Center St<br>Salem, OR 97301-2555 | 07-10421 | 552 | 07-10421 | 3617 | $0.00 | $0.00 | $1,889.51 | $0.00 | $1,889.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| First Use Data Inc<br>4735 Walnut St Ste C<br>Boulder, CO 80301 | 07-10416 | 93 | 07-10417 | 405 | $0.00 | $0.00 | $0.00 | $2,631.90 | $2,631.90 | $0.00 | $0.00 | $0.00 | $3,381.00 | $3,381.00 |
| Frank J Nese<br>1237 Surfline Way<br>Corona Del Mar, CA 92625 | 07-10419 | 2072 | 07-10419 | 2501 | $0.00 | $0.00 | $0.00 | $7,123.68 | $7,123.68 | $0.00 | $0.00 | $0.00 | $7,101.25 | $7,101.25 |
| Katherine A Young<br>12121 Silver Creek Dr<br>Houston, TX 77070 | 07-10416 | 112 | 07-10416 | 3596 | $0.00 | $0.00 | $1,236.54 | $0.00 | $1,236.54 | $0.00 | $0.00 | $1,236.48 | $0.00 | $1,236.48 |

Page 1

17th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Amended Claims - Ordered

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| New York State Department of Taxation and Finance<br>PO Box 5300<br>Albany, NY 12205-0300 | 07-10419 | 3780 | 07-10419 | 3812 | $0.00 | $0.00 | $50,755.39 | $0.00 | $50,755.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| New York State Department of Taxation and Finance<br>PO Box 5100<br>Albany, NY 12205-0300 | 07-10419 | 3812 | 07-10419 | 3808 | $0.00 | $0.00 | $1,136.74 | $0.00 | $1,136.74 | $0.00 | $0.00 | $2,132.07 | $0.00 | $2,132.07 |
| New York State Department of Taxation and Finance<br>PO Box 5300<br>Albany, NY 12205-0300 | 07-10421 | 3703 | 07-10421 | 3813 | $0.00 | $0.00 | $27,866.12 | $0.00 | $27,866.12 | $0.00 | $0.00 | $14,166.85 | $0.00 | $14,166.85 |
| Residential Funding Company LLC<br>Dorsey & Whitney LLP 50 S Sixth Street 1500<br>Minneapolis, MN 55402 | 07-10420 | 2380 | 07-10420 | 3729 | $15,552,188.35 | $0.00 | $0.00 | $0.00 | $15,552,188.35 | $30,950,625.79 | $0.00 | $0.00 | $0.00 | $30,950,625.79 |
| Residential Funding Company LLC<br>Dorsey & Whitney LLP 50 S Sixth State 1500<br>Minneapolis, MN 55402 | 07-10419 | 2369 | 07-10419 | 3730 | $15,552,188.35 | $0.00 | $0.00 | $0.00 | $15,552,188.35 | $30,950,625.79 | $0.00 | $0.00 | $0.00 | $30,950,625.79 |
| State of Oregon<br>Revenue Bldg 555 Center St NE<br>Salem, OR 97301-2555 | 07-10419 | 1303 | 07-10419 | 3805 | $0.00 | $0.00 | $18.52 | $0.00 | $18.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claims To Be Expunged Totals | | | | 15 | $31,104,376.70 | $0.00 | $1,426,801.32 | $51,555,456.13 | $84,486,584.15 | $61,901,251.58 | $0.00 | $1,367,217.93 | $52,774,701.84 | $116,043,171.35 |

