# Time Entries for Services Rendered By Howrey LLP As Special Outside Counsel to the Debtors And Debtors In Possession For April 2, 2007 Through June 30, 2007*

| Hours | Rate | Value | Bill/ WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 0.25 | 685.00 | 171.25 | Bill | 171.25 | 4/17/2007 | Bowers, T | Partner | Review Notice of Sale and related documents. |
| 0.25 | 685.00 | 0.00 | W/O | 171.25 | 4/25/2007 | Bowers, T | Partner | Write off |
| 1.00 | 685.00 | 685.00 | Bill | 685.00 | 4/30/2007 | Bowers, T | Partner | Review Mr. Sachs' trading documents and related materials. |
| 1.00 | 380.00 | 380.00 | Bill | 665.00 | 4/15/2007 | Chaney, F | Associate | Draft petition for retention (.75); conduct research re same (.25). |
| 1.00 | 380.00 | 380.00 | Bill | 475.00 | 4/17/2007 | Chaney, F | Associate | Review and revise application for retention in bankruptcy court. |
| 0.25 | 380.00 | 95.00 | Bill | 95.00 | 4/19/2007 | Chaney, F | Associate | Telephone conference with Ms. Culler re creditors and bankruptcy issues. |
| 1.00 | 245.00 | 245.00 | Bill | 245.00 | 5/17/2007 | Fitzpatr, J | Paralegal | Office conference with Ms. Kowalski regarding conflict check against interested parties in bankruptcy proceeding (.25); review application for appointed of special counsel to debtor (.25); review and compare firm new matter list to list of interested parties (.25); draft memorandum to file (.25) |

* The breakdown of time within each time entry represents an estimate of the amount of time spent on each task.

DM_US:20707016_2

DM_US:20070716_2

| Hours | Rate | Value | Bill/ WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 1.25 | 245.00 | 306.25 | Bill | 306.25 | 5/18/2007 | Fitzpatr.,J | Paralegal | Review firm new matters listing and compare with list of potential parties in interest for New Century TRS Holdings, Inc. bankruptcy (.75); draft memo for file re verification of conflict clearance (.50). |
| 2.75 | 245.00 | 673.75 | Bill | 673.75 | 5/23/2007 | Fitzpatr.,J | Paralegal | Review and analysis of firm New Matter reports for May 18, 21, 22, and 23, 2007 and compare with list of parties to bankruptcy proceeding for potential conflicts of interest (1.50); draft memos to file re same (1.25). |
| 0.50 | 245.00 | 122.50 | Bill | 122.50 | 5/24/2007 | Fitzpatr.,J | Paralegal | Review and analysis of firm New Matter report for May 24, 2007 and compare with list of parties to bankruptcy proceeding for potential conflicts of interest (.25); draft memo to file re same (.25). |
| 1.00 | 245.00 | 245.00 | Bill | 245.00 | 5/30/2007 | Fitzpatr.,J | Paralegal | Review and analysis of firm New Matter reports through May 30, 2007 and compare with list of parties to bankruptcy proceeding for potential conflicts of interest (.50); draft memo to file re same (.50). |
| 0.50 | 695.00 | 347.50 | Bill | 868.75 | 4/2/2007 | Handzlik,J | Partner | Telephone call to and exchange of e-mails with Mr. Shepard **re bankruptcy filing** (.25); telephone call to and exchange of e-mails with Mr. Mayorkas **re company documents and bankruptcy filing** and review related |

| Hours | Rate | Value | Bill/ WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | documents (.25). |
| 0.75 | 695.00 | 521.25 | Bill | 521.25 | 4/3/2007 | Handzlik,J | Partner | Telephone conference with Mr. Shepard re obtaining background materials (.25); exchange of emails with Mr. Mayorkas re company documents and bankruptcy filing (.25); review of documents re investigation (.25). |
| 0.25 | 695.00 | 173.75 | Bill | 173.75 | 4/5/2007 | Handzlik,J | Partner | Review of retention application documents received from Ms. Dixon; review of related documents. |
| 0.25 | 695.00 | 173.75 | Bill | 347.50 | 4/9/2007 | Handzlik,J | Partner | Exchange of voicemails with Mr. Mayorkas re company documents and bankruptcy filing; review of related documents. |
| 0.50 | 695.00 | 347.50 | Bill | 347.50 | 4/13/2007 | Handzlik,J | Partner | Exchange of emails with Mr. Shepard and Ms. Dixon re obtaining background materials (.25); review of materials related to internal investigation (.25). |
| 0.25 | 695.00 | 173.75 | Bill | 173.75 | 4/14/2007 | Handzlik,J | Partner | Exchange of emails with Ms. Chaney re bankruptcy filings; review of related documents. |

3

4

| Hours | Rate | Value | Bill/WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 0.25 | 695.00 | 173.75 | Bill | 173.75 | 4/15/2007 | Handzlik,J | Partner | Telephone conference with Mr. Shepard re obtaining background materials; exchange of emails with Ms. Chaney re bankruptcy petition; review of petition. |
| 0.75 | 695.00 | 521.25 | Bill | | 4/17/2007 | Handzlik,J | Partner | Telephone conference with Mr. Forster re upcoming meeting of Special Committee (.25); telephone conference with Mr. Shepard re background materials (.25); emails to Mr. Sachs re **February 8, 2007 transaction,** and Mr. Forster and Mr. Shepard re telephone conference with **Mr. Rosen of SEC** and review of related documents (.25). |
| 1.25 | 695.00 | 868.75 | Bill | 868.75 | 4/18/2007 | Handzlik,J | Partner | Telephone conference with Mr. Sachs re **February 8, 2007 transaction** (.25); telephone conference with Mr. Rosen of SEC **re progress of investigation** (.25); exchange of emails with Mr. Resch re **telephone conference with Mr. Rosen of SEC** (.25); preparation of file memo re **telephone conference with Mr. Rosen of SEC** (.25); review of related documents (.25). |
| 1.25 | 695.00 | 868.75 | Bill | 868.75 | 4/19/2007 | Handzlik,J | Partner | Review of materials re Mr. Sachs re **February 8, 2007 transaction** (.25); telephone conference with Mr. Rosen of SEC (.25); telephone conference with Mr. deNeve at O'Melveny & Myers re **bankruptcy** (.25). |
| 1.00 | 695.00 | 695.00 | Bill | 695.00 | 4/23/2007 | Handzlik,J | Partner | Review of documents relating to margin calls. |

