# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: U. S. Bank National Association, as Trustee for Home Equity Loan Trust 2005-HE2*
*D&G Reference: 212969 / Saxon Batch 59*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000047416 | Vaughn | 12/20/2004 | 128,250.00 | 138,011.15 | 48,000.00 | 13322 Cedar Road, Cleveland Heights, OH 44118 |
| 2000047101 | Sabido | 12/30/2004 | 352,000.00 | 363,157.58 | 375,000.00 | 1587 South Novato Blvd 104, Novato, CA 94947 |
| 2000045810 | P. Aguilera | 12/14/2004 | 194,400.00 | 212,037.84 | 195,000.00 | 6-8 Beckside Rd., North Providence, RI 02911 |