# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust 2006-BC1

*D&G Reference: 214068*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1100161346 | Theodora James | 9/29/2005 | $ 340,000.00 | $ 368,088.91 | $ 359,000.00 | 2119 Knox Avenue Pittsburg, CA 94565 |
| 1100167345 | Darryl Taylor | 10/28/2005 | $ 57,500.00 | $ 70,180.62 | $ 17,500.00 | 3301 West Parkway Avenue Flint, MI 48504 |