# **EXHIBIT A**

16th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
### Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| All Cities Mortgage & Financial Inc 7600 Parklawn Ave No 460 Edina, MN 55435 | 07-10419 | 2293 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| American Home Assurance Company American International Surplus Lines Agency Inc Lexington Insurance Company et al | 07-11043 | 3558 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| AIG Bankruptcy Collection 70 Pine St 28th Fl New York, NY 10270 | 07-10417 | 2661 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| American Home Assurance Company Et Al AIG Bankruptcy Collection 70 Pine St 28th Fl New York, NY 10270 | 07-10416 | 2660 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| CNA Companies 2405 Lucien Way Maitland, FL 32751 | 07-10421 | 3289 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| CNA Companies 2405 Lucien Way Maitland, FL 32751 | 07-10419 | 3292 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Data Link Systems LLC Attn Patrick B Howell Esq 555 E Wells St Ste 1900 Milwaukee, WI 53202 | 07-10419 | 3131 | $0.00 | $0.00 | $0.00 | $859,357.40 | $859,357.40 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the contract was assumed & assigned | | | | |
| David Bruington 3675 Altacrest Dr W Birmingham, AL 35243 | 07-10417 | 1471 | $0.00 | $0.00 | $300,000.00 | $0.00 | $300,000.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Elizabeth Anderson 30 Lakespines Irvine, CA 92620 | 07-10416 | 2323 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

16th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Emily C Le<br>11882 Sumo Cir<br>Garden Grove, CA 92840 | 07-10416 | 106 | $0.00 | $0.00 | $8,904.00 | $0.00 | $8,904.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10417 | 2783 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10422 | 2821 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10426 | 2837 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10425 | 2829 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10420 | 2832 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10431 | 2846 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10429 | 2754 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10421 | 2850 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

To Be Expunged Claim Amount

16th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10416 | 2813 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10427 | 2765 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10423 | 2807 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10424 | 2803 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10428 | 2797 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10430 | 2795 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10419 | 2825 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Fiserv Solutions Inc<br>c o Whyte Hirschboeck Dudek SC 555 E Wells St Ste 1900<br>Milwaukee, WI 53202 | 07-10419 | 2915 | $0.00 | $0.00 | $0.00 | $41,869.21 | $41,869.21 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the contract was assumed & assigned | | | | |
| Grizzard Jamie R<br>2317 Chaparral Way<br>Stockton, CA 95209 | 07-10419 | 3807 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the claim is duplicative of Claim #1218 which has been Expunged per Court Order | | | | |

Page 3

16tth Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Hawaiian Ins & Guar Co<br>Cadealich Vesta Ins Group PO Box 1350<br>Honolulu, HI 96807-1350 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10425 | 2830 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10420 | 2833 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10417 | 2789 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10419 | 2824 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10431 | 2848 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10422 | 2817 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10423 | 2808 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10430 | 2793 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

To Be Expunged Claim Amount

16th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10421 | 2762 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10427 | 2766 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10416 | 2788 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10428 | 2796 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10426 | 2838 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10424 | 2805 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10429 | 2755 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10427 | 2770 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10416 | 2812 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

Page 5

16tth Omnibus Objection

Exhibit A
Books and Records - Ordered

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10424 | 2806 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10420 | 2834 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10426 | 2836 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10417 | 2779 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10431 | 2849 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10425 | 2775 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St Mail<br>Boston, MA 02117 | 07-10422 | 2820 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10430 | 2791 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10419 | 2826 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

16th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | To Be Expunged Claim Amount | | | Total |
|---|---|---|---|---|---|---|---|
| | | | | Admin | Priority | Unsecured | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10428 | 2800 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10423 | 2818 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10422 | 2763 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual<br>175 Berkeley St<br>Boston, MA 02117 | 07-10426 | 2839 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual<br>175 Berkeley St<br>Boston, MA 02117 | 07-10421 | 2785 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual<br>175 Berkeley St<br>Boston, MA 02117 | 07-10417 | 2786 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual<br>175 Berkeley St<br>Boston, MA 02117 | 07-10420 | 2835 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual<br>175 Berkeley St<br>Boston, MA 02117 | 07-10424 | 2804 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual<br>175 Berkeley St<br>Boston, MA 02117 | 07-10430 | 2760 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

