# **EXHIBIT B**

16th Omnibus Objection

## Exhibit B
## Multi Debtor Duplicate Claims - Ordered

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Brian Runge Real Estate Appraisals Ltd<br>30 Channel Ln<br>Hampton, VA 23664-1799 | 07-10416 | 1301 | 07-10421 | 922 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Citigroup Global Markets Realty Corp<br>Kirkland & Ellis LP Citigroup Center 153 E 53rd St<br>New York, NY 10022-4611 | 07-10419 | 3496 | 07-10420 | 3495 | $955,224.68 | $0.00 | $0.00 | $35,321,110.29 | $36,276,334.97 | $955,224.68 | $0.00 | $0.00 | $35,321,110.29 | $36,276,334.97 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured Finance Ser 1761 E St. Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10429 | 3044 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured Finance Ser 1761 East St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10426 | 2946 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.14 | $72,992,668.14 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured Finance Ser 1761 East St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10423 | 2949 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.14 | $72,992,668.14 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured Finance Ser 1761 East St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10425 | 2947 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.14 | $72,992,668.14 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured Finance Ser 1761 East St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10422 | 2954 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.14 | $72,992,668.14 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured Finance Ser 1761 E St. Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10430 | 3050 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |

16th Omnibus Objection

## Exhibit B
## Multi Debtor Duplicate Claims - Ordered

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||  Remaining Claim Amount ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance Ser 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10427 | 3015 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance Ser 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10424 | 2948 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.14 | $72,992,668.14 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance Ser 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10431 | 3052 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance Ser 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10419 | 3055 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance Ser 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10416 | 3057 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance Ser 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10417 | 3061 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance Ser 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10428 | 3032 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance Ser 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10421 | 2956 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.14 | $72,992,668.14 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |

16th Omnibus Objection

In re: New Century TRS Holdgs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit B
## Multi Debtor Duplicate Claims - Ordered

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Greenwich Capital Financial Products Inc<br>Greenwich Capital Financial Products Inc<br>600 Steamboat Rd<br>Greenwich, CT 06830 | 07-10419 | 2133 | 07-10420 | 2135 | $0.00 | $0.00 | $0.00 | $1,345,557.35 | $1,345,557.35 | $0.00 | $0.00 | $0.00 | $1,345,557.35 | $1,345,557.35 |
| Indymac Bank FSB<br>Attn Claudia Springer & Elizabeth<br>McGovern 2500 One Liberty Pl 1650<br>Market St<br>Philadelphia, PA 19106 | 07-10421 | 3638 | 07-10419 | 3639 | $0.00 | $0.00 | $2,053,652.54 | $0.00 | $2,053,652.54 | $0.00 | $0.00 | $2,053,652.54 | $0.00 | $2,053,652.54 |
| Indymac Bank FSB<br>Attn Claudia Springer & Elizabeth<br>McGovern 2500 One Liberty Pl 1650<br>Market St<br>Philadelphia, PA 19106 | 07-10416 | 3637 | 07-10419 | 3639 | $0.00 | $0.00 | $2,053,652.54 | $0.00 | $2,053,652.54 | $0.00 | $0.00 | $2,053,652.54 | $0.00 | $2,053,652.54 |
| Maria Magdalena Gonzalez<br>12601 Spinnaker<br>Garden Grove, CA 92840 | 07-10416 | 1751 | 07-10419 | 1752 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| North American Van Lines<br>Two Corporate Dr Ste 234<br>Shelton, CT 06484 | 07-10416 | 1800 | 07-10417 | 1795 | $0.00 | $0.00 | $21,507.81 | $235.99 | $21,743.80 | $0.00 | $0.00 | $21,507.81 | $235.99 | $21,743.80 |
| Cheske Lisa Inc<br>Day Pitney LLC 7 Times Sq<br>New York, NY 10036-7311 | 07-10416 | 2397 | 07-10419 | 2404 | $0.00 | $0.00 | $1,200.00 | $0.00 | $1,200.00 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 |
| Rachel Guttenberg<br>9145 E Kenyon Ave No 200<br>Denver, CO 80237 | 07-10417 | 179 | | 140 | $0.00 | $0.00 | $8,140.00 | $0.00 | $8,140.00 | $0.00 | $0.00 | $8,140.00 | $0.00 | $8,140.00 |
| Shirley Ann Waller<br>The Law Office Of Dale W Pittman Pc The<br>Eliza Spotswood House 112 A West Tabb<br>St<br>Petersburg, VA 23803-3212 | 07-10419 | 2550 | | 2543 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 |

Page 3

16th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit B
## Multi Debtor Duplicate Claims - Ordered

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Shirley Ann Walke 7343 Blanton Rd Ruther Glen, VA 22546 | 07-10416 | 2551 | 07-10416 | 2543 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 |

Claims To Be Expunged Totals   25   $1,286,045.12   $0.00   $4,138,152.89   $1,058,564,607.99   $1,063,988,806.00   $1,286,045.12   $0.00   $4,136,952.89   $1,058,565,808.29   $1,063,988,806.30

Page 4