# **EXHIBIT C**

16th Omnibus Objection

## Exhibit C
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| 303 Griffing Associates Llc<br>185 Old Country Rd Ste 5<br>Riverhead, NY 11901 | 07-10416 | 3226 | $0.00 | $13,348.00 | $0.00 | $159,620.00 | $172,698.00 | $0.00 | $6,674.00 | $0.00 | $79,000.00 | $85,674.00 |
| Comments: Claim should be reduced and allowed because the Debtors' Books and Record reflect same | | | | | | | | | | | | |
| Administrative Resource Options Inc<br>200 W Adams Ste 2000<br>Chicago, IL 60606 | 07-10416 | 362 | $0.00 | $0.00 | $35,805.68 | $27,846.92 | $63,652.60 | $0.00 | $0.00 | $0.00 | $63,652.60 | $63,652.60 |
| Comments: Claim should be reclassified and allowed because the Debtors' Books and Record reflect same | | | | | | | | | | | | |
| AT&T Corp<br>15100 FAA Blvd<br>Fort Worth, TX 76155 | 07-10416 | 3794 | $0.00 | $0.00 | $0.00 | $1,268,109.99 | $1,268,109.99 | $0.00 | $0.00 | $0.00 | $1,022,413.20 | $1,022,413.20 |
| Comments: Claim should be reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | | |
| Avaya Inc<br>PO Box 5126<br>Timonium, MD | 07-10416 | 169 | $0.00 | $0.00 | $0.00 | $118,931.58 | $118,931.58 | $0.00 | $0.00 | $0.00 | $81,021.25 | $81,021.25 |
| Comments: Claim should be reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | | |
| Avaya Inc<br>PO Box 5126<br>Timonium, MD 21094 | 07-10419 | 737 | $0.00 | $36,714.17 | $0.00 | $0.00 | $36,714.17 | $0.00 | $13,180.56 | $0.00 | $0.00 | $13,180.56 |
| Comments: Claim should be reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | | |
| Chad E Wiser<br>4 Newbury Way<br>Ladera Ranch, CA 92694 | 07-10419 | 2386 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | $0.00 | $0.00 | $3,700.50 | $6,299.50 | $10,000.00 |
| Comments: Claim should be reclassified, reduced and allowed because the Debtors' Books and Record reflect same | | | | | | | | | | | | |
| Daniel D Blocker<br>3210 Justamere Ln<br>Woodridge, IL 60517 | 07-10419 | 1943 | $0.00 | $0.00 | $222.12 | $150,000.00 | $150,222.12 | $0.00 | $0.00 | $0.00 | $150,222.12 | $150,222.12 |
| Comments: Claim should be reclassified and allowed because the Debtors' Books and Record reflect same | | | | | | | | | | | | |
| David Bruington<br>3675 Altacrest Dr W<br>Birmingham, AL 35243 | 07-10419 | 1470 | $0.00 | $0.00 | $262,500.00 | $0.00 | $262,500.00 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 |
| Comments: Claim should be reclassified, reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | | |
| David Nicholas Keneally<br>2662 Oak Knoll Dr<br>Rosemont, CA 90720 | 07-10416 | 3126 | $0.00 | $0.00 | $10,950.00 | $4,979.02 | $15,929.02 | $0.00 | $0.00 | $2,314.04 | $10,662.69 | $12,976.73 |
| Comments: Claim should be reclassified, reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | | |

16th Omnibus Objection

# Exhibit C
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Ellie Mae Inc<br>4140 Dublin Blvd Ste 300<br>Dublin, CA 94568 | 07-10419 | 2548 | $0.00 | $0.00 | $0.00 | $443,042.00 | $443,042.00 | $0.00 | $0.00 | $0.00 | $283,042.00 | $283,042.00 |
| Comments: | Claim should be reduced and allowed because the Debtor's Books and Record reflect a lesser amount due | | | | | | | | | | | |
| Kevin Cloyd<br>11795 Bonum Ave<br>Tustin, CA 92782 | 07-10417 | 1872 | $0.00 | $0.00 | $0.00 | $1,744,027.00 | $1,744,027.00 | $0.00 | $0.00 | $0.00 | $473,000.00 | $473,000.00 |
| Comments: | Claim should be reduced and allowed because the Debtor's Books and Record reflect a lesser amount due | | | | | | | | | | | |
| Reimer Lorber & Arnovitz Co LPA<br>2450 Edison Blvd<br>Twinsburg, OH 44087 | 07-10419 | 2265 | $512,147.47 | $0.00 | $0.00 | $0.00 | $512,147.47 | $0.00 | $0.00 | $0.00 | $512,147.47 | $512,147.47 |
| Comments: | No Basis for Secured Status | | | | | | | | | | | |
| SBC Global Services Inc<br>AT&T Law Group Counsel One AT&T Way Rm 3A218<br>Bedminster, NJ 07921 | 07-10419 | 3748 | $0.00 | $0.00 | $0.00 | $103,717.00 | $103,717.00 | $0.00 | $0.00 | $0.00 | $65,760.88 | $65,760.88 |
| Comments: | Claim should be reduced and allowed because the Debtor's Books and Record reflect a lesser amount due | | | | | | | | | | | |
| Stockton Turner LLC<br>1000 Legion Pl Ste 1700<br>Orlando, FL 32801 | 07-10419 | 501 | $0.00 | $0.00 | $10,950.00 | $9,254.70 | $20,204.70 | $0.00 | $0.00 | $0.00 | $20,204.70 | $20,204.70 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Town & Country Realtors Inc<br>Law Offices Of Brian Dcamicis 2200 L St<br>Sacramento, CA 95816 | 07-10421 | 1703 | $0.00 | $0.00 | $0.00 | $17,667.83 | $17,667.83 | $0.00 | $0.00 | $0.00 | $6,250.00 | $6,250.00 |
| Comments: | Claim should be reduced and allowed pursuant to settlement | | | | | | | | | | | |
| Claims To Be Expunged Totals | | 15 | $512,147.47 | $50,062.17 | $330,427.80 | $4,047,396.04 | $4,939,563.48 | $0.00 | $19,854.56 | $6,024.54 | $2,923,676.41 | $2,949,545.51 |