# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.    **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC    **DATE:** April 9, 2008
**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Samis | RL&F | Debtors |
| Dave Carickhoff | Blank Rome | Committee |
| Ben Keenan | Ashby & Geddes | |
| Gabriel McGaril | Potter Anderson & Corroon | UBS Real Estate Securities |
| Eric M. Sutty | Bayard, P.A. | Bank of America |
| | | Natixis Real Estate Capital |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
### #5

Calendar Date: **04/09/2008**
Calendar Time: **10:00 AM**

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2104732 | Lizanne Reynolds | 408-299-5940 | Office of The County Counsel | Creditor, County of Santa Clara Tax Collector / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2108894 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP | Creditor, Bank of America, NA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2121458 | John DiNapoli | 408-999-0160 | DiNapoli & Sibley (9007750) | Creditor, Aquino / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2124174 | Donald Workman | 202-861-1602 | Baker & Hostetler LLP | Creditor, Fidelity National Information Services / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2132045 | Kimberly Newmarch | 312-499-6057 | Paul, Hastings, Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2143036 | Geraldine Pulliam | 770-603-2837 | Pro Per | Pro Se, Geraldine Pulliam / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2152440 | Bridgette Ngarnra | 817-202-8069 | Bridgette Ngarnra Pro Per | Pro Se, Pierre Augustin / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2134209 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Credit Suisse First Boston / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2135400 | Jeffrey Hearne | 305-438-2403 | Legal Services of Greater Miami, Inc. | Creditor, Merlin Grant / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2154462 | Jan Geht | 202-307-6449 | U.S. Department of Justice - Tax | Creditor, IRS / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2152861 | Suzzane S. Uhland | 415-984-8941 | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LIVE |