IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : Jointly Administered |
| Debtors. | : Re: Docket Nos. 5827 through 5829 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE on April 11, 2008, that the above-captioned debtors and debtors-in-possession (the "Debtors") filed:

a) Certification of Counsel Regarding Stipulation Between Debtors and Fidelity National Information Services, Inc. and Certain of Its Affiliates Resolving Claims [Docket No. 5827]

b) Certification of Counsel Regarding Stipulation Between Debtors and Tax Appraisal District of Bell County, County of Denton, Wylie Independent School District, County of Hays, County of Brazos, Mexia Independent School District and County of Williamson Resolving the Debtors' Fifth Omnibus Objection to Claims and Establishing the Treatment of Claim Nos. 457, 471, 472, 473, 3784, 3785, 3786, 3787, 3788 and 3789 [Docket No. 5828]

c) Certification of Counsel Regarding Stipulation Between Debtors and UCM/MDC La Frontera LP Providing for the Effective Date of Rejection of Unexpired Lease and Payment of Lease Obligations and Related Relief [Docket No. 5829]

(collectively, the "Certifications of Counsel")

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California Corporation

PLEASE TAKE FURTHER NOTICE that the Debtors hereby withdraw the Certifications of Counsel.

Dated: April 11, 2008
      Wilmington, Delaware

Respectfully submitted,

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION