## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket Nos. 5999 |

**CERTIFICATION OF COUNSEL (SECOND) RE: STIPULATION BETWEEN DEBTORS AND TEXAS COMPTROLLER (I) GRANTING RELIEF FROM THE AUTOMATIC STAY, (II) PERMITTING SETOFF OF MUTUAL OBLIGATIONS AND (III) ALLOWING A LATE FILED CLAIM AGAINST NEW CENTURY WAREHOUSE CORPORATION**

The undersigned hereby certifies as follows:

1. We are counsel to the above-captioned debtors and debtors-in-possession (the "Debtors").

2. On April 3, 2008, the Debtors filed the *Stipulation Between Debtors and Texas Comptroller (I) Granting Relief from the Automatic Stay, (II) Permitting Setoff of Mutual Obligations and (III) Allowing a Late Filed Claim Against New Century Warehouse Corporation* (the "Stipulation") under certification of counsel [Docket No. 5999]. The Debtors sought the Court's approval of the Stipulation.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

3.     On April 9, 2008, the Court held an omnibus hearing (the "Hearing") in these chapter 11 cases. At the hearing, the Court asked Debtors' counsel to explain why the Net Refund[2] due New Century Mortgage Corporation ("NCMC") from the State of Texas was being divided between New Century Warehouse Corporation ("NCWC") and Home123 Corporation ("Home123"). At the time, Debtors' counsel, while having a general knowledge of what the stipulation sought to accomplish, was unprepared to address the Court's specific question as to the allocation of the Net Refund. After having communicated with the Debtors' business people, Debtors' counsel is now in a position to respond to the Court's inquiry. The allocation between NCWC and Home123 was merely an attempt to equitably distribute the proceeds of the Net Refund. After NCMC's tax liability was completely eliminated by the setoff (as described in the greater detail in the Stipulation) and the Net Refund was realized, NCWC and Home123 were the only two Debtors with remaining tax liability to the Comptroller. As such, a business decision was made to allocate the Net Refund equally between these two entities in the interest of fairness.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

WHEREFORE, the Debtors respectfully request that the Court enter the order approving the Stipulation at its earliest convenience. A copy of the Order is attached hereto as <u>Exhibit A</u>.

Dated: April 11, 2008  
      Wilmington, Delaware

Respectfully submitted,

_/s/ Mark D. Collins_  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Christopher M. Samis (No. 4909)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland  
Ben H. Logan  
O'MELVENY & MYERS LLP  
275 Battery Street  
San Francisco, California 94111  
Telephone: (415) 984-8700  
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS  
AND DEBTORS IN POSSESSION