IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS,
INC., et al.,

            Debtors.

Chapter 11
Case No. 07-10416-KJC, et seq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2008, copies of the foregoing Motion for Relief

from Automatic Stay Under § 362 of Bankruptcy Code, notice and proposed order were served

via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: April 14, 2008
      Wilmington, Delaware

** /s/ Adam Hiller**
Adam Hiller (DE No. 4105)
Maria Aprile Sawczuk(DE No. 3320)
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

New Century TRS Holdings
18400 Von Karman Ave.
Irvine, CA 92612
*Debtor*

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for the Debtor*

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for the Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee*
  *of Unsecured Creditors*

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Ave.
14th & 15th Floor
New York, NY 10022
*Attorneys for the Official Committee*
  *of Unsecured Creditors*