IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS,<br>INC., <u>et al.</u>,<br><br>        Debtors. | Chapter 11<br>Case No. 07-10416-KJC, <u>et seq.</u><br><br>**Objections due by: April 29, 2008, 4:00 p.m.**<br>**Hearing Date: May 7, 2008, 10:00 a.m.** |

**NOTICE OF MOTION OF DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST
2006-HE5, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-HE5
<u>FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE</u>**

TO:    Parties listed on the Certificate of Service

      Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through certificates Series 2006-HE5 has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to a parcel of real property in which the above-captioned debtor may hold an interest, located at 202-12 100th Ave, Hollis, NY 11423.

      **HEARING ON THE MOTION WILL BE HELD ON MAY 7, 2008, 10:00 A.M.**

      You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at lease five business days before the above hearing date. At the same time, you must also serve a copy of the response upon movant's attorneys:

              Adam Hiller, Esquire
              Maria Aprile Sawczuk, Esquire
              Draper & Goldberg, PLLC
              1500 North French Street, 2nd Floor
              Wilmington, Delaware 19801
              (302) 339-8776 telephone

      The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

      The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

*Movant: Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage*
*   Pass-Through certificates Series 2006-HE5*
*D&G Reference: 209755/MillieSub1*
*Property Address: 202-12 100th Ave, Hollis, NY 11423*

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTING IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 13, 2008
      Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC

  /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
Maria Aprile Sawczuk (DE No. 3320)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

*Attorneys for Movant*