**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: Chapter 11
In re: :
: Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC., :
a Delaware corporation, et al.,[1] : Jointly Administered
:
Debtors :
: Re: Docket No. 5383, 5395, 5396 and 5405
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Managing Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on March 21, 2008, I caused true and correct copies of the following to be served, in the manner set forth in the Order Approving Disclosure Statement Regarding First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008 (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Joint Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Joint Plan of Liquidation and Approving Related Notice Procedures [D.I. 5396] (the "Solicitation Procedures Order") upon the attached Exhibit A by United States Postal Service First Class Mail:

- **Solicitation Procedures Order** [Docket No. 5396]

- **EPD/Breach Protocol**

- **EPD/Breach Questionnaire** (for those claims listed as voting in the amount of $1.00)

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **EPD/Breach Calculation Report**

Dated: April 9, 2008

                                                /s/ Jamie L. Edmonson
                                                Jamie L. Edmonson (No. 4247)
                                                XROADS CASE MANAGEMENT
                                                  SERVICES, LLC
                                                1821 E. Dyer Road, Suite 225
                                                Santa Ana, California 92705
                                                Telephone: (949) 567-1600

# Exhibit A

EXHIBIT A -- SERVICE LIST
EPD/Breach Claimants

| Plan Classes | CreditorName | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| OP3b | Cort Putnam | 564 Massachusets ave | | | Cambridge | MA | 21393322 |
| OP3b | Edge Resources Partners | 134 Creascent Bay Dr. | | | Laguna Beach | CA | 92651 |
| OP3b | Howard, Greg K | | | | | | |
| OP3b | Illinois Association of Mortgage Brokers | 350 W. 22nd Street, Ste 104 | | | Lombard | IL | 60148 |
| OP3b | Mariateresa V Canosa | 1740 Broadway 2 | | | Vallejo | CA | 94589 |
| OP3b | Maurice Fitzgerald Jr. | 9793 SW 52nd Lane | | | Gainesville | FL | 32606 |
| OP3b | Michael Watson | | | | | | |
| OP3b | Recall Secure Destruction | File  56852 | | | Los Angeles | CA | 90074-6852 |
| OP3b | Recall Secure Destruction | One Recall Ctr | 180 Technology Pkwy Rm 200 | | Norcross | GA | 30092 |
| OP3b | Recon, Inc | 103 Commercial Dr | | | Concord | NC | 28027 |
| OP3b | Red River County Appraisal Dist | 101 W Broadway | | | Clarksville | TX | 75424 |
| OP3b | Redfern Lucia & Associates | 314 West Fifth Street Ste 2 | | | Flint | MI | 48502 |
| OP3b | Redwood Mortgage Funding Inc | One Belvedere Pl Ste 300 | | | Mill Valley | CA | 94941 |
| OP3b | Reed Smith LLP | 2500 One Liberty Pl | 1650 Market St | | Philadelphia | PA | 19103 |
| OP3b | Rivercrest Isd c o Appraisal Dist | 101 W Broadway | | | Clarksville | TX | 75424 |
| OP3b | Rodriguez, Kathleen V | 8525 Enramada Ave | | | Whittier | CA | 90605 |
| OP3b | Rudy's Rush Couier, Inc | 1621 Hilltop Place | | | Jonesboro | GA | 30236 |
| OP3b | S. Peros Real Estate Appraiser | 324 Waiehu Beach Rd | | | Wailuku | HI | 96793 |
| OP3b | S.O.S. Alarm | S.O.S. ALARM | 3273 BIDDLE RD | | MEDFORD | OR | 97504-4122 |
| OP3b | Sacramento Advocates | 1215 K Street | Suite 2030 | | Sacramento | CA | 95814 |
| OP3b | SAFECO Financial Institution Solutions Inc | Jorden Burt LLP | 1025 Thomas Jefferson St NW Ste 400 E | | Washington | DC | 20007 |
| OP3b | Safeguard Properties, Inc. | 650 SAFEGUARD PLAZA | | | BROOKLYN HEIGHTS | OH | 44131 |
| OP3b | Safeguard Security Specialists | 225 Radio Ave | | | Miller Pl | NY | 11764 |
| OP3b | Sajomi Investment Corp. | 13617 Inwood Rd, Ste 280 | | | Dallas | TX | 75244 |
| OP3b | Sakuma, Alan | 676 S Alu Rd | | | Wailuku | HI | 96793 |
| OP3b | Sal Reia | P.O. Box 30951 | | | Savannah | GA | 31410 |
| OP3b | Salem Association of Realtors | 385 TAYLOR STREET | | | SALEM | OR | 97305 |
| OP3b | Sales Strategies Group Inc | Metro Group Inc | 61 Broadway Ste 1410 | | New York | NY | 10006 |

