**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

NEW CENTURY TRS HOLDINGS, INC.,
a Delaware corporation, et al., [1]

                                   Debtors

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Chapter 11

: Case No. 07-10416 (KJC)

: Jointly Administered

: Re: Docket No. 5383, 5395, 5396 and 5405

## DECLARATION OF SERVICE

I, Jamie L. Edmonson, a Managing Director with XRoads Case Management Services,

LLC and a member of the bar of this Court, hereby declare that on March 21, 2008, I caused true

and correct copies of the following to be served, in the manner set forth in the Order Approving

Disclosure Statement Regarding First Amended Joint Chapter 11 Plan of Liquidation of the

Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008 (B)

Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Joint Plan

of Liquidation and (C) Scheduling a Hearing on Confirmation of Joint Plan of Liquidation and

Approving Related Notice Procedures [D.I. 5396] (the "Solicitation Procedures Order") upon the

attached Exhibits A, B and C by United States Postal Service First Class Mail:

- **Confirmation Hearing Notice**

- **Solicitation Procedures Order** [Docket No. 5396]

- **Disclosure Statement** [Refer to Docket No. 5395]

---

[1]     The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **First Amended Joint Plan** [Refer to Docket No. 5405]

- **Noticed of Non-Voting Status for Impaired Claims**

- **Committee's Statement in Support of Confirmation** [Refer to Docket No. 5383]

Dated:  April 9, 2008

/s/ Jamie L. Edmonson
Jamie L. Edmonson (No. 4247)
XROADS CASE MANAGEMENT
 SERVICES, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, California  92705
Telephone:  (949) 567-1600

Exhibit A

**EXHIBIT A**
**Class HC4a -- Series A Preferred Stock**

| Class | CreditorName | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|-------|--------------|-----------|-----------|-----------|------|-------|-----|---------|
| HC4a | Cede & Co | PO Box 20 | Bowling Green Station | | New York | NY | 10274 | |

