**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :   Chapter 11
In re:                                         :
                                               :   Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC.,                :
a Delaware corporation, et al., [1]            :   Jointly Administered
                                               :
             Debtors                           :
                                               :   Re: Docket No. 5383, 5395, 5396 and 5405
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF SERVICE**

I, Jamie L. Edmonson, a Managing Director with XRoads Case Management Services, LLC and a member of the bar of this Court, hereby declare that on March 21, 2008, I caused true and correct copies of the following to be served, in the manner set forth in the Order Approving Disclosure Statement Regarding First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008 (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Joint Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Joint Plan of Liquidation and Approving Related Notice Procedures [D.I. 5396] (the "Solicitation Procedures Order") upon the Master Mailing Matrix, as set forth on a list maintained by Debtors' counsel and available upon request, by United States Postal Service First Class Mail:

- **Confirmation Hearing Notice**

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

Dated: April 9, 2008

                                                                                  <u>/s/ Jamie L. Edmonson</u>
                                                                                   Jamie L. Edmonson (No. 4247)
                                                                                   XROADS CASE MANAGEMENT
                                                                                    SERVICES, LLC
                                                                                  1821 E. Dyer Road, Suite 225
                                                                                 Santa Ana, California 92705
                                                                                 Telephone: (949) 567-1600