IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., et al.,<br><br>                Debtors. | Chapter 11<br>Case No. 07-10416-KJC, et seq.<br><br>**Objections due by: April 29, 2008, 4:00 p.m.**<br>**Hearing Date: May 7, 2008, 10:00 a.m.** |

## NOTICE OF MOTION OF
## DEUTSCHE BANK NATIONAL TRUST COMPANY ON BEHALF OF THE CERTIFICATE HOLDERS MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-NC2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-NC2 FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:    Parties listed on the Certificate of Service

      Deutsche Bank National Trust Company on behalf of the certificate holders Morgan Stanley ABS Capital I Inc. Trust 2005-NC2 Mortgage Pass-Through Certificates, Series 2005-NC2 has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to a parcel of real property in which the above-captioned debtor may hold an interest, located at 101 Stars Ave, Brownsville, TX 78520.

**HEARING ON THE MOTION WILL BE HELD ON MAY 7, 2008, 10:00 A.M.**

      You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at lease five business days before the above hearing date. At the same time, you must also serve a copy of the response upon movant's attorneys:

                Adam Hiller, Esquire
                Maria Aprile Sawczuk, Esquire
                Draper & Goldberg, PLLC
                1500 North French Street, 2nd Floor
                Wilmington, Delaware 19801
                (302) 339-8776 telephone

      The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

      The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for

*Movant: Deutsche Bank National Trust Company on behalf of the certificate holders Morgan Stanley ABS Capital I Inc. Trust 2005-NC2 Mortgage Pass-Through Certificates, Series 2005-NC2*
*D&G Reference: 213588/MillieSub2*
*Property Address: 101 Stars Ave, Brownsville, TX 78520*

the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTING IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: April 14, 2008<br>      Wilmington, Delaware | Respectfully submitted,<br><br>DRAPER & GOLDBERG, PLLC<br><br> /s/ **Adam Hiller**<br>Adam Hiller (DE No. 4105)<br>Maria Aprile Sawczuk (DE No. 3320)<br>1500 North French Street, 2nd Floor<br>Wilmington, Delaware 19801<br>(302) 339-8776 telephone<br>(302) 213-0043 facsimile<br><br>*Attorneys for Movant* |