## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted to practice and in good standing as a member of the Bars of the States of Maine, New Jersey, and New York, the Commonwealth of Pennsylvania, the Third Circuit Court of Appeals, the United States District Courts for the District of Maine, the Western District of Michigan, the District of New Jersey, the Southern District of New York, and the Eastern and Middle Districts of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee has been paid to the Clerk of Court for District Court.

_____
Paul McDonald
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104
(207) 228-7260

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States Bankruptcy Judge