## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | **Chapter 11** |
| | ) | |
| **NEW CENTURY TRS HOLDINGS,** | ) | |
| **INC., a Delaware corporation, et al.** | ) | **Case No. 07-10416 (KJC)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |

## FEE AUDITOR'S FINAL REPORT REGARDING
## INTERIM FEE APPLICATION OF FTI CONSULTING, INC.
## FOR THE FIRST INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as

fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of FTI

Consulting, Inc. for the First Interim Period (the "Application").

## BACKGROUND

1.      FTI Consulting, Inc. ("FTI") was retained as financial advisors to the official

committee of unsecured creditors.  In the Application, FTI seeks approval of fees totaling

$788,013.00 and costs totaling $40,399.56 for its services from April 9, 2007 through July 31,

2007 (the "Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations

contained herein, we reviewed in detail the Application in its entirety, including each of the time

and expense entries included in the exhibits to the Application, for compliance with Local Rule

2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware,

Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330,

Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established

in the United States Bankruptcy Court for the District of Delaware, the United States District

Court for the District of Delaware, and the Third Circuit Court of Appeals.   We served on FTI an

initial report based on our review, and received a response from FTI, portions of which response

are quoted herein.

## DISCUSSION

3.        Each of FTI's monthly invoices for the Application Period state that it is to be

compensated under two separate structures: a Fixed Monthly Rate of $150,000 for each of the

first 3 months and $100,000 thereafter (the "Fixed Rate Compensation Structure") and "certain

services on an hourly basis" (the "Hourly Rate Compensation Structure").  For the Application

Period, FTI seeks allowance of compensation of $525,000.00 under the Fixed Rate

Compensation Structure and $263,013.00 under the Hourly Rate Compensation Structure.

## FIXED RATE COMPENSATION STRUCTURE

4.        We note that FTI expended 1,894.7 hours during the Application Period and,

based on its requested compensation of $525,000.00, FTI's effective hourly rate for this

compensation structure is $277.09 per hour.

5.        In our initial report we noted that in the May 2007 monthly invoice, project code

#19, "Prep/Partcip in Mtgs & Conf Calls with Debtor and Advisors", there is time billed under

both the Fixed Rate Compensation Structure and the Hourly Rate Compensation Structure - 17.5

and 3.8 hours respectively.  In every other monthly invoice covered by the Application Period,

project code #19 is listed as a Fixed Rate Compensation Structure project.  We asked FTI to

explain why the 3.8 hours and corresponding $2,280.00 in fees for project code #19 tasks for the

month of May 2007 are not included in the Fixed Rate Compensation Structure.  FTI responded

as follows:

Time billed under project code, "Prep/participate in Meetings & Conference Calls with Debtor and Advisors" for the hourly scope relates to 3.8 hours that R. Sloane charged for preparation and participation in a meeting with Committee counsel re: presentation of investigation findings by Heller Ehrman and PwC. R. Sloane's services relate to the hourly scope tasks.

We appreciate FTI's response and have no objection to these fees.

<u>HOURLY RATE COMPENSATION STRUCTURE</u>

6.    In our initial report we noted that FTI billed 32.3 hours and $15,435.00 for the following instances in which multiple professionals participated in meetings; however, the time entries do not explain why it was necessary for each professional to participate or the specific role of each professional in each instance.

