| | | EXHIBIT A ||||||
|---|---|---|---|---|---|---|
| | | In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11) ||||||
| | | Movant: US Bank National Association, as trustee, on behalf of the holders of the Asset Backed Pass-Through Certificates, Series NC 2005-HE4 ||||||
| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
| 7863194 | Orozco | 11-Feb-05 | $388,000 | $416,817.52 | $465,000 | 33719 Railroad Ave., Union City, CA 94587 |
| 7865181 | Munn | 9-Feb-05 | $288,000 | $239,024.30 | $235,000 | 2423 Verna Way, Sacramento, CA 95864 |