# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) **Hearing Date: May 7, 2008 @ 10:00 a.m.** |
| Debtors, | ) **Response Date: April 30, 2008** |

### GRP LOAN LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C.§362(d)(1) AS TO 7 Parson Drive, West Orange, NJ 07052

NOW COMES GRP LOAN LLC, (hereinafter "GRP"), by and through its attorneys, Whittington & Aulgur, moves the Court for an Order granting relief from the Automatic Stay of 11 U.S.C. §362 upon the following grounds:

### JURISDICTION

1. The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 11 U.S.C. §157 and 11 U.S.C. §362.

### CLAIM FOR RELIEF

2. GRP is a corporation located at 445 Hamilton Ave., Floor 8, Whiteplains, New York, 10601.

3. On April 2, 2007 a Chapter 11 Petition initiating this proceeding was filed by the Debtors.

4. On or about July 15, 2004, non-filing borrower, Colin Miller (hereinafter "Borrower") executed and delivered a Mortgage (hereinafter "Mortgage 1") in the principal sum of $336,000.00 unto the Debtor, New Century Mortgage Corporation. Said Mortgage 1 created a lien upon the property therein mentioned, 7 Parson Drive, West Orange, NJ 07052 (hereinafter the "Property"), all of which is of record in the Office of the County Recorder of Essex County, State of

New Jersey. The Borrower also executed a Note contemporaneously therewith. Copies of said Mortgage 1 and the Note are attached collectively hereto as Exhibit "A".

5. On or about July 21, 2004 the Debtor transferred the loan to Movant, as shown by the Assignment of Mortgage ("Assignment") attached hereto as Exhibit B.

6. Non-filing Borrower, also executed and delivered a Mortgage (hereinafter "Mortgage 2") in the principal sum of $84,000.00 unto the New Century Mortgage Corporation as nominee for the Debtor. Said Mortgage 2 created a lien upon the Property, all of which is of record in the Office of the County Recorder of Essex County, State of New Jersey, recorded subsequently to Mortgage 1. Pertinent portions of a title search showing Mortgage 2 is attached hereto as Exhibit "C".

7. Debtors have no ownership interest in the Property, and their lien, if any, is subordinate to Movant's.

8. At present, Borrower is contractually delinquent and Movant wishes to go forward with a foreclosure proceeding.

9. The payoff amount on the subject Mortgage 1 through January 23, 2008 is approximately $478,930.03. The Property has an "as is" value of $420,000.00 as set forth on the Broker's Price Opinion ("BPO") attached hereto as Exhibit "D". There is no equity in the Property even before taking into account costs of sale or the balance due on Mortgage 2.

10. Movant is not aware whether the Property is insured or if it is being maintained. Payments are not being made by the Borrower; therefore, Movant's interest in not adequately protected.

11. The continuation of the Automatic Stay of 11 U.S.C. §362 will work real and irreparable harm to Movant's pending foreclosure proceeding against Borrower. Therefore, cause

exists to vacate the stay to permit Movant to exercise its non-bankruptcy contractual rights and remedies against Borrower and the Property.

WHEREFORE, GRP hereby moves for an Order pursuant to 11 U.S.C. §362(d)(1) terminating the Automatic Stay for cause.

WHITTINGTON & AULGUR

By:  /s/ Kristi J. Doughty
Robert T. Aulgur, Jr. (No. 165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Ste. #206
P.O. Box 1040
Middletown, DE  19709-1040
(302) 378-1661
Attorney for Movant

Date:  April 15, 2008