**EXHIBIT "B"**

Record and Return To:
GRP Financial Services
360 Hamilton Ave., 5th Floor          )N
White Plains, NY 10601
Attn: Rhonda Porter
                        1439I

# ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS: THAT
**NEW CENTURY MORTGAGE CORPORATION**, existing under the laws of the
, residing or located at
**18400 VON KARMAN, SUITE 1000**, in the City of
**IRVINE**, in the County of **ORANGE** and in
the State of **CALIFORNIA** herein designated as the Assignor, for and in consideration of the sum of ONE DOLLAR and other good and valuable consideration, the receipt whereof is hereby acknowledged, does by these presents assign to GRP LOAN, LLC
residing or located at 360 Hamilton Ave
in the City of White Plains, the County of Westchester
and State of NY 10601, herein designated as the Assignee, a certain Mortgage dated
**July 15, 2004**, made by
**COLIN A MILLER, SINGLE**

on real property located in the                                                                        of
                                                                                                        in the
County of **ESSEX**                                                                    and State of New Jersey:
**SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.**

to secure payment of the sum of         **336,000.00**

which mortgage is recorded in the clerk's office of the County of **ESSEX**
in Book 9894 of Mortgages on Page 913.

TOGETHER with the Bond, Note or other Obligation therein described, and the money due and to grow due thereon, with the interest. TO HAVE AND TO HOLD the same unto the said Assignee forever, subject only to all the provisions contained in the said Mortgage and the Bond, Note or other Obligation. AND the said Assignor hereby constitutes and appoints the Assignee as the Assignor's true and lawful attorney, irrevocable in law or in

New Jersey Assignment of Mortgage
with Acknowledgment

VMP-995W(NJ) (0002)    2/99
Page 1 of 2        Initials: _____
VMP MORTGAGE FORMS - (800)521-7291

0001714950

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

STATE OF CALIFORNIA
COUNTY OF ORANGE

On **July 21, 2004** before me the undersigned **Michelle Flores**, A Notary Public in and for Orange County and the State of California, personally appeared **Magda Villanueva, A.V.P./ Shipping Manager of New Century Mortgage Corporation**, who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that their authorized capacities, and that by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

Witness my hand and official seal

Signature of Notary Public

MICHELLE FLORES
Comm. # 1464534
NOTARY PUBLIC-CALIFORNIA
Orange County
My Comm. Expires JAN 20, 2008

Michelle Flores
COMMISSION # 1464534
COMMISSION EXPIRES:
January 20, 2008