**EXHIBIT "C"**

Jul 14 04 08:28a     Michael Schwartzberg Esq.    9737439327            p.4

Chicago Title Insurance Company

ALTA COMMITMENT

Schedule A

Commitment No. 0428-102467

1. Commitment Date: 6/7/2004

This commitment expires nine (9) months after the above date.

2. Policy or Policies to be issued:

(a)  [ ] ALTA Owner's Policy (10/17/92)          Amount

Proposed Insured:

(b)  [X] ALTA Residential Owner's Policy (1987)   Amount    $420,000.00

Proposed Insured:        Colin A. Miller, Single

                                                  FIRST MORTGAGE
(c)  [X] ALTA Loan Policy (10/17/92)              Amount    $336,000.00

Proposed Insured:    New Century Mortgage Corporation, its successors and/or assigns as their interests may appear, PO Box 11052, Orange, CA 92856-8152

                                                  SECOND MORTGAGE
(d)  [X] ALTA Loan Policy (10/17/92)              Amount    $84,000.00

Proposed Insured:    New Century Mortgage Corporation, its successors and/or assigns as their interest may appear, PO Box 11052, Orange, CA 92856-8152

3. FEE SIMPLE interest to the land described in this Commitment is owned, at the

Commitment Date, by Michael Rud and Margarita Rud, husband and wife, by deed from Ralph Morris, Executor of the Estate of Rena F. Bauer, Ralph Morris and Linda Morris his wife, dated 6/29/1993, recorded 9/3/1993, in the Essex County Register's Office in Deed Book 5275 page 510.

4. The land referred to in this Commitment is described on following schedule.

Schedule A – ALTA Commitment
Form No. 18117 (Rev. 11/93)