# EXHIBIT "D"

**GRP FINANCIAL SERVICES CORP.**
380 Hamilton Avenue 5th Floor White Plains, NY 10601 Toll Free 1-877-473-3616 Fax (914) 397-7550
Broker Price Opinion

### GENERAL PROPERTY INFORMATION

| | | |
|---|---|---|
| GRP # 14391 | Date of BPO: 12/26/06 | Full Interior? yes |
| Address: 7 Parson Drive | City: West Orange | State: NJ   Zip: 7052   County: Essex |
| Owner: Miller,Colin | | Occupied or Vacant?: Vacant |

Is the property currently or was it ever on the market? No    Current or prior list price: $ - Days on market: 0
Provide the name and phone number of listing agent: (Please provide the MLS Information sheet)
Property Type: Single Family    If was on market, date expired: ____   Please provide a complete MLS history in the comments section

### REAL ESTATE TAX INFORMATION

| | | |
|---|---|---|
| Tax Authority: West Orange | Yearly Taxes: $ | 12,619   Payable: Annually |
| Payee: City of West Orange | Assessed Value: $ | 105,500 |
| Address: 66 Main Street | Amount of Tax Arrears(if any): $ | - |
| Telephone: 973-736-8380 | (if arrears, please provide amounts due and for what periods on separate sheet) | |
| Section/Block/Lot: 171/4  2 | | |

### SUBJECT PROPERTY INFORMATION

| Style | Yr Built | Sq Ft | Rooms | Bedrms | Baths | Lot Size | Garage | Overall Condition |
|---|---|---|---|---|---|---|---|---|
| bilevel | 1963 | 1458 | 10 | 3 | 1 | 15000 | 2 | Fair |

### COMPARABLE SALES

Use Comparables less than 6 months old, if possible.

**COMPARABLE SALE #1:** Address: 57 Brookside Road

| Style | Yr Built | Sq Ft | Rooms | Bedrms | Baths | Lot Size | Garage | Overall Cond | Compares to Subject |
|---|---|---|---|---|---|---|---|---|---|
| bilevel | 1960 | 1450 | 9 | 4 | 2 | 10285 | 1 | Fair | Same |

| Proximity to Subject | Sale Price | Sale Date | DOM | Orig List | List Price | Sale $ | Financing Type | Sale Price Per Sq Ft | |
|---|---|---|---|---|---|---|---|---|---|
| .50mile | $ 404,000 | 03/16/06 | 78 | $ 485,000 | $ | 424,900 | Conventional | $ | 278.62 (Automatic) |

**COMPARABLE SALE #2:** Address: 23 Cheshire Terrace

| Style | Yr Built | Sq Ft | Rooms | Bedrms | Baths | Lot Size | Garage | Overall Cond | Compares to Subject |
|---|---|---|---|---|---|---|---|---|---|
| bilevel | 1965 | 1450 | 8 | 4 | 3 | 8000 | 2 | | Same |

| Proximity to Subject | Sale Price | Sale Date | DOM | Orig List | List Price | Sale $ | Financing Type | Sale Price Per Sq Ft | |
|---|---|---|---|---|---|---|---|---|---|
| .50mile | $ 459,000 | 07/28/06 | 157 | $ 459,000 | $ | 429,900 | Conventional | $ | 316.55 (Automatic) |

**COMPARABLE SALE #3:** Address: 7 Cheshire Terrace

| Style | Yr Built | Sq Ft | Rooms | Bedrms | Baths | Lot Size | Garage | Overall Cond | Compares to Subject |
|---|---|---|---|---|---|---|---|---|---|
| Bilevele | 1961 | 1420 | 8 | 4 | 3 | 8500 | 2 | | Same |

| Proximity to Subject | Sale Price | Sale Date | DOM | Orig List | List Price | Sale $ | Financing Type | Sale Price Per Sq Ft | |
|---|---|---|---|---|---|---|---|---|---|
| 1mile | $ 439,000 | 10/05/02 | 41 | $ 439,000 | $ | 439,000 | Conventional | $ | 309.15 (Automatic) |

