**<u>EXHIBIT A</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | |
| | : | |

## STIPULATION BETWEEN DEBTORS AND UCM/MDC LA FRONTERA LP PROVIDING FOR THE EFFECTIVE DATE OF REJECTION OF UNEXPIRED LEASE AND PAYMENT OF LEASE OBLIGATIONS AND RELATED RELIEF

The parties to this stipulation are Home123 Corporation and related debtors (collectively, the "Debtors") and UCM/MDC La Frontera LP (the "Landlord"). The Debtors and Landlord hereby enter into this stipulation (the "Stipulation") and agree as follows:

### RECITALS

WHEREAS, Home123 Corporation ("Home123" or the "Tenant"), as tenant, and UCM/MDC La Frontera LP, as landlord, entered into the Assignment and Assumption of Lease, commencing on or about July 8, 2005 (the "Lease") pursuant to which New Century was a tenant in the Landlord's real property at 810 Hesters Crossing, Suite #165, Round Rock, Texas (the "Premises"). The current owner of the Premises is UCM/MCD - La Frontera.

WHEREAS, Under the Lease, rent is due the first day of each month during the Lease term, which Lease term expires November 30, 2007.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

WHEREAS, on June 20, 2007, the Debtors filed their Notice of Rejection of Unexpired Lease of Non-Residential Real Property (D.I. 1396) (the "Notice of Rejection"). Pursuant to the Notice of Rejection and the Order Pursuant To Section 365 And 554 Of The Bankruptcy Code (A) Authorizing And Approving The Rejection Of Certain Unexpired Leases Of Nonresidential Real Property And (B) Authorizing And Approving Procedures For The Rejection Of Executory Contracts And Unexpired Leases Of Personal And Non-Residential Real Property, dated April 24, 2007 (D.I. 388), the Lease is deemed rejected effective the later of (i) ten (10) days after the Notice of Rejection was served or (ii) the date that the Debtors unequivocally relinquish control of the Premises by turning over the keys or "key codes" to Landlord.

WHEREAS, a dispute has arisen between the Debtors and the Landlord regarding, *inter alia*, the effective date of rejection of the Lease and the amount of post-petition obligations due and owing Landlord.

WHEREAS, the Debtors and the Landlord hereby enter into this stipulation to resolve the dispute upon the entry of an order by the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court") authorizing the Debtors to enter into this Stipulation.

NOW THEREFORE, it is hereby stipulated and agreed by and between the Debtors and Landlord, subject to the approval of the Bankruptcy Court, as follows:

## AGREEMENT

1.      Upon entry by the Court of an order approving this Stipulation, the rejection of the Lease as reflected in the Agreement is effective as of July 31, 2007. The Landlord is authorized to offset the security deposit made pre-petition by NCFC in the amount of $5,777.58 against administrative rent and related expenses owing for the months of April, May June, and July in the amount of $32,396.43. The sole remaining administrative obligation of the Debtors to the Landlord shall be $26,618.85 for the balance of the  rent and related expenses owing for the months of April, May, June and July (the "Remaining Obligation"). The

Remaining Obligation will be paid by the Debtors to the Landlord within five (5) days after the entry of an order approving the Stipulation. Payment shall be made by wire transfer to:

| | |
|---|---|
| Bank name: | United Bank |
| Account name: | UCM/MDC La Frontera LP |
| A/C #: | 006993-6797 |
| ABA #: | 056004445 |

2.      The Debtors have determined that the value of the personal property remaining at the Premises has a *de minimis* value or the cost of removing the property exceeds the value of such property and therefore any remaining personal property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, where is, effective as of July 31, 2007.

3.      This Stipulation contains the entire agreement between the Parties and may not be amended or modified except in writing executed by the Parties. All prior oral and written agreements, if any are expressly superseded hereby and are of no further force and effect.

4.      The Effective Date of this Stipulation shall be the date the Bankruptcy Court enters a final order approving this Stipulation.

5.      The Bankruptcy Court shall retain jurisdiction to hear all matters arising

out of this Stipulation and the Agreement.

Dated: April _4_, 2008

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Suzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

Attorneys for the Debtors

Dated: April _11_, 2008              UCM/MDC La Frontera LP

/s/ Mark C. Taylor
_____
Mark C. Taylor
Hohmann, Taube & Summers, L.L.P.
100 Congress Ave., Suite 1800
Austin, TX 78701
(512) 472-5997

Attorneys for UCM/MDC La Frontera LP