IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

### ORDER GRANTING STIPULATION BETWEEN DEBTORS AND TEXAS COMPTROLLER (I) GRANTING RELIEF FROM THE AUTOMATIC STAY, (II) PERMITTING SETOFF OF MUTUAL OBLIGATIONS AND (III) ALLOWING A LATE FILED CLAIM AGAINST NEW CENTURY WAREHOUSE CORPORATION

AND NOW, upon consideration of the *Stipulation Between Debtors And Texas Comptroller (I) Granting Relief From The Automatic Stay, (II) Permitting Setoff of Mutual Obligations And (III) Allowing A Late Filed Claim Against New Century Warehouse Corporation*, attached hereto as Exhibit A (the "Stipulation");[2] and after due deliberation; and sufficient cause appearing therefor;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Capitalized terms not otherwise described herein shall have the meaning ascribed to them in the Stipulation.

RLF1-3261484-2

2. The Parties are authorized to setoff their mutual debts in the manner described in the Stipulation.

3. The automatic stay is modified for the purpose of allowing the Parties to effectuate the setoff.

4. Claim no. 3823, late filed on February 22, 2008 in the amount of $75,879.53 unsecured priority against NC Warehouse, is allowed as timely filed.

5. The Bankruptcy Court shall retain jurisdiction to interpret and enforce this Order.

Dated: April 14, 2008
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE