IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 4261 and 4738 |

CERTIFICATION OF COUNSEL REGARDING
STIPULATION BETWEEN DEBTORS AND THE COLLECTOR OF
REVENUE, CITY OF ST. LOUIS, MISSOURI RESOLVING THE DEBTORS'
EIGHTH OMNIBUS OBJECTION TO CLAIMS AND ESTABLISHING
THE TREATMENT OF CLAIM NO. 3341

The undersigned hereby certifies as follows:

On April 15, 2008, the above-captioned debtors and debtors in possession (the "Debtors") and the Collector of Revenue, City of St. Louis, Missouri entered into the *Stipulation Between Debtors and The Collector of Revenue, City of St. Louis, Missouri Resolving the Debtors' Eighth Omnibus Objection to Claims and Establishing the Treatment of Claim No. 3341* (the "Stipulation"). A proposed form of order (the "Proposed Order") approving the Stipulation is attached hereto as Exhibit 1. A true and correct copy of the Stipulation is attached to the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation

RLF1-3272362-1

Proposed Order as Exhibit A. The Official Committee of Unsecured Creditors has reviewed and approved the Stipulation and the Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as Exhibit 1, at its earliest convenience.

Respectfully submitted,

Dated: April 15, 2008
       Wilmington, Delaware

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION