# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: UBS Real Estate Securities, Inc.

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 11027398 | Vasquez | 30-Mar-06 | $380,000 | $413,110.54 | $450,000 | 7647 Radford Ave., North Hollywood, CA 91605 |
| 11021144 | Lehmkuhl | 30-Mar-06 | $255,200 | $268,828.48 | $245,000 | 1527 Pokahu Circle, Keaau, HI 96749 |