## EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)

Movant: US Bank National Association, as trustee, on behalf of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE4 Asset Backed Through Certificates, Series NC 2006-HE4

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 9377284 | Jefferson | 11-Feb-06 | $276,000 | $297,713.97 | $309,000 | 1230 E 141st Street, Compton, CA 90222 |
| 9380262 | Soares | 10-Feb-06 | $263,925 | $279,734.29 | $265,000 | 10151 Arrow Rt., Rancho Cucamonga, CA 91730 |
| 9382151 | Weiske | 14-Feb-06 | $240,000 | $257,606.54 | $169,900 | 814 West Ave. J-9, Lancaster, CA 93534 |
| 9381633 | Stone | 23-Feb-06 | $112,500 | $121,954.38 | $89,000 | 5 Anchor Rd., Greenville, SC 29617 |
| 9384462 | Fabre | 23-Feb-06 | $536,000 | $554,904.53 | $630,000 | 114 Central Park Ave., Yonkers, NY 10704 |
| 9386293 | Brown | 22-Feb-06 | $119,920 | $129,148.62 | $145,000 | 5236 S. Linnett Ave., Tucson, AZ 85706 |
| 9357062 | Da Silva | 6-Feb-06 | $244,800 | $258,964.69 | $199,000 | 8023 Bakdy Mountain Ave., Las Vegas, NV 89131 |
| 9379595 | Berdejo | 8-Feb-06 | $420,000 | $449,165.83 | $175,000 | 485 10th Street, Greenfield, CA 93927 |
| 9382193 | Sharideh | 16-Feb-06 | $267,120 | $278,923.23 | $260,000 | 9246 Laguana Pointe Way, Elk Grove, CA 95758 |
| 9371493 | Valencia | 10-Feb-06 | $284,000 | $297,080.05 | $200,000 | 52 Saint Teresa Ct., Merced, CA 95340 |
| 9382037 | Sanchez | 22-Feb-06 | $464,000.00 | $485,843.01 | $565,000 | 84-35 89th Street, Woodhaven, NY 11421 |