COUNTY OF SANTA CLARA TAX COLLECTOR
County Government Center, East Wing
70 West Hedding Street
San Jose, California 95110-1767
(408) 808-7900

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:  )  Case #  07-10416 (KJC)
) Chapter 11
)
)
) **WITHDRAWAL OF CLAIM**
) **CLAIM # 440**
)
)
Debtors )
**New Century TRS Holding, Inc., et al**

1. On May 9, 2007, the County of Santa Clara Tax Collector filed its Proof of Claim in the above noted bankruptcy case as a Secured Real Property claim in the amount of $16,695.93.

2. The property has changed ownership and the claim has been paid in full.

3. Based on the foregoing, the County of Santa Clara Tax Collector hereby withdraws the Claim.

Dated: April 7, 2008       **COUNTY OF SANTA CLARA TAX COLLECTOR**

By: *Deborah Nichols*

Deborah Nichols
Sr. Revenue Collections Officer
(408) 808-7901

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of Santa Clara; I am over the age of eighteen years and not a party to the within action; my business address is 70 W. Hedding Street, San Jose, CA 95110-1767.

On April 7, 2008, I served the within WITHDRAWAL OF CLAIM FOR THE COUNTY OF SANTA CLARA, CALIFORNIA on the interested parties in said action by placing a true copy thereof in a sealed envelope, with postage thereon, fully prepaid, in the United States mail at San Jose, California addressed to those parties indicated on the attached page.

**X** **BY REGULAR MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at San Jose, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

___ **BY UPS 2nd Day Air:** I caused such envelope to be delivered by UPS 2nd Day Air to the offices of the addressee. Executed on , 2008, San Jose, California.

___ **BY FACSIMILE TRANSMISSION:** I transmitted the above listed documents to those parties indicated on the attached service list at the fax numbers so indicated. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I, Deborah Nichols, declare that I am employed by the County of Santa Clara at whose direction the service was made.

Executed on April 7, 2008, at San Jose, California.

*Deborah Nichols*
Deborah Nichols

Suzanne S. Uhland, Ben H. Logan, Emily R. Culler
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco  CA  94111

Mark D. Collins, Michael J. Merchant, Christopher M. Samis
Richards, Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington  DE  19801

Joseph J. McMahon, Jr.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington  DE  19899

United States Bankruptcy Court
824 Market Street, 5th Floor
Wilmington  DE  19801