*Administrative Claim* (handwritten)

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT    District of Delaware | PROOF OF CLAIM |
|---|---|

Name of Debtor:
New Century Mortgage Co

Case Number:
07-10416 (KJC)

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Sutter County Tax Collector

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

Sutter County Tax Collector
P.O. Box 546 Yuba City, CA 95992

Court Claim Number:_____
(*If known*)

Telephone number:
(530) 822-7117

Filed on:_____

Name and address where payment should be sent (if different from above):

Sutter County Tax Collector
P.O. Box 546 Yuba City, CA 95992

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:
(530) 822-7117

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:**    $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** _____
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 1008

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☑ Other
   Describe:  Property Taxes

   Value of Property:$_____    Annual Interest Rate___%

   Amount of arrearage and other charges as of time case filed included in secured claim,

   if any: $_____    Basis for perfection: _____

   Amount of Secured Claim: $____1,978.02    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

$____1,978.02

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

FOR COURT USE ONLY

Date:
04/07/2008

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# PROOF OF SERVICE BY MAIL

I, Lorena Adame, declare:

I am a citizen of the United States, over the age of 18 years, and not a party to the above-entitled action. I am employed in the County of Sutter and my business address is 463 Second Street, Rm 112, Yuba City, California 95991.

I am readily familiar with the business practices of the Tax Collection Division of the Department of Tax Collector, and processing of correspondence for mailing with the United States Postal Service, and correspondence so collected and processed is deposited with the United States Postal Service on the same date in the ordinary course of business. On __April 7, 2008__, I served a copy of the foregoing:

## PROOF OF CLAIM

on parties interested in said action by placing a true copy thereof enclosed in an envelope or envelopes addressed as follows:

| | |
|---|---|
| U.S. Bankruptcy Court<br>District of Delaware<br>824 North Market St.<br>3rd Floor<br>Wilmington, DE 19801 | X Roads Management Services<br>1821 East Dyer Rd, Ste 225<br>Santa Ana, CA 92705 |
| Richards, Layton, & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | |

and by then sealing each envelope and depositing the same with the mail clerk of the Tax Collection Division of the Department of Tax Collector at the above-indicated business address, for deposit in the United States Postal Service following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on April 7, 2008, at Yuba City, California.

LORENA ADAME

1

# CLAIM ATTACHMENT SHEET

This claim is a secured tax secured by a statutory lien under California State law. The claim is secured under 11 U.S. C. Section 506 (b).

The Claim is subject to 18% interest under California Revenue and Taxation Code Section 4103, 11 U.S.C. Section 506 (b) and 11 U.S. C. Section 511 as well as costs, fees, and attorneys' fees.

The claim will continue to increase and interest will continue to accrue until it is paid.