IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |

## ORDER GRANTING STIPULATION BETWEEN GMAC CF AND DEBTORS TEMPORARILY VALUING GENERAL UNSECURED CLAIM FOR VOTING PURPOSES

AND NOW, upon consideration of the *Stipulation Between GMAC CF and Debtors Temporarily Valuing General Unsecured Claim for Voting Purposes*, attached hereto as Exhibit "A" (the "Stipulation"); and after due deliberation; and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. Claim numbers 2341, 2358, and 2340 are is hereby temporarily valued in the amount of $6,700,000.00 as a general unsecured claim against the estate of debtors New Century Financial Corporation, New Century Mortgage Corporation, and New Century TRS Holdings, Inc. for voting purposes only.

3. Temporary valuation of claim numbers 2341, 2358 and 2340 for voting purposes shall not affect (a) the right of the Debtors or other parties-in-interest to object to the GMAC CF Claims in the future, and (b) the valuation of the GMAC CF Claims for the purposes of distribution from the estates of the Debtors or any other purpose.

NY1:1734903.2

4. No later than three (3) business days after the date of this order, the Debtors are directed to serve a copy of the order on all parties upon all whom are entitled to notice and are directed to file a certificate of service no later than two (2) business days after service.

Dated: April 15, 2008
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE