# EXHIBIT A

## (Stipulation)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., a | ) | Case No. 07-10416 (KJC) |
| Delaware corporation, et al.[1] | ) | |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | |

## STIPULATION RE: RESOLUTION OF DISPUTE RELATED TO CLAIMS
## OF CSHV SOUTHPARK LLC

TO THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY JUDGE;
AND ALL OTHER INTERESTED PARTIES:

This Stipulation regarding the resolution of the claims filed by CSHV Southpark, LLC, a

Delaware corporation ("Landlord") is made by and between Landlord and the Debtors, by and

through their respective counsel of record, based upon the following facts:

### RECITALS

1.    On or about January 4, 2007, and prior to the filing of the above-captioned

Chapter 11 case, CSHV Southpark, LLC, a Delaware corporation ("Landlord") and New Century

Mortgage Corporation, a California corporation (the "Debtor") entered into a written lease for

the nonresidential premises (the "Premises") commonly known as 6000 Fairview Road,

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation) a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a/ NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a/ Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and new Century Warehouse Corporation, a California corporation.

Southpark Towers, Charlotte, North Carolina (the "Southpark Lease"). The term of the lease commenced on March 1, 2007 for a period of five years.

2.      The Debtor filed its Chapter 11 petition on April 2, 2007 (the "Petition Date").

3.      The Debtor rejected the Southpark Lease on April 24, 2007 (the "Rejection Date").

4.      On June 7, 2007 the Landlord filed a proof of claim representing its alleged rejection damages claim for the Southpark Lease (the "Rejection Claim") in the New Century Mortgage Corporation case (07-10419-KJC) in the amount of $298,824.18, which claim bears claim no. 671 (the "Rejection Claim").

5.      The Landlord also filed the same Rejection Claim in the New Century TRS Holdings, Inc. case as a precautionary measure. That claim bears claim number 672.

6.      The Landlord contends that pursuant to section § 365(d)(3) of the Bankruptcy Code, the Debtors are required to pay post-petition rent.    For the period commencing with the Petition Date up to and including April 24, 2007, the day the Southpark Lease was rejected by the Debtor (the "Post Petition Period"), the Debtors failed to pay the Landlord post-petition rent.

7.      On June 7, 2007 the Landlord filed its administrative claim in the amount of $17,936.60 representing the amounts which it asserts are owing for rent for rent accruing in the Post Petition Period (the "Administrative Claim") in the New Century Mortgage Corporation case (07-10419-KJC). That claim bears claim number 727.

8.      The Landlord also filed the same Administrative Claims in two of the other jointly administered Debtors' cases as a precautionary measure. Such claims bear claim numbers 735, 736, 1936 and 1937.

9.      Claim number 1936 filed against New Century TRS Holdings was disallowed by the Court as a duplicate claim in the Debtors' 1st Omnibus Objection to Claims.

10.     The Debtors and the Landlord wish to resolve their dispute regarding the remaining claims filed by the Landlord.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

A.      Claim number 671, filed in case No. 07-10419, shall be allowed as an unsecured claim in the amount of $298,824.18.

B.      Claim number 727, filed in case No. 07-10419, shall be allowed as a chapter 11 administrative claim in the amount of $17,936.60.

C.      Claim numbers 672, 735, 736 and 1937 shall be disallowed as duplicate claims.

D.      This stipulation effectuates a full and final satisfaction of any and all claims related to or arising from the Southpark Lease.

3

Dated: April 15, 2008
      Wilmington, Delaware

  /s/ *Enid M. Colson*
Enid M. Colson
LINER YANKELEVITZ SUNSHINE &
REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
(310) 500-3530

Attorneys for CSHV Southpark, LLC, a
Delaware corporation

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3458)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

 -and-

Suzanne S. Uhland, Esq.
Emily R. Culler, Esq.
Ana Acevedo, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

Attorneys for the Debtors and
Debtors-in-Possession

4