IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NEW CENTURY TRS HOLDINGS, | § | Case No. 07-10416 (KJC) |
| INC., <u>et</u> <u>al.</u>, | § | |
| | § | |
| Debtors. | § | |
| | § | |

**<u>NOTICE OF WITHDRAWAL OF DOCKET ENTRY NO. 6246: ENTERED IN ERROR</u>**

PLEASE TAKE NOTICE that the undersigned attorney hereby requests the Clerk of the Court to withdraw the Examiner's Report with exhibits filed herein on April 15, 2008 at Docket No. 6246. This document has been re-filed at Docket No. 6265.

Date: April 16, 2008

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

325 North St. Paul Street
Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)