IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : Jointly Administered |
| Debtors. | : Objection Deadline: May 6, 2008 at 4:00 p.m. |

## NOTICE OF SECOND MONTHLY FEE APPLICATION OF BAUTE & TIDUS LLP

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (the "Debtors") have today filed the attached **Second Monthly Application of Baute & Tidus LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to New Century Financial, Inc. for the Period from February 1, 2008 through March 31, 2008** (the "Application")[2] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership, a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Please note that the fee statements attached to the Application as Exhibit A have been slightly redacted to protect attorney-client privileged information. Unredacted versions of the fee statements are being provided to the Debtors, the Official Committee of Unsecured Creditors, the Office of the United States Trustee and the Fee Auditor appointed in these chapter 11 cases.

RLF1-3267256-1

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Administrative Order") dated April 24, 2007 [Docket No. 389], and the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications (the "Fee Auditor Order") dated October 10, 2007 [Docket No. 3260], must be filed with the Clerk of the Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by: (i) the Debtors, New Century Mortgage Corporation, 3337 Michelson Drive, Suite CN-350, Irvine, California 92612 (Attn: Monika L. McCarthy, Esq.); (ii) counsel for the Debtors, O'Melveny & Myers LLP, 400 S. Hope Street, Los Angeles, California 90071 (Attn: Suzzanne Uhland, Esq. and Emily Culler, Esq.) and Richards, Layton & Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, Delaware 19899 (Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.); (iii) the Debtors crisis manages, AP Services, LLC, 9 West 57th Street, Suite 3420, New York, New York 10019 (Attn: Holly Felder Etlin); (iv) Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Joseph McMahon, Esq.); (v) counsel to the Official Committee of Unsecured Creditors, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801 (Attn: Bonnie Glantz Fatell, Esq.) and Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn: Mark S. Indelicato, Esq.); and (vi) the Fee Auditor, Warren H. Smith, Warren H. Smith & Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas TX 75201 (collectively, the "Notice Parties") so as to be <u>received</u> no later than **May 6, 2008 at 4:00 p.m.** (the "Objection Deadline"). Only those objections that are

timely filed, served and received will be considered by the Court.

PLEASE TAKE FURTHER NOTICE that if no objections are received by the Notice Parties prior to the Objection Deadline, in accordance with the Administrative Order the Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of expenses requested in the Application or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court. If an objection is properly filed and served and such objection is not otherwise resolved, or the Court determines that a hearing should be held in respect of the Application, a hearing will be held at a time convenient to the Court. Only those objections made in writing and timely filed, served and received in accordance with the Administrative Order will be considered by the Court at the hearing.

Dated: April 16, 2008
       Wilmington, Delaware

                                              Mark D. Collins (No. 2981)
                                              Michael J. Merchant (No. 3854)
                                              Christopher M. Samis (No. 4909)
                                              RICHARDS, LAYTON & FINGER, P.A.
                                              One Rodney Square
                                              920 North King Street
                                              Wilmington, Delaware 19801
                                              (302) 651-7700
                                              (302) 651-7701

                                              -and-

                                              Suzzanne S. Uhland
                                              Ben H. Logan
                                              Victoria Newmark
                                              O'Melveny & Myers LLP
                                              275 Battery Street
                                              San Francisco, California 94111
                                              (415) 984-8700
                                              (415) 984-8701

                                              *Counsel for Debtors and Debtors in Possession*