# EXHIBIT A


**BAUTE&TIDUS**LLP
Attorneys at Law

777 S. FIGUEROA STREET • SUITE 4900
LOS ANGELES, CALIFORNIA 90017

New Century Mortgage Corporation
Monika L. McCarthy
3121 Michelson Drive
6th Floor
Irvine, CA 92612

Date:         03/07/2008
Invoice No.:  19674
Client No.:   1694

---

For Services Rendered through      02/29/2008
Current Professional Services (detail follows)          $74,541.75
Current Expenses Advanced (detail follows)                2,385.26

Total Current Charges                                                76,927.01
Net Balance Forward (detail follows):                               187,282.53

PLEASE REMIT ...............................................................          $264,209.54

**BAUTE&TIDUS** LLP
Attorneys at Law

Invoice No.:        19674

## Summary of Unpaid Invoices:

| Matter | Invoice No. | Invoice Date | Amount | Balance |
|--------|-------------|--------------|--------|---------|
| 0006 | 18320 | 06/15/2007 | 9,935.91 | 9,935.91 |
| 0006 | 18441 | 07/20/2007 | 1,297.50 | 1,297.50 |
| 0006 | 18745 | 09/12/2007 | 32,246.42 | 32,246.42 |
| 0006 | 18969 | 10/03/2007 | 4,007.43 | 4,007.43 |
| 0006 | 19260 | 12/05/2007 | 56,354.04 | 56,354.04 |
| 0006 | 19457 | 01/11/2008 | 3,838.14 | 3,838.14 |
| 0006 | 19666 | 02/11/2008 | 79,603.09 | 79,603.09 |

Net Balance Forward                                                    $187,282.53

Matter Name:    Post Bankruptcy - New Century Mortgage Corporation v Liberty Surplus Insurance Corporation, et.al.
Matter No.:     0006

## TIMEKEEPER

| | | | | | |
|-----|--------------------|--------|-------|--------|-----------|
| DPC | Crochetiere, David P. | 40.00 | hrs @ | 475.00 | 19,000.00 |
| JAT | Tidus, Jeffrey A. | 40.00 | hrs @ | 585.00 | 23,400.00 |
| NAC | Cardeno, Nilo A. | 26.60 | hrs @ | 135.00 | 3,591.00 |
| RDC | DeCesare, Ronnie M. | 11.20 | hrs @ | 235.00 | 2,632.00 |
| WLT | Thomas, Wendy L | 79.75 | hrs @ | 325.00 | 25,918.75 |

Total Fees due for this Matter             197.55                    $74,541.75

## EXPENSES

| | |
|---------------------------------|----------|
| Photocopy | 534.15 |
| Federal Express | 177.52 |
| Duplication (Outside Service) | 1,499.09 |
| Parking | 6.00 |
| Messenger and Court Service | 168.50 |

Total expenses due for this matter                              $2,385.26

CURRENT MONTH:  AMOUNT DUE                              $76,927.01

## PROFESSIONAL SERVICES

| | | | |
|------------|-----|-------|---|
| 02/01/2008 | DPC | 12.30 | Draft opposition to motion for summary judgment. Review / revise opposition. |
| 02/01/2008 | JAT | 2.40 | Work on discovery motion; work on opposition to MSA |
| 02/01/2008 | JAT | 1.80 | Work on opposition brief and supporting papers; review Supreme Court ruling; continue work on producing documents |
| 02/01/2008 | NAC | 3.40 | Review, compile, organize and bates stamp documents for production; prepare and finalize transmittal letter; review documents for accuracy and completeness. |
| 02/01/2008 | WLT | 5.00 | Review documents for production (Disc #1, Drawer #1, Folders 6, 7), and to identify missing documents, and draft indices regarding same. |

