# EXHIBIT B

Report ID: AN1053 - 18202
Wednesday, April 16, 2008

# BAUTE & TIDUS LLP
## Billing Analysis by Expense Code
### 3/1/2008 - 4/30/2008

Printed By
Page

| Expense Code Client ID | | | Billed Amount | % of Total Billed Amount | Billed Hours | Average Billed Rate | Billed Actual Value | % of Actual Value Billed | Billed Standard Value | % of Standard Value Billed |
|---|---|---|---|---|---|---|---|---|---|---|
| **03** Photocopy | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Noncash Exp. | $535.35 | 100.00 | N/A | N/A | $535.35 | 100.00 | N/A | N/A |
| **L02** Federal Express | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $236.79 | 100.00 | N/A | N/A | $236.79 | 100.00 | N/A | N/A |
| **L19** Duplication (Outside Service) | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $1,499.09 | 100.00 | N/A | N/A | $1,499.09 | 100.00 | N/A | N/A |
| **L27** Parking | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $6.00 | 100.00 | N/A | N/A | $6.00 | 100.00 | N/A | N/A |
| **L30** Lexis-Nexis Research | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $135.27 | 100.00 | N/A | N/A | $135.27 | 100.00 | N/A | N/A |
| **L5** Messenger and Court Service | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $483.97 | 100.00 | N/A | N/A | $483.97 | 100.00 | N/A | N/A |
| **L77** Mediator's Fee | | | | | | | | | | |
| 1694 | New Century Mortgage Corp. | Cash Exp. | $1,350.00 | 100.00 | N/A | N/A | $1,350.00 | 100.00 | N/A | N/A |
| | Report Cash Exp. Totals | | $3,711.12 | 100.00 | N/A | N/A | $3,711.12 | 100.00 | N/A | N/A |
| | Report Noncash Exp. Totals | | $535.35 | 100.00 | N/A | N/A | $535.35 | 100.00 | N/A | N/A |
| | Report Grand Totals | | $4,246.47 | 100.00 | N/A | N/A | $4,246.47 | 100.00 | N/A | N/A |

*** End Of Report ***