IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re:                                              :
                                                    : Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,                     :
a Delaware Corporation, *et al.*,                   : Case No. 07-10416 (KJC)
                                                    :
                         Debtors.                   : Jointly Administered
                                                    :
                                                    : Related to Docket No. 5486
                                                    :
-----------------------------------------------------------x

## CERTIFICATION OF NO OBJECTION REGARDING EIGHTH MONTHLY APPLICATION OF MICHAEL J. MISSAL, THE COURT-APPROVED EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008
## NO ORDER REQUIRED

The undersigned, counsel to Michael J. Missal, the Court-Appointed Examiner (the "Examiner") for New Century TRS Holdings, Inc., *et al.*, hereby certifies that:

1. On March 25, 2008, the **Notice** (the "Notice") and **Eighth Monthly Application of Michael J. Missal, the Court-Approved Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from February 1, 2008 through February 29, 2008** (the "Eighth Application") [Docket No. 5486] were filed with the Court.

2. In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, and the Order Appointing Fee Auditor Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications date October 10, 2007, objections, if any, to

the Eighth Application were due on or before 4:00 p.m. on April 14, 2008 (the "Objection Deadline").

3. The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

4. Accordingly, the Eighth Application may be granted.

Dated: April 16, 2008

SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

Co-Counsel to Michael J. Missal, Examiner