## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x

| | |
|---|---|
| In re: | : |
| | : **Chapter 11** |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : |
| **a Delaware Corporation, *et al.*,** | : **Case No. 07-10416 (KJC)** |
| | : |
| **Debtors.** | : **Jointly Administered** |
| | : |
| | : **Related to Docket No. 5494** |
| | : |

-----------------------------------------------------------x

### CERTIFICATION OF NO OBJECTION REGARDING EIGHTH MONTHLY APPLICATION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP, COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008 INCLUDING REQUEST FOR LIMITED WAIVER OF INFORMATION REQUIREMENTS OF LOCAL BANKRUPTCY RULE 2016-2(d)
### NO ORDER REQUIRED

The undersigned, counsel to Michael J. Missal, the Court-Appointed Examiner (the "Examiner") for New Century TRS Holdings, Inc., *et al.*, hereby certifies that:

1.      On March 25, 2008, the **Notice of Application** (the "Notice") and **Eighth Monthly Application of Kirkpatrick & Lockhart Preston Gates Ellis LLP, Counsel to the Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from February 1, 2008 through February 29, 2008, Including Request for Limited Waiver of Information Requirements of Local Bankruptcy Rule 2016-2(d)** (the "Eighth Application") [Docket No. 5494] were filed with the Court.

2.      In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, and the Order Appointing Fee Auditor Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official

Committees and Consideration of Fee Applications date October 10, 2007, objections, if any, to the Eighth Application were due on or before 4:00 p.m. on April 14, 2008 (the "Objection Deadline").

3.     The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

4.     Accordingly, the Eighth Application may be granted.

Dated: April 16, 2008                SAUL EWING LLP

By:_____
       Mark Minuti (No. 2659)
       222 Delaware Avenue, Suite 1200
       P.O. Box 1266
       Wilmington, DE  19899
       (302) 421-6840 (telephone)
       (302) 421-5873 (fax)

       Co-Counsel to Michael J. Missal, Examiner