**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., et al., | (Jointly Administered) |
| Debtors. / | |

**NOTICE OF SUBSTITUTION OF LOCAL COUNSEL**

PLEASE TAKE NOTICE that JOSEPH H. HUSTON, JR., who is a member of the bar of the Supreme Court of Delaware and United States District Court for the District of Delaware and who maintains an office in the district for the regular transaction of business, is hereby substituted for RICHARD D. BECKER as co-counsel, pursuant to District Court Local Rule 83.5(d), for the purpose of the pro hac vice admission of FREDERIC J. DISPIGNA, ESQUIRE.

LAW OFFICES OF DAVID J. STERN, P.A.
900 South Pine Iosland Road, Suite 400
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna

FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

_____
Joseph H. Huston, Jr., (No. 4035)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3310
Direct Fax: (610) 371-7972
Email: jhh@stevenslee.com

08-32206.SUB