UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC.,
et al.,
        Debtors.

_____/

Case No. 07-10416-KJC
Chapter 11

(Jointly Administered)

**Hrg Date: 5/7//08 @ 10:00 a.m.**
**Objection Deadline: 4/30/08**

## COUNTRYWIDE HOME LOANS' MOTION FOR RELIEF FROM STAY WITH REGARD TO 87 PROPERTIES

COMES NOW Countrywide Home Loans, ("Countrywide"), by and through its undersigned attorney, as and for its Motion for Relief from Stay with regard to 87 Properties, and states:

1. Countrywide has initiated or seeks to initiate foreclosure proceedings against 87 properties on which NEW CENTURY TRS HOLDINGS, INC., or one or more of the other Debtor entities (collectively, "the Debtor"), may hold an inferior mortgage. A complete listing of said properties is attached hereto as Exhibit A.

2. Each of the listed mortgages is in default and Countrywide may be prevented from enforcing its rights under state law by virtue of the automatic stay.

3. Assuming the inferior mortgages held by Debtor are valid and perfected, Debtor has no defenses to the priority of Countrywide's listed mortgages nor any defense to foreclosure thereof.

4. Countrywide is not seeking any affirmative relief from the Debtor but is seeking to foreclose the mortgages on the aforementioned properties on which the Debtor may hold a junior lien.

5.  For each listed property, the recording information for the Countrywide mortgage, the approximate amount due and Countrywide's good faith estimate of the value of each mortgaged property are shown on Exhibit A.

6.  Due to the number of properties, copies of the loan documents are voluminous and are therefore not being filed with this motion, but are available upon request.

WHEREFORE, Countrywide prays for an order lifting the stay with respect to the 87 properties identified on the attached list.

|  |  |
|---|---|
| | LAW OFFICES OF DAVID J. STERN, P.A.<br>900 S. Pine Island Road, Suite 400<br>Plantation, FL 33324<br>Phone: (954) 233-8000 ext 207<br>Fax: (954) 233-8648 |
| Dated: April 16, 2008 | /S/ Frederic J. DiSpigna<br>_____<br>FREDERIC J. DISPIGNA, ESQUIRE<br>Florida Bar No. 345539<br>fdispigna@dstern.com |
| Dated: April 16, 2008 | *[signature]*<br>Joseph H. Huston, Jr., (No. 4035)<br>STEVENS & LEE, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br>Direct Fax: (610) 371-7972<br>Email: jhh@stevenslee.com |

08-32206.MF2