UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                                                   Case No. 07-10416-KJC
                                                                                         Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,
et al.,                                                                                  Jointly Administered
       Debtors.
                                                                                         Ref. No. _____

_____/

**ORDER TERMINATING AUTOMATIC STAY**

UPON CONSIDERATION of the Motion for Relief from Stay with Regard to 87 Properties, filed by COUNTRYWIDE HOME LOANS, INC (Doc. #xxxx), and the Certification of Counsel as to no opposition to said motion, it is

ORDERED, that the Motion be, and the same is hereby **GRANTED**; and it is further

ORDERED, that the automatic stay is terminated allowing Countrywide Home Loans, Inc. to exercise its rights under applicable law with respect to the 87 properties identified on the list attached hereto.

Dated: _____                    _____
                                          KEVIN J. CAREY
                                          UNITED STATES BANKRUPTCY JUDGE

08-32206.SRO