**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:**<br><br>**NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,**[1]<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 07-10416 (KJC)**<br><br>**Jointly Administered**<br><br>**Re: Docket Nos. 137, 554 and 3062** |

**SUPPLEMENTAL DECLARATION AND DISCLOSURE OF**
**SUZZANNE S. UHLAND ON BEHALF OF O'MELVENY & MYERS LLP**

I, Suzzanne S. Uhland, hereby declare and state as follows:

1. I am partner in the law firm of O'Melveny & Myers LLP ("OMM"), proposed co-counsel for New Century Financial Corporation, a Maryland corporation, New Century TRS Holdings, Inc., a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases. I am duly admitted to practice law in the courts of the State of California and have been admitted pro hac vice in Delaware in connection with the above-captioned chapter 11 case.

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware corporation; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

2. On April 2, 2007, each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") other than New Century Warehouse Corporation ("Access Lending") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"). On April 6, 2007, the Debtors (other than Access Lending) filed their application (the "Application") for an order authorizing the employment of OMM as their co-counsel in the Debtors' jointly-administered chapter 11 cases. In support of the Application, the Debtors (other than Access Lending) filed a declaration executed by me on behalf of OMM in accordance with Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Debtors (other than Access Lending) filed a supplemental declaration executed by me on behalf of OMM in support of the Application on May 7, 2007. The Application was approved by the Bankruptcy Court on May 7, 2007.

3. On August 3, 2007 Access Lending filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. On September 25, 2007, the Debtors filed their application for an order expanding the scope of OMM's retention to include representation of Access Lending (the "Access Application"). The Debtors filed a declaration executed by me on behalf of OMM in accordance with Bankruptcy Rules 2014(a) and 2016(b) in support of the Access Application. The Access Application was approved by the Bankruptcy Court on October 23, 2007.

4. As noted in the declarations accompanying the Application and the Access Application, OMM has conducted a check for conflicts of interest and other conflicts and connections with respect to the Debtors' bankruptcy cases. OMM maintains a database containing the names of current, former, and potential clients and other principal parties related to such clients. OMM has a department devoted to the research and analysis of conflict of

interest and other conflict issues.

5. In order to further supplement the declarations I submitted in connection with the Application and the Access Application, pursuant to Bankruptcy Rules 2014(a) and 2016(b), I caused OMM to review and analyze the conflict database to determine whether OMM has any connection with regard to interested, or potentially interested parties, that had either (i) entered an appearance in the Debtors jointly-administered cases, (ii) requested service of documents filed in the Debtors' jointly-administered cases, and/or (iii) filed one or more motions or responsive pleadings in the Debtors' jointly-administered cases between April of 2007 and December of 2007, to the best of our knowledge, using information contained in the conflicts database. In connection with this supplemental conflict check, I became aware that certain clients, former clients and affiliates thereof may be interested or potentially interested parties in these chapter 11 cases.

6. Attached hereto as Exhibit A is a supplemental list of clients and possible affiliates of clients currently represented by OMM in matters unrelated to the Debtors' chapter 11 cases. Attached as Exhibit B hereto is a supplemental list of clients and possible affiliates of clients that have been or may have been represented by OMM in the past in matters unrelated to the Debtors' chapter 11 cases. As noted above, both Exhibits A and B supplement the declarations I submitted in connection with both the Application and the Access Application. Given the size and diversity of OMM's practices and the number of interested or potentially interest parties, OMM will have represented many of these parties on matters unrelated to these cases. While we recognize that OMM has in the past represented, and currently represents a significant number of interested or potentially interested parties, we believe that any other law firm of the size of OMM, offering a similar scope of services as OMM, would find itself in the same situation.

7. I do not believe that any of these matters constitute a significant engagement that involves either the billing of fees in excess of two and one half of one percent (2.5%) of OMM's annual fees billed. In any event, OMM will not represent the foregoing parties in interest in any facet of the Debtors' cases. To the extent that the Debtors commence an adversary proceeding under Bankruptcy Rule 7001 or initiate a claim objection with respect to any such client, OMM will either obtain an appropriate waiver of the conflict or refer the matter to alternative counsel. In any event, OMM does not and will not represent any of the foregoing claimants or any party in interest in any facet of the Debtors' cases.

