UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC.,
et al.,
        Debtors.

_____/

Case No. 07-10416-KJC
Chapter 11

(Jointly Administered)

Hrg Date: 5/7/08 @ 10:00 a.m.
Objection Deadline: 4/30/08

JASPER CONSTRUCTION'S MOTION FOR RELIEF FROM STAY
WITH REGARD TO PROPERTIES AT 10636 WOODLEY
AVE., UNIT 41, GRANADA HILLS, CALIFORNIA AND
13023 EDWARDS RD, LA MIRADA, CALIFORNIA

COMES NOW Jasper Construction, its successors and/or assigns ("Jasper"), by and through its undersigned attorney, as and for its Motion for Relief from Stay, and states:

1.    Jasper seeks to initiate foreclosure proceedings against two properties in Los Angeles County, California. The first property is located at **10636 Woodley Ave., Unit 41, Granada Hills, California 91334**, and legally described as:

All that certain real property situated in the City of Los Angeles, County of Los Angeles, State of California described as follows:

PARCEL 1:

A) An undivided .931 percent interest in and to Lot 1 of Tract No. 35155, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 912, Pages 10 to 12 inclusive of Maps, in the office of the County Recorder of said County.

Except therefrom units 1 to 88 inclusive as shown and defined on the Condominuim Plan recorded March 9, 1979 as Instrument No. 79-2666657, of Offical Records.

B) Unit 41 shown and defined on the Condominium Plan referred to above

PARCEL 2:

1

> An exclusive easement for parking purposes to Spaces 67 and 68 shown and defined as the Parking Plan attached to the above mentioned Condominium Plan.

and the second property is located at **13023 Edwards Rd., La Mirada, California 90638**, and legally described as:

> All that certain real property situated in the City of La Mirada, County of Los Angeles, State of California, being described as follows:
>
> Lot 64, of Tract 18555, as recorded in Miscellaneous Maps, in Book 473 on Page(s) 41 through 43 inclusive of Maps in the Office of the County Recorder of Said County.

2. According to the Public Records of Los Angeles County, California, New Century Mortgage Corporation, holds an inferior mortgage on each of the above-described properties.

3. A copy of Jasper's mortgage on 10636 Woodley Ave., recorded as Instrument No. 06 0707029, in the Public Records of Los Angeles County, California is attached hereto as Exhibit A.

4. A copy of Jasper's mortgage on 13023 Edwards Rd., recorded as Instrument No. 06 1172698, in the Public records of Los Angeles County, California is attached hereto as Exhibit B.

5. Both said mortgages are in default and Jasper may be prevented from enforcing its rights under state law by virtue of the automatic stay.

6. Assuming the junior mortgages held by the Debtor are valid and perfected, the Debtor has no defenses to the priority of Jasper's mortgages nor any defense to foreclosure thereof.

7. Jasper is not seeking any affirmative relief from the Debtor but is merely seeking to foreclose the mortgages on the aforementioned properties on which the Debtor may hold

junior liens.

8. The approximate amount due Jasper for the 10636 Woodley Ave. property is $277,176.30.

9. The approximate amount due Jasper for the 13023 Edwards Rd. property is $486,132.30.

10. According to the Los Angeles County appraiser the market value of the 10636 Woodley Ave. property is $235,000.00.

11. According to the Los Angeles County Property Appraiser, the market value of the 13023 Edwards Ave. property is $475,000.00.

WHEREFORE, Jasper Construction prays for an order lifting the stay.

LAW OFFICES OF DAVID J. STERN, P.A.
Attorney for Jasper Construction
900 S. Pine Island Road, Suite 400
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna

Dated: April 16, 2008

FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

Dated: April 16, 2008

Joseph H. Huston, Jr. (No. 4035)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3310
Direct Fax: (610)-371-7972
Email: jhh@stevenslee.com

08-39774.MF2