**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:

NEW CENTURY TRS HOLDINGS, INC.,
et al.,
        Debtors.

Case No. 07-10416-KJC
Chapter 11

Motion No: 6276

**Objections due by: 4/30/08**
**Hrg Date: 5/7/08 @10:00 a.m.**

**NOTICE OF MOTION OF JASPER CONSTRUCTION**
**FOR RELIEF FROM STAY UNDER SECTION 362 OF THE**
**BANKRUPTCY CODE**

TO:

| | |
|---|---|
| New Century TRS Holdings<br>18400 Von Karman Ave.<br>Irvine, CA 92612<br>Debtor | United States Trustee<br>844 King St., Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Attorneys for the Debtor<br><br>Suzanne S. Uhland, Esq.<br>Ben S. Logan, Esq.<br>O'Melveny & Myers, LLP<br>275 Battery St.<br>San Francisco, CA 94111<br>Attorneys for the Debtor | Bonnie Glantz Fatell, Esq.<br>David W. Carickhoff, Jr., Esq.<br>Blank Rome, LLP<br>1201 Market St., 800<br>Wilmington, DE 19801<br>Attorneys for the Official Committee of<br>Unsecured Creditors<br><br>Mark T. Power, Esq<br>Mark S. Indelicato, Esq.<br>488 Madison Ave.<br>14th & 15th Floor<br>New York, NY 10022<br>Attorneys for the Official Committee of<br>Unsecured Creditors |

    Jasper Construction has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to foreclose on two real properties in which the above-captioned Debtor may hold an interest. Copies of the mortgages on the real properties to which the motion relates are attached to the Motion for Relief.

1

A HEARING ON THE MOTION WILL BE HELD ON MAY 7, 2008 at 10:00 am

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the motion at least 5 business days before the above hearing date.

At the same time you must also serve a copy of the response upon movant's attorney:

**Law Offices of David J. Stern, PA**
**Frederic J. DiSpigna, Esq.**
**900 S. Pine Island Road. Suite 400**
**Plantation, FL 33324**
**954-233-8000**

Stevens & Lee, P.C.
Joseph H. Huston, Jr.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
302-425-3310

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the properties and the extent and validity of any security instrument.

LAW OFFICES OF DAVID J. STERN, P.A.
900 Southh Pine Island Road, Suite 400
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna

FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

Joseph H. Huston, Jr., (No. 4035)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3310
Direct Fax: (610) 371-7972
Email: jhh@stevenslee.com