**<u>EXHIBIT B</u>**

## Exhibit B - Buena Park LCD Sale to Alltech Electronics

| | P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|---|
| 1 | PD974A | HP | HP1955 | LCD 19in | CNN6500K3Q | 1 |
| 2 | PD974A | HP | HP1955 | LCD 19in | CNK61119XS | 1 |
| 3 | RA373A | HP | LP1965 | LCD 19in | CNK6280L5M | 1 |
| 4 | RA373A | HP | LP1965 | LCD 19in | CNN639143K | 1 |
| 5 | RA373A | HP | LP1965 | LCD 19in | CNN64330PJ | 1 |
| 6 | RA373A | HP | LP1965 | LCD 19in | CNN6433R81 | 1 |
| 7 | RA373A | HP | LP1965 | LCD 19in | CNN6433R83 | 1 |
| 8 | RA373A | HP | LP1965 | LCD 19in | CNN6433R84 | 1 |
| 9 | RA373A | HP | LP1965 | LCD 19in | CNN6433R86 | 1 |
| 10 | RA373A | HP | LP1965 | LCD 19in | CNN6433R88 | 1 |
| 11 | RA373A | HP | LP1965 | LCD 19in | CNN6433R8M | 1 |
| 12 | RA373A | HP | LP1965 | LCD 19in | CNN6433RDX | 1 |
| 13 | RA373A | HP | LP1965 | LCD 19in | CNN6433S4V | 1 |
| 14 | RA373A | HP | LP1965 | LCD 19in | CNN6433SQ5 | 1 |
| 15 | RA373A | HP | LP1965 | LCD 19in | CNN6433SQB | 1 |
| 16 | RA373A | HP | LP1965 | LCD 19in | CNN6433SQM | 1 |
| 17 | RA373A | HP | LP1965 | LCD 19in | CNN6450HRN | 1 |
| 18 | RA373A | HP | LP1965 | LCD 19in | CNN6450HRY | 1 |
| 19 | RA373A | HP | LP1965 | LCD 19in | CNN6450HRZ | 1 |
| 20 | RA373A | HP | LP1965 | LCD 19in | CNN6450JC0 | 1 |
| 21 | RA373A | HP | LP1965 | LCD 19in | CNN6450JC4 | 1 |
| 22 | RA373A | HP | LP1965 | LCD 19in | CNN647242N | 1 |
| 23 | RA373A | HP | LP1965 | LCD 19in | CNN6500D7V | 1 |
| 24 | RA373A | HP | LP1965 | LCD 19in | CNN6500K3V | 1 |
| 25 | RA373A | HP | LP1965 | LCD 19in | CNN6500N0D | 1 |
| 26 | LCD1915X | NEC | LCD1915X | LCD 19in | 42101260VA | 1 |
| 27 | LCD1960NXI | NEC | LCD1960NXI | LCD 19in | 47130961YA | 1 |
| 28 | VS10867 | Viewsonic | VA912B | LCD 19in | PPK053104114 | 1 |
| 29 | VS10867 | Viewsonic | VA912B | LCD 19in | PPK053104118 | 1 |
| 30 | VS10867 | Viewsonic | VA912B | LCD 19in | PW8054902353 | 1 |
| 31 | VS10867 | Viewsonic | VA912B | LCD 19in | PW8054902630 | 1 |
| 32 | VS10867 | Viewsonic | VA912B | LCD 19in | PW8054902696 | 1 |
| 33 | VS10867 | Viewsonic | VA912B | LCD 19in | PW8054902711 | 1 |
| 34 | VS10867 | Viewsonic | VA912B | LCD 19in | PW8060100704 | 1 |
| 35 | VS10867 | Viewsonic | VA912B | LCD 19in | PW8060101227 | 1 |
| 36 | VS10867 | Viewsonic | VA912B | LCD 19in | PW8060101233 | 1 |
| 37 | VS10867 | Viewsonic | VA912B | LCD 19in | PW8060101249 | 1 |
| 38 | VS10867 | Viewsonic | VA912B | LCD 19in | PW8060101254 | 1 |
| 39 | VS10867 | Viewsonic | VA912B | LCD 19in | PW8060101269 | 1 |
| 40 | VS10867 | Viewsonic | VA912B | LCD 19in | PW8060211152 | 1 |
| 41 | VS10867 | Viewsonic | VA912B | LCD 19in | PW8060211493 | 1 |
| 42 | VS10867 | Viewsonic | VA912B | LCD 19in | PW8060300723 | 1 |
| 43 | VLCDS24020-3W | Viewsonic | VG900B | LCD 19in | A1X033700896 | 1 |
| 44 | VLCDS27944-4W | Viewsonic | VG910B | LCD 19in | A32042401707 | 1 |
| 45 | VLCDS27944-4W | Viewsonic | VG910B | LCD 19in | A32043200637 | 1 |
| 46 | VLCDS27944-4W | Viewsonic | VG910B | LCD 19in | A32043200650 | 1 |
| 47 | VLCDS27944-4W | Viewsonic | VG910B | LCD 19in | A32044600394 | 1 |
| 48 | VLCDS27944-4W | Viewsonic | VG910B | LCD 19in | A32050352183 | 1 |
| 49 | VLCDS27944-4W | Viewsonic | VG910B | LCD 19in | A32050352211 | 1 |
| 50 | VLCDS27944-4W | Viewsonic | VG910B | LCD 19in | A320534B1528 | 1 |
| 51 | VLCDS27944-4W | Viewsonic | VG910B | LCD 19in | A320534B1537 | 1 |
| 52 | VS11369 | Viewsonic | VG930M-3 | LCD 19in | QC2064203116 | 1 |
| 53 | VS11369 | Viewsonic | VG930M-3 | LCD 19in | QC2064305306 | 1 |

