## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing *Objection Of Zurich American Insurance Company and/or its affiliates, including but not limited to Fidelity and Deposit Company of Maryland, as their interests may appear* objection to the cure amounts listed in the assumption schedule at Exhibit A to the Amended Plan was served upon the persons on the attached Service List via first-class United States mail, postage prepaid, on this 17th day of April, 2007.

_____
Ronald S. Gellert

## SERVICE LIST

New Century Financial Corporation
3337 Michelson Drive
Suite CN-350
Irvine, CA 92612
Attn: Monika L. McCarthy, Esq.

Richards Layton & Finger
One Rodney Square
920 King Street
Wilmington, DE 19801
Attn: Mark Collins & Michael Merchant

O'Melveny & Myers LLP
275 Battery Street, 26th Floor
San Francisco, CA 94111
Attn: Suzanne Uhland and Andrew Parlen

Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Attn: Mark S. Indelicato and Mark T. Power)

Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19891
Attn: Bonnie Glantz Fatell & Regina Stango Kelbon

Office of the United States Trustee
J Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801