# EXHIBIT A

## ZURICH North America BILLING SERVICES
### STATEMENT OF ACCOUNT

New Century Financial Corp.
3121 Michelson, Suite 600
Irvine CA 92612



CHAPTER 11 BANKRUPTCY
CASE # 07-10416 KJC JAF
DISTRICT OF Delaware
FILED 4/2/07

4/10/2008

### OUTSTANDING PREMIUM

| Insured | POLICY NUMBER | TRANSACTION TYPE | Effective Dates | Premium Due | Pre-Petition Premium Due | Post Petition Premium / Administrative Expense |
|---|---|---|---|---|---|---|
| New Century Financial Corp. | | | | | | |
| | CAP 0016872 | | | $ - | | |
| | FIA 01002565 | | | | (354,666.43) | |
| | FIA 01002565 | | | | 46,490.75 | |
| | FIA 01003282 | | | | 529,076.11 | |
| | CPO 9137628-02 | Prem | 3/17/07-08 | $ 705.55 | | |
| | | | | | $ 221,605.98 | |

### OUTSTANDING DEDUCTIBLE BILLS

| Insured | Valuation Date | Invoice Number | BU | Premium Due | Pre-Petition Premium Due | Post Petition Premium Administrative Expense |
|---|---|---|---|---|---|---|
| | | | | | | |

### ESCROW AND LETTERS OF CREDIT

| Insured | Valuation Date | Invoice Number | BU | Premium Due | Pre-Petition Premium Due | Post Petition Premium Administrative Expense |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| GRAND TOTAL DUE: | | | | $ 221,605.98 | | |
| GRAND TOTAL PRE-PETITION DUE: | | | | | $ - | |
| GRAND TOTAL POST-PETITION/ADMINISTRATIVE EXPENSES DUE: | | | | | | |

4/10/2008