**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | |
| **NEW CENTURY TRS HOLDINGS,** | ) | **Case No. 07-10416 (KJC)** |
| **INC., et al.,** | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**INTERIM FEE APPLICATION OF ERNST & YOUNG LLP**
**FOR THE FIRST INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Ernst & Young LLP for the First Interim Period (the "Application").

**BACKGROUND**

1. Ernst & Young LLP ("EY") was retained as Tax Advisory Services Provider for the Debtors-in-Possession. In the Application, EY seeks approval of fees totaling $24,050.00, and costs totaling $12.00 for its services from May 1, 2007, through August 3, 2007 (the "Application Period")[1].

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense

---

[1] EY initially filed a "First Combined Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Tax Advisory Services Provider to the Debtors and Debtors in Possession" at docket no. 4341 on January 8, 2008. We prepared an initial report based on that combined monthly application, and, after receiving our initial report, EY filed the Application on March 28, 2008, at docket no. 5545. Thus the Application reflects information that was contained in our initial report.

**FEE AUDITOR'S FINAL REPORT** - Page 1
new FR EY 1st int 5-7.07.wpd

entries included in the exhibits to the Application, for compliance with Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on EY an initial report based on our review, and received a response from EY, portions of which response are quoted herein.

## DISCUSSION

3.    In our initial report, we noted one expense entry for mileage charges for two trips:

Magnuson Jr, Richard R
Mileage:  2 trips 5/15 and 4/25               06/15/07               $87.00

We asked EY to provide additional information regarding these trips, particularly in light of the fact that Magnuson did not bill any time for April 25, and his time entries for May 15 do not reflect any travel by Magnuson on that date:

| | | | |
|---|---|---|---|
| 05/15/07 | Magnuson | 2.2 | $1,386 research re repurchase reserves |
| 05/15/07 | Magnuson | 2.4 | $1,512 review of preliminary numbers related to the reserves |
| 05/15/07 | Magnuson | 0.4 | $252 read related rev ruling on repurchase |

EY provided the following response:

> E&Y has agreed to reduce its request by the $87 in expenses, and E&Y's fee application reflects that reduction.

We appreciate this response but note that the Application actually reflects a reduction of $86.00 rather than $87.00. Accordingly, we recommend a reduction of $1.00 in expenses.

## CONCLUSION

4.     Thus we recommend approval of fees totaling $24,050.00 and expenses in the amount of $11.00 ($12.00 minus $1.00) for EY's services from May 1, 2007, through August 3, 2007.

>     Respectfully submitted,
>
>     **WARREN H. SMITH & ASSOCIATES, P.C.**
>
>     By: _____
>     Warren H. Smith
>     Texas State Bar No. 18757050
>     Mark W. Steirer
>     Texas State Bar No. 19139600
>
>     325 N. St. Paul Street, Suite 1275
>     Republic Center
>     Dallas, Texas  75201
>     214-698-3868
>     214-722-0081 (fax)
>     whsmith@whsmithlaw.com
>
>     **FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First-Class United States mail to the attached service list on this 17th day of April 2008.

>     _____
>     Warren H. Smith

## SERVICE LIST

**The Applicant**
Richard Magnuson
Ernst & Young LLP
Dept. 6793
Los Angeles, CA  90084-6793

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700

**United States Trustee**
Joseph J. McMahon, Jr.
U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**Counsel to the Debtors**
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Paul N. Heath, Esq.
Chris M. Samis, Esq.
Richards, Layton & Finger, P.A.
920 N. King St.
One Rodney Square
Wilmington, DE 19801

**Counsel to the Debtors**
Suzzanne Uhland, Esq.
Ben H. Logan, Esq.
Victora A. Newmark, Esq.
Andrew M. Parlen, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

**Counsel to the Debtors**
Shannon Lowry Nagle, Esq.
O'Melveny &Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Counsel to the Debtors**
Ivan Lerer Kallick, Esq.
Manatt Phelps & Phillips, LLP
11344 W. Olympic Blvd.
Los Angeles, CA 90064

**Counsel for Crisis Managers**
Sheldon S. Toll, Esq.
Attorneys for AP Services, LLC
2000 Town Center, Suite 2550
Southfield, MI 48075

**Accounting and Tax Advisor for the Debtors**
Gary A. Grush
Grant Thornton LLP
18400 Von Karman Ave., Suite 900
Irvine, CA 92612

**Accounting and Tax Advisor for the Debtors**
Ari Lefkovits, Director
Lazard Freres & Co., LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020

**Accounting and Tax Advisor for the Debtors**
Jeffrey R. Boyle, Esq.
PricewaterhouseCoopers LLP
Two Commerce Square, Ste. 1700
2001 Market St.
Philadelphia, PA 19103

**Counsel to the Official Committee of Unsecured Creditors**
Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome, LLP
1201 Market Street, Ste. 800
Wilmington, DE 19801

**Counsel to the Official Committee of Unsecured Creditors**
Mark S. Indelicato, Esq.
Hahn & Hessen, LLP
488 Madison Avenue
14th & 15th Floors
New York, NY 10022

**Financial Advisor to the Official Committee of Unsecured Creditors**
Samuel Star
FTI Consulting, Inc.
Three Times Square
New York, NY 10036

**Examiner**
Michael J. Missal, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
1601 K. Street, N.W.
Washington, DC 20006-1600

**Counsel to the Examiner**
Edward M. Fox, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
599 Lexington Ave.
New York, NY 10022

**Counsel to the Examiner**
Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

**Accountants and Financial Advisor to the Examiner**
William K. Lenhart
Naushon Vanderhoop
BDO Seidman, LLP
330 Madison Ave., 10th Floor
New York, NY 10017

**Special Counsel to the Audit Subcommittee**
Peter Benvenutti, Esq.
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104

**Special Counsel - OCP**
Diana M. Thimmig, Esq.
Roetzel & Andress
1375 East Ninth Street
One Cleveland Center, 9th Floor
Cleveland, OH 44115

**Sheppard, Mullin, Richter & Hampton LLP**
Mette H. Kurth, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448

**Special Litigation Counsel to Debtors**
Jeffrey Tidus, Esq.
Baute & Tidus LLP
777 S. Figueroa Street, Ste. 4900
Los Angeles, CA 90017

**FEE AUDITOR'S FINAL REPORT** - Page 5
new FR EY 1st int 5-7.07.wpd