## Warren H. Smith & Associates, P.C.
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
New Century TRS Holdings, Inc.

April 16, 2008

Invoice #     11043

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/8/2007 | DTW | Pacer research regarding fee auditor order (.2) | 0.20 | 29.00 |
| 10/11/2007 | ALP | Reviewed Order Appointing Fee Auditor (.3) | 0.30 | 46.50 |
|  | DTW | e-mails to and from B. Witters regarding fee auditor order and draft email re same to W. Smith and J. Allgood (.2) | 0.20 | 29.00 |
| 10/15/2007 | CR | Update database with e-detail of Manatt 5.07, 6.07, 7.07 and 8.07 fee applications | 0.20 | 8.00 |
|  | CR | Update database with e-detail Hennigan 5.07 (4/6/07-5/31/07) fee application | 0.10 | 4.00 |
|  | DTW | telephone call with R. Warren re Saul applications (.1) | 0.10 | 14.50 |
| 10/16/2007 | CR | Update database with e-detail of Saul Ewing 6/8/07-7/31/07 fee application | 0.10 | 4.00 |
|  | DTW | receive, review, and respond to to R. Warren regarding electronic version of application from 3 applicants (.2) | 0.20 | 29.00 |
|  | CR | Update database with e-detail Kirkpatrick 6/1/07-7/31/07 Interim application and 7.07 and 8.07 fee application (.1); Missal 6/5/07-7/31/07 Interim application and 7.07 and 8.07 fee applications (.1) | 0.20 | 8.00 |

New Century TRS Holdings, Inc.                                                                   Page    2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/16/2007 | CR | Update database with e-detail Heller Ehrman's 6.07 and 7.07 fee applications | 0.10 | 4.00 |
| | CR | Update database with Manatt 4.07, 5.07 and 6.07 fee applications (.1); Hennigan 4/6/07-5/31/07 fee application (.1) | 0.20 | 8.00 |
| 10/17/2007 | ALP | Telephone conference with Doreen Williams regarding organization of new case (.2) | 0.20 | 31.00 |
| | CR | Update database with AlixPartners 4.07,5.07and 6.07 fee application (.1) and Lazard 8.07 fee application and 4/07-7/31/07 1st Interim application (.1) | 0.20 | 8.00 |
| 10/18/2007 | CR | Update database with Saul Ewing 6/1/07-7/31/07 fee application, Missal 6/5/07-7/31/07 fee application (.1); Missal 8.07 fee application; Missal 1st Interim application (.1); Heller 1st Interim application; Heller 4/2/07-6/30/07 fee application (.1); Heller 7.07 fee application (.1) | 0.40 | 16.00 |
| 10/19/2007 | CR | Update database with e-detail Richards 4.07,5.07, 6.07, 7.07, 8.07 fee applications | 0.20 | 8.00 |
| | CR | Update database with e-detail BlankRome 4.07, 5.07 6.07, 7.07 fee applications | 0.20 | 8.00 |
| 10/22/2007 | CR | Update database with O'Melveny 6.07, BDO 6/29/07-8/31/07 (.1); Lazard 4.07, Lazard 5/1/07-7/31/07 (.1)' Lazard 8.07, Lazard 1st Interim 4/1/07-7/31/07 fee applications; (.1)Kirkpatrick 6/1/07-7/31/07 fee application ; Kirkpatrick 1st Interim Amended application 6/1/07-7/31/07 (.1)and Kirkpatrick 8.07 fee application (.1) | 0.50 | 20.00 |
| | CR | Update database with e-detail Manatt 9.07 fee application | 0.10 | 4.00 |
| | CR | Update database with e-detail O'Melveny 6.07 fee application | 0.10 | 4.00 |
| 10/23/2007 | DTW | Review information recieved from RLF regarding case particulars (.5); work on creating service list (.7); review case particulars in preparation for conversation with W. Smith (.3) | 1.50 | 217.50 |
| 10/24/2007 | CR | Update database with e-detail FTI 4.07,5.07, 6.07 7.07 and 8.07 fee applications (.1); Roetzel 4.07, 5.07, 6.07, 7.07, 8.07 and 9.07 fee applications (.1); Skadden 4.07 (4-16-07/5/31/07), 6.07 and 7.07 fee applications (.1) | 0.30 | 12.00 |

