**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
New Century TRS Holdings, Inc.

April 16, 2008

Invoice #     11042

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/2/2007 | LMH | receive, review, and respond to second e-mail from J. Allgood re: case assignments. | 0.10 | 13.50 |
|  | CR | Update database with O'Melveny, Kirkpatrick, Heller, FTI & BlankRome with reviewer information | 0.30 | 12.00 |
|  | CR | research information and set up Service List and Contact List for database | 0.60 | 24.00 |
|  | CR | Update database with Baute 1.07, 3.07,5.07,6.07, 8.07, 9.07 fee applications | 0.30 | 12.00 |
|  | ALP | Telepone conferences with Jeff Allgood an Doreen Williams regarding case organization (.3) | 0.30 | 46.50 |
|  | LMH | receive, review, and respond to e-mail from J. Allgood re: case assignments. | 0.10 | 13.50 |
| 11/6/2007 | CR | Update database with e-detail FTI 9.07 fee application | 0.10 | 4.00 |
| 11/7/2007 | CR | Update database with FTI 9.07 fee application | 0.10 | 4.00 |
|  | CR | Update database with e-detail RIchards 9.07 fee application | 0.10 | 4.00 |

New Century TRS Holdings, Inc.                                                                                                                                  Page        2

|            |     |                                                                                                                                 | **Hours** | **Amount** |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 11/7/2007  | JW  | detailed review of Kirkpatrick's June1, 2007 to July 31,2007 invoice (7.1)                                                      | 7.10      | 958.50     |
|            | JW  | detailed review of Kirkpatrick's June 1, 2007 to July 31, 2007 invoice                                                          | 7.10      | 958.50     |
| 11/8/2007  | JW  | detailed review of Kirkpatrick's June1, 2007 to July 31,2007 invoice (8.8)                                                      | 8.80      | 1,188.00   |
|            | JW  | detailed review of Kirkpatrick's June 1, 2007 to July 31, 2007 invoice                                                          | 8.80      | 1,188.00   |
| 11/9/2007  | JW  | detailed review of Kirkpatrick's June 1, 2007 to July 31, 2007 invoice                                                          | 8.10      | 1,093.50   |
|            | JW  | detailed review of Kirkpatrick's June1, 2007 to July 31,2007 invoice (8.10)                                                     | 8.10      | 1,093.50   |
| 11/12/2007 | CR  | Update database with Skadden 8/1/07-9/30/07 fee application                                                                     | 0.10      | 4.00       |
|            | JW  | detailed review of Kirkpatrick's June 1, 2007 to July 31, 2007 invoice                                                          | 4.00      | 540.00     |
|            | JW  | detailed review of O'Melveny's April 2007 monthly invoice                                                                       | 5.10      | 688.50     |
|            | JW  | detailed review of O'Melveny's April 2007 monthly invoice (5.1)                                                                 | 5.10      | 688.50     |
|            | JW  | detailed review of Kirkpatrick's June1, 2007 to July 31,2007 invoice (4.0)                                                      | 4.00      | 540.00     |
|            | CR  | Update database with e-detail BlankRome 8.07 fee application, Skadden 8.07 and 9.07 fee applications (.1)                       | 0.10      | 4.00       |
| 11/13/2007 | JW  | detailed review of O'Melveny's April 2007 monthly invoice (9.20)                                                                | 9.20      | 1,242.00   |
|            | ALP | Conference with Jeff Allgood regarding filing status of monthly invoices and interim fee application regarding 1st interim period (4-7.07) (.5) | 0.50      | 77.50      |
|            | JW  | detailed review of O'Melveny's April 2007 monthly invoice                                                                       | 9.20      | 1,242.00   |

New Century TRS Holdings, Inc.                                                                                        Page    3

