**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
New Century TRS Holdings, Inc.

April 16, 2008

Invoice #    11041

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/3/2007 | ALP | Reviewed Howrey's monthly invoices and interim fee application regarding the 1st interim period (4 - 7.07) (3.9) | 3.90 | 604.50 |
| 12/4/2007 | CR | Update database with E-Detail of monthly invoice of BlankRome 9-10.07 | 0.10 | 4.00 |
| 12/5/2007 | CR | Update database with 1st & Final interim application 4/2/07-5/8/07 for Compensation Design - set up Interim New Century database | 0.30 | 12.00 |
|  | CR | Update database with E-Detail O'Melveny 8.07 monthly invoice | 0.10 | 4.00 |
|  | CR | Update database with e-Detail Richards 10.07 monthly invoice | 0.10 | 4.00 |
|  | ALP | Telephone conference with Doreen Williams regarding filing status of interim fee applications concerning the 1st interim period (4-7.07) (.2) | 0.20 | 31.00 |
|  | ALP | Researched Pacer regarding service list in New Century case (.3) | 0.30 | 46.50 |
|  | ALP | Drafted e-mail to Barb Witters (RLF) regarding contact info needed for applicants as well as missing monthly and interim fee applications concerning the 1st interim period (4-7.07) (.2) | 0.20 | 31.00 |
|  | CR | Update database with monthly invoices for BDO 10.07, Saul 9.07 and O'Melveny 8.07 | 0.30 | 12.00 |

New Century TRS Holdings, Inc.     Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/5/2007 | LMH | draft e-mail to A. Parnell re: FTI's retention order and subsequent scope of our review. | 0.10 | 13.50 |
| | LMH | telephone conference with B. Ruhlander re: FTI's retention documents and subsequent scope of our review. | 0.20 | 27.00 |
| | LMH | draft e-mail to B. Ruhlander re: FTI's retention documents and subsequent scope of review. | 0.20 | 27.00 |
| | DTW | telephone conference with A. Parnell re: status of applications received | 0.20 | 29.00 |
| 12/6/2007 | LMH | receive and review e-mail from A. Parnell re: official service list. | 0.10 | 13.50 |
| | ALP | Reviewed FTI Consulting's retention order (.2); reviewed monthly invoices and interim fee application of FTI Consulting concerning the 1st interim period (4-7.07) (3.3) | 3.50 | 542.50 |
| | LMH | receive and review e-mail from A. Parnell re: scope of review for FTI. | 0.10 | 13.50 |
| | CR | Update database with Compensation Design 4/2/07-5/8/07 (first & Final); FTI 10.07 monthly invoice and Hahn 8.07 | 0.30 | 12.00 |
| 12/7/2007 | CR | Update database with Blank Rome 9/1-10/31/07 monthly invoice and Hahn 7.07 monthly invoice | 0.20 | 8.00 |
| | CR | draft e-mail to Mark Power @ Hahn & Hesson requesting July fee application | 0.20 | 8.00 |
| | CR | extended telephone conference with A. Parnell to review missing applications as stated on email and to review the Service List contacts and distribution of applications when received | 0.70 | 28.00 |
| | ALP | Extended telephone conference with Cherie Rogers regarding monthly and interim fee application filings concerning the 1st interim period (4-7.07) (.4) | 0.40 | 62.00 |
| | ALP | Drafted lengthy e-mail to Barb Witters (RLF) regarding missing monthly and interim fee application filings concerning the 1st interim period (4-7.07) (.4) | 0.30 | 46.50 |
| | ALP | Extended telephone conference with Jeff Allgood regarding RLF's monthly and interim fee application concerning the 1st interim period (4-7.07) (.2) | 0.20 | 31.00 |

