**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
New Century TRS Holdings, Inc.

April 16, 2008

Invoice #      11040

Professional Services

| Date | | | | Hours | Amount |
|---|---|---|---|---:|---:|
| 1/2/2008 | JW | draft summary of O'Melveny May 2007 monthly invoice (8.7) | | 8.70 | 1,174.50 |
| 1/3/2008 | JW | draft summary of O'Melveny May 2007 monthly invoice (7.4) | | 7.40 | 999.00 |
| | JW | detailed review of Hahn & Hessen May 2007 monthly invoice (2.2) | | 2.20 | 297.00 |
| | ALP | Reviewed Kirkpatrick's monthly invoices and interim fee application regarding the 1st interim period (4-7.07)(4.2) | | 4.20 | 651.00 |
| | DTW | Continue drafting summary for RLF 1st interim | | 1.50 | 217.50 |
| 1/4/2008 | DTW | Reviewing June Invoice for RLF (1.5); continue drafting summary for RLF May invoice (.9); telephone call with A.Parnell regarding status of summary and case in general (.2) | | 2.60 | 377.00 |
| | JW | detailed review of Hahn & Hessen May 2007 monthly invoice (10.5) | | 10.50 | 1,417.50 |
| | ALP | Telephone conferences with Doreen Williams regarding status of initial reports regarding the 1st interim period (4-7.07) (.1) | | 0.10 | 15.50 |
| | ALP | Reviewed O'Melveny & Myers monthly invoices and interim fee application regarding the 1st interim period (4-7.07) (4.6) | | 4.60 | 713.00 |

214 698-3868

New Century TRS Holdings, Inc.     Page 2

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/5/2008 | ALP | Reviewed Hennigan & Bennett's monthly invoices and interim fee application regarding the 1st interim period (4-7.07) (4.3) | 4.30 | 666.50 |
| 1/7/2008 | JW | draft summary of Hahn & Hesson May 2007 monthly invoice (5.3) | 5.30 | 715.50 |
| | LMH | receive and review e-mail from A. Parnell re: first quarterly period application initial reports. | 0.10 | 13.50 |
| | DTW | Continue summary for RLF (1.0); continue review of June time entries for RLF (.2); drafting June expense issues to summary for RLF (.4); begin review of July RLF invoice (.5); telephone call with A. Parnell regarding RLF expense issue (.1); continue reviewing July RLF invoice (.6); drafting summary for same (1.4). | 4.20 | 609.00 |
| 1/8/2008 | LMH | draft initial report for FTI's first quarterly period application. | 0.50 | 67.50 |
| | DTW | Research regarding status of audit (.4); begin drafting initial report for RLF 1st interim (2.7); telephone call with A. Parnell and B. Ruhlander regarding same (.2) | 3.30 | 478.50 |
| | ALP | Drafted and responded to e-mails with Barb Witters (RLF) regarding status of filed 1st interim period (4-7.07) fee applications (.2) | 0.20 | 31.00 |
| 1/9/2008 | DTW | draft emails to A.Parnell and C.Rogers regarding status of monthly applications received (.2) | 0.20 | 29.00 |
| | LMH | draft e-mail to A. Parnell re: initial reports for FTI and Heller Erhmann first quarterly period applications. | 0.10 | 13.50 |
| | LMH | Additions to draft initial report for FTI's first quarterly period application. | 3.80 | 513.00 |
| | LMH | receive, review, and respond to e-mail from A. Parnell re: Heller, FTI, and Blank Rome initial reports for the first interim period. | 0.10 | 13.50 |
| | MWS | telephone conference with and emails with L. Eisele of AP Services regarding fee and expense detail (0.4); receive and begin review of electronic fee and expense detail for April through July 2007 (3.3). | 3.70 | 851.00 |
| | ALP | Drafted and responded to e-mails to Mike Merchant (RLF) regarding status of filed monthly invoices and interim fee applications regarding the 1st interim period (4-7.07) (.2) | 0.20 | 31.00 |

New Century TRS Holdings, Inc.                                                                                                  Page     3

