## Warren H. Smith & Associates, P.C.
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
New Century TRS Holdings, Inc.

April 16, 2008

Invoice #    11039

Professional Services

| | | | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 2/1/2008 | JW | detailed review of O'Melveny July 2007 monthly invoice (8.0) | 8.00 | 1,080.00 |
| | MWS | work on initial report regarding fee application of Grant Thornton. | 1.00 | 230.00 |
| 2/2/2008 | LMH | receive, review, and respond to e-mail from A. Parnell re: FTI's response to first interim period initial report. | 0.10 | 13.50 |
| | ALP | Reviewed FTI Consulting's response to initial report regarding 1st interim period (4-7.07) (.7) | 0.70 | 108.50 |
| | ALP | Reviewed Hahn & Hessen's monthly invoices and interim fee application regarding 1st interim period (4-7.07) (5.3) | 5.30 | 821.50 |
| 2/4/2008 | ALP | Drafted and responded to e-mails to Eurnice Rim (K&L Gates) regarding response due to initial report to 1st interim period (4-7.07) (.2) | 0.20 | 31.00 |
| | ALP | Drafted initial report to Michael Missal regarding the 1st interim period (4-7.07) (2.7) | 2.70 | 418.50 |
| | ALP | Reviewed Michael Missal's monthly invoices and interim fee application regarding the 1st interim period (4-7.07) (3.3) | 3.30 | 511.50 |
| | ALP | Continued reviewing FTI Consulting's response to 1st interim period (4-7.07) initial report (.8) | 0.80 | 124.00 |

New Century TRS Holdings, Inc.                                                                                   Page     2

|          |     |                                                                                                                  | Hours | Amount   |
|----------|-----|------------------------------------------------------------------------------------------------------------------|-------|----------|
| 2/4/2008 | MWS | draft initial report regarding fee application of Grant Thornton.                                                | 2.10  | 483.00   |
|          | LMH | receive, review, and respond to e-mail from A. Parnell re: final report for FTI's first quarterly period application. | 0.10  | 13.50    |
|          | JW  | detailed review of O'Melveny July 2007 monthly invoice (8.4)                                                     | 8.40  | 1,134.00 |
| 2/5/2008 | ALP | Researched Pacer regarding 1st interim period (4-7.07) monthly and interim fee applications filings (.5)         | 0.50  | 77.50    |
|          | ALP | Reviewed O'Melveny's monthly invoices and interim fee application regarding 1st interim period (4-7.07) (6.1)    | 6.10  | 945.50   |
|          | MWS | finish drafting initial report regarding fee application of Grant Thornton.                                      | 0.90  | 207.00   |
|          | JW  | detailed review of O'Melveny July 2007 monthly invoice (6.9)                                                     | 6.90  | 931.50   |
|          | MWS | detailed review of AP Services June time detail.                                                                 | 1.20  | 276.00   |
| 2/6/2008 | BSR | receive and review Grant Thornton initial report for the 1st period                                              | 0.20  | 46.00    |
|          | MWS | draft initial report regarding fee application of Lazard for first interim period.                               | 1.60  | 368.00   |
|          | LMH | receive and review e-mail from A. Parnell re: Heller's response to the first interim period initial report.      | 0.10  | 13.50    |
|          | ALP | Drafted final revisions to Grant Thornton's initial report regarding the 1st interim period (4-7.07) (1.6)       | 1.60  | 248.00   |
|          | ALP | Continued drafting initial report to Michael Missal regarding the 1st interim period (4-7.07) (2.1)              | 2.10  | 325.50   |
|          | ALP | Drafted omnibus final report for applicants with no objections regarding the 1st interim period (4-7.07) (1.9)   | 1.90  | 294.50   |

New Century TRS Holdings, Inc.                                                                                                           Page    3

