**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
New Century TRS Holdings, Inc.

April 16, 2008

Invoice #     11038

Professional Services

|  |  |  | | **Hours** | **Amount** |
|---|---|---|---|---:|---:|
| 3/1/2008 | ALP | Reviewed Hahn & Hessen's August and September monthly invoices regarding 2nd interim period (8-11.07) (4.4) | | 4.40 | 682.00 |
| 3/2/2008 | ALP | Reviewed Sheppard Mullins' monthly invoices and interim fee application regarding the 2nd interim period (8-11.07) 3.9 | | 3.90 | 604.50 |
| 3/3/2008 | ALP | Drafted initial report to Hahn & Hessen regarding the 2nd interim period (8-11.07) (3.1) | | 3.10 | 480.50 |
|  | ALP | Reviewed Kirkpatrick's response to fee auditor's initial report concerning 1st interim period (4-7.07) (2.1) | | 2.10 | 325.50 |
|  | LMH | detailed review of executed agreement between U.S. Trustee's office and Heller Ehrman regarding voluntary fee reduciton for the first interim period. | | 0.10 | 13.50 |
|  | ALP | Reviewed Hennigan Bennett's response to fee auditor's initial report concerning the 1st interim period (4-7.07) (1.5) | | 1.50 | 232.50 |
|  | ALP | Reviewed Sheppard Mullins' response to fee auditor's initial report concerning the 1st interim period (4-7.07) (1.3) | | 1.30 | 201.50 |
|  | ALP | Telephone conference with Doreen Williams regarding O'Melveny expense issues concerning the 1st interim period (4-7.07) (.2) | | 0.20 | 31.00 |
|  | JW | detailed review of O'Melveny August 2007 monthly invoice (5.9) | | 5.90 | 796.50 |

New Century TRS Holdings, Inc.                                                                                                         Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/4/2008 | CR | Update database with E-detail Hennigan and Sheppards 1st Interim Initial Report responses | 0.20 | 8.00 |
|  | JW | detailed review of O'Melveny August 2007 monthly invoice (8.1) | 8.10 | 1,093.50 |
|  | CR | Update database with Hahn 8.07 monthly invoice | 0.10 | 4.00 |
|  | CR | Update database with monthly invoices for Grant 1.08, FTI 1.08, Hahn 9.07 (Forward to J.Wehrmann), Richards 1.08, Missal 1.08 and Kirkpatrick 1.08 (forward to J.Wehrmann) | 0.40 | 16.00 |
| 3/5/2008 | JW | detailed review of O'Melveny August 2007 monthly invoice (9.2) | 9.20 | 1,242.00 |
|  | CR | draft e-mail to J.Wehrmann re: status of 2nd interim applicants on hand | 0.10 | 4.00 |
|  | DTW | Asssisting Alexa Parnell with inventory for 2nd interim period regarding monthlies, interims received and assigned (.4). | 0.40 | 58.00 |
|  | ALP | Work session with Doreen Williams, re: reviewed 2nd interim period (8-11.07) filed monthly invoices and interim fee applications (1.6) | 1.60 | 248.00 |
| 3/6/2008 | ALP | Extended telephone conference with Kim LaMaina (Skadden) regarding Skadden's response to 1st interim period (4-7.07) (.3) | 0.30 | 46.50 |
|  | ALP | Drafted e-mail to Doreen Williams regarding Howrey's response to fee auditor's initial report concerning the 1st interim period (4-7.07) (.1) | 0.10 | 15.50 |
|  | ALP | Drafted e-mail to Cherie Rogers regarding Hahn & Hessen's monthly invoices and interim fee application regarding the 2nd interim period (8-11.07) (.1) | 0.10 | 15.50 |
|  | ALP | Drafted e-mail to Doreen Williams regarding Howrey & Kirkpatrick's final reports concerning the 1st interim period (4-7.07) (.1) | 0.10 | 15.50 |
|  | MWS | telephone conference with Chris Samis of Richards Layton & Finger regarding UST's and Debtor's position on review of fees and expenses of AP Services. | 0.10 | 23.00 |
|  | MWS | Review fee application of AP Services for first interim period. | 3.20 | 736.00 |

New Century TRS Holdings, Inc.                                                                                          Page    3

