# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**Objection Deadline: May 7, 2008 at 4:00 p.m.**

**COMBINED TENTH AND ELEVENTH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2008 THROUGH FEBRUARY 29, 2008**

| | |
|---|---|
| *Name of Applicant:* | Blank Rome LLP |
| *Authorized to Provide Professional Services to:* | Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.* |
| *Date of Retention:* | May 31, 2007, *nunc pro tunc* to April 9, 2007 |
| *Period for which Compensation and Reimbursement is Sought:* | January 1, 2008 through February 29, 2008 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary:* | $255,842.00 (80% of $319,802.50) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary:* | $14,158.42 |

This is a:    ✓ Monthly    ____ Quarterly    ____ Final Application

The following is pertinent information regarding the prior fee applications submitted to the Court:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | Holdback 20% of Fees |
|---|---|---|---|---|---|---|
| 6/27/07 | 4/9/07-4/30/07 | $231,047.50 | $14,247.88 | $184,820.90 | $14,264.98 | PENDING |
| 9/14/07 | 5/1/07-5/31/07 | $322,057.50 | $12,004.58 | $256,408.00 | $12,004.58 | PENDING |
| 9/14/07 | 6/1/07-7/31/07 | $241,366.00 | $13,864.00 | $193,092.80 | $13,864.00 | PENDING |
| 11/8/07 | 8/1/07-8/31/07 | $167,354.00 | $5,049.75 | $133,883.20 | $5,049.75 | PENDING |
| 12/3/07 | 9/1/07-10/31/07 | $262,884.00 | $7,698.93 | $210,307.20 | $7,698.93 | PENDING |
| 1/14/08 | 11/1/07-11/30/07 | $146,756.00 | $1,539.07 | $117,404.80 | $1,539.07 | PENDING |
| 1/31/08 | 12/1/07-12/31/07 | $110,366.50 | $417.65 | $88,293.20 | $417.65 | PENDING |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**Objection Deadline: May 7, 2008 at 4:00 p.m.**

**COMBINED TENTH AND ELEVENTH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2008 THROUGH FEBRUARY 29, 2008**

This combined Tenth and Eleventh monthly fee application for compensation and reimbursement of expenses (the *"Fee Application"*) is filed by Blank Rome LLP (*"Blank Rome"*) requesting payment for services rendered and reimbursement of costs expended as co-counsel for the Official Committee of Unsecured Creditors (the *"Committee"*) of New Century TRS Holdings, Inc., *et al.* (the *"Debtors"*) for the period of January 1, 2008 through February 29, 2008 (the *"Application Period"*). In support of this Fee Application, Blank Rome respectfully states as follows:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

**Jurisdiction**

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of these chapter 11 cases in this district is proper under 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On April 2, 2008 (the *"Petition Date"*), the Debtors commenced with this Court voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an Order of this Court. The Debtors are continuing their businesses and managing their affairs as debtors and debtors in possession.

3. On April 9, 2008, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors (the *"Committee"*): Credit Suisse First Boston Mortgage Capital LLC, Credit-Based Asset Servicing and Securitization LLC, Residential Funding Company, LLC, Deutsche Bank National Trust Co., Wells Fargo Bank, N.A. as Indenture Trustee, Fidelity National Information Services, Inc., and Maguire Properties – Park Place, LLC. Since its formation, the Committee has appointed Kodiak Funding LP as an *ex officio* member of the Committee.

4. Hahn & Hessen LLP (*"Hahn & Hessen"*) and Blank Rome were selected by the Committee to serve as co-counsel to the Committee, and FTI Consulting, Inc. (*"FTI"*) was selected by the Committee to serve as financial advisor to the Committee.

5. On April 25, 2007, the Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the *"Administrative Order"*) (Docket No. 389).

