# Exhibit "B"

## NEW CENTURY OFFICIAL COMMITTEE
## EXPENSE SUMMARY
## JANUARY 1 - FEBRUARY 29, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | In-House @ $.24/minute | $18.70 |
| Telephone Conference Calls | | $40.47 |
| Reproduction of Documents | In-House @ $.10/copy | $800.90 |
| | Contracted Photocopying - Parcels | $8,624.61 |
| Hand Delivery Service | Parcels | $1,400.50 |
| Courier and Express Services | Federal Express | $440.09 |
| Travel Expenses | S. Wright, B. Fatell, R. Kelbon, M. Vongtama | $1,644.70 |
| E-Services | E-Filing, CD Duplication, E-mail | $685.95 |
| Westlaw | | $208.00 |
| LexisNexis | | $80.60 |
| Business Meals | | $55.94 |
| Meeting Expenses | | $25.00 |
| Record/Docket Searches | | $132.96 |
| **TOTAL** | | **$14,158.42** |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 05/16/2007 | 00091 | REGINA S. KELBON | 64A | 1.00 | 123.00 | 123.00 | TRAVEL EXPENSE: TRAIN ATTORNEY REIMBURSEMENT - | 5562515 |
| | | | | | | | REGINA STANGO KELBON TRAVEL TO NY 5/16/07 | |
| | | | | | | | Bank ID: 210 Check Number: 67276 | |
| | | Voucher=624823 Paid | | | | | Vendor=REGINA STANGO KELBON  Balance= .00  Amount= 123.00 | |
| | | | | | | | Check #67276 04/08/2008 | |
| 08/28/2007 | 05032 | ISABEL I. BAUMGARTEN | 78 | 1.00 | 110.24 | 110.24 | TRAVEL EXPENSE: LOCAL TRANSPORTATION - SUNNY | 5562671 |
| | | | | | | | LIMOUSINE SERVICE, INC. VOUCHER# 263349 | |
| | | | | | | | Bank ID: 210 Check Number: 66483 | |
| | | Voucher=624841 Paid | | | | | Vendor=SUNNY'S LIMOUSINE SERVICE, INC.  Balance= .00 | |
| | | | | | | | Amount= 3735.79 | |
| | | | | | | | Check #66483 03/28/2008 | |
| 10/25/2007 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 865.92 | 865.92 | CONTRACTED PHOTOCOPYING | 5575887 |
| 10/31/2007 | 00020 | BONNIE G. FATELL | 93 | 1.00 | 94.95 | 94.95 | E-SERVICES (E-FILING, CD DUPLICATION, EMAIL) | 5575718 |
| 11/02/2007 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 548.02 | 548.02 | CONTRACTED PHOTOCOPYING | 5575857 |
| 11/09/2007 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 642.50 | 642.50 | CONTRACTED PHOTOCOPYING | 5575866 |
| 11/16/2007 | 00020 | BONNIE G. FATELL | 93 | 1.00 | 56.10 | 56.10 | E-SERVICES (E-FILING, CD DUPLICATION, EMAIL) | 5575736 |
| 11/27/2007 | 00020 | BONNIE G. FATELL | 64A | 1.00 | 270.00 | 270.00 | TRAVEL EXPENSE: TRAIN ATTORNEY REIMBURSEMENT - | 5529689 |
| | | | | | | | BONNIE G. FATELL TRAVEL TO/FROM NY FOR | |
| | | | | | | | COMMITTEE MEETING 11/27/07 | |
| | | | | | | | Bank ID: 210 Check Number: 64970 | |
| | | Voucher=621528 Paid | | | | | Vendor=BONNIE G. FATELL  Balance= .00  Amount= 310.00 | |
| | | | | | | | Check #64970  03/11/2008 | |
| 11/27/2007 | 00020 | BONNIE G. FATELL | 48 | 1.00 | 20.00 | 20.00 | CAB FARE REIMBURSEMENT - BONNIE G. FATELL | 5529690 |
| | | | | | | | TRAVEL TO/FROM NY FOR COMMITTEE MEETING | |
| | | | | | | | 11/27/07 | |
| | | | | | | | Bank ID: 210 Check Number: 64970 | |
| | | Voucher=621528 Paid | | | | | Vendor=BONNIE G. FATELL  Balance= .00  Amount= 310.00 | |
| | | | | | | | Check #64970  03/11/2008 | |
| 11/27/2007 | 00020 | BONNIE G. FATELL | 06 | 1.00 | 20.00 | 20.00 | TRAVEL EXPENSE: PARKING, TOLLS - BONNIE G. | 5529691 |
| | | | | | | | FATELL TRAVEL TO/FROM NY FOR COMMITTEE MEETING | |
| | | | | | | | 11/27/07 | |
| | | | | | | | Bank ID: 210 Check Number: 64970 | |
| | | Voucher=621528 Paid | | | | | Vendor=BONNIE G. FATELL  Balance= .00  Amount= 310.00 | |
| | | | | | | | Check #64970  03/11/2008 | |
| 12/04/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DE8K | 5488095 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 12/04/2007 | 00020 | BONNIE G. FATELL | 64A | 1.00 | 313.00 | 313.00 | TRAVEL EXPENSE: TRAIN ATTORNEY REIMBURSEMENT - | 5529684 |
| | | | | | | | BONNIE G. FATELL TRAVEL TO/FROM NY FOR | |
| | | | | | | | COMMITTEE MEETING 12/4/07 | |
| | | | | | | | Bank ID: 210 Check Number: 64970 | |
| | | Voucher=621524 Paid | | | | | Vendor=BONNIE G. FATELL  Balance= .00  Amount= 353.00 | |
| | | | | | | | Check #64970  03/11/2008 | |
| 12/04/2007 | 00020 | BONNIE G. FATELL | 48 | 1.00 | 20.00 | 20.00 | CAB FARE REIMBURSEMENT - BONNIE G. FATELL | 5529685 |
| | | | | | | | TRAVEL EXPENSE: TRAIN ATTORNEY REIMBURSEMENT - | |
| | | | | | | | BONNIE G. FATELL TRAVEL TO/FROM NY FOR | |
| | | | | | | | COMMITTEE MEETING 12/4/07 | |
| | | | | | | | Bank ID: 210 Check Number: 64970 | |
| | | Voucher=621524 Paid | | | | | Vendor=BONNIE G. FATELL  Balance= .00  Amount= 353.00 | |
| | | | | | | | Check #64970  03/11/2008 | |
| 12/04/2007 | 00020 | BONNIE G. FATELL | 06 | 1.00 | 20.00 | 20.00 | TRAVEL EXPENSE: PARKING, TOLLS - BONNIE G. | 5529686 |
| | | | | | | | FATELL TRAVEL EXPENSE: TRAIN ATTORNEY | |
| | | | | | | | REIMBURSEMENT - BONNIE G. FATELL TRAVEL TO/FROM | |
| | | | | | | | NY FOR COMMITTEE MEETING 12/4/07 | |
| | | | | | | | Bank ID: 210 Check Number: 64970 | |
| | | Voucher=621524 Paid | | | | | Vendor=BONNIE G. FATELL  Balance= .00  Amount= 353.00 | |
| | | | | | | | Check #64970  03/11/2008 | |
| 12/04/2007 | 00020 | BONNIE G. FATELL | 93 | 1.00 | 189.70 | 189.70 | E-SERVICES (E-FILING, CD DUPLICATION, EMAIL) | 5575741 |
| 12/04/2007 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 719.82 | 719.82 | CONTRACTED PHOTOCOPYING | 5575870 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 12/04/2007 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 16.81 | 16.81 | CONTRACTED PHOTOCOPYING | 5575871 |
