## CERTIFICATE OF SERVICE

I, *Bonnie Glantz Fatell*, certify that on April 17, 2008, I caused service of the attached *Notice of Application* and *Combined Tenth and Eleventh Monthly Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of January 1, 2008 through February 29, 2008,* to be made on the Notice Parties (as defined in the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on April 25, 2007), in the manner indicated on the service list attached hereto as **Attachment 1**.

I further certify that on April 17, 2008, a copy of the Notice only was served upon all parties on the 2002 service list attached hereto as **Attachment 2**, in the manner indicated.

_____
Bonnie Glantz Fatell (DE Bar. No. 3809)

# Attachment 1

## "Notice Parties"
## Service List

**VIA HAND DELIVERY**
Representing Debtors
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

Representing United States Trustee
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Representing Debtors
Suzzanne S. Uhland
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Representing Debtors
Emily Culler
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvin, CA 92612
Attn: Monika L. McCarthy, Esq.

Representing Debtors' Crisis Managers
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019
Attn: Holly Felder Etlin

Representing Greenwich Capital Financial
Products, Inc. and The CIT Group/Business
Credit, Inc.
Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

Representing The Official Committee of
Unsecured Creditors
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

(Fee Examiner)
Warren H. Smith, Esq.
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Baker & Hostetler LLP
Donald A Workman Esq
1050 Connecticut Ave NW Ste 1100
Washington, DC 20036

Kelley Drye & Warren LLP
David E Retter Esq & Christen A
Lambrianakos Esq
101 Park Ave
New York, NY 10178

Wells Fargo Bank NA
Thomas M Korsman Vice President
MAC N9303-120
608 2nd Ave S
Minneapolis, MN 55479

127340.01600/40169183v.1

**VIA ELECTRONIC MAIL**
Dennis DeBassio
AlixPartners, LLP
ddebassio@alixpartners.com

# Attachment 2

Attachment 2

# New Century TRS Holdings, Inc.
## 2002 Service List
*Via First Class Mail*

| | | |
|---|---|---|
| 500 Eagles Landing LLC<br>David A Meskan Manager<br>2100 Green St Apt 404<br>San Francisco, CA 94123 | Akin Gump Strauss Hauer & Feld LLP<br>James R Savin Esq David M Dunn Esq & Joanna F Newdeck Esq<br>1333 New Hampshire Ave NW<br>Washington, DC 20036 | Aldine Independent School District<br>Susan R Fuertes<br>14910 Aldine Westfield Rd<br>Houston, TX 77032 |
| Allen & Overy LLP<br>Ken Coleman Esq<br>1221 Avenue of the Americas<br>New York, NY 10020 | Angelo Gordon & Co<br>Jed A Hart<br>245 Park Ave 26th Fl<br>New York, NY 10167 | Archer & Greiner<br>Charles J Brown III & J Jackson Shrum<br>300 Delaware Ave<br>Ste 1376<br>Wilmington, DE 19801 |
| Arnold & Porter<br>Richard M Lucas Esq & Charles A Malloy Esq<br>555 Twelfth St NW<br>Washington, DC 20004 | Ashby & Geddes PA<br>Don A Beskrone Esq<br>500 Delaware Ave<br>8th Fl PO Box 1150<br>Wilmington, DE 19899 | Ashby & Geddes PA<br>William P Bowden & Gregory A Taylor<br>500 Delaware Ave<br>8th Fl PO Box 1150<br>Wilmington, DE 19899 |
| Ashcroft Wiles Ammann LLP<br>Anna S Raman Esq<br>1000 SW Broadway<br>Ste 1500<br>Portland, OR 97205 | Attorney for SIRVA Relocation<br>Glenn M Reisman Esq<br>Two Corporate Dr Ste 234<br>Shelton, CT 06484 | Attorney Generals Office<br>Bankruptcy Department<br>Carvel State Office Bldg 820 N French St 8th Fl<br>Wilmington, DE 19801 |
| Attorney General's Office<br>Bankruptcy Department<br>Capitol Station PO Box 12548<br>Austin, TX 78711-2548 | Attorney General's Office<br>Bankruptcy Department<br>1300 I St Ste 1740<br>Sacramento, CA 95814 | Attorney General's Office<br>Bankruptcy Department<br>200 St Paul Place<br>Baltimore, MD 21202-2202 |
| Baker & Hostetler LLP<br>Donald A Workman Esq<br>1050 Connecticut Ave NW Ste 1100<br>Washington, DC 20036 | Barclays Bank PLC<br>Mark Manski Esq<br>200 Park Ave<br>New York, NY 10166 | Bartlett Hackett Feinberg PC<br>Frank F McGinn Esq<br>155 Federal St 9th Fl<br>Boston, MA 02110 |
| Bayard PA<br>Charlene D Davis Esq<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19801 | Bayard PA<br>Neil B Glassman Esq & Steven M Yoder Esq<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19801 | Becket and Lee LLP<br>Gilbert B Weisman<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| Bernstein Litowitz Berger & Grossman LLP<br>Blair A Nicholas Esq<br>12481 High Bluff Dr Ste 300<br>San Diego, CA 92130 | Bernstein Litowitz Berger & Grossman LLP<br>Salvator J Graziano Esq<br>1285 Avenue of the Americas<br>New York, NY 10019 | Bernstein Shur Sawyer & Nelson PA<br>Robert J Keach<br>100 Middle St<br>PO Box 9729<br>Portland, ME 04104-5029 |

