IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| NEW CENTURY TRS HOLDINGS, : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al., : | |
| : | Jointly Administered |
| Debtors. : | |
| : | **Re: Docket No. 4030** |

**WITHDRAWAL OF OBJECTION OF IBM CREDIT, LLC TO DEBTORS'
NOTICE OF REJECTION OF EXECUTORY CONTRACT**

IBM Credit, LLC hereby withdraws the Objection of IBM Credit, LLC to Debtors' Notice of Rejection of Executory Contract, dated December 5, 2007 [Docket No. 4030].

Dated:   April 17, 2008                       BAYARD, P.A.

By: /s/ Charlene D. Davis
Charlene D. Davis (No. 2336)
Kathryn D. Sallie (No. 4600)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:    (302) 655-5000

-and-

LEVY, SMALL, & LALLAS
Leo D. Plotkin
815 Moraga Drive
Los Angeles, California  90049-1633
Telephone:    (310) 471-3000

Counsel for IBM Credit, LLC

{00844048;v1}