## CERTIFICATE OF SERVICE

I, Charlene D. Davis, hereby certify that on the 17th day of April, 2008, I caused a copy of the **Withdrawal of Objection of IBM Credit, LLC to Debtors' Notice of Rejection of Executory Contract** to be served upon the parties listed on the attached service list *via* hand delivery to all local parties and *via* First Class Mail to all remaining parties.

Charlene D. Davis (No. 2336)

{00844048;v1}