## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | **Chapter 11** |
| | ) | |
| **NEW CENTURY TRS HOLDINGS,** | ) | |
| **INC., a Delaware corporation, et al.** | ) | **Case No. 07-10416 (KJC)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |

## FEE AUDITOR'S FINAL REPORT REGARDING
## INTERIM FEE APPLICATION OF RICHARDS LAYTON & FINGER, P.A.
## FOR THE FIRST INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Richards Layton & Finger, P.A. for the First Interim Period (the "Application").

## BACKGROUND

1.      Richards Layton & Finger, P.A. ("RLF") was retained as counsel to the Debtors.  In the Application, RLF seeks approval of fees totaling $1,009,921.00 and costs totaling $97,256.61 for its services from April 2, 2007 through July 31, 2007 (the "Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of

Delaware, and the Third Circuit Court of Appeals.  We served on RLF an initial report based on our review, and received a response from RLF, portions of which response are quoted herein.

## DISCUSSION

3.    In our initial report, we noted a number of meetings and/or hearings which were attended by multiple RLF professionals.  In six of those instances the number of professionals and/or the amount of time expended appears excessive.  The time entries are attached as Exhibit A. Paragraph II.D.5. of the Guidelines provides that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." Furthermore, the Delaware Local Rules, rule 2016-2(d)(ix), states "....[t]he activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role."  We asked RLF to review Exhibit A, and provide additional information regarding these occasions and it responded as follows:

> Multiple RLF professionals participate in meetings or conference calls in instances where all professionals are involved in matters being addressed.  For example, the Debtors' professionals have a weekly case status call in these chapter 11 cases.  As multiple RLF professionals are responsible for matters addressed on such calls, multiple RLF professionals are necessary for such calls.  Similarly, multiple RLF professionals attend court hearings only in instances where such professionals are each presenting matters to the court, played a role with respect to matters being presented and are therefore necessary at the hearing and/or were responsible for the preparation and/or handling of orders or exhibits being submitted at the hearing.

> RLF believes such charges are appropriate, reasonable, necessary and beneficial to the Debtors' estate and properly charged to the Debtors' estate.

While we appreciate this response we asked RLF for further information, including but not limited to why it necessary for numerous professionals from both RLF and O'Melveny & Myers LLP to be in attendance.  RLF's supplemental response is set forth as Response Exhibit 4.  We appreciate RLF's response and have no objection to the fees charged, except as follows:

_May 21, 2007 Hearing_: It is our opinion that the response does not carry RLF's burden regarding the

participation of Marcos Ramos at this particular hearing.  Thus we recommend a reduction of Mr. Ramos' attendance time only, for a reduction of $2,380.00 in fees.

4.    We noted that throughout the Application Period, various professionals spent time performing tasks which appear to be clerical in nature.  See Exhibit B.  In *re Busy Beaver Bldg. Centers, Inc., 19 F.3d 833, 855 n.34 (3rd Cir. 1994)*, the Court stated that "the statute [11 U.S.C. 330] plainly specifies that the type of service performed by a paralegal (including whether it is clerical) affects the rate of compensation, not compensability vel non." *Busy Beaver at 849.*  Further, on the issue of adjusting rates downward for certain tasks, the Third Circuit seems fond, in the bankruptcy context, of quoting its opinion in *Ursic v. Bethlehem Mines*, 719 F.2d 670, 677 (3d Cir. 1983) that "[r]outine tasks, if performed by senior partners in large firms, should not be billed at their usual rates.  A Michelangelo should not charge Sistine Chapel rates for painting a farmer's barn." *See Zolfo, Cooper & Co. v. Sunbeam-Oster Co., Inc.*, 50 F.3d 253, 260 (3rd Cir. 1995); *In re Busy Beaver Bldg. Centers, Inc.*, 19 F.3d 833, 855 n.34 (3rd Cir. 1994).  *Busy Beaver*, in footnote 34 on page 855, lists 15 cases in support of the statement "[w]hen an experienced attorney does clerk's work, he or she should be paid clerk's wages."  Furthermore, we noted that timekeeper Ann Kashishian, at a billing rate of $70.00 per hour, performed the same or similar tasks to those in Exhibit B[1].  We asked RLF to review Exhibit B and explain why a reduction in hourly rate(s) is not warranted.  RLF responded as follows.

> As counsel to the Debtors, RLF maintains an organized file of all pleadings, documents and correspondence relating to the bankruptcy cases.  The maintenance of this file ensures that the Debtors and their professionals have access to all pleadings and other documents at all time.  Case Management Assistants assist the paralegal with this task.  Accurate and efficient maintenance of the file requires frequent and regular review of documents received and pleadings file in order to

---

[1]For example, on June 6, 2007, A. Kashishian has the following time entry:

| 06/05/07 | Kashishian | 1.50 hrs. | 70.00 | $105.00 | Maintain original pleadings |
|----------|------------|-----------|-------|---------|------------------------------|

ensure copies are in the file for reference, retrieval and use by the Debtors and counsel to the Debtors as necessary.

Ann Kashishian is a seasonal and part-time case management assistant and not a paralegal.  She provided support to the paralegals with maintaining and organizing original pleadings files and correspondence.  She also assisted with preparations of hearing binders and similar tasks that would otherwise be performed by a paralegal.  Because she does not work independently but rather, at the direction of a paralegal or attorney, a case management assistant's billable rate is not the same as a paralegal.  Ann Kashishian worked at RLF during her breaks from college and was not a full-time employee during the periods in question.  She is the only Case Management Assistant employed in the bankruptcy department at RLF.

RLF believes such charges are appropriate, reasonable, necessary and beneficial to the Debtors' estate and properly charged to the Debtors' estate.

We appreciate RLF's response and accept the response with respect to maintaining the pleadings and other documents.  However, for the remainder of the time entries (highlighted in bold on Exhibit B), we recommend a reduction in the billing rate for these tasks to $80.00 per hour.  Thus, for the clerical entries highlighted in Exhibit B, we recommend a reduction of $1,195.50 in fees.

5.    We noted a number of time entries wherein the description is inadequate for the amount of time spent.  The time entries are listed below.

| 05/23/07 | Kashishian | 3.00 hrs. 70.00 | $210.00 | Assist A. McDowell |
| 5/21/07 | Greer | 2.50 hrs. 165.00 | $412.50 | Provide paralegal support for after hours filings re: 5/21/07 |
| 06/04/07 | Kashishian | 3.00 hrs. 70.00 | $210.00 | Case management assistance |
| 06/06/07 | Stahl | 5.00 hrs. 165.00 | $825.00 | Paralegal assistance regarding retention affidavits |
| 07/12/07 | Stahl | 2.00    170.00 | $340.00 | Assist attorneys with after hours filing |
| 07/18/07 | Stahl | 0.50    170.00 | $85.00 | Assist with sorting correspondence |

Rule 2016-2(d) of the Delaware Local Rules states "activity descriptions . . . shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary . . ."  We asked RLF to augment the above time entries to include a more

detailed description of the tasks performed.  RLF's response is provided below and includes the

augmented time entries.

| 5/23/07 | Kashishian | 3.0 | Assist A. McDowell with assembling stay relief motions |
|---------|-----------|-----|--------------------------------------------------------|
| 5/21/07 | Greer | 2.5 | Assist with filing of numerous lease rejection notices |
| 6/4/07 | Kashishian | 3.0 | Maintain original pleadings |
| 6/6/07 | Stahl | 5.0 | Provide paralegal support for after-hours filing of nine retention affidavits of ordinary course professional.  Provide paralegal support for potential after-hours filings of rejection notices (filings ultimately did not occur) |
| 7/12/07 | Stahl | 2.0 | Provide paralegal support for potential after-hours filings of rejection notices (filings ultimately did not occur) |
| 7/18/07 | Stahl | .5 | Assist C. Greer regarding reviewing substitution of trustee notices |

RLF believes such charges are appropriate, reasonable, necessary and beneficial to
the Debtors' estate and properly charged to the Debtors' estate.

However, RLF recognizes the Fee Auditor's concerns regarding time entries that
provide insufficient detail and will advise all RLF professionals regarding the Fee
Auditor's concerns.

We appreciate RLF's response and have no objection to these fees.

6.    We noted the following time entry which appears to have been billed prior to the

filing of the bankruptcy petition.

03/30/07        Samis  0.10 hrs.        210.00 $21.00        Call to E. Culler at OMM regarding
background section for first day
pleadings

The debtors' chapter 11 petition was filed on April 2, 2007.  We asked RLF to explain whether a

reduction of $21.00 is appropriate.  RLF responded as follows: "RLF will voluntarily reduce its

request in the amount of $21.00."  We appreciate RLF's response and recommend a reduction of

$21.00 in fees.

7.    We noted that several RLF professionals billed their full hourly rate for "stand by"

time.  The time entries are provided below:

| | | | | |
|---|---|---|---|---|
| 04/03/07 | McDowell | 4.40 hrs. 165.00 $726.00 | | Stand by for filing of Carrington sale motion |
| 05/03/07 | Speaker | 3.00 hrs. 165.00 $495.00 | | Stand-by for after-hours filing of motion to establish procedure to grant relief from automatic stay (2.4);.......... |
| 05/01/07 | Dewdney | 4.30 hrs. 165.00 $709.50 | | Stand by for late filings of : (a) Amendment to MIP/KERP and (b) Professionals' Retention Application (3.9); |
| 05/02/07 | Witters | 3.90 | 165.00 643.50 | .....; Stand-by to assist C. Samis with filing of three retention applications and service (1.4); ..... |

We asked RLF to explain why these time entries warrant the professionals' full hourly rate. RLF's response is provided below:

> Consistent with its role as Delaware local counsel, RLF frequently is required to assist in the filing and preparation of pleadings after the close of business or before the beginning of normal business hours. To the extent RLF is required to file, copy and serve pleadings as well as prepare documents after the close or before the beginning of normal business hours, administrative support is sometimes necessary to assist in the provision of the services.

