IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| NEW CENTURY TRS HOLDINGS, INC., | ) Case No. 07-10416 (KJC) |
| *et al.*, | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## STAFFING REPORT BY AP SERVICES, LLC
## FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008

In accordance with the Final Order Under 11 U.S.C. §§ 105 and 363 Authorizing the Employment of AP Services, LLC as Crisis Managers for the Debtors (Docket No. 1268), dated June 15, 2007 (the "Retention Order"), AP Services, LLC ("APS") hereby files its staffing report for the period of January 1, 2007 through January 31, 2008 (the "Staffing Period"), and in support of such report respectfully represents:

1.  Pursuant to APS' engagement letter with Debtors, as modified by the Retention Order, APS was retained by the Debtors to act as crisis managers. In addition, Holly Felder Etlin, of APS, was retained to serve as the Debtor's Chief Restructuring Officer, reporting to the Company's Chief Executive Officer and Board of Directors. APS was engaged for, among other matters, claim reconciliation, cash management and report preparation.

2.  Pursuant to APS' amended retention order dated February 4, 2008, Jamie Lisac of APS was retained to replace Michael G. Tinsley as Chief Financial Officer for the Debtors.

3.  The Retention Order requires APS to file monthly staffing reports with the Court with copies to the United States Trustee and all official committees. The staffing report must include the names and functions filled of the individuals assigned to the case. All staffing is subject to review by the Court in the event an objection is filed.

4. The Retention Order further provides that if APS' engagement by the Debtor materially changes, APS must file a motion to modify the retention. APS may, however, add additional staff to the engagement provided it obtains the Company's concurrence in the staff changes.

5. Attached as Exhibit A is a summary of temporary and full-time professionals engaged by APS in connection with this case during the Staffing Period, along with their respective functions. In addition to the officer roles of Holly Etlin and Jamie Lisac, various professionals at APS are engaged in cash management, reporting and claims, review of executory contracts, information technology and wind-down and financial reporting.

6. In addition to full and part-time employees, APS has engaged Wendy Armstrong as an independent contractor to provide claims analysis and resolution, focusing primarily on warehouse lender claims and loan repurchase obligation claims. APS' standard practice is to charge for an independent contractor's services at the APS' rate for a professional of comparable skill and experience, which rate typically exceeds the compensation provided by APS to such independent contractor.

Dated: April 15, 2008    AP SERVICES, LLC

By: /s/ *Todd Brents*
Todd Brents
Managing Director
2000 Town Center, Suite 2500
Southfield, MI 48075

**Exhibit A**

## AP Services, LLC
Summary of Temporary Employees and Functions – New Century TRS Holdings, Inc., et al.
January 1, 2008 through January 31, 2008

| Officer Roles | | |
|---|---|---|
| **Name** | **Description of Function** | **Hourly Rate** |
| Holly Etlin | Engagement Leader | $ 695.00 |
| Jamie Lisac | Manager - Financial Reporting | $ 525.00 |

| Non-Officer Roles | | |
|---|---|---|
| **Name** | **Description of Function** | **Hourly Rate** |
| Albert A Koch | Director - Engagement Oversight | $ 750.00 |
| Todd Brents | Director - Reporting and Claims | $ 625.00 |
| Henry Colvin | Manager - Reporting and Claims | $ 530.00 |
| Eva Anderson | Manager - Executory Contracts and Estate Staffing | $ 525.00 |
| Daniel Puscas | Manager - Information Technology Wind Down and IT Asset Sales | $ 525.00 |
| Michelle C. Campbell | Director - Reporting and Claims | $ 495.00 |
| Andrew Wagner | Manager - Executory Contracts and Claims | $ 400.00 |
| Brieh Guevara | Manager - Reporting and Claims | $ 400.00 |
| * Wendy Armstrong | Manager - Reporting and Claims | $ 400.00 |
| Dennis DeBassio | Manager - Cash Management | $ 315.00 |

*\* Independent Contractor*