# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **NEW CENTURY TRS HOLDINGS, INC.**, a Delaware corporation, et al.,[1] | : Case No. 07-10416 (KJC) |
| | : |
| | : Jointly Administered |
| | : |
| **Debtors.** | : Docket No. 5396 |

## NOTICE OF FILING OF STIPULATION BETWEEN DEBTORS AND DB STRUCTURED PRODUCTS, INC. ESTABLISHING THE AMOUNT OF EPD BREACH CLAIM(S) FOR VOTING PURPOSES

PLEASE TAKE NOTICE that, on April 17, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Stipulation Between Debtors and DB Structured Products, Inc. Establishing the Amount of EPD Breach Claim(s) for Voting Purposes* (the "Stipulation") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership and New Century Warehouse Corporation, a California corporation.

RLF1-3274253-1

PLEASE TAKE FURTHER NOTICE that a true and correct copy of the Stipulation is attached hereto as <u>Exhibit A</u>.

Dated: April 17, 2008
       Wilmington, Delaware

                                                  /s/ *signature*
                                    Mark D. Collins (No. 2981)
                                    Michael J. Merchant (No. 3854)
                                    Christopher M. Samis (No. 4909)
                                    RICHARDS, LAYTON & FINGER, P.A.
                                    One Rodney Square
                                    920 North King Street
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 651-7700
                                    Facsimile: (302) 651-7701

                                    - and -

                                    Suzzanne S. Uhland
                                    Ben H. Logan
                                    O'MELVENY & MYERS LLP
                                    275 Battery Street
                                    San Francisco, California 94111
                                    Telephone: (415) 984-8700
                                    Facsimile: (415) 984-8701

                                    ATTORNEYS FOR DEBTORS
                                    AND DEBTORS IN POSSESSION