## EXHIBIT A

RLF1-3274284-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** <br><br> **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, et al.,[1] <br><br> Debtors. | **Chapter 11** <br><br> Case No. 07-10416 (KJC) <br><br> Jointly Administered <br> Re: Docket No. 5024 |

**ORDER (REVISED) PURSUANT TO 11 U.S.C. §§ 502, 503, 506 AND 507, FED R. BANKR. P. 3007 AND 9014, AND DEL. BANKR. L.R. 3007-1 DISALLOWING AND EXPUNGING CERTAIN (A) AMENDED AND SUPERSEDED CLAIMS; (B) DUPLICATE CLAIMS; (C) LATE FILED CLAIMS; AND (D) NO SUPPORTING DOCUMENTATION CLAIMS SET FORTH IN DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS**

Upon the Debtors' Fifteenth Omnibus Objection To Claims: Non-Substantive Objection Pursuant to 11 U.S.C. §§ 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) Late Filed Claims; and (D) No Supporting Documentation Claims (the "Objection"),[2] filed by New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc, ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession in the above-styled case (collectively, the "Debtors"); and it appearing that notice of the objection was good and sufficient upon the particular

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

circumstances and that no other or further notice need be given; and the Court having considered the Objection, the claims listed on Exhibits A through D annexed hereto, and any responses thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

FOUND AND DETERMINED THAT:

A. This Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B. Each holder of a claim (as to each, a "Claim") listed on Exhibits A through D attached hereto was properly and timely served with a copy of the Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C. Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

D. The Amended and Superseded Claims listed on Exhibit A hereto are Claims that have been amended and superseded by other claims set forth in later Proofs of Claim and, therefore, have been amended and superseded by the Remaining Claims; and

E. The Duplicate Claims listed on Exhibit B hereto are Claims that assert duplicate or multiple claims against the same Debtor asserting the same liability in the same amount and, therefore, are duplicative of those asserted in the remaining Claims; and

F. The Late Filed Claims listed on Exhibit C hereto are Claims that were filed after the Bar Date and, therefore, were not timely filed; and

G. The No Supporting Documentation Claims listed on Exhibit D hereto are Claims for which no supporting documentation was attached to the filed Proofs of Claim; and

H. The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

2

ORDERED, ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Amended and Superseded Claims listed on <u>Exhibit A</u> in the column labeled "Amended Claim Number" be, and hereby are, disallowed or expunged in their entirety.

3. The Duplicate Claims listed on <u>Exhibit B</u> in the column labeled "Duplicate Claim Number" be, and hereby are, disallowed and expunged in their entirety, and each Claimant retains a Claim that incorporates the entire liability asserted by the Claimant.

4. The Late Filed Claims listed on <u>Exhibit C</u> be, and hereby are, disallowed and expunged in their entirety.

5. The No Supporting Documentation Claims listed on <u>Exhibit D</u> be, and hereby are, disallowed and expunged in their entirety.

6. The objection is hereby continued to May 7, 2008 at 10:00 a.m. with respect to the following Claims: Doug Belden Hillsborough County Tax Collector [Claim Nos. 3412, 3415, 3416, 3414 and 3413], Travis County [Claim Nos. 3735 and 1818], Tajvinder S. Bindra [Claim No. 3723], Pierre R. Augustin Pro Se Creditor & Party in Interest [Claim No. 3781] and AT&T [Claim No. 3683].

7. The Objection is hereby withdrawn with respect to the following Claim: Countrywide Tax Services Corp. [Claim No. 3621].

8. The Debtors' rights to amend, modify, or supplement this Objection, to file additional objections to the Claims or any other claims (filed or not) which may be asserted against the Debtors, and to seek further reduction of any Claim to the extent such Claim has been paid, are preserved. Additionally, should one or more of the grounds of objection stated in this Objection be dismissed, the Debtors rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these cases are preserved.

