## EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NEW CENTURY TRS HOLDINGS, INC.,** <br> **a Delaware corporation, et al.,**[1] | **Case No. 07-10416 (KJC)** |
| **Debtors.** | **Jointly Administered** |
| | **Re: Docket No. 5260** |

## ORDER (REVISED) PURSUANT TO 11 U.S.C. §§ 502, 503, 506 AND 507, FED R. BANKR. P. 3007 AND 9014, AND DEL. BANKR. L.R. 3007-1 DISALLOWING AND EXPUNGING (A) BOOKS AND RECORDS CLAIMS; (B) INSUFFICIENT DOCUMENTATION CLAIMS; (C)CERTAIN MULTIPLE-DEBTOR DUPLICATE CLAIMS; AND (D) REDUCED AND/OR RECLASSIFIED CLAIMS AS SET FORTH IN DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO CLAIMS

Upon the Debtors' Sixteenth Omnibus Objection To Claims: Substantive Objection Pursuant to 11 U.S.C. §§ 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims (the "Objection"),[2] filed by New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc, ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

in the above-styled case (collectively, the "Debtors"); and it appearing that notice of the objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Objection, the claims listed on Exhibits A through D annexed hereto, and any responses thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

FOUND AND DETERMINED THAT:

A.      This Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B.      Each holder of a claim (as to each, a "Claim") listed on Exhibits A through C attached hereto was properly and timely served with a copy of the Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C.      Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

D.      Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

E.      The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Objection is GRANTED.

---

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

RLF1-3274393-1

2.      The Debtors are granted a waiver of the requirements of Local Rule 3007-1(f)(i) and are permitted to object to the 221 claims listed on Exhibits A through C.

3.      The Books and Records Claims listed on Exhibit A attached hereto be, and hereby are, disallowed and expunged in their entirety.

4.      The Multiple-Debtor Duplicate Claims listed on Exhibit B in the column labeled "Duplicate Claim Number" be, and hereby are, disallowed and expunged in their entirety.

5.      The Reduced and/or Reclassified Claims listed on Exhibit C attached hereto be, and hereby are, reduced and/or reclassified as set forth on Exhibit C.

6.      The Objection is hereby continued to May 7, 2008 at 10:00 a.m. with respect to the following Claims:  ACE American Insurance Company [Claim Nos. 2621, 2617 and 2615], Bankers Standard Insurance Company [Claim No. 2695], CitiMortgage Ins. Its Successors and/or Assigns [Claim No. 1311], CitiMortgage Inc. successor by reason or merger with CitiFinancial Mortgage Company Inc. fka Associates Home Equity Services Inc. [Claim No. 2181], Hartford Fire Insurance Company [Claim Nos. 3608, 3613, 3610, 3616, 3607, 3606, 3592, 3594, 3543, 3612, 3611, 3609, 3615, 3593 and 3614], Indemnity Insurance Company of North America [Claim Nos. 3023, 3013, 2989, 3012, 3009, 3010, 3007, 2991, 2985, 2982, 3014, 3001, 3016, 2996, 3021, 3019, 2719, 2711, 2722, 2953 and 2974], Natixis Real Estate Capital, Inc. [Claim Nos. 3642, 3643, 3646, 3647, 3644 and 3645], Redwood Mortgage Funding Inc. [Claim No. 2596], The Hartford [Claim Nos. 2376, 2424, 2326, 2371, 2339, 2425 and 2338], The Travelers Indemnity Company and its Affiliates [Claim No. 2117], Pennsylvania Department of Revenue [Claim No. 3763], Barclays Bank PLC [Claim No. 3604], Barclays Bank PLC for itself and as Agent for Loan Purchasers [Claim Nos. 3601, 3599, 3589, 3598, 3602 and 3600], Sutton Funding LLC [Claim Nos. 3603 and 3588], Sprint Nextel Corporation [Claim No. 970], Rafidi

3

Alyse Zahi [Claim No. 3111], AT&T [Claim No. 3794] and SBC Global Services Inc. [Claim No. 3748].

