IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS INC.<br><br>Debtor. | Chapter 11<br>Case No. 07-10416-BLS<br><br>Objections due by: 4/29/08<br>Hearing Date: 5/7/08 |

### NOTICE OF WITHDRAWAL OF MOTION
*(relates to Docket No. 5871)*

PLEASE TAKE NOTICE that Deutsche Bank National Trust Company on behalf the Certificate holders Morgan Stanley ABS Capital I Inc. Trust 2005-NC2 Mortgage Pass Through Certificates, Series 2005-NC2 hereby withdraws its Motion for Relief from Automatic Stay (Docket No.5871) without prejudice.

Dated: April 18, 2008
      Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC

  /s/ Adam Hiller
Adam Hiller (DE No. 4105)
Maria Aprile Suwzcuk (DE No. 3320)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile
*Attorneys for Movant*

*Movant: Deutsche Bank National Trust Company*
*D&G Reference 213735*
*Property Address: 2823 Hummingbird Lane*
*Humble, TX 77396*