**SERVICE LIST**

New Century Financial Corporation
33337 Michelson Drive
Suite CN-350
Irvine, CA 92612
Attention: Monika L. McCarthy, Esq.

Richards, Layton & Finder
One Rodney Square
920 King Street
Wilmington, DE 19801
Attention: Mark D. Collins, Esq. and
Michael J. Merchant, Esq.

O'Melveny & Myers LLP
275 Battery Street
26th Floor
San Francisco, CA 94111
Attention: Suzanne S. Uhland, Esq. and
Andrew M. Parlen, Esq.

Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Attention: Mark S. Indelicato, Esq. and
Mark T. Power, Esq.

Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19891
Attention: Bonnie Glantz Fatell, Esq. and
Regina Stango Kelbon, Esq.

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801
Attention: Joseph J. McMahon, Jr., Esq.

WCSR 3883443v1