IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, <u>et al.</u>,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Re: Docket Nos. 4805, 5405, 5734** |

**UNION BANK OF CALIFORNIA'S LIMITED OBJECTION TO PROPOSED
ASSUMPTION OF CERTAIN AGREEMENTS IN CONNECTION WITH
<u>CONFIRMATION OF DEBTORS' AMENDED PLAN</u>**

**I.
<u>INTRODUCTION</u>**

Union Bank of California, N.A. ("<u>Union Bank</u>") hereby files its limited objection to the proposed assumption of certain agreements in connection with the Debtors' Amended Plan. On March 18, 2008, the Debtors filed the Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors (the "<u>Amended Plan</u>"). On or about April 4, 2008, pursuant to Article 11.A of the Amended Plan, the Debtors filed their Notice of Filing Assumption Schedule for Amended Plan (the "<u>Assumption Schedule</u>").

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, L.L.C., a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

## II.
## BACKGROUND

1.On or about April 2, 2007 (the "Petition Date"), New Century TRS Holdings, Inc. and its affiliated debtors and debtors-in-possession ("Debtors") filed voluntary petitions pursuant to chapter 11 of title 11 of the United States Code commencing the above-referenced, jointly administered chapter 11 cases.

2.The Debtors continue to operate and manage their businesses as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3.In connection with the Amended Plan and the Assumption Schedule, the Debtors have given notice of their intent to assume and assign two agreements with Union Bank, identified as follows:

(i)Authorization and Agreement for Cash Management Services dated as of 7/23/2003 by and between New Century Mortgage Corporation and Union Bank of California, N.A.; and

(ii)Security Agreement, dated as of March 10, 2005, by and between New Century Mortgage Corporation and Union Bank of California, N.A.

## III.
## LIMITED OBJECTION

4. Union Bank does not object to the proposed assumption and assignment of the agreement identified as "Authorization and Agreement for Cash Management Services dated as of 7/23/2003 by and between New Century Mortgage Corporation and Union Bank of California, N.A."

5. Union Bank asserts a limited objection to the proposed assumption and assignment of that certain "Security Agreement, dated as of March 10, 2005, by and between New Century Mortgage Corporation and Union Bank of California, NA ("Security Agreement")" on the following grounds: [2]

    (i) The collateral referenced in the Security Agreement is a deposit account of the Debtors at Union Bank, which deposit account presently contains approximately $832,000 (plus accrued and accruing interest); and

    (ii) the Security Agreement and the deposit account secure the Debtors' obligations to Union Bank under a letter of credit posted by Union Bank in favor of the Debtors in the amount of $800,000. The letter of credit is an "evergreen" letter of credit and renews annually unless drawn or otherwise terminated prior to the annual renewal date.

6. Based upon the foregoing, Union Bank asserts that the Security Agreement cannot be assumed independent of (i) the deposit account (and the monies contained therein) and (ii) the letter of credit. Any assumption of the Security Agreement must include assumption of the

---

[2] Union Bank is informed and believes that the security agreement at issue is dated March 14, 2005 and not March 10, 2005. Union Bank is not aware of any security agreement between the parties dated March 10, 2005.

Debtors' obligations to maintain (i) the deposit account with the cash deposits therein being equal to or greater than the amount of the letter of credit and (ii) the letter of credit itself.

## IV.
## RESERVATION OF RIGHTS

7. Union Bank reserves its right to amend and modify this Limited Objection as necessary and appropriate.

## V.
## CONCLUSION

Based upon the foregoing, Union Bank respectfully requests that the proposed assumption of the Debtors' agreements with Union Bank identified in the Assumption Schedule be conditioned or modified in accordance with the limited objections set forth herein and for such other and further relief as may be just and proper.

Dated: April 18, 2008  
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

 /s/ David M. Fournier  
David M. Fournier (DE No. 2812)  
Hercules Plaza, Suite 5100  
1313 Market Street  
Wilmington, Delaware 19801  
(302) 777-6500  
Fax: (302) 421-8390

- and –

Jeffer Mangels Butler & Marmaro, LLP  
1900 Avenue of the Stars, 7th Floor  
Los Angeles, California 90067  
(310) 203-8080  
Fax: (310) 203-0567  
Attn: Barry V. Freeman, David M. Poitras

*Counsel for Union Bank of California, NA*