# CERTIFICATE OF SERVICE

I, David M. Fournier, hereby certify that on the 18th day of April, 2008, I caused the foregoing **Union Bank of California's Limited Objection to Proposed Assumption of Certain Agreements in Connection with Confirmation of Debtors' Amended Plan** to be served upon the parties on the attached service list in the manner indicated.

    /s/ David M. Fournier
David M. Fournier

New Century Mortgage Corporation
3337 Michelson Drive
Suite CN-350
Irvine, CA  92612
Attn: Monika L. McCarthy, Esq.
**Fed Express**

Suzzanne S. Uhland, Esq.
Andrew M. Parlen, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
**Fax: 415-984-8701**

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
**Hand Deliver**

Debtors' Crisis Managers,
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY  10019
Attn: Holly Felder Etlin
**Fed Express**

Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE  19801
**Hand Deliver**

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801
**Hand Deliver**

Mark S. Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
**Fax: 212-478-7400**