# EXHIBIT A

**15th Omnibus Objection**

**Exhibit A**
**Amended Claims - Ordered**

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount Secured | Admin | Priority | Unsecured | Total | Remaining Claim Amount Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 816 Connecticut Avenue LP<br>Deckelbaum Ogens & Raftery Chtd 3<br>Bethesda Metro Cir Ste 200<br>Bethesda, MD 20814 | 07-10417 | 3316 | 07-10417 | 3762 | $0.00 | $0.00 | $0.00 | $137,065.63 | $137,065.63 | $0.00 | $0.00 | $0.00 | $121,731.08 | $121,731.08 |
| Aurora Loan Services LLC on behalf of certain Trusts<br>Latham & Watkins LLP 885 Third Ave<br>New York, NY 10022 | 07-10419 | 2374 | 07-10419 | 3803 | $4,010,859.05 | $0.00 | $0.00 | $0.00 | $4,010,859.05 | $8,262,851.97 | $0.00 | $0.00 | $0.00 | $8,262,851.97 |
| Broward County Dept of Finance<br>Governmental Center Annex 115 S Andrews Ave<br>Ft Lauderdale, FL 33301 | 07-10416 | 3744 | 07-10416 | 3744 | $2,480.94 | $0.00 | $0.00 | $0.00 | $2,480.94 | $859.81 | $0.00 | $0.00 | $0.00 | $859.81 |
| County of Denton Denton County Fresh Water District No 6<br>7700 Jeffrey Way Ste 100 PO Box 1269<br>Round Rock, TX 78680 | 07-10416 | 472 | 07-10416 | 3785 | $15,200.30 | $0.00 | $0.00 | $0.00 | $15,200.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dana L Kenzy<br>14452 Dry Creek Rd PPO Box 1744<br>Middletown, CA 95461 | 07-10421 | 92 | 07-10421 | 3791 | $0.00 | $0.00 | $7,561.06 | $0.00 | $7,561.06 | $0.00 | $0.00 | $3,735.21 | $0.00 | $3,735.21 |
| Grayson County<br>Linebarger Goggan Blair & Sampson LLP<br>2323 bryan St Ste 1600<br>Dallas, TX 75201 | 07-10419 | 561 | 07-10419 | 3682 | $2,212.91 | $0.00 | $0.00 | $0.00 | $2,212.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hidalgo County<br>Perdue Brandon Fielder Collins & Mott LLP<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | 07-10416 | 700 | 07-10416 | 3738 | $4,846.57 | $0.00 | $0.00 | $0.00 | $4,846.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| La Joya ISD<br>Perdue Brandon Fielder Collins & Mott LLP<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | 07-10416 | 680 | 07-10416 | 3737 | $5,161.80 | $0.00 | $0.00 | $0.00 | $5,161.80 | $2,135.41 | $0.00 | $0.00 | $0.00 | $2,135.41 |

Page 1

15th Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

# Exhibit A
## Amended Claims - Ordered

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Mack Cali Chestnut Ridge LLC<br>Mack Cali Realty Corp 343 Thornall St<br>Edison, NJ 08837-2206 | 07-10416 | 1106 | 07-10416 | 3739 | $0.00 | $0.00 | $0.00 | $3,006.12 | $3,006.12 | $0.00 | $0.00 | $0.00 | $6,183.94 | $6,183.94 |
| Olwn Partners Ltd<br>13135 Dairy Ashford 290<br>Sugar Land, TX 77478 | 07-10416 | 2652 | 07-10416 | 3800 | $0.00 | $0.00 | $0.00 | $862,066.80 | $862,066.80 | $0.00 | $0.00 | $0.00 | $393,786.20 | $393,786.20 |
| Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | 07-10421 | 823 | 07-10421 | 3648 | $1,468.04 | $0.00 | $0.00 | $0.00 | $1,468.04 | $386.93 | $0.00 | $0.00 | $0.00 | $386.93 |
| Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | 07-10421 | 822 | 07-10421 | 3670 | $231.12 | $0.00 | $0.00 | $0.00 | $231.12 | $462.21 | $0.00 | $0.00 | $0.00 | $462.21 |
| Tax Appraisal District of Bell County<br>700 Jeffrey Way Ste 100 PO Box 1269<br>Round Rock, TX 78680 | 07-10416 | 471 | 07-10416 | 3784 | $8,898.71 | $0.00 | $0.00 | $0.00 | $8,898.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Verizon<br>PO Box 25087<br>Wilmington, DE 19899-5087 | 07-10419 | 1295 | 07-10419 | 3751 | $0.00 | $0.00 | $0.00 | $356.67 | $356.67 | $0.00 | $0.00 | $0.00 | $1,381.73 | $1,381.73 |
| Claims To Be Expunged Totals | | | | 14 | $4,051,359.04 | $0.00 | $2,561.06 | $1,002,495.22 | $5,061,415.32 | $8,266,696.33 | $0.00 | $3,735.21 | $523,082.95 | $8,793,514.49 |

