# EXHIBIT A

16th Omnibus Objection

**Exhibit A**

**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. et al.,
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| All Chics Mortgage & Financial Inc 7600 Parklawn Ave Ste 490 Eden, MN 55435 | 07-10419 | 2293 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| American Home Assurance Company/ American International Surplus Lines Agency Inc/ Lexington Insurance Company et al AIG Bankruptcy Collections 70 Pine St 28th Fl New York, NY 10270 | 07-11043 | 3538 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| American Home Assurance Company/EA AI AIG Bankruptcy Collections 70 Pine St 28th Fl New York, NY 10270 | 07-10417 | 2661 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| American Home Assurance Company/ EA AI AIG Bankruptcy Collections 70 Pine St 28th Fl New York, NY 10270 | 07-10416 | 2660 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| CNA Companies 2405 Lucien Way Maitland, FL 32751 | 07-10421 | 3289 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| CNA Companies 2405 Lucien Way Maitland, FL 32751 | 07-10419 | 3292 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Data Link Systems LLC Attn Patrick B Howell Esq 555 E Wells St Ste 1900 Milwaukee, WI 53202 | 07-10419 | 3131 | $0.00 | $0.00 | $0.00 | $859,337.40 | $859,337.40 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the contract was assumed & assigned | | | | |
| David Batdigson 3873 Allacraz Dr W Birmingham, AL 35243 | 07-10417 | 1471 | $0.00 | $0.00 | $350,000.00 | $0.00 | $350,000.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Elizabeth Anderson 30 Lakeplnza Irvine, CA 92620 | 07-10416 | 2333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

Exhibit A

**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | To Be Expunged Claim Amount | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Admin | Priority | Unsecured | |
| Emily CLn<br>11862 Spree Cir<br>Garden Grove, CA 92840 | 07-10416 | 106 | $0.00 | $0.00 | $8,904.00 | $0.00 | $8,904.80 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkley St<br>Boston, MA 02117 | 07-10417 | 2783 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkley St<br>Boston, MA 02117 | 07-10422 | 2821 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkley St<br>Boston, MA 02117 | 07-10424 | 2837 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkley St<br>Boston, MA 02117 | 07-10425 | 2829 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkley St<br>Boston, MA 02117 | 07-10420 | 2832 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkley St<br>Boston, MA 02117 | 07-10431 | 2846 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkley St<br>Boston, MA 02117 | 07-10429 | 2754 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp<br>175 Berkley St<br>Boston, MA 02117 | 07-10421 | 2850 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

16th Omnibus Objection

**Exhibit A**

**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| First Liberty Ins Corp, 175 Berkeley St, Boston, MA 02117 | 07-10416 | 2813 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp, 175 Berkeley St, Boston, MA 02117 | 07-10427 | 2765 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp, 175 Berkeley St, Boston, MA 02117 | 07-10423 | 2807 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp, 175 Berkeley St, Boston, MA 02117 | 07-10424 | 2803 | $1.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp, 175 Berkeley St, Boston, MA 02117 | 07-10428 | 2797 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp, 175 Berkeley St, Boston, MA 02117 | 07-10419 | 2823 | $0.00 | $0.00 | $0.00 | $1.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| First Liberty Ins Corp, 175 Berkeley St, Boston, MA 02117 | 07-10430 | 2795 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Finery Sciafame inc, c o Whyte Hirschboeck Dudek SC 555 E Wells St Ste 1900, Milwaukee, WI 53202 | 07-10419 | 2915 | $0.00 | $0.00 | $0.00 | $41,869.21 | $41,869.21 |
| Comments: The Debtors have no record of this liability in their Books and Records as the contract was assumed & assigned | | | | | | | |
| Ortzand Jamie R, 2117 Chipwood Way, Stockton, CA 95209 | 07-10419 | 3807 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 |
| Comments: The Debtors have no record of this liability in their Books and Records as the claim is duplicative of Claim #3218 which has been Expunged per Court Order | | | | | | | |

