## CERTIFICATE OF SERVICE

I, Christopher P. Simon, certify that on April 18, 2008, I caused to be served via hand delivery, or as otherwise indicated, on the parties listed below a copy of the **Objection of New York State Teachers' Retirement System to First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008.**

Joseph J. McMahon, Jr., Esq.
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King St., Suite 2207, Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
Regina Stango Kelbon, Esq.
BLANK ROME LLP
1201 Market St., Suite 800
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Suzanne S. Uhland, Esq.
Andrew M. Parlen, Esq.
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111

**VIA FIRST CLASS MAIL**
Mark S. Indelicato, Esq.
Mark T. Power, Esq.
HAHN & HESSEN LLP
448 Madison Avenue
New York, NY 10022

**VIA FIRST CLASS MAIL**
Monika L. McCarthy, Esq.
New Century Financial Corporation
3337 Michelson Drive
Suite CN-350
Irvine, CA 92612

_/s/ CPS_
Christopher P. Simon (Bar No. 3967)