# CERTIFICATE OF SERVICE

Joseph H. Huston, Jr., hereby certifies that on April 18, 2008, he caused a true and correct copy of the foregoing Objection And Memorandum Of Law Of Ad Hoc Committee Of Beneficiaries Of The New Century Financial Corporation Deferred Compensation Plan And/Or Supplemental Executive Retirement/Savings Plan To Confirmation Of First Amended Joint Chapter 11 Plan Of Liquidation to be served electronically through the Court's CM/ECF system and by email, and also by regular mail upon the parties listed below.

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

Suzzanne S. Uhland, Esq.
Andrew M. Parlen, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, California 94111

Monika L. McCarthy, Esq.
New Century Mortgage Corporation
3337 Michelson Drive, Suite CN-350
Irvine, California 92612

AP Services, LLC
Attn: Holly Felder Etlin
9 West 57th Street, Suite 3420
New York, New York 10019

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen. LLP
488 Madison Avenue
New York, NY 10022

Bonnie Glantz Fatell, Esq.
Regina Stango Kelbon, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Joseph J. McMahon, Jr.
*Office of the United States Trustee*
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr.

04/18/08/SL1 810929v1/102440.00001