## EXHIBIT B

**(to motion)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. ____ |

## ORDER GRANTING MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER DETERMINING THAT PROPOSED PLAN MODIFICATIONS DO NOT ADVERSELY CHANGE TREATMENT OF CREDITORS AND DO NOT REQUIRE RESOLICITATION OF ANY CLASS OF CREDITORS

Upon the *Motion Of The Debtors And The Official Committee of Unsecured Creditors for an Order Determining that Proposed Plan Modifications Do Not Adversely Change Treatment of Creditors and Do Not Require Resolicitation of any Class ff Creditors* (the "Motion"); and it appearing that notice of the Motion was good and sufficient upon the particular circumstances, and that no other further notice need be given; and the Court having considered the Motion; and after due deliberation thereon; and that the Modifications (as such term is defined in the Plan) do not adversely change the treatment under the *First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March*

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California Corporation.

LA3:1146881 1
RLF1-3274845-1

2

*18, 2008* (the "Plan") of the claim of any creditor that has not consented to the Modifications; and good and sufficient cause appearing therefor; it is hereby:

ORDERED, ADJUDGED AND DECREED that:

1. The Motion is GRANTED.

2. In accordance with sections 105 and 1127 of the Bankruptcy Code and Rule 3019 of the Federal Rules of Bankruptcy Procedure, (a) the above-captioned debtors and debtors in possession and the Official Committee of Unsecured Creditors (together, the "Plan Proponents") are authorized to make the Modifications (as defined in the Motion) included in the Draft Second Amended Plan (as defined in the Motion), attached as Exhibit A to the Motion, and (b) the Modifications are deemed to be accepted by all creditors of the Debtors that vote to accept the *First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008.*

3. This Court shall retain jurisdiction to enforce and interpret the terms of this Order.

Dated: April ___, 2008
Wilmington, Delaware

---

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE