IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,[1] | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered |
| | Proposed Hearing Date:  4/24/08 at 10:00 a.m.  (ET) |
| | Proposed Objection Deadline:  At Hearing |
| | Re:  Docket No.  6339 |

**DEBTORS' MOTION TO SHORTEN NOTICE AND OBJECTION PERIODS FOR THE MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER DETERMINING THAT PROPOSED PLAN MODIFICATIONS DO NOT ADVERSELY CHANGE TREATMENT OF CREDITORS AND DO NOT REQUIRE RESOLICITATION OF ANY CLASS OF CREDITORS**

The above captioned debtors and debtors in possession (the "<u>Debtors</u>") hereby move the Court for an order pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>") shortening the notice and objection periods (the "<u>Motion to Shorten</u>") for the *Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order*

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

*Determining that Proposed Plan Modifications Do Not Adversely Change Treatment of Creditors and Do Not Require Resolicitation of Any Class of Creditors* [Docket No. 6339] (the "<u>Underlying Motion</u>").  A copy of the Underlying Motion is attached hereto as <u>Exhibit A</u>.[2]  In support of this Motion to Shorten, the Debtors respectfully represent as follows:

**<u>Relief Requested</u>**

1.	Local Rule 9006-1(c) requires that all motion papers shall be filed and served at least fifteen days prior to a hearing date scheduled for such motion, and sixteen (16) days if notice is given by overnight delivery, unless the Bankruptcy Rules state otherwise.  Additionally, Local Rule 9006-1(c) provides that objection deadlines be set at least five (5) business days before a hearing date.

2.	The Debtors respectfully request that the Court enter an order permitting the Underlying Motion be heard at the confirmation hearing on April 24, 2008 at 10:00 a.m. (Prevailing Eastern Time) (the "<u>April 24 Hearing</u>") and allowing objections to the Underlying Motion to be accepted at any time prior to and at the April 24 Hearing.  The Debtors believe allowing interested parties additional time to object is warranted given the shortened notice period.  The Debtors intend to provide notice of the Underlying Motion via overnight mail to the Applicable Parties (as defined at ¶ 4 below).  Given the nature of the relief requested in the Underlying Motion, the Debtors believe that nature and extent of the proposed notice is appropriate.  Moreover, the Debtors submit that providing notice by overnight mail to additional parties would be incredibly costly and excessively burdensome to the Debtors and their estates.

---

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Underlying Motion.

3

        3.      The Debtors believe it is crucial that the Court shorten the notice and objection periods for the Underlying Motion because the Underlying Motion contemplates modifications to the Plan being presented for confirmation at the April 24 Hearing. As further explained in the Underlying Motion, these modifications are essential in order to present a plan of liquidation to the Court that fully embodies the Debtors' blueprint for an orderly liquidation. Thus, it is critical that the Underlying Motion be heard at the April 24 Hearing to ensure that the hearing on plan confirmation may go forward.

        4.      Notice of the Underlying Motion has been provided in the method specified in ¶ 2, *supra*, to: (1) the Office of the United States Trustee for the District of Delaware; (2) counsel to the Committee; (3) all persons listed on the Access Lending schedules as having a claim or potential claim against Access Lending; (4) each person who filed a claim against Access Lending; (5) all parties who have filed timely objections to the Plan; and (6) all parties who have timely filed requests for notice under Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is required. (the "Applicable Parties").

WHEREFORE, the Debtors respectfully request the entry of an order in the form appended hereto as Exhibit B: (i) permitting the Underlying Motion to be heard at the April 24 Hearing; (ii) permitting objections to the Underlying Motion to be accepted at any time prior to and at the April 24 Hearing; and (iii) granting such other and further relief as may be just and proper.

Dated: April 18, 2008  
       Wilmington, Delaware

Respectfully submitted,

    /s/ *Christopher M. Samis*  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Christopher M. Samis (No. 4909)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, Delaware 19899  
(302) 651-7700  

    -and-

Suzzanne S. Uhland  
Ben H. Logan  
O'MELVENY & MYERS LLP  
275 Battery Street  
San Francisco, California  94111  
(415) 984-8700  

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION