**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **NEW CENTURY TRS HOLDINGS,** | ) | |
| **INC., a Delaware corporation, <u>et</u> <u>al</u>.** | ) | Case No. 07-10416 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FIRST INTERIM VERIFIED FEE APPLICATION OF**
**WARREN H. SMITH & ASSOCIATES, P.C. AS FEE AUDITOR FOR ALLOWANCE**
**OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES**

| | |
|---|---|
| Name of Applicant: | Warren H. Smith & Associates, P.C. |
| Authorized to Provide Services: | As Fee Auditor to the Estates |
| Date of Retention: | September 13, 2007 |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2007 through November 30, 2007 |
| Amount of Compensation Requested: | $ 36,500.50 |
| Amount of Expense Reimbursement Requested: | $ 7.68 |
| Amount of Compensation Requested Less Holdback: | $ 36,500.50 |
| Amount of Compensation Paid For Applicable Period: | $ 0.00 |
| Amount of Expenses Reimbursed For Applicable Period: | $ 0.00 |
| Total Amount of Holdback Fees in Aggregate: | $ 36,508.18 |

**FEE AUDITOR'S FINAL REPORT** - Page 1
NEW 1st int fee app.wpd

**CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF WARREN H. SMITH & ASSOCIATES, P.C. FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2007 THROUGH NOVEMBER 30, 2007:**

| Month; Filing Date; Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date; Docket No. | Amount of Fees Paid (80%) | Amount of Expenses paid (100%) | Amount of % Hold back Fees Sought |
|---|---|---|---|---|---|---|
| August - 2007 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| September - 2007 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| October- 2007 4/17/08 6285 | $1,453.50 | $7.68 | | $0.00 | $0.00 | $1,461.18 |
| November - 2007 4/17/08 6286 | $35,047.00 | $0.00 | | $0.00 | $0.00 | $35,047.00 |
| **Total** | **$36,500.50** | **$7.68** | | **$0.00** | **$0.00** | **$36,508.18** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY:**

| Project Category | Total Hours For The Period 10/01/07 through 11/30/07 | Total Hours from the Petition Date | Total Fees For The Period 10/01/07 through 11/30/07 | Total Fees From The Petition Date |
|---|---|---|---|---|
| Accounting/Auditing | 264.60 | 264.60 | $36,500.50 | $36,500.50 |
| Fee Application | 0.00 | 0.00 | $0.00 | $0.00 |
| **Total** | **264.60** | **264.60** | **$36,500.50** | **$36,500.50** |

**CUMULATIVE EXPENSE SUMMARY:**

| Expense Category | Total Expenses for the Period 10/01/07 through 11/30/07 | Total Expense From The Petition Date |
|---|---|---|
| Copying Cost | $0.00 | $0.00 |
| Long Distance | $0.00 | $0.00 |
| Third Party Copies & Document Mailing | $0.00 | $0.00 |
| Travel Expenses | $0.00 | $0.00 |
| Fed-Ex | $0.00 | $0.00 |
| Postage | $0.00 | $0.00 |
| PACER Research | $7.68 | $7.68 |
| Westlaw | $0.00 | $0.00 |
| **TOTAL** | **$7.68** | **$7.68** |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | |
| INC., a Delaware corporation, et al. | ) | Case No. 07-10416 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**FIRST INTERIM VERIFIED FEE APPLICATION OF
WARREN H. SMITH & ASSOCIATES, P.C. AS FEE AUDITOR FOR ALLOWANCE
OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, dated **April 24, 2007** (the "Administrative Order"), and the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance of Payment of Compensation and Reimbursement of Expenses of Applicants and Consideration of Fee Applications, dated October 10, 2007 (the "Fee Auditor Order"), the law firm of Warren H. Smith & Associates, P.C. ("WHS") hereby files this First Interim Verified Fee Application of Warren H. Smith & Associates, P.C. as Fee Auditor for Allowance of Compensation and for Reimbursement of Expenses (the "Application"). By this Application, WHS seeks that this Honorable Court award it reasonable compensation for professional legal services rendered as fee auditor for the estates of New Century TRS Holdings, Inc., ("Debtors") in the amount of $36,500.50, together with reimbursement for actual and necessary expenses incurred in the amount of $7.68 for the period commencing October 1, 2007 through November, 2007 (the "Interim Period"). In support of its Application, WHS respectfully states as follows:

**Background**

1.  On **April 2, 2007**, the Debtors filed voluntary petitions in this Court for relief under Chapter 11 of the Bankruptcy Code (the "Code"), 11 U.S.C. §§ 101 et. seq., as amended. The Debtors continued in possession of their assets and were authorized to operate and manage their respective businesses pursuant to Bankruptcy Code §§ 1107 and 1108.

