**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
New Century TRS Holdings, Inc.

April 21, 2008

Invoice # 11049

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/8/2007 | DTW | Pacer research regarding fee auditor order (.2) | 0.20 | 29.00 |
| 10/11/2007 | ALP | Reviewed Order Appointing Fee Auditor (.3) | 0.30 | 46.50 |
| | DTW | e-mails to and from B. Witters regarding fee auditor order and draft email re same to W. Smith and J. Allgood (.2) | 0.20 | 29.00 |
| 10/15/2007 | CR | Update database with e-detail of Manatt 5.07, 6.07, 7.07 and 8.07 fee applications | 0.20 | 8.00 |
| | CR | Update database with e-detail Hennigan 5.07 (4/6/07-5/31/07) fee application | 0.10 | 4.00 |
| | DTW | telephone call with R. Warren re Saul applications (.1) | 0.10 | 14.50 |
| 10/16/2007 | CR | Update database with e-detail Kirkpatrick 6/1/07-7/31/07 Interim application and 7.07 and 8.07 fee application (.1); Missal 6/5/07-7/31/07 Interim application and 7.07 and 8.07 fee applications (.1) | 0.20 | 8.00 |
| | CR | Update database with Manatt 4.07, 5.07 and 6.07 fee applications (.1); Hennigan 4/6/07-5/31/07 fee application (.1) | 0.20 | 8.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/16/2007 | CR | Update database with e-detail Heller Ehrman's 6.07 and 7.07 fee applications | 0.10 | 4.00 |
| | DTW | receive, review, and respond to to R. Warren regarding electronic version of application from 3 applicants (.2) | 0.20 | 29.00 |
| | CR | Update database with e-detail of Saul Ewing 6/8/07-7/31/07 fee application | 0.10 | 4.00 |
| 10/17/2007 | ALP | Telephone conference with Doreen Williams regarding organization of new case (.2) | 0.20 | 31.00 |
| | CR | Update database with AlixPartners 4.07,5.07and 6.07 fee application (.1) and Lazard 8.07 fee application and 4/07-7/31/07 1st Interim application (.1) | 0.20 | 8.00 |
| 10/18/2007 | CR | Update database with Saul Ewing 6/1/07-7/31/07 fee application, Missal 6/5/07-7/31/07 fee application (.1); Missal 8.07 fee application; Missal 1st Interim application (.1); Heller 1st Interim application; Heller 4/2/07-6/30/07 fee application (.1); Heller 7.07 fee application (.1) | 0.40 | 16.00 |
| 10/19/2007 | CR | Update database with e-detail BlankRome 4.07, 5.07 6.07, 7.07 fee applications | 0.20 | 8.00 |
| | CR | Update database with e-detail Richards 4.07,5.07, 6.07, 7.07, 8.07 fee applications | 0.20 | 8.00 |
| 10/22/2007 | CR | Update database with e-detail O'Melveny 6.07 fee application | 0.10 | 4.00 |
| | CR | Update database with O'Melveny 6.07, BDO 6/29/07-8/31/07 (.1); Lazard 4.07, Lazard 5/1/07-7/31/07 (.1)' Lazard 8.07, Lazard 1st Interim 4/1/07-7/31/07 fee applications; (.1)Kirkpatrick 6/1/07-7/31/07 fee application ; Kirkpatrick 1st Interim Amended application 6/1/07-7/31/07 (.1)and Kirkpatrick 8.07 fee application (.1) | 0.50 | 20.00 |
| | CR | Update database with e-detail Manatt 9.07 fee application | 0.10 | 4.00 |
| 10/23/2007 | DTW | Review information recieved from RLF regarding case particulars (.5); work on creating service list (.7); review case particulars in preparation for conversation with W. Smith (.3) | 1.50 | 217.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/24/2007 | CR | Update database with e-detail FTI 4.07,5.07, 6.07 7.07 and 8.07 fee applications (.1); Roetzel 4.07, 5.07, 6.07, 7.07, 8.07 and 9.07 fee applications (.1); Skadden 4.07 (4-16-07/5/31/07), 6.07 and 7.07 fee applications (.1) | 0.30 | 12.00 |
