IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, | ) | |
| INC., a Delaware Corporation, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

**LIMITED OBJECTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY ("DBNTC") TO FIRST AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>DATED AS OF MARCH 18, 2008</u>**

DBNTC, by and through its undersigned counsel, hereby submits this limited objection to the First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of March 18, 2008 (the "Plan".) (PACER # 5405.)

DNBTC continues to negotiate with Debtors in an attempt to resolve its objection to the Early Payment Default/First Payment Default Claims Breach Protocol ("Protocol") annexed to and made a part of the Plan.  However to date no resolution has been had necessitating this Limited Objection in order to preserve DNBTC's rights to contest confirmation of the Plan.

The Protocol requires creditors to produce documents and information, on threat of having their claims expunged, that are burdensome, oppressive and in some cases either impossible to obtain or could only be obtained at extreme expense, both in money and time.

As such, these Protocol requirements violate the due process rights of creditors and are in violation of the claims resolution procedures mandated by the Bankruptcy Code.  Thus the Plan cannot be confirmed in its present form and the Protocol must be amended to conform with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure or confirmation should be denied.

10986199.1

2

Dated: April 21, 2008

                    NIXON PEABODY LLP

                    By /s/ Lee Harrington
                    Attorneys for DBNTC
                    437 Madison Avenue
                    New York, New York 10022
                    (212) 940-3091
                    (212) 940-3111 (Fax)

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing LIMITED OBJECTION was served on April 22, 2008, by ECF and by placing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| MARK D. COLLINS<br>MICHAEL J. MERCHANT<br>CHRISTOPHER M. SAMIS<br>Richards Layton & Finger<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE  19899 | MONIKA L. MCCARTHY<br>New Century Financial Corporation<br>3337 Michelson Drive, Suite CN-350<br>Irvin, CA 92612 |
| SUZANNE S. UHLAND<br>BEN H. LOGAN<br>VICTORIA NEWMARK<br>EMILY R. CULLER<br>O'Melveny & Meyers LLP<br>275 Battery Street<br>San Francisco, CA 94111 | MARK S. INDELICATO<br>MARK T. POWER<br>Hahn & Hessen LLP<br>488 Madison Ave.<br>New York, NY 10022 |
| BONNIE GLANTZ FATELL<br>REGINA STANGO KELBON<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19891 | JOSEPH J. MCMAHON, JR.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |

/s/ Dennis J. Drebsky
Dennis J. Drebsky

10986199.1