IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,[1]** | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 24, 2008 AT 10:00 A.M.**

I.    **CONTESTED MATTER GOING FORWARD:**

1.    First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008 [D.I. 5405; filed 3/18/08]

Objection Deadline:   April 18, 2008; granted a general extension for the U.S. Trustee; extended until April 21, 2008 for DBNTC; extended until April 21, 2008 at 4:00 p.m. for ACE entities

Objections/Responses Received:

A.    Pima County's Objection to the Joint Chapter 11 Plan of Liquidation Dated March 18, 2008 [D.I. 5741; filed 4/7/08]

B.    Internal Revenue Service's Objection to First Amendment Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008 [D.I. 6282; filed 4/17/08]

---

[1]  The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp , a California corporation; New Century R E O. II Corp , a California corporation; New Century R E O III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

C.     Objection of Zurich American Insurance Company and/or Its Affiliates Including But Not Limited to Fidelity & Deposit Company of Maryland as Their Interests May Appear to the Cure Amounts Listed in the Assumption Schedule at Exhibit A to the Amended Plan [D.I. 6283; filed 4/17/08]

D.     Statement of Carrington Capital Management, LLC Regarding the Proposed First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008 [D.I. 6303; filed 4/18/08]

E.     Union Bank of California's Limited Objection to Proposed Assumption of Certain Agreements in Connection with Confirmation of Debtors' Amended Plan [D.I. 6304; filed 4/18/08]

F.     Objection of New York State Teachers' Retirement System to First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008 [D.I. 6307; filed 4/18/08]

G.     Objection and Memorandum of Law of Ad Hoc Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan to Confirmation of First Amended Joint Chapter 11 Plan of Liquidation [D.I. 6338; filed 4/18/08]

H.     Limited Objection of Deutsche Bank National Trust Company ("DBNTC") to First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors as of March 18, 2008 [D.I. 6391; filed 4/22/08]

Related Documents:

i.     Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 [D.I. 4804; filed 2/2/08]

ii.     Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 [D.I. 4805; filed 2/2/08]

iii.     Notice of Filing of Amended Disclosure Statement [D.I. 5103; filed 2/27/08]

iv.     Order (A) Approving Disclosure Statement Regarding First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008 (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Joint Plan of Liquidation and (C) Scheduling a Hearing on

Confirmation of Joint Plan of Liquidation and Approving Related Notice Procedures [D.I. 5396; filed 3/18/08]

v.     Notice of Filing Assumption Schedule for Amended Plan [D.I. 5734; filed 4/4/08]

vi.    Notice of Filing Liquidating Trust Agreement [D.I. 5736; filed 4/6/08]

vii.   Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Determining that Proposed Plan Modifications Do Not Adversely Change Treatment of Creditors and Do Not Require Resolicitation of any Class of Creditors [D.I. 6339; filed 4/18/08]

viii.  Order Granting Debtors' Motion to Shorten Notice and Objection Periods for the Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Determining that Proposed Plan Modifications do not Adversely Change Treatment of Creditors and Do Not Require Resolicitation of any Class of Creditors [D.I. 6343; filed 4/21/08]

ix.    Reply Brief of Plan Proponents in Support of Confirmation of Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of April 23, 2008 [The Debtors intend to file this reply brief later today]

Status:  The hearing on this matter is going forward. The Debtors intend to file a reply brief in response to the plan objections listed above and certain affidavits in support of confirmation later today.

Dated:  April 22, 2008
        Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

3

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

4