**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., <br>    et al., <br> <br> <br> <br>    Debtors, | ) Case No. 07-10416 KJC <br> ) Chapter 11 <br> ) Jointly Administered <br> ) **Hearing Date: May 21, 2008 @ 10:00 a.m.** <br> ) **Response Date:  May 14, 2008** |

**CITIMORTGAGE, INC. SBM WITH CITIFINANCIAL MORTGAGE COMPANY, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C.§362(d)(1) AS TO**
**5430 Cherry Creek Parkway South, Columbus, Ohio**

NOW COMES Citimortgage, Inc. SBM with Citifinancial Mortgage Company, Inc. (hereinafter "Citimortgage"), by and through its attorneys, Whittington & Aulgur, moves the Court for an Order granting relief from the Automatic Stay of 11 U.S.C. §362 upon the following grounds:

JURISDICTION

1. The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 11 U.S.C. §157 and 11 U.S.C. §362.

CLAIM FOR RELIEF

2. Citimortgage is a corporation located at 1111 Northpoint Drive, Building 4, Sutie 100, Coppell, TX 76078.

3. On April 2, 2007 a Chapter 11 Petition initiating this proceeding was filed by the Debtors.

5. On or about December 19, 2005, non-filing borrower Angela Brown (hereinafter "Borrower") executed and delivered an indenture of mortgage in the principal sum of $104,000.00 (hereinafter "Mortgage 1") unto EquiFirst Corporation.  Said mortgage created a lien upon the

property therein mentioned, 5430 Cherry Creek Parkway South, Columbus, Ohio, (hereinafter "the Property"), all of which is of record in the Office of the Recorder of Deeds in Franklin County, State of Ohio.  The Borrower also executed a Note contemporaneously therewith.  Copies of said Mortgage 1 and the Note are attached collectively hereto as Exhibit "A".  The Borrower subsequently transferred the Property subject to said Mortgage, to Arthur C. Collins.   This Mortgage was thereafter assigned to Citifinancial on February 28, 2008, a copy of which Assignment is attached hereto as Exhibit "B".

6. On or about December 19, 2005, non-filing Borrower executed and delivered an indenture of mortgage in the principal sum of $26,000.00 (hereinafter "Mortgage 2") unto Mortgage Electric Registration Systems, Inc. as nominee for EquiFirst Corporation.  Said mortgage created a junior lien upon the Property, all of which is of record in the Office of the Recorder of Deeds in Franklin County, State of Ohio.  A copy of said Mortgage is attached hereto as Exhibit "C".  The Borrower subsequently transferred the Property subject to said Mortgage, to Arthur C. Collins and his unknown spouse.

7. A title search reflects that a senior lien remains of record on the Property, a Mortgage (hereinafter "Senior Mortgage") from Arthur C. Collins, unmarried, to the Debtor, New Century Mortgage Corporation, 18400 Von Karman, Suite 1000, Irvine, CA 92612 in the original amount of $85,000, recorded on May 4, 2004 at Instrument Number 200405040101139 in the Franklin County Recorder of Deeds' Office.   This Mortgage was purportedly released on February 28, 2006, and recorded in Instrument #20060228037296 in the Franklin County Recorder of Deeds' Office, by U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HE5, by Saxon Mortgage Services, Inc. as its attorney-in-fact; however, at the time of recording of said Release, there was no assignment of record into the releasing party, thus the Senior Mortgage remains as a

cloud on title.  Pertinent portions of a title search showing Senior Mortgage is attached hereto as Exhibit "D".

8. Debtors have no ownership interest in the Property, and the underlying debt secured by their lien, appears to have been paid.  However, in an abundance of caution, relief from stay is being sought due to the apparently invalid Release.

9. At present, Borrower is contractually delinquent and a foreclosure proceeding is pending.

10. Movant's Broker Price Opinion, attached hereto as Exhibit "E", lists market value of the property as $95,000.00.  The payoff is approximately on Citimortgage's loan is $115,310.51 as of January 4, 2008.  There is no equity in the Property.  In any event, any potential equity would not benefit the Debtors' Estate since the Debtors merely hold a lien against the Borrower.

11. Therefore, cause exists to vacate the stay to permit Movant to exercise its non-bankruptcy contractual rights and remedies against Borrower and the Property.

WHEREFORE, Citimortgage hereby moves for an Order pursuant to 11 U.S.C. §362(d)(1) terminating the Automatic Stay for cause.

                            WHITTINGTON & AULGUR

By:   /s/ Kristi J. Doughty
       Robert T. Aulgur, Jr. (No. 165)
       Kristi J. Doughty (No. 3826)
       651 N. Broad Street, Ste. #206
       P.O. Box 1040
       Middletown, DE  19709-1040
       (302) 378-1661
       Attorney for Movant

Date:  April 22, 2008