**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., <br>                 Debtors, | ) Case No. 07-10416 KJC <br> ) Chapter 11 <br> ) Jointly Administered <br> ) Ref. No. |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAYAS TO**
**5430 Cherry Creek Parkway South, Columbus, Ohio**

AND NOW, TO WIT, this _____ day of _____ A.D., 2008, Citimortgage, Inc. SBM with Citifinancial Mortgage Company, Inc.'s Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause so as to permit the Movant and/or holder of the Mortgage as recorded in the Public Records in Instruments #200601090004589 in Franklin County, State of Ohio for 5430 Cherry Creek Parkway South, Columbus, Ohio to enforce its contractual rights as to the Borrower and its security interests in the aforesaid real property through foreclosure proceedings, Sheriff's Sale of the property, and any other legal remedies against the property which may be available to Citimortgage, Inc. SBM with Citifinancial Mortgage Company, Inc under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that Citimortgage, Inc. SBM with Citifinancial Mortgage Company, Inc may immediately enforce and implement this Order granting relief from the automatic stay.

                                                                                             _____

                                                                                                         J.