**EXHIBIT B**


2008030400032492
Pgs: 1    $32.00    T20080014937
03/04/2008 9:04AM    REPLAW OFFICE
Robert G. Montgomery
Franklin County Recorder

PREPARED BY & RETURN TO:
M. E. Wileman
Orion Financial Group, Inc.
2860 Exchange Blvd. # 100
Southlake, TX 76092        **Assignment of Mortgage**        Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") SOLELY AS NOMINEE FOR EQUIFIRST CORPORATION G4318 Miller Road, Flint, MI 48507 (Assignor) by these presents does assign, and set over, without recourse, to CITIMORTGAGE, INC., SUCCESSOR IN INTEREST BY MERGER TO CITIFINANCIAL MORTGAGE COMPANY, INC. 1111 Northpoint Drive, Building 4, Suite 100, Coppell, TX 75019 (Assignee) the described mortgage, together with certain note(s) described with all interest, all liens, any rights due or to become due thereon, executed by ANGELA D BROWN, SOLELY to EQUIFIRST CORPORATION. Said mortgage Dated: 12/19/2005 is recorded in the State of OH, County of Franklin on 1/9/2006, as Instrument # 200601090004589 AMOUNT: $ 104,000.00
Property Address: 5430 CHERRY CREEK PKWY SOUTH, COLUMBUS, OH
IN WITNESS WHEREOF, the undersigned corporation has caused this instrument to be executed by its proper officer. Executed on: February 25, 2008
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") SOLELY AS NOMINEE FOR EQUIFIRST CORPORATION

By: _____
M. E. Wileman, Vice President

BROWN   MM  *04102942*

State of Texas   County of Tarrant
On 2/25/2008, before me, the undersigned, personally appeared M. E. Wileman, who acknowledged that he/she is Vice President of/for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") SOLELY AS NOMINEE FOR EQUIFIRST CORPORATION and that he/she executed the foregoing instrument and that such execution was done as the free act and deed of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") SOLELY AS NOMINEE FOR EQUIFIRST CORPORATION.


JULIE BACON
Notary Public, State of Texas
My Commission Expires
November 30, 2010

Notary public, Julie Bacon
My commission expires: November 30, 2010

OH   Franklin

MERS Phone 888-679-6377
JACOB ELSTER
CITI-FIP/PAT D. HENR