**EXHIBIT D**

## COMMITMENT FOR TITLE INSURANCE

### SCHEDULE B

Commitment No: **52255**                                                                                      Effective Date: **August 17, 2007**

The policy or policies to be issued will contain exceptions to the following unless the same are disposed of to the satisfaction of the Company.

1. Defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date the Proposed Insured acquires for value of record the estate or interest or mortgage thereon covered by this Commitment.

2. The Plat of Wesleigh, Section 2 recorded in Volume 70 Page 45. Building Setback Line: 25'; Easements: 15'.
   Note: For further conditions, see Plat.

3. Recital of restrictions recorded on June 22, 1989, in Volume I3605 Page A2 of Franklin County, Ohio Records.
   Note: For further conditions, see Record.

4. Subject to dower rights, if any, of the spouse of Angela D. Brown. See deed recorded on December 15, 2006, and recorded in Instrument #200612150248953 of Franklin County, Ohio Records in which marital status of the grantor was omitted.

5. Mortgage from Arthur C. Collins, unmarried, to New Century Mortgage Corporation, 18400 Von Karman, Suite 1000 Irvine, CA 92612 in the original amount of $85,000.00, recorded on May 4, 2004, and recorded in Instrument # 200405040101139 in the Franklin County, Ohio Records. Covering caption premises described in Schedule "A".

   Affidavit of Facts of Mortgage recorded on February 10, 2005, and recorded in Instrument # 200502100025158 of Franklin County, Ohio Records.

   Mortgage purportedly Released on February 28, 2006, and recorded in Instrument # 20060228037296 in the Franklin County, Ohio Records by U.S. Bank National Association, as Trustee for Home Equity Loan Trust 2004-HE5, by Saxon Mortgage Services Inc. as its attorney-in-fact. At the time of the recording of said Release, there is no assignment of record into the releasing party.

6. Mortgage from Angela D. Brown, solely (prior owner), to Mortgage Electronic Registration Systems, Inc. as nominee for EquiFirst Corporation, PO Box 2026, Flint, MI 48501-2026 in the original amount of $104,000.00, recorded on January 9, 2006, and recorded in Instrument # 200601090004589 in the Franklin County, Ohio Records. Covering caption premises described in Schedule "A".

Continuation of Schedule B                                                                                          Commitment No.: **52255**

7. Mortgage from Angela D. Brown, solely (prior owner), to Mortgage Electronic Registration Systems, Inc. as nominee for EquiFirst Corporation, PO Box 2026, Flint, MI 48501-2026 in the original amount of $26,000.00, recorded on January 9, 2006, and recorded in Instrument #200601090004592 in the Franklin County, Ohio Records. Covering caption premises described in Schedule "A".

8. Judgment Lien filed against Angela Brown, (prior owner) 1542 Greenview Dr, Grove City, OH 43123, in favor of Wells Fargo Bank, in the amount of $20,475.97, recorded on October 13, 2006, and recorded in 06JG10030329 in the Franklin County, Ohio Records. Court of Common Pleas, Originating Case # 05CV007127
Note: Unable to determine if our party.

9. Subject to any provision of a separation agreement, if any, and/or post decree orders effecting the subject real estate entered in 06DR3118, Arthur C. Collins vs. Angela D. Collins in the Franklin County Common Pleas Court, Division of Domestic Relations. Decree granted on July 28, 2006.

10. Pending Civil Action for monetary reasons in the Court of Common Pleas, Franklin County, Ohio, Case Number 07CVC067331: Lorie R. Leaman vs Art Collins, et al, complaint filed June 1, 2007.
Note: Unable to determine if our Party.
Note: For Information Only

11. Bankruptcy filed in U.S. Bankruptcy Court, Southern District of Ohio, Case Number 91-27256, by Arthur Charles Collins SSN: xxx-xx-9681, 595 Bantry Bay Court, Galloway, OH 43119, Chapter 13 filed on September 25, 1991. Dismissed 01/12/95 Terminated 03/16/95.

12. Bankruptcy filed in U.S. Bankruptcy Court, Southern District of Ohio, Case Number 95-51436, by Arthur Charles Collins SSN: xxx-xx-9681, 5430 Cherry Creek Pkwy S, Columbus, OH 43228, Chapter 13 filed on March 16, 1995 Discharged 12/17/97 Terminated 12/19/97 Dismissed 06/18/97.

13. Tax ID Number: 570-214739-00
    FH Net: $863.89     LH Net: $863.89 - see below for payment status.

    Taxes and Assessments for the FH 2006 in the amount of $863.89 are PAST DUE.

    Taxes and Assessments for the LH 2006 are PAST DUE in the amount of $3,192.61, including a Delinquent Amount of $2,328.72.
    Tax Due Date: June 20, 2007
    Assessment, Homestead Exemption or CAUV included in the above amount as follows: NONE

**First American Title**
**Insurance Company**