# EXHIBIT "E"

| ORDERED FOR | | | | |
|---|---|---|---|---|
| Bulk Order | Foreclosure | DATE 12/14/2007 | FARV/REF# 2706186 | SERVICE PERFORMED Exterior |

## CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | DIST FROM SUBJECT |
|---|---|---|---|
| ANGELA D BROWN | 5003273280 | | 7 Miles |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 5430 CHERRY CREEK PKWY S | COLUMBUS | OH | 43228 |

DISCLOSURE

QUALITY REVIEW REMARKS: **See Addendum**

### VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $95,000 | $97,900 | 90-120 Days |
| AS-REPAIRED | $95,000 | $97,900 | 90-120 Days |

PREVIOUS BPO INFORMATION (If Applicable): Order: 2131423; Service: Two Page Servicing 3S3L INT; Date: mm/dd/yyyy; As-Is Value: 102,000; As-Repaired Value: 102,700; Variance: 6%

### LISTING (If Listed)

| LISTING BROKERAGE | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|
| | | |

| ORIGINAL LIST PRICE | CURRENT LIST PRICE | LISTED FROM | TO | LISTING FINANCE TERMS |
|---|---|---|---|---|
| $79,000 | $ | | unk | |

LISTING COMMENTS:

### SUBJECT INFO

| TYPE | STYLE | AGE | OVERALL CONDITION | SLIDE AREA? | No |
|---|---|---|---|---|---|
| SFD | Split/Bi-Lev | 17 | Average | FLOOD PLAIN? | No |

| SQ FEET ABOVE GROUND | ROOMS/BEDS/BATHS | BASEMENT | EARTHQUAKE ZONE? | No |
|---|---|---|---|---|
| MAIN 878  UP | 6  3  1.5 | 300 SQ FT  90% FINISHED | OBSERVED ENVIRONMENTAL ISSUES? | No |

| LOT SIZE (ACRES) | GARAGE | ROOF CONDITION | |
|---|---|---|---|
| .16 | 1 CAR Gar Att | Average | |

| POOL | FIREPLACE | WATER | SEWER/SEPTIC | TYPE HEAT | OBSERVED CASUALTY LOSS (FIRE)? | No |
|---|---|---|---|---|---|---|
| None | | Public | Sewer | | | |

EXTERIOR IMPROVEMENTS: none

MOBILE HOME MAKE/MODEL/VIN (If Applicable):

EXTERIOR COMMENTS: Very average condition with some toys and personal items scattered in yard.

INTERIOR COMMENTS (Interior Orders):

### COND OF SUBJECT AND REPAIR ESTIMATES

EXTERIOR:
| DEBRIS REMOVAL | None | $ | SIDING/PAINT | None | $ |
|---|---|---|---|---|---|
| STRUCTURAL | None | $ | ROOF | None | $ |
| WINDOWS | None | $ | LANDSCAPING | None | $ |
| OUTBUILDINGS | None | $ | OTHER | None | $ |

EXTERIOR REPAIR COMMENTS: No repair issues observed

INTERIOR:
| CLEANING | | $ | STRUCTURE | | $ |
|---|---|---|---|---|---|
| PAINT | | $ | CARPETS/FLOORING | | $ |
| KITCHEN/APPLIANCES | | $ | BATHROOMS | | $ |
| UTILITIES | | $ | OTHER | | $ |

INTERIOR REPAIR COMMENTS:

REPAIR TOTAL $ 0

### EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| | No | No | | Yes | | | No |

MOLD/MILDEW: 
MOLD/MILDEW COMMENTS:

ENCROACHMENTS (If Yes, See Subject Description and Condition Comments): No
EASEMENTS (If Yes, See Subject Description and Condition Comments): No

### FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | Yes | WELL/SEPTIC | No | HEATING | No |
|---|---|---|---|---|---|
| ENGINEER | No | STRUCTURAL | No | ROOF | No |
| OTHER | | | | | |

### ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | | DUE (YEAR) |
|---|---|---|---|
| 1,727 | 2006 | | 2007 |

| MONTHLY ESTIMATE OF UTILITY COST $ | OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC) |
|---|---|
| 175 | 125 |

HOA INFO (If applicable):
| DUES $ | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES |
|---|---|---|---|
| CONTACT | | | PHONE |
| ADDRESS | | | |

