# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket Nos. 6395 & 6398 |
| | : |

## JOINT MOTION OF THE PLAN PROPONENTS TO FILE BRIEFS IN SUPPORT OF THE SECOND AMENDED PLAN OF LIQUIDATION

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee" and together with the Debtors, the "Plan Proponents"), hereby move the Court for an order granting the Plan Proponents relief from Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") to file and serve: (a) the *Reply Brief of Plan Proponents in Support of Second Amended Joint Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of April 23, 2008* [Docket No. 6395] (the "Reply") and (b) the *Supplemental Reply of the Official Committee of Unsecured Creditors in Further Support of Confirmation of Joint Chapter 11 Plan of Liquidation* [Docket No. 6398] (the "Supplemental Reply" and together with the Reply, the

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

RLF1-3275819-1

"Replies") after the deadline set forth in the Local Rule. In support of this Motion, the Plan Proponents respectfully represent as follows:

### Relief Requested

1. By this Motion, the Plan Proponents request relief from Local Rule 9006-1(d), which requires that reply papers be served no later than 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda for the related hearing, to file and serve the Replies one (1) day later than required by the Local Rule.

### Basis for Relief

2. The Plan Proponents believe that given the number of objections to the *Second Amended Joint Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of April 23, 2008* (the "Second Amended Plan") and the complexity of the issues raised in certain of the objections, granting the Plan Proponents the additional time to file and serve the Replies is warranted. Additionally, the Plan Proponents submit that consideration of the Replies will assist in streamlining the hearing on Second Amended Plan.

### Notice

3. Notice of this Motion has been given to all parties that have objected to the Second Amended Plan. Given the circumstances, the Plan Proponents submit that no other or further notice need be given.

WHEREFORE the Plan Proponents respectfully request that the Court enter an Order, substantially in the form attached hereto as Exhibit A, authorizing the Plan Proponents to file the Replies.

Dated: April 22, 2008
Wilmington, Delaware

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ David W. Carickhoff | *[signature]* |
| BLANK ROME LLP | Mark D. Collins (No. 2981) |
| Bonnie Glantz Fatell (No. 3809) | Michael J. Merchant (No. 3854) |
| David W. Carickhoff, Jr. (No. 3715) | Christopher M. Samis (No. 4909) |
| 1201 Market Street, Suite 800 | RICHARDS, LAYTON & FINGER, P.A. |
| Wilmington, Delaware 19801 | P.O. Box 551 |
| (302) 425-6400 - Telephone | One Rodney Square |
| (302) 425-6464 - Facsimile | 920 North King Street |
|  | Wilmington, DE 19899 |
| - and - | Telephone: (302) 651-7700 |
|  | Facsimile: (302) 651-7701 |
| Mark S. Indelicato |  |
| Mark T. Power | - and - |
| Janine M. Cerbone |  |
| Huria S. Naviwala | Suzzanne Uhland |
| HAHN & HESSEN LLP | Ben H. Logan |
| 488 Madison Avenue, 15th Floor | Andrew M. Parlen |
| New York, New York 10022 | O'MELVENY & MYERS LLP |
| (212) 478-7200 - Telephone | 275 Battery Street |
| (212) 478-7400 - Facsimile | San Francisco, California 94111 |
|  | (415) 984-8700 |
| Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al | ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION |