IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS,<br>INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-10416-KJC, et seq. |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 23, 2008, copies of the foregoing Limited Objection To Confirmation Of First Amended Joint Chapter 11 Plan Of Liquidation Of The Debtors And The Official Committee Of Unsecured Creditors were served via electronic mail upon:

> collins@RLF.com
> samis@rlf.com
> mpower@hahnhessen.com
> mindelicato@hahnhessen.com
> suhland@omm.com
> blogan@omm.com
> fatell@blankrome.com
> carickhoff@blankrome.com

Dated: April 23, 2008    /s/ **Adam Hiller**
Wilmington, Delaware    Adam Hiller (DE No. 4105)
          Maria Aprile Sawczuk (DE No. 3320)
          Draper & Goldberg, PLLC
          1500 North French Street, 2nd Floor
          Wilmington, Delaware 19801
          (302) 339-8776 telephone
          (302) 213-0043 facsimile