**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, *et. al.* | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**WITHDRAWAL OF APPEARANCE**

  PLEASE TAKE NOTICE that on April 8, 2008, Clarion Mortgage Capital, Inc. ("Clarion") filed its Withdrawal of Clarion Mortgage Capital's Response to Debtors' Fifteenth Omnibus Objection to Claims (Docket No. 5394). As a result of this filing, Bloom Murr & Accomazzo, P.C. withdraws its appearance on behalf of Clarion in the above-entitled bankruptcy action.

  DATED: April 23, 2008.

            BLOOM MURR & ACCOMAZZO, P.C.

            By:   *s/ Torben M. Welch*
                Eric P. Accomazzo
                Torben M. Welch
                410 17th Street, Suite 2400
                Denver, Colorado 80202
                (303) 534-2277

            Attorneys for Clarion Mortgage Capital, Inc.

## CERTIFICATE OF MAILING

      I hereby certify that on this 23rd day of April, 2008, a true and correct copy of the foregoing **WITHDRAWAL OF APPEARANCE** was served electronically or via U.S. Mail to all those entities and individuals named in the ECF system and to the following:

| | |
|---|---|
| New Century TRS Holdings, Inc.<br>3121 Michelson Drive, Suite 600<br>Irvine, California 92612 | Debtor |
| Christopher M. Samis, Esq.<br>920 North King Street<br>Wilmington, Delaware 19801 | Debtor's Counsel |
| Ivan Lerer Kallick, Esq.<br>11344 West Olympic Boulevard<br>Los Angeles, California 90064 | Debtor's Co-Counsel |
| Suzzanne S. Uhland, Esq.<br>275 Battery Street<br>San Francisco, California 94111 | Debtor's Co-Counsel |
| U.S. Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, Delaware 19899 | |
| Bonnie Glantz Fatell, Esq.<br>1201 Market Street, Suite 800<br>Wilimington, Delaware 19801 | Official Unsecured Creditors' Committee |

                                               *s/ Ann Kroes*