**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | **Re: Docket No. 6399** |

**ORDER AUTHORIZING THE PLAN PROPONENTS TO FILE BRIEFS IN
SUPPORT OF THE SECOND AMENDED PLAN OF LIQUIDATION**

Upon the motion (the "Motion") of the above-captioned debtors and debtors in

possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the

"Committee" and together with the Debtors, the "Plan Proponents") seeking authority to file (a)

the *Reply Brief of Plan Proponents in Support of Second Amended Joint Plan of Liquidation of

the Debtors and the Official Committee of Unsecured Creditors Dated as of April 23, 2008*

[Docket No. 6395] (the "Reply") and (b) the *Supplemental Reply of the Official Committee of

Unsecured Creditors in Further Support of Confirmation of Joint Chapter 11 Plan of

Liquidation* [Docket No. 6398] (the "Supplemental Reply" and together with the Reply, the

"Replies"), as is more fully set forth in the Motion; and the Court having jurisdiction to consider

the Motion and the relief requested therein in accordance with 28 U.S.C. § § 157 and 1334; and

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

due notice of the Motion having been provided, and it appearing that no other or further notice

need be provided; and the Court having determined that the relief granted herein is in the best

interests of the Debtors and all parties in interest; and upon the Motion and all of the proceedings

had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that, the Motion is GRANTED; and it is further

ORDERED that, the Plan Proponents are permitted to file the Replies as set forth

in the Motion.

Dated:   April 23 , 2008
         Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE