## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x

| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : Case No. 07-10416 (KJC) |
| a Delaware Corporation, et al., | : |
| | : Jointly Administered |
| **Debtors.** | : |
| | : Related to Docket No. 5596 & 5597 |

---------------------------------------------------------x

### CERTIFICATION OF NO OBJECTION REGARDING FIFTH MONTHLY APPLICATION OF BDO SEIDMAN, LLP FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE EXAMINER FOR THE PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

### (NO ORDER REQUIRED)

I, Mark Minuti, counsel for Michael J. Missal, the Court appointed examiner (the "Examiner") in the above-captioned jointly administered chapter 11 cases, hereby certify as follows:

1. On April 1, 2008, the Examiner filed the **Fifth Monthly Application of BDO Seidman, LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Accountants and Financial Advisors to the Examiner for the Period December 1, 2007 through December 31, 2007** (the "Fifth Application") [Docket No. 5596] and the **Notice of Fee Application** (the "Notice") [Docket No. 5597].

2. In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, and the Order Appointing Fee Auditor Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications dated October 10, 2007, objections, if any, to

552756 6 4/23/08

the Fifth Application were due on or before 4:00 p.m. on April 21, 2008 (the "Objection Deadline").

3. The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

4. Accordingly, the Fifth Application may be granted.

Dated: April 23, 2008

                            **SAUL EWING LLP**

               By: _____
                         Mark Minuti (DE No. 2659)
                         222 Delaware Avenue, Suite 1200
                         P.O. Box 1266
                         Wilmington, DE  19899-1266
                         (302) 421-6840 (telephone)
                         (302) 421-5873 (fax)

                         Co-Counsel to Michael J. Missal, Examiner