UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| NEW CENTURY HOLDINGS, INC., a Delaware corporation, et al. | ) | Case No. 07-10416 (KJC) Jointly Administered |
| Debtor. | ) | **Proposed Hearing Date: 4/24/08@ 10:00 P.M. (EDT)** **Relates to Docket Nos. 5405, 6407 & 6396** |

**ORDER GRANTING MOTION OF AD HOC COMMITTEE OF DEFERRED COMPENSATION PLAN AND SERP BENEFICIARIES TO STRIKE DECLARATIONS OF HOLLY FELDER ETLIN AND TODD BRENTS IN SUPPORT OF CONFIRMATION OF THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION AS OF APRIL 23, 2008**

AND NOW, this 24th day of April, 2008, upon consideration of the *Motion Of Ad Hoc Committee Of Deferred Compensation Plan And Serp Beneficiaries To Strike Declarations Of Holly Felder Etlin And Todd Brents In Support Of Confirmation Of The Second Amended Joint Chapter 11 Plan Of Liquidation As Of April 23, 2008,* and the responses thereto, it is hereby

ORDERED that the Motion is GRANTED and the Declarations of Holly Felder Etlin and Todd Brents in support of confirmation of the Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors as of April 23, 2008, Docket Numbers 6407 and 6396 respectively, are hereby stricken from the record, having been submitted in violation of this Court's Scheduling Order dated March 26, 2008 (Docket No. 5526).

For the Court:

_______________________________, J.

Kevin J. Carey
United States Bankruptcy Judge.