IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |

NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 24, 2008 AT 11:00 A.M.

*AT THE REQUEST OF THE COURT,
THIS HEARING HAS BEEN MOVED FROM 10:00 A.M. TO 11:00 A.M.*

I. **CONTESTED MATTER GOING FORWARD:**

1. First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008 [D.I. 5405; filed 3/18/08]

    Objection Deadline: April 18, 2008; granted a general extension for the U.S. Trustee; extended until April 21, 2008 for DBNTC; extended until April 21, 2008 at 4:00 p.m. for ACE entities

    Objections/Responses Received:

    A. Pima County's Objection to the Joint Chapter 11 Plan of Liquidation Dated March 18, 2008 [D.I. 5741; filed 4/7/08]

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Amended/Added agenda items are noted in **bold.**

RLF1-3276292-1

B. Internal Revenue Service's Objection to First Amendment Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008 [D.I. 6282; filed 4/17/08]

C. Objection of Zurich American Insurance Company and/or Its Affiliates Including But Not Limited to Fidelity & Deposit Company of Maryland as Their Interests May Appear to the Cure Amounts Listed in the Assumption Schedule at Exhibit A to the Amended Plan [D.I. 6283; filed 4/17/08]

D. Statement of Carrington Capital Management, LLC Regarding the Proposed First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008 [D.I. 6303; filed 4/18/08]

E. Union Bank of California's Limited Objection to Proposed Assumption of Certain Agreements in Connection with Confirmation of Debtors' Amended Plan [D.I. 6304; filed 4/18/08]

F. Objection of New York State Teachers' Retirement System to First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008 [D.I. 6307; filed 4/18/08]

G. Objection and Memorandum of Law of Ad Hoc Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan to Confirmation of First Amended Joint Chapter 11 Plan of Liquidation [D.I. 6338; filed 4/18/08]

H. Limited Objection of Deutsche Bank National Trust Company ("DBNTC") to First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors as of March 18, 2008 [D.I. 6391; filed 4/22/08]

I. **Pima County's Objection to the Second Amended Joint Chapter 11 Plan of Liquidation [D.I. 6397; filed 4/22/08]**

J. **Countrywide Home Loans, Inc.'s Limited Objection to Confirmation of First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors [D.I. 6403; filed 4/23/08]**

Related Documents:

i. Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 [D.I. 4804; filed 2/2/08]

ii. Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of February 2, 2008 [D.I. 4805; filed 2/2/08]

iii. Notice of Filing of Amended Disclosure Statement [D.I. 5103; filed 2/27/08]

iv. Order (A) Approving Disclosure Statement Regarding First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008 (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Joint Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of Joint Plan of Liquidation and Approving Related Notice Procedures [D.I. 5396; filed 3/18/08]

v. Notice of Filing Assumption Schedule for Amended Plan [D.I. 5734; filed 4/4/08]

vi. Notice of Filing Liquidating Trust Agreement [D.I. 5736; filed 4/6/08]

vii. Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Determining that Proposed Plan Modifications Do Not Adversely Change Treatment of Creditors and Do Not Require Resolicitation of any Class of Creditors [D.I. 6339; filed 4/18/08]

viii. Order Granting Debtors' Motion to Shorten Notice and Objection Periods for the Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Determining that Proposed Plan Modifications do not Adversely Change Treatment of Creditors and Do Not Require Resolicitation of any Class of Creditors [D.I. 6343; filed 4/21/08]

ix. **Reply Brief of Plan Proponents in Support of Confirmation of Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of April 23, 2008 [D.I. 6395; filed 4/22/08]**

x. **Declaration of Todd Brent's in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of April 23, 2008 [D.I. 6396; filed 4/22/08]**

xi. **Supplemental Reply of the Official Committee of Unsecured Creditors in Further Support of Confirmation of Joint Chapter 11 Plan of Liquidation [D.I. 6398; filed 4/22/08]**

xii. **Joint Motion of the Plan Proponents to File Briefs in Support of the Second Amended Plan of Liquidation [D.I. 6399; filed 4/22/08]**

xiii. **Declaration of Holly Felder Etlin in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of April 23, 2008 [D.I. 6407; filed 4/23/08]**

xiv. **Declaration of Jamie L. Edmonson Regarding Tabulation of Votes in Connection With the First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008, as Further Amended [D.I. 6406; filed 4/23/08]**

<u>Status:</u> The hearing on this matter is going forward. **The Debtors intend to file a further revised version of the Plan this evening and will be bringing multiple copies of the proposed confirmation order with them to the Hearing.**

Dated: April 24, 2008
Wilmington, Delaware

*/s/ Christopher M. Samis*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

4

RLF1-3276292-1