IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., <u>et</u> <u>al.</u>,<br><br>Debtors. | Chapter 11<br>Case No. 07-10416-KJC, <u>et</u> <u>seq.</u> |

### NOTICE OF WITHDRAWAL OF COUNTRYWIDE HOME LOANS, INC.'S LIMITED OBJECTION TO CONFIRMATION OF FIRST AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
*(relates to Docket Nos. 5405 & 6403)*

For the reasons set forth at the April 24, 2008 hearing on confirmation of the plan in the above-captioned case, Countrywide Home Loans, Inc. ("Respondent"), on behalf of itself and the mortgagees and lienholders whose interests it services in these cases, by its undersigned counsel, has withdrawn its Limited Objection to Confirmation of the First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008 (Docket No. 6403) without prejudice.

Dated: April 24, 2008
       Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC


 /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
Maria Aprile Sawczuk (DE No. 3320)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

*Attorneys for Respondent*