EXHIBIT A

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MARCH 1, 2008 THOUGH MARCH 31, 2008**

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Star, Samuel | Senior Managing Director | 25.0 | | |
| Joffe, Steven | Senior Managing Director | 1.0 | | |
| Brunner, Robert | Senior Managing Director | 1.0 | | |
| Dragelin, Timothy | Senior Managing Director | 8.4 | | |
| Ellis, Melissa | Director | 69.6 | | |
| Bryant, Kristin | Senior Consultant | 2.1 | | |
| Amico, Marc | Senior Consultant | 18.2 | | |
| Park, Ji Yon | Senior Consultant | 29.6 | | |
| Pearson, Linda | Administrative | 1.6 | | |
| **Sub-Total** | | **156.5** | **N/A** | **$ 100,000** |

**Hourly Scope Projects**

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Dragelin, Timothy | Senior Managing Director | 0.5 | $ 650 | $ 325 |
| Sloane, Raymond | Senior Managing Director | 22.2 | 615 | 13,653 |
| Buchanan, Michael | Senior Managing Director | 4.5 | 540 | 2,430 |
| Shapss-Herringer, Wendy | Managing Director | 25.6 | 550 | 14,080 |
| Friedler, Andrew | Director | 118.6 | 475 | 56,335 |
| Spieler, Marc | Director | 0.8 | 465 | 372 |
| Gosik, Jaime | Director | 24.4 | 435 | 10,614 |
| Roemer, Elise | Director | 0.5 | 325 | 163 |
| Wilbur, Alan | Director | 3.5 | 325 | 1,138 |
| Dharssi, Adil | Senior Consultant | 8.7 | 380 | 3,306 |
| Tsang, Ching Man | Senior Consultant | 1.9 | 305 | 580 |
| de la Incera, Carlos | Senior Consultant | 13.7 | 300 | 4,110 |
| Meyer, Joshua | Senior Consultant | 2.1 | 300 | 630 |
| Rondeau, Juliejon | Senior Consultant | 1.8 | 275 | 495 |
| Connor, Jennifer | Senior Consultant | 0.8 | 270 | 216 |
| Rodriguez, Yolanda | Project Assistant | 18.0 | 175 | 3,150 |
| Guevara, Lloidy | Project Assistant | 1.6 | 175 | 280 |
| **Sub-Total** | | **249.2** | | **111,876** |
| Less Travel Time @ 50% | | | | (677) |
| **New Hourly Sub-Total** | | | | **111,199** |
| **Total** | | **405.7** | | **$ 211,199** |

**EXHIBIT B**

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF HOURS BY PROJECT CODE**
**FOR THE PERIOD MARCH 1, 2008 THOUGH MARCH 31, 2008**

| PROJECT CODE | DESCRIPTION | HOURS |
|---|---|---|
| 1 | Planning, Supervision and Review | 3.3 |
| 3 | Review Newly Received Documents | 2.5 |
| 5 | Liquidation Analysis and Related Matters | 42.5 |
| 12 | Analysis of Tax Issues | 2.3 |
| 14 | Preparation for and Attendance at Court Hearings | 6.9 |
| 18 | Analyze Liabilities Subject to Compromise | 10.0 |
| 19 | Prep/Particp in Mtgs & Conf Calls with Debtor and Advisors | 2.4 |
| 20 | Prep/Particp in Creditor Committee Mtgs & Conf Calls | 5.1 |
| 21 | Meetings with Other Parties | 1.7 |
| 29 | Other Litigation Matters | 1.1 |
| 30 | Participate in Negotiation and Formulation of Plan and Reorganization | 27.8 |
| 32 | Review of Disclosure Statement | 26.7 |
| 33 | Analyze Asset Sales Proposals | 4.8 |
| 36 | Analysis & Preparation of Short-term Cash Flow Projections | 7.8 |
| 37 | Firm Retention | 0.5 |
| 39 | Preparation of Monthly Invoice and Support Schedules | 7.0 |
| 40 | Travel Time | 4.1 |
| **Sub-Total** | | **156.5** |

**Hourly Scope Projects**

| PROJECT CODE | DESCRIPTION | HOURS |
|---|---|---|
| 6 | Analysis re: Potential Avoidance Actions | 221.5 |
| 41 | Document Management Services | 23.2 |
| 42 | Wage Litigation | 4.5 |
| **Sub-Total** | | **249.2** |
| **Total** | | **405.7** |

NEW CENTURY FINANCIAL CORP.                                                                                                    EXHIBIT B
FTI CONSULTING
SUMMARY OF HOURS BY PROJECT CODE
FOR THE PERIOD MARCH 1, 2008 THOUGH MARCH 31, 2008

