Honorable Kevin J. Carey

United States Bankruptcy Judge

District of Delaware

824 Market Street ,3rd Floor

Wilmington, Delaware 19801

RE: New Century TRS Holdings Inc, et al

    Chapter 11

    Case No. 07-10416 (KJC)

**OBJECTIONS to DEBTORS CLAIMS**

**EXHIBIT A  -Claim #  563**

**EXHIBIT D – Claim # 416**

**EXHIBIT A – Claim  # 417**

Your Honor,

I have recently received objections by the Debtors to my valid Proof of claims.

I have previously submitted supporting documentation to validate my claim (s) as is evidenced by the debtors records of the claim #'s, the exact amounts, and Request for Ballot Processing approval.

Further,

The Debtors now submit to you in their redundant claim(s) objections;

**Notice of Debtors Fourteenth Omnibus Objection….,**

## EXHIBIT A   Books and Records –

## To Be Expunged Claim Amount

## Claim #  563  $ 863.25

**Comments: The debtors have no record of this liability in their books and records**

Claimant believes by evidence previously submitted, and debtors knowledge of the exact monetary amount and claim number, show in fact their acknowledgement of claims, existence and record of same.

## EXHIBIT D – Reduce/ Reclassify  - Claim # 416

**Filed Claim Amount $ 330.00**        **Reduced/Reclassified Claim Amount $ 330.00**

**Comments: No Basis for Priority status**

Claimant believes by evidence previously submitted, and debtors knowledge of exact monetary amount and claim number in show in fact their acknowledgement of claim existence and record.

Claimants previously submitted documentation shows evidence of priority status.

------------------------------------------------------------------------

2nd Correspondence received by claimant;

**Notice of Debtors Eighteenth Omnibus Objection**

## EXHIBIT A – Books and Records  Claim  # 417

**To be Expunged Claim amount  $ 249,108.92**

**Comments: The Debtors have no record of this liability on their books and records *as Creditor was previously paid***

**Claimant's remarks: If creditor "*was previously paid*", how can debtor have no record of thus liability on their books ?.**

This is a valid claim that debtor has had knowledge of. This claim has not been satisfied as presented  in Exhibit A, Page 5 of debtors claim. Debtors have had both verbal and written knowledge of claim in their books and records.

Additionally, Claimant has previously notified Debtor of Decision rendered by EEOC after review of Claimants evidence. There is a higher public interest in claimants' case which may include compensatory damages, equitable relief, prospective relief, prejudgment and post-judgment interest. Evidence included willful and malicious injury by the debtor/management/representatives to claimant.

Claimants debt should be considered non-dischargeable, based that defendants caused willful and malicious injury, and intent.

Claimants respectfully requests this court to determine this debt non-dischargeable, as debtors/ management/representatives /defendants acted with willful and malicious injury, intent, false pretenses, false representation, fraud, or fraud while acting in their fiduciary capacity.

All of the Claimants Proofs of Claims include, and are for unpaid/lost wages or other forms of compensation;
Have been earned within 180 days before the date of the filing of the petition or the date of the cessation of the debtor's business,
Additionally the unpaid wages or other forms of compensation have been earned as: Wages, salaries or commissions, including vacation, severance, and sick leave pay earned by an individual; or loss thereof as evidenced in original Proof of Claim filings.

In the event this honorable court further consider this reputable claim non-dischargeable and a priority claim, claimant requests

This court consider a showing of cause after a notice and hearing, after which the court grant relief from, or modifying the automatic stay to allow claimant to bring claim forward to a jury verdict for claim, and any further relief jury may so grant. Claimant respectfully requests the court to consider such factors as:

A) Whether insurance is available to defend the debtor, and notification to claimant of the name and policy numbers of the carriers for supervisors, management, and by extension, Directors and Principals.

B) That the defense of the suit will not impose a financial burden.

C) That Claimant has good probability of success on the merits; and,

D) The Bankruptcy Court first address any bankruptcy law issues before Claimants case proceeds against Debtors, supervisors, management, and by extension, Directors and Principals, or other responsible parties.

Respectfully submitted,

Patrick J. Moloney
173 Oak Tree Road
Tappan, New York 10983
Home Phone  845-359-5071

cc:    New Century Claims Processing
          c/o XRoads Case Management Services
              P.O. Box 8901, Marina Del Rey, CA 90295

Mark Collins
Richards, Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Suzzanne. S. Uhland
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

# JUDGE BRIEANT

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

07 CIV 7686

_PATRICK J. MOLONEY_

_____

_____

**NAME OF PLAINTIFF(S)**

v.

