FILED

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE 08 APR 24 AM 9:19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC., : Chapter 11
a Delaware corporation, et al., : Case No. 07-10416 (KJC)
:
Debtors. :

## OBJECTION OF PATRICK BOSBY TO DEBTORS NEW CENTURY TRS HOLDINGS REQUEST TO DISMISS LATE FILED CLAIMS

Claimant, Patrick Bosby objects to debtor New Century request to dismiss any late filed claims. Claimant Bosby was the victim of loan fraud and identity theft that was perpetrated by debtor. Claimant had no knowledge of the loan fraud until he pulled his credit report. Claimant then attempted to work out a settlement with New Century risk managers. Claimant had no knowledge of the Bankruptcy proceeding. Instead, claimant sued in the Los Angeles Superior Court, Case No. BC 378627.

As your Honor, the Court and the Court Trustee already are aware of the debtor was driven by a "brazen obsession" to generate fraudulent subprime mortgages. As a result of the debtor and the owners personally turning a "blind eye" to the "ticking time bomb", debtor failed to exercise due care in creating fraudulent high risk lending. Many lower income areas of Southern California are now faced with catastrophic losses. Not only should the Court deny the Objection to dismiss the late filed claim this Court should strongly view this bankruptcy as a way to personally hold the executives individually liable for causing financial ruin and at a minimum compel the return of excess bonuses awarded in 2005 and 2006.

Dated: April 15, 2008  
      Downey, California

Respectfully submitted,

*/s/ Richard J. Rosiak*
_____
Richard J. Rosiak  
The Law Office of Richard J. Rosiak  
8137 3rd Street, 2nd Floor  
Downey, CA 90241  
(562) 622-6000

COUNSEL FOR CLAIMANT  
PATRICK BOSBY

# CERTIFICATE OF SERVICE

I, Alba Arreola, certify that I am, and at all times during the service of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the Objection of Patrick Bosby to Debtors New Century TRS Holdings Request to Dismiss Late Filed Claims was made April 15, 2008 by:

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

See Attached Mailing List

[ ] Personal Service: By leaving the process with plaintiff or with an officer or agent of plaintiff at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The plaintiff was served as follows: [Describe briefly]

[ ] State Law: The plaintiff was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__4/15/08__                                    _____
Date                                                   Signature

Print Name: Alba Arreola

Business Address: 8137 3rd Street, 2nd Floor

City: Downey    State: CA    Zip: 90241

Mailing List

New Century Financial Corporation
3337 Michelson Drive, Suite CN-350
Irvine, CA 92612
Attention: Monica L. McCarthy, Esq.

Richards, Layton & Finger
One Rodney Square
920 King Street
Wilmington, Delaware 19801
Attention: Mark D. Collins, Esq.
Michael J. Merchant, Esq.

O'Melveny & Myers, LLP
275 Battery Street, 26th Floor
San Francisco, CA 94111
Attention: Suzzanne S. Uhland, Esq.
Andrew M. Parlen, Esq.

Hahn & Hessen LLP
448 Madison Avenue
New York, NY 10022
Attention: Mark S. Indelicato, Esq.
Mark T. Power, Esq.

Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19891
Attention: Bonnie Glantz Fatell, Esq.
Regina Stango Kelbon, Esq.

J. Caleb Boggs
Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attention: Joseph J. McMahon, Esq.