IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, INC. | ) | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al.,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Morris James LLP hereby withdraws its appearance as counsel for ADT Security Services, Inc. ("ADT") in the above-referenced case. Morris James continues to represent other parties in this case and should continue to be served with pleadings.

PLEASE TAKE FURTHER NOTICE THAT all notices and pleadings given or filed in this case for ADT should be served upon ADT at:

Sally E. Edison (PA Bar No. 78678)
William C. Price (PA Bar No. 90871)
McGUIREWOODS LLP
625 Liberty Avenue
Dominion Tower, 23rd Floor
Pittsburgh, PA 15222
Tel: 412-667-6000
Email: sedison@mcguirewoods.com

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage)(d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

1741325

Dated: April 24, 2008

**MORRIS JAMES LLP**

_____
Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-Mail: bfallon@morrisjames.com

*Withdrawing Attorneys for ADT Security Services, Inc.*

-and-

Sally E. Edison (PA Bar No. 78678)
William C. Price (PA Bar No. 90871)
McGUIREWOODS LLP
625 Liberty Avenue
Dominion Tower, 23rd Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-667-6000
Email: sedison@mcguirewoods.com

*Attorneys for ADT Security Services, Inc.*

1741325