IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., ) | |
| a Delaware corporation, et al., ) | Case No. 07-10416 (KJC) |
| ) | |
| Debtors. ) | Joint Administration |
| ) | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                    : SS:
NEW CASTLE COUNTY    :

I, William Weller, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on April 25, 2008, I caused service of the following:

### NOTICE OF WITHDRAWAL OF APPEARANCE

Service was completed upon the following parties on the attached list as indicated thereon.

Date:   April 25, 2008

_____
William Weller

SWORN TO AND SUBSCRIBED before me this 25th of April, 2008.

_____
NOTARY
My commission expires:_____

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899
[Counsel for the Debtors]