# EXHIBIT "B"

558342.1 4/25/08

EXHIBIT "B"

## EXHIBIT "B"

### SUMMARY OF BILLING BY ATTORNEY
### FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate (including changes and 10% discount)* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Mark Minuti[1] | 1988 | Partner (since 1997) | $459.00 | 4.1 | $1,881.90 |
| Renee L. Lowder[2] | N/A | Paralegal (since 2005) | $144.00 | 5.0 | $720.00 |
| TOTAL | | | | 9.1 | $2,601.90 |

Blended Rate: $285.92

[1] Total reflects a 10% reduction of $209.10 of fees.
[2] Total reflects a 10% reduction of $80.00 of fees.

\*   This rate is Saul Ewing LLP's regular hourly rate for legal services. All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustments occurred on July 1, 2007 with respect to the Bankruptcy and Reorganization Department, and on January 1, 2008 with respect to all other firm departments).

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S FEBRUARY 2008 TIME ENTRIES

| DATE | ATTY | DESCRIPTION | TIME | VALUE |
|---|---|---|---|---|
| 2/4/2008 | MM | E-mail re: Plan and Disclosure Statement | 0.1 | 45.9 |
| 2/4/2008 | MM | Conference with R. Lowder re: downloading Plan and Disclosure Statement | 0.2 | 91.8 |
| 2/4/2008 | MM | E-mail to Examiner re: Plan and Disclosure Statement | 0.2 | 91.8 |
| 2/5/2008 | MM | Review of and execute Certifications of No Objection for BDO's and K&L Gates' fee applications | 0.2 | 91.8 |
| 2/18/2008 | MM | E-mails re: loss of IRS issue | 0.1 | 45.9 |
| 2/25/2008 | MM | Review of Examiner's summary for Final Report | 0.2 | 91.8 |
| 2/25/2008 | MM | E-mails re: Examiner's and K&L Gates' Fee Applications | 0.2 | 91.8 |
| 2/25/2008 | MM | Review and file Examiner's and K&L Gates' Fee Applications | 0.2 | 91.8 |
| 2/26/2008 | MM | Telephone call with Chambers re: filing of Final Report | 0.2 | 91.8 |
| 2/26/2008 | MM | E-mails from Examiner re: filing of Final Report | 0.2 | 91.8 |
| 2/27/2008 | MM | E-mails re: Examiner's Final Report logistics | 0.2 | 91.8 |
| 2/28/2008 | MM | E-mail to/from Committee Counsel re: delivery of Examiner's Final Report | 0.2 | 91.8 |
| 2/28/2008 | MM | E-mail to/from Examiner re: binding options | 0.2 | 91.8 |
| 2/29/2008 | MM | E-mails re: U.S. Trustee's request for .pdf copy of Final Report | 0.2 | 91.8 |
| 2/29/2008 | MM | Review and execute Notice of Filing of Final Report Under Seal and service of Final Report | 1 | 459 |
| 2/29/2008 | MM | Review of executive summary | 0.5 | 229.5 |
|  | MM | Total | 4.1 | 1881.9 |
| 2/1/2008 | RLL | Finalize and Efile affidavit of service regarding Saul Ewing's 6th Fee Application | 0.4 | 57.6 |
| 2/4/2008 | RLL | Prepare and revise Certificates of No Objection for BDO (3) and K&L Gates | 2.4 | 345.6 |
| 2/4/2008 | RLL | E-file and coordinate service of Certificates of No Objection | 0.8 | 115.2 |
| 2/4/2008 | RLL | Print and pdf Plan and Disclosure Statement to M. Minuti | 0.2 | 28.8 |
| 2/4/2008 | RLL | Print and review Agenda | 0.1 | 14.4 |
| 2/7/2008 | RLL | Check docket re: certification of no objections | 0.1 | 14.4 |
| 2/28/2008 | RLL | Begin drafting Saul Ewing's January fee application | 1 | 144 |
|  | RLL | Total | 5 | 720 |
|  |  | Grand Total | 9.1 | 2601.9 |

558343

## Attorney Biography

**Mark Minuti**, *Partner*. Mark Minuti is a Partner in Saul Ewing's Bankruptcy and Restructuring Department, and Managing Partner of the Firm's Wilmington, Delaware office. He concentrates his practice in bankruptcy law. Having practiced bankruptcy law in Delaware since 1989, Mr. Minuti has seen his practice grow from a small local practice to a sophisticated national practice. Along the way, Mr. Minuti has been involved in almost every major bankruptcy case filed in Delaware.

Mr. Minuti's practice includes the representation of debtors, unsecured creditors committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and Chapter 11 proceedings, both in and out of Delaware. Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions. Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

Mr. Minuti received his B.S. degree from the University of Delaware and his law degree from the Widener University School of Law in 1988. He is admitted to practice law before the United States District Court for the District of Delaware and the United States Court of Appeals for the Third Circuit.