# EXHIBIT "C"

# EXHIBIT "C"

## COMPENSATION BY PROJECT CATEGORY

## FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee Applications and Matters | 5.3 | $952.20 |
| Other Litigation, Including Stay Relief | 3.0 | $1,377.00 |
| Plan and Disclosure Statement | 0.7 | $258.30 |
| Preparation for and Attendance at Hearing | 0.1 | $14.40 |
| **TOTAL** | **9.1** | **$2,601.90** |

558342.1 4/25/08

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Michael J. Missel (EXAMINER)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006

| | |
|---|---|
| Invoice Number | 2024093 |
| Invoice Date | 03/17/08 |
| Client Number | 355619 |
| Matter Number | 00011 |

Re: Fee Applications and Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/08:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/08 | RLL | Finalize and Efile affidavit of service regarding Saul Ewing's 6th Fee Application | 0.4 | 57.60 |
| 02/04/08 | RLL | Prepare and revise Certificates of No Objection for BDO (3) and K&L Gates | 2.4 | 345.60 |
| 02/04/08 | RLL | E-file and coordinate service of Certificates of No Objection | 0.8 | 115.20 |
| 02/05/08 | MM | Review of and execute Certifications of No Objection for BDO's and K&L Gates' fee applications | 0.2 | 91.80 |
| 02/07/08 | RLL | Check docket re: certification of no objections | 0.1 | 14.40 |
| 02/25/08 | MM | E-mails re: Examiner's and K&L Gates' Fee Applications | 0.2 | 91.80 |
| 02/25/08 | MM | Review and file Examiner's and K&L Gates' Fee Applications | 0.2 | 91.80 |
| 02/28/08 | RLL | Begin drafting Saul Ewing's January fee application | 1.0 | 144.00 |
| | | TOTAL HOURS | 5.3 | |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

557396.1 3/18/08

| | | |
|---|---|---|
| 355619 | Missel, Michael J. (EXAMINER) | Invoice Number 2024093 |
| 00011 | Fee Applications and Matters | Page 2 |
| 03/17/08 | | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Renee L. Lowder | 4.7 | at | $144.00 | = | 676.80 |
| Mark Minuti | 0.6 | at | $459.00 | = | 275.40 |

CURRENT FEES                                                                 952.20

**TOTAL AMOUNT OF THIS INVOICE**                                             952.20

557396.1 3/18/08

SAUL
EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2024094 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 03/17/08 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00013 |

Re: Other Litigation, Including Stay Relief

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/08:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/18/08 | MM | E-mails re: loss of IRS issue | 0.1 | 45.90 |
| 02/25/08 | MM | Review of Examiner's summary for Final Report | 0.2 | 91.80 |
| 02/26/08 | MM | Telephone call with Chambers re: filing of Final Report | 0.2 | 91.80 |
| 02/26/08 | MM | E-mails from Examiner re: filing of Final Report | 0.2 | 91.80 |
| 02/27/08 | MM | E-mails re: Examiner's Final Report logistics | 0.2 | 91.80 |
| 02/28/08 | MM | E-mail to/from Committee Counsel re: delivery of Examiner's Final Report | 0.2 | 91.80 |
| 02/28/08 | MM | E-mail to/from Examiner re: binding options | 0.2 | 91.80 |
| 02/29/08 | MM | E-mails re: U.S. Trustee's request for .pdf copy of Final Report | 0.2 | 91.80 |
| 02/29/08 | MM | Review and execute Notice of Filing of Final Report Under Seal and service of Final Report | 1.0 | 459.00 |
| 02/29/08 | MM | Review of executive summary | 0.5 | 229.50 |
| | | TOTAL HOURS | 3.0 | |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

557396.1 3/18/08

355619           Missel, Michael J. (EXAMINER)                Invoice Number  2024094
00013            Other Litigation, Including Stay Relief                Page 2
03/17/08

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 3.0 | at | $459.00 | = | 1,377.00 |

      CURRENT FEES            1,377.00

      **TOTAL AMOUNT OF THIS INVOICE**    1,377.00

557396 1 3/18/08

SAUL EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2024095 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 03/17/08 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00014 |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/08:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/04/08 | MM | E-mail re: Plan and Disclosure Statement | 0.1 | 45.90 |
| 02/04/08 | MM | Conference with R. Lowder re: downloading Plan and Disclosure Statement | 0.2 | 91.80 |
| 02/04/08 | MM | E-mail to Examiner re: Plan and Disclosure Statement | 0.2 | 91.80 |
| 02/04/08 | RLL | Print and pdf Plan and Disclosure Statement to M. Minuti | 0.2 | 28.80 |
| | | TOTAL HOURS | 0.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Renee L. Lowder | 0.2 | at | $144.00 | = | 28.80 |
| Mark Minuti | 0.5 | at | $459.00 | = | 229.50 |

CURRENT FEES                                                                                          258.30

**TOTAL AMOUNT OF THIS INVOICE**                                                     258.30

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

557396.1 3/18/08

# SAUL EWING
### Attorneys at Law
##### A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2024096 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 03/17/08 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00015 |

Re: Preparation For And Attendance At Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/08:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/04/08 | RLL | Print and review Agenda | 0.1 | 14.40 |
| | | TOTAL HOURS | 0.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Renee L. Lowder | 0.1 | at | $144.00 | = | 14.40 |

CURRENT FEES 14.40

**TOTAL AMOUNT OF THIS INVOICE** 14.40

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

557396.1 3/18/08