# EXHIBIT "D"

558342.1 4/25/08

## EXHIBIT "D"

## EXPENSE SUMMARY

## FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (253 pages @ $0.10/page) | | $25.30 |
| Telephone | | $16.93 |
| Postage | | $18.20 |
| Overtime | *Robyn Warren* | $213.12 |
| Westlaw Research | | $73.58 |
| PACER Research | | $139.70 |
| Outside Photocopying | *Digital Legal Services* | $1,181.87 |
| Messenger Service | | $76.50 |
| Teleconferencing | | $75.00 |
| **TOTAL** | | **$1,820.20** |