IN THE UNITED STATES BANKRUPTCY COURT
FOR THE  DISTRICT OF DELAWARE

In Re:

**NEW CENTURY TRS HOLDINGS, INC.,**
**A Delaware Corporation, et al.,**
Debtors.

Case No. 07-10426 (KJC)
Chapter 11

## REQUEST FOR ALLOWANCE AND
## PAYMENT OF ADMINISTRATIVE EXPENSE

Comes now the Insurance Commissioner of West Virginia in its capacity as

Administrator of Workers' Compensation Old Fund, (hereinafter "the Commission") by

counsel, pursuant to 11 U.S.C. § 503(b),  and moves this Court for an Order allowing

the Commission's claim as an administrative expense and directing Debtor to pay this

claim.  In support of this Request, the Commission states as follows:

1. Debtor commenced a voluntary Chapter 11 petition  on April 2, 2007.

2.. During the Chapter 11 phase of this case Debtor incurred administrative

expenses in the amount of $540.00.  See Exhibit 1 attached hereto and incorporated by

reference.

WHEREFORE, the Commission, moves this Court for an Order allowing its claim

in the amount of $540.00, as an administrative expense and directing Debtor to pay said

claim, and for such other relief as this Court may deem just.

Respectfully submitted,

INSURANCE COMMISSIONER OF WEST VIRGINIA
IN ITS CAPACITYAS ADMINISTRATOR OF THE
WORKERS' COMPENSATION OLD FUND

By Counsel

___/s/ Larry M. Bonham_____
Larry M. Bonham WVSB #5925
Insurance Commissioner of West Virginia
Legal Services Division – Bankruptcy Section
P.O. Box 50540
Charleston, WV  25305-0540
304-558-6279 ext 1250/Fax 304-558-1362
Larry.Bonham@wvinsurance.gov

| REF: | AR=Amended Report | | ID=Interest Adj Deduction | | | Business Name | New Century Mortgage Corporation |
|---|---|---|---|---|---|---|---|
| | BC=Bad Check | | LP=Late Report/Payment Penalty | | | Policy/Business # | 0253-701 |
| | CP=Cash Payment | | LR=Late Report | | | Fisk # | |
| | DR=Dep Reduction/Refund | | RD=Reinstatement (RAPP) Deposit | | | Code | |
| | DS=Dep Shortage | | SC=Service Charge | | | Account Manager | Sara Riffle |
| | ER=Estimated Report | | SD=Settlement (SAPP) Deposit | | | Date Prepared | 04/15/2008 |
| | ES=Emp Security Report | | SP=Sheriff's Posting Fee | | | Liability Date | 01/01/2006 |
| | IC=Interest Adj Credit | | WS=Writ/Suggestion Fee | | | Effective Date | 11/02/2007 |

| LINE # | DATE REC'D | R E F | QTR END DATE | QTRLY WAGES | RATE | PAYMENT OR CREDIT ADJ. | PREMIUM PENALTY AMOUNT | QUARTERLY PREMIUM | REQUIRED ADVANCE DEPOSIT | ENDING DEPOSIT BALANCE | ACCOUNT BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | Initial Dep or Bal Forward | | | $0.00 | | | $0.00 | $0.00 | $0.00 | |
| 376 | 05-01-2007 | | | | | ($51.60) | | | $0.00 | $51.60 | $51.60 | Uninsured Fine |
| 377 | 06-01-2007 | | | | | ($51.60) | | | $0.00 | $103.20 | $103.20 | Uninsured Fine |
| 376 | 07-01-2007 | | | | | ($51.60) | | | $0.00 | $154.80 | $154.80 | Uninsured Fine |
| 377 | 08-01-2007 | | | | | ($51.60) | | | $0.00 | $206.40 | $206.40 | Uninsured Fine |
| 378 | 09-01-2007 | | | | | ($51.60) | | | $0.00 | $258.00 | $258.00 | Uninsured Fine |
| 377 | 10-01-2007 | | | | | ($51.60) | | | $0.00 | $309.60 | $309.60 | Uninsured Fine |
| 378 | 11-01-2007 | | | | | ($51.60) | | | $0.00 | $361.20 | $361.20 | Uninsured Fine |
| 379 | 11-02-2007 | | | | | $79.20 | | | $0.00 | $282.00 | $282.00 | Balance Transfer from 20505662-101 |
| 379 | 12-01-2007 | | | | | ($51.60) | | | $0.00 | $333.60 | $333.60 | Uninsured Fine |
| 380 | 01-01-2008 | | | | | ($51.60) | | | $0.00 | $385.20 | $385.20 | Uninsured Fine |
| 379 | 02-01-2008 | | | | | ($51.60) | | | $0.00 | $436.80 | $436.80 | Uninsured Fine |
| 380 | 03-01-2008 | | | | | ($51.60) | | | $0.00 | $488.40 | $488.40 | Uninsured Fine |
| 381 | 04-01-2008 | | | | | ($51.60) | | | $0.00 | $540.00 | $540.00 | Uninsured Fine |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

**NEW CENTURY TRS HOLDINGS, INC.,**          Case No. 07-10426 (KJC)
**A Delaware Corporation, et al.,**          Chapter 11
                    Debtors.

## CERTIFICATE OF SERVICE

I, Larry M. Bonham, certify that on the 15th day of April, 2008, I served the

foregoing **Request for Allowance and Payment of Administrative Expense** upon the

following parties by electronic filing and at the addresses specified by depositing a true

and exact copy of the same in the United States mail, postage prepaid:

New Century R.E.O. Corp.
18400 Von Karman Ave.
Irvine, CA  92612

Mark D. Collins
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

U.S. Trustee
Unites States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

/s/ Larry M. Bonham
Larry M. Bonham WVSB #5925
Insurance Commissioner of West Virginia
Legal Services Division – Bankruptcy Section
P.O. Box 50540
Charleston, WV  25305-0540
304-558-6279 ext 1250/Fax 304-558-1362
Larry.Bonham@wvinsurance.gov