# EXHIBIT A

# K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030

T 212.536.3900    www.klgates.com

April 21, 2008

Michael J. Missal
1601 K Street, NW
Washington, DC 20036

| | | |
|---|---|---|
| Our File Number | : | 0309079.00100 |
| Invoice | : | 1790546 |
| Services Through | : | March 31, 2008 |

**New Century Examiner - Investigation**

---

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/27/08 | R.L. Kline Dubill | 6.80 | Review BDO's analysis of professional standards and outline report section per same (5.3); attention to draft e-mail to counsel for KPMG regarding production issues (1.5) | 3,298.00 |
| 02/15/08 | J. D. Borrowman | 6.50 | Locate and review relevant documents (.9); review draft inserts and make revisions to same (5.6) | 2,665.00 |
| 03/03/08 | M. B. Bowman | 3.20 | Confer with M. Missal regarding the organization of the document retention phase and meet with several partners regarding their files. | 832.00 |
| 03/04/08 | M. B. Bowman | 3.70 | Confer with M. Missal and attorney timekeepers regarding documents and hard copy materials in their possession and indexing of same. | 962.00 |
| 03/04/08 | R.L. Kline Dubill | 1.80 | Attention to follow up to report | 873.00 |
| 03/04/08 | S. G. Topetzes | 0.30 | Review correspondence from counsel for KPMG regarding report and evaluate related issues (.3) | 202.50 |
| 03/05/08 | M. B. Bowman | 5.80 | Confer with G. Reichardt, A. McFall and others regarding hard copy files and post-report record keeping (1.7); attention to Government request for documents and information and confer with R. Kline Dubill regarding same (4.1) | 1,508.00 |
| 03/05/08 | R.L. Kline Dubill | 1.10 | Attention to Government's request for report | 533.50 |

# K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/05/08 | P. L. Novak | 3.30 | Load coding to Concordance database and link OCR text to same for production to Hahn & Hesson | 742.50 |
| 03/06/08 | K. S. Asfour | 0.20 | Correspondence with R. Kline Dubill and A. Camron regarding Examiner's report and preparation of materials for Government | 85.00 |
| 03/06/08 | M. B. Bowman | 3.60 | Attention to M. Missal request for documents and interview memos per Government request. | 936.00 |
| 03/06/08 | R.L. Kline Dubill | 0.50 | Attention to coordinating annotation of report | 242.50 |
| 03/06/08 | S. G. Topetzes | 0.60 | Review materials and evaluate issues related to possible requests for documents that may be directed to the Examiner (.4); attention to request by counsel for KPMG (.2) | 405.00 |
| 03/07/08 | K. S. Asfour | 0.80 | Attention to preservation and organization of information relied upon in examiner's report | 340.00 |
| 03/07/08 | R.L. Kline Dubill | 0.60 | Attention to follow up to report | 291.00 |
| 03/10/08 | K. S. Asfour | 2.80 | Prepare examiner's report annotations for SEC and analysis of related documents and evidence | 1,190.00 |
| 03/10/08 | M. B. Bowman | 6.20 | Conference call with R. Kline Dubill (.5); attention to Internal Audit chapter and related interview memos (3.1); confer with attorneys regarding New Century files and inventory of same per M. Missal request (2.6) | 1,612.00 |
| 03/10/08 | A. J. Camron | 3.70 | Conference with counsel regarding annotations to Report (.4); review various draft versions of Report to determine correctly annotated version (1.2); review and analyze Report annotations and insert annotations where required (2.1) | 1,757.50 |

# K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/10/08 | E. J. Fishman | 0.50 | Attention to evidence management procedures | 275.00 |
| 03/10/08 | A. C. Frisbee | 0.50 | Meeting with R. Kline Dubill, A. McFall, A. Camron, J. Roeber, J. Mitchell and M. Bowman regarding annotated report | 142.50 |
| 03/10/08 | R.L. Kline Dubill | 3.00 | Research and review motions regarding discharging examiner's duties and document handling in other cases (1.8); attention to same (.4); review draft e-mail to W. Lenhart and comment regarding same (.3); conference with team members regarding preparing annotated report (.5) | 1,455.00 |
| 03/10/08 | A. R. McFall | 11.80 | Conference call with B. Kline Dubill, M. Bowman, A. Frisbee, J. Mitchell, A. Cameron, and J. Roeber regarding report annotation project (.5); annotate accounting issue chapter (11.3) | 3,953.00 |
| 03/10/08 | R. J. Mitchell | 0.50 | Conference call with R. Kline Dubill (.5) | 142.50 |
| 03/10/08 | M. J. Quinn | 1.00 | Attention to issues concerning preparation of annotated final report | 510.00 |
| 03/10/08 | G. R. Reichardt | 0.20 | Review draft e-mail from M. Missal and provide comments | 135.00 |
| 03/10/08 | J. H. Roeber | 4.00 | Conference call on citation project with R. Kline-Dubill and others (.5); update repurchase reserve draft citations (3.5). | 1,560.00 |
| 03/10/08 | S. G. Topetzes | 0.70 | Review motion by Committee regarding maintaining report under seal and evaluate same (.3); communications with counsel for Creditors' Committee regarding meeting and review related materials (.4) | 472.50 |
| 03/11/08 | K. S. Asfour | 3.90 | Attention to preservation and organization of information relied upon in Examiner's report (1.5); prepare Examiner's report annotations for Committee and analysis of related documents and evidence (2.4) | 1,657.50 |

