# EXHIBIT B

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (4)  4

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #: 1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14318863 | 01 | 03216 | 25 Jan 2008 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1:   09328<br>USER DEFINED 2:   1(213)622-4750 | .50 | .50 | 1 |
| 14318864 | 01 | 03216 | 20 Feb 2008 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1:   09466<br>USER DEFINED 2:   1(561)438-7936 | .25 | .25 | 1 |
| 14318542 | 01 | 03216 | 24 Feb 2008 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1:   05046<br>USER DEFINED 2:   1(202)641-3868 | .50 | .50 | 1 |
| 14318862 | 01 | 03216 | 25 Feb 2008 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1:   09328<br>USER DEFINED 2:   1(213)622-4750 | 2.55 | 2.55 | 5 |
| 14318861 | 01 | 03216 | 13 Mar 2008 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1:   09302<br>USER DEFINED 2:   1(714)338-3549 | .30 | .30 | 1 |
| 14316879 | 01 | 03216 | 16 Mar 2008 | Telephone / Conference Calls / Fx Line Trans<br>USER DEFINED 1:   3599<br>USER DEFINED 2:   991512482685 | .20 | .20 | 1 |
| 14311407 | 01 | 11073 | 31 Mar 2008 | Telephone / Conference Calls / Fx Line Trans,<br>1/19 | 1.10 | 1.10 | 1 |
| | | | | Subtotal Telephone / Conference Calls / Fx Lin | 5.40 | 5.40 | |
| 14284561 | 01h | 03216 | 10 Mar 2008 | Telephone/Conference Calls - Chorus Call, Inc.<br>Conference Call - 01/07/08 - 02/01/08 - M. J.<br>Missal<br>Voucher # 993712          Check #   3020907 | 102.67 | 102.67 | 1 |
| 14284562 | 01h | 03167 | 10 Mar 2008 | Telephone/Conference Calls - Chorus Call, Inc.<br>Conference Call - 01/26/08 - 02/01/08 - R. L.<br>Kline Dubbil<br>Voucher # 993712          Check #   3020907 | 213.64 | 213.64 | 1 |
| 14284563 | 01h | 03167 | 10 Mar 2008 | Telephone/Conference Calls - Chorus Call, Inc.<br>Conference Call - 01/11/08 - R. L. Kline<br>Dubbil<br>Voucher # 993712          Check #   3020907 | 11.10 | 11.10 | 1 |

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #: 1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

# KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|---------------|-----------------|----------|
| 14294406 | 01h | 06048 | 19 Mar 2008 | Telephone/Conference Calls - Chorus Call, Inc. Conference call held 2/14/08 Voucher # 996622   Check # 6006400 | 8.46 | 8.46 | 1 |
| 14295875 | 01h | 03216 | 20 Mar 2008 | Telephone/Conference Calls - Chorus Call, Inc. Conference Call - M. J. Missal - 02/13/08 Voucher # 996969   Check # 3021251 | .52 | .52 | 1 |
| | | | | Subtotal Telephone/Conference Calls | 336.39 | 336.39 | |
| 14316880 | 02 | 03216 | 16 Mar 2008 | Facsimile USER DEFINED 1:    3599 USER DEFINED 2:    991512482859 | 8.25 | 8.25 | 11 |
| 14311892 | 02h | 08999 | 25 Mar 2008 | Facsimile - Edward Fox 9/3/07 Inv 3/25/08A Voucher # 1000120   Check # 8013563* | 80.80 | 80.80 | 1 |
| | | | | Subtotal Facsimile | 89.05 | 89.05 | |
| 14305537 | 03 | 03999 | 27 Mar 2008 | Postage  -  S. Topetzes  3/18/08 | .41 | .41 | 1 |
| | | | | Subtotal Postage | .41 | .41 | |
| 14316134 | 04 | 03216 | 20 Mar 2008 | Copying Expense USER DEFINED 1:    10152 | 60.30 | 33.50 | 335 |
| 14316882 | 04 | 03216 | 20 Mar 2008 | Copying Expense USER DEFINED 1:    3699 | 20.70 | 11.50 | 115 |
| 14316878 | 04 | 03216 | 21 Mar 2008 | Copying Expense USER DEFINED 1:    3216 | 1.80 | 1.80 | 10 |
| 14315727 | 04 | 03216 | 24 Mar 2008 | Copying Expense USER DEFINED 1:    8361 | 102.78 | 57.10 | 571 |
| 14315726 | 04 | 03216 | 27 Mar 2008 | Copying Expense USER DEFINED 1:    8362 | 28.98 | 16.10 | 161 |
| 14316881 | 04 | 03216 | 31 Mar 2008 | Copying Expense USER DEFINED 1:    3719 | 410.76 | 228.20 | 2282 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #: 1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| | | | | Subtotal Copying Expense | 625.32 | 348.20 | |
| 14312662 | 08 | 99999 | 1 Mar 2008 | Word Processing | 118.62 | .00 | |
| 14312663 | 08 | 99999 | 1 Mar 2008 | Word Processing | 160.40 | .00 | |
| 14312740 | 08 | 99999 | 1 Mar 2008 | Word Processing | 32.73 | .00 | |
| | | | | Subtotal Word Processing | 311.75 | .00 | |
| 14285887 | 09 | 08999 | 11 Mar 2008 | Employee Overtime 2/24/08-3/1/08    E.Pera | 200.00 | 200.00 | S |
| 14289450 | 09 | 03999 | 14 Mar 2008 | Employee Overtime  -  J. Shuttleworth 2/9/08 | 595.00 | .00 | |
| 14289452 | 09 | 03999 | 14 Mar 2008 | Employee Overtime  -  J. Shuttleworth 2/17/08 | 420.00 | .00 | |
| 14289453 | 09 | 03999 | 14 Mar 2008 | Employee Overtime  -  J. Shuttleworth 2/18/08 | 350.00 | .00 | |
| 14289454 | 09 | 03999 | 14 Mar 2008 | Employee Overtime  -  J. Shuttleworth 2/19/08 | 140.00 | .00 | |
| 14289455 | 09 | 03999 | 14 Mar 2008 | Employee Overtime  -  J. Shuttleworth 2/20/08 | 52.50 | .00 | |
| 14289456 | 09 | 03999 | 14 Mar 2008 | Employee Overtime  -  J. Shuttleworth 2/21/08 | 192.50 | .00 | |
| 14289457 | 09 | 03999 | 14 Mar 2008 | Employee Overtime  -  J. Shuttleworth 2/22/08 | 52.50 | .00 | |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (7) 7

