# Exhibit A

K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030

T 212.536.3900 www.klgates.com

April 21, 2008

Michael J. Missal
1601 K Street, NW
Washington, DC 20036

Our File Number : 0309077.00100
Invoice : 1790538
Services Through : March 31, 2008

**New Century Examiner**

Tax Identification Number 25 0921018

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/03/08 | M. J. Missal | 4.10 | Various communications with team on administrative matters (2.2); organize files (1.9) | 3,177.50 |
| 03/04/08 | M. J. Missal | 2.10 | Telephone call with government (.8); organize files (1.3) | 1,627.50 |
| 03/05/08 | M. J. Missal | 3.30 | Telephone call with government (.6); continue to revise files (2.7) | 2,557.50 |
| 03/06/08 | M. J. Missal | 1.60 | Telephone call with U.S. Trustee's office (.5); conferences with various members of team on evidence management, etc. (1.1) | 1,240.00 |
| 03/07/08 | M. J. Missal | 1.60 | Organize files for various issues (1.1); telephone call with government (.5) | 1,240.00 |
| 03/10/08 | M. J. Missal | 2.20 | Various telephone conferences with government (.8); prepare files and memos on status (1.4) | 1,705.00 |
| 03/11/08 | M. J. Missal | 3.60 | Prepare for meeting with Creditors (1.5); attention to files and requests from government (2.1) | 2,790.00 |
| 03/12/08 | M. J. Missal | 1.80 | Prepare for meetings with Creditors Committee (1.8) | 1,395.00 |
| 03/13/08 | M. J. Missal | 4.40 | Prepare for meeting with counsel for Creditors (1.8); meeting with counsel for Creditors (2.0); review memos (.6) | 3,410.00 |
| 03/14/08 | M. J. Missal | 2.10 | Review interview memos and other documents for government (2.1) | 1,627.50 |
| 03/19/08 | M. J. Missal | 0.40 | Communications with government (.4) | 310.00 |

K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/20/08 | M. J. Missal | 1.00 | Review and organize files and interview memos (1.0) | 775.00 |
| | TOTAL FEES | | | $ 21,855.00 |

| | | | |
|---|---|---|---|
| M. J. Missal | | 28.20 hrs at $ 775 / hr | $21,855.00 |
| | TOTAL FEES | 28.20 hrs | $ 21,855.00 |

**OUTSTANDING INVOICES**

| DATE | INVOICE# | FEES | DISB. | TOTAL A/R |
|---|---|---|---|---|
| 08/24/07 | 1688275 | 49,668.30 | 0.00 | 49,668.30 |
| 09/25/07 | 1701721 | 34,425.90 | 0.00 | 34,425.90 |
| 10/26/07 | 1712432 | 26,713.35 | 0.00 | 26,713.35 |
| 11/21/07 | 1726730 | 35,182.80 | 0.00 | 35,182.80 |
| 12/21/07 | 1740352 | 34,647.75 | 0.00 | 34,647.75 |
| 01/25/08 | 1753700 | 32,011.65 | 0.00 | 32,011.65 |
| 02/25/08 | 1766468 | 38,236.95 | 0.00 | 38,236.95 |
| 03/25/08 | 1778447 | 247,891.50 | 442.50 | 248,334.00 |
| | OUTSTANDING BALANCE | | | $ 499,220.70 |

**INVOICE SUMMARY**

| | |
|---|---|
| Fees | $ 21,855.00 |
| Fee Discount | $ (2,185.50) |
| Total Fees | $ 19,669.50 |
| **CURRENT INVOICE DUE** | **$ 19,669.50** |
| Past Due Invoices * | $ 499,220.70 |
| **TOTAL AMOUNT DUE** | **$ 518,890.20** |