Unti & Lumsden LLP
Attorneys at Law

302 Jefferson Street, Suite 200
Raleigh, North Carolina 27605
Telephone: (919) 828-3966
Facsimile: (919) 828-3927

**By Overnight Delivery**
David D. Byrd
Clerk of Court
824 North Market Street
Third Floor
Wilmington, DE 19801

**CM/ECF Notices**

Dear Mr. Byrd:

I request to be removed from the ECF notice list in the following cases pending in the Bankruptcy Court for the District of Delaware:

Case No. 05-11341: aaiPharma
Case No. 03-13711: Cable & Wireless
Csae No. 03-13004: Channel Master
Case No. 06-11144: Delta Mills
Case No. 01-00974: E-Spire
Case No. 07-11176: Fedders
Case No. 01-13672: Federal Mogul
Case No. 06-01024: Foley
Case No. 07-10353: Hancock Fabrics
Case No. 03-10441: Medical Wind Down
Case No. 07-10416: New Century
Case No. 98-00153: Oneita
Case No. 00-03837: Owens Corning
Case No. 03-12339: Pillowtex
Case No. 01-02094: World Health Alternatives
Case No. 03-13672: ZB Company

Thank you for your assistance.  Please call me at 919-828-3966 if you need additional information.

Sincerely,
UNTI & LUMSDEN LLP

Margaret C. Lumsden

Case 07-10416-BLS    Doc 6445    Filed 04/29/08    Page 2 of 2