# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | New Century TRS Holdings, Inc. |
| **Case Number:** | 07-10416-KJC   **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 24, 2008 11:00 AM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | N/A |

### Matter:

Estimation and Confirmation

**R / M #:**   6,408 / 0

### Appearances:

See Sign in Sheet

### Proceedings:

Hearing Carried Over To April 25, 2008