# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  
**CASE NO.:** 07-10416-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** April 24, 2008

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Dennis Drebsky | Nixon Peabody LLP | OBNTC |
| Eric Sutty | Bayard, P.A. | Natixis Real Estate Capital |
| Jeffrey Milton | Milbank | Morgan Stanley |
| Jan Geht | US DOJ | United States |
| Robert Keach | Bernstein Shur | Ad Hoc Committee of Deferred Compensation Plan Participants |
| Paul McDonald | " | " |
| Joseph H. Huston, Jr. | Stevens + Lee | |
| Michael Merchant | Richards Layton | Debtors |
| Christopher Samis | " | " |
| Ben Logan | O'Melveny + Myers | " |
| Suzanne Uhland | " | " |
| Andrew Parlen | " | " |
| Ronald Gellert | Eckert Seamans | Wells Fargo Bank + Zurich American Insurance Company |

# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.
**CASE NO.:** 07-10416-KJC
**COURTROOM LOCATION:** 5
**DATE:** April 24, 2008

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William Chapman | Edwards Angell Palmer & Dodge | Countrywide |
| Adam Miller | Draper & Goldberg | Countrywide, as servicer |
| Gabriel McFarland | Potter Anderson & Corroon | Bank of America |
| Bonnie Fatell | Blank Rome | Creditors Committee |
| Regina Kelbon | Blank Rome | Creditors Committee |
| Mark Power | Hahn & Hessen | |
| Mark Indelicato | Hahn & Hessen | |
| Joseph J. McMahon, Jr. | U.S. Dept of Justice | U.S. Trustee |
| Doug Deutsch | Chadbourne & Parke LLP | C@t Sorus/DCS |
| Eric Lopez Schnabel | Dorsey | RFC |
| Don Workman | Baker Hostetler | HS |
| Greg N. Kunz | Mullis James LLP | Cerrad Iveros |
| Michael Etkin | Lowenstein Sandler | NYSTRS |

# Court Conference

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
### #5

Calendar Date: 04/24/2008
Calendar Time: 11:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2177706 | Sean Scott | 312-701-8310 | Mayer Brown Rowe & Maw, LLP | Interested Party, Carrington Capital Management, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2170934 | Kimberly Newmarch | 312-499-6057 | Paul, Hastings, Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2177633 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP | Creditor, Bank of America, NA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2183507 | Howard Steel | 212-808-7800 | Kelley Drye & Warren, LLP | Creditor, Wells Fargo Bank, NA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2180438 | German Yusufov | 520-740-5750 | Pima County Attorney | Creditor, Pima County / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2183470 | Angela Wang | 213-430-6000 | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LIVE |