# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC  **DATE:** April 25, 2008
**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Milton | Milbank | Morgan Stanley |
| Joseph H. Huston Jr. | Stevens + Lee | |
| Robert J. Keach | Bernstein Shur | Ad Hoc Committee of Beneficial |
| Paul McDonald | " | Comm Claimants |
| Suzzanne Uhland | O'Melveny & Myers | Debtors |
| Ben Logan | O'Melveny & Myers | Debtors |
| Michael Merchant | Richards Layton + Finger | Debtors |
| Andrew Parlen | O'Melveny & Myers | Debtors |
| Christopher Samis | Richards Layton + Finger | Debtors |
| Eric Lopez Schnabel | Dorsey | KFC |

# Court Conference

Calendar Date: 04/25/2008
Calendar Time: 09:00 AM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2185504 | Kimberly Newmarch | 312-499-6057 | Paul, Hastings, Janofsky & Walker | Creditor, UBS Real Estate Securities, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2185769 | Dennis Drebsky | 212-940-3091 | Nixon Peabody LLP | Creditor, Deutsche Bank / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2185773 | Angela Wang | 213-430-6000 | O'Melveny & Myers | Debtor, New Century TRS Holdings, Inc. / LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2185774 | Sean Scott | 312-701-8310 | Mayer Brown Rowe & Maw, LLP | Interested Party, Carrington Capital Management, Inc. / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2185478 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP | Creditor, Bank of America, NA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2185439 | Howard Steel | 212-808-7800 | Kelley Drye & Warren, LLP | Creditor, Wells Fargo Bank, NA / LIVE |