## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

**Debtor:** New Century TRS Holdings, Inc.
**Case Number:** 07-10416-KJC  **Chapter:** 11
**Date / Time / Room:** FRIDAY, APRIL 25, 2008 03:00 PM   CRT#5, 5TH FL.
**Bankruptcy Judge:** KEVIN J. CAREY
**Courtroom Clerk:** NANCY HUNT
**Reporter / ECR:** N/A

### Matter:

Conference Call
**R / M #:**   0 / 0

### Appearances:

See Sign in Sheet

### Proceedings:

Conference Call Requested by Committee