# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.  **COURTROOM LOCATION:** 5
**CASE NO.:** 07-10416-KJC  **DATE:** April 25, 2008  3 p.m.

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Minuti | Saul Ewing LLP | Examiner |
| Gabriel MacLaren | Potter Anderson & Corroon LLP | Bank of America |
| Joseph J. McMahon, Jr. | U.S. DOJ | U.S. Trustee |
| Eric Lopez Schnabel | Dorsey | RFC |
| Bonnie Fatell | Blank Rome | Creditors Committee |
| Mark Indelicato | Hahn & Hessen | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 04/25/2008
Calendar Time: 03:00 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2185868 | Daniel Butz | 302-575-7348 | Morris Nichols Arsht & Tunnell, LLP | Creditor, Morgan Stanley Mortgage / LISTEN ONLY |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2185803 | John McCahey | 212-478-7200 | Hahn & Hessen | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2185806 | Maria A. Arnott | 212-478-7200 | Hahn & Hessen | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2185554 | Alan Jacobs | 516-791-1100 | Alan Jacobs | Interested Party, Alan Jacobs On Behalf Of AMJ Advisors, LLC / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2185588 | Donald Workman | 202-861-1602 | Baker & Hostetler LLP | Creditor, Fidelity National Information Services / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2185404 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP | Creditor, Bank of America, NA / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2186315 | Michael Missal | 214-939-5567 | K & L Gates | Examiner, Michael Missal / LIVE |
| | | New Century TRS Holdings, Inc. | 07-10416 | Hearing | 2186323 | Stephen G. Topetzes | 202-778-9328 | K & L Gates | Examiner, Michael Missal / LIVE |