| | | EXHIBIT A | | | | |
|---|---|---|---|---|---|---|
| | | In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11) | | | | |
| | | Movant: US Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE4 Asset Backed Pass-Through Certificates, Series NC | | | | |
| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
| 9387044 | Keel | 24-Feb-06 | $145,600 | $150,088.62 | $198,900 | 8218 Gallaher Station Dr., Knoxville, TN 37919 |
| 9361957 | Graham | 6-Feb-06 | $191,200 | $220,665.15 | $258,000 | 1419 Hamilton Ave., Hamilton, NJ 08629 |
| 9386681 | Robles | 27-Feb-06 | $195,200 | $207,606.78 | $193,000 | 7517 Deuce Loan, Lake Worth, FL 33467 |
| 9375775 | Lozano | 18-Feb-06 | $128,000 | $146,369.74 | $178,000 | 4222W Vista Ave., Phoenix, AZ 85051 |
| 9377813 | Martinez | 22-Feb-06 | $209,520 | $234,846.01 | $162,000 | 725 Cardinal Street, E, Lehigh, FL 33936 |