| | | EXHIBIT A ||||||
|---|---|---|---|---|---|---|
| | | In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11) ||||||
| | | Movant: US Bank National Association, as trustee, on behalf of the Holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8 Asset Backed Pass-Through Certificates, Series NC ||||||
| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
| 8504052 | May | 25-Aug-05 | $236,000 | $249,714.95 | $320,000 | 1248E D Street, Oakdale, CA 95361 |
| 8485815 | Houston | 11-Aug-05 | $160,000 | $162,277.99 | $204,000 | 5286 Millers Glen Ln., Memphis, TN 38125 |
| 8498289 | Jaramillo | 30-Jun-05 | $116,000 | $123,780.13 | $135,000 | 213 Dawn Ct., Kissimmee, FL 34743 |
| 8486581 | Andrews | 8-Aug-05 | $244,000 | $251,974.13 | $225,000 | 1765 Harold Dr., Reno, NV 89503 |
| 8494957 | Aguilar | 11-Aug-05 | $542,400 | $569,233.19 | $495,000 | 727E Cumberland Rd., Orange, CA 92865 |
| 8508988 | Chan | 29-Jul-05 | $380,000 | $403,158.29 | $370,000 | 1935 Abbe St., San Diego, CA 92111 |
| 8470171 | Long | 19-Jul-05 | $112,800 | $127,564.13 | $152,000 | 542 Lake Michele Ct., Stone Mountain, GA 30088 |
| 8490799 | Ventura | 10-Aug-05 | $236,000 | $255,507.74 | $239,000 | 3130N Crescent Ave., San Bernadino, CA 92405 |
| 8504797 | Brethower | 13-Jul-05 | $172,000 | $189,405.38 | $140,000 | 1626W Woodlands Ave., Goodyear, AZ 85338 |