## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : **Chapter 11** |
| | : |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : |
| | : **Jointly Administered** |
| | : |
| Debtors. | : Objection Deadline: May 21, 2008 @ 4:00 p.m. |

### AMENDED[2] NOTICE OF FILING OF RETENTION AFFIDAVIT OF
### ORDINARY COURSE PROFESSIONAL HUNTON & WILLIAMS LLP

**PROPOSED MONTHLY CAP:**    $75,000.00
**PROPOSED CASE CAP:**        $400,000.00

PLEASE TAKE NOTICE that, on April 16, 2007, the above-captioned debtors

and debtors in possession (the "Debtors") filed the *Motion of Debtors and Debtors in Possession*

*for an Order Authorizing the Retention of Professionals Utilized in the Ordinary Course of*

*Business Pursuant to Sections 327 and 328 of the Bankruptcy Code* [Docket No. 274] (the

"Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North

Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

PLEASE TAKE FURTHER NOTICE that, on May 7, 2007, the Court entered the

*Order Authorizing Retention of Professionals Utilized in the Ordinary Course of Business*

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L P (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp , a California corporation; New Century R E O. II Corp , a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P , a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation

[2] Amended/Added agenda items are noted in **bold.**

*Pursuant to Sections 327 and 328 of the Bankruptcy Code* [Docket No. 569] (the "Order") granting the relief requested in the Motion.

PLEASE TAKE FURTHER NOTICE that, in accordance with the procedures set forth in the Order, the Debtors hereby file the Retention Affidavit of Hunton & Williams LLP. A copy of the Retention Affidavit is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Retention Affidavit must be made in accordance with the Order and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by (i) counsel to the Debtor, O'Melveny & Myers LLP, 275 Battery St., San Francisco, CA 94111 (Attn: Suzzanne Uhland, Esq.) and Richards, Layton & Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, DE 19899 (Attn: Mark D. Collins, Esq.); (ii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King St., Room 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Joseph McMahon, Esq.); (iii) counsel to Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc., the Debtors' post-petition senior secured lenders, Kirkland & Ellis LLP, 777 South Figueroa Street, Suite 3700, Los Angeles, CA 90017 (Attn: Bennett L. Spiegel, Esq.) and Pachulski Stang Ziehl Young Jones & Weintraub LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Laura Davis Jones, Esq.); (iv) counsel to the Official Committee of Unsecured Creditors, Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark S. Indelicato, Esq.) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801 (Attn: Bonnie Glantz Fatell, Esq.); (v) all parties who have timely filed requests for notice under Bankruptcy Rule 2002; and (vi) the Ordinary Course Professional, Haynes and Boone, LLP, 901 Main Street, Suite 3100,

Dallas, TX 75202 (Attn: Sharon N. Freytag) (collectively, the "Notice Parties") by no later than **4:00 p.m. (Eastern Time) on May 21, 2008** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that any response or objection to the Retention Affidavit which cannot be consensually resolved within ten days of its receipt by the Debtors will be scheduled for hearing in accordance with the terms of the Order. Only those objections made in writing and timely filed and received in accordance with the Order and the procedures described herein will be considered by the Court at such hearing.

Dated: April 30, 2008
      Wilmington, Delaware

                                                      _____
                                  Mark D. Collins (No. 2981)
                                  Michael J. Merchant (No. 3854)
                                  Christopher M. Samis (No. 4909)
                                  RICHARDS, LAYTON & FINGER, P.A.
                                  One Rodney Square
                                  920 North King Street
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 651-7700
                                  Facsimile: (302) 651-7701

                                  - and -

                                  Suzzanne S. Uhland
                                  Ben H. Logan
                                  Victoria Newmark
                                  Emily R. Culler
                                  O'MELVENY & MYERS LLP
                                  275 Battery Street
                                  San Francisco, California 94111
                                  Telephone: (415) 984-8700
                                  Facsimile: (415) 984-8701

                                  ATTORNEYS FOR DEBTORS
                                  AND DEBTORS IN POSSESSION

**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,[1]** | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA | ) |
| | ) |
| CITY OF RICHMOND | ) |

George C. Howell, III, being duly sworn, deposes and says:

1.      I am a partner with Hunton & Williams LLP (the "Firm"), an international law firm with approximately 950 lawyers in 13 offices domestically and 5 offices abroad. I am resident in the Firm's Richmond, Virginia office located at Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond, Virginia 23219-4074.

2.      This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about May 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors")

---

[1] The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L P  (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R E O  Corp., a California corporation; New Century R E O  II Corp , a California corporation; New Century R E O  III Corp , a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L P , a Delaware limited partnership

to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

        3.    Prior to the filing of the petitions which initiated the above-captioned cases, the Firm previously represented and advised the Debtors as special federal income tax counsel. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases, in particular services relating to the Debtors' federal income tax audits for open tax years.

