IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-10416-KJC, et seq. |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 1, 2008, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of Bankruptcy Code, notice and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: May 1, 2008          /s/ **Adam Hiller**
      Wilmington, Delaware          Adam Hiller (DE No. 4105)
                                                   Maria Aprile Sawczuk (DE No. 3320)
                                                   Draper & Goldberg, PLLC
                                                   1500 North French Street, 2nd Floor
                                                   Wilmington, Delaware 19801
                                                   (302) 339-8776 telephone
                                                   (302) 213-0043 facsimile

New Century TRS Holdings  
18400 Von Karman Ave.  
Irvine, CA 92612  
*Debtor*

Mark D. Collins, Esquire  
Christopher M. Samis, Esquire  
Richards, Layton & Finger  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899  
*Attorneys for the Debtor*

Suzanne S. Uhland, Esquire  
Ben H. Logan, Esquire  
O'Melveny & Myers LLP  
275 Battery Street  
San Francisco, CA 94111  
*Attorneys for the Debtor*

United States Trustee  
844 King Street, Room 2207  
Lockbox #35  
Wilmington, DE 19899

Bonnie Glantz Fatell, Esquire  
David W. Carickhoff, Jr., Esquire  
Blank Rome LLP  
1201 Market Street, Suite 800  
Wilmington, DE 19801  
*Attorneys for the Official Committee  
 of Unsecured Creditors*

Mark T. Power, Esquire  
Mark S. Indelicato, Esquire  
Hahn & Hessen LLP  
488 Madison Ave.  
14th & 15th Floor  
New York, NY 10022  
*Attorneys for the Official Committee  
 of Unsecured Creditors*