**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| New Century TRS Holdings, Inc., et al. | ) | Case No. 07-10416 |
| | ) | |
| Debtor. | ) | Honorable Kevin J. Carey |
| | ) | Jointly Administered |

**NOTICE OF MOTION FOR RELIEF FROM STAY**

**TO:**  New Century TRS Holdings, Inc., LLC          Office of the U. S. Trustee
3121 Michelson Drive, Suite 600                          844 King Street, RM 2207
Irvine, CA 92612                                                    Lockbox #35
                                                                               Wilmington, DE 19899-0035

Christopher M. Samis, Esquire                            Bonnie Glantz Fatell, Esquire
RICHARDS LAYTON & FINGER, P.A.                 BLANK ROME LLP
920 No. King Street                                              1201 Market Street, Suite 800
Wilmington, DE 19801                                           Wilmington, DE 19801

All other parties shall be served by ECF by the Court.

PLEASE TAKE NOTICE that Regions Bank, dba Regions Mortgage (Movant) Motion for Relief from Stay is scheduled to be heard before the Honorable Kevin J. Carey, on **Wednesday, June 4, 2008 at 10:00 am.**

Any objection to the attached Motion must be filed with the court on or before May 27, 2008, with a copy forwarded to moving counsel: Adam R. Elgart, Esquire, John G. Mulford, Esquire, Mattleman, Weinroth & Miller, 200 Continental Drive, Ste 215, Newark, DE 19713.

MATTLEMAN, WEINROTH & MILLER, P.C.

Dated: *5/1/08*          BY: _/s/ Adam R. Elgart___
Adam R. Elgart, Esquire, I.D. No. 3372
John G. Mulford, Esquire, I.D. No. 0168
200 Continental Drive, Suite 215
Newark, DE 19713
(302) 731-8349
Attorney for Movant

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **New Century TRS Holdings, Inc., et al** | ) | Case No. 07-10416 |
| | ) | |
| Debtor. | ) | Honorable Kevin J. Carey |
| | ) | Jointly Administered |

## MOTION FOR RELIEF FROM STAY

Regions Bank dba Regions Mortgage ("Regions") (Movant), by and through its undersigned attorneys, Mattleman, Weinroth & Miller, P.C., and pursuant to 11 U.S.C. §362(d) and Federal Rules of Bankruptcy Procedure 4001 and 9014, hereby moves this Court to allow Movant to foreclose on its mortgage against certain real property in which the Debtor, New Century TRS Holdings, Inc., et al, has a possible security interest. In support of this Motion, Movant respectfully represents as follows:

### PARTIES

1. The Debtor in this matter include a number of entities which filed voluntary petitions for relief under Chapter 11 of Title 11 of the U.S. B.C. on April 2, 2007.

2. Regions is a holder of a perfected secured claim against property located at 258 Monroe Street, Brooklyn, New York 11216 (the "Mortgaged Premises").

### JURISDICTION AND VENUE

3. This court has jurisdiction of this motion pursuant to 28 U.S.C. §1334(b).

4. This motion is a contested matter under Rule 9014 of the Federal Rules of Bankruptcy Procedure and is a core matter properly heard by this court pursuant to 28 U.S.C. §157(b)(2)(G).

5. Venue of this motion is proper in this court pursuant to 28 U.S.C. §1409(a).

**BACKGROUND**

6.   On February 27, 2006, Benjamin Cruz ("the Borrower"), executed an Adjustable Rate Balloon Note (the "Note") in favor of New Century Mortgage Corporation in the principal sum of $520,000.00.  The Note is secured by a first priority perfected lien against the Mortgaged Premises and evidenced by a Mortgage executed the same date and in the same amount.  A copy of the Note and Mortgage are attached hereto as Exhibit "A" and "B" respectively.

7.   On or about March 15, 2007, the mortgage was acquired by and/or transferred to Regions.

8.   Movant has instituted or wishes to institute foreclosure proceedings on the mortgage due to Debtor's failure to make monthly payments required thereunder.

9.   Subsequent to proceed with a foreclosure action, Movant learned that New Century TRS Holdings, Inc., which is listed as a lienholder, had filed for bankruptcy in the United States Bankruptcy Court for the District of Delaware.

10.   The total amount due to Regions on the first priority mortgage as of May 1, 2008 is approximately $579,071.94.

11.   A Broker's Price Opinion for the Mortgaged Property sets forth a fair market value at $700,000.00. Clearly there is insubstantial equity in the Mortgaged Premises and it is not necessary to Debtor's rehabilitation in this case.  A copy of Movant's Broker's Price Opinion is attached hereto as Exhibit "C".

**RELIEF REQUESTED**

12.   Regions requests relief from the automatic stay to allow Movant to continue the foreclosure on its Mortgage against the Property because of the foregoing default and because there is no equity in the Mortgaged Premises and Regions's security interest is not adequately protected.

13.     Movant respectfully requests this Court enter an Order modifying the automatic stay under section 362 of the bankruptcy code with respect to the Mortgaged Premises so as to permit Regions to foreclose on its mortgage and allow Movant or any other purchaser at Sheriff's Sale to take legal action for enforcement of its right to possession of said premises.

14.     Movant has cause to have relief effective immediately and such relief should not be subject to the ten (10) day period set forth in Bankruptcy Rule 4001(a)(3), as Movant will incur substantial additional costs and expenses by the imposition of said ten (10) day period.

**WHEREFORE**, Regions prays that the Court will terminate the automatic stay of 11 U.S.C. §362(a) with respect to the Mortgaged Premises as to allow Movant to foreclose on its Mortgage against the Property; and permit Movant to name the Debtor as a defendant in its foreclosure action and enter a judgment accordingly.

MATTLEMAN, WEINROTH & MILLER, P.C.

Dated: *5/1/08*

__/s/ Adam R. Elgart__
Adam R. Elgart, Esquire, I.D. No. 3372
John G. Mulford, Esquire, I.D. No. 0168
200 Continental Drive
Suite 215
Newark, DE 19713
(302) 731-8349
Attorney for the Movant