**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **New Century TRS Holdings, Inc., et al.** | ) | Case No. 07-10416 |
| | ) | |
| Debtor. | ) | Honorable Kevin J. Carey |
| | ) | Jointly Administered |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**AND NOW,** this         day of                        , 2008, upon consideration of Regions Bank dba Regions Mortgage (Movant) Motion for Relief from Stay, due notice having been served, and in consideration of any opposition or objection, this Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

**IT IS HEREBY ORDERED THAT:**

1. The automatic stay of 11 U.S. C. §362(a) is hereby terminated to allow Regions Bank dba Regions Mortgage, its successors and/or assigns, to pursue its state remedies to foreclose upon and take to a Sheriff's Sale, the following property:

   a.   **258 Monroe Street**
        **Brooklyn, New York 11216**

2. The relief granted by this Order shall be effective immediately and shall not be subject to Bankruptcy Rule 4001(a)(3).

BY THE COURT:

_____
Honorable Kevin J. Carey
UNITED STATES BANKRUPTCY JUDGE