# EXHIBIT "C"

ClearCapital — Drive-by BPO Form
258 MONROE ST, BROOKLYN, NY 11216

| Address: | 258 MONROE ST BROOKLYN NY 11216 | | | | | |
|---|---|---|---|---|---|---|
| Borrower Name: | BENJAMIN CRUZ | | Inspection Date: | 6/08/2007 | Delivery Date: | 6/08/2007 |
| Loan Number: | 1896014801 | APN: unknown | Property ID: | 1469071 | Order ID: | 285314 |

| Order Tracking ID: 1896014801 | Tracking ID 1: 1896014801 | Tracking ID 2: n/a | Tracking ID 3: n/a |
|---|---|---|---|

Completed by: David Gonzalez, Regal Homes Realty   Phone: 718-661-9793   bpodave90@hotmail.com

### I. General Conditions

| Property Type: | Other 2 family/Townhouse |
|---|---|
| Occupancy: | Occupied |
| Property Condition: | Good |
| Estimated Exterior Repair Cost: | $0 |
| Estimated Interior Repair Cost: | $0 |
| Total Estimated Repairs: | $0 |
| Condition Comments: | Subject is an attached two-family brownstone townhouse in good condition located next to a boarded-up property. |
| HOA? | No |

### II. Subject Sales & Listing History

Current Listing Status: Subject is not currently listed.

| Date Listed | Date Sold | List Price | Sale Price | Notes |
|---|---|---|---|---|
| | 02/21/2006 | $ 0 | $ 650,000 | |
| | 04/01/2003 | $ 0 | $ 260,500 | |

### III. Neighborhood & Market Data

| Location Type: | Urban | Local Economy Is: | Stable |
|---|---|---|---|
| Sales Price in this Neighborhood: | Low : $400,000   High :$950,000 | | |
| Market for this type of property has: | increased 3 % in the past 6 months. | | |
| Normal Marketing Days: | <90 | | |
| Neighborhood Comments: | Subject is located in the Bedford Stuyvesant section of Brooklyn; an area of mostly one to four-family brick and brownstone townhouses. | | |

### IV. Current Listings

| | Subject | Listing #1 | Listing #2 * | Listing #3 |
|---|---|---|---|---|
| Street Address | 258 MONROE ST | 217 Lexington Avenue | 373 Quincy Street | 431 Pulaski Street |
| | BROOKLYN, NY | BROOKLYN, NY | BROOKLYN, NY | BROOKLYN, NY |
| Zip Code | 11216 | 11216 | 11216 | 11221 |
| Datasource | Public Records | MLS | MLS | MLS |
| Miles to Subj. [2] | | 0.27 [1] | 0.19 [1] | 0.98 [1] |
| List Price $ | | $719,900 | $729,000 | $765,000 |
| Days on Mkt. | | 13 | 18 | 4 |
| Age | 92 | 77 | 108 | 108 |
| Condition | Good | Good | Good | Excellent |
| Style/Design | 2 Stories 2-family/Townhouse | 2 Stories 2-family/Townhouse | 2 Stories 2-family/Townhouse | 2 Stories 2-family/Townhouse |
| # Units | 2 | 2 | 2 | 2 |
| Living Sq. Feet | 1600 | 1403 | 1600 | 1600 |
| Bdrm/F Bths/½ Bths | 5/2/1 | 4/2/1 | 5/3 | 5/2/1 |
| Total Room # | 11 | 10 | 11 | 11 |
| Garage Style/Stalls | None | None | None | None |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 100% | 100% | 100% | 100% |
| Pool/Spa | | | | |
| Lot Size | 2000 SqFt | 1667 SqFt | 2025 SqFt | 2000 SqFt |
| Other | | | | |

* Listing #2 is the most comparable listing to the subject.

Comments (why the comparable listing is superior or inferior to the subject).
Listing #1: Similar condition and lot, inferior square footage.
Listing #2: Similar in condition, size and style as subject.
Listing #3: Similar square footage and lot, superior due to condition.

[1] Comp's "Miles to Subject" was calc'd by the system.   [2] Comp's "Miles to Subject" provided by Broker.   [3] Subject S/ft based upon as-is sale price.

### V. Recent Sales

|  | Subject | Sold #1 | Sold #2 * | Sold #3 |
|---|---|---|---|---|
| Street Address | 258 MONROE ST BROOKLYN, NY | 368 Quincy Street BROOKLYN, NY | 563 Jefferson Avenue BROOKLYN, NY | 498 Monroe Street BROOKLYN, NY |
| Zip Code | 11216 | 11216 | 11221 | 11221 |
| Datasource | Public Records | Other | MLS | MLS |
| Miles to Subj. [?] |  | 0.19 [1] | 0.69 [1] | 0.59 [1] |
| List Price $ |  | $715,000 | $1,000,000 | $725,000 |
| Sale Price $ |  | $698,000 | $700,000 | $705,000 |
| Type of Financing |  | Conventional | Conventional | Conventional |
| Date of Sale |  | 3/22/2007 | 12/14/2006 | 12/29/2006 |
| Days on Mkt. |  | 57 | 83 | 60 |
| Age (# of Years) | 92 | 108 | 108 | 102 |
| Condition | Good | Good | Good | Good |
| Style/Design | 2 Stories 2-family/Townhouse | 2 Stories 2-family/Townhouse | 2 Stories 2-family/Townhouse | 2 Stories 2-family/Townhouse |
| # Units | 2 | 2 | 2 | 2 |
| Living Sq. Feet | 1600 | 1520 | 1620 | 1600 |
| Bdrm/F Bths/½ Bths | 5/2/1 | 5/2 | 5/3 | 4/3 |
| Total Room # | 11 | 11 | 11 | 11 |
| Garage Style/Stalls | None | None | None | None |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 100% | 100% | 100% | 100% |
| Pool/Spa |  |  |  |  |
| Lot Size | 2000 SqFt | 2000 SF. | 1800 SF. | 2000 SF. |
| Other |  |  |  |  |
| Adjustment $+/− (See notes below) | . | +$0 | +$0 | +$0 |
| Adjusted Value |  | $698,000 | $700,000 | $705,000 |

* recent sale #2 is the most comparable Sale to the subject.

Reasons for Adjustments (Why the comparable is superior or inferior to the subject.)
Sold #1: Similar in condition, size and style as subject. No MLS photo available.
Sold #2: Similar in condition, size and style as subject.
Sold #3: Similar in condition, size and style as subject.

[1] Comp's "Miles to Subject" was calc'd by the system.   [2] Comp's "Miles to Subject" provided by Broker.   [3] Subject $/ft based upon As-Is Value.

### VI. Marketing Strategy

|  | "As-is" Value | "Repaired" Value | Comments Regarding Pricing Strategy: |
|---|---|---|---|
| Suggested List Price: | $715,000 | $715,000 | List property to sell in average market time of 60 days for this area. |
| Sale Price: | $700,000 | $700,000 |  |
| * Clear Capital Reviewer's Value Opinion: | $700,000 | $700,000 |  |

*Please see Clear Capital Quality Assurance Comments Addendum

### VII. Clear Capital Quality Assurance Comments Addendum

|  | "As-Is" Value | "Repaired" Value | Reviewer Notes: |
|---|---|---|---|
| Reviewer's Value Opinion: | $700,000 | $700,000 | The reviewer concurs with the broker's value conclusion. Listings and resales are reasonably current, physically similar and geographically proximate. Value conclusion appears to be adequately supported. |

2