**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **New Century TRS Holdings, Inc., et al.** | ) | Case No. 07-10416 |
| | ) | |
| Debtor. | ) | Honorable Kevin J. Carey |
| | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Winifred Gomes, certify that I am not less than 18 years of age; that service of this **Notice of Motion and Motion for Relief from Stay** and supporting documentation was made by first class mail, postage pre-paid and/or CM/ECF Notification in accordance with BR 7004 on the following parties and entities listed herein:

TO:

| | |
|---|---|
| New Century TRS Holdings, Inc.<br>3121 Michelson Drive, Suite 600<br>Irvine, CA 92612 | Office of the U. S. Trustee<br>844 King Street, RM 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| Christopher M. Samis, Esquire<br>RICHARDS LAYTON & FINGER, P.A.<br>920 No. King Street<br>Wilmington, DE 19801 | Bonnie Glantz Fatell, Esquire<br>BLANK ROME LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 |

Under penalty of perjury, I declare that the foregoing is true and correct.

_5/2/08_           _/s/ Winifred Gomes_
Date                Signature

---

Adam R. Elgart, Esquire, I.D. No. 3372
John G. Mulford, Esquire, I.D. No. 0168
Mattleman, Weinroth & Miller
200 Continental Drive, Ste 215
Newark, DE 19713
(302) 731-8349