FILED

2008 APR 30 AM 9: 53

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

DWAIN L WHITE
P.O. BOX 3
PORTER, TEXAS 77365
CELL- 713-409-1164
FAX 936-856-8340

04/28/2008

TO:  THE UNITED STATES BANKRUPTCY COURT
      FOR THE DISTRICT OF DELAWARE

Re: NEW CENTURY TRS HOLDINGS, INC,
     A DELAWARE CORPORATION, et al.
     CASE NO. 07-10416-(KJC)
(C) LATE FILED CLAIMS

CLAMINANTS NAME: DWAIN L WHITE
REAL ESTATE APPRAISAL PREFORMED FOR HOME 123 CORPORATION

THE WORK PREFORMED FOR 123 HOME CORPORATION WAS A REALESTATE
APPRAISAL THROUGH
THE DEPARTMENT OF VETERANS AFFAIRS.AND BY VALARIE DOYLE OF 123 HOME
CORPORATION.
THE APPRAISAL REQUEST WAS ORDERED ON 09/22/2006 WITH THE WORK BEING
PREFORMED
AS ASKED. IF THE PAYMENT IS NOT MADE IT WILL CAUSE HARM AND INCONVIENCE TO
ME AND
MY LIVELYHOOD.
THE ORDER AND INVOICE IS ATTACHED AS REQUIRED ALONG WITH ORIGINAL
DOCUMENTATION. .
THE NAME ADDRESS AND PHONE NUMBER IS IN MY LETTE HEAD ABOVE.

SINCERELY,

DWAIN L. WHITE

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
NEW CENTURY TRS HOLDINGS, INC., A DELAWARE CORPORATION, ET AL.

NEW CENTURY CLAIMS PROCESSING;
C/O XROADS CASE MANAGEMENT SERVICES
1821 EAST DYER ROAD, SUITE 225
SANTA ANA, CA 92705
T: (888) 784-9571

**PROOF OF CLAIM**

| In Re: New Century TRS Holdings, Inc., a Delaware corporation, et al. | Chapter 11 Case No. 07-10416 (KJC) (Jointly Administered) |
|---|---|
| Name of Debtor HOME 123 CORPORATION | Case Numbers 07-10021 |

Name of Creditor (The person or other entity to whom the debtor owes money or property)
Dwain White

Name and Address Where Notices Should be Sent:          3063365

Dwain White
PO Box 3
Porter TX 77365

Telephone No: 713-409-1164

COPY

**Received**

**FEB 21 2008**

**XRoads**

THIS SPACE IS FOR COURT USE ONLY

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

| Account or other number by which creditor identifies debtor: | CHECK HERE IF THIS CLAIM: ☐ REPLACES ☐ AMENDS a previously filed claim, dated _____ |
|---|---|

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)

☐ Wages, salaries, and compensation (Fill out below)
Last four digits of SS #: 7691
Unpaid compensation for services performed
from 9-22-06 to 9-29-06
(date)         (date)

**2. DATE DEBT WAS INCURRED:**
9-29-2006

**3. IF COURT JUDGMENT, DATE OBTAINED:**
N/A

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case was filed included in secured claim above, if any:
$ _____

Unsecured Nonpriority Claim $ 325.00
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950,* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
* Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 325.00
(Unsecured Nonpriority) + $ _____ (Secured) + $ 325.00 (Unsecured Priority) = $ 325.00 (Total)
☐ If all or part of your claim is secured or entitled to priority, also complete item 5 or 7 below. (Complete box 6 if applicable.)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. SUPPORTING DOCUMENTS:** Attach legible copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| DATE: 2-6-08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) Dwain White / Dwain L. White |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.


0710416070515171715029268

| DATE | 00-22-2006 |
|------|------------|

ACCOUNT NUMBER
2AO0-05-02-0-1007000
9000330000

CHELTE I. WRITER
PO BOX 3
PORTER, TN 77943

RONE 129 CORPORATION
3301 MICHELSON DR STE 400
IRVINE, CA 92612

AMOUNT ENCLOSED $

RETURN THIS STATEMENT WITH YOUR PAYMENT

| 08-26-2006 | 18318 RONEWOOD BENT LANE | | $325.00 |
| | CYPRESS, TEXAS 77429 | | |
| | ARREARS PER WRIGHT WATER | **PAST DUE** | $325.00 |

CEll # 713-409-1160

PAY LAST AMOUNT
IN THIS COLUMN
**Thank You**

VAIARIE Dugle

MONICA BENIS

**Assignments**
RESPONDENT BURDEN: VA may not conduct or sponsor, and respondent is not required to respond to this collection of information unless it displays a valid OMB Control Number. Public reporting burden for this collection of information is estimated to average 12 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments regarding this burden estimate or any other aspect of this collection of information, call 1-800-827-1000 for mailing information on where to send your comments.

