## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al. | ) <br> ) Chapter 11 <br> ) Case No. 07-10416 KJC <br> ) |
| Debtors, | ) |

**CERTIFICATION OF COUNSEL REGARDING VARIOUS MOTIONS FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**
**(relates to Docket No. 5637)**

Kristi J. Doughty, a partner with the law firm of Whittington & Aulgur, certifies to the Court as follows:

1. On April 30, 2008, the undersigned on behalf of Fremont Investment & Loan a Motion for Relief from the Automatic Stay as to 2840 Burlington, Dubuque, IA 52001 (Docket No. 5637).

2. Upon review of the docket, an Objection to *Claim Number 563 In The Amount of $863.25 Being Expunged And Claim Number 416 In The Amount of $330.00 Being Reduced and Reclassified. Objection To Debtor's Eighteenth Omnibus Objection Regarding Claim Number 417* (related document(s) was filed on April 24, 2008 and stated that it was related to document 5637. However, upon review of that Objection, it appears that the reference to document 5637 was entered in error and should removed as a related document. The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to any of the Motions. The undersigned further certifies that she has reviewed the Court docket in this case and, except as otherwise provided above, no other answer, objection or responsive pleading to said Motion. Pursuant to the

notice filed in connection with the Motion, objections to the Motion was to be filed and served no later than April 30, 2008.

5. Attached hereto as **Exhibit A** is the order submitted in connection with the Motion. The undersigned respectfully requests that the order attached hereto as **Exhibit A** be entered at the convenience of the Court.

                               WHITTINGTON & AULGUR

                   By:     /s/ Kristi J. Doughty
                                 Kristi J. Doughty (No. 3826)
                                 651 N. Broad Street, Ste. #206
                                 P.O. Box 1040
                                 Middletown, DE 19709-1040
                                 (302) 378-1661
                                 Attorney for Movant

Date: May 2, 2008

EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

New Century TRS Holdings, Inc., ) Case No. 07-10416 KJC
et al., ) Chapter 11
        Debtors, ) Jointly Administered
) Ref. No.

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO 2840 Burlington, Dubuque, IA 52001

AND NOW, TO WIT, this ____ day of _____ A.D., 2008, Fremont Investment & Loan's Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause so as to permit Fremont and/or the holder of the Mortgage, as recorded in the Office of the County Recorder of Dubuque County, State of Iowa for 2840 Burlington, Dubuque, IA 52001 at Instrument No. 2006-00011716 to enforce its contractual rights against the Borrower and security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale or Trustee's Sale of the property, and any other legal remedies against the property which may be available to Fremont under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that Fremont may immediately enforce and implement this Order granting relief from the automatic stay.

_____
J.