IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al. ) ) ) ) ) ) Debtors, ) | Chapter 11 Case No. 07-10416 KJC Jointly Administered |

**CERTIFICATION OF COUNSEL REGARDING VARIOUS MOTIONS FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**
(relates to Docket Nos. 5519, 5546, and 6227 )

Kristi J. Doughty, a partner with the law firm of Whittington & Aulgur, certifies to the Court as follows:

1. On March 26, 2008, the undersigned on behalf of GRP Loan LLC filed a Motion for Relief from the Automatic Stay as to 9230 Bush Poppy Avenue, Las Vegas, NV (No. 5519).

2. On March 29, 2008, the undersigned on behalf of GRP Loan LLC filed a Motion for Relief from the Automatic Stay *Nunc Pro Tunc* as to 890 Adams Street, #33, Dorchester Ctr., MA 02124 (Docket No. 5546).

3. On April 15, 2008, the undersigned on behalf of GRP Loan LLC filed a Motion for Relief from the Automatic Stay as to 7 Parsons Drive, West Orange, NJ 07052 (Docket No. 6227).

4. The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to any of the Motions. The undersigned further certifies that she has reviewed the Court docket in this case and, except as otherwise provided above, no answer, objection or other responsive

pleading to any of the said Motions appears thereon. Pursuant to the notice filed in connection with each of the Motions, objections to the Motions were to be filed and served no later than April 30, 2008.

5. Attached hereto as collective **Exhibit A** is a compilation of the orders submitted in connection with each of the Motions. The undersigned respectfully requests that each of the orders attached hereto collectively as **Exhibit A** be entered at the convenience of the Court.

WHITTINGTON & AULGUR

By: /s/ Kristi J. Doughty
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Ste. #206
P.O. Box 1040
Middletown, DE  19709-1040
(302) 378-1661
Attorney for Movant

Date: May 2, 2008

EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al.,<br>Debtors, | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) Ref. No. 5519 |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO
### 9230 Bush Poppy Avenue, Las Vegas, NV 89147

AND NOW, TO WIT, this _____ day of _____ A.D., 2008, GRP Loan LLC's Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause to the extent such stay is applicable so as to permit GRP and/or the holder of the first Deed of Trust, as recorded in the Office of the County Recorder of Clark County, State of Nevada for 9230 Bush Poppy Avenue, Las Vegas, NV 89147 to enforce its contractual rights against the Borrower and security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale of the property and any other legal remedies against the property which may be available to GRP under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that GRP may immediately enforce and implement this Order granting relief from the automatic stay.

_____
J.

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al., Debtors, | ) Case No. 07-10416 KJC <br> ) Chapter 11 <br> ) Jointly Administered <br> ) Ref. No. 5546 |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY *NUNC PRO TUNC* AS TO 890 Adams Street, #33, Dorchester Ctr., Massachusetts

AND NOW, TO WIT, this _____ day of _____ A.D., 2008, GRP Loan LLC's Motion for Relief from Automatic Stay *Nunc Pro Tunc* having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause *nunc pro tunc* effective July 2, 2007 to the extent such stay is applicable, so as to permit GRP and/or the holder of the first Mortgage, as recorded in the Office of the County Clerk in Suffolk District, State of Massachusetts for 890 Adams Street, #33, Dorchester Ctr., Massachusetts to enforce its contractual and in rem rights against the Borrower and security interest in the aforesaid real property through recordation of assignments, foreclosure proceedings, Sheriff's Sale of the property and any other legal remedies against the property which may be available to GRP under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that GRP may immediately enforce and implement this Order granting relief from the automatic stay.

_____
J.

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al.,<br>Debtors, | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) Ref. No. 6227 |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO
### 7 Parson Drive, West Orange, NJ 07052

AND NOW, TO WIT, this ____ day of _____ A.D., 2008, GRP Loan LLC's Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause to the extent such stay is applicable, so as to permit GRP and/or the holder of the first Mortgage, as recorded in the Office of the County Recorder of Essex County, State of New Jersey for 7 Parson Drive, West Orange, NJ 07052 to enforce its contractual rights against the Borrower and security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale or Trustee's Sale of the property and any other legal remedies against the property which may be available to GRP under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that GRP may immediately enforce and implement this Order granting relief from the automatic stay.

_____
J.