## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al. | ) ) Chapter 11 ) Case No. 07-10416 KJC ) Jointly Administered ) |
| Debtors, | ) |

### CERTIFICATION OF COUNSEL REGARDING VARIOUS MOTIONS FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE
(relates to Docket No. 5540)

Kristi J. Doughty, a partner with the law firm of Whittington & Aulgur, certifies to the Court as follows:

1. On March 28, 2008, the undersigned on behalf of Deutsche Bank National Trust Company filed a Motion for Relief from the Automatic Stay *Nunc Pro Tunc* as to 365 Pineview Drive, Bedding, MI 48809. (Docket No. 5540).

2. The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to any of the Motions. The undersigned further certifies that she has reviewed the Court docket in this case and, except as otherwise provided above, no answer, objection or other responsive pleading to any of the said Motions appears thereon. Pursuant to the notice filed in connection with each of the Motions, objections to the Motions were to be filed and served no later than April 30, 2008.

3. Attached hereto as collective **Exhibit A** is a compilation of the orders submitted in connection with each of the Motions. The undersigned respectfully requests that

each of the orders attached hereto collectively as **Exhibit A** be entered at the convenience of the Court.

                    WHITTINGTON & AULGUR

By:   /s/ Kristi J. Doughty
       Kristi J. Doughty (No. 3826)
       651 N. Broad Street, Ste. #206
       P.O. Box 1040
       Middletown, DE 19709-1040
       (302) 378-1661
       Attorney for Movant

Date: May 2, 2008

EXHIBIT "A"

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al.,<br>Debtors, | ) Case No. 07-10416 KJC<br>) Chapter 11<br>) Jointly Administered<br>) Ref. No. 5540 |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY SEEKING *NUNC PRO TUNC* RELIEF AS TO 365 Pineview Drive, Bedding, MI 48809

AND NOW, TO WIT, this _____ day of _____ A.D., 2008, Deustche Bank National Trust Company's Motion for Relief from Automatic Stay Seeking *Nunc Pro Tunc* having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause *nunc pro tunc* effective October 18, 2007, to the extent such stay is applicable, so as to permit Deustche Bank National Trust Company and/or its servicer, Wells Fargo and/or the holder of the first Mortgage, as recorded in the Office of the Register of Deeds in Ionia County, State of Michigan for 365 Pineview Drive, Bedding, MI 48809 to enforce its contractual rights against the Borrower and security interest in the aforesaid real property through foreclosure proceedings, including confirmation of the Sheriff's Sale of the property, validation of the Sheriff's Deed and any other legal remedies against the property which may be available to Deustche under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that Deustche Bank National Trust Company and/or its servicer, Wells Fargo may immediately enforce and implement this Order granting relief from the automatic stay.

_____
J.