UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                               Case No. 07-10416-KJC
                                                     Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,
et al.,
            Debtors.                                 Objections due by: 4/30/08
                                                     Hrg Date: 5/7/08 @ 10:00 a.m.
_____/

CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 6276

The undersigned certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Jasper Construction's Motion for Relief From Stay with regard to 2 properties in Los Angeles County, California. The undersigned further certifies the he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than April 30, 2008.

It is hereby respectfully requested that the proposed order be entered at the earliest convenience of the Court.

Dated: May 2, 2008                                   LAW OFFICES OF DAVID J. STERN, P.A.
                                                     801 S. University Drive Suite 500
                                                     Plantation, FL 33324
                                                     Phone: (954) 233-8000 ext 207
                                                     Fax: (954) 233-8648

                                                     /S/ Frederic J. DiSpigna

                                                     FREDERIC J. DISPIGNA, ESQUIRE
                                                     Florida Bar No. 345539
                                                     fdispigna@dstern.com


Dated: May 2, 2008                                   Joseph H. Huston, Jr., (No. 4035)
                                                     STEVENS & LEE, P.C.
                                                     1105 North Market Street, 7th Floor
                                                     Wilmington, DE 19801
                                                     Telephone: (302) 425-3310
                                                     Direct Fax: (610) 371-7972
                                                     Email: jhh@stevenslee.com

08-39774.CNO