UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                              Case No. 07-10416-KJC
                                                    Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,
et al.,
            Debtors.                                Objections due by: 4/30/08
_____/                    Hrg Date: 5/7/08 @10:00 a.m.

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 6273

The undersigned certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Countrywide Home Loans' Motion for Relief from Stay with Regard to 87 Properties, filed on April 16, 2008. The undersigned further certifies the he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than April 30, 2008.

It is hereby respectfully requested that the proposed order be entered at the earliest convenience of the Court.

                                    LAW OFFICES OF DAVID J. STERN, P.A.
                                    900 S. Pine Island Road, Suite 400
                                    Plantation, FL 33324
                                    Phone: (954) 233-8000 ext 207
                                    Fax: (954) 233-8648

                                    /S/ Frederic J. DiSpigna
Dated: May 2, 2008                  _____
                                    FREDERIC J. DISPIGNA, ESQUIRE
                                    Florida Bar No. 345539
                                    fdispigna@dstern.com


Dated: May 2, 2008                  _____
                                    Joseph H. Huston, Jr., (No. 4035)
                                    STEVENS & LEE, P.C.
                                    1105 North Market Street, 7th Floor
                                    Wilmington, DE 19801
                                    Telephone: (302) 425-3310
                                    Direct Fax: (610) 371-7972
                                    Email: jhh@stevenslee.com