## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC., et al.,
      Debtors.

Case No. 07-10416-KJC
Chapter 11

Jointly Administered

Ref. No. 6273

_____/

### ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Stay with Regard to 87 Properties, filed by Countrywide Home Loans (Doc. #6273), and the Certification of Counsel as to no opposition to said motion, it is

ORDERED, that the Motion be, and the same is hereby **GRANTED**; and it is further

ORDERED, that the automatic stay is terminated allowing Residential Capital LLC to exercise its rights under applicable law with respect to the 87 properties identified on the list attached hereto.

Dated: _____

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

# IN RE: NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416-KJC

### LIST OF COUNTRYWIDE MORTGAGES

| | DJS FILE # | LOAN NO. | STREET ADDRESS | CITY | | ZIP | COUNTRYWIDE MTG BK/PAGE | NEW CENTURY BK/PAGE | PROPERTY VALUE | TOTAL DEBT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06-64150 | 69869590 | 1634 FLETCHER ST | HOLLYWOOD | FL | 33020 | 39141/1097 | 39141/1119 | $365,050.00 | $322,912.71 | 1 |
| 2 | 06-64683 | 73024005 | 1460 SW 134TH PL | MIAMI | FL | 33184 | 24537/2658 | 24537/2682 | $184,078.00 | $237,441.02 | 2 |
| 3 | 06-65373 | 73189785 | 385 ROBIN HOOD CIR UNIT 202 | NAPLES | FL | 34104 | 4048/1183 | 4048/1210 | $159,367.00 | $290,799.05 | 3 |
| 4 | 06-65399 | 73018940 | 1601 GREEN COVE BLVD | CLERMONT | FL | 34714 | 3160/1061 | 3160/1084 | $195,898.00 | $224,436.34 | 4 |
| 5 | 06-65550 | 73024109 | 7324 POTOMAC DR | PORT RICHEY | FL | 34668 | 7050/1821 | 7050/1845 | $88,193.00 | $113,781.12 | 5 |
| 6 | 06-65552 | 73196026 | 6326 SW 28TH STREET | MIAMI | FL | 33155 | 24603/504 | 24603/526 | $117,577.00 | $413,197.04 | 6 |
| 7 | 06-72309 | 72035998 | 3511 NW 34TH AVE | LAUDERDALE LAKES | FL | 33309 | 40430/1764 | 40430/1785 | $172,100.00 | $189,018.51 | 7 |
| 8 | 07-00126 | 73014355 | 4570 AMHERST DRIVE 86 | WEST PALM BEACH | FL | 33417 | 20359/950 | 20359/680 | $177,420.00 | $184,922.99 | 8 |
| 9 | 07-00129 | 73179360 | 2134 NE 17TH STREET | CAPE CORAL | FL | 33909 | 2006000202082 | 2006000202083 | $203,040.00 | $208,317.55 | 9 |
| 10 | 07-00130 | 73307808 | 2140 48TH STREET SW | NAPLES | FL | 34116 | 4066/1855 | 4066/1877 | $262,434.00 | $297,251.35 | 10 |
| 11 | 07-00429 | 73399972 | 1246 BAILEY AVENUE | DELTONA | FL | 32725 | 5874/4728 | 5674/4749 | $134,079.00 | $175,221.20 | 11 |
