**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., 1 | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | **Objection Deadline:  May 23, 2008** |
| | : | **Hearing Date:  To Be Determined** |

**NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST**

Name of Applicant:                                HAHN & HESSEN LLP

Authorized to Provide
Professional Services to:                         The Official Committee of Unsecured Creditors

Date of Retention:                                May 30, 2007 (effective April 9, 2007)

Period for which compensation
and reimbursement is sought:                      April 9, 2007 through July 31, 2007[2]

Amount of Compensation sought as
actual, reasonable and necessary:                 $2,596,885.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:              $87,658.12

This is (a)n:  _X_  interim        ____ final application

---

1    The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

2    Hahn & Hessen LLP's April, May, June and July 2007 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** |
| Date Filed: 8/29/07 Docket No. 2610 | 4/9/07 - 4/30/07 | $636,675.50 | $16,740.88 | $509,340.40 | $16,740.88 |
| Date Filed: 10/23/07 Docket No. 3408 | 5/1/07 - 5/31/07 | $860,748.00 | $35,572.61 | $688,598.40 | $35,572.61 |
| Date Filed: 11/14/07 Docket No. 3792 | 6/1/07 - 6/30/07 | $561,235.00 | $20,399.19 | $448,988.00 | $20,399.19 |
| Date Filed: 12/03/07 Docket No. 4013 | 7/1/07 - 7/31/07 | $538,227.00 | $14,945.44 | $430,581.60 | $14,945.44 |

Summary of Any Objections to Fee Applications: No objections have been filed to Hahn & Hessen LLP's monthly fee applications.

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 (the "Interim Compensation Order"), objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the notice parties, so as to be received by **May 23, 2008 at 4:00 p.m. (Eastern Time).** If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: May 2, 2008
New York, New York

**HAHN & HESSEN LLP**
Co-Counsel to The Official Committee of Unsecured Creditors of New Century Holdings, Inc., Debtor

By: /s/ *Mark S. Indelicato*
Mark S. Indelicato
A Member of the Firm
488 Madison Avenue
New York, NY 10022
(212) 478-7200
(212) 478-7400 facsimile