IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No.: 07-10416-KJC |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, *et al.*, | Chapter 11 |
| Debtor. | |
| SUNTRUST BANK, | Objections due: May 2, 2008 |
| Movant, | Hearing date: May 7, 2008 @ 10 A.M. |
| v. | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, *et al.*, | |
| Respondents. | |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 5527**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion of SunTrust Bank ("SunTrust") Seeking Relief From the Automatic Stay ("Motion") filed on March 27, 2008. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to SunTrust's Motion appears thereon. Pursuant to the Notice of Motion of SunTrust Bank Seeking Relief from the Automatic Stay, objections to SunTrust's Motion were to be filed and served no later than May 2, 2008.

It is hereby respectfully requested that the Order attached to the Motion of SunTrust Bank Seeking Relief from the Automatic Stay be entered at the earliest convenience of the Court.

Respectfully Submitted,

By: _____

Patrick Scanlon, Esquire
PATRICK SCANLON, P.A.
203 NE Front Street, Suite 101
Milford, DE 19963
Telephone: (302) 424-1996
Facsimile: (302) 424-0221

Attorneys for SunTrust Bank