## AFFIDAVIT OF MAILING

STATE OF DELAWARE  )
                   ) ss.
COUNTY OF KENT     )

    I, the undersigned, do hereby certify that on the ___5th___ day of __May__, 2008, I served by first class United States mail, postage prepaid, (or via electronic notice), a true and correct copy of the within Certification of No Objection Regarding Docket No. __5527__ to the following:

TO:   New Century TRS Holdings, Inc.       Christopher M. Samis, Esquire
       3337 Michelson Drive, Suite CN-350   920 North King Street
       Irvine, CA  92612                            Wilmington, DE  19801

       United States Trustee                   Official Committee of Unsecured Creditors
       844 King Street, Room 2207          Bonnie Glantz Fatell, Esquire
       Lockbox #35                               1201 Market Street, Suite 800
       Wilmington, DE 19801-0035           Wilmington, DE  19801

                                    By: _____
                                        Patrick Scanlon, Esquire
                                        PATRICK SCANLON, P.A.
                                        203 NE Front Street, Suite 101
                                        Milford, DE 19963
                                        Telephone: (302) 424-1996
                                        Facsimile: (302) 424-0221

                                        Attorneys for SunTrust Bank

    **SWORN TO AND SUBSCRIBED** before me the day, month and year first above written.

                                        _____
                                        NOTARY PUBLIC

                                          Darlene W. Blythe
                                          Notary Public
                                          State of Delaware
                                          My Comm. Exp: 10/11/09