# EXHIBIT "B"

# EXHIBIT "B"

## SUMMARY OF BILLING BY ATTORNEY
## MARCH 1, 2008 THROUGH MARCH 31, 2008

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate (including changes and 10% discount)* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Mark Minuti[1] | 1988 | Partner (since 1997) | $459.00 | 12.0 | $5,508.00 |
| Renee L. Lowder[2] | N/A | Paralegal (since 2005) | $144.00 | 6.7 | $964.80 |
| TOTAL | | | | 18.7 | $6,472.80 |

Blended Rate: $346.13

[1] Total reflects a 10% reduction of $612.00 of fees.
[2] Total reflects a 10% reduction of $107.20 of fees.

\* This rate is Saul Ewing LLP's regular hourly rate for legal services. All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustments occurred on July 1, 2007 with respect to the Bankruptcy and Reorganization Department, and on January 1, 2008 with respect to all other firm departments).

558593 1 5/2/08

## Attorney Biography

**Mark Minuti**, *Partner*.  Mark Minuti is a Partner in Saul Ewing's Bankruptcy and Restructuring Department, and Managing Partner of the Firm's Wilmington, Delaware office. He concentrates his practice in bankruptcy law.  Having practiced bankruptcy law in Delaware since 1989, Mr. Minuti has seen his practice grow from a small local practice to a sophisticated national practice.  Along the way, Mr. Minuti has been involved in almost every major bankruptcy case filed in Delaware.

Mr. Minuti's practice includes the representation of debtors, unsecured creditors committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and Chapter 11 proceedings, both in and out of Delaware.  Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions.  Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

Mr. Minuti received his B.S. degree from the University of Delaware and his law degree from the Widener University School of Law in 1988.  He is admitted to practice law before the United States District Court for the District of Delaware and the United States Court of Appeals for the Third Circuit.

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S MARCH 2008 TIME ENTRIES

| | | | | |
|---|---|---|---|---|
| 3/9/2008 | MM | E-mail re: article on Cash Collateral Report | 0.1 | 45.9 |
| 3/9/2008 | MM | E-mail re: file retention procedures | 0.1 | 45.9 |
| 3/10/2008 | MM | E-mail re: Committee's Motion to Retain Report Under Seal | 0.2 | 91.8 |
| 3/12/2008 | MM | E-mails re: 3/13/08 meeting with Committee | 0.2 | 91.8 |
| 3/12/2008 | MM | E-mails re: coverage at 3/25/08 hearing | 0.2 | 91.8 |
| 3/13/2008 | MM | Prepare for and attend meeting with Committee professionals re: report questions and issues | 2.7 | 1,239.30 |
| 3/14/2008 | MM | Review of Motion to Keep Report Under Seal | 0.2 | 91.8 |
| 3/17/2008 | MM | Review of Saul Ewing's 7th Monthly Fee Application | 0.2 | 91.8 |
| 3/17/2008 | MM | E-mail re: Saul Ewing's 7th Monthly Fee Application | 0.1 | 45.9 |
| 3/18/2008 | MM | Review of Objection to Committee's Motion to Keep Report Under Seal | 0.2 | 91.8 |
| 3/18/2008 | MM | E-mail re: Objection to Committee's Motion to Keep Report Under Seal | 0.1 | 45.9 |
| 3/19/2008 | MM | E-mails re: Certifications of No Objection for Examiner's and Kirkpatrick Lockhart's 7th Fee Applications | 0.2 | 91.8 |
| 3/19/2008 | MM | Review of Notice of Continuance of 3/25/08 hearing | 0.2 | 91.8 |
| 3/19/2008 | MM | E-mails with Examiner re: continuance of 3/25/08 hearing | 0.2 | 91.8 |
| 3/20/2008 | MM | E-mails re: New York Retiree's e-mail regarding possible 3/26/08 teleconference with the Court | 0.2 | 91.8 |
| 3/20/2008 | MM | E-mail re: Objection to Committee's Motion to Keep Report Under Seal | 0.1 | 45.9 |
| 3/21/2008 | MM | Telephone calls and e-mails re: continuance of hearing on Committee's Motion to Keep Report Under Seal / possible call with Court on 3/26/08 | 0.4 | 183.6 |
| 3/21/2008 | MM | E-mails re: Motion Limiting Third Party Discovery | 0.1 | 45.9 |
| 3/24/2008 | MM | Review of Motion for Protection from Third Party Discovery | 0.4 | 183.6 |
| 3/24/2008 | MM | E-mails with B. Klein re: Motion for Protection from Third Party Discovery | 0.2 | 91.8 |
| 3/24/2008 | MM | Review of NYSTRS' Objection to Committee's Motion to Keep Report Under Seal | 0.2 | 91.8 |
| 3/25/2008 | MM | Review and file Examiner's and Kirkpatrick Lockhart's Monthly Fee Applications | 0.5 | 229.5 |
| 3/25/2008 | MM | E-mails re: Examiner's and Kirkpatrick Lockhart's Monthly Fee Applications | 0.3 | 137.7 |
| 3/25/2008 | MM | Telephone call with U.S. Trustee's office and Committee's counsel re: unsealing Final Report | 0.5 | 229.5 |
| 3/25/2008 | MM | Telephone calls and e-mails re: unsealing Final Report | 0.5 | 229.5 |
| 3/25/2008 | MM | Telephone call re: coordinating unsealing Final Report | 0.2 | 91.8 |

558596

NEW CENTURY TRS HOLDINGS, INC., et al.
CASE NO. 07-10416 (KJC)
SAUL EWING LLP'S MARCH 2008 TIME ENTRIES

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 3/25/2008 | MM | E-mails re: corrected version of Final Report | 0.2 | 91.8 |
| 3/25/2008 | MM | Read Final Report | 1.6 | 734.4 |
| 3/26/2008 | MM | Telephone calls and e-mails with outside counsel, Committee counsel and Chambers re: filing unsealed report | 1 | 459 |
| 3/26/2008 | MM | Coordinate filing of unsealed Final Report | 0.2 | 91.8 |
| | MM | Total | 12 | 5,508.00 |
| 3/14/2008 | RLL | Draft seventh fee application for Saul Ewing (January 2008) | 1.4 | 201.6 |
| 3/17/2008 | RLL | Edits to Saul Ewing's January 2008 fee application | 1.2 | 172.8 |
| 3/17/2008 | RLL | Prepare Affidavit of Service regarding Saul Ewing's January 2008 fee application | 0.6 | 86.4 |
| 3/17/2008 | RLL | Efile Saul Ewing's January 2008 fee application, coordinate service; send to client and fee auditor | 1.1 | 158.4 |
| 3/19/2008 | RLL | Prepare Certificates of No Objection for Kirkpatrick Lockhart's fee application and Missal's Fee Application | 0.6 | 86.4 |
| 3/25/2008 | RLL | Prepare Kirkpatrick Lockhart's and Missal's 8th fee application for filing; efile | 0.7 | 100.8 |
| 3/25/2008 | RLL | Coordinate service, send documents to client, e-calendar objection dates | 0.8 | 115.2 |
| 3/25/2008 | RLL | Prepare Affidavits of Service for Kirkpatrick Lockhart's 8th Fee Application and Missal's 8th Fee Application | 0.3 | 43.2 |
| | RLL | Total | 6.7 | 964.8 |
| | | **Grand Total** | 18.7 | 6472.8 |

558596