# EXHIBIT "C"

558593 1 5/2/08

# EXHIBIT "C"

## COMPENSATION BY PROJECT CATEGORY

## MARCH 1, 2008 THROUGH MARCH 31, 2008

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Cash Collateral and DIP Financing | 0.1 | $45.90 |
| Committee Matters | 2.9 | $1,331.10 |
| Fee Applications and Matters | 8.0 | $1,561.50 |
| Other Litigation, Including Stay Relief | 6.4 | $2,937.60 |
| Plan and Disclosure Statement | 0.1 | $45.90 |
| Preparation for and Attendance at Hearing | 1.2 | $550.80 |
| **TOTAL** | **18.7** | **$6,472.80** |

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Michael J. Missel (EXAMINER)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006

| | |
|---|---|
| Invoice Number | 2027766 |
| Invoice Date | 04/24/08 |
| Client Number | 355619 |
| Matter Number | 00006 |

Re:   Cash Collateral and Dip Financing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/08:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/09/08 | MM | E-mail re: article on Cash Collateral Report | 0.1 | 45.90 |
| | | TOTAL HOURS | 0.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 0.1 | at | $459.00 | = | 45.90 |

CURRENT FEES                                                                                45.90

**TOTAL AMOUNT OF THIS INVOICE**                                           45.90

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

558446.1 4/28/08

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2027767 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 04/24/08 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00008 |

Re:  Committee Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/08:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/12/08 | MM | E-mails re: 3/13/08 meeting with Committee | 0.2 | 91.80 |
| 03/13/08 | MM | Prepare for and attend meeting with Committee professionals re: report questions and issues | 2.7 | 1,239.30 |
| | | TOTAL HOURS | 2.9 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 2.9 | at | $459.00 | = | 1,331.10 |

CURRENT FEES  1,331.10

**TOTAL AMOUNT OF THIS INVOICE**  1,331.10

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

558446.1 4/28/08

# SAUL EWING
## Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Michael J. Missel (EXAMINER)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006

| | |
|---|---|
| Invoice Number | 2027768 |
| Invoice Date | 04/24/08 |
| Client Number | 355619 |
| Matter Number | 00011 |

Re:   Fee Applications and Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/08:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/14/08 | RLL | Draft seventh fee application for Saul Ewing (January 2008) | 1.4 | 201.60 |
| 03/17/08 | RLL | Edits to Saul Ewing's January 2008 fee application | 1.2 | 172.80 |
| 03/17/08 | RLL | Prepare Affidavit of Service regarding Saul Ewing's January 2008 fee application | 0.6 | 86.40 |
| 03/17/08 | RLL | Efile Saul Ewing's January 2008 fee application, coordinate service; send to client and fee auditor | 1.1 | 158.40 |
| 03/17/08 | MM | Review of Saul Ewing's 7th Monthly Fee Application | 0.2 | 91.80 |
| 03/17/08 | MM | E-mail re: Saul Ewing's 7th Monthly Fee Application | 0.1 | 45.90 |
| 03/19/08 | RLL | Prepare Certificates of No Objection for Kirkpatrick Lockhart's fee application and Missal's Fee Application | 0.6 | 86.40 |
| 03/19/08 | MM | E-mails re: Certifications of No Objection for Examiner's and Kirkpatrick Lockhart's 7th Fee Applications | 0.2 | 91.80 |
| 03/25/08 | MM | Review and file Examiner's and Kirkpatrick Lockhart's Monthly Fee Applications | 0.5 | 229.50 |
| 03/25/08 | MM | E-mails re: Examiner's and Kirkpatrick Lockhart's Monthly Fee Applications | 0.3 | 137.70 |
| 03/25/08 | RLL | Prepare Kirkpatrick Lockhart's and Missal's 8th fee application for filing; efile | 0.7 | 100.80 |
| 03/25/08 | RLL | Coordinate service, send documents to client, e-calendar objection dates | 0.8 | 115.20 |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

558446.1 4/28/08

| 355619 | Missel, Michael J. (EXAMINER) | Invoice Number 2027768 |
|---|---|---|
| 00011 | Fee Applications and Matters | Page 2 |
| 04/24/08 | | |

| | | | | |
|---|---|---|---|---|
| 03/25/08 | RLL | Prepare Affidavits of Service for Kirkpatrick Lockhart's 8th Fee Application and Missal's 8th Fee Application | 0.3 | 43.20 |
| | | TOTAL HOURS | 8.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Renee L. Lowder | 6.7 | at | $144.00 | = | 964.80 |
| Mark Minuti | 1.3 | at | $459.00 | = | 596.70 |

| | |
|---|---|
| CURRENT FEES | 1,561.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,561.50 |

