# EXHIBIT "D"

558593 1 5/2/08

**EXHIBIT "D"**

**EXPENSE SUMMARY**

**MARCH 1, 2008 THROUGH MARCH 31, 2008**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (2334 pages @ $0.10/page) | | $233.40 |
| Telephone | | $4.77 |
| Postage | | $11.40 |
| Outside Photocopying | *Digital Legal Services* | $672.80 |
| Messenger Service | | $50.00 |
| Fed Ex | | $65.23 |
| **TOTAL** | | **$1,037.60** |



SAUL EWING
Attorneys at Law
A Delaware LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Michael J. Missel (EXAMINER) | Invoice Number 2027765 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Invoice Date 04/24/08 |
| 1601 K Street, NW | Client Number 355619 |
| Washington, DC 20006 | Matter Number 00002 |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 03/17/08 | Photocopying | 4.40 | |
| 03/17/08 | Photocopying | 41.80 | |
| 03/25/08 | Photocopying | 11.40 | |
| 03/25/08 | Photocopying | 57.00 | |
| 03/25/08 | Photocopying | 25.80 | |
| 03/25/08 | Photocopying | 93.00 | |
| | Total Photocopying | | 233.40 |
| 03/07/08 | Telephone | 2.97 | |
| 03/26/08 | Telephone | 0.22 | |
| 03/31/08 | Telephone | 0.26 | |
| 03/31/08 | Telephone | 0.29 | |
| 03/31/08 | Telephone | 0.35 | |
| 03/31/08 | Telephone | 0.68 | |
| | Total Telephone | | 4.77 |
| 03/31/08 | Postage | 11.40 | |
| | Total Postage | | 11.40 |
| 03/18/08 | Messenger Service - - VENDOR: Parcels, Inc 2/29/08 to Judge Kevin Carey / D. Frawley Bank ID: 14 Check Number: 110950 | 12.50 | |
| 03/18/08 | Messenger Service - - VENDOR: Parcels, Inc 2/29/08 to Blank Rome / D. Frawley Bank ID: 14 Check Number: 110950 | 12.50 | |
| 03/18/08 | Messenger Service - - VENDOR: Parcels, Inc 2/29/08 to Office of U.S. Trustee / D. Frawley Bank ID: 14 Check Number: 110950 | 12.50 | |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

558446 1 4/28/08

| | | | |
|---|---|---|---|
| 355619 | Missel, Michael J. (EXAMINER) | Invoice Number 2027765 | |
| 00002 | Expenses | Page 2 | |
| 04/24/08 | | | |

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 03/18/08 | Messenger Service - - VENDOR: Parcels, Inc 2/29/08 to Richards, Layton & Finger / D. Frawley<br>Bank ID: 14 Check Number: 110950 | 12.50 | |
| | Total Messenger Service | | 50.00 |
| 03/20/08 | Federal Express - - VENDOR: Federal Express to Mark Indelicato / M. Minuti<br>Bank ID: 14 Check Number: 111064 | 7.80 | |
| 03/20/08 | Federal Express - - VENDOR: Federal Express to Suzzanne Uhland / M. Minuti<br>Bank ID: 14 Check Number: 111064 | 12.90 | |
| 03/20/08 | Federal Express - - VENDOR: Federal Express to Mark Indelicato / M. Minuti<br>Bank ID: 14 Check Number: 111064 | 14.75 | |
| 03/20/08 | Federal Express - - VENDOR: Federal Express to Suzzanne Uhland / M. Minuti<br>Bank ID: 14 Check Number: 111064 | 29.78 | |
| | Total Federal Express | | 65.23 |
| 03/05/08 | Copies - - VENDOR: Digital Legal, LLC 2/25/08 Michael Missal's Seventh monthly fee app / M. Minuti<br>Bank ID: 14 Check Number: 110354 | 238.50 | |
| 03/05/08 | Copies - - VENDOR: Digital Legal, LLC 2/25/08 Notice of Michael Missal's monthly fee app / M. Minuti<br>Bank ID: 14 Check Number: 110354 | 434.30 | |
| | Total Copies | | 672.80 |
| | CURRENT EXPENSES | | 1,037.60 |
| | **TOTAL AMOUNT OF THIS INVOICE** | | 1,037.60 |

558446.1 4/28/08