# EXHIBIT A

## New Century TRS Holdings, Inc.
## Case Number: 07-10416
## Professional Services From March 1, 2008 through March 31, 2008
### Time Summary

| Name | Initials | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Tony Lendez | T.L. | PARTNER | 4.1 | $ 750 | 3,075.00 |
| William K Lenhart | W.L. | PARTNER | 2.0 | $ 650 | 1,300.00 |
| Kevin M. McColgan | K.M.M. | SENIOR MANAGER | 0.2 | $ 350 | 70.00 |
| Mark Goodenow | M.G. | SENIOR MANAGER | 8.1 | $ 350 | 2,835.00 |
| Jon Labovitz | J.L. | MANAGER | 9.4 | $ 285 | 2,679.00 |
| Howard Weber | H.W. | SENIOR | 11.0 | $ 200 | 2,200.00 |
| Naushon E Vanderhoop | N.V. | SENIOR | 30.8 | $ 185 | 5,698.00 |
| Renee Haggwood | R.H. | STAFF | 18.0 | $ 125 | 2,250.00 |
| **TOTAL TIME AND FEES:** | | | **83.6** | | **20,107.00** |
| Less: 10% Discounted Fees | | | | | (2,010.70) |
| **TOTAL BILLED TIME AND FEES:** | | | | | **18,096.30** |
| Less: 20% Holdback | | | | | (3,619.26) |
| **TOTAL BILLINGS THIS PERIOD** | | | | | **$ 14,477.04** |

**New Century TRS Holdings, Inc.**
**Case Number: 07-10416**
**Professional Services From March 1, 2008 through March 31, 2008**
**Code 4700 - Business Analysis**

| Date | Initials | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 03/27/08 | M.G. | Discussions with various team members on status of work-product. | 1.20 | 350.00 | 420.00 |
| 03/28/08 | H.W. | Prepared report support for statistical numbers. | 2.50 | 200.00 | 500.00 |
| 03/28/08 | H.W. | Prepared report support for statistical numbers. | 2.50 | 200.00 | 500.00 |
| 03/28/08 | J.L. | Worked with H. Weber to go through certain binders to update for compliance per M. Goodenow's email and reviewed electronic files. | 3.50 | 285.00 | 997.50 |
| 03/28/08 | J.L. | Worked on support binder for other accounting areas. | 1.50 | 285.00 | 427.50 |
| 03/28/08 | J.L. | Worked on KPMG workpaper binder for certain accounting areas. | 2.50 | 285.00 | 712.50 |
| 03/28/08 | M.G. | Reviewed findings from documents. | 1.40 | 350.00 | 490.00 |
| 03/31/08 | H.W. | Prepared report support for statistical numbers. | 3.00 | 200.00 | 600.00 |
| 03/31/08 | H.W. | Prepared report support for statistical numbers. | 3.00 | 200.00 | 600.00 |
| 03/31/08 | J.L. | Reviewed files H. Weber added to new directory for compliance. | 1.40 | 285.00 | 399.00 |
| **TOTAL:** | | | **22.5** | | **$ 5,646.50** |

Privileged & Confidential
Attorney Work Product

Business Analysis
Page 2 of 11

5/1/2008
4:55 PM

**New Century TRS Holdings, Inc.**
**Case Number: 07-10416**
**Professional Services From March 1, 2008 through March 31, 2008**
**Summary of Code 4700 - Business Analysis**

| Name | Initials | Hours | Billing Rate | Fees |
|---|---|---|---|---|
| Mark Goodenow | M.G. | 2.6 | 350 $ | 910.00 |
| Jon Labovitz | J.L. | 8.9 | 285 | 2,536.50 |
| Howard Weber | H.W. | 11.0 | 200 | 2,200.00 |
| **TOTAL:** | | 22.5 | $ | 5,646.50 |

