# EXHIBIT B

EXHIBIT "B"

NEW CENTURY TRS HOLDINGS , INC.
Schedule of Expenses
March 1, 2008 through March 31, 2008

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS
   a. Toll Charges
   b. Facsimile
   c. Out-of-State toll charges

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel
   and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES
   *Data hosting/Concordance software licensing March 1, 2008*          4,795.00
   *through March 31, 2008*

6. OUT-OF-TOWN TRAVEL
   a. Transportation
   b. Lodging
   c. Meals

7. OUTSIDE SERVICES

8. LOCAL MEALS

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage
   using personal auto*

10. MISCELLANEOUS

    TOTAL                                                               $4,795.00