UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                                    : Chapter 11
                                                          :
NEW CENTURY TRS HOLDINGS, INC.,                           : Case No. 07-10416 (KJC)
a Delaware Corporation, *et al.*,[1]                      :
                                                          : Jointly Administered
                  Debtors.                                :
                                                          : Objection Deadline: May 26, 2008 @ 4:00 p.m.
                                                          : Hearing Date: Only if Objections are Filed
                                                          :
------------------------------------------------------------x

## NOTICE OF EIGHTH MONTHLY APPLICATION OF BDO SEIDMAN, LLP FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE EXAMINER FOR THE PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008

**TO:**

| | | |
|---|---|---|
| Mark D. Collins, Esquire | Suzzanne S. Uhland, Esquire | Monika L. McCarthy, Esquire |
| Michael J. Merchant, Esquire | Emily Culler, Esquire | New Century Mortgage Corporation |
| Richards, Layton & Finger, P.A. | O'Melveny & Myers LLP | 3337 Michelson Drive |
| One Rodney Square, 920 King Street | 275 Battery Street | Suite CN-350 |
| P.O. Box 551 | San Francisco, CA 94111 | Irvine, CA 92612 |
| Wilmington, DE 19899 | (Counsel to Debtors) | (Debtors) |
| (Counsel to Debtors) | | |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a/ Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century REO III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

552125.7 5/5/08

| | | |
|---|---|---|
| Joseph J. McMahon, Jr., Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207,<br>Lockbox #35<br>Wilmington, DE 19801<br>(U.S. Trustee) | Bonnie Glantz Fatell, Esquire<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801-4226<br>(Counsel to Official Committee of<br>Unsecured Creditors) | Mark S. Indelicato, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue, 14th & 15th Floor<br>New York, NY 10022<br>(Counsel to Official Committee of<br>Unsecured Creditors) |
| Laura Davis Jones, Esquire<br>Timothy P. Cairns, Esquire<br>Pachulski Stang Ziehl Young<br>  Jones & Weintraub LLP<br>P.O. Box 8705<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>(Counsel to Greenwich Capital<br>Financial Products, Inc. and The CIT<br>Group/Business Credit, Inc.) | Bennett L. Spiegel, Esquire<br>Shirley S. Cho, Esquire<br>Kirkland & Ellis LLP<br>777 S. Figueroa Street, Suite 3700<br>Los Angeles, CA 90017<br>(Counsel to Greenwich Capital Financial<br>Products, Inc. and The CIT<br>Group/Business Credit, Inc.) | Holly Felder Etlin<br>AP Services, LLC<br>9 West 57th Street, Suite 3420<br>New York, NY 10019<br>(Debtors' Crisis Managers) |
| Warren H. Smith, Esquire<br>Warren H. Smith & Associates, P.C.<br>Republic Center<br>325 N. St. Paul, Suite 1275<br>Dallas, TX 75201<br>(Fee Auditor) | 2002 Service List | |

PLEASE TAKE NOTICE that on May 5, 2008, BDO Seidman, LLP, Accountants and Financial Advisors to the Examiner (the "Applicant"), filed their **Eighth Monthly Application of BDO Seidman, LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Accountants and Financial Advisors to the Examiner for the Period March 1, 2008 Through March 31, 2008** (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Application must be made in accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Administrative Order") dated April 24, 2007, and must be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by (i) the Examiner's counsel, Kirkpatrick & Lockhart Preston Gates Ellis LLP, 599 Lexington Avenue,

552125.7 5/5/08                                                           2

New York, NY 10022 (Attn: Edward M. Fox, Esq.) and Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, Delaware 19899-1266 (Attn: Mark Minuti, Esq.); (ii) the Debtors, New Century Mortgage Corporation, 3337 Michelson Drive, Suite CN-350, Irvine, California 92612 (Attn: Monika L. McCarthy, Esq.); (iii) counsel for the Debtors, O'Melveny & Myers LLP, 400 S. Hope Street, Los Angeles, California 90071 (Attn: Suzzanne Uhland, Esq. and Emily Culler, Esq.) and Richards, Layton & Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, Delaware 19899 (Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.); (iv) the Debtors' crisis managers, AP Services, LLC, 9 West 57th Street, Suite 3420, New York, New York 10019 (Attn: Holly Felder Etlin); (v) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Joseph McMahon, Esq.); (vi) counsel to the Debtors' post-petition senior secured lenders, Kirkland & Ellis LLP, 777 South Figueroa Street, Los Angeles, California 90017-5800 (Attn: Bennett L. Spiegel, Esq. and Shirley S. Cho, Esq.) and Pachulski Stang Ziehl Young Jones & Weintraub LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19801 (Attn: Laura Davis Jones, Esq. and Timothy P. Cairns, Esq.); (vii) counsel to the Official Committee of Unsecured Creditors, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, Delaware 19801 (Attn: Bonnie Glantz Fatell, Esq.); and Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn: Mark S. Indelicato, Esq.) (collectively, the "Notice Parties") so as to be received no later than **May 26, 2008 at 4:00 p.m.** (the "Objection Deadline"). Only those objections that are timely filed, served and received will be considered by the Court.

PLEASE TAKE FURTHER NOTICE that if no objections are received by the Notice Parties prior to the Objection Deadline, in accordance with the Administrative Order, the Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent

of the expenses requested in the Application or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court. If an objection is properly filed and served and such objection is not otherwise resolved, or the Court determines that a hearing should be held in respect of the Application, a hearing will be held at a date and time convenient to the Court. Only those objections made in writing and timely filed, served and received in accordance with the Administrative Order will be considered by the Court at the hearing.

Dated: Wilmington, Delaware
May 5, 2008

                                 SAUL EWING LLP

                                 By: _____
                                 Mark Minuti (No. 2659)
                                 222 Delaware Avenue, Suite 1200
                                 P.O. Box 1266
                                 Wilmington, DE  19899-1266
                                 (302) 421-6840

                                 and

                                 KIRKPATRICK & LOCKHART PRESTON
                                  GATES ELLIS LLP
                                 Edward M. Fox, Esq.
                                 599 Lexington Avenue
                                 New York, NY  10022
                                 (212) 536-3900

                                 Attorneys for Michael J. Missal, Examiner