IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket Nos. 2830 and 6294 |

## RESPONSE TO FEE AUDITOR'S FINAL REPORT REGARDING INTERIM FEE APPLICATION OF RICHARDS, LAYTON & FINGER, P.A.

The above captioned debtors and debtors in possession (the "Debtors") hereby submit this response to the *Fee Auditor's Final Report Regarding Interim Fee Application of Richards, Layton & Finger, P.A.* [Docket No. 6294] (the "Fee Auditor Report") filed by Warren H. Smith & Associates, P.C. (the "Fee Auditor") and respectfully represent as follows:

1. Richards Layton & Finger, P.A. ("RL&F") was retained as bankruptcy counsel to the Debtors. In its *Notice of First Fee Application Request* [Docket No. 2830] (the "First Interim Application"), RL&F seeks approval of fees totaling $1,009,921.00 and costs totaling $97,256.61 for its services from April 2, 2007 through July 31, 2007 (the "Application Period").

2. RL&F is willing to accept all of the Fee Auditor's recommendations as set forth in the Fee Auditor Report with one exception. At ¶ 3 of the Fee Auditor Report, the Fee Auditor

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

recommends a reduction of $2,380.00 in fees related to Marcos Ramos' attendance at the May 21, 2008 hearing (the "Hearing"). As set forth in RL&F's informal response to the Fee Auditor's inquiries regarding the Hearing (which is attached to the Fee Auditor Report as Exhibit 4), Mr. Ramos had an integral role at the Hearing. Thus, RL&F respectfully disagrees with the Fee Auditor's position.

3. The proposed sale of the Debtors' loan servicing business to Carrington Mortgage Services, LLC ("Carrington") was considered at the Hearing. Mr. Ramos was the primary architect of the motion to approve this sale (the "Sale Motion") and his presence at the Hearing was necessary to address questions from the Court and Suzzanne Uhland of O'Melveny & Myers LLP concerning the transaction. Although he did not present the Sale Motion, he was the only attorney present that had a complete understanding of the sale and the opposition thereto. Accordingly, Mr. Ramos' presence was necessary, appropriate and in the best interests of the estates. For these reasons, the Debtors' fees should not be reduced by the $2,380.00 associated with Mr. Ramos' attendance at the Hearing.

Dated: May 5, 2008  
       Wilmington, Delaware

Respectfully submitted,

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Christopher M. Samis (No. 4909)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701

2

RLF1-3280096-1