## SERVICE LIST

**Via First Class Mail**
Warren H. Smith, Esquire
Warren H. Smith & Associates, P.C.
325 N. St. Paul Street, Suite 1275
Republic Center
Dallas, TX 75201

RLF1-3280110-1