## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 7, 2008 AT 10:00 A.M.

**I.    CONTINUED MATTERS:**

1.    Debtors' Fourth Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims [D.I. 3925; filed 11/20/07]

Objection deadline: December 13, 2007

Objections/Responses Received:

A.    The Debtors received an informal response from Residential Mortgage Solution LLC.

Related Documents:

i.    Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) No Supporting Documentation

---

[1]  The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Claims, (C) Duplicate Claims and (D) Late Filed Claims Set Forth in Debtors' Fourth Omnibus Objection to Claims [D.I. 4242; filed 12/28/07]

ii.   Order (Second) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late Filed Claims Set Forth in Debtors' Fourth Omnibus Objection to Claims [D.I. 4371; filed 1/10/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit A.

2.   Debtors' Fifth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims [D.I. 3926; filed 11/20/07]

Objection deadline: December 13, 2007

Objections/Responses Received:

A.   Response to Debtors' Fifth Omnibus Objection to Claims (filed by County of Santa Clara) [D.I. 4073; filed 12/10/07]

B.   Response to Debtors' Fifth Omnibus Objection to Claims (filed by Hidalgo County, et al.) [D.I. 4087; filed 12/13/07]

C.   Response to Debtors' Fifth Omnibus Objection to Claims (filed by Maricopa County Treasurer) [D.I. 4088; filed 12/13/07]

D.   The Debtors received a consolidated informal response received from various taxing authorities (Cedar Hill ISD, *et al.*).

Related Documents:

i.   Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 (I) Disallowing and Expunging Certain Books and Records Claims and (II) Reducing and Reclassifying Certain Claims Set Forth on the Debtors' Fifth Omnibus Objection to Claims [D.I. 4238; filed 12/28/07]

ii.   Order Approving Stipulation Between Debtors and Orange County Treasurer-Tax Collector Resolving the Debtors' Fifth Omnibus Objection to Claims and Establishing the Treatment of Claim No. 3339 [D.I 6235; filed 4/15/08]

iii.    Order Approving Stipulation Between Debtors and Tax Appraisal District of Bell County, County of Denton, Wylie Independent School District, County of Hays, County of Brazos, Mexia Independent School District and County of Williamson Resolving the Debtors' Fifth Omnibus Objection to Claims and Establishing the Treatment of Claim Nos. 457, 471, 472, 473, 3784, 3785, 3786, 3787, 3788 and 3789 [D.I. 6236; filed 4/15/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit B.

3.    Debtors' Seventh Omnibus Objection to Claims:  Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed Claims and (D) No Supporting Documentation Claims [D.I. 4075; filed 12/11/07]

Objection deadline:  January 2, 2008

Objections/Responses Received:

A.    Response to Debtors' Seventh Omnibus Objection to Claims (filed by Brazoria County M.U.D. #21, et al.) [D.I. 4260; filed 12/28/07]

B.    The Debtors received an informal response from Hillsborough, Florida.

Related Documents:

i.    Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed Claims and (D) No Supporting Documentation Claims Set Forth in Debtors' Seventh Omnibus Objection to Claims [D.I. 4372; filed 1/10/08]

ii.    Order (Second) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed Claims and (D) No Supporting Documentation Claims Set Forth in Debtors' Seventh Omnibus Objection to Claims [D.I. 4995; filed 2/20/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit C.

4.    Debtors' Eighth Omnibus Objection to Claims:  Substantive Objection Pursuant to
      11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local
      Rule 3007-1 to Certain Books and Records Claims [D.I. 4261; filed 12/28/07]

      Objection deadline:  January 30, 2008

      Objections/Responses Received:

      A.    Response to Debtors' Eighth Omnibus Objection to Claims (filed by
            Michigan Department of Treasury) [D.I. 4358; filed 1/10/08]

      B.    Response to Debtors' Eighth Omnibus Objection to Claims (filed by The
            Commonwealth of Pennsylvania) [D.I. 4362; filed 1/10/08]

      C.    Response to Debtors' Eighth Omnibus Objection to Claims (filed by the
            State of New Jersey [D.I. 4392; filed 1/11/08]

      D.    Response to Debtors' Eighth Omnibus Objection to Claims (filed by the
            State of Washington Department of Revenue) [D.I. 4500; filed 1/17/08]

      E.    Response to Debtors' Eighth Omnibus Objection to Claims (filed by New
            York State Department of Taxation and Finance) [D.I. 4529; filed 1/18/08]

      F.    The Debtors received an informal response from City of New York
            Department of Finance.

      G.    The Debtors received an informal response from the State of Rhode
            Island.

      H.    The Debtors received an informal response from Blanco CAD.

      I.    The Debtors received an informal response from Lamar CAD.

      Related Documents:

      i.    Notice of Submission of Copies of Proofs of Claims for Debtors' Eighth
            Omnibus Objection to Claims:  Substantive Objection Pursuant to 11
            U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and Local
            Rule 3007-1 to Certain Books and Records Claims Re: Docket No. 4261
            [D.I. 4548; filed 1/23/08]

      ii.   Withdrawal of Michigan Department of Treasury's Response to the
            Debtors' Eighth Omnibus Objection [D.I. 4796; filed 2/1/08]

      iii.  Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules
            3007 and 9014, and Local Rule 3007-1 (A) Disallowing and Expunging
            Certain Books and Records Claims and (B) Reducing and/or Reclassifying
            Certain Books and Records Claims Set Forth in Debtors' Eighth Omnibus
            Objection to Claims [D.I. 4845; filed 2/6/08]

4

iv.     Order (Revised) Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 (A) Disallowing and Expunging Certain Books and Records Claims and (B) Reducing and/or Reclassifying Certain Books and Records Claims Set Forth in Debtors' Eighth Omnibus Objection to Claims [D.I. 5340; filed 3/13/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit D.

5.     Debtors' Ninth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims [D.I. 4262; filed 12/28/07]

Objection deadline: January 30, 2008

Objections/Responses Received:

A.     Response to Debtors' Ninth Omnibus Objection to Claims (filed by the State of New Jersey [D.I. 4392; filed 1/11/08]

B.     Response to Debtors' Ninth Omnibus Objection to Claims (filed by Travis County Tax Assessor Collector) [D.I. 4723; filed 1/29/08]

Related Documents:

i.     Notice of Submission of Copies of Proofs of Claims for Debtors' Ninth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims Re: Docket No. 4262 [D.I. 4549; filed 1/23/08]

ii.     Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 Disallowing and Expunging Certain Reduced and Reclassified Claims [D.I. 4846; filed 2/6/08]

iii.     Revised Order Granting Debtors' Ninth Omnibus Objection Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims [D.I. 5044; filed 2/26/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit E.

6.    Debtors' Eleventh Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Reduced and Reclassified Claims; and (D) Insufficient Documentation Claims [D.I. 4521; filed 1/18/08]

Objection deadline:  February 13, 2008

Objections/Responses Received:

A.    Response to Debtors' Eleventh Omnibus Objection to Claims (filed by County of Santa Clara Tax Collector) [D.I. 4848; filed 2/6/08]

B.    Response to Debtors' Eleventh Omnibus Objection to Claims (filed by Maricopa County Treasurer) [D.I. 4878; filed 2/12/08]

C.    Response to Debtors' Eleventh Omnibus Objection to Claims (filed by Cisco Systems Capital Corporation) [D.I. 4879; filed 2/13/08]

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claims for Debtors' Eleventh Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Reduced and Reclassified Claims; and (D) Insufficient Documentation Claims [D.I. 4842; filed 2/6/08]

ii.    Exhibit A to Response to Debtors' Eleventh Omnibus Objection to Claims (filed by Cisco Systems Capital Corporation) [D.I. 4880; filed 2/13/08]

iii.    Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Books and Records Claims; (B) Equity Claims; (C) Reduced and Reclassified Claims; and (D) Insufficient Documentation Claims [D.I. 4993; filed 2/20/08]

iv.    Order (Second) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Books and Records Claims; (B) Equity Claims; (C) Reduced and Reclassified Claims; and (D) Insufficient Documentation Claims [D.I. 5248; filed 3/6/08]

Status:  The hearing on this matter has been continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m.  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit F.

