Exhibit F
Status of Proofs of Claim for Debtors' Eleventh Omnibus Objection (Substantive) to Certain Claims

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| | Exhibit A | |
| 2964 | Cisco System Capital Corporation | Response filed 2/13/08; D.I. 4879. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 3584 | County of Santa Clara | Response filed 2/6/08; D.I. 4848. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 3402 | Maricopa County Treasurer | Response filed 2/12/08; D.I. 4878. The hearing on the Debtors' objection to this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m |

1