Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

150.    Deutsche Bank National Trust Company as Trustes Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 774 King Street, Denver, CO 80204 [D.I. 5926; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

151.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 23885 Rockingham St, Southfield, MI 48034 [D.I. 5927; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

152.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 68 Ram Dr, Eaton, OH 45320 [D.I. 5928; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.  Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

153.  U.S. Bank National Associaton's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1416 W. Logan Ave, Guthrie, OK 73044 [D.I. 5929; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.  Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

154.  Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1208 Patricia Drive, Loveland, CO 80537 [D.I. 5931; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.  Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

155.  CHL's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 19894 Haidi Dr, Apple Valley, CA 92307 [D.I. 5932; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

156.    HSBC Bank USa's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2607 Brown Hill Dr, Houston, TX 77083 [D.I. 5934; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

157.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1531 Case Ave, Saint Paul, MN 55106[D.I. 5935; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

158.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2836 West Orange Ave, Anaheim, CA 92804 [D.I. 5936; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

159.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 905 West Harvard Ave, Fresno, CA 93705 [D.I. 5937; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

160.    Avelo Mortgage LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 264 Beechwood Lane, Palm Coast, FL 32137 [D.I. 5938; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

RLF1-3280322-1

     i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

161.    Avelo Mortgage LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 9310 207th St, Queens Village, NY 11428 [D.I. 5939; filed 4/14/08]

     Objection Deadline: April 29, 2008

     Objections/Responses Received: None to date

     Related Documents:

     i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

162.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 68213 Terrace Rd, Cathedral City, CA 92234 [D.I. 5940; filed 4/14/08]

     Objection Deadline: April 29, 2008

     Objections/Responses Received: None to date

     Related Documents:

     i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

163.    Avelo Mortgage LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4137 golden Isles Drive, #514, Hallandale, FL 33009 [D.I. 5941; filed 4/14/08]

     Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
        filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no
objections to the motion was filed. Accordingly, a hearing on this matter is only
necessary to the extent the Court has any questions or concerns.

164.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
        Property Located at 603 West 232rd St, Carson, CA 90745[D.I. 5942; filed
        4/14/08]

        Objection Deadline: April 29, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed. Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

165.    Avelo Mortgage LLC's Motion for Relief from Automatic Stay 117 St. John Rd,
        Colliers, WV 26035 [D.I. 5943; filed 4/14/08]

        Objection Deadline: April 29, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed. Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

166.   Avelo Mortgage LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 176 Outwater Lane, Garfield, NJ 07026 [D.I. 5944; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

167.   Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 254 Dorset St, Brooklyn, NY 11236 [D.I. 5945; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

168.   Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 15498 Guava Way, Victorville, CA 92394 [D.I. 5946; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

169.    Avelo Mortgage LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 41249 Ryder St, Brooklyn, NY 11234 [D.I. 5891; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

170.    's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4615 Aldrich Ave North, Minneapolis, MN 55412 [D.I. 5948; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

171.    Avelo Mortgage LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 34-32 72nd St, Jackson Heights, NY 11372 [D.I. 5949; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

172.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4901 Dulin Road, Fallbrook, CA 92028 [D.I. 5950; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

173.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 203-205 Genesee St, Saint Paul, MN 55117 [D.I. 5951; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

174.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2434 Wilma Street, Dallas, TX 75241 [D.I. 5952; filed 4/14/08]

RLF1-3280322-1

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

175.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 12936 Nicollet Ave, #202, Burnsville, MN 55337 [D.I. 5953; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

176.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5166 45th St, Omaha, NE 68117 [D.I. 5954; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

177.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
        Property Located at 3242 Emerson Ave, Minneapolis, MN 55412 [D.I. 5955; filed
        4/14/08]

        Objection Deadline: April 29, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed. Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

178.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
        Property Located at 202-12 100th Ave, Hollis, NY 11423[D.I. 5956; filed 4/14/08]

        Objection Deadline: April 29, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed. Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

179.    Avelo Mortgage LLC's Motion for Relief from Automatic Stay Under Section
        362 of the Bankruptcy Code with Respect to Real Property Located at 2300
        Michigan Ave, Unit 14, Pensacola, FL 32526 [D.I. 5957; filed 4/14/08]

