Exhibit G
Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

Exhibit A

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 3111 | 3110 | Rafidi Alyse Zahi | Response filed 2/27/08; D.I. 5104. The hearing on this claim is going forward. |
| 2081 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 2119 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 2116 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 2120 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |

1

Exhibit G
Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2113 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 2080 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 3687 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |

Exhibit G
Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2084 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 2083 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 2269 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |

3

**Exhibit G**
**Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims**

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2114 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 2325 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 2126 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |

Exhibit G
Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2115 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 2270 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement has been filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |

5