Exhibit K
Status of Proofs of Claim for Debtors' Eighteenth Omnibus Objection (Substantive) to Certain Claims

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| | | Exhibit A |
| 1127 | Aaron Celious | No response has been filed. The hearing on this claim is going forward. |
| 1948 | Adrian Batiste | No response has been filed. The hearing on this claim is going forward. |
| 977 | Ali Ahmad Adnan | No response has been filed. The hearing on this claim is going forward. |
| 2028 | Allison C. Canty | No response has been filed. The hearing on this claim is going forward. |
| 1151 | Carl J. Muhammad | No response has been filed. The hearing on this claim is going forward. |
| 815 | Carol Wands aka Wands | No response has been filed. The hearing on this claim is going forward. |
| 1748 | Charles Darr Borr | No response has been filed. The hearing on this claim is going forward. |
| 3564 | Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital Inc. | No response has been filed. The hearing on this claim is going forward. |
| 3563 | Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital Inc. | No response has been filed. The hearing on this claim is going forward. |
| 3560 | Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital Inc. | No response has been filed. The hearing on this claim is going forward. |
| 3566 | Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital Inc. | No response has been filed. The hearing on this claim is going forward. |
| 3565 | Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital Inc. | No response has been filed. The hearing on this claim is going forward. |
| 3562 | Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital Inc. | No response has been filed. The hearing on this claim is going forward. |
| 3561 | Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital Inc. | No response has been filed. The hearing on this claim is going forward. |
| 3559 | Credit Suisse First Boston Mortgage Capital LLC and DLJ Mortgage Capital Inc. | No response has been filed. The hearing on this claim is going forward. |
| 1811 | Darva Gadison | No response has been filed. The hearing on this claim is going forward. |

Exhibit K

Status of Proofs of Claim for Debtors' Eighteenth Omnibus Objection (Substantive) to Certain Claims

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| 3732 | David W. Martinez and Patricia H. Martinez | No response has been filed. The hearing on this claim is going forward. |
| 3685 | James Bruce Thornberry | No response has been filed. The hearing on this claim is going forward. |
| 1343 | Jennifer Larocque Borr | No response has been filed. The hearing on this claim is going forward. |
| 3652 | Katherine Doherty | No response has been filed. The hearing on this claim is going forward. |
| 3797 | Keith Rieg and Kristen Rieg | No response has been filed. The hearing on this claim is going forward. |
| 269 | Leslie Marks | No response has been filed. The hearing on this claim is going forward. |
| 3810 | Mansol Martinez | No response has been filed. The hearing on this claim is going forward. |
| 1989 | Michael J. Cox | No response has been filed. The hearing on this claim is going forward. |
| 1768 | Michael J. Kemp | No response has been filed. The hearing on this claim is going forward. |
| 3544 | Natixis Real Estate Captial Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 3548 | Natixis Real Estate Captial Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 3536 | Natixis Real Estate Captial Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 3547 | Natixis Real Estate Captial Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 3537 | Natixis Real Estate Captial Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |

2

Exhibit K
Status of Proofs of Claim for Debtors' Eighteenth Omnibus Objection (Substantive) to Certain Claims

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| 3545 | Natixis Real Estate Capital Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 3549 | Natixis Real Estate Capital Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 3557 | Natixis Real Estate Capital Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 3546 | Natixis Real Estate Capital Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 3555 | Natixis Real Estate Capital Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 1853 | Patricia P. Qiu | No response has been filed. The hearing on this claim is going forward. |
| 417 | Patrick J. Moloney | Response filed 4/24/08; D.I. 6425. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| 3759 | Pierre R. Augustin Pro Se Creditor and Party in Interest | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |
| 1627 | Raygina R. Fox | No response has been filed. The hearing on this claim is going forward. |
| 3761 | Robert R. Riggins | Response filed 4/15/08; D.I. 6268. The hearing on this claim is going forward. |
| 1385 | Sheila Battle | No response has been filed. The hearing on this claim is going forward. |
| 1147 | The Bank of New York Trust Co NA | No response has been filed. The hearing on this claim is going forward. |
| 2543 | The Law Office of Dale W. Pittman PC | No response has been filed. The hearing on this claim is going forward. |

3

Exhibit K

Status of Proofs of Claim for Debtors' Eighteenth Omnibus Objection (Substantive) to Certain Claims

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| 955 | Tommy Woods Borr | No response has been filed. The hearing on this claim is going forward. |
| 1550 | Valda Staton | No response has been filed. The hearing on this claim is going forward. |
| | | Exhibit B |
| 3129 | Washington Mutual Bank | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for May 21, 2008 at 10:00 a.m. |
| | | Exhibit C |
| 3 | Western Capital Mortgage | No response has been filed. The hearing on this claim is going forward. |
| | | Exhibit D |
| 2377 | Centerside II LLC | No response has been filed. The hearing on this claim is going forward. |