Exhibit L
Status of Proofs of Claim for Debtors' Nineteenth Omnibus Objection (Non-Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| **Exhibit A** | | | |
| 3420 | 3806 | California Housing Finance Agency | No response has been filed. The hearing on this claim is going forward. |
| 732 | 3818 | IKON Financial Services | No response has been filed. The hearing on this claim is going forward. |
| 503 | 3826 | Lawrence R. Zastrow | No response has been filed. The hearing on this claim is going forward. |
| 1072 | 3820 | Phelan Hallinan & Schmeg LLP | No response has been filed. The hearing on this claim is going forward. |
| 1115 | 3827 | Phelan Hallinan & Schmeg LLP | No response has been filed. The hearing on this claim is going forward. |
| 2368 | 3817 | The Irvine Company | No response has been filed. The hearing on this claim is going forward. |
| 199 | 927 | Tim Dedmon | No response has been filed. The hearing on this claim is going forward. |
| **Exhibit B** | | | |
| 2361 | 1962 | Sysdome Inc Interthinx Inc. | No response has been filed. The hearing on this claim is going forward. |
| **Exhibit C** | | | |
| | 3825 | Berg Appraisal Servicess PC | No response has been filed. The hearing on this claim is going forward. |
| | 3828 | Bill J. Chavez | No response has been filed. The hearing on this claim is going forward. |
| | 3822 | CitiMortgage Inc. Successor by Reason of Merger with Citifinancial Mortgage Company Inc. | No response has been filed. The hearing on this claim is going forward. |
| | 3829 | Dwain White | No response has been filed. The hearing on this claim is going forward. |
| | 3507 | Joseph and Lavon Taylor | No response has been filed. The hearing on this claim is going forward. |
| | 3859 | Los Angeles County Treasurer and Tax Collector | No response has been filed. The hearing on this claim is going forward. |

1

Exhibit L
Status of Proofs of Claim for Debtors' Nineteenth Omnibus Objection (Non-Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3831 | Patricia Caldwell Collector | No response has been filed. The hearing on this claim is going forward. |
| | 3690 | Patrick Bosby | Response filed 4/24/08; D.I. 6426. The hearing on this claim is going forward. |
| | 3832 | San Benito County Tax Collector | No response has been filed. The hearing on this claim is going forward. |
| | 3804 | SuccessFactors | No response has been filed. The hearing on this claim is going forward. |
| | 3823 | Texas Comptroller of Public Accounts | No response has been filed. The hearing on this claim is going forward. |
| | 3816 | Verisign Inc. | No response has been filed. The hearing on this claim is going forward. |

2