## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

New Century TRS Holdings, Inc., ) Case No. 07-10416 KJC
et al., ) Chapter 11
        Debtors, ) Jointly Administered
) Ref. No. 5519

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO
### 9230 Bush Poppy Avenue, Las Vegas, NV 89147

AND NOW, TO WIT, this 6th day of May A.D., 2008, GRP Loan LLC's Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause to the extent such stay is applicable so as to permit GRP and/or the holder of the first Deed of Trust, as recorded in the Office of the County Recorder of Clark County, State of Nevada for 9230 Bush Poppy Avenue, Las Vegas, NV 89147 to enforce its contractual rights against the Borrower and security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale of the property and any other legal remedies against the property which may be available to GRP under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that GRP may immediately enforce and implement this Order granting relief from the automatic stay.

_____
J.