**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : |
| | :     Case No.: 07-10416-KJC |
| NEW CENTURY TRS HOLDINGS, INC., | : |
| a Delaware Corporation, *et al.*, | :     Chapter 11 |
| | : |
|        Debtor. | : |
| | : |
| | : |
| SUNTRUST BANK, | :     Related Document:  Motion for Relief |
| | :     from the Automatic Stay |
|        Movant, | :     **Related Docket #__5527__** |
| v. | : |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., | : |
| a Delaware Corporation, *et al.*, | : |
| | : |
|        Respondents. | : |
| | : |

**ORDER GRANTING MOTION OF SUNTRUST BANK
<u>SEEKING RELIEF FROM THE AUTOMATIC STAY</u>**

AND NOW, this 6th day of _May_ , 2008, this matter having

been opened upon Motion of SunTrust Bank ("SunTrust") seeking relief from the Automatic

Stay, and in consideration of the moving papers, and responding papers, if any, and for good

cause shown, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.      The automatic stay is modified with respect to certain real property with a

location of 4135 NW 78th Lane, Coral Springs, FL  33065-1964 ("Property"), to allow SunTrust

to foreclose upon the Property, by any means permitted by applicable non-bankruptcy law.

2.      This Order shall not be stayed pursuant to Fed.R.Bankr.P.4001(a)(3).

_____
HONORABLE KEVIN R. CAREY
UNITED STATES BANKRUPTCY JUDGE