## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF DELAWARE

New Century TRS Holdings, Inc.,
et al.,

    Debtors,

) Case No. 07-10416 KJC
) Chapter 11
) Jointly Administered
) Ref. No.  D. I. 5549

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO 6817 BETTS AVE., CINCINNATI, OHIO

AND NOW, TO WIT, this  6th  day of  May  A.D., 2008, CitMortgage, Inc.'s Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause so as to permit CitiMortgage, Inc. and/or the holder of the Mortgage, as recorded in the Office of the County Recorder of Hamilton County, State of Ohio for 6817 Betts Ave., Cincinnati, Ohio, to enforce its contractual rights against the Borrower and security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale of the property and any other legal remedies against the property which may be available to CitiMortgage under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that CitiMortgage may immediately enforce and implement this Order granting relief from the automatic stay.

_____
J.