# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

Movants: Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1

D&G Reference: 212965 / Saxon Batch 52

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000155324 | Patterson | 9/20/2005 | 62,000.00 | 66,293.06 | 87,500.00 | 601 Blackville Road, Gaston, SC 29053 |
| 2000155099 | Laurent | 9/26/2005 | 244,000.00 | 253,409.76 | 195,000.00 | 950 Orchid Drive, Royal Palm Beach, FL 33411 |
| 2000154521 | Tillman | 9/7/2005 | 276,000.00 | 294,427.58 | 250,000.00 | 6377 Anna Drive, Belleville, MI 48111 |
| 2000153871 | Zimen | 9/14/2005 | 115,200.00 | 130,907.73 | 104,000.00 | 548 N Ludington St., Columbus, WI 53925 |
| 2000153639 | Martinez | 9/22005 | 464,000.00 | 495,244.23 | 420,000.00 | 309 E Laurel Drive, Salinas, CA 93906 |
| 2000153387 | Lebario | 9/7/2005 | 156,000.00 | 160,742.25 | 139,000.00 | 8101 W Flamingo Road Unit 1168, Las Vegas, NV 89147 |
| 2000153335 | Ojeda | 9/9/2005 | 295,200.00 | 319,448.00 | 265,000.00 | 138 Walter Way, Orcutt, CA93455 |
| 2000153182 | Bonilla | 9/16/2005 | 137,520.00 | 150,730.79 | 150,000.00 | 1614 Providence Blvd, Deltona, FL 32725 |
| 2000151713 | Samperio | 8/31/2005 | 231,920.00 | 250,427.94 | 199,000.00 | 1020 West Avenue J13, Lancaster, CA 93534 |
| 2000151647 | Poole | 9/6/2005 | 95,920.00 | 105,730.79 | 199,000.00 | 25541 Ford St., Roseville, MI 48066 |
| 2000151422 | Singh | 8/31/2005 | 128,800.00 | 139,356.75 | 50,000.00 | 4417 Townehome Dr., Stockton, CA 95207 |
| 2000151152 | Cundiff | 8/5/2005 | 396,000.00 | 406,360.88 | 560,000.00 | 41 Brookfield Rd., Seymour, CT 06483 |