# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

Movant: Deutsche Bank Trust Company Americas formerly known as Bankers Trust Company, as Trustee and Custodian for Morgan Stanley ABS Capital I Inc., MSAC 2007-NC1

Debt Reference: 212968 / Saxon Batch 58

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000228460 | Oliden | 6/27/2006 | 178,552.00 | 194,312.09 | 160,000.00 | 1523 Landua Rd., Jacksonville, FL 32225 |
| 2000229367 | Cortes | 8/24/2006 | 520,000.00 | 542,687.42 | 625,000.00 | 123 64 135th Street, South Ozone Park, NY 11420 |
| 2000233458 | Hamlin | 9/22/2006 | 130,400.00 | 137,031.17 | 170,000.00 | 956 W 880 South, Tooele, UT 84074 |
| 2000233545 | Marghoob | 9/19/2006 | 220,000.00 | 223,551.78 | 2000,000.00 | 34 Layfayette Ave., Lake Grove, NY 11755 |