# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant: Consumer Solutions REO, LLC*
*DC&G Reference: 212870 / Saxon Batch 50*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000205671 | Hood | 7/3/2006 | $104,000.00 | $115,097.29 | $70,000.00 | 281 North 1st St., Pickens, MS 39146 |
| 2000233337 | Clark | 9/19/2006 | $528,000.00 | $64,468.40 | $550,000.00 | 12630 Perris Street, Hesperia, CA 92344 |
| 2000264842 | Sanchez | 6/28/2006 | $514,000.00 | $589,887.49 | $335,000.00 | 3144 46N 42nd St., San Diego, CA 92105 |