# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

Movant: Deutsche Bank Trust Company Americas formerly known as Bankers Trust Company, as Trustee and Custodian for Morgan Stanley, MSAC 2007-NC2 HE1

D&G Reference: 212872 / Saxon Batch 55

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000242321 | Gray | 11/17/2006 | 412,000.00 | 427,517.81 | 430,000.00 | 131 56 232nd Street, Laurelton, NY 11413 |
| 2000242890 | Gutierrez | 11/16/2006 | 202,400.00 | 214,659.93 | 225,000.00 | 13661 SW 66 Street Unit F, Miami, FL 33183 |
| 2000242967 | Hidalgo | 11/14/2006 | 150,848.00 | 160,855.93 | 160,000.00 | 10926 Savannah Wood Ct Unit 142, Orlando, FL 32832 |
| 2000254391 | Davis | 12/18/2006 | 221,600.00 | 230,241.83 | 289,000.00 | 3 Austin Street, Bellport, NY 11713 |
| 2000254456 | Kawaguchi | 12/11/2006 | 581,600.00 | 615,957.51 | 630,000.00 | 3346 Kanaina Avenue, Honolulu, HI 96815 |
| 2000254650 | Chavez | 12/15/2006 | 236,800.00 | 250,895.24 | 240,000.00 | 15420 SW 305 St, Miami, FL 33033 |