# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

Movant: Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for Morgan Stanley ABS Capital I Inc., MSAC 2007-NC4
D&G Reference: 212956 / Saxon Batch 53

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000263914 | Valarezo | 6/1/2006 | 712,500.00 | 743,783.16 | 750,000.00 | 1473 Winterwood Lane, Diamond Bar, CA 91765 |
| 2000266389 | Alvarez | 9/28/2006 | 211,600.00 | 225,232.66 | 230,000.00 | 10216 Desert Wind Drive, Las Vegas, NV 89144 |
| 2000270311 | Ventura | 12/27/2006 | 78,016.00 | 84,796.82 | 90,000.00 | 1911 Zamora Loop, Laredo, TX 78046 |
| 2000270404 | Blair | 12/18/2006 | 308,000.00 | 319,780.82 | 279,000.00 | 2473 West 840 North, Hurricane, UT 84737 |
| 2000270743 | Rivera | 12/20/2006 | 392,000.00 | 406,594.41 | 320,000.00 | 921 S. San Joaquin St., Stockton, CA 95206 |
| 2000270786 | Delisca | 12/21/2006 | 288,000.00 | 297,354.21 | 380,000.00 | 179 21 144th Rd., Springfield Gardens, NY 11434 |
| 2000271419 | Hussain | 1/12/2007 | 540,000.00 | 564,108.49 | 570,000.00 | 170-10 89 Avenue, Jamaica, NY 11432 |
| 2000271446 | Almonte | 1/9/2007 | 346,500.00 | 377,624.69 | 225,000.00 | 41-43 Calder Street, Providence, RI 02907 |
| 2000271482 | Cole | 1/26/2007 | 800,000.00 | 842,962.30 | 1,500,000.00 | 2768 Lindenmere Drive, Merrick, NY 11566 |