## CERTIFICATE OF SERVICE

I, Karen C. Bifferato, hereby certify that on the 7th day of May, 2008, I served a copy of the foregoing upon the following individuals in the manner indicated below:

### VIA HAND DELIVERY

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

### VIA FACSIMILE & FIRST CLASS MAIL

Suzzanne S. Uhland, Esq.
Emily R. Culler, Esq.
Ana Acevedo, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA  94111

_____
Karen C. Bifferato (No. 3279)

609812