# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant: LaSalle Bank National*
*D&G Reference: 212869 / Saxon Batch 62*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 200208278 | Milosevic | 8/1/2006 | $83,700.00 | $95,676.47 | $80,000.00 | 3445 West 44th Street, Cleveland, OH 44109 |
| 200202602 | Anderson | 7/28/2006 | $154,348.00 | $162,354.83 | 180,000.00 | 322 Teegarden Avenue, Yuba City, CA 95991 |