# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

Movant: Deutsche Bank Trust Company Americas formerly known as Bankers Trust Company, as Trustee and Custodian for IXIS 2007-HE1
DOC Reference: 212871 / Saxon Batch 54

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000195009 | Cline | 6/30/2006 | 60,800.00 | 64,036.37 | 60,000.00 | 7373 W Florida Ave 14F Lakewood, CO 80232 |
| 2000194922 | Lopez | 6/26/2006 | 304000.00 | 317,082.67 | 295,000.00 | 10598 Victor Ave Hesperia, CA 92345 |
| 2000194872 | Benetiz | 6/23/2006 | 382,400.00 | 404,460.94 | 495,000.00 | 4151 Nordica St San Diego, CA 92113 |
| 2000194822 | Gallimore | 6/27/2006 | 112,000.00 | 128,253.25 | 119,000.00 | 1007 Leigh Street Long Beach, MS 39560 |
| 2000194689 | Malone | 7/5/2006 | 401,400.00 | 416,955.02 | 331,000.00 | 56 Chesley Court Vallejo, CA 94591 |
| 2000194513 | Morales | 6/19/2006 | 444,000.00 | 481,617.75 | 550,000.00 | 8604 8606 San Miguel Ave South Gate CA 90280 |