# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

Movant: Fannie Mae c/o Saxon Mortgage Services, Inc.
D&G Reference 213037 / Saxon Batch 61

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000304186 | R. Robertson | 9/16/2005 | 103,120.00 | 106,048.14 | 140,000.00 | 19419 Cypress, Country Club Hills, IL 60478 |
| 2000304477 | Belmontes | 10/6/2005 | 156,000.00 | 176,791.74 | 156,000.00 | 725 NW 13 Terrace, Florida City, FL 33034 |