# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* US Bank National Associations, Trustee for MASTR Asset Backed Securities Trust 2006-NC1

*D&G Reference: 214065*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1146004576 | Cathy Madrigal | 10/05/05 | $340,000.00 | $358,634.18 | $320,000.00 | 342 Romano Way Oakdale, CA 95361 |
| 1146004790 | Jose Vargas | 10/06/05 | $254,400.00 | $267,877.45 | $249,000.00 | 1552 Bridgewater Drive Ceres, CA 95307 |
| 1146005094 | Martha Sanchez | 10/07/05 | $278,400.00 | $283,647.22 | $315,000.00 | 14985 Rosemary Drive Fontana, CA 92335 |
| 1146005755 | Jose Raphael Lopez | 10/21/05 | $240,000.00 | $253,940.47 | $190,000.00 | 1116 Deser Pine Court, Modesto, CA 95351 |
| 1146006076 | Jose Benjamin Villarea | 10/11/05 | $71,175.00 | $81,336.06 | $98,900.00 | 5206 Preston Trail Garland, TX 75043 |
| 1146006632 | Pierre Marshall | 10/25/05 | $203,200.00 | $215,496.32 | $259,900.00 | 109 Sturbridge Drive Greenville, SC 29615 |
| 1146007134 | Bhakpong Bushyakanist | 10/20/05 | $389,376.00 | $408,377.97 | $375,000.00 | 3550 Lebon Drive 6410 San Diego, CA 92122 |