# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant: Wells Fargo Bank, N.A., as Trustee, on behalf of the Certificateholders, MASTR Asset Backed Securities Trust 2007-NCW Mortgage pass-through Certificates Series 2007-NCW*
*D&G Reference: 214189*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 74319743 | MARIA URBINA | 1/29/2007 | $512,000.00 | $551,536.95 | $365,000.00 | 1518 WEST SEVENTH STREET SANTA ANA, CA 92703 |
| 74325336 | RAFAEL SANCHEZ | 2/23/2007 | $276,000.00 | $291,264.97 | $300,000.00 | 15957 RANDALL AVE. #19 FONTANA, CA 92335 |
| 74326392 | BILLIE LEE NALANI CHOY HEE-APO | 2/27/2007 | $220,000.00 | $232,853.25 | $299,000.00 | 35-2021 OHA PLACE PAPAALOA, HI 96780 |
| 74329248 | MARIA M. GRACIA | 2/23/2007 | $495,200.00 | $522,938.96 | $590,000.00 | 2803 HOPE STREET, HUNTINGTON PARK, CA 90255 |
| 74332032 | MERVIN EDWARDS | 2/28/2007 | $380,000.00 | $406,492.40 | $245,000.00 | 42453 SURREY COURT QUARTZ HILL AREA, CA 93536 |
| 74336225 | MELVIN FORREST | 2/28/2007 | $482,400.00 | $513,528.76 | $489,000.00 | 3151 FILBERT STREET OAKLAND, CA 94608 |
| 74313750 | SHIREE M. CHAVEZ | 1/25/2007 | $472,000.00 | $507,649.38 | $500,000.00 | 11967 ROSSITER PLACE SYLMAR, CA 91342 |
| 74314622 | JAVIER RAMIREZ | 1/16/2007 | $400,000.00 | $432,971.05 | $525,000.00 | 1425 1/2 WEST 59TH PLACE LOS ANGELES, CA 90047 |
| 74324896 | ROBERT NWANKWO | 2/13/2007 | $520,000.00 | $545,687.17 | $475,000.00 | 742 W SANTA CRUZ STRREET SAN PEDRO, CA 90731 |
| 74362524 | VIRGINIA SERRANO | 3/5/2007 | $452,000.00 | $485,602.74 | $450,000.00 | 1029 SOUTH DRIFTWOOD DRIVE SANTA ANA, CA 92704 |