# EXHIBIT A

Case 07-10416-BLS   Doc 6641-1   Filed 05/07/08   Page 1 of 2

RLF1-3280647-1

16th Omnibus Objection

In re: New Century TRS Holdgs, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Rafid Alyse Zahl<br>2475 Heavenly Way<br>Corona, CA 92881 | 07-10419 | 3111 | $5,221.75 | $0.00 | $1,141.50 | $176.70 | $6,539.95 |
| | Comments: | The Debtors have no record of this liability in their Books and Records | | | | | |
| Claims To Be Expunged Totals | | 1 | $5,221.75 | $0.00 | $1,141.50 | $176.70 | $6,539.95 |

Page 1