# EXHIBIT A

18th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Aaron Celious<br>1614 Greenfield Ave<br>Los Angeles, CA 90025 | 07-10419 | 1127 | $28,220.91 | $0.00 | $0.00 | $149,400.00 | $177,620.91 |
| Comments: | | | The Debtors have no record of this liability in their books and records | | | | |
| Adrian Batiste<br>593 Andrews Dr<br>Hampton, GA 30228 | 07-10416 | 1948 | $125,400.90 | $0.00 | $0.00 | $0.00 | $125,400.90 |
| Comments: | | | The Debtors have no record of this liability in their books and records | | | | |
| Ali Ahmad Adam<br>139 Willow Grove Dr<br>Lincroft, NJ 07738 | 07-10416 | 977 | $105,000.98 | $0.00 | $0.00 | $0.00 | $105,000.98 |
| Comments: | | | The Debtors have no record of this liability in their books and records | | | | |
| Alison C Canty<br>1750 Donegal Dr No 4<br>Woodbury, MN 55125 | 07-10416 | 2028 | $0.00 | $0.00 | $0.00 | $8,650.58 | $8,650.58 |
| Comments: | | | The Debtors have no record of this liability in their books and records | | | | |
| Carl J Muhammad<br>3517 Piney Woods Pl<br>Laurel, MD 20724 | 07-10416 | 1151 | $12,000.00 | $0.00 | $8,416.15 | $0.00 | $20,416.15 |
| Comments: | | | The Debtors have no record of this liability in their books and records | | | | |
| Carol Wands aka Wands<br>440 SE Sandia Dr<br>Port St Lucie, FL 34983 | 07-10419 | 815 | $93,703.12 | $0.00 | $0.00 | $0.00 | $93,703.12 |
| Comments: | | | The Debtors have no record of this liability in their books and records | | | | |
| Charles Darr Barr<br>2235 Malibu Dr Se<br>Cleveland, TN 37323-0000 | 07-10416 | 1748 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their books and records | | | | |
| Darva Garison<br>3416 S Ouray Way<br>Aurora, CO 80013 | 07-10421 | 1811 | $0.00 | $0.00 | $0.00 | $10,900.00 | $10,900.00 |
| Comments: | | | The Debtors have no record of this liability in their books and records | | | | |
| David W Martinez and Patricia H Martinez<br>David W Martinez 4015 Tennyson<br>San Diego, CA 92107 | 07-10419 | 3732 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their books and records | | | | |

Page 1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18th Omnibus Objection | | | | Exhibit A | | | In re: New Century TRS Holdings, Inc. et al. |
| | | | | Books and Records - Ordered | | | Case No.07-10416 (KJC) |
| | | | | To Be Expunged Claim Amount | | | |
| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
| James Bruce Thornberry<br>9195 Wellington Park Cir<br>Tampa, FL 33647 | 07-10417 | 3685 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | |
| Jennifer Larocque Barr<br>8348 Saint Danasus Dr<br>Nashville, TN 37211 | 07-10416 | 1343 | $22,287.81 | $0.00 | $0.00 | $0.00 | $22,287.81 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | |
| Katherine Doherty<br>5591 Vonnie Ln<br>Cypress, CA 98630 | 07-10416 | 3652 | $250,000.00 | $0.00 | $0.00 | $0.00 | $250,000.00 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | |
| Keith Rieg & Kristee Rieg<br>1130 E 21st St<br>Merced, CA 95340 | 07-10419 | 3797 | $0.00 | $0.00 | $0.00 | $2,209.71 | $2,209.71 |
| Comments: | | The Debtors have no record of this liability in their books and records as Creditor was previously paid | | | | | |
| Leslie Marks<br>3899 Suter St<br>Oakland, CA 94602 | 07-10416 | 269 | $495,000.00 | $0.00 | $0.00 | $0.00 | $495,000.00 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | |
| Marisol Martinez<br>18926 Pembrook Ct<br>Frankfort, IL 60423 | 07-10419 | 3810 | $0.00 | $0.00 | $2,058.75 | $0.00 | $2,058.75 |
| Comments: | | The Debtors have no record of this liability in their books and records as Creditor was previously paid | | | | | |
| Michael J Cox<br>265 West Foothill C 205<br>San Dimas, CA 91773 | 07-10416 | 1989 | $0.00 | $0.00 | $0.00 | $10,000,000.00 | $10,000,000.00 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | |
| Michael J Klemp<br>15242 Temple Dr<br>Auburn, CA 95603 | 07-10419 | 1768 | $0.00 | $0.00 | $0.00 | $13,786.36 | $13,786.36 |
| Comments: | | The Debtors have no record of this liability in their books and records | | | | | |
| Patricia P Qiu<br>437 Broadway<br>Denver, CO 80203 | 07-10419 | 1853 | $0.00 | $0.00 | $3,200.00 | $0.00 | $3,200.00 |
| Comments: | | The Debtors have no record of this liability in their books and records as Creditor was previously paid | | | | | |

| | | | | | Exhibit A | | | In re: New Century TRS Holdings, Inc. et al. |
|---|---|---|---|---|---|---|---|---|
| 18th Omnibus Objection | | | | | Books and Records - Ordered | | | Case No.07-10416 (KJC) |

| | | | | To Be Expunged Claim Amount | | | |
|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
| Raygina R Fox<br>173 Sage Sparrow Circle<br>Vacaville, CA 95687 | 07-10416 | 1627 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their books and records | | | | | | |
| Robert T Riggins<br>802 Albert St<br>New Braunfels, TX 78130 | 07-10419 | 5761 | $0.00 | $0.00 | $143,995.00 | $0.00 | $143,995.00 |
| Comments: | The Debtors have no record of this liability in their books and records | | | | | | |
| Sheila Baltie<br>3008 Done Dr<br>Bakersfield, CA 93304 | 07-10416 | 1385 | $180,000.00 | $0.00 | $500,000.00 | $70,000.00 | $330,000.00 |
| Comments: | The Debtors have no record of this liability in their books and records | | | | | | |
| The Bank Of New York Trust Co Na Asco Jp<br>Morgan Chase Bank Na<br>555 Chadwick St<br>Pensacola, FL 32503 | 07-10416 | 1147 | $155,000.00 | $0.00 | $0.00 | $23,000.00 | $178,000.00 |
| Comments: | The Debtors have no record of this liability in their books and records as Creditor was previously paid | | | | | | |
| The Law Office Of Dale W Pittman Pc<br>The Eliza Spotswood House ; 12 A West Tabb St<br>Petersburg, VA 23803-3212 | 07-10416 | 2543 | $165,410.22 | $0.00 | $0.00 | $0.00 | $565,410.22 |
| Comments: | The Debtors have no record of this liability in their books and records | | | | | | |
| Tommy Woods Borr<br>7044 Shadow Oaks Dr<br>Memphis, TN 38125-0068 | 07-10416 | 955 | $0.00 | $0.00 | $0.00 | $148,000.00 | $148,000.00 |
| Comments: | The Debtors have no record of this liability in their books and records | | | | | | |
| Valda Saxon<br>66 Q St Nw Unit 2<br>Washington, DC 20001 | 07-10416 | 1550 | $0.00 | $0.00 | $2,400.00 | $0.00 | $2,400.00 |
| Comments: | The Debtors have no record of this liability in their books and records | | | | | | |
| Claims To Be Expunged Totals | | 25 | $1,612,032.96 | $0.00 | $260,069.90 | $15,425,946.65 | $17,298,049.51 |