# EXHIBIT B

RLF1-3280630-1

18th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit B
## Multi Debtor Duplicate Claims - Ordered

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount ||||  Remaining Claim Amount ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Western Capital Mortgage<br>500 N State College Ste 470<br>Orange, CA 92868 | 07-10416 | 985 | 07-10419 | 3 | $0.00 | $0.00 | $0.00 | $538,893.59 | $538,893.59 | $0.00 | $0.00 | $0.00 | $538,893.59 | $538,893.59 |
| Claims To Be Expunged Totals | | | | 1 | $0.00 | $0.00 | $0.00 | $538,893.59 | $538,893.59 | $0.00 | $0.00 | $0.00 | $538,893.59 | $538,893.59 |

Page 1