# **EXHIBIT C**

RLF1-3280630-1

**18th Omnibus Objection**

**Exhibit C**
**Reduce / Reclassify - Ordered**

In re: New Century TRS Holdgs, Inc. et al.
Case No. 07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Centerside II LLC<br>110 Newport Center Dr Ste 100<br>Newport Beach, CA 92660 | 07-10421 | 2377 | $0.00 | $0.00 | $0.00 | $512,374.82 | $512,374.82 | $0.00 | $0.00 | $0.00 | $220,000.00 | $220,000.00 |
| **Comments:** Claim should be reduced and allowed in accordance with Section 502(b)(6) of the Bankruptcy Code | | | | | | | | | | | | |
| Lehman Brothers Inc<br>745 Seventh Ave 19th Fl<br>New York, NY 10019 | 07-10419 | 2381 | $194,713.34 | $0.00 | $0.00 | $0.00 | $194,713.34 | $0.00 | $0.00 | $0.00 | $194,713.34 | $194,713.34 |
| **Comments:** No Basis for Secured Status | | | | | | | | | | | | |
| Western Capital Mortgage<br>500 N State College Blvd Ste 1470<br>Orange, CA 92868 | 07-10419 | 3 | $0.00 | $0.00 | $0.00 | $538,893.59 | $538,893.59 | $0.00 | $0.00 | $0.00 | $93,500.00 | $93,500.00 |
| **Comments:** Claim should be reduced and allowed because the Debtors Books and Records reflect a lesser amount due | | | | | | | | | | | | |
| **Claims To Be Expunged Totals** | | 3 | $194,713.34 | $0.00 | $0.00 | $1,051,268.41 | $1,245,981.75 | $0.00 | $0.00 | $0.00 | $508,213.34 | $508,213.34 |

Page 1