## CERTIFICATE OF SERVICE

Joseph H. Huston, Jr., hereby certifies that on May 7, 2008, he caused a true and correct copy of the foregoing *POST-HEARING SUBMISSION IN SUPPORT OF THE OBJECTION OF AD HOC COMMITTEE OF BENEFICIARIES OF THE NEW CENTURY FINANCIAL CORPORATION DEFERRED COMPENSATION PLAN AND/OR SUPPLEMENTAL EXECUTIVE RETIREMENT/SAVINGS PLAN TO CONFIRMATION OF FIRST AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION DATED AS OF MARCH 18, 2008* to be served on all parties in interest electronically through the Court's CM/ECF system, and also by regular mail upon the parties listed below.

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

Monika L. McCarthy, Esq.
New Century Mortgage Corporation
3337 Michelson Drive, Suite CN-350
Irvine, California 92612

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen. LLP
488 Madison Avenue
New York, NY 10022

Joseph J. McMahon, Jr.
*Office of the United States Trustee*
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

Suzzanne S. Uhland, Esq.
Andrew M. Parlen, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, California 94111

AP Services, LLC
Attn: Holly Felder Etlin
9 West 57th Street, Suite 3420
New York, New York 10019

Bonnie Glantz Fatell, Esq.
Regina Stango Kelbon, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

/s/ *Joseph H. Huston, Jr.*
Joseph H. Huston, Jr.