Page 2

# **EXHIBIT B**

RLF1-3271085-1

17th Omnibus Objection

# Exhibit B
## Duplicate Claims - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Countrywide Home Loans Inc<br>5220 Las Virgenes Rd MS AC 11<br>Calabasas, CA 91302-4021 | 07-10419 | 3628 | 07-10419 | 3627 | $0.00 | $0.00 | $1,299,283.53 | $49,427,170.84 | $50,726,454.37 | $0.00 | $0.00 | $1,299,283.53 | $49,427,170.84 | $50,726,454.37 |
| Dean Morris LLP<br>PO Box 2867<br>Monroe, LA 71207 | 07-10419 | 2041 | 07-10419 | 2037 | $0.00 | $0.00 | $0.00 | $1,570.00 | $1,570.00 | $0.00 | $0.00 | $0.00 | $1,570.00 | $1,570.00 |
| Franca M Rex<br>6 St Albans Ave<br>Newtown Sq, PA 19073 | 07-10419 | 975 | 07-10416 | 728 | $0.00 | $0.00 | $0.00 | $215,000.00 | $215,000.00 | $0.00 | $0.00 | $0.00 | $215,000.00 | $215,000.00 |
| Lois F Litwin<br>23110 Alora Dr<br>Boca Raton, FL 33433 | 07-10416 | 3235 | 07-10416 | 3195 | $0.00 | $0.00 | $26,142.90 | $0.00 | $26,142.90 | $0.00 | $0.00 | $26,142.90 | $0.00 | $26,142.90 |
| Lubbock Central Appraisal District<br>Perdue Brandon Fielder Collins & Mott LLP<br>PO Box 817<br>Lubbock, TX 79408 | 07-10416 | 3754 | 07-10416 | 3710 | $1,172.54 | $0.00 | $628.31 | $0.00 | $1,800.85 | $0.00 | $0.00 | $628.31 | $0.00 | $628.31 |
| Mark A Siegel<br>2134 Leroy Pl Nw<br>Washington, DC 20008 | 07-10416 | 434 | 07-10416 | 232 | $0.00 | $0.00 | $67,439.24 | $0.00 | $67,439.24 | $0.00 | $0.00 | $67,439.24 | $0.00 | $67,439.24 |
| Residential Funding Company LLC<br>Dorsey & Whitney LLP 50 S Sixth St Ste 1500<br>Minneapolis, MN 55402 | 07-10420 | 3771 | 07-10420 | 3729 | $30,950,625.79 | $0.00 | $0.00 | $0.00 | $30,950,625.79 | $30,950,625.79 | $0.00 | $0.00 | $0.00 | $30,950,625.79 |
| Residential Funding Company LLC<br>Dorsey & Whitney LLP 50 S Sixth St Ste 1500<br>Minneapolis, MN 55402 | 07-10419 | 3765 | 07-10419 | 3730 | $30,950,625.79 | $0.00 | $0.00 | $0.00 | $30,950,625.79 | $30,950,625.79 | $0.00 | $0.00 | $0.00 | $30,950,625.79 |

Page 1

17th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit B
## Duplicate Claims - Ordered

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| SunTrust Robinson Humphrey Funding LLC f/k/a SunTrust Asset Funding LLC<br>Stites & Harbison PLLC 424 Church St Ste 1800<br>Nashville, TN 37219 | 07-10419 | 2018 | 07-10419 | 2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,405,016.74 | $0.00 | $0.00 | $0.00 | $1,405,016.74 |
| **Claims To Be Expunged Totals** | | | | 9 | $61,902,424.12 | $0.00 | $1,393,493.98 | $49,643,740.84 | $112,939,658.94 | $63,306,268.32 | $0.00 | $1,326,054.74 | $49,711,180.08 | $114,343,503.14 |