DM_US:20070716_2

| Hours | Rate | Value | Bill/WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2.00 | 695.00 | 1,390.00 | Bill | 1,390.00 | 4/24/2007 | Handzlik,J | Partner | Conference with Mr. deNeve of O'Melveny & Myers **re bankruptcy** (.5); exchange of emails with Ms. Chaney and Mr. Resch **re draft petition** (.5); review of related materials re internal investigation (1.0). |
| 1.50 | 695.00 | 1,042.50 | Bill | 1,042.50 | 4/25/2007 | Handzlik,J | Partner | Telephone conference with Mr. deNeve **re bankruptcy** (.5); exchange of emails with Mr. Resch and Ms. Chaney re documents from O'Melveny & Myers (.5), exchange of emails with Mr. deNeve **re bankruptcy** (.25); review of related documents (.25). |
| 4.25 | 695.00 | 2,953.75 | Bill | 2,953.75 | 4/26/2007 | Handzlik,J | Partner | Conferences with Mr. Resch and other team members **re investigation of Mr. Sachs' February 8, 2007 transaction** (.25); telephone conference call with Mr. Sachs and Mr. Resch **re February 8, 2007 transaction** (1.5); telephone conference with Mr. Hanna and Mr. Resch **re same** (.5); voicemail to Mr. Forster **re interviews** (.25); review of documents from O'Melveny & Myers (1.0); telephone conference with Mr. Forster **re counsel for individuals** (.25); exchange of emails with Mr. Resch **re review of documents** (.5). |
| 3.25 | 695.00 | 2,258.75 | Bill | 2,258.75 | 4/27/2007 | Handzlik,J | Partner | Telephone conference with Mr. Hanna e-mail and other issues (.5); exchange of emails with Ms. Kowalski and Mr. Resch re |

| Hours | Rate | Value | Bill/WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | follow-up with Ms. Jewett (.5); review of documents (.75); email to Mr. Severin re interview of **Merrill Lynch advisor** (.25); review of related documents (.25); conference call with Mr. Jewett, Ms. Kowalski, Mr. Resch **re interview questions** (1.0). |
| 1.00 | 695.00 | 695.00 | Bill | 695.00 | 4/29/2007 | Handzlik,J | Partner | Exchange of emails with Mr. Hanna re **information on Mr. Sachs** (.5); review of materials concerning Mr. Sachs margin calls (.5). |
| 3.25 | 695.00 | 2,258.75 | Bill | 2,258.75 | 4/30/2007 | Handzlik,J | Partner | Exchange of emails and telephone conference with Mr. Resch re **Mr. Sachs' February 8, 2007 transaction** (.75); telephone conference with Mr. Sachs and Mr. Resch re **February 8, 2007 transaction** (.25); review of related materials (.5); exchange of emails with Ms. Young re Mr. Sachs (.25); exchange of emails with Ms. Kowalski and Mr. Resch re **preliminary determination** (.75); telephone conference with Mr. Resch re Mr. Hansen (.25); evaluate role of Gibson, Dunn **re Mr. Sachs** (.5). |

| Hours | Rate | Value | Bill/WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 3.50 | 695.00 | 2,432.50 | Bill | 2,432.50 | 5/1/2007 | Handzlik,J | Partner | Discuss Merrill Lynch margin call with Mr. Severin and in-house lawyers (.5); preparation of preliminary report of findings to date (1.25); review and revision of report (.5); exchange of emails with Mr. Forster re **written report** (.25); exchange of emails with Mr. Sachs **re February 8, 2007 transaction** (.25); telephone conference with Mr. Forster providing oral report (.5); exchange of emails with Mr. Resch and Ms. Kowalski **re insider trading** (.25). |
| 3.50 | 695.00 | 2,432.50 | Bill | 2,432.50 | 5/2/2007 | Handzlik,J | Partner | Telephone conference and exchange of emails with Mr. Forster **re report** (.25); telephone conference with Mr. Hanna **re Mr. Sachs** (.25); conference call with Special Investigation Committee, Mr. Forster and Mr. Pitt **re status of investigation** (1.75); subsequent telephone conferences with Mr. Resch and Ms. Kowalski **re preliminary investigation findings** (.5); telephone call to Merrill Lynch attorney Mr. Goldfried **re Mr. Sachs' February 8, 2007 transaction** (.25); exchange of emails with Mr. Resch and Ms. Kowalski **re additional information needed** (.25); exchange of emails with Mr. Severin **re Merrill Lynch** (.25). |
| 1.00 | 695.00 | 695.00 | Bill | 695.00 | 5/3/2007 | Handzlik,J | Partner | Telephone conference with Delaware bankruptcy counsel **re status of bankruptcy** (.25); telephone conference with Merrill Lynch counsel Mr. Goldfried **re Mr. Sachs'** |