16th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit A
### Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Liberty Mutual 175 Berkley St Boston, MA 02117 | 07-10428 | 2759 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual 175 Berkley St Boston, MA 02117 | 07-10427 | 2769 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual 175 Berkley St Boston, MA 02117 | 07-10423 | 2810 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual 175 Berkley St Boston, MA 02117 | 07-10425 | 2831 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual 175 Berkley St Boston, MA 02117 | 07-10429 | 2753 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual 175 Berkley St Boston, MA 02117 | 07-10416 | 2799 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual 175 Berkley St Boston, MA 02117 | 07-10422 | 2816 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual 175 Berkley St Boston, MA 02117 | 07-10431 | 2844 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual 175 Berkley St Boston, MA 02117 | 07-10419 | 2823 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

16th Omnibus Objection

Case 07-10416-BLS    Doc 5821-1    Filed 04/11/08    Page 10 of 14

Exhibit A
Books and Records - Ordered

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10426 | 2841 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10416 | 2814 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10425 | 2774 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10410 | 2761 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10427 | 2768 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10417 | 2777 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10423 | 2819 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10422 | 2815 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10419 | 2827 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

16th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10428 | 2756 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10429 | 2751 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10420 | 2771 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10421 | 2852 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10424 | 2802 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10423 | 2845 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Lm Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10425 | 2776 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Lm Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10427 | 2767 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Lm Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10431 | 2853 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

16th Omnibus Objection

Exhibit A
Books and Records - Ordered

In re: New Century TRS Holdco, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Lnr Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10429 | 2750 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lnr Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10428 | 2798 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lnr Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10421 | 2851 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lnr Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10422 | 2811 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lnr Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10423 | 2809 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lnr Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10430 | 3054 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lnr Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10426 | 2842 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lnr Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10419 | 2822 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lnr Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10424 | 2843 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

16th Omnibus Objection

Exhibit A
Books and Records - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Im Inc Corporation<br>575 Berkeley St<br>Boston, MA 02117 | 07-10420 | 2772 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Im Inc Corporation<br>575 Berkeley St<br>Boston, MA 02117 | 07-10416 | 2781 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Im Inc Corporation<br>575 Berkeley St<br>Boston, MA 02117 | 07-10417 | 2801 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Sella Renea Brown | 07-10419 | 459 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| S Brooke Stephens<br>3051 Dartmouth<br>Westminister, CA 92683 | 07-10421 | 1959 | $0.00 | $0.00 | $0.00 | $1,400.00 | $1,400.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Sherman Town<br>PO Box 96<br>Sherman Mills, ME 04776 | 07-10419 | 1341 | $1,206.08 | $0.00 | $0.00 | $0.00 | $1,206.08 |
| Comments: The Debtors have no record of this liability in their Books and Records as the claim is against Jerry & Denise Tapley | | | | | | | |
| United Guaranty Residential Insurance Company<br>United Guaranty Mortgage Indemnity Company<br>United Guaranty Services Inc et al<br>Attn Sara F Millard Authorized Representative 230<br>N Elm Ste 27401 PO Box 20597<br>Greensboro, NC 27420-0597 | 07-10419 | 3096 | $0.00 | $0.00 | $0.00 | $15,360.00 | $15,360.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

16th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.,
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | |
| Wallis Donna L<br>14591 Marsh View Dr<br>Jacksonville Bch, FL 32250 | 07-10417 | 2534 | $54,101.03 | $0.00 | $0.00 | $0.00 | $54,101.03 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Wells Fargo Bank Na<br>7485 New Horizon Way<br>Frederick, MD 21703 | 07-10416 | 3117 | $0.00 | $0.00 | $0.00 | $73,648.10 | $73,648.10 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Wells Fargo Bank Na<br>7485 New Horizon Way<br>Frederick, MD 21703 | 07-10416 | 2559 | $0.00 | $0.00 | $0.00 | $12,874,364.05 | $12,874,364.05 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Wells Fargo Financial Leasing Inc<br>800 Walnut St MAC F4031 050<br>Des Moines, IA 50309 | 07-10416 | 270 | $0.00 | $0.00 | $0.00 | $138.73 | $138.73 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Xerox Corporation<br>Xerox Capital Services LLC PO Box 660506<br>Dallas, TX 75266-9937 | 07-10416 | 974 | $0.00 | $0.00 | $0.00 | $77,550.31 | $77,550.31 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Claims To Be Expunged Totals | | 112 | $60,528.86 | $0.00 | $313,045.50 | $14,444,064.50 | $14,817,638.86 |