New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

Page 1 of 5

EXHIBIT A -- SERVICE LIST
EPD/Breach Claimants

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OP3b | Salesachievers, Inc | 7010 E. Acoma Drive #203 | | | Scottsdale | AZ | 85254 |
| OP3b | Salesforce.com | P.O. Box 191265 | | | San Francisco | CA | 94119-1265 |
| OP3b | Sally Cunningham | 2322 Piney Grove Church Road | | | Knoxville | TN | 37909-0000 |
| OP3b | Salmonsen Appraisals | 21B Gamecock Avenue | | | Charleston | SC | 29407 |
| OP3b | Salomon Martinez | 18941 East 17th Ave | | | Aurora | CO | 80011-0000 |
| OP3b | Salpeter, Wendy | 6448 Sweet Maple Lan | | | Boca Raton | FL | 33433 |
| OP3b | Salvador Torres | 1920 Pisa | | | Stockton | CA | 95206 |
| OP3b | Sameer Punjani | 2554 Freitas | | | Fairfield | CA | 94533 |
| OP3b | Samla C/O Nancy Perry | 3148 N. Flowing Wells Road | | | Tucson | AZ | 85705-9330 |
| OP3b | Samuel G Silva | 12504 Shoemaker | | | Whittier Area | Ca | 90605 |
| OP3b | Samuel J. Vida | 5109 Stagecoach | | | Antioch | CA | 94509 |
| OP3b | Samuel Marquez | 13999 East 32nd Place | | | Aurora | CO | 80011-0000 |
| OP3b | Samuel Zadori | 13719 Milbank | | | Sherman Oaks | CA | 91423 |
| OP3b | San Antonio Board of Realtors | 9110 W Ih 10 1 | | | San Antonio | TX | 78230 |
| OP3b | San Antonio Multiple Listing Service | 9110 I.H.  10 West | | | San Antonio | TX | 78230-3112 |
| OP3b | San Diego Botinicals, Inc | P.O. Box 21216 | | | El Cajon | CA | 92021 |
| OP3b | San Diego Commerical Finance | P.O. Box 26400 | | | San Diego | CA | 92196-0400 |
| OP3b | San Diego Gas & Electric | San Diego Gas & Electric | | | P.O. Box 25111 | Santa Ana, CA  92799-5111 | |
| OP3b | Sanchez, Pedro E | 10436 Waxwing Cir | | | Fountain Valley | CA | 92708 |
| OP3b | Sandison Appraisal | 7475 Callaghan Rd | | | San Antonio | TX | 78229 |
| OP3b | Sandstedt, Edward E | 3186 Arlotte Ave | | | Long Beach | CA | 90808 |
| OP3b | Saxon Mortgage Services | Payment Processing | PO Box 961105 | | Fort Worth | TX | 76161 |
| OP3b | Scott Batteries | 12425 Mills Avenue Suite A5 | | | Chino | CA | 91710 |
| OP3b | Shephard-Wesnitzer, Inc. | PO Box 3924 | | | Sedona | AZ | 86340 |
| OP3b | Shephard-Wesnitzer, Inc. | PO Box 3924 | | | Sedona | AZ | 86340 |
| OP3b | Sheppard Mullin Richter & Hampton LLP | 333 S Hope St 48th Fl | | | Los Angeles | CA | 90071 |
| OP3b | Sheppard Mullin Richter & Hampton LLP | 333 S Hope St 48th Fl | | | Los Angeles | CA | 90071 |
| OP3b | Sheppard Mullin Richter & Hampton LLP | 333 S Hope St 48th Fl | | | Los Angeles | CA | 90071 |
| OP3b | State of New Jersey | Compliance Activity | PO Box 245 | | Trenton | NJ | 08695 |
| OP3b | Sue Anne Perez | | | | | | |