In re New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC) JA

Page 1

**CLASS HC4A (Preferred Series A)**

REBECCA STRAND
AMERICAN ENTERPRISE INVESTMENT
SERVI
2178 AXP FINANCIAL CENTER
MINNEAPOLIS MN 55474

JAMES MONAHAN
VICE PRESIDENT
BANC OF AMERICA SECURITIES LLC
100 N 33rd STREET
3RD FLOOR
NEW YORK NY 10001

MITCHEL SOBEL
ASSISTANT TREASURER
BNY/DBLPB—DBX RISK ARBITAGE 8
FUND
401 SOUTH SAUNA STREET
2ND FLOOR
SYRACUSE NY 13202

VINCENT MARZELLA
BEAR, STEARNS SECURITIES CORP.
ONE METROTECH CENTER NORTH
4TH FLOOR
BROOKLYN NY 11201—3862

CECILE LANARCO
BNY/DBTC AMERICAS/DEUTSCHE BANK
AG,
ONE WALL STREET
NEW YORK NY 10286
(201)—325—7801

SHELDON BROUTMAN
ANALYST
BROWN BROTHERS HARRIMAN &
CO./ETF
140 BROADWAY
NEW YORK NY 10005

RONNIE FUIAVA
CHARLES SCHUAB & CO., INC.
FENNER & StIlT ATTN PROXY
DEPARTMENT
211 MAIN STREET
SAN FRANCISCO CA 94105

CAROLYN TREBUS
CITIBANK, N.A.
3800 CITIBANK CENTER 83—12
TAMPA FL 33610

KHARAMDEO SINGH
HSBC SECURITIES (USA), INC./STOCK LO
432 FIFTH AVENUE
WEST BLDG 11TH FL
NEW YORK NY 10018

GEORGE LEWIS
CROWELL, WEEDON & CO.
624 S. GRAND AVENUE
25TH FLOOR
LOS ANGELES CA 90017

ISSUER SERVICES
CREDIT SUISSE SECURITIES (USA) LLC
dO ADP PROXY SERVICES
51 MERCEDES NAY
EDGEWOOD NY 11717

BRIAN LEMARGIE
E*TRADE CLEARING LIC
10951 WHITE ROCK ROAD
RANCHO CORDOVA CA 95670

DEUTSCHE BANK TRUST COMPANY
AMERICAS
60 WALL STREET
NEW YORK NY 10005

ALLAN HAVRON
EMMETT A. LARKIN COMPANY, INC.
100 BUSH ST 10TH FLOOR
SAN FRANCISCO CA 94107—3997

GAIL TIGGLE
MANAGER
FERRIS, BAKER WATTS, INCORPORATED
8403 COLESVILLE ROAD
SUITE 900
SILVER SPRING MD 20910

WANDA DAVIS
FIRST CLEARING, LLC/FFC-JBH
901 E BYRD ST
RICHMOND VA 23219

GLORIA LIO
VICE PRESIDENT
GOLDMAN, SACHS & CO.
30 HUDSON STREET
JERSEY CITY NJ 07302

KEVIN MEDICO
J.J.B. HILLIARD, H.L. LYONS, INC.
C/O ADP PROXY SERVICES
51 MERCEDES HAY
EDGEWOOD NY 11717

FREDERICK LANDO
HILL, THOMPSON, MAGID & CO., INC.
15 EXCHANGE PLACE
JERSEY CITY NJ 07302

MARIA TARDIO
INTERACTIVE BROKERS LLC
2 PICKNICK PLAZA
GREENWICH CT 06830

CHARLES ERRIGO
VICE PRESIDENT
JEFFERIES a COMPANY, INC.
HARBORSIDE FINANCIAL CENTER
705 PLAZA 3,
JERSEY CITY NJ 07311

REGINA LUTZ
JANNEY MONTGOMERY SCOTT LLC
1801 MARKET STREET
9TH FLOOR
PHILADEPHIA PA 19103-1675

CHERYL BOSENAN
EDWARD I. JONES & CO.
700 MARYVILLE CENTER DRIVE
ST LOUIS MO 63141

ERIC ALSOP
J.P. MORGAN SECURITIES INC.
500 STANTON CHRISTIANA RD
NEWARK DE 19713

JONATHAN BADNER
JP MORGAN CHASE/JP MORGAN
INTERNATIO
4 NEW YORK PLAZA
11TH FLOOR
NEW YORK NY 10004

SHAWN BROWN
LEGENT CLEARING LLC
9300 UNDERWOOD AVENUE
SUITE 600
OMAHA NE 68114

ROSANN TANNER
LPL FINANCIAL CORPORATION
9785 TOWNE CTR DRIVE
SAN DIEGO CA 92121—1968

MELISSA TARASOVICH
OFFICER
MELLON TRUST OF NEW ENGLAND,
NATIONA
525 WILLIAM PENN PLACE
SUITE 3418
PITTSBURGH PA 15259

GAIL CORTESE
MESIROW FINANCIAL, INC.
350 N. CLARK STREET
2ND FLOOR
CHICAGO IL 60610

MERRILL LYNCH, PIERCE
101 HUDSON STREET
8TH FLOOR
JERSEY CITY NJ 07302
VERONICA E. O'NEILL

CAROL ANTLEY
MORGAN, KEEGAN & COMPANY, INC.
50 NORTH FRONT STREET
MEMPHIS TN 38103

MICHELLE FORD
MORGAN STANLEY & CO.
INCORPORATED
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231

JOHN STAHLMAN
VICE PRESIDENT
MORGAN STANLEY I CO.
HARBORSIDE FINANCIAL
PLAZA 3, 4TH FLOOR
JERSEY CITY NJ 07311

JOHN CLEMENTE
NATIXIS BLEICHROEDER INC.
1345 AVENUE OF THE AMERICAS
NEW YORK NY 10105—4300

PENNIE NASH
NBC SECURITIES, INC.
1927 FIRST AVENUE NORTH
BIRMINGHAM AL 35203

LOU TREZZA
NATIONAL FINANCIAL SERVICES
LIC/STOC
200 LIBERTY (1 NFC)
NEW YORK NY 10281

OSCAR MAZARIO
OPPENHEIMER & CO. INC.
125 BROAD STREET
15TH FLOOR
NEW YORK NY 10004

JAMES MCGRATH
PENSON FINANCIAL SERVICES, INC.
1700 PACIFIC AVENUE
SUITE 1400
DALLAS TX 75201

ROBERT MCPHEARSON
MANAGER
PENSON FINANCIAL SERVICES, INC.W*
330 BAY ST SUITE 711
TORONTO ON M5H 2S8 CANADA

AL HERNANDEZ
PERSHING LLC
SECURITIES CORPORATION
1 PERSHING PLAZA
JERSEY CITY NJ 07399

SARA R. BLAKENHEIM
BAIRD (ROBERT 14.) 8 CO.
INCORPORATED
777 E. WISCONSIN AVENUE
MILWAUKEE NI 53202

MIKE DILLARD
RAYMOND, JAMES & ASSOCIATES, INC.
ala CARILION PARKWAY
P.O. BOX 12749
ST. PETERSBURG FL 33716

STEVE SCHAFER SR
ASSOCIATE
RBC DAIN RAUSCHER INC.
510 MARQUETTE AVE SOUTH
MINNEAPOLIS MN 55402

KATHY GUILLOU
RIDGE CLEARING & OUTSOURCING
SOLUTIO
55 WATER STREET
32ND FLOOR
NEW YORK NY 10041

ISSUER SERVICES
SCOTTRADE, INC.
C/O ADP PROXY SERVICES
51 MERCEDES WAY
EDGEW000 NY 11717

CHRISTINA FINZEN
SOUTHWEST SECURITIES, INC.
1201 ELM STREET
SUITE 3700
DALLAS TX 75270

MARIBETH WILLIAMS
STERNE, AGEE & LEACH, INC.
813 SHADES CREEK PARKWAY
SUITE 100—B
BIRMINGHAM AL 35242

CHRIS WEIGAND
STIFEL, NICOLAUS & COMPANY
INCORPORA
501 N. BROADWAY 7TH FL
STOCK RECORD DEPT
ST. LOUIS MO 63102

ISSUER SERVICES
TD AMERITRADE CLEARING, INC.
C/U ADP PROXY SERVICES
51 MERCEDES WAY
EDGEHOOD NY 11717

JANE FLOOD
VICE PRESIDENT
UBS FINANCIAL SERVICES INC.
1200 HARBOR BLVD
HEEHANKEN NJ 07086

JOHN MALLOY
UBS SECURITIES LLC
480 WASHINGTON BLVD
JERSEY CITY NJ 07310

JOYCE WILSON
MANAGER
USAA INVESTMENT MANAGEMENT
COMPANY
P0 BOX 659453
SAN ANTONIO TX 78265—9825

WACHOVIA BANK N.A.
1525 H. WT HARRIS BLVD
CHARLOTTE NC 28262—8522

ALICIA GONZALEZ
HEDSUSH MORGAN SECURITIES, INC.
1000 WILSHIRE BLVD
LOS ANGELES CA 90017

MARGARET KLASEN
ASSISTANT VICE PRESIDENT
HELLS FARGO INVESTMENTS, LLC
625 MARQUETTE AVENUE
13TH FLOOR
MINNEAPOLIS MN 55402—2308

Exhibit B

**EXHIBIT B**
**Class HC4c -- Series B Preferred Stock**

| Class | CreditorName | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|-------|--------------|-----------|-----------|-----------|------|-------|-----|---------|
| HC4c | Cede & Co | PO Box 20 | Bowling Green Station | | New York | NY | 10274 | |

In re New Century TRS Holdings, et al.
Case No. 07-10416 (KJC) JA

Page 1

**CLASS HC4C – Preferred Series B**

REBECCA STRAND
AMERICAN ENTERPRISE INVESTMENT
SERVI
2178 AXP FINANCIAL CENTER
MINNEAPOLIS MN 55474

VINCENT MARZELLA
BEAR, STEARNS SECURITIES CORP.
ONE METROTECH CENTER NORTH
4TH FLOOR
BROOKLYN NY 11201—3862

CARMINE CARRELLA
DIRECTOR
SANFORD C. BERNSTEIN & CO., LLC
ONE NORTH LEXINGTON AVE
WHITE PLAINS NY 10601

SHELDON BROUTMAN
ANALYST
BROWN BROTHERS HARRIMAN &
CO./ETF
140 BROADWAY
NEW YORK NY 10005

RONNIE FUIAVA
CHARLES SCHUAB & CO., INC.
FENNER & StIlT ATTN PROXY
DEPARTMENT
211 MAIN STREET
SAN FRANCISCO CA 94105

ROBERT J PUTNAM
CIBC WORLD MARKETS CORP.
425 LEXINGTON AVENUE
5TH FLOOR
NEW YORK NY 10017

PAT HALLER
CITIGROUP GLOBAL MARKETS INC.
333 H. 34TH STREET
NEW YORK NY 10001

ISSUER SERVICES
CREDIT SUISSE SECURITIES (USA) LLC
dO ADP PROXY SERVICES
51 MERCEDES NAY
EDGEWOOD NY 11717

SHELDON MENDEISBERG
PRESI DENT
E*TRADE CAPITAL MARKETS, LLC
ONE FINANCIAL PLACE
440 S LASALLE ST STE 3030
CHICAGO IL 60605

BRIAN LEMARGIE
E*TRADE CLEARING LIC
10951 WHITE ROCK ROAD
RANCHO CORDOVA CA 95670

GAIL TIGGLE
MANAGER
FERRIS, BAKER WATTS, INCORPORATED
8403 COLESVILLE ROAD
SUITE 900
SILVER SPRING MD 20910

WANDA DAVIS
FIRST CLEARING, LLC/FFC-JBH
901 E BYRD ST
RICHMOND VA 23219

GLORIA LIO
VICE PRESIDENT
GOLDMAN, SACHS & CO.
30 HUDSON STREET
JERSEY CITY NJ 07302

MIKE KOHLER
H & R BLOCK FINANCIAL ADVISORS,
751 GRISWOLD STREET
DETROIT MI 48226

KEVIN MEDICO
J.J.B. HILLIARD, H.L. LYONS, INC.
C/O ADP PROXY SERVICES
51 MERCEDES HAY
EDGEWOOD NY 11717

FREDERICK LANDO
HILL, THOMPSON, MAGID & CO., INC.
15 EXCHANGE PLACE
JERSEY CITY NJ 07302

ISSUER SERVICES
INGALLS & SNYDER, L.L.C.
CiO ADP PROXY SERVICES
51 MERCEDES WAY
EDGEH000 NY 11717

CHARLES ERRIGO
VICE PRESIDENT
JEFFERIES a COMPANY, INC.
HARBORSIDE FINANCIAL CENTER
705 PLAZA 3,
JERSEY CITY NJ 07311

CHERYL BOSENAN
EDWARD I. JONES & CO.
700 MARYVILLE CENTER DRIVE
ST LOUIS MO 63141

ERIC ALSOP
J.P. MORGAN SECURITIES INC.
500 STANTON CHRISTIANA RD
NEWARK DE 19713

JIM GARDINER
LEHMAN BROTHERS, INC.
REORG
70 HUDSON
JERSEY CITY NJ 07302

ROSANN TANNER
LPL FINANCIAL CORPORATION
9785 TOWNE CTR DRIVE
SAN DIEGO CA 92121—1968

MELISSA TARASOVICH
OFFICER
MELLON TRUST OF NEW ENGLAND,
NATIONA
525 WILLIAM PENN PLACE
SUITE 3418
PITTSBURGH PA 15259

VERONICA O'NEILL
MERRILL LYNCH, PIERCE, FENNER
101 HUDSON ST 9TH FL
JERSEY CITY NJ 07302

GAIL CORTESE
MESIROW FINANCIAL, INC.
350 N. CLARK STREET
2ND FLOOR
CHICAGO IL 60610

VERONICA O'NEILL
MERRILL LYNCH, PIERCE, FENNER
101 HUDSON ST 9TH FL
JERSEY CITY NJ 07302

CAROL ANTLEY
MORGAN, KEEGAN & COMPANY, INC.
50 NORTH FRONT STREET
MEMPHIS TN 38103

MICHELLE FORD
MORGAN STANLEY & CO.
INCORPORATED
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231

JOHN STAHLMAN
VICE PRESIDENT
MORGAN STANLEY I CO.
HARBORSIDE FINANCIAL
PLAZA 3, 4TH FLOOR
JERSEY CITY NJ 07311

JOHN CLEMENTE
NATIXIS BLEICHROEDER INC.
1345 AVENUE OF THE AMERICAS
NEW YORK NY 10105—4300

PENNIE NASH
NBC SECURITIES, INC.
1927 FIRST AVENUE NORTH
BIRMINGHAM AL 35203

LOU TREZZA
NATIONAL FINANCIAL SERVICES
LIC/STOC
200 LIBERTY (1 NFC)
NEW YORK NY 10281

OSCAR MAZARIO
OPPENHEIMER & CO. INC.
125 BROAD STREET
15TH FLOOR
NEW YORK NY 10004

SCOTT JOHNSON
OPTIONSXPRESS, INC.
311 14. MONROE STREET
CHICAGO IL 60606

JAMES MCGRATH
PENSON FINANCIAL SERVICES, INC.
1700 PACIFIC AVENUE
SUITE 1400
DALLAS TX 75201

ROBERT MCPHEARSON
MANAGER
PENSON FINANCIAL SERVICES, INC.W*
330 BAY ST SUITE 711
TORONTO ON M5H 2S8 CANADA

AL HERNANDEZ
PERSHING LLC
SECURITIES CORPORATION
1 PERSHING PLAZA
JERSEY CITY NJ 07399

MIKE DILLARD
RAYMOND, JAMES & ASSOCIATES, INC.
ala CARILlON PARKWAY
P.O. BOX 12749
ST. PETERSBURG FL 33716

STEVE SCHAFER SR
ASSOCIATE
RBC DAIN RAUSCHER INC.
510 MARQUETTE AVE SOUTH
MINNEAPOLIS MN 55402

KATHY GUILLOU
RIDGE CLEARING & OUTSOURCING
SOLUTIO
55 WATER STREET
32ND FLOOR
NEW YORK NY 10041

NORMITA RAMIREZ
SCOTIA CAPITAL INC.X
P.O. BOX 4085
STATION WAR
TORONTO ON M514 2X6 CANADA

ISSUER SERVICES
SCOTTRADE, INC.
C/O ADP PROXY SERVICES
51 MERCEDES WAY
EDGEW000 NY 11717

CHRISTINA FINZEN
SOUTHWEST SECURITIES, INC.
1201 ELM STREET
SUITE 3700
DALLAS TX 75270

MARIBETH WILLIAMS
STERNE, AGEE & LEACH, INC.
813 SHADES CREEK PARKWAY
SUITE 100—B
BIRMINGHAM AL 35242

CHRIS WEIGAND
STIFEL, NICOLAUS & COMPANY
INCORPORA
501 N. BROADWAY 7TH FL
STOCK RECORD DEPT
ST. LOUIS MO 63102

JULIA COLANTUONO
SUNTRUST BANK
P. 0. BOX 105504
CENTER 3141
ATLANTA GA 30348—5504

ISSUER SERVICES
TD AMERITRADE CLEARING, INC.
C/U ADP PROXY SERVICES
51 MERCEDES WAY
EDGEHOOD NY 11717

JANE FLOOD
VICE PRESIDENT
UBS FINANCIAL SERVICES INC.
1200 HARBOR BLVD
HEEHANKEN NJ 07086

JOHN MALLOY
UBS SECURITIES LLC
480 WASHINGTON BLVD
JERSEY CITY NJ 07310

JOYCE WILSON
MANAGER
USAA INVESTMENT MANAGEMENT
COMPANY
P0 BOX 659453
SAN ANTONIO TX 78265—9825

WACHOVIA BANK N.A.
1525 H. WT HARRIS BLVD
CHARLOTTE NC 28262—8522

ALICIA GONZALEZ
HEDSUSH MORGAN SECURITIES, INC.
1000 WILSHIRE BLVD
LOS ANGELES CA 90017

MARGARET KLASEN
ASSISTANT VICE PRESIDENT
HELLS FARGO INVESTMENTS, LLC
625 MARQUETTE AVENUE
13TH FLOOR
MINNEAPOLIS MN 55402—2308