| | | | | | |
|---|---|---|---|---|---|
| 5/30/07 | Ventricelli | 2.4 | $550.00 | $1,320.00 | Prepare for and meet at offices of Heller with counsel for Special Committee and others to receive report on status of investigation. |
| 5/30/07 | Collura | 3.3 | $450.00 | $1,485.00 | Attend presentation provided by counsel to the audit committee and provide status of audit committee investigation. |
| 5/30/07 | Sloane | 2.4 | $600.00 | $1,440.00 | Participation in meeting with Committee counsel to discuss investigation findings by Heller Ehrman and PwC. |
| 7/17/07 | Ventricelli | 1.0 | $275.00 | $275.00 | Travel time from New York, NY to Washington, DC for meeting with Examiner and PwC. |
| 7/17/07 | Sloane | 1.3 | $300.00 | $390.00 | Travel time from New York, NY to meeting in Washington, DC. |
| 7/17/07 | Collura | 0.8 | $225.00 | $180.00 | Travel time related to trip to Washington, DC for meeting with the Examiner, Kirkpatrick & Lockhart, BDO Seidman, PwC and Heller Ehrman. |
| 7/17/07 | Collura | 3.3 | $450.00 | $1,485.00 | Attend meeting in Washington, DC with the Examiner, Kirkpatrick & Lockhart, BDO Seidman, PwC and Heller Ehrman to discuss PwC's work performed in connection with the Audit Committee investigation. |
| 7/17/07 | Sloane | 3.3 | $600.00 | $1,980.00 | Participation in meeting with Examiner, K&L/Gates, Hahn & Hessen, BDO Seidman, PwC and Heller Ehrman to receive current status report. |
| 7/17/07 | Ventricelli | 3.3 | $550.00 | $1,815.00 | Meet at Examiner's office for presentation by PwC and group discussion. |
| 7/17/07 | Collura | 1.4 | $450.00 | $630.00 | Continue meeting in Washington, DC with the Examiner, Kirkpatrick & Lockhart, PwC and Heller Ehrman to discuss PwC's work |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | performed in connection with the Audit Committee investigation. |
| 7/17/07 | Sloane | 1.4 | $600.00 | $840.00 | Continuation of meeting with Examiner, K&L/Gates, Hahn & Hessen, BDO Seidman, PwC, and Heller Ehrman. |
| 7/17/07 | Ventricelli | 1.4 | $500.00 | $700.00 | Continue meeting at Examiner's offices for presentation by PwC of results from SEC investigation. |
| 7/17/07 | Collura | 1.3 | $450.00 | $585.00 | Attend meeting in Washington, DC with the Examiner and BDO Seidman to coordinate efforts and discuss status of information received from the Debtors. |
| 7/17/07 | Sloane | 1.3 | $600.00 | $780.00 | Participation in meeting with Examiner, BDO Seidman, and Hahn & Hessen to discuss status of work performed and to coordinate approach in order to avoid duplication of services. |
| 7/17/07 | Ventricelli | 1.3 | $550.00 | $715.00 | Follow-up meeting with Examiner and his counsel with BDO representatives to discuss approach and ways to coordinate efforts. |
| 7/17/07 | Collura | 1.2 | $225.00 | $270.00 | Travel time related to return trip from meeting with the Examiner, Kirkpatrick & Lockhart, BDO Seidman, PwC and Heller Ehrman. |
| 7/17/07 | Sloane | 0.9 | $300.00 | $270.00 | Travel time from Washington, DC to New York, NY after meeting with Examiner. |
| 7/17/07 | Ventricelli | 1.0 | $275.00 | $275.00 | Travel time from Washington, DC to New York, NY after meeting with Examiner and PwC. |
| | | 32.3 | | $15,435.00 | |

We asked FTI for further explanation regarding these fees and it responded as follows:

The individuals identified (i.e., Ventricelli, Collura and Sloane) all participated in two meetings on the dates noted. R. Collura was a director and worked closely with D. Ventricelli, a new Senior Managing Director on the day to day activities that were being performed at the request of counsel to the Committee. R. Sloane, a seasoned Senior Managing Director with mortgage backed securities expertise, is the senior person responsible for oversight on the "litigation" aspect of the engagement. All three professionals attended these two meetings so they could hear first hand the findings to date. This ensured that they could coordinate FTI's activities with that of the Examiner to avoid duplication. Also, by having all three attend the meetings, they would not need a follow up meeting where the information would be "shared" with those performing the day to day activities.

5/30/07 – Ventricelli, Collura and Sloane prepared for and attended a meeting with Committee counsel to discuss the investigation findings by Heller Ehrman and PwC.

7/17/07 – Ventricelli, Collura and Sloane traveled to Washington DC to meet with

the Examiner, and others to obtain a current status update. They went up and back in one day in an effort to minimize time and expense to the estate. It should be noted that travel time was billed at 50%.

We appreciate FTI's response and have no objection to these fees.