**COMPARABLE SALE #4:** Address: 3 Knollwood Drive

| Style | Yr Built | Sq Ft | Rooms | Bedrms | Baths | Lot Size | Garage | Overall Cond | Compares to Subject |
|---|---|---|---|---|---|---|---|---|---|
| bilevel | 1958 | 1480 | 9 | 4 | 3 | 10959 | 2 | | Same |

| Proximity to Subject | Sale Price | Sale Date | DOM | Orig List | List Price | Sale $ | Financing Type | Sale Price Per Sq Ft | |
|---|---|---|---|---|---|---|---|---|---|
| 1mile | $ 460,000 | 07/09/06 | 66 | $ 499,000 | $ | 499,000 | Conventional | $ | 328.77 (Automatic) |

### COMPARABLE SALE COMMENTS (Explain why a comparable is better/worse than subject)

SALE #1: Hutton park section, central air,deck,patio.

SALE #2: Englishtown section, updated kitchen,refinished deck,new roof and windows.

SALE #3: Englishtown section, new central air,new windows,updated kitchen.

SALE #4: Updated bilevel in St Cloud section, multi zone heat,deck,patio,fireplace.

## COMPARABLE LISTINGS

**COMPARABLE LISTING #1:** Address: 3 Coolidge Ave

| Style | Sq.Ft. | Rooms | Bedrms | Baths | Lot Size | Garage | Overall Condition | Compares to Subject |
|---|---|---|---|---|---|---|---|---|
| bilevel | 1965 | 1450 | 9 | 4 | 2.5 | 21750 | 2 | Fair ▼ | Same ▼ |

| Orig List | Current List | DOM | Describe below why/comp listing is superior or inferior to subject or general comments |
|---|---|---|---|---|
| $ 458,500 | $ 449,500 | 85 | bilevel in similar location,patio, wood burning fireplace, similar condition. |

1mile

**COMPARABLE LISTING #2:** Address: 753 Pleasant Valley Way

| Style | Sq.Ft. | Rooms | Bedrms | Baths | Lot Size | Garage | Overall Condition | Compares to Subject |
|---|---|---|---|---|---|---|---|---|
| bilevel | 1970 | 1470 | 8 | 4 | 3 | 8750 | 2 | Good ▼ | Superior ▼ |

| Orig List | Current List | DOM | Describe below why/comp listing is superior or inferior to subject or general comments |
|---|---|---|---|---|
| $ 499,000 | $ 459,900 | 155 | oversized bilevel, new bath & kitchen |

.50mile

**COMPARABLE LISTING #3:** Address: 813 Mt Pleasant Ave

| Style | Sq.Ft. | Rooms | Bedrms | Baths | Lot Size | Garage | Overall Condition | Compares to Subject |
|---|---|---|---|---|---|---|---|---|
| bilevel | 1989 | 1480 | 7 | 3 | 3 | 36059 | 4 | Good ▼ | Superior ▼ |

| Orig List | Current List | DOM | Describe below why/comp listing is superior or inferior to subject or general comments |
|---|---|---|---|---|
| $ 499,000 | $ 488,876 | 155 | builders own custom bilevel,deck,patio. |

0.5

**COMPARABLE LISTING #4:** Address: 16 Woodhull Avenue

| Style | Sq.Ft. | Rooms | Bedrms | Baths | Lot Size | Garage | Overall Condition | Compares to Subject |
|---|---|---|---|---|---|---|---|---|
| bilevel | 1950 | 1450 | 9 | 4 | 2 | 8000 | 2 | ▼ | Same ▼ |

| Orig List | Current List | DOM | Describe below why/comp listing is superior or inferior to subject or general comments |
|---|---|---|---|---|
| $ 489,900 | $ 489,900 | 21 | BILEVEL WITH 2 NEW FULL BATHS,CENTRAL AIR,PATIO. |