**BAUTE&TIDUS** LLP
Attorneys at Law

Invoice No.:        19674

| | | | |
|---|---|---|---|
| 02/02/2008 | JAT | 1.10 | Work on discovery, opposition papers |
| 02/03/2008 | DPC | 5.20 | Review / revise opposition to motion for summary judgment. Draft Crochetiere declaration. |
| 02/04/2008 | DPC | 10.40 | Draft Separate Statement. Review / revise opposition. |
| 02/04/2008 | JAT | 2.20 | Work on opposition papers; research re same |
| 02/04/2008 | NAC | 0.70 | Telephone conference with D. Pappas re extension of time re mutual motions to compel re discovery matters; prepare, finalize and send confirmation letter to D. Pappas. |
| 02/04/2008 | WLT | 6.25 | Review documents for production (Disc #1, Drawer #1, Folders 8, 9), and to identify missing documents, draft indices regarding same; draft list of documents to exclude from production of Disc #1; and draft e-mail to J. Tidus regarding same. |
| 02/05/2008 | DPC | 9.10 | Review / revise opposotion to motion for summary judgment. Review / revise Separate Statement. Review / revise Crochetiere Declaration. Prepare exhibits. |
| 02/05/2008 | JAT | 3.80 | Revise and finalize opposition papers; research re notice issue |
| 02/05/2008 | NAC | 2.70 | Continue organization of documents scanned and copied from New Century. |
| 02/05/2008 | WLT | 4.00 | Revise index of Disc #1 and analysis of issues regarding same; and draft master index of pleading clips to identify missing documents. |
| 02/06/2008 | JAT | 3.90 | Work on discovery motions; analyze fee bills; work on document production; prepare request to designate experts |
| 02/06/2008 | WLT | 5.00 | Draft master index of pleading clips to identify missing documents; review documents produced (Disc #2, Drawer #3, Folder 9) to identify missing documents, and draft indices regarding same. |
| 02/07/2008 | NAC | 2.20 | Review, compile and organize documents scanned and copied from New Century's office. |
| 02/07/2008 | WLT | 7.25 | Review documents produced (Disc #2, Drawer #3, Folder 9, 10, 11, 12, 13; Drawer #4, Folder 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32) to identify missing documents, and draft indices regarding same. |
| 02/08/2008 | NAC | 2.10 | Continue compilation and organization of documents produced to defense counsel re billing statements, pleadings, arbitration and appellate documents. |
| 02/08/2008 | WLT | 6.00 | Review documents produced (Disc #2, Drawer #5, Folder 8, 9, 10, 11) to identify missing documents, and draft indices regarding same. |
| 02/09/2008 | JAT | 1.80 | Work on discovery motions, opposition |
| 02/10/2008 | JAT | 1.10 | Review documents re damages analysis |
| 02/11/2008 | NAC | 1.80 | Compile and organize New Century's opposition and supporting papers to Liberty Surplus' motion for summary adjudication; prepare transmittal letter to M. McCarthy re same; compile, organize and index moving, opposition, reply briefs and other supporting documents for hearing notebook. |
| 02/11/2008 | WLT | 1.25 | Review documents produced (Disc #2, Drawer #5, Folder |

**BAUTE & TIDUS** LLP
Attorneys at Law

Invoice No.:        19674

| Date | Atty | Hours | Description |
|---|---|---|---|
| | | | 12) to identify missing documents, and draft indices regarding same. |
| 02/12/2008 | NAC | 3.20 | Read and review e-mails from all counsel re trial continuance; read and reply to e-mail from D. Pappas re electronic version of New Century's separate statement; prepare and send e-mail to all counsel re teleconference re trial continuance; review and separate documents not to be produced to defendants. |
| 02/12/2008 | WLT | 7.50 | Review documents produced (Disc #3, Drawer #6, Folder 1, 2, 3, 4, 5, 6, 7, 8, 9) to identify missing documents, and draft indices regarding same. |
| 02/12/2008 | WLT | 8.50 | Review documents produced (Disc #3, Drawer #6, Folder 9, 10, 11; Drawer #7, Folder 1, 2, 3, 4, 5, 6, 7) to identify missing documents, and draft indices regarding same; analysis of document indices and documents produced to identify documents not produced; draft ███████ |
| 02/13/2008 | JAT | 0.50 | Conference call regarding discovery, trial issues |
| 02/13/2008 | NAC | 1.20 | Read and review e-mails among counsel re teleconference re trial continuance; set up teleconference with AT&T; read and review confirmation from AT&T; circulate confirmation via e-mail; update J. Tidus' 2008-2009 Trial/Arbitration/Mediation/Vacation Calendar for teleconference; telephone conference with Clerk in Dept P re ex parte application, stipulation and schedule trial calendar of Dept P. |
| 02/14/2008 | JAT | 1.10 | Review proposed release and waiver; multiple emails re discovery issues, trial setting |
| 02/14/2008 | WLT | 5.75 | Continue to analyze document indices and documents produced to ███████████ draft |
| 02/15/2008 | WLT | 7.00 | Continue to analyze document indices and documents produced to ████████; draft |
| 02/16/2008 | JAT | 1.10 | Work on response to discovery letter |
| 02/18/2008 | JAT | 1.70 | Review and sign stipulation; review case law re choice of law; emails re same; work on discovery issues |
| 02/18/2008 | NAC | 1.20 | Review, compile and organize New Century's opposition papers to Liberty's Motion for Summary Adjudication;l read and review D. Roberts e-mail re signed stipulation; scan and send signature page of J. Tidus to D. Roberts; read and review ex parte papers re trial continuance. |
| 02/18/2008 | RDC | 4.50 | Read file re billing requirements; draft and revise monthly application; draft and revise interim fee application. |
| 02/19/2008 | JAT | 1.80 | Review and analyze Liberty's reply brief and supporting papers |
| 02/19/2008 | NAC | 1.10 | Read, review, compile and organize Liberty Surplus' reply brief and supporting documents to New Century's opposition to Liberty Surplus motion for summary adjudication. |
| 02/19/2008 | NAC | 0.70 | Read and review e-mail from J. Tidus re ex parte appearance; confer with D. Crochetiere re same; telephone conference with J. Tidus re confirm D. Crochetiere's appearance; prepare and send e-mail to D. |