8. I have become aware that a former employee and former shareholder of the Debtors, Ralph Flick, has provided services to OMM as a contract attorney on matters unrelated to the Debtors' chapter 11 cases. It is my understanding that Mr. Flick was employed as an attorney by the Debtors from March 17, 2003 through April 1, 2005, and provided approximately 30 hours of services to the Debtors as a contractor in March 2007, including conducting research related to the Debtors' warehouse lines of credit.

9. To the best of my knowledge, and based upon the foregoing efforts and inquiries, OMM and the attorneys employed by it are disinterested persons who do not hold or represent an interest adverse to the estates and, except as set forth above, do not have any connection with the Debtors, their creditors, or any other party in interest in these cases or with their respective counsel or accountants, with the judges of this Court, or with the United States Trustee or any person employed in the Office of the United States Trustee.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the 16 day of April, 2008 at San Francisco, California.

Suzzanne S. Uhland

Dated: April 16, 2008
Wilmington, Delaware

Respectfully submitted,

Suzzanne S. Uhland
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

CO-COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION

**EXHIBIT A**

## Exhibit A[1] – Current Clients[2]

ABN AMRO Bank N.Y.
ACS Commercial Capital, LLC
ADT Security Services, Inc.
American Express Travel Related Services Company Inc
American Home Mortgage Corp.
Bank of New York
Barclays Capital
Baute & Tidus LLP
Chase Home Finance LLC
Contrarian Capital Management, L.L.C.
Countrywide Financial Corporation
Countrywide Home Loans, Inc. d/b/a America's Wholesale Lender
Countrywide Securities Corporation
Countrywide Warehouse Lending
Deutsche Bank National Trust Company
DLJ Mortgage Capital, Inc.
Ernst & Young LLP
Farallon Enterprises
Federal Express Corporation
Fidelity Bank
Fidelity National Information Services
Fidelity National Title Company
FTI Consulting, Inc.
GMAC Commercial Finance, LLC
Irell & Manella LLP
Lehman Brothers Holdings Inc.
Maguire Properties - 3121 Michelson, LLC
Maguire Properties - 3161 Michelson, LLC
Maguire Properties - Park Place LLC
Ocwen Loan Servicing, LLC
PricewaterhouseCoopers LLP
Quadrangle Group LLC
Qwest Corporation
RBC Centura Bank
RBC Mortgage Company
RBC USA Holding Corporation

---

[1] Parties that are both potentially current clients and former clients of OMM are only listed on Exhibit A - Current Clients.

[2] Due to the similarity of names of certain entities, OMM was not able to determine if all entities listed herein are actually affiliates of current clients. However, out of an abundance of caution, OMM has listed those entities which it reasonably believes may be affiliates of current clients.

Regions Bank
Royal Bank of Canada
Rush Moore LLP
Safeco Financial Institution Solutions, Inc.
Saxon Mortgage Services, Inc.
Sprint Communications Company, L.P. d/b/a Sprint Nextel
Sprint Nextel Corporation
SunTrust Leasing Corporation
Time Warner Telecom, Inc.
Travelers
Union Bank of California
Wells Fargo Bank, N.A.

**EXHIBIT B**

**Exhibit B – Former Clients[1]**

Affiliated Computer Services, Inc.
Akin Gump Strauss Hauer & Feld LLP
Ameriquest Mortgage Company
Angelo, Gordon & Co.
Ballard Spahr, Andrews & Ingersoll LLP
Blank Rome LLP
Bryan Cave LLP
Cadwalader, Wickersham & Taft, LLP
Clarion Mortgage Capital, Inc.
Ellington Management Group
Feiwell & Hannoy, P.C.
Hartford Fire Insurance Company
Haynes and Boone, LLP
International Business Machines
Iron Mountain Information Management, Inc.
Jeffrey Weber
Jenner & Block LLP
John Hicks
LaSalle Bank National Association
Manatt Phelps & Philips, LLP
Mayer, Brown, Rowe & Maw LLP
Microsoft Corporation
New York State Teachers Retirement
Oracle USA
Pepper Hamilton LLP
Roetzel & Andress
Rosenberg & Associates
Rutan & Tucker, LLP
Sheppard, Mullin, Richter & Hampton LLP
T.D. Service Company
Theresa A. Davis
United Healthcare Insurance Company
United Insurance Company

[1] Due to the similarity of names of certain entities, OMM was not able to determine if all entities listed herein are actually affiliates of former clients. However, out of an abundance of caution, OMM has listed those entities which it reasonably believes may be affiliates of former clients.