## Exhibit B - Buena Park LCD Sale to Alltech Electronics

| | P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|---|
| 54 | VS10929 | Viewsonic | VP920B | LCD 19in | PXY061504075 | 1 |
| 55 | VS10929 | Viewsonic | VP920B | LCD 19in | PXY062503162 | 1 |
| 56 | S1-NLA005A1 | Cornea | CT1810 | LCD 18in | MPC002410403 | 1 |
| 57 | S1-NLA005A1 | Cornea | CT1810 | LCD 18in | MPKD02464887 | 1 |
| 58 | A0-NHA006A1 | Cornea | MP704 | LCD 17in | MP02280333 | 1 |
| 59 | A0-NHA006A1 | Cornea | MP704 | LCD 17in | MP02344780 | 1 |
| 60 | A0-NHA006A1 | Cornea | MP704 | LCD 17in | MPJA02373500 | 1 |
| 61 | MP704 | Cornea | MP704 | LCD 17in | MP02280076 | 1 |
| 62 | AL1711 | ACER | AL1711 | LCD 17in | ETL12080443370( | 1 |
| 63 | AL1711 | ACER | AL1711 | LCD 17in | ETL12080443370( | 1 |
| 64 | AL1711 | ACER | AL1711 | LCD 17in | ETL12080443370( | 1 |
| 65 | AL1711 | ACER | AL1711 | LCD 17in | ETL12080443370( | 1 |
| 66 | AL1711 | ACER | AL1711 | LCD 17in | ETL12080443370( | 1 |
| 67 | AL1711 | ACER | AL1711 | LCD 17in | ETL12080443370( | 1 |
| 68 | AL1711 | ACER | AL1711 | LCD 17in | ETL12080443370( | 1 |
| 69 | AL1711 | ACER | AL1711 | LCD 17in | ETL12080444170( | 1 |
| 70 | AL1711 | ACER | AL1711 | LCD 17in | ETL12080444170( | 1 |
| 71 | AL1711 | ACER | AL1711 | LCD 17in | ETL12080444170( | 1 |
| 72 | AL1711 | ACER | AL1711 | LCD 17in | ETL12080444170( | 1 |
| 73 | AL1711BN | Acer | AL1711 | LCD 17in | ETL12080444170( | 1 |
| 74 | AL1711BN | Acer | AL1711 | LCD 17in | ETL12080444170( | 1 |
| 75 | AL1711BN | Acer | AL1711 | LCD 17in | ETL12080444170( | 1 |
| 76 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0511013306938 | 1 |
| 77 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0511013306946 | 1 |
| 78 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0511013306949 | 1 |
| 79 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512001201807 | 1 |
| 80 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512001202172 | 1 |
| 81 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512001202226 | 1 |
| 82 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512001209352 | 1 |
| 83 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512001209357 | 1 |
| 84 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512006401194 | 1 |
| 85 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512006401232 | 1 |
| 86 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512006401848 | 1 |
| 87 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007100235 | 1 |
| 88 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007100241 | 1 |
| 89 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007100268 | 1 |
| 90 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007100279 | 1 |
| 91 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007100306 | 1 |
| 92 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007100328 | 1 |
| 93 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007100336 | 1 |
| 94 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007100350 | 1 |
| 95 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007100726 | 1 |
| 96 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007100881 | 1 |
| 97 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007101268 | 1 |
| 98 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007101275 | 1 |
| 99 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007101279 | 1 |
| 100 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007101286 | 1 |
| 101 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007101288 | 1 |
| 102 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007101300 | 1 |
| 103 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007101301 | 1 |
| 104 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007101306 | 1 |
| 105 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007101314 | 1 |
| 106 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007101338 | 1 |