New Century TRS Holdings, Inc. Page 3

| | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/24/2007 | CR | Update database with E&Y 5/1/07-8/3/07 fee application, Howrey 6/22/07-7/20/07 fee application (.1) FTI 4.07, 5.07, 6.07, 7.07 fee applications (.1) FTI 1st Interim 4/1/07-7/31/07 application and 8.07 fee application (.1); Skadden 1st Interim application 4/16/07-7/31/07, Blank Rome 1st Interim application 4/9/07-7/31/07 (.1); Blank Rome 4.07, 5.07, 6-7.07 fee applications (.1) | 0.50 | 20.00 |
| | DTW | telephone call with W. Smith regarding scope and status of audit (.2) | 0.20 | 29.00 |
| 10/25/2007 | CR | Update database with e-detail O'Melveny 4.07 and 5.07 fee application; Sheppard 6.07 and 7.07 fee application | 0.20 | 8.00 |
| | CR | Update database with edetail BDO 6/29/07-8/31/07 and 8.07 fee applications | 0.10 | 4.00 |
| | CR | Update database with edetail Baute 1/31/07-9/30/07 fee application | 0.10 | 4.00 |
| | CR | Update database with Howrey 4/2/07-6/30/07 6.07 monthly fee application and 4/2/07-6/30/07 1st Interim application (.1); O'Melveny 4.07 and 5.07 with supplemental (.1); Monatt 9.07 fee application (.1) | 0.30 | 12.00 |
| | DTW | Reviewing various orders affecting audit (.4); and work on scheduling matters for audit (.3) | 0.70 | 101.50 |
| 10/26/2007 | CR | Update database with e-detail Hahn & Hessen 4.07 and 5.07 fee application | 0.10 | 4.00 |
| | CR | Update database with Roetzel 4.07, 5.07, 6.07, 7.07, 8.07 and 9.07 fee applications | 0.20 | 8.00 |
| 10/29/2007 | ALP | Extended telephone conference with Jeff Allgood and Doreen Williams regarding case status and organization of new case (.8) | 0.80 | 124.00 |
| | DTW | conference call with J. Allgood and A. Parnell to discuss applications received, needed and how to proceed (.8) | 0.80 | 116.00 |
| | CR | Update database with Grant 9.07 fee application | 0.10 | 4.00 |
| | CR | Update database with e-detail BDO 9.07 and Saul 8.07 fee applications | 0.10 | 4.00 |

New Century TRS Holdings, Inc.                                                                                                    Page    4

|            |     |                                                                                                                                                                                                                                                                                                                                   | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/30/2007 | CR  | Update database with Saul 8.07, Kirkpatrick 9.07 (.1); Missal 9.07, BDO 9.07 (.1); Hahn 5.07 and 4.07 (.1); Sheppard 1st Interim application 4/2/07-7/31/07, E&Y 1st Interim application 4/1/07-7/31/07 (.1) | 0.40 | 16.00 |
|            | DTW | Review Baute invoices (.3); contact N. Cardeno re same (.2); work on status report for 1st interim audit (1.8); draft email to J. Allgood and A. Parnell re same (.1); telephone call with J. Allgood re same (.2); research re Alix Partners applications (.3); Pacer research re applications (.4) | 3.30 | 478.50 |
| 10/31/2007 | CR  | Update database with e-detail Missal 9.07 and Kirkpatrick 9.07 fee applications | 0.10 | 4.00 |
|            | CR  | Update database with Richards 9.07 fee application | 0.10 | 4.00 |

**For professional services rendered**                                                                                                                           **13.70  $1,453.50**

Additional Charges :

|                                                    | Price |      |
|----------------------------------------------------|-------|------|
| Pacer chargers for charges for October 2007        | 7.68  | 7.68 |

**Total costs**                                                                                                                                                                      **$7.68**

**Total amount of this bill**                                                                                                                                                **$1,461.18**

Balance due                                                                                                                                                                      $1,461.18

Timekeeper Summary

| Name              | Hours | Rate   | Amount     |
|-------------------|-------|--------|------------|
| Alexa L. Parnell  | 1.30  | 155.00 | $201.50    |
| Cherie Rogers     | 5.20  | 40.00  | $208.00    |
| Doreen Williams   | 7.20  | 145.00 | $1,044.00  |