|            |     |                                                                                                                                             | Hours | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 11/14/2007 | JW  | detailed review of O'Melveny's April 2007 monthly invoice                                                                                   | 9.70  | 1,309.50 |
|            | CR  | Update database with 8.07 fee application for BlankRome                                                                                     | 0.10  | 4.00     |
|            | JW  | detailed review of O'Melveny's April 2007 monthly invoice (9.70)                                                                            | 9.70  | 1,309.50 |
| 11/15/2007 | JW  | detailed review of O'Melveny's May 2007 monthly invoice                                                                                     | 9.30  | 1,255.50 |
|            | JW  | detailed review of O'Melveny's May 2007 monthly invoice (9.30)                                                                              | 9.30  | 1,255.50 |
| 11/16/2007 | ALP | Reviewed Sheppard Mullin's monthly invoices and interim fee applications regarding 1st interim period (4-7.07) (3.9)                        | 3.90  | 604.50   |
|            | MWS | detailed review of Lazard retention documents and fee application of Lazard for April through July 2007 (2.3); review fee and expense detail (1.1). | 3.40  | 782.00   |
|            | JW  | detailed review of O'Melveny May 2007 monthly invoice (9.4)                                                                                 | 9.40  | 1,269.00 |
|            | CR  | Update database with e-detail Roetzel 10.07 monthly invoice                                                                                 | 0.10  | 4.00     |
|            | CR  | Update database with AP Services 7/1/07-9/30/07 (.2)                                                                                        | 0.20  | 8.00     |
| 11/17/2007 | ALP | Reviewed Skadden Arps monthly invoices and interim fee applications regarding 1st interim period (4-7.07) (3.3)                             | 3.30  | 511.50   |
|            | ALP | Reviewed Manatt Phelps & Phillips' monthly invoices and interim fee applications regarding 1st interim period (4-7.07) (4.1)                | 4.10  | 635.50   |
|            | JW  | detailed review of O'Melveny May 2007 monthly invoice (6.3)                                                                                 | 6.30  | 850.50   |
| 11/18/2007 | LMH | detailed review of FTI's May 2007 application.                                                                                              | 0.70  | 94.50    |

New Century TRS Holdings, Inc.                                                        Page 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/18/2007 | LMH | Begin detailed review of Heller Ehrman's combined April through June 2007 application. | 1.90 | 256.50 |
| | ALP | Reviewed Howrey's monthly invoices and interim fee applications regarding 1st interim period (4-7.07) (3.7) | 3.70 | 573.50 |
| | JW | detailed review of O'Melveny June 2007 monthly invoice (3.6) | 3.60 | 486.00 |
| | LMH | detailed review of FTI's April 2007 application. | 0.30 | 40.50 |
| | LMH | detailed review of FTI's June 2007 application. | 0.40 | 54.00 |
| | LMH | detailed review of FTI's July 2007 application. | 0.50 | 67.50 |
| | LMH | detailed review of FTI's quarterly application for the first interim period (April through July 2007). | 0.10 | 13.50 |
| | LMH | detailed review of FTI's retention application, affidavit, supplemental affidavit, and retention order regarding clarification of standard of review for hourly forensic and litigation consulting fees. | 0.50 | 67.50 |
| 11/19/2007 | LMH | draft e-mail to M. Correa, Heller Ehrman, re: electronic detail for firm's combined April through June 2007 application. | 0.30 | 40.50 |
| | JW | detailed review of O'Melveny June 2007 monthly invoice (9.4) | 9.40 | 1,269.00 |
| | LMH | receive, review, and respond to two e-mails from J. Allgood re: Heller Ehrman's electronic detail for its combined April through June 2007 application. | 0.10 | 13.50 |
| | LMH | receive, review, and respond to e-mail from M. Correa, Heller Ehrman, re: revised electronic detail for combined April through June 2007 application. | 0.10 | 13.50 |
| | LMH | left detailed telephone voicemail for J. Allgood re: Heller Ehrman's combined April through June 2007 application and corresponding electronic detail. | 0.10 | 13.50 |
| | LMH | Continued detailed review of Heller Ehrman's combined April through June 2007 application. | 0.50 | 67.50 |

New Century TRS Holdings, Inc.                                                                           Page      5

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/19/2007 | ALP | Reviewed Roetzel & Andress' monthly invoices and interim fee applications regarding 1st interim period (4-7.07) (5.1) | 5.10 | 790.50 |
|  | ALP | Reviewed Saul Ewing's monthly invoices and interim fee applications regarding 1st interim period (4-7.07) (3.8) | 3.80 | 589.00 |
|  | JBA | draft e-mail to L. Hamm re: Heller's electronic detail for 4.07-6.07 | 0.10 | 4.00 |
|  | MWS | review Lazard time entries for April through July 2007 (1.3); review expense detail (1.8). | 3.10 | 713.00 |
| 11/20/2007 | MWS | work on initial report regarding fee application of Lazard for 4/07 - 7/07. | 1.70 | 391.00 |
|  | CR | Update database with e-detail HellerErhmann 4/1/07-6/30/07 | 0.10 | 4.00 |
|  | ALP | Drafted initial report to Kirkpatrick regarding 1st interim period (4-7.07) (1.8) | 1.80 | 279.00 |
|  | ALP | Reviewed Kirkpatrick's monthly invoices and interim fee applications regarding 1st interim period (4-7.07) (6.2) | 6.20 | 961.00 |
|  | JW | detailed review of O'Melveny June 2007 monthly invoice (9.1) | 9.10 | 1,228.50 |
| 11/21/2007 | CR | Update database with Hahn 6.07 monthly invoice | 0.10 | 4.00 |
|  | CR | Update database with e-detail Hahn 6.07 monthly invoice | 0.10 | 4.00 |
|  | ALP | Reviewed Michael Missal's monthly invoices and interim fee applications regarding 1st interim period (4-7.07) (3.6.) | 3.60 | 558.00 |
| 11/23/2007 | LMH | detailed review of Blank Rome's June 2007 application. | 0.10 | 13.50 |
|  | JW | detailed review of O'Melveny June 2007 monthly invoice (9.3) | 9.30 | 1,255.50 |
|  | LMH | Continued detailed review of Heller Ehrman's combined April through June 2007 application. | 0.60 | 81.00 |