New Century TRS Holdings, Inc.                                                                                           Page     3

|            |     |                                                                                                                          | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 12/7/2007  | ALP | Researched Pacer regarding Howry's Employment Authorization Order (.2)                                                    | 0.20  | 31.00  |
|            | CR  | detailed review of applications on hand and electronic applications received - draft report of items missing              | 1.00  | 40.00  |
|            | LMH | receive and review third e-mail from A. Parnell re: first quarterly period initial reports.                               | 0.10  | 13.50  |
|            | LMH | receive, review, and respond to e-mail from A. Parnell re: Heller Ehrman's contact information.                           | 0.10  | 13.50  |
|            | LMH | receive, review, and respond to e-mail from A. Parnell re: Heller Ehrman's quarterly application for the first interim period. | 0.10  | 13.50  |
|            | LMH | receive and review second e-mail from A. Parnell re: Heller Ehrman's quarterly application for the first interim period.  | 0.10  | 13.50  |
|            | LMH | receive, review, and respond to e-mail from A. Parnell re: first quarterly period initial reports.                        | 0.10  | 13.50  |
|            | LMH | receive, review, and respond to second e-mail from A. Parnell re: initial reports for the first interim period.           | 0.10  | 13.50  |
|            | CR  | draft e-mail to Alexa Parnell with results of applications (hard copies and e-copies) on hand and what is missing         | 0.20  | 8.00   |
|            | CR  | Update database with PwC 4/2/07-7/31/07 fee application                                                                   | 0.10  | 4.00   |
| 12/10/2007 | DTW | telephone conference with A. Parnell re: contacts, monthly applications received and status of summaries                  | 0.10  | 14.50  |
|            | ALP | Telephone conference with Doreen Williams regarding status of 1st interim period (4-7.07) initial reports (.1)             | 0.10  | 15.50  |
|            | ALP | Continued reviewing Howrey's monthly invoices and interim fee application regarding the 1st interim period (4-7.07) (2.1) | 2.10  | 325.50 |
|            | ALP | Drafted initial report to Howrey regarding the 1st interim period (4-7.07) (3.2)                                          | 3.20  | 496.00 |
| 12/11/2007 | CR  | Update database with new contact information on service list for Richards                                                 | 0.20  | 8.00   |

New Century TRS Holdings, Inc.                                                                                         Page    4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/11/2007 | CR | review 1st Interim Initial Report for Howrey and prepare for service | 0.20 | 8.00 |
| | DTW | receive and review 1st interim initial report re: Howrey | 0.10 | 14.50 |
| 12/13/2007 | CR | Update database with E-Detail PwC 4/2/07-7/31/07 1st Interim app | 0.10 | 4.00 |
| 12/14/2007 | ALP | Drafted and responded to e-mails to Kenneth Heitz (Irell & Manella), Barry Barnett (Susman Godfrey) and Mark Power (Hahn & Hessen) regarding monthly and interim fee applications needed concerning the 1st interim period (4-7.07) (.3) | 0.30 | 46.50 |
| | ALP | Extended telephone conference with Mike Merchant (RLF) concerning status of 1st interim period (4-7.07) initial reports (.3) | 0.30 | 46.50 |
| | MWS | review fee application of Grant Thornton for second interim period. | 1.30 | 299.00 |
| | ALP | Drafted and responded to e-mails to Dominick Savino (IPC Consulting) regarding monthly and interim fee application needed concerning the 1st interim period (4-7.07) (.1) | 0.10 | 15.50 |
| | ALP | Drafted and responded to e-mails to Joshua Morse (Hennigan Bennett) regarding monthly and interim fee application needed concerning the 1st interim period (4-7.07) (.2) | 0.20 | 31.00 |
| | CR | draft e-mail to A.Parnell with receipt of applications from Richards | 0.10 | 4.00 |
| | CR | Update database with Richards 4.07, 5.07, 6.07, 7.07 monthly invoices and 1st Interim application 4/2/07-7/31/07 - | 0.20 | 8.00 |
| | ALP | Drafted and responded to e-mails to Cherie Rogers regarding O'Melveny & Grant Thornton interim fee applications concerning the 1st interim period (4-7.07) (.1) | 0.10 | 15.50 |
| 12/15/2007 | DTW | detailed review of BDO 1st interim application (3.1); begin drafting initial report re: same (1.4); telephone call with A. Parnell re: same (.1) | 4.60 | 667.00 |
| | MWS | receive and review retention order and fee application of AlixPartners for first interim period, forwarded by Alexa L. Parnell. | 1.20 | 276.00 |