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 1/10/2008 | LMH | receive and review e-mail from A. Parnell re: draft initial report for FTI's first quarterly period application. | 0.10 | 13.50 |
|  | LMH | draft initial report for Heller Ehrman's first quarterly period application. | 3.62 | 489.11 |
|  | LMH | Additions to draft initial report for FTI's first quarterly period application. | 1.00 | 135.00 |
|  | DTW | Begin drafting Kirkpatrick initial report (4.5); draft email to L.Hamm regarding FTI initial report (.1) | 4.60 | 667.00 |
|  | LMH | receive and review e-mail from A. Parnell re: initial report for FTI's first quarterly period application. | 0.10 | 13.50 |
|  | LMH | receive, review and respond to e-mail from D. Williams re: initial report for FTI's first quarterly period application. | 0.10 | 13.50 |
|  | LMH | receive, review and respond to second e-mail from D. Williams re: initial report for FTI's first quarterly period application. | 0.10 | 13.50 |
|  | LMH | draft e-mail to A. Parnell re: draft initial report for FTI's first quarterly period application. | 0.10 | 13.50 |
| 1/11/2008 | DTW | Continue drafting Kirkpatrick 1st interim initial report (2.5); telephone call with A. Parnell regarding contact at Kirkpatrick and telephone call with P. Ratkowiak regarding same (.3); telephone call with B. Ruhlander regarding 10% reduction issue (.1); emails to and from P. Ratkowiack regarding amended application and expense issues for Kirkpatrick (.2). | 3.10 | 449.50 |
|  | MWS | review fee and expense detail for AP Services during first interim period. | 4.10 | 943.00 |
|  | ALP | Telephone conference with Doreen Williams regarding Kirkpatrick initial report issues concerning the 1st interim period (4-7.07) (.1) | 0.10 | 15.50 |
|  | LMH | draft initial report for Blank Rome's first quarterly period application. | 4.20 | 567.00 |
| 1/12/2008 | MWS | review fee and expense detail for AP Services during first interim period. | 1.70 | 391.00 |

New Century TRS Holdings, Inc.  Page 4

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/13/2008 | MWS | draft initial report regarding Ernst & Young for first interim period (0.8); begin drafting initial report regarding fee application of PricewaterhouseCoopers LLP for first interim period (0.7). | 1.50 | 345.00 |
| | MWS | review docket, locate Ernst & Young retention documents, and review same (0.6); review docket, locate PricewaterhouseCoopers LLP retention documents, and review same (0.6). | 1.20 | 276.00 |
| | ALP | Drafted final revisions to FTI Consulting's initial report concerning the 1st interim period (4-7.07) (2.2) | 2.20 | 341.00 |
| | ALP | Drafted final revisions to RLF's initial report concerning the 1st interim period (4-7.07) (1.7) | 1.70 | 263.50 |
| | ALP | Drafted final revisions to Blank Rome's initial report concerning the 1st interim period (4-7.07) (1.1) | 1.10 | 170.50 |
| | ALP | Drafted final revisions to Heller Ehrman's initial report concerning the 1st interim period (4-7.07) (.8) | 0.80 | 124.00 |
| | LMH | receive and review e-mail from A. Parnell re: initial report for Blank Rome's first quarterly period application. | 0.10 | 13.50 |
| 1/14/2008 | MWS | emails with Alexa L. Parnell regarding Ernst & Young initial report (0.3); revise initial report (0.2). | 0.50 | 115.00 |
| | MWS | review Administrative Procedures Order and Fee Auditor Order. | 0.30 | 69.00 |
| | MWS | review fee application of PricewaterhouseCoopers LLP for first interim period. | 0.30 | 69.00 |
| | MWS | review docket for Grant Thornton retention docs and fee applications (0.5); review retention docs (0.5); review monthly invoices and pending interim application (0.7). | 1.70 | 391.00 |
| | ALP | Continued drafting final revisions to FTI Consulting's initial report concerning the 1st interim period (4-7.07) (.4) | 0.40 | 62.00 |
| | ALP | Drafted final revisions to E&Y's initial report concerning the 1st interim period (4-7.07) (.7) | 0.70 | 108.50 |
| | ALP | Researched Pacer regarding Baute & Tidus' filed monthly fee applications and interim fee application concerning the 1st interim period (4-7.07) (.3) | 0.30 | 46.50 |