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 2/6/2008 | ALP | Reviewed Compensation Design Group's monthly invoices and interim fee application regarding 1st interim period (4-7.07) (2.3); reviewed retention documents concerning same (.7) | 3.00 | 465.00 |
| 2/7/2008 | ALP | Reviewed K&L Gates' response to initial report regarding 1st interim period (4-7.07) (1.8); drafted and responded to e-mails to Eunice Kim (K&L Gates) regarding same (.3) | 2.10 | 325.50 |
|  | ALP | Drafted initial report to Saul Ewing regarding 1st interim period (4-7.07) (4.1) | 4.10 | 635.50 |
|  | LMH | receive and review e-mail from A. Parnell re: Heller's response to the first interim period initial report. | 0.10 | 13.50 |
|  | MWS | draft initial report regarding fee application of Lazard for first interim period. | 4.40 | 1,012.00 |
|  | ALP | Drafted e-mail to Cherie Rogers regarding K&L Gates response to initial report concerning 1st interim period (4-7.07) (.1) | 0.10 | 15.50 |
|  | ALP | Reviewed Saul Ewing's monthly invoices and interim fee application regarding 1st interim period (4-7.07) (3.3) | 3.30 | 511.50 |
| 2/8/2008 | ALP | Continued drafting Manatt Phillips initial report regarding 1st interim period (4-7.07) (1.8); reviewed Manatt Phillips retention documents (.6) | 2.40 | 372.00 |
|  | ALP | Reviewed BDO's response to initial report regarding 1st interim period (4-7.07) (2.9) | 2.90 | 449.50 |
|  | ALP | Reviewed Howrey's response to initial report regarding 1st interim period (4-7.07) (1.3) | 1.30 | 201.50 |
|  | MWS | draft initial report regarding fee application of Lazard for first interim period. | 5.10 | 1,173.00 |
|  | BSR | telephone conference with Lisa Hamm re interpretation of retention agreement where applicant has prorated its monthly compensation | 0.20 | 46.00 |
|  | LMH | Preliminary draft of final report re FTI for the first interim period. | 0.80 | 108.00 |
|  | LMH | Preliminary draft of final report re Heller for the first interim period. | 1.20 | 162.00 |

New Century TRS Holdings, Inc.                                                                                Page     4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/9/2008 | ALP | Researched Pacer regarding Baute & Tidus' monthly and interim fee applications concerning 1st interim period (4-7.07) (.3) | 0.30 | 46.50 |
|  | ALP | Drafted initial report to Skadden regarding 1st interim period (4-7.07) (4.3) | 4.30 | 666.50 |
|  | ALP | Reviewed Skadden's monthly invoices and interim fee application regarding 1st interim period (4-7.07) (2.9) | 2.90 | 449.50 |
|  | ALP | Drafted final revisions to Lazard's initial report concerning the 1st interim period (4-7.07) (1.9) | 1.90 | 294.50 |
|  | ALP | Drafted updated revisions to New Century Service list (.4) | 0.40 | 62.00 |
|  | MWS | review AP Services expenses for April and May 2007. | 3.30 | 759.00 |
| 2/10/2008 | ALP | Drafted initial report to Roetzel & Andress regarding 1st interim period (4-7.07) (3.2) | 3.20 | 496.00 |
|  | ALP | Reviewed Roetzel & Andress' monthly invoices and interim fee application regarding 1st interim period (4-7.07) (2.1) | 2.10 | 325.50 |
| 2/11/2008 | MWS | review AP Services expenses for June 2007. | 1.20 | 276.00 |
|  | LMH | Additions to preliminary draft of final report re Heller for the first interim period. | 0.40 | 54.00 |
|  | LMH | Additions to preliminary draft of final report re FTI for the first interim period. | 0.30 | 40.50 |
|  | ALP | Reviewed Hennigan Bennett's monthly invoices and interim fee application regarding 1st interim period (4-7.07) (2.6) | 2.60 | 403.00 |
|  | ALP | Drafted initial report to Sheppard, Mullin's regarding 1st interim period (4-7.07) (3.6) | 3.60 | 558.00 |
|  | ALP | Reviewed Sheppard, Mullin's monthly invoices and interim fee application regarding 1st interim period (4-7.07) (2.9) | 2.90 | 449.50 |
|  | JW | detailed review of O'Melveny July 2007 monthly invoice (3.9) | 3.90 | 526.50 |

New Century TRS Holdings, Inc.                                                                                          Page     5