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 3/6/2008 | JW | detailed review of O'Melveny August 2007 monthly invoice (10.3) | 10.30 | 1,390.50 |
|  | DTW | Review emails regarding responses from Howrey and Kirkpatrick 1st interim (.2); email to Alexa Parnell regarding same (.1); review Howrey and Kirkpatrick responses (.5); begin drafting Howrey 1st interim (.8); review correctecd time entries for Howrey (.5); check with Alexa Parnell regarding time entries written off (.1). | 2.20 | 319.00 |
| 3/7/2008 | JW | detailed review of Kirkpatrick August 2007 monthly invoice (7.2) | 7.20 | 972.00 |
|  | ALP | Drafted final revisions to Howrey's final report regarding the 1st interim period (4-7.07) (1.4) | 1.40 | 217.00 |
|  | ALP | Reviewed Skadden's response to fee auditor's initial report regarding 1st interim period (4-7.07) (.9) | 0.90 | 139.50 |
|  | DTW | Review and revise Howrey final report and email to Alexa Parnell regarding same (.3); begin drafting Kirkpatrick final report (.4); analyzing Kirkpatrick multiple professional issues (2.1); continue drafting Kirkpatrick final report (1.3). | 4.10 | 594.50 |
|  | MWS | Review fee application of AP Services for first interim period. | 3.60 | 828.00 |
| 3/10/2008 | MWS | review docket for Ernst & Young filings (0.3); review same (0.3); review docket for AP Services filings, including retention-related documents (0.3); review same (0.4). | 1.30 | 299.00 |
|  | MWS | Review AP Services fee detail for June 2007. | 3.10 | 713.00 |
|  | LMH | receive and review e-mail from A. Parnell re: status of first interim period final reports. | 0.10 | 13.50 |
|  | CR | Update database with E-Detail Hahn & Hessen 9.07 and 10.07 monthly invoices | 0.20 | 8.00 |
|  | CR | draft e-mail to J.Wehrmann re: E&Y, O'Melveney 8.07, BDO 9.07 and 10.07 amd Kirkpatrick 8,07 and 9.07 electronic applications | 0.30 | 12.00 |
|  | CR | Update database with E-Detail Skadden 1st Interim Initial Report response | 0.20 | 8.00 |

New Century TRS Holdings, Inc.                                                                                      Page    4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/10/2008 | CR | Update database with O'Melveny 1.08 monthly invoice  (forward to J. Wehrmann) | 0.20 | 8.00 |
|  | CR | Update database with Hahn 10.07 (forward to J. Wehrmann) | 0.20 | 8.00 |
|  | CR | Update database with E-Detail O'Melveny 12.07 and 1.08 monthly invoices | 0.20 | 8.00 |
|  | ALP | Researched Pacer regarding hearing date for 1st interim period (4-7.07) (.2) | 0.20 | 31.00 |
|  | ALP | Telephone conference with Warren Smith regarding final report status concerning 1st interim period (4-7.07) (.1) | 0.10 | 15.50 |
|  | ALP | Reviewed O'Melveny's expenses concerning the 1st interim period (4-7.07) (5.7) | 5.70 | 883.50 |
|  | ALP | Drafted initial report to O'Melveny concerning the 1st interim period (4-7.07) (2.9) | 2.90 | 449.50 |
|  | JW | detailed review of Kirkpatrick August 2007 monthly invoice (8.7) | 8.70 | 1,174.50 |
| 3/11/2008 | MWS | draft e-mail to Cherie Rogers regarding electronic detail received from applicants. | 0.10 | 23.00 |
|  | MWS | Draft initial report regarding fee application of AP Services for first interim period. | 2.00 | 460.00 |
|  | ALP | Continued drafting initial report to O'Melveny concerning the 1st interim period (4-7.07) (5.3) | 5.30 | 821.50 |
|  | ALP | Continued reviewing O'Melveny's expenses concerning the 1st interim period (4-7.07) (2.8) | 2.80 | 434.00 |
|  | CR | draft e-mail to M. Steirer e-details PwC, Lazard, Grant Thornton and AP Services for 8.07-11.07 | 0.40 | 16.00 |
|  | JW | detailed review of Kirkpatrick August 2007 monthly invoice (8.6) | 8.60 | 1,161.00 |
| 3/12/2008 | ALP | Continued reviewing O'Melveny's expenses concerning the 1st interim period (4-7.07) (1.9) | 1.90 | 294.50 |