6. On May 4, 2007, the Committee filed the Application of the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.*, for an Order Authorizing the Committee to Employ Blank Rome LLP as Its Co-Counsel Pursuant 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of April 9, 2007 (the *"Blank Rome Retention Application"*) (Docket No. 550) with the Court. On May 31, 2007, the Court entered an order approving the Blank Rome Retention Application (Docket No. 973).

7. On October 10, 2007, the Court entered the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications (Docket No. 3260).

8. Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors and creditors' committees.

9. Presently, the attorneys at Blank Rome having the day-to-day responsibility for representation of the Committee in the Chapter 11 Cases are Bonnie Glantz Fatell, Regina Stango Kelbon, and David Carickhoff. Blank Rome has drawn and will draw upon the knowledge and skills of other firm attorneys to provide services as the need arises.

### Relief Requested

10. Blank Rome submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the

127340.01600/40173944v.1

Administrative Order, and Del. Bankr. LR 2016-2. By this Fee Application, Blank Rome seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $319,802.50 for the Application Period, and seeks payment of 80% of this amount, $255,842.00, and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $14,158.42, in accordance with the terms of the Administrative Order.

11. Blank Rome has made all reasonable efforts to avoid duplication of work with co-counsel, Hahn & Hessen.

### Summary of Fees

12. The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 883.90 hours at a blended billing rate of $361.81 per hour. The value of these services has been computed at the rates Blank Rome customarily charges for similar services provided other clients.

13. A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**. Every effort has been made by Blank Rome to categorize daily time entries in accordance with the correct project code. However, in some instances, services overlap between project codes. Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.

14. Specifically, the services rendered by Blank Rome to the Committee during the Application Period included the following:

(Project Code 1)      <u>Blank Rome Fee/Employment Applications</u>:

Blank Rome spent time preparing, revising, and finalizing its eighth and ninth monthly fee applications for the period November 1, 2007 through November 30, 2007, and December 1, 2007 through December 31, 2007, respectively. Blank Rome also began preparing its combined tenth and eleventh monthly fee application for the period January 1, 2008 through February 29, 2008. Such work required coordination between and among the Accounting Department, paralegals, and attorneys for retrieval and review of billing statements, and drafting and revising the fee applications.

**Total Hours: 16.90      Total Fees: $4,516.00**

(Project Code 2)      <u>Other Professionals' Fee/Employment Application</u>:

Blank Rome reviewed Hahn & Hessen's sixth monthly fee application for filing, and prepared and reviewed FTI's eighth, ninth and tenth monthly fee applications and second interim fee application. Blank Rome further assisted in the filing of Hahn & Hessen's fee applications, including revising certificates of no objection to its fee applications. Blank Rome also reviewed and analyzed fee applications and reports filed by other professionals, including the Examiner, the Examiner's professionals, and counsel for the Directors and Officers.

**Total Hours: 9.30      Total Fees: $2,896.00**

(Project Code 3)      <u>Executory Contracts and Unexpired Leases</u>

Blank Rome reviewed notices of the Debtors' intent to reject employment contracts. In connection with these employment contracts, Blank Rome further reviewed relevant statutes and communicated with Hahn & Hessen.

**Total Hours: 0.40      Total Fees: $240.00**

(Project Code 4)    <u>Claims Analysis and Objections</u>:

Blank Rome reviewed and analyzed various pleadings, including, but not limited to, a stipulation resolving certain adequate protection claims, objections to administrative claims and a motion of the putative class of claimholders to extend the claims bar date. Further, Blank Rome communicated with one another regarding proposed treatment of the Kodiak claims. Blank Rome also reviewed the proposed recovery of Early Payment Default ("EPD") and Breach claims for certain creditors of the holding company debtors. Finally, Blank Rome communicated via teleconference with a creditor regarding possible distributions.