| 12/05/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5488096 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 12/05/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5488097 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE3-0 | |
| 12/05/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5488098 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE90- | |
| 12/05/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5488099 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 12/05/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5488100 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 12/06/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5488101 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 12/06/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5488102 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 12/06/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5488103 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE119 | |
| 12/06/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5488104 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE119 | |
| 12/06/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5488105 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 12/06/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5488106 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 12/06/2007 | 00020 | BONNIE G. FATELL | 93 | 1.00 | 158.40 | 158.40 | E-SERVICES (E-FILING, CD DUPLICATION, EMAIL) | 5575743 |
| 12/06/2007 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 631.00 | 631.00 | CONTRACTED PHOTOCOPYING | 5575872 |
| 12/11/2007 | 09994 | BR PACER | PACERPG | 21.00 | 0.08 | 1.68 | Court ID: DEBK | 5488107 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE90- | |
| 12/14/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5488108 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 12/17/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5488109 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE214 | |
| 12/17/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5488110 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE214 | |
| 12/17/2007 | 00020 | BONNIE G. FATELL | 10 | 45.00 | 0.24 | 10.80 | LONG DISTANCE TELEPHONE CALLS | 5511103 |
| 12/17/2007 | 00020 | BONNIE G. FATELL | 10 | 4.60 | -0.24 | -1.10 | LONG DISTANCE TELEPHONE CALLS | 5514150 |
| 12/17/2007 | 00020 | BONNIE G. FATELL | 48 | 1.00 | 38.76 | 38.76 | CAB FARE REIMBURSEMENT - XYZ TWO WAY RADIO | 5566081 |
| | | | | | | | SERVICE, INC MELISSA VONGTAMA | |
| | | Voucher=621358 Paid | | | | | Vendor=XYZ TWO WAY RADIO SERVICE, INC Balance= .00 Amount= | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | 9183.06 | |
| | | | | | | | Check #64495M  03/04/2008 | |
| | | | | | | | | |
| 12/19/2007 | 00020 | BONNIE G. FATELL | 10 | 8.70 | 0.24 | 2.09 | LONG DISTANCE TELEPHONE CALLS | 5511105 |
| | | | | | | | | |
| 12/19/2007 | 00020 | BONNIE G. FATELL | 10 | 0.90 | -0.24 | -0.22 | LONG DISTANCE TELEPHONE CALLS | 5514152 |
| | | | | | | | | |
| 12/26/2007 | 00020 | BONNIE G. FATELL | 48 | 1.00 | 35.70 | 35.70 | CAB FARE REIMBURSEMENT - XYZ TWO WAY RADIO | 5566082 |
| | | | | | | | SERVICE, INC MELISSA VONGTAMA | |
| | | Voucher=621358 Paid | | | | | Vendor=XYZ TWO WAY RADIO SERVICE, INC  Balance= .00  Amount= | |
| | | | | | | | 9183.06 | |
| | | | | | | | Check #64495M  03/04/2008 | |
| | | | | | | | | |
| 12/27/2007 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5488111 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| | | | | | | | | |
| 12/27/2007 | 00020 | BONNIE G. FATELL | 10 | 0.50 | 0.24 | 0.12 | LONG DISTANCE TELEPHONE CALLS | 5511107 |
| | | | | | | | | |
| 12/27/2007 | 00020 | BONNIE G. FATELL | 10 | 0.10 | -0.20 | -0.02 | LONG DISTANCE TELEPHONE CALLS | 5514153 |
| | | | | | | | | |
| 01/06/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 543.59 | 543.59 | CONTRACTED PHOTOCOPYING | 5575879 |
| | | | | | | | | |
| 01/07/2008 | 00020 | BONNIE G. FATELL | 95E | 1.00 | 1,040.00 | 1,040.00 | WESTLAW | 5455517 |
| | | | | | | | STEWART,JONN | |
| | | | | | | | | |
| 01/07/2008 | 08413 | SHAWN WRIGHT | 30 | 1419.00 | 0.10 | 141.90 | REPRODUCTION OF DOCUMENTS | 5484228 |
| | | | | | | | | |
| 01/07/2008 | 00020 | BONNIE G. FATELL | 95E | 1.00 | -1,040.00 | -1,040.00 | WESTLAW | 5500210 |
| | | | | | | | STEWART,JONN | |
| | | | | | | | | |
| 01/07/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 1,040.00 | 1,040.00 | WESTLAW | 5500527 |
| | | | | | | | STEWART,JONN | |
| | | | | | | | | |
| 01/07/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 223.00 | 223.00 | HAND DELIVERY SERVICE | 5577914 |
| | | | | | | | | |
| 01/07/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 223.00 | 223.00 | HAND DELIVERY SERVICE | 5578876 |
| | | | | | | | | |
| 01/08/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 462.82 | 462.82 | CONTRACTED PHOTOCOPYING | 5575880 |
| | | | | | | | | |
| 01/08/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 223.00 | 223.00 | HAND DELIVERY SERVICE | 5577917 |
| | | | | | | | | |
| 01/08/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 223.00 | 223.00 | HAND DELIVERY SERVICE | 5578879 |
| | | | | | | | | |
| 01/09/2008 | 02432 | TAMARA L. MOODY | 30 | 6.00 | 0.10 | 0.60 | REPRODUCTION OF DOCUMENTS | 5449235 |
| | | | | | | | | |
| 01/09/2008 | 02432 | TAMARA L. MOODY | 30 | 5.00 | 0.10 | 0.50 | REPRODUCTION OF DOCUMENTS | 5449236 |
| | | | | | | | | |
| 01/09/2008 | 02432 | TAMARA L. MOODY | 30 | 13.00 | 0.10 | 1.30 | REPRODUCTION OF DOCUMENTS | 5449237 |
| | | | | | | | | |