| | | |
|---|---|---|
| Bialson Bergen & Schwab<br>Thomas M Gaa<br>2600 El Camino Real<br>Ste 300<br>Palo Alto, CA 94306 | Bifferato Gentilotti LLC<br>Ian Connor Bifferato Esq & Garvan F McDaniel Esq<br>800 N King St Plz Level<br>Wilmington, DE 19801 | Binder & Malter LLP<br>Julie H Rome Banks Esq<br>2775 Park Ave<br>Santa Clara, CA 95050 |
| Bingham McCutchen LLP<br>Andrew J Gallo Esq<br>150 Federal St<br>Boston, MA 02110 | Bingham McCutchen LLP<br>Richard H Agins Esq<br>One State St<br>Hartford, CT 06103-3178 | Bingham McCutchen LLP<br>Robert M Dombroff Esq & Steven Wilamowsky Esq<br>399 Park Ave<br>New York, NY 10022-4689 |
| Blank Rome LLP<br>Bonnie Glantz Fatell<br>Chase Manhattan Centre<br>1201 Market Street Suite 800<br>Wilmington, DE 19801 | Bloom Murr & Accomazzo PC<br>Eric Accomazzo & Torben Welch<br>410 17th St<br>Ste 2400<br>Denver, CO 80202 | Brice Vander Linden & Wernick PC<br>Hilary B Bonial & Tyler B Jones<br>PO Box 829009<br>Dallas, TX 72382-9009 |
| Broward County Revenue Collection Division<br>Jeffrey J Newton<br>Bankruptcy and Litigation Section<br>Government Center Annex 115 S Andrews Ave<br>Fort Lauderdale, FL 33301 | Brown McCarroll LLP<br>Patricia B Tomasco<br>111 Congress Ave Ste 1400<br>Austin, TX 78701 | Bryan Cave LLP<br>Katherine M Windler Esq<br>120 Broadway Ste 300<br>Santa Monica, CA 90401-2386 |
| Bryan Cave LLP<br>Lawrence P Gottesman Esq & Sukyoung Suh Esq<br>1290 Ave of the Americas<br>New York, NY 10104 | Buchanan Ingersoll & Rooney PC<br>Mary F Caloway Esq & Eric Lopez Schnabel Esq<br>1000 West St Ste 1410<br>Wilmington, DE 19801 | Cadwalader Wickersham & Taft LLP<br>Gregory M Petrick Esq & Angela Somers Esq<br>One World Financial Center<br>New York, NY 10281 |
| Cadwalader Wickersham & Taft LLP<br>Howard R Hawkins Jr Esq<br>One World Financial Center<br>New York, NY 10281 | Cairncross & Hempelmann PS<br>John R Knapp Jr<br>524 2nd Ave Ste 500<br>Seattle, WA 98104-2323 | California Franchise Tax Board<br>Bankruptcy Division Chapter 11<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Campbell & Levine LLC<br>Marla R Eskin Mark T Hurford<br>800 North King Street<br>Suite 300<br>Wilmington, DE 19801 | Celina ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD<br>Perdue Brandon Fielder Collins & Mott LLP<br>Elizabeth Banda<br>PO Box 13430<br>Arlington, TX 76094-0430 | Chadbourne & Parke LLP<br>Joseph H Smolinsky & Douglas E Deutsch<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Chatham County Tax Commissioner<br>Daniel T Powers<br>PO Box 8321<br>Savannah, GA 31412 | Citigroup Global Markets Realty Corp<br>Susan Mills & Bobbie Theivakumaran<br>390 Greenwich Street<br>6th Fl<br>New York, NY 10013 | City of Jacksonville<br>Edward C Tannen<br>117 W Duval St<br>Ste 480<br>Jacksonville, FL 32202 |
| Clear Capital<br>Cy Epstein<br>6030 Orchard Ave<br>Richmond, CA 94804 | Cohen & Grigsby PC<br>Thomas D Maxson Esq<br>11 Stanwix St 15th Fl<br>Pittsburgh, PA 15222-1319 | Comptroller of Public Accounts<br>Bankruptcy Department<br>Lyndon B Johnson State Office Building<br>111 E 17th St<br>Austin, TX 78774 |