> RLF believes such charges are appropriate, reasonable, necessary and beneficial to the Debtor's estate and properly charged to the Debtors' estate.

We appreciate RLF's response. However, we respectfully disagree that stand-by time be compensated at the professional's full hourly rate. Much like travel time, when no actual work is performed, it seems reasonable to categorize stand-by time in that same manner. Thus, we recommend a reduction of 50% of the time listed as stand-by, for a reduction of $998.25 in fees.

8.     We noted a number of time entries involving conflict checks. See below:

| | | | | |
|---|---|---|---|---|
| 04/17/07 | Finnegan | 0.70 hrs. 235.00 $164.50 | | ..........Review documents for stalking horse bidders and contact parties for conflict search (.2); E-mail with M. Ramos and C. Jang re: same (.1) |
| 04/27/07 | Samis | 0.70 hrs. 210.00 $147.00 | | Review DB Structured Products |

| | | | | |
|---|---|---|---|---|
| | | | | adversary conflict search (.3); submit same (.1); Meet with P. Heath re: procedure for adding additional adverse party to New Century conflict search (.3). |
| 04/30/07 | Samis | 3.40 hrs. 210.00 | $714.00 | Review conflict check for DB Structured Products Adversary (3.0); Meet with R. Silberglied regarding same (.1); ....... |
| 04/04/07 | Jang | 3.10 hrs 225.00 | $697.50 | .....; Request and review additional conflict search reports (2.4) |
| 04/27/07 | Jang | 0.20 hrs. 225.00 | $45.00 | Attention to conflict check re: adversary proceeding |

Ordinarily, time spent performing the initial conflict check required as a condition of a firm's employment is not compensable. *See In re ACT Manufacturing, Inc.*, 281 B.R. 468, 490 (Bankr.D.Mass. 2002); *In re Sterling Chemicals Holdings, Inc.*, 293 B.R. 701, 704 (Bankr. S.D.Tex. 2003). We asked RLF to explain why it should be reimbursed for these fees. RLF responded as follows:

> RLF is required to periodically update is conflict information and provide supplemental affidavits with respect thereto to the Bankruptcy Court as additional creditor information becomes available (e.g., as creditors in this chapter 11 case make themselves known by filing notices of appearance with the Bankruptcy Court) (see Del. Bankr. L.R. 2014-1(a)). Further, emergent litigation in a bankruptcy case often requires RLF to make and determination as to whether a conflict prevents RLF from adequately representing a client.

> RLF believes such charges are appropriate, reasonable, necessary and beneficial to the Debtor's estate and properly charged to the Debtors' estate.

We appreciate RLF's response and recognize that the conflict checks involved were necessary to comply with the disclosure requirements of Fed.R.Bankr.P.2014(a), which are compensable, and thus we have no objection to these fees.

9.    We noted the following time entry which appears to contain a duplication.

| 04/10/07 | Samis  3.20 hrs. 210.00 $672.00 | Call to A. McDowell regarding Amended Agenda for 4/10/07 Hearing (.1); E-mail to A. McDowell regarding Amended Agenda 4/10/07 Hearing (.1);  **Meet with M. Merchant  regarding Amended Agenda 4/10/07 Hearing (1);  Meet with M. Merchant regarding Amended Agenda 4/10/07 Hearing (.1);** Review/revise Amended Agenda for 4/10/07 Hearing (1.0); Review/revise Amended Agenda for 4/12/07 Hearing (1.0);  Review/revise Second Amended Agenda for 4/10/07 Hearing (.5); E-mail to S. Kortaneck at Womble regarding 4/10/07 Hearing (.1); Call to C. Loizides at Loizides & Associates regarding 4/10/07 Hearing (.2) |

The parts of the time entries referenced in bold appear to be duplicates.  We asked RLF to explain

whether a duplication occurred.  RLF responded as follows:

> The April 10, 2007 time entries are for two separate meetings between C. Samis and
> M. Merchant regarding the amended agenda for the 4/10/07 hearing.

> RLF believes such charges are appropriate, reasonable, necessary and beneficial to
> the Debtors' estate and properly charged to the Debtors' estate.

We appreciate RLF's response and have no objection to these fees.

10.    We noted that Gorcuria ($150) and Finocchiaro ($150), both summer associates,

performed lengthy research for which little or no work product was produced.  See Exhibit C.  See

In re Busy Beaver Bldg. Centers, Inc., 19 F.3d 833, 856 (3rd Cir. 1994) (the court should review a

fee application to ensure the applicant exercises the same "billing judgment" as do non-bankruptcy

attorneys by writing off unproductive research time, duplicative services, and redundant costs

precipitated by overstaffing).  We asked RLF to review Exhibit C and explain why the time spent

was appropriate in each instance.  RLF responded as follows:

> The summer associates in question performed valuable research on set off and
> automatic stay issues and communicated the results of their research orally or by
> providing highlighted case law to the attorneys supervising their work.

> RLF believes such charges are appropriate, reasonable, necessary and beneficial to the Debtor's estate and properly charged to the Debtors' estate.

While we accept RLF's response as to the second and third instance, we note that the first instance totaled 13.10 hours on a general research topic, with no conference or memo noted in the Application. We do not believe RLF has carried its burden of demonstrating that such a large amount of research, on a general and basic topic, by a summer associate, was beneficial to the estate, and thus we recommend a reduction of all of this time, for a reduction of $1,965.00 in fees.

11.    We noted a number of meal charges which do not contain the appropriate detail.  See Exhibit D.  We asked RLF to review Exhibit D and provide further explanation regarding these meal charges.  RLF's response is provided below and in Response Exhibit 1 attached hereto.

> The entry on April 24, 07 for The Greenery Caterers in the amount of $86.89 appears to be a duplicate meal order.  RLF will voluntarily waive the $86.89 meal fee.

We appreciate RLF's response and note that with the exception of the meal referenced in the response, all of the other meals cited in Exhibit A are within our recommended limits.  Thus, we recommend a reduction of $86.89 in expenses.

12.    We noted a number of travel charges which lack sufficient information and therefore may be considered excessive.  See Exhibit E.  We asked RLF to provide additional information regarding these charges.  RLF's response is provided in Response Exhibit 2.  We appreciate RLF's response.  However, we note that according to www.frommers.com, taxi service between Wilmington and the Philadelphia Airport is $50 to $60 for a one way fare.  Furthermore, the response does not indicate that any special circumstances existed which would justify the use of a car service for any of the charges listed in Exhibit E.  Lacking any such information, we recommend that the car service charges be reduced to $60.00 per trip, and we recommend a reduction for the car service charges of $309.45 in expenses.

13.    We noted that RLF seeks reimbursement for the following overtime charges.

| | | | |
|---|---|---|---|
| 04/11/07 | PARALEGAL OT THRU 4/15/07 | OT | Amount = $409.50 |
| 04/11/07 | SECRETARIAL OT THRU 4/13/07 | OT | Amount = $997.75 |
| 04/27/07 | PARALEGAL OT THRU 4/30/07 | OT | Amount = $706.50 |
| 04/27/07 | SECRETARIAL OT THRU 4/30/07 | OT | Amount = $2,079.22 |
| 05/11/07 | PARALEGAL OT THRU 5/15/07 | OT | Amount = $657.00 |
| 05/11/07 | SECRETARIAL OT THRU 5/15/07 | OT | Amount = $2,248.92 |
| 05/25/07 | SECRETARIAL OT THRU 5/31/07 | OT | Amount = $257.03 |
| 06/28/07 | SECRETARIAL OT THRU 6/29/07 | OT | Amount = $127.80 |

We asked RLF to explain why the estate should reimburse for these charges.  RLF response is provided below and in Response Exhibit 3.

> Consistent with its role as Delaware local counsel, RLF frequently is required to assist in the filing and preparation of pleadings after the close of business or before the beginning of normal business hours.  To the extent RLF is required to file, copy and service pleadings as well as prepare documents after the close or before the beginning of normal business hours, administrative support is sometimes necessary to assist in the provision of the services.

> Attached hereto as Exhibit D is a break-down of each overtime time entry. RLF believes such charges are appropriate, reasonable, necessary and beneficial to the Debtors' estate and properly chargeable to the Debtors' estate.

We appreciate RLF's response and have no objection to these expenses.