RLF1-3274392-1

9. This Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

10. Each Claim and the objections by the Debtors to such Claim, as addressed in the Objection and as set forth on Exhibits A through D hereto, constitutes a separate contested matter as contemplated by Fed, R. Bankr. P. 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

Dated: April ____, 2008
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

15th Omnibus Objection

## Exhibit A
## Amended Claims - Ordered

In re: New Century TRS Hldgs, Inc. et al.
Case No. 07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| 816 Connecticut Avenue LP Deckelbaum Ogens & Rafery Chtd 3 Bethesda Metro Ctr Ste 200 Bethesda, MD 20814 | 07-10417 | 3316 | 07-10417 | 3762 | $0.00 | $0.00 | $0.00 | $137,065.63 | $137,065.63 | $0.00 | $0.00 | $0.00 | $121,731.08 | $121,731.08 |
| Aurora Loan Services LLC on behalf of Certain Trusts Latham & Watkins LLP 885 Third Ave New York, NY 10022 | 07-10419 | 2374 | 07-10419 | 3803 | $4,010,859.05 | $0.00 | $0.00 | $0.00 | $4,010,859.05 | $8,262,851.97 | $0.00 | $0.00 | $0.00 | $8,262,851.97 |
| Broward County Dept of Finance Governmental Center Annex 115 S Andrews Ave Ft Lauderdale, FL 33301 | 07-10416 | 374 | 07-10416 | 3744 | $2,480.94 | $0.00 | $0.00 | $0.00 | $2,480.94 | $859.81 | $0.00 | $0.00 | $0.00 | $859.81 |
| County of Denton Denton County Fresh Water District No 6 1700 Jeffrey Way Ste 100 PO Box 1269 Round Rock, TX 78680 | 07-10416 | 472 | 07-10416 | 3785 | $15,200.30 | $0.00 | $0.00 | $0.00 | $15,200.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dina L Kenzy 4452 Dry Creek Rd PPO Box 1744 Middletown, CA 95461 | 07-10421 | 92 | 07-10421 | 3791 | $0.00 | $0.00 | $7,561.06 | $0.00 | $7,561.06 | $0.00 | $0.00 | $3,735.21 | $0.00 | $3,735.21 |
| Grayson County Linebarger Goggan Blair & Sampson LLP 2323 bryan St Ste 1600 Dallas, TX 75201 | 07-10419 | 561 | 07-10419 | 3682 | $2,212.91 | $0.00 | $0.00 | $0.00 | $2,212.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hidalgo County Perdue Brandon Fielder Collins & Mott LLP 3301 Northland Dr Ste 505 Austin, TX 78731 | 07-10416 | 700 | 07-10416 | 3738 | $4,846.17 | $0.00 | $0.00 | $0.00 | $4,846.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| La Joya ISD Perdue Brandon Fielder Collins & Mott LLP 3301 Northland Dr Ste 505 Austin, TX 78731 | 07-10416 | 680 | 07-10416 | 3737 | $5,161.80 | $0.00 | $0.00 | $0.00 | $5,161.80 | $2,135.41 | $0.00 | $0.00 | $0.00 | $2,135.41 |

15th Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Amended Claims - Ordered

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Mack Cali Chestnut Ridge LLC<br>Mack Cali Realty Corp 343 Thornall St<br>Edison, NJ 08837-2206 | 07-10416 | 1106 | 07-10416 | 3739 | $0.00 | $0.00 | $0.00 | $3,006.12 | $3,006.12 | $0.00 | $0.00 | $0.00 | $6,183.94 | $6,183.94 |
| Maxx Partners Ltd<br>13135 Dairy Ashford 290<br>Sugar Land, TX 77478 | 07-10416 | 2652 | 07-10416 | 3800 | $0.00 | $0.00 | $0.00 | $862,066.80 | $862,066.80 | $0.00 | $0.00 | $0.00 | $393,786.20 | $393,786.20 |
| Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | 07-10421 | 823 | 07-10421 | 3648 | $1,468.04 | $0.00 | $0.00 | $0.00 | $1,468.04 | $386.93 | $0.00 | $0.00 | $0.00 | $386.93 |
| Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | 07-10421 | 822 | 07-10421 | 3670 | $231.12 | $0.00 | $0.00 | $0.00 | $231.12 | $462.21 | $0.00 | $0.00 | $0.00 | $462.21 |
| Tax Appraisal District of Bell County<br>700 Jeffrey Way Ste 100 PO Box 1269<br>Round Rock, TX 78680 | 07-10416 | 471 | 07-10416 | 3784 | $8,898.71 | $0.00 | $0.00 | $0.00 | $8,898.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Verizon<br>PO Box 25087<br>Wilmington, DE 19899-5087 | 07-10419 | 1295 | 07-10419 | 3751 | $0.00 | $0.00 | $0.00 | $356.67 | $356.67 | $0.00 | $0.00 | $3,735.21 | $1,381.73 | $1,381.73 |
| **Claims To Be Expunged Totals** | | | | 14 | $4,051,359.04 | $0.00 | $7,561.06 | $1,002,495.22 | $5,061,415.32 | $8,266,696.33 | $0.00 | $3,735.21 | $523,082.95 | $8,793,514.49 |