7.      The Debtors' rights to amend, modify, or supplement this Objection, to file additional objections to the Claims or any other claims (filed or not) which may be asserted against the Debtors, and to seek further reduction of any Claim to the extent such Claim has been paid, are preserved.  Additionally, should one or more of the grounds of objection stated in this Objection be dismissed, the Debtors rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these cases are preserved.

8.      This Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

9.      Each Claim and the objections by the Debtors to such Claim, as addressed in the Objection and as set forth on Exhibits A through C hereto, constitutes a separate contested matter as contemplated by Fed, R. Bankr. P. 9014 and Local Rule 3007-1.  This Order shall be deemed a separate Order with respect to each Claim.  Any stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which

involves such Claimant and shall not act to stay the applicability and/or finality of this Order

with respect to the other contested matters listed in the Objection or this Order.


Dated: April ____, 2008
       Wilmington, Delaware

_____

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

RLF1-3271084-1

16th Omnibus Objection

Case 07-10416-BLS    Doc 6301-1    Filed 04/17/08    Page 8 of 28

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Alt Cities Mortgage & Financial Inc<br>17900 Parkview Ave No 660<br>Elkina, MN 55415 | 07-10419 | 2293 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| American Home Assurance Company American International Surplus Lines Agency Inc Lexington Insurance Company et al<br>AIG Bankruptcy Collections 70 Pine St/28th Fl<br>New York, NY 10270 | 07-10443 | 3558 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| American Home Assurance Company Et Al<br>AIG Bankruptcy Collections 70 Pine St 28th Fl<br>New York, NY 10270 | 07-10417 | 2661 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| American Home Assurance Company Et Al<br>AIG Bankruptcy Collections 70 Pine St 28th Fl<br>New York, NY 10270 | 07-10416 | 2660 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| CNA Computers<br>9401 Lucia Way<br>Medford, FL 32751 | 07-10421 | 3289 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| CNA Computers<br>9401 Lucia Way<br>Medford, FL 32751 | 07-10419 | 3292 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Data Link Systems LLC<br>Attn Patrick R Howell Esq 555 E Wells St Ste 1900<br>Milwaukee, WI 53202 | 07-10419 | 3131 | $0.00 | $0.00 | $0.00 | $859,357.40 | $859,357.40 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the contract was amended & assigned | | | | |
| David Buskngom<br>3872 Altacrest Dr W<br>Birmingham, AL 35243 | 07-10417 | 1471 | $0.00 | $0.00 | $300,000.00 | $0.00 | $300,000.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Elizabeth Anderson<br>10 Lakepines<br>Irvine, CA 92620 | 07-10416 | 2333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

## Exhibit A

## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Emily C Le<br>21882 Serno Cir<br>Garden Grove, CA 92840 | 07-10416 | 106 | $0.00 | $0.00 | $8,904.00 | $0.00 | $8,904.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10417 | 2783 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10422 | 2821 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10426 | 2837 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10425 | 2829 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10420 | 2832 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10431 | 2846 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10429 | 2754 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10421 | 2850 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

16th Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Neca Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10416 | 2813 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10427 | 2765 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10423 | 2807 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10424 | 2803 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10428 | 2797 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10419 | 2821 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10430 | 2795 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Fiserv Solutions Inc<br>c o Whyte Hirschboeck Dudek SC 555 E Wells St<br>Ste 1900<br>Milwaukee, WI 53202 | 07-10419 | 2915 | $0.00 | $0.00 | $0.00 | $41,869.21 | $41,869.21 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the contract was assumed & assigned | | | | | | |
| Grizzard Jamie R<br>2117 Chaparral Way<br>Stockton, CA 95209 | 07-10419 | 3807 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the claim is duplicative of Claim #1218 which has been Expunged per Court Order | | | | | | |

In re: New Century TRS Holdings, Inc. et al.,
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total | |
| Hawaiian Isn & Guar Co C Celebrith Vena Ins Group PO Box 1550 Honolulu, HI 96807-1350 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Liberty Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10425 | 2830 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Liberty Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10420 | 2833 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Liberty Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10417 | 2789 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Liberty Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10419 | 2824 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Liberty Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10431 | 2848 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Liberty Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10422 | 2817 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Liberty Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10423 | 2808 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Liberty Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10430 | 2793 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | | |

i

In re: New Century TRS Holdings, Inc., et al.,
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Liberty Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10421 | 2762 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10427 | 2766 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10416 | 2788 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10429 | 2755 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10424 | 2805 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10426 | 2838 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10428 | 2796 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyds Of Texas Ins Co 173 Berkeley St Boston, MA 02117 | 07-10427 | 2770 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyd Of Texas Ins Co 175 Berkeley St Boston, MA 02117 | 07-10416 | 2812 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