# **EXHIBIT B**

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit B
## Duplicate Claims - Ordered

### 15th Omnibus Objection

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | Remaining Claim Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Hidalgo County | 07-10416 | 1763 | 07-10416 | 3738 | $3,448.55 | $0.00 | $0.00 | $0.00 | $3,448.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Perdue Brandon Fielder Collins & Mott LLP<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | | | | | | | | | | | | | | |
| La Joya Independent School District | 07-10416 | 3768 | 07-10416 | 3737 | $2,135.41 | $0.00 | $0.00 | $0.00 | $2,135.41 | $2,135.41 | $0.00 | $0.00 | $0.00 | $2,135.41 |
| Perdue Brandon Fielder Collins & Mott LLP<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | | | | | | | | | | | | | | |
| Liberty Property Trust | 07-10419 | 3325 | 07-10419 | 2283 | $0.00 | $0.00 | $0.00 | $60,869.25 | $60,869.25 | $0.00 | $0.00 | $0.00 | $60,869.25 | $60,869.25 |
| 324 E Wisconsin Ave Ste 1100<br>Milwaukee, WI 53202 | | | | | | | | | | | | | | |
| Webb Mason Inc | 07-10421 | 3790 | 07-10421 | 858 | $0.00 | $0.00 | $0.00 | $245,495.74 | $245,495.74 | $0.00 | $0.00 | $0.00 | $245,495.74 | $245,495.74 |
| PO Box 37289<br>Baltimore, MD 21297-3289 | | | | | | | | | | | | | | |
| **Claims To Be Expunged Totals** | | | | 5 | $5,583.96 | $700,264.80 | $0.00 | $306,364.99 | $1,012,213.75 | $2,135.41 | $700,264.80 | $0.00 | $306,364.99 | $1,008,765.20 |

# EXHIBIT C

15th Omnibus Objection

# Exhibit C
## Claims Filed After Bar Date - Ordered

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | To Be Expunged Claim Amount Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Aytaemy Subramanian 489 Deerfield Ave Irvine, CA 92606 | 07-10416 | 3773 | 1/10/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| Balboa Life Insurance Company Paul T Liu EVP Deputy General Counsel 3200 Las Virgenes Rd MS A/C 11 Claibourne, CA 91302-4041 | 07-10419 | 3622 | 10/19/2007 | $0.00 | $0.00 | $0.00 | $55,424.00 | $55,424.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| City Of Stockton 425 N El Dorado Stockton, CA 95202-1997 | 07-10419 | 3646 | 11/14/2007 | $206.78 | $0.00 | $0.00 | $0.00 | $206.78 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| City of Sugar Land Linebarger Goggan Blair & Sampson LLP PO Box 3064 Houston, TX 77253-3064 | 07-10416 | 3718 | 11/19/2007 | $1,349.67 | $0.00 | $0.00 | $0.00 | $1,349.67 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Clarion Mortgage Capital Inc 419 17th St Ste 2400 Denver, CO 80202 | 07-10416 | 3745 | 12/13/2007 | $0.00 | $0.00 | $0.00 | $2,016,000.00 | $2,016,000.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| Dan McAllister 1600 Pacific Hwy Rm 162 San Diego, CA 92101 | 07-10419 | 3691 | 11/5/2007 | $33,348.71 | $0.00 | $0.00 | $0.00 | $33,348.71 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Dutton & Dutton P C 10325 W Lincoln Hwy Frankfort, IL 60423 | 07-10419 | 3766 | 1/10/2008 | $0.00 | $0.00 | $0.00 | $4,045.00 | $4,045.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| Effingham County Clerk Of The Superior Court 901 N Pine St Springfield, GA 31329 | 07-10403 | 3668 | 11/2/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Galveston County Linebarger Goggan Blair & Sampson LLP PO Box 3064 Houston, TX 77253-3064 | 07-10416 | 3719 | 11/19/2007 | $1,226.02 | $0.00 | $0.00 | $0.00 | $1,226.02 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |

15th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit C
## Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | To Be Expunged Claim Amount ||| Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | Admin | Priority | Unsecured | |
| Goose Creek Ind Lee Jr College<br>PO Box 189<br>Baytown, TX 77522-0809 | 07-10416 | 3709 | 12/5/2007 | $2,503.74 | $0.00 | $0.00 | $0.00 | $2,503.74 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 |||||||||
| Grant County Treasurer<br>PO Box 37<br>Ephrata, WA 98123 | 07-10421 | 3736 | 12/17/2007 | $135.86 | $0.00 | $0.00 | $0.00 | $135.86 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 |||||||||
| Hendricks County Treasurer<br>355 S Washington St No 215<br>Danville, IN 46122 | 07-10419 | 3630 | 10/26/2007 | $256.79 | $0.00 | $0.00 | $0.00 | $256.79 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 |||||||||
| Jackson County Treasurer<br>120 W Michigan Ave<br>Jackson, MI 49201 | 07-10419 | 3640 | 10/9/2007 | $571.52 | $0.00 | $0.00 | $0.00 | $571.52 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 |||||||||
| Marilyn E Wood Revenue Commissioner<br>PO Box 1169<br>Mobile, AL 36633-1169 | 07-10419 | 3796 | 1/11/2008 | $631.19 | $0.00 | $0.00 | $0.00 | $631.19 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 |||||||||
| North Plainfield Sewer<br>263 Somerset St<br>North Plainfield, NJ 07060 | 07-10416 | 3724 | 12/13/2007 | $0.00 | $0.00 | $1,357.63 | $0.00 | $1,357.63 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 |||||||||
| Okaloosa County Tax Collector<br>151 C North Eglin Pkwy<br>Ft Walton Beach, FL 32548 | 07-10416 | 3773 | 1/10/2008 | $2,517.74 | $0.00 | $0.00 | $0.00 | $2,517.74 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 |||||||||
| Pacific Appraisals<br>822 Juniper Pointe Ln<br>Camano Island, WA 98282 | 07-10421 | 3770 | 1/10/2008 | $0.00 | $0.00 | $0.00 | $2,650.00 | $2,650.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 |||||||||
| Plunkett And Cooney<br>38505 Woodward Ste 2000<br>Bloomfield Hills, MI 48304 | 07-10415 | 3651 | 11/7/2007 | $0.00 | $0.00 | $0.00 | $108.00 | $108.00 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 |||||||||

15th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit C
## Claims Filed After Bar Date - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Regents of the University of California on behalf of the University of California Irvine Medical Center Stephenson, Acquista & Colman 303 N Glenoaks Blvd Ste 700 Burbank, CA 91502 | 07-10419 | 3802 | 1/31/2008 | $0.00 | $0.00 | $0.00 | $7,657.50 | $7,657.50 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| RFColony Prk Bi Llc 1301 5th Ave Seattle, WA 98101 | 07-10416 | 3307 | 9/11/2007 | $0.00 | $0.00 | $0.00 | $3,412.83 | $3,412.83 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| San Patricio County Linebarger Goggan Blair & Sampson LLP 1949 S IH 35 7874 PO Box 17428 Austin, TX 78760-7428 | 07-10419 | 3695 | 11/28/2007 | $5,152.97 | $0.00 | $0.00 | $0.00 | $5,152.97 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Sandra L Danulowski 4194 Subrooker Ln Vacaville, CA 95688 | 07-10416 | 3764 | 1/10/2008 | $0.00 | $0.00 | $187.50 | $0.00 | $187.50 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| South Verizon Wireless PO Box 3397 Bloomington, IL 61701 | 07-10416 | 3792 | 1/23/2008 | $0.00 | $0.00 | $0.00 | $45,672.16 | $45,672.16 |
| Comments: Claim Filed After General Bar Date of August 31, 2007 | | | | | | | | |
| Sutter County Tax Collector PO Box 546 Yuba City, CA 95992 | 07-10416 | 3679 | 11/7/2007 | $1,808.68 | $0.00 | $0.00 | $0.00 | $1,808.68 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Sutter County Tax Collector PO Box 546 Yuba City, CA 95992 | 07-10416 | 3675 | 10/30/2007 | $1,808.68 | $0.00 | $0.00 | $0.00 | $1,808.68 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Vigo County Recorder 199 Oak St Terre Haute, IN 47807 | 07-10416 | 3689 | 11/14/2007 | $0.00 | $0.00 | $0.00 | $21.00 | $21.00 |
| Comments: Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | | |
| Claims To Be Expunged Totals | | 26 | | $51,518.27 | $0.00 | $1,545.13 | $2,134,956.19 | $2,188,019.59 |