16th Omnibus Objection

Case 07-10416-BLS   Doc 6306-1   Filed 04/18/08   Page 5 of 22

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A

## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | To Be Expunged Claim Amount | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Priority | Unsecured | Total |
| Hawaiian Int & Chem Co<br>Oakshield Vreta Ins Group PO Box 1250<br>Honolulu, HI 96807-1350 | 07-10417 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10425 | 2830 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation<br>175 Berkeley St.<br>Boston, MA 02117 | 07-10420 | 2833 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10417 | 2789 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10419 | 2824 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10411 | 2848 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10422 | 2817 | $0.00 | $0.00 | $4.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10423 | 2808 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10430 | 2793 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |

Exhibit A

## Books and Records - Ordered

In re: New Century TRS Holdings, Inc. et al.,
Case No.07-10416 (BLC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | To Be Expunged Claim Amount | | | |
|---|---|---|---|---|---|---|---|
| | | | | Admin | Priority | Unsecured | Total |
| Liberty Ins Corporation<br>335 Berkeley St<br>Boston, MA 02117 | 07-10421 | 2762 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>335 Berkeley St<br>Boston, MA 02117 | 07-10427 | 2766 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>335 Berkeley St<br>Boston, MA 02117 | 07-10416 | 2788 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>173 Berkeley St<br>Boston, MA 02117 | 07-10428 | 2796 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10425 | 2838 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10424 | 2803 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Ins Corporation<br>175 Berkeley St<br>Boston, MA 02117 | 07-10429 | 2755 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Lloyd Of Texas Ins Co<br>173 Berkeley St<br>Boston, MA 02117 | 07-10427 | 2770 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Liberty Lloyd Of Texas Ins Co<br>335 Berkeley St.<br>Boston, MA 02117 | 07-10416 | 2812 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

Page 5

16th Omnibus Objection

Exhibit A

**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Liberty Lloyd Of Texas Ins Co 175 Berkeley St Boston, MA 02117 | 07-10424 | 2806 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyd Of Texas Ins Co 175 Berkeley St Boston, MA 02117 | 07-10420 | 2814 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyd Of Texas Ins Co 175 Berkeley St Boston, MA 02117 | 07-10426 | 2836 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyd Of Texas Ins Co 175 Berkeley St Boston, MA 02117 | 07-10417 | 2779 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyd Of Texas Ins Co 175 Berkeley St Boston, MA 02117 | 07-10411 | 2869 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyd Of Texas Ins Co 175 Berkeley St Boston, MA 02117 | 07-10425 | 2773 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyd Of Texas Ins Co 175 Berkeley St Mall Boston, MA 02117 | 07-10422 | 2820 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyd Of Texas Ins Co 175 Berkeley St Boston, MA 02117 | 07-10434 | 2791 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyd Of Texas Ins Co 175 Berkeley St Boston, MA 02117 | 07-10419 | 2826 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

# 16th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | To Be Expunged Claim Amount | | |
|---|---|---|---|---|---|---|---|
| | | | | | Priority | Unsecured | Total |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10428 | 2890 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyds Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10423 | 2818 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Lloyd Of Texas Ins Co<br>175 Berkeley St<br>Boston, MA 02117 | 07-10421 | 2763 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual<br>175 Berkeley St<br>Boston, MA 02117 | 07-10426 | 2839 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual<br>175 Berkeley St<br>Boston, MA 02117 | 07-10421 | 2785 | $8.00 | $0.00 | $0.00 | $0.00 | $8.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual<br>175 Berkeley St<br>Boston, MA 02117 | 07-10417 | 2786 | $0.00 | $0.00 | $0.00 | $0.00 | $8.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual<br>175 Berkeley St<br>Boston, MA 02117 | 07-10429 | 2835 | $0.00 | $0.00 | $8.00 | $8.00 | $8.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual<br>175 Berkeley St<br>Boston, MA 02117 | 07-10424 | 2804 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual<br>175 Berkeley St<br>Boston, MA 02117 | 07-10430 | 2760 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10428 | 2159 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10427 | 2769 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10423 | 2810 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10425 | 2831 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10429 | 2753 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10416 | 2799 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10422 | 2816 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10431 | 2844 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual
175 Berkley St
Boston, MA 02117 | 07-10419 | 2823 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit A

## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | To Be Expunged Claim Amount | | |
|---|---|---|---|---|---|---|---|
| | | | | | Priority | Unsecured | Total |
| Liberty Mutual Ins Co<br>175 Berkley St.<br>Boston, MA 02117 | 07-10428 | 2841 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10416 | 2814 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St.<br>Boston, MA 02117 | 07-10425 | 2774 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10430 | 2761 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St.<br>Boston, MA 02117 | 07-10427 | 2768 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10417 | 2777 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10443 | 2819 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10422 | 2815 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10419 | 2827 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

16th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit A

## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Branch, MA 02117 | 07-10438 | 2756 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10429 | 2751 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10420 | 2771 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10421 | 2852 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10424 | 2802 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Liberty Mutual Ins Co<br>175 Berkley St<br>Boston, MA 02117 | 07-10431 | 2845 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Ins Corporation<br>175 Berkley St<br>Boston, MA 02117 | 07-10423 | 2776 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Ins Corporation<br>175 Berkley St<br>Boston, MA 02117 | 07-10427 | 2767 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Ins Corporation<br>175 Berkley St<br>Boston, MA 02117 | 07-10401 | 2853 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

16th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Lm Inn Corporation 175 Berkeley St. Boston, MA 02117 | 07-10429 | 2750 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Inn Corporation 175 Berkeley St. Boston, MA 02117 | 07-10428 | 2798 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Inn Corporation 175 Berkeley St Boston, MA 02117 | 07-10421 | 2851 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Inn Corporation 175 Berkeley St Boston, MA 02117 | 07-10422 | 2811 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Inn Corporation 175 Berkeley St Boston, MA 02117 | 07-10423 | 2809 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Inn Corporation 175 Berkeley St. Boston, MA 02117 | 07-10430 | 3054 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Inn Corporation 175 Berkeley St Boston, MA 02117 | 07-10426 | 2842 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Inn Corporation 175 Berkeley St Boston, MA 02117 | 07-10419 | 2822 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lm Inn Corporation 175 Berkeley St Boston, MA 02117 | 07-10424 | 2843 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

**16th Omnibus Objection**

**Exhibit A**

**Books and Records - Ordered**

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | | | To Be Expunged Claim Amount | | | |
| Law Inc Corporation, 173 Berkeley St, Boston,MA 02117 | 07-10420 | 2772 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Law Inc Corporation, 173 Berkeley St, Boston,MA 02117 | 07-10416 | 2781 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Law Inc Corporation, 173 Berkeley St, Boston, MA 02117 | 07-10417 | 2801 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Gaida Ramos Brown, Boston, MA 02117 | 07-10419 | 4.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Brooks Stephens, 9911 Dartmouth, Westminster, CA 92683 | 07-10421 | 1959 | $0.00 | $0.00 | $0.00 | $1,400.00 | $1,400.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Sherman Towe, PO Box 96, Somers Mills, ME 04776 | 07-10419 | 1341 | $1,206.08 | $0.00 | $0.00 | $0.00 | $1,206.08 |
| Comments: The Debtors have no record of this liability in their Books and Records as the claim is against Jerry & Deedra Tapley | | | | | | | |
| United Guaranty Residential Insurance Company, United Guaranty Mortgage Indemnity Company, United Guaranty Services Inc et al, Attn Sara F Millard Authorized Representative 230 N Elm Ste 27401 PO Box 20597, Greensboro, NC 27420-0597 | 07-10419 | 3096 | $0.00 | $0.00 | $0.00 | $15,346.00 | $15,346.00 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |

16th Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Wallis Donna L 14391 Marsh View Dr Jacksonville, FL 33350 | 07-10417 | 2334 | $54,101.00 | $0.00 | $0.00 | $0.00 | $54,101.00 |
| Comments: The Debtors have no record of this liability in other Books and Records | | | | | | | |
| Wells Fargo Bank Na 7485 New Horizon Way Frederick, MD 21703 | 07-10416 | 3117 | $0.00 | $0.00 | $0.00 | $73,648.10 | $73,648.10 |
| Comments: The Debtors have no record of this liability in other Books and Records | | | | | | | |
| Wells Fargo Bank Na 7485 New Horizon Way Frederick, MD 21703 | 07-10416 | 2559 | $0.00 | $0.00 | $0.00 | $12,874,354.05 | $12,874,354.05 |
| Comment: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Wells Fargo Financial Leasing Inc 800 Walnut St MAC F4031 050 Des Moines, IA 50309 | 07-10416 | 270 | $0.00 | $0.00 | $0.00 | $339.73 | $339.73 |
| Comment: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Xerox Corporation Xerox Capital Services LLC PO Box 660506 Dallas, TX 75266-9937 | 07-10416 | 974 | $0.00 | $0.00 | $0.00 | $77,550.31 | $77,550.31 |
| Comments: The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Claims To Be Expunged Totals | | 112 | $60,528.86 | $0.00 | $110,065.50 | $14,646,664.50 | $14,817,638.86 |

# EXHIBIT B

**Exhibit B**

**Multi Debtor Duplicate Claims - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claims Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Helm Range Real Estate Appraisals Ltd / 39 Chancel Ln / Hampton, VA 236641799 | 07-10416 | 1301 | 07-10421 | 922 | $0.00 | $0.00 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Citigroup Global Markets Realty Corp / Kirkland & Ellis LP Citigroup Center 153 E 53rd St / New York, NY 10022-4611 | 07-10419 | 3695 | 07-10420 | 3495 | $953,234.68 | $0.00 | $0.00 | $35,221,110.29 | $36,226,314.97 | $955,234.68 | $0.00 | $0.00 | $35,221,110.29 | $36,776,334.97 |
| Deutsche Bank National Trust Company / Trust & Securities Services Structured Finance Ser 1761 East St Andrew Pl / Santa Ana, CA 92705-4934 | 07-10429 | 3044 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company / Trust & Securities Services Structured Finance Ser 1761 East St Andrew Pl / Santa Ana, CA 92705-4934 | 07-10426 | 2946 | 07-10428 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company / Trust & Securities Services Structured Finance Ser 1761 East St Andrew Pl / Santa Ana, CA 92705-4934 | 07-10423 | 2949 | 07-10420 | 3042 | $8.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company / Trust & Securities Services Structured Finance Ser 1761 East St Andrew Pl / Santa Ana, CA 92705-4934 | 07-10425 | 2947 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company / Trust & Securities Services Structured Finance Ser 1761 East St Andrew Pl / Santa Ana, CA 92705-4934 | 07-10423 | 2954 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company / Trust & Securities Services Structured Finance Ser 1761 E St Andrew Pl / Santa Ana, CA 92705-4934 | 07-10423 | 3050 | 07-10420 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |

16th Omnibus Objection

**Exhibit B**

**Multi Debtor Duplicate Claims - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance See 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10427 | 3015 | 07-10430 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance See 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10424 | 2948 | 07-10430 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.14 | $72,992,668.14 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance See 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10431 | 3052 | 07-10430 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance See 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10419 | 3055 | 07-10430 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance See 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10416 | 3057 | 07-10430 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance See 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10417 | 3061 | 07-10430 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance See 1761 E St Andrew Pl Santa Ana, CA 92705-4934 | 07-10428 | 3032 | 07-10430 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |
| Deutsche Bank National Trust Company Trust & Securities Services Structured Finance See 1761 East St Andrew Pl Santa Ana, CA 92705-4934 | 07-10421 | 2956 | 07-10430 | 3042 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 | $0.00 | $0.00 | $0.00 | $72,992,668.19 | $72,992,668.19 |