2.  On **October 10, 2007,** this Court signed the Fee Auditor Order, approving the retention of WHS as fee auditor for the Debtors. The Fee Auditor Order authorized WHS to be compensated: "at the ordinary hourly rate of the Fee Auditor for services of this nature."

**Compensation Paid and its Source**

3.  All services for which compensation is requested by WHS were performed for or on behalf of the bankruptcy estate and the Debtors and not on behalf of any committee, creditor or other person.

4.  Other than interim payments from the Debtors set forth in the notice, above, WHS has received no payment or promise for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these cases, and there is no agreement or understanding between WHS and any other person other than members of the firm for the sharing of compensation to be received for services rendered in these cases.

**Summary of Services**

5.  Attached hereto as Exhibit B are WHS's billing statements for the Interim Period. These statements contain detailed daily time logs describing the time expended by each attorney and para-professional for the Interim Period.

6.  To the best of WHS's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by

the Office of thee United State Trustee, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the Administrative Order.

7. During the Interim Period, WHS spent **0.00** hours of time for $**0.00** in fees seeking its own compensation. The professional of WHS who has rendered professional services to the Debtors in these cases during the Interim Period is Mark Steirer. The para-professionals of WHS whom have rendered professional services to the Debtors in these cases during the Interim Period are James Wehrmann, Doreen Williams, Alexa Parnell, Lisa Hamm, Cherie Rogers, and Jeff Allgood.

### Disbursements

8. WHS has incurred $7.68 in disbursements for the Interim Period for copies, postage, long distance, travel expenses, Pacer research and third party copies and document mailing expenses.

### Valuation of Services

9. The rates charged by each professional during the Interim Period are set forth in Exhibit A. These rates are equal to or below WHS's normal hourly rates of compensation for work of this character. Attorneys and para-professionals of WHS have expended a total of 264.60 hours in connection with this matter during the Interim Period. The reasonable value of the services rendered by WHS for the Interim Period in these cases under Chapter 11 is **$36,500.50.**

10. In accordance with the factors enumerated in 11 U.S.C. § 330, the amount of fees and expenses requested by WHS is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, WHS has reviewed the requirements of Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and believes that this

application complies with that rule.

WHEREFORE, WHS respectfully requests that an allowance be made to it in the amount of $36,500.50 as compensation for necessary professional services rendered, and the sum of $7.68 as reimbursement of actual necessary costs and expenses, for a total of $36,508.18, for the period commencing October 1, 2007 through November 30, 2007, that such sums be authorized for payment, and for such other and further relief as this Court may deem just and proper.

Dated:   April 21, 2008

                             WARREN H. SMITH & ASSOCIATES, P.C.

                             Warren H. Smith

                             Republic Center
                             325 N. St. Paul, Suite 1275
                             Dallas, Texas 75201
                             (214) 698-3868
                             (214) 722-0081 FAX
                             whsmith@whsmithlaw.com

## CERTIFICATE OF SERVICE

I, Warren H. Smith, caused the preceding report to be served by <u>First Class United States mail</u> on the persons on the service list attached to the original on file, this 21st day of April, 2008. Copies of the service list may be obtained by contacting the undersigned.

*[signature]*

Warren H. Smith

# **V E R I F I C A T I O N**

STATE OF TEXAS           §
                                         §    SS:
COUNTY OF DALLAS      §

Warren H. Smith, after being duly sworn according to law, deposes and says:

1. I am the principal in the applicant firm, Warren H. Smith & Associates, P.C., and have been admitted to the bar of the Supreme Court of Texas since 1987.

2. I have personally performed many of the services rendered by Warren H. Smith & Associates, P.C. as fee auditor in these cases and am thoroughly familiar with all other work performed by the professionals in the firm.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and submit that the Application substantially complies with such rule.

_____
Warren H. Smith

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the 21st day of April, 2008.



Notary Public, State of Texas
My commission expires: 05/21/08

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **NEW CENTURY TRS HOLDINGS,** | ) | |
| **INC., a Delaware corporation, <u>et</u> <u>al</u>.** | ) | **Case No. 07-10416 (KJC)** |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER APPROVING FIRST INTERIM
VERIFIED FEE APPLICATION OF WARREN H. SMITH & ASSOCIATES, P.C.
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW, this _____ day of _____, 2008, upon the First Interim Verified Fee Application of Warren H. Smith & Associates, P.C. for Allowance of Compensation and Reimbursement of Expenses (the "Application") dated April 21, 2007, the Court having been satisfied that the interim compensation and reimbursement requested therein is reasonable and justified given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services in cases other than cases under Title 11, and after notice and a hearing;

IT IS HEREBY ORDERED that the Application is approved and that the Debtors, or their successors in interest, are authorized and directed to pay to Warren H. Smith & Associates, P.C. the sum of $36,500.50 as compensation for necessary professional services rendered for the period **October 1, 2007 through November 30, 2007**, and the sum of $7.68 for reimbursement of actual and necessary costs and expenses incurred for the same period.