| | CR | Update database with E&Y 5/1/07-8/3/07 fee application, Howrey 6/22/07-7/20/07 fee application (.1) FTI 4.07, 5.07, 6.07, 7.07 fee applications (.1) FTI 1st Interim 4/1/07-7/31/07 application and 8.07 fee application (.1); Skadden 1st Interim application 4/16/07-7/31/07, Blank Rome 1st Interim application 4/9/07-7/31/07 (.1); Blank Rome 4.07, 5.07, 6-7.07 fee applications (.1) | 0.50 | 20.00 |
| | DTW | telephone call with W. Smith regarding scope and status of audit (.2) | 0.20 | 29.00 |
| 10/25/2007 | DTW | Reviewing various orders affecting audit (.4); and work on scheduling matters for audit (.3) | 0.70 | 101.50 |
| | CR | Update database with edetail BDO 6/29/07-8/31/07 and 8.07 fee applications | 0.10 | 4.00 |
| | CR | Update database with Howrey 4/2/07-6/30/07 6.07 monthly fee application and 4/2/07-6/30/07 1st Interim application (.1); O'Melveny 4.07 and 5.07 with supplemental (.1); Monatt 9.07 fee application (.1) | 0.30 | 12.00 |
| | CR | Update database with e-detail O'Melveny 4.07 and 5.07 fee application; Sheppard 6.07 and 7.07 fee application | 0.20 | 8.00 |
| | CR | Update database with edetail Baute 1/31/07-9/30/07 fee application | 0.10 | 4.00 |
| 10/26/2007 | CR | Update database with Roetzel 4.07, 5.07, 6.07, 7.07, 8.07 and 9.07 fee applications | 0.20 | 8.00 |
| | CR | Update database with e-detail Hahn & Hessen 4.07 and 5.07 fee application | 0.10 | 4.00 |
| 10/29/2007 | DTW | conference call with J. Allgood and A. Parnell to discuss applications received, needed and how to proceed (.8) | 0.80 | 116.00 |
| | ALP | Extended telephone conference with Jeff Allgood and Doreen Williams regarding case status and organization of new case (.8) | 0.80 | 124.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/29/2007 | CR | Update database with e-detail BDO 9.07 and Saul 8.07 fee applications | 0.10 | 4.00 |
| | CR | Update database with Grant 9.07 fee application | 0.10 | 4.00 |
| 10/30/2007 | CR | Update database with Saul 8.07, Kirkpatrick 9.07 (.1); Missal 9.07, BDO 9.07 (.1); Hahn 5.07 and 4.07 (.1); Sheppard 1st Interim application 4/2/07-7/31/07, E&Y 1st Interim application 4/1/07-7/31/07 (.1) | 0.40 | 16.00 |
| | DTW | Review Baute invoices (.3); contact N. Cardeno re same (.2); work on status report for 1st interim audit (1.8); draft email to J. Allgood and A. Parnell re same (.1); telephone call with J. Allgood re same (.2); research re Alix Partners applications (.3); Pacer research re applications (.4) | 3.30 | 478.50 |
| 10/31/2007 | CR | Update database with e-detail Missal 9.07 and Kirkpatrick 9.07 fee applications | 0.10 | 4.00 |
| | CR | Update database with Richards 9.07 fee application | 0.10 | 4.00 |
| 11/2/2007 | CR | Update database with Baute 1.07, 3.07,5.07,6.07, 8.07, 9.07 fee applications | 0.30 | 12.00 |
| | CR | Update database with O'Melveny, Kirkpatrick, Heller, FTI & BlankRome with reviewer information | 0.30 | 12.00 |
| | CR | research information and set up Service List and Contact List for database | 0.60 | 24.00 |
| | LMH | receive, review, and respond to second e-mail from J. Allgood re: case assignments. | 0.10 | 13.50 |
| | LMH | receive, review, and respond to e-mail from J. Allgood re: case assignments. | 0.10 | 13.50 |
| | ALP | Telepone conferences with Jeff Allgood an Doreen Williams regarding case organization (.3) | 0.30 | 46.50 |
| 11/6/2007 | CR | Update database with e-detail FTI 9.07 fee application | 0.10 | 4.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/7/2007 | JW | detailed review of Kirkpatrick's June 1, 2007 to July 31, 2007 invoice | 7.10 | 958.50 |