PAGE 1 OF 2   FARVV, 2001
2706186

REP NAME/FIRM/PHONE: DWAYNE CHASTAIN    (614) 879-6039    DATE 12/14/2007

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)

Subject was recently listed for $79000, expiring on 9/28/07 after 177 DOM. A copy of this MLS sheet is attached as photo. Current comps suggest a value higher than this list price with mixture of REO and owner occupied comps used in this evaluation. Neighborhood is REO driven with about 1/3 of activity being foreclosure and short sale. MLS data indicates 3% drop in values in MLS region in past 12 months. Some schools and amenities in immediate area with some highway access within 2 miles.

| WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? | WHY? |
|---|---|
| Yes | Due to poor market |
| FINANCING REQUIRED TO SELL SUBJECT | SPECIAL FINANCING PROGRAMS AVAILABLE |
| Yes | Possible 0 down or special 1st time buy |
| INDICATE FINANCING SUBJECT WILL QUALIFY FOR | FHA/VA Yes  CONV No |

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required – use most comparable available)

| NEIGHBORHOOD TREND IS: | IS THERE A SEASONAL MARKET? | EXPLAIN | | |
|---|---|---|---|---|
| Declining | No | | | |
| | PRESENT NUMBER OF MARKET AREA LISTINGS 258 | | PRICE RANGE FROM $40,250 | TO $ |
| | PRESENT NUMBER OF COMPARABLE LISTINGS 21 | | PRICE RANGE FROM $79,000 | TO $165,000 |

| AVG MKT TIME UNSOLD LISTINGS | TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC) |
|---|---|
| 90 | Seller paid costs of roughly $1k |
| AVG MKT TIME SOLD LISTINGS | |
| 118 | |
| IS THERE NEW HOME CONSTRUCTION? | PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS |
| No | |

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 723 CHERRYMONTE DR | 0.21 | $109,900 | 38 | UP<br>MAIN 834<br>BSMT 300<br>GLA 834 | TOT RMS 6<br>BDRMS 3<br>BATHS 1.5 | Average | 19 | .21 |

Same model and amenities with some updating to paint and flooring. REO in close proximity.

| 2 | 5099 WOLLASTON CT | 0.51 | $114,900 | 10 | UP<br>MAIN 750<br>BSMT 298<br>GLA 750 | TOT RMS 6<br>BDRMS 3<br>BATHS 1.5 | Average | 15 | .25 |

Superior with larger lot and 2 car garage with some trees. Bi-level design with mostly finished lower level. SHORT sale.

| 3 | 5382 WESTGROVE DR | 0.13 | $118,500 | 43 | UP<br>MAIN 878<br>BSMT 300<br>GLA 878 | TOT RMS 6<br>BDRMS 3<br>BATHS 2 | Average | 17 | .19 |

Superior. Same model with screened porch, 2 full baths and some recent cosmetic updating.

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required – use most comparable available)

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5456 WESTGROVE DR<br>SALE DATE 10/16/2007 | 0.09 | LIST $94,000<br>SALE $94,000 | 34 | UP<br>MAIN 878<br>BSMT 300<br>GLA 878 | TOT RMS 6<br>BDRMS 3<br>BATHS 1.5 | Fair | 17 | .18<br>DATA SOURCE MLS |

REO in need of some repairs. Comparable square feet, amenities and baths.

| 2 | 915 CHERRY BUD DR<br>SALE DATE 11/8/2007 | 0.3 | LIST $98,396<br>SALE $93,000 | 189 | UP<br>MAIN 1358<br>BSMT 0<br>GLA 1,358 | TOT RMS 6<br>BDRMS 3<br>BATHS 2 | Average | 15 | .15<br>DATA SOURCE MLS |

Compares overall. Has no basement and is on slab with both baths being full and 2 car garage on smaller lot.

| 3 | 5392 CHERRY CREEK PKWY S<br>SALE DATE 06/15/2007 | 0.05 | LIST $118,500<br>SALE $115,000 | 55 | UP<br>MAIN 878<br>BSMT 300<br>GLA 878 | TOT RMS 6<br>BDRMS 3<br>BATHS 1.5 | Average | 18 | .28<br>DATA SOURCE MLS |

Same model, non REO with extra large lot and backs to wooded area with deck and some recent updating. Superior.