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|---|---|---|---|---|---|
| 3/5/2008 | Ellis, Melissa | Director | 1 | 0.3 | Discuss case status with S. Star. |
| 3/10/2008 | Star, Samuel | Sr Managing Dir | 1 | 0.7 | Meet with M. Ellis re: case status. |
| 3/17/2008 | Star, Samuel | Sr Managing Dir | 1 | 0.1 | Discussion with M. Ellis re: case status. |
| 3/20/2008 | Ellis, Melissa | Director | 1 | 0.9 | Review of sample wind down trustee task lists. |
| 3/21/2008 | Ellis, Melissa | Director | 1 | 0.2 | Discuss case status with S. Star. |
| 3/21/2008 | Ellis, Melissa | Director | 1 | 0.2 | Organize key files. |
| 3/25/2008 | Amico, Marc | Sr Consultant | 1 | 0.5 | Read various email correspondences and organize case files. |
| 3/26/2008 | Star, Samuel | Sr Managing Dir | 1 | 0.1 | Discussion with M. Ellis re: workplan. |
| 3/28/2008 | Ellis, Melissa | Director | 1 | 0.3 | Review miscellaneous emails from Hahn & Hessen. |
| | | | **1 Total** | 3.3 | |
| 3/4/2008 | Amico, Marc | Sr Consultant | 3 | 0.3 | Review filings to docket and distribute email re: same. |
| 3/4/2008 | Ellis, Melissa | Director | 3 | 0.3 | Review/distribute New Century articles. |
| 3/10/2008 | Amico, Marc | Sr Consultant | 3 | 0.3 | Review filings to docket and distribute email re: same. |
| 3/13/2008 | Amico, Marc | Sr Consultant | 3 | 0.3 | Review filings to docket and distribute email re: same. |
| 3/18/2008 | Star, Samuel | Sr Managing Dir | 3 | 0.2 | Review correspondence from counsel re: recent motions filed. |
| 3/24/2008 | Ellis, Melissa | Director | 3 | 0.2 | Review recent articles relating to the case. |
| 3/26/2008 | Amico, Marc | Sr Consultant | 3 | 0.4 | Review various email correspondences. |
| 3/27/2008 | Amico, Marc | Sr Consultant | 3 | 0.5 | Review filings to docket and distribute email re: same. |
| | | | **3 Total** | 2.5 | |
| 3/11/2008 | Ellis, Melissa | Director | 5 | 0.6 | Call with Alixpartners re: disclosure statement schedules and liquidation analysis. |
| 3/11/2008 | Ellis, Melissa | Director | 5 | 0.4 | Prepare email to Alixpartners re: liquidation analysis comments and other questions. |
| 3/11/2008 | Ellis, Melissa | Director | 5 | 0.7 | Review of revised liquidation analyses from Debtors and draft email with comments. |
| 3/11/2008 | Ellis, Melissa | Director | 5 | 0.5 | Review of FTI recovery model under hypothetical liquidation scenario. |
| 3/11/2008 | Ellis, Melissa | Director | 5 | 0.3 | Discussion of next steps re: liquidation analysis for disclosure statement with team. |
| 3/11/2008 | Park, Ji Yon | Sr Consultant | 5 | 1.6 | Review the liquidation analysis prepared by AP and prepare FTI model for the high recovery case. |
| 3/11/2008 | Park, Ji Yon | Sr Consultant | 5 | 0.8 | Various calls and discussion on the liquidation model. |
| 3/11/2008 | Park, Ji Yon | Sr Consultant | 5 | 0.9 | Prepare FTI liquidation model for low recovery case. |
| 3/11/2008 | Park, Ji Yon | Sr Consultant | 5 | 0.4 | Review updated liquidation analysis provided by AP. |
| 3/11/2008 | Star, Samuel | Sr Managing Dir | 5 | 0.6 | Review draft liquidation analysis and disclosure statement. |
| 3/11/2008 | Star, Samuel | Sr Managing Dir | 5 | 0.6 | Conference call with J. Alix re: assumptions for liquidation analysis. |
| 3/12/2008 | Ellis, Melissa | Director | 5 | 0.3 | Review of revised liquidation analysis and email to group. |
| 3/12/2008 | Ellis, Melissa | Director | 5 | 0.4 | Call with Alixpartners re: liquidation analysis changes. |
| 3/12/2008 | Ellis, Melissa | Director | 5 | 0.6 | Call with Alix to review latest liquidation analysis. |
| 3/12/2008 | Ellis, Melissa | Director | 5 | 2.1 | Call with professionals re: revised liquidation analysis. |
| 3/12/2008 | Park, Ji Yon | Sr Consultant | 5 | 1.4 | Prepare circular recovery analysis for Plan scenario. |
| 3/12/2008 | Park, Ji Yon | Sr Consultant | 5 | 0.7 | Call with AP to review updated liquidation analysis. |
| 3/12/2008 | Park, Ji Yon | Sr Consultant | 5 | 1.3 | Review updated liquidation analysis provided by AP and update FTI model. |
| 3/12/2008 | Park, Ji Yon | Sr Consultant | 5 | 0.9 | Update liquidation analysis. |
| 3/12/2008 | Park, Ji Yon | Sr Consultant | 5 | 1.6 | Call with counsel to discuss liquidation analysis. |
| 3/12/2008 | Park, Ji Yon | Sr Consultant | 5 | 2.1 | Follow up call with counsel to continue discussing liquidation analysis. |
| 3/12/2008 | Star, Samuel | Sr Managing Dir | 5 | 3.2 | Conference calls with Debtors re: liquidation analysis. |
| 3/13/2008 | Ellis, Melissa | Director | 5 | 0.5 | Review of revised information from Alixpartners re: liquidation analysis. |
| 3/13/2008 | Ellis, Melissa | Director | 5 | 0.5 | Call with Alix re: liquidation analysis. |
| 3/13/2008 | Ellis, Melissa | Director | 5 | 0.5 | Review of various emails re: liquidation analysis. |
| 3/13/2008 | Park, Ji Yon | Sr Consultant | 5 | 1.3 | Review updated liquidation analysis provided by AP and begin updating FTI model. |
| 3/13/2008 | Park, Ji Yon | Sr Consultant | 5 | 0.6 | Call with AP to discuss revised liquidation model. |
| 3/13/2008 | Park, Ji Yon | Sr Consultant | 5 | 1.6 | Update FTI liquidation model and tie out outputs with AP model. |
| 3/13/2008 | Park, Ji Yon | Sr Consultant | 5 | 0.2 | Call with AP to discuss model input. |
| 3/13/2008 | Park, Ji Yon | Sr Consultant | 5 | 0.6 | Call with counsel to discuss revised liquidation analysis. |
| 3/13/2008 | Star, Samuel | Sr Managing Dir | 5 | 0.6 | Conference call with Committee counsel re: liquidation analysis. |
| 3/13/2008 | Star, Samuel | Sr Managing Dir | 5 | 0.7 | Discussions with M. Ellis re: liquidation analysis. |
| 3/14/2008 | Ellis, Melissa | Director | 5 | 0.9 | Review of revised liquidation analysis and prepare for discussion with Alix. |
| 3/14/2008 | Ellis, Melissa | Director | 5 | 0.5 | Call with Alix re: liquidation analysis. |
| 3/14/2008 | Ellis, Melissa | Director | 5 | 1.0 | Call with Hahn & Hessen and Blank Rome in advance of call with all professionals re: liquidation analysis. |
| 3/14/2008 | Ellis, Melissa | Director | 5 | 1.1 | Participate in professionals call re: liquidation analysis. |
| 3/14/2008 | Ellis, Melissa | Director | 5 | 1.0 | Call with Alix re: liquidation analysis. |
| 3/14/2008 | Ellis, Melissa | Director | 5 | 0.5 | Review redline of liquidation analysis and send comments on footnotes. |
| 3/14/2008 | Park, Ji Yon | Sr Consultant | 5 | 1.2 | Review updated liquidation analysis provided by AP and begin updating FTI model. |
| 3/14/2008 | Park, Ji Yon | Sr Consultant | 5 | 0.9 | Call with counsel to discuss revised liquidation analysis. |
| 3/14/2008 | Park, Ji Yon | Sr Consultant | 5 | 1.3 | Call with counsel and AP to discuss liquidation analysis. |
| 3/14/2008 | Park, Ji Yon | Sr Consultant | 5 | 1.4 | Update FTI liquidation model, tie out outputs with AP model and note follow up questions. |
| 3/14/2008 | Park, Ji Yon | Sr Consultant | 5 | 0.8 | Call with AP to go through the liquidation model and ensure consistency between AP and FTI models. |
| 3/14/2008 | Park, Ji Yon | Sr Consultant | 5 | 0.5 | Reconcile latest liquidation model and Disclosure Statement exhibit with FTI outputs. |
| 3/14/2008 | Star, Samuel | Sr Managing Dir | 5 | 0.8 | Discussion with M. Ellis re: revised liquidation analysis. |
| 3/14/2008 | Star, Samuel | Sr Managing Dir | 5 | 0.5 | Conference call with Committee counsel re: revised liquidation analysis. |
| 3/14/2008 | Star, Samuel | Sr Managing Dir | 5 | 1.0 | Conference call with Debtors re: revised liquidation analysis. |
| | | | **5 Total** | 42.5 | |
| 3/7/2008 | Ellis, Melissa | Director | 12 | 1.1 | Participate on call to discuss tax issues. |
| 3/7/2008 | Joffe, Steven | Sr Managing Dir | 12 | 1.0 | Participate on call to discuss tax issues. |
| 3/18/2008 | Ellis, Melissa | Director | 12 | 0.2 | Review tax summary and docket. |
| | | | **12 Total** | 2.3 | |
| 3/4/2008 | Ellis, Melissa | Director | 14 | 0.4 | Prepare files and information to take to Delaware for hearing. |
| 3/4/2008 | Ellis, Melissa | Director | 14 | 0.4 | Prepare for disclosure statement hearing. |
| 3/5/2008 | Ellis, Melissa | Director | 14 | 4.8 | Attend disclosure statement hearing and pre-meeting with counsel. |
| 3/5/2008 | Ellis, Melissa | Director | 14 | 1.3 | Review of revised documents/filings in advance of hearing. |
| | | | **14 Total** | 6.9 | |
| 2/28/2008 | Brunner, Robert | Sr Managing Dir | 18 | 1.0 | Call with T. Dragelin, Debtor and RFC re: RFC claim. |