_NEW CENTURY MORTGAGE
NEW CENTURY MORTGAGE CORPORATION
NEW CENTURY TRS HOLDINGS INC
NC CAPITAL CORP
ET AL; TOTALLING 15 DIFFERENT ENTITIES
COMPANY, DIVISIONS, DEPARTMENT MANAGERS TBD_

**NAME OF DEFENDANT(S)**

**COMPLAINT**

_JURY TRIAL DEMANDED_



RECEIVED
JUL 2 6 2007
PRO SE OFFICE

This action is brought for discrimination in employment pursuant to _(check only those that apply)_:

_____    Title VII of the Civil Rights Act of 1964, as
           codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended
           in 1972, 1978 and by the Civil Rights Act of 1991,
           Pub. L. No. 102-166) (race, color, gender,
           religion, national origin).
           _NOTE: In order to bring suit in federal district court under
           Title VII, you must first obtain a right to sue letter from the
           Equal Employment Opportunity Commission._

_____    Age Discrimination in Employment Act of 1967, as
           codified, 29 U.S.C. §§ 621 - 634 (amended in 1984,
           1990, and by the Age Discrimination in Employment
           Amendments of 1986, Pub. L. No. 99-592, the Civil
           Rights Act of 1991, Pub. L. No. 102-166).
           _NOTE: In order to bring suit in federal district court
           under the Age Discrimination in Employment Act, you must
           first file charges with the Equal Employment Opportunity Commission._

✓          Americans with Disabilities Act of 1990, as
           codified, 42 U.S.C. §§ 12112 - 12117 (amended by
           the Civil Rights Act of 1991, Pub. L. No. 102-166).
           _NOTE: In order to bring suit in federal district court under
           the Americans with Disabilities Act, you must first obtain a
           right to sue letter from the Equal Employment Opportunity Commission._

U.S. DISTRICT COURT
2007 AUG 30 AM 10: 50
FILED
S.D. N.Y.

# JUDGE BRIEANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 07 CIV 7686

**I.F.P. GRANTED.**

Leave to proceed in this Court
without payment of fees is
authorized.  28 U.S.C. S 1915.

So Ordered;   AUG 2 8 2007

REQUEST TO PROCEED
IN FORMA PAUPERIS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chief Judge

PATRICK J. MOLONEY

                              **Plaintiff**

                    -vs-

NEW CENTURY
NEW CENTURY MORTGAGE CORPORATION
NEW CENTURY TRS HOLDING INC
NC CAPITAL CORP.
ET AL TOTALING 15 DIFFERENT ENTITIES
(Company, division, department managers) **Defendant(s)**

I, PATRICK J. MOLONEY            , am the plaintiff in the above entitled case. I
hereby request to proceed without being required to prepay fees or costs or give security therefore.
I state that because of my poverty I am unable to pay the costs of said proceeding or to give security
therefore, and I believe I am entitled to redress.

1.    If you are presently employed:
       a) give the name and address of your employer
       b) state the amount of your earnings per month

RECEIVED
JUL 2 6 2007
PRO SE OFFICE

                    NOT APPLICABLE - UNEMPLOYED

2.    If you are **NOT PRESENTLY EMPLOYED:**
       a) state the date of start and termination of your last employment
       b) state your earnings per month.
       **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**
       A)  STARTED 07/2002, WRONGFULLY TERMINATED 09/05/06
       B)  $ 1,352.00   (SEE ATTACHED SUPPORTING STATEMENT) VA DISABILITY COMPENSATION

3.    Have you received, within the past twelve months, any money from any source? If so,
       name the source and the amount of money you received.

       I HAVE APPLIED FOR SOCIAL SECURITY DISABILITY BENEFITS

       a) Are you receiving any public benefits?      ☒ No.  ☐ Yes, $ _____

       b) Do you receive any income from any other source?   ☐ No.  ☒ Yes, $ 1,353.00

       → VETERANS ADMINISTRATION SERVICE CONNECTED DISABILITY COMPENSATION

FILED U.S. DISTRICT COURT 2007 AUG 29 AM 11: 55

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| ~~rick~~ Moloney<br>~~.73~~ Oak Tree Road<br>Tappan, NY 10983 | **From:** **New York District Office**<br>**33 Whitehall Street**<br>**5th Floor**<br>**New York, NY 10004** |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2007-00430 | **Vanessa Guest,**<br>**Investigator** | **(212) 336-3757** |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Spencer H. Lewis Jr.*                         4/27/07

**Spencer H. Lewis, Jr.,**                    (Date Mailed)
**Director**

Enclosures(s)

cc:       **NEW CENTURY MORTGAGE**
          **Personnel Director**
          **2 Blue Hill Plaza**
          **Pearl River, NY 10965**

**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TDD: 1-800-669-6820
FAX (212) 336-3625
1-800-669-4000

Respondent: NEW CENTURY MORTGAGE
EEOC Charge No.: 520-2007-00430
FEPA Charge No.:

April 27, 2007

Patrick Moloney
173 Oak Tree Road
Tappan, NY 10983

Dear Mr. Moloney:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

[ ]   Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]   The Age Discrimination in Employment Act (ADEA)

[X]   The Americans with Disabilities Act (ADA)