# K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/11/08 | M. B. Bowman | 6.20 | Attention to request for annotated version of Examiner's Report and review memos and documents regarding same (4.3); confer with A. Kostner and others regarding attorney files and hard copy materials (1.4); confer with J. Borrowman and review native images per his request (.5) | 1,612.00 |
| 03/11/08 | A. J. Camron | 4.40 | Review KPMG portion of Report and determine necessary citations and review documents in order to identify proper documents to cite in text of Report | 2,090.00 |
| 03/11/08 | R.L. Kline Dubill | 1.10 | Attention to annotated report (.5); attention to upcoming meeting with Creditors' Committee (.6) | 533.50 |
| 03/11/08 | J. H. Roeber | 6.30 | Repurchase reserve section citation follow-up project. | 2,457.00 |
| 03/11/08 | S. G. Topetzes | 0.40 | Telephone conference with J. McCahey regarding meeting with Creditors' Committee and review relevant materials in preparation for same (.4) | 270.00 |
| 03/12/08 | K. S. Asfour | 3.60 | Attention to preservation and organization of information relied upon in Examiner's report (1.8); prepare Examiner's report annotations for Committee and analysis of related documents and evidence (1.8) | 1,530.00 |
| 03/12/08 | M. B. Bowman | 6.60 | Met with attorneys regarding New Century information retention and index same (3.5); finalize Examiner Report annotations and proof changes per attorney request (3.1) | 1,716.00 |
| 03/12/08 | A. J. Camron | 2.30 | Review audit committee minutes and workpapers related to repurchase reserve and residual interests to insert annotations in Report | 1,092.50 |

-4-

# K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/12/08 | E. J. Fishman | 1.20 | Review files and confer with M. Bowman regarding retention protocol | 660.00 |
| 03/12/08 | R.L. Kline Dubill | 5.70 | Prepare for meeting with Creditors' Committee counsel through review of report section drafts and other memoranda (5.2); attention to annotated report (.5) | 2,764.50 |
| 03/12/08 | A. Kostner | 5.40 | Annotate final version of report | 1,755.00 |
| 03/12/08 | A. R. McFall | 1.60 | Annotate accounting issue section of Examiner's report (1.6) | 536.00 |
| 03/12/08 | R. J. Mitchell | 0.60 | Retrieve supporting documentation relating to repurchase reserve analysis for A. Camron | 171.00 |
| 03/12/08 | M. J. Quinn | 0.50 | Attention to issues concerning preparation of annotated final report | 255.00 |
| 03/12/08 | S. G. Topetzes | 0.60 | Review materials and evaluate issues pursuant to conversation with counsel for Creditors' Committee and prepare for meeting with counsel for the Committee (.6) | 405.00 |
| 03/13/08 | K. S. Asfour | 4.90 | Prepare Examiner's report annotations for SEC and analysis of related documents and evidence | 2,082.50 |
| 03/13/08 | M. B. Bowman | 4.20 | Attention to Government request for documents and materials and confer with M. Missal regarding same (3.3); confer with attorneys and timekeepers regarding hard copy files and indexing of same (.9) | 1,092.00 |
| 03/13/08 | A. J. Camron | 3.20 | Review KPMG workpapers related to repurchase reserve to identify documents supportive of specific facts in Report | 1,520.00 |
| 03/13/08 | A. C. Frisbee | 6.20 | Annotate other accounting issues sections of report | 1,767.00 |