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #: 1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14289458 | 09 | 03999 | 14 Mar 2008 | Employee Overtime - J. Shuttleworth 2/23/08 | 385.00 | .00 | |
| 14289460 | 09 | 03999 | 14 Mar 2008 | Employee Overtime - R. Croney    2/26/08 | 35.00 | 35.00 | 1 |
| 14289461 | 09 | 03999 | 14 Mar 2008 | Employee Overtime - R. Croney    2/26/08 | 35.00 | 35.00 | 1 |
| 14289471 | 09 | 03999 | 14 Mar 2008 | Employee Overtime - C. Lawson    2/26/08 | 175.00 | 175.00 | 5 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #: 1647719
Inventory Manager: Missal, M. J
Matter Number:  0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | | | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|-|-|----------------|-----------------|----------|
| 14289472 | 09 | 03999 | 14 Mar 2008 | Employee Overtime | - C. Lawson | 2/27/08 | 166.25 | 166.25 | 5 |
| 14289473 | 09 | 03999 | 14 Mar 2008 | Employee Overtime | - C. Lawson | 2/28/08 | 70.00 | 70.00 | 2 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (9) 9

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #: 1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14289618 | 09 | 03999 | 14 Mar 2008 | Employee Overtime  -  F. Faulkner  2/27/08 | 8.75 | 8.75 | 8.75 |
| 14289640 | 09 | 03999 | 14 Mar 2008 | Employee Overtime  -  H. Hall  2/28/08 | 17.50 | 17.50 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (10) 10

ProForma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #: 1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (11) 11

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #: 1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14289642 | 09 | 03999 | 14 Mar 2008 | Employee Overtime - H. Hall    2/28/08` | 35.00 | 35.00 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #: 1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14289643 | 09 | 03999 | 14 Mar 2008 | Employee Overtime - H. Hall  2/29/08 | 315.00 | 315.00 | 9 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (13) 13

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #: 1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14289662 | 09 | 03999 | 14 Mar 2008 | Employee Overtime - M. McGhee 2/27/08 | 35.00 | 35.00 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (14) 14

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #:  1647719
Inventory Manager: Missal, M. J
Matter Number:  0309079.00104

DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14289675 | 09 | 03999 | 14 Mar 2008 | Employee Overtime  -    M. McGhee    2/27/08 | 35.00 | 35.00 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (15) 15

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #:  1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (16) 16

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #:  1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14290503 | 09 | 03999 | 17 Mar 2008 | Employee Overtime  -  J. Hendy  2/27/08` | 43.75 | 43.75 | 1 |
| 14290932 | 09 | 03999 | 17 Mar 2008 | Employee Overtime  -  C. Gibson  3/6/08` | 35.00 | 35.00 | 1 |
| 14290948 | 09 | 03999 | 17 Mar 2008 | Employee Overtime  -  J. Shuttleworth 3/5/08` | 87.50 | .00 | |
| 14290949 | 09 | 03999 | 17 Mar 2008 | Employee Overtime  -  J. Shuttleworth 3/6/08` | 70.00 | .00 | |
| 14293937 | 09 | 03999 | 19 Mar 2008 | Employee Overtime  -  J. Hendy  3/11/08` | 17.50 | 17.50 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (17) 17