        4.    The Firm's current customary rates for the lawyers likely to be involved in this matter, subject to change from time to time, are shown on <u>Schedule 1</u>, attached hereto. In the normal course of its business, the Firm revises its billing rates on April 1st of each year and requests that, effective April 1st of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. The Firm will seek compensation from the Debtors for its work in these cases pursuant to the procedures approved by this Court.

        5.    In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm has searched on its electronic database for its connections with the entities listed on <u>Schedule 2</u>, attached hereto. The Firm's search of the database identified the connections shown on <u>Schedule 3</u>, attached hereto. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons who are parties in interest in the Debtors'

chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such

person or entity in connection with these chapter 11 cases, other than its representations of

Credit-Based Asset Servicing and Securitization LLC ("C-BASS") and Wells Fargo Bank, NA

("Wells Fargo") in their capacities as creditors in these chapter 11 cases. Both C-BASS and

Wells Fargo have consented to the Firm's retention in these chapter 11 cases on the terms

disclosed herein.

6.      Neither I nor any principal, partner, director, officer, etc. of, or

professional employed by, the Firm has agreed to share or will share any portion of the

compensation to be received from the Debtors with any other person other than the principals

and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

7.      Neither I nor any principal, partner, director, officer, etc. of, or

professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents

any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the

Firm is to be employed.

8.      Prior to the filing of the above-captioned cases, the Firm provided legal

services to the Debtors. These legal services included tax advice and the rendering of a tax

opinion. All invoices for these legal services were paid pre-petition under normal invoice terms

and the Debtors do not owe the Firm any outstanding amounts.

9.      If at any time during the period of its employment, if the Firm should

discover any facts bearing on the matters described herein, the Firm will supplement the

information contained in this Affidavit.

10.      I understand that any compensation paid to the Firm is subject to

disallowance and/or disgorgement under 11 U.S.C. § 328(c).

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2008

George C. Howell, III, Esq.
Affiant

Sworn to and subscribed before me
this 28th day of April , 2008

Notary Public

My commission expires: April 30, 2011



4

# Schedule 1

| Name | Hourly Billing Rate |
|------|---------------------|
| George C. Howell, III<br>Partner | $725.00 |
| Caroline G. Root<br>Counsel | $490 00 |
| Timothy L. Jacobs<br>Associate | $450.00 |
| Kendal A. Sibley<br>Associate | $435.00 |
| Christopher Mangin<br>Associate | $320.00 |
| Allison M. Stelter<br>Associate | $265.00 |

These hourly rates will be in effect through March 31, 2009 (the end of our fiscal year).

# Schedule 2

## Debtors

New Century Financial Corporation, a Maryland corporation
New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation
New Century Mortgage Corporation, a California corporation
NC Capital Corporation, a California corporation
Home123 Corporation, a California corporation
New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation
NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership
NC Residual III Corporation, a Delaware corporation
NC Residual IV Corporation, a Delaware corporation
New Century R.E.O. Corp., a California corporation
New Century R.E.O. II Corp., a California corporation
New Century R.E.O. III Corp., a California corporation
New Century Mortgage Ventures, LLC, a Delaware corporation
NC Deltex, LLC, a Delaware corporation
NCORAL, L.P., a Delaware limited partnership

## UCC-1 Parties

Access Investments II, LLC
Ameritech Credit Corporation
Aspen Funding Corp
Bank Leumi Leasing Corporation
Bank of America, NA
Bank of the West
Barclays Bank, PLC
Carrington Mortgage Credit Fund I, LP
CDC Mortgage Capital Inc.
Charter One Vendor Finance LLC
CIT Communications Finance Corporation
Citigroup Global Markets Realty Corp.
Consultants Group Commercial Funding Corp.
Countrywide Home Loans, Inc.
Credit Suisse First Boston Mortgage Capital LLC
DB Structured Products, Inc
Deutsche Bank Trust Company Americas
Federal National Mortgage Association
Galleon Capital Corp
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Financial LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc
Guaranty Bank
Heineman, Dale Scott
IOS Capital
IXIS Real Estate Capital Inc
Johnson, Kurt F.