OMB Approved No.: 2900-0045
Respondent Burden: 12 minutes

| Department of Veterans Affairs | VA REQUEST FOR DETERMINATION OF REASONABLE VALUE (Real Estate) | 1. Case Number — LAPP 62 62-6-1067089 |
|---|---|---|
| 2. Property Address (Include ZIP Code and County) 14218 ENGLEWOOD PARK LAN CYPRESS, TX 77429 HARRIS County | 3. Legal Description LOT 29, BLOCK 3, LAKES OF NORTHPOINTE, SECTION 2, HARRIS COUNTY, TEXAS | 4. Title Limits & Restrictive Covenants |

| 5. Name and Address of Firm or Person Making Request/Application (Include ZIP Code) — LAPP HOME123 CORPORATION 3351 MICHELSON DRIVE SUITE 400 IRVINE , CA 92612 E.Mail: VDOYLE@HOME123.COM | 6. Lot Dimensions: x   1. Irregular/Square Feet:   2. Acres: |
|---|---|
| | 7. Utilities: Elec: PUBLIC   Gas: PUBLIC   Water: PUBLIC   Sewer: PUBLIC |
| | 8. Equip.: DISHWASHER   GARBAGE DISPOSAL   RANGE/OVEN   VENT FAN   WW CARPET |

| 9. Building Status Less Than 1 Year Old | 10. Building Type: DETACHED | 12A. No. of Bldgs: 1 | 13A. Street Access: PUBLIC |
|---|---|---|---|
| | 11. Factory Fabricated? NO | 12B. No. of Living Units: 1 | 13B. Street Maint.: PUBLIC |
| 14A. Construction Warranty Included? YES | 14B. Name of Warranty Program: RWC | | |
| 14C. Expiration Date: 09/29/2016 | 15. Constr. Completed: 09/18/2006 | | |
| 16. Name of Owner: PERRY HOMES | | 17. Property: NEVER OCCUPIED | |
| 18. Rent | 19. Name of Occupant: N/A | 20. Telephone No.: | |
| | 21. Name of Broker: | 22. Telephone No.: | |
| 23. Date and Time Available for Inspection: 09/22/2006 10:00 A. | 24. Keys At: SALES OFFICE 281-376-5119 | |
| 25. Originator's Ident. No.: 9000330000 | 26. Sponsor's Ident. No.: | 27. Institution's Case No.: |

| 28. Purchaser's Name and Address DENNIS MITCHELL 205 GRAY STREET HOUSTON, TX 77002 | **EQUAL OPPORTUNITY IN HOUSING** NOTE: Federal laws and regulations prohibit discrimination because of race, color, religion, sex, or national origin in the sale or rental of residential property. Numerous State statutes and local ordinances also prohibit such discrimination. In addition, section 805 of the Civil Rights Act of 1968 prohibits discriminatory practices in connection with the financing of housing. If VA finds there is noncompliance with any antidiscrimination laws or regulations, it may discontinue business with the violator. |
|---|---|

**28. NEW OR PROPOSED CONSTRUCTION** (Complete items 29A through 29G for new or proposed construction cases only.)

| 29A. Compliance Inspection Will Be or Were Made By: N/A | 29B. Plans | 29C. Plans Previously Submitted Under Case No. |
|---|---|---|
| 29D. Name and Address of Builder PERRY HOMES 9000 GULF FREEWAY, HOUSTON, TX 77017 29E. Telephone No.: (713)947-1750 | 29F. Name and Address of Warrantor RWC 9000 GULF FREEWAY, HOUSTON, TX 77017 29G. Telephone No.: | |

| 30. Comments on Special Assessments or Home Owner's Association Charges: | | 33. Leasehold Cases A. Lessee is: B. Expires: C. Annual Ground Rent: |
|---|---|---|
| 31. Annual Real Estate Taxes | 32. Mineral Rights Reserved? | |
| 34. Sale Price of Property $157,069 | 34A. Is Buyer Purchasing Lot Separately? NO | 35. Refinancing Amount of Proposed Loan: |
| | | 36. Proposed Sales Contract Attached? YES |

**CERTIFICATIONS FOR SUBMISSIONS TO VA**

On receipt of "Certificate of Reasonable Value" or advice from the Department of Veterans Affairs that a "Certificate of Reasonable Value" will not be issued, we agree to forward to the appraiser the approved fee which we are holding for this purpose.
CERTIFICATION REQUIRED ON CONSTRUCTION UNDER FHA SUPERVISION
I hereby certify that plans and specifications and related exhibits including acceptable FHA Change Orders, if any, supplied to VA in this case are identical to those submitted to / to be submitted to / approved by FHA, and that FHA inspections have been / will be made pursuant to FHA approval for mortgage insurance on the basis of proposed construction under SEC.

| 38. Signature of Person Authorizing This Request VALARIE DOYLE | 39. Title: SR. LOAN COORDINATOR | 41. Date 09/22/2006 |
|---|---|---|
| 42. Date of Assignment: 09/22/2006 | 40. Telephone Number: (713)351-6410 | |
| | 43. Name of Appraiser: (0105) DWAIN L WHITE (Q): (281)300-3900 E.Mail: dlxlwhite@notv.com | |

WARNING: Section 1010 of title 18, U.S.C. provides "Whoever for the purpose of ... including such Administration ... makes, passes, utters or publishes any statement knowing the same to be false ... shall be fined not more than $5,000 or imprisoned not more than two years or both."

VA FORM
APR 1999   **26-1805-1**

**LAP Case:**   62-52-6-1067089
**Date:**   09/22/2006
**Requester Data:**   Lender: 9000330000
                     713-351-6410 Doyle