| 12 | 07-00430 | 73404532 | 1932 FAIRWAY LOOP | KISSIMMEE | FL | 34746 | 3225/862 | 3225/882 | $212,392.00 | $347,797.83 | 12 |
| 13 | 07-01046 | 73499016 | 3319 SANTA BARBARA BLVD | CAPE CORAL | FL | 33914 | 200600277746 | 200600277747 | $80,650.00 | $195,716.54 | 13 |
| 14 | 07-01328 | 72992745 | 11436 NW 93 COURT #2 | HIALEAH GARDENS | FL | 33018 | 24628/3654 | 24628/3675 | $122,312.00 | $196,773.22 | 14 |
| 15 | 07-02231 | 73161598 | 470 GENOVA AVENUE SOUTH | LEHIGH ACRES | FL | 33971 | 2006000192048 | 2006000249815 | $179,590.00 | $214,821.20 | 15 |
| 16 | 07-02232 | 73191298 | 6575 W. OAKLAND PK BLVD #417 | LAUDERHILL | FL | 33313 | 42663/1029 | 42663/1055 | $107,200.00 | $169,288.64 | 16 |
| 17 | 07-02636 | 69867734 | 7525 LAKESIDE DRIVE | MILTON | FL | 32583 | 2412/989 | 2412/989 | $118,326.00 | $141,608.40 | 17 |
| 18 | 07-02637 | 70081209 | 1360 SW 71ST TERRACE | NORTH LAUDERDALE | FL | 33068 | 39028/1781 | 39028/1803 | $159,960.00 | $150,219.89 | 18 |
| 19 | 07-03021 | 73014115 | 1851 LANDSTREET RD #1107 | ORLANDO | FL | 32809 | 8658/468 | 8658/588 | $49,920.00 | $66,572.23 | 19 |
| 20 | 07-03941 | 73301759 | 5134 LITTLE BETH DRIVE NORTH | BOYNTON BEACH | FL | 33472 | 20508/796 | 20508/821 | $339,119.00 | $342,960.20 | 20 |
| 21 | 07-06149 | 73284541 | 521 N 74 AVENUE | HOLLYWOOD | FL | 33024 | 42317/1992 | 42318/1 | $267,340.00 | $260,266.27 | 21 |
| 22 | 07-07303 | 73190049 | 3475 22ND AVENUE SE | NAPLES | FL | 34117 | 4051/1880 | 4051/1902 | $270,039.00 | $280,098.96 | 22 |
| 23 | 07-09164 | 73517074 | 8451 KINGBIRD LOOP #318 | FORT MYERS | FL | 33967 | 2006000277462 | 2006000277463 | $206,000.00 | $239,928.01 | 23 |
| 24 | 07-09841 | 73503681 | 2261 SW 19 TERRACE | MIAMI | FL | 33145 | 24741/514 | 24741/536 | $435,737.00 | $485,972.28 | 24 |
| 25 | 07-10068 | 73163782 | 2865 WINKLER AVE UNIT 416 | FORT MYERS | FL | 33916 | 2006000233815 | 2006000233816 | $91,000.00 | $102,534.27 | 25 |
| 26 | 07-10200 | 73401284 | 449 MIRAMAR AVENUE | DAVENPORT | FL | 33897 | 6888/923 | 6888/904 | $199,310.00 | $225,779.77 | 26 |
| 27 | 07-11315 | 73181824 | 3345 WILSHIRE WAY RD #11 | ORLANDO | FL | 32829 | 8712/1625 | 8712/1649 | $154,400.00 | $168,232.00 | 27 |
| 28 | 07-16645 | 72999402 | 10 SW SOUTH RIVER DRIVE #1007 | MIAMI | FL | 33130 | 24522/3233 | 24522/3260 | $199,940.00 | $232,897.10 | 28 |
| 29 | 07-16701 | 73009675 | 1875 SW JANETTE AVENUE | PORT SAINT LUCIE | FL | 34953 | 2558/1328 | 2558/1349 | $234,000.00 | $246,070.91 | 29 |