# SAUL EWING
### Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2027770 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 04/24/08 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00013 |

Re:  Other Litigation, Including Stay Relief

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/08:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/03/08 | MM | E-mails re: typo in Executive Summary | 0.2 | 91.80 |
| 03/09/08 | MM | E-mail from Examiner re: 3/5/08 omnibus hearing report discussion | 0.2 | 91.80 |
| 03/09/08 | MM | E-mail re: file retention procedures | 0.1 | 45.90 |
| 03/10/08 | MM | E-mail re: Committee's Motion to Retain Report Under Seal | 0.2 | 91.80 |
| 03/14/08 | MM | Review of Motion to Keep Report Under Seal | 0.2 | 91.80 |
| 03/18/08 | MM | Review of Objection to Committee's Motion to Keep Report Under Seal | 0.2 | 91.80 |
| 03/18/08 | MM | E-mail re: Objection to Committee's Motion to Keep Report Under Seal | 0.1 | 45.90 |
| 03/20/08 | MM | E-mail re: Objection to Committee's Motion to Keep Report Under Seal | 0.1 | 45.90 |
| 03/21/08 | MM | E-mails re: Motion Limiting Third Party Discovery | 0.1 | 45.90 |
| 03/24/08 | MM | Review of Motion for Protection from Third Party Discovery | 0.4 | 183.60 |
| 03/24/08 | MM | E-mails with B. Klein re: Motion for Protection from Third Party Discovery | 0.2 | 91.80 |
| 03/24/08 | MM | Review of NYSTRS' Objection to Committee's Motion to Keep Report Under Seal | 0.2 | 91.80 |
| 03/25/08 | MM | Telephone call with U.S. Trustee's office and Committee's counsel re: unsealing Final Report | 0.5 | 229.50 |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

558446.1 4/28/08

355619  
00013  
04/24/08

Missel, Michael J. (EXAMINER)  
Other Litigation, Including Stay Relief

Invoice Number 2027770  
Page 2

| 03/25/08 | MM | Telephone calls and e-mails re: unsealing Final Report | 0.5 | 229.50 |
| --- | --- | --- | --- | --- |
| 03/25/08 | MM | Telephone call re: coordinating unsealing Final Report | 0.2 | 91.80 |
| 03/25/08 | MM | E-mails re: corrected version of Final Report | 0.2 | 91.80 |
| 03/25/08 | MM | Read Final Report | 1.6 | 734.40 |
| 03/26/08 | MM | Telephone calls and e-mails with outside counsel, Committee counsel and Chambers re: filing unsealed report | 1.0 | 459.00 |
| 03/26/08 | MM | Coordinate filing of unsealed Final Report | 0.2 | 91.80 |

                                                        TOTAL HOURS      6.4

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| Mark Minuti | 6.4 | at | $459.00 | = | 2,937.60 |

                    CURRENT FEES                                    2,937.60

                    **TOTAL AMOUNT OF THIS INVOICE**                2,937.60

558446.1 4/28/08



**SAUL EWING**
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number  2027771 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date    04/24/08 |
| 1601 K Street, NW | Client Number   355619 |
| Washington, DC 20006 | Matter Number   00014 |

Re:  Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/08:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/03/08 | MM | E-mail re: U.S. Trustee's Objection to Disclosure Statement | 0.1 | 45.90 |
| | | TOTAL HOURS | 0.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 0.1 | at | $459.00 | = | 45.90 |

CURRENT FEES                                       45.90

**TOTAL AMOUNT OF THIS INVOICE**                   45.90

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE  CHESTERBROOK  HARRISBURG  NEWARK  PHILADELPHIA  PRINCETON  WASHINGTON  WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

558446 1 4/28/08

# SAUL EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2027772 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 04/24/08 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00015 |

Re: Preparation For And Attendance At Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/08:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/12/08 | MM | E-mails re: coverage at 3/25/08 hearing | 0.2 | 91.80 |
| 03/19/08 | MM | Review of Notice of Continuance of 3/25/08 hearing | 0.2 | 91.80 |
| 03/19/08 | MM | E-mails with Examiner re: continuance of 3/25/08 hearing | 0.2 | 91.80 |
| 03/20/08 | MM | E-mails re: New York Retiree's e-mail regarding possible 3/26/08 teleconference with the Court | 0.2 | 91.80 |
| 03/21/08 | MM | Telephone calls and e-mails re: continuance of hearing on Committee's Motion to Keep Report Under Seal / possible call with Court on 3/26/08 | 0.4 | 183.60 |
| | | TOTAL HOURS | 1.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 1.2 | at | $459.00 | = | 550.80 |

CURRENT FEES  550.80

**TOTAL AMOUNT OF THIS INVOICE**  550.80

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

558446.1 4/28/08