Privileged & Confidential
Attorney Work Product

Summary - Business Analysis
Page 3 of 11

5/1/2008
4:55 PM

**New Century TRS Holdings, Inc.**
**Case Number: 07-10416**
**Professional Services From March 1, 2008 through March 31, 2008**
**Code 4800 - Discussions with Examiner / Counsel**

| Date | Initials | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 03/24/08 | W.L. | Discussed case and final fee arrangements with the Examiner. | 1.0 | 650 | 650.00 |
| 03/27/08 | M.G. | Prepared for and participated in call with counsel. | 1.0 | 350 | 350.00 |
| 03/27/08 | T.L. | Participated in telephone call with counsel to discuss documents and working papers in our possession and planned meetings with the SEC and Creditors' Committee. | 0.5 | 750 | 375.00 |
| 03/31/08 | T.L. | Read sections of the final report in preparation for meeting with the Examiner and the SEC. | 1.8 | 750 | 1,350.00 |
| TOTAL: | | | 4.3 | | $ 2,725.00 |

Privileged & Confidential
Attorney Work Product

Discussions with Examiner / Counsel
Page 4 of 11

5/1/2008
4:55 PM

**New Century TRS Holdings, Inc.**
**Case Number: 07-10416**
**Professional Services From March 1, 2008 through March 31, 2008**
**Summary of Code 4800 - Discussions with Examiner / Counsel**

| Name | Initials | Hours | Billing Rate | Fees |
|---|---|---|---|---|
| Tony Lendez | T.L. | 2.3 | $ 750 | $ 1,725.00 |
| William K Lenhart | W.L. | 1.0 | 650 | 650.00 |
| Mark Goodenow | M.G. | 1.0 | 350 | 350.00 |
| **TOTAL:** | | **4.3** | | **$ 2,725.00** |

Privileged & Confidential
Attorney Work Product

Summary - Discussions with Examiner / Counsel
Page 5 of 11

5/1/2008
4:55 PM

**New Century TRS Holdings, Inc.**
**Case Number: 07-10416**
**Professional Services From March 1, 2008 through March 31, 2008**
**Code 4900 - Preparation of Fee Applications**

| Date | Initials | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 03/03/08 | N.V. | Reviewed and edited January 2008 time detail to verify all references were valid; continued editing of content and updating detail to appropriate work codes. | 2.6 | 185 | 481.00 |
| 03/03/08 | R.H. | Sent emails to various BDO professional regarding time descriptions. | 0.3 | 125 | 37.50 |
| 03/03/08 | R.H. | Resolved various open issues regarding January 2008 billing file. | 0.7 | 125 | 87.50 |
| 03/03/08 | R.H. | Further review of January 2008 New Century billing file for accuracy. | 1.1 | 125 | 137.50 |
| 03/04/08 | R.H. | Further review of January 2008 New Century billing file for accuracy. | 1.2 | 125 | 150.00 |
| 03/04/08 | R.H. | Sent emails to various BDO professional regarding missing time details for February 2008 file. | 0.6 | 125 | 75.00 |
| 03/04/08 | R.H. | Updated February 2008 billing file with professional details. | 1.6 | 125 | 200.00 |
| 03/05/08 | N.V. | Prepared summary of fees billed in February 2008. | 0.6 | 185 | 111.00 |
| 03/05/08 | N.V. | Prepared summary and reviewed expenses processed in February 2008. | 0.4 | 185 | 74.00 |
| 03/05/08 | N.V. | Reviewed and edited January 2008 time detail to verify all references were valid; continued editing of content and updating detail to appropriate work codes. | 2.7 | 185 | 499.50 |
| 03/05/08 | W.L. | Reviewed fee application issues. | 0.5 | 650 | 325.00 |
| 03/06/08 | N.V. | Updated January 2008 billing file. | 0.1 | 185 | 18.50 |
| 03/10/08 | R.H. | Updated February 2008 billing file with professional details. | 2.1 | 125 | 262.50 |
| 03/10/08 | R.H. | Reviewed and cross referenced total professional time detail work descriptions, hours and dates entered for the day for February 2008 billing file. | 1.1 | 125 | 137.50 |
| 03/10/08 | R.H. | Reviewed and revised New Century billing file for inaccuracies within the details. | 0.8 | 125 | 100.00 |
| 03/11/08 | R.H. | Updated February 2008 billing file with professional details. | 2.4 | 125 | 300.00 |
| 03/11/08 | R.H. | Reviewed and cross referenced total professional time detail work descriptions, hours and dates entered for the day for February 2008 billing file. | 1.2 | 125 | 150.00 |
| 03/11/08 | R.H. | Reviewed and revised New Century billing file for confidential references. | 0.7 | 125 | 87.50 |