RLF1-3278901-1

7.    Debtors' Fifteenth Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) Late Filed Claims; and (D) No Supporting Documentation Claims [D.I. 5024; filed 2/22/08]

Objection deadline:  March 18, 2008

Objections/Responses Received:

A.    The Debtors received an informal response received from Doug Belden Hillsborough County Tax Collector.

B.    The Debtors received informal responses received from Travis County.

C.    The Debtors received an informal response from Pierre Augustin.

Related Documents:

i.    Order Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims; (D) Duplicate Claims; (C) Late Filed Claims; and (D) No Supporting Documentation Claims Set Forth in Debtors' Fifteenth Omnibus Objection to Claims [D.I. 5822; filed 4/11/08]

ii.    Order (Revised) Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims; (D) Duplicate Claims; (C) Late Filed Claims; and (D) No Supporting Documentation Claims Set Forth in Debtors' Fifteenth Omnibus Objection to Claims [D.I. 6305; filed 4/18/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit I.

8.    Debtors' Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Claim of Internal Revenue Service for Which Insufficient Documentation is Attached to the Filed Proof of Claim [D.I. 5025; filed 2/22/08]

Objection Deadline:  March 18, 2008

Objections/Responses Received:

A.    Internal Revenue Service's Responses to Debtors' Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and

RLFI-3278901-1

9014 and Del. Bankr. L.R. 3007-1 to Claim of Internal Revenue Service for Which Insufficient Documentation is Attached to the Filed Proof of Claim [D.I. 5391; filed 3/18/08]

Related Documents:  None to date.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m.

9.      Debtors' Sixteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation; (C) Mu ltiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5260; filed 3/7/08]

Objection deadline:  April 2, 2008

Objections/Responses Received:

A.      Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Redwood Mortgage Funding, Inc.) [D.I. 5631; filed 4/2/08]

B.      Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by The Hartford and Hartford Fire Insurance Company) [D.I. 5634; filed 4/2/08]

C.      Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Natixis Real Estate Capital Inc.) [D.I. 5635; filed 4/2/08]

D.      Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Sprint Communications Company L.P.) [D.I. 5735; filed 4/4/08]

E.      The Debtors received an informal response from Barclays Bank PLC.

F.      The Debtors received an informal response from Sutton Funding LLC.

G.      The Debtors received an informal response from The Travelers Indemnity Company and its Affiliates

H.      Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Pennsylvania Department of Revenue) [D.I. 5359; filed 3/13/08]

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claims for Debtors' Sixteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims;

(B) Insufficient Documentation; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5523; filed 3/26/08]

ii.     Order Pursuant to 11 U.S.C. Sections 502, 203, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and Expunging (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Certain Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims as Set Forth in Debtors' Sixteenth Omnibus Objection to Claims [D.I. 5821; filed 4/15/08]

iii.    Order (Revised) Pursuant to 11 U.S.C. Sections 502, 203, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and Expunging (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Certain Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims as Set Forth in Debtors' Sixteenth Omnibus Objection to Claims [D.I. 6306; filed 4/18/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m.  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit J.

10.    Motion of Alberto and Helen Figueroa for Relief from the Automatic Stay [D.I. 5436; filed 3/20/08]

Objection Deadline:  April 2, 2008; extended to April 29, 2008 for the Debtors and the Official Committee of Unsecured Creditors

Objections/Responses Received:  None to date

Related Documents:

i.     Proposed Order [D.I. 5437; filed 3/20/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m.

11.    Joint Motion of DRA/CLP 901 Maitland Orlando, LLC and DRA CRT Baymeadows Center, LLC for Allowance of Administrative Expense Claim and Immediate Payment Thereof [D.I. 5455; filed 3/21/08]

Objection Deadline:  April 1, 2008; extended to April 29, 2008 for the Debtors and the Official Committee of Unsecured Creditors

Objections/Responses Received:  None to date

Related Documents:  None to date.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m.

## II.    UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION:

12.    Application of the Debtors and Debtors in Possession for Order Authorizing the Supplemental Retention and Employment of Grant Thornton LLP as Tax Accountant to the Debtor Pursuant to Sections 327(a) and 328 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 [D.I. 5480; filed 3/24/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None at this time.

Related Documents:

i.    Certificate of No Objection [D.I. 6546; filed 5/2/08]

Status: On May 2, 2008, a certificate of no objection indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

13.    GRP Loan LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 9230 Bush Poppy Avenue, Las Vegas, NV 89147 [D.I. 5519; filed 3/26/08]

Objection Deadline:  April 30, 2008

Objections/Responses Received:  None at this time.

Related Documents:

i.    Certification of Counsel [D.I. 6542; filed 5/2/08]

Status: On May 2, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

14.    Sun Trust Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4135 NW 78th Lane, Coral Springs, FL 33065-1964 [D.I. 5527; filed 3/27/08]

Objection Deadline:  May 2, 2008

Objections/Responses Received:  None at this time.

Related Documents:

i.     Certification of Counsel [D.I. 6552; filed 5/2/08]

Status: On May 2, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

15.    Motion of Debtors for an Order Authorizing and Approving Assumption of AT&T Agreement as Modified [D.I. 5532; filed 3/27/08]

Objection Deadline: April 30, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.     Certificate of No Objection [D.I. 6547; filed 5/2/08]

Status: On May 2, 2008, a certificate of no objection indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

16.    Deutsche Bank National Trust Company Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 365 Pineview Drive, Bedding, MI 48809 [D.I. 5540; filed 3/28/08]

Objection Deadline: April 30, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.     Certificate of No Objection [D.I. 6543; filed 5/2/08]

Status: On May 2, 2008, a certificate of no objection indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

17.    Debtors' Motion to Approve Settlement Between the Debtors and The Rubio Class Plaintiffs and Grant Related Relief [D.I. 5543; filed 3/28/08]

Objection Deadline: April 30, 2008

Objections/Responses Received: None at this time.

Related Documents:

      i.       Notice of Filing of Fully Executed Rubio Settlement [D.I. 5755; filed 4/8/08]

      ii.     Certificate of No Objection [D.I. 6545; filed 5/2/08]

      Status: On May 2, 2008, a certificate of no objection indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

18.     GRP Loan LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 890 Adams Street, #33, Dorchester Ctr, Massachusetts [D.I. 5546; filed 3/29/08]

     Objection Deadline: April 30, 2008

     Objections/Responses Received: None to date

     Related Documents:

      i.       Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6542; filed 5/2/08]

     Status: On May 2, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

19.     CitiMortgage Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 6817 Betts Avenue, Cincinnati, OH 45239 [D.I. 5549; filed 3/31/08]

     Objection Deadline: April 30, 2008

     Objections/Responses Received: None to date

     Related Documents:

      i.       Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6544; filed 5/2/08]

     Status: On May21, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

20.     Deutsche Bank National Trust's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 19921 Washtenaw St, Harper Woods, MI 48225 [D.I. 5551; filed 3/31/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

21.    Deutsche Bank National Trust's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property [D.I. 5552; filed 3/31/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

22.    Deutsche Bank National Trust's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property [D.I. 5554; filed 3/31/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

23.     Deutsche Bank National Trust's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property [D.I. 5556; filed 3/31/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

24.     Deutsche Bank National Trust's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located [D.I. 5557; filed 3/31/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

25.     Consumere Solutions REO LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located [D.I. 5558; filed 3/31/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

14

        i.        Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

26.     Deutsche Bank National Trust's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property [D.I. 5559; filed 3/31/08]

     Objection Deadline: April 29, 2008

     Objections/Responses Received: None to date

     Related Documents:

        i.        Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

27.     Deutsche Bank National Trust's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property [D.I. 5560; filed 3/31/08]

     Objection Deadline: April 29, 2008

     Objections/Responses Received: None to date

     Related Documents:

        i.        Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

RLF1-3278901-1

28.     Deutsche Bank Trust Company's Motion for Relief from Automatic Stay Under
        Section 362 of the Bankruptcy Code with Respect to Real Property Located at
        1230 Pine Street, Labelle, FL 33935 [D.I. 5599; filed 4/1/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
                objections to the motion was filed.  Accordingly, a hearing on this matter
                is only necessary to the extent the Court has any questions or concerns.

29.     Consumer Solutions REO LLC's Motion for Relief from Automatic Stay Under
        Section 362 of the Bankruptcy Code with Respect to Real Property Located at
        26050 Bates Place, Stevenson Ranch, CA 91381 [D.I. 5602; filed 4/1/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
                objections to the motion was filed.  Accordingly, a hearing on this matter
                is only necessary to the extent the Court has any questions or concerns.