        Objection Deadline: April 29, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

180.    America Servicing Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1300 E Lakewalk Circle, Panama City Beach, FL 32413 [D.I. 5958; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

181.    Avelo Mortgage LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 62-64 Grattan Street, Chicopee, MA 01020 [D.I. 5959; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

182.    Wells Fargo's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2594 Fairmount Ave, San Diego, CA 92105 [D.I. 5960; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

183.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3125 Albion Road, Shaker Hts, OH 44120[D.I. 5961; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

184.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8921 King Ranch Drive, Cross Roads, TX 76227 [D.I. 5962; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

185.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 300 East Chestnut Unit K, Santa Ana, CA 92701 [D.I. 5963; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

186.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1305 E. Cox Lane, Santa Maria, CA 93454 [D.I. 5964; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

187.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 245 Baring Street, Lancaster, CA 93535 [D.I. 5967; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

188.    Consumer Solutions REO LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4330 N 63rd St, Milwaukee, WI 53216 [D.I. 5969; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

189.    Wells Fargo Bank'ss Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2045 De Ovan Avenue, Stockton, CA 95204 [D.I. 5970; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

190.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 325 W 8th St, Fremont, NE 68025 [D.I. 5973; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

191.    Wells Fargo's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1104 Santa Ynez Avenue, Paso Robles, CA 93446 [D.I. 5974; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

192.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 14287 Foothill Boulevard #39, Los Angeles, CA 91342 [D.I. 5975; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

193.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 230 Baywood Court, Springs, TX 77386 [D.I. 5976; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

194.    Wells Fargo's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2774 Eversole Drive, San Jose, CA 95133 [D.I. 5978; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

195.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1521 Garvin Avenue, Richmond, CA 94801 [D.I. 5979; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

196.    Deutsche Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 12352 Woodberry Drive, Bryans Road, MD 20616 [D.I. 5980; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

197.    Wells Fargo Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1846 N. Dejoy Street, Santa Maria, CA 93458 [D.I. 5982; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

198.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 13212 Devina Dr, Brownsville, TX 78526 [D.I. 5983; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

199. HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7577 Del Rosa, Phelan, CA 92371 [D.I. 5984; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

200. HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4834 Winding Timbers Court, Humble, TX 77346[D.I. 5986; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

201. HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 13512 Eldrige Ave, Sylmar, CA 91342 [D.I. 5987; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

202.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 13512 Eldrige Ave, Sylmar, CA 91342 [D.I. 5987; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

203.    Wells Fargo's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8965 Hunt Canyon Road, Corona, CA 92883 [D.I. 5988; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

204.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 10403 Indiana Ave N, Brooklyn Park, MN 55443 [D.I. 5990; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

205.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 44918 LIbbit Ave, Los Angeles, CA 91436[D.I. 5991; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

206.    Wells Fargo's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8031 Grenoble Way, Stockton, CA 95210 [D.I. 5992; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

207.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8385 Buena Vista Dr, Fontana, CA 90062 [D.I. 5994; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

208.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4234 16th Ave South, Minneapolis, MN 55407 [D.I. 5995; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

209.    Wells Fargo's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8539 Wood Grove Harbor Lane, Boynton Beach, FL 33437[D.I. 5996; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

210.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from
        Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
        Property Located at 4909 Lone Pine Dr, Little Elm, TX 75068 [D.I. 5997; filed
        4/14/08]

        Objection Deadline: April 29, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed. Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

211.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of
        the Bankruptcy Code with Respect to Real Property Located at 58 Briar Hollow
        Lane 203, Houston, TX 77027 [D.I. 5998; filed 4/14/08]

        Objection Deadline: April 29, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

        Status: On May 1, 2008, a certification of counsel indicating that there were no
        objections to the motion was filed. Accordingly, a hearing on this matter is only
        necessary to the extent the Court has any questions or concerns.