Page 2

# **EXHIBIT C**

RLF1-3271085-1

17th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit C
## Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| CitiMortgage Inc Successor by Reason of Merger with Citifinancial Mortgage Company Inc FKA Associates Home Equity Services In<br>PO Box 140609<br>Irving, TX 75014 | 07-10416 | 3717 | 11/19/2007 | $108,161.75 | $0.00 | $0.00 | $0.00 | $108,161.75 |
| **Comments:** Claim filed after General Bar Date of August 31, 2007 | | | | | | | | |
| County Line Appraisals<br>PO Box 58<br>Unionville, OH 44088 | 07-10419 | 3523 | 10/9/2007 | $0.00 | $0.00 | $0.00 | $1,540.00 | $1,540.00 |
| **Comments:** Claim filed after General Bar Date of August 31, 2007 | | | | | | | | |
| County of San Bernardino<br>172 West 3rd St<br>San Bernardino, CA 92415 | 07-10416 | 3814 | 2/1/2008 | $51,825.09 | $0.00 | $0.00 | $0.00 | $51,825.09 |
| **Comments:** Claim filed after Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Figs Ca Inc<br>5401 Jurupa St<br>Ontario, CA 91761 | 07-10416 | 3517 | 10/9/2007 | $0.00 | $0.00 | $0.00 | $7,043.06 | $7,043.06 |
| **Comments:** Claim filed after General Bar Date of August 31, 2007 | | | | | | | | |
| Fisher<br>Joe Klein 121 South Wilke Rd Ste 500<br>Arlington Heights, IL 60005 | 07-10416 | 3387 | 10/3/2007 | $0.00 | $0.00 | $0.00 | $7,251.37 | $7,251.37 |
| **Comments:** Claim filed after General Bar Date of August 31, 2007 | | | | | | | | |
| Hasler Inc<br>PO Box 1345<br>Englewood, FL 34295 | 07-10419 | 3198 | 9/4/2007 | $0.00 | $0.00 | $0.00 | $4,930.84 | $4,930.84 |
| **Comments:** Claim filed after General Bar Date of August 31, 2007 | | | | | | | | |
| Kent D Maas Appraisal & Associates Inc<br>9450 E Morrill Way<br>Tucson, AZ 85749 | 07-10416 | 3524 | 10/9/2007 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 |
| **Comments:** Claim filed after General Bar Date of August 31, 2007 | | | | | | | | |
| Regional Trustee Services<br>616 1st Ave Ste 500<br>Seattle, WA 98104-2258 | 07-10416 | 3314 | 9/26/2007 | $0.00 | $0.00 | $0.00 | $35,429.00 | $35,429.00 |
| **Comments:** Claim filed after General Bar Date of August 31, 2007 | | | | | | | | |
| Sa Sterling Group Inc<br>2929 Moss Rock Ste 222<br>San Antonio, TX 78230 | 07-10416 | 3811 | 1/31/2008 | $0.00 | $0.00 | $0.00 | $106,000.00 | $106,000.00 |
| **Comments:** Claim filed after General Bar Date of August 31, 2007 | | | | | | | | |

Page 1

117th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit C
## Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | Priority | Unsecured | |
| Sound Appraisal Services Llc<br>16547 169th Ave Ne<br>Woodinville, WA 98072 | 07-10419 | 3458 | 10/2/2007 | $0.00 | $0.00 | $0.00 | $2,600.00 | $2,600.00 |
| Comments: | Claim filed after General Bar Date of August 31, 2007 | | | | | | | |
| Sound Appraisal Services Llc<br>16547 169th Ave Ne<br>Woodinville, WA 98072 | 07-10421 | 3467 | 10/2/2007 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 |
| Comments: | Claim filed after General Bar Date of August 31, 2007 | | | | | | | |
| Tache Real Estate<br>208 Derby St<br>Salem, MA 01970 | 07-10419 | 3338 | 9/25/2007 | $0.00 | $0.00 | $0.00 | $140.52 | $140.52 |
| Comments: | Claim filed after General Bar Date of August 31, 2007 | | | | | | | |
| Tax Verification Bureau Inc<br>247 Sw 8th St Ste 147<br>Miami, FL 33130 | 07-10416 | 3324 | 9/26/2007 | $0.00 | $0.00 | $0.00 | $2,085.63 | $2,085.63 |
| Comments: | Claim filed after General Bar Date of August 31, 2007 | | | | | | | |
| Ted Lindsay<br>580 Lovell Gulch Rd<br>Woodland Pk, CO 80863 | 07-10421 | 3421 | 10/2/2007 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Comments: | Claim filed after General Bar Date of August 31, 2007 | | | | | | | |
| Tri City Appraisers<br>2111 East Broadway Rd Suite 18<br>Tempe, AZ 85282 | 07-10419 | 3471 | 10/2/2007 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 |
| Comments: | Claim filed after General Bar Date of August 31, 2007 | | | | | | | |
| Tricity Appraisers<br>2111 E Broadway Rd 18<br>Tempe, AZ 85282 | 07-10416 | 3470 | 10/2/2007 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 |
| Comments: | Claim filed after General Bar Date of August 31, 2007 | | | | | | | |
| **Claims To Be Expunged Totals** | 16 | | | $159,986.84 | $0.00 | $0.00 | $168,120.42 | $328,107.26 |

# EXHIBIT D

17th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit D
## Insufficient Documentation - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Collector of Revenue<br>41 S Central Ave<br>Clayton, MO 63105 | 07-10416 | 465 | $0.00 | $0.00 | $1,105.97 | $0.00 | $1,105.97 |
| Comments: No Supporting Documentation | | | | | | | |
| **Claims To Be Expunged Totals** | | 1 | $0.00 | $0.00 | $1,105.97 | $0.00 | $1,105.97 |

Page 1