DM_US:20707016_2

| Hours | Rate | Value | Bill/WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **February 8, 2007 transaction (.25); exchange of emails with Mr. Pitt re advisability of written reports of investigation (.25); exchange of emails with Ms. Dixon re written report (.25).** |
| 1.25 | 695.00 | 868.75 | Bill | 868.75 | 5/4/2007 | Handzlik,J | Partner | Exchange of emails with Mr. Resch and Mr. Pitt re report (.25); exchange of emails with Mr. Shepard **re Merrill Lynch and Mr. Sachs** (.25); telephone conference with Mr. Resch and Ms. Kowalski **re same** (.25); Goldfried of Merrill Lynch **re Mr. Sachs** (.25); exchange of voicemails with Mr. Forster **re report** (.25); telephone conference with Delaware bankruptcy lawyer **re application** and exchange of emails with Ms. Kowalski re application to bankruptcy court (.25). |
| 2.25 | 695.00 | 1,563.75 | Bill | 1,563.75 | | Handzlik,J | Partner | Preparation of memorandum of telephone conference with Merrill Lynch lawyer **re Mr. Sachs** (.75); exchange of emails with Mr. Resch and Ms. Kowalski **re same** (.25); telephone conference with Ms. Dixon re actions of Heller concerning audit committee (.25); telephone conference with Delaware bankruptcy lawyer **re application** (.25); telephone conference call **re written report** (.5); exchange of emails with Mr. Forster re **telephone conference with Mr. Pitt** (.25). |

| Hours | Rate | Value | Bill/ WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2.25 | 695.00 | 1,563.75 | Bill | 1,563.75 | 5/7/2007 | Handzlik,J | Partner | Exchange of emails with Mr. Forster re call **with SEC** (.5); conference with Mr. Resch re New Century Financial employee (.25); review and complete application in bankruptcy and exchange of emails with Ms. Kowalski re Mr. Samis (.5); exchange of emails with Mr. Resch re outstanding tasks (.25); review of documents (.75). |
| 1.25 | 695.00 | 868.75 | Bill | 868.75 | 5/8/2007 | Handzlik,J | Partner | Telephone conference with Mr. Forster re **telephone conference with SEC** (.25); review of message from Mr. Rosen re status **of investigation** (.25); telephone conference with Mr. Rosen **re status of investigation** (.25); exchange of emails with Mr. Mayorkas **re presentation to SEC** (.25); exchange of emails with Mr. Shepard re SEC (.25) |
| 2.00 | 695.00 | 1,390.00 | Bill | 1,390.00 | 5/9/2007 | Handzlik,J | Partner | Telephone conference with Mr. Shepard re **SEC** (.25); exchange of emails with Mr. Mayorkas **re presentation to SEC** (.5); exchange of emails with Mr. Resch re New Century documents (.5); preparation of task list for investigation (.25); exchange of emails with Ms. Kowalski re task list and bankruptcy (.25); review of documents (.25). |

DM_US 20707016_2

| Hours | Rate | Value | Bill/WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 1.25 | 695.00 | 868.75 | Bill | 868.75 | 5/10/2007 | Handzlik,J | Partner | Telephone conference with SEC attorney Mr. Rosen re status of investigation (.25); telephone conferences with Mr. Mayorkas re status of investigation (.25); exchange of emails with Ms. Kowalski re application for employment (.25); exchange of emails with Mr. Resch and Ms. Kowalski re potential outstanding tasks (.25); exchange of emails with Mr. Forster re presentation to O'Melveny & Myers (.25). |
| 3.25 | 695.00 | 2,258.75 | Bill | 2,258.75 | 5/11/2007 | Handzlik,J | Partner | Conference at O'Melveny & Myers with Mr. Mayorkas, Mr. deNeve, Mr. Resch and Ms. Kowalski re status of investigation (1.0); exchange of emails with Mr. Forster re conference with O'Melveny & Myers (1.0); exchange of emails with Ms. Philip re written report (.75); review of related documents (.5). |
| 1.50 | 695.00 | 1,042.50 | Bill | 1,042.50 | 5/14/2007 | Handzlik,J | Partner | Telephone conference with Mr. Rosen of SEC re status of investigation (.75); continuing review of documents re Mr. Sachs (.75). |
| 3.50 | 695.00 | 2,432.50 | Bill | 2,432.50 | 5/15/2007 | Handzlik,J | Partner | Exchange of emails with Mr. Rosen of SEC re status of investigation and file memoranda re same (.25); exchange of emails with Mr. Hanna re Mr. Sachs (.25); telephone conference with Mr. Mermelstein re Mr. Sachs (.25); exchange of emails with |

DM_US 20707016_2

| Hours | Rate | Value | Bill/ WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Mr. Beck re: Mr. Sachs (.25); review of brokerage documents (1.0); exchange of emails with Ms. Philip re written report (.25); exchange of emails with Mr. Resch and Ms. Kowalski re **outstanding tasks** (.75); review of timeline (.5). |
| 2.00 | 695.00 | 1,390.00 | Bill | 1,390.00 | 5/16/2007 | Handzlik,J | Partner | Exchange of emails with Ms. Philip **re written report and questions related to officers pledging stock** (.25); review of memoranda of interviews (.5); research of law re insider trading (1.25). |
| 2.00 | 695.00 | 1,390.00 | Bill | 1,390.00 | 5/17/2007 | Handzlik,J | Partner | Telephone conference with Mr. Mermelstein re Mr. Sachs information (.25); telephone conference with Mr. Rosen **re status of investigation** (.25); exchange of emails with Ms. Kowalski re **findings to date** (1.25); exchange of emails with Mr. Forster re **communications with Mr. Rosen** (.25). |
| 0.50 | 695.00 | 347.50 | Bill | 347.50 | 5/19/2007 | Handzlik,J | Partner | Exchange of emails with Mr. Resch and Ms. Kowalski re: Mr. Sachs and Mr. Beck (.25); review of documents re margin calls (.25). |
| 2.00 | 695.00 | 1,390.00 | Bill | 1,390.00 | 5/21/2007 | Handzlik,J | Partner | Exchange of voicemails with Mr. Rosen of SEC **re status of investigation** (.75); review of article re retention of Howrey (.25); exchange of emails with Ms. Kowalski re Mr. |