New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

Page 2 of 5

**EXHIBIT A -- SERVICE LIST**
EPD/Breach Claimants

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OP3b | TNT Couriers, LLC | 1304 SW 160th Avenue, Suite 627 | | | Sunrise | FL | 33326 |
| OP3b | To, Rachel B | 31 Sorenson | | | Irvine | CA | 92602 |
| OP3b | Yolanda I Quesada | | | | | | |
| OP3b | Yolanda Miller | 106 Kensington Dr. 401 | | | Spartanburg | SC | 29306 |
| OP6b | ILOG, Inc. | C/O Silicon Valley Bank | Dept LA 22126 | | Pasadena | CA | 91185-2126 |
| OP6b | Lawler & Associates, Inc | P.O. Box 1017 | | | Franklin | TN | 37065-1017 |
| OP6b | Lawrence & Diane Boone | 1527 West 82nd St | | | Los Angeles | CA | 90047 |
| OP6b | Lemon, Steve | 11 Forrest Ridge Rd | | | U Saddle Riv | NJ | 07458 |
| OP6b | Maurice Nelson | 2855 Elm Street | | | Denver | CO | 80207-0000 |
| OP6b | Michael William Trost | | | | | | |
| OP6b | Michael Williams | 212 Charlton Green Drive | | | Kingsport | TN | 37663-0000 |
| OP6b | Realserv Corp | 5700 Executive Drive | | | Baltimore | MD | 21228 |
| OP6b | Realty Hot Wheels | Realty Hot Wheels | 6560 Pyramid Lake Hwy #52 | | Sparks | NV | 89436 |
| OP6b | Realty Mortgage Corp. | 600 Whitehead St 101 | | | Key West | FL | 33040 |
| OP6b | Realty Solutions Inc | 2524 E Sierra St | | | Phoenix | AZ | 85028-1839 |
| OP6b | Rebecca A Alter | | | | | | |
| OP6b | Rebecca Carlson | 1221 S Ingalls Street | | | Lakewood | CO | 80232-0000 |
| OP6b | Rebecca Roberts | 6815 Beagle Lane | | | Arlington | TN | 38002-0000 |
| OP6b | Rebecca Sue Bernard | 330 E Enos Dr No 140 | | | Santa Maria | CA | 93454 |
| OP6b | Rebecca Zills - Borr | 431 Verandah Lane | | | Franklin | TN | 37064 |
| OP6b | Recall Secure Destruction | File  56852 | | | Los Angeles | CA | 90074-6852 |
| OP6b | Reese & Associates, LLP | P.O. Box 1973 | | | Tacoma | WA | 98401-1973 |
| OP6b | Reflections Window Cleaning | Reflections Window Cleaning | 207 Ryburn Dr. | | Old Hickory | TN | 37138 |
| OP6b | REGENT FINANCIAL GROUP INC | 1910 S. 72ND STREET, #103 | | | OMAHA | NE | 68124 |
| OP6b | Reggie Boltz | 1570 Portola | | | Livermore | CA | 94550 |
| OP6b | Regina Odum | 1533 Southside Avenue | | | Bristol | TN | 37620-0000 |
| OP6b | Regional Help Wanted.com | Attn: Billing Center | P.O. Box 95000-1630 | | Philadelphia | PA | 19195-1630 |
| OP6b | REGIONAL TITLE & LAND SERVICES | PO Box 1010 | | | Marble Hill | MO | 63764 |
| OP6b | Reich, Broughton & Associates, Inc. | 1234 Hight St. | | | Eugene | OR | 97405 |
| OP6b | Reimer Lorber & Arnovitz Co LPA | 2450 Edison Blvd | | | Twinsburg | OH | 44087 |
| OP6b | Reinhart & Associates | 1191 Echo Hollow Rd. | | | Eugene | OR | 97402 |
| OP6b | Reliable Couriers | 8407 Laurel Fair Circle Ste 400 | | | Tampa | FL | 33610 |