Exhibit C

**EXHIBIT C**

**Class HC4e -- Common Stock Interests**

| CreditorName | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| David W Anderson | 1647 Folkestone Terrace | | | Westlake Village | CA | 91361-3517 | |
| John  W D Arcy & Margaret | | | | | | | |
| Jeanette D Arcy Jt Ten | 1580 Naperville Rd | | | Plainfield | IL | 60544-0000 | |
| Joseph Ardito Cust | Anthony R Ardito | 30360 N Center Ave | | Libertyville | IL | 60048-1456 | |
| Joseph Ardito Cust | Frank V Ardito | Unif Trf Min Act IL | 30360 N Center Ave | Libertyville | IL | 60048-1456 | |
| Joseph Ardito Cust | Jennifer L Ardito | Unif Trf Min Act IL | 30360 N Center Ave | Libertyville | IL | 60048-1456 | |
| William W Arning | 16751 Bending Creek Ln | | | Friendswood | TX | 77546-6187 | |
| Kimberlee J Bakken-Parr | 4484 Foothill Trl | | | Vadnais Hts | MN | 55127-6001 | |
| Woodward Ball & Corinne Ball | | | | | | | |
| Jt Ten | 6 Greenwich St | | | Riverdale | NJ | 07547-1102 | |
| William A Beard & Virginia M | | | | | | | |
| Beard Jt Ten | 1119 Dan River Church Rd | | | Halifax | VA | 24558-2691 | |
| Brody Behrens | 340 Highwood Drive | | | Chaska | MN | 55318 | |
| Madeline Behrens | 340 Highwood Drive | | | Chaska | MN | 55318 | |
| Barbara Freed Bell | 2618 Goddard Rd | | | Toledo | OH | 43606-3015 | |
| Victor J Seghers & Peter R | | | | | | | |
| Buenz Tr | UA Dtd Jan 21 2002 | Beltex Revocable Trust 5518 Summerhill | | Temple | TX | 76502-3989 | |
| George R Bentzel | 87 Country View Est | | | Newville | PA | 17241-8760 | |
| Albert L Bergren & Betty | | | | | | | |
| Bergren Jt Ten | 808 E 108th St | | | Kansas City | MO | 64131-3416 | |
| Harold Black | 2319 Clipper Ln | | | Knoxville | TN | 37922-6184 | |
| John Botti | 101 Via Los Altos | | | Tiburon | CA | 94920-2073 | |
| Bruce Hanna Tr | UA 11 18 04 | Bruce Hanna Trust | 4639 Coconino Way | San Diego | CA | 92117-2613 | |
| Scott Carr | 17171 Mariscal | | | Mission Viejo | CA | 92691-4440 | |
| Nat L Cassingham & Lita J | | | | | | | |
| Cassingham Jt Ten | 6024 Rosewood Dr | | | Mission | KS | 66205-0000 | |
| Cede & Co | PO Box 20 | Bowling Green Station | | New York | NY | 10274 | |
| Chadwick Foundation Inc | PO Box 486 | | | Soda Springs | ID | 83276 | |
| Peter T Chueh | 1757 Summerwood Dr | | | Fullerton | CA | 92833-4814 | |
| James M Cloyd & Evelyn Cloyd | | | | | | | |
| Jt Ten | 18563 Chickory Dr | | | Riverside | CA | 92504-9256 | |
| Merrill Lynch Cust | FBO Robert K Cole | 4695 MacArthur Court | Suite 1800 | Newport Beach | CA | 92660-1882 | |
| Robert K Cole | 2431 Riviera Drive | | | Laguna Beach | CA | 92651-0000 | |
| Constance W Compton | 102 Woods Lane | | | Menands | NY | 12204-1614 | |
| J Gordon Compton | 102 Woods Lane | | | Menands | NY | 12204-1614 | |
| Rodney B Cramer & Shirley | | | | | | | |
| Cramer Jt Ten | Box 793 | | | Los Fresnos | TX | 78566-0793 | |
| DBI Management Co LLC | Box 40575 | | | Providence | RI | 02940-0575 | |
| Wallace B Decker | 1439 Centre Rd | | | Rhinebeck | NY | 12575-3205 | |
| Jacob C Devlieger & Marianne | | | | | | | |
| T Devlieger Jt Ten | 1227 Parkhaven Ln | | | Houston | TX | 77077-1452 | |
| Christian M Disney | 16794 Paddington Dr | | | Beaverton | OR | 97006 | |

In re New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC) JA

Page 1 of 9

**EXHIBIT C**

**Class HC4e -- Common Stock Interests**

| | | | | | |
|---|---|---|---|---|---|
| Patti Dodge | 26 Oroville | | Irvine | CA | 92602-0922 |
| D Scott Douglas | PO Drawer 2197 | | Clearwater | FL | 33757-2197 |
| William D Dykstra | 08145 W Leonard | | Grand Rapids | MI | 49544-0000 |
| E J Peterson TR UA Aug 15 91 | E J Peterson Revocable Li | 409 Timberwick Pl | Manhattan | KS | 66503-3054 |
| Edward F Gotschall Tr UA Dec 22 06 | Edward F Gotschall Annuit | 6 Fresian | Coto de Caza | CA | 92679-4838 |
| Edward Gothcall & Susan Gothcall TR UA May 02 97 | FBO The Gothcall Family | 6 Fresian | Coto de Caza | CA | 92679-4838 |
| Edward Gotshall Cr UA 12 23 05 | Edward Gotschall Annuity | 6 Fresian | Coto de Caza | CA | 92679-4838 |
| Ramak Fazeli & Jennifer Fazeli Jt Ten | 116 Lost Creek Dr | | Folsom | CA | 95630-1522 |
| Mis As Exchange Agent for New Century Financial | Reorganization Departmer | Mellon Investor Service | 480 Washington Blvd Jersey City | NJ | 07310-1900 |
| First National Mtg & Loan Corp | Ronald W Kuper Pres | 567 E Jackson Rd | Saint Louis | MO | 63119-4270 |
| Jennie Fitter | 102 Munsey Rd | | Emerson | NJ | 07630-1514 |
| Fredric J Forster | 1221 Starboard Way | | Corona Del Mar | CA | 92625-1321 |
| Juidth A Fortenbach | PO Box 624 | | Highland Lks | NJ | 07422-0000 |
| Jeff Fournace & Andrea Fournace Jt Ten | 11454 Osprey Landing Way | | Ft Myers | FL | 33908-4969 |
| Edgar L Freeman Jr & Darlene M Freeman Jt Ten | 723 Buck Head Rd | | Bolton | NC | 28423-8840 |
| William J Fry & Gloria H Fry Tr UA 11 26 91 | Fry Family Trust | 10630 W Emerald Pt | Sun City | AZ | 85351-2742 |
| Fred Fuld III | 5100 B-1 Clayton Rd 405 | | Concord | CA | 94521 |
| Anna K Githens | 1925 E Apollo Ave | | Tempe | AZ | 85283-2305 |
| Morris Goldman & Bonnie Goldman Jt Ten | 11857 Darby Ave | | Northridge | CA | 91326-1321 |
| Edward Gotschall & Susan Gotschall Tr UA May 02 97 | FBO Gotschall Family Trus | 6 Fresian | Coto de Caza | CA | 92679-4838 |
| Edward F Gotschall & Susan K Gotschall Tr UA May 02 97 | The Gotshcall Family Trus | 6 Fresian | Coto de Caza | CA | 92679-4838 |
| Edward Gotschall & Susan Gotschall Tr UA May 02 97 | FBO Gotschall Family Trus | 6 Fresian | Coto de Caza | CA | 92679-4838 |
| Brittany Gotschall | 6 Fresian | | Coto de Caza | CA | 92679-4838 |
| Merrill Lynch Cust | FBO Edward F Gotschall | c/o New Century Financ | 18400 Von Karman A Irvine | CA | 92612-0516 |
| Edward F Gotschall | 6 Fresian | | Coto de Caza | CA | 92679-4838 |
| Matthew Gotschall | 6 Fresian | | Coto de Caza | CA | 92679-4838 |
| Susan K Gotschall Cust | Ryan Gotschall Under the | 6 Fresian | Coto de Caza | CA | 92679-4838 |
| Jeffrey S Hamernik & Maria S Hamernik Jt Ten | 14504 I Circle | | Omaha | NE | 68137-5358 |