7.    In our initial report we noted that FTI billed 18.9 hours and $6,465.00 for the

following entries regarding "Ringtail" and "Ringtail training":

| 5/17/07 | Ventricelli | 2.4 | $550.00 | $1,320.00 | Call with counsel re: fee estimate for review of documents including using Ringtail for document hosting and management. |
|---------|-------------|-----|---------|-----------|-----|
| 5/18/07 | Ventricelli | 1.3 | $550.00 | $715.00 | Call with counsel re: planning for document review and Ringtail fee estimate. |
| 5/18/07 | Collura | 0.4 | $450.00 | $180.00 | Participate on call with counsel regarding initial document review and status of electronic production. |
| 6/11/07 | Ventricelli | 0.6 | $550.00 | $330.00 | Prepare for Ringtail demo with counsel. |
| 6/12/07 | Meyer | 1.0 | $250.00 | $250.00 | Conference call with Hann & Hessen and FTI re Ringtail. |
| 6/12/07 | Romney | 2.0 | $250.00 | $500.00 | Conference call with A. Wilbur re work flow, training and system requirements. |
| 6/12/07 | Wilbur | 0.9 | $250.00 | $225.00 | Configure permissions in casebook, set fields, create issues and check index in advance of training session. |
| 6/12/07 | Wilbur | 2.0 | $250.00 | $500.00 | Conference call with A. Romney re work flow, training and system requirements. |
| 6/21/07 | Ventricelli | 0.4 | $550.00 | $220.00 | Organize Ringtail process for review of documents received from Debtors. |
| 6/21/07 | Wilbur | 0.3 | $250.00 | $75.00 | Conference with team re new data for import and scheduling of additional Ringtail training. |
| 6/22/07 | Wilbur | 0.3 | $250.00 | $75.00 | Conference with team re additional Ringtail training and new data. |
| 6/25/07 | Collura | 0.8 | $450.00 | $360.00 | Participate in Webex training with counsel regarding coding of documents and FTI Ringtail's search capabilities. |
| 6/25/07 | Meyer | 1.8 | $250.00 | $450.00 | Create test coding template and participate in Ringtail training session. |
| 6/25/07 | Ruiz | 1.8 | $300.00 | $540.00 | Conduct Ringtail training. |
| 6/25/07 | Wilbur | 2.9 | $250.00 | $725.00 | Participate in Ringtail training and conference with team re new data and start configuring review details. |
| | | 18.9 | | $6,465.00 | |

We asked FTI for further explanation regarding these fees and it responded as follows:

There was no training of FTI professionals as it relates to Ringtail. Ringtail is a

document hosting and management product that FTI implemented at the Committee's request. This product is designed to save time and expense associated with the handling and reviewing of large amounts of documents. Time entries cited relate to the implementation of the Ringtail system, not training of FTI professionals. FTI's team spent time importing and loading the data, and configuring the review capabilities of the system to the specifications of Hahn and Hessen. FTI also provided system training to the attorneys at Hahn and Hessen and Blank Rome.

We appreciate FTI's response, and have no objection to these fees.

8.    In our initial report we noted that FTI billed 10 hours and $1,250.00 for Levenberg

($125) to conduct the following tasks that appear clerical in nature:

| | | | | |
|---|---|---|---|---|
| 7/10/07 | Levenberg | 1.8 | $225.00 | Create duplicate support binder of interview memos. |
| 7/19/07 | Levenberg | 1.1 | $137.50 | Create duplicate binder for review and analysis. |
| 7/23/07 | Levenberg | 1.5 | $187.50 | Create duplicate binder for analysis and review. |
| 7/9/07 | Levenberg | 1.2 | $150.00 | Create an index for the CD's and DVD's received. |
| 7/24/07 | Levenberg | 1.2 | $150.00 | Update the CD index spreadsheet. |
| 7/24/07 | Levenberg | 1.4 | $175.00 | Update the CD index and list of interview spreadsheets to include new data. |
| 7/31/07 | Levenberg | 1.8 | $225.00 | Update the CD's index spreadsheet for review and analysis. |
| | | 10.0 | $1,250.00 | |

We asked FTI to provide further explanation regarding these fees and it responded as follows:

Mr. Levenberg is an FTI professional that performed necessary tasks but for these services we will agree to a reduction to $80 per hour, resulting in a $450 fee reduction.

We appreciate FTI's response and thus recommend a reduction in Levenberg's billing rate for the

above-referenced tasks, for a reduction of $450.00 in fees.