1MILE

## GENERAL NEIGHBORHOOD/MARKET DATA

| | | | | |
|---|---|---|---|---|
| Housing Supply: | Stable ▼ | # Listings immediate area: | 3 | |
| Number of Listings: | Stable ▼ | Price Range: Low: | $ 430,000 | High: $ 490,000 |
| Property Values: | Decreasing ▼ | # Houses in direct competition: | 2 | |
| Pride of Ownership: | Good ▼ | Price Range: Low: | $ 440,000 | High: $ 450,000 |
| Is there new construction in the area? | No ▼ | Average marketing time: | 85.5 | (Automatically calculated based on DOM of comp sales) |
| Price Range of New Construction: Low: | High: | | | |

### NEIGHBORHOOD COMMENTS

Residential single famiy neighborhood, bilevel & split in immediate area.Within 1 mile to Rt 280 major thoroughafre throughout the state, within 1/4 miel to Gold course.

### SUBJECT PROPERTY COMMENTS (Explain any resale problems, hazardous conditions, and/or general comments within the space provided)

CLICK HERE TO ENTER TEXT PLEASE DO NOT LEAVE BLANK- Property is in average condition,minor repairs needed to make subject marketable, broken glass on garage door and rear window in basement is broken. Possible water seepage in basement but unable to determine if still a problem. Kitchen cabinets are in poor condition,

### RECONCILED VALUE

| | | Per Sq. Ft. | | | Per Sq. Ft. | |
|---|---|---|---|---|---|---|
| | $ 420,000 | $ 288 | | $ 425,000 | $ 292 | Repaired Value: Regardless of the current condition, and even if this BPO is an exterior, the repaired value should be the top value of the property assuming it was in overall good condition. |
| | $ 415,000 | $ 285 | | $ 440,000 | $ 302 | As-is High/Low: This should be the value range based on its current condition. If this is an exterior, please note in the comments section what repairs you are assuming in your value. |
| Monthly Lease | $ 2,000 | | | $ 445,000 | $ 306 | |
| LAND VALUE | $ 200,000 | | | | | |

| | | |
|---|---|---|
| Prepared By: | Christine Piga | Company: Anew Vision Realty LLC |
| Address: | 222 Centennial Avenue | City/State/Zip: Cranford, New Jersey 07016 |
| Phone: | 908-272-2001 | Fax: 908-272-4009   e-mail: chris.piga@aol.com |

## GRP FINANCIAL SERVICES CORP.

### PROPERTY INSPECTION FORM

**GENERAL ASSET INFORMATION**

| | | | |
|---|---|---|---|
| GRP#: | 14391 | Inspection Date: | 12/26/2006 |
| Address: | 7 Parson Drive | Property Type: | X Single Family    Condo    2-4 Family    (Other) |
| City/St/Zip: | West Orange, New Jersey 07052 | | |
| Occupied or Vacant?: | vacant | Any debris on or in property?: | yes |
| Lock(s) Rekeyed? | rekeyed 12/26/2006 | Vandalism?: | some broken windows |
| Winterized?: | NO | Overall Condition: | Good / X Fair / Poor / Very Poor |
| Utilities: | Electric: On / X Off   Water? : On / X Off   Gas?: X On / Off | | |

| EXTERIOR | Condition (Good, Fair, Poor) | CAUSE OF DAMAGE | Cost to Repair |
|---|---|---|---|
| Roof: | fair | | $ 2,000 |
| Windows: | fair | vandalizm /broken garage glass & back basement window | $ 500 |
| Gutters: | fair | | $ |
| Foundation: | | | $ |
| Siding/Trim: | fair | | $ |
| Pool: | N/A | | $ |
| Garage: | fair | | $ |
| Landscaping: | fair | | $ |
| Other: | front steps | broken hand replacement | $ 3,000 |
| Other: | | | $ |

| INTERIOR | Condition (Good, Fair, Poor) | Description and Cause of Damage | Cost to Repair |
|---|---|---|---|
| Kitchen: | poor | needs new cabinets | $ 15,000 |
| Bathroom(s): | fair | needs new wallpaper | $ 3,000 |
| Living Room: | good | None | $ |
| Dining Area: | good | None | $ |
| Bedroom #1: | good | None | $ |
| Bedroom #2: | good | None | $ |
| Bedroom #3: | good | None | $ |
| Bedroom #4: | None | None | $ |
| Basement: | fair | some water seepage | $ 10,000 |
| Attic: | None | None | $ |
| Other: | | | $ |