**BAUTE&TIDUS** LLP
Attorneys at Law

Invoice No.:        19674

| | | | |
|---|---|---|---|
| | | | Crochetiere re same; compile and organize ex parte papers for D. Crochetiere |
| 02/19/2008 | WLT | 7.50 | Continue to analyze document indices and documents produced to ███████████████████████ draft |
| 02/20/2008 | DPC | 3.00 | Attendance at ex parte application re trial continuance. Prepare for ex parte. Travel to and from ex parte. |
| 02/20/2008 | JAT | 1.50 | Legal research re Liberty's reply brief and authorities cited therein |
| 02/20/2008 | JAT | 0.20 | Review emails and attachments regarding new trial date |
| 02/20/2008 | NAC | 1.40 | Read and review e-mails from M. McCarthy re protective order; telephone conference with J. Tidus re same; print, scan and send copy of protective order to M. McCarthy; telephone conference with D. Crochetiere re new trial date; read and review order re same; calendar pretrial and trial deadlines. |
| 02/21/2008 | NAC | 1.00 | Scan and send order re trial continuance to M. McCarthy; compile and organize Liberty Mutual's reply brief and supporting documents and prepare and finalize transmittal letter to M. McCarthy re same. |
| 02/21/2008 | WLT | 5.75 | Continue to analyze document indices and documents produced to ██████████████; draft |
| 02/22/2008 | JAT | 0.30 | Review proposed modified protective order motion |
| 02/22/2008 | NAC | 0.70 | Telephone conference with D. Roberts re continuance of deposition of Person Most Qualified at New Century; prepare and send e-mail to J. Tidus re same; telephone conference with H. King re various matters; read and review e-mail from M. McCarthy re payment of vendor invoices. |
| 02/22/2008 | WLT | 3.00 | Continue to analyze document indices and documents produced to ██████████████████; draft ███████████████████████; draft e-mail to J. Tidus regarding ███████████████████ |
| 02/25/2008 | JAT | 5.60 | Prepare for hearing on motion for summary judgment |
| 02/25/2008 | JAT | 1.80 | Work on fee application |
| 02/25/2008 | NAC | 2.80 | Research, print, compile, organize and index state and federal case authorities re: Liberty Surplus' MSA, New Century's Opposition thereto, and Liberty Surplus' Reply Brief. |
| 02/26/2008 | JAT | 2.10 | Prepare for, travel to and attend hearing on motion for summary judgment |
| 02/27/2008 | JAT | 1.20 | Work on fee application |
| 02/27/2008 | JAT | 1.90 | Work on document production, analysis |
| 02/27/2008 | NAC | 0.40 | Telephone conference with Clerk in Dept P re final ruling/minute order re Liberty Surplus' MSA; prepare and send e-mail to J. Tidus re same. |
| 02/27/2008 | RDC | 5.20 | Revise monthly fee application; review all post bk invoices and code entries per monthly fee application; calculate fees billed per billing code. |
| 02/28/2008 | RDC | 1.50 | Continue calculation of fee coding. |
| 02/29/2008 | JAT | 1.10 | Work on fee application |

**BAUTE&TIDUS**LLP
Attorneys at Law

| | Invoice No.: | 19674 |
|---|---|---|
| Total Fees | | 74,541.75 |
| Total Expenses | | 2,385.26 |
| Net Balance Forward | | 187,282.53 |

TOTAL BALANCE DUE UPON RECEIPT          $264,209.54



**BAUTE&TIDUS**LLP
Attorneys at Law

777 S. FIGUEROA STREET • SUITE 4900
LOS ANGELES, CALIFORNIA 90017

New Century Mortgage Corporation
Monika L. McCarthy
3121 Michelson Drive
6th Floor
Irvine, CA  92612

Date:        04/11/2008
Invoice No.:  19955
Client No.:   1694

---

For Services Rendered through      03/31/2008
Current Professional Services (detail follows)          $12,115.00
Current Expenses Advanced (detail follows)                1,861.21

Total Current Charges                                      13,976.21
Net Balance Forward (detail follows):                    264,209.54