## Exhibit B - Buena Park LCD Sale to Alltech Electronics

| | P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|---|
| 107 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007101407 | 1 |
| 108 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007101426 | 1 |
| 109 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007101438 | 1 |
| 110 | 77377078540A | Dell | 1704FPT1 | LCD 17in | 0512007101455 | 1 |
| 111 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0605003304865 | 1 |
| 112 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0605003304877 | 1 |
| 113 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0605003304883 | 1 |
| 114 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0605003304896 | 1 |
| 115 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0605003304897 | 1 |
| 116 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0605003304903 | 1 |
| 117 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606000903403 | 1 |
| 118 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606002903032 | 1 |
| 119 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606002903723 | 1 |
| 120 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606002903742 | 1 |
| 121 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606002903748 | 1 |
| 122 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606002903787 | 1 |
| 123 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606002903788 | 1 |
| 124 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606003502889 | 1 |
| 125 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606003503813 | 1 |
| 126 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606003505618 | 1 |
| 127 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606003505732 | 1 |
| 128 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606003506088 | 1 |
| 129 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606004000015 | 1 |
| 130 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606004000945 | 1 |
| 131 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606004000972 | 1 |
| 132 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606005502391 | 1 |
| 133 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606005502904 | 1 |
| 134 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606005503071 | 1 |
| 135 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0606005503121 | 1 |
| 136 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0608002703438 | 1 |
| 137 | 7737710600P0A | Dell | 1707FPt | LCD 17in | 0608003505721 | 1 |
| 138 | CML174SXWB | Hitachi | JM777 | LCD 17in | H3D008985 | 1 |
| 139 | P9625A | HP | 1730 | LCD 17in | CNP342Q0TG | 1 |
| 140 | PL777A | HP | HP1755 | LCD 17in | CNK6111YCG | 1 |
| 141 | PL777A | HP | HP1755 | LCD 17in | CNK6111Z4F | 1 |
| 142 | PL777A | HP | HP1755 | LCD 17in | CNK61121ZF | 1 |
| 143 | PL777A | HP | HP1755 | LCD 17in | CNK61121ZF | 1 |
| 144 | PL777A | HP | HP1755 | LCD 17in | CNK6120GDH | 1 |
| 145 | PL777A | HP | HP1755 | LCD 17in | CNK615198P | 1 |
| 146 | PL777A | HP | HP1755 | LCD 17in | CNK6151999 | 1 |
| 147 | PL777A | HP | HP1755 | LCD 17in | CNK61519BJ | 1 |
| 148 | PL777A | HP | HP1755 | LCD 17in | CNK61519BZ | 1 |
| 149 | PL777A | HP | HP1755 | LCD 17in | CNK61519TG | 1 |
| 150 | PL777A | HP | HP1755 | LCD 17in | CNK61608LJ | 1 |
| 151 | PL777A | HP | HP1755 | LCD 17in | CNK61608ZL | 1 |
| 152 | PL777A | HP | HP1755 | LCD 17in | CNK616090W | 1 |
| 153 | PL777A | HP | HP1755 | LCD 17in | CNK616090Z | 1 |
| 154 | PL777A | HP | HP1755 | LCD 17in | CNK6160915 | 1 |
| 155 | PL777A | HP | HP1755 | LCD 17in | CNK62011SF | 1 |
| 156 | PL777A | HP | HP1755 | LCD 17in | CNK6240ZZ7 | 1 |
| 157 | PL777A | HP | HP1755 | LCD 17in | CNK640Z5B | 1 |
| 158 | PL777A | HP | HP1755 | LCD 17in | CNK640Z65 | 1 |
| 159 | PL777A | HP | HP1755 | LCD 17in | CNK61121F8 | 1 |