New Century TRS Holdings, Inc.   Page   6

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/23/2007 | LMH | detailed review of Blank Rome's April 2007 application. | 0.30 | 40.50 |
|  | LMH | detailed review of Blank Rome's May 2007 application. | 0.40 | 54.00 |
| 11/24/2007 | LMH | Continued detailed review of Heller Erhman's combined April through June 2007 application. | 2.80 | 378.00 |
|  | LMH | Begin drafting summaries for Heller Ehrman's first quarterly period applications. | 0.40 | 54.00 |
|  | LMH | Additional detailed review of Blank Rome's April 2007 application | 1.40 | 189.00 |
|  | LMH | Additional detailed review of Blank Rome's May 2007 application | 0.40 | 54.00 |
| 11/25/2007 | JW | detailed review of O'Melveny Supplemental Fee Application for the period April 1, 2007 to May 31, 2007 (4.9) | 4.90 | 661.50 |
| 11/26/2007 | ALP | Researched Pacer regarding 1st interim (4-7.07) hearing date and filed monthly and interim fee applications (.3) | 0.30 | 46.50 |
|  | LMH | Additional detailed review of Blank Rome's May 2007 application. | 0.80 | 108.00 |
|  | LMH | Continued detailed review of Blank Rome's combined June and July 2007 application. | 0.90 | 121.50 |
|  | JW | detailed review of O'Melveny Supplemental Fee Application for the period April 1, 2007 to May 31, 2007 (9.4) | 9.40 | 1,269.00 |
|  | LMH | draft summary for Blank Rome's April 2007 application. | 1.90 | 256.50 |
|  | ALP | Extended telephone conferences with Doreen Williams and Jeff Allgood regarding status of monthly invoices and interim fee applications filed concerning 1st interim period (4-7.07) (.3) | 0.30 | 46.50 |
|  | JBA | telephone conference with A. Parnell and D. Williams re: status of monthly and interim applications for the 1st interim and status of review/initial reports re: same | 0.30 | 12.00 |

New Century TRS Holdings, Inc.     Page   7

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/27/2007 | CR | Update database with e-detail Kirkpatrick and Michael Missal 10.07 monthly invoices | 0.10 | 4.00 |
|  | ALP | Extended telephone conference with Jeff Allgood regarding status of monthly invoices and interim fee applications filed concerning 1st interim period (4-7.07) (.3) | 0.30 | 46.50 |
|  | JBA | telephone conference with L. Hamm re: Blank Rome and Heller summaries | 0.10 | 4.00 |
|  | CR | Update database with montly invoices of Michael Missal 10.07 and Kirkpatrick 10.07 (.1) | 0.10 | 4.00 |
|  | CR | Update database with e-detail BDO 10.07 monthly invoice | 0.10 | 4.00 |
|  | CR | Update database with monthly invoices for Roetzel 10.07 and Hahn 6.07 | 0.10 | 4.00 |
| 11/28/2007 | ALP | Telephone conference with Doreen Williams regarding status of initial reports concerning the 1st interim period (4-7.07) (.2) | 0.20 | 31.00 |
|  | LMH | Continue drafting summary for Blank Rome's April 2007 application. | 1.10 | 148.50 |
|  | LMH | draft summary for Blank Rome's May 2007 application. | 0.80 | 108.00 |
| 11/30/2007 | CR | Update database with e-detail O'Melveny 7.07 monthly invoice (.1) and Saul Ewing 9.07 monthly invoice (.1) | 0.20 | 8.00 |
|  | CR | Update database with monthly invoices for Richards 10.07 and O'Melveny 7.07 (.2) | 0.20 | 8.00 |

**For professional services rendered**     **250.90 $35,047.00**

Balance due     $35,047.00

New Century TRS Holdings, Inc.  Page 8

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 37.40 | 155.00 | $5,797.00 |
| Cherie Rogers | 3.20 | 40.00 | $128.00 |
| James Wehrmann | 184.00 | 135.00 | $24,840.00 |
| Jeff B. Allgood | 0.50 | 40.00 | $20.00 |
| Lisa M Hamm | 17.60 | 135.00 | $2,376.00 |
| Mark W Steirer | 8.20 | 230.00 | $1,886.00 |