New Century TRS Holdings, Inc.                                                                                               Page    5

|            |     |                                                                                                                                                        | **Hours** | **Amount** |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 12/17/2007 | CR  | Update database with 1st Interim application 4/2/07-7/31/07 for PwC                                                                                    | 0.10      | 4.00       |
|            | DTW | continue drafting BDO initial report for the 1st period (4.2); telephone call with A. Parnell regarding same (.1).                                     | 4.30      | 623.50     |
| 12/19/2007 | ALP | Telephone conference with Barb Witters (RLF) regarding status of filed 1st interim monthly invoices and fee applications (4-7.07) (.2)                 | 0.20      | 31.00      |
|            | DTW | review and revise BDO initial report (.5); Begin review of RLF 1st interim application (1.0)                                                           | 1.50      | 217.50     |
|            | LMH | receive and review e-mail from A. Parnell re: first interim period initial reports.                                                                    | 0.10      | 13.50      |
|            | LMH | receive and review e-mail from A. Parnell re: deadline for first interim period initial reports.                                                       | 0.10      | 13.50      |
|            | ALP | Extended telephone conference with Jeff Allgood regarding Grant Thornton's 1st interim monthly invoices and fee applications (4-7.07) (.3)             | 0.30      | 46.50      |
|            | ALP | Updated status chart regarding 1st interim monthly invoices and fee applications (4-7.07) (.4)                                                         | 0.40      | 62.00      |
|            | ALP | Drafted and responded to e-mails to Barb Witters (RLF) regarding status of filed 1st interim monthly invoices and fee applications (4-7.07) (.3)       | 0.30      | 46.50      |
|            | CR  | Update database with E-Detail Saul 10.07 monthly invoice                                                                                               | 0.10      | 4.00       |
|            | CR  | Update database with O'Melveny 1st Interim application 4/2/07-7/31/07 - rec'd pdf copy of the Notice from Alexa with instructions to enter amounts into database | 0.30      | 12.00      |
|            | CR  | Update database with E-Detail Manatt monthly invoice for 11.07                                                                                         | 0.10      | 4.00       |
|            | CR  | Update database with AP Services - Order of Employment and 1st Interim 4/1/07-6/30/07                                                                  | 0.20      | 8.00       |
|            | CR  | Update database with E-Detail Hahn 7.07 and 8.07                                                                                                       | 0.20      | 8.00       |