New Century TRS Holdings, Inc.                                                                                                   Page     5

|           |     |                                                                                                                                                                                                                                      | **Hours** | **Amount** |
|-----------|-----|----|----|----|
| 1/14/2008 | ALP | Reviewed Baute & Tidus' retention documents (.2) | 0.20 | 31.00 |
|           | ALP | Reviewed Baute & Tidus' monthly invoices (.3) | 0.30 | 46.50 |
|           | DTW | Review and revise 1st interim initial reports for FTI, RLF, Blank Rome, Heller Ehrman (.5); telephone call with A. Parnell regarding FTI and revising same (.5); continue drafting Kirkpatrick initial report (.6) | 1.60 | 232.00 |
|           | ALP | Drafted e-mail to Mike Merchant (RLF) regarding status of Baute & Tidus' filed monthly invoices and interim fee application concerning the 1st interim period (4-7.07) (.1) | 0.10 | 15.50 |
| 1/15/2008 | DTW | Review and revise 1st interim initial report for E&Y (.3); continue drafting 1st interim initial report for Kirkpatrick (2.3); Telephone call with A. Parnell regarding status of initial reports (.1); several telephone calls with A. Parnell regarding NYC hotel rates, E&Y and meal issue (.3). | 3.00 | 435.00 |
|           | ALP | Drafted final revisions to initial report to Kirkpatrick & Lockhart regarding the 1st interim period (4-7.07) (2.3) | 2.30 | 356.50 |
|           | ALP | Drafted and responded to e-mails with Naushon Vanderhoop (BDO) regarding BDO's response to initial report concerning 1st interim period (4-7.07) (.1) | 0.10 | 15.50 |
| 1/17/2008 | MWS | Review fee application of PricewaterhouseCoopers LLP for first interim period. | 0.90 | 207.00 |
| 1/21/2008 | MWS | review fee and expense detail for AP Services for first interim period. | 2.30 | 529.00 |
|           | MWS | review Grant Thornton invoice for April - June 2007 (0.7); review fee detail for April to June (1.3). | 2.00 | 460.00 |
| 1/22/2008 | MWS | review Grant Thornton fee and expense detail for first interim period. | 1.90 | 437.00 |
|           | MWS | review AP Services fee and expense detail for first interim period. | 3.20 | 736.00 |
| 1/23/2008 | ALP | Telephone conference with Sam Starr (FTI Consulting) regarding response to initial report regarding the 1st interim period (4-7.07) (.2) | 0.20 | 31.00 |

New Century TRS Holdings, Inc.                                                                                                                    Page   6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/23/2008 | LMH | receive and review e-mail from M. Correa, Heller Ehrman, re: request for extension of time to respond to first interim period initial report, and draft e-mail to A. Parnell re: same. | 0.10 | 13.50 |
|  | MWS | review AP Services expense detail (1.7); draft initial report regarding AP Services fee application for first interim period (3.2). | 4.90 | 1,127.00 |
| 1/24/2008 | MWS | detailed review of fee and expense detail of Grant Thornton for July 2007, | 3.20 | 736.00 |
|  | MWS | work on initial report regarding fee application of AP Services for first interim period. | 0.80 | 184.00 |
|  | ALP | Drafted and responded to e-mails with Michaeline Correa (Heller Ehrman) regarding response to initial report concerning 1st interim period (4-7.07) (.1) | 0.10 | 15.50 |
|  | LMH | receive and review e-mail from A. Parnell re: M. Correa's request for extension of time to respond to Heller Ehrman's first interim period initial report. | 0.10 | 13.50 |
| 1/25/2008 | JW | detailed review of Hahn & Hessen June 2007 monthly invoice (8.3) | 8.30 | 1,120.50 |
|  | MWS | detailed review of fee application of Lazard for first interim period. | 0.90 | 207.00 |
|  | MWS | detailed review of fee application of PricewaterhouseCoopers LLP for first interim period (1.5); draft initial report regarding fee application of PricewaterhouseCoopers LLP for first interim period (1.8). | 3.30 | 759.00 |
| 1/28/2008 | DTW | detailed review and revision of 1st interim initial report for PWC | 0.10 | 14.50 |
|  | JW | detailed review of Hahn & Hessen July 2007 monthly invoice (5.5) | 5.50 | 742.50 |
|  | ALP | Drafted initial report to Compensation Design Group regarding the 1st interim period (4-7.07) (3.3) | 3.30 | 511.50 |
|  | ALP | Reviewed Compensation Design Group's monthly invoices and interim fee application regarding the 1st interim period (4-7.07) (2.1) | 2.10 | 325.50 |