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 2/12/2008 | MWS | review AP Services expenses for June and July 2007 (1.3); work on initial report regarding same (1.1). | 2.40 | 552.00 |
|  | JW | detailed review of Hahn August 2007 monthly invoice (8.5) | 8.50 | 1,147.50 |
| 2/13/2008 | MWS | review AP Services time detail for June 2007. | 3.50 | 805.00 |
|  | ALP | Drafted initial report to Hennigan Bennett regarding 1st interim period (4-7.07) (3.4) | 3.40 | 527.00 |
|  | JW | draft summary of O'Melveny July 2007 monthly invoice (9.2) | 9.20 | 1,242.00 |
| 2/14/2008 | ALP | Reviewed Howrey LLP's response to initial report concerning the 1st interim period (4-7.07) (1.7) | 1.70 | 263.50 |
| 2/15/2008 | LMH | draft e-mail to A. Parnell re: agreements between Heller and U.S. Trustee for voluntary reductions. | 0.30 | 40.50 |
|  | LMH | Additions to preliminary draft of final report re FTI for the first interim period. | 0.60 | 81.00 |
|  | LMH | Additions to preliminary draft of final report re Heller for the first interim period. | 0.30 | 40.50 |
| 2/16/2008 | ALP | Reviewed Sheppard Mullin's monthly invoices and interim fee application regarding the 1st interim period (4-7.07) (4.3) | 4.30 | 666.50 |
|  | LMH | receive and review e-mail from A. Parnell re: agreement with Heller and U.S. Trustee to voluntarily reduce fees. | 0.10 | 13.50 |
|  | ALP | Drafted initial report to Sheppard Mullin's regarding the 1st interim period (4-7.07) (1.8) | 1.80 | 279.00 |
| 2/17/2008 | DTW | Begin review of summaries for Hahn 1st interim (1.2); begin drafting initial report regarding same (1.6) | 2.80 | 406.00 |
|  | DTW | Begin review of summaries for Hahn 1st interim (1.2); begin drafting initial report regarding same (1.6) | 2.80 | 406.00 |
| 2/18/2008 | ALP | Drafted Roetzel's final report regarding the 1st interim period (4-7.07) (2.3) | 2.30 | 356.50 |

New Century TRS Holdings, Inc.                                                                                                              Page    6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/18/2008 | ALP | Telephone conference with Doreen Williams regarding Hahn & Hessen and O'Melveny concerning initial report issues for 1st interim period (4-7.07) (.2) | 0.20 | 31.00 |
|  | ALP | Telephone conference with Mark Steirer regarding AP Services initial report issues concerning 1st interim period (4-7.07) (.1) | 0.10 | 15.50 |
|  | ALP | Reviewed Sheppard Mullin's monthly invoices and interim fee application regarding the 2nd interim period (8-11.07) (3.9) | 3.90 | 604.50 |
|  | ALP | Drafted initial report Sheppard Mullin's regarding the 2nd interim period (8-11.07) (2.2) | 2.20 | 341.00 |
|  | DTW | continue drafting Hahn 1st interim initial report (2.7); telephone call with A.Parnell re same (.1) | 2.80 | 406.00 |
|  | LMH | draft e-mail to M. Correa, Heller Ehrman, re: supplment information needed for response to initial report for the first interim period. | 0.20 | 27.00 |
|  | DTW | continue drafting Hahn 1st interim initial report (2.7); telephone call with A.Parnell re same (.1) | 2.80 | 406.00 |
|  | ALP | Reviewed AP Services retention documents (.5) | 0.50 | 77.50 |
|  | CR | Update database Blank Rome 12.07 monthly fee detail and Hennigan 8/1/07-10/31/07 monthly invoice | 0.30 | 12.00 |
|  | ALP | Drafted supplemental initial report question to Howrey regarding the 1st interim period (4-7.07) (.4) | 0.40 | 62.00 |
| 2/19/2008 | ALP | Drafted initial report to Manatt Phelps' regarding the 2nd interim period (8-11.07) (2.7) | 2.70 | 418.50 |
|  | CR | Prepare Sheppard's 1st interim Initial Report for service | 0.30 | 12.00 |
|  | CR | draft e-mail to J. Wehrmann re: e-detail monthly invoice received for Hahn & Hesson 8.07 | 0.20 | 8.00 |
|  | DTW | Review and revise 1st interim initial report for Sheppard (.1); continue drafting Hahn initial report (2.); telephone call with B.Ruhlander re issue with Hahn (.1). | 3.10 | 449.50 |