New Century TRS Holdings, Inc.  Page 5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/12/2008 | DTW | Continue drafting final report for Kirkpatrick (1.1); two telephone calls with B. Ruhlander regarding Kirkpatrick issue (.2). | 1.30 | 188.50 |
| | BSR | telephone conference (2) with Doreen Williams re issues in Kirkpatrick final report (.2); review of portion of final report (.1) | 0.30 | 69.00 |
| | ALP | Drafted and responded to e-mails with Mark Steirer regarding AP Services - scope of fee auditor's review -concerning the 1st interim period (4-7.07) (.2) | 0.20 | 31.00 |
| | ALP | Reviewed Richards Layton's response to fee auditor's initial report concerning 1st interim period (4-7.07) (1.4) | 1.40 | 217.00 |
| | LMH | receive and review e-mail from A. Parnell re: final reports for Blank Rome and Heller Ehrman. | 0.10 | 13.50 |
| | MWS | Draft initial report regarding first interim fee application of AP Services. | 3.60 | 828.00 |
| | ALP | Continued drafting initial report to O'Melveny concerning the 1st interim period (4-7.07) (4.7) | 4.70 | 728.50 |
| | MWS | Email Alexa L. Parnell regarding AP Services initial report (0.2). | 0.20 | 46.00 |
| 3/13/2008 | MWS | Work on initial report regarding first interim fee application of AP Services. | 1.40 | 322.00 |
| | LMH | Additions to preliminary draft of final report re Heller Ehrman for the first interim period. | 0.50 | 67.50 |
| | LMH | Additions to preliminary draft of final report re FTI for the first interim period. | 2.50 | 337.50 |
| | ALP | Reviewed Sheppard Mullin's response to fee auditor's initial report concerning the 1st interim period (4-7.07) (2.2) | 2.20 | 341.00 |
| | CR | Update database with O'Melveny 12.07 (forward to J.Wehrmann) | 0.10 | 4.00 |
| | ALP | Reviewed Skadden's response to fee auditor's initial report concerning 1st interim period (4-7.07) (2.4) | 2.40 | 372.00 |

New Century TRS Holdings, Inc.                                                                                              Page      6

|            |     |                                                                                                                                                  | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 3/13/2008  | LMH | telephone conference with J. Allgood re: status of Heller Ehrman and FTI final reports.                                                          | 0.30  | 40.50  |
|            | ALP | Finalized drafting of initial report to O'Melveny concerning the 1st interim period (4-7.07) (4.1)                                               | 4.10  | 635.50 |
|            | CR  | draft e-mail to J.Wehrmann and A. Parnell re: Kirkpatrick Aug, Sept & Oct fee applications                                                       | 0.30  | 12.00  |
|            | CR  | draft e-mail to A.Parnell re: Richards 1st Interim Initial Report response                                                                       | 0.10  | 4.00   |
|            | CR  | Update database e-detail with Richards 1st Interim Initial Report response                                                                       | 0.20  | 8.00   |
|            | CR  | draft e-mail to J.Wehrmann and A. Parnell re: Receipt of Kirkpatrick Aug-Oct 07 monthly invoices                                                 | 0.10  | 4.00   |
| 3/14/2008  | CR  | Prepare O'Melveny 1st Interim Initial Report for service                                                                                         | 0.30  | 12.00  |
|            | LMH | Additions to preliminary draft of final report re Heller Ehrman for the first interim period.                                                    | 1.00  | 135.00 |
|            | LMH | receive and review e-mail from J. Allgood re: final report for BDO's first interim period application.                                           | 0.10  | 13.50  |
|            | LMH | draft e-mail to J. Allgood re: final report for BDO's first interim period initial report.                                                       | 0.10  | 13.50  |
|            | LMH | receive and review e-mail from A. Parnell re: preliminary draft final report for FTI and status of Blank Rome's response to the first interim period initial report. | 0.10  | 13.50  |
|            | LMH | draft e-mail to B. Fatell, Blank Rome, re: status of response to first interim period initial report.                                            | 0.10  | 13.50  |
|            | LMH | receive and review e-mail from A. Parnell re: status of Blank Rome's response to the first interim period initial report.                        | 0.10  | 13.50  |
|            | ALP | Reviewed FTI's monthly invoices and interim fee application regarding the 1st interim period (4-7.07) (.7)                                       | 0.70  | 108.50 |