**Total Hours: 1.80     Total Fees: $1,017.00**

(Project Code 5)    <u>Committee Business and Meetings</u>:

Blank Rome prepared for and participated in all aspects of Committee business, including, without limitation, attendance at weekly Committee meetings via teleconference, procedural matters of import to the case, and in the general provision of information regarding case status. In staffing attendance for such meetings, Blank Rome carefully examined the meeting agendas and determined which professionals should attend, based upon their expertise and background knowledge in the subject matters to be discussed. Such meetings often required attendance by more than one Blank Rome professional, due to the widely varied matters and complex nature of the issues discussed. Specifically, Blank Rome was heavily involved in meetings regarding the candidates for the open liquidating trustee position and related litigation issues.

Blank Rome also reviewed documents, and communicated with Committee representatives, keeping them apprised on developments in the case. Blank Rome further communicated with Hahn & Hessen and FTI on a host of issues to coordinate and share analysis

on matters affecting the estate.

**Total Hours: 10.50     Total Fees: $5,509.00**

(Project Code 6)     <u>Case Administration</u>:

The time billed to this category includes services related to general administrative and case management matters, including, but not limited to, filing pleadings, calendaring hearings, reviewing orders, reviewing the docket, and circulating pertinent pleadings. This category also includes time that otherwise would not comport with an identified project code. Blank Rome devoted a considerable amount of time monitoring and reviewing the docket, retrieving and transmitting recently filed pleadings, and reviewing motions, objections, responses and orders. Specifically, Blank Rome reviewed a motion to retain intellectual property recovery in order to market intellectual property assets, the Debtors' settlement agreement with GECC, and pleadings related to a request for IRS refund and governmental obligations. Blank Rome further reviewed the Debtors' monthly operating reports, information regarding KPMG, and public documents regarding the Examiner. Finally, Blank Rome reviewed proposals for the retention of a consumer ombudsman.

Blank Rome also maintained and updated a case calendar, which highlighted the deadlines and hearing dates of pertinent matters. Further, Blank Rome was responsible for updating and monitoring changes to the 2002 service list and e-filing pleadings on behalf of the Committee and its professionals.

Blank Rome communicated with creditors regarding case administration and various service issues. Blank Rome also communicated with the Judge's chambers and Hahn & Hessen, regarding hearings and hearing dates.

**Total Hours: 37.90     Total Fees: $12,017.50**

(Project Code 8)   Employee Benefits / General Labor:

Blank Rome performed work in connection with the adversary proceedings regarding Worker Adjustment and Retraining Notification ("WARN") Act liability issues. Blank Rome, in consultation with attorneys from its Tax and Employment Retirement Insurance Security Act ("ERISA") group and its Employment Benefits and Labor group, as well as with co-counsel Hahn & Hessen, worked to obtain a Court order approving a joint stipulation allowing the Committee to intervene in the WARN Act litigation. As such, Blank Rome reviewed pertinent provisions of the WARN Act and the National Labor Relations Act ("NLRA"). Blank Rome further conducted legal research on various NLRA and WARN Act issues including, but not limited to, the National Labor Relations Board's treatment of commissions for backpay purposes, commissions under WARN Act damages provisions, and certain allowable administrative expenses. Finally, Blank Rome reviewed pleadings related to the adversary proceedings, and participated in analysis and strategic meetings, as well as negotiations.

**Total Hours: 14.80   Total Fees: $6,378.00**

(Project Code 9)   Evaluation and Negotiations of Debtors' Plan:

Blank Rome spent a considerable amount of time reviewing and evaluating several drafts of the Debtors' proposed plan of reorganization and disclosure statement. Blank Rome also contributed to the drafting and revising of the plan of reorganization by reviewing and editing certain portions of the plan and reviewing relevant Bankruptcy Code provisions. In deep collaboration with Hahn & Hessen and FTI, Blank Rome assessed the viability of the Debtors' plan of reorganization and worked with FTI and Hahn & Hessen to assess whether the Debtors' proposed plan would maximize distributions to the unsecured creditors of the Debtors' estates.