| 01/09/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 7.50 | 7.50 | HAND DELIVERY SERVICE | 5577895 |
| | | | | | | | | |
| 01/11/2008 | 02443 | DAVID W. CARICKHOFF | 30 | 72.00 | 0.10 | 7.20 | REPRODUCTION OF DOCUMENTS | 5453759 |
| | | | | | | | | |
| 01/13/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 534.04 | 534.04 | CONTRACTED PHOTOCOPYING | 5575881 |
| | | | | | | | | |
| 01/14/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE | 5516380 |
| | | | | | | | | |
| 01/14/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE | 5516381 |
| | | | | | | | | |
| 01/14/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 955.05 | 955.05 | CONTRACTED PHOTOCOPYING | 5529128 |
| | | | | | | | | |
| 01/16/2008 | 00020 | BONNIE G. FATELL | 93 | 1.00 | 107.15 | 107.15 | E-SERVICES (E-FILING, CD DUPLICATION, EMAIL) | 5526105 |
| | | | | | | | | |
| 01/16/2008 | 00020 | BONNIE G. FATELL | 58 | 1.00 | 25.00 | 25.00 | MEETING EXPENSES - BONNIE G. FATELL TELEPHONIC | 5529694 |
| | | | | | | | HEARING 1/16/08 | |
| | | | | | | | Bank ID: 210 Check Number: 64970 | |
| | | Voucher=621531 Paid | | | | | Vendor=BONNIE G. FATELL  Balance= .00  Amount= 25.00 | |
| | | | | | | | Check #64970  03/11/2008 | |
| | | | | | | | | |
| 01/17/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 7.50 | 7.50 | HAND DELIVERY SERVICE | 5516393 |
| | | | | | | | | |
| 01/25/2008 | 00020 | BONNIE G. FATELL | 30 | 254.00 | 0.10 | 25.40 | REPRODUCTION OF DOCUMENTS | 5472576 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 01/25/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.33 | 7.33 | FEDERAL EXPRESS | 5483243 |
| | | | | | | | Invoice: 251510253 | |
| | | | | | | | Tracking: 790924681032 | |
| | | | | | | | Name:    Shawn Wright | |
| | | | | | | | Company:  Blank Rome LLP | |
| | | | | | | | Address1: 600 New Hampshire Ave NW | |
| | | | | | | | City,St,Z: WASHINGTON, DC  20037 | |
| | | | | | | | Reference: 127340.01600 | |
| 01/25/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.33 | 7.33 | FEDERAL EXPRESS | 5483244 |
| | | | | | | | Invoice: 251510253 | |
| | | | | | | | Tracking: 798859601564 | |
| | | | | | | | Name:    Melissa Vongtama | |
| | | | | | | | Company:  Blank Rome LLP | |
| | | | | | | | Address1: 405 Lexington Ave | |
| | | | | | | | City,St,Z: NEW YORK, NY  10174 | |
| | | | | | | | Reference: 127340.01600 | |
| 01/27/2008 | 05923 | MICHELLE G. COURTNEY | 48 | 1.00 | 13.00 | 13.00 | CAB FARE REIMBURSEMENT - MICHELLE G. COURTNEY | 5496480 |
| | | | | | | | CAB HOME AFTER WORKING LATE 1/27 AND 2/7/08 | |
| | | | | | | | Bank ID: 210 Check Number: 63896 | |
| | | Voucher=619741 Paid | | | | | Vendor=MICHELLE G. COURTNEY  Balance= .00  Amount= 13.00 | |
| | | | | | | | Check #63896 02/26/2008 | |
| 01/29/2008 | 02432 | TAMARA L. MOODY | 10 | 1.00 | 0.98 | 0.98 | LONG DISTANCE TELEPHONE CALLS | 5478124 |
| 01/30/2008 | 02432 | TAMARA L. MOODY | 10 | 1.00 | 1.13 | 1.13 | LONG DISTANCE TELEPHONE CALLS | 5478125 |
| 01/30/2008 | 00020 | BONNIE G. FATELL | 10 | 1.00 | 2.71 | 2.71 | LONG DISTANCE TELEPHONE CALLS | 5478126 |
| 01/30/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.63 | 11.63 | FEDERAL EXPRESS | 5483245 |
| | | | | | | | Invoice: 251578564 | |
| | | | | | | | Tracking: 957906661900 | |
| | | | | | | | Name:    SUZZANNE UHLAND | |
| | | | | | | | Company:  O'MELVANEY & MYERS | |
| | | | | | | | Address1: 275 BATTERY STREET | |
| | | | | | | | City,St,Z: SAN FRANCISCO, CA  94111 | |
| | | | | | | | Reference: 127340-01600 | |
| 01/30/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.63 | 11.63 | FEDERAL EXPRESS | 5483246 |
| | | | | | | | Invoice: 251578564 | |
| | | | | | | | Tracking: 957906661910 | |
| | | | | | | | Name:    EMILY CULLER | |
| | | | | | | | Company:  O'MELVANEY & MYERS | |
| | | | | | | | Address1: 400 S. HOPE STREET | |
| | | | | | | | City,St,Z: LOS ANGELES, CA  90071 | |
| | | | | | | | Reference: 127340-01600 | |
| 01/30/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.63 | 11.63 | FEDERAL EXPRESS | 5483247 |
| | | | | | | | Invoice: 251578564 | |
| | | | | | | | Tracking: 957906661921 | |
| | | | | | | | Name:    MONIKA MCCARTHY | |
| | | | | | | | Company:  NEW CENTURY MORTGAGE CORPORATI | |
| | | | | | | | Address1: 18400 VON KARMAN AVENUE | |
| | | | | | | | City,St,Z: IRVINE, CA  92612 | |
| | | | | | | | Reference: 127340-01600 | |
| 01/30/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.33 | 7.33 | FEDERAL EXPRESS | 5483248 |
| | | | | | | | Invoice: 251578564 | |
| | | | | | | | Tracking: 957906661932 | |
| | | | | | | | Name:    HOLLY FELDER ETLIN | |
| | | | | | | | Company:  AP SERVICES | |
| | | | | | | | Address1: 9 WEST 57TH STREET, SUITE 3420 | |
| | | | | | | | City,St,Z: NEW YORK CITY, NY  10019 | |
| | | | | | | | Reference: 127340-01600 | |
| 01/30/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.63 | 11.63 | FEDERAL EXPRESS | 5483249 |
| | | | | | | | Invoice: 251578564 | |
| | | | | | | | Tracking: 957906661943 | |
| | | | | | | | Name:    BENNET SPIEGEL | |
| | | | | | | | Company:  KIRKLAND & ELLIS | |
| | | | | | | | Address1: 777 S. FIGUEROA STREET, SUITE | |
| | | | | | | | City,St,Z: LOS ANGELES, CA  90017 | |
| | | | | | | | Reference: 127340-01600 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 01/30/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.33 | 7.33 | FEDERAL EXPRESS | 5483250 |
| | | | | | | | Invoice: 251578564 | |
| | | | | | | | Tracking: 957906661954 | |
| | | | | | | | Name:   MARK INDELICATO | |