| | | |
|---|---|---|
| Comptroller of Public Accounts Texas<br>Jay W Hurst<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Connolly Bove Lodge & Hutz LLP<br>Jeffrey C Wisler Esq & Marc J Phillips Esq<br>The Nemours Bldg<br>1007 N Orange St PO Box 2207<br>Wilmington, DE 19899 | Connolly Bove Lodge & Hutz LLP<br>Karen C Bifferato Esq & Marc J Phillips Esq<br>The Nemours Bldg<br>1007 N Orange St PO Box 2207<br>Wilmington, DE 19899 |
| Connolly Bove Lodge & Hutz LLP<br>Karen C Bifferato Esq & Marc J Phillips Esq<br>1007 N Orange St<br>Wilmington, DE 19801 | Contrarian Capital Management LLC<br>Mark Lee<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | Cooley Godward Kronish LLP<br>Gregg S Kleiner<br>101 California St 5th Fl<br>San Francisco, CA 94111-2222 |
| Coremetrics Inc<br>Seth R Weissman Esq VP & General Counsel<br>1840 Gateway Dr Ste 320<br>San Mateo, CA 94404 | Countrywide Home Loans Inc<br>Paul T Liu Esq & John Guerry Esq<br>5220 Las Virgenes Rd<br>MS AC 11<br>Calabasas, CA 91302 | Cross & Simon LLC<br>Christopher P Simon & Kevin S Mann<br>913 N Market St 11th Fl<br>Wilmington, DE 19899-1380 |
| David G Baker Esq<br>105 Union Wharf<br>Boston, MA 02109 | Day Pitney LLP<br>Amish R Doshi Esq<br>7 Times Sq<br>New York, NY 10036-7311 | Deckelbaum Ogens & Raftery Chtd<br>Bryn H Sherman Esq<br>3 Bethesda Metro Center Ste 200<br>Bethesda, MD 20814 |
| Delaware Department Of Justice<br>Bankruptcy Department<br>Division Of Securities<br>820 N French St 5th Fl<br>Wilmington, DE 19801 | Delaware Dept Of Labor<br>Secretary<br>4425 N Market St<br>4th Fl<br>Wilmington, DE 19802 | Delaware Dept Of Natural Resources & Environmental Control<br>Bankruptcy Department<br>John A Hughes Secretary<br>89 Kings Hwy<br>Dover, DE 19901 |
| Delaware Sec of State<br>Division of Corporations<br>Franchise Tax Division<br>PO Box 7040<br>Dover, DE 19903 | Division of Unemployment Ins<br>Department of Labor<br>4425 N Market St<br>Wilmington, DE 19802 | Dorsey & Whitney LLP<br>Chris Lenhart Esq<br>50 S Sixth St Ste 1500<br>Minneapolis, MN 55402-1498 |
| Douglas J DeGlopper<br>Attorney for Marion County Treasurer<br>318 E 64th St<br>Indianapolis, IN 46220 | Drinker Biddle & Reath LLP<br>Andrew C Kassner Esq & Howard A Cohen Esq<br>1100 N Market St Ste 1000<br>Wilmington, DE 19801 | Duane Morris LLP<br>Michael R Lastowski and Christopher M Lastowski<br>1100 N Market St Ste 1200<br>Wilmington, DE 19801 |
| Eckert Seamans Cherin & Mellot LLC<br>Michael Busenkell & Tara L Lattomus<br>300 Delaware Ave Ste 1210<br>Wilmington, DE 19801 | Edwards Angell Palmer & Dodge LLP<br>William E Chipman Jr Esq<br>919 Market St Ste 1500<br>Wilmington, DE 19801 | Elliott Greenleaf<br>Rafael X Zahralddin-Aravena & Neil R Lapinski<br>1000 West St Ste 1440<br>Wilmington, DE 19899 |
| eMortgage Logic LLC<br>Gene O Bannon Exce VP<br>8317 Whitley Rd<br>Fort Worth, TX 76148 | Employee Benefits Security Administration Philadelphia<br>Regional Office<br>Mabel Capolongo Director<br>Curtis Ctr<br>170 S Independence Mall West Ste 870 West<br>Philadelphia, PA 19106-3317 | Erskine & Tulley A Professional Corporation<br>Robert P Gates Esq<br>220 Montgomery St Ste 303<br>San Francisco, CA 94104 |