14.    We noted that RLF seeks reimbursement for 13 charges identified as "IKON OFFICE SOLUTIONS".  See Exhibit F.  We asked RLF to explain these charges.  RLF responded as follows.

| 4/25/07 | $264.00 | Service of Agenda for 4/27/07 omnibus hearing via fax |
|---|---|---|
| 5/4/07 | $860.75 | Service of Agenda for 5/7/07 omnibus hearing via fax |
| 5/11/07 | $1,256.75 | Service of Agenda for 5/15/07 omnibus hearing via fax |
| 5/23/07 | $4,005.00 for period of 5/11/07- | 5/11/07 - Service of Agenda for 5/15/07 omnibus hearing via fax<br>5/15/07 - Service of Amended Agenda for 5/15/07 omnibus hearing via fax |

| | 5/18/07 | 5/16/07 - Service of Agenda for 5/18/07 omnibus hearing via fax<br>5/17/07 - Service of Agenda for 5/21/07 omnibus hearing via fax<br>5/17/07 - Service of Amended Agenda for 5/18/07 omnibus hearing via fax<br>5/18/07 - Service of Agenda for 5/21/07 omnibus hearing via fax |
|---|---|---|
| 5/25/07 | $641.75 | Service of Agenda for 5/30/07 omnibus hearing via fax |
| 5/29/07 | $731.50 | Service of Agenda for 5/30/07 omnibus hearing via fax |
| 6/14/07 | $861.00 | Service of Agenda for 6/15/07 omnibus hearing via fax |
| 6/15/07 | $855.75 | Service of Amended Agenda for 6/15/07 omnibus hearing via fax |
| 6/25/07 | $385.25 | Service of Agenda for 6/27/07 omnibus hearing via fax |
| 7/13/07 | $252.00 | Service of Agenda for 7/16/07 omnibus hearing via fax |
| 7/13/07 | $238.00 | Service of Amended Agenda for 7/16/07 omnibus hearing via fax |
| 7/27/07 | $247.50 | Service of Agenda for 7/31/07 omnibus hearing via fax |
| 7/30/07 | $247.50 | Service of Amended Agenda for 7/31/07 omnibus hearing via fax |

We appreciate RLF's response and have no objection to these expenses.

15.    Finally, we noted the following expense for  rental.

04/26/07    AMERICAN EXPRESS    RENTAL    Amount = $1,285.08

We asked RLF to further explain this charge.  RLF provided the following information.

| 4/26/07 | $1,285.08 | Conference room rental at The Doubletree Hotel for the 341 formation meeting. |
|---|---|---|

We appreciate RLF's response and have no objection to this expense.

**CONCLUSION**

16.    Thus we recommend approval of fees totaling $1,003,361.25 ($1,009,921.00 minus

$6,559.75) and expenses totaling $96,860.27 ($97,256.61 minus $396.34) for RLF's services from

April 2, 2007 through July 31, 2007.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**


By:_____
       Warren H. Smith
       Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1275
Republic Center
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

       **FEE AUDITOR**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First-Class United States mail to the attached service list on this 17th  day of April, 2008.


_____
       Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Mark D. Collins
Michael J. Merchant
Christopher M. Samis
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

**United States Trustee**
Joseph J. McMahon, Jr.
U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**Counsel to the Debtors**
Suzzanne Uhland, Esq.
Ben H. Logan, Esq.
Victora A. Newmark, Esq.
Andrew M. Parlen, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

**Counsel to the Debtors**
Shannon Lowry Nagle, Esq.
O'Melveny &Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Counsel to the Debtors**
Ivan Lerer Kallick, Esq.
Manatt Phelps & Phillips, LLP
11344 W. Olympic Blvd.
Los Angeles, CA 90064

**Counsel for Crisis Managers**
Sheldon S. Toll, Esq.
Attorneys for AP Services, LLC
2000 Town Center, Suite 2550
Southfield, MI 48075

**Accounting and Tax Advisor
for the Debtors**
Gary A. Grush
Grant Thornton LLP
18400 Von Karman Ave., Suite 900
Irvine, CA 92612

**Accounting and Tax Advisor
for the Debtors**
Ari Lefkovits, Director
Lazard Freres & Co., LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020

**Accounting and Tax Advisor
for the Debtors**
Jeffrey R. Boyle, Esq.
PricewaterhouseCoopers LLP
Two Commerce Square, Ste. 1700
2001 Market St.
Philadelphia, PA 19103

**Counsel to the Official Committee of
Unsecured Creditors**
Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome, LLP
1201 Market Street, Ste. 800
Wilmington, DE 19801

**Counsel to the Official Committee of
Unsecured Creditors**
Mark S. Indelicato, Esq.
Hahn & Hessen, LLP
488 Madison Avenue
14th & 15th Floors
New York, NY 10022

**Financial Advisor to the Official
Committee of Unsecured Creditors**
Samuel Star
FTI Consulting, Inc.
Three Times Square
New York, NY 10036

**Examiner**
Michael J. Missal, Esq.
Kirkpatrick & Lockhart Preston
Gates Ellis, LLP
1601 K. Street, N.W.
Washington, DC 20006-1600

**Counsel to the Examiner**
Edward M. Fox, Esq.
Kirkpatrick & Lockhart Preston
Gates Ellis, LLP
599 Lexington Ave.
New York, NY 10022

**Counsel to the Examiner**
Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

**Accountants and Financial Advisor
to the Examiner**
William K. Lenhart
Naushon Vanderhoop
BDO Seidman, LLP
330 Madison Ave., 10th Floor
New York, NY 10017

**Special Regulatory Counsel for the
Debtors**
Eric M. Davis, Esq.
Kimberly A. LaMaina, Esq.
Skadden, Arps, Slate, Meagher
& Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

**Special Counsel to the Audit
Subcommittee**
Peter Benvenutti, Esq.
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104

**Special Counsel - OCP**
Diana M. Thimmig, Esq.
Roetzel & Andress
1375 East Ninth Street
One Cleveland Center, 9th Floor
Cleveland, OH 44115

**Sheppard, Mullin, Richter &
Hampton LLP**
Mette H. Kurth, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448

**Special Litigation Counsel to Debtors**
Jeffrey Tidus, Esq.
Baute & Tidus LLP
777 S. Figueroa Street, Ste. 4900
Los Angeles, CA 90017

<u>Exhibit A</u>

a.

| | | | | |
|---|---|---|---|---|
| 04/03/07 | Samis  9.50 hrs. | 210.00 $1,995.00 | .........; Attend First Day Hearing (5.5) |
| 04/03/07 | Jang    10.10 hrs. | 225.00 $2,272.50 | .......); Hearing (Court appearance) (4.6); .......... |
| 04/03/07 | Collins  12.20 hrs. | 520.00 $6,344.00 | Preparation for and attendance at first day hearing |
| 04/03/07 | Merchant  10.20 hrs. | 390.00 $3,978.00 | .....);Attending first-day hearing (5.0) |

b.

| | | | | |
|---|---|---|---|---|
| 04/19/07 | Samis  10.30 hrs. | 210.00 $2,163.00 | .......; Attend 4/19/07 hearing (6.5); ...... |
| 04/19/07 | Ramos   5.90 hrs. | 350.00 $2,065.00 | ........Attend court hearing (3.6) |
| 04/19/07 | Collins  6.70 hrs. | 520.00 $3,484.00 | Preparation for and attendance at omnibus hearing and sale procedures hearing |

c.

| | | | | |
|---|---|---|---|---|
| 04/24/07 | Samis   9.80 hrs. | 210.00 $2,058.00 | ................Attend 4/24/07 hearing (3.0) |
| 4/24/07 | Ramos   2.90 hrs. | 350.00 $1,015.00 | Attend court hearing |
| 04/24/07 | Collins   6.60 hrs. | 520.00 $3,432.00 | Preparation for and attendance at omnibus hearing and chambers conference |

d.

| | | | | |
|---|---|---|---|---|
| 05/07/07 | Samis  13.30 hrs. | 210.00 $2,793.00 | .........; Attend 5/7/07 hearing (8.1). |
| 05/07/07 | Ramos  11.00 hrs. | 350.00 $3,850.00 | Attend court hearing (2.9);.......; Attend hearing (5.7) |
| 05/07/07 | Merchant  11.00 hrs. | 390.00 $4,290.00 | ....; Attend 5/7/07 hearing (8.8);.... |
| 05/07/07 | Stearn, Jr  8.50 hrs. | 465.00 $3,952.50 | Attend omnibus hearing and present witnesses and argument on incentive and retention plans |

e.

| | | | | |
|---|---|---|---|---|
| 05/21/07 | Samis  9.00 hrs. | 210.00 $1,890.00 | ......; Attend 5/21/07 hearing (5.0). |
| 05/21/07 | Ramos 9.50 hrs. | 350.00 $3,325.00 | ......; Attend hearing (6.8) |
| 05/21/07 | Merchant 9.50 hrs. | 390.00 $3,705.00 | ......; Attending 5/21/07 hearing (6.7) |

f.

| | | | | |
|---|---|---|---|---|
| 06/15/07 | Samis | 5.20 hrs.210.00$1,092.00 | .............; Attend 6/15/07 hearing (1.7) |

| 06/15/07 | Merchant | 5.40 hrs.390.00 | $2,106.00 | .............; Attending omnibus hearing (1.5) |
| 06/15/07 | Silberglied | 3.40 hrs.455.00 | $1,547.00 | .......; Attend hearing (1.9) |