Page 2

# **EXHIBIT B**

15th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit B
## Duplicate Claims - Ordered

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Hidalgo County | 07-10416 | 3763 | 07-10416 | 3738 | $3,448.55 | $0.00 | $0.00 | $0.00 | $3,448.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Perdue Brandon Fielder Collins & Mott LLP<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | | | | | | | | | | | | | | |
| La Joya Independent School District | 07-10416 | 3758 | 07-10416 | 3737 | $2,135.41 | $0.00 | $0.00 | $0.00 | $2,135.41 | $2,135.41 | $0.00 | $0.00 | $0.00 | $2,135.41 |
| Perdue Brandon Fielder Collins & Mott LLP<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | | | | | | | | | | | | | | |
| Liberty Property Trust<br>324 E Wisconsin Ave Ste 1100<br>Milwaukee, WI 53202 | 07-10419 | 3325 | 07-10419 | 2283 | $0.00 | $0.00 | $0.00 | $60,869.25 | $60,869.25 | $0.00 | $0.00 | $0.00 | $60,869.25 | $60,869.25 |
| Webb Mason Inc<br>PO Box 37289<br>Baltimore, MD 21297-3289 | 07-10421 | 3790 | 07-10421 | 858 | $0.00 | $0.00 | $0.00 | $245,495.74 | $245,495.74 | $0.00 | $0.00 | $0.00 | $245,495.74 | $245,495.74 |
| Claims To Be Expunged Totals | | | | 5 | $5,583.96 | $700,264.80 | $0.00 | $306,364.99 | $1,012,213.75 | $2,135.41 | $700,264.80 | $0.00 | $306,364.99 | $1,008,765.20 |

# EXHIBIT C

15th Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

# Exhibit C
## Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | To Be Expunged Claim Amount | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | Admin | Priority | Unsecured | |
| Ayyasamy Subramanian<br>489 Deerfield Ave<br>Irvine, CA 92606 | 07-10416 | 3772 | 1/10/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| Balboa Life Insurance Company<br>Paul T Liu EVP Deputy General Counsel 3220 Las Virgenes Rd MS A C 11<br>Calabasas, CA 91302-0041 | 07-10419 | 3622 | 10/19/2007 | $0.00 | $0.00 | $0.00 | $55,424.00 | $55,424.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| City Of Stockton<br>425 N El Dorado<br>Stockton, CA 95202-1997 | 07-10419 | 3686 | 11/14/2007 | $206.70 | $0.00 | $0.00 | $0.00 | $206.70 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| City of Sugar Land<br>Linebarger Goggan Blair & Sampson LLP PO Box 3064<br>Houston, TX 77253-3064 | 07-10416 | 3718 | 11/19/2007 | $1,349.67 | $0.00 | $0.00 | $0.00 | $1,349.67 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Clarion Mortgage Capital Inc<br>410 17th St Ste 2400<br>Denver, CO 80202 | 07-10416 | 3745 | 12/13/2007 | $0.00 | $0.00 | $0.00 | $2,016,000.00 | $2,016,000.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| Dan McAllister<br>1600 Pacific Hwy Rm 162<br>San Diego, CA 92101 | 07-10419 | 3691 | 11/5/2007 | $33,348.71 | $0.00 | $0.00 | $0.00 | $33,348.71 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Dutton & Dutton P C<br>10325 W Lincoln Hwy<br>Frankfort, IL 60423 | 07-10419 | 3766 | 1/10/2008 | $0.00 | $0.00 | $0.00 | $4,045.00 | $4,045.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| Effingham County Clerk Of The Superior Court<br>901 N Pine St<br>Springfield, GA 31329 | 07-10443 | 3668 | 11/2/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Galveston County<br>Linebarger Goggan Blair & Sampson LLP PO Box 3064<br>Houston, TX 77253-3064 | 07-10416 | 3719 | 11/19/2007 | $1,226.02 | $0.00 | $0.00 | $0.00 | $1,226.02 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |

15th Omnibus Objection

Exhibit C
Claims Filed After Bar Date - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Goose Creek Ind Lee Jr College PO Box 809 Baytown, TX 77522-0809 | 07-10416 | 3709 | 12/5/2007 | $2,503.74 | $0.00 | $0.00 | $0.00 | $2,503.74 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Grant County Treasurer PO Box 37 Ephrata, WA 98823 | 07-10421 | 3736 | 12/17/2007 | $135.86 | $0.00 | $0.00 | $0.00 | $135.86 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Hendricks County Treasurer 355 S Washington St No 215 Danville, IN 46122 | 07-10419 | 3630 | 10/26/2007 | $256.79 | $0.00 | $0.00 | $0.00 | $256.79 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Jackson County Treasurer 120 W Michigan Ave Jackson, MI 49201 | 07-10419 | 3640 | 10/9/2007 | $571.52 | $0.00 | $0.00 | $0.00 | $571.52 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Marilyn E Wood Revenue Commissioner PO Box 1169 Mobile, AL 36633-1169 | 07-10419 | 3796 | 1/11/2008 | $631.19 | $0.00 | $0.00 | $0.00 | $631.19 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| North Plainfield Sewer 263 Somerset St North Plainfield, NJ 07060 | 07-10416 | 3724 | 12/13/2007 | $0.00 | $0.00 | $1,357.63 | $0.00 | $1,357.63 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Okaloosa County Tax Collector 151 C North Eglin Pkwy Ft Walton Beach, FL 32548 | 07-10416 | 3773 | 1/10/2008 | $2,517.74 | $0.00 | $0.00 | $0.00 | $2,517.74 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Pacific Appraisals 822 Juniper Pointe Ln Camano Island, WA 98282 | 07-10421 | 3770 | 1/10/2008 | $0.00 | $0.00 | $0.00 | $2,650.00 | $2,650.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| Plunkett And Cooney 38505 Woodward Ste 2000 Bloomfield Hills, MI 48304 | 07-10419 | 3651 | 11/1/2007 | $0.00 | $0.00 | $0.00 | $108.00 | $108.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |

15th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit C
## Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Regents of the University of California on behalf of the University of California Irvine Medical Center Stephenson, Acquisto & Colman 303 N Glenoaks Blvd Ste 700 Burbank, CA 91502 | 07-10419 | 3802 | 1/31/2008 | $0.00 | $0.00 | $0.00 | $7,657.50 | $7,657.50 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| RJ Colony Park III Llc 1301 5th Ave Seattle, WA 98101 | 07-10416 | 3307 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $3,417.83 | $3,417.83 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| San Patricio County Linebarger Goggan Blair & Sampson LLP 1949 S IH 35 78741 PO Box 17428 Austin, TX 78760-7428 | 07-10419 | 3695 | 11/28/2007 | $5,152.97 | $0.00 | $0.00 | $0.00 | $5,152.97 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Sandra L Dawidowski 4194 Stonecutter Ln Vacaville, CA 95688 | 07-10416 | 3764 | 1/10/2008 | $0.00 | $0.00 | $187.50 | $0.00 | $187.50 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| South Verizon Wireless PO Box 3397 Bloomington, IL 61701 | 07-10416 | 3792 | 1/22/2008 | $0.00 | $0.00 | $0.00 | $45,632.86 | $45,632.86 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| Sutter County Tax Collector PO Box 546 Yuba City, CA 95992 | 07-10416 | 3679 | 11/7/2007 | $1,808.68 | $0.00 | $0.00 | $0.00 | $1,808.68 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Sutter County Tax Collector PO Box 546 Yuba City, CA 95992 | 07-10416 | 3675 | 10/30/2007 | $1,808.68 | $0.00 | $0.00 | $0.00 | $1,808.68 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Vigo County Recorder 199 Oak St Terre Haute, IN 47807 | 07-1043 | 3689 | 11/14/2007 | $0.00 | $0.00 | $0.00 | $21.00 | $21.00 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Claims To Be Expunged Totals | | 26 | | $51,518.27 | $0.00 | $1,545.13 | $2,134,956.19 | $2,188,019.59 |