16th Omnibus Objection

**Exhibit A**

**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admit | Priority | Unsecured | Total |
| Liberty Lloyd Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10424 | 2806 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Liberty Lloyd Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10429 | 2814 | $0.00 | $0.00 | | | |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Liberty Lloyd Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10426 | 2836 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Liberty Lloyd Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10417 | 2779 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Liberty Lloyd Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10431 | 2849 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Liberty Lloyd Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10425 | 2775 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Liberty Lloyd Of Texas Ins Co<br>175 Berkeley St Mall<br>Boston, MA 02117 | 07-10422 | 2820 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Liberty Lloyd Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10438 | 2791 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |
| Liberty Lloyd Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10419 | 2826 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | |

16th Omnibus Objection

Case 07-10416-BLS    Doc 6301-1    Filed 04/17/08    Page 14 of 28

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Admin | Priority | Unsecured | Total | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10428 | 2800 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10423 | 2818 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10422 | 2763 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10426 | 2839 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10421 | 2785 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10417 | 2786 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10420 | 2835 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10424 | 2804 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Mutual<br>175 Berkley St<br>Boston, MA 02117 | 07-10430 | 2760 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | The Debtors have no record of this liability in their Books and Records | | | | | | |

## Exhibit A

### Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10428 | 2759 | $0.00 | | $0.00 | | |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10427 | 2769 | $0.00 | $0.00 | | | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10423 | 2810 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10425 | 2831 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10429 | 2753 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10416 | 2799 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10422 | 2816 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10421 | 2844 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10419 | 2823 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

16th Omnibus Objection

In re: New Century TRS Holding, Inc. et al.
Case No.07-10416 (KJC)

Case 07-10416-BLS    Doc 6301-1    Filed 04/17/08    Page 16 of 28

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Admin | Priority | Unsecured | Total | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10426 | 2841 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10416 | 2814 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10425 | 2774 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10420 | 2761 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10427 | 2768 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10417 | 2777 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** The Debtors have no record of this liability in their Books and Records. | | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10423 | 2819 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10422 | 2815 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10419 | 2827 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | | |

**Exhibit A**

**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Admin | Priority | Unsecured | Total | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10428 | 2756 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10429 | 2751 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10420 | 2771 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10421 | 2852 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10424 | 2802 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10431 | 2845 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Ins Corporation<br>175 Berkley St<br>Boston, MA 02117 | 07-10425 | 2776 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Ins Corporation<br>175 Berkley St<br>Boston, MA 02117 | 07-10427 | 2767 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Ins Corporation<br>175 Berkley St<br>Boston, MA 02117 | 07-10431 | 2853 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |

Exhibit A

**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. et al.,
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | To be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Admin | Priority | Unsecured | Total | |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10429 | 2750 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10428 | 2798 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10421 | 2851 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10422 | 2811 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10423 | 2809 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10430 | 3054 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10426 | 2842 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10419 | 2822 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Ins Corporation 175 Berkeley St Boston, MA 02117 | 07-10424 | 2843 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | | |

**16th Omnibus Objection**

### Exhibit A
### Books and Records - Ordered

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Zax Tax Corporation 175 Berkeley St Boston, MA 02117 | 07-10420 | 2772 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Zax Tax Corporation 175 Berkeley St Boston, MA 02117 | 07-10416 | 2781 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Zax Tax Corporation 175 Berkeley St Boston, MA 02117 | 07-10417 | 2801 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Renxa Brown | 07-10419 | 459 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Brooks Stephens 2031 Dartmouth Montebelier, CA 92683 | 07-10421 | 1959 | $0.00 | $0.00 | $0.00 | $1,400.00 | $1,400.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Sherman Town PO Box 96 Sherman Mills, ME 04776 | 07-10419 | 1341 | $1,206.08 | $0.00 | $0.00 | $0.00 | $1,206.08 |
| Comments: The Debtors have no record of this liability in their Books and Records as the claim is against Jerry & Deskie Tapley | | | | | | | |
| United Guaranty Residential Insurance Company United Guaranty Mortgage Indemnity Company United Guaranty Services Inc. et al Attn Sara F Miller Authorized Representative 230 N Elm Ste 17401 PO Box 20597 Greensboro, NC 27420-0597 | 07-10419 | 3096 | $0.00 | $0.00 | $0.00 | $15,360.00 | $15,360.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

16th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | | To Be Expunged Claim Amount | | |
| Wellis Donna L<br>C14591 Marsh View Dr<br>Jacksonville Bch, FL 32250 | 07-10417 | 2534 | $54,101.03 | $0.00 | $0.00 | $0.00 | $54,101.03 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Wells Fargo Bank Na<br>2485 New Horizon Way<br>Frederick, MD 21703 | 07-10416 | 3117 | $0.00 | $0.00 | $0.00 | $73,648.10 | $73,648.10 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Wells Fargo Bank Na<br>2485 New Horizon Way<br>Frederick, MD 21703 | 07-10416 | 2559 | $0.00 | $0.00 | $0.00 | $12,874,364.05 | $12,874,364.05 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Wells Fargo Financial Leasing Inc<br>800 Walnut St MAC 74031 030<br>Des Moines, IA 50309 | 07-10416 | 270 | $0.00 | $0.00 | $0.00 | $338.73 | $338.73 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Xerox Corporation<br>Xerox Capital Services LLC PO Box 660506<br>Dallas, TX 75266-0507 | 07-10416 | 974 | $0.00 | $0.00 | $0.00 | $77,550.31 | $77,550.31 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| **Claims To Be Expunged Totals** | | 112 | $50,528.96 | $0.00 | $313,045.59 | $14,444,064.59 | $14,817,638.86 |

# EXHIBIT B

16th Omnibus Objection

Exhibit B

**Multi Debtor Duplicate Claims - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Rhin Range Real Estate Appraisals Ltd<br>70 Channel Ln<br>(Hampton, VA, 23664-1799) | 07-10416 | 1301 | 07-10421 | 922 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Citigroup Global Markets Realty Corp<br>Kirkland & Ellis LLP Citigroup Center 153 E<br>53rd St<br>New York, NY 10022-4611 | 07-10419 | 3496 | 07-10420 | 3495 | $95,224.68 | $0.00 | $0.00 | $35,321,110.29 | $36,276,334.97 | $95,224.68 | $0.00 | $0.00 | $35,321,110.29 | $36,276,334.97 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 E St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10429 | 3044 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 E St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10426 | 2946 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 E St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10423 | 2949 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 E St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10425 | 2947 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 E St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10422 | 2954 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company<br>Trust & Securities Services Structured<br>Finance Ser 1761 E St Andrew Pl<br>Santa Ana, CA 92705-4934 | 07-10430 | 3050 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |

Case 07-10416-BLS   Doc 6301-1   Filed 04/17/08   Page 23 of 28

Exhibit B

Multi Debtor Duplicate Claims - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance Ser 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10427 | 3015 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance Ser 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10424 | 2948 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.14 | $72,992,668.14 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance Ser 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10431 | 3052 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance Ser 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10419 | 3055 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance Ser 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10416 | 3057 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance Ser 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10417 | 3061 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance Ser 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10428 | 3032 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance Ser 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10421 | 2956 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |

16th Omnibus Objection

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Greenwich Capital Financial Products Inc<br>600 Steamboat Rd<br>Greenwich, CT 06830 | 07-10419 | 2133 | 07-10420 | 2135 | $0.00 | $0.00 | $0.00 | $1,345,557.35 | $1,345,557.35 | $0.00 | $0.00 | $0.00 | $1,345,557.35 | $1,345,557.35 |
| Indymac Bank FSB<br>Attn: Claudia Springer & Elizabeth McGovern 2500 One Liberty Pl 1650 Market St<br>Philadelphia, PA 19106 | 07-10421 | 3638 | 07-10419 | 3639 | $0.00 | $0.00 | $2,053,652.54 | $0.00 | $2,053,652.54 | $0.00 | $0.00 | $2,053,652.54 | $0.00 | $2,053,652.54 |
| Indymac Bank FSB<br>Attn: Claudia Springer & Elizabeth McGovern 2500 One Liberty Pl 1650 Market St<br>Philadelphia, PA 19106 | 07-10416 | 3637 | 07-10419 | 3639 | $0.00 | $0.00 | $2,053,652.54 | $0.00 | $2,053,652.54 | $0.00 | $0.00 | $2,053,652.54 | $0.00 | $2,053,652.54 |
| Maria Magdalena Gonzalez<br>12601 Spinnaker<br>Garden Grove, CA 92840 | 07-10416 | 1751 | 07-10419 | 1752 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| North American Van Lines<br>Two Corporate Dr Ste 234<br>Shelton, CT 06484 | 07-10416 | 1800 | 07-10417 | 1795 | $0.00 | $0.00 | $21,507.81 | $235.99 | $21,743.80 | $0.00 | $0.00 | $21,507.81 | $235.99 | $21,743.80 |
| Oracle Usa Inc<br>c/o Pinney LLC 7 Times Sq<br>New York, NY 10036-7311 | 07-10416 | 2397 | 07-10419 | 2404 | $0.00 | $0.00 | $1,200.00 | $0.00 | $1,200.00 | $0.00 | $0.00 | $1,200.00 | $0.00 | $1,200.00 |
| Rachel Guttenberg<br>2145 E Kenyon Ave No 200<br>Denver, CO 80237 | 07-10417 | 179 | 07-10416 | 140 | $0.00 | $0.00 | $8,140.00 | $0.00 | $8,140.00 | $0.00 | $0.00 | $8,140.00 | $0.00 | $8,140.00 |
| Shirley Ann Walter<br>The Law Office Of Dale W Pittman Pc The Eliza Spotswood House 112 A West Table St<br>Petersburg, VA 23803-3212 | 07-10419 | 2550 | 07-10416 | 2543 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 |

16th Omnibus Objection

Exhibit B

**Multi Debtor Duplicate Claims - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Shirley Ann Waller<br>7243 Bluemon Rd<br>Harbor Glen, VA, 22546 | 07-10416 | 2551 | 07-10416 | 2543 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 |
| **Claims To Be Expunged Totals** | | | | 21 | $1,286,045.12 | $0.00 | $4,139,152.89 | $1,058,564,607.99 | $1,063,988,806.00 | $1,286,045.12 | $0.00 | $4,136,952.89 | $1,058,565,808.29 | $1,063,988,806.30 |