# **EXHIBIT D**

15th Omnibus Objection

# Exhibit D
## Claims with No Supporting Documentation - Ordered

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | To Be Expunged Claim Amount Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Annie Carter<br>9550 Banting Dr 507<br>Houston, TX 77036 | 07-10416<br>Comments: | 1250<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ellinger Franklin Jefferson County Trustee<br>PO Box 38<br>Dandridge, TN 37725 | 07-10416<br>Comments: | 3654<br>No Supporting Documentation | $1,015.00 | $0.00 | $0.00 | $0.00 | $1,015.00 |
| Hennepin<br>A606 Government Ctr 300 S 6th St<br>Minneapolis, MN 55487 | 07-10419<br>Comments: | 3655<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jeannette S Brown<br>2759 Green Hollow<br>Missouri City, TX 77489 | 07-10416<br>Comments: | 1502<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jeninne Groendahl-e H<br>8652 Manville Dr<br>Huntington Bch, CA 92646 | 07-10419<br>Comments: | 943<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| John Knower<br>1115 Darren Way<br>Sevierville, TN 37876-0100 | 07-10419<br>Comments: | 1168<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| John M Greenly<br>PO Box 1131<br>Santa Barbara, CA 93102 | 07-10416<br>Comments: | 1382<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mario D Reynaldo<br>13150 Cuyahoga Ct<br>Manassas, VA 20112-7804 | 07-10416<br>Comments: | 1003<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Michelle D Huff<br>1380 Screened Ln<br>Elk Grove Village, IL 60007 | 07-10416<br>Comments: | 1541<br>No Supporting Documentation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Page 1

15th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit D
## Claims with No Supporting Documentation - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Stephanie Ann Mason 7544 Millport Dr Roseville, CA 95678 | 07-10419 | 1531 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 |
| Comments: No Supporting Documentation | | | | | | | |
| Ted Wessler Dhomlquen Hargrove Steve Delich 8038 Golden Valley Rd Golden Valley, MN 55427 | 07-10419 | 3722 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: No Supporting Documentation | | | | | | | |
| Ted Wessler Dhomlquen Hargrove Steve Delich 8038 Golden Valley Rd Golden Valley, MN 55427 | 07-10419 | 3721 | $0.00 | $0.00 | $0.00 | $29,130.11 | $29,130.11 |
| Comments: No Supporting Documentation | | | | | | | |
| Thomas Kevin 98 Rockledge Dr Newington, CT 06111 | 07-10416 | 1248 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: No Supporting Documentation | | | | | | | |
| Tuey Vinh Phong 9400 Edinger B101 Huntington Beach, CA 92647 | 07-10419 | 1370 | $0.00 | $0.00 | $15,832.00 | $0.00 | $15,832.00 |
| Comments: No Supporting Documentation | | | | | | | |
| Vernon R Bigares 4271 B Orchard Pl Littleton, CO 80121 | 07-10416 | 2098 | $0.00 | $0.00 | $0.00 | $0.00 | $19,832.00 |
| Comments: No Supporting Documentation | | | | | | | |
| Claims To Be Expunged Totals | | 15 | $1,015.00 | $0.00 | $33,832.00 | $15,130.11 | $55,977.11 |