16th Omnibus Objection

**Exhibit B**
**Multi Debtor Duplicate Claims - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Greenwich Capital Financial Products Inc; Greenwich Capital Financial Products Inc, 600 Steamboat Rd, Greenwich, CT 06830 | 07-10419 | 2133 | 07-10426 | 2135 | $0.00 | $0.00 | $0.00 | $1,345,557.35 | $1,345,557.35 | $0.00 | $0.00 | $0.00 | $1,345,557.35 | $1,345,557.35 |
| Indymac Bank FSB, Attn Claude Springer & Elizabeth McGovern 2500 One Liberty Pl 1650 Market St, Philadelphia, PA 19106 | 07-10421 | 3638 | 07-10419 | 3639 | $0.00 | $0.00 | $2,093,663.54 | $0.00 | $2,093,663.54 | $0.00 | $0.00 | $2,093,663.54 | $0.00 | $2,093,663.54 |
| Indymac Bank FSB, Attn Claude Springer & Elizabeth McGovern 2500 One Liberty Pl 1650 Market St, Philadelphia, PA 19106 | 07-10416 | 3637 | 07-10419 | 3639 | $0.00 | $0.00 | $2,093,663.54 | $0.00 | $2,093,663.54 | $0.00 | $0.00 | $2,093,663.54 | $0.00 | $2,093,663.54 |
| Maria Magdalena Gonzalez, 12601 Splendine, Garden Grove, CA 92840 | 07-10416 | 1751 | 07-10419 | 1752 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| North American Van Lines, Two Corporate Dr Ste 214, Shelton, CT 06484 | 07-10416 | 1800 | 07-10417 | 1795 | $0.00 | $0.00 | $21,507.81 | $235.59 | $21,743.80 | $0.00 | $0.00 | $21,507.81 | $235.59 | $21,743.80 |
| Oracle Usa Inc, Day Pitney LLC 7 Times Sq, New York, NY 10036-7310 | 07-10416 | 2392 | 07-10419 | 2404 | $0.00 | $0.00 | $1,200.00 | $0.00 | $1,200.00 | $0.00 | $0.00 | $1,200.00 | $0.00 | $1,200.00 |
| Rachel Gutierrez, 9143 E Kenyon Ave No 203, Denver, CO 80237 | 07-10417 | 379 | 07-10416 | 140 | $0.00 | $0.00 | $3,140.00 | $0.00 | $3,140.00 | $0.00 | $0.00 | $3,140.00 | $0.00 | $3,140.00 |
| Shirley Ann Weiler, The Law Office Of Dale W Pittman Pc Re: Blue Sapplewood House 112 A West Tabb St, Petersburg, VA 23803-3212 | 07-10419 | 2550 | 07-10416 | 2543 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 |

**16th Omnibus Objection**

# Exhibit B
## Multi Debtor Duplicate Claims - Ordered

In re: New Century TRS Holdings, Inc. et al.,
Case No. 07-10416 (KJC)

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Shirley Ann Waller 7343 Sharon Rd. Ruther Glen, VA 22546 | 07-10416 | 2351 | 07-10416 | 2343 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 | $165,410.22 | $0.00 | $0.00 | $0.00 | $165,410.22 |
| **Claims To Be Expunged Totals** | | | | **21** | **$8,296,045.12** | **$0.00** | **$4,138,832.39** | **$1,058,546,085.99** | **$1,063,598,806.50** | **$1,296,045.12** | **$0.00** | **$4,136,952.39** | **$1,058,565,808.29** | **$1,063,998,805.50** |