_____
United States Bankruptcy Judge

**SERVICE LIST**
Notice Parties

**The Applicant**
Mark D. Collins
Michael J. Merchant
Christopher M. Samis
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

**United States Trustee**
Joseph J. McMahon, Jr.
U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**Counsel to the Debtors**
Suzzanne Uhland, Esq.
Ben H. Logan, Esq.
Victora A. Newmark, Esq.
Andrew M. Parlen, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

**Counsel to the Debtors**
Shannon Lowry Nagle, Esq.
O'Melveny &Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Counsel to the Debtors**
Ivan Lerer Kallick, Esq.
Manatt Phelps & Phillips, LLP
11344 W. Olympic Blvd.
Los Angeles, CA 90064

**Counsel for Crisis Managers**
Sheldon S. Toll, Esq.
Attorneys for AP Services, LLC
2000 Town Center, Suite 2550
Southfield, MI 48075

**Accounting and Tax Advisor
for the Debtors**
Gary A. Grush
Grant Thornton LLP
18400 Von Karman Ave., Suite 900
Irvine, CA 92612

**Accounting and Tax Advisor
for the Debtors**
Ari Lefkovits, Director
Lazard Freres & Co., LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020

**Accounting and Tax Advisor
for the Debtors**
Jeffrey R. Boyle, Esq.
PricewaterhouseCoopers LLP
Two Commerce Square, Ste. 1700
2001 Market St.
Philadelphia, PA 19103

**Counsel to the Official Committee of
Unsecured Creditors**
Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome, LLP
1201 Market Street, Ste. 800
Wilmington, DE 19801

**Counsel to the Official Committee of Unsecured Creditors**
Mark S. Indelicato, Esq.
Hahn & Hessen, LLP
488 Madison Avenue
14th & 15th Floors
New York, NY 10022

**Financial Advisor to the Official Committee of Unsecured Creditors**
Samuel Star
FTI Consulting, Inc.
Three Times Square
New York, NY 10036

**Examiner**
Michael J. Missal, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
1601 K. Street, N.W.
Washington, DC 20006-1600

**Counsel to the Examiner**
Edward M. Fox, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
599 Lexington Ave.
New York, NY 10022

**Counsel to the Examiner**
Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

**Accountants and Financial Advisor to the Examiner**
William K. Lenhart
Naushon Vanderhoop
BDO Seidman, LLP
330 Madison Ave., 10th Floor
New York, NY 10017

**Special Regulatory Counsel for the Debtors**
Eric M. Davis, Esq.
Kimberly A. LaMaina, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

**Special Counsel to the Audit Subcommittee**
Peter Benvenutti, Esq.
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104

**Special Counsel - OCP**
Diana M. Thimmig, Esq.
Roetzel & Andress
1375 East Ninth Street
One Cleveland Center, 9th Floor
Cleveland, OH 44115

**Sheppard, Mullin, Richter & Hampton LLP**
Mette H. Kurth, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448

**Special Litigation Counsel to Debtors**
Jeffrey Tidus, Esq.
Baute & Tidus LLP
777 S. Figueroa Street, Ste. 4900
Los Angeles, CA 90017

## **Exhibit A**

| Name of Professional | Position, No. of Years in that Position, Year Licensed | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Warren H. Smith | Principal of firm formed in 2001. Member Texas Bar since 1987. Member Illinois Bar since 1979 | $275 | 0.00 | $0.00 |
| Mark Steirer | Member of Texas Bar since 1991 | $230 | 8.20 | $1,886.00 |
| Alexa Parnell | Legal Assistant since 1984 | $155 | 38.70 | $5,998.50 |
| Doreen T Williams | Legal Assistant since 1982 | $145 | 7.20 | $1,044.00 |
| James Wehrmann | Legal Assistant since 1989 | $135 | 184.00 | $24,840.00 |
| Lisa Hamm | Legal Assistant since 2002 | $135 | 17.60 | $2,376.00 |
| Jeff Allgood | Law Clerk since 2000 | $110 | 0.00 | $0.00 |
| Jeff Allgood | Law Clerk since 2000 | $40 | 0.50 | $20.00 |
| Cherie Rogers | Law Clerk since 2007 | $40 | 8.40 | $336.00 |
| | | | 264.60 | $36,500.50 |

Total Hours    264.60

Total Fees $ 36,500.500

Blended Rate $137.95

## Exhibit B

**(see attached)**