| | JW | detailed review of Kirkpatrick's June1, 2007 to July 31,2007 invoice (7.1) | 7.10 | 958.50 |
| | CR | Update database with e-detail RIchards 9.07 fee application | 0.10 | 4.00 |
| | CR | Update database with FTI 9.07 fee application | 0.10 | 4.00 |
| 11/8/2007 | JW | detailed review of Kirkpatrick's June 1, 2007 to July 31, 2007 invoice | 8.80 | 1,188.00 |
| | JW | detailed review of Kirkpatrick's June1, 2007 to July 31,2007 invoice (8.8) | 8.80 | 1,188.00 |
| 11/9/2007 | JW | detailed review of Kirkpatrick's June 1, 2007 to July 31, 2007 invoice | 8.10 | 1,093.50 |
| | JW | detailed review of Kirkpatrick's June1, 2007 to July 31,2007 invoice (8.10) | 8.10 | 1,093.50 |
| 11/12/2007 | CR | Update database with e-detail BlankRome 8.07 fee application, Skadden 8.07 and 9.07 fee applications (.1) | 0.10 | 4.00 |
| | JW | detailed review of O'Melveny's April 2007 monthly invoice (5.1) | 5.10 | 688.50 |
| | CR | Update database with Skadden 8/1/07-9/30/07 fee application | 0.10 | 4.00 |
| | JW | detailed review of Kirkpatrick's June 1, 2007 to July 31, 2007 invoice | 4.00 | 540.00 |
| | JW | detailed review of O'Melveny's April 2007 monthly invoice | 5.10 | 688.50 |
| | JW | detailed review of Kirkpatrick's June1, 2007 to July 31,2007 invoice (4.0) | 4.00 | 540.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/13/2007 | JW | detailed review of O'Melveny's April 2007 monthly invoice (9.20) | 9.20 | 1,242.00 |
| | JW | detailed review of O'Melveny's April 2007 monthly invoice | 9.20 | 1,242.00 |
| | ALP | Conference with Jeff Allgood regarding filing status of monthly invoices and interim fee application regarding 1st interim period (4-7.07) (.5) | 0.50 | 77.50 |
| 11/14/2007 | JW | detailed review of O'Melveny's April 2007 monthly invoice | 9.70 | 1,309.50 |
| | CR | Update database with 8.07 fee application for BlankRome | 0.10 | 4.00 |
| | JW | detailed review of O'Melveny's April 2007 monthly invoice (9.70) | 9.70 | 1,309.50 |
| 11/15/2007 | JW | detailed review of O'Melveny's May 2007 monthly invoice (9.30) | 9.30 | 1,255.50 |
| | JW | detailed review of O'Melveny's May 2007 monthly invoice | 9.30 | 1,255.50 |
| 11/16/2007 | CR | Update database with AP Services 7/1/07-9/30/07 (.2) | 0.20 | 8.00 |
| | CR | Update database with e-detail Roetzel 10.07 monthly invoice | 0.10 | 4.00 |
| | JW | detailed review of O'Melveny May 2007 monthly invoice (9.4) | 9.40 | 1,269.00 |
| | MWS | detailed review of Lazard retention documents and fee application of Lazard for April through July 2007 (2.3); review fee and expense detail (1.1). | 3.40 | 782.00 |
| | ALP | Reviewed Sheppard Mullin's monthly invoices and interim fee applications regarding 1st interim period (4-7.07) (3.9) | 3.90 | 604.50 |
| 11/17/2007 | ALP | Reviewed Manatt Phelps & Phillips' monthly invoices and interim fee applications regarding 1st interim period (4-7.07) (4.1) | 4.10 | 635.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/17/2007 | JW | detailed review of O'Melveny May 2007 monthly invoice (6.3) | 6.30 | 850.50 |
| | ALP | Reviewed Skadden Arps monthly invoices and interim fee applications regarding 1st interim period (4-7.07) (3.3) | 3.30 | 511.50 |
| 11/18/2007 | LMH | Begin detailed review of Heller Ehrman's combined April through June 2007 application. | 1.90 | 256.50 |
| | ALP | Reviewed Howrey's monthly invoices and interim fee applications regarding 1st interim period (4-7.07) (3.7) | 3.70 | 573.50 |
| | JW | detailed review of O'Melveny June 2007 monthly invoice (3.6) | 3.60 | 486.00 |