## BPO ADDENDUM

| PROPERTY TYPE | STYLE | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS |
|---|---|---|---|
| SFD | Split/Bi-Lev | | Occupied By Unknown |

**1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.**

**2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?**

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | REO/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Depressed | Stable | Declining | Owner | 0 to 5% | 10% + | Moderate |

**3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):**

| AS-IS: | AS-REPAIRED: |
|---|---|
| As is appears to be average for area. | Other than personal items and toys in yard, condition appears average for area with no repairs observed. |

**4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:**

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 6% | $5,760 | $450 | $185 | $210 | $1,727 | $0 |

**Addendum** 2706186

Mixture of REO, Short Sale and owner occupant in this REO driven market with 3 of 6 comps being same model of home. All comps in close proximity in this large subdivision. Pictures of rear, kitchen and bath were copied from MLS and attached to this order with front, address and street being new and current. REcent expired MLS sheet attached as photo to this order. QC: Subject Sq Ft Matches with Real Quest. Subject Sq Ft, Lot Size and photos matches with the prior order. No Attachment to the subject.


First American
Residential Value View

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 5003273280 | 121302LH | 2706186 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| ANGELA D BROWN | 5430 CHERRY CREEK PKWY S | COLUMBUS, OH 43228 |
| PHOTOS COMMENT | | |

Subject Front





Subject House Number



Subject - Other

Recent expired MLS



Account #: 5003273280    Tracking #: 121302LH



First American
Residential Value View

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 5003273280 | 121302LH | 2706186 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| ANGELA D BROWN | 5430 CHERRY CREEK PKWY S | COLUMBUS, OH 43228 |
| PHOTOS COMMENT | | |

Street View



Listing 1 (723 CHERRYMONTE DR)



Listing 2 (5099 WOLLASTON CT)



Account #: 5003273280    Tracking #: 121302LH

First American
Residential Value View

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 5003273280 | 121302LH | 2706186 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| ANGELA D BROWN | 5430 CHERRY CREEK PKWY S | COLUMBUS, OH  43228 |
| PHOTOS COMMENT | | |

Listing 3 (5382 WESTGROVE DR)



Sold 1 (5456 WESTGROVE DR)



Sold 2 (915 CHERRY BUD DR)



**First American Residential Value View**

**Photos**

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 5003273280 | 121302LH | 2706186 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| ANGELA D BROWN | 5430 CHERRY CREEK PKWY S | COLUMBUS, OH 43228 |
| PHOTOS COMMENT | | |

Sold 3 (5392 CHERRY CREEK PKWY S)



Other Photo
Bath photo from MLS photo gallery



Other Photo
Kitchen photo from MLS photo gallery



 *First American Residential Value View*

# Photos

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 5003273280 | 121302LH | | 2706186 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| ANGELA D BROWN | 5430 CHERRY CREEK PKWY S | COLUMBUS, OH 43228 | |
| PHOTOS COMMENT | | | |

Other Photo
Rear photo from MLS photo gallery



**NATIONWIDE PROPERTY VALUATION SERVICES**
**Source One Services Corporation**                                    Map

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 5003273280 | 121302LH | 2706186 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| ANGELA D BROWN | 5430 CHERRY CREEK PKWY S | COLUMBUS, OH 43228 |



Map Scale: 1 Inch = 0.12 Miles

**⌂ Subject Property**
5430 CHERRY CREEK PKWY S
COLUMBUS, OH 43228

**❶ Comp. Listing 1**
723 CHERRYMONTE DR
COLUMBUS, OH 43228
Dist From Subject: 0.21 Miles

**❷ Comp. Listing 2**
5099 WOLLASTON CT
COLUMBUS, OH 43228
Dist From Subject: 0.51 Miles

**❸ Comp. Listing 3**
5382 WESTGROVE DR
COLUMBUS, OH 43228
Dist From Subject: 0.13 Miles

**❶ Closed Sale 1**
5456 WESTGROVE DR
COLUMBUS, OH 43228
Dist From Subject: 0.09 Miles

**❷ Closed Sale 2**
915 CHERRY BUD DR
COLUMBUS, OH 43228
Dist From Subject: 0.3 Miles

**❸ Closed Sale 3**
5392 CHERRY CREEK PKWY S
OH 43228
Dist From Subject: 0.05 Miles