EXHIBIT B

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|---|---|---|---|---|---|
| 3/3/2008 | Amico, Marc | Sr Consultant | 18 | 0.8 | Review and reconcile recent claims detail sent from the Debtor. |
| 3/3/2008 | Amico, Marc | Sr Consultant | 18 | 0.8 | Participate on calls with Debtor to discuss the claims reconciliation report and status. |
| 3/3/2008 | Amico, Marc | Sr Consultant | 18 | 0.2 | Review and analyze the Debtor's recent claims reconciliation summary. |
| 3/3/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 1.0 | Call with M. Power regarding RFC claim. |
| 3/3/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 0.3 | Call with T. Brents (AP) regarding RFC claim. |
| 3/3/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 1.5 | Analyze RFC claim and loan issues. |
| 3/3/2008 | Ellis, Melissa | Director | 18 | 0.2 | Participate on claims call. |
| 3/3/2008 | Ellis, Melissa | Director | 18 | 0.6 | Discuss claims analysis with M. Amico and review prior information provided on claims. |
| 3/4/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 0.2 | Call with Todd Brents (AP) regarding RFC claim. |
| 3/5/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 0.6 | Review revisions to RFC settlement and claim analysis. |
| 3/6/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 0.4 | Review RFC claim analysis and settlement revisions. |
| 3/6/2008 | Ellis, Melissa | Director | 18 | 0.5 | Analyze claim count stratification and draft email to Alix re: same. |
| 3/7/2008 | Dragelin, Timothy | Sr Managing Dir | 18 | 0.3 | Review RFC claim analysis and settlement revisions and respond via email to OMM and Hahn & Hessen. |
| 3/10/2008 | Ellis, Melissa | Director | 18 | 0.2 | Follow up on claim count issues with Alix. |
| 3/20/2008 | Ellis, Melissa | Director | 18 | 0.6 | Review of claims reconciliation information. |
| 3/26/2008 | Amico, Marc | Sr Consultant | 18 | 0.3 | Review the claims reconciliation analysis provided by the Debtor. |
| 3/31/2008 | Amico, Marc | Sr Consultant | 18 | 0.2 | Read counsel's memo on DBNT reserve. |
| 3/31/2008 | Ellis, Melissa | Director | 18 | 0.3 | Review DB settlement proposal. |
| | | | **18 Total** | **10.0** | |
| 3/19/2008 | Ellis, Melissa | Director | 19 | 0.4 | Prepare for call with professionals. |
| 3/24/2008 | Star, Samuel | Sr Managing Dir | 19 | 1.5 | Meet with J. Alix and A. Jacobs re: estate wind-down issues. |
| 3/26/2008 | Ellis, Melissa | Director | 19 | 0.5 | Call with Alix re: weekly update. |
| | | | **19 Total** | **2.4** | |
| 3/11/2008 | Dragelin, Timothy | Sr Managing Dir | 20 | 0.9 | Preparation for and participate on call with Committee and Counsel. |
| 3/24/2008 | Ellis, Melissa | Director | 20 | 1.2 | Weekly call with committee. |
| 3/24/2008 | Star, Samuel | Sr Managing Dir | 20 | 0.5 | Conference call with Committee re: case status. |
| 3/31/2008 | Dragelin, Timothy | Sr Managing Dir | 20 | 0.5 | Participate on Committee call to give update on Access Lending. |
| 3/31/2008 | Ellis, Melissa | Director | 20 | 0.7 | Weekly call with committee. |
| 3/31/2008 | Star, Samuel | Sr Managing Dir | 20 | 1.3 | Conference call with Committee re: case status. |
| | | | **20 Total** | **5.1** | |
| 3/4/2008 | Ellis, Melissa | Director | 21 | 0.4 | Call with J. Cerbone re: status of various issues. |
| 3/14/2008 | Ellis, Melissa | Director | 21 | 0.5 | Call with Hahn & Hessen before professionals call. |
| 3/27/2008 | Ellis, Melissa | Director | 21 | 0.4 | Respond to creditor inquiries re: disclosure statement. |
| 3/31/2008 | Ellis, Melissa | Director | 21 | 0.4 | Call with claims trader. |
| | | | **21 Total** | **1.7** | |
| 3/7/2008 | Ellis, Melissa | Director | 29 | 0.5 | Review of examiner's report. |
| 3/25/2008 | Ellis, Melissa | Director | 29 | 0.3 | Call with W. Shapps re: examiner report work. |
| 3/26/2008 | Ellis, Melissa | Director | 29 | 0.3 | Review docket for examiner report and distribute. |
| | | | **29 Total** | **1.1** | |
| 3/3/2008 | Amico, Marc | Sr Consultant | 30 | 0.8 | Review Debtor's updated recovery analysis and variance analysis from prior analysis. |
| 3/6/2008 | Ellis, Melissa | Director | 30 | 0.4 | Call with J. Cerbone re: action steps on recovery summary. |
| 3/6/2008 | Park, Ji Yon | Sr Consultant | 30 | 1.9 | Prepare decon input pages for high and low cases with the latest input from AP. |
| 3/6/2008 | Park, Ji Yon | Sr Consultant | 30 | 2.4 | Re-engineer recovery model for high recovery scenario. |
| 3/6/2008 | Park, Ji Yon | Sr Consultant | 30 | 0.4 | Implement intercompany capability into recovery model. |
| 3/6/2008 | Park, Ji Yon | Sr Consultant | 30 | 0.9 | Review latest claims number provided by AP. |
| 3/6/2008 | Park, Ji Yon | Sr Consultant | 30 | 0.3 | Discuss recovery model with FTI. |
| 3/6/2008 | Park, Ji Yon | Sr Consultant | 30 | 0.7 | Update recovery model per feedback by FTI. |
| 3/6/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.1 | Telephone call with A. Jacobs re: planning for liquidating trust. |
| 3/11/2008 | Amico, Marc | Sr Consultant | 30 | 0.3 | Review and compare updated company claim amounts with prior versions. |
| 3/11/2008 | Star, Samuel | Sr Managing Dir | 30 | 1.4 | Conference call with Committee re: POR and disclosure statement. |
| 3/13/2008 | Park, Ji Yon | Sr Consultant | 30 | 0.9 | Prepare Plan HoldCo recovery v. Decon recovery variance analysis. |
| 3/14/2008 | Ellis, Melissa | Director | 30 | 0.3 | Review Committee support letter. |
| 3/17/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.5 | Review correspondence from counsel re: disclosure statement status and POL issues. |
| 3/18/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.6 | Review Committee support letter and discuss with M. Ellis. |
| 3/19/2008 | Ellis, Melissa | Director | 30 | 1.6 | Call with Debtors and Committee counsel re: POL issues. |
| 3/19/2008 | Star, Samuel | Sr Managing Dir | 30 | 1.6 | Call with Debtors and Committee counsel re: POL issues. |
| 3/20/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.2 | Discussions with liquidating trustee. |
| 3/20/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.1 | Discussion with M. Ellis re: liquidating trustee tasks. |
| 3/21/2008 | Ellis, Melissa | Director | 30 | 1.7 | Discuss trustee task list with S. Star. |
| 3/21/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.1 | Discussion with M. Ellis re: trustee task list. |
| 3/24/2008 | Ellis, Melissa | Director | 30 | 0.5 | Review of liquidating trustee status report. |
| 3/24/2008 | Ellis, Melissa | Director | 30 | 2.0 | Meeting with A. Jacobs and Alix re: wind down. |
| 3/26/2008 | Ellis, Melissa | Director | 30 | 0.3 | Review of request list from A. Jacobs. |
| 3/26/2008 | Ellis, Melissa | Director | 30 | 0.2 | Review of plan process docs from OMM. |
| 3/26/2008 | Ellis, Melissa | Director | 30 | 1.4 | Call with Debtors and Committee counsel re: POL issues. |
| 3/26/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.7 | Conference call with Debtors re: POL issues. |
| 3/27/2008 | Ellis, Melissa | Director | 30 | 0.5 | Convert Trustee request list to Excel. |
| 3/27/2008 | Ellis, Melissa | Director | 30 | 0.7 | Call with A. Jacobs re: trust work plan and action items. |
| 3/27/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.2 | Telephone call with A. Jacobs re: wind-down issues. |
| 3/27/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.7 | Conference call with A. Jacobs and M. Ellis re: wind-down issues. |
| 3/27/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.4 | Discussion with M. Ellis re: wind-down issues. |
| 3/28/2008 | Ellis, Melissa | Director | 30 | 0.6 | Call with J. Cerbone and H. Naviwala re: trustee request list. |
| 3/28/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.6 | Discussions with staff re: wind-down issues. |
| 3/31/2008 | Amico, Marc | Sr Consultant | 30 | 0.3 | Review the liquidating trustee presentation prepared by Debtor advisors. |
| 3/31/2008 | Ellis, Melissa | Director | 30 | 0.6 | Prepare updates for trustee request list. |
| 3/31/2008 | Ellis, Melissa | Director | 30 | 0.5 | Prepare updates to trustee work plan. |
| 3/31/2008 | Ellis, Melissa | Director | 30 | 0.3 | Discuss liquidating trust/IT issues with Alix. |
| 3/31/2008 | Star, Samuel | Sr Managing Dir | 30 | 0.1 | Discussions with M. Ellis re: wind-down issues. |
| | | | **30 Total** | **27.8** | |
| 3/4/2008 | Ellis, Melissa | Director | 32 | 0.4 | Review of objections to disclosure statement. |
| 3/5/2008 | Ellis, Melissa | Director | 32 | 0.4 | Review of objection summary in advance of disclosure statement hearing. |
| 3/5/2008 | Star, Samuel | Sr Managing Dir | 32 | 0.1 | Discussion with M. Ellis re: disclosure statement hearing. |