[ ]   The Equal Pay Act (EPA)

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

[X]       Please be aware that we will send a copy of the charge to the agency listed below as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.
New York State Division Of Human Rights
Federal Contract Unit
One Fordham Plaza, 4 Fl.
Bronx, NY 10458

Please notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Sincerely,

*V. Guest*

Vanessa Guest
Investigator
(212) 336-3757

Office Hours: Monday – Friday, 8:30 a.m. – 5:00 p.m.
www.eeoc.gov

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 520-2007-00430 |

**New York State Division of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Date of Birth |
|---|---|
| PATRICK J. MOLONEY | 03/12/57 |

| Street Address | City, State and ZIP Code |
|---|---|
| 173 OAK TREE ROAD | TAPPAN, NEW YORK, 10983 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. with Area Code |
|---|---|---|
| NEW CENTURY MORTGAGE ET AL     CLOSED → NY OFFICE | 500+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| 2 BLUE HILL PLAZA | PEARL RIVER    N.Y    10965 |

| Name | No. Employees, Members | Phone No. with Area Code |
|---|---|---|
| NEW CENTURY MORTGAGE ET AL   CORPORATE OFFICE | 1000+ | 949 440 7030 |

| Street Address | City, State and ZIP Code |
|---|---|
| 18400 VON KARMAN AVE, SUITE 1000 | IRVINE, CALIFORNIA   92612 |

DISCRIMINATION BASED ON (Check appropriate boxes.)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest   SEPTEMBER 5 2006

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See ATTACHED EXTRA SHEETS

3 PAGES

ADDITIONAL PHONE NUMBERS
LEGAL;
949-225 7874

EEOC-NYDO
2007 APR 27 PM 12:16
RECEIVED

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

x 4/27/07
Date

Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)
April 27, 2007

WILLIAM J. LAI
Notary Public, State of New York
No. 01LA6072082
Qualified in Kings County

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1.    Plaintiff resides at:

173 OAK TREE ROAD                                , TAPPAN            ,
Street Address                                              City

ROCKLAND        , NEW YORK , 10983 , 845 359 5071 .
County                State        Zip Code    Telephone Number

2.    Defendant(s) lives at, or its business is located at:
LEGAL Department

18400 VON KARMAN                        , IRVINE         ,
Street Address                                           City

ORANGE        , CALIFORNIA , 92612 , 949 250 5102 .
County                State        Zip Code    Telephone Number

3.    The address at which I sought employment or was employed by the defendant(s) is:

2 BLUE HILL PLAZA   1ST FLOOR LEVEL                        ,
Street Address

ROCKLAND        , PEARL RIVER      NEW YORK , 10965 .
County                City              State        Zip Code

2

4.   The discriminatory conduct of which I complain in this action
includes *(check only those that apply)*:

_____        Failure to hire me.

✓        Termination of my employment.

_____        Failure to promote me.

✓        Failure to accommodate my disability.

✓        Unequal terms and conditions of my employment.

✓        Retaliation

✓        Other acts (specify): ACTS OF VERBAL and WRITTEN HARASSMENT

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5.   It is my best recollection that the alleged discriminatory
acts occurred on: CONTINUOUS FROM 2004 UP UNTIL SEPTEMBER 5, 2006
                                       *Date*

6.   I believe that defendant(s) *(check one)*

_____        is still committing these acts against me.

✓        is <u>not</u> still committing these acts against me.

7.   Defendant(s) discriminated against me based on my:

              *(check only those that apply and explain)*

[ ]  race _____        [ ]  color _____

[ ]  gender/sex _____        [ ]  religion _____

[ ]  national origin _____

[ ]  age _____.  My date of birth is: _____
                                                *Date*

[✓]  disability  MEDICAL _____

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

3

8.   The facts of my case are as follows:

SEE ATTACHED COMPLAINT FILED WITH EEOC

PLAINTIFF HAS EVIDENCE TO SUPPORT ALL OF HIS STATEMENTS

PLAINTIFF HAS ADDITIONAL WRITTEN EVIDENCE TO SUPPORT

HIS CLAIMS OF DISCRIMINATION, AND WRONGFUL TERMINATION TO

FURTHER SUPPORT HIS EVIDENCE ALREADY SUPPLIED TO EEOC


IN ANTICIPATION OF DEFENDANT INVOKING "AUTOMATIC STAY" UNDER

CHAPTER 11 BANKRUPTCY COURT, PLAINTIFF HAS SUBMITTED MOTION FOR

" RELIEF FROM AUTOMATIC STAY" WITH BANKRUPTCY COURT TO SEEK HIS RIGHTFUL RELIEF

*(Attach additional sheets as necessary)*

**Note:**   *As additional support for the facts of your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.*

9.   It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on:_____.
                                    *Date*

10.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on:_____04/27/07_____.
                                    *Date*