# K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/13/08 | R.L. Kline Dubill | 6.00 | Review materials in preparation for meeting with Creditors' Committee counsel (3.3); attend meeting (1.5); conferences with M. Minuti and M. Missal regarding same (.4); attention to same (.8) | 2,910.00 |
| 03/13/08 | A. Kostner | 4.40 | Annotate final version of loan quality report | 1,430.00 |
| 03/13/08 | G. R. Reichardt | 0.60 | Communications with R. Kline Dubill, M. Missal and others regarding various issues related to report and our investigation | 405.00 |
| 03/13/08 | S. G. Topetzes | 2.60 | Review materials in preparation for meeting with counsel for Creditors' Committee (.6); participate in meeting with counsel for Committee regarding contents of report and related matters (2.0) | 1,755.00 |
| 03/14/08 | M. B. Bowman | 6.70 | Attention to M. Missal request for documents and information pursuant to Government's request (5.1); confer with B. Ochs, A. Frisbee and other attorneys regarding their files and indexing of same (1.6) | 1,742.00 |
| 03/14/08 | D. T. Case | 1.20 | Review and edit notes of director interviews | 780.00 |
| 03/14/08 | A. C. Frisbee | 0.10 | Complete annotated sections of report | 28.50 |
| 03/14/08 | R.L. Kline Dubill | 3.20 | Attention to follow up issues regarding meeting with Creditors Committee | 1,552.00 |
| 03/14/08 | A. Kostner | 1.10 | Edit annotated version of final draft report | 357.50 |
| 03/14/08 | R. Lawton | 2.40 | Review and revise interview memos for the follow-up interviews of two members of the board of directors | 624.00 |
| 03/16/08 | J. H. Roeber | 1.40 | Citation follow-up project for repurchase reserve section. | 546.00 |
| 03/17/08 | K. S. Asfour | 0.80 | Attention to preservation and organization of evidence relied upon in Examiner's report | 340.00 |

# K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/17/08 | M. B. Bowman | 4.10 | Attention to proofreading and edits of annotated version of Examiners Report per M. Missal request and confer with R. Kline Dubill regarding same (2.8); Index and analysis of attorney hard copy documents (1.3) | 1,066.00 |
| 03/17/08 | L.J. Fortier, III | 2.50 | Review and proof annotated Report | 437.50 |
| 03/17/08 | A. C. Frisbee | 2.80 | Locate additional citations for hedging section | 798.00 |
| 03/17/08 | R.L. Kline Dubill | 3.70 | Draft motion for order regarding Examiner's duties and research same (2.5); attention to questions regarding annotated draft Report (.7); review questions from meeting with Creditors' Committee (.5) | 1,794.50 |
| 03/17/08 | A. Kostner | 1.30 | Review annotated version of final draft report | 422.50 |
| 03/17/08 | J. H. Roeber | 4.80 | Follow-up citation project for New Century Report repurchase reserve section. | 1,872.00 |
| 03/18/08 | K. S. Asfour | 0.60 | Attention to preservation and organization of evidence relied upon in examiner's report | 255.00 |
| 03/18/08 | M. B. Bowman | 4.70 | Proof annotated chapters of Examiner's Report and confer with attorneys and staff regarding same (3.9); continued indexing of attorney files and hard copy materials (.8) | 1,222.00 |
| 03/18/08 | R.L. Kline Dubill | 6.10 | Draft motion and proposed order and research same (5.3); attention to annotated Report (.8) | 2,958.50 |
| 03/18/08 | R. J. Mitchell | 2.00 | Annotation of internal control section of report (2.0) | 570.00 |
| 03/18/08 | J. H. Roeber | 0.60 | Finalizing follow-up citation project for repurchase reserve section. | 234.00 |

# K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/19/08 | M. B. Bowman | 5.10 | Finalize proofing and editing of annotated versions of Examiner's Report and confer with attorneys regarding same (2.2); compile documents and materials pursuant to Government request and confer with M. Missal regarding same (2.9) | 1,326.00 |
| 03/19/08 | L.J. Fortier, III | 1.50 | Review and proofread Report to M. Missal for M. Bowman | 262.50 |
| 03/19/08 | R.L. Kline Dubill | 5.60 | Attention to draft motion | 2,716.00 |
| 03/19/08 | S. G. Topetzes | 0.50 | Evaluate issues concerning access to report and related communication with J. Sanchez (counsel to KPMG) regarding the same (.5) | 337.50 |
| 03/20/08 | M. B. Bowman | 2.60 | Review and index attorney files and hard copy documents (2.6) | 676.00 |
| 03/20/08 | R.L. Kline Dubill | 1.40 | Conference with M. Missal regarding draft motion and annotated version of report (.1); attention to annotated report (.8); attention to motion (.5) | 679.00 |
| 03/20/08 | S. G. Topetzes | 0.50 | Review materials and evaluate issues related to possible motion to protect against burden of third-party discovery requests (.5) | 337.50 |
| 03/21/08 | M. B. Bowman | 1.30 | Attention to M. Missal request for documents and information in response to Government request for interview related memoranda. | 338.00 |
| 03/21/08 | E. M. Fox | 0.20 | Review Committee and Minuti e-mails in response to class action counsel's e-mail regarding sealing discussions | 170.00 |
| 03/21/08 | R.L. Kline Dubill | 3.20 | Revise draft motion (1.5); attention to issues regarding same (.6); attention to annotated report draft (1.1) | 1,552.00 |
| 03/21/08 | M. A. Santos | 1.50 | Match and pull documents relating to witness interview memos. | 330.00 |