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #:  1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

### DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14293938 | 09 | 03999 | 19 Mar 2008 | Employee Overtime - J. Hendy 3/11/08 | 35.00 | 35.00 | 1 |
| 14293939 | 09 | 03999 | 19 Mar 2008 | Employee Overtime - J. Hendy 3/12/08 | 148.75 | 148.75 | 4 |
| 14293943 | 09 | 03999 | 19 Mar 2008 | Employee Overtime - J. Azore 3/12/08 | 10.00 | 10.00 | 1 |
| | | | | Subtotal Employee Overtime | 3,762.50 | 1,417.50 | |
| 14291343 | 10 | 08999 | 29 Feb 2008 | Long Distance Courier Fedex Inv. 2-564-25499 2/22 E. Fox to E. Rim | 36.69 | 36.69 | 1 |
| 14284597 | 10 | 03999 | 10 Mar 2008 | Long Distance Courier - P. Grewall 1/8/08 2-543-76930    2/19/08 | 10.26 | 10.26 | 1 |
| 14284653 | 10 | 03999 | 10 Mar 2008 | Long Distance Courier - L. Lampher 1/9/08 2-543-76930    2/19/08 | 44.37 | 44.37 | 1 |
| 14284654 | 10 | 03999 | 10 Mar 2008 | Long Distance Courier - L. Lampher 1/9/08 | 51.57 | 51.57 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #: 1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|---|--------|---------|----------|
| 14284655 | 10 | 03999 | 10 Mar 2008 | 2-543-76930    2/19/08<br>Long Distance Courier  -  L. Lanpher<br>1/9/08`<br>2-543-76930    2/19/08 | | 67.92 | 67.92 | 1 |
| 14285208 | 10 | 03999 | 11 Mar 2008 | Long Distance Courier  -  D. Rosen    2/13/08`<br>2-543-76930    2/19/08 | | 54.52 | 54.52 | 1 |
| 14285595 | 10 | 03999 | 11 Mar 2008 | Long Distance Courier  -  P. Grewall<br>2/19/08`<br>2-556-59575    2/26/08 | | 10.26 | 10.26 | 1 |
| 14296927 | 10 | 03999 | 21 Mar 2008 | Long Distance Courier  -  M. Indelicato<br>2/29/08`<br>2-569-36022    3/4/08 | | 33.16 | 33.16 | 1 |
| 14296929 | 10 | 03999 | 21 Mar 2008 | Long Distance Courier  -  J. McCahey<br>2/29/08`<br>2-569-36022    3/4/08 | | 33.16 | 33.16 | 1 |
| 14296931 | 10 | 03999 | 21 Mar 2008 | Long Distance Courier  -  M. Arnott<br>2/29/08`<br>2-569-36022    3/4/08 | | 33.16 | 33.16 | 1 |
| 14298857 | 10 | 03999 | 24 Mar 2008 | Long Distance Courier  -  M. Indelicato<br>2/29/08`<br>2-582-04651    3/11/08 | | 30.43 | 30.43 | 1 |
| 14298887 | 10 | 03999 | 24 Mar 2008 | Long Distance Courier  -  J. Moser    2/29/08`<br>2-582-04651    3/11/08 | | 43.47 | 43.47 | 1 |
| 14300667 | 10 | 03999 | 25 Mar 2008 | Long Distance Courier  -  P. Grewall    3/6/08`<br>2-582-04651    3/11/08 | | 10.26 | 10.26 | 1 |
| 14292334 | 10h | 03216 | 18 Mar 2008 | Long Distance Courier - FedEx 2/12 - Delivery<br>to Larry Lanpher<br>Voucher # 995850    Check #   429718 | | 50.32 | 50.32 | 1 |
| 14292335 | 10h | 03216 | 18 Mar 2008 | Long Distance Courier - FedEx 2/12 - Delivery<br>to Larry Lanpher<br>Voucher # 995850    Check #   429718 | | 52.41 | 52.41 | 1 |
| 14292336 | 10h | 03216 | 18 Mar 2008 | Long Distance Courier - FedEx 2/12 - Delivery<br>to Larry Lanpher<br>Voucher # 995850    Check #   429718 | | 46.84 | 46.84 | 1 |