6

Mission Center Partners
Morgan Stanley Mortgage Capital Inc.
NC Capital Corporation
New Century Funding A
New Century Funding I
New Century Mortgage Securities Inc.
Newport Funding Group
PFE International Inc.
Ropes & Gray LLP
St. Andrew Funding Turst c/o New Century Mortgage
State Street Global Markets
Sterling Bank
The CIT Group/Equipment Financing
U.S. Bancorp Equipment Finance, Inc.
U.S. Bank National Association
UBS Real Estate Securities Inc.
United California Capital
Whitwood, Jason Allen

## 50 Largest Unsecured Creditors

Adteractive
Affiliated Computer Services
Alaska Seaboard Partners Limited Partnership
Aspen Funding Corp.
Assurant Specialty Property Insurance
Aurora Loan Services
Bank of America, N.A.
Barclays Bank PLC
Carrington Securities, LP
Catarina Mortgage Services Inc.
ChoicePoint Precision Marketing
Citigroup Global Markets Realty Corp.
Countrywide
Credit Suisse First Boston Mortgage Capital LLC
Credit-Based Asset Servicing and Securitization LLC
DB Structured Products, Inc.
Deutsche Bank
EMC Mortgage Corporation
Fiserv CCS
Galleon Capital Corporation
Gemini Securitization Corp., LLC
General Electric Capital Corporation
GMAC Commercial Finance, LLC
Goldman Sachs Mortgage Company
Greenwich Capital Financial Products, Inc.
Guaranty Bank
Harbor Asset Management Services
HSBC Bank USA, N.A.
INDY MAC Bank, FSB
IXIS Real Estate Capital, Inc.
JP Morgan Chase Bank, NA
Lehman Brothers Bank FSB
Low.com

Lowermybills.com
Morgan Stanley Mortgage Capital Inc.
National Field Representatives
Newport Funding Corp.
Nextag
NOMURA Securities
Pricewaterhouse Coopers LLP
Residential Funding Corporation
SG Mortgage Finance Corp
Sheffield Receivables Corporation
Sprint
State Street Global Markets, LLC
Suntrust
System Source, Inc.
Tucson Funding LLC
UBS Real Estate Securities Inc.
Washington Mutual Bank, FA

## Largest Shareholders of New Century Financial Corporation

Greenlight Capital LLC
David Einhorn
Morgan Stanley
Morgan Stanley Capital Services
Hotchkis and Wiley Capital Management LLC

## Directors and Senior Employees

Alexander, Marilyn A.
Bilotta, Frank
Bindra, Taj S.
Black, Harold A.
Cimino, Richard
Clifford, Leigh Ann
Cloyd, Kevin
Cole, Robert K
Dodge, Patti
Eckroth, Joseph
Fleig, David
Forster, Fredric J.
Garday, Louis
Gotschall, Edward
Haines, Eric
Jewett, Jennifer
Kenneally, David
Lambert, Robert
Lange, Donald E.
Loewenthal, Marc
McCarthy, Monika L.
Meola, Anthony
Morrice, Brad A.
Sachs, Michael M.
Theologides, Stergios
Threadgill, Jonathan

Tortorelli, Joseph
Wolf, Colleen
Zalle, Paul
Zona, Richard A.

## Professionals

AlixPartners LLP (crisis managers)
Allen Matkins Leck Gamble Mallory & Natsis LLP (special financing counsel)
Heller Ehrman LLP (counsel to audit committee)
Lazard Freres & Co. LLC (investment banker)
O'Melveny & Myers LLP (debtors' counsel)
Richards Layton & Finger, P.A. (Delaware debtors' counsel)
Skadden, Arps, Slate, Meagher & Flom (special regulatory counsel)
Thatcher Proffit (special securitization counsel)
Xroads Case Management Services, LLC (claims and noticing agent)

# Schedule 3

Identified Connections Between the Firm and Parties in Interest

## Current Clients and/or Affiliates of Clients

New Century Financial Corporation
Bank of America NA
CIT Communications Finance Corporation
Barclays Bank, PLC
Citigroup Global Markets Realty Corp.
Deutsche Bank Trust Company Americas
Federal National Mortgage Association (Fannie Mae)
General Electric Capital Corporation
GMAC Commercial Financial LLC
Goldman Sachs Mortgage Company
Morgan Stanley Mortgage Capital Inc.
State Street Global Markets
U.S. Bancorp Equipment Finance, Inc.
U.S. Bank National Association
UBS Real Estate Securities Inc.
Aurora Loan Services
Credit-Based Asset Servicing and Securitization LLC
Credit Suisse First Boston Mortgage Capital LLC
HSBC Bank USA, N.A.
Morgan Stanley Mortgage Capital Inc.
Pricewaterhouse Coopers LLP
Sprint
Suntrust
Washington Mutual Bank, FA


## Former Clients and Affiliates of Former Clients

CDC Mortgage Capital Inc.
Charter One Vendor Finance LLC
Greenwich Capital Financial Products, Inc.
IXIS Real Estate Capital Inc
Ropes & Gray LLP
Sterling Bank
Assurant Specialty Property Insurance
ChoicePoint Precision Marketing
EMC Mortgage Corporation
Fiserv CCS
Morgan Stanley Mortgage Capital Inc.
NOMURA Securities
Residential Funding Corporation
Heller Ehrman LLP
Lazard Freres & Co. LLC
O'Melveny & Myers LLP
Skadden, Arps, Slate, Meagher & Flom
Thatcher Proffit
Xroads Case Management Services, LLC