EXHIBIT A

08-32206

# IN RE: NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416-KJC

## LIST OF COUNTRYWIDE MORTGAGES

| | DJS FILE # | LOAN NO. | STREET ADDRESS | CITY | | ZIP | COUNTRYWIDE MTG BK/PAGE | NEW CENTURY BK/PAGE | PROPERTY VALUE | TOTAL DEBT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 07-16708 | 73308656 | 11900 SW 168TH STREET | MIAMI | FL | 33177 | 24750/2927 | 24750/2948 | $262,234.00 | $262,494.85 | 30 |
| 31 | 07-17822 | 73022780 | 630 GULFSTREAM TRAIL | ORANGE PARK | FL | 32073 | 2726/213 | 2726/238 | $196,873.00 | $200,994.89 | 31 |
| 32 | 07-18230 | 73300191 | 9920 ROYAL PALM BLVD #9920 | CORAL SPRINGS | FL | 33065 | 42412/1361 | 42412/1385 | $208,760.00 | $219,644.11 | 32 |
| 33 | 07-18232 | 73510674 | 2995 SAVANNAHS TRAIL | MERRITT ISLAND | FL | 32953 | 5625/4399 | 5625/4423 | $276,400.00 | $408,928.73 | 33 |
| 34 | 07-18406 | 73021804 | 2200 NE 2ND AVENUE | CAPE CORAL | FL | 33909 | 2006000203043 | 2006000203044 | $149,500.00 | $193,427.10 | 34 |
| 35 | 07-18642 | 73188697 | 1429 NE 5TH PLACE | CAPE CORAL | FL | 33909 | 2006000203043 | 2006000203044 | $245,870.00 | $288,966.92 | 35 |
| 36 | 07-19217 | 66980343 | 2611 QUARTERDECK COURT | KISSIMMEE | FL | 34743 | 2582/1 | 2817/1632 | $236,877.00 | $55,000.00 | 36 |
| 37 | 07-19244 | 73290270 | 4240 RANDALL BLVD | NAPLES | FL | 34120 | 4056/3641 | 4056/3662 | $284,089.00 | $331,787.79 | 37 |
| 38 | 07-67585 | 73014051 | 4931 WILDFLOWER DR | LAKELAND | FL | 33811 | 6761/449 | 6761/471 | $107,950.00 | $119,213.49 | 38 |
| 39 | 07-67798 | 73198210 | 9610 NW 43RD ST | SUNRISE | FL | 33351 | 42262/1038 | 42262/1063 | $256,200.00 | $306,360.85 | 39 |
| 40 | 07-68255 | 71455318 | 19425 NW 62ND CT | MIAMI | FL | 33015 | 23279/3987 | 23279/4012 | $277,390.00 | $219,406.09 | 40 |
| 41 | 07-68981 | 73303216 | 7401 35TH AVE N. | SAINT PETERSBURG | FL | 33710 | 15521/1996 | 15521/2018 | $88,500.00 | $114,666.65 | 41 |
| 42 | 07-69267 | 73298263 | 890 EASTHAM WAY UNIT #202 | NAPLES | FL | 34104 | 4060/323 | 4060/323 | $218,625.00 | $358,908.72 | 42 |
| 43 | 07-70088 | 73418302 | 24231 SW 107TH AVE | HOMESTEAD | FL | 33032 | 24700/959 | 24700/981 | $230,253.00 | $322,243.89 | 43 |
| 44 | 07-70474 | 73167063 | 1110 NE 13TH PL | CAPE CORAL | FL | 33909 | 2006000169630 | 2006000169631 | $165,210.00 | $166,342.91 | 44 |
| 45 | 07-70763 | 73180968 | 1847 CARALEE BLVD #1 | ORLANDO | FL | 32822 | 8786/588 | 8786/613 | $62,700.00 | $78,366.29 | 45 |
| 46 | 07-76389 | 73405676 | 15556 SW 47TH TERR | MIAMI | FL | 33185 | 24805/2808 | 24805/2829 | $133,983.00 | $439,116.27 | 46 |
| 47 | 07-76396 | 73414798 | 4255 W. HUMPHREY ST. #811 | TAMPA | FL | 33614 | 16642/387 | 16642/411 | $52,420.00 | $120,836.69 | 47 |
| 48 | 07-77281 | 73423471 | 1325 SE 1ST TERR | CAPE CORAL | FL | 33990 | 2006000253721 | 2006000235722 | $194,970.00 | $255,734.13 | 48 |
| 49 | 07-77383 | 73509209 | 4207 W. KNIGHTS AVE | TAMPA | FL | 33611 | 16363/309 | 16363/362 | $247,693.00 | $288,328.90 | 49 |
| 50 | 07-77493 | 73420662 | 5056 CALDWELL ST | SPRING HILL | FL | 34606 | 2291/1266 | 2291/1287 | $98,239.00 | $188,591.00 | 50 |
| 51 | 07-77494 | 73439761 | 3265 72ND AVE NE | NAPLES | FL | 34120 | 4086/805 | 4086/826 | $166,750.00 | $300,060.67 | 51 |
| 52 | 07-77854 | 73302439 | 230 NW 107TH AVE UNIT #105 | MIAMI | FL | 33172 | 24732/4595 | 24732/4619 | $124,900.00 | $157,385.32 | 52 |
| 53 | 07-77863 | 73003018 | 11111 SW 154TH ST | MIAMI | FL | 33157 | 24515/3944 | 24515/3961 | $180,644.00 | $248,985.40 | 53 |
| 54 | 07-78258 | 73420398 | 9244 SW 2ND ST | BOCA RATON | FL | 33428 | 20648/1896 | 20648/1917 | $99,771.00 | $228,770.31 | 54 |
| 55 | 07-78266 | 73176448 | 1456 SW PATRICIA AVE | PORT SAINT LUCIE | FL | 34952 | 2558/2616 | 2558/2639 | $68,400.00 | $273,720.07 | 55 |
| 56 | 07-79362 | 73154573 | 1043 WOODBRIDGE HOLLOW RD | JACKSONVILLE | FL | 32218 | 13296/1139 | 13296/1160 | $121,737.00 | $163,503.98 | 56 |
| 57 | 07-80495 | 73520507 | 4207 PELICAN BLVD | CAPE CORAL | FL | 33914 | 2006253761 | 2006253762 | $393,360.00 | $694,337.01 | 57 |
| 58 | 07-80667 | 73280149 | 17730 NE 36TH AVE | OPA LOCKA | FL | 33056 | 24750/4226 | 24570/4247 | $141,669.00 | $221,739.14 | 58 |