Privileged & Confidential
Attorney Work Product
Preparation of Fee Applications
Page 6 of 11
5/1/2008
4:55 PM

**New Century TRS Holdings, Inc.**
**Case Number: 07-10416**
**Professional Services From March 1, 2008 through March 31, 2008**
**Code 4900 - Preparation of Fee Applications**

| Date | Initials | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 03/12/08 | R.H. | Updated February 2008 billing file with professional details. | 1.1 | 125 | 137.50 |
| 03/12/08 | R.H. | Reviewed and revised New Century billing file for inaccuracies within the details. | 0.7 | 125 | 87.50 |
| 03/13/08 | R.H. | Reviewed and cross referenced total professional time detail work descriptions, hours and dates entered for the day for February 2008 billing file. | 0.6 | 125 | 75.00 |
| 03/13/08 | R.H. | Reviewed and revised New Century billing file for confidential references. | 0.7 | 125 | 87.50 |
| 03/13/08 | R.H. | Sent emails to various BDO professional regarding time descriptions. | 0.3 | 125 | 37.50 |
| 03/13/08 | R.H. | Reviewed February 2008 billing file for any open issues. | 0.8 | 125 | 100.00 |
| 03/18/08 | N.V. | Reviewed and updated February 2008 billing file with time details of professionals. | 3.6 | 185 | 666.00 |
| 03/19/08 | N.V. | Reviewed and updated February 2008 billing file with time details of professionals. | 1.7 | 185 | 314.50 |
| 03/19/08 | W.L. | Reviewed fee application issues. | 0.5 | 650 | 325.00 |
| 03/25/08 | N.V. | Reviewed open issues regarding fee applications. | 0.3 | 185 | 55.50 |
| 03/26/08 | N.V. | Reviewed and finalized December 2007 monthly application. Updated Exhibit A to the application. | 1.4 | 185 | 259.00 |
| 03/26/08 | N.V. | Prepared Exhibit A to January 2008 monthly application. | 0.6 | 185 | 111.00 |
| 03/26/08 | N.V. | Prepared January 2008 monthly application. | 0.4 | 185 | 74.00 |
| 03/27/08 | N.V. | Reviewed and supplemented expense detail for January 2008. Followed up with relevant personnel to obtain required details. | 3.1 | 185 | 573.50 |
| 03/27/08 | N.V. | Updated February 2008 billing file. | 1.1 | 185 | 203.50 |
| 03/27/08 | N.V. | Updated January 2008 monthly application. | 0.8 | 185 | 148.00 |
| 03/27/08 | N.V. | Updated Exhibit B to January 2008 monthly application. | 0.4 | 185 | 74.00 |
| 03/27/08 | N.V. | Reviewed open issues regarding January 2008 expense details. | 0.3 | 185 | 55.50 |
| 03/27/08 | N.V. | Reviewed and edited February 2008 time details; updated work codes. | 2.7 | 185 | 499.50 |
| 03/27/08 | N.V. | Reviewed and edited February 2008 time detail to verify all references were valid; continued editing of content and updating detail to appropriate work codes when necessary. | 1.6 | 185 | 296.00 |