30.     Wells Fargo Bank, N.A.'s Motion for Relief from Automatic Stay Under Section
        362 of the Bankruptcy Code with Respect to Real Property Located at 15475
        Cedar Grove St, Detroit, MI 48205 [D.I. 5604; filed 4/1/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

31.   Deutsche Bank Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 58 Brian Avenue S, Lehigh Acres, FL 33971 [D.I. 5605; filed 4/1/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

32.   Deutsche Bank Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3911 San Nicholas St, Tampa, FL 33629 [D.I. 5606; filed 4/1/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

33.   Wells Fargo, N.A.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2820 12th Ave., N.E., Naples, FL 34120 [D.I. 5607; filed 4/1/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

34.     MERS' Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3294 West 32 Street, Cleveland, OH 44109 [D.I. 5608; filed 4/1/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

35.     Wells Fargo, N.A.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 9910 Warwick, Detroit, MI 48228 [D.I. 5610; filed 4/1/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

36.     Deutsche Bank Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 6264 Willoughby Circle, Lake Worth, FL 33463 [D.I. 5611; filed 4/1/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

37.    Saxon Mortgage Services, Inc. Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7325 Resful Springs Court, Las Vegas, NV 89128 [D.I. 5612; filed 4/1/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

38.    Deutsche Bank Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3815 Omao Road, Koloa, HI 96756 [D.I. 5613; filed 4/1/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

39.    Deutsche Bank Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2801 E Aragon Blvd, Sunrise, FL 33313 [D.I. 5614; filed 4/1/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

40.    Deutsche Bank Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 518 Oakwood Court, Altamonte Springs, FL 32714 [D.I. 5615; filed 4/1/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

41.    Fremont Investment & Loan's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2840 Burlington, Dubuque, IA 52001 [D.I. 5637; filed 4/3/08]

Objection Deadline:  April 30, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6541; filed 5/2/08]

Status: On May 2, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

42.    DLJ Mortgage Capital, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 209 N. Lovell Ave., Chattanooga, TN 37411 [D.I. 5643; filed 4/3/08]

Objection Deadline: April 30, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6465; filed 4/30/08]

Status: On April 30, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

43.    Avelo Mortgage, LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 9524 Colesville Road, Silver Springs, MD 20901 [D.I. 5751; filed 4/8/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

44.    Avelo Mortgage, LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2848 Funston Street, Hollywood, FL 33020 [D.I. 5753; filed 4/8/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

      i.          Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

      Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

45.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 6483 Long Acre Street, Detroit, MI 48228 [D.I. 5757; filed 4/9/08]

      Objection Deadline:  April 29, 2008

      Objections/Responses Received:  None to date

      Related Documents:

      i.          Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

      Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

46.     Avelo Mortgage, LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 10320 Forest Ave, Fairfax, VA 22030 [D.I. 5759; filed 4/9/08]

      Objection Deadline:  April 29, 2008

      Objections/Responses Received:  None to date

      Related Documents:

      i.          Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

      Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

47.     Avelo Mortgage LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 25863 SW 128 Court, Miami, FL 33032 [D.I. 5762; filed 4/9/08]

      Objection Deadline:  April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.       Certification of Counsel Regarding Various Motions for Relief from
         Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
         filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no
         objections to the motion was filed. Accordingly, a hearing on this matter
         is only necessary to the extent the Court has any questions or concerns.

48.     Wells Fargo, N.A.'s Motion for Relief from Automatic Stay Under Section 362 of
        the Bankruptcy Code with Respect to Real Property Located at 1973 San Ramos
        Way, Modesto, CA 95358 [D.I. 5765; filed 4/9/08]

        Objection Deadline: April 29, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.       Certification of Counsel Regarding Various Motions for Relief from
                 Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                 filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
                 objections to the motion was filed. Accordingly, a hearing on this matter
                 is only necessary to the extent the Court has any questions or concerns.

49.     LaSalle Bank National Association as Trustee's Motion for Relief from Automatic
        Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property
        Located at 103 Ware St, Sidon, MI 38954 [D.I. 5769; filed 4/9/08]

        Objection Deadline: April 29, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.       Certification of Counsel Regarding Various Motions for Relief from
                 Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                 filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
                 objections to the motion was filed. Accordingly, a hearing on this matter
                 is only necessary to the extent the Court has any questions or concerns.

50.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 137-15 70th Road, Flushing, NY 11367 [D.I. 5770; filed 4/9/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

51.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 113 Mara Vista Ave, Greenville, SC 29617 [D.I. 5771; filed 4/9/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

52.     Fannie Mae's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 13113 Lexington Summit St, Orlando, FL 32828 [D.I. 5772; filed 4/9/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

RLF1-3278901-1

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

53.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5889 September Circle, Reno, NV 89523 [D.I. 5773; filed 4/9/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

54.     Decision One Mortgage Co LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 223 N 9th Street, Canyon City, CO 81212 [D.I. 5774; filed 4/9/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

55.     Washington Mutual's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 28 Becker Lane, Palm Coast, FL 32137 [D.I. 5775; filed 4/9/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

    i.          Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

    <u>Status:</u> On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

56.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 10028 Desert Alcove, Las Vegas, NV 89178 [D.I. 5776; filed 4/9/08]

    <u>Objection Deadline:</u> April 29, 2008

    <u>Objections/Responses Received:</u> None to date

    <u>Related Documents:</u>

    i.          Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

    <u>Status:</u> On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

57.    Fannie Mae's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7230 South Perry Ave, Chicago, IL 60621 [D.I. 5777; filed 4/9/08]

    <u>Objection Deadline:</u> April 29, 2008

    <u>Objections/Responses Received:</u> None to date

    <u>Related Documents:</u>

    i.          Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

    <u>Status:</u> On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

58.    MERS's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 121-20 236th Street, Cambria Heights, NY 11411 [D.I. 5778; filed 4/9/08]

    <u>Objection Deadline:</u> April 29, 2008

RLF1-3278901-1

Objections/Responses Received: None to date

Related Documents:

   i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

59.    U.S. Bank N.A. as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2866 Avanti Lane, Henderson, NV 89074 [D.I. 5779; filed 4/9/08]

    Objection Deadline: April 29, 2008

    Objections/Responses Received: None to date

    Related Documents:

   i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

    Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

60.    Washington Mutual's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2161 Park Terrace, College Park, GA 30337 [D.I. 5780; filed 4/9/08]

    Objection Deadline: April 29, 2008

    Objections/Responses Received: None to date

    Related Documents:

   i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

    Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

61.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay
        Under Section 362 of the Bankruptcy Code with Respect to Real Property Located
        at 3513 N. Bond Street, Fresco, CA 93726 [D.I. 5781; filed 4/9/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
                objections to the motion was filed.  Accordingly, a hearing on this matter
                is only necessary to the extent the Court has any questions or concerns.

62.     U.S. Bank N.A., as Trustee's Motion for Relief from Automatic Stay Under
        Section 362 of the Bankruptcy Code with Respect to Real Property Located at 249
        Everest Parkway, Cape Coral, FL 33914 [D.I. 5782; filed 4/9/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
                objections to the motion was filed.  Accordingly, a hearing on this matter
                is only necessary to the extent the Court has any questions or concerns.

63.     Motion of LaSalle Bank National Association, as Trustee and Custodian for
        Morgan Stanley, MSAC 2006-HE8 By:  Saxon Mortgage Services, Inc. as Its
        Attorney-In-Fact for Relief from Automatic Stay Under Section 362 of the
        Bankruptcy Code [D.I. 5803; filed 4/10/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

RLF1-3278901-1

    i.       Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

    Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

64.    Motion of Deutsche Bank Trust Company Americas Formerly Known as Banker's Trust Company, as Trustee and Custodian for Ixis 2007-HE1 By: Saxon Mortgage Services, Inc., f/k/a Meritech Mortgage Services, Inc. as its Attorney-In-Fact for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 5804; filed 4/10/08]

    Objection Deadline: April 29, 2008

    Objections/Responses Received: None to date

    Related Documents:

    i.       Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

    Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

65.    Motion of U.S. Bank National Association, as Trustee for Home Equity loan Trust 2005-HE2, by Saxon Mortgage Services, Inc., as its Attorney-In-Fact for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 5805; filed 4/10/08]

    Objection Deadline: April 29, 2008

    Objections/Responses Received: None to date

    Related Documents:

    i.       Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08

    Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

66.    Motion of Fannie Mae for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 5806; filed 4/10/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

67.    Motion of US Bank National Association, Trustee for MASTR Asset Backed Securities Trust 2006-NC1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 5807; filed 4/10/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

68.    Motion of US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust 2006-BC1 for Relief from Automatic stay Under Section 362 of the Bankruptcy Code [D.I. 5808; filed 4/10/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

RLF1-3278901-1

69.    Motion of Wells Fargo Bank, N.A., as Trustee, on Behalf of the Certificate Holders, MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 5809; filed 4/10/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