212.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of
        the Bankruptcy Code with Respect to Real Property Located at 5206 Ruthelen St,
        Los Angeles, CA 90062 [D.I. 5999; filed 4/14/08]

        Objection Deadline: April 29, 2008

        Objections/Responses Received: None to date

        Related Documents:

        i.      Certification of Counsel Regarding Various Motions for Relief from
                Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
                filed 5/1/08]

RLF1-3280322-1

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

213.    HSBS Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1909 Scott Ave, Modesto, CA 95350 [D.I. 6001; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

214.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5030 A Street Unit 5, San Diego, CA 92102 [D.I. 6002; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

215.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 824 Kinau St, 710, Honolulu, HI 96813 [D.I. 6004; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

216.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 18845 Seneca Road, Apple Valley, CA 92307 [D.I. 6006; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

217.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1806 Centennial Way, Escondido, CA 92026 [D.I. 6009; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

    i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

218.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 440 Great Beds Court, Perth Amboy, NJ 08861 [D.I. 6011; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from
      Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
      filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no
objections to the motion was filed.  Accordingly, a hearing on this matter is only
necessary to the extent the Court has any questions or concerns.

219.   Deutsche Bank National Trust Company as Trustee's Motion for Relief from
       Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
       Property Located at 97 Gary Avenue, Carneys Point, NJ 08069 [D.I. 6013; filed
       4/14/08]

       Objection Deadline:  April 29, 2008

       Objections/Responses Received:  None to date

       Related Documents:

       i.    Certification of Counsel Regarding Various Motions for Relief from
             Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
             filed 5/1/08]

       Status: On May 1, 2008, a certification of counsel indicating that there were no
       objections to the motion was filed.  Accordingly, a hearing on this matter is only
       necessary to the extent the Court has any questions or concerns.

220.   HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of
       the Bankruptcy Code with Respect to Real Property Located at 3927 Scott Drive,
       Oceanside, CA 92056 [D.I. 6019; filed 4/14/08]

       Objection Deadline:  April 29, 2008

       Objections/Responses Received:  None to date

       Related Documents:

       i.    Certification of Counsel Regarding Various Motions for Relief from
             Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466;
             filed 5/1/08]

       Status: On May 1, 2008, a certification of counsel indicating that there were no
       objections to the motion was filed.  Accordingly, a hearing on this matter is only
       necessary to the extent the Court has any questions or concerns.

221.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 116 Buckeye Street, LA Puente, CA 91744 [D.I. 6020; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

222.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 312 Dragonfly Circle, Sacramento, CA 95834 [D.I. 6023; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

223.    Wells Fargo's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1851 English Ave, Turlock, CA 95380 [D.I. 6024; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

224.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 24322 Bear Claw, San Antonio, TX 78258 [D.I. 6078; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

225.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 920 Mimosa Ln, Russellville, KY 42276 [D.I. 6079; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

226.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 206 1st Ave NW, Dodge Center, MN 55927 [D.I. 6080 filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

227.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7746 Rushlight Ave, Littlerock, CA 93543 [D.I. 6081; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

228.    HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 844 South 112th St, Seattle, WA 98178 [D.I. 6082; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

229.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 41795 Laubach Rd, Seguin, TX 78155 [D.I. 6083; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

230.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7124 Old North Dr, Memphis, TN 38125 [D.I. 6084; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

231.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7450 Briaargate Dr, Missouri City, TX 77489 [D.I. 6085; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

232.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 91 Taylor St, Littleton, MA 01460 [D.I. 6086; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

233.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1119 Alexander Circle, Nashville, TN 37208 [D.I. 6088; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

234.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 101 Stars Ave, Brownsville, TX 78520 [D.I. 6089; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

235.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 6411 Ladera Dr, Houston, TX 77083 [D.I. 6090; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

236.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 299 Nye Ave, Irvington, NJ 07111 [D.I. 6092; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

237.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2524 Russwood Dr, Flower Mound, TX 75028 [D.I. 6093; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

238.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2024 Foothills, Leander, TX 78641 [D.I. 6094; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

239.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 801 South 20th St, Richmond, IN 47374 [D.I. 6095; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

240.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 610 Mast Road, Goffstown, NH 03045 [D.I. 6096; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

241.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 854 Julian St, Denver, CO 80204 [D.I. 6097; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

242.    Deutsche Bank National Trust Company as Trusteekruptcy Code with Respect to Real Property Located at 1319 Jay St, Lakewood, CO [D.I. 6098; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