11

DM_US_20707016_2

| Hours | Rate | Value | Bill/WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Li (1.0). |
| 0.50 | 695.00 | 347.50 | Bill | 347.50 | 5/22/2007 | Handzlik,J | Partner | Telephone conferences with Mr. Rosen of SEC re status of investigation and preparation of summary of conversation with Mr. Rosen (.25); exchange of emails with Mr. Mayorkas re SEC (.25). |
| 3.00 | 695.00 | 2,085.00 | Bill | 2,085.00 | 5/23/2007 | Handzlik,J | Partner | Two telephone conferences with Mr. Rosen re status of investigation (1.0); email to Mr. Forster, O'Melveny & Myers and Howrey team with report of telephone conferences with Mr. Rosen (1.5); exchange of emails with Mr. Mermelstein re Mr. Sachs' February 8, 2007 transaction (.5). |
| 1.25 | 695.00 | 868.75 | Bill | 868.75 | 5/24/2007 | Handzlik,J | Partner | Exchange of voicemails with Mr. Lang re oral report to SEC (.25); email to Mr. Forster re Mr. Lang (.25); exchange of emails with Mr. Forster re directors (.25); review of memorandum of report to SEC (.5). |
| 2.75 | 695.00 | 1,911.25 | Bill | 1,911.25 | 5/25/2007 | Handzlik,J | Partner | Telephone conference with Mr. Lang re oral report to SEC (.25); telephone conference with Mr. Forster re report (.25); revise memorandum re February 23 call (1.5); telephone conference with Mr. Zona re oral report to SEC (.25); conference with Ms. |

DM_US:20070016_2

| Hours | Rate | Value | Bill/WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Kowalski re timeline (.25); review of February 7th press release (.25) |
| 0.75 | 695.00 | 521.25 | Bill | 521.25 | 5/26/2007 | Handzlik,J | Partner | Revise draft of May 23rd memorandum (.25); forward same to Mr. Forster (.25); review of comments provided by Mr. Forster (.25). |
| 1.25 | 695.00 | 868.75 | Bill | 868.75 | 5/28/2007 | Handzlik,J | Partner | Review and revision of memorandum re call with Mr. Rosen of SEC (.75); review of Mr. Forster's comments (.25); email to directors attaching memorandum (.25). |
| 2.00 | 695.00 | 1,390.00 | Bill | 1,390.00 | 5/29/2007 | Handzlik,J | Partner | Review of comments from Mr. Zona (.5); research insider trading issue (1.25); review of related documents (.25). |
| 0.25 | 695.00 | 173.75 | Bill | 173.75 | 6/5/2007 | Handzlik,J | Partner | Exchange of emails with Mr. Resch and Ms. Kowalski re Mr. Sachs regarding report; email to Mr. Shepard **re form of work product supplied to Special Investigation Committee**; exchange of emails with Mr. Rosen **re status of investigation**; discuss search terms. |
| 0.25 | 695.00 | 173.75 | Bill | 173.75 | 6/6/2007 | Handzlik,J | Partner | Review of email from Ms. Kowalski **re Mr. Mermelstein**; review of related documents. |

13

| Hours | Rate | Value | Bill/WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 695.00 | 695.00 | Bill | 695.00 | 6/7/2007 | Handzlik,J | Partner | Exchange of emails with Mr. Shepard re form of work product supplied to Special Investigation Committee (.25); exchange of emails with Mr. Rosen of SEC re written report (.25); review of draft chronology and related documents (.5). |
| 2.50 | 695.00 | 1,737.50 | Bill | 1,737.50 | 6/8/2007 | Handzlik,J | Partner | Preparation of draft chronology and report (2.25); review of related docs (.25). |
| 2.00 | 695.00 | 1,390.00 | Bill | 1,390.00 | 6/12/2007 | Handzlik,J | Partner | Review of email from Mr. Forster re chronology to be presented to Special Investigation Committee (.25); review of draft chronology (1.5); revisions and review of memoranda from investigation (.25). |
| 0.75 | 695.00 | 521.25 | Bill | 521.25 | 6/13/2007 | Handzlik,J | Partner | Email to Special Investigation Committee re chronology (.25); further review and revision of chronology(.5). |
| 2.50 | 695.00 | 1,737.50 | Bill | 1,737.50 | 6/15/2007 | Handzlik,J | Partner | Telephone conference with Special Investigation Committee and Mr. Resch re chronology (1.0); conference with Mr. Resch re sale of Mr. Sachs' New Century securities and related issues (.25); exchange of emails with Mr. Shepard and Ms. Dixon re chronology (.5); exchange of emails with members of the Special Investigation Committee re chronology |

DM_US 20707016_2

| Hours | Rate | Value | Bill/WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (.75). |
| 1.00 | 695.00 | 695.00 | Bill | 695.00 | 6/17/2007 | Handzlik,J | Partner | Review of message from Mr. Mayorkas re presentation to SEC (.25); telephone call to Mr. Mayorkas re presentation to SEC (.25); review of documents to chronology (.5). |
| 0.25 | 695.00 | 173.75 | Bill | 173.75 | 6/18/2007 | Handzlik,J | Partner | Telephone conference with Mr. Mayorkas re presentation to SEC; review of draft documents. |
| 0.25 | 695.00 | 173.75 | Bill | 173.75 | 6/19/2007 | Handzlik,J | Partner | Exchange of emails with Ms. Kowalski re chronology; review of revised chronology and message to Mr. Forster. |
| 0.50 | 695.00 | 347.50 | Bill | 347.50 | 6/20/2007 | Handzlik,J | Partner | Exchange of emails with Mr. Forster re submission of report to SEC (.25); exchange of emails with Mr. Mayorkas and Mr. Shepard re submission of report to SEC (.25). |
| 0.25 | 695.00 | 173.75 | Bill | 173.75 | 6/21/2007 | Handzlik,J | Partner | Telephone conference with Mayorkas re submission of report to SEC. |