New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

Page 3 of 5

**EXHIBIT A -- SERVICE LIST**
EPD/Breach Claimants

| | | | | | | |
|---|---|---|---|---|---|---|
| OP6b | Relman & Associates*new address* | 1225 19th St. NW, Suite 600 | | Washington | DC | 20036-2456 |
| OP6b | Resource One Inc | 30 Jericho Executive Plaza Ste 400e | | Jericho | NY | 11753 |
| OP6b | Rienhart & Associates, Inc | PO Box 81545 | | Austin | TX | 78708-1545 |
| OP6b | Rivers, George | 11510 Hidden Grove Ct | | Tomball | TX | 77377 |
| OP6b | Riverside Claims LLC as Assignee for Adfitech Inc | PO Box 626 Planetarium Station | | New York | NY | 10024 |
| OP6b | Riverside Claims LLC as Assignee for the Financial Services Roundtable | PO Box 626 Planetarium Station | | New York | NY | 10024 |
| OP6b | Ruelos, Vernon | 32 Sandbridge | | Aliso Viejo | CA | 92656 |
| OP6b | Sandoval, Philip Luis | 4933 Reynolds Ln | | Birmingham | AL | 35242 |
| OP6b | Sandra Baggett - Borr | 2723 Live Oak Rd | | Nashville | TN | 37210-0000 |
| OP6b | Sandra Brown | 2336 East Valley Vista | | Rosamond | CA | 93560 |
| OP6b | Sandra Houts | | | | | |
| OP6b | Sandra Krampota | 20410 Whispering Water Way | | Cypress | TX | 77433 |
| OP6b | Sandra Marshall | 333 Sky Valley Circle | | Seymour | TN | 37865-0000 |
| OP6b | Sandy Sinclair Real Estate Services | 725 5th St | | Portsmouth | OH | 45662 |
| OP6b | Sayra Estrada | | | | | |
| OP6b | SBC Global Services Inc | AT&T Law Group Counsel | One AT&T Way Rm 3A218 | Bedminster | NJ | 07921 |
| OP6b | Scales, Samuel | 8605 Valderama Dr | | Duluth | GA | 30097 |
| OP6b | Scana Energy | Scana Energy | | P.O. Box 100157 | Columbia, SC 29202-3157 | |
| OP6b | Schabow, Steve L | 4430 Sw Wood | | Portland | OR | 97219 |
| OP6b | Schaufler, James A | 2877 E Castle Pines Ter | | Dublin | CA | 94568 |
| OP6b | Scott Bradshaw | 8091 Claredale Drive | | Bartlett | TN | 38133-0000 |
| OP6b | Sevco Real Estate Appraisers | P.O. Box 1089 | | Kailua-Kona | HI | 96745 |
| OP6b | Shainschaffer & Rafanello Pc | Ste 105 | | Bernardsville | NJ | 07924 |
| OP6b | Shena A Dews Braxton | 4860 Beechvale Drive | | Colorado Springs | CO | 80916-0000 |
| OP6b | Sheppard Mullin Richter & Hampton LLP | 333 S Hope St 48th Fl | | Los Angeles | CA | 90071-1448 |
| OP6b | Shereen Hawatmeh-BORR | 18124 Avenida Las Brisas | | Los Angeles | CA | 91325 |
| OP6b | Sherri C Curry | 515 Saint Paul Street | | Denver | CO | 80206-0000 |
| OP6b | Sherry King - Borr | 537 Castlegate Drive | | Nashville | TN | 37217-0000 |

New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

Page 4 of 5

**EXHIBIT A -- SERVICE LIST**
EPD/Breach Claimants

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OP6b | SHIRAZ LAKHANI | 5536 RUTHWOOD | | | CALABASAS | CA | 91302 |
| OP6b | Shirlann Cupit Conner | | | | | | |
| OP6b | Shives Appraisal Company | 5178 Childrens Home Bradford Rd | | | Greenville | OH | 45331 |
| OP6b | Sho-Link, Inc | 11 Skokie Highway, Suite 202 | | | Lake Bluff | IL | 60044 |
| OP6b | Shonna Shaffer | 7889 Twin Oaks | | | Citrus Heights | Ca | 95610 |
| OP6b | Shoreline Appraisal | PO Box 5405 | | | Destin | FL | 32540 |
| OP6b | Shred It Denver | 1707 E 58th Ave | | | Denver | CO | 80216 |
| OP6b | Spanos, Gregory A | 293 K St Unit 1 | | | South Boston | MA | 02127 |
| OP6b | Sparkle & Clean Janitorial, LLC | 5442 MIRAGE ST N. | | | KEIZER | OR | 97303 |
| OP6b | Sparkletts | 3280 E. Foothill Blvd. | | | Pasadena | CA | 91107 |
| OP6b | Special Agency Services | | | | | | |
| OP6b | State of Ohio ex rel Marc Dann Attorney Gen | 30 East Broad St 25th Fl | | | Columbus | OH | 43215 |
| OP6b | Statesman Journal | PO Box 13009 | | | Salem | OR | 97309-3009 |
| OP6b | Stecroft Holdings Inc dba Go Apply dba eLeadZ | 2600 Michelson Ste 200 | | | Irvine | CA | 92614 |
| OP6b | Stecroft Holdings Inc dba Go Apply dba eLeadZ | 2600 Michelson Ste 200 | | | Irvine | CA | 92614 |
| OP6b | Steel Bluewater | | | | | | |
| OP6b | Stefan Ricotta | 9521 Oasis | | | Garden Grove | CA | 92843 |
| OP6b | Stockton Turner LLC | 1000 Legion Pl Ste 1700 | | | Orlando | FL | 32801 |
| OP6b | Stoel Rives LLP | 900 SW Fifth Ave No 2600 | | | Portland | OR | 97204 |
| OP6b | Stokes County | PO Box 57 | | | Danbury | NC | 27016 |
| OP6b | Wynn, William B | 6828 Crescent Oaks Cir | | | Lakeland | FL | 33813 |
| OP6b | Yong Ning Zhou | 21800 Heatherlane Court | | | Diamond Bar | CA | 91765 |

New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

Page 5 of 5