In re New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC) JA

Page 2 of 9

**EXHIBIT C**

**Class HC4e -- Common Stock Interests**

| | | | | | |
|---|---|---|---|---|---|
| Harold C Stage Tr 03 15 04 | Harold C Stage Trust | Box 4405 | Kingman | AZ | 86402-4405 |
| New Century TRS Holdings Inc | 18400 Von Karman | Suite 1000 | Irvine | CA | 92612-0516 |
| Patrick M Holway | 182 Gay St 204 | | Philadelphia | PA | 19128-4811 |
| Martin Hovanasian | 4 Claire Rd | | Amesbury | MA | 01913-2102 |
| Addie L Huston | 4011 Shawnee Rd | | Lima | OH | 45806-1648 |
| Valerie C Johnson | 3204 Post Woods Dr Apt A | | Atlanta | GA | 30339 |
| Richard M Jones Tr UA 02 26 02 | By Richard M Jones | Box 104 | Kilauea | HI | 96754-0104 |
| Joseph R Westmoreland & Ramona D Westmoreland Tr UA 06 18 93 | By Joseph R Westmorelan | 1010 Woodhall Lane | Durham | NJ | 27712-9489 |
| Joy Starr Enterprises | 431 Summit St | | Englewd Clfs | NJ | 07632-0000 |
| Donald E Lange | 51 Misty Acres Road | | Rolling Hills Estat | CA | 90274 |
| Ronald F Leskovec | 4853 Clay St Rd 5 | | Geneva | OH | 44041-9272 |
| Rod H Lewellen | 933 Hawthrone Dr | | Columbus | IN | 47203-1619 |
| Fred W Loeb & Deborah C Loeb Jt Ten | 6210 Regina Ln | | Beaumont | TX | 77706-2500 |
| Marshall Wolf | Prime Account | Box 566 Church St Station | New York | NY | 10008-0000 |
| Anne Marie Masterso Cust | Kaitlyn Taylor Masterson L | 229 Blue Creek Dr | Winter Springs | FL | 32708-5504 |
| Gerald R Matthews | 8974 Hugh St | | Livonia | MI | 48150-4074 |
| Carolyn McKinley & John McKinley Jt Ten | 510 Whitley Dr | | Gahanna | OH | 43230-3635 |
| Michael M Sachs Tr UA Dtd Oct 21 2003 | Michael M & Maureen Sac | 16633 Ventura Blvd 6th Floor | Encino | CA | 91436-1826 |
| Michael M Sachs Ttee | Michael Sachs & Maureen | 16633 Ventura Blvd 6th Floor | Encino | CA | 91436-1826 |
| Gordon H Miller | 11 Dogwood Trl | | Lagrangeville | NY | 12540-5603 |
| Diane B Montgomery | 6290 Thach Rd | | Montgomery | AL | 36117-5221 |
| Brace A Morrice | 718 Davis Way | | Laguna Beach | CA | 92651-4108 |
| Earl R Myntti | 43 Prospect St | | Gardner | MA | 01440-3535 |
| Murry P Nielsen | 1321 Road T | | Neosho Rapids | KS | 66864-8717 |
| Christopher J Olsen & Nora M Olsen Tr UA 05 29 01 | Olsen Family Trust | 496 Valley Oak Pl | Woodbridge | CA | 95258-9323 |
| Earl F Parks & Joan B Parks Jt Ten | 29 Mullooly St | | Pittsburgh | PA | 15227-1738 |
| Betty J Patton | 4290 Jennings Fish Camp Rd | | Lake Wales | FL | 33898-4801 |
| Thomas F Patton | 4290 Jennings Fish Camp Rd | | Lake Wales | FL | 33898-4801 |
| Penbrad & Co Balancing Account | IPS Reconciliation Group | Mellon Investor Service 480 Washington Blvd | Jersey City | NJ | 07310-1900 |
| Brian David Percy | 277A Cross Rd | | Pembroke | NH | 03275-2907 |
| Lloyd S Peters | 4236 N 104th St 7 | | Milwaukee | WI | 53222-0000 |
| Nickolas L Pezzella | 214 Dulwich Cres | | Norfolk | VA | 23503-2809 |
| Harry Pritts | 1230 N Orient St | | Fairmont | MN | 56031-3719 |

In re New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC) JA

Page 3 of 9

**EXHIBIT C**

**Class HC4e -- Common Stock Interests**

| | | | | | |
|---|---|---|---|---|---|
| Tessa Pritts | 1230 N Orient St | | Fairmont | MN | 56031-3719 |
| Franz Prohaska & Katharina A Prohaska Jt Ten | 25151 Anchorage Dr | | Harrison Twp | MI | 48045-3703 |
| Quentin G Bowman & Phyllis I Bowman Tr UA Aug 19 92 | Quentin G & Phyllis I Bowr | 3304 Ferndell St NE | Salem | OR | 97303-1431 |
| John L Reed & Kathleen Reed Jt Ten | 1101 North Drive | | Casey | IL | 62420-3125 |
| | | | | | |
| Restricted Nominee Book Balance Account for 6435 Rest | Mellon Investor Services | 480 Washington Blvd 27th Fl | Jersey City | NJ | 07310-1900 |
| Rhody A Marquard Tr UA 01 10 97 | Rhody R Marquard Rev Tr | 2212 Farmdale Lane | Freeport | IL | 61032-0000 |
| Dorothy Roquemore | 1119 E 77th Pl | | Los Angeles | CA | 90001-2933 |
| William Rosell & Julie Rosell Jt Ten | 5252 Winding Way | | Sarasota | FL | 34242-1848 |
| Dorothy R Russum & Robert L Russum Jr Jt Ten | 704 N Agency Rd | | Ridgeland | MS | 39157-9422 |
| Michael M Sachs | Westrc Marina S | 16633 Ventura Blvd 6th Floor | Encino | CA | 91436-1826 |
| Saratoga Stragetic Fund LP A Partnership | c/o Adirondack Capital Mg Box 13843 | | Albany | NY | 12212-3843 |
| Gordon C Schnell & Laura B Schnell Jt Ten | 1966 Cougar Ln | | Clovis | CA | 93611-2072 |
| Carolyn A Schumi & Dennis J Schumi Jt Ten | Box 631 | | East Troy | WI | 53120-0631 |
| Dennis J Schumi | 2972 North St | Box 631 | East Troy | WI | 53120-0631 |
| George L Sharp & Lois K Sharp Jt Ten | 35 Douglas Way | | Nicholasville | KY | 40356-9264 |
| Daniel Simon Silver | 35 E 35th St | Apt 7d | New York | NY | 10016-3820 |
| Jason A Smith | 3727 Arbolada Rd | | Los Angeles | CA | 90027-2401 |
| Raymond C Smith | 508 Hugh St | | Parkersburg | WV | 26101-5804 |
| SNL Securities LLC | c/o SNL Financial | One SNL Plaza | 212 Seventh Street N Charlottesville | VA | 22902-2124 |
| Joseph F Soboda Jr & Claire M Soboda Jt Ten | 135 Pine St | | Rehoboth | MA | 02769-1416 |
| Spangler Bros Partnership | Box 61 | | Shelby | NC | 28151-0000 |
| Karl Spitzkopf | Box 45 | | Eagle Lake | FL | 33839-0045 |
| John A Sullivan | 1744 Cambria Court | | San Jacinto | CA | 92583 |
| Lehman H Sullivan | 3737 N College Ave Apt 318 | | Bethany | OK | 73008-3384 |
| Matthew C Swearingen & Rebecca Swearingen Jt Ten | 6589 Chanticleer Ct | | Westerville | OH | 43082-8585 |
| George Testa & Caroline E Testa Jt Ten | 415 Windsor Pl | | Oceanside | NY | 11572-1126 |
| Elizabeth A Tristani | 8-21 Mitchell Pl | | Fair Lawn | NJ | 07410-3232 |
| Pete Valonis | 821 N Cleburn | | Grand Island | NE | 68801-4248 |

In re New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC) JA

Page 4 of 9

**EXHIBIT C**

**Class HC4e -- Common Stock Interests**

| | | | | |
|---|---|---|---|---|
| Elizabeth Ward | 2068 W Mistletoe St | San Antonio | TX | 78201-5327 |
| Charles B White | 124 Riverview Ave | Lockport | IL | 60441-0000 |
| William J Williams | 9070 Monmouth Dr | Saint Louis | MO | 63117-1020 |
| Eva M Williamson | 116 Lazy River Rd | North Point | FL | 34287-3305 |
| Anthony A Woydziak | 1808 Barham | Dodge City | KS | 67801-2318 |
| Warren G Yager | 229 Willson St | Oneida | NY | 13421-1721 |
| Daryl E Zimmerman | 10735 Chokecherry Dr | Bismarck | ND | 58503-9798 |
| Richard A Zona | 55 Arbor Court | Tonka Bay | MN | 55331-9471 |
| Clinton Alcorn | 15402 South 18th Drive | Phoenix | AZ | 85045-1833 |
| Clinton Alcorn | 15402 South 18th Drive | Phoenix | AZ | 85045 |
| Marilyn Alexander | 565 Dunnegan Dr | Laguna Beach | CA | 92651 |
| Absame A Ali | 1770 Tara Way | San Marcos | CA | 92078 |
| Suzanne Nickolson Allen | 5330 N Royal View | Phoenix | AZ | 85018 |
| George E Arambula | 9 Deerborn Drive | Aliso Viejo | CA | 92656 |
| Richard Austin | 1002 W Riviera Dr | Santa Ana | CA | 92706 |
| Jason Barry Baker | 2114 Wineberry Dr | Katy | TX | 77450 |
| Shawn M Baldwin | 14658 SE 267th St | Kent | WA | 98042 |
| Andrew Irvin Barnes | 136 Overlook Dr | Liberty Hill | TX | 78642 |
| Michael Andrew Bartyczak | 1 Mandarin | Irvine | CA | 92604 |
| Nabil M Bawa | 1300 Camino Lago | Irving | TX | 75039-3051 |
| Tim Becker | 31 Highfield Glen | Irvine | CA | 92618 |
| Joe Beninati | 5 Orchard Way | Warren | NJ | 07059-5060 |
| Joseph V Beninati | 5 Orchard Way | Warren | NJ | 07059-5060 |
| William S Beresford | 24 Prairie Clover | Littleton | CO | 80127 |
| James Bischoff | 4550 Massachusetts St | San Diego | CA | 92116 |
| Harold Black | 2319 Clipper Ln | Knoxville | TN | 37922 |
| Daniel Blocker | 3210 Justamere Lane | Woodridge | IL | 60517-3760 |
| Nicholas J Booth | 11485 Misty Falls Lane | Frankfort | IL | 60423 |
| Steven Daniel Broaddus | 51 Florence Dr | Richboro | PA | 18954 |
| David Bruington | 9019 Diamante Dr | Magnolia | TX | 77354 |
| Angeline Matranga Butler | 2734 Gordon Banks Drive | Duluth | GA | 30097 |
| Sharon E Cappelen | 651 S Sutton Rd 172 | Streamwood | IL | 60107-2366 |
| Steve F Cassill | 1025 Capistrano | Laguna Beach | CA | 92651 |
| Marco Castaneda | 27 Foxtail Ln | Dove Canyon | CA | 92679 |
| Robert Champion | 11500 Musket Rim | Austin | TX | 78738-6609 |
| Richard Cimino | 719 Avenida Azor | San Clemente | CA | 92673-5673 |
| Pamela J Cirinelli | 26132 Via Marejada | Mission Viejo | CA | 92691 |
| Timothy John Clark | 15 Willowglade | Dove Canyon | CA | 92679 |
| Kevin Cloyd | 11795 Borum Avenue | Tustin | CA | 92782-5109 |
| Daniel R Coakley | 1220 Pine Tree Drive | Lake Villa | IL | 60046 |
| Robert K Cole | 2431 Riviera Drive | Laguna Beach | CA | 92651-0000 |
| Phillip Collins | 29 Old Northpoint Rd | Huntington | NY | 11743 |
| K Scott Comeaux | 13706 Magnolia Manor | Cypress | TX | 77429 |