9.    In our initial report we noted that FTI seeks reimbursement of $3,229.11 for the

following Airfare/Train charges which appear excessive:

| | | | | |
|---|---|---|---|---|
| 5/14/07 | Bryant | Airfare/Train | $1,155.70 | One-way coach airfare from Charlotte, NC to Los Angeles, CA. |
| 5/15/07 | Dragelin | Airfare/Train | $2,073.41 | Roundtrip coach airfare from Charlotte, NC to Los Angeles, CA. |
| | | | $3,229.11 | |

Although we note both entries indicate the airfare represented coach class service, we asked FTI to provide further explanation and it responded as follows:

> K. Bryant's one-way airfare from Charlotte, NC to Los Angeles, CA and T. Dragelin's roundtrip airfare from Charlotte, NC to Los Angeles, CA were the lowest available airfares on that flight. The flights were booked close to the time of departure because the timing of meetings at the company were changing. Availability on that flight was already limited at the time of booking. Non-refundable tickets were not obtained due to the possibility of future schedule changes.

We appreciate FTI's response and have no objection to these expenses.

10.    In our initial report we noted that FTI seeks reimbursement of $2,500.00 for the following Electronic Subscriptions charge which is insufficient in detail:

| | | | | |
|---|---|---|---|---|
| 6/30/07 | Meyer | Electronic Subscriptions | $2,500.00 | Ringtail Setup Fees (06/01/07-06/30/07) |

We asked FTI to provide further explanation regarding this expense and it responded as follows:

> FTI charges a setup fee to initiate either a Ringtail or Attenex database.  This set-up fee includes:
>
> •    Initial SQL server database set-up
> •    Configuration and scheduling of back-up procedures
> •    Initial username and password registration
> •    Initial security settings
>
> Unit Fee: $2,500 per database.

We appreciate FTI's response and have no objection to this expense.

11.    In our initial report we noted that FTI seeks reimbursement of $10,017.25 for the following Hotel & Lodging costs which appear excessive:

| | | | |
|---|---|---|---|
| 4/12/07 | Greenspan | $1,415.70 | Lodging, Wilmington, DE (3 nights) |
| 5/1/07 | Dragelin | $1,115.80 | Lodging, New York, NY (2 nights) for auction. |
| 5/14/07 | Ellis | $954.30 | Lodging, Irvine, CA (3 nights) for meetings with Company. |
| 5/15/07 | Dragelin | $636.20 | Lodging, Irvine, CA (2 nights) for meetings with Company. |
| 5/15/07 | Wolf | $597.53 | Lodging, New York, NY (1 night) for auction. |
| 5/16/07 | Wolf | $557.90 | Lodging, New York, NY (1 night) for auction. |

| 5/17/07 | Bryant | $1,086.30 | Lodging, Irvine, CA (3 nights) for meetings with Company. |
| 5/18/07 | Greenspan | $1,673.70 | Lodging, New York, NY (3 nights) for auction. |
| 6/19/07 | Dragelin | $1,979.82 | Lodging, New York, NY (3 nights) |
| | | $10,017.25 | |

We asked FTI to provide further explanation regarding these charges, and it responded as follows:

> FTI generally books accommodations that are relatively close to the site where business will be conducted. Hotel rates for these entries are a function of location, availability and timing of booking.

> 4/12/07 Greenspan $1,415.70
> Hotel and Location: Hotel DuPont (Wilmington, DE)
> Nightly Rate exclusive of taxes: $429 before taxes for 3 nights (no incidentals)

> 5/1/07  Dragelin $1,115.80
> Hotel and Location: Westin Hotel (New York, NY)
> Nightly Rate exclusive of taxes: $489 for 2 nights (no incidentals)

> 5/14/07 Ellis  $954.30
> Hotel and Location: Marriott Hotel (Irvine, CA)
> Nightly Rate exclusive of taxes: $289 before tax for 3 nights (no incidentals)

> 5/15/07 Dragelin $636.20
> Hotel and Location: Marriott Hotel (Irvine, CA)
> Nightly Rate exclusive of taxes: $289 before tax for 2 nights (no incidentals)

> 5/15/07 Wolf  $597.53
> Hotel and Location: Marriott Marquis (New York, NY)
> Nightly Rate exclusive of taxes: $509.00 for 1 night (Total expense includes a $16.95 Internet charge)

> 5/16/07 Wolf  $557.90
> Hotel and Location: Westin Hotel (New York, NY)
> Nightly Rate exclusive of taxes: $489 for 1 night (no incidentals)