| MECHANICALS/APPLIANCES | Working?(Yes, No, Unsure) | Description and Cause of Damage | Cost to Repair |
|---|---|---|---|
| BOILER/FURNACE: | yes | | $ |
| Heat Type(Oil, Gas, Electric): | gas | | $ |
| AIR CONDITIONING: | Unsure | Unable to Inspect | $ |
| A/C Type: | central | | $ |
| ELECTRICAL SYSTEM: | Unsure | off at inspection | $ |
| PLUMBING & FIXTURES: | yes | | $ |
| KITCHEN APPLIANCES: | yes | None | $ |
| Refrigerator: | None | missing | $ 800 |
| Oven: | yes | N/A | $ |
| Dishwasher: | None | N/A | $ |
| WATER HEATER: | unsure | Unable to Inspect | $ |
| Other: | | | $ |

| Other Damage: | Description and Cause of Damage | Cost to Repair |
|---|---|---|
| | Insulation in garage needs to incapsulated | $ 500 |
| | | |
| | | |
| TOTAL COST TO REPAIR: | (Automatically Calculated) | $ 24,800 |

| Condos/HOA's Only: | HOA Name & Management Contact: | |
|---|---|---|
| | Address/City/State/Zip: | |
| | Phone/Fax: | |
| | Monthly Fee: | Arrears?: |
| | Utilities Included? | |

| INSPECTED BY: | Name: | Christine Pigal |
|---|---|---|
| | | 908-272-2001 |
| | Phone: | 908-272-2001 |

## GRP FINANCIAL SERVICES CORP.
### Broker Price Opinion Analysis

GRP #:  14391  BPO DATED:  12/26/06

### ANALYSIS OF BPO COMPARABLE SALES

| By Purchase Price | | | Per Sq. Ft. | | |
|---|---|---|---|---|---|
| Highest | Lowest | Average | Highest | Lowest | Average |
| $        480,000 | $        404,000 | $        445,500 | $        328.77 | $        278.62 | $        308.27 |

| Potential Unadjusted Value of Subject (By Sq. Ft.): | | | $        478,685 | $        405,672 | $        448,846 |
|---|---|---|---|---|---|

### ANALYSIS OF BPO COMPARABLE LISTINGS

| Asking Price | | | Per Sq. Ft. | | |
|---|---|---|---|---|---|
| Highest | Lowest | Average | Highest | Lowest | Average |
| $        489,900 | $        449,500 | $        472,044 | $        337.86 | $        310.00 | $        322.76 |

| Potential Unadjusted Value of Subject: | | | $        491,927 | $        451,360 | $        469,939 |
|---|---|---|---|---|---|

### PROPERTY TRAITS OF SUBJECT VS AVERAGE TRAITS OF COMP SALES/LISTINGS

|  | SUBJECT | COMP SALES | COMP LISTINGS | Average DOM: | |
|---|---|---|---|---|---|
| Year Built: | 1963 | 1964 | 1966 | Comp Sales: | 85.5 |
| Total Living Area: | 1456 | 1445 | 1463 | Comp Listings: | 100.25 |
| Total Number Rooms: | 10 | 8.5 | 8.25 | Demographics: | |
| Total Bedrooms: | 3 | 4 | 3.75 | Average Value: | |
| Total Baths: | 1 | 2.75 | 2.625 | Median Income: | |

### RECONCILED VALUES

| Broker Price Opinion | | | | GRP VALUE | |
|---|---|---|---|---|---|
| BPO: | | Per Sq. Ft. | | | BPO VS RSP |
| AS-IS HIGH: | $        420,000 | $        288 | Current Value: | | RSP |
| AS-IS LOW: | $        415,000 | $        285 | Recommended Value: | | VALUE |
| AS-IS LIST PRICE: | $        425,000 | $        292 | Recommended Current: | VALUE | NA |
| REPAIRED VALUE: | $        440,000 | $        302 | Recommended List: | | VALUE |
| REPAIRED LIST PRICE: | $        445,900 | $        306 | | | |






































