PLEASE REMIT .................................................................          $278,185.75

**BAUTE&TIDUS** LLP
Attorneys at Law

Invoice No.:          19955

## Summary of Unpaid Invoices:

| Matter | Invoice No. | Invoice Date | Amount | Balance |
|--------|-------------|--------------|--------|---------|
| 0006 | 18320 | 06/15/2007 | 9,935.91 | 9,935.91 |
| 0006 | 18441 | 07/20/2007 | 1,297.50 | 1,297.50 |
| 0006 | 18745 | 09/12/2007 | 32,246.42 | 32,246.42 |
| 0006 | 18969 | 10/03/2007 | 4,007.43 | 4,007.43 |
| 0006 | 19260 | 12/05/2007 | 56,354.04 | 56,354.04 |
| 0006 | 19457 | 01/11/2008 | 3,838.14 | 3,838.14 |
| 0006 | 19666 | 02/11/2008 | 79,603.09 | 79,603.09 |
| 0006 | 19674 | 03/07/2008 | 76,927.01 | 76,927.01 |

Net Balance Forward                                                           $264,209.54

Matter Name:   Post Bankruptcy -- New Century Mortgage Corporation v Liberty Surplus Insurance Corporation, et.al.
Matter No.:    0006

## TIMEKEEPER

| | | | | | |
|-----|----------------------|------|------|--------|----------|
| DPC | Crochetiere, David P. | 6.50 | hrs @ | 475.00 | 3,087.50 |
| JAT | Tidus, Jeffrey A. | 9.90 | hrs @ | 585.00 | 5,791.50 |
| NAC | Cardeno, Nilo A. | 1.10 | hrs @ | 135.00 | 148.50 |
| WLT | Thomas, Wendy L | 9.50 | hrs @ | 325.00 | 3,087.50 |

Total Fees due for this Matter                27.00                        $12,115.00

## EXPENSES

| | |
|-----------------------------|----------|
| Photocopy | 1.20 |
| Federal Express | 59.27 |
| Lexis-Nexis Research | 135.27 |
| Messenger and Court Service | 315.47 |
| Mediator's Fee | 1,350.00 |

Total expenses due for this matter                              $1,861.21

CURRENT MONTH: AMOUNT DUE                              $13,976.21

## PROFESSIONAL SERVICES

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 03/03/2008 | JAT | 1.20 | Work on fee application; work on discovery issues; work on finding expert |
| 03/03/2008 | JAT | 0.80 | Work on opposition to motion to compel |
| 03/04/2008 | JAT | 1.00 | Work on opposition to motion to compel |
| 03/07/2008 | JAT | 0.50 | Telecons re document production |
| 03/08/2008 | JAT | 1.00 | Draft memo re status, mediation |
| 03/10/2008 | JAT | 1.20 | Telecons regarding production of documents; emails regarding production of documents, motion to compel |
| 03/17/2008 | DPC | 5.20 | Review / analyze motion to compel documents. Review / analyze files re production of documents. Prepare ▮▮▮▮▮ |

**BAUTE&TIDUS** LLP
Attorneys at Law

Invoice No.:          19955

| | | | |
|---|---|---|---|
| 03/17/2008 | JAT | 0.50 | Read and respond to multiple emails re documents and production |
| 03/17/2008 | WLT | 6.00 | Analysis of issues regarding deposition transcripts; revise summary regarding same, and identify missing deposition transcripts. |
| 03/18/2008 | WLT | 3.50 | Revise summary of deposition analysis, missing deposition transcripts; and draft e-mail regarding same. |
| 03/19/2008 | JAT | 0.60 | Work on memo to client |
| 03/19/2008 | JAT | 0.20 | E-mails to client |
| 03/19/2008 | JAT | 0.50 | Continue work on memorandum to creditor's committee |
| 03/20/2008 | DPC | 1.30 | Review / revise letter to creditors' committee. |
| 03/20/2008 | JAT | 0.80 | Work on status memorandum to creditor's committee |
| 03/20/2008 | JAT | 0.20 | Review and respond to e-mails regarding disposition of files in Texas and impact on Liberty Surplus case |
| 03/21/2008 | JAT | 0.20 | Revise fee application |
| 03/24/2008 | JAT | 0.10 | Revise fee application |
| 03/30/2008 | JAT | 1.10 | Work on mediation conference brief |
| 03/31/2008 | NAC | 1.10 | Read, review and reply to J. Tidus' e-mail re M. McCarthy's files re PSSI; telephone conference with C. Wallace re discovery matters, production of documents, etc.; prepare and send e-mail to M. McCarthy and R. Silberglied re files, CD and index; review index of documents scanned at New Century office; telephone conference with C. Wallace re CD, index, "sealed documents" and other related matters; prepare and finalize letter to C. Wallace re same. |

| | |
|---|---|
| Total Fees | 12,115.00 |
| Total Expenses | 1,861.21 |
| Net Balance Forward | 264,209.54 |

TOTAL BALANCE DUE UPON RECEIPT          $278,185.75