## Exhibit B - Buena Park LCD Sale to Alltech Electronics

| | P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|---|
| 160 | PL777A | HP | HP1755 | LCD 17in | CNK61121ZH | 1 |
| 161 | PL777A | HP | HP1755 | LCD 17in | CNK61122GB | 1 |
| 162 | PL777A | HP | HP1755 | LCD 17in | CNK61122J3 | 1 |
| 163 | PL777A | HP | HP1755 | LCD 17in | CNK615197C | 1 |
| 164 | PL777A | HP | HP1755 | LCD 17in | CNK61519SG | 1 |
| 165 | PL777A | HP | HP1755 | LCD 17in | CNK6160917 | 1 |
| 166 | PL777A | HP | HP1755 | LCD 17in | CNK6240Z6C | 1 |
| 167 | PL777A | HP | HP1755 | LCD 17in | CNK6241004 | 1 |
| 168 | LCD1760V-BK | NEC | LCD1760V | LCD 17in | 46454351TA | 1 |
| 169 | LCD1760V-BK | NEC | LCD1760V | LCD 17in | 46454374TA | 1 |
| 170 | LCD1760V-BK | NEC | LCD1760V | LCD 17in | 46454571TA | 1 |
| 171 | LCD1760V-BK | NEC | LCD1760V | LCD 17in | 44442416TA | 1 |
| 172 | LCD1760V-BK | NEC | LCD1760V | LCD 17in | 45449588TA | 1 |
| 173 | LCD1760V-BK | NEC | LCD1760V | LCD 17in | 46454363TA | 1 |
| 174 | LCD1760V-BK | NEC | LCD1760V | LCD 17in | 46454383TA | 1 |
| 175 | LCD1760V-BK | NEC | LCD1760V | LCD 17in | 46454581TA | 1 |
| 176 | GD710NSSS | Samsung | 170MP | LCD 17in | GD17H4JW50124 | 1 |
| 177 | GD710NSSS | Samsung | 170MP | LCD 17in | GD17HCHW9022₄ | 1 |
| 178 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ053300029 | 1 |
| 179 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054004603 | 1 |
| 180 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054004637 | 1 |
| 181 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054004654 | 1 |
| 182 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054004658 | 1 |
| 183 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054004670 | 1 |
| 184 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054005363 | 1 |
| 185 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054005657 | 1 |
| 186 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054007980 | 1 |
| 187 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054007997 | 1 |
| 188 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054007999 | 1 |
| 189 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054008007 | 1 |
| 190 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054008752 | 1 |
| 191 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054008761 | 1 |
| 192 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054008769 | 1 |
| 193 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054100199 | 1 |
| 194 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054100209 | 1 |
| 195 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054100256 | 1 |
| 196 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054100258 | 1 |
| 197 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054100259 | 1 |
| 198 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054100269 | 1 |
| 199 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054100275 | 1 |
| 200 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054100280 | 1 |
| 201 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054801688 | 1 |
| 202 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ054801775 | 1 |
| 203 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ055204573 | 1 |
| 204 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ055204579 | 1 |
| 205 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ055205277 | 1 |
| 206 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ055205689 | 1 |
| 207 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ060101367 | 1 |
| 208 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ060101630 | 1 |
| 209 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ060102339 | 1 |
| 210 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ060502272 | 1 |
| 211 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ060502363 | 1 |
| 212 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ060502376 | 1 |