New Century TRS Holdings, Inc.      Page 6

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/20/2007 | DTW | telephone conference with A.Parnell regarding plan of action for audit (.2) | 0.20 | 29.00 |
|  | ALP | Extended telephone conference with Doreen Williams regarding 1st interim period (4-7.07) case assignments (.2) | 0.20 | 31.00 |
|  | ALP | Drafted updates to service list (.4) | 0.40 | 62.00 |
|  | ALP | Drafted final revisions to BDO Seidman's initial report regarding 1st interim period (4-7.07) (.6) | 0.60 | 93.00 |
| 12/21/2007 | DTW | revise BDO initial report per A. Parnell's edits (.2); continue reviewing RLF application for the 1st period (.7) | 0.90 | 130.50 |
|  | CR | Update database with monthly invoice 11.07 Richards | 0.10 | 4.00 |
|  | CR | review, prepare and serve Interim Initial Report for BDO | 0.20 | 8.00 |
| 12/24/2007 | JW | draft summary of KirkpatrickJune 1, 2007 to July 31 2007 invoice (2.6) | 2.60 | 351.00 |
| 12/26/2007 | DTW | detailed review of RLF 1st interim application (4.1) | 4.10 | 594.50 |
|  | JW | draft summary of KirkpatrickJune 1, 2007 to July 31 2007 invoice | 7.50 | 1,012.50 |
| 12/27/2007 | CR | Update database with e-detail Hennigan 6/1/07-7/31/07 monthly invoice | 0.10 | 4.00 |
|  | ALP | Drafted e-mail to Robert Barnes (Allen Matkins) regarding 1st interim period (4-7.07) fee apps due (.2) | 0.20 | 31.00 |
|  | CR | Update database with e-detail PwC monthly invoice 8/1/07-11/30/07 (.1) and Roetzel 4/2/07-6/30/07 1st Interim and 7/1/07-9/30/07 2nd Interim (.1) Richards 11.07 monthly invoice (.1); Missal 11.07 monthly invoice and Kirkpatrick 11.07 monthly invoice (.1) | 0.40 | 16.00 |
|  | DTW | begin drafting summary for RLF 1st interim application | 4.10 | 594.50 |

New Century TRS Holdings, Inc.            Page    7

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/27/2007 | CR | Update database with Howrey 1st Interim Initial Report response (.1), and Kirkpatrick Summaries for June 1-July 31 (.1) | 0.20 | 8.00 |
| 12/28/2007 | DTW | continue drafting summary for RLF 1st interim application (1.5); continue review of RLF May invoice (1.0) | 2.50 | 362.50 |
|  | ALP | Drafted updates to service list (.3) | 0.30 | 46.50 |
|  | JW | draft summary of O'Melveny April 2007 monthly invoice (5.9) | 5.90 | 796.50 |
|  | ALP | Reviewed Kirkpatrick's monthly invoices and interim fee app regarding 1st interim period (4-7.07) (2.3) | 2.30 | 356.50 |
|  | CR | Update database with monthly invoices for PwC 8/1/07-11/30/07 - routed to M.Steirer, Saul 10.07 (.1); FTI 11.07, Hennigan 6/1/07-7/31/07 (.1); O'Melveny 9.07 (.1) | 0.30 | 12.00 |
|  | CR | Update database with e-detail Missal exhibits for 11.07 monthly invoice (.1) and Saul 11.07 monthly invoice (.1) | 0.20 | 8.00 |
| 12/29/2007 | JW | draft summary of O'Melveny April 2007 monthly invoice (5.1) | 5.10 | 688.50 |
|  | CR | Update database with monthly invoices for 8/1/07-11/30/07 PwC - routed to M. Steirer and 11.07 Kirkpatrick routed to JAW | 0.30 | 12.00 |
|  | CR | Update database with e-detail O'Melveny 10.07 fee detail | 0.10 | 4.00 |
| 12/30/2007 | JW | detailed review of Hahn April 2007 monthly invoice (9.4) | 9.40 | 1,269.00 |
| 12/31/2007 | JW | draft summary of Hahn April 2007 monthly invoice (6.6) | 6.60 | 891.00 |
|  | CR | Update database with O'Melveny monthly invoice 10.07 and forwarded to JAW for review | 0.20 | 8.00 |

**For professional services rendered**      **92.00 $12,587.00**

New Century TRS Holdings, Inc.                                                                                         Page      8

**Amount**

Balance due                                                                                                            $12,587.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 20.80 | 155.00 | $3,224.00 |
| Cherie Rogers | 7.50 | 40.00 | $300.00 |
| Doreen Williams | 22.60 | 145.00 | $3,277.00 |
| James Wehrmann | 37.10 | 135.00 | $5,008.50 |
| Lisa M Hamm | 1.50 | 135.00 | $202.50 |
| Mark W Steirer | 2.50 | 230.00 | $575.00 |