New Century TRS Holdings, Inc.                                                                                                                      Page     7

|            |     |                                                                                                                                                                          | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 1/28/2008  | ALP | Finalized drafting of PWC's initial report concerning the 1st interim period (4-7.07) (1.2)                                                                              | 1.20  | 186.00   |
|            | MWS | telephone conference with Cherie Rogers regarding electronic database and and Lazard elextronic detail (0.2); email Lefkovits of Lazard regarding electronic detail (0.4); review electronic detail (1.2). | 1.80  | 414.00   |
|            | JW  | draft summary of Hahn & Hessen June 2007 monthly invoice (3.6)                                                                                                           | 3.60  | 486.00   |
| 1/29/2008  | JW  | detailed review of Hahn & Hessen July 2007 monthly invoice (2.5); draft summary of same (2.2)                                                                            | 4.70  | 634.50   |
|            | JW  | draft summary of O'Melveny June 2007 monthly invoice (4.2)                                                                                                               | 4.20  | 567.00   |
|            | MWS | review Lazard expense detail for first interim period.                                                                                                                   | 2.60  | 598.00   |
|            | MWS | draft initial report regarding fee application of AP Services for first interim period.                                                                                  | 0.70  | 161.00   |
|            | ALP | Reviewed Sheppard, Mullin & Richter's monthly invoices and interim fee application regarding the 1st interim period (4-7.07) (2.3)                                       | 2.30  | 356.50   |
|            | ALP | Drafted initial report to Sheppard, Mullin & Richter regarding the 1st interim period (4-7.07) (2.9)                                                                     | 2.90  | 449.50   |
|            | ALP | Reviewed Manatt Phelps' monthly invoices and interim fee application regarding the 1st interim period (4-7.07) (1.7)                                                     | 1.70  | 263.50   |
| 1/30/2008  | ALP | Drafted initial report to Manatt Phelps' regarding the 1st interim period (4-7.07) (4.1)                                                                                 | 4.10  | 635.50   |
|            | JW  | draft summary of O'Melveny June 2007 monthly invoice (9.3)                                                                                                               | 9.30  | 1,255.50 |
|            | MWS | further review of Lazard expense detail.                                                                                                                                 | 1.60  | 368.00   |
| 1/31/2008  | MWS | detailed review of first fee application of Grant Thornton.                                                                                                              | 2.00  | 460.00   |

New Century TRS Holdings, Inc.                                                                                                    Page      8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/31/2008 | MWS | draft initial report regarding fee application of Lazard for first interim period. | 2.10 | 483.00 |
|  | JW | draft summary of O'Melveny June 2007 monthly invoice (2.7) | 2.70 | 364.50 |
|  | JW | detailed review of O'Melveny July 2007 monthly invoice (4.9) | 4.90 | 661.50 |
|  | JW | draft summary of O'Melveny Supplement to Monthly Applications for the Periods April 2, 2007 - April 30, 2007 and May 1, 2007 - May 31, 2007 (1.5) | 1.50 | 202.50 |
| **For professional services rendered** |  |  | **208.22** | **$33,862.11** |
|  | Balance due |  |  | $33,862.11 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 41.80 | 155.00 | $6,479.00 |
| Doreen Williams | 24.20 | 145.00 | $3,509.00 |
| James Wehrmann | 78.80 | 135.00 | $10,638.00 |
| Lisa M Hamm | 14.22 | 135.00 | $1,920.11 |
| Mark W Steirer | 49.20 | 230.00 | $11,316.00 |