New Century TRS Holdings, Inc.  Page 7

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/19/2008 | DTW | Review and revise 1st interim initial report for Sheppard (.1); continue drafting Hahn initial report (2.); telephone call with B.Ruhlander re issue with Hahn (.1). | 3.10 | 449.50 |
| | CR | Update database with e-detail of monthly invoices for Hennigan 8/1/07-10/31/07 | 0.20 | 8.00 |
| | MWS | detailed review of fee and expense detail for Grant Thornton for September 2007. | 1.70 | 391.00 |
| | BSR | telephone conference with Doreen Williams re issue of attorneys duplicating each other's work; forward report to her re: same | 0.30 | 69.00 |
| 2/20/2008 | ALP | Brief review of Grant Thornton response regarding initial report to 1st interim period (4-7.07) (.5) | 0.50 | 77.50 |
| | ALP | Telephone conference with Lori Gauthier (Irell) regarding preparation of 1st and Final Fee Application (.3) | 0.30 | 46.50 |
| | ALP | Reviewed Hahn & Hessen's expenses in its monthly invoices and interim fee application regarding 1st interim period (4-7.07) (6.3) | 6.30 | 976.50 |
| | DTW | Telephone call with A.Parnell re O'Melveny (.1); begin review of O'Melveny summaries (2.); review and revise Hennigan 1st interim initial report (.1). | 2.30 | 333.50 |
| | DTW | Telephone call with A.Parnell re O'Melveny (.1); begin review of O'Melveny summaries (2.); review and revise Hennigan 1st interim initial report (.1). | 2.30 | 333.50 |
| | ALP | Drafted and responded to e-mails with Barb Witters (RLF) regarding status of 1st interim period (4-7.07) initial reports (.3) | 0.30 | 46.50 |
| | MWS | detailed review of fee and expense detail for Grant Thornton for October 2007. | 1.40 | 322.00 |
| | CR | Update database with e-detail - Grant Thornton 1st interim initial report response | 0.20 | 8.00 |
| | CR | prepare 1st interim initial report for Hennigan and service | 0.30 | 12.00 |
| 2/21/2008 | ALP | Brief review of Manatt's response to initial report to 1st interim period (4-7.07) (.4) | 0.40 | 62.00 |

New Century TRS Holdings, Inc.                                                                                                       Page    8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/21/2008 | CR | Update database with AP Services for 2nd & 3rd Interim | 0.20 | 8.00 |
|  | ALP | Continued reviewing Hahn & Hessen's expenses in its monthly invoices and interim fee application regarding 1st interim period (4-7.07) (4.5) | 4.50 | 697.50 |
|  | DTW | Continue to review and analyze O'Melveny summaries (3.); begin drafting O'Melveny initial report (1.1) | 4.10 | 594.50 |
|  | JW | draft summary of Hahn & Hessen August 2007 monthly invoice (2.7) | 2.70 | 364.50 |
|  | MWS | detailed review of fee and expense detail for Grant Thornton for October 2007 (1.1); review Grant Thornton fee and expense detail for November 2007 (1.4).. | 2.50 | 575.00 |
|  | DTW | Continue to review and analyze O'Melveny summaries (3.); begin drafting O'Melveny initial report (1.1) | 4.10 | 594.50 |
|  | ALP | Reviewed Hennigan Bennett's retention documents (.4) | 0.40 | 62.00 |
|  | ALP | Continued drafting Hennigan Bennett's initial report concerning the 1st interim period (4-7.07) (3.2) | 3.20 | 496.00 |
|  | ALP | Telephone conference with Kim LaMaina (Skadden) regarding extension to respond to initial report concerning the 1st interim period (4-7.07) (.2) | 0.20 | 31.00 |
| 2/22/2008 | MWS | review docket (0.2); email Chris Samis of Richards Layton & Finger regarding debtors' position on review of AP Services fees (0.4); telephone conference with Chris Samis regarding same (0.1); email Alexa L. Parnell regarding discussion with Samis (0.1). | 0.80 | 184.00 |
|  | MWS | review Grant Thornton fee and expense detail for November 2007 (0.5). | 0.50 | 115.00 |
|  | ALP | Telephone conference with Doreen Williams regarding O'Melveny's 1st interim period (4-7.07) initial report issues (.3) | 0.30 | 46.50 |
|  | ALP | Continued drafting initial report to Hahn & Hessen regarding 1st interim period (4-7.07) (6.2) | 6.20 | 961.00 |
|  | CR | Update database with PwC 1st Interim Initial Report response | 0.20 | 8.00 |

New Century TRS Holdings, Inc.                                                                                                Page     9