New Century TRS Holdings, Inc.     Page 7

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/14/2008 | DTW | Review and revise O'Melveny initial report (.2); drafting final report for BDO (3.0); review BDO expenses sent with response (.4). | 3.60 | 522.00 |
| | ALP | Finalized drafting of final report to FTI regarding the 1st interim period (4-7.07) (3.3) | 3.30 | 511.50 |
| 3/15/2008 | DTW | Continue drafting BDO final report (.3); continiue work on Kirkpatrick final report (3.2). | 3.50 | 507.50 |
| 3/16/2008 | DTW | Continue Kirkpatrick final report | 0.50 | 72.50 |
| | DTW | Continue Kirkpatrick final report | 0.50 | 72.50 |
| | LMH | receive, review, and respond to e-mail from B. Fatell, Blank Rome, re: status of response to first interim period initial report. | 0.20 | 27.00 |
| 3/17/2008 | LMH | Preliminary draft of final report re Blank Rome for the first interim period. | 0.30 | 40.50 |
| | LMH | receive, review, and respond to e-mail from B. Fatell, Blank Rome, re: response to first interim period initial report. | 0.10 | 13.50 |
| | DTW | review and analyze Kirkpatrick multiple professional issues 1.0; review Skadden 2nd interim application 1.1 | 2.10 | 304.50 |
| | DTW | review and analyze Kirkpatrick multiple professional issues 1.0; review Skadden 2nd interim application 1.1 | 2.10 | 304.50 |
| 3/19/2008 | LMH | left detailed telephone voicemail for M. Correa, Heller Ehrman, re: status of supplemental expense request. | 0.10 | 13.50 |
| | LMH | telephone conference with M. Correa, Heller Ehrman, re: status of supplemental expense request. | 0.10 | 13.50 |
| | LMH | Additions to preliminary draft of final report re: Heller Ehrman for the first interim period. | 0.70 | 94.50 |
| | DTW | continue drafting Kirkpatrick final report (2.9); drafting final report for Hennigan (1.1); telephone call with J. Morse re: expense items (.1) | 4.10 | 594.50 |
| | DTW | continue drafting Kirkpatrick final report (2.9); drafting final report for Hennigan (1.1); telephone call with J. Morse re: expense items (.1) | 4.10 | 594.50 |

New Century TRS Holdings, Inc.                                                                                                                   Page      8

|            |     |                                                                                                                                                                                                                                                                                                                                                               | Hours | Amount |
|------------|-----|---|---|---|
| 3/20/2008  | LMH | draft e-mail to A. Parnell re: status of response from Blank Rome and preliminary draft final report for Heller Ehrman. | 0.10 | 13.50 |
|            | DTW | draft e-mail to J. Morse re: expense for Hennigan (.1); begin drafting RLF final report (1.9); review email from Hennigan (.1); continue drafting RLF final report (1.0); begin review and revise Kirkpatrick initial report (.3) | 3.40 | 493.00 |
|            | DTW | draft e-mail to J. Morse re: expense for Hennigan (.1); begin drafting RLF final report (1.9); review email from Hennigan (.1); continue drafting RLF final report (1.0); begin review and revise Kirkpatrick initial report (.3) | 3.40 | 493.00 |
|            | CR  | Update database with E-detail Manatt 1st Interim application | 0.10 | 4.00 |
|            | CR  | Update database with E-Detail Saul Ewing 1.08 monthly invoice | 0.10 | 4.00 |
|            | LMH | Additions to preliminary draft of final report re: Heller Ehrman for the first interim period. | 1.70 | 229.50 |
|            | LMH | receive, review, and respond to e-mail from A. Parnell re: status of Blank Rome and Heller Ehrman first interim period reporting. | 0.10 | 13.50 |
| 3/21/2008  | BSR | receive and review portion of Manatt's response to initial report; telephone conference with Doreen Williams re same | 0.10 | 23.00 |
|            | LMH | Additions to preliminary draft of final report re Heller for the first interim period. | 2.40 | 324.00 |
|            | LMH | draft e-mail to M. Correa, Heller Ehrman, re: confirmation that written agreement with U.S. Trustee's office may be used as an exhibit to the final report for the first interim period without disclosing any confidential information. | 0.10 | 13.50 |
|            | LMH | receive and review e-mail from M. Correa, Heller Ehrman, re: written agreement with U.S. Trustee's office. | 0.10 | 13.50 |
|            | DTW | Continue Hennigan final report after receipt of additional information (.3); continue final report for RLF (.4); email to A.Parnell re: contact info at BDO (.1); draft final report for Manatt (2.2); research regarding Manatt fees after 5/31/07 (.3); Pacer research regarding Manatt retention documents (.2); research and draft email to N.Vanderhoop re further info from BDO (.3); telephone call with B. Ruhlander re: fee cap issue (.1); email to A.Parnell re: final reports (.1) | 4.00 | 580.00 |