As such, Blank Rome participated in numerous telephone conferences with one another, Hahn & Hessen, FTI and the Debtors' counsel and professionals.

Blank Rome actively participated in the negotiation of plan issues and revisions of the plan with the Debtors and their retained professionals. Specifically, Blank Rome contributed to the provisions involving the establishment of a liquidating trust, appointment of a consumer ombudsman, and treatment of and protocol for EPD claims. Blank Rome also assisted in drafting the list of possible candidates for the liquidating trustee position, interviewed potential candidates, and communicated with, and provided guidance to, the Committee regarding its decision in selecting the liquidating trustee.

**Total Hours: 61.60     Total Fees: $34,980.00**

(Project Code 12)    Sale of Assets/Asset Purchase Agreement:

Blank Rome reviewed and analyzed various pleadings, including Maricopa County's notice of objection to the sale, and the Debtors' stipulation regarding the sale of assets to Carrington.

**Total Hours: 1.40     Total Fees: $404.00**

(Project Code 13)    Stay Relief Issues:

Blank Rome reviewed and analyzed several motions for stay relief, including motions filed by Positive Software Solutions, Inc. ("PSSI") and Bank of America, and related pleadings. Blank Rome further prepared and filed the Committee's joinder to the Debtors' objection to PSSI's stay relief motion. Blank Rome also prepared and revised papers for the Committee's joinder of the objection by the Internal Revenue Service ("IRS") to a stay against the IRS.

**Total Hours: 7.90     Total Fees: $3,364.50**

      (Project Code 14)      <u>Secured Creditor / Equipment Lessor Issues</u>:

Blank Rome spent a considerable amount of time resolving issues related to the Positive Software litigation. Blank Rome reviewed and analyzed several pleadings and documents related to the litigation. Blank Rome attended strategy sessions with the Debtors' counsel and Hahn & Hessen prior to the mediation hearing. Blank Rome also attended the mediation hearing. Afterward, Blank Rome communicated via teleconference and email correspondence with Debtors' counsel and Hahn & Hessen regarding strategy and post-mediation issues. Blank Rome's Bankruptcy professionals consulted with its internal Litigation group, in order to more comprehensively analyze the various intellectual property and copyright issues, and to discuss settlement strategies. In its efforts to evaluate the atmosphere for successful litigation, Blank Rome's Litigation attorneys reviewed pertinent pleadings, including arbitration papers, amicus briefs, previous court rulings, and correspondence between parties. Blank Rome also conducted legal research when necessary, such as researching burden of proof issues. Moreover, Blank Rome attended a deposition related to the litigation.

As a result of continued negotiations and diligent communications between the parties, a settlement agreement was entered into by the Committee, the Debtors, and PSSI. Blank Rome spent time reviewing and editing the settlement agreement and a proposed order resolving stay relief issues. Blank Rome also reviewed and edited the motion for approval of the settlement agreement.

      **Total Hours: 59.00**    **Total Fees: $30,966.00**

      (Project Code 15)      <u>Tax Issues</u>:

Blank Rome reviewed and analyzed documents related to the Debtors' proposed plan of reorganization's treatment of tax issues, and consulted with its internal Tax group regarding same. Blank Rome further reviewed and revised the Committee's joinder regarding IRS issues.

**Total Hours: 3.30     Total Fees: $2,086.50**

(Project Code 16)     Asset Analysis / Recovery:

The time billed to this category relates to the investigation and analysis performed regarding assets, including potential causes of action for the estates as well as the Examiner's investigation. In coordination with co-counsel and FTI, and utilizing the Ringtail electronic document review program, Blank Rome and its litigation team continued its efforts of extensively reviewing hundreds of thousands of documents produced by the Debtors. Blank Rome divided its document review efforts into two stages: (1) a non-substantive review by paralegals involving the coding of names, dates, and general topics; and (2) a substantive review by attorneys in order to determine the relevance of such documents to pertinent issues and potential causes of action. This procedure allowed Blank Rome to utilize its professionals and paraprofessionals in the most efficient and cost-effective manner, in order to maximize the value of its services to the Committee and, ultimately, the Debtors' estates.