| | | | | | | | Company:  HAHN & HESSEN | |
| | | | | | | | Address1: 488 MADISON AVENUE, | |
| | | | | | | | City,St,Z: NEW YORK CITY, NY  10022 | |
| | | | | | | | Reference: 127340-01600 | |
| 01/30/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.33 | 7.33 | FEDERAL EXPRESS | 5483251 |
| | | | | | | | Invoice: 251578564 | |
| | | | | | | | Tracking: 957906661965 | |
| | | | | | | | Name:   DONALD WORKMAN | |
| | | | | | | | Company:  BAKER & HOSTETLER | |
| | | | | | | | Address1: 1050 CONNECTICUT AVE., NW | |
| | | | | | | | City,St,Z: WASHINGTON, DC  20036 | |
| | | | | | | | Reference: 127340-01600 | |
| 01/30/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.33 | 7.33 | FEDERAL EXPRESS | 5483252 |
| | | | | | | | Invoice: 251578564 | |
| | | | | | | | Tracking: 957906661976 | |
| | | | | | | | Name:   DAVID E. RETTER, ESQ. | |
| | | | | | | | Company:  KELLEY DRYE & WARREN | |
| | | | | | | | Address1: 101 PARK AVENUE | |
| | | | | | | | City,St,Z: NEW YORK, NY  10178 | |
| | | | | | | | Reference: 127340-01600 | |
| 01/30/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.53 | 10.53 | FEDERAL EXPRESS | 5483253 |
| | | | | | | | Invoice: 251578564 | |
| | | | | | | | Tracking: 957906661987 | |
| | | | | | | | Name:   WARREN H. SMITH | |
| | | | | | | | Company:  WARREN H. SMITH & ASSOCIATES | |
| | | | | | | | Address1: REPUBLIC CENTER | |
| | | | | | | | City,St,Z: DALLAS, TX  75201 | |
| | | | | | | | Reference: 127340-01600 | |
| 01/30/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.24 | 10.24 | FEDERAL EXPRESS | 5483254 |
| | | | | | | | Invoice: 251578564 | |
| | | | | | | | Tracking: 957906661998 | |
| | | | | | | | Name:   THOMAS KORSMAN, VICE PRESIDENT | |
| | | | | | | | Company:  WELLS FARGO BANK | |
| | | | | | | | Address1: 608 2ND AVENUE, S. | |
| | | | | | | | City,St,Z: MINNEAPOLIS, MN  55479 | |
| | | | | | | | Reference: 127340-01600 | |
| 01/30/2008 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | Court ID: DEBK | 5507889 |
| | | | | | | | BR0343 | |
| | | | | | | | DOCKET R | |
| 01/30/2008 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | Court ID: DEBK | 5507892 |
| | | | | | | | BR0343 | |
| | | | | | | | DOCKET R | |
| 01/30/2008 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | Court ID: DEBK | 5507895 |
| | | | | | | | BR0343 | |
| | | | | | | | IMAGE36- | |
| 01/30/2008 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | Court ID: DEBK | 5507898 |
| | | | | | | | BR0343 | |
| | | | | | | | IMAGE41- | |
| 01/30/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 10.00 | 10.00 | HAND DELIVERY SERVICE | 5516454 |
| 01/31/2008 | 00020 | BONNIE G. FATELL | 30 | 528.00 | 0.10 | 52.80 | REPRODUCTION OF DOCUMENTS | 5479459 |
| 01/31/2008 | 08413 | SHAWN WRIGHT | 30 | 2159.00 | 0.10 | 215.90 | REPRODUCTION OF DOCUMENTS | 5484229 |
| 01/31/2008 | 00020 | BONNIE G. FATELL | 90E | 1.00 | 5.50 | 5.50 | LEXIS D GAMBURG | 5486573 |
| 01/31/2008 | 00020 | BONNIE G. FATELL | 90E | 1.00 | 5.63 | 5.63 | LEXIS D GAMBURG | 5486574 |
| 01/31/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5508320 |
| | | | | | | | TG0004 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|------------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | DOCKET R | |
| 01/31/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5508321 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 01/31/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5508322 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 01/31/2008 | 09994 | BR PACER | PACERPG | 13.00 | 0.08 | 1.04 | Court ID: DEBK | 5508323 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE332 | |
| 01/31/2008 | 09994 | BR PACER | PACERPG | 9.00 | 0.08 | 0.72 | Court ID: DEBK | 5508324 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE435 | |
| 01/31/2008 | 00020 | BONNIE G. FATELL | 93 | 1.00 | 79.65 | 79.65 | E-SERVICES (E-FILING, CD DUPLICATION, EMAIL) | 5526114 |
| 01/31/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 519.52 | 519.52 | CONTRACTED PHOTOCOPYING | 5529131 |
| 01/31/2008 | 08413 | SHAWN WRIGHT | 11HARD | 1.00 | 40.47 | 40.47 | TELEPHONE CONFERENCE CALLS - CONFERENCE | 5557982 |
| | | | | | | | AMERICA, INC. CONS000188500 | |
| | | | | | | | Bank ID: 210 Check Number: 65935 | |
| | | | | | | | VOID - Bank ID: 210 Check Number: 65935 | |
| | | | | | | | Bank ID: 210 Check Number: 66042 | |
| | | Voucher=624236 Paid | | | | | Vendor=CONFERENCE AMERICA, INC. Balance= .00 Amount= | |
| | | | | | | | 644.57 | |
| | | | | | | | Check #66042 03/25/2008 | |
| 02/01/2008 | 00020 | BONNIE G. FATELL | 90E | 1.00 | 3.04 | 3.04 | LEXIS D GAMBURG | 5486575 |
| 02/01/2008 | 00020 | BONNIE G. FATELL | 90E | 1.00 | 6.29 | 6.29 | LEXIS D GAMBURG | 5486576 |
| 02/01/2008 | 00020 | BONNIE G. FATELL | 90E | 1.00 | 3.15 | 3.15 | LEXIS D GAMBURG | 5486577 |
| 02/01/2008 | 00020 | BONNIE G. FATELL | 90E | 1.00 | 0.69 | 0.69 | LEXIS D GAMBURG | 5486578 |
| 02/01/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 223.00 | 223.00 | HAND DELIVERY SERVICE | 5516468 |
| 02/01/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 512.64 | 512.64 | CONTRACTED PHOTOCOPYING | 5529135 |