| | | |
|---|---|---|
| Ervin Cohen & Jessup LLP<br>Randall S Leff Esq & Eric M Heller Esq<br>9401 Wilshire Blvd 9th Fl<br>Beverly Hills, CA 90212-2974 | Eschelon Telecom Inc<br>Dennis D Ahlers<br>730 Second Ave S Ste 900<br>Minneapolis, MN 55402 | Farrell Frtiz PC<br>Ted A Berkowitz<br>1320 Reckson Plaza<br>Uniondale, NY 11556-1320 |
| Featherstone Petrie DeSisto LLP<br>Andrew J Petrie<br>600 17th St Ste 2400 S<br>Denver, CO 80202-5424 | Fidelity National Title Company<br>Attn Wayne Fong<br>17911 Von Karman<br>Ste 300<br>Irvine, CA 92614-6253 | Filardi Law Offices LLC<br>Charles J Filardi Jr<br>65 Trumbull St<br>Second Floor<br>New Haven, CT 06510 |
| Finlayson Augustini & Williams LLP<br>Jesse S Finlayson & Michael R Williams<br>110 Newport Center Dr<br>Ste 100<br>Newport Beach, CA 92660 | Fox Rothschild LLP<br>Daniel K Astin & Anthony M Saccullo & Carl D Neff Esq<br>Citizens Bank Center<br>919 N Market St Ste 1300 PO Box 2323<br>Wilmington, DE 19899-2323 | Frank Gecker LLP<br>Joseph D Frank<br>325 N LaSalle St Ste 625<br>Chicago, IL 60610 |
| Friedlander Misler Sloan Kletzkin & Ochsman PLLC<br>Robert E Greenberg Esq<br>1101 Seventeenth St NW Ste 700<br>Washington, DC 20036-4704 | Gay McCall Isaacs Gordon & Roberts PC<br>David McCall<br>777 E 15th St<br>Plano, TX 75074 | Gebhardt & Smith LLP<br>Michael G Gallerizzo Esq<br>901 Market St Ste 451<br>Wilmington, DE 19801 |
| Gerard Singer Levick PC<br>Larry A Levick Esq & Michelle E Shriro Esq<br>16200 Addison Rd Ste 140<br>Addison, TX 75001 | GMAC Commercial Finance LLC<br>Hernando Azarcon<br>Senior Legal Coordinator<br>3000 Town Center Ste 280<br>Southfield, MI 48075 | Goldberg Kamin & Garvin<br>John J Arminas Esq<br>1806 Frick Bldg<br>437 Grant St<br>Pittsburgh, PA 15219 |
| Graham Vaage & Cisneros<br>Susan L Vaage<br>500 N Brand Blvd Ste 1030<br>Glendale, CA 91203 | Grant & Morasse<br>Steven R Morasse & Desmond J Collins<br>4921 Birch St<br>Ste 120<br>Newport Beach, CA 92660 | Greenberg Traurig LLP<br>Daniel Ansell & Kenneth Philbin<br>MetLife Building<br>200 Park Ave<br>New York, NY 10166 |
| Greenberg Traurig LLP<br>Victoria W Counihan & Dennis A Meloro<br>The Nemours Bldg<br>1007 N Orange St Ste 1200<br>Wilmington, DE 19801 | Greenwich Capital Financial Products<br>General Counsel & Frank Skibo<br>600 Steamboat Rd<br>Greenwich, CT 06830 | Gust Rosenfeld PLC<br>Madeleine C Wanslee<br>210 E Washington Ste 800<br>Phoenix, AZ 85004-2327 |
| Hahn & Hessen LLP<br>Mark T Power, Mark S Indelicato and Jeffrey L Schwartz<br>488 Madison Avenue<br>14th and 15th Floor<br>New York, NY 10022 | Honigman Miller Schwartz & Cohn LLP<br>Bruce L Segal<br>38500 Woodward Ave Ste 100<br>Bloomfield Hills, MI 48304 | Hunton & Williams LLP<br>JR Smith & Jason W Harbour<br>Riverfront Plaza E Tower<br>951 E Byrd St<br>Richmond, VA 23219 |
| IBM Corporation<br>Vicky Namken<br>13800 Diplomat Dr<br>Dallas, TX 75234 | IBM Credit LLC<br>Bruce Gordon<br>Special Handling Group MD NC322<br>North Castle Dr<br>Armonk, NY 10504 | IKON Financial Services<br>Rosa Dominy<br>1738 Bass Rd<br>P.O. Box 13708<br>Macon, GA 31208-3708 |

Ikon Office Solutions Recovery & Bankruptcy
Keith Clements
3920 Arkwright Rd Ste 400
Macon, GA 31210

Imperial County Treasurer - Tax Collector
Flora Garcia
940 West Main Street
Suite 106
El Centro, CA 92243

InspiriTec
Dean Marino
8 Gray Hawk Lane
Thornton, PA 19373

Integrated Payment Systems Inc
Larry Thomas
Meridian Bldg
12500 E Belford Ave Mail Stop M12B
Englewood, CO 80112

Internal Revenue Service
Insolvency Section
31 Hopkins Plz
Rm 1150
Baltimore, MD 21201

Irs Local Office
844 King St
Wilmington, DE 19801

Jeffer Mangels Butler & Marmaro LLP
Barry Freeman Esq & David Poitras Esq
1900 Ave of the Stars 7th Fl
Los Angeles, CA 90067

John P Dillman
PO Box 3064
Houston, TX 77253-3064

Jorden Burt LLP
Frank G Burt Esq Raul A Cuervo Esq & W Glenn Merten Esq
1025 Thomas Jefferson St NW
Ste 400 E
Washington, DC 20007-5208

Katsky Korins LLP
Steven H Newman
605 Third Ave 16Th Floor
New York, NY 10158

Kaye Scholer LLP
Margot B Schonholtz & Mark F Liscio
425 Park Ave
New York, NY 10022

Kelley Drye & Warren LLP
David E Retter Esq & Christen A Lambrianakos Esq
101 Park Ave
New York, NY 10178

Kirkland & Ellis LLP
Paul M Basta & Joshua A Sussberg
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Kirkpatrick & Lockhart Preston Gates Ellis LLP
Edward M Fox Esq
599 Lexington Ave
New York, NY 10022-6030

Kirkpatrick & Lockhart Preston Gates Ellis LLP
Michael J Missal
1601 K Street NW
Washington, DC 20006

Kirkpatrick & Lockhart Preston Gates Ellis LLP
Rebecca L Kline Dubill Esq & Stephen G Topetzes Esq
1601 K Street NW
Washington, DC 20006-1600

Kitchens Kelley Gaynes PC
Heather D Dawson Esq
11 Piedmont Center Ste 900
3495 Piedmont Rd NE
Atlanta, GA 30305

Klehr Harrison Harvey Branzburg & Ellers LLP
Joanne B Wills Esq & Michael W Yurkewicz Esq
919 Market St Ste 1000
Wilmington, DE 19801