## Exhibit B.

| | | | | |
|---|---|---|---|---|
| 04/04/07 | Greer | 2.70 hrs. 165.00 | $445.50 | ....Assemble and maintain pleadings folders (.2);..... |
| 04/05/07 | Greer | 4.20 hrs. 165.00 | $693.00 | .....Create pleading, transcripts, fee applications and petition files (.5); Maintain pleading files (.2);  ..... |
| 04/16/07 | Greer | 3.40 hrs. 165.00 | $561.00 | Maintain pleading files (.5); ....... |
| 04/17/07 | Greer | 0.80 hrs. 165.00 | $132.00 | Maintain pleading files |
| 04/18/07 | Greer | 1.00 hrs. 165.00 | $165.00 | ......Maintain pleading files (.2) |
| 04/19/07 | Greer | 1.20 hrs. 165.00 | $198.00 | ........; Maintain pleading files (.2); ..... |
| 04/26/07 | Greer | 2.80 hrs. 165.00 | $462.00 | ......; Maintain pleading files (.5). |
| 05/01/07 | Greer | 1.10 hrs. 165.00 | $181.50 | Maintain original pleadings |
| 05/04/07 | Greer | 0.90 hrs. 165.00 | $148.50 | Maintain pleading files. |
| 05/07/07 | Greer | 0.70 hrs. 165.00 | $115.50 | Maintain pleading files (.5); ......... |
| 05/08/07 | Greer | 1.10 hrs. 165.00 | $181.50 | Maintain pleading files |
| 05/09/07 | Greer | 0.50 hrs. 165.00 | $82.50 | Maintain pleading files |
| 05/10/07 | Greer | 1.00 hrs. 165.00 | $165.00 | Maintain pleading files |
| 05/11/07 | Greer | 0.90 hrs. 165.00 | $148.50 | Maintain original pleading files |
| 05/16/07 | Greer | 0.80 hrs. 165.00 | $132.00 | ..........; Maintain original pleadings (.3) |
| 05/21/07 | Greer | 1.30 hrs. 165.00 | $214.50 | Maintain original pleading files |
| 05/22/07 | Greer | 1.10 hrs. 165.00 | $181.50 | Maintain original pleading files |
| 05/23/07 | Greer | 0.50 hrs. 165.00 | $82.50 | Maintain original pleading files |
| 05/31/07 | Greer | 1.10 hrs. 165.00 | $181.50 | Maintain original pleading files |
| 06/04/07 | Greer | 1.10 hrs. 165.00 | $181.50 | Maintain original pleadings |
| 06/05/07 | Greer | 1.10 hrs. 165.00 | $181.50 | Maintain original pleadings |
| 06/15/07 | Greer | 1.20 hrs. 165.00 | $198.00 | Maintain original pleading files |
| 06/22/07 | Greer | 0.50 hrs. 165.00 | $82.50 | Maintain original pleadings |
| 06/27/07 | Jerominski | 1.40 hrs. 165.00 | $231.00 | .........; Maintain original pleadings (.1) |
| 06/04/07 | Greer | 1.10 hrs. 165.00 | $181.50 | Maintain original pleadings |
| 06/05/07 | Greer | 1.10 hrs. 165.00 | $181.50 | Maintain original pleadings |

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/15/07 | Greer | 1.20 hrs. | 165.00 | $198.00 | Maintain original pleading files |
| 06/22/07 | Greer | 0.50 hrs. | 165.00 | $82.50 | Maintain original pleadings |
| **06/04/07** | **Greer** | **0.70 hrs.** | **165.00** | **$115.50** | **Disassemble hearing binders** |
| **06/05/07** | **Greer** | **0.70 hrs.** | **165.0** | **$115.50** | **Disassemble hearing binders** |
| **06/06/07** | **Greer** | **0.50 hrs.** | **165.00** | **$82.50** | **Disassemble hearing binders** |
| **06/07/07** | **Greer** | **0.50 hrs.** | **165.00** | **$82.50** | **Disassemble hearing binders** |
| **06/15/07** | **Greer** | **1.90 hrs.** | **165.00** | **$313.50** | **Disassemble hearing binders** |
| **06/19/07** | **Greer** | **0.70 hrs.** | **165.00** | **$115.50** | **Disassemble hearing binders** |
| **06/21/07** | **Greer** | **0.20 hrs.** | **165.00** | **$33.00** | **Disassemble hearing binders** |
| **06/22/07** | **Greer** | **0.30 hrs.** | **165.00** | **$49.50** | **Disassemble hearing binders** |
| **07/11/07** | **Greer** | **0.70 hrs.** | **175.00** | **$122.50** | **Disassemble hearing binders** |
| **07/11/07** | **Greer** | **0.70 hrs.** | **175.00** | **$122.50** | **Disassemble hearing binders** |
| **07/12/07** | **Greer** | **0.70 hrs.** | **175.00** | **$122.50** | **Disassemble hearing binders** |
| **07/17/07** | **Greer** | **0.50 hrs.** | **175.00** | **$87.50** | **Disassemble hearing binders** |
| **07/19/07** | **Greer** | **0.50 hrs.** | **175.00** | **$87.50** | **Disassemble hearing binders** |
| **04/10/07** | **Dewdney** | **6.50 hrs.** | **165.00** | **$1,072.50** | **....... Scan documents to be filed (.2); .........; Print the unreported cases in the brief (1.5);..... Prepare labels and envelopes for service (.3)** |
| **04/26/07** | **Dewdney** | **3.50 hrs.** | **165.00** | **$577.50** | **.....Create a table of contents for the binder (.4); Include tabs and labels (.2); .........** |
| **05/02/07** | **Dewdney** | **1.50 hrs.** | **165.00** | **$247.50** | **......; Print copies of various court opinions for R. Stearn (.3); Create binders of cases, with tab, label and also create table of contents (.3)** |
| **05/01/07** | **Dewdney** | **0.20 hrs.** | **165.00** | **$33.00** | **Print documents for M. Ramos re: bid documents for the sale of mortgage loans** |
| **05/04/07** | **Dewdney** | **2.60 hrs** | **165.00** | **429.00** | **Print non-reported cases for M. Ramos (.3); ...........; Create labels for plaintiff's counsel's mailing addresses (.1); .....; Create PDF of filed documents with docket and date stamp for email distribution (.2); .......; Copy morning filings for M. Ramos and R. Stearn (.2)** |

| | | | | | |
|---|---|---|---|---|---|
| **05/07/07** | **Dewdney** | **0.80hrs** | **165.00** | **132.00** | **......; Upload signed order at Docket No. 29 and create mailing labels and prepare documents for service to opposing counsel (.4);......** |
| **05/22/07** | **Witters** | **0.40hrs** | **165.00** | **66.00** | **Prepare labels re: monthly fee applications** |
| **05/23/07** | **Witters** | **1.00 hrs** | **165.00** | **165.00** | **Revise labels re: fee applications (.1); ......** |
| 06/15/07 | Dewdney | 2.00 hrs. | 165.00 | 330.00 | Research and print cases for L. Kaufman for DB structures pleading |

Exhibit C.

| | | | |
|---|---|---|---|
| 06/05/07 | Goicuria | 1.70 hrs. 150.00 $255.00 | Legal research re requirements for a valid right of setoff under 11 U.S.C. Section 553. |
| 06/06/07 | Goicuria | 0.20 hrs.150.00 $30.00 | Legal research re: general requirements for a valid right of set-off under 11 U.S.C. Section 553. |
| 06/07/07 | Goicuria | 2.60 hrs.  150.00  $390.00 | Legal research re: general requirements for a valid right of set-off under 11 U.S.C. section 553. |
| 06/08/07 | Goicuria | 5.80 hrs. 150.00  $870.00 | Legal research re: general requirements for a valid right of set-off under 11 U.S.C. Section 553. |
| 06/11/07 | Goicuria | 2.80 hrs.150.00 $420.00 | Legal research re: general requirements for a valid right of setoff under 11 U.S.C. Section 553. |

(13.10 total time/No conference or memo was noted in the application)

| | | | |
|---|---|---|---|
| 07/19/07 | Finocchiaro | 2.90 hrs.150.00 $435.00 | Research re: 11 U.S.C. 362 |
| 07/20/07 | Finocchiaro | 4.40 hrs.  150.00 $660.00 | Research Section 326 "probability of success on merits requirement" |
| 07/23/07 | Finocchiaro | 3.30 hrs.  150.00  $495.00 | Research on Section 326 - probability of success on the merits (3.0); ..... |

(This 10.6 hours of research resulted in a 0.3 conference)

| 07/02/07 | Finocchiaro | 3.90 hrs. | 150.00 | $585.00 | Research on cases re: whether a P.R. firm qualifies as a professional under Section 327 of the Bankruptcy Code |
| 07/03/07 | Finocchiaro | 1.00 hrs. | 150.00 | $150.00 | Complete research on whether PR firm is a professional under Section 327 |

(This 4.90 hours of research resulted in a 0.2 conference with an attorney.)

Exhibit D.[2]

| | | | |
|---|---|---|---|
| 04/01/07 | GALLUCIO'S CAFÉ | MEALSCL | Amount = $72.04 |
| 04/03/07 | CAVANAUGH'S RESTAURANT | MEALSCL | Amount = $627.25 |
| 04/03/07 | CAVANAUGH'S RESTAURANT | MEALSCL | Amount = $627.25 |
| 04/03/07 | THE GREENERY CATERERS | MEALSCL | Amount = $61.92 |
| 04/04/07 | GALLUCIO'S CAFÉ | MEALSCL | Amount = $58.21 |
| 04/04/07 | GROTTO PIZZA, INC. | MEALSCL | Amount = $43.07 |
| **04/05/07** | **GALLUCIO'S CAFÉ** | **MEALSCL** | **Amount = $10.81** |
| 04/05/07 | GALLUCIO'S CAFÉ | MEALSCL | Amount = $10.83 |
| **04/05/07** | **GALLUCIO'S CAFÉ** | **MEALSCL** | **Amount = $10.81** |
| 04/09/07 | CAVANAUGH'S RESTAURANT | MEALSCL | Amount = $109.25 |
| 04/09/07 | GALLUCIO'S CAFÉ | MEALSCL | Amount = $108.91 |
| 04/10/07 | CAVANAUGH'S RESTAURANT | MEALSCL | Amount = $82.00 |
| 04/10/07 | CAVANAUGH'S RESTAURANT | MEALSCL | Amount = $157.50 |
| 04/10/07 | GALLUCIO'S CAFÉ | MEALSCL | Amount = $57.39 |
| 04/11/07 | CAVANAUGH'S RESTAURANT | MEALSCL | Amount = $241.15 |
| 04/11/07 | TAKE OUT TAXI | MEALSCL | Amount = $110.52 |
| 04/12/07 | CAVANAUGH'S RESTAURANT | MEALSCL | Amount = $80.00 |
| 04/12/07 | CAVANAUGH'S RESTAURANT | MEALSCL | Amount = $218.25 |
| 04/16/07 | GROTTO PIZZA, INC. | MEALSCL | Amount = $32.58 |
| 04/17/07 | GALLUCIO'S CAFÉ | MEALSCL | Amount = $19.94 |
| 04/18/07 | GALLUCIO'S CAFÉ | MEALSCL | Amount = $76.44 |