# EXHIBIT D

RLF1-3271083-1

15th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit D
## Claims with No Supporting Documentation - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Annie Carter<br>9550 Blessing Dr 507<br>Houston, TX 77016 | 07-10416 | 1250 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: No Supporting Documentation ||||||||
| Ginger Franklin Jefferson County Trustee<br>PO Box 38<br>Dandridge, TN 37725 | 07-10416 | 3654 | $1,015.00 | $0.00 | $0.00 | $0.00 | $1,015.00 |
| Comments: No Supporting Documentation ||||||||
| Hennepin<br>A600 Government Ctr 300 S 6th St<br>Minneapolis, MN 55487 | 07-10416 | 3655 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: No Supporting Documentation ||||||||
| Jeannette S Brown<br>2759 Green Hollow<br>Missouri City, TX 77489 | 07-10416 | 1502 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: No Supporting Documentation ||||||||
| Jenkins Gwendoline H<br>8652 Morvale Dr<br>Huntington Bch, CA 92646 | 07-10419 | 943 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: No Supporting Documentation ||||||||
| John Knower<br>1115 Darvan Way<br>Sevierville, TN 37876-0800 | 07-10419 | 1168 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: No Supporting Documentation ||||||||
| John M Greedy<br>PO Box 1131<br>Santa Barbara, CA 93102 | 07-10416 | 1382 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: No Supporting Documentation ||||||||
| Marie D Reynolds<br>13150 Cuyahoga Ct<br>Manassas, VA 20112-7804 | 07-10416 | 1003 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: No Supporting Documentation ||||||||
| Michelle D Huff<br>1380 Somerset La<br>Elk Grove Village, IL 60007 | 07-10416 | 1541 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: No Supporting Documentation ||||||||

Page 1

15th Omnibus Objection

# Exhibit D
## Claims with No Supporting Documentation - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount ||||  Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| Stephanie Ann Mason 7544 Millport Dr Roseville, CA 95678 | 07-10419 | 1531 | $0.00 | $0.00 | $0.00 | $6,890.00 | $6,890.00 |
| Comments: | | No Supporting Documentation | | | | | |
| Ted Wender Dhunijam Hargrove Steve Delich 8038 Golden Valley Rd Golden Valley, MN 55427 | 07-10419 | 3722 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | No Supporting Documentation | | | | | |
| Ted Wender Dhunijam Hargrove Steve Delich 8038 Golden Valley Rd Golden Valley, MN 55427 | 07-10419 | 3721 | $0.00 | $0.00 | $0.00 | $29,130.11 | $29,130.11 |
| Comments: | | No Supporting Documentation | | | | | |
| Thomas Tercia 90 Rockledge Dr Newington, CT 06111 | 07-10416 | 1248 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | No Supporting Documentation | | | | | |
| Tony Vinh Phong 8400 Edinger B101 Huntington Beach, CA 92647 | 07-10419 | 1379 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | No Supporting Documentation | | | | | |
| Vernon R Biggers 4271 E Orchard Pl Littleton, CO 80121 | 07-10416 | 2098 | $0.00 | $0.00 | $19,832.00 | $0.00 | $19,832.00 |
| Comments: | | No Supporting Documentation | | | | | |
| Claims To Be Expunged Totals | | 5 | $1,015.00 | $0.00 | $19,832.00 | $15,130.11 | $55,977.11 |