# EXHIBIT C

16th Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

## Exhibit C
## Reduce / Reclassify - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| 2303 Griffing Associates Llc<br>85 Old County Rd Ste 5<br>Riverhead, NY 11901 | 07-10416 | 3226 | $13,348.00 | $0.00 | $0.00 | $159,020.00 | $172,698.00 | $0.00 | $6,674.00 | $0.00 | $79,000.00 | $85,674.00 |
| Comments: | | | | | | | Claim should be reduced and allowed because the Debtors' Books and Record reflect same | | | | | |
| Administrative Resource Options Inc<br>200 W Adams Ste 2000<br>Chicago, IL 60606 | 07-10416 | 362 | $0.00 | $35,805.68 | $0.00 | $27,846.92 | $63,652.60 | $0.00 | $0.00 | $0.00 | $63,652.60 | $63,652.60 |
| Comments: | | | | | | | Claim should be reclassified and allowed because the Debtors' Books and Record reflect same | | | | | |
| Inlays Inc<br>PO Box 5126<br>Timonium, MD | 07-10416 | 169 | $0.00 | $0.00 | $0.00 | $118,931.58 | $118,931.58 | $0.00 | $0.00 | $0.00 | $81,021.25 | $81,021.25 |
| Comments: | | | | | | | Claim should be reduced and allowed because the Debtors' Books and Record reflect a lesser amount due. | | | | | |
| Inlays Inc<br>PO Box 5126<br>Timonium, MD 21094 | 07-10419 | 737 | $0.00 | $36,714.17 | $0.00 | $0.00 | $36,714.17 | $0.00 | $13,180.56 | $0.00 | $0.00 | $13,180.56 |
| Comments: | | | | | | | Claim should be reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | |
| Paul E Winer<br>Newbury Way<br>Aderra Ranch, CA 92694 | 07-10419 | 2386 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | $0.00 | $0.00 | $3,700.50 | $6,299.50 | $10,000.00 |
| Comments: | | | | | | | Claim should be reclassified, reduced and allowed because the Debtors' Books and Record reflect same | | | | | |
| Daniel D Bloicker<br>2310 Justname Ln<br>Woodridge, IL 60517 | 07-10419 | 1943 | $0.00 | $0.00 | $222.12 | $150,000.00 | $150,222.12 | $0.00 | $0.00 | $0.00 | $150,222.12 | $150,222.12 |
| Comments: | | | | | | | Claim should be reclassified and allowed because the Debtors' Books and Record reflect same | | | | | |
| David Brulngren<br>2875 Altacrest Dr W<br>Birmingham, AL 35243 | 07-10419 | 1470 | $0.00 | $0.00 | $262,500.00 | $0.00 | $262,500.00 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 |
| Comments: | | | | | | | Claim should be reclassified, reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | |
| David and Nicholas Kenneally<br>3662 Oak Knoll Dr<br>Rossmoor, CA 90720 | 07-10416 | 3126 | $0.00 | $0.00 | $10,559.00 | $4,979.02 | $15,929.02 | $0.00 | $0.00 | $2,314.04 | $10,662.69 | $12,976.73 |
| Comments: | | | | | | | Claim should be reclassified, reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | |
| Ellie Mae Inc<br>4140 Dublin Blvd Ste 300<br>Dublin, CA 94568 | 07-10419 | 2548 | $0.00 | $0.00 | $0.00 | $443,042.00 | $443,042.00 | $0.00 | $0.00 | $0.00 | $283,042.00 | $283,042.00 |
| Comments: | | | | | | | Claim should be reduced and allowed because the Debtors' Books and Record reflect a lesser amount due. | | | | | |

16th Omnibus Objection

**Exhibit C**
**Reduce / Reclassify - Ordered**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Kevin Cloyd, 1795 Barnum Ave, Tustin, CA 92782 | 07-10417 | 1872 | $0.00 | $0.00 | $0.00 | $1,744,027.00 | $1,744,027.00 | $0.00 | $0.00 | $0.00 | $473,000.00 | $473,000.00 |
| Comments: Claim should be reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | | |
| Rainier Locher & Amovitz Co LPA, 2450 Edison Blvd, Twinsburg, OH 44087 | 07-10419 | 2265 | $512,147.47 | $0.00 | $0.00 | $0.00 | $512,147.47 | $0.00 | $0.00 | $0.00 | $512,147.47 | $512,147.47 |
| Comments: No Basis for Secured Status | | | | | | | | | | | | |
| Stockton Turner LLC, 4000 Legion Pl Ste 1700, Orlando, FL 32801 | 07-10419 | 501 | $0.00 | $0.00 | $10,950.00 | $9,254.70 | $20,204.70 | $0.00 | $0.00 | $0.00 | $20,204.70 | $20,204.70 |
| Comments: No Basis for Priority Status | | | | | | | | | | | | |
| Town & Country Realtors Inc, Law Offices Of Brian Dramicki 2200 L St, Sacramento, CA 95816 | 07-10421 | 1703 | $0.00 | $0.00 | $0.00 | $17,667.83 | $17,667.83 | $0.00 | $0.00 | $0.00 | $6,250.00 | $6,250.00 |
| Comments: Claim should be reduced and allowed pursuant to settlement | | | | | | | | | | | | |
| **Claims To Be Expunged Totals** | | 13 | $512,147.47 | $30,662.17 | $330,427.80 | $2,675,369.05 | $3,567,736.69 | $0.00 | $19,854.56 | $6,014.54 | $1,835,502.33 | $1,861,371.43 |