# **EXHIBIT C**

# 16th Omnibus Objection

## Exhibit C
## Reduce / Reclassify - Ordered

In re: New Century TRS Holdings, Inc. et al.,
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| 303 Griffing Associates Llc<br>185 Old County Rd Ste 5<br>Riverhead, NY 11901 | 07-10416 | 3226 | $0.00 | $13,348.00 | $0.00 | $159,620.00 | $172,698.00 | $0.00 | $6,674.00 | $0.00 | $79,000.00 | $85,674.00 |
| Comments: | Claim should be reduced and allowed because the Debtors' Books and Record reflect same | | | | | | | | | | | |
| Administrative Resource Options Inc<br>200 W Adams Ste 2000<br>Chicago, IL 60606 | 07-10416 | 362 | $0.00 | $0.00 | $35,805.68 | $27,846.92 | $63,652.60 | $0.00 | $0.00 | $0.00 | $65,652.60 | $65,652.60 |
| Comments: | Claim should be reclassified and allowed because the Debtors' Books and Record reflect same | | | | | | | | | | | |
| Anya Inc<br>PO Box 5126<br>Timonium, MD | 07-10416 | 169 | $0.00 | $0.00 | $0.00 | $118,931.58 | $118,931.58 | $0.00 | $0.00 | $0.00 | $81,021.25 | $81,021.25 |
| Comments: | Claim should be reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | |
| Anya Inc<br>PO Box 5126<br>Timonium, MD | 07-10416 | 737 | $0.00 | $36,714.17 | $0.00 | $0.00 | $36,714.17 | $0.00 | $13,180.56 | $0.00 | $0.00 | $13,180.56 |
| Comments: | Claim should be reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | |
| Chad E Winer<br>4 Newbury Way<br>Ladera Ranch, CA 92694 | 07-10419 | 2386 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | $0.00 | $0.00 | $3,700.50 | $6,299.50 | $10,000.00 |
| Comments: | Claim should be reclassified, reduced and allowed because the Debtors' Books and Record reflect same | | | | | | | | | | | |
| Daniel D Blocker<br>3110 Ausimere Ln<br>Woodridge, IL 60517 | 07-10419 | 1943 | $0.00 | $0.00 | $222.12 | $150,000.00 | $150,222.12 | $0.00 | $0.00 | $0.00 | $150,222.12 | $150,222.12 |
| Comments: | Claim should be reclassified and allowed because the Debtors' Books and Record reflect same | | | | | | | | | | | |
| David Brungion<br>3675 Altacrest Dr W<br>Birmingham, AL 35243 | 07-10419 | 1470 | $0.00 | $0.00 | $262,500.00 | $0.00 | $262,500.00 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 |
| Comments: | Claim should be reclassified, reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | |
| David Nicholas Kennaday<br>2662 Oak Knoll Dr<br>Rostmoor, CA 90720 | 07-10416 | 3126 | $0.00 | $0.00 | $10,958.00 | $4,970.02 | $15,929.02 | $0.00 | $0.00 | $2,314.04 | $10,662.69 | $12,976.73 |
| Comments: | Claim should be reclassified, reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | |
| Elite Mae Inc<br>4140 Dublin Blvd Ste 308<br>Dublin, CA 94568 | 07-10419 | 2548 | $0.00 | $0.00 | $0.00 | $441,042.00 | $441,042.00 | $0.00 | $0.00 | $0.00 | $283,042.00 | $283,042.00 |
| Comments: | Claim should be reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | |

16th Omnibus Objection

**Exhibit C**
**Reduce / Reclassify - Ordered**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Kevin Cloyd<br>11795 Bruan Ave<br>Tustin, CA 92782 | 07-10417 | 1872 | $0.00 | $0.00 | $0.00 | $1,744,027.00 | $1,744,027.00 | $0.00 | $0.00 | $0.00 | $473,900.00 | $473,900.00 |
| Comments: | Claim should be reduced and allowed because the Debtors' Books and Record reflect a lesser amount due | | | | | | | | | | | |
| Reimer Lorber & Arnovitz Co.LPA<br>2450 Edison Blvd<br>Twinsburg, OH 44087 | 07-10419 | 2265 | $512,147.47 | $0.00 | $0.00 | $0.00 | $512,147.47 | $0.00 | $0.00 | $0.00 | $512,147.47 | $512,147.47 |
| Comments: | No Basis for Secured Status | | | | | | | | | | | |
| Stockton Turner LLC<br>1000 Legion Pl Ste 1700<br>Orlando, FL 32801 | 07-10419 | 501 | $0.00 | $0.00 | $10,959.00 | $9,254.70 | $20,204.70 | $0.00 | $0.00 | $0.00 | $20,204.70 | $20,204.70 |
| Comments: | No Basis for Priority Status | | | | | | | | | | | |
| Town & Country Realtors Inc.<br>Law Offices Of Brian Deardrie 2200 L St<br>Sacramento, CA 95816 | 07-10421 | 1703 | $0.00 | $0.00 | $0.00 | $17,667.83 | $17,667.83 | $0.00 | $0.00 | $0.00 | $6,250.00 | $6,250.00 |
| Comments: | Claim should be reduced and allowed pursuant to settlement | | | | | | | | | | | |
| **Claims To Be Expunged Totals** | | 13 | $512,147.47 | $50,062.17 | $330,427.80 | $2,675,369.05 | $3,567,736.49 | $0.00 | $19,834.56 | $6,014.54 | $1,835,502.33 | $1,861,571.43 |