| | LMH | detailed review of FTI's May 2007 application. | 0.70 | 94.50 |
| | LMH | detailed review of FTI's April 2007 application. | 0.30 | 40.50 |
| | LMH | detailed review of FTI's June 2007 application. | 0.40 | 54.00 |
| | LMH | detailed review of FTI's July 2007 application. | 0.50 | 67.50 |
| | LMH | detailed review of FTI's quarterly application for the first interim period (April through July 2007). | 0.10 | 13.50 |
| | LMH | detailed review of FTI's retention application, affidavit, supplemental affidavit, and retention order regarding clarification of standard of review for hourly forensic and litigation consulting fees. | 0.50 | 67.50 |
| 11/19/2007 | LMH | draft e-mail to M. Correa, Heller Ehrman, re: electronic detail for firm's combined April through June 2007 application. | 0.30 | 40.50 |
| | JW | detailed review of O'Melveny June 2007 monthly invoice (9.4) | 9.40 | 1,269.00 |
| | LMH | receive, review, and respond to two e-mails from J. Allgood re: Heller Ehrman's electronic detail for its combined April through June 2007 application. | 0.10 | 13.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/19/2007 | LMH | left detailed telephone voicemail for J. Allgood re: Heller Ehrman's combined April through June 2007 application and corresponding electronic detail. | 0.10 | 13.50 |
| | LMH | Continued detailed review of Heller Ehrman's combined April through June 2007 application. | 0.50 | 67.50 |
| | JBA | draft e-mail to L. Hamm re: Heller's electronic detail for 4.07-6.07 | 0.10 | 4.00 |
| | ALP | Reviewed Roetzel & Andress' monthly invoices and interim fee applications regarding 1st interim period (4-7.07) (5.1) | 5.10 | 790.50 |
| | ALP | Reviewed Saul Ewing's monthly invoices and interim fee applications regarding 1st interim period (4-7.07) (3.8) | 3.80 | 589.00 |
| | MWS | review Lazard time entries for April through July 2007 (1.3); review expense detail (1.8). | 3.10 | 713.00 |
| | LMH | receive, review, and respond to e-mail from M. Correa, Heller Ehrman, re: revised electronic detail for combined April through June 2007 application. | 0.10 | 13.50 |
| 11/20/2007 | MWS | work on initial report regarding fee application of Lazard for 4/07 - 7/07. | 1.70 | 391.00 |
| | CR | Update database with e-detail HellerErhmann 4/1/07-6/30/07 | 0.10 | 4.00 |
| | ALP | Drafted initial report to Kirkpatrick regarding 1st interim period (4-7.07) (1.8) | 1.80 | 279.00 |
| | ALP | Reviewed Kirkpatrick's monthly invoices and interim fee applications regarding 1st interim period (4-7.07) (6.2) | 6.20 | 961.00 |
| | JW | detailed review of O'Melveny June 2007 monthly invoice (9.1) | 9.10 | 1,228.50 |
| 11/21/2007 | CR | Update database with Hahn 6.07 monthly invoice | 0.10 | 4.00 |
| | CR | Update database with e-detail Hahn 6.07 monthly invoice | 0.10 | 4.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/21/2007 | ALP | Reviewed Michael Missal's monthly invoices and interim fee applications regarding 1st interim period (4-7.07) (3.6.) | 3.60 | 558.00 |
| 11/23/2007 | LMH | detailed review of Blank Rome's June 2007 application. | 0.10 | 13.50 |
| | JW | detailed review of O'Melveny June 2007 monthly invoice (9.3) | 9.30 | 1,255.50 |
| | LMH | Continued detailed review of Heller Ehrman's combined April through June 2007 application. | 0.60 | 81.00 |
| | LMH | detailed review of Blank Rome's April 2007 application. | 0.30 | 40.50 |
| | LMH | detailed review of Blank Rome's May 2007 application. | 0.40 | 54.00 |