EXHIBIT B

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|---|---|---|---|---|---|
| 3/5/2008 | Star, Samuel | Sr Managing Dir | 32 | 0.4 | Review disclosure statement objections. |
| 3/6/2008 | Ellis, Melissa | Director | 32 | 1.2 | Review disclosure statement financial information from L. Park and discuss same with L. Park. |
| 3/6/2008 | Ellis, Melissa | Director | 32 | 2.9 | Develop summary recovery template for disclosure letter from Committee. |
| 3/6/2008 | Ellis, Melissa | Director | 32 | 0.3 | Emails with J. Cerbone re: schedule for disclosure statement letter. |
| 3/6/2008 | Ellis, Melissa | Director | 32 | 0.4 | Call with S. Star re: schedule for disclosure statement letter. |
| 3/6/2008 | Star, Samuel | Sr Managing Dir | 32 | 0.4 | Telephone call with M. Ellis re: disclosure statement issues. |
| 3/7/2008 | Ellis, Melissa | Director | 32 | 1.4 | Call with Debtors' advisors and counsel re: disclosure statement status. |
| 3/7/2008 | Ellis, Melissa | Director | 32 | 0.5 | Review/coordination on information prepared by Debtors for exhibit to disclosure statement. |
| 3/7/2008 | Ellis, Melissa | Director | 32 | 0.2 | Follow up with J Lisac re: disclosure statement exhibits. |
| 3/10/2008 | Ellis, Melissa | Director | 32 | 1.3 | Review of updated analyses from Alixpartners for disclosure statement; discuss same with S. Star. |
| 3/10/2008 | Ellis, Melissa | Director | 32 | 0.2 | Coordinate call with Hahn & Hessen to discuss the disclosure statement. |
| 3/10/2008 | Ellis, Melissa | Director | 32 | 0.6 | Call with Hahn & Hessen re: disclosure statement exhibits. |
| 3/10/2008 | Ellis, Melissa | Director | 32 | 0.7 | Participate on call with Alix, OMM, Hahn & Hessen and FTI re: disclosure statement schedules. |
| 3/10/2008 | Star, Samuel | Sr Managing Dir | 32 | 0.8 | Conference call with Debtors re: disclosure statement issues. |
| 3/10/2008 | Star, Samuel | Sr Managing Dir | 32 | 0.6 | Conference call with Committee counsel re: disclosure statement issues. |
| 3/11/2008 | Ellis, Melissa | Director | 32 | 0.9 | Review of revised disclosure statement and schedules. |
| 3/11/2008 | Ellis, Melissa | Director | 32 | 1.7 | Call with Committee professionals re: disclosure statement schedules and changes to disclosure statement. |
| 3/11/2008 | Ellis, Melissa | Director | 32 | 1.5 | Call with Committee re: disclosure statement. |
| 3/11/2008 | Ellis, Melissa | Director | 32 | 1.8 | Call with professionals re: disclosure statement exhibits. |
| 3/11/2008 | Star, Samuel | Sr Managing Dir | 32 | 1.7 | Conference call with Debtors re: revised disclosure statement. |
| 3/11/2008 | Star, Samuel | Sr Managing Dir | 32 | 0.5 | Conference call with Committee counsel re: revised disclosure statement. |
| 3/12/2008 | Amico, Marc | Sr Consultant | 32 | 0.5 | Review recent changes in disclosure statement. |
| 3/12/2008 | Ellis, Melissa | Director | 32 | 0.5 | Call with creditor re: disclosure statement. |
| 3/12/2008 | Ellis, Melissa | Director | 32 | 1.5 | Call with professionals re: exhibits to disclosure statement. |
| 3/12/2008 | Star, Samuel | Sr Managing Dir | 32 | 0.8 | Revise new drafts of disclosure statement and liquidation analysis. |
| 3/13/2008 | Ellis, Melissa | Director | 32 | 0.3 | Call with creditor re: disclosure statement. |
| 3/14/2008 | Ellis, Melissa | Director | 32 | 0.9 | All professionals call re: disclosure statement. |
| 3/17/2008 | Ellis, Melissa | Director | 32 | 0.3 | Review various emails re: disclosure statement. |
| 3/17/2008 | Ellis, Melissa | Director | 32 | 0.5 | Review final disclosure statement. |
| 3/18/2008 | Ellis, Melissa | Director | 32 | 0.2 | Discuss Committee letter questions with S. Star. |
| 3/18/2008 | Ellis, Melissa | Director | 32 | 0.3 | Call with J. Cerbone re: disclosure statement. |
|  |  |  | **32 Total** | **26.7** |  |
| 3/6/2008 | Dragelin, Timothy | Sr Managing Dir | 33 | 1.3 | Prepare an analysis and recommendation regarding Access Lending. |
| 3/12/2008 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.9 | Call with Access Lending and J. Lisac (AP) regarding Access Lending issues. |
| 3/19/2008 | Dragelin, Timothy | Sr Managing Dir | 33 | 0.5 | Call with OMM, H&H and AP regarding Access Lending. |
| 3/25/2008 | Bryant, Kristin | Sr Consultant | 33 | 0.8 | Review miscellaneous asset sales filed by the Debtor and review memo regarding asset sales prepared by Counsel. |
| 3/25/2008 | Bryant, Kristin | Sr Consultant | 33 | 0.7 | Prepare questions for the Debtor regarding the miscellaneous asset sales filed and review additional information provided by the Debtor re: same. |
| 3/25/2008 | Bryant, Kristin | Sr Consultant | 33 | 0.3 | Prepare summary for FTI and Counsel regarding the miscellaneous asset sales and additional information received from Alix. |
| 3/26/2008 | Bryant, Kristin | Sr Consultant | 33 | 0.3 | Correspond with Alix and Counsel regarding the miscellaneous asset sales. |
|  |  |  | **33 Total** | **4.8** |  |
| 3/6/2008 | Amico, Marc | Sr Consultant | 36 | 0.5 | Review variance analyses and compare to recent recovery model. |
| 3/18/2008 | Ellis, Melissa | Director | 36 | 0.3 | Review latest cash flow forecast and follow up with Alix re: update calls. |
| 3/26/2008 | Amico, Marc | Sr Consultant | 36 | 0.6 | Participate on call with Alix to discuss the weekly variance analyses. |
| 3/26/2008 | Amico, Marc | Sr Consultant | 36 | 0.4 | Review the weekly variance analyses provided by the Debtor. |
| 3/26/2008 | Amico, Marc | Sr Consultant | 36 | 0.8 | Prepare cash summary report for Committee. |
| 3/26/2008 | Ellis, Melissa | Director | 36 | 0.2 | Discuss cash summary report with M. Amico. |
| 3/27/2008 | Amico, Marc | Sr Consultant | 36 | 2.9 | Prepare initial draft of cash report for the Committee. |
| 3/27/2008 | Amico, Marc | Sr Consultant | 36 | 0.7 | Research various issues re: recent cash forecast and liquidity outlook. |
| 3/27/2008 | Ellis, Melissa | Director | 36 | 0.7 | Review of cash report and revised liquidity information from Alix. |
| 3/28/2008 | Amico, Marc | Sr Consultant | 36 | 0.4 | Make edits to cash report to the Committee. |
| 3/28/2008 | Ellis, Melissa | Director | 36 | 0.3 | Review cash flow report and prepare edits. |
|  |  |  | **36 Total** | **7.8** |  |
| 3/7/2008 | Ellis, Melissa | Director | 37 | 0.2 | Call with J. Cerbone re: supplemental affidavit. |
| 3/7/2008 | Ellis, Melissa | Director | 37 | 0.3 | Prepare changes to affidavit and distribute for filing. |
|  |  |  | **37 Total** | **0.5** |  |
| 3/5/2008 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. |
| 3/9/2008 | Amico, Marc | Sr Consultant | 39 | 1.9 | Read and analyze time detail for the February fee application. |
| 3/11/2008 | Amico, Marc | Sr Consultant | 39 | 1.5 | Read and analyze time detail for the February fee application. |
| 3/11/2008 | Pearson, Linda | Administrative | 39 | 1.0 | Preparation of documents and printing/binding. |
| 3/12/2008 | Pearson, Linda | Administrative | 39 | 0.1 | Preparation of documents and printing/binding. |
| 3/13/2008 | Amico, Marc | Sr Consultant | 39 | 0.9 | Prepare monthly fee application. |
| 3/17/2008 | Pearson, Linda | Administrative | 39 | 0.2 | Preparation of documents and printing/binding. |
| 3/26/2008 | Amico, Marc | Sr Consultant | 39 | 1.1 | Make final edits to the February invoice and distribute to Committee. |
| 3/27/2008 | Pearson, Linda | Administrative | 39 | 0.2 | Preparation of documents and printing/binding. |
|  |  |  | **39 Total** | **7.0** |  |
| 3/5/2008 | Ellis, Melissa | Director | 40 | 3.3 | Travel to and from Delaware for disclosure statement hearing. |
| 3/24/2008 | Ellis, Melissa | Director | 40 | 0.8 | Travel to and from meeting with Al Jacobs. |
|  |  |  | **40 Total** | **4.1** |  |
|  |  |  | **Sub-total** | **156.5** |  |