4

**Only litigants alleging age discrimination must answer Question # 11.**

11.   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*,

_____✓_____   60 days or more have elapsed.

_____   less than 60 days have elapsed.


12.   The Equal Employment Opportunity Commission (check one):

_____   has <u>not</u> issued a Right to Sue letter.

_____✓_____   has issued a Right to Sue letter, which I
received on _____04/27/07_____.
                         *Date*

**NOTE:**   *Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity Commission to this complaint.*


WHEREFORE, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

_____
PLAINTIFF'S SIGNATURE

Dated: _____07/26/07_____

5

Mr. Lai
EEOC
New York, NY

Re: Attachment to EEOC Complaint
Particulars
520-2007-00430N

Dear Mr, Lai,

Employee was employed by New Century from June, 2002 ( +/-) thru September 5, 2006.
Employee was one of the original 10 employees recruited by employer in
New York/Northeast regional office.
Employee was Senior Review Appraiser responsible for ensuring collateral value financed by the
company throughout the United states.
Employee has obtained highest level of state licensure, General Certified Real Estate Appraiser.
Employee has been in equivalent banking positions for over 8 years, and over 20 years in
profession.
Employee had been previously awarded with company trips, annual salary increases, and monthly
bonus compensation.
Employee had been consistently recognized for his efforts and contributions on national level by
other company personnel including co-workers, peer professionals, senior management, and
other regional divisions. Employee had been consistently contacted for assistance from company
personnel throughout the country were also directed to him for his input, direction, and opinion.

Employee began to experience significant disability problems that affected major qualities of life
and began seeking medical opinions and treatment with private physicians, and the Veterans
Administration.
Employee had more than an adequate amount of sick time that he had accumulated.
Employee always notified, documented, and phoned  employers management in advance when he
would be unavailable, and utilizing sick time for required Doctors appointments due to medical
condition.

Employer had direct knowledge of employees disability. Employee began to encounter periods
of verbal & written harassment, frustration,and actions that contributed to emotional distress, and
hostile work environment that appears to be retaliation for inquiring about, and eventually filing
FMLA entitlement, and seeking medical attention and treatment for conditions.

Employer had direct knowledge of employees disability in writing on several occasions through
inter office e-mails, & FMLA forms. Employee had written record of notifying management of
disability on several occasions  including letter which indicated Employee was Disabled
American Veteran, employee provided verification for same from Veterans Administration.
Additionally, Senior management had on several occasions personally observed one of
employee's physical impairments and difficulty, and had inquired to same.
Employer was directly aware of how employee major life activities were limited.
Employee had a record of impairment with employer.

...loyer made absolutely NO reasonable accommodations to employee although employee ...quested same.

Employee received FEDEX notice Priority Overnite from Employer indicating if FMLA Forms were not received by Employer, "Employee could be terminated immediately".

Employee immediately notified Senior Human Resources Manager he could not control when Doctors would complete forms, but would inquire with Doctors.

Employee provided fully completed FMLA Forms completed by Doctor several days later. Employee was notified he was required to provide monthly re-certifications, and ALWAYS provided same.

Employee had personal printer removed from desk, after having same for 3 ½ years. Employee offered to pay for printer himself but was denied.

Although Employee had excessive amount of sick time available, Employees manager wrote negative evaluations of employees attendance which is normally devoted to abuse of, and not notifying employer of absences. Employee provided to manager time and day logs that justified all time taken. Annual evaluation was not corrected.

Employer attempted to change questionable production expectations that were in contrast with professional and industry standards, consistency throughout company, or reasonable estimates Employee attempted to resolve issues on several occasions with several levels of management, with no success.

Employee attempted to minimize time out of office by taking documented extended lunches for local doctors appointments, or partial days off . Employee was challenged by immediate Manager who stated he was to going to find out " if this was allowed by FMLA"

Employee was wrongfully terminated on September 5,2006, without warning, after returning from a planned family vacation, and was escorted out of the office without any opportunity to retrieve personal belongings which were never returned.

Employee had notified several management personnel in June, 2006, he was seeking several opinions, but would probably need to have surgical procedure sometime around the end of September, Early October, 2006. Employee was wrongfully terminated several weeks prior to that date.

Employer stated on September 5, 2006, the termination was because employee had not adequately filed time sheets documenting vacation time, sick time, and personal time. Employee was in salaried position.Employee immediately notified everyone present that he had always e-mailed and phoned immediate manager, Timothy Hickey, when taking any time off. Timothy Hickey acknowledged same. Employee also notified all present the procedure for the documenting of time had changed on several occasions. A New system was established by the company several months prior to this date. All Employees were responsible for documenting all time in the company's national network system. When asked, the Appraisal Manager also had to confirm employee accurately documented all time out of office in the new system. Employee also notified everyone present that employees monetary compensation was incorrect on several occasions, and past records were still in process of being evaluated by company representatives.