-8-

# K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/21/08 | S. G. Topetzes | 0.80 | Review filings related to release of report and outline issues related to possible motion to protect against burden of third party discovery efforts (.8) | 540.00 |
| 03/24/08 | M. B. Bowman | 2.80 | Attention to R. Kline Dubill request for database research and analysis of interview memos. | 728.00 |
| 03/24/08 | E. J. Fishman | 1.50 | Review and edit annotated version of report | 825.00 |
| 03/24/08 | E. M. Fox | 2.10 | Review motion to prevent discovery of Examiner (1.0), e-mail comments to R. Kline Dubill (.6) and call with R. Kline Dubill regarding same (.5) | 1,785.00 |
| 03/24/08 | R.L. Kline Dubill | 4.50 | Attention to revisions to motion regarding third-party discovery (2.3); attention to Committee's requests for documents and information (1.0); attention to requests for information by governmental agency (1.2) | 2,182.50 |
| 03/24/08 | A. Kostner | 6.70 | Draft summary of interview with former New Century employee (6.2); respond to question regarding content of Report (.5) | 2,177.50 |
| 03/24/08 | L. C. Lanpher | 1.50 | Review annotated version of the loan quality portion of the Final Report | 975.00 |
| 03/24/08 | M. J. Quinn | 1.60 | Review annotated version of final report | 816.00 |
| 03/24/08 | G. R. Reichardt | 1.80 | Initial review of annotated copy of residual interest section of report | 1,215.00 |
| 03/24/08 | M. A. Santos | 2.00 | Match documents relating to witness interview memos. | 440.00 |
| 03/24/08 | S. G. Topetzes | 0.70 | Review materials and evaluate issues related to motion regarding protection against third-party discovery (.7) | 472.50 |

# K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/25/08 | M. B. Bowman | 1.30 | Attention to G. Reichardt and R. Kline Dubill request for documents and annotated information (.5); review final electronic version of report for consistency and completeness (.8) | 338.00 |
| 03/25/08 | E. J. Fishman | 0.20 | Confer with M. Bowman regarding annotated version of report | 110.00 |
| 03/25/08 | R.L. Kline Dubill | 7.20 | Revise draft motion (2.1); coordinate unsealing and release of Final Report (3.8); attention to Creditors Committee requests (1.3) | 3,492.00 |
| 03/25/08 | L. C. Lanpher | 3.30 | Review portions of the Final Report in preparation for call with government | 2,145.00 |
| 03/25/08 | M. J. Quinn | 1.80 | Review annotated version of report sections | 918.00 |
| 03/25/08 | G. R. Reichardt | 2.20 | Review annotated versions of accounting sections | 1,485.00 |
| 03/25/08 | M. A. Santos | 2.50 | Match documents relating to witness interview memos. | 550.00 |
| 03/25/08 | S. G. Topetzes | 2.40 | Telephone conference with M. Minuti regarding procedural issues related to unsealing and release of report (.1); review relevant orders and related materials and evaluate issues (.6); telephone conference with J. McCahey (counsel for Committee) regarding motion to maintain report under seal (.1); related communications with M. Missal, M. Minuti, E. Fox and R. Kline-Dubill regarding matters related to unsealing and release of report (1.3); review revised draft motion and proposed order regarding protection against third-party discovery efforts (.3) | 1,620.00 |
| 03/26/08 | K. S. Asfour | 0.80 | Organize and prepare materials for submission to Government | 340.00 |