Page (19) 19

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #: 1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Long Distance Courier | 608.80 | 608.80 | |
| 14324718 | 14 | 36057 | 31 Mar 2008 | Lexis - JWC - 03/01/2008 - 03/31/2008 USER DEFINED 1: CHAFFIN, WALKER USER DEFINED 2: MISSAL | 2,116.89 | 2,116.89 | 1 |
| 14324719 | 14 | 03167 | 31 Mar 2008 | Lexis - RLX - 03/01/2008 - 03/31/2008 USER DEFINED 1: KLINE, REBECCA | 563.34 | 563.34 | 1 |
| | | | | Subtotal Lexis Research | 2,680.23 | 2,680.23 | |
| 14278988 | 142h | 03216 | 1 Mar 2008 | Parking / Mileage - Terrace Tower Orange County, LLC Orange County office parking Voucher # 992624 Check # 5026 | 50.00 | 50.00 | 1 |
| | | | | Subtotal Parking / Mileage | 50.00 | 50.00 | |
| 14306992 | 15 | 08193 | 27 Feb 2008 | Westlaw - CSC - 02/07/2008 - 02/27/2008 USER DEFINED 1: MOSER, ERIC T | 325.22 | 325.22 | 1 |
| 14323707 | 15 | 03167 | 25 Mar 2008 | Westlaw - RLX - 03/25/2008 - 03/25/2008 USER DEFINED 1: KOEPPEL, ERIN A | 23.15 | 23.15 | 1 |
| | | | | Subtotal Westlaw Research | 348.37 | 348.37 | |
| 14290327 | 23h | 03999 | 17 Mar 2008 | OT Dinner, Cabs, Parking - Kirkpatrick & Lockhart Nicholson Graham LLP Lunch w/MJM, JCS, SGT, RKD & C. Gibson - Mileage - J. Shuttleworth 2/24/08 Voucher # 995397 Check # 3020992 | 91.50 | 91.50 | 1 |
| | | | | Subtotal OT Dinner, Cabs, Parking | 91.50 | 91.50 | |
| 14280179 | 24 | 03999 | 6 Mar 2008 | Color Copying/Printing - C. Mahoney 2/5/08 | 20.00 | 2.00 | 20 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (20) 20

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #:  1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| | | | | | | | |
| | | | | Subtotal Color Copying/Printing | 20.00 | 2.00 | |
| 14278135 | 32h | 32030 | 9 Jan 2008 | Travel Expenses - Lisa M. Richman 01/09 - 01/10/08 Travel to Irvine,CA reimbursement of airfare wasn't paid on previous invoice Voucher # 992338          Check # 51554 | 364.50 | 364.50 | 1 |
| 14278126 | 32h | 32030 | 29 Jan 2008 | Travel Expenses - Lisa M. Richman Lisa M. Richman - 01/29 - 01/30/08 Travel to Los Angeles CA reimbursement from previous expense not paid Voucher # 992336          Check # 51554 | 502.07 | 502.07 | 1 |
| 14288151 | 32h | 35023 | 29 Feb 2008 | Travel Expenses - Matthew B. Bowman 02/29/08 - Travel to Wilmington, DE Voucher # 994671          Check # 51910 | 99.00 | 99.00 | 1 |
| 14295729 | 32h | 08999 | 10 Mar 2008 | Travel Expenses - Walter P. Loughlin Taxis 2/12/08 Inv 3/10/08 Voucher # 996944          Check # 52005 | 67.00 | 67.00 | 1 |
| 14290958 | 32h | 10103 | 17 Mar 2008 | Travel Expenses - American Express   - ACB - 2/29/08 - Airfare - 2/5/08 - Meeting with client in Washhington D.C.  - Ticket change fee - M. Quinn Voucher # 995541          Check # 1049989 | 100.00 | 100.00 | 1 |
| 14311910 | 32h | 08999 | 25 Mar 2008 | Travel Expenses - Edward Fox Taxi 1/9/08 Inv 3/25/08B Voucher # 1000125          Check # 8013563* | 7.00 | 7.00 | 1 |
| | | | | Subtotal Travel Expenses | 1,139.57 | 1,139.57 | |
| 14311894 | 33h | 08999 | 25 Mar 2008 | Transportation Expenses - Edward Fox Amtrak 9/11/07 Inv 3/25/08A Voucher # 1000120          Check # 8013563* | 287.00 | 287.00 | 1 |
| 14311895 | 33h | 08999 | 25 Mar 2008 | Transportation Expenses - Edward Fox Travel | 124.75 | 124.75 | 1 |