08-32206

EXHIBIT A

# IN RE: NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416-KJC

## LIST OF COUNTRYWIDE MORTGAGES

| | DJS FILE # | LOAN NO. | STREET ADDRESS | CITY | | ZIP | COUNTRYWIDE MTG BK/PAGE | NEW CENTURY BK/PAGE | PROPERTY VALUE | TOTAL DEBT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | 07-81227 | 73302407 | 7461 SW 158TH TERRACE | MIAMI | FL | 33157 | 24721/4963 | 24721/4984 | $482,045.00 | $514,735.08 | 59 |
| 60 | 07-81459 | 73400108 | 3928 VISCAYA ST | SEBRING | FL | 33872 | 1989/1040 | 1989/1064 | $159,496.00 | $190,764.86 | 60 |
| 61 | 07-82773 | 73510898 | 331 SE 5TH TERR | POMPANO BEACH | FL | 33060 | 41958/1028 | 41958/1048 | $584,440.00 | $624,536.53 | 61 |
| 62 | 07-83359 | 73009331 | 21055 YACHT CLUB DR #1703 | MIAMI | FL | 33180 | 24559/1669 | 24559/1696 | $450,800.00 | $570,153.57 | 62 |
| 63 | 07-84370 | 69951320 | 3227 EASTMAN AVE NE | PALM BAY | FL | 32905 | 5397/2552 | 5397/2573 | $116,670.00 | $120,715.29 | 63 |
| 64 | 07-84597 | 73868582 | 1728 SW 15TH ST | CAPE CORAL | FL | 33991 | 2006000350895 | 2006000350896 | $180,550.00 | $192,021.22 | 64 |
| 65 | 07-84666 | 73016084 | 225 7TH SPRING DR | MERRITT ISLAND | FL | 32953 | 5648/6979 | 5648/7005 | $128,820.00 | $142,459.85 | 65 |
| 66 | 07-84669 | 73177752 | 4330 SW 23RD CT | FORT LAUDERDALE | FL | 33317 | 42004/1282 | 42004/1304 | $180,090.00 | $245,509.64 | 66 |
| 67 | 07-84880 | 71447149 | 47171 N. 9TH AVE G#6 | PENSACOLA | FL | 32504 | 5611/634 | 5611/654 | $92,510.00 | $85,867.06 | 67 |
| 68 | 07-84886 | 73432448 | 406 JULIA ST | KEY WEST | FL | 33040 | 2227/1895 | 2227/1919 | $473,995.00 | $535,633.51 | 68 |
| 69 | 07-85462 | 73529324 | 19520 SW 54TH ST | MIRAMAR | FL | 33029 | 42609/406 | 42609/430 | $493,700.00 | $702,789.77 | 69 |
| 70 | 07-85569 | 73009875 | 23 PRAIRIE LN | PALM COAST | FL | 32164 | 1435/1093 | 1435/1116 | $53,000.00 | $247,381.69 | 70 |
| 71 | 07-85643 | 73302551 | 1833 S. PALMETTO AVE | SOUTH DAYTONA | FL | 32119 | 5862/3699 | 5862/3723 | $137,134.00 | $210,509.00 | 71 |