Privileged & Confidential
Attorney Work Product

Preparation of Fee Applications
Page 7 of 11

5/1/2008
4:55 PM

**New Century TRS Holdings, Inc.**
**Case Number: 07-10416**
**Professional Services From March 1, 2008 through March 31, 2008**
**Code 4900 - Preparation of Fee Applications**

| Date | Initials | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 03/28/08 | M.G. | Reviewed December 2007, January 2008 and February 2008 fee applications. | 3.0 | 350 | 1,050.00 |
| 03/28/08 | N.V. | Reviewed and edited February 2008 time detail to verify all references were valid; continued editing of content and updating detail to appropriate work codes when necessary. | 2.9 | 185 | 536.50 |
| 03/28/08 | N.V. | Prepared Exhibit A to February 2008 monthly application. | 0.6 | 185 | 111.00 |
| 03/31/08 | N.V. | Prepared February 2008 monthly application. | 1.6 | 185 | 296.00 |
| 03/31/08 | N.V. | Made final revisions to December 2007, January 2008 and February 2008 monthly applications. Sent to counsel for filing and service. | 1.3 | 185 | 240.50 |
| **TOTAL:** | | | **52.8** | | **$ 9,648.00** |

Privileged & Confidential
Attorney Work Product

Preparation of Fee Applications
Page 8 of 11

5/1/2008
4:55 PM

## New Century TRS Holdings, Inc.
## Case Number: 07-10416
## Professional Services From March 1, 2008 through March 31, 2008
## Summary of Code 4900 - Preparation of Fee Applications

| Name | Initials | Hours | Billing Rate | Fees |
|---|---|---|---|---|
| William K Lenhart | W.L. | 1.0 | $ 650 | $ 650.00 |
| Mark Goodenow | M.G. | 3.0 | 350 | 1,050.00 |
| Naushon E Vanderhoop | N.V. | 30.8 | 185 | 5,698.00 |
| Renee Haggwood | R.H. | 18.0 | 125 | 2,250.00 |
| TOTAL: | | 52.8 | $ | 9,648.00 |

**New Century TRS Holdings, Inc.**
**Case Number: 07-10416**
**Professional Services From March 1, 2008 through March 31, 2008**
**Code 7000 - Case Administration**

| Date | Initials | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 03/18/08 | M.G. | Reviewed document listing for items held in storage and items posted to shared drive. | 1.2 | 350 | 420.00 |
| 03/19/08 | M.G. | Reviewed documents production listing and request from counsel. | 0.3 | 350 | 105.00 |
| 03/27/08 | J.L. | Reviewed email from M. Goodenow regarding compiling information related to report. | 0.5 | 285 | 142.50 |
| 03/27/08 | K.M.M. | Reviewed and responded to correspondence from M. Goodenow re: document inventory and counsel request for documents. | 0.2 | 350 | 70.00 |
| 03/27/08 | T.L. | Followed-up internally to determine where documents and working papers in our possession have been stored and requested retrieval of the boxes. | 0.5 | 750 | 375.00 |
| 03/27/08 | T.L. | Internal discussions within BDO team regarding our work and planned meetings with third parties. | 0.5 | 750 | 375.00 |
| 03/28/08 | T.L. | Discussions within BDO regarding planned meetings with third parties to discuss our work. | 0.8 | 750 | 600.00 |
| TOTAL: | | | 4.0 | | $ 2,087.50 |

Privileged & Confidential
Attorney Work Product

Case Administration
Page 10 of 11

5/1/2008
4:56 PM

**New Century TRS Holdings, Inc.**
**Case Number: 07-10416**
**Professional Services From March 1, 2008 through March 31, 2008**
**Summary of Code 7000 - Case Administration**

| Name | Initials | Hours | Billing Rate | Fees |
|---|---|---|---|---|
| Tony Lendez | T.L. | 1.8 | $ 750 | $ 1,350.00 |
| Kevin M. McColgan | K.M.M. | 0.2 | 350 | 70.00 |
| Mark Goodenow | M.G. | 1.5 | 350 | 525.00 |
| Jon Labovitz | J.L. | 0.5 | 285 | 142.50 |
| **TOTAL:** | | **4.0** | | **$ 2,087.50** |

Privileged & Confidential  
Attorney Work Product

Case Administration  
Page 11 of 11

5/1/2008  
4:55 PM