70.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 303 W Lehow Ave Unit 24, Englewood, CO 80110 [D.I. 5840; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

71.    HSBC Bank USA, National Association for the benefit of ACE Securities Corp. Home Equity Loan Trust Series 2006-NC2's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 11906 Mesa Drive,  Corpus Christi, TX 78410 [D.I. 5841; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

72.     HSBC Bank USA, National Association for the benefit of ACE Securities Corp. Home Equity Loan Trust Series 2006-NC2's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1825 N Lotus Ave, Chicago, IL 60639 [D.I. 5842; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

73.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 11674 Josephine St, Denver, CO 80233 [D.I. 5843; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

74.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 730 West Park Street, Stockton, CA 95203 [D.I. 5844; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns

75.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 9173 West Cedar Dr #F, Lakewood, CO 80226 [D.I. 5845; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

76.    Wells Fargo Bank, National Association as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 16261 Sunset Terrace, Valley Center, CA 92082 [D.I. 5846; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

      Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

77.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 15053 Chuparosa Street, Victorville, CA 92394 [D.I. 5847; filed 4/14/08]

      Objection Deadline: April 29, 2008

      Objections/Responses Received: None to date

      Related Documents:

      i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

      Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

78.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 11405 Sleepy Hollow Trail Lane, Houston, TX 77089 [D.I. 5848; filed 4/14/08]

      Objection Deadline: April 29, 2008

      Objections/Responses Received: None to date

      Related Documents:

      i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

      Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

79.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7541 Vernon Ave, Chicago, IL [D.I. 5849; filed 4/14/08]

      Objection Deadline: April 29, 2008

      Objections/Responses Received: None to date

      Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

80.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 11623 9th Ave., Clarkston, WA 99403 [D.I. 5850; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

81.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 831 Bishop Ave, Aurora, IL 60506 [D.I. 5851; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

82.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 706 Olive Ave, Titusville, FL 32780 [D.I. 5852; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

83.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7780 Meadow Vale Drive, Memphis, TN 38125 [D.I. 5853; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

84.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 10603 Mills Prairie St, Houston, TX 77070 [D.I. 5854; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

85.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 804 Chaney Woods, LA Vergne, TN 37086 [D.I. 5855; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status:  On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

86.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7125 Wind Row Dive, McKinney, TX 75070 [D.I. 5856; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status:  On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

87.    HSBC Bank USA, National Association on behalf of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2SBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2842 Goldsmith Street, San Antonio, TX 78203 [D.I. 5857; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

88.     HSBC Bank USA, National Association for the benefit of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7519 Glassblower Lane, Houston, TX 77064 [D.I. 5858; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

89.     Bank of New York as Trustee for the certificate holders CWABS, Inc. Asst-Backed Certificates, Series 2004-6's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8 Arrowwood Drive, Sicklerville, NJ 08081 [D.I. 5865; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

90.     Bank of New York as Trustee the certificate holders CWABS, Inc. Asset-Backed Certificates, Series 2004-6's Motion for Relief from Automatic Stay Under

Section 362 of the Bankruptcy Code with Respect to Real Property Located at 17 Lonanbe Drive, Middlesex, NJ 08846 [D.I. 5866; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

91.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 83 Mercer Street, Paterson, NJ 07524 [D.I. 5867; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

92.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2604 Ventura, Laredo, TX 78040 [D.I. 5868; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

93.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 17242 Flora Street, Melvindale, MI 48122 [D.I. 5869; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

94.     Bankers Trust Company on behalf of Walsh Acceptance Corp., Mortgage Pass-Through Certificates Series 1996-1 and/or MERS's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 11 Grace St, Irvington, NJ 07111 [D.I. 5870; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

95.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2823 Hummingbird Lane, Humble, TX 77396 [D.I. 5871; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

RLF1-3278901-1

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

96.    HSBC Bank USA, National Association for the benefit of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificate's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 287 Park Ave, Lyndhurst, NJ 07071 [D.I. 5872; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

97.    Wells Fargo Bank, N.A., as Trustee, on behalf of the certificate holders, MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW, and/or MERS's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 13023 E. Bethany Pl, Aurora, CO 80014 [D.I. 5873; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

41

98.     Wells Fargo Bank, N.A., as Trustee, on behalf of the certificate holders, MASTR
        Asset Backed Securities Trust 207-NCW Mortgage Pass-Through Certificates
        Series 2007-NCW, and/or MERS's Motion for Relief from Automatic Stay Under
        Section 362 of the Bankruptcy Code with Respect to Real Property Located at
        12061 Blazewood Dr, Fontanta, CA 92337 [D.I. 5874; filed 4/14/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status:  On May 1, 2008, a certification of counsel indicating that there were no
                objections to the motion was filed.  Accordingly, a hearing on this matter
                is only necessary to the extent the Court has any questions or concerns.

99.     HSBC Bank USA, National Association on behalf of the Trust Fund and for
        behalf of the trust fund and for the benefit of ACE Securities Corp. Home Equity
        Loan Trust, Series 2005-HE4 asset Backed Pass-Through Certificates's Motion
        for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with
        Respect to Real Property Located at 9247 S. Elizabeth Street, Chicago, IL 60620
        [D.I. 5875; filed 4/14/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status:  On May 1, 2008, a certification of counsel indicating that there were no
                objections to the motion was filed.  Accordingly, a hearing on this matter
                is only necessary to the extent the Court has any questions or concerns.

100.    Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed
        Receivables LLC 2005-HE1 Mortgage Pass-Through certificates, Series 2005-
        HE1's Motion for Relief from Automatic Stay Under Section 362 of the
        Bankruptcy Code with Respect to Real Property Located at 3012 Chestnut
        Avenue, Medford, NY 11763 [D.I. 5876; filed 4/14/08]

        Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.       Certification of Counsel Regarding Various Motions for Relief from
         Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
         filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed.  Accordingly, a hearing on this matter
        is only necessary to the extent the Court has any questions or concerns.

101.   Countrywide Home Loans Servicing LP for the benefit of HSBC Bank USA,
       N.A.'s Motion for Relief from Automatic Stay Under Section 362 of the
       Bankruptcy Code with Respect to Real Property Located at 4905 89th Place, NE,
       Marysville, WA 98270 [D.I. 5877; filed 4/14/08]

       Objection Deadline:  April 29, 2008

       Objections/Responses Received:  None to date

       Related Documents:

       i.       Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

       Status: On May 1, 2008, a certification of counsel indicating that there were no
               objections to the motion was filed.  Accordingly, a hearing on this matter
               is only necessary to the extent the Court has any questions or concerns.

102.   Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed
       Receivables LLC 2005-HE1 Mortgage Pass-Through Certificates, Series 2005-
       HE1's Motion for Relief from Automatic Stay Under Section 362 of the
       Bankruptcy Code with Respect to Real Property Located at 39 Laguna Rd,
       Montgomery, TX 77356 [D.I. 5878; filed 4/14/08]

       Objection Deadline:  April 29, 2008

       Objections/Responses Received:  None to date

       Related Documents:

       i.       Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

103. HSBC Bank USA, National Association for the benefit of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 230 Willard Street, 606, Quincy, MA 02169 [D.I. 5879; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

104. Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8910 Cordes Junction, Helotes, TX 78023 [D.I. 5880; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

105. HSBC Bank USA, National Association for the benefit of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 19 Van Cott Ave, Hempstead, NY 11550 [D.I. 5881; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

RLF1-3278901-1

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

106.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2605 Hackberry Creek, Mesquite, TX 75181 [D.I. 5882; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

107.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3027 Outwood Drive, Tyler, TX 75701 [D.I. 5883; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

108.    Countrywide Home Loans Servicing LP for the Benefit of HSBC Bank USA, N.A's Motion for Relief from Automatic Stay Under Section 362 of the

Bankruptcy Code with Respect to Real Property Located at 12427 Serrano Way, Sylmar, CA 91342 [D.I. 5884; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

109.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1102 Wood Ave, Woodsboro, TX 78393 [D.I. 5885; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

110.    HSBC Bank USA, National Association on behalf of the Trust Fund and for the benefit of ACE Securities Corp. Home Equity Loan Trust, Series 2005-HE4, Asset Backed Pass-Through Certificates's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 22303 Naple Hollow Lane, Richmond, TX 77469 [D.I. 5886; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

RLF1-3278901-1

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

111.   HSBC Bank USA, National Association for the benefit of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates' Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1610 E. Harvey Ave, Fort Worth, TX 76104 [D.I. 5887; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

112.   Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006-HE5's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 300 Stafford Street, Leicester, MA 01611 [D.I. 5888; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

113.   Deutsche Bank National Trust Company as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1 by Saxon Mortgage Services Inc. as its attorney-in-fact's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3513 S. Montgomery Ave, Deland, FL 32720 [D.I. 5889; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

114.   Countrywide Home Loans Servicing LP for the Benefit of HSBC Bank USA, N.A.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 32950 Estates 2, Pinole, CA 94564 [D.I. 5890; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

115.   Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2 Mortgage Pass-Through Certificates, Series 2007-HE2's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4421 Magin Meadows Dr, Austin, TX 78744 [D.I. 5891; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from
Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no
objections to the motion was filed. Accordingly, a hearing on this matter is only
necessary to the extent the Court has any questions or concerns.