243.   US Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property [D.I. 6188; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certificate of No Objection [D.I. 6465; filed 4/30/08]

Status: On April 30, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

244.   HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2130 E 98th Place, Chicago, IL 60617 [D.I. 6190; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

245.   DLJ's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property [D.I. 6191; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certificate of No Objection [D.I. 6465; filed 4/30/08]

Status: On April 30 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

246.   US Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property [D.I. 6192; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.     Certificate of No Objection [D.I. 6465; filed 4/30/08]

Status: On April 30, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

247.   GRP Loans's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7 Parson Drive, West Orange, NJ 07052 [D.I. 6227; filed 4/15/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.     Certificate of No Objection [D.I. 6542; filed 5/2/08]

Status: On May 2, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

248.   Jasper Construction's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 10636 Woodley Ave, Unit 41, Granada Hills, CA and 13023 Edwards Rd, La Mirada, CA [D.I. 6276; filed 4/16/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6548; filed 5/2/08]

Status: On May , 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

249.   Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real

Property Located at 2049 SW 28 Terrace, Fort Lauderdale, FL 33312 [D.I. 6309; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

250.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 54-057 Waikulama St, Hauula, HI 96717 [D.I. 6310; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I.6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

251.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 43 Folsom Road, Center Ossipee, NJ 03814 [D.I. 6312; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

252. HSBC Bank USA's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7848 Jacinto Road, Elk Grove, CA 95758 [D.I. 6313; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

253. Deutsche Bank National Trust Company as Truste's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 109 Laloma Plaza, Taos, NM 87571 [D.I. 6314; filed 4/17/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

254. Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 10407 Lou Dillon Avenue, Los Angeles, CA 90002 [D.I. 6316; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

RLF1-3280322-1

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

255.   Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 254 Grant St, Marina, CA 93933 [D.I. 6317; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I.2466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

256.   Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 13088 Sunset Drive, Lucerne Valley, CA 92356 [D.I. 6318; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.     Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

257.   Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1780 Severn Drive, Reno, NV 89503 [D.I. 6319; filed 4/18/08]

RLF1-3280322-1

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

258.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 190 Alberta Drive, Woodruff, SC 29388 [D.I. 6320; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

259.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5740 Wolf Lake Road, Sebring, FL 33875 [D.I. 6321; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

260.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 89-91 Pearl Place Perth Amboy, NJ 08861 [D.I. 6322; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466; filed 5/1/08]

Status: On May1_, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

261.    US Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 27 Woods Way Woodbury, CT 06798 [D.I. 6323; filed 4/18/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

262.    HSBC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 16743 Tequesta Trail, Saint Petersburg, FL 33715 [D.I. 6324; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2644; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

263.   US Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 14693 Mountain High Drive, Fontana, CA 92337 [D.I.6325; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

264.   Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 77 Shenandoah Way, Milwaukie, CO 80603 [D.I. 6329; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

265.   Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 852 Copley Ave, Waldorf, MD 20602 [D.I. 6362; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

266.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1102 Panoche Court, San Jose, CA 95122 [D.I. 6363; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

267.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 68-3715 Kimo Nui St, Waikoloa, HI 96738 [D.I. 6364; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.    Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

268.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real

104

Property Located at 2209 Santa Ynez Dr, Las Vegas, NV 89104 [D.I. 6365; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

269.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 14039 Fish Eagle Dr, Jacksonville, FL 32218 [D.I. 6366; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

270.    MERS's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 62 East Serene Ave, #414, Las Vegas, NV 89123 [D.I. 6367; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

271.    U.S. Bank National Assocation's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1106 W 2nd St, Sulphur, OR 73086 [D.I. 6368; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

272.    Saxon Mortgage's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 31610 North Cactus Drive, Queen Creek, AZ 85243 [D.I. 6369; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

273.    LaSalle's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1122 Field View Ave, El Centro, CA 92243 [D.I. 6370; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

274.    Deutsche Bank National Trust Company as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2721 West 85th Ave, Merrillville, IN 46410 [D.I. 6371; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

275.    LaSalle Bank's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4621 Wagon Dr, West Salem, WI 54669 [D.I. 6372; filed 4/14/08]