DM_US:20707016_2

16

| Hours | Rate | Value | Bill WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 0.50 | 695.00 | 347.50 | Bill | 347.50 | 6/22/2007 | Handzlik,J | Partner | Review of email from Ms. Kowalski re call with Mr. Brockmeyer (.25); review of voicemail from lawyer for receiver, Mr. Missal re interest in discussing internal investigation and email to Mr. Missal to schedule conference call re same (.25). |
| 2.00 | 695.00 | 1,390.00 | Bill | 1,390.00 | 6/25/2007 | Handzlik,J | Partner | Telephone conference with Mr. Missal re internal investigation (.25); telephone conference with Mr. Mayorkas re chronology (.25); review of redlined timeline draft (.75); exchange of emails with Ms. Kowalski re chronology (.25); exchange of emails re electronic documents from Mr. Sachs's attorney (.25); email to Mr. Rosen of SEC re report (.25). |
| 1.25 | 695.00 | 868.75 | Bill | 868.75 | 6/26/2007 | Handzlik,J | Partner | Exchange of emails with Mr. Missal's lawyer for bankruptcy examiner re internal investigation (.25); exchange of emails with Mr. Forster re providing information to Mr. Missal (.25); exchange of emails with Ms. Kowalski re review of timeline draft (.75). |
| 0.50 | 695.00 | 347.50 | Bill | 347.50 | 6/28/2007 | Handzlik,J | Partner | Conference with Mr. Resch re investigation of sale of Mr. Sachs' securities (.25); telephone conference with Mr. Mermelstein re Mr. Sachs (.25). |

DM_US 20707016_2

| Hours | Rate | Value | Bill/ WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 6.25 | 405.00 | 2,531.25 | Bill | 2,531.25 | 4/26/2007 | Kowalski,T | Associate | Office conference with Mr. Resch re case background (.5); review and analyze documents provided by O'Melveny & Myers (5.25); calls to Mr. Theologides and Ms. Jewett to schedule interviews re stock sale (.5). |
| 8.00 | 405.00 | 3,240.00 | Bill | 3,240.00 | 4/27/2007 | Kowalski,T | Associate | Coordinate interviews with Mr. Theologides and Ms. Jewett (.75); interview Ms. Jewett by telephone (1.0); office conference with Mr. Handzlik and Mr. Resch re same (.25); identify potential witnesses (.5); draft e-mail to Mr. Forester re investigation update (.25); exchange numerous e-mails with Mr. Handzlik and Mr. Resch re investigation strategy and interviews (.25); review and analyze documents provided by Ms. Jewett and Mr. Sachs (.5). |
| 4.00 | 405.00 | 1,620.00 | Bill | 1,620.00 | 4/28/2007 | Kowalski,T | Associate | Prepare memo summarizing information learned through documents and interviews, and identifying additional information needed. |
| 2.75 | 405.00 | 1,113.75 | Bill | 1,113.75 | 4/29/2007 | Kowalski,T | Associate | Review and analyze Mr. Sachs' brokerage account statements and review of related documents. |

DM_US:20707016_2

| Hours | Rate | Value | Bill/WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 5.75 | 405.00 | 2,328.75 | Bill | 2,328.75 | 4/30/2007 | Kowalski,T | Associate | Review and analyze pledge agreements to determine the terms under which Merrill Lynch was permitted to sell pledged stock (1.25); interview Russ Hansen by telephone (1.0); conference call with Mr. Hanna and Ms. Young re request for phone records and timesheets (.25); prepare e-mail summarizing interview of Russ Hansen (.25); call with Ms. Young re production of phone records (.25); research insider trader requirements and 10b5-1 affirmative defense (1.25); interview Mr. Sachs (.25); confer with Mr. Handzlik and Mr. Resch re preliminary determination (.5); review historic stock prices surrounding trade (.75). |
| 2.75 | 405.00 | 1,113.75 | Bill | 1,113.75 | 5/1/2007 | Kowalski,T | Associate | Review and revise draft report to Audit Committee re preliminary investigation findings (1); review and revise application to bankruptcy court for employment (1.5); review and analyze e-mail correspondence from Ms. Young re Mr. Hansen's telephone records (.25). |
| 3.25 | 405.00 | 1,316.25 | Bill | 1,316.25 | 5/2/2007 | Kowalski,T | Associate | Exchange e-mails with Mr. Handzlik and Mr. Resch re whether facts currently known constitute insider trading (.25); Conference call with Special Investigation Committee regarding preliminary investigation findings (2); office conference with Mr. Handzlik and Mr. Resch re preliminary investigation findings and additional information needed |