In re New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC) JA

Page 5 of 9

**EXHIBIT C**

**Class HC4e -- Common Stock Interests**

| | | | | | |
|---|---|---|---|---|---|
| Mysti M Beach Cope | 811 Calle Vallaida | | | San Clemente | CA | 92673 |
| Rick Davies | 236 Via Mentone | | | Newport Beach | CA | 92663 |
| William Dawley | 16623 Big Creek Falls Court | | | Spring | TX | 77379 |
| Janice Mary Day | 9 Cambria Dr | | | Corona Del Mar | CA | 92625-1004 |
| Oliver E De Boer | 34 Strawberry Canyon Place | | | The Woodlands | TX | 77382 |
| Robert A Denarola | 720 1/2 Goldenrod Avenue | | | Corona Del Mar | CA | 92625 |
| Thomas P Dinan | 2796 N Meredith St | | | Orange | CA | 92687 |
| Patti Dodge | 2 Oroville | | | Irvine | CA | 92602-0922 |
| Kevin Joseph Dwyer | 2017 Harrier Ct | | | Newbury Park | CA | 91320 |
| Joe Eckroth | 6101 Morningside Drive | | | Huntington Beach | CA | 92648-6101 |
| David Einhorn | Greenlight Capital Inc | 140 East 45th Street | Floor 24 | New York | NY | 10017 |
| David A Epstein | 2462 Provence Court | | | Weston | FL | 33327 |
| Susan Feagans | 15714 Stiller Park Dr | | | Cypress | TX | 77429 |
| Christine A Fidler | 33721 Avenida Calita | | | San Juan Capistra | CA | 92675 |
| Tina L Fitch | 4475 Alton Rd | | | Miami Beach | FL | 33140 |
| Jenine A Fitter | 102 Munsey Rd | | | Emerson | NJ | 07630 |
| Patrick Flanagan | 8 Morning Dove | | | Laguna Niguel | CA | 92677-5307 |
| David C Fleig | 1229 Wedgewood | | | Sugar Land | TX | 77478 |
| John M Foley | 112 Polihale Place | | | Honolulu | HI | 96825 |
| Thomas S Forker | 200 E Park Rd | | | Havertown | PA | 19083 |
| Fredric Forster | 1221 Starboard Way | | | Corona Del Mar | CA | 92625 |
| Keith Frachiseur | 7929 Canterwood Dr SE | | | Olympia | WA | 98513 |
| Steven M Froning | 30124 Sonrisa Lane | | | Laguna Niguel | CA | 92677 |
| Michael A Gamble | 7343 Zaharias Court | | | Moorpark | CA | 93021 |
| Raymond Garcia | 1924 Highland Drive | | | Newport Beach | CA | 92660-4403 |
| Louis Garday | 3119 Madeira Avenue | | | Costa Mesa | CA | 92626-2323 |
| Louis J Garday Sr | 3119 Madeira Avenue | | | Costa Mesa | CA | 92626 |
| Vincent J Geraci | 57 Donnybrook Drive | | | Demarest | NJ | 07627 |
| James R Gillin | 1762 Vallecito Dr | | | San Pedro | CA | 90732 |
| Richard P Giordano | 41306 N Congressional | | | Anthem | AZ | 85086 |
| Larry R Goebel | 28 Antique Rose | | | Irvine | CA | 92620 |
| Jeffrey David Goldberg | 24871 Hamlet Way | | | Laguna Niguel | CA | 92677 |
| Edward F Gotschall | 6 Fresian | | | Trabuco Canyon | CA | 92679 |
| Tal T Peles Gray | 102 Treehouse | | | Irvine | CA | 92603 |
| Nichole R Haggard | 246 Fox Hills Drive | | | Thousand Oaks | CA | 91361 |
| Jeffrey J Haila | 1112 Basil Branch Court | | | Jacksonville | FL | 32259 |
| Eric Haines | 47 Canopy | | | Irvine | CA | 92603-0656 |
| Nancy Wood Hainey | 307 Queensferry Rd | | | Cary | NC | 27511 |
| Jason L Haye | 19566 Connemara Ct | | | Yorba Linda | CA | 92886 |
| John Hedlund | 13710 Pristine Lake Lane | | | Cypress | TX | 77429 |
| John Joseph Held | 4 Shepherds Way | | | Glenside | PA | 19038 |
| Lee C Holbein | 26661 Valpariso | | | Mission Viejo | CA | 92691 |
| Steven Holland | 2 Risero | | | Mission Viejo | CA | 92692-5130 |

In re New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC) JA

Page 6 of 9

**EXHIBIT C**

**Class HC4e -- Common Stock Interests**

| | | | | |
|---|---|---|---|---|
| Tricia C Holland | 2 Risero | | Mission Viejo | CA | 92692 |
| Charles E Houston Jr | 628 Taper Drive | | Seal Beach | CA | 90740 |
| Ronald M Ineman | 27955 Rural Lane | | Laguna Niguel | CA | 92677 |
| Jennifer R Jewett | 31901 Virgina Way | | Laguna Beach | CA | 92561-6820 |
| Lenice Johnson | 20092 Orchid Street | | Newport Beach | CA | 92660 |
| Scott A Johnson | 16512 Bridgewalk Drive | | Lithia | FL | 33547 |
| Mark Henry Kammermeier | 1245 Downieville Drive | | El Dorado Hills | CA | 93762 |
| Peter Karl | 21837 Ainsley Court | | Ashburn | VA | 20148-4529 |
| Richard B Kay Jr | 705 Chattahoochee Place | | Gainseville | GA | 30506 |
| Eric Lee Keillor | 895 Dove St 3rd Floor | | Newport Beach | CA | 92660 |
| Mary Choi Kelly | 4726 Cortland Drive | | Corona Del Mar | CA | 92625 |
| David Kennealy | 2662 Oak Knoll Drive | | Rossmoor | CA | 90720-448 |
| Gregory M Kimball | 64 Auburn Rd | | Millbury | MA | 01527 |
| Robert Lambert | 24 Cedar Ridge | | Irvine | CA | 92603-3610 |
| Timothy S Lambert | 4539 S Jasper St | | Aurora | CO | 80015 |
| Mills G Landon | 5901 Dorset Dr | | Plano | TX | 75093 |
| Donald Lange | 51 Misty Acres Road | | Rolling Hills Estat | CA | 90274 |
| Steven Lemon | 11 Forrest Ridge Road | | Upper Saddle Riv | NJ | 07458-1845 |
| Robert W Lent | 3226 Broad St | | Newport Beach | CA | 92663 |
| Warren Licata | 3196 Hannover Street | | Corona | CA | 92882-8864 |
| Warren J Licata | 3196 Hannover Street | | Corona | CA | 92882 |
| Randall Lightbody | 6502 Centre Place Circle | | Spring | TX | 77379 |
| Patricia J Lindsay | 1937 Port Seabourne | | Newport Beach | CA | 92660 |
| Douglas L Lipshaw | 1563 Westlake Blvd | | Palm Harbor | FL | 34683-3837 |
| Scott M Loewenstine | 1605 Perris Court | | New Albany | OH | 43054 |
| Marc Loesenthal | 2 Veneto | | Newport Coast | CA | 92657-1229 |
| Kenneth Lowery | 28820 Silveraod Cyn | PO Box 808 | Silverado Canyon | CA | 92676 |
| Elise J Luckham | 180 S Canyon Crest Drive | | Anaheim Hills | CA | 92808 |
| Mary Malloy | 5105 Stonehaven | | Yorba Linda | CA | 92887 |
| David S Malone | 213 Calle Potranca | | San Clemente | CA | 92672 |
| Mark Mitchell Malovos | 25 Bower Tree | | Irvine | CA | 92603 |
| Carrie M Marrelli | 182 Las Palmas | | Irvine | CA | 92602 |
| Richard Martin | 8109 Santaluz | Village Green South | San Diego | CA | 92127 |
| Monika McCarthy | 2401 Voorhees Avenue | | Redondo Beach | CA | 90278-2535 |
| Deborah L McDonald | 3136 Yorba Linda Blvd | 26 | Fullerton | CA | 92831 |
| William McKay | 603 Edgewater Avenue | | Oceanside | CA | 92057-4659 |
| Ralph Melbourne | 316 S Grant Street | | Hinsdale | IL | 60521-4053 |
| Anthony T Meola | 944 Lakewood Dr | | Barrington | IL | 60010 |
| Todd Miles | 4116 NE 134th St | | Vancouver | WA | 98686 |
| Kimberly Mitchell | 66 Fair Lane | | Raynham | MA | 02767-1176 |
| Evan J Mitnick | 69 N Ashby Avenue | | Livingston | NJ | 07039-2010 |
| Brad A Morrice | 2485 Irvine Cove Crest | | Laguna Beach | CA | 92651 |
| Daniel R Morris | 91 Aspen Lane | | Stamford | CT | 06903 |