> 5/17/07 Bryant  $1,086.30
> Hotel and Location: Marriott Hotel (Irvine, CA)
> Nightly Rate exclusive of taxes: $329 before tax for 3 nights (no incidentals)

> 5/18/07 Greenspan $1,673.70
> Hotel and Location: Westin Hotel (New York, NY)
> Nightly Rate exclusive of taxes:  $557.90 (inclusive of taxes) for 3 nights (no incidentals)

6/19/07 Dragelin $1,979.82
Hotel and Location: Marriott Marquis (New York, NY)
Nightly Rate exclusive of taxes: $579 for 3 nights (no incidentals)

With respect to hotel expenses, we take into consideration that certain geographical areas require payment of a higher per night rate. Therefore we maintain a standard of reasonableness for hotel rates as follows: charges exceeding $350.00[1] per person, per night in the New York City market, $300 per person, per night in the Wilmington, Delaware market, and $250 per person, per night for all other markets, are considered excessive. Thus we recommend a reduction of the amount in excess of these standards, for a reduction of $3,600.30[2] in expenses.

12.    In our initial report we noted that FTI seeks reimbursement of $812.11 for the following meal charges which appear excessive:

| 5/15/07 | Greenspan | Meals - Out of office | $145.65 | Out of town meal/dinner for self |
| 5/16/07 | Ellis | Meals - Out of office | $21.26 | Out of town meal/breakfast for self. |
| 5/17/07 | Dragelin | Meals - Out of office | $110.00 | Out of town meal/dinner for self and K. Bryant (FTI). |
| 5/17/07 | Greenspan | Meals - Out of office | $75.00 | Out of town meal/dinner for self. |
| 6/14/07 | Ventricelli | Meals | $92.90 | Out of town meal/lunch for self, R. Collura and R. Sloane. |
| 7/16/07 | Ventricelli | Meals | $217.30 | Working meal/lunch for self, J. McCahey, M. Arnott, S. Wright, B. Fatell, R. Sloane and R. Collura. |
| 7/30/07 | Sloane | Meals | $150.00 | Working meal/lunch with self, J. McCahey, M. Arnott, D. Ventricelli and R. Collura. |
| | | | $812.11 | |

We consistently recommend that the estate should not be asked to reimburse dinner expenses beyond $50 per person, lunch expenses beyond $25 per person, or breakfast charges beyond $15 per person, and that any expenses beyond that amount are unreasonable. We asked FTI to provide further

---

[1]*Sans* taxes.

[2]We have not included a reduction for the $16.95 internet charge for Wolf's 5/17/07 New York City accommodations.

explanation regarding these charges and it responded as follows:

> FTI will agree to the recommended $50 per person cap on dinner expenses, $25 per person cap on lunch expenses and $15 per person cap on breakfast expenses, resulting in a $222.11 expense reduction. This cap will apply to all future fee applications as well.

We appreciate FTI's response and thus recommend a reduction in the above-referenced meal costs, for a reduction of $222.11 in expenses.

13.    In our initial report we noted that FTI seeks reimbursement of $152.32 for the following Mileage/Parking/Tolls charges which may represent charges for the professional's commute:

| 7/16/07 | Sloane | Mileage/Parking/Tolls | $27.16 | Roundtrip mileage to/from Long Island (56 miles). |
| 7/16/07 | Sloane | Mileage/Parking/Tolls | $37.00 | Parking charges. |
| 7/16/07 | Sloane | Mileage/Parking/Tolls | $8.00 | Toll charges from New York, NY to/from Long Island. |
| 7/25/07 | Sloane | Mileage/Parking/Tolls | $27.16 | Roundtrip mileage to/from Long Island (56 miles). |
| 7/25/07 | Sloane | Mileage/Parking/Tolls | $45.00 | Parking charges. |
| 7/25/07 | Sloane | Mileage/Parking/Tolls | $8.00 | Toll charges from New York, NY to/from Long Island. |
| | | | $152.32 | |

Ordinarily, a professional's commuting expenses to and from the firm's offices are not an expense that is passed on to the client. We asked FTI to provide further explanation regarding these charges, and it responded as follows:

> Each month Ray Sloane buys a monthly Long Island Railroad pass to commute from his home on LI to NYC for work. On the two days in question 7/16/07 and 7/25/07 Ray Sloane drove into NYC and home in order to transport materials related to the New Century matter that he was going to be reviewing at home. The boxes were too large to carry on the train and it was more cost effective and efficient to have Ray Sloane take the boxes to his home rather than pay for a messenger service to LI.