**Exhibit B - Buena Park LCD Sale to Alltech Electronics**

| | P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|---|
| 213 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ060502381 | 1 |
| 214 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ060502385 | 1 |
| 215 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ060502392 | 1 |
| 216 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ060502400 | 1 |
| 217 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ060502405 | 1 |
| 218 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ060502406 | 1 |
| 219 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ060502407 | 1 |
| 220 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ060502417 | 1 |
| 221 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ060502420 | 1 |
| 222 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ060502427 | 1 |
| 223 | VS10697 | Viewsonic | VA712B | LCD 17in | PPJ060502429 | 1 |
| 224 | VLCDS23895-1W | Viewsonic | VE175 | LCD 17in | A1A023000833 | 1 |
| 225 | VLCDS23895-4W | Viewsonic | VE175B | LCD 17in | A1G032102003 | 1 |
| 226 | VLCDS23895-4W | Viewsonic | VE175B | LCD 17in | A1G032102127 | 1 |
| 227 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q041300501 | 1 |
| 228 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q045000129 | 1 |
| 229 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q050303068 | 1 |
| 230 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q050310734 | 1 |
| 231 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q050311367 | 1 |
| 232 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q050311463 | 1 |
| 233 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q050312565 | 1 |
| 234 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0505C0036 | 1 |
| 235 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q05116C189 | 1 |
| 236 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0516C1782 | 1 |
| 237 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0516C1788 | 1 |
| 238 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0516C1863 | 1 |
| 239 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0516C1868 | 1 |
| 240 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0516C1869 | 1 |
| 241 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0516C1870 | 1 |
| 242 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0516C1871 | 1 |
| 243 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0516C1872 | 1 |
| 244 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0516C1875 | 1 |
| 245 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0516C1880 | 1 |
| 246 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0516C1881 | 1 |
| 247 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0516C1883 | 1 |
| 248 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0516C1886 | 1 |
| 249 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0516C1888 | 1 |
| 250 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0516C1891 | 1 |
| 251 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0517C1468 | 1 |
| 252 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0522C0860 | 1 |
| 253 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0522C0862 | 1 |
| 254 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0522C0883 | 1 |
| 255 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0522C0909 | 1 |
| 256 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0523C1534 | 1 |
| 257 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0523C3922 | 1 |
| 258 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0523C3927 | 1 |
| 259 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0523C3943 | 1 |
| 260 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q0524C4773 | 1 |
| 261 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q052500011 | 1 |
| 262 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q052500022 | 1 |
| 263 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q052501648 | 1 |
| 264 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q052502182 | 1 |
| 265 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q052502947 | 1 |

## Exhibit B - Buena Park LCD Sale to Alltech Electronics

| | P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|---|
| 266 | VS10047 | Viewsonic | VE710B | LCD 17in | P1Q052502958 | 1 |
| 267 | VS10047 | Viewsonic | VE710B | LCD 17in | PUN052901161 | 1 |
| 268 | VS10047 | Viewsonic | VE710B | LCD 17in | PUN052901216 | 1 |
| 269 | VS10047 | Viewsonic | VE710B | LCD 17in | PUN052905718 | 1 |
| 270 | VS10047 | Viewsonic | VE710B | LCD 17in | PUN052905720 | 1 |
| 271 | VS10047 | Viewsonic | VE710B | LCD 17in | PUN052905755 | 1 |
| 272 | VS10047 | Viewsonic | VE710B | LCD 17in | PUN052940133 | 1 |
| 273 | VS10047 | Viewsonic | VE710B | LCD 17in | PUN052940446 | 1 |
| 274 | VS10047 | Viewsonic | VE710B | LCD 17in | PUN052940633 | 1 |
| 275 | VS10047 | Viewsonic | VE710B | LCD 17in | PUN053100402 | 1 |
| 276 | VS10047 | Viewsonic | VE710B | LCD 17in | PUN053106022 | 1 |
| 277 | VS10047 | Viewsonic | VE710B | LCD 17in | PUN502905757 | 1 |
| 278 | VLCDS23719-5W | Viewsonic | VG710B | LCD 17in | A2X042950975 | 1 |
| 279 | VLCDS23719-5W | Viewsonic | VG710B | LCD 17in | A2X042951687 | 1 |
| 280 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW060201773 | 1 |
| 281 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW060202143 | 1 |
| 282 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062100066 | 1 |
| 283 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062100449 | 1 |
| 284 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062200074 | 1 |
| 285 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062200535 | 1 |
| 286 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062200615 | 1 |
| 287 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062200641 | 1 |
| 288 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062201229 | 1 |
| 289 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062201233 | 1 |
| 290 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062201244 | 1 |
| 291 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062201259 | 1 |
| 292 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062201261 | 1 |
| 293 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062201276 | 1 |
| 294 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062300145 | 1 |
| 295 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062300149 | 1 |
| 296 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062300151 | 1 |
| 297 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062300159 | 1 |
| 298 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062300195 | 1 |
| 299 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062300221 | 1 |
| 300 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062300242 | 1 |
| 301 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062300244 | 1 |
| 302 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062300820 | 1 |
| 303 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062300834 | 1 |
| 304 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062301172 | 1 |
| 305 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062301198 | 1 |
| 306 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062500516 | 1 |
| 307 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062500797 | 1 |
| 308 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062500935 | 1 |
| 309 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062500959 | 1 |
| 310 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062500961 | 1 |
| 311 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062500963 | 1 |
| 312 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062500965 | 1 |
| 313 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062500987 | 1 |
| 314 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062500989 | 1 |
| 315 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062500994 | 1 |
| 316 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062501006 | 1 |
| 317 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062501008 | 1 |
| 318 | VS10927 | Viewsonic | VP720B | LCD 17in | PXW062501072 | 1 |