|            |     |                                                                                                                                                                              | **Hours** | **Amount** |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 2/22/2008  | CR  | draft e-mail to A.Parnell re: O'Melveny's Apr, May, June and July 07 applications                                                                                            | 0.20      | 8.00       |
|            | DTW | telephone calls (2) with A.Parnell re O'Melveny issues (.2); continue drafting initial report regarding same (3.2); telephone call with A.Parnell re Hahn expenses and assist with same (.3) | 3.70      | 536.50     |
|            | DTW | telephone calls (2) with A.Parnell re O'Melveny issues (.2); continue drafting initial report regarding same (3.2); telephone call with A.Parnell re Hahn expenses and assist with same (.3) | 3.70      | 536.50     |
| 2/23/2008  | ALP | Finalized drafting of initial report to Hahn & Hessen regarding 1st interim period (4-7.07) (4.9)                                                                            | 4.90      | 759.50     |
|            | DTW | Continue drafting O'Melveny initial report (.8)                                                                                                                              | 0.80      | 116.00     |
|            | DTW | Continue drafting O'Melveny initial report (.8)                                                                                                                              | 0.80      | 116.00     |
| 2/24/2008  | DTW | Continue drafting O'Melveny (.9); Review and revise Hahn initial report (.3); draft memo to A.Parnell re 1st draft of O'Melveny fee issues (.3)                              | 1.50      | 217.50     |
|            | DTW | Continue drafting O'Melveny (.9); Review and revise Hahn initial report (.3); draft memo to A.Parnell re 1st draft of O'Melveny fee issues (.3)                              | 1.50      | 217.50     |
| 2/25/2008  | DTW | Extended telephone conference with A.Parnell re status (.3); telephone call with A.Parnell re O'Melveny (.1)                                                                 | 0.40      | 58.00      |
|            | ALP | Reviewed O'Melveny's expenses in its monthly invoices and interim fee application regarding the 1st interim period (4-7.07) (3.4)                                            | 3.40      | 527.00     |
|            | ALP | Reviewed status of monthly invoices and interim fee applications filed concerning 2nd interim period (8-11.07) (.6)                                                          | 0.60      | 93.00      |
|            | CR  | Update database with monthly invoices for Manatt 12.07 and Manatt 15th Interim Initial Report response                                                                       | 0.30      | 12.00      |
|            | CR  | Prepare Hahn's 1st Interim Initial Report for service                                                                                                                        | 0.30      | 12.00      |
|            | LMH | receive, review, and respond to e-mail from A. Parnell re: second quarterly period applications for Heller, FTI and Blank Rome.                                              | 0.10      | 13.50      |

New Century TRS Holdings, Inc.      Page   10

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/25/2008 | LMH | receive, review, and respond to M. Correa, Heller, re: status of request for information on fee reduction agreement with the U.S. Trustee. | 0.10 | 13.50 |
| | DTW | Extended telephone conference with A.Parnell re status (.3); telephone call with A.Parnell re O'Melveny (.1) | 0.40 | 58.00 |
| 2/26/2008 | DTW | Begin review of O'Melveny expenses (1.1) | 1.10 | 159.50 |
| | DTW | Begin review of O'Melveny expenses (1.1) | 1.10 | 159.50 |
| | ALP | Continued reviewing O'Melveny's expenses in its monthly invoices and interim fee application concerning the 1st interim period (4-7.07) (2.5) | 2.50 | 387.50 |
| | ALP | Reviewed Roetzel's monthly invoices and interim fee application concerning the 2nd interim period (8-11.07) (3.3) | 3.30 | 511.50 |
| 2/27/2008 | ALP | Continued reviewing O'Melveny's expenses in its monthly invoices and interim fee application concerning the 1st interim period (4-7.07) (6.1) | 6.10 | 945.50 |
| 2/28/2008 | CR | Update database with E-Detail of Kirkpatrick, Missal and FTI 1.08 monthly invoices | 0.30 | 12.00 |
| 2/29/2008 | CR | Update database with Hahn 8.07 summary | 0.20 | 8.00 |
| | CR | Update database with e-detail Howrey 1st Interim Initial Report response | 0.10 | 4.00 |
| | CR | Update database with e-detail Richards 1.08 monthly invoice | 0.10 | 4.00 |
| | LMH | draft e-mail to M. Correa, Heller, re: status of data request on agreement between firm and U.S. Trustee's office to reduce fees. | 0.10 | 13.50 |
| | LMH | receive and review second e-mail from M. Correra, Heller, re: signed agreement with U.S. Trustee's office for fee reduction. | 0.10 | 13.50 |
| | LMH | receive and review e-mail from M. Correra, Heller, re: signed agreement with U.S. Trustee's office for fee reduction. | 0.10 | 13.50 |

**For professional services rendered**      **271.10 $42,696.00**

New Century TRS Holdings, Inc.                                                                                  Page    11

**Amount**

Balance due                                                                                                     $42,696.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 135.50 | 155.00 | $21,002.50 |
| Bobbi S. Ruhlander | 0.70 | 230.00 | $161.00 |
| Cherie Rogers | 3.40 | 40.00 | $136.00 |
| Doreen Williams | 45.20 | 145.00 | $6,554.00 |
| James Wehrmann | 47.60 | 135.00 | $6,426.00 |
| Lisa M Hamm | 5.10 | 135.00 | $688.50 |
| Mark W Steirer | 33.60 | 230.00 | $7,728.00 |