New Century TRS Holdings, Inc.                                                                                              Page    9

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/21/2008 | DTW | Continue Hennigan final report after receipt of additional information (.3); continue final report for RLF (.4); email to A.Parnell re: contact info at BDO (.1); draft final report for Manatt (2.2); research regarding Manatt fees after 5/31/07 (.3); Pacer research regarding Manatt retention documents (.2); research and draft email to N.Vanderhoop re further info from BDO (.3); telephone call with B. Ruhlander re: fee cap issue (.1); email to A.Parnell re: final reports (.1) | 4.00 | 580.00 |
|  | ALP | Reviewed Lazard's monthly invoices and interim fee application regarding the 1st interim period (4-7.07) (2.3) | 2.30 | 356.50 |
|  | ALP | Reviewed Lazard's response to initial report regarding the 1st interim period (4-7.07) (1.7) | 1.70 | 263.50 |
|  | ALP | Drafted and responded to e-mails with Barb Witters (RLF) regarding 1st interim period (4-7.07) status of initial and final reports. (.2) | 0.20 | 31.00 |
| 3/23/2008 | DTW | review Saul 2nd Interim application (.6); review 2nd Interim application for Sheppard (.3) ; same re: 9.07 invoice for RLF (.6) | 1.50 | 217.50 |
|  | DTW | review Saul 2nd Interim application (.6); review 2nd Interim application for Sheppard (.3) ; same re: 9.07 invoice for RLF (.6) | 1.50 | 217.50 |
| 3/24/2008 | MWS | Draft initial report regarding first interim fee application of AP Services. | 4.60 | 1,058.00 |
|  | LMH | receive and review e-mail from A. Parnell re: preliminary draft final report for Heller Ehrman's first interim application. | 0.10 | 13.50 |
|  | DTW | review and revise Hennigan final report (.2); same re: Manatt (.3); same re: RLF (.3); review and revise Kirkpatrick final report (2.3); research Shepard 1st Interim application (.1); telephone call with A. Parnell re: progress on 1st and 2nd Initial Reports (.2); drafting Skadden final report (1.1); drafting final report for Sheppard (.7) | 5.20 | 754.00 |
|  | ALP | Drafted final revisions to Hennigan Bennett's final report regarding the 1st inteirm period (4-7.07) (2.9) | 2.90 | 449.50 |
|  | ALP | Drafted final revisions to Manatt's final report regarding the 1st inteirm period (4-7.07) (2.1) | 2.10 | 325.50 |
|  | CR | Update database with e-detail of Lazard 1st Interim Initial Report response | 0.20 | 8.00 |

New Century TRS Holdings, Inc.                                                           Page  10