Members of the team further attended regular teleconference and in-person meetings regarding the document review process and the Examiner's investigation developments. Members of the team also communicated among one another, by telephone and e-mail correspondence, in an effort to collaborate on document review methodology and to exchange information about specific documents.

Further, Blank Rome and Hahn & Hessen strategized with FTI on the various claims and causes of actions to be initiated by the Committee. In connection with said litigation strategy,

Blank Rome reviewed and analyzed motions, research memoranda and reports prepared by the Examiner, KPMG work papers, e-mails, Board of Director minutes, and other pertinent documents. Blank Rome met, in person and via teleconference, with the Examiner on many occasions, as well as the Examiner's retained professionals, Hahn & Hessen, and FTI in order to evaluate the Examiner's investigation and to coordinate the Committee's efforts with such investigation.

**Total Hours: 635.50    Total Fees: $204,246.00**

(Project Code 17)    Hearings - Attendance / Preparation:

The time billed to this category relates to the attendance of hearings and related proceedings and includes time spent in preparation of the same. Time billed to this category involved preparation for and attendance at hearings on fee applications as well as numerous omnibus hearings involving multiple matters that cannot be efficiently segregated. Blank Rome prepared for and attended the January 9, 2008 omnibus hearing, the January 23, 2008 omnibus hearing, the February 6, 2008 hearing, and the February 20, 2008 omnibus hearing.

**Total Hours: 20.00    Total Fees: $9,022.00**

(Project Code 18)    Loan Servicing Transfer Issues:

Blank Rome reviewed and analyzed the notice of bid deadline and the sale of non-performing loans.

**Total Hours: 0.40    Total Fees: $240.00**

(Project Code 19)    D&O Issues / E&O Issues:

Blank Rome reviewed and approved execution of the third stipulation regarding director and officer insurance.

**Total Hours: 0.20        Total Fees: $120.00**

(Project Code 20)    Non-Working Travel:

The time billed to this category relates to non-working travel. In accordance with Del. Bankr. LR 2016-2(d)(viii), only half of the actual non-working travel time was billed.

**Total Hours: 3.00        Total Fees: $1,800.00**

**Actual and Necessary Costs and Expenses Incurred**

15.    Reimbursement of expenses in the amount of $14,516.00 is sought herein. A categorized summary of the actual and necessary costs and expenses incurred by Blank Rome during the Application Period, and an itemization of each expense within each category, is attached as **Exhibit "B"**. Blank Rome reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured to date in Blank Rome's billing system.

**Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules**

16.    In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each attorney and paraprofessional, and a summary of hours and fees categorized by project code follow the cover sheet to this Fee Application. The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2.

17.    Blank Rome submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code.

18.    No agreement or understanding exists between Blank Rome and any other entity (other than members or employees of Blank Rome) for the sharing of compensation received or

to be received for services rendered in or in connection with the Chapter 11 Cases.

## Notice

19.    As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee; and (d) counsel to the DIP Lender. Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, Blank Rome respectfully requests an award of compensation for professional services rendered as co-counsel to the Committee during the Application Period in the sum of $255,842.00 (80% of $319,802.50), together with the reimbursement of expenses in the amount of $14,158.42; and such other and further relief that the Court deems just and proper.

Dated: April 17, 2008

                            BLANK ROME LLP

                            */s/ Bonnie Glantz Fatell*
                            Bonnie Glantz Fatell (No. 3809)
                            Regina Stango Kelbon
                            David W. Carickhoff (No. 3715)
                            1201 Market Street, Suite 800
                            Wilmington, Delaware 19801
                            Telephone:    (302) 425-6400
                            Facsimile:    (302) 425-6464

                            *Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*

127340.01600/40173944v.1