| 02/01/2008 | 09994 | BR PACER | PACERPG | 29.00 | 0.08 | 2.32 | Court ID: DEBK | 5541398 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 02/01/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5541401 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 02/01/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5541404 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 02/01/2008 | 09994 | BR PACER | PACERPG | 20.00 | 0.08 | 1.60 | Court ID: DEBK | 5541407 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 02/01/2008 | 09994 | BR PACER | PACERPG | 20.00 | 0.08 | 1.60 | Court ID: DEBK | 5541410 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 02/01/2008 | 09994 | BR PACER | PACERPG | 20.00 | 0.08 | 1.60 | Court ID: DEBK | 5541413 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 02/01/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552262 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE320 | |
| 02/01/2008 | 09994 | BR PACER | PACERPG | 25.00 | 0.08 | 2.00 | Court ID: DEBK | 5552263 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/02/2008 | 08413 | SHAWN WRIGHT | 30 | 338.00 | 0.10 | 33.80 | REPRODUCTION OF DOCUMENTS | 5485876 |
| 02/02/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 24.06 | 24.06 | FEDERAL EXPRESS | 5494719 |
| | | | | | | | Invoice:  252817119 | |
| | | | | | | | Tracking:  863126813490 | |
| | | | | | | | Name:    BONNIE G FATELL | |
| | | | | | | | Company:  BLANK ROME LLP | |
| | | | | | | | Address1:  1200 N FEDERAL HWY STE 417 | |
| | | | | | | | City,St,Z: BOCA RATON, FL  33432 | |
| | | | | | | | Reference: 127340-01600 | |
| 02/04/2008 | 00020 | BONNIE G. FATELL | 90 | 1.00 | 39.42 | 39.42 | LEXIS:  GAMBURG, DONALD | 5489155 |
| 02/04/2008 | 00020 | BONNIE G. FATELL | 90 | 1.00 | 16.88 | 16.88 | LEXIS:  GAMBURG, DONALD | 5489156 |
| 02/04/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 7.50 | 7.50 | HAND DELIVERY SERVICE | 5516469 |
| 02/04/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 513.72 | 513.72 | CONTRACTED PHOTOCOPYING | 5529136 |
| 02/04/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5541416 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 02/04/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5541419 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE480 | |
| 02/04/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5541421 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE480 | |
| 02/04/2008 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | Court ID: DEBK | 5541424 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE480 | |
| 02/04/2008 | 09994 | BR PACER | PACERPG | 17.00 | 0.08 | 1.36 | Court ID: DEBK | 5541427 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE480 | |
| 02/04/2008 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | Court ID: DEBK | 5541430 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE480 | |
| 02/04/2008 | 09994 | BR PACER | PACERPG | 6.00 | 0.08 | 0.48 | Court ID: DEBK | 5541433 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE480 | |
| 02/04/2008 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | Court ID: DEBK | 5541436 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE480 | |
| 02/04/2008 | 09994 | BR PACER | PACERPG | 9.00 | 0.08 | 0.72 | Court ID: DEBK | 5541439 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE480 | |
| 02/04/2008 | 09994 | BR PACER | PACERPG | 6.00 | 0.08 | 0.48 | Court ID: DEBK | 5541442 |
| | | | | | | | TG0004 | |
| | | | | | | | IMAGE480 | |
| 02/04/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5541445 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 02/04/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5541448 |
| | | | | | | | TG0004 | |
| | | | | | | | DOCKET R | |
| 02/04/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552264 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 02/04/2008 | 09994 | BR PACER | PACERPG | 25.00 | 0.08 | 2.00 | Court ID: DEBK | 5552265 |
| | | | | | | | BR0053 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | DOCKET R | |
| 02/06/2008 | 00020 | BONNIE G. FATELL | 30 | 48.00 | 0.10 | 4.80 | REPRODUCTION OF DOCUMENTS | 5487138 |
| 02/08/2008 | 00020 | BONNIE G. FATELL | 30 | 6.00 | 0.10 | 0.60 | REPRODUCTION OF DOCUMENTS | 5490139 |
| 02/08/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 223.00 | 223.00 | HAND DELIVERY SERVICE | 5516481 |
| 02/09/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5543816 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 02/09/2008 | 09994 | BR PACER | PACERPG | 15.00 | 0.08 | 1.20 | Court ID: DEBK | 5543818 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE426 | |
| 02/09/2008 | 05923 | MICHELLE G. COURTNEY | 48 | 1.00 | 46.00 | 46.00 | CAB FARE REIMBURSEMENT - MICHELLE G. COURTNEY | 5549741 |
| | | | | | | | CAB TO/FROM OFFICE ON 2/9 AND 24/08; CABS HOME | |
| | | | | | | | AFTER WORKING LATE ON 2/11 AND 22/08 | |
| | | | | | | | Bank ID: 210 Check Number: 65725 | |
| | | Voucher=623005 Paid | | | | | Vendor=MICHELLE G. COURTNEY Balance= .00 Amount= 46.00 | |
| | | | | | | | Check #65725  03/24/2008 | |
| 02/10/2008 | 05923 | MICHELLE G. COURTNEY | 220 | 1.00 | 16.55 | 16.55 | SEAMLESSWEB BUSINESS MEALS | 5500815 |
| | | | | | | | Invoice Number: 304220 | |
| | | | | | | | Order ID: 75831693 | |
| 02/11/2008 | 00020 | BONNIE G. FATELL | 10 | 1.00 | 0.70 | 0.70 | LONG DISTANCE TELEPHONE CALLS | 5498297 |
| 02/11/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 677.89 | 677.89 | CONTRACTED PHOTOCOPYING | 5538190 |
| 02/11/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552266 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 02/13/2008 | 00020 | BONNIE G. FATELL | 10 | 1.00 | 1.13 | 1.13 | LONG DISTANCE TELEPHONE CALLS | 5498298 |
| 02/13/2008 | 00020 | BONNIE G. FATELL | 30 | 21.00 | 0.10 | 2.10 | REPRODUCTION OF DOCUMENTS | 5498299 |