Klehr Harrison Harvey Branzburg & Ellers LLP
Richard M Beck Esq & Christopher A Ward Esq
919 Market St Ste 1000
Wilmington, DE 19801

Klehr Harrison Harvey Branzburg & Ellers LLP
Richard M Beck Esq & Michael W Yurkewicz Esq
919 Market St Ste 1000
Wilmington, DE 19801

Lamm Rubenstone Lesavoy Butz & David LLC
Sherry D Lowe Esq
3600 Horizon Blvd Ste 200
Trevose, PA 19053

Landis Rath & Cobb LLP
Adam G Landis Esq
919 Market St Ste 600
Wilmington, DE 19801

Landis Rath & Cobb LLP
Richard S Cobb Esq & Matthew B McGuire Esq
919 Market St Ste 600
Wilmington, DE 19801

Lankenau & Miller LLP
Stuart J Miller
1775 Broadway Ste 610
New York, NY 10019

Latham & Watkins LLP
Michael J Riela
885 Third Ave
53rd at Third Ste 1000
New York, NY 10022-4068

Law Office of James F Bailey PA
James F Bailey Jr
Three Mill Rd
Ste 306A
Wilmington, DE 19806

Law Office of John A Vos
John A Vos Esq
1430 Lincoln Ave
San Rafael, CA 94901

.LF1-3265554-1
27340.01600/40173998v.1

| | | |
|---|---|---|
| Law Offices of Michael McArdle<br>Michael McArdle Esq<br>204 Lafayette St<br>Salem, MA 01970 | Leo & Weber PC<br>T Scott Leo Esq and Grace Winkler Cranley Esq<br>One N LaSalle St Ste 3600<br>Chicago, IL 60602 | Leslie Marks<br>3099 Suter St<br>Oakland, CA 94602 |
| Levy Small & Iallas<br>Leo D Plotkin Esq<br>815 Moraga Dr<br>Los Angeles, CA 90049-1633 | Linebarger Goggan Blair & Sampson LLP<br>David G Aelvoet<br>Travis Bldg 711 Navarro Ste 300<br>San Antonio, TX 78205 | Linebarger Goggan Blair & Sampson LLP<br>Diane W Sanders<br>1949 South IH 35<br>PO Box 17428<br>Austin, TX 78760 |
| Linebarger Goggan Blair & Sampson LLP<br>Elizabeth Weller<br>2323 Bryan St Ste 1600<br>Dallas, TX 75201 | Linebarger Goggan Blair & Sampson LLP<br>John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | Lowenstein Sandler PC<br>Michael S Etkin Esq & Ira M Levee Esq<br>65 Livingston Ave<br>Roseland, NJ 07068 |
| Machiline Xiong<br>603 Jensen Place<br>Placentia, CA 92870 | Malolm & Cisneros A Law Corporation<br>William G Malcolm<br>2112 Business Center Dr 2nd Fl<br>Irvine, CA 92612 | Manatee County Tax Collector<br>Susan D. Profant and Ken Burton Jr.<br>PO Box 25300<br>819 US 301 Blvd W<br>Bradenton, FL 34206-5300 |
| Margolis Edelstein<br>James E Huggett Esq<br>750 S Madison St Ste 102<br>Wilmington, DE 19801 | Maryland State Dept of Assessments and Taxation<br>Bankruptcy Department<br>301 W Preston St<br>Baltimore, MD 21201 | Mayer Brown LLP<br>Thomas S Kiriakos Esq & Sean T Scott Esq<br>71 S Wacker Dr<br>Chicago, IL 60606 |
| Mayer Brown Rowe & Maw LLP<br>Raniero D Aversa Jr Esq & Laura D Metzger Esq<br>1675 Broadway<br>New York, NY 10019-5820 | McCalla Raymer LLC<br>A Michelle Hart<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | McCarter & English LLP<br>William F Taylor Jr Esq & Katharine L Mayer Esq<br>919 N Market Ste 1800<br>PO Box 111<br>Wilmington, DE 19899 |
| McCreary Veselkda Bragg & Allen PC<br>Michael Reed<br>PO Box 1269<br>Round Rock, TX 78680 | McGuire Woods LLP<br>David I Swan Esq & Kenneth M Misken Esq<br>1750 Tysons Blvd Ste 1800<br>McLean, VA 22102-4215 | McGuire Woods LLP<br>Sally E Edison Esq<br>Dominion Tower<br>625 Liberty Ave 23rd Fl<br>Pittsburgh, PA 15222-3142 |
| Miami Dade County Tax Collector<br>Paralegal Unit Linda Eugene<br>140 W Flagler St<br>Ste 1403<br>Miami, FL 33130 | Michael A Cox<br>Attorney General<br>Cadillac Pl<br>3030 W Grand Blvd Ste 10 200<br>Detroit, MI 48202 | Milbank Tweed Hadley & McCloy LLP<br>Luc A Despins Esq & Wilbur F Foster Esq<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Missouri Department of Revenue Bankruptcy Unit<br>Sheryl L Moreau<br>General Counsels Office<br>301 W High St Room 670 PO Box 475<br>Jefferson City, MO 65105-0475 | Monzack & Monaco PA<br>Francis A Monaco Jr Esq<br>1201 N Orange St Ste 400<br>PO Box 2031<br>Wilmington, DE 19899-2031 | Morgan Lewis & Bockius LLP<br>Wendy S Walker Esq<br>101 Park Ave<br>New York, NY 10178 |