---

[2]Entries in bold appear to be duplicative.

| 04/18/07 | GALLUCIO'S CAFÉ | MEALSCL | Amount = $13.99 |
| 04/19/07 | THE GREENERY CATERERS | MEALSCL | Amount = $91.70 |
| 04/19/07 | CAVANAUGH'S RESTAURANT | MEALSCL | Amount = $160.50 |
| 04/23/07 | GALLUCIO'S CAFÉ | MEALSCL | Amount = $50.73 |
| 04/24/07 | GALLUCIO'S CAFÉ | MEALSCL | Amount = $23.19 |
| 04/24/07 | THE GREENERY CATERERS | MEALSCL | Amount = $76.15 |
| 04/24/07 | THE GREENERY CATERERS | MEALSCL | Amount = $86.89 |
| 04/24/07 | CAVANAUGH'S RESTAURANT | MEALSCL | Amount = $155.70 |
| 05/01/07 | GALLUCIO'S CAFÉ:<br>Dinner orders - 5/1 thru 5/11/07 | MEALSCL | Amount = $40.20 |
| 05/02/07 | GALLUCIO'S CAFÉ:<br>Dinner orders - 5/1 thru 5/11/07 | MEALSCL | Amount = $21.50 |
| 05/03/07 | GALLUCIO'S CAFÉ:<br>Dinner orders - 5/1 thru 5/11/07 | MEALSCL | Amount = $39.10 |
| 05/04/07 | GALLUCIO'S CAFÉ:<br>Dinner orders - 5/1 thru 5/11/07 | MEALSCL | Amount = $45.45 |
| 05/05/07 | GALLUCIO'S CAFÉ: FOOD SERVICE<br>5/5-5/6/SEE ENCLOSED | MEALSCL | Amount = $32.17 |
| 05/06/07 | GALLUCIO'S CAFÉ: FOOD SERVICE<br>5/5-5/6/SEE ENCLOSED | MEALSCL | Amount = $103.58 |
| 05/07/07 | CAVANAUGH'S RESTAURANT:<br>INVOICES 389-401/FOOD SERVICE 5/1-5/7 | MEALSCL | Amount = $139.00 |
| 05/07/07 | THE GREENERY CATERERS:<br>INVOICES RS392/393/394/395/FOOD SERVICE<br>5/2-5/22 | MEALSCL | Amount = $57.83 |
| 05/11/07 | GALLUCIO'S CAFÉ: FOOD SERVICE<br>5/11-5/17/SEE ENCLOSED | MEALSCL | Amount = $21.54 |
| 05/14/07 | THE GREENERY CATERERS:<br>INVOICES RLF509/RS396/397/398/FOOD SERVICE 5/9-5/14 | MEALSCL | Amount = $76.15 |

| | | |
|---|---|---|
| 05/14/07 | CAVANAUGH'S RESTAURANT:   MEALSCL INVOICES 402-410/FOOD SERVICE 5/8-5/14 | Amount = $118.10 |
| 05/15/07 | CAVANAUGH'S RESTAURANT:   MEALSCL INVOICES 411-423/FOOD SERVICE 5/15-5/21 | Amount = $138.60 |
| 05/15/07 | THE GREENERY CATERERS:      MEALSCL RS403/RS404/FOOD SERVICE 4/30-5/24 | Amount = $76.15 |
| 05/15/07 | GALLUCIO'S CAFÉ: FOOD SERVICE      MEALSCL 5/11-5/17/SEE ENCLOSED | Amount = $28.48 |
| 05/16/07 | GALLUCIO'S CAFÉ: FOOD SERVICE      MEALSCL 5/11-5/17/SEE ENCLOSED | Amount = $64.24 |
| 05/17/07 | GALLUCIO'S CAFÉ: FOOD SERVICE      MEALSCL 5/17-5/31/SEE ENCLOSED | Amount = $24.03 |
| 05/18/07 | GALLUCIO'S CAFÉ: FOOD SERVICE      MEALSCL 5/17-5/31/SEE ENCLOSED | Amount = $26.27 |
| 05/21/07 | CAVANAUGH'S RESTAURANT:          MEALSCL INVOICES 424-436/FOOD SERVICE 5/21-5/23 | Amount = $239.75 |
| **05/21/07** | **THE GREENERY CATERERS:    MEALSCL Food Service for 5/21/07 and 5/22/07** | **Amount = $154.98** |
| 05/21/07 | GALLUCIO'S CAFÉ: INVOICE       MEALSCL 221044/FOOD SERVICE ON 5/21/07/139845/157422 | Amount = $24.31 |
| 05/21/07 | GROTTO PIZZA, INC.: INVOICES MEALSCL 3721/3773/FOOD SERVICE 5/21-22/157422 AND 156910 | Amount = $20.88 |
| 05/22/07 | GROTTO PIZZA, INC.: INVOICES MEALSCL 3721/3773/FOOD SERVICE 5/21-22/157422 AND 156910 | Amount = $23.55 |

| | | | |
|---|---|---|---|
| 05/23/07 | GALLUCIO'S CAFÉ: FOOD SERVICE 5/17-5/31/SEE ENCLOSED | MEALSCL | Amount = $23.48 |
| 05/30/07 | CAVANAUGH'S RESTAURANT: INVOICES 437-449/FOOD SERVICE 5/24-5/30 | MEALSCL | Amount = $39.20 |
| 05/30/07 | GALLUCIO'S CAFÉ: DINNER ORDERS 5/30-6/5/SEE ENCLOSED | MEALSCL | Amount = $24.28 |
| 05/30/07 | THE GREENERY CATERERS: INVOICE RS407/FOOD SERVICE ON 5/30/07 | MEALSCL | Amount = $40.26 |
| **05/21/07** | **THE GREENERY CATERERS: INVOICES RS401/405/406/FOOD SERVICE 5/11-5/31** | **MEALSCL** | **Amount = $154.98** |
| 06/01/07 | GALLUCIO'S CAFÉ: DINNER ORDERS 5/30-6/5/SEE ENCLOSED | MEALSCL | Amount = $28.08 |
| 06/07/07 | Messenger and delivery, 6/6/07, FROM HARRY'S SEAFOOD GRILL, KZS/CXG | MESS | Amount = $73.50 |
| 06/08/07 | GALLUCIO'S CAFÉ: Food Service, 6/7/07 through 6/13/07 | MEALSCL | Amount = $20.99 |
| **06/14/07** | **THE GREENERY CATERERS: INVOICES RS415/RS416/RS417/RS418/FOOD SERVICE 6/14-6/20** | **MEALSCL** | **Amount = $17.54** |
| 06/14/07 | CAVANAUGH'S RESTAURANT:   INVOICES 477-481/FOOD SERVICE 6/13-6/14 | MEALSCL | Amount = $33.50 |
| **06/15/07** | **THE GREENERY CATERERS: INVOICES RS415/RS416/RS417/RS418/FOOD SERVICE 6/14-6/20** | **MEALSCL** | **Amount = $17.54** |
| 06/15/07 | CAVANAUGH'S RESTAURANT:   INVOICES 482-484/FOOD SERVICE 6/15-6/18 | MEALSCL | Amount = $75.60 |
| 06/18/07 | GALLUCIO'S CAFÉ: FOOD SERVICE 6/14-6/25/SEE ENCLOSED | MEALSCL | Amount = $16.99 |
| 6/19/07 | GALLUCIO'S CAFÉ: FOOD SERVICE 6/14-6/25/SEE ENCLOSED | MEALSCL | Amount = $40.77 |

| | | | |
|---|---|---|---|
| 06/19/07 | GALLUCIO'S CAFÉ: FOOD SERVICE 6/14-6/25/SEE ENCLOSED | MEALSCL | Amount = $72.34 |
| 06/19/07 | Messenger and delivery, 6/14/07, FROM LETTUCE FEED YOU, JMM | MESS | Amount = $18.50 |
| 06/19/07 | Messenger and delivery, 6/15/07, FROM LA BAGEL, MJM | MESS | Amount = $44.00 |
| 06/19/07 | Messenger and delivery, 6/15/07, FROM PRETZEL BOYS, MJM | MESS | Amount = $26.87 |
| 06/20/07 | Messenger and delivery, 6/19/07, FROM HARRY'S SEAFOOD, WLD | MESS | Amount = $93.65 |
| 06/25/07 | GALLUCIO'S CAFÉ: FOOD SERVICE 6/14-6/25/SEE ENCLOSED | MEALSCL | Amount = $21.48 |
| 06/28/07 | Messenger and delivery, 6/27/07, FROM LETTUCE FEED YOU, MJM | MESS | Amount = $26.60 |
| 07/11/07 | GALLUCIO'S CAFÉ: FOOD SERVICE 6/25-7/11/SEE ENCLOSED | MEALSCL | Amount = $37.27 |
| 07/11/07 | Messenger and delivery, 7/10/07, FROM HARRY'S SEAFOOD GRILL, CXG | MESS | Amount = $59.35 |
| 07/13/07 | GALLUCIO'S CAFÉ: FOOD SERVICE 7/13-7/26/SEE ENCLOSED | MEALSCL | Amount = $31.89 |
| 07/16/07 | THE GREENERY CATERERS: INVOICES RS424-RS429/FOOD SERVICE 7/2-7/16 | MEALSCL | Amount = $41.32 |
| 07/16/07 | CAVANAUGH'S RESTAURANT: INVOICES 518-528/FOOD SERVICE 7/11-7/18 | MEALSCL | Amount = $101.00 |
| 07/23/07 | GALLUCIO'S CAFÉ: FOOD SERVICE 7/13-7/26/SEE ENCLOSED | MEALSCL | Amount = $24.98 |