| 11/24/2007 | LMH | Continued detailed review of Heller Erhman's combined April through June 2007 application. | 2.80 | 378.00 |
| | LMH | Begin drafting summaries for Heller Ehrman's first quarterly period applications. | 0.40 | 54.00 |
| | LMH | Additional detailed review of Blank Rome's April 2007 application | 1.40 | 189.00 |
| | LMH | Additional detailed review of Blank Rome's May 2007 application | 0.40 | 54.00 |
| 11/25/2007 | JW | detailed review of O'Melveny Supplemental Fee Application for the period April 1, 2007 to May 31, 2007 (4.9) | 4.90 | 661.50 |
| 11/26/2007 | ALP | Researched Pacer regarding 1st interim (4-7.07) hearing date and filed monthly and interim fee applications (.3) | 0.30 | 46.50 |
| | LMH | Additional detailed review of Blank Rome's May 2007 application. | 0.80 | 108.00 |
| | LMH | Continued detailed review of Blank Rome's combined June and July 2007 application. | 0.90 | 121.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/26/2007 | JW | detailed review of O'Melveny Supplemental Fee Application for the period April 1, 2007 to May 31, 2007 (9.4) | 9.40 | 1,269.00 |
| | LMH | draft summary for Blank Rome's April 2007 application. | 1.90 | 256.50 |
| | ALP | Extended telephone conferences with Doreen Williams and Jeff Allgood regarding status of monthly invoices and interim fee applications filed concerning 1st interim period (4-7.07) (.3) | 0.30 | 46.50 |
| | JBA | telephone conference with A. Parnell and D. Williams re: status of monthly and interim applications for the 1st interim and status of review/initial reports re: same | 0.30 | 12.00 |
| 11/27/2007 | CR | Update database with e-detail Kirkpatrick and Michael Missal 10.07 monthly invoices | 0.10 | 4.00 |
| | ALP | Extended telephone conference with Jeff Allgood regarding status of monthly invoices and interim fee applications filed concerning 1st interim period (4-7.07) (.3) | 0.30 | 46.50 |
| | JBA | telephone conference with L. Hamm re: Blank Rome and Heller summaries | 0.10 | 4.00 |
| | CR | Update database with montly invoices of Michael Missal 10.07 and Kirkpatrick 10.07 (.1) | 0.10 | 4.00 |
| | CR | Update database with e-detail BDO 10.07 monthly invoice | 0.10 | 4.00 |
| | CR | Update database with monthly invoices for Roetzel 10.07 and Hahn 6.07 | 0.10 | 4.00 |
| 11/28/2007 | ALP | Telephone conference with Doreen Williams regarding status of initial reports concerning the 1st interim period (4-7.07) (.2) | 0.20 | 31.00 |
| | LMH | Continue drafting summary for Blank Rome's April 2007 application. | 1.10 | 148.50 |
| | LMH | draft summary for Blank Rome's May 2007 application. | 0.80 | 108.00 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 11/30/2007 | CR | Update database with e-detail O'Melveny 7.07 monthly invoice (.1) and Saul Ewing 9.07 monthly invoice (.1) | 0.20 | 8.00 |
| | CR | Update database with monthly invoices for Richards 10.07 and O'Melveny 7.07 (.2) | 0.20 | 8.00 |

**For professional services rendered** **264.60** **$36,500.50**

Additional Charges :

| | Price | |
|---|---|---|
| Pacer chargers for charges for October 2007 | 7.68 | 7.68 |

**Total costs** **$7.68**

**Total amount of this bill** **$36,508.18**

Balance due $36,508.18

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 38.70 | 155.00 | $5,998.50 |
| Cherie Rogers | 8.40 | 40.00 | $336.00 |
| Doreen Williams | 7.20 | 145.00 | $1,044.00 |
| James Wehrmann | 184.00 | 135.00 | $24,840.00 |
| Jeff B. Allgood | 0.50 | 40.00 | $20.00 |
| Lisa M Hamm | 17.60 | 135.00 | $2,376.00 |
| Mark W Steirer | 8.20 | 230.00 | $1,886.00 |