**Hourly Scope Projects**

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|---|---|---|---|---|---|
| 3/3/2008 | Dharssi, Adil | Sr Consultant | 6 | 2.7 | Preparation of trial balance and GL reports per entity. |
| 3/3/2008 | Dharssi, Adil | Sr Consultant | 6 | 1.8 | Continue to work on the preparation of trial balances from 53 tables. |
| 3/3/2008 | Friedler, Andrew | Director | 6 | 2.1 | Review journal entries that our technology group compiled from the tables provided by counsel. |
| 3/3/2008 | Friedler, Andrew | Director | 6 | 0.9 | Review Examiner report with a concentration on providing counsel additional work steps in pursuing potential causes of action. |
| 3/3/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 0.8 | Review Examiner report and participate in brief discussion with team members. |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| 3/3/2008 | Spieler, Marc | Director | 6 | 0.8 | Prepare trial balance sheets from database. | |
| 3/4/2008 | Dharssi, Adil | Sr Consultant | 6 | 2.5 | Preparation of trial balance and GL reports, totals per entity. | |
| 3/4/2008 | Dharssi, Adil | Sr Consultant | 6 | 1.7 | Continue to work on the preparation of trial balances from 53 tables. | |
| 3/4/2008 | Friedler, Andrew | Director | 6 | 2.0 | Summarize in memo format highlights from the Audit Committee meetings as well as an abridged version of the detailed analysis performed. | |
| 3/4/2008 | Friedler, Andrew | Director | 6 | 2.5 | Review Examiner report with a concentration on providing counsel additional work steps in pursuing potential causes of action. | |
| 3/4/2008 | Gosik, Jaime | Director | 6 | 0.9 | Participate in team meeting. | |
| 3/4/2008 | Gosik, Jaime | Director | 6 | 1.1 | Review Examiner's Report. | |
| 3/4/2008 | Gosik, Jaime | Director | 6 | 0.4 | Follow-up with Ringtail personnel on status of Ringtail load and follow-up steps. | |
| 3/4/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 1.4 | Meet with team to discuss the information in the report of the Examiner and conduct brief review of the damages section and information related to potential causes of action. | |
| 3/4/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 1.1 | Meeting with FTI team to discuss approach to Examiner's Report to avoid duplication of effort. | |
| 3/4/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 2.7 | Read and analyze portions of Examiner's Report. | |
| 3/5/2008 | Friedler, Andrew | Director | 6 | 3.3 | Continue to review Examiner report with a concentration on providing counsel additional work steps in pursuing potential causes of action. | |
| 3/5/2008 | Friedler, Andrew | Director | 6 | 1.8 | Further review of Examiner report with a concentration on providing counsel additional work steps in pursuing potential causes of action. | |
| 3/5/2008 | Friedler, Andrew | Director | 6 | 2.0 | Review Examiner report with a concentration on providing counsel additional work steps in pursuing potential causes of action. | |
| 3/5/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 2.7 | Further review in detail of the Examiner report, particularly the investigation and overview of the sub prime market, noting areas for discussion with counsel. | |
| 3/5/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 2.4 | Further review of the Examiner's report and the background of New Century, noting areas for further follow up and discussion with team. | |
| 3/5/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 2.5 | Continued review of portions of Examiner's Report. | |
| 3/6/2008 | Friedler, Andrew | Director | 6 | 3.1 | Continue to review the Examiner report including preparing outlines summarizing key points by issues. | |
| 3/6/2008 | Friedler, Andrew | Director | 6 | 2.7 | Further work reviewing the Examiner report including preparing outlines summarizing key points by issues. | |
| 3/6/2008 | Friedler, Andrew | Director | 6 | 2.9 | Continue work reviewing the Examiner report including preparing outlines summarizing key points by issues. | |
| 3/6/2008 | Gosik, Jaime | Director | 6 | 0.3 | Follow-up on Attenex costs. | |
| 3/6/2008 | Gosik, Jaime | Director | 6 | 0.8 | Follow-up on status of Ringtail load and follow-up with client. | |
| 3/6/2008 | Gosik, Jaime | Director | 6 | 1.6 | Continue to review Examiner's report, noting potential causes of action. | |
| 3/6/2008 | Gosik, Jaime | Director | 6 | 2.3 | Further review of Examiner's report. | |
| 3/6/2008 | Gosik, Jaime | Director | 6 | 2.1 | Continue to review Examiner's report, noting follow-up steps. | |
| 3/6/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 1.8 | Further review of the Examiner's report, concentrating on the loan quality section and noting areas for further follow up. | |
| 3/6/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 2.6 | Further review of the Examiner's report and write up of areas for discussion with counsel related to potential areas of recovery. | |
| 3/6/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 2.9 | Further work reviewing the Examiner's report for relevant information related to the potential actions and recovery. | |
| 3/6/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 1.3 | Additional time spent reviewing the Examiner's report and writing up information for further follow up and work as it relates to potential recoveries. | |
| 3/6/2008 | Tsang, Ching Man | Sr Consultant | 6 | 1.9 | Create copies of New Century DVD/CD for J. Gosik. | |
| 3/7/2008 | Friedler, Andrew | Director | 6 | 3.2 | Review the Examiner report with a concentration on providing counsel additional work steps in pursuing potential causes of action, including preparing outlines summarizing key points by issues for discussion with counsel. | |
| 3/7/2008 | Friedler, Andrew | Director | 6 | 2.1 | Further review of Examiner report with a concentration on providing counsel additional work steps in pursuing potential causes of action, including preparing outlines summarizing key points by issues for discussion with counsel. | |
| 3/7/2008 | Friedler, Andrew | Director | 6 | 1.4 | Continue to review Examiner report with a concentration on providing counsel additional work steps in pursuing potential causes of action, including preparing outlines summarizing key points by issues for discussion with counsel. | |
| 3/7/2008 | Friedler, Andrew | Director | 6 | 0.7 | Meeting to discuss the Examiner report, potential causes of action and to share ideas for potential work to be performed going forward. | |
| 3/7/2008 | Gosik, Jaime | Director | 6 | 1.2 | Further review of Examiner's report and notations of issues for follow-up. | |
| 3/7/2008 | Gosik, Jaime | Director | 6 | 0.8 | Participate in team meeting to discuss Examiner's report. | |
| 3/7/2008 | Gosik, Jaime | Director | 6 | 1.3 | Prepare list of potential FTI procedures based on review of Examiner's report. | |
| 3/7/2008 | Gosik, Jaime | Director | 6 | 1.7 | Continue to prepare list of potential FTI procedures based on review of Examiner's report. | |
| 3/7/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 2.5 | Prepare for and meeting with team to discuss review of Examiner's report, further work and next steps. | |
| 3/7/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 2.0 | Continued reading of Examiner's Report. | |
| 3/10/2008 | Friedler, Andrew | Director | 6 | 3.1 | Review Examiner report and highlight key areas that may require further analysis. | |
| 3/10/2008 | Friedler, Andrew | Director | 6 | 2.8 | Prepare question and topics for discussion with counsel re: Examiner Report. | |
| 3/10/2008 | Friedler, Andrew | Director | 6 | 1.8 | Preparation for and team meeting to discuss the Examiner report and work to be performed in preparation for meeting with counsel and the Examiner. | |
| 3/10/2008 | Gosik, Jaime | Director | 6 | 0.9 | Participate in team meeting to discuss Examiner's report and next steps. | |
| 3/10/2008 | Gosik, Jaime | Director | 6 | 0.8 | Prepare bullets for meeting with counsel. | |
| 3/10/2008 | Gosik, Jaime | Director | 6 | 1.0 | Prepare list of questions and requests for the Examiner. | |
| 3/10/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 1.8 | Prepare and meet with team to discuss information gathered from the Examiner's report, questions for the Examiner and discussion points for meeting with Hahn & Hessen. | |
| 3/10/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 1.6 | Continue review and analysis of Examiner's Report. | |
| 3/10/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 0.9 | Preparation for and participation in meeting with staff to evaluate Examiner's Report and plan work accordingly. | |
| 3/11/2008 | Friedler, Andrew | Director | 6 | 2.7 | Prepare questions and requests for the Examiner based on review of the Examiner Report. | |
| 3/11/2008 | Friedler, Andrew | Director | 6 | 3.3 | Continue to review the Examiner report and prepare questions and requests for the Examiner. | |
| 3/11/2008 | Friedler, Andrew | Director | 6 | 2.8 | Further work on preparing issues by topic and questions and requests for Counsel and the Examiner. | |
| 3/11/2008 | Gosik, Jaime | Director | 6 | 0.2 | Review Board minutes for issues noted in Examiner's Report. | |
| 3/11/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 1.3 | Review and revise questions for the Examiner to be discussed with counsel at the meeting on 3/12/08. | |
| 3/11/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 0.9 | Further review of Examiner's Report and preparation for meeting with attorneys from Hahn & Hessen. | |
| 3/12/2008 | Connor, Jennifer | Sr Consultant | 6 | 0.8 | Create copies of new client DVDs in preparation to be sent to Ringtail site. | |
| 3/12/2008 | Friedler, Andrew | Director | 6 | 2.4 | Prepare Discussion Points for Counsel, Questions for the Examiner & Bullets Points outlining the Examiner Report. | |
| 3/12/2008 | Friedler, Andrew | Director | 6 | 3.2 | Further review of the Examiner report and prepare hot issues by topic, questions and requests for counsel and the Examiner. | |
| 3/12/2008 | Friedler, Andrew | Director | 6 | 2.5 | Preparation for and meeting at Hahn and Hessen to discuss the Examiner report. | |
| 3/12/2008 | Gosik, Jaime | Director | 6 | 2.1 | Reconcile documents received from counsel to documents loaded onto Ringtail and identify costs to load and host remaining documents. | |
| 3/12/2008 | Gosik, Jaime | Director | 6 | 2.6 | Preparation for and participation in meeting with FTI team and counsel. | |
| 3/12/2008 | Gosik, Jaime | Director | 6 | 0.3 | Prepare follow-up email for counsel regarding Ringtail loading and hosting costs. | |