...yee offered to resolve or correct any discrepancies at any time. Employee had in excess of ...eral hundred hours of sick and vacation time available on date or wrongful termination. ...Human Resources representative was not available when employee was notified of termination.

Employer later attempted to justify termination by fabricating additional unsupported accusations that employee had low production. Employee has evidence to dispute same. Employer also stated employee inadequately communicated with others. Employee has no evidence of same. These additional unsupported accusations were received by mail by employee from Human Resources. Employee was later told by Amy Yates, Human Resources that she had no knowledge of Employees medical condition, or FMLA. Employee reminded her they discussed same on several occasions, and she also had received written correspondence. She denied same. Employer also attempted to deny Employees medical and insurance benefits.

Employer has directly violated, and without any concern, employees rights and discriminated against me under the ADA, FMLA, Human Right laws, and possible other federal laws, statutes and violations. Employer further harmed employee financially by loss of income, sick, vacation, personal days, entitlement to retirement 401K and company contribution, monthly bonus income. Employer has also unjustly, and without any credible justification, further harmed employee by defamation of character and slander personally, and in my professional career. Employee feels it is obvious his employment was terminated due to his disabilities, for utilizing his sick time, and filing FMLA. Employer has recently filed Chapter 11 bankruptcy, and should not be entitled to relief for above actions to Employee. Employee believes he has been wronged by employers actions, has considerable amounts of evidence and requests " Right To Sue ", to file "Notice of Claim" with Bankruptcy court to seek relief with eventual Lawsuit in Federal Court if required, and any other justifiable legal avenues of justice.


Thank you

Patrick J. Moloney

EMPLOYEE

B 10 (Official Form 10) (1995)

| UNITED STATES BANKRUPTCY COURT *for the* CHAPTER 11   DISTRICT OF _Delaware_ | PROOF OF CLAIM |
|---|---|

| Name of Debtor *New Century TRS Holdings, Inc.* A *Delaware Corporation, et al* | Case Number 07-10416 (KJC) |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): *Patrick J. Moloney* | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent: *173 Oak Tree Road Tappan, New York 10983* | ☒ Check box if you have never received any notices from the bankruptcy court in this case. | THIS SPACE IS FOR COURT USE ONLY |
| Telephone number: *(845) 359-5071* | ☐ Check box if the address differs from the address on the envelope sent to you by the court. | |
| Last four digits of account or other number by which creditor identifies debtor: *See Case Number* | Check here ☐ replaces ☐ amends a previously filed claim, dated:_____ | |

| 1. Basis for Claim | | |
|---|---|---|
| ☐ Goods sold | ☐ Personal injury/wrongful death | ☒ Wages, salaries, and compensation (fill out below) *Wage, Benefits, Future, Equal, etc.* |
| ☐ Services performed | ☐ Taxes | Last four digits of your SS #: *3087* |
| ☐ Money loaned | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) | Unpaid compensation for services performed. |
| | ☐ Other_____ | From *09/05/06* to *04/02/07* (date)      (date) |

| 2. Date debt was incurred: | 3. If court judgment, date obtained: |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $_____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Other_____
☐ Motor Vehicle

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Priority Claim**

☒ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ *249,108.92 +*
*Any Court Imposed Penalties, Fees, Accrued Monthly Loss*

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950,*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☒ Other—Specify applicable paragraph of 11 U.S.C. § 507(a)(___). *See Attached*
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| 5. Total Amount of Claim at Time Case Filed: | $_____ (unsecured) | _____ (secured) | *249,108.92 +* (priority) | *= 249,108.92 +* (total) |
|---|---|---|---|---|

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| 7. Supporting Documents: *Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.* | 2007 MAY 29 |
| 8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | |

| Date *04/22/07* | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Patrick J. Moloney - Creditor -*     *[signature]* |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*



**NEW CENTURY**
MORTGAGE CORPORATION

3337 Michelson Drive, Irvine, CA 92612 • (949) 517-0000 • Fax (949) 517-4244

February 13, 2008

Patrick J. Moloney
173 Oak Tree Road
Tappan, New York  10983

Re:    Patrick Moloney vs. New Century Mortgage Corporation et al.
       Case No. 07 CIV 7686

Dear Mr. Maloney:

We are in receipt of the complaint in connection with the above referenced
matter. Please accept this letter as our response.

Please note that on April 2, 2007, New Century Financial Corporation, f/k/a New
Century REIT, Inc. together with its debtor affiliates, including Defendant New
Century Mortgage Corporation ("NCMC") filed voluntary petitions under Chapter
11 of the United States Bankruptcy Code. A true and correct copy of the Notice
of Commencement of Chapter 11 Bankruptcy Cases, Meetings of Creditors and
Fixing of Certain Dates filed by NCMC is attached hereto.