# K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/26/08 | M. B. Bowman | 2.70 | Attention to Government requests for documents and materials and confer with R. Kline Dubill regarding same | 702.00 |
| 03/26/08 | D. T. Case | 1.00 | Review Audit Committee and Internal Audit sections of report regarding supporting citations | 650.00 |
| 03/26/08 | E. J. Fishman | 0.80 | Review and finalize comments on annotated version of report | 440.00 |
| 03/26/08 | R.L. Kline Dubill | 7.40 | Coordinate responses to requests for information from the government and Creditors' Committee (2.9); attention to filing, unsealing and release of Report and related issues (4.5) | 3,589.00 |
| 03/26/08 | L. C. Lanpher | 6.70 | Review data requests from the Creditors Committee and continued review of New Century data to prepare for telephone meeting with government officials (6.7) | 4,355.00 |
| 03/26/08 | R. Lawton | 1.10 | Review and prepare suggestions revisions to annotated Internal Audit/Audit Committee section of the final report | 286.00 |
| 03/26/08 | M. J. Quinn | 2.50 | Review annotated report and related materials in preparation for meetings | 1,275.00 |
| 03/26/08 | G. R. Reichardt | 1.00 | Review annotated report | 675.00 |
| 03/26/08 | J. H. Roeber | 0.50 | Gather documents from prior interviews for production to Government | 195.00 |
| 03/26/08 | M. A. Santos | 2.50 | Match documents relating to witness interview memos | 550.00 |
| 03/26/08 | S. G. Topetzes | 1.20 | Review materials regarding electronic filing of report and related communications with M. Missal and M. Minuti (.2); review materials regarding supplemental requests for documents and information by Creditors' Committee and others and evaluate related issues (1.0) | 810.00 |

# K&L | GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/27/08 | M. B. Bowman | 6.40 | Call with R. Kline Dubill and BDO (.8); meeting with R. Kline Dubill, G. Reichardt, and others (1.0); workroom document review (.4); analysis and indexing of attorney New Century materials and binders (2.3); attention to Government request for memos and materials (1.9) | 1,664.00 |
| 03/27/08 | D. T. Case | 0.60 | Review additions to citations in Audit Committee section | 390.00 |
| 03/27/08 | R.L. Kline Dubill | 6.50 | Telephone conference with BDO regarding work product and documents maintained and attention to same (1.0); telephone conference with Government and follow up regarding same (2.3); attention to requests of Creditors Committee (3.2) | 3,152.50 |
| 03/27/08 | E. A. Koeppel | 1.00 | Attention to Creditors Committee requests | 460.00 |
| 03/27/08 | L. C. Lanpher | 5.70 | Attention to issues pertaining to government requests (2.4); review and respond to M. Quinn e-mail summarizing the Government agency staff telephone meeting (.6); attention to data requests of the Creditors' Committee (2.7) | 3,705.00 |
| 03/27/08 | R. Lawton | 4.80 | Review documents and interview memos to locate additional citations for annotated Internal Audit/Audit Committee section of the Final Report | 1,248.00 |
| 03/27/08 | M. J. Quinn | 7.30 | Review annotated report and related documents in connection with government agency request (4.7); prepare related memorandum concerning outstanding requests and attention to related issues (1.8); review requests for documents and information from Creditors Committee and attention to related issues (.8) | 3,723.00 |

-12-

# K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/27/08 | G. R. Reichardt | 2.50 | Attention to inquiries from Creditors Committee and related matters (2.5) | 1,687.50 |
| 03/27/08 | S. G. Topetzes | 1.30 | Review materials regarding requests for documents and information by Creditors' Committee and others (1.3) | 877.50 |
| 03/28/08 | K. S. Asfour | 1.10 | Attention to organization and preservation of information for Government | 467.50 |
| 03/28/08 | M. B. Bowman | 6.00 | Attention to final edits and annotations to Examiner's Report (.9); review email and document databases and confer with J. Catano regarding Government requests for information and documents (4.4); database work and confer with BDO and attorneys regarding Concordance issues and lists (.7) | 1,560.00 |
| 03/28/08 | D. T. Case | 1.50 | Review of additional citations to the new Century Report sections on audit committee and internal audit | 975.00 |
| 03/28/08 | J. V. Catano | 5.00 | Attention to documents and matters related to government requests | 975.00 |
| 03/28/08 | R.L. Kline Dubill | 4.30 | Attention to government requests | 2,085.50 |
| 03/28/08 | A. Kostner | 2.80 | Revise summary of interview with former New Century employee (2.2); gather documents pertaining to final report (.6) | 910.00 |
| 03/28/08 | L. C. Lanpher | 5.00 | Review draft annotated version of the repurchase reserve section and provide comments to R. Kline Dubill (3.2); review draft interview memorandum prepared by A, Kostner and provide comments on same (1.1); compile data requested by government regulators (.7) | 3,250.00 |
| 03/28/08 | R. Lawton | 0.90 | Revise draft of annotated Internal Audit/Audit Committee section of the Final Report | 234.00 |