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

Page (21) 21

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #: 1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14311909 | 33h | 08999 | 25 Mar 2008 | Resnick Depo 11/24-12/7/07 Inv 3/25/08A, Voucher # 1000120           Check #   8013563* |  |  |  |
|  |  |  |  | Transportation Expenses - Edward Fox Amtrak 1/9/08 Inv 3/25/08B Voucher # 1000125           Check #   8013563* | 281.00 | 281.00 | 1 |
|  |  |  |  | Subtotal Transportation Expenses | 692.75 | 692.75 |  |
| 14286763 | 34h | 32071 | 15 Feb 2008 | Cab Fare - Andrew McFall 02/15 & 02/19/08 - Cabfare to 2950 Van Ness Voucher # 994332           Check #   51914 | 26.00 | 26.00 | 1 |
| 14286893 | 34h | 32071 | 27 Feb 2008 | Cab Fare - Andrew McFall 02/27 - 02/28/08 Cabfare to/from K&L Gates Voucher #.994370           Check #   52289 | 26.00 | 26.00 | 1 |
| 14295886 | 34h | 08999 | 10 Mar 2008 | Cab Fare - Justin Roeber 2/12 & 2/21/08 Inv 3/10/08 Voucher # 996977           Check #   52001 | 50.50 | 50.50 | 1 |
| 14285802 | 34h | 08999 | 11 Mar 2008 | Cab Fare - Group American Transportation, LLC E.Rim 599 Lex to Bayside, NY 1/29 inv.546977 Voucher # 994093           Check #   8013332 | 64.26 | 64.26 | 1 |
| 14285803 | 34h | 08999 | 11 Mar 2008 | Cab Fare - Group American Transportation, LLC E.Rim 599 to Bayside, NY 2/3 inv.546977 Voucher # 994093           Check #   8013392 | 75.99 | 75.99 | 1 |
| 14302969 | 34h | 32071 | 11 Mar 2008 | Cab Fare - Andrew McFall 03/11/08 - Cabfare from K&L to 2950 Van Ness Street Voucher # 998946           Check #   52289 | 13.00 | 13.00 | 1 |
| 14286849 | 34h | 08999 | 12 Mar 2008 | Cab Fare - Group American Transportation, LLC E.Rim 599 to Bayside, NY 2/21 inv.547233 Voucher # 994358           Check #   8013392 | 68.85 | 68.85 | 1 |
| 14286850 | 34h | 08999 | 12 Mar 2008 | Cab Fare - Group American Transportation, LLC E.Rim 599 to Bayside, NY 2/23 inv.547233 Voucher # 994358           Check #   8013392 | 83.13 | 83.13 | 1 |
| 14288250 | 34h | 03620 | 13 Mar 2008 | Cab Fare - Red Top Transportation Fr 1601 K to Buchanan St - E. Fishman 2/28/08 Voucher # 994723           Check #   3020978 | 21.06 | 21.06 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (22) 22

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #:  1647719
Inventory Manager: Missal, M. J
Matter Number:  0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 14288251 | 34h | 03620 | 13 Mar 2008 | Cab Fare - Red Top Transportation Fr 1601 K to Buchanan St - E. Fishman 2/21/08 Voucher # 994723    Check # 3020978 | 21.74 | 21.74 | 1 |
| 14288252 | 34h | 03620 | 13 Mar 2008 | Cab Fare - Red Top Transportation Fr 1601 K to Buchanan St - E. Fishman 2/27/08 Voucher # 994723    Check # 3020978 | 21.06 | 21.06 | 1 |
| 14288253 | 34h | 03620 | 13 Mar 2008 | Cab Fare - Red Top Transportation Fr 1601 K to Buchanan St - E. Fishman 2/23/08 Voucher # 994723    Check # 3020978 | 20.70 | 20.70 | 1 |
| 14288979 | 34h | 03999 | 13 Mar 2008 | Cab Fare - Yellow Cab Company of D.C. Fr K&L1 601 to 316 11st - R. Mitchell 2/19/08 Voucher # 994959    Check # 3020981 | 15.87 | 15.87 | 1 |
| 14288986 | 34h | 03999 | 13 Mar 2008 | Cab Fare - Yellow Cab Company of D.C. Fr K&L 1601 to 316 11st - J. Mitchell 2/23/08 Voucher # 994959    Check # 3020981 | 15.87 | 15.87 | 1 |
| 14301216 | 34h | 35023 | 25 Mar 2008 | Cab Fare - Red Top Transportation Fr 1601 K to Hamlet Square - M. Bowman 2/27/08 Voucher # 998590    Check # 3021278 | 110.09 | 110.09 | 1 |
| 14301227 | 34h | 35023 | 25 Mar 2008 | Cab Fare - Red Top Transportation fR 1601 K to Germantown - M. Bowman 2/29/08 Voucher # 998590    Check # 3021278 | 122.00 | 122.00 | 1 |
| 14319492 | 34h | 08999 | 31 Mar 2008 | Cab Fare - Dial Car Inc. Roeber 599 Lex to Queens 2/13/08 Inv 1055642 Voucher # 1000368    Check # 8013648 | 64.77 | 64.77 | 1 |
| 14319496 | 34h | 08999 | 31 Mar 2008 | Cab Fare - Dial Car Inc. Roeber N. Moore to LGA 2/12/08 Inv 1055642 Voucher # 1000368    Check # 8013648 | 53.04 | 53.04 | 1 |
| | | | | Subtotal Cab Fare | 873.93 | 873.93 | |
| 14295728 | 35h | 08999 | 10 Mar 2008 | Air Fare - Walter P. Loughlin NY to DC 2/12/08 Inv 3/10/08 Voucher # 996944    Check # 52005 | 679.00 | 679.00 | 1 |
| 14300685 | 35h | 00999 | 25 Mar 2008 | Air Fare - American Express - M.Quinn - 2/10/08 LA/D.C./LA Voucher # 998215    Check # 1049990 | 464.00 | 464.00 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (23) 23