| 72 | 07-86193 | 73411125 | 10160 SW 217TH ST | CUTLER BAY | FL | 33190 | 24812/2006 | 24812/2027 | $104,796.00 | $302,870.01 | 72 |
| 73 | 07-86584 | 73192562 | 4 PROSPERITY LN | PALM COAST | FL | 32164 | 1443/160 | 1443/187 | $175,903.00 | $243,627.66 | 73 |
| 74 | 07-86950 | 73390691 | 2067 WIND TRACE RD | NAVARRE | FL | 32566 | 2622/1568 | 2622/1585 | $164,309.00 | $200,747.83 | 74 |
| 75 | 07-87920 | 73022868 | 600 NEWCASTLE DR | BEACH | FL | 32547 | 2720/2221 | 2720/2243 | $76,200.00 | $168,083.76 | 75 |
| 76 | 07-89419 | 73017684 | 630 NE 138 STREET | MIAMI | FL | 33161 | 24636/3557 | 24636/3581 | $189,977.00 | $259,532.39 | 76 |
| 77 | 07-89424 | 73189089 | 1021 SOUTH MYRTLE AVE | NEW SMYRNA BEACH | FL | 32168 | 5846/3909 | 5746/3931 | $100,940.00 | $189,024.12 | 77 |
| 78 | 07-89425 | 73191514 | 1806 E CHERRY ST | PLANT CITY | FL | 33563 | 17696/633 | 17696/653 | $93,071.00 | $176,073.72 | 78 |
| 79 | 07-92630 | 73401356 | 17333 SW 142 COURT | MIAMI | FL | 33177 | 24740/3317 | 24740/3334 | $191,082.00 | $266,707.59 | 79 |
| 80 | 07-92631 | 73405660 | 3909 SE 10 LANE | OCALA | FL | 34471 | 4513/1680 | 4513/1702 | $155,971.00 | $174,453.77 | 80 |
| 81 | 07-92634 | 73521211 | 2333 ALTON ROAD | PORT CHARLOTTE | FL | 33952 | 2995/976 | 2995/997 | $142,102.00 | $162,636.69 | 81 |
| 82 | 07-95329 | 73003042 | 8509 CRESPI BLVD UNIT 6 | MIAMI BEACH | FL | 33141 | 24584/2210 | 24584/2237 | $357,000.00 | $365,197.12 | 82 |
| 83 | 07-95330 | 73006914 | 525 TARPON AVENUE | SARASOTA | FL | 34237 | 2006083100 | 2006083101 | $116,390.00 | $203,383.12 | 83 |
| 84 | 07-95331 | 73311665 | 2780 NW 153 TERRACE | MIAMI GARDENS | FL | 33054 | 24760/2218 | 24760/2238 | $105,409.00 | $170,466.66 | 84 |
| 85 | 07-98629 | 73312873 | 3240 NW 46TH AVENUE | LAUDERDALE LAKES | FL | 33319 | 42356/1527 | 42356/1550 | $231,000.00 | $227,832.01 | 85 |
| 86 | 07-99850 | 73022188 | 203 ROCKCLIFF AVENUE | LEHIGH ACRES | FL | 33936 | 2006000206901 | 2006000206902 | $156,240.00 | $166,380.52 | 86 |
| 87 | 07-99862 | 73196554 | 1426 NE 6TH PLACE | CAPE CORAL | FL | 33909 | 2006000216538 | 2006000216539 | $212,460.00 | $227,738.65 | 87 |

08-32206

EXHIBIT A