116.    U.S. Bank National Association's Motion for Relief from Automatic Stay Under
Section 362 of the Bankruptcy Code with Respect to Real Property Located at
1107 W. 36th Street, Loveland, CO 80538 [D.I. 5892; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from
Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no
objections to the motion was filed. Accordingly, a hearing on this matter is only
necessary to the extent the Court has any questions or concerns.

117.    Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS
Capital I Inc. Trust 2006-HE7 Mortgage Pass-Through Certificates, Series 2006-
HE7'sMotion for Relief from Automatic Stay Under Section 362 of the
Bankruptcy Code with Respect to Real Property Located at 5406 Coast Line
Street, Baytown, TX 77521 [D.I. 5893; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from
Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no
objections to the motion was filed. Accordingly, a hearing on this matter is only
necessary to the extent the Court has any questions or concerns.

118.    Deutsche Bank National Trust Company on behalf of the certificate holders
Morgan Stanley ABS Capital I Inc. Trust 2005-NC2 Mortgage Pass-Through
Certificates, Series 2005-NC2's Motion for Relief from Automatic Stay Under

Section 362 of the Bankruptcy Code with Respect to Real Property Located at 12331 Glenleigh Dr, Houston, TX 77014 [D.I. 5894; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

119.    Wells Fargo Bank, N.A., as Trustee on behalf of the certificate holders, MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW and/or MERS's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8118 Wilkinson Ave, North Hollywood, CA 91605 [D.I. 5895; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

120.    Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE5 Mortgage Pass-Through Certificates, Series 2006-HE5's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 328 Quintero Circle, Salinas, CA 93906 [D.I. 5896; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

121.    Countrywide Home Loans, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2605 West Strawberry Lane, Santa Ana, CA 92706 [D.I. 5897; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

122.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1209 Gilson St, Madison, WI 53715 [D.I. 5898; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

123.    Countrywide Home Loan's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1262 South Olden Ave, Hamilton, NJ 08610 [D.I. 5899; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
        filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no
objections to the motion was filed. Accordingly, a hearing on this matter is only
necessary to the extent the Court has any questions or concerns.

124.    Countrywide Home Loans Inc.'s Motion for Relief from Automatic Stay Under
        Section 362 of the Bankruptcy Code with Respect to Real Property Located at 401
        N. 38th St, Louisville, KY 40212 [D.I. 5900; filed 4/14/08]

        Objection Deadline: April 29, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed. Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

125.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
        Property Located at 1465 Harmony Hill Dr, Henderson, NV 89014 [D.I. 5901;
        filed 4/14/08]

        Objection Deadline: April 29, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed. Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

126.    Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS
        Capital I Inc. Trust 2007-HE2 Mortgage Pass-Through Certificates, Series 2007-
        HE2's Motion for Relief from Automatic Stay Under Section 362 of the
        Bankruptcy Code with Respect to Real Property Located at 19123 E 46th Ave,
        Denver, CO 80249 [D.I. 5902; filed 4/14/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed. Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

127.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
        Property Located at 435 East Tamarack, Unit 170, Inglewood, CA 90301 [D.I.
        5903; filed 4/14/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed. Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

128.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
        Property Located at 4163 Atkins Ave, Brooklyn, NY 11208 [D.I. 5904; filed
        4/14/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

    Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

129.    Countrywide Home Loans Servicing LP's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3924 Forest View Rd, Washougal, WA 98671 [D.I. 5905; filed 4/14/08]

    Objection Deadline: April 29, 2008

    Objections/Responses Received: None to date

    Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

    Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

130.    Deutsche Bank National Trust Company as Trustee s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1485 Jan Rick Ave, Sacramento, CA 95832 [D.I. 5906; filed 4/14/08]

    Objection Deadline: April 29, 2008

    Objections/Responses Received: None to date

    Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

    Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

131.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 6100 Dunham Rd, Maple Heights, OH 44137 [D.I. 5907; filed 4/14/08]

RLF1-3278901-1

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
        filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no
objections to the motion was filed. Accordingly, a hearing on this matter is only
necessary to the extent the Court has any questions or concerns.

132.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
        Property Located at 2560 Manchester Ave, San Pablo, CA 94806 [D.I. 5908; filed
        4/14/08]

        Objection Deadline: April 29, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed. Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

133.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of
        the Bankruptcy Code with Respect to Real Property Located at 1336 South 13th St,
        Coschocton, OH 43812 [D.I. 5909; filed 4/14/08]

        Objection Deadline: April 29, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed. Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

134.   Deutsche Bank National Trust Company as Trustees Motion for Relief from
       Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
       Property Located at 6320 Keniston Ave, Los Angeles, CA 90043 [D.I. 5910; filed
       4/14/08]

       Objection Deadline:  April 29, 2008

       Objections/Responses Received:  None to date

       Related Documents:

       i.      Certification of Counsel Regarding Various Motions for Relief from
               Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
               filed 5/1/08]

       Status: On May 1, 2008, a certification of counsel indicating that there were no
       objections to the motion was filed.  Accordingly, a hearing on this matter is only
       necessary to the extent the Court has any questions or concerns.

135.   HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of
       the Bankruptcy Code with Respect to Real Property Located at 3735 Beckett
       Ridge Dr, Humble, TX 77396 [D.I. 5911; filed 4/14/08]

       Objection Deadline:  April 29, 2008

       Objections/Responses Received:  None to date

       Related Documents:

       i.      Certification of Counsel Regarding Various Motions for Relief from
               Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
               filed 5/1/08]

       Status: On May 1, 2008, a certification of counsel indicating that there were no
       objections to the motion was filed.  Accordingly, a hearing on this matter is only
       necessary to the extent the Court has any questions or concerns.

136.   Deutsche Bank National Trust Company as Truste's Motion for Relief from
       Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
       Property Located at 111 Bluebird Court, Richwood, TX 77531 [D.I. 5912; filed
       4/14/08]

       Objection Deadline:  April 29, 2008

       Objections/Responses Received:  None to date

       Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

137.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5221 Coralwood Drive, Naples, FL 34119 [D.I. 5913; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

138.    HSBC Bank USA'ss Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3100 Tierra Pino Rd, El Paso, TX 79938 [D.I. 5914; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

139.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 317 South 205th East Ave, Catoosa, OK 74015 [D.I. 5915; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from
Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no
objections to the motion was filed. Accordingly, a hearing on this matter is only
necessary to the extent the Court has any questions or concerns.

140.    Deutsche Bank National Trust Company as Trustees Motion for Relief from
Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
Property Located at 2414 ½ Grove Ave, San Diego, CA 92154 [D.I. 5916; filed
4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from
Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no
objections to the motion was filed. Accordingly, a hearing on this matter is only
necessary to the extent the Court has any questions or concerns.