Objection Deadline: April 29, 2008

Objections/Responses Received: None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

276.    Deutsche Bank National Trust Company as Trustees Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 413 Massachusetts Ave, Buffalo, NY 14213 [D.I. 6373; filed 4/14/08]

107

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

277.    WM Speciality Mortgage LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 23 E. 32 Street, Brooklyn, NY 11226 [D.I. 6374; filed 4/14/08]

Objection Deadline:  April 29, 2008

Objections/Responses Received:  None to date

Related Documents:

i.      Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6466; filed 5/1/08]

Status: On May 1, 2008, a certification of counsel indicating that there were no objections to the motion was filed.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

## III.    UNCONTESTED MATTERS GOING FORWARD:

278.    GRP Loan LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 9 Del Prado Circle, Fairfield, CA [D.I. 5530; filed 3/27/08]

Objection Deadline:  April 30, 2008

Objections/Responses Received:  None at this time.

Related Documents:

i.      **Certification of Counsel Regarding Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6561; 5/6/08]**

Status: **On May 6, 2008, a certificate of no objection indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.**

279. GRP Loan LLC's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2021 Teco Drive, Suan Jacinot, CA 92583 [D.I. 5533; filed 3/27/08]

Objection Deadline: April 30, 2008

Objections/Responses Received: None at this time.

Related Documents: None at this time.

Status: The hearing on this matter is going forward.

## IV.    CONTESTED MATTERS GOING FORWARD:

280. Debtors' Thirteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Multiple-Debtor Duplicate Claims [D.I. 4815; filed 2/4/08]

Objection deadline: February 27, 2008

Objections/Responses Received:

A.    Response to Debtors' Thirteenth Omnibus Objection to Claims (filed by Alyse Rafidi) [D.I. 5104; filed 2/27/08]

B.    The Debtors received an informal response received from The Travelers Indemnity Company and its affiliates.

C.    **Informal Response received from David Vizcarra.**

D.    **Informal Response received from John Hicks.**

E.    **Informal Response received from Eva Joy Martini.**

F.    **Informal Response received from Darrell Lowe.**

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claims for Debtors' Thirteenth Omnibus Objection to Claims:  Substantive Objection Pursuant to 11 U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Multiple Debtor Duplicate Claims [D.I. 4997; filed 2/20/08]

    ii.    Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain Multiple-Debtor Duplicate Claims [D.I. 5249; filed 3/6/08]

Status: The hearing on this matter is going forward. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit G.

281.    Debtors' Fourteenth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5023; filed 2/22/08]

Objection deadline: March 18, 2008

Objections/Responses Received:

A.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Alexander Davis) [D.I. 5237; filed 3/4/08]

B.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Rhonda M. Silva) [D.I. 5318; filed 3/11/08]

C.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Robert and Deborah Massie) [D.I. 5392; filed 3/18/08]

D.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by The Rose Townsend Trust) [D.I. 5393; filed 3/18/08]

E.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Catherine C. Aquino) [D.I. 5398; filed 3/17/08]

F.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Albert A. Winters and Maria D. Garibay aka Maria D. Winters) [D.I. 5400; filed 3/17/08]

G.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by EQY Invest First Colony Owner, Ltd, LLP) [D.I. 5402; filed 3/17/07]

H.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Michael and Alvia Razo) [D.I. 5411; filed 3/18/08]

I.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by William Feeney) [D.I. 5412; filed 3/18/08]

J.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Anna Bailey) [D.I. 5413; filed 3/18/08]

K.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by LaMonte Andrews) [D.I. 5416; filed 3/18/08]

L.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Merlin Grant) [D.I. 5420; filed 3/18/08]

M.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Mary McGurk) [D.I. 5421; filed 3/18/08]

N.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Lisa Clark) [D.I. 5422; filed 3/18/08]

O.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Geraldine Pulliam) [D.I. 5423; filed 3/18/08]

P.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Melvin Proctor, et al.) [D.I. 5428; filed 3/18/08]

Q.    Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Kristine Porter) [D.I. 5442; filed 3/20/08]

R.    Amended Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Lisa Clark) [D.I. 5458; filed 3/24/08]

S.    The Debtors received an informal response received from Peter H. Arkison Trustee for Pyatt.

T.    The Debtors received an informal response received from Doug Belden Hillsborough County Tax Collector.

U.    The Debtors received an informal response received from La Joya Independent School District.

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claims for Debtors' Fourteenth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5297; filed 3/11/08]

ii.    Order Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and Expunging (A) Books and Records Claims; (B) Equity Claims; (C) Certain Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims Set Forth in the Debtors' Fourteenth Omnibus Objection to Claims [D.I. 5823; filed 4/11/08]

Status: The hearing on this matter is going forward. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit H.