DM_US:20707016_2

| Hours | Rate | Value | Bill/WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (.5); identify and review key e-mails re notice of potential stock decline and warnings re margin calls (.75) |
| 3.75 | 405.00 | 1,518.75 | Bill | 1,518.75 | 5/3/2007 | Kowalski,T | Associate | Revise application to bankruptcy court for retention and employment of Howrey |
| 0.50 | 405.00 | 202.50 | Bill | 202.50 | 5/8/2007 | Kowalski,T | Associate | Calls with Mr. Samis re Application for Employment |
| 3.50 | 405.00 | 1,417.50 | Bill | 1,417.50 | 5/9/2007 | Kowalski,T | Associate | Draft application for employment |
| 11.25 | 405.00 | 4,556.25 | Bill | 4,556.25 | 5/10/2007 | Kowalski,T | Associate | Prepare Application for Employment and supporting documentation |
| 5.50 | 405.00 | 2,227.50 | Bill | 2,227.50 | 5/11/2007 | Kowalski,T | Associate | Meeting with Mr. Mayorkas re preliminary investigation findings (1); office conference with Mr. Handzlik and Resch re additional areas to investigate (.75); calls to Mr. Hanna and DeNeve re access to Mr. Sachs' computer files (.25); prepare schedules to Mr. Handzlik's declaration re Interested Parties (3.5) |

DM_US 20070016_2

| Hours | Rate | Value | Bill/WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 1.50 | 405.00 | 607.50 | Bill | 607.50 | 5/14/2007 | Kowalski,T | Associate | Revise Retention Application |
| 2.50 | 405.00 | 1,012.50 | Bill | 1,012.50 | 5/14/2007 | Kowalski,T | Associate | Prepare memoranda summarizing interview with Jennifer Jewett and conference call with members of the Special Investigation Committee |
| 7.00 | 405.00 | 2,835.00 | Bill | 2,835.00 | 5/15/2007 | Kowalski,T | Associate | Identify outstanding issues to investigate (1.25); call and draft e-mails to Mr. Mermelstein, Mr. Theologides, and Ms. Jewett to obtain additional information (1.5); review and analyze documents for additional information regarding February 8 margin call and subsequent margin call (2.25); review and revise retention application (2) |
| 7.50 | 405.00 | 3,037.50 | Bill | 3,037.50 | 5/16/2007 | Kowalski,T | Associate | Finalize retention application |
| 0.25 | 405.00 | 101.25 | Bill | 101.25 | 5/17/2007 | Kowalski,T | Associate | Call with Mr. Mermelstein re additional information needed from Mr. Sachs |
| 0.50 | 405.00 | 202.50 | Bill | 202.50 | 5/21/2007 | Kowalski,T | Associate | Call to Mr. Li re obtaining information from Mr. Theologides (.25); call to Mr. Samis re bankruptcy procedural issues (.25) |
| 0.50 | 405.00 | 202.50 | Bill | 202.50 | 5/23/2007 | Kowalski,T | Associate | Review e-mails from Mr. Handzlik re meeting |

| Hours | Rate | Value | Bill/ WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | with Mr. Rosen of the SEC |
| 0.75 | 405.00 | 303.75 | Bill | 303.75 | 5/24/2007 | Kowalski,T | Associate | Call with Mr. Li re obtaining information from Mr. Theologides (.5); call to bankruptcy counsel re status of application for employment and billing procedures (.25) |
| 0.25 | 405.00 | 101.25 | Bill | 101.25 | 5/25/2007 | Kowalski,T | Associate | Call with Mr. Li re obtaining documents from Mr. Theologides |
| 0.75 | 405.00 | 303.75 | Bill | 303.75 | 5/28/2007 | Kowalski,T | Associate | Prepare for and call Mr. Mermelstein re additional information needed from Mr. Sachs |
| 0.50 | 405.00 | 202.50 | Bill | 202.50 | 5/29/2007 | Kowalski,T | Associate | Call with Ms. Jewett re Mr. Sachs' March 5 margin call (.25); draft e-mail to Mr. Handzlik and Mr. Resch re calls with Mr. Li and Mr. Mermelstein (.25) |
| 1.50 | 405.00 | 607.50 | Bill | 607.50 | 5/31/2007 | Kowalski,T | Associate | Prepare chronology of events and identify search terms for Mr. Sachs' electronic documents |
| 0.25 | 405.00 | 101.25 | Bill | 101.25 | 6/1/2007 | Kowalski,T | Associate | Review comments from Mr. Resch re search terms for Mr. Sachs' computer files. |

DM_US 20070016_2

DM_US:20707016_2

| Hours | Rate | Value | Bill/WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 1.75 | 405.00 | 708.75 | Bill | 708.75 | 6/5/2007 | Kowalski,T | Associate | Exchange numerous e-mails and voicemails with Mr. Handzlik, Mr. Resch, and Mr. Mermelstein re obtaining Mr. Sachs' electronic documents and finalizing investigation. |
| 3.25 | 405.00 | 1,316.25 | Bill | 1,316.25 | 6/6/2007 | Kowalski,T | Associate | Call with Mr. Resch re strategy for obtaining Mr. Sachs' electronic documents (.25); multiple calls with Mr. Mermelstein re obtaining additional information from Mr. Sachs (.5); draft e-mail to Mr. Resch and Mr. Handzlik re same (.5); review and analyze investigation file in preparation for drafting chronology and report (2.0). |
| 7.00 | 405.00 | 2,835.00 | Bill | 2,835.00 | 6/7/2007 | Kowalski,T | Associate | Prepare for and interview Ms. Daniels (.75); review and analyze additional documents provided by Mr. Sachs re March 5 margin call (4.0); draft chronology of events and preliminary report (2.25). |
| 3.75 | 405.00 | 1,518.75 | Bill | 1,518.75 | 6/8/2007 | Kowalski,T | Associate | Revise preliminary report and chronology of events |
| 0.75 | 405.00 | 303.75 | Bill | 303.75 | 6/12/2007 | Kowalski,T | Associate | Call with Mr. Samis re status of application for retention and employment (.25); review correspondence re chronology of events (.5). |