In re New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC) JA

Page 7 of 9

**EXHIBIT C**

**Class HC4e -- Common Stock Interests**

| | | | | | |
|---|---|---|---|---|---|
| Arash Mostafavipour | 12 Elissa Lane | | Ladera Ranch | CA | 92694 |
| Stephne Nagy | 18285 Gum Tree Lane | | Huntington Beach | CA | 92646 |
| Jeff M Neal | 1166 Adele Ln | | San Marcos | CA | 92078 |
| Cindy A Nichols | 22031 Grass Valley | | Mission Viejo | CA | 92692 |
| Michael A Norman | 33605 Hawksbury Ct | | Avon | OH | 44011 |
| Dennis W O Donnell | 9118 Frances St | | Omaha | NE | 68124 |
| James Michael O Reilly | 702 Aberdeen Way | | Southlake | TX | 76092 |
| John Ortega | 13280 NW Freeway | Suite F245 | Houston | TX | 77040 |
| James Paradiso | 351 Manor Drive | | Nazareth | PA | 18064 |
| Richard Michael Pasquini | 591 Via Cristina | | Newbury Park | CA | 91320 |
| Alexandra T Piacenza | 37 Fillmore | | Irvine | CA | 92620 |
| Ken Pittman | PO Box 131 | | Capitola | CA | 95010 |
| Kevin Polivka | 16772 Allemand Lane | | Cypress | TX | 77429 |
| Brain E Powell | 905 Hickory Fork Drive | | Seffner | FL | 33584 |
| Lisa A Power | 6009 Tealside Court | | Lithia | FL | 33547 |
| Yury Pyatigorsky | 24901 Hollow Circle | | Laguna Niguel | CA | 92677 |
| Brian M Rauls | 33851 Valencia Place | | Dana Point | CA | 92629 |
| Richard A Rhinehart | 2317 Fairfield Way | | Upland | CA | 91784 |
| Camille S Richardson | 5460 La Pasada | | Long Beach | CA | 90815 |
| Kathryn Kay Richman | 11 Half Moon Bend | | Coronado | CA | 92118 |
| Richard M Rieman | 7122 W Peterson Ave | | Chicago | IL | 60631 |
| Pamela A Rigg | 25541 Rhoda Dr | | Mission Viejo | CA | 92691 |
| Dennis E Rivelli Jr | 242 S Crawford Canyon R | 26 | Orange | CA | 92869 |
| George Rivers | 11510 Hidden Grove Ct | | Tomball | TX | 77377 |
| Kathleen V Rodriguez | 8525 Enramada Ave | | Whittier | CA | 90605 |
| Michael Sachs | 201 Ocean Ave 909B | | Santa Monica | CA | 90402 |
| Antonio Sanchez | 125 Weathervane | | Irvine | CA | 92603 |
| William Fredr Schneider | 1302 Kenneth Dr | | Tustin | CA | 92780 |
| Gregory Schroeder | 32192 Rancho Cielo | | Trabuco Canyon | CA | 92679-3408 |
| Tracy Da Nell Scott | 14438 Rios Canyon Road | | El Cajon | CA | 92021 |
| Mark A Siegel | 2134 Leroy Place N W | | Washington | DC | 20008 |
| Scott A Smith | 13126 NE 104th St | | Kirkland | WA | 98033 |
| Alejandro R Solares | 935 Bay Tree Road | | La Canada Flintri | CA | 91011 |
| Gregory Spanos | 293 K St | Unit1 | S Boston | MA | 02127-3107 |
| Randy Stewart | 19918 FM 1488 | | Magnolia | TX | 77355-1698 |
| Ronald L Swearer | 229 Forest Avenue | | Glen Ridge | NJ | 07028 |
| Stergios Theologides | 6 Arbusto | | Irvine | CA | 92606 |
| Blake A Thiesse | 6 N 702 Brookhaven Lane | | St Charles | IL | 60175 |
| Cletius L Thompson | 16315 Destrehan Drive | | Cypress | TX | 77429 |
| Jonathan Threadgill | 21120 Frey Lane | | Tomball | TX | 77377 |
| Rachel B To | 31 Sorenson | | Irvine | CA | 92602-1644 |
| Rey A Topete | 1720 Lancaster Lane | | Woodridge | IL | 60517 |
| Joseph John Tortorelli | PO Box 4588 | | Irvine | CA | 92616 |

In re New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC) JA

Page 8 of 9

**EXHIBIT C**
**Class HC4e -- Common Stock Interests**

| | | | | | |
|---|---|---|---|---|---|
| Michelle E Traver | 27915 Via Crespi | | Laguna Niguel | CA | 92677 |
| Jeffrey Trusheim | 8415 Rebawood | | Humble | TX | 77346 |
| Chris Varco | 721 Babetta | | Park Ridge | IL | 60068 |
| Daniel J Volling | 10408 Eastwood Dr | | Huntley | IL | 60142 |
| Donna E Walker | 229 Montana del Lago | | Rancho Santa Ma | CA | 92688 |
| Joseph L Waltuch | 16695 San Salvador Rd | | San Diego | CA | 92128 |
| John Warnock | 4612 Ayron Terrace | | Palm Harbor | FL | 34685-4010 |
| Martin J Warren | 88 Wharf | Unit 503 | Milton | MA | 02186 |
| Karl Weiss | 25005 NE Patterson Way | | Redmond | WA | 98053-0000 |
| Eric C Whitenight | 1060 Villaggio Cir | | Vacaville | CA | 95688 |
| Lamar G Wilborn | 5395 Indian Hills Dr | | Simi Valley | CA | 93063 |
| David A Williamson | 1069 Barry Lane | | Gallatin | TN | 37066 |
| David Wilson | 33 Foxtail Lane | | Dove Canyon | CA | 92679-3805 |
| Colleen Wolf | 703 Pearl St | | Redondo Beach | CA | 90277 |
| Paul Zalle | 24456 Toledo Lane | | Lake Forest | CA | 92630-1937 |
| Richard Zona | 55 Arbor Court | | Tonka Bay | MN | 55331 |

In re New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC) JA

Page 9 of 9

**DTC CLASS HC4E – Common Stock**

REBECCA STRAND
AMERICAN ENTERPRISE INVESTMENT
SERVI
2178 AXP FINANCIAL CENTER
MINNEAPOLIS MN 55474

PAUL BOTTA
ASSENT LLC
5 MARINE PLAZA
SUITE 102
HOBOKEN NJ 07030

JAMES MONAHAN
VICE PRESIDENT
BANC OF AMERICA SECURITIES LLC
100 N 33rd STREET
3RD FLOOR
NEW YORK NY 10001

MITCHEL SOBEL
ASSISTANT TREASURER
BNY/DBLPB—DBX RISK ARBITAGE 8
FUND
401 SOUTH SAUNA STREET
2ND FLOOR
SYRACUSE NY 13202

JOHN CLIFFORD
BARCLAYS CAPITAL INC.
222 BROADWAY
NEW YORK NY 10038

VINCENT MARZELLA
BEAR, STEARNS SECURITIES CORP.
ONE METROTECH CENTER NORTH
4TH FLOOR
BROOKLYN NY 11201—3862

STEVE DEBERNARDO
WILLIAM BLAIR & COMPANY, L.L.C.
C/fl MW PROXY SERVICES
51 MERCEDES WAY
EDGEWOOD NY 11717

MARK SCHAFFER
DM0 NESBITT BURNS TRADING CORP. SA
3 TIME SQUARE
28TH FLOOR
NEW YORK NY 10036

LOUISE TORANGEAU
BMO NESBITT BURNS INC.*3(
1 FIRST CANADIAN PLACE 13TH FL
P. 0. BOX 150
TORONTO ON N5X 1H3 CANADA

HELEN KELLEY
BNP PARIBAS SECURITIES CORP.
555 CROTON ROAD
KING OF PRUSSIA PA 19406

CECILE LAMARCO
BNY/CHARLES STANLEY AND COMPANY,
LIM
ONE WALL STREET
NEW YORK NY 10286

EILEEN FRENCH
ASSISTANT VICE PRESIDENT
UNITED STATES TRUST COMPANY,
NATIONA
PROXY DEPARTMENT
499 WASHINGTON BLVD 7TH FL
JERSEY CITY NJ 07310

SHELDON BROUTMAN
ANALYST
BROWN BROTHERS HARRIMAN &
CO./ETF
140 BROADWAY
NEW YORK NY 10005

EDRISE SIEVERS
CALDUELL TRUST COMPANY
201 CENTER ROAD
SUITE 2
VENICE FL 34292

ALMA GOCA
CANACCORD CAPITAL CORPORATION3O(
P.O. BOX 10337, PACIFIC CENTER
2200-609 GRANVILLE STREET
VANCOUVER BC V7Y 1HZ CANADA