We appreciate FTI's response and have no objection to these expenses.

14.    In our initial report we noted that FTI seeks reimbursement of $1,452.17 for the

following Taxi/Subway charges which appear excessive:

| | | | | |
|---|---|---|---|---|
| 4/11/07 | Dragelin | Taxi/Subway | $117.83 | Taxi from airport to hotel. |
| 4/12/07 | Dragelin | Taxi/Subway | $75.00 | Taxi from hotel to airport. |
| 4/17/07 | Dragelin | Taxi/Subway | $91.50 | Car service from airport to hotel. |
| 5/3/07 | Dragelin | Taxi/Subway | $187.52 | Taxi from airport to client's offices. |
| 5/14/07 | Ellis | Taxi/Subway | $87.98 | Taxi from home to airport. |
| 5/15/07 | Greenspan | Taxi/Subway | $119.85 | Taxi from airport to hotel. |
| 5/18/07 | Ellis | Taxi/Subway | $94.61 | Taxi from airport to home. |
| 5/18/07 | Greenspan | Taxi/Subway | $89.25 | Taxi from hotel to airport. |
| 6/19/07 | Collura | Taxi/Subway | $132.19 | Taxi from home to airport. |
| 6/19/07 | Collura | Taxi/Subway | $111.28 | Taxi from airport to home. |
| 6/19/07 | Ventricelli | Taxi/Subway | $136.32 | Taxi from home to airport. |
| 6/19/07 | Ventricelli | Taxi/Subway | $131.22 | Taxi from airport to home. |
| 6/19/07 | Dragelin | Taxi/Subway | $77.62 | Taxi from airport to FTI office. |
| | | | $1,452.17 | |

We asked FTI to provide further explanation regarding these charges and it responded as follows:

FTI generally takes car services to/from the airport to ensure timely arrival and save time.

Dragelin
The 4/11/07 expense ($117.83) for Tim Dragelin took place on 4/8/07, when he took a car service from the Philadelphia, PA airport to the hotel in Wilmington, DE for the first week of work for the client at counsel's offices. On 4/12/07, Tim Dragelin took a taxi from his hotel in Wilmington, DE to the Philadelphia, PA airport ($75.00). FTI will agree to reduce his car service expense to the amount of the taxi expense, resulting in a $42.83 expense reduction.

On 4/17/08, he took a car service from the airport to his hotel in New York for meeting with counsel.

The 5/3/07 expense took place on 5/2/07 when he took a car service from the airport to the site of the auction of the LNFAs and residuals.

On 6/19/07, he took a car service from the airport to his hotel in New York in order to attend the origination technology sale.

Ellis
On 5/14/07 and 5/18/07, Melissa Ellis took a car service to/from her apartment to/from JFK airport in New York for travel to California to meet with the Debtors.

Greenspan
On 5/15/07 and 5/18/07, Ron Greenspan took a car service to/from JFK airport to/from his hotel in New York in order to attend the auction of the MS residual

interests.

<u>Collura</u>
On June 19, 2007 Richard Collura took a car service to/from the airport to/from his home to attend a meeting at Heller Ehrman's office in Washington, DC to discuss the New Century Audit Committee presentation.

<u>Ventricelli</u>
On June 19, 2007 Dan Ventricelli took a car service to/from the airport to/from his home to attend a meeting at Heller Ehrman's office in Washington, DC to discuss the New Century Audit Committee presentation.

We appreciate FTI's response and note its offer to reduce Dragelin's 4/11/07 charge by $42.83. We concur with this proposal, and thus recommend a reduction in the transportation charge, for a reduction of $42.83 in expenses. With regard to the remaining charges, it is our opinion that the response does not establish the reasonableness for the charges. The response does not explain either why a car service was necessary for these trips or why the rates charged should be considered reasonable. Thus, we recommend a twenty-five percent reduction for these charges, for a reduction of $333.59 in expenses.