## Exhibit B - Buena Park LCD Sale to Alltech Electronics

| P/N | Make | Model | Description | Serial Number | Totals |
|---|---|---|---|---|---|
| 319 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062501074 | 1 |
| 320 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062600079 | 1 |
| 321 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062600175 | 1 |
| 322 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062600199 | 1 |
| 323 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062600296 | 1 |
| 324 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062600323 | 1 |
| 325 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062600326 | 1 |
| 326 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062600329 | 1 |
| 327 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062600394 | 1 |
| 328 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062600688 | 1 |
| 329 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062600709 | 1 |
| 330 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062600711 | 1 |
| 331 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062600726 | 1 |
| 332 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062600738 | 1 |
| 333 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062601089 | 1 |
| 334 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062601124 | 1 |
| 335 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062601126 | 1 |
| 336 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062601135 | 1 |
| 337 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062601142 | 1 |
| 338 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062800663 | 1 |
| 339 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062800683 | 1 |
| 340 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062800685 | 1 |
| 341 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062800688 | 1 |
| 342 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062800695 | 1 |
| 343 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062800746 | 1 |
| 344 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062800752 | 1 |
| 345 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062800754 | 1 |
| 346 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062800758 | 1 |
| 347 VS10927 | Viewsonic | VP720B | LCD 17in | PXW062800766 | 1 |
| 348 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000104 | 1 |
| 349 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000114 | 1 |
| 350 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000643 | 1 |
| 351 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000665 | 1 |
| 352 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000691 | 1 |
| 353 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000699 | 1 |
| 354 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000802 | 1 |
| 355 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000804 | 1 |
| 356 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000805 | 1 |
| 357 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000806 | 1 |
| 358 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000811 | 1 |
| 359 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000812 | 1 |
| 360 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000814 | 1 |
| 361 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000819 | 1 |
| 362 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000826 | 1 |
| 363 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000835 | 1 |
| 364 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000837 | 1 |
| 365 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000838 | 1 |
| 366 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000839 | 1 |
| 367 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063000843 | 1 |
| 368 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063001058 | 1 |
| 369 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063500005 | 1 |
| 370 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063500040 | 1 |
| 371 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063500231 | 1 |

**Exhibit B - Buena Park LCD Sale to Alltech Electronics**

| P/N | Make | Model | Description | Serial Number | Totals |
|-----|------|-------|-------------|---------------|--------|
| 372 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063500403 | 1 |
| 373 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063500440 | 1 |
| 374 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063500441 | 1 |
| 375 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063500465 | 1 |
| 376 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063500475 | 1 |
| 377 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063500493 | 1 |
| 378 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063500514 | 1 |
| 379 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063500698 | 1 |
| 380 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063500707 | 1 |
| 381 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063500715 | 1 |
| 382 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063500721 | 1 |
| 383 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063500854 | 1 |
| 384 VS10927 | Viewsonic | VP720B | LCD 17in | PXW063501019 | 1 |
| 385 1504FP | Dell | UltraSharp | LCD 15in | MX05R108476052 | 1 |
| 386 1702FP | Dell | UltraSharp | LCD 17in | MX08G152476052 | 1 |
| | | | | **Total Count** | **386** |

| | |
|---|---|
| **Total Purchase Price** | **$  18,480** |