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/24/2008 | ALP | Drafted final revisions to Heller's final report regarding the 1st inteirm period (4-7.07) (2.7) | 2.70 | 418.50 |
| | ALP | Drafted and responded to e-mail with Mark Steirer regarding status of responses needed from PWC and E&Y concerning 1st interim period (4-7.07) (.1) | 0.10 | 15.50 |
| | ALP | Drafted and responded to e-mail with Barb Witters (RLF) regarding status of responses needed concerning 1st interim period (4-7.07) (.2) | 0.20 | 31.00 |
| | DTW | review and revise Hennigan final report (.2); same re: Manatt (.3); same re: RLF (.3); review and revise Kirkpatrick final report (2.3); research Shepard 1st Interim application (.1); telephone call with A. Parnell re: progress on 1st and 2nd Initial Reports (.2); drafting Skadden final report (1.1); drafting final report for Sheppard (.7) | 5.20 | 754.00 |
| 3/25/2008 | DTW | finish drafting Sheppard final report (.2); review and revise Skadden final report (.2); draft email to B. Witters re:additional info for RLF (.1); draft email to Hahn re: response (.2); review and revise Sheppard final report (.2) ; continue review of RLF 2nd interim application (.8); emails to and from A. Parnell re: status of final reports (.2); telephone call with Hahn regarding response (.1) | 2.00 | 290.00 |
| | LMH | receive and review e-mail from A. Parnell to D. Williams re: call from M. Indelicato, Hahn & Hessen, and the firm's initial report for the first interim period. | 0.10 | 13.50 |
| | LMH | receive and review e-mail from A. Parnell re: draft initial report for Kroll's fifth interim period application. | 0.10 | 13.50 |
| | LMH | draft e-mail to A. Parnell re: Hahn & Hessen's initial report for the first interim period. | 0.10 | 13.50 |
| | ALP | Telephone conference with Jeff Allgood regarding status of final reports concerning 1st interim period (4-7.07) (.2) | 0.20 | 31.00 |
| | ALP | Drafted final revisions to Skadden's final report concerning the 1st interim period (4-7.07) (2.3) | 2.30 | 356.50 |
| | ALP | Drafted final revisions to Sheppard Mullin's final report concerning the 1st interim period (4-7.07) (2.1) | 2.10 | 325.50 |

New Century TRS Holdings, Inc.                                                                                                  Page    11

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 3/25/2008 | MWS | review Ernst & Young retention documents, fee application, and initial report (0.3); email Richard Magnuson of Ernst & Young regarding need for response to initial report (0.4). | 0.70 | 161.00 |
|  | MWS | draft e-mail to Jeffrey Boyle of PricewaterhouseCoopers LLP regarding need for response to initial report (0.4); email Nicole Mackenzie regarding same (0.1). | 0.50 | 115.00 |
|  | MWS | Draft initial report regarding first interim fee application of AP Services. | 1.30 | 299.00 |
|  | DTW | finish drafting Sheppard final report (.2); review and revise Skadden final report (.2); draft email to B. Witters re:additional info for RLF (.1); draft email to Hahn re: response (.2); review and revise Sheppard final report (.2) ; continue review of RLF 2nd interim application (.8); emails to and from A. Parnell re: status of final reports (.2); telephone call with Hahn regarding response (.1) | 2.00 | 290.00 |
|  | LMH | receive, review, and respond to e-mail from A. Parnell and D. Williams re: contact information for M. Indelicato, Hahn & Hessen, re: first interim period initial report. | 0.10 | 13.50 |
|  | CR | Update database with e-detail for Richards 8.07 | 0.10 | 4.00 |
|  | LMH | telephone conference with M. Indelicato, Hahn & Hessen, re: initial report for the first interim period. | 0.10 | 13.50 |
| 3/26/2008 | DTW | telephone call with A. Parnell re: Howrey final report (.2); detailed email to W. Smith re cap issue (.4); review and revise Howrey and Manett final reports (.2); research  Howrey's retention (.2); several telephone calls with A. Parnell re retention documents (.4); several telephone conferences with W. Smith regarding same (.2); Pacer research for all applicant retention documents (1.8); begin review of same (1.0) | 4.40 | 638.00 |
|  | ALP | Several extended telephone conferences with both Warren Smith and Doreen Williams regarding fee cap issues for numerous professionals (.4) | 0.40 | 62.00 |
|  | DTW | telephone call with A. Parnell re: Howrey final report (.2); detailed email to W. Smith re cap issue (.4); review and revise Howrey and Manett final reports (.2); research  Howrey's retention (.2); several telephone calls with A. Parnell re retention documents (.4); several telephone conferences with W. Smith regarding same (.2); Pacer research for all applicant retention documents (1.8); begin review of same (1.0) | 4.40 | 638.00 |

New Century TRS Holdings, Inc.                                                                                                    Page    12