| 02/13/2008 | 00020 | BONNIE G. FATELL | 30 | 138.00 | 0.10 | 13.80 | REPRODUCTION OF DOCUMENTS | 5498300 |
| 02/13/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 8.24 | 8.24 | FEDERAL EXPRESS | 5501267 |
| | | | | | | | Invoice:  254079683 | |
| | | | | | | | Tracking: 790446787310 | |
| | | | | | | | Name:     Michelle Courtney | |
| | | | | | | | Company:  Blank Rome LLP | |
| | | | | | | | Address1: 405 Lexington Ave | |
| | | | | | | | City,St,Z: NEW YORK, NY  10174 | |
| | | | | | | | Reference: 127340.01600 | |
| 02/14/2008 | 08413 | SHAWN WRIGHT | 30 | 324.00 | 0.10 | 32.40 | REPRODUCTION OF DOCUMENTS | 5498301 |
| 02/14/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552267 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 02/15/2008 | 08413 | SHAWN WRIGHT | 30 | 43.00 | 0.10 | 4.30 | REPRODUCTION OF DOCUMENTS | 5523567 |
| 02/15/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552268 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE489 | |
| 02/17/2008 | 05923 | MICHELLE G. COURTNEY | 220 | 1.00 | 13.05 | 13.05 | SEAMLESSWEB BUSINESS MEALS | 5500879 |
| | | | | | | | Invoice Number: 304914 | |
| | | | | | | | Order ID: 76147668 | |
| 02/19/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552269 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE489 | |
| 02/19/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552270 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE490 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/20/2008 | 09994 | BR PACER | PACERPG | 27.00 | 0.08 | 2.16 | Court ID: DEBK | 5552271 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE498 | |
| 02/20/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552272 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE498 | |
| 02/20/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552273 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE498 | |
| 02/20/2008 | 08413 | SHAWN WRIGHT | 64 | 1.00 | 317.00 | 317.00 | Passenger: WRIGHT/SHAWN | 5561995 |
| | | | | | | | 64 TRAVEL EXPENSE: TRAIN | |
| | | | | | | | Travel Date: 02/25/2008 | |
| | | | | | | | Invoice #: 5062 | |
| | | | | | | | Flt BWI.NYP BWI | |
| | | | | | | | Ticket #:7102161476 | |
| 02/21/2008 | 00020 | BONNIE G. FATELL | 64 | 1.00 | 226.00 | 226.00 | Passenger: FATELL/BONNIE | 5561996 |
| | | | | | | | 64 TRAVEL EXPENSE: TRAIN | |
| | | | | | | | Travel Date: 02/25/2008 | |
| | | | | | | | Invoice #: 14184 | |
| | | | | | | | Flt PHL.NYP PHL | |
| | | | | | | | Ticket #:7109791192 | |
| 02/24/2008 | 05923 | MICHELLE G. COURTNEY | 220 | 1.00 | 26.34 | 26.34 | SEAMLESSWEB BUSINESS MEALS | 5526803 |
| | | | | | | | Invoice Number: 308482 | |
| | | | | | | | Order ID: 77096940 | |
| 02/25/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552274 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 02/27/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.26 | 7.26 | FEDERAL EXPRESS | 5530590 |
| | | | | | | | Invoice: 256716720 | |
| | | | | | | | Tracking: 957906663225 | |
| | | | | | | | Name: DONALD WORKMAN | |
| | | | | | | | Company: BAKER & HOSTETLER | |
| | | | | | | | Address1: 1050 CONNECTICUT AVE NW | |
| | | | | | | | City,St,Z: WASHINGTON, DC 20036 | |
| | | | | | | | Reference: 127340-01600 | |
| 02/27/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.26 | 7.26 | FEDERAL EXPRESS | 5530591 |
| | | | | | | | Invoice: 256716720 | |
| | | | | | | | Tracking: 957906663236 | |
| | | | | | | | Name: DAVID RETTER | |
| | | | | | | | Company: KELLEY DRYE WARREN | |
| | | | | | | | Address1: 101 PARK AVE. | |
| | | | | | | | City,St,Z: NEW YORK, NY 10178 | |
| | | | | | | | Reference: 127340-01600 | |
| 02/27/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.16 | 10.16 | FEDERAL EXPRESS | 5530592 |
| | | | | | | | Invoice: 256716720 | |
| | | | | | | | Tracking: 957906663247 | |
| | | | | | | | Name: THOMAS KORSMAN | |
| | | | | | | | Company: WELLS FARGO BANK | |
| | | | | | | | Address1: 608 2ND AVE. S | |
| | | | | | | | City,St,Z: MINNEAPOLIS, MN 55479 | |
| | | | | | | | Reference: 127340-01600 | |
| 02/27/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.44 | 10.44 | FEDERAL EXPRESS | 5530593 |
| | | | | | | | Invoice: 256716720 | |
| | | | | | | | Tracking: 957906663258 | |
| | | | | | | | Name: WARREN SMITH | |
| | | | | | | | Company: WARREN SMITH & ASSOC. | |
| | | | | | | | Address1: 325 N. ST. PAUL | |
| | | | | | | | City,St,Z: DALLAS, TX 75201 | |
| | | | | | | | Reference: 127340-01600 | |
| 02/27/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.53 | 11.53 | FEDERAL EXPRESS | 5530594 |
| | | | | | | | Invoice: 256716720 | |
| | | | | | | | Tracking: 957906663269 | |
| | | | | | | | Name: SUZZANNE UHLAND | |

Billed and Unbilled Recap Of Cost Detail - 127340-01600 REPORTING OF COMPANY
Client:127340 - NEW CENTURY OFFICIAL COMMITTEE OF   4/9/2008 10:19:14 AM

Case 07-10416-BLS   Doc 6291-3   Filed 04/17/08   Page 12 of 15

Page 10

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Company: O'MELVENY & MYERS | |
| | | | | | | | Address1: 275 BATTERY ST. | |
| | | | | | | | City,St,Z: SAN FRANCISCO, CA 94111 | |
| | | | | | | | Reference: 127340-01600 | |
| 02/27/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.53 | 11.53 | FEDERAL EXPRESS | 5530595 |
| | | | | | | | Invoice: 256716720 | |
| | | | | | | | Tracking: 957906663270 | |
| | | | | | | | Name: EMILY CULLER | |
| | | | | | | | Company: O'MELVENY & MYERS | |
| | | | | | | | Address1: 400 S. HOPE ST. | |