LF1-3265554-1
27340.01600/40173998v.1

Morris James LLP
Brett D Fallon Esq
500 Delaware Ave Ste 1500
PO Box 2306
Wilmington, DE 19899-2306

Morris James LLP
Stephen M Miller
500 Delaware Ave Ste 1500
PO Box 2306
Wilmington, DE 19899-2306

Morris Nichols Arsht & Tunnel LLP
Robert J Dehney Gregory W Werkheiser & Daniel B Butz
1201 N Market St
PO Box 1347
Wilmington, DE 19899-1347

Munsch Hardt Kopf & Harr PC
Mark H Ralston Esq & Davor Rukavina Esq
3800 Lincoln Plz
500 N Akard St
Dallas, TX 75201

Nixon Peabody LLP
Dennis J Drebsky Esq
437 Madison Ave
New York, NY 10022

Nixon Peabody LLP
Mark N Berman Esq
100 Summer St
Boston, MA 02110-1832

Northeast Regional Office
Bankruptcy Department
Mark Schonfeld Regional Director
3 World Financial Ctr Room 4300
New York, NY 10281

O'Melveny & Myers LLP
Suzzanne S Uhland Ben H Logan Victoria Newmark
Emily R Culler
275 Battery Street
San Francisco, CA 94111

Office of Joe G Tedder CFC
Sari E Meador
Delinquency and Enforcement
Tax Collector for Polk County Florida PO Box 2016
Bartow, FL 33831-2016

Office of the Attorney General
Carol E Momjian
21 S 12th St
3rd Fl
Philadelphia, PA 19107

Office of the United States Trustee
Joseph J McMahon Jr Esquire
J Caleb Boggs Federal Building
844 King Street Room 2207 Lockbox #35
Wilmington, DE 19801

Office of the US Trustee
844 King St
Ste 2313 Lockbox 35
Wilmington, DE 19801-3519

Ohio Attorney's General Office
Matthew J Lampke Assistant Chief
30 E Broad St 26th Fl
Columbus, OH 43215-4200

Oklahoma County Treasurer
Gretchen Crawford
Assistant District Attorney
320 Robert S Kerr Room 307
Oklahoma City, OK 73102

Olson Cannon Gormley & Desruisseaux
Christine Roberts
9950 W Cheyenne Ave
Las Vegas, NV 89129

Pasadena ISD
Dexter D Joyner
4701 Preston
Pasadena, TX 77505

Paul Hastings Janofsky & Walker LLP
Keith W Miller & James R Bliss
Park Ave Tower
75 E 55th St First Floor
New York, NY 10022

Paul Hastings Janofsky & Walker LLP
Richard A Chesley & Kimberly D Newmarch
191 N Wacker Dr
30th Fl
Chicago, IL 60606

Pepper Hamilton
David M. Fournier
1313 Market Street
Suite 5100
Wilmington, DE 19801

Pepper Hamilton LLP
David B Stratton Esq
Hercules Plz Ste 5100
1313 Market St PO Box 1709
Wilmington, DE 19899-1709

Pepper Hamilton LLP
Henry Jaffe Esq
1313 Market St
PO Box 1709
Wilmington, DE 19899-1709

Perdue Brandon Fielder Collins & Mott LLP
John Banks
3301 Northland Dr Ste 505
Austin, TX 78731

Phelan Hallinan and Schmieg LLP
Judith T Romano Esq
1617 John F Kennedy Blvd Ste 1400
Philadelphia, PA 19103

Phillips Goldman & Spence PA
Lisa C McLaughlin Esq
1200 N Broom St
Wilmington, DE 19806

Pima County Attorney Civil Division
German Yusufov & Terri A Roberts & Barbara Lawall
32 N Stone Ste 2100
Tucson, AZ 85701

Post & Schell PC
Brian W Bisignani Esq
17 North 2nd St
12th Fl
Harrisburg, PA 17101-1601

Potter Anderson & Corroon LLP
Laurie Selber Silverstein Esq
1313 N Market St 6th Fl
Wilmington, DE 19801