Exhibit E.

| 04/04/07 | CITY WIDE LIMOUSINE SERVICE | TRAV Amount = $70.00 |

04/04/07    CITY WIDE LIMOUSINE SERVICE        TRAV Amount = $70.00

04/18/07    ROADRUNNER EXPRESS INC            TRAV Amount = $81.60

05/07/07    EAGLE TRANSPORTATION SERVICES: TRAV  Amount = $92.70
            INVOICE 13263/ACCT RICH/FING/5/7
            AND 5/8 TRAVEL/ 157422

05/08/07    EAGLE TRANSPORTATION SERVICES: TRAV  Amount = $92.70
            INVOICE 13263/ACCT RICH/FING/5/7
            AND 5/8 TRAVEL/ 157422

05/15/07    EAGLE TRANSPORTATION SERVICES: TRAV  Amount = $55.90
            INVOICE 13301/ACCT
            RICH/FING/TRAVEL ON 5/15/07/MATTER
            157422

05/15/07    ROADRUNNER EXPRESS INC: INVOICE    TRAV    Amount = $80.10
            97924-05/ACCT 990153/TRAVEL 5/15-5/20

05/15/07    EAGLE TRANSPORTATION SERVICES: TRAV    Amount = $55.90
            INVOICES 13341/13342/ACCT
            RICH/FING/TRAVEL 5/15-5/21

05/21/07    EAGLE TRANSPORTATION SERVICES: TRAV    Amount = $201.58
            INVOICES 13341/13342/ACCT
            RICH/FING/TRAVEL 5/15-5/21

05/25/07    AMERICAN EXPRESS: 3782 938224      TRAV    Amount = $1,013.20
            21XXX/FIRM FILINGS/TRAVEL ETC

05/30/07    A TOUCH OF ELEGANCE LIMOUSINE    TRAV    Amount = $83.20
            SERVICE INC.: INVOICE
            520075398/SERVICES 5/30-5/31

06/15/07    ROADRUNNER EXPRESS INC: INVOICE   TRAV    Amount = $80.10
            98247-06/ACCT 990153/TRAVEL 6/11-6/15

06/15/07    EAGLE TRANSPORTATION SERVICES: TRAV    Amount = $92.70
            INVOICE 13486/TRAVEL ON
            6/15/07/157422

06/26/07    AMERICAN EXPRESS: 3782          TRAV    Amount = $525.00
            938224-2XXX-FIRM FILINGS/TRAVEL

ETC

| 07/16/07 | EAGLE TRANSPORTATION SERVICES: INVOICE 13617/ACCT RICH/LAYT/JUNE 13-16 TRAVEL | TRAV  Amount = $94.77 |
| 07/16/07 | EAGLE TRANSPORTATION SERVICES: INVOICE 13617/ACCT RICH/LAYT/JUNE 13-16 TRAVEL | TRAV  Amount = $57.19 |
| 07/23/07 | AMERICAN EXPRESS: ACCT 3782 938224 21XXX/FIRM TRAVEL/FILINGS ETC. | TRAV  Amount = $218.00 |

<u>Exhibit F</u>

| | | | |
|---|---|---|---|
| 04/25/07 | IKON OFFICE SOLUTIONS | TELC | Amount = $264.00 |
| 05/04/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07050020/07050024/07050040/FAX BROADCASTS 139845-65. 25//157422-860.75 | TELC | Amount = $860.75 |
| 05/11/07 | IKON OFFICE SOLUTIONS: Fax Broadcasts/ Invoice #'s WIL07050058, 0050, & 0051 | TELC | Amount = $1,256.75 |
| 05/23/07 | IKON OFFICE SOLUTIONS: FAX BROADCAST 5/11-5/18/SEE ENCLOSED/MATTER 157422 | TELC | Amount = $4,005.00 |
| 05/25/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07050343/07050325/FAX BROADCASTS 5/25-5/29/157422 | TELC | Amount = $641.75 |
| 05/29/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07050343/07050325/FAX BROADCASTS 5/25-5/29/157422 | TELC | Amount = $731.50 |
| 06/14/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07060153/WIL07060176/FAX BROADCAST/157422 | TELC | Amount = $861.00 |
| 06/15/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07060153/WIL07060176/FAX BROADCAST/157422 | TELC | Amount = $855.75 |
| 06/25/07 | IKON OFFICE SOLUTIONS: INVOICE WIL07060282/WIL07060289/FAX BROADCASTS 156223-165. 00/157422-385.25 | TELC | Amount = $385.25 |
| 07/13/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07070143/07070093/07070113/07070144 / 07070126/FAX BROADCASTS/ 129910/139845/157422/ 156223 | TELC | Amount = $252.00 |
| 07/13/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07070143/07070093/07070113/07070144 / 07070126/FAX BROADCASTS/ 129910/139845/157422/ 156223 | TELC | Amount = $238.00 |

| 07/27/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07070290/07070289/FAX BROADCASTS/139845/157422 | TELC | Amount = $247.50 |
|---|---|---|---|
| 07/30/07 | IKON OFFICE SOLUTIONS: INVOICES WIL07070308/07080062/07080073/FAX BROADCAST/157422 | TELC | Amount = $247.50 |

Response Exhibit 1

| 4/1/07 | Gallucio's Café | Lunch for 8 $72.04 | Meeting with co-counsel to prepare first day hearing |
|---|---|---|---|
| 4/3/07 | Cavanaugh's Restaurant | Breakfast for 15 $120.75 | Meeting with co-counsel to prepare for first day hearing |
| | | Lunch for 10 $233.00 | Meeting with co-counsel to prepare for firs day hearing |
| | | Dinner for 10 $273.50 | Meeting with co-counsel following first day hearing |
| 4/3/07 | Cavanaugh's Restaurant | $627.25 | Duplicate invoice, credit given to RLF on 44/20/07 invoice |
| 4/3/07 | The Greenery Caterers | $61.92 | 2 cases of water provided for meeting with co-counsel to prepare for first day hearing |
| 4/4/07 | Gallucio's Café | Lunch for 4 $58.21 | Meeting with co-counsel re first-day filings |
| 4/4/07 | Grotto Pizza, Inc. | Lunch for 3 $43.07 | Internal meeting regarding retention applications |
| 4/5/07 | Gallucio's Café | Dinner for 1 $10.81 | After-hours filing of motion to approve procedures for interim compensation |
| 4/5/07 | Gallucio's Café | Dinner for 1 $10.83 | After-hours filing of application to employ Lazard |
| 4/5/07 | Gallucio's Café | Dinner for 1 $10.81 | After-hours filing of motion to approve procedures for interim compensation  (not a duplication but an additional meal ordered) |
| 4/9/07 | Cavanaugh's Restaurant | Lunch for 5 $69.25 Snacks for 5 $40.00 | Lunch meeting with co-counsel regarding preparation for formation meeting |
| 4/9/07 | Gallucio's Café | Dinner for 4 $108.91 | Meeting with co-counsel regarding preparation for formation meeting |
| 4/10/07 | Cavanaugh's Restaurant | Breakfast for 10 $82.00 | Meeting with co-counsel regarding preparation for 4/10/07 hearing |
| 4/10/07 | Cavanaugh's Restaurant | Lunch for 10 $157.50 | Meeting with co-counsel regarding 4/10/07 hearing |
| 4/10/07 | Gallucio's Café | Dinner for 2 $57.39 | After-hours filing of application to employ Hennigan Bennett |
| 4/11/07 | Cavanaugh's Restaurant | Breakfast for 7 $70.00 Lunch for 7 $171.15 | Meeting with co-counsel regarding preparation for 4/12/07 hearing |
| 4/11/07 | Take Out Taxi - | Dinner for 3 | Preparation for 4/12/07 hearing |