EXHIBIT B

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS |
|---|---|---|---|---|---|
| 3/12/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 2.7 | Prepare for meeting with Hahn & Hessen and attend meeting with FTI and Hahn & Hessen to discuss findings from the Examiner's report, next steps, meeting with the Examiner and requests for information from the Examiner. |
| 3/12/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 1.1 | Review and analysis of Examiner's Report. |
| 3/12/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 2.4 | Preparation for and participation in meeting with attorneys at Hahn & Hessen. |
| 3/13/2008 | Friedler, Andrew | Director | 6 | 2.1 | Review key points from Examiner report and topics for discussion with the Examiner. |
| 3/13/2008 | Friedler, Andrew | Director | 6 | 0.6 | Discuss key areas of concern with R. Sloane in preparation for meeting with the Examiner. |
| 3/13/2008 | Friedler, Andrew | Director | 6 | 3.0 | Meeting with counsel and the Examiner. |
| 3/13/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 1.5 | Review of documents and preparation for meeting with Examiner and Counsel at the offices at Blank Rome in Wilmington, DE. |
| 3/13/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 3.3 | Participation in meeting with Examiner and Counsel to discuss his report and findings. |
| 3/13/2008 | Sloane, Raymond | Sr Managing Dir | 6 | 2.2 | Travel from Wilmington, DE to NY, after meeting with Examiner and Counsel. |
| 3/14/2008 | Friedler, Andrew | Director | 6 | 2.2 | Discuss next steps with team and prepare a list of items for counsel to request from the Examiner and BDO. |
| 3/17/2008 | Friedler, Andrew | Director | 6 | 3.1 | Review Zona resignation letters, emails and hot documents. |
| 3/17/2008 | Friedler, Andrew | Director | 6 | 2.1 | Review presentations and documents related to modeling. |
| 3/18/2008 | Friedler, Andrew | Director | 6 | 2.8 | Review KPMG workpapers allowance for loan loss and compare information in the workpaper to conclusions reached by the Examiner. |
| 3/18/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 0.6 | Review document requests of the Examiner and BDO for submission to counsel and communicate with the team. |
| 3/19/2008 | Friedler, Andrew | Director | 6 | 2.1 | Update questions for the Examiner and BDO and send to counsel. |
| 3/19/2008 | Gosik, Jaime | Director | 6 | 0.6 | Identify Debtor documents containing models. |
| 3/19/2008 | Rodriguez, Yolanda | Project Asst | 6 | 2.5 | Indexing of case related binders by Director's desk. |
| 3/20/2008 | Friedler, Andrew | Director | 6 | 2.6 | Review Residual documents CD. |
| 3/20/2008 | Friedler, Andrew | Director | 6 | 1.9 | Reviewed Accounting/Financial Documents provided by counsel. |
| 3/20/2008 | Friedler, Andrew | Director | 6 | 2.3 | Review PwC repurchase reserve binder. |
| 3/20/2008 | Rodriguez, Yolanda | Project Asst | 6 | 2.8 | Continue to index/organize case related binders. |
| 3/20/2008 | Rodriguez, Yolanda | Project Asst | 6 | 2.2 | Further indexing/organization of case related binders. |
| 3/20/2008 | Rodriguez, Yolanda | Project Asst | 6 | 2.5 | Further indexing and organization of case related binders. |
| 3/21/2008 | Friedler, Andrew | Director | 6 | 1.9 | Review PwC repurchase reserve binder. |
| 3/21/2008 | Rodriguez, Yolanda | Project Asst | 6 | 2.8 | Organization/indexing of binders. |
| 3/21/2008 | Rodriguez, Yolanda | Project Asst | 6 | 2.2 | Continue to box/organize/index binders of case related materials. |
| 3/24/2008 | Friedler, Andrew | Director | 6 | 3.2 | Review New Century's repurchase reserve calculation and compare the components of the calculation to the Examiner report explanation. |
| 3/24/2008 | Friedler, Andrew | Director | 6 | 2.5 | Continue to review New Century's repurchase reserve calculation and supporting documents and compare the components of the calculation to the Examiner report explanation. |
| 3/24/2008 | Friedler, Andrew | Director | 6 | 3.1 | Review repurchase reserve calculation in the Examiner report and footnote support. |
| 3/24/2008 | Rodriguez, Yolanda | Project Asst | 6 | 3.0 | Complete indexing and labeling boxes to be sent to storage containing case related documents. |
| 3/25/2008 | Friedler, Andrew | Director | 6 | 3.5 | Create spreadsheet to recalculate the repurchase reserve. |
| 3/25/2008 | Friedler, Andrew | Director | 6 | 3.3 | Review PwC Audit Committee Investigation Binder on Repurchase reserves. |
| 3/25/2008 | Gosik, Jaime | Director | 6 | 1.4 | Prepare listing of custodians received from Spi and send to counsel. |
| 3/26/2008 | Friedler, Andrew | Director | 6 | 2.8 | Continue to review PwC Audit Committee Investigation files. |
| 3/26/2008 | Friedler, Andrew | Director | 6 | 1.8 | Continue to update recalculation of repurchase reserve in Excel spreadsheet. |