11 U.S.C. § 362(a) provides for an automatic stay, applicable to all entities, of,
among other things, the following:

> (1)    The commencement or continuation, including the issuance or
> employment of process, of a judicial, administrative, or other action or
> proceeding against the debtor that was or could have been commenced
> before the commencement of the case under this title, or to recover a
> claim against the debtor that arose before the commencement of the case
> under this title;

                                    * * *

> (3)    Any act to obtain possession of property of the estate or of
> property from the estate, or to exercise control over property of the
> estate; [and]

* * *

(7)    The setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor.

Please take further notice that the automatic stay of proceedings commenced concurrently with the filing of the bankruptcy petitions on April 2, 2007. The automatic stay prevents commencement or continuation of actions against a debtor. Plaintiff in the instant case has violated the automatic stay as to NCMC by serving NCMC with process on or about February 6, 2008. Any and all pleadings filed since April 2, 2007 constitute a continuation of a stayed suit and therefore violate the automatic stay and are void.

In light of the above, NCMC respectfully requests that all proceedings against NCMC in connection with this matter be stayed.

Sincerely,

Legal Department, New Century Financial Corporation (and subsidiaries)

Cc:  J. Michael McMahon, Clerk of United States District Court Southern District of New York

B 10 (Official Form 10) (1985)

| UNITED STATES BANKRUPTCY COURT *FOR THE* DISTRICT OF _DELAWARE_ CHAPTER 11 | PROOF OF CLAIM |
|---|---|

| Name of Debtor NEW CENTURY TRS HOLDINGS, INC A DELAWARE CORPORATION, ET AL. | Case Number 07-10416 (KJC) |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): PATRICK J. MOLONEY | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent: 173 OAK TREE ROAD TAPPAN, NEW YORK 10983 Telephone number (845) 359-5071 | ☒ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: _See Case Number_ | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated:_____ | |

| 1. Basis for Claim | | |
|---|---|---|
| ☐ Goods sold | ☐ Personal injury/wrongful death | ☒ Wages, salaries, and compensation (fill out below) EMPLOYEE WITHHELD WAGE EXPENSE Last four digits of your SS #: 3057 |
| ☐ Services performed | ☐ Taxes | Unpaid compensation for services performed |
| ☐ Money loaned | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(s) | From 04/13/06 to 04/13/06 |
| | ☐ Other_____ | (date)         (date) |

| 2. Date debt was incurred: 04/13/06 | 3. If court judgment, date obtained: |
|---|---|

4. Classification of Claim. Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $_____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ 330.00

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☒ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate     ☐ Other_____
☐ Motor Vehicle

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| 5. Total Amount of Claim at Time Case Filed: | $ ___ (unsecured) | ___ (secured) | 330.00 (priority) | 330.00 (total) |
|---|---|---|---|---|

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date 4/27/07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): PATRICK J. MOLONEY – CREDITOR – *[signature]* |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*E - MAIL correspondence
WITH NEW CENTURY*

TifNelson@ncen.com
TGray@ncen.com

RE: Expense Check

Hi Tiffany & Tal,
I just received the prior check for $ 430.00 back from my bank
stamped " Refer to Maker"
They do not verify if a check is " good" anymore, which is why I
just deposited it.
I did incur a $ 10.00 Fee for returned check
I believe I read that the bankruptcy judge allowed  certain funds to be released including
employee.
pay. This claim is related to when I was employed with New Century.
Can I be issued new check for full amount owed ?
430.00 Bounced check
330.00 balance of expense ( below )
 10.00 bank fee for bounce check
-----------------------------------
$ 770.00 Total

Thank you for your help
Patrick


>From: "Tiffany Nelson" <TifNelson@ncen.com>
>To: "Patrick J. Moloney" <p.moloney@hotmail.com>
>Subject: RE: Expense Check
>Date: Wed, 4 Apr 2007 11:54:08 -0700
>
>Will do and thank you Patrick.
>
>Tiffany
>
>-----Original Message-----
>From: Patrick J. Moloney [mailto:p.moloney@hotmail.com]
>Sent: Tuesday, April 03, 2007 9:17 PM
>To: Tiffany Nelson
>Subject: RE: Expense Check
>
>
>I understand
>just please keep me updated
>
> >From: "Tiffany Nelson" <TifNelson@ncen.com>

*2 - mail correspondence*
*with New Century LEGAL*

>>To: "Patrick J. Moloney" <p.moloney@hotmail.com>
>>Subject: RE: Expense Check
>>Date: Mon, 2 Apr 2007 15:22:08 -0700
>>
>>I will do my best but given the recent events today I am not sure what
>>I can get processed and what I cant get processed. Thank you.
>>