# K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/28/08 | M. J. Quinn | 0.60 | Attention to issues concerning information requested by government | 306.00 |
| 03/31/08 | M. B. Bowman | 5.50 | Attention to Government requests and email correspondence with R. Kline Dubill regarding same (3.9); index attorney files and confer with attorneys in other offices regarding paper and electronic files (1.6) | 1,430.00 |
| 03/31/08 | J. V. Catano | 1.80 | Attention to documents and matters related to government requests | 351.00 |
| 03/31/08 | R. Lawton | 0.20 | Attention to interview binders | 52.00 |
| | | TOTAL FEES | | $ 152,097.00 |

| Name | Hours | | Rate | | Amount |
|------|-------|---|------|---|--------|
| K. S. Asfour | 19.50 | hrs at | $ 425 | / hr | $8,287.50 |
| J. D. Borrowman | 6.50 | hrs at | $ 410 | / hr | $2,665.00 |
| M. B. Bowman | 88.70 | hrs at | $ 260 | / hr | $23,062.00 |
| A. J. Camron | 13.60 | hrs at | $ 475 | / hr | $6,460.00 |
| D. T. Case | 4.30 | hrs at | $ 650 | / hr | $2,795.00 |
| J. V. Catano | 6.80 | hrs at | $ 195 | / hr | $1,326.00 |
| E. J. Fishman | 4.20 | hrs at | $ 550 | / hr | $2,310.00 |
| L.J. Fortier, III | 4.00 | hrs at | $ 175 | / hr | $700.00 |
| E. M. Fox | 2.30 | hrs at | $ 850 | / hr | $1,955.00 |
| A. C. Frisbee | 9.60 | hrs at | $ 285 | / hr | $2,736.00 |
| R.L. Kline Dubill | 79.70 | hrs at | $ 485 | / hr | $38,654.50 |
| E. A. Koeppel | 1.00 | hrs at | $ 460 | / hr | $460.00 |
| A. Kostner | 21.70 | hrs at | $ 325 | / hr | $7,052.50 |
| L. C. Lanpher | 22.20 | hrs at | $ 650 | / hr | $14,430.00 |
| R. Lawton | 9.40 | hrs at | $ 260 | / hr | $2,444.00 |
| A. R. McFall | 13.40 | hrs at | $ 335 | / hr | $4,489.00 |
| R. J. Mitchell | 3.10 | hrs at | $ 285 | / hr | $883.50 |
| P. L. Novak | 3.30 | hrs at | $ 225 | / hr | $742.50 |
| M. J. Quinn | 15.30 | hrs at | $ 510 | / hr | $7,803.00 |
| G. R. Reichardt | 8.30 | hrs at | $ 675 | / hr | $5,602.50 |
| J. H. Roeber | 17.60 | hrs at | $ 390 | / hr | $6,864.00 |
| M. A. Santos | 8.50 | hrs at | $ 220 | / hr | $1,870.00 |
| S. G. Topetzes | 12.60 | hrs at | $ 675 | / hr | $8,505.00 |
| TOTAL FEES | 375.60 hrs | | | | $ 152,097.00 |

-14-

K&L|GATES

**OUTSTANDING INVOICES**

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 08/24/07 | 1688276 | 315,041.57 | 0.00 | 315,041.57 |
| 09/25/07 | 1701724 | 271,610.92 | 0.00 | 271,610.92 |
| 10/26/07 | 1712445 | 258,673.32 | 0.00 | 258,673.32 |
| 11/21/07 | 1726731 | 358,063.17 | 0.00 | 358,063.17 |
| 12/21/07 | 1740364 | 303,473.61 | 0.00 | 303,473.61 |
| 01/25/08 | 1753706 | 267,502.23 | 0.00 | 267,502.23 |
| 02/25/08 | 1766475 | 275,006.43 | 0.00 | 275,006.43 |
| 03/25/08 | 1788457 | 1,600,513.65 | 0.00 | 1,600,513.65 |
| | OUTSTANDING BALANCE | | | $ 3,685,828.02 |

-15-

# K&L|GATES

## INVOICE SUMMARY

| | | |
|---|---|---:|
| Fees | $ | 152,097.00 |
| Fee Discount | $ | (15,209.70) |
| Total Fees | $ | 136,887.30 |

| | | |
|---|---|---:|
| **CURRENT INVOICE DUE** | $ | **136,887.30** |
| Past Due Invoices [*] | | $ 3,685,828.02 |
| **TOTAL AMOUNT DUE** | | **$ 3,822,715.32** |

[*] Does not include payments received after 4/21/08.