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #: 1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14300874 | 35h | 00999 | 25 Mar 2008 | Air Fare - American Express - M.Quinn - 2/5/08 Travel Service Fee<br>Voucher # 998215          Check # 1049990 | 34.00 | 34.00 | 1 |
| 14300924 | 35h | 32030 | 25 Mar 2008 | Air Fare - American Express DC - AmEx Strip 02/29/08 - Richman, Lisa M. - Washington, DC to Los Angeles, CA 01/28/08<br>Voucher # 998498          Check # 1049989 | 484.57 | 484.57 | 1 |
| 14300925 | 35h | 03238 | 25 Mar 2008 | Air Fare - American Express DC - AmEx Strip 02/29/08 - Topetzes, Stephen G. - Ticket Fee 01/30/08<br>Voucher # 998498          Check # 1049989 | 49.00 | 49.00 | 1 |
| 14300926 | 35h | 03238 | 25 Mar 2008 | Air Fare - American Express DC - AmEx Strip 02/29/08 - Topetzes, Stephen G. - Ticket Fee 01/25/08<br>Voucher # 998498          Check # 1049989 | 34.00 | 34.00 | 1 |
| 14301353 | 35h | 03699 | 25 Mar 2008 | Amtrak - American Express DC - AmEx BTA 02/29/08 - Shuttleworth, Jen- Washington, DC to Wilmington, DE - 02/27/08<br>Voucher # 998625          Check # 1049990 | 203.00 | 203.00 | 1 |
| 14307695 | 35h | 11067 | 28 Mar 2008 | Air Fare - American Express, Amanda Kostner, airfare, tkt#9990060237513, 1/29- Washington, DC to Long Beach, CA<br>Voucher # 999744          Check # 1049989 | 462.50 | 462.50 | 1 |
| 14307696 | 35h | 11067 | 28 Mar 2008 | Air Fare - American Express, Amanda Kostner, airfare, tkt#9990060385259, 2/1- Washington, DC to Long Beach, CA<br>Voucher # 999744          Check # 1049989 | 357.50 | 357.50 | 1 |
| 14308303 | 35h | 08999 | 31 Mar 2008 | Air Fare - American Express Rober NY to DC 2/12/08 Inv 022808NY<br>Voucher # 999835          Check # 1049990 | 430.85 | 430.85 | 1 |
| | | | | Subtotal Air Fare | 3,198.42 | 3,198.42 | |
| 14302901 | 37h | 03216 | 18 Feb 2008 | Business Meal - Michael J. Missal 02/18/08 - lunch for Mike Missal and S. Topetzes<br>Voucher # 998925          Check # 52272 | 21.52 | 21.52 | 1 |

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (24) 24

24 Apr 2008
Batch #: 1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14287644 | 37h | 03580 | 28 Feb 2008 | Business Meal - Erin A. Koeppel 02/28/08 - Dinner for attorneys working on New Century Case<br>Voucher # 994552          Check # 51935 | 140.94 | 140.94 | 1 |
| 14278875 | 37h | 03580 | 5 Mar 2008 | Business Meal - SeamlessWeb Professional Solutions, Inc. Columbia Gourmet Catering - 02/14/08 - Erin Koeppel - New Century Conference<br>Voucher # 992574          Check # 3020812 | 310.90 | 310.90 | 1 |
| 14278877 | 37h | 03580 | 5 Mar 2008 | Business Meal - SeamlessWeb Professional Solutions, Inc. Columbia Gourmet Catering - Erin Koeppel - New Century (2/13/08 - 15 people)<br>Voucher # 992574          Check # 3020812 | 269.50 | 269.50 | 1 |
| 14278878 | 37h | 03580 | 5 Mar 2008 | Business Meal - SeamlessWeb Professional Solutions, Inc. Columbia Gourmet Catering - Erin Koeppel - New Century (2/12/08 - 15 people)<br>Voucher # 992574          Check # 3020812 | 269.50 | 269.50 | 1 |
| 14278882 | 37h | 03580 | 5 Mar 2008 | Business Meal - SeamlessWeb Professional Solutions, Inc. Café Matsu Catering - 02/11/08 - Erin Koeppel - New Century<br>Voucher # 992574          Check # 3020812 | 206.11 | 206.11 | 1 |
| 14289603 | 37h | 08999 | 14 Mar 2008 | Business Meal - SeamlessWeb E.Rim 1/29 & 2/3 inv.301359<br>Voucher # 995120          Check # 8013386 | 55.15 | 55.15 | 1 |
| 14295025 | 37h | 03216 | 19 Mar 2008 | Business Meal - Bank of America New Century Luncheon- Interview with Joel Athey, Robert Corbin & Rich Rhinehart (02/12/2008 Larry Lampher /Amanda Kostner interview)<br>Voucher # 996751          Check # 446803 | 56.66 | 56.66 | 1 |
| 14302793 | 37h | 08999 | 26 Mar 2008 | Business Meal - SeamlessWeb E.Rim 2/20-23 inv.305693<br>Voucher # 998883          Check # 8013520 | 32.24 | 32.24 | 1 |
| 14302795 | 37h | 08999 | 26 Mar 2008 | Business Meal - SeamlessWeb J.Roeber 2/20 inv.305693<br>Voucher # 998883          Check # 8013520 | 22.60 | 22.60 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (25) 25