141.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from
Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
Property Located at 5439 Claire Court, Warrenton, VA 20187 [D.I. 5917; filed
4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from
Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

142.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 76-4136 Leilani St, Kailua Kona, HI 96740[D.I. 5918; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

143.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 316 E. Bradford, St, Marion, IN 46952 [D.I. 5919; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

144.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1573 Lassen St, Redlands, CA 92374 [D.I. 5920; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

145.   Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 10555 Coral Key Ave, Tampa, FL 33647 [D.I. 5921; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

146.   HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 49130 Lometa Ln, Port Richey, FL 34668 [D.I. 5922; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

147.   Deutsche Bank National Trust Company as Trustes Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real

Property Located at 7810 Links Crossing Lane, Spring, TX 77389 [D.I. 5923; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

148.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4949 S. Bahama Court, Aurora, CO 80015 [D.I. 5924; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

149.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1508 Teton St, San Bernardino, CA 92407 [D.I. 5925; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

150.    Deutsche Bank National Trust Company as Trustes Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 774 King Street, Denver, CO 80204 [D.I. 5926; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

151.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 23885 Rockingham St, Southfield, MI 48034 [D.I. 5927; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

152.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 68 Ram Dr, Eaton, OH 45320 [D.I. 5928; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

    i.       Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

153.    U.S. Bank National Associaton's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1416 W. Logan Ave, Guthrie, OK 73044 [D.I. 5929; filed 4/14/08]

    Objection Deadline:  April 29, 2008

    Objections/Responses Received:  None to date

    Related Documents:

    i.       Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

154.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1208 Patricia Drive, Loveland, CO 80537 [D.I. 5931; filed 4/14/08]

    Objection Deadline:  April 29, 2008

    Objections/Responses Received:  None to date

    Related Documents:

    i.       Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

155.    CHL's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 19894 Haidi Dr, Apple Valley, CA 92307 [D.I. 5932; filed 4/14/08]

    Objection Deadline:  April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

156.    HSBC Bank USa's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2607 Brown Hill Dr, Houston, TX 77083 [D.I. 5934; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

157.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1531 Case Ave, Saint Paul, MN 55106[D.I. 5935; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

RLF1-3278901-1

158.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
        Property Located at 2836 West Orange Ave, Anaheim, CA 92804 [D.I. 5936; filed
        4/14/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed.  Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

159.    Deutsche Bank National Trust Company as Trustees Motion for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
        Property Located at 905 West Harvard Ave, Fresno, CA 93705 [D.I. 5937; filed
        4/14/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed.  Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

160.    Avelo Mortgage LLC's Motion for Relief from Automatic Stay Under Section
        362 of the Bankruptcy Code with Respect to Real Property Located at 264
        Beechwood Lane, Palm Coast, FL 32137 [D.I. 5938; filed 4/14/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

RLF1-3278901-1

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

161.    Avelo Mortgage LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 9310 207th St, Queens Village, NY 11428 [D.I. 5939; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

162.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 68213 Terrace Rd, Cathedral City, CA 92234 [D.I. 5940; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

163.    Avelo Mortgage LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4137 golden Isles Drive, #514, Hallandale, FL 33009 [D.I. 5941; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

164.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 603 West 232rd St, Carson, CA 90745[D.I. 5942; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

165.    Avelo Mortgage LLC's Motion for Relief from Automatic Stay 117 St. John Rd, Colliers, WV 26035 [D.I. 5943; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

166.   Avelo Mortgage LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 176 Outwater Lane, Garfield, NJ 07026 [D.I. 5944; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.   Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

167.   Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 254 Dorset St, Brooklyn, NY 11236 [D.I. 5945; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.   Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

168.   Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 15498 Guava Way, Victorville, CA 92394 [D.I. 5946; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.   Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

RLF1-3278901-1

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

169.   Avelo Mortgage LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 41249 Ryder St, Brooklyn, NY 11234 [D.I. 5891; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

170.   's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4615 Aldrich Ave North, Minneapolis, MN 55412 [D.I. 5948; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

171.   Avelo Mortgage LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 34-32 72nd St, Jackson Heights, NY 11372 [D.I. 5949; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

172.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4901 Dulin Road, Fallbrook, CA 92028 [D.I. 5950; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

173.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 203-205 Genesee St, Saint Paul, MN 55117 [D.I. 5951; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

174.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2434 Wilma Street, Dallas, TX 75241 [D.I. 5952; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from
       Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
       filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no
objections to the motion was filed. Accordingly, a hearing on this matter is only
necessary to the extent the Court has any questions or concerns.

175.   Deutsche Bank National Trust Company as Trustees Motion for Relief from
       Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
       Property Located at 12936 Nicollet Ave, #202, Burnsville, MN 55337 [D.I. 5953;
       filed 4/14/08]

       Objection Deadline: April 29, 2008

       Objections/Responses Received: None to date

       Related Documents:

       i.     Certification of Counsel Regarding Various Motions for Relief from
              Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
              filed 5/1/08]

       Status: On May 1, 2008, a certification of counsel indicating that there were no
       objections to the motion was filed. Accordingly, a hearing on this matter is only
       necessary to the extent the Court has any questions or concerns.

176.   Deutsche Bank National Trust Company as Trustee's Motion for Relief from
       Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
       Property Located at 5166 45th St, Omaha, NE 68117 [D.I. 5954; filed 4/14/08]

       Objection Deadline: April 29, 2008

       Objections/Responses Received: None to date

       Related Documents:

       i.     Certification of Counsel Regarding Various Motions for Relief from
              Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
              filed 5/1/08]

       Status: On May 1, 2008, a certification of counsel indicating that there were no
       objections to the motion was filed. Accordingly, a hearing on this matter is only
       necessary to the extent the Court has any questions or concerns.

177.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3242 Emerson Ave, Minneapolis, MN 55412 [D.I. 5955; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

178.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 202-12 100th Ave, Hollis, NY 11423[D.I. 5956; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

179.    Avelo Mortgage LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2300 Michigan Ave, Unit 14, Pensacola, FL 32526 [D.I. 5957; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

180.    America Servicing Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1300 E Lakewalk Circle, Panama City Beach, FL 32413 [D.I. 5958; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

181.    Avelo Mortgage LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 62-64 Grattan Street, Chicopee, MA 01020 [D.I. 5959; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

182.    Wells Fargo's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2594 Fairmount Ave, San Diego, CA 92105 [D.I. 5960; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

RLF1-3278901-1

    i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

183.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3125 Albion Road, Shaker Hts, OH 44120[D.I. 5961; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

    i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

184.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8921 King Ranch Drive, Cross Roads, TX 76227 [D.I. 5962; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

    i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

185.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 300 East Chestnut Unit K, Santa Ana, CA 92701 [D.I. 5963; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

186.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1305 E. Cox Lane, Santa Maria, CA 93454 [D.I. 5964; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

187.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 245 Baring Street, Lancaster, CA 93535 [D.I. 5967; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

188.    Consumer Solutions REO LLC's Motion for Relief from Automatic Stay Under
        Section 362 of the Bankruptcy Code with Respect to Real Property Located at
        4330 N 63rd St, Milwaukee, WI 53216 [D.I. 5969; filed 4/14/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed.  Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

189.    Wells Fargo Bank'ss Motion for Relief from Automatic Stay Under Section 362
        of the Bankruptcy Code with Respect to Real Property Located at 2045 De Ovan
        Avenue, Stockton, CA 95204 [D.I. 5970; filed 4/14/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed.  Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

190.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the
        Bankruptcy Code with Respect to Real Property Located at 325 W 8th St,
        Fremont, NE 68025 [D.I. 5973; filed 4/14/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

191.    Wells Fargo's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1104 Santa Ynez Avenue, Paso Robles, CA 93446 [D.I. 5974; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

192.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 14287 Foothill Boulevard #39, Los Angeles, CA 91342 [D.I. 5975; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

193.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 230 Baywood Court, Springs, TX 77386 [D.I. 5976; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

     i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

194.    Wells Fargo's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2774 Eversole Drive, San Jose, CA 95133 [D.I. 5978; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

     i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

195.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1521 Garvin Avenue, Richmond, CA 94801 [D.I. 5979; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

     i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

196.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 12352 Woodberry Drive, Bryans Road, MD 20616 [D.I. 5980; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.       Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

197.    Wells Fargo Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1846 N. Dejoy Street, Santa Maria, CA 93458 [D.I. 5982; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.       Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

198.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 13212 Devina Dr, Brownsville, TX 78526 [D.I. 5983; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.       Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

199.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7577 Del Rosa, Phelan, CA 92371 [D.I. 5984; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

200.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4834 Winding Timbers Court, Humble, TX 77346[D.I. 5986; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

201.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 13512 Eldrige Ave, Sylmar, CA 91342 [D.I. 5987; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

202.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 13512 Eldrige Ave, Sylmar, CA 91342 [D.I. 5987; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

203.    Wells Fargo's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8965 Hunt Canyon Road, Corona, CA 92883 [D.I. 5988; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

204.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 10403 Indiana Ave N, Brooklyn Park, MN 55443 [D.I. 5990; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

205.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 44918 LIbbit Ave, Los Angeles, CA 91436[D.I. 5991; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

206.    Wells Fargo's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8031 Grenoble Way, Stockton, CA 95210 [D.I. 5992; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

207.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8385 Buena Vista Dr, Fontana, CA 90062 [D.I. 5994; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

208.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4234 16th Ave South, Minneapolis, MN 55407 [D.I. 5995; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