282.   Debtors' Eighteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5537; filed 3/27/08]

Objection deadline:  April 30, 2008

Objections/Responses Received:

A.   Response to Debtors' Eighteenth Omnibus Objection to Claims (filed by Robert and Carol Riggins) [D.I. 6268; filed 4/15/08]

B.   Response to Debtors' Eighteenth Omnibus Objection to Claims (filed by Patrick J. Moloney) [D.I. 6425; filed 4/24/08]

C.   The Debtors received an informal response from Washington Mutual.

D.   The Debtors received an informal response from Pierre Augustin.

Related Documents:

i.   Notice of Withdrawal of Debtors' Eighteenth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims Re: Claim No. 3537 of Natixis Real Estate Capital, Inc. [D.I. 6400; filed 4/22/08]

Status: The hearing on this matter is going forward. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit K.

283.   Debtors' Nineteenth Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims; (B) Duplicate Claims; and (C) Late Filed Claims [D.I. 5538; filed 3/27/08]

Objection deadline:  April 30, 2008

Objections/Responses Received:

A.    Response to Debtors' Nineteenth Omnibus Objection to Claims (filed by Patrick Bosby) [D.I. 6246; filed 4/24/08]

Related Documents:  None to date.

Status:  The hearing on this matter is going forward.  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit L.

## V.    **STATUS CONFERENCES:**

284.    Status Conference Regarding First Interim Fee Reports

Status:  At the confirmation hearing, the Court directed that a status conference be held on the fee auditor's progress with respect to issuing audit reports for the first interim period.  The status conference on this matter is going forward.

285.    Status Conference Regarding Second Amended Joint Chapter 11 of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of April 23, 2008 [D.I. 6412; filed 4/23/08]

Status:  At the confirmation hearing, the Court directed that a status conference be held to address outstanding issues related to objections of the Ad Hoc Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan and the New York State Teachers' Retirement System. The status conference on this matter is going forward.

286.    **Status Conference Regarding Natixis Claims.**

Status: **The Debtors objected to certain claims filed by Natixis on various omnibus objections.  The parties have continued the hearing on these objections pending further discussion.  However, as further objections and related claims litigations are possible with respect to the Natixis claims, the parties wish to apprise the Court of the circumstances.**

287.    **Order Granting Motion for Reconsideration and Setting Forth Certain Directives with Respect to the Debtors' Objections to Claims of Alyse Rafidi [D.I. 6233; filed 4/15/08]**

**Related Documents:**

i.    **Response of Alyse Rafidi to Debtors' Thirteenth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Multiple-Debtor to Duplicate Claims [D.I. 5104; filed 2/27/08]**

ii.    **Response of Alyse Rafidi to Debtors' Eighth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and**

113

507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Books and Records Claims [D.I. 5168; filed 2/21/08]

iii.    **Request to Permit Alyse Rafidi to File Claim [D.I. 5232; filed 3/5/08]**

iv.    **Response of Alyse Rafidi to Order Granting Motion for Reconsideration and Setting Forth Certain Directives with Respect to the Debtors' Objections to Claims of Alyse Rafidi [D.I. 6562; filed 5/5/08]**

**Status:** This matter is going forward.

288.    **Countrywide Home Loans' Motion for Relief from Stay With Regard to 87 Properties [D.I. 6273; filed 4/16/08]**

**Objection Deadline:** April 30, 2008

**Objections/Responses Received:** None at this time.

**Related Documents:**

i.    **Certificate of No Objection [D.I. 6549; filed 5/2/08]**

**Status:** On May 2, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

Dated: May 6, 2008
      Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

RLF1-3280322-1