22

DM_US:20707016_2

| Hours | Rate | Value | Bill/WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 0.75 | 405.00 | 303.75 | Bill | 303.75 | 6/14/2007 | Kowalski,T | Associate | Exchange numerous e-mails and phone calls with Mr. Samis re terms of proposed order for fee application. |
| 1.00 | 405.00 | 0.00 | W/O | 405.00 | 6/15/2007 | Kowalski,T | Associate | Conference call with Special Investigation Committee re investigation findings (1.0 - NO CHARGE). |
| 0.25 | 405.00 | 101.25 | Bill | 101.25 | 6/18/2007 | Kowalski,T | Associate | Conference call with Mr. Samis re hearing on application for retention. |
| 3.25 | 405.00 | 1,316.25 | Bill | 1,316.25 | 6/19/2007 | Kowalski,T | Associate | Review and revise Chronology of Events and send to Mr. Forester for review and approval to send to SEC. |
| 0.25 | 405.00 | 101.25 | Bill | 101.25 | 6/20/2007 | Kowalski,T | Associate | Review and analyze e-mails to and from Special Investigation Committee members re chronology |
| 1.75 | 405.00 | 708.75 | Bill | 708.75 | 6/22/2007 | Kowalski,T | Associate | Review and analyze documents retrieved from Mr. Sachs' electronic files (1.0); Call with Mr. Brockmeyer re timing of Mr. Sachs' resignation from the Audit Committee (.25); draft e-mail to Mr. Handzlik and Mr. Resch re call with Mr. Brockmeyer (.25); review and analyze correspondence between Mr. Handzlik and Mr. Missal re Mr. Missal's request to discuss investigation (.25). |

DM_US:20070016_2

| Hours | Rate | Value | Bill/ WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2.00 | 405.00 | 810.00 | Bill | 810.00 | 6/25/2007 | Kowalski,T | Associate | Call with Mr. Brockmeyer re timing of Mr. Sachs' resignation from the Audit Committee (.25); revise Chronology to reflect new information learned about timing of formation of the Special Investigation Committee and Mr. Sachs' involvement in the Audit Committee (1.75). |
| 3.25 | 405.00 | 1,316.25 | Bill | 1,316.25 | 6/26/2007 | Kowalski,T | Associate | Office conference with Ms. Kubicek re review of Mr. Sachs' electronic documents (.25); review and finalize Chronology of events to be sent to SEC (.25); review and analyze numerous e-mails between Mr. Handzlik and Mr. Missal (.5). |
| 0.75 | 405.00 | 0.00 | W/O | 303.75 | 6/28/2007 | Kowalski,T | Associate | Conference call with Mr. Missal re summary of our investigation of Mr. Sachs' stock sales (not billable); review and analyze case file for documents and notes to provide to Mr. Missal (.75 hr - NO CHARGE). |
| 3.50 | 405.00 | 1,417.50 | Bill | 1,417.50 | 6/28/2007 | Kowalski,T | Associate | Draft Fee Application |
| 1.00 | 405.00 | 405.00 | Bill | 405.00 | 6/29/2007 | Kowalski,T | Associate | Finalize chronology of events and review and revise Freedom of Information Act letter and cover letter to be sent to Mr. Rosen |

| Hours | Rate | Value | Bill/WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 230.00 | 0.00 | W/O | 230.00 | 4/16/2007 | Kubicek, Y | Paralegal | Write off |
| 0.50 | 230.00 | 115.00 | Bill | 115.00 | 4/17/2007 | Kubicek, Y | Paralegal | Review docket and news media for additional documents for background information for case attorneys. |
| 2.00 | 230.00 | 460.00 | Bill | 460.00 | 6/26/2007 | Kubicek, Y | Paralegal | Request from Mr. Handzlik to assist with document review (.25); consult with Ms. Kowalski re document review (.25); request from Mr. Rosen (.25); prepare draft of letter to Mr. Handzlik to prepare draft of letter and FOIA letter (.50); prepare edits to letter (.25); review chronology and prepare document for Bates labeling (.50). |
| 1.50 | 230.00 | 345.00 | Bill | 345.00 | 6/28/2007 | Kubicek, Y | Paralegal | Conduct review of hard copy documents (1.25); consult with Ms. Kowalski re letters to SEC and Bates number document (.25). |
| 0.50 | 510.00 | 255.00 | Bill | 255.00 | 5/15/2007 | Philip, F | Partner | Review of issues and analysis of issues. |
| 0.50 | 510.00 | 255.00 | Bill | 255.00 | 5/16/2007 | Philip, F | Partner | Analysis of legal issues. |
| 1.00 | 510.00 | 510.00 | Bill | 510.00 | 5/28/2007 | Philip, F | Partner | New Century - Review of legal research re insider trading. |

DM_US 30707016_2

DM_US:20070016_2

| Hours | Rate | Value | Bill/ WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 1.25 | 510.00 | 637.50 | Bill | 637.50 | 4/16/2007 | Resch.M | Partner | Office conference with Mr. Handzlik re investigation (.5); review background documents (.75). |
| 0.75 | 510.00 | 382.50 | Bill | 892.50 | 4/24/2007 | Resch.M | Partner | Further review of background documents and notes of previous conferences (.5); schedule call with Mr. Sachs (.25). |
| 0.25 | 510.00 | 0.00 | WO | 127.50 | 4/25/2007 | Resch.M | Partner | Write off |
| 5.25 | 510.00 | 2,677.50 | Bill | 2,677.50 | 4/26/2007 | Resch.M | Partner | Telephone conference with Mr. Sachs and Mr. Handzlik re investigation of Mr. Sachs' February 8, 2007 transaction (1.5); telephone conference with Mr. Hanna and Mr. Handzlik re same (.5); review of documents re same (3.0); telephone conference with Ms. Kenworthy re documents (.25). |
| 2.50 | 510.00 | 1,275.00 | Bill | 1,275.00 | 4/27/2007 | Resch.M | Partner | Telephone conference with Ms. Jewett, Mr. Handzlik and Ms. Kowalski re investigation of Mr. Sachs' February 8, 2007 transaction (1.0); subsequent correspondence re same (.25); review documents sent by Mr. Sachs (1.25). |