LORETTA VARELLI
CDS CLEARING AND DEPOSITORY
SERVICES
600 BOUL.DE MAISONNEUVE
OUEST BUREAU 210
MONTREAL QC H3A 3J2 CANADA

RONNIE FUIAVA
CHARLES SCHUAB & CO., INC.
FENNER & StlIT ATTN PROXY
DEPARTMENT
211 MAIN STREET
SAN FRANCISCO CA 94105

ROBERT J PUTNAM
CIBC WORLD MARKETS CORP.
425 LEXINGTON AVENUE
5TH FLOOR
NEW YORK NY 10017

NICASTRO JERRY
DIRECTOR
CIBC WORLD MARKETS INC.**
161 BAY ST 10TH FL
TORONTO ON M5J 258 CANADA

MARCIA BANKS
CITADEL TRADING GROUP, L.L.C.
101 SOUTH DEARBORN ST
CHICAGO IL 60603

CAROLYN TREBUS
CITIBANK, N.A.
3800 CITIBANK CENTER 83—12
TAMPA FL 33610

KHARAMDEO SINGH
HSBC SECURITIES (USA), INC./STOCK LO
432 FIFTH AVENUE
WEST BLDG 11TH FL
NEW YORK NY 10018

ANDY SORKIN
COMMERCE BANK OF KANSAS CITY, N.A.
INVESTMENT MANAGEMENT GROUP
922 WALNUT
KANSAS CITY MO 64106

DANIEL MCHALE
VICE PRESIDENT
COMPASS BANK/TRUST DIVISION
15 SOUTH 20TH STREET
SUITE 703
BIRMINGHAM AL 35233

GEORGE LEWIS
CROWELL, WEEDON & CO.
624 S. GRAND AVENUE
25TH FLOOR
LOS ANGELES CA 90017

ISSUER SERVICES
CREDIT SUISSE SECURITIES (USA) LLC
dO ADP PROXY SERVICES
51 MERCEDES NAY
EDGEWOOD NY 11717

GERHARDT FRANK
DAVID LERNER ASSOCIATES, INC.
477 JERICHO TURNPIKE
P0 BOX 9006
SYOSSET NY 11791—9006

KIM NEIDING
DAVENPORT & COMPANY LLC
901 EAST CARY ST
11TH FLOOR
RICHMOND VA 23219

RITA LINSKEY
D. A. DAVIDSON & CO.
P.O. BOX 5015
GREAT FALLS MT 59403

MARTINE BLAIS
DESJARDINS SECURITIES INC.*
2 COMPLEXE DESJARDINS, E. TWR 15TH F
P0 BOX 394 DESJARDINS STATION
MONTREAL QC H5B 1J2 CANADA

LOU PAGNOTTA
RAYMOND CONTE/2O1 593 2470
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

ISSUER SERVICES
DRESDNER KLEINWORT SECURITIES LLC
C/O ADP PROXY SERVICES
51 MERCEDES WAY
EDGEI400D NY 11717

BRIAN LEMARGIE
E*TRADE CLEARING LIC
10951 WHITE ROCK ROAD
RANCHO CORDOVA CA 95670

DEUTSCHE BANK TRUST COMPANY
AMERICAS
60 WALL STREET
NEW YORK NY 10005

ALLAN HAVRON
EMMETT A. LARKIN COMPANY, INC.
100 BUSH ST 10TH FLOOR
SAN FRANCISCO CA 94107—3997

PETER DEA
FAGENSON 8 CO., INC.
60 BROAD STREET
NEW YORK NY 10004

GAIL TIGGLE
MANAGER
FERRIS, BAKER WATTS, INCORPORATED
8403 COLESVILLE ROAD
SUITE 900
SILVER SPRING MD 20910

LA VONNE VESPOLI
SUPERVISOR
FISERV TRUST COMPANY/IA SERVICES
717—17 STREET
SUITE 2600
DENVER CO 80202

CHARLEEN ANDERSON
FIRST NATIONAL BANK OF OMAHA
1620 DODGE STREET
OMAHA NE 68102

JIM DETHILER
MANAGER
FOLIO(FN) INVESTMENTS, INC.
800 TOWERS CRESENT DRIVE
VIENNA VA 22182

KIM VILARA
FORTIS CLEARING AMERICAS LLC
175 H. JACKSON BLVD
SUITE 400
CHICAGO IL 60605

WANDA DAVIS
FIRST CLEARING, LLC/FFC-JBH
901 E BYRD ST
RICHMOND VA 23219

JAMES FURINO
FIRST SOUTHWEST COMPANY
1700 PACIFIC AVENUE
SUITE 500
DALLAS IX 75201

BOB NAZARIO
GENESIS SECURITIES, LLC
50 BROAD STREET
2ND FLOOR
NEW YORK NY 10004

JOYA BABA
VICE PRESIDENT
GLOBAL SECURITIES CORP./CDSXX
3 BENTALL CENTRE
595 DURRARD STREET, 11TH FL
VANCOUVER V7X 1CBC 00000