## CONCLUSION

15.    Thus we recommend approval of fees totaling $787,563.00 ($788,013.00 minus $450.00) and costs totaling $36,200.73 ($40,399.56 minus $4,198.83) for FTI's services from April 9, 2007 through July 31, 2007.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**


By:_____
        Warren H. Smith
        Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1275
Republic Center
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**


**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served via First-Class United States mail to the attached service list on this 14th day of April, 2008.


_____
        Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Samuel Star
FTI Consulting, Inc.
Three Times Square
New York, NY 10036

**United States Trustee**
Joseph J. McMahon, Jr.
U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**Counsel to the Debtors**
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Paul N. Heath, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
920 N. King St.
One Rodney Square
Wilmington, DE 19801

**Counsel to the Debtors**
Suzzanne Uhland, Esq.
Ben H. Logan, Esq.
Victora A. Newmark, Esq.
Andrew M. Parlen, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

**Counsel to the Debtors**
Shannon Lowry Nagle, Esq.
O'Melveny &Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Counsel to the Debtors**
Ivan Lerer Kallick, Esq.
Manatt Phelps & Phillips, LLP
11344 W. Olympic Blvd.
Los Angeles, CA 90064

and

Ellen R. Marshall, Esq.
Manatt, Phelps & Phillips, LLP
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626

**Counsel for Crisis Managers**
Laura J. Eisele, Esq.
AlixPartners, LLP
2000 Town Center
Suite 2400
Southfield, MI 48075

**Accounting and Tax Advisor
for the Debtors**
Gary A. Grush
Grant Thornton LLP
18400 Von Karman Ave., Suite 900
Irvine, CA 92612

**Accounting and Tax Advisor
for the Debtors**
Ernst & Young, LLP
Richard Magnuson
Ernst & Young LLP
Dept. 6793
Los Angeles, CA 90084-6793

**Accounting and Tax Advisor
for the Debtors**
Ari Lefkovits, Director
Lazard Freres & Co., LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020

**Accounting and Tax Advisor**
**for the Debtors**
Jeffrey R. Boyle, Esq.
PricewaterhouseCoopers LLP
Two Commerce Square, Ste. 1700
2001 Market St.
Philadelphia, PA 19103

**Counsel to the Official Committee of**
**Unsecured Creditors**
Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome, LLP
1201 Market Street, Ste. 800
Wilmington, DE 19801

**Counsel to the Official Committee of**
**Unsecured Creditors**
Mark S. Indelicato, Esq.
Hahn & Hessen, LLP
488 Madison Avenue
14th & 15th Floors
New York, NY 10022

**Financial Advisor to the Official**
**Committee of Unsecured Creditors**
Samuel Star
FTI Consulting, Inc.
Three Times Square
New York, NY 10036

**Examiner**
Michael J. Missal, Esq.
Kirkpatrick & Lockhart Preston
Gates Ellis, LLP
1601 K. Street, N.W.
Washington, DC 20006-1600

**Counsel to the Examiner**
Edward M. Fox, Esq.
Kirkpatrick & Lockhart Preston
Gates Ellis, LLP
599 Lexington Ave.
New York, NY 10022

**Counsel to the Examiner**
Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

**Accountants and Financial Advisor**
**to the Examiner**
William K. Lenhart
Naushon Vanderhoop
BDO Seidman, LLP
330 Madison Ave., 10th Floor
New York, NY 10017

**Special Regulatory Counsel for the**
**Debtors**
Eric M. Davis, Esq.
Kimberly A. LaMaina, Esq.
Skadden, Arps, Slate, Meagher
& Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

**Special Counsel to the Audit**
**Subcommittee**
Peter Benvenutti, Esq.
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104

**Special Outside Counsel to the Debtors**
Tara Kowalski
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071-2627

**Special Counsel - OCP**
Diana M. Thimmig, Esq.
Roetzel & Andress
1375 East Ninth Street
One Cleveland Center, 9th Floor
Cleveland, OH 44115

**Sheppard, Mullin, Richter &**
**Hampton LLP**
Mette H. Kurth, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448

**Special Litigation Counsel to Debtors**
Joshua D. Morse, Esq.
Hennigan Bennett & Domann LLP
865 S. Figueroa Street, Ste. 2900
Los Angeles, CA 90017

**Special Litigation Counsel to Debtors**
Jeffrey Tidus, Esq.
Baute & Tidus LLP
777 S. Figueroa Street, Ste. 4900
Los Angeles, CA 90017