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 3/26/2008 | MWS | emails with Andrea Clark Smith regarding PricewaterhouseCoopers LLP fee application (0.3); review email from B. Witters of Richards Layton & Finger regarding R. Magnuson info (0.1); call Magnuson and leave voicemail regarding Ernst & Young response (0.1). | 0.50 | 115.00 |
|  | CR | Update database with monthly invoices for Hahn 11.07, Richards 8.07 and Irell 1st and Final Interim application 4/20/07-6/27/07 | 0.40 | 16.00 |
|  | LMH | draft e-mail to A. Parnell re: B. Fatell's request for telephone conference regarding Blank Rome's initial report for the first interim period. | 0.10 | 13.50 |
|  | LMH | receive and review e-mail from B. Fatell, Blank Rome, re: request for telephone conference. | 0.10 | 13.50 |
| 3/27/2008 | DTW | Telephone call with A. Parnell re cap issues and more research on same (.5); continue retention orders research (.3); telephone call with B. Witters re 1st and 2nd Interim (.2); detailed memo re applicants subject to fee caps and details of same (.8); research transportation charges for RLF 1st Interim (.6); isolate travel charges which need further informaton and draft email to B. Witters re same (.5); continue drafting RLF final report (.4); research Roetzel retention (.5) | 3.80 | 551.00 |
|  | LMH | receive and review e-mail from A. Parnell to W. Smith re: fee cap reviews for certain professionals. | 0.10 | 13.50 |
|  | CR | draft e-mail to N. MacKenzie @ PwC copy of 1st Interim Initial Report in pdf format | 0.10 | 4.00 |
|  | DTW | Telephone call with A. Parnell re cap issues and more research on same (.5); continue retention orders research (.3); telephone call with B. Witters re 1st and 2nd Interim (.2); detailed memo re applicants subject to fee caps and details of same (.8); research transportation charges for RLF 1st Interim (.6); isolate travel charges which need further informaton and draft email to B. Witters re same (.5); continue drafting RLF final report (.4); research Roetzel retention (.5) | 3.80 | 551.00 |
|  | ALP | Drafted e-mail to Warren Smith and Doreen Williams regarding fee cap issues for numerous professionals (.2) | 0.20 | 31.00 |
|  | ALP | Extended telephone conferences with Doreen Williams regarding fee cap issues for numerous professionals (.3) | 0.30 | 46.50 |
|  | MWS | Draft initial report regarding first interim fee application of AP Services. | 1.50 | 345.00 |

New Century TRS Holdings, Inc.                                                                                                      Page     13

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/27/2008 | LMH | telephone conference with A. Parnell re: fee caps and retention order review. | 0.10 | 13.50 |
|  | LMH | telephone conference with B. Fatell, Blank Rome, re: initial report for the first interim period. | 0.20 | 27.00 |
|  | LMH | receive, review, and respond to e-mail from W. Smith re: B. Fatell's request for telephone conference regarding Blank Rome's initial report for the first interim period. | 0.10 | 13.50 |
|  | LMH | receive and review e-mail from A. Parnell to W. Smith re: B. Fatell's request for telephone conference regarding Blank Rome's initial report for the first interim period. | 0.10 | 13.50 |
| 3/28/2008 | MWS | Finish drafting initial report regarding fee application of AP Services for first interim period (2.1); forward same to Alexa L. Parnell (0.1). | 2.20 | 506.00 |
|  | MWS | emails with Jeff Boyle regarding PricewaterhouseCoopers LLP response. | 0.20 | 46.00 |
|  | WHS | conference with Doreen Williams, and various e-mails conerning, caps on some professioinals | 0.40 | 110.00 |
|  | DTW | draft e-mail to to M. Indelicato re certain applicants with cap issues (.3); telephone call with W. Smith re cap applicants and email re same (.2): respond to L. Hamm re cap and Heller (.1); continue drafting final report for RLF (.4) review and revise AlixPartners 1st Interim Initial Report and review docket and summaries for same (.4); telephone call with A. Parnell re AP interim (.1) | 1.50 | 217.50 |
|  | LMH | draft e-mail to W. Smith, A. Parnell, and D. Williams re: Heller Ehrman's fee cap and its current standing in relation to the fee cap. | 0.40 | 54.00 |
|  | ALP | Reviewed e-mail from Lisa Hamm regarding Heller Ehrman's final report concenring the 1st interim period (4-7.07) - status of fee cap issue (.1) | 0.10 | 15.50 |
|  | ALP | Drafted final revisions to initial report to AP Services regarding the 1st interim period (4-7.07) (.7) | 0.70 | 108.50 |
|  | ALP | Reviewed AP Services retention order regarding possible fee cap issues (.4) | 0.40 | 62.00 |
|  | JW | draft summary of Kirkpatrick August 2007 monthly invoice (5.2) | 5.20 | 702.00 |

New Century TRS Holdings, Inc.                                                                                  Page 14