| | | | | | | | City,St,Z: LOS ANGELES, CA 90071 | |
| | | | | | | | Reference: 127340-01600 | |
| 02/27/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.53 | 11.53 | FEDERAL EXPRESS | 5530596 |
| | | | | | | | Invoice: 256716720 | |
| | | | | | | | Tracking: 957906663280 | |
| | | | | | | | Name: MONIKA MCCARTHY | |
| | | | | | | | Company: NEW CENTURY MORTGAGE | |
| | | | | | | | Address1: 18400 VON KARMAN AVE. | |
| | | | | | | | City,St,Z: IRVINE, CA 92612 | |
| | | | | | | | Reference: 127340-01600 | |
| 02/27/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.26 | 7.26 | FEDERAL EXPRESS | 5530597 |
| | | | | | | | Invoice: 256716720 | |
| | | | | | | | Tracking: 957906663291 | |
| | | | | | | | Name: HOLLY FELDER ETLIN | |
| | | | | | | | Company: AP SERVICES | |
| | | | | | | | Address1: 9 WEST 57TH ST. | |
| | | | | | | | City,St,Z: NEW YORK CITY, NY 10019 | |
| | | | | | | | Reference: 127340-01600 | |
| 02/27/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.53 | 11.53 | FEDERAL EXPRESS | 5530598 |
| | | | | | | | Invoice: 256716720 | |
| | | | | | | | Tracking: 957906663306 | |
| | | | | | | | Name: BENNET SPIEGEL | |
| | | | | | | | Company: KIRKLAND & ELLIS | |
| | | | | | | | Address1: 777 S. FIGUEROA ST. | |
| | | | | | | | City,St,Z: LOS ANGELES, CA 90017 | |
| | | | | | | | Reference: 127340-01600 | |
| 02/27/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.26 | 7.26 | FEDERAL EXPRESS | 5530599 |
| | | | | | | | Invoice: 256716720 | |
| | | | | | | | Tracking: 957906663317 | |
| | | | | | | | Name: MARK POWER | |
| | | | | | | | Company: HAHN & HESSEN | |
| | | | | | | | Address1: 488 MADISON AVE. | |
| | | | | | | | City,St,Z: NEW YORK CITY, NY 10022 | |
| | | | | | | | Reference: 127340-01600 | |
| 02/27/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 48.63 | 48.63 | CONTRACTED PHOTOCOPYING | 5538261 |
| 02/27/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 432.64 | 432.64 | CONTRACTED PHOTOCOPYING | 5538262 |
| 02/27/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 10.00 | 10.00 | HAND DELIVERY SERVICE | 5538312 |
| 02/27/2008 | 05923 | MICHELLE G. COURTNEY | 48 | 1.00 | 31.00 | 31.00 | CAB FARE REIMBURSEMENT - MICHELLE G. COURTNEY | 5575717 |
| | | | | | | | CABS 2/27, 3/10 AND 15/08 | |
| | | | | | | | Bank ID: 210 Check Number: 67212 | |
| | | Voucher=626375 Paid | | | | | Vendor=MICHELLE G. COURTNEY Balance= .00 Amount= 31.00 | |
| | | | | | | | Check #67212 04/08/2008 | |
| 02/28/2008 | 00020 | BONNIE G. FATELL | 48 | 1.00 | 17.00 | 17.00 | CAB FARE REIMBURSEMENT - BONNIE G. FATELL | 5548595 |
| | | | | | | | TRAVEL TO/FROM NY FOR COMMITTEE MEETING 2/28/08 | |
| | | | | | | | Bank ID: 210 Check Number: 65743 | |
| | | Voucher=622803 Paid | | | | | Vendor=BONNIE G. FATELL Balance= .00 Amount= 41.00 | |
| | | | | | | | Check #65743 03/24/2008 | |
| 02/28/2008 | 00020 | BONNIE G. FATELL | 06 | 1.00 | 24.00 | 24.00 | TRAVEL EXPENSE: PARKING, TOLLS - BONNIE G. | 5548596 |
| | | | | | | | FATELL TRAVEL TO/FROM NY FOR COMMITTEE MEETING | |
| | | | | | | | 2/28/08 | |
| | | | | | | | Bank ID: 210 Check Number: 65743 | |
| | | Voucher=622803 Paid | | | | | Vendor=BONNIE G. FATELL Balance= .00 Amount= 41.00 | |
| | | | | | | | Check #65743 03/24/2008 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/28/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552275 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE510 | |
| 02/28/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552276 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE510 | |
| 02/28/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552277 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE510 | |
| 02/28/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552278 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE510 | |
| 02/28/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552279 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE510 | |
| 02/28/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552280 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE510 | |
| 02/28/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552281 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE510 | |
| 02/28/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552282 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE510 | |
| 02/28/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5552283 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE240 | |
| 02/29/2008 | 00020 | BONNIE G. FATELL | 30 | 2635.00 | 0.10 | 263.50 | REPRODUCTION OF DOCUMENTS | 5528661 |
| 02/29/2008 | 00020 | BONNIE G. FATELL | 10 | 1.00 | 0.14 | 0.14 | LONG DISTANCE TELEPHONE CALLS | 5528662 |
| 02/29/2008 | 00020 | BONNIE G. FATELL | 10 | 1.00 | 0.24 | 0.24 | LONG DISTANCE TELEPHONE CALLS | 5528663 |
| 02/29/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 10.00 | 10.00 | HAND DELIVERY SERVICE | 5538314 |
| 02/29/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 21.42 | 21.42 | FEDERAL EXPRESS | 5559340 |
| | | | | | | | Invoice: 257990809 | |
| | | | | | | | Tracking: 957906663442 | |
| | | | | | | | Name:    SUZZANNE UHLAND | |
| | | | | | | | Company:  O'MELVANEY & MYERS | |
| | | | | | | | Address1: 275 BATTERY STREET | |
| | | | | | | | City,St,Z: SAN FRANCISCO, CA  94111 | |
| | | | | | | | Reference: REF# 127340-01600 | |
| 02/29/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 21.42 | 21.42 | FEDERAL EXPRESS | 5559342 |
| | | | | | | | Invoice: 257990809 | |
| | | | | | | | Tracking: 957906663453 | |