| | | |
|---|---|---|
| Property Management Professionals LLC<br>Kurt Henry<br>1512 Royce Dr<br>Locust Grove, GA 30248 | Proskauer Rose LLP<br>Sheldon I Hirshon Esq<br>1585 Broadway<br>New York, NY 10036-8299 | Quadrangle Group LLC<br>Michael Weinstock<br>375 Park Ave 14th Fl<br>New York, NY 10152 |
| Qwest Legal Department<br>Mitchell W Katz Esq<br>1801 California St Ste 900<br>Denver, CO 80202 | Ray Wood & Bonilla<br>Andrew Dylan Wood<br>PO Box 165001<br>Austin, TX 78716 | Receivable Management Services<br>Phyllis A Hayes<br>PO Box 5126<br>Timonium, MD 21094 |
| Reed Smith LLP<br>Claudia Z Springer Esq<br>2500 One Liberty Pl<br>1650 Market St<br>Philadelphia, PA 19103-7301 | Reed Smith LLP<br>Kurt F Gwynne Esq<br>1201 Market St Ste 1500<br>Wilmington, DE 19801 | Reeves & Seidler<br>Felix A Seidler<br>2527 Santa Clara Ave<br>Alameda, CA 94501-4633 |
| Rich F Martin<br>8109 Santa Luz Village Green S<br>San Diego, CA 92127 | Richards Layton & Finger PA<br>Mark D Collins Michael J Merchant<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | Riverside Claims LLC<br>PO Box 626<br>Planetarium Station<br>New York, NY 10024 |
| Robert P Cocco PC<br>Robert P Cocco Esq<br>437 Chestnut St Ste 1006<br>Philadelphia, PA 19106 | Romero Law Firm<br>Martha E. Romero<br>6516 Bright Avenue<br>Whittier, CA 90601 | Rosenthal Monhait & Goddess PA<br>Norman M Monhait Esq<br>919 Market St Ste 1401<br>PO Box 1070<br>Wilmington, DE 19899-1070 |
| San Benito County Tax Collector<br>440 Fifth St Room 107<br>Hollister, CA 95023 | Santoro Driggs Walch Kearney Johnson & Thompson<br>Victoria L Nelson Esq & Ogonna M Atamoh Esq<br>400 S Fourth St Third Fl<br>Las Vegas, NV 89101 | Saul Eqing LLP<br>Mark Minuti Esq<br>222 Delaware Ave Ste 1200<br>PO Box 1266<br>Wilmington, DE 19899 |
| SEC<br>15th & Pennsylvania Ave NW<br>Washington, DC 20020 | SEC<br>Nathan Fuchs<br>233 Broadway<br>New York, NY 10279 | Sec Headquarters<br>Bankruptcy Department<br>Office Of Investor Education And Assistance<br>100 F St Ne<br>Washington, DC 20549 |
| Secretary Of State<br>Division Of Corporations<br>Franchise Tax<br>PO Box 7040<br>Dover, DE 19903 | Secretary Of Treasury<br>PO Box 7040<br>Dover, DE 19903 | Securities & Exchange Commission<br>100 F St Ne<br>Washington, DC 20549 |
| Sherwood and Hardgrove<br>Don C Sherwood Esq<br>11812 San Vincente Blvd Ste 210<br>Los Angeles, CA 90049-6622 | Shipman & Goodwin LLP<br>Julie A Manning Esq<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Skadden Arps Slate Meagher & Flom LLP<br>DJ Baker Esq & Rosalie W Gray Esq<br>Four Time Square<br>New York, NY 10036-6522 |

| | | |
|---|---|---|
| Skadden Arps Slate Meagher & Flom LLP<br>Megan E Cleghorn Esq<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899-0636 | Slatkin & Reynolds, P.A.<br>Robert F. Reynolds<br>One East Broward Boulevard<br>Suite 700<br>Fort Lauerdale, FL 33301 | Smith Stern Friedman & Nelms PC<br>Fielder F Nelms Esq<br>6688 North Central Expressway<br>Suite 550 LB 37<br>Dallas, TX 75206 |
| State Board of Equalization<br>Bankruptcy Department<br>PO Box 942879<br>Sacramento, CA 94279-0001 | State of Delaware<br>Randy Weller MS 25<br>Div of Revenue<br>820 N French St 8th Fl<br>Wilmington, DE 19801-0820 | State Of Delaware Division Of Revenue<br>Bankruptcy Department<br>Carvel State Office Bldg 820 N French St<br>Wilmington, DE 19801 |
| State of Michigan Dpet of Treasury<br>Deborah Waldmeir<br>Cadillac Pl<br>3030 W Grand Blvd Ste 10 200<br>Detroit, MI 48202 | State of New Jersey Division of Taxation & Department of Labor<br>Anne Milgram<br>25 Market St PO Box 119<br>Richard J Hughes Justice Complex<br>Trenton, NJ 08625-0119 | State Treasurer's Office<br>Bankruptcy Department<br>915 Capitol Mall Suite 110<br>Sacramento, CA 95814 |
| Stevens & Lee PC<br>Joseph Grey<br>1105 N Market St<br>Seventh Fl<br>Wilmington, DE 19801 | Stevens & Lee PC<br>Joseph H Huston Jr<br>1105 N Market St<br>Ste 700<br>Wilmington, DE 19801 | Stites & Harison PLLC<br>Robert Goodrich Esq<br>1800 Fifth Third Center<br>424 Church St<br>Nashville, TN 37219-2376 |
| Sullivan Hazeltine Allinson LLC<br>Willam A Hazeltine Esq<br>4 East 8th St<br>Ste 400<br>Wilmington, DE 19801 | Tennessee Dept of Labor & Workforce Development<br>c/o TN Atty General Office<br>PO Box 20207<br>Nashville, TN 37202-0207 | The CIT Group Business Credit Inc<br>Renee Singer<br>505 Fifth Ave<br>3rd Fl<br>New York, NY 10017 |
| The Gardner Firm PC<br>Mary E Olsen M Vance McCrary & J Cecil Gardner<br>1119 Government St<br>PO Drawer 3103<br>Mobile, AL 36652 | The Ralston Law Firm<br>Mark H Ralston Esq<br>2603 Oak Lawn Ave Ste 230 LB 2<br>Dallas, TX 75219-9109 | The State of MI Dept of Treasury<br>Michael A Cox & Julius O Curling<br>3030 W Grand Blvd<br>Cadillac Place Ste 10 200<br>Detroit, MI 48202 |
| Time Warner Telecom Inc<br>Linda Boyle<br>10475 Park Meadows Dr<br>Ste 400<br>Littelton, CO 80124 | Trainor Fairbrook<br>Nancy Hotchkiss Esq<br>PO Box 255824<br>Sacramento, CA 95865 | Travelers<br>Scot Freeman Case Manager<br>National Accounts<br>1 Tower Sq 5MN<br>Hartford, CT 06183-4044 |
| Trush Law Office<br>James M Trush Esq<br>695 Town Center Dr Ste 700<br>Costa Mesa, CA 92626-7187 | Turner Reynolds Greco & O'Hara<br>Richard J Reynolds<br>16485 Laguna Canyon Rd Ste 250<br>Irvine, CA 92618 | Union Bank of California<br>Diane J Richey Esq Vice President and Senior Counsel<br>445 S Figueroa St<br>Los Angeles, CA 90071 |
| US Attorneys Office<br>Ellen W Slights<br>1007 Orange St<br>7th Fl<br>Wilmington, DE 19899-2046 | US Department of Justice<br>Alberto P Gonzales<br>US Attorney General<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | US Department of Justice<br>Jan M Geht<br>PO Box 227<br>Tax Division<br>Washington, DC 20044 |