|  | Lamberti's | $110.52 |  |
|---|---|---|---|
| 4/12/07 | Cavanaugh's Restaurant | Breakfast for 8 $80.00 | Meeting with co-counsel regarding preparation for 4/12/07 hearing |
| 4/12/07 | Cavanaugh's Restaurant | Lunch for 9 $218.25 | Meeting with co-counsel regarding 4/12/07 hearing |
| 4/16/07 | Grotto Pizza, Inc. | Dinner for 2 $32.58 | After-hours filing regarding motion to authorize retention of ordinary course professionals |
| 4/17/07 | Gallucio's Café | Dinner for 1 $19.94 | After-hours filing regarding list of equity security holders for all entities |
| 4/18/07 | Gallucio's Café | Dinner for 3 $76.44 | Preparation regarding loan origination sale motion |
| 4/18/07 | Gallucio's Café | Dinner for 1 13.99 | Preparation regarding loan original sale motion |
| 4/19/07 | The Greenery Caters | Lunch for 10 $160.50 | Meeting with co-counsel for 4/19/07 hearing |
| 4/23/07 | Gallucio's Café | Dinner for 3 $50.73 | Preparation for 4/24/07 hearing |
| 4/24/07 | Gallucio's Café | Dinner for 1 $23.19 | After-hours filings of certification of counsel between debtors and Alaska Seaboard |
| 4/24/07 | The Greenery Caterers | Breakfast for 8 $76.15 | Meeting with co-counsel regarding 4/24/07 hearing |
| 4/24/07 | The Greenery Caterers | Breakfast for 8 $86.89 | Duplicate ordering for meeting with co-counsel regarding 4/27/07 |
| 4/24/07 | Cavanaugh's Restaurant | Lunch for 8 $155.70 | Meeting with co-counsel regarding 4/24/07 hearing |
| 5/1/07 | Gallucio's Café | Dinner for 3 $40.20 | After-hours filing of application to retain Heller Ehrman |
| 5/2/07 | Gallucio's Café | Dinner for 1 $21.50 | After-hours filing of application to Employ ICP |
| 5/3/07 | Gallucio's Café | Dinner for 2 $39.10 | After-hours filing of motion for procedures for automatic stay |
| 5/4/07 | Gallucio's Café | Dinner for 3 $45.45 | After-hours filing of memorandum of law in support of debtors' opposition for preliminary injunction |
| 5/5/07 | Gallucio's Café | Lunch for 2 $32.17 | Preparation for hearing on incentive plans |
| 5/6/07 | Gallucio's Café | Lunch for 3 Dinner for 5 $103.58 | Preparation for hearing on incentive plans |
| 5/7/07 | Cavanaugh's Restaurant | Lunch for 8 $139.00 | Meeting with co-counsel regarding preparation for 5/7/07 hearing |

| 5/7/07 | The Greenery Caterers | Breakfast for 8 $57.83 | Meeting with co-counsel regarding preparation for 5/7/07 hearing |
|--------|----------------------|------------------------|------------------------------------------------------------------|
| 5/11/07 | Gallucio's Café | Dinner for 1 $21.54 | After-hours filing of Skadden Arps retention application |
| 5/14/07 | The Greenery Caterers | Breakfast for 8 $76.15 | Meeting with co-counsel regarding preparation for 5/15/07 hearing |
| 5/14/07 | Cavanaugh's Restaurant | Lunch for 8 $118.10 | Meeting with co-counsel regarding preparation for 5/15/07 hearing |
| 5/15/07 | Cavanaugh's Restaurant | Lunch for 6 $138.60 | Meeting with co-counsel regarding preparation for 5/15/07 hearing |
| 5/15/07 | The Greenery Caterers | Breakfast for 8 $76.15 | Meeting with co-counsel regarding preparation for 5/15/07 hearing |
| 5/15/07 | Gallucio's Café | Dinner for 2 $28.48 | Meeting with co-counsel regarding 5/15/07 hearing |
| 5/16/07 | Gallucio's Café | Dinner for 4 $64.24 | After-hours filing of motion for order to provide adequate protection |
| 5/17/07 | Gallucio's Café | Dinner for 1 $24.03 | After-hours filing of amended motion for order authorizing purchase of security bonds and granting administrative claims |
| 5/18/07 | Gallucio's Café | Dinner for 2 $26.27 | After-hours filing of joint reply of debtors to objection of Wells Fargo regarding sale of debtor's servicing business |
| 5/21/07 | Cavanaugh's Restaurant | Lunch for 15 $239.75 | Meeting with co-counsel regarding preparation for 5/21/07 hearing |
| 5/21/07 | Cavanaugh's Restaurant | Breakfast for 15 $154.98 | Meeting with co-counsel regarding preparation for 5/21/07 hearing |
| 5/21/07 | Gallucio's Café | Lunch for 2 $24.31 | Meeting regarding preparation for 5/21/07 hearing |
| 5/21/07 | Grotto Pizza | Dinner for 2 $20.88 | Provide assistance for co-counsel following 5/21/07 hearing |
| 5/22/07 | Grotto Pizza | Dinner for 2 $23.55 | After-hours filing of certification of counsel approval sale of debtor's servicing business to Carrington |
| 5/23/07 | Gallucio's Café | Dinner for 1 $23.48 | After-hours filing of retention applications for ordinary course professionals |
| 5/30/07 | Cavanaugh's Restaurant | Lunch for 3 $39.20 | Meeting with co-counsel regarding preparation for 5/30/07 hearing |
| 5/30/07 | Gallucio's Café | Dinner for 2 $24.28 | After-hours filing of retention applications for ordinary course professionals |
| 5/30/07 | The Greenery Caterers | Breakfast for 3 | Meeting with co-counsel regarding |

| | | $40.26 | preparation for 5/30/07 hearing |
|---|---|---|---|
| 5/21/07 | The Greenery Caterers | $154.98 | Duplicate entry from 5/21/07. Credit is on April 8, 2007 invoice |
| 6/1/07 | Gallucio's Café | Dinner for 2 $28.08 | After-hours filing of lease rejection notices and motion to approve sale of technology assets |
| 6/7/07 | Harry's Seafood | Dinner for 3 $73.50 | After-hours filing of lease rejection notices, objection of opposition of debtors to GECC's stay relief motion and amended monthly operating reports |
| 6/8/08 | Gallucio's Café | Dinner for 1 $20.99 | After-hours filing of motion to establish deadline to file proofs of claim |
| 6/14/07 | The Greenery Caterers | Breakfast for 2 $17.54 | Preparation for 6/15/07 hearing |
| 6/14/07 | Cavanaugh's Restaurant | Lunch for 2 $33.50 | Preparation for 6/15/07 hearing |
| 6/15/07 | The Greenery Caterers | Breakfast for 2 $17.54 | Preparation for 6/15/07 hearing |
| 6/15/07 | Cavanaugh's Restaurant | Lunch for 4 $75.60 | Preparation for 6/15/07 hearing |
| 6/18/07 | Gallucio's Café | Dinner for 1 $16.99 | After-hours filing of application to retain Ernst & Young |
| 6/19/07 | Gallucio's Café | Dinner for 2 $40.77 | After-hours filing of numerous lease rejection notices |
| 6/19/07 | Gallucio's Café | Dinner for 4 $72.34 | After-hours filing of numerous lease rejection notices |
| 6/19/07 | Lettuce Us Feed You | Lunch for 2 $18.50 on 6/15/07 | Meeting with co-counsel for preparation for 6/15/07 hearing |
| 6/19/07 | LA Bagel | Breakfast for 10 $44.00 on 6/15/07 | Meeting with co-counsel for preparation for 6/15/07 hearing |
| 6/19/07 | Pretzel Boys | Snacks for 10 $26.87 on 6/15/07 | Meeting with co-counsel for preparation for 6/15/07 hearing |

| 6/20/07 | Harry's Seafood | Dinner for 2 $93.65 | After-hours filing of numerous rejection notices |
|---|---|---|---|
| 6/25/07 | Gallucio's Café | Dinner for 1 $21.48 | Potential after-hours filing of rejection notices (filing ultimately did not occur) |
| 6/28/07 | Lettuce Us Feed You | Lunch for 4 $26.60 on 6/27/07 | Preparation for 6/27/07 hearing |

| 7/11/07 | Gallucio's Café | Dinner for 2 $37.27 | After-hours filing of multiple declarations in support of debtors' response to for debtors' application to retain Heller Ehrman |
|---------|-----------------|---------------------|------------------------------------------------------------------------------------------------------------------------------|
| 7/11/07 | Harry's Seafood | Dinner for 2 $59.35 for 7/10/07 | After-hours filing of motion to approve stipulation for order granting relief from automatic stay re to enforce insurance policy and response of debtors to motion of BCIA for order compelling debtor to assume lease |
| 7/13/07 | Gallucio's Café | Dinner for 3 $31.89 | After-hours filing of motion of debtors for order for assignment and assumption of real property leases and motion to extend exclusive period |
| 7/16/07 | The Greenery Caterers | Breakfast for 5 $41.32 | Meeting with co-counsel regarding 7/16/07 hearing |
| 7/16/07 | Cavanaugh's Restaurant | Lunch for 5 $101.00 | Meeting with co-counsel regarding 7/16/07 hearing |
| 7/23/07 | Gallucio's Café | Dinner for 2 $24.98 | After-hours filing of monthly operating reports and monthly fee application of Sheppard Mullin |