| 3/27/2008 | Dragelin, Timothy | Sr Managing Dir | 6 | 0.5 | Prepare Access Lending information request list for forensic review. |
| 3/27/2008 | Friedler, Andrew | Director | 6 | 2.8 | Review New Century repurchase reserve calculations. |
| 3/27/2008 | Friedler, Andrew | Director | 6 | 3.5 | Review New Century's repurchase reserve calculation and compare the components of the calculation to the Examiner report explanation. |
| 3/27/2008 | Friedler, Andrew | Director | 6 | 1.0 | Continue to review PwC Audit Committee Investigation files. |
| 3/27/2008 | Friedler, Andrew | Director | 6 | 0.8 | Continue to update recalculation of repurchase reserve in Excel spreadsheet. |
| 3/31/2008 | Friedler, Andrew | Director | 6 | 0.6 | Team discussion to go over work completed related to repurchase reserve and work going forward. |
| 3/31/2008 | Friedler, Andrew | Director | 6 | 2.5 | Cross reference formulas used in the Examiner report to New Century documents - Repurchase Reserve. |
| 3/31/2008 | Friedler, Andrew | Director | 6 | 3.0 | Continue to review PwC Investigation binder related to repurchase reserves. |
| 3/31/2008 | Friedler, Andrew | Director | 6 | 2.2 | Further work on cross reference of PwC Audit Committee Investigation Binder documents (Repurchase Reserves) to the Examiner Report. |
| 3/31/2008 | Shapss-Herringer, Wendy | Managing Dir | 6 | 0.8 | Prepare for and meet with A. Friedler to discuss work completed to date on loan losses and calculations. |
| | | | 6 Total | 221.5 | |
| 3/3/2008 | Meyer, Joshua | Sr Consultant | 41 | 1.3 | Review previously provided data loads from list of ranges provided by J. Gosik. |
| 3/4/2008 | Guevara, Lloidy | Project Asst | 41 | 1.2 | Create database collection and ticket notification in Sales Force for collection ID 20080229A. |
| 3/4/2008 | Wilbur, Alan | Director | 41 | 0.3 | Verify new data loaded to casebook. |
| 3/6/2008 | de la Incera, Carlos | Sr Consultant | 41 | 3.2 | Correspond with J. Meyer re: loading details for Collection ID: 20080108A & 20080129A; DVD9 & DVD1 and review duplicate delivery of KPMG-NC-EX1-0095022 to KPMG-NC-EX1-0095025. |
| 3/6/2008 | Meyer, Joshua | Sr Consultant | 41 | 0.8 | Provide loading details to C. De La Incera. |
| 3/6/2008 | Wilbur, Alan | Director | 41 | 0.8 | Verify and analyze staged data in two loads to provide estimates for loading. |
| 3/7/2008 | de la Incera, Carlos | Sr Consultant | 41 | 2.6 | Analyze images and data received (20070506A), verify load file unitization against delivered images and organize images to follow the standard level structure. |
| 3/7/2008 | de la Incera, Carlos | Sr Consultant | 41 | 2.0 | Continue to analyze images and data received (20070506A), extract extra coding from DAT file and verify fields match up to existing fields in Ringtail. |
| 3/12/2008 | Rondeau, Juliejon | Sr Consultant | 41 | 1.0 | Confer with A. Wilbur regarding batch assignments and provide update regarding same to M. Arnott. |
| 3/12/2008 | Wilbur, Alan | Director | 41 | 0.9 | Segregate new data loads and work with J. Rondeau to batch and report, per M. Arnott. |
| 3/12/2008 | Wilbur, Alan | Director | 41 | 0.4 | Work with J. Rondeau and J. Meyer to investigate and reconcile new data loads to casebook. |
| 3/13/2008 | Wilbur, Alan | Director | 41 | 0.3 | Confer with J. Gosik and J. Meyer re: new data received and analysis of remaining tasks. |
| 3/17/2008 | Guevara, Lloidy | Project Asst | 41 | 0.4 | Create DTC entry, verify property counts and create Sales Force ticket notification for collection ID 20080314A. |
| 3/19/2008 | de la Incera, Carlos | Sr Consultant | 41 | 2.3 | Analyze images and data received (20080314A), generate OCR from extra code file using concordance and prepare extra codes with and without the OCR. |
| 3/19/2008 | Roemer, Elise | Director | 41 | 0.5 | Coordinate replacement data loading (NCEN docs) with A. Wilbur and correspond with J. Meyer re: status of project. |
| 3/19/2008 | Wilbur, Alan | Director | 41 | 0.2 | Confer with C. Wright re: credentials and review. |
| 3/20/2008 | de la Incera, Carlos | Sr Consultant | 41 | 3.0 | Analyze images and data received (20080314A), verify load file unitization against delivered images and create opticon file to generate mdb load file. |
| 3/20/2008 | de la Incera, Carlos | Sr Consultant | 41 | 0.6 | Work with A. Wilbur to validate and import new data. |
| 3/20/2008 | Wilbur, Alan | Director | 41 | 0.3 | Work with C. De la Incera to validate and import new data. |
| 3/26/2008 | Rondeau, Juliejon | Sr Consultant | 41 | 0.8 | Update batch assignment report per M. Arnott. |
| 3/28/2008 | Wilbur, Alan | Director | 41 | 0.3 | Confer with C. Smith and deactivate account credentials for C. Wright. |
| | | | 41 Total | 23.2 | |
| 2/7/2008 | Buchanan, Michael | Sr Managing Dir | 42 | 1.0 | Review new wage data. |
| 3/3/2008 | Buchanan, Michael | Sr Managing Dir | 42 | 3.5 | Analysis and review of wage data while client in mediation. |