*never received*

>>-----Original Message-----
>>From: Patrick J. Moloney [mailto:p.moloney@hotmail.com]
>>Sent: Monday, April 02, 2007 2:25 PM
>>To: Tiffany Nelson
>>Subject: RE: Expense Check
>>
>>
>>Thanks Tiffany,
>>faxed you paid receipt earlier from Rockland County Board of Realtors
>>for $ 330.00.
>>I appreciate your efforts
>>Patrick
>>
>>>From: "Tiffany Nelson" <TifNelson@ncen.com>
>>>To: <p.moloney@hotmail.com>
>>>CC: "Tal Peles-Gray" <TGray@ncen.com>,"Starla Yamauchi"
>>><SYamauchi@ncen.com>
>>>Subject: Expense Check
>>>Date: Mon, 2 Apr 2007 09:38:05 -0700
>>>
>>>Hi Patrick,
>>>
>>>I just wanted to let you know that I have confirmed with Accounts
>>>Payable that your check went out regular mail on March 27th, 2007 to
>>>173 Oak Tree Road, Tappan, NY 10983.  The check# is 585492. Thank
>you.
>>>
>>>Tiffany Nelson
>>>Legal Secretary
>>>New Century Mortgage Corporation
>>>18400 Von Karman Ave., Suite 1000
>>>Irvine, California 92612
>>>Tel - 949-440-7030
>>>Direct Tel - 949-225-7874
>>>Fax - 949-471-4629
>>>Email: tifnelson@ncen.com
>>>
>>>NOTE:  This communication, and any attachment(s) to it, may contain
>>>privileged and confidential information intended only for the use of

# **R**OCKLAND COUNTY    **BOARD OF REALTORS**

300 N MIDDLETOWN ROAD   PEARL RIVER   NEW YORK   10965  –  (845) 735-0075  –  FAX (845) 735-0415

Mr Patrick J Moloney                                                    MemberID:    07369
% Patrick J Moloney /REPS   *Realty Group.*
173 Oak Tree Rd                                                        MemType:    DR
Tappan, NY  10983              *359-7377*                                6455-N
                                                                        Due Date:    01-01-2006

| | |
|---|---|
| RCBOR Dues: | $156.00 |
| 5% Discount if paid prior to January 15th -($15.00) | |
| NYSAR Dues: | $57.00 |
| NYSAR Assessment: | $3.00 |
| NAR Dues: | $84.00 |
| NAR Public Image Campgn: | $20.00 |
| RPAC Contribution:* | $99.00 |
| | |
| Total Dues: | $384.00 |
| After January 15th: | $399.00 |

*By credit card*
*Receipt Attached 4/13/06*

*Paid*
*$ 330.00*

*Update Web Site*

* A suggested contribution to the REALTORS Political Action Committee (RPAC) is included, where applicable, in the amount shown. You may add to this amount to become  a $99.00 Club Member, $250.00 Capital Club Member or you may subtract it if you wish to make no RPAC contribution.

... or $14 to be non-deductible for the member's income tax due to NAR lobbying efforts.

... to NYSAR lobbying efforts. This $99
.Fund.

RC BOARD OF REALTORS                    SALE    $  330.00
300 N. MIDDLETOWN ROAD
PEARL RIVER, NY 10965                    PLEASE IMPRINT CARD
TEL: 914-735-0075
THANK YOU                                SIGNATURE

MERCHANT 4991 10000002473 001           X
DATE : 04/13/04 12:57 PM

CUST REF#:
ACCOUNT #:  4125729
TYPE:       XXXXXXXXXXXX746
            MASTERCARD       EXP: 12/89

REF #       2
BATCH #:    100081
AUTH #:     059190

TOP COPY-MERCHANT  BOTTOM COPY-CUSTOMER

...oad Pearl River NY 10965
.(845)-735-0415

$ 330. 00

02/09.

07369                                    6455-N

Email:    pjmm32@hotmail.com
Phone#                                   Fax#

B 10 (Official Form 10) (10/05)    *CHAPTER 11*

COPY

| UNITED STATES BANKRUPTCY COURT *FOR THE* DISTRICT OF *DELAWARE* | PROOF OF CLAIM |
|---|---|

**Name of Debtor** *NEW CENTURY*       **Case Number** *07-10416 (KJC)*

RECEIVED

JUN - 4 2007

XRoads Claims
Management Services

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property): *PATRICK J. MOLONEY*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and address where notices should be sent:**
*PATRICK J. MOLONEY*
*173 OAK TREE ROAD*
*TAPPAN, NEW YORK 10983*
**Telephone number:** *845 359 5071*

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**Last four digits of account or other number by which creditor identifies debtor:** *See CASE NUMBER*

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim, dated:_____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Other_____
☑ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: *3087*
Unpaid compensation for services performed
From *01/01/06* to *09/05/06*
(date)    (date)

**2. Date debt was incurred:** *CUMULATIVE THRU 09/05/06*

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
**Amount entitled to priority** $ *863,25*

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☑ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
**Brief Description of Collateral:**
☐ Real Estate    ☐ Other_____
☐ Motor Vehicle
**Value of Collateral:** $_____
**Amount of arrearage and other charges at time case filed** included in secured claim, if any: $_____

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $_____    _____    *863.25*    *863.25*
(unsecured)    (secured)    (priority)    (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**Date** *5/28/07*