-16-

# K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030

T 212.536.3900    www.klgates.com

April 21, 2008

Michael J. Missal
1601 K Street, NW
Washington, DC 20036

| | | |
|---|---|---|
| Our File Number | : | 0309079.00101 |
| Invoice | : | 1790564 |
| Services Through | : | March 31, 2008 |

**Long Distance Travel**

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/13/08 | R.L. Kline Dubill | 1.50 | Non working travel to and from Wilmington, Delaware for meeting | 727.50 |
| | | TOTAL FEES | | $    727.50 |

| | | | |
|---|---|---|---|
| R.L. Kline Dubill | | 1.50  hrs at  $  485 / hr | $727.50 |
| | TOTAL FEES | 1.50 hrs | $    727.50 |

## OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 08/24/07 | 1688277 | 8,772.03 | 0.00 | 8,772.03 |
| 09/25/07 | 1706856 | 4,301.91 | 0.00 | 4,301.91 |
| 10/26/07 | 1712486 | 5,479.74 | 0.00 | 5,479.74 |
| 11/21/07 | 1726732 | 4,971.33 | 0.00 | 4,971.33 |
| 12/21/07 | 1740410 | 4,911.66 | 0.00 | 4,911.66 |
| 01/25/08 | 1753737 | 8,735.67 | 0.00 | 8,735.67 |
| 02/25/08 | 1766505 | 3,896.82 | 0.00 | 3,896.82 |
| 03/25/08 | 1778479 | 8,420.85 | 0.00 | 8,420.85 |
| | OUTSTANDING BALANCE | | | $   49,490.01 |

# K&L|GATES

## INVOICE SUMMARY

| | | |
|---|---|---:|
| Fees | $ | 727.50 |
| Fee Discount | $ | (72.75) |
| Total Fees | $ | 654.75 |
| | | |
| **CURRENT INVOICE DUE** | **$** | **654.75** |
| | | |
| Past Due Invoices * | $ | 49,490.01 |
| **TOTAL AMOUNT DUE** | **$** | **50,144.76** |

* Does not include payments received after 4/21/08.

# K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030

T 212.536.3900    www.klgates.com

April 21, 2008

Michael J. Missal
1601 K Street, NW
Washington, DC 20036

| Our File Number | : | 0309079.00102 |
| Invoice | : | 1790568 |
| Services Through | : | March 31, 2008 |

## Billing and Compensation

Tax Identification Number 25 0921018

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/19/08 | E. Rim | 0.50 | Communicate with J. Shuttleworth regarding fee application issues (.1); communicate with E. Fox regarding fee application issues (.1); prepare invoices for E. Fox review (.3) | 195.00 |
| 02/21/08 | E. Rim | 7.80 | Review invoices for Seventh Monthly Fee Application for the Examiner (.5); review invoices for Seventh Monthly Fee Application for K&L Gates (2.0); communicate with accounting personnel, J. Shuttleworth and other K&L Gates personnel several times regarding disbursements for Seventh Monthly Fee Application (1.0); prepare Seventh Monthly Fee Application for the Examiner (1.5); prepare Seventh Monthly Fee Application for K&L Gates (2.8) | 3,042.00 |
| 03/12/08 | J. Shuttleworth | 1.50 | Review of various documents and attention to various issues in connection with filing of fee application | 292.50 |
| 03/13/08 | J. Shuttleworth | 0.80 | Attention to various issues in connection with filing of fee application | 156.00 |
| 03/14/08 | J. Shuttleworth | 0.60 | Various communications regarding fee applications (.2); attention to various research and other issues regarding same (.4) | 117.00 |

# K&L | GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/17/08 | E. M. Fox | 1.00 | Review disbursements pro forma | 850.00 |
| 03/17/08 | E. Rim | 3.90 | Communicate with D.C. accounting personnel (.3) and J. Shuttleworth (.1) regarding disbursement invoice and other invoices required for preparation of Eighth Monthly Fee Application; coordinate with NY accounting personnel to obtain revised copies of invoices for E. Fox review (.3); communicate with E. Fox regarding invoices for Eighth Monthly Fee Application (.2); review invoices for preparation of Eighth Monthly Fee Application of K&L Gates (1.0); review invoices for Eighth Monthly Fee Application of the Examiner (.7); prepare Eighth Monthly Fee Application of K&L Gates (1.3) | 1,521.00 |
| 03/17/08 | J. Shuttleworth | 0.80 | Attention to various issues in connection with filing of fee application | 156.00 |
| 03/18/08 | E. Rim | 6.20 | Confer with accounting personnel several times regarding disbursements and other issues (.5); communicate with J. Shuttleworth regarding the Examiner's disbursements and other fee issues (.2); prepare Eighth Monthly Fee Application for the Examiner (1.9); review invoices and prepare Eighth Monthly Fee Application for K&L Gates (3.2); communicate with numerous K&L Gates attorneys and other personnel regarding disbursements (.4) | 2,418.00 |
| 03/19/08 | E. M. Fox | 6.70 | Review Hughes & Luce legacy and investigation pro formas | 5,695.00 |