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #: 1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TXID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| 14317502 | 37h | 03999 | 31 Mar 2008 | Business Meal - SeamlessWeb Professional Solutions, Inc. Charlie Chiang's Restaurant - James R. Mitchell 02/18/08    Check # 3021318<br>Voucher # 1000312 | 15.38 | 15.38 | 1 |
| 14317503 | 37h | 03999 | 31 Mar 2008 | Business Meal - SeamlessWeb Professional Solutions, Inc. Luigi's - James R. Mitchell 02/15/08    Check # 3021318<br>Voucher # 1000312 | 15.38 | 15.38 | 1 |
| 14317504 | 37h | 03999 | 31 Mar 2008 | Business Meal - SeamlessWeb Professional Solutions, Inc. Charlie Chiang's Restaurant - 02/13/08 - James R. Mitchell    Check # 3021318<br>Voucher # 1000312 | 15.38 | 15.38 | 1 |
| | | | | Subtotal Business Meal | 1,431.26 | 1,431.26 | |
| 14336946 | 43 | 08999 | 23 Mar 2008 | Local Courier Light Speed Express Delivery Systems Inv.46467 3/11 B.Tanzar | 11.75 | 11.75 | 1 |
| 14286870 | 43h | 03216 | 12 Mar 2008 | Local Courier - Washington Express Services Fr K&L 1601 to DOJ - M. Missal 2/29/08    Check # 3020977<br>Voucher # 994364 | 26.31 | 26.31 | 1 |
| 14302672 | 43h | 03216 | 26 Mar 2008 | Local Courier - Washington Express Services Fr K&L 1601 to DOJ 3/4/08 M. Missal    Check # 3021276<br>Voucher # 998868 | 8.46 | 8.46 | 1 |
| | | | | Subtotal Local Courier | 46.52 | 46.52 | |
| 14288775 | 97h | 03216 | 5 Mar 2008 | KPMG Doc Production Reimb | (7,748.81) | (7,748.81) | 1 |
| 14291880 | 97h | 03238 | 18 Mar 2008 | Other - Sidley Austin Brown & Wood Scan and CD Creation - S. Topetzes    Check # 3020998<br>Voucher # 995758 | 284.53 | 284.53 | 1 |
| 14332085 | 97h | 03216 | 15 Apr 2008 | Other - Jennifer Shuttleworth Overtime dinners/petty cash for New Century Team - M. Missal (2/23/08- 5 people $146.99, 2/25/08 - 3 people $31.86, 2/26/08- 8 people $254.71, 02/27/08- 11 people $270.25 and 02/27/08 - Matt Bowman $17.55)    Check # 3021556<br>Voucher # 1003980 | 721.36 | 721.36 | 1 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (26) 26

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #:  1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES

| INDEX | CODE | TKID | DATE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT | QUANTITY |
|-------|------|------|------|-------------|----------------|-----------------|----------|
| | | | | Subtotal Other | (6,742.92) | (6,742.92) | |
| | | | | **TOTAL DISBURSEMENTS AND OTHER CHARGES** | 9,569.25 | 6,617.38 | |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Page (27) 27

Proforma Number: 1368296
Invoice Number: 1790573
Client: Michael J. Missal, Examiner
Matter Description: Disbursements