209.    Wells Fargo's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8539 Wood Grove Harbor Lane, Boynton Beach, FL 33437[D.I. 5996; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

210.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4909 Lone Pine Dr, Little Elm, TX 75068 [D.I. 5997; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

211.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 58 Briar Hollow Lane 203, Houston, TX 77027 [D.I. 5998; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

212.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5206 Ruthelen St, Los Angeles, CA 90062 [D.I. 5999; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

213.    HSBS Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1909 Scott Ave, Modesto, CA 95350 [D.I. 6001; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

214.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5030 A Street Unit 5, San Diego, CA 92102 [D.I. 6002; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

215.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 824 Kinau St, 710, Honolulu, HI 96813 [D.I. 6004; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

216.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 18845 Seneca Road, Apple Valley, CA 92307 [D.I. 6006; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

217.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1806 Centennial Way, Escondido, CA 92026 [D.I. 6009; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

218.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 440 Great Beds Court, Perth Amboy, NJ 08861 [D.I. 6011; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.       Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

219.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 97 Gary Avenue, Carneys Point, NJ 08069 [D.I. 6013; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.       Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

220.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3927 Scott Drive, Oceanside, CA 92056 [D.I. 6019; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.       Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

221.  HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 116 Buckeye Street, LA Puente, CA 91744 [D.I. 6020; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.  Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

222.  HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 312 Dragonfly Circle, Sacramento, CA 95834 [D.I. 6023; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.  Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

223.  Wells Fargo's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1851 English Ave, Turlock, CA 95380 [D.I. 6024; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.  Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

224.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 24322 Bear Claw, San Antonio, TX 78258 [D.I. 6078; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

225.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 920 Mimosa Ln, Russellville, KY 42276 [D.I. 6079; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

226.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 206 1st Ave NW, Dodge Center, MN 55927 [D.I. 6080 filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

227.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7746 Rushlight Ave, Littlerock, CA 93543 [D.I. 6081; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

228.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 844 South 112th St, Seattle, WA 98178 [D.I. 6082; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

229.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 41795 Laubach Rd, Seguin, TX 78155 [D.I. 6083; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
        filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no
objections to the motion was filed. Accordingly, a hearing on this matter is only
necessary to the extent the Court has any questions or concerns.

230.   Deutsche Bank National Trust Company as Trustees Motion for Relief from
       Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
       Property Located at 7124 Old North Dr, Memphis, TN 38125 [D.I. 6084; filed
       4/14/08]

       Objection Deadline: April 29, 2008

       Objections/Responses Received: None to date

       Related Documents:

       i.      Certification of Counsel Regarding Various Motions for Relief from
               Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
               filed 5/1/08]

       Status: On May 1, 2008, a certification of counsel indicating that there were no
       objections to the motion was filed. Accordingly, a hearing on this matter is only
       necessary to the extent the Court has any questions or concerns.

231.   HSBC's Motion for Relief from Automatic Stay Under Section 362 of the
       Bankruptcy Code with Respect to Real Property Located at 7450 Briaargate Dr,
       Missouri City, TX 77489 [D.I. 6085; filed 4/14/08]

       Objection Deadline: April 29, 2008

       Objections/Responses Received: None to date

       Related Documents:

       i.      Certification of Counsel Regarding Various Motions for Relief from
               Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
               filed 5/1/08]

       Status: On May 1, 2008, a certification of counsel indicating that there were no
       objections to the motion was filed. Accordingly, a hearing on this matter is only
       necessary to the extent the Court has any questions or concerns.

RLF1-3278901-1

232.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
        Property Located at 91 Taylor St, Littleton, MA 01460 [D.I. 6086; filed 4/14/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed.  Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

233.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the
        Bankruptcy Code with Respect to Real Property Located at 1119 Alexander
        Circle, Nashville, TN 37208 [D.I. 6088; filed 4/14/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed.  Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

234.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
        Property Located at 101 Stars Ave, Brownsville, TX 78520 [D.I. 6089; filed
        4/14/08]

        Objection Deadline:  April 29, 2008

        Objections/Responses Received:  None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

235.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 6411 Ladera Dr, Houston, TX 77083 [D.I. 6090; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

236.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 299 Nye Ave, Irvington, NJ 07111 [D.I. 6092; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

237.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2524 Russwood Dr, Flower Mound, TX 75028 [D.I. 6093; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

238.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2024 Foothills, Leander, TX 78641 [D.I. 6094; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

239.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 801 South 20th St, Richmond, IN 47374 [D.I. 6095; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

240.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 610 Mast Road, Goffstown, NH 03045 [D.I. 6096; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from
      Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
      filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no
objections to the motion was filed. Accordingly, a hearing on this matter is only
necessary to the extent the Court has any questions or concerns.

241.   HSBC's Motion for Relief from Automatic Stay Under Section 362 of the
       Bankruptcy Code with Respect to Real Property Located at 854 Julian St, Denver,
       CO 80204 [D.I. 6097; filed 4/14/08]

       Objection Deadline: April 29, 2008

       Objections/Responses Received: None to date

       Related Documents:

       i.    Certification of Counsel Regarding Various Motions for Relief from
             Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
             filed 5/1/08]

       Status: On May 1, 2008, a certification of counsel indicating that there were no
       objections to the motion was filed. Accordingly, a hearing on this matter is only
       necessary to the extent the Court has any questions or concerns.

242.   Deutsche Bank National Trust Company as Trusteekruptcy Code with Respect to
       Real Property Located at 1319 Jay St, Lakewood, CO [D.I. 6098; filed 4/14/08]

       Objection Deadline: April 29, 2008

       Objections/Responses Received: None to date

       Related Documents:

       i.    Certification of Counsel Regarding Various Motions for Relief from
             Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
             filed 5/1/08]

       Status: On May 1, 2008, a certification of counsel indicating that there were no
       objections to the motion was filed. Accordingly, a hearing on this matter is only
       necessary to the extent the Court has any questions or concerns.

243.  US Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property [D.I. 6188; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certificate of No Objection [D.I. 6465; filed 4/30/08]

Status: On April 30, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

244.  HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2130 E 98th Place, Chicago, IL 60617 [D.I. 6190; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

245.  DLJ's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property [D.I. 6191; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certificate of No Objection [D.I. 6465; filed 4/30/08]

Status: On April 30 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

246.  US Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property  [D.I. 6192; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certificate of No Objection [D.I. 6465; filed 4/30/08]

Status: On April 30, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

247.    GRP Loans's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7 Parson Drive, West Orange, NJ 07052 [D.I. 6227; filed 4/15/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certificate of No Objection [D.I. 6542; filed 5/2/08]

Status: On May 2, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

248.    Jasper Construction's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 10636 Woodley Ave, Unit 41, Granada Hills, CA and 13023 Edwards Rd, La Mirada, CA [D.I. 6276; filed 4/16/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6548; filed 5/2/08]

Status: On May , 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

249.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real

Property Located at 2049 SW 28 Terrace, Fort Lauderdale, FL 33312 [D.I. 6309; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

250.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 54-057 Waikulama St, Hauula, HI 96717 [D.I. 6310; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I.6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

251.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 43 Folsom Road, Center Ossipee, NJ 03814 [D.I. 6312; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

252.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7848 Jacinto Road, Elk Grove, CA 95758 [D.I. 6313; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

253.    Deutsche Bank National Trust Company as Truste's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 109 Laloma Plaza, Taos, NM 87571 [D.I. 6314; filed 4/17/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

254.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 10407 Lou Dillon Avenue, Los Angeles, CA 90002 [D.I. 6316; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

255.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 254 Grant St, Marina, CA 93933 [D.I. 6317; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I.2466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

256.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 13088 Sunset Drive, Lucerne Valley, CA 92356 [D.I. 6318; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

257.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1780 Severn Drive, Reno, NV 89503 [D.I. 6319; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466;
        filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no
objections to the motion was filed. Accordingly, a hearing on this matter is only
necessary to the extent the Court has any questions or concerns.