| Hours | Rate | Value | Bill/WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2.75 | 510.00 | 1,402.50 | Bill | 1,402.50 | 4/30/2007 | Resch,M | Partner | Telephone conference with Mr. Hansen, Mr. Hanna, Ms. Young and Ms. Kowalski re Mr. Sachs' February 8, 2007 transaction (1.0); telephone conference with Mr. Sachs, Mr. Hanna, Ms. Young and Ms. Kowalski re same (.25); further review of documents re same (1.5). |
| 2.75 | 510.00 | 1,402.50 | Bill | 1,402.50 | 5/1/2007 | Resch,M | Partner | Revise memorandum re preliminary findings (.75); separate telephone conferences with Mr. Hansen, Mr. Sachs, Mr. Hanna, Ms. Young, Mr. Handzlik and Ms. Kowalski (1.0); review documents re Mr. Sachs' February 8 communications and Merrill Lynch transactions (1.0). |
| 3.50 | 510.00 | 1,785.00 | Bill | 1,785.00 | 5/2/2007 | Resch,M | Partner | Telephone conference with Mr. Pitt, Mr. Handzlik and the special investigations committee re the investigation of Mr. Sachs' February 8, 2007 transactions (2.0); telephone conference with Mr. Hanna and Ms. Young re same (.25); review documents and e-mail correspondence re same (.75); internal discussions with Mr. Handzlik and Ms. Kowalski re same (.5). |
| 1.25 | 510.00 | 637.50 | Bill | 637.50 | 5/3/2007 | Resch,M | Partner | Attention to matters re investigation of Mr. Sachs' February 8, 2007 transaction and related conflict of interest issues (1.0); e-mail correspondence with Mr. Handzlik re same |

DM_US:20707016_2

DM_US 20707016_2

| Hours | Rate | Value | Bill/ WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (.25). |
| 0.75 | 510.00 | 382.50 | Bill | 382.50 | 5/9/2007 | Resch,M | Partner | Prepare list of outstanding tasks (.25); review documents re same (.5). |
| 3.75 | 510.00 | 1,912.50 | Bill | 1,912.50 | 5/11/2007 | Resch,M | Partner | Prepare for and attend meeting with Mr. Mayorkas, Mr. de Neve, Mr. Handzlik and Ms. Kowalski re investigation into Mr. Sachs' February 8, 2007 transaction (1.0); subsequent office conference with Mr. Handzlik and Ms. Kowalski re same (.75); review documents and research SEC rules re same (2.0). |
| 1.25 | 510.00 | 637.50 | Bill | 637.50 | 5/15/2007 | Resch,M | Partner | Revise correspondence to Mr. Mermelstein and Mr. Theologides re requests for information (.25); telephone call to Mr. Mermelstein re same (.25); review documents in response to requests for information by Mr. Rosen (.5); office conference with Ms. Kowalski re same (.25). |
| 0.75 | 510.00 | 382.50 | Bill | 382.50 | 5/29/2007 | Resch,M | Partner | Review e-mail correspondence re status of requests for information from Mr. Sachs' counsel (.25); review previously produced documents re same (.5). |

| Hours | Rate | Value | Bill/ WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| 0.50 | 510.00 | 255.00 | Bill | 255.00 | 5/31/2007 | Resch.M | Partner | Review proposed electronic search terms drafted by Ms. Kowalski (.25); telephone conference with Ms. Kowalski re same (.25). |
| 0.25 | 510.00 | 127.50 | Bill | 127.50 | 6/1/2007 | Resch.M | Partner | Attention to matters re search for relevant electronic documents (.25). |
| 0.50 | 510.00 | 255.00 | Bill | 255.00 | 6/5/2007 | Resch.M | Partner | Revise list of search terms for search of electronic documents (.25); telephone conference with Ms. Kowalski re same (.25). |
| 1.25 | 510.00 | 637.50 | Bill | 637.50 | 6/8/2007 | Resch.M | Partner | Revise draft chronology and report of findings (.5); review documents re same (.5); e-mail correspondence with Mr. Shepard re same (.25). |
| 1.50 | 510.00 | 765.00 | Bill | 765.00 | 6/11/2007 | Resch.M | Partner | Review Heller's draft chronology and report (.25); revise chronology re Mr. Sachs (1.25). |
| 0.25 | 510.00 | 127.50 | Bill | 127.50 | 6/12/2007 | Resch.M | Partner | Attention to matters re chronology for SEC (.25). |
| 1.25 | 510.00 | 637.50 | Bill | 637.50 | 6/15/2007 | Resch.M | Partner | Telephone conference with Mr. Handzlik and the Special Investigation Committee re sale of Mr. Sachs New Century securities and related issues (not billable) (1.0); subsequent |

| Hours | Rate | Value | Bill/ WO | Book Amount | Trans_Date | TK Name | Position | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | discussion with Mr. Handzlik re same (.25). |
| 0.25 | 510.00 | 127.50 | Bill | 127.50 | 6/19/2007 | Resch,M | Partner | Attention to matters re revising chronology of events re sale of Mr. Sachs' securities and review e-mail correspondence re same (.5). |
| 0.75 | 510.00 | 382.50 | Bill | 382.50 | 6/28/2007 | Resch,M | Partner | Telephone conference with Mr. Missal, et al. re investigation of sale of Mr. Sachs' securities (.25); subsequent discussions with Mr. Handzlik re same (.5). |

DM_US 20707016_2