GLORIA LIO
VICE PRESIDENT
GOLDMAN, SACHS & CO.
30 HUDSON STREET
JERSEY CITY NJ 07302

ANTHONY BRUNO
GOLDMAN SACHS EXECUTION 8
CLEARING
30 HUDSON STREET
JERSEY CITY NJ 07302—4699

GLORIA LIO
VICE PRESIDENT
GOLDMAN SACHS INTERNATIONAL
30 HUDSON STREET
JERSEY CITY NJ 07302

ANTHONY BRUNO
GSECLP / FOC
30 HUDSON ST
10TH FLOOR
JERSEY CITY NJ 07302

MIKE KOHLER
H & R BLOCK FINANCIAL ADVISORS,
751 GRISWOLD STREET
DETROIT MI 48226

KEVIN MEDICO
J.J.B. HILLIARD, H.L. LYONS, INC.
C/O ADP PROXY SERVICES
51 MERCEDES HAY
EDGEWOOD NY 11717

DOMINICK ANDREASSI
VICE PRESIDENT
HSBC SECURITIES (USA), INC.
452 5TH AVENUE
NEW YORK NY 10018

WILLIAM HEISE
HSBC BANK USA, N.A.—IPB
452 5TH AVENUE
2ND FLOOR
NEW YORK NY 10018

JAEGER BARRYMORE
HSBC SECURITIES (CANADA) INC.
105 ADELAIDE ST, NEST
SUITE 1200
TORONTO ON M5H 1P9 CANADA

FREDERICK LANDO
HILL, THOMPSON, MAGID & CO., INC.
15 EXCHANGE PLACE
JERSEY CITY NJ 07302

KAREN THOMAS
HUNTLEIGH SECURITIES CORPORATION
7800 FORSYTH BLVD 5TH Fl.
ST. LOUIS NO 63105

RIA BOLTON
HUNTINGTON NATIONAL BANK
7 EASTON OVAL — EA4 E78
COLUMBUS ON 43219

MARIA TARDIO
INTERACTIVE BROKERS LLC
2 PICKNICK PLAZA
GREENWICH CT 06830

JESS G TUCKER
JAMES I. BLACK & COMPANY
311 S FLORIDA AVE
LAKELAND FL 33801

CHARLES ERRIGO
VICE PRESIDENT
JEFFERIES a COMPANY, INC.
HARBORSIDE FINANCIAL CENTER
705 PLAZA 3,
JERSEY CITY NJ 07311

REGINA LUTZ
JANNEY MONTGOMERY SCOTT LLC
1801 MARKET STREET
9TH FLOOR
PHILADELPHIA PA 19103-1675

CHERYL BOSENAN
EDWARD I. JONES & CO.
700 MARYVILLE CENTER DRIVE
ST LOUIS MO 63141

ERIC ALSOP
J.P. MORGAN SECURITIES INC.
500 STANTON CHRISTIANA RD
NEWARK DE 19713

JONATHAN BADNER
JP MORGAN CHASE/JP MORGAN
INTERNATIO
4 NEW YORK PLAZA
11TH FLOOR
NEW YORK NY 10004

KAREN BEDNARSKI
KEYBANK NATIONAL ASSOCIATION
4900 TIEDENAN ROAD
BROOKLYN OH 44144

RICHARD NEISBERO
VICE PRESIDENT
LAZARD CAPITAL MARKETS LLC
30 ROCKEFELLER PLAZA
NEW YORK NY 10020

SHAWN BROWN
LEGENT CLEARING LLC
9300 UNDERWOOD AVENUE
SUITE 600
OMAHA NE 68114

JIM GARDINER
LEHMAN BROTHERS, INC.
REORG
70 HUDSON
JERSEY CITY NJ 07302

DANIEL HANUKA
LEK SECURITIES CORPORATION
140 BROADWAY
29TH FLOOR
NEW YORK NY 10005

ROSANN TANNER
LPL FINANCIAL CORPORATION
9785 TOWNE CTR DRIVE
SAN DIEGO CA 92121—1968

KAREN JACOBSEN
CHIEF EXECUTIVE OFFICER
MARSCD INVESTMENT CORPORATION
101 EISENHOWER PARKWAY
ROSELAND NJ 07068

MELISSA TARASOVICH
OFFICER
MELLON TRUST OF NEW ENGLAND,
NATIONA
525 WILLIAM PENN PLACE
SUITE 3418
PITTSBURGH PA 15259

VERONICA E O'NEILL
MERRILL LYNCH, PIERCE, FENNER & StIlT
101 HUDSON ST 9TH FL
JERSEY CITY NJ 07302

GAIL CORTESE
MESIROW FINANCIAL, INC.
350 N. CLARK STREET
2ND FLOOR
CHICAGO IL 60610

JAMES ARENELLA
MANAGER
MF GLOBAL INC.
717 FIFTH AVENUE
NEW YORK NY 10022

SHARON NYITRAI
MANUFACTURERS AND TRADERS TRUST
COMP
P.O. BOX 1377
BUFFALO NY 14240

MERRILL LYNCH, PIERCE
101 HUDSON STREET
8TH FLOOR
JERSEY CITY NJ 07302
VERONICA E. O'NEILL

ARLENE B IPAPBO
N L STERN 8 CO., LL.C
8350 WILSHIRE BLVD
3RD FLOOR
BEVERLY HILLS CA 90211

CAROL ANTLEY
MORGAN, KEEGAN & COMPANY, INC.
50 NORTH FRONT STREET
MEMPHIS TN 38103

MICHELLE FORD
MORGAN STANLEY & CO.
INCORPORATED
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231

DAN SPADACCINI
MORGAN STANLEY—INTERNATIONAL
LIMITED
901 SOUTH BOND ST
6TH FL
BALTIMORE MD 21231

JOHN STAHLMAN
VICE PRESIDENT
MORGAN STANLEY I CO.
HARBORSIDE FINANCIAL
PLAZA 3, 4TH FLOOR
JERSEY CITY NJ 07311

APRIL MEADE
NORTH AMERICAN CLEARING, INC.
1383 WEST STATE ROAD 434
LONGW000 FL 32750

HALLE STASKY
NATIONAL CITY BANK
4100 WEST. 150TH STREET
CLEVELAND OH 44135

JOHN CLEMENTE
NATIXIS BLEICHROEDER INC.
1345 AVENUE OF THE AMERICAS
NEW YORK NY 10105—4300

PENNIE NASH
NBC SECURITIES, INC.
1927 FIRST AVENUE NORTH
BIRMINGHAM AL 35203

DANIEL NTAP
NBCN INC.
1010 RUE DE LA GAUCHETIERE ST NEST
SUITE 1925
MONTREAL QC H3B 5J2 CANADA

SAM BUSHRUI
NEWEDGE USA, LLC
630 FIFTH AVENUE
NEW YORK NY 10111

LOU TREZZA
NATIONAL FINANCIAL SERVICES
LIC/STOC
200 LIBERTY (1 NFC)
NEW YORK NY 10281

NORTHERN TRUST COMPANY -
SAFEKEEPING
50 SOUTH LASALLE STREET, LEVEL A
CHICAGO IL 60675

OSCAR MAZARIO
OPPENHEIMER & CO. INC.
125 BROAD STREET
15TH FLOOR
NEW YORK NY 10004

SCOTT JOHNSON
OPTIONSXPRESS, INC.
311 14. MONROE STREET
CHICAGO IL 60606

JAMES MCGRATH
PENSON FINANCIAL SERVICES, INC.
1700 PACIFIC AVENUE
SUITE 1400
DALLAS TX 75201

ROBERT MCPHEARSON
MANAGER
PENSON FINANCIAL SERVICES, INC.W*
330 BAY ST SUITE 711
TORONTO ON M5H 2S8 CANADA

STEVE PERLEMAN PRINCE
PERELMAN—CARLEY &
ASSOCIATES,INC.
THIN TOWERS
3000 FARNAN ST
OMAHA NE 68131

AL HERNANDEZ
PERSHING LLC
SECURITIES CORPORATION
1 PERSHING PLAZA
JERSEY CITY NJ 07399

ROB HALIOkIELL
SUPERVISOR
PNC BANK, NATIONAL ASSOCIATION
8800 TINICUM BLVDT
MS F6—F266—O2—2
PHILADELPHIA PA 19153

MARK SCHOUVILLER
MANAGER
PRINEVEST FINANCIAL SERVICES, INC.
400 1ST STREET SOUTH
ST. CLOUD MN 56301

SARA R. BLAKENHEIM
BAIRD (ROBERT 14.) 8 CO.
INCORPORATED
777 E. WISCONSIN AVENUE
MILWAUKEE NI 53202

CHRISTINE PEARSON
RAYMOND JAMES a ASSOCIATES,
INC./RAY
P.O. BOX 14407
ST. PETERSBURG FL 33733

MIKE DILLARD
RAYMOND, JAMES & ASSOCIATES, INC.
ala CARILION PARKWAY
P.O. BOX 12749
ST. PETERSBURG FL 33716

KAREN OLIVERES
RBC DOMINION SECURITIES, INC.*
ZOO BAY STREET, 6TH FLOOR
ROYAL BANK PLAZA NORTH TONER
TORONTO ON N5J 2147 CANADA

STEVE SCHAFER SR
ASSOCIATE
RBC DAIN RAUSCHER INC.
510 MARQUETTE AVE SOUTH
MINNEAPOLIS MN 55402

KATHY GUILLOU
RIDGE CLEARING & OUTSOURCING
SOLUTIO
55 WATER STREET
32ND FLOOR
NEW YORK NY 10041

NORMITA RAMIREZ
SCOTIA CAPITAL INC.X
P.O. BOX 4085
STATION WAR
TORONTO ON M514 2X6 CANADA

ISSUER SERVICES
SCOTTRADE, INC.
C/O ADP PROXY SERVICES
51 MERCEDES WAY
EDGEW000 NY 11717

DAN CWALINA
SEI PRIVATE TRUST COMPANY
ONE FREEDOM VALLEY DRIVE
OAKS PA 19456

CHRISTINA FINZEN
SOUTHWEST SECURITIES, INC.
1201 ELM STREET
SUITE 3700
DALLAS TX 75270

ED CHANEY
VICE PRESIDENT
SSB - TRUST CUSTODY
1200 CROWN COLONY DRIVE
QUINCY MA 02169

PAUL DESHARNAIS
MANAGER
STATE STREET BANK AND TRUST
COMPANY
1776 HERITAGE DR.
NORTH QUINCY MA 02171

PAUL DESHARNAIS
MANAGER
STATE STREET BANK AND TRUST
COMPANY'
1776 HERITAGE DRIVE
NORTH QUINCY MA 02171

CORINNE MOCCIA
STOCKCROSS FINANCIAL SERVICES, INC
ONE WASHINGTON MALL
BOSTON MA 02108

VEOLETTE PENNINGTON
STEPHENS, INC.
111 CENTER STREET
4TH FLOOR
LITTLE ROCK AR 72201—4402

MARIBETH WILLIAMS
STERNE, AGEE & LEACH, INC.
813 SHADES CREEK PARKWAY
SUITE 100—B
BIRMINGHAM AL 35242

CHRIS WEIGAND
STIFEL, NICOLAUS & COMPANY
INCORPORA
501 N. BROADWAY 7TH FL
STOCK RECORD DEPT
ST. LOUIS MO 63102

JULIA COLANTUONO
SUNTRUST BANK
P. 0. BOX 105504
CENTER 3141
ATLANTA GA 30348—5504

JANICA BRINK
VICE PRESIDENT
SWISS AMERICAN SECURITIES INC.
12 EAST 49TH STREET
41ST FLOOR
NEW YORK NY 10017

ISSUER SERVICES
TD AMERITRADE CLEARING, INC.
C/U ADP PROXY SERVICES
51 MERCEDES WAY
EDGEHOOD NY 11717

BEVERLY ADAMS
TD WATERHOUSE CANADA INC.*
60 NORTH WINDPLACE
SCARBOROUGH ON MiS 514 CANADA

RAY BURLEY
TERRA NOVA FINANCIAL, LLC
100 S. HACKER DRIVE
SUITE 1550
CHICAGO IL 60606

JACK BALL
TRUSTMARK NATIONAL BANK
248 EAST CAPITOL ST
ROOM 580
JACKSON MS 39201

JANE FLOOD
VICE PRESIDENT
UBS FINANCIAL SERVICES INC.
1200 HARBOR BLVD
HEEHANKEN NJ 07086

JOHN MALLOY
UBS SECURITIES LLC
480 WASHINGTON BLVD
JERSEY CITY NJ 07310

JOSEPH SOMMA
UBS SECURITIES LIC/SECURITIES LENDIN
677 WASHINGTON BLVD
STAMFORD CT 06902

KATHY DABRUZZI
SUPERVISOR
US BANCORP INVESTMENTS, INC.
60 LIVINGSTON AVE
EP-MN—NN2H
ST. PAUL MN 55107—1419

TIM KELLER
U.S. DANK N.A.
ATTN: SECURITIES CONTROL
1555 N. RIVERCENTER DR STE 302
MILWAUKEE MI 53212

JOYCE WILSON
MANAGER
USAA INVESTMENT MANAGEMENT
COMPANY
P0 BOX 659453
SAN ANTONIO TX 78265—9825

VICTORIA STEWART
WACHOVIA BANK N.A.
1525 H. WT HARRIS BLVD
CHARLOTTE NC 28262—8522

ALICIA GONZALEZ
WEDSUSH MORGAN SECURITIES, INC.
1000 WILSHIRE BLVD
LOS ANGELES CA 90017

MARGARET KLASEN
ASSISTANT VICE PRESIDENT
WELLS FARGO INVESTMENTS, LLC
625 MARQUETTE AVENUE
13TH FLOOR
MINNEAPOLIS MN 55402—2308

CINDY BOWMAN
WESBANCO BANK, INC.
C/O TRUST OPERATIONS
ONE BANK PLAZA
WHEELING WV 26003

LANCE WELLS
MANAGER
FIFTH THIRD BANK (THE)
5001 KINGSLEY DRIVE
MAIL DROP 1MOB2D
CINCINNATI OH 45227