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 3/28/2008 | CR | Update database with e-detail of PwC 1st Interim Initial Report response | 0.20 | 8.00 |
| | CR | Prepare and serve AP Services 1st Interim Initial Report | 0.30 | 12.00 |
| | LMH | detailed review of Heller Ehrman's fee cap figures for the first interim period. | 0.60 | 81.00 |
| | DTW | draft e-mail to to M. Indelicato re certain applicants with cap issues (.3); telephone call with W. Smith re cap applicants and email re same (.2): respond to L. Hamm re cap and Heller (.1); continue drafting final report for RLF (.4) review and revise AlixPartners 1st Interim Initial Report and review docket and summaries for same (.4); telephone call with A. Parnell re AP interim (.1) | 1.50 | 217.50 |
| | LMH | receive and review e-mail from A. Parnell to D. Williams re: Heller Ehrman's fee cap calculations for the first interim period. | 0.10 | 13.50 |
| | LMH | receive and review e-mail from D. Williams re: Heller Ehrman's fee cap calculations for the first interim period. | 0.10 | 13.50 |
| 3/29/2008 | ALP | Continued drafting final revisions to initial report to AP Services regarding the 1st interim period (4-7.07) (3.1) | 3.10 | 480.50 |
| 3/30/2008 | LMH | detailed review of FTI's November 2007 application. | 0.50 | 67.50 |
| | LMH | detailed review of FTI's September 2007 application. | 0.40 | 54.00 |
| | LMH | detailed review of Blank Rome's combined September/October 2007 application. | 1.20 | 162.00 |
| | LMH | detailed review of expenses in Blank Rome's November 2007 application. | 0.10 | 13.50 |
| 3/31/2008 | JW | draft summary of Kirkpatrick August 2007 monthly invoice (1.9) | 1.90 | 256.50 |
| | ALP | Extended telephone conference with Andrew Parlen (O'Melveny) regarding O'Melveny's response to fee auditor's initial report concerning the 1st interim period (4-7.07) (.3) | 0.30 | 46.50 |

New Century TRS Holdings, Inc.                                                                                                  Page    15

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/31/2008 | LMH | detailed review of standard of review for Completion Fee billed in FTI's September 2007 application. | 0.20 | 27.00 |
|  | ALP | Reviewed retention documents of AlixPartners (.3) | 0.30 | 46.50 |
|  | LMH | research regarding status of Blank Rome's August 2007 appliction and draft e-mail to C. Rogers re: same. | 0.20 | 27.00 |
|  | LMH | detailed review of FTI's October 2007 application. | 0.30 | 40.50 |
|  | JW | detailed review of BDO Seidman September 2007 monthly invoice (3.4) | 3.40 | 459.00 |
|  | CR | research receipt of FTI's 10.07 monthly invoices and draft e-mail to L. Hamm re: same | 0.20 | 8.00 |
|  | CR | Update database with monthly invoices for Saul Ewing 1.08, Grant Thornton 2.08 and 1st Interim Initial Report response form Lazard and Baute 4/16/07-1/31/08 forward to A. Parnell for review | 0.40 | 16.00 |
|  | LMH | receive, review, and respond to e-mail from C. Rogers re: FTI's October 2007 application. | 0.10 | 13.50 |
|  | LMH | detailed review of FTI's quarterly application for the second interim period. | 0.10 | 13.50 |
|  | LMH | draft e-mail to C. Rogers re: FTI's October 2007 application. | 0.10 | 13.50 |
|  | LMH | detailed review of FTI's August 2007 application. | 0.60 | 81.00 |

**For professional services rendered**                                                                                **284.20 $43,210.00**

Balance due                                                                                                                             $43,210.00

New Century TRS Holdings, Inc.　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page    16

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 81.50 | 155.00 | $12,632.50 |
| Bobbi S. Ruhlander | 0.40 | 230.00 | $92.00 |
| Cherie Rogers | 5.70 | 40.00 | $228.00 |
| Doreen Williams | 80.10 | 145.00 | $11,614.50 |
| James Wehrmann | 68.50 | 135.00 | $9,247.50 |
| Lisa M Hamm | 17.50 | 135.00 | $2,362.50 |
| Mark W Steirer | 30.10 | 230.00 | $6,923.00 |
| Warren H Smith | 0.40 | 275.00 | $110.00 |