| | | | | | | | Name:    EMILY CULLER | |
| | | | | | | | Company:  O'MELVANEY & MYERS | |
| | | | | | | | Address1: 400 S. HOPE STREET | |
| | | | | | | | City,St,Z: LOS ANGELES, CA  90071 | |
| | | | | | | | Reference: REF# 127340-01600 | |
| 02/29/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 21.42 | 21.42 | FEDERAL EXPRESS | 5559345 |
| | | | | | | | Invoice: 257990809 | |
| | | | | | | | Tracking: 957906663464 | |
| | | | | | | | Name:    MONIKA MCCARTHY | |
| | | | | | | | Company:  NEW CENTURY MORTGAGE COMPANY | |
| | | | | | | | Address1: 18400 VON KARMAN AVENUE | |
| | | | | | | | City,St,Z: IRVINE, CA  92612 | |
| | | | | | | | Reference: REF# 127340-01600 | |
| 02/29/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 21.42 | 21.42 | FEDERAL EXPRESS | 5559347 |
| | | | | | | | Invoice: 257990809 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Tracking: 957906663475 | |
| | | | | | | | Name:    BENNETT SPIEGEL | |
| | | | | | | | Company:  KIRKLAND & ELLIS | |
| | | | | | | | Address1: 777 S. FIGUEROA STREET | |
| | | | | | | | City,St,Z: LOS ANGELES, CA 90017 | |
| | | | | | | | Reference: REF# 127340-01600 | |
| | | | | | | | | |
| 02/29/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 9.48 | 9.48 | FEDERAL EXPRESS | 5559350 |
| | | | | | | | Invoice: 257990809 | |
| | | | | | | | Tracking: 957906663486 | |
| | | | | | | | Name:    HOLLY FELDER ETLIN | |
| | | | | | | | Company:  AP SERVICES LLC | |
| | | | | | | | Address1: 9 west 57th street | |
| | | | | | | | City,St,Z: NEW YORK CITY, NY 10019 | |
| | | | | | | | Reference: REF# 127340-01600 | |
| | | | | | | | | |
| 02/29/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 9.48 | 9.48 | FEDERAL EXPRESS | 5559353 |
| | | | | | | | Invoice: 257990809 | |
| | | | | | | | Tracking: 957906663497 | |
| | | | | | | | Name:    MARK S. INDELICATO | |
| | | | | | | | Company:  HAHN & HESSEN LLP | |
| | | | | | | | Address1: 488 MADISON AVENUE | |
| | | | | | | | City,St,Z: NEW YORK CITY, NY 10022 | |
| | | | | | | | Reference: REF# 127340-01600 | |
| | | | | | | | | |
| 02/29/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 9.48 | 9.48 | FEDERAL EXPRESS | 5559356 |
| | | | | | | | Invoice: 257990809 | |
| | | | | | | | Tracking: 957906663501 | |
| | | | | | | | Name:    DAVID WORKMAN | |
| | | | | | | | Company:  BAKER & HOSTETLER | |
| | | | | | | | Address1: 1050 CONNECTICUT AVENUE NW | |
| | | | | | | | City,St,Z: WASHINGTON, DC 20036 | |
| | | | | | | | Reference: REF# 127340-01600 | |
| | | | | | | | | |
| 02/29/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 18.01 | 18.01 | FEDERAL EXPRESS | 5559359 |
| | | | | | | | Invoice: 257990809 | |
| | | | | | | | Tracking: 957906663512 | |
| | | | | | | | Name:    THOMAS M KORMAN | |
| | | | | | | | Company:  WELLS FARGO BANK | |
| | | | | | | | Address1: 608 2ND AVE. S., | |
| | | | | | | | City,St,Z: MINNEAPOLIS, MN 55479 | |
| | | | | | | | Reference: REF# 127340-01600 | |
| | | | | | | | | |
| 02/29/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 9.48 | 9.48 | FEDERAL EXPRESS | 5559362 |
| | | | | | | | Invoice: 257990809 | |
| | | | | | | | Tracking: 957906663523 | |
| | | | | | | | Name:    DAVID E. RETTER | |
| | | | | | | | Company:  KELLEY DRYE & WARREN | |
| | | | | | | | Address1: 101 PARK AVENUE | |
| | | | | | | | City,St,Z: NEW YORK, NY 10178 | |
| | | | | | | | Reference: REF# 127340-01600 | |
| | | | | | | | | |
| 02/29/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 17.67 | 17.67 | FEDERAL EXPRESS | 5559365 |
| | | | | | | | Invoice: 257990809 | |
| | | | | | | | Tracking: 957906663534 | |
| | | | | | | | Name:    WARREN H. SMITH | |
| | | | | | | | Company:  WARREN H. SMITH & ASSOCIATES | |
| | | | | | | | Address1: REPUBLIC CENTER | |
| | | | | | | | City,St,Z: DALLAS, TX 75201 | |
| | | | | | | | Reference: REF# 127340-01600 | |
| | | | | | | | | |
| 02/29/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 18.16 | 18.16 | FEDERAL EXPRESS | 5559367 |
| | | | | | | | Invoice: 257918994 | |
| | | | | | | | Tracking: 790459459768 | |
| | | | | | | | Name:    Michelle Gitlitz Courtney | |
| | | | | | | | Company:  Blank Rome LLP | |
| | | | | | | | Address1: 405 Lexington Ave | |
| | | | | | | | City,St,Z: NEW YORK, NY 10174 | |
| | | | | | | | Reference: 127340.01600 | |
| | | | | | | | | |
| 02/29/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.66 | 11.66 | FEDERAL EXPRESS | 5559369 |
| | | | | | | | Invoice: 257918994 | |
| | | | | | | | Tracking: 798386330139 | |
| | | | | | | | Name:    Shawn Wright | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | Company:  Blank Rome LLP | |
| | | | | | | | Address1:  600 New Hampshire Ave NW | |
| | | | | | | | City,St,Z: WASHINGTON, DC  20037 | |
| | | | | | | | Reference: 127340.01600 | |
| | | | | | | | | |
| 02/29/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.66 | 11.66 | FEDERAL EXPRESS | 5559372 |
| | | | | | | | Invoice:  257918994 | |
| | | | | | | | Tracking: 798386413920 | |
| | | | | | | | Name:    Melissa Vongtama | |
| | | | | | | | Company:  Blank Rome LLP | |
| | | | | | | | Address1: 405 Lexington Ave | |
| | | | | | | | City,St,Z: NEW YORK, NY  10174 | |
| | | | | | | | Reference: 127340.01600 | |
| | | | | | | | | |
| | | UNBILLED TOTALS:  WORK | | | | 14,990.42 | 203 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 14,158.42 | | |
| | | | | | | | | |
| | | GRAND TOTAL:     WORK: | | | | 14,990.42 | 203 records | |
| | | GRAND TOTAL:     BILL: | | | | 14,158.42 | | |