.LF1-3265554-1
27340.01600/40173998v.1

Us Dept Of Labor
Administrative Review Board
Frances Perkins Building
200 Constitution Ave Nw
Washington, DC 20210

Us Dept Of Labor
Benefits Review Board
Frances Perkins Building
200 Constitution Ave Nw
Washington, DC 20210

Us Dept Of Labor
Employee Benefits Security Admin LA Regional Office
1055 E Colorado Blvd Ste 200
Attn Billy Beaver
Pasadena, CA 91106-2341

Us Dept Of Labor
Secretary Elaine Chao
Frances Perkins Building
200 Constitution Ave Nw
Washington, DC 20210

Vinson & Elkins LLP
John E Mitchell Esq
Trammell Crow Center
2001 Ross Ave Ste 3700
Dallas, TX 75201

Warren H Smith & Associates
Warren H Smith
325 N St Paul
Ste 1275 Republic Center
Dallas, TX 75201

Washington Mutual
David H Zielke Esq Vice President & Assitant General Counsel
1301 Second Ave WMC 3501
Seattle, WA 98101

Weiland Golden Smiley Wang Ekvall & Strok LLP
Jeffrey I Golden Esq & Hutchinson B Meltzer Esq
650 Town Center Dr Ste 950
Costa Mesa, CA 92626

Wells Fargo Bank NA
James R Lewis VP
45 Broadway
14th Floor
New York, NY 10006

Wells Fargo Bank NA
Thomas M Korsman Vice President
MAC N9303-120
608 2nd Ave S
Minneapolis, MN 55479

Werb & Sullivan
Brian A. Sullivan & Amy D. Brown
300 Delaware Avenue
13th Floor
Wilmington, DE 19801

William D Sullivan LLC
Elihu E Allinson III Esq
4 E 8th St Ste 400
Wilmington, DE 19801

Wilshire Credit Corporation
PO Box 1650
Portland, OR 97207-1650

Winston & Strawn LLP
Matthew Botica Esq David Wirt Esq & Grayson Walter Esq
35 W Wacker Dr
Chicago, IL 60601

Wolfe & Wyman LLP
Stuart B Wolfe Esq & Yaron Shaham Esq
5 Park Plz Ste 1100
Irvine, CA 92614

Wolff & Samson PC
Carlos G Manalansan Esq
The Offices of Crystal Lake
One Boland Dr
West Orange, NJ 07052

Womac & Associates
Brian D Womac & Denise H Mitchell
Two Memorial City Plaza
820 Gessner Ste 1540
Houston, TX 77024

Womble Carlyle Sandridge & Rice PLLC
Steven K Kortanek
222 Delaware Ave
Ste 1501
Wilmington, DE 19801

Wright Finlay & Zak LLP
T Robert Finlay Esq & Donna L La Porte Esq
4665 MacArthur Ct Ste 280
Newport Beach, CA 92660

XRoads Case Management Services
PO Box 8901
Marina Del Rey, CA 90295

Yellow Book USA
Philip Thompson
Collections Department
2560 Renaissance Blvd
King of Prussia, PA 19406

Young Conaway Stargatt & Taylor LLP
Edwin J Harron & Patrick A Jackson
The Brandywine Bldg
1000 West St 17th Floor
Wilmington, DE 19801

Young Conaway Stargatt & Taylor LLP
Michael R Nestor
The Brandywine Bldg
1000 West St 17th Fl PO Box 391
Wilmington, DE 19899-0391

Young Conaway Stargatt & Taylor LLP
Robert S Brady
The Brandywine Bldg
1000 West St 17th Fl PO Box 391
Wilmington, DE 19899-0391

Zachary Mosner
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Ave Ste 2000
Seattle, WA 98104-3188

.LF1-3265554-1
27340.01600/40173998v.1