Response Exhibit 2

| 4/4/07 | $70.00 | City Wide Limousine Service | Travel from Wilmington to the Philadelphia airport for Ben Logan. The travel was required for attendance at the first day hearing. |
|--------|--------|------------------------------|-------------------------------------------------------------------------|
| 4/18/07 | $81.60 | Roadrunner Express Inc. | Travel from Wilmington to the Philadelphia airport for Brian Metcalf. The travel was required for preparation for the 4/19/07 omnibus hearing. |
| 5/7/07 | $92.70 | Eagle Transportation Services | Travel from Wilmington to the Philadelphia airport for Bruce Bennett. The travel was required for attendance at the 5/7/07 omnibus hearing. |
| 5/8/07 | $92.70 | Eagle Transportation Services | Travel from Wilmington to the Philadelphia airport for Suzzanne Uhland. The travel was required for attendance at the 341 meeting. |
| 5/15/07 | $55.90 | Eagle Transportation Services | Travel from Wilmington to the Philadelphia airport for Ben Logan. The travel was required for attendance at the 5/15/07 omnibus hearing. |
| 5/15/07 | $80.10 | Roadrunner Express Inc. | Travel from Wilmington to the Philadelphia airport for Alejandro Mayorkas. The travel was required for attendance at the 5/15/07 omnibus hearing. |
| 5/15/07 | $55.90 | Eagle Transportation | Travel from Wilmington to the Philadelphia airport for Ben Logan. The travel was required for attendance at the 5/15/07 omnibus hearing. |
| 5/21/07 | $201.58 | Eagle Transportation | Travel from Wilmington to the Philadelphia airport for Suzzanne Uhland. The travel was required for attendance at the 5/15/07 omnibus hearing.<br>Travel from Wilmington to the Philadelphia airport for Ben Logan. The travel was required for attendance at the 5/21/07 omnibus hearing. |
| 5/25/07 | $1,013.20 | American Express | $20.00 on 4/17/07 travel arrangement charge for Mark Collins.<br>$268.00 travel charge for Mark Collins to travel from Delaware to New York by Amtrak for creditors committee meeting.<br>$20.00 on 4/18/07 travel arrangement charge for Victoria Newmark.<br>$175.00 travel charge for Victoria Newmark to travel from California to New York for creditors' committee meeting.<br>$20.00 on 4/18/07 travel arrangement charge for Suzzanne Uhland.<br>$175.00 travel charge for Suzzanne Uhland to travel from California to New York for creditors' committee meeting.<br>$20.00 on 4/18/07 travel arrangement charge for Mark Collins. |

| | | | |
|---|---|---|---|
| | | | $193.00 travel charge for Suzzanne Uhland to New York City by train for creditors' committee meeting $20.00 on 5/1/07 travel arrangement charge for Marcos Ramos. $176.00 travel charge for Marcos Ramos to travel by Amtrak from Delaware to New York for attendance at auction. -$73.80 travel arrangement credit for Marcos Ramos on 5/8/07. |
| 5/30/07 | $83.20 | A Touch of Elegance Limousine | Travel from Wilmington to the Philadelphia airport for Ben Logan.  The travel was required for attendance at the 5/30/07 omnibus hearing. |
| 6/15/07 | $80.10 | Roadrunner Express Inc. | Travel from Wilmington to the Philadelphia airport for S. Younglove.  The travel was required for attendance at the 6/15/07 omnibus hearing. |
| 6/15/07 | $92.70 | Roadrunner Express Inc. | Travel from Wilmington to the Philadelphia airport for Suzzanne Uhland.  The travel was required for attendance at the 6/15/07 omnibus hearing. |
| 6/26/07 | $525.00 | American Express | $20.00 travel arrangement charge for Marcos Ramos. $176.00 travel charge for Marcos Ramos to travel from Delaware to New York by Amtrak for attendance at auction.  $20.00 travel arrangement charge for Mark Collins.  $309.00 travel charge for Mark Collins to travel by Amtrak from Delaware to New York to Hahn & Hessen to meet with creditors' committee. |
| 7/16/07 | $94.77 | Eagle Transportation Services | Travel from Wilmington to the Philadelphia airport for Peter Benvenutti.  The travel was required for attendance at the 7/16/07 omnibus hearing. |
| 7/16/07 | $57.19 | Eagle Transportation Services | Travel from Richards, Layton & Finger to the Wilmington train station for Michael Shepard.  The travel was required for attendance at the 7/16/07 omnibus hearing. |
| 7/23/07 | $218.00 | American Express | $20.00 travel arrangement charge for Mike Merchant. $198.00 travel fee for Mike Merchant to travel from Delaware to New York to attend the technology sale auction. |

Response Exhibit 3

| 4/11/07 through 4/15/07 | $409.50 | The paralegal overtime charges at issue relate to preparation for and filings regarding the 4/12/07 omnibus hearing and miscellaneous after-hours filings as listed in the monthly fee applications. |
|---|---|---|
| 4/11/07 through 4/13/07 | $997.75 | The secretarial overtime charges at issue relate to preparation for the 4/12/07 omnibus hearing and the Carrington sale procedures. |
| 4/27/07 through 4/30/07 | $706.50 | The paralegal overtime charges at issue relate to preparation for the 4/24/07 omnibus hearing. |
| 4/27/07 through 4/30/07 | $2,079.22 | The secretarial overtime charges at issue relate to preparation for the 4/24/07 omnibus hearing. |
| 5/11/07 through 5/15/07 | $657.00 | The paralegal overtime charges at issue relate to preparation for the 5/15/07 omnibus hearing. |
| 5/11/07 through 5/15/07 | $2,248.92 | The secretarial overtime charges at issue relate to the 5/15/07 omnibus hearing. |
| 5/25/07 through 5/31/07 | $257.08 | The secretarial overtime charges at issue relate to preparation for the 5/30/07 hearing. |
| 6/28/07 through 5/31/07 | $127.80 | The secretarial overtime charges at issue relate to the CIT lease rejection agreements. |

<u>Response Exhibit 4</u>

4/3/07

RLF

Mark Collins - handled motion for joint administration, retention of XRoads, motion to maintain insurance policies, motion to pay taxes and the employee wage motion.  Mike Merchant - provided advice to Suzzanne Uhland/Ben Logan/Emily Culler in his capacity as local counsel. Chun Jang - prepared the orders and other documentation related to motions going forward at the hearing and provided logistical support to the other attorneys in attendance on all matters.  Chris Samis - prepared the orders and other documentation related to motions going forward at the hearing and provided logistical support to the other attorneys in attendance on all matters.

OMM

Suzzanne Uhland - handled the introduction and background of the debtors business, the employee wage motion, and the customer programs motion.  Ben Logan - handled the DIP financing motion. Emily Culler - handled the cash management motion.

It should also be noted that this was the first day hearing in the cases and it was exceptionally turbulent. All of these professionals were clearly necessary to efficiently staff a hearing of this magnitude.

4/19/07 Hearing:

RL&F

Mark Collins - provided advice to Suzzanne Uhland/Brian Metcalf in his capacity as local counsel. Marcos Ramos - appeared on behalf of the Debtors in the Alaska Seaboard adversary proceeding status conference.  Chris Samis - prepared the orders and other documentation related to motions going forward at the hearing and provided logistical support to the other attorneys in attendance on all matters.

OMM

Suzzanne Uhland - handled the wages motion, Carrington sale, and the Greenwich Sale.  Brian Metcalf - provided instrumental support to Suzzanne Uhland in presenting the sale-related motions.

4/24/07

RLF

Mark Collins - handled the final hearing on the utilities motion, the motion to extend time to file schedules and statements, the application to retain RLF, the committee confidentiality motion, the

interim compensation motion, the application to retain Lazard, motion to reject various executory contracts and unexpired leases and the bid procedures motion for the Greenwich sale and provided advice to Ben Logan in his capacity as local counsel.

Marcos Ramos - updated the Court on the status of the Alaska Seaboard adversary proceeding.

Chris Samis - prepared the orders and other documentation related to motions going forward at the hearing and provided logistical support to the other attorneys in attendance on all matters.

OMM

Ben Logan - handled the Access sale motion.

5/7/07 Hearing:

RL&F

Bob Stearn - handled the employee incentive/retention plan motion.  Mike Merchant - provided advice to Suzzanne Uhland/Ben Logan in his capacity as local counsel, handled the Hennigan Bennett retention motion and ordinary course professional retention procedures motion.  Marcos Ramos - provided assistance to Suzzanne Uhland regarding the Carrington sale motion. Chris Samis - prepared the orders and other documentation related to motions going forward at the hearing and provided logistical support to the other attorneys in attendance on all matters.

OMM

Suzzanne Uhland - handled the OMM retention application, employee incentive/retention plan motion and Carrington sale motion. Ben Logan - handled the final hearing on the DIP financing motion.

Although your e-mail indicates otherwise, we are not aware of the attendance of a third OMM professional.

5/21/07 Hearing:

RLF

Mike Merchant - provided advice to Suzzanne Uhland/Ben Logan in his capacity as local counsel, handled the Compensation Design Group retention motion and motion to assume/assign certain non-residential real property leases.  Marcos Ramos - provided assistance to Suzzanne Uhland regarding the Carrington sale motion. Chris Samis - prepared the orders and other documentation related to motions going forward at the hearing and provided logistical support to the other attorneys in attendance on all matters.

OMM

Suzzanne Uhland - handled Carrington sale.  Ben Logan - handled the bond motion and omnibus stay relief procedures motion.

Although your e-mail indicates otherwise, we are not aware of the  attendance of a third OMM professional.


6/15/07

RLF

Russ Silberglied - handled the Rubio stay relief motion and provided advice to Suzzanne Uhland in his capacity as local counsel.  Mike Merchant - handled the motion to retain AP Services, the motion to retain Sheppard Mullin, the motion to retain Manatt, the motion to retain Skadden, the motion to retain Howrey and the motion to retain Grant Thornton.  Chris Samis - prepared the orders and other documentation related to motions going forward at the hearing and provided logistical support to the other attorneys in attendance on all matters.

OMM

Suzzanne Uhland - handled the status report on the first meeting with the Examiner, the reporting on the status of the Debtors' management and assisted with the Rubio stay relief motion and motion to retain Howrey.

So, as it should be clear, all of the attorneys who attended these three hearings had a separate and distinct role that was necessary and beneficial to the estates. It should also be noted that these hearings occurred close to the inception of these chapter 11 proceedings when the workload of the professionals in this case was overwhelming.  Accordingly, dividing the tasks among professionals was the only way to effectively and efficiently serve the estates. For these reasons, RL&F stands by its position that the attendance of all RL&F personnel at the hearings is justified.