| DATE | PROFESSIONAL | POSITION | CODE | HOURS | DESCRIPTION OF HOURS | EXHIBIT B |
|---|---|---|---|---|---|---|
| | | | 42 Total | 4.5 | | |
| | | | **Sub-Total** | **249.2** | | |
| | | | **Grand Total** | **405.7** | | |

*PCD 5 – Liquidation Analysis and Related Matters*

This code includes work performed relating to the development of the Debtors' Liquidation Analysis in the Disclosure Statement. FTI developed a model to test the results of the Debtors' inputs on recoveries by class. In addition, FTI spent time reviewing the assumptions on multiple drafts of the Liquidation Analysis. Time spent on meetings and calls with Committee professionals regarding the analysis is also included in this code.

*PCD 6 – Review & Analysis of Potential Avoidance Actions*

This code includes work performed in relation to forensic accounting and potential litigation matters. FTI reviewed the Examiner's report and met with counsel and the Examiner to discuss issues raised in the report. Additionally, FTI analyzed certain conclusions in the Examiner report in an effort to identify additional potential causes of action. FTI continued to modify the data provided into usable formats so that fraudulent conveyances and other transactions could be identified.

*PCD 30 - Participate in Negotiation and Formulation of Plan and Reorganization*

This code reflects time updating FTI's recovery model to reflect new information received from the Debtors. Subsequent discussions with counsel and Debtor's professionals regarding the drafting of the Plan of Liquidation are also included in this code. In addition, meetings with the Liquidating Trustee, Alan Jacobs, are included in this code.

*PCD 32 – Review of Disclosure Statement*

This code reflects time reviewing and analyzing the Debtors' multiple drafts of the Disclosure Statement and exhibits and also the Committee support letter.

*PCD 41 – Document Management Services*

Time spent in this project code relates to the managing of documents requested under the 2004 motion and other litigation. FTI developed the system that was used to load and archive documents relating to the various litigation matters.

**EXHIBIT D**

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD MARCH 1, 2008 THOUGH MARCH 31, 2008**

| **Expense Type** | | **Amount** |
|---|---|---|
| Airfare/Train | $ | 1,118.93 |
| Computer Hardware | | 80.95 |
| Hotel & Lodging | | 254.04 |
| Meals | | 91.99 [1] |
| Mileage | | 27.24 |
| Postage | | 22.36 |
| Taxi/Subway | | 111.00 |
| **Total:** | **$** | **1,706.51** [2] |
| **Less amounts agreed for reduction per Fee Auditor's Final Report Regarding Intermin Fee Application of FTI Consulting, Inc. For the First Interim Period** | | **(333.59)** [3] |
| **Total Expenses Requested:** | **$** | **1,372.92** |

[1] Per recommendation by the fee auditor, this amount reflects a $50 per person cap on dinner expenses.
[2] Amounts include unbilled expenses from prior months.
[3] This amount reflects FTI's agreed upon reduction in expenses per the fee auditor's report. It includes a 25% reduction in certain transportation charges noted in the fee auditor's final report.

**NEW CENTURY FINANCIAL CORP.**
**FTI CONSULTING**
**EXPENSE DETAIL**
**FOR THE PERIOD MARCH 1, 2008 THOUGH MARCH 31, 2008**

| Date | Consultant | Expense Type | Amount | Description of Expense |
|---|---|---|---|---|
| 2/25/2008 | Buchanan, Michael | Airfare/Train | $ 402.93 | Roundtrip coach airfare from Dallas, TX to Los Angeles, CA for meetings at Company. |
| 3/5/2008 | Ellis, Melissa | Airfare/Train | 254.00 | Roundtrip train fare from New York, NY to Wilmington, DE for Disclosure Statement hearing. |
| 3/13/2008 | Sloane, Raymond | Airfare/Train | 254.00 | Roundtrip train fare from New York, NY to Wilmington, DE to attend meeting with the Examiner and Counsel at the offices of Blank Rome |
| 3/17/2008 | Friedler, Andrew | Airfare/Train | 208.00 | Roundtrip train fare from New York, NY to Wilmington, DE. |
| | | **Airfare/Train Total** | **1,118.93** | |
| 2/29/2008 | Meyer, Joshua | Computer Hardware | 80.95 | (1) Computer Hard Drive Seagate 250 GB. |
| | | **Computer Hardware Total** | **80.95** | |
| 2/27/2008 | Buchanan, Michael | Hotel & Lodging | 254.04 | Lodging, Los Angeles, CA (2 nights). |
| | | **Hotel & Lodging Total** | **254.04** | |
| 3/11/2008 | Ellis, Melissa | Meals | 50.00 | Working meal/dinner in office. |
| 3/12/2008 | Ellis, Melissa | Meals | 18.56 | Working meal/dinner in office. |
| 3/12/2008 | Park, Ji Yon | Meals | 23.43 | Working meal/dinner in office. |
| | | **Meals Total** | **91.99** | |
| 2/27/2008 | Buchanan, Michael | Mileage | 27.24 | Parking charges at Dallas, TX airport. |
| | | **Mileage Total** | **27.24** | |
| 2/25/2008 | Machalek, Rebecca | Postage | 12.56 | Postage - Federal Express FTI Consulting, Alan Wilbur 02/25/08. |
| 2/26/2008 | Star, Samuel | Postage | 9.80 | Postage - Federal Express FTI Consulting, Alan Wilbur 02/26/08. |
| | | **Postage Total** | **22.36** | |
| 2/27/2008 | Buchanan, Michael | Taxi/Subway | 60.00 | Taxi from Company offices to Los Angeles, CA airport |
| 3/5/2008 | Ellis, Melissa | Taxi/Subway | 16.00 | Roundtrip taxi from train station in Wilmington, DE to courthouse. |
| 3/11/2008 | Ellis, Melissa | Taxi/Subway | 11.00 | Taxi from office to home after working late in office |
| 3/13/2008 | Sloane, Raymond | Taxi/Subway | 10.00 | Roundtrip taxi from train station in Wilmington, DE to Blank Rome's offices. |
| 3/27/2008 | Amico, Marc | Taxi/Subway | 14.00 | Taxi from office to home after working late in office |
| | | **Taxi/Subway Total** | **111.00** | |
| | | **Grand Total** | **$ 1,706.51** | |