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Patrick J. Moloney* *PATRICK J. MOLONEY CREDITOR*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*1 of 3*

*E-mail correspondence with New Century*

> > >From: "Stephen Schiavo" <SSchiavo@ncen.com>
> > >To: <p.moloney@hotmail.com>
> > >Subject: Update
> > >Date: Wed, 4 Apr 2007 12:29:50 -0700
> > >
> > >Patrick,
> > >
> > >
> > >
> > >Just picked up your voicemail.  I have requested an update from
>payroll
> > >on the status of your open issue and will work with them from there
>in
> > >order to resolve it.  I will provide you with another update as soon
>as
> > >I've heard back from them.  Please don't hesitate to contact me if
>you
> > >have any further questions in the meantime.
> > >
> > >
> > >
> > >Thanks,
> > >
> > >
> > >
> > >Steve Schiavo
> > >
> > >Human Resources Manager - Wholesale, Division 5
> > >
> > >New Century Mortgage Corporation
> > >
> > >Office: 508.216.1559
> > >
> > >Cell: 508.215.8322
> > >
> > >Fax: 866.536.1720
> > >
> > >Email: sschiavo@ncen.com
> > >
> > >
> > >
> > >If you have questions about Payroll, Leave of Absence, Benefits, Time
> > >and Attendance, or HR Policies — please contact the HR Service
>Center
> > >at 866-598-8678 or newcenturyhr@accenture.com.

2 of 3

>
>Steve,
>Is there a possibility of me getting paid on this ?
>I believe the bancruptcy court was going to allow available funds to be
>paid
>to employees. This is an issue for my bonus and salary when I was
>employed
>with NEW CENTURY.
>Please let me know
>Thanks
>Patrick
>
> >From: "Stephen Schiavo" <SSchiavo@ncen.com>
> >To: "Patrick J. Moloney" <p.moloney@hotmail.com>
> >Subject: RE: Update
> >Date: Fri, 6 Apr 2007 13:13:07 -0700
> >
> >Hi Patrick,
> >
> >That is the SR# that I have on file. I have not yet received an update
> >on this issue. In the meantime, I am also attaching the link that you
> >can follow to file a claim as a creditor with the bankruptcy court:
> >
> >http://www.xroadscms.net/newcentury
> >
> >Thank you,
> >Steve
> >
> >——Original Message——
> >From: Patrick J. Moloney [mailto:p.moloney@hotmail.com]
> >Sent: Friday, April 06, 2007 12:56 PM
> >To: Stephen Schiavo
> >Subject: RE: Update
> >
> >Hi Steve,
> >thanks for following up.
> >Do you have Service request #F0263246. That was latest provided, but
> >there
> >may have been earlier.
> >I tried to call Nancy @ 312-233-4029 but that number is no longer
> >accessible. I had spoken to her previously about discrepencies.
> >I am eager to receive outstanding amounts as soon as possible.
> >I appreciate your assistance.
> >Patrick
> >

3 of 3

Net Results for checks ending 00356/004320-I went over Gross/Net amount with Rep yesterday-still appears to be short $ 260.94 NET

---

If "OTHER" is for 1 week pay during new pay system transition,it is incorrect
1 week 1725.67, "other" in last check is $ 862.86 short

*[handwritten: ~~REVISED~~ Proof of claim 862.86 ~~444~~ 41 ~~98~~ 27]*

---

YTD for PreTxMed $ 830.00
YTD for PreTxVis  $  33.25
both should be reimbursed to me TOTAL $ 863.25   *[handwritten: THIS CLAIM]*
I did not have/select ANY medical plan through New Century in 2006,
and did not have/select any Vision

---

Last rep I spoke with told me GTL ( Group Term Life ) was listed on checks as
After Tax deduction but was not actually taken out ( ? ) thats incorrect
I have it deducted on several checks after tax deductions ( see check #001004321, # 000001577 )
YTD reimbursement should be $ 119.41

I do appreciate any help you can provide for above shortages from my Salary and 401K
Patrick J. Moloney

>From: "Stephen Schiavo" <SSchiavo@ncen.com>
>To: "Patrick J. Moloney" <p.moloney@hotmail.com>
>Subject: RE: Update
>Date: Mon, 9 Apr 2007 08:33:16 -0700
>
>Patrick,
>
>I received an update on your issue from Payroll late Friday.  They
>informed me that all payment requests are in queue and awaiting approval
>by New Century.  Your service request has been put on hold until
>04/13/2007 and they expect to be able to provide me with more
>information on or around that time.
>
>Regards,
>Steve
>
>-----Original Message-----
>From: Patrick J. Moloney [mailto:p.moloney@hotmail.com]
>Sent: Friday, April 06, 2007 6:53 PM
>To: Stephen Schiavo
>Subject: RE: Update
>

*[handwritten: NEW CENTURY HUMAN RESOURCES no longer at that number NO response]*