# K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/19/08 | E. Rim | 5.10 | Communicate with accounting personnel several times regarding disbursements (.5); review disbursement backup (.3);  review revisions to time entries from Hughes & Luce (.3); communicate with several K&L Gates personnel regarding disbursements (.4); revise Eighth Monthly Fee Application for the Examiner (.7); prepare and revise Eighth Monthly Fee Application for K&L Gates (2.9) | 1,989.00 |
| 03/19/08 | J. Shuttleworth | 0.50 | Various communications and research regarding fee application | 97.50 |
| 03/20/08 | E. M. Fox | 1.90 | Review pro formas (1.2) and meeting with E. Rim regarding disbursement issues (.5) | 1,615.00 |
| 03/20/08 | E. Rim | 3.00 | Communicate with accounting personnel regarding disbursements proforma to be included in Eighth Monthly Fee Application and other disbursements (.4); confer with E. Fox regarding disbursements (.3); revise Eighth Monthly Fee Application for K&L Gates (1.5); revise Eighth Monthly Fee Application for the Examiner (.8) | 1,170.00 |
| 03/21/08 | E. M. Fox | 4.80 | Complete review of investigation pro forma and Missal pro forma | 4,080.00 |
| 03/21/08 | E. Rim | 2.30 | Revise Eighth Monthly Fee Application for K&L Gates (2.0); communicate with accounting personnel regarding disbursements (.3) | 897.00 |

# K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/24/08 | E. Rim | 6.80 | Proof revisions made to invoices for accuracy, revise and finalize invoices (3.5); revise and finalize Eighth Monthly Fee Application for K&L Gates (1.5); revise and finalize Eighth Monthly Fee Application for the Examiner (.5); communicate with accounting personnel with respect to issues concerning fee applications and revisions to disbursements (1.0); prepare and transmit Eighth Monthly Fee Applications to the Examiner for review (.3) | 2,652.00 |
| 03/24/08 | J. Shuttleworth | 0.40 | Various communications regarding fee applications | 78.00 |
| 03/25/08 | E. Rim | 4.80 | Communicate with accounting personnel regarding invoices and revisions to Eighth Monthly Fee Application of K&L Gates (.7); communicate with accounting personnel regarding time entries of two K&L Gates attorneys to verify amount of time to be entered (.3); revise K&L Gates' application and invoices to reflect additions and revisions (1.5); proof invoices for accuracy, particularly with respect to added time (1.7); prepare filing and transmit to local counsel Eighth Monthly Fee Applications of K&L Gates and the Examiner (.5); e-mail J. Shuttleworth regarding the Examiner's Eighth Monthly Fee Application (.1) | 1,872.00 |
| 03/25/08 | J. Shuttleworth | 0.70 | Review of documents and figures in connection with filing of fee application | 136.50 |
| 03/26/08 | E. Rim | 1.30 | Prepare word version of invoices for fee auditor and proof invoices for revisions and accuracy to transmit to fee auditor (1.3) | 507.00 |
| | TOTAL FEES | | | $ 29,536.50 |

# K&L|GATES

| | | | |
|---|---|---|---:|
| E. M. Fox | 14.40 hrs at $ 850 / hr | | $12,240.00 |
| E. Rim | 41.70 hrs at $ 390 / hr | | $16,263.00 |
| J. Shuttleworth | 5.30 hrs at $ 195 / hr | | $1,033.50 |
| TOTAL FEES | 61.40 hrs | $ | 29,536.50 |

### OUTSTANDING INVOICES

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---:|---:|---:|
| 08/24/07 | 1688278 | 956.25 | 0.00 | 956.25 |
| 09/25/07 | 1701738 | 6,399.45 | 0.00 | 6,399.45 |
| 10/26/07 | 1712492 | 6,730.20 | 0.00 | 6,730.20 |
| 11/21/07 | 1726733 | 6,799.23 | 0.00 | 6,799.23 |
| 12/21/07 | 1740415 | 4,225.41 | 0.00 | 4,225.41 |
| 01/25/08 | 1753743 | 5,326.92 | 0.00 | 5,326.92 |
| 02/25/08 | 1766508 | 7,727.85 | 0.00 | 7,727.85 |
| 03/25/08 | 1778483 | 28,716.30 | 0.00 | 28,716.30 |
| | OUTSTANDING BALANCE | | $ | 66,881.61 |

# K&L | GATES

### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 29,536.50 |
| Fee Discount | $ | (2,953.65) |
| Total Fees | $ | 26,582.85 |

| | | |
|---|---|---|
| **CURRENT INVOICE DUE** | $ | **26,582.85** |
| Past Due Invoices [*] | $ | 66,881.61 |
| **TOTAL AMOUNT DUE** | $ | **93,464.46** |

[*] Does not include payments received after 4/21/08.