24 Apr 2008
Batch #: 1647719
Inventory Manager: Missal, M. J
Matter Number: 0309079.00104

## DISBURSEMENTS & OTHER CHARGES SUMMARY

| CODE | DESCRIPTION | DISB. INCURRED | BILLABLE AMOUNT |
|---|---|---|---|
| 01 | Telephone / Conference Calls / Fx Line Trans | 5.40 | 5.40 |
| 01h | Telephone/Conference Calls | 336.39 | 336.39 |
| 02 | Facsimile | 8.25 | 8.25 |
| 02h | Facsimile | 80.80 | 80.80 |
| 03 | Postage | .41 | .41 |
| 04 | Copying Expense | 625.32 | 348.20 |
| 08 | Word Processing | 311.75 | .00 |
| 09 | Employee Overtime | 3,762.50 | 1,417.50 |
| 10 | Long Distance Courier | 459.23 | 459.23 |
| 10h | Long Distance Courier | 149.57 | 149.57 |
| 14 | Lexis Research | 2,680.23 | 2,680.23 |
| 142h | Parking / Mileage | 50.00 | 50.00 |
| 15 | Westlaw Research | 348.37 | 348.37 |
| 23h | Off Dinner, Cabs, Parking | 91.50 | 91.50 |
| 24 | Color Copying/Printing | 20.00 | 2.00 |
| 32h | Travel Expenses | 1,139.57 | 1,139.57 |
| 33h | Transportation Expenses | 692.75 | 692.75 |
| 34h | Cab Fare | 873.93 | 873.93 |
| 35h | Air Fare | 3,198.42 | 3,198.42 |
| 37h | Business Meal | 1,431.26 | 1,431.26 |
| 43 | Local Courier | 11.75 | 11.75 |
| 43h | Local Courier | 34.77 | 34.77 |
| 97h | Other | (6,742.92) | (6,742.92) |
| | TOTAL DISBURSEMENTS AND OTHER CHARGES | 9,569.25 | 6,617.38 |

```
04/25/08                                     MATTER NUMBER:  810003-00104        BILLING ATTORNEY:   9991    DALLAS, OFFICE ONLY
&i Gates                                                                         SUPERVISING ATTY:   1321    GARDA, J.
Proforma for Period Ending 03/31/08                                                                          Page 2 (2)

PROFORMA #    300612

TIME (DETAIL):
                                                                                       Billed
                       Task  Act                  Worked   Worked   Billed   Billed   Cumulative
Index  Timekeeper      Code  Code   Date  Check    Hours    Value    Hours    Value    Total     Description
-----  ----------      ----  ----   ----  -----   ------   ------   ------   ------   --------
       TOTAL FEES                                    .00    $.00       .00    $.00      $.00

Missing Time:
  No timekeepers currently have missing time

EXPENSES (DETAIL):
Index    Tmkpr    Date      Check      Amount    Quan   Description
-------  -----    --------  -----      ------    ----   ------------
4851098  9991     03/26/08  100338   2,480.71      1    Data Base Services - WestLaw Database Charges -
                                                        Casey Kaplan uses on 2/11, 2/14 & 2/15.
4851100  9991     03/26/08  100338     691.15      1    Data Base Services - WestLaw Database Charges
                                                        - Casey Kaplan uses on 2/6, 2/7, 2/8, & 2/11

         TOTAL EXPENSES              $3,171.86

                       TOTAL FEES   $3,171.86           0.00   0.00   0.00   0.00


EXPENSES (SUMMARY):
         CODE     DESCRIPTION                                -UNBILLED EXPENSES-      -CUMULATIVE EXPENSES-
         ----     -----------                                 AMOUNT    QUANTITY         AMOUNT
         180      Data Base Services                        $3,171.86       2          $3,171.86

                                           TOTAL EXPENSES   $3,171.86

                                     TOTAL FEES AND EXPENSES $3,171.86


INVOICE SUMMARY (Includes all outstanding invoices and those invoices paid during the past 6 months):
Invoice   Last Pay   Invoice      Fees      Expenses     Total     Amount
Date      Date       Number      Billed      Billed      Billed     Paid      Write-Offs    Balance
-------   --------   -------     ------     --------     ------    ------      ----------    -------
03/24/08             590063        0.00       418.06     418.06      0.00        0.00        418.06
03/24/08             59006381      0.00         0.00    (418.06)   (418.06)      0.00       (418.06)
                     TOTALS        0.00       418.06     418.06      0.00        0.00          0.00

BILLING FORMAT KEY
```

CLIENT NAME:    Michael J. Missal, Examiner ''(K&L)
MATTER NAME:    Disbursements (K&L)

MATTER NUMBER:  81000J-00104
Proforma for Period Ending 03/31/08

Page 3 (3)
PROFORMA #    300612

Summary Statement
  This statement covers fees for legal ser
Time Detail
  Date, Attorney Hours, Amount, Descriptio
Expense Detail
  Summary-Description, Amount
Time Summary
  Lname, Title, Hours, Rate, Amount
Invoice Totals
  Like 2 but with a Net Balance line as we