258.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the
        Bankruptcy Code with Respect to Real Property Located at 190 Alberta Drive,
        Woodruff, SC 29388 [D.I. 6320; filed 4/18/08]

        Objection Deadline: April 29, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed. Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

259.    Deutsche Bank National Trust Company as Trustees Motion for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
        Property Located at 5740 Wolf Lake Road, Sebring, FL 33875 [D.I. 6321; filed
        4/18/08]

        Objection Deadline: April 29, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed. Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

260.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 89-91 Pearl Place Perth Amboy, NJ 08861 [D.I. 6322; filed 4/18/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under ·Section 362 of the Bankruptcy Code [D.I. 2466; filed 5/1/08]

Status: On May1_, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

261.    US Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 27 Woods Way Woodbury, CT 06798 [D.I. 6323; filed 4/18/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

262.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 16743 Tequesta Trail, Saint Petersburg, FL 33715 [D.I. 6324; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2644; filed 5/1/08]

RLFI-3278901-1

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

263.    US Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 14693 Mountain High Drive, Fontana, CA 92337 [D.I.6325; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

264.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 77 Shenandoah Way, Milwaukie, CO 80603 [D.I. 6329; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

265.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 852 Copley Ave, Waldorf, MD 20602 [D.I. 6362; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

266.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1102 Panoche Court, San Jose, CA 95122 [D.I. 6363; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

267.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 68-3715 Kimo Nui St, Waikoloa, HI 96738 [D.I. 6364; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

268.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real

Property Located at 2209 Santa Ynez Dr, Las Vegas, NV 89104 [D.I. 6365; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

269.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 14039 Fish Eagle Dr, Jacksonville, FL 32218 [D.I. 6366; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

270.    MERS's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 62 East Serene Ave, #414, Las Vegas, NV 89123 [D.I. 6367; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

271.    U.S. Bank National Assocation's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1106 W 2nd St, Sulphur, OR 73086 [D.I. 6368; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

272.    Saxon Mortgage's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 31610 North Cactus Drive, Queen Creek, AZ 85243 [D.I. 6369; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

273.    LaSalle's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1122 Field View Ave, El Centro, CA 92243 [D.I. 6370; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

274.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2721 West 85th Ave, Merrillville, IN 46410 [D.I. 6371; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

275.    LaSalle Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4621 Wagon Dr, West Salem, WI 54669 [D.I. 6372; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

276.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 413 Massachusetts Ave, Buffalo, NY 14213 [D.I. 6373; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

277.    WM Speciality Mortgage LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 23 E. 32 Street, Brooklyn, NY 11226 [D.I. 6374; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

## III.    UNCONTESTED MATTERS GOING FORWARD:

278.    GRP Loan LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 9 Del Prado Circle, Fairfield, CA [D.I. 5530; filed 3/27/08]

Objection Deadline:  April 30, 2008

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status: The hearing on this matter is going forward.

279.    GRP Loan LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2021 Teco Drive, Suan Jacinot, CA 92583 [D.I. 5533; filed 3/27/08]

Objection Deadline:  April 30, 2008

Objections/Responses Received:  None at this time.

Related Documents:  None at this time.

Status: The hearing on this matter is going forward.

## IV.    CONTESTED MATTERS GOING FORWARD:

280.    Debtors' Thirteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Multiple-Debtor Duplicate Claims [D.I. 4815; filed 2/4/08]

Objection deadline:  February 27, 2008

Objections/Responses Received:

A.    Response to Debtors' Thirteenth Omnibus Objection to Claims (filed by Alyse Rafidi) [D.I. 5104; filed 2/27/08]

B.    The Debtors received an informal response received from The Travelers Indemnity Company and its affiliates.

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claims for Debtors' Thirteenth Omnibus Objection to Claims:  Substantive Objection Pursuant to 11 U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Multiple Debtor Duplicate Claims [D.I. 4997; filed 2/20/08]

ii.    Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain Multiple-Debtor Duplicate Claims [D.I. 5249; filed 3/6/08]

Status: The hearing on this matter is going forward.  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit G.

281.    Debtors' Fourteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5023; filed 2/22/08]

Objection deadline:  March 18, 2008

Objections/Responses Received:

A.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Alexander Davis) [D.I. 5237; filed 3/4/08]

B.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Rhonda M. Silva) [D.I. 5318; filed 3/11/08]

C.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Robert and Deborah Massie) [D.I. 5392; filed 3/18/08]

D.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by The Rose Townsend Trust) [D.I. 5393; filed 3/18/08]

E.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Catherine C. Aquino) [D.I. 5398; filed 3/17/08]

F.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Albert A. Winters and Maria D. Garibay aka Maria D. Winters) [D.I. 5400; filed 3/17/08]

G.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by EQY Invest First Colony Owner, Ltd, LLP) [D.I. 5402; filed 3/17/07]

H.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Michael and Alvia Razo) [D.I. 5411; filed 3/18/08]

I.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by William Feeney) [D.I. 5412; filed 3/18/08]

J.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Anna Bailey) [D.I. 5413; filed 3/18/08]

K.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by LaMonte Andrews) [D.I. 5416; filed 3/18/08]

L.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Merlin Grant) [D.I. 5420; filed 3/18/08]

M.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Mary McGurk) [D.I. 5421; filed 3/18/08]

N.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Lisa Clark) [D.I. 5422; filed 3/18/08]

O.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Geraldine Pulliam) [D.I. 5423; filed 3/18/08]

P.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Melvin Proctor, et al.) [D.I. 5428; filed 3/18/08]

Q.      Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Kristine Porter) [D.I. 5442; filed 3/20/08]

R.      Amended Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Lisa Clark) [D.I. 5458; filed 3/24/08]

S.      The Debtors received an informal response received from Peter H. Arkison Trustee for Pyatt.

T.      The Debtors received an informal response received from Doug Belden Hillsborough County Tax Collector.

U.      The Debtors received an informal response received from La Joya Independent School District.

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claims for Debtors' Fourteenth Omnibus Objection to Claims:  Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5297; filed 3/11/08]

ii.     Order Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and Expunging (A) Books and Records Claims; (B) Equity Claims; (C) Certain Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims Set Forth in the Debtors' Fourteenth Omnibus Objection to Claims [D.I. 5823; filed 4/11/08]

Status: The hearing on this matter is going forward.  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit H.

282.    Debtors' Eighteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5537; filed 3/27/08]

Objection deadline:  April 30, 2008

Objections/Responses Received:

A.      Response to Debtors' Eighteenth Omnibus Objection to Claims (filed by Robert and Carol Riggins) [D.I. 6268; filed 4/15/08]

B.    Response to Debtors' Eighteenth Omnibus Objection to Claims (filed by Patrick J. Moloney) [D.I. 6425; filed 4/24/08]

C.    The Debtors received an informal response from Washington Mutual.

D.    The Debtors received an informal response from Pierre Augustin.

Related Documents:

i.    Notice of Withdrawal of Debtors' Eighteenth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims Re: Claim No. 3537 of Natixis Real Estate Capital, Inc. [D.I. 6400; filed 4/22/08]

Status: The hearing on this matter is going forward. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit K.

283.    Debtor's Nineteenth Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims; (B) Duplicate Claims; and (C) Late Filed Claims [D.I. 5538; filed 3/27/08]

Objection deadline: April 30, 2008

Objections/Responses Received:

A.    Response to Debtors' Nineteenth Omnibus Objection to Claims (filed by Patrick Bosby) [D.I. 6246; filed 4/24/08]

Related Documents: None to date.

Status: The hearing on this matter is going forward. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit L.

## V.    STATUS CONFERENCES:

### 284.    Status Conference Regarding First Interim Fee Reports

Status: At the confirmation hearing, the Court directed that a status conference be held on the fee auditor's progress with respect to issuing audit reports for the first interim period. The status conference on this matter is going forward.

285.    **Status Conference Regarding Second Amended Joint Chapter 11 of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of April 23, 2008 [D.I. 6412; filed 4/23/08]**

Status: At the confirmation hearing, the Court directed that a status conference be held to address outstanding issues related to objections of the Ad Hoc Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan and the New York State Teachers' Retirement System. The status conference on this matter is going forward.


Dated:  May 6, 2008
        Wilmington, Delaware

                                    _____
                                    Mark D. Collins (No. 2981)
                                    Michael J. Merchant (No. 3854)
                                    Christopher M. Samis (No. 4909)
                                    RICHARDS, LAYTON & FINGER, P.A.
                                    One Rodney Square
                                    920 North King Street
                                    Wilmington, DE 19801
                                    Telephone: (302) 651-7700
                                    Facsimile: (302) 651-7701

                                    - and -

                                    Suzzanne S. Uhland
                                    Ben H. Logan
                                    Brian M. Metcalf
                                    Victoria Newmark
                                    Emily R. Culler
                                    O'MELVENY & MYERS LLP
                                    275 Battery Street
                                    San Francisco, CA 94111
                                    Telephone: (415) 984-8700
                                    Facsimile: (415) 984-8701

                                    ATTORNEYS FOR DEBTORS AND
                                    DEBTORS IN POSSESSION