## EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[2] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | |

## ORDER APPROVING STIPULATION BETWEEN NEW CENTURY MORTGAGE CORPORATION AND FALLS OF THE NEUSE LLC RESOLVING CLAIM

Upon review and consideration of the Stipulation Between New Century Mortgage Corporation and Falls of the Neuse LLC Resolving Claim (the "Stipulation"), and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Stipulation attached hereto as Exhibit A is hereby approved.

2. The Allowed Claim of Falls of the Neuse, Claim No. 1606, shall be reduced and allowed in the amount of $57,208.80.

---

[2] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Stalking Horse Bidders Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

3. The Allowed Claim shall be the only claim of Falls of the Neuse allowed in the Debtors' cases.

Date: _____, 2008
    Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered |

## STIPULATION BETWEEN NEW CENTURY MORTGAGE CORPORATION AND FALLS OF THE NEUSE LLC RESOLVING CLAIM

This Stipulation Resolving Claim (the "Stipulation") is entered into by and between New Century Mortgage Corporation ("NCMC") and Falls of the Neuse LLC ("Falls of the Neuse" and, together with NCMC, the "Parties") with reference to the following facts:

## RECITALS

A. On April 2, 2007 (the "Petition Date"), NCMC and various of its affiliates and subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

B. On August 9, 2007, Falls of the Neuse filed its claim against NCMC in the amount of $172,214.24 as a general unsecured claim. The claim was assigned Claim No. 1606

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Stalking Horse Bidders Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation

LA3:1144305.1\1144305.2

1

(the "Claim"). Falls of the Neuse asserts the amount in the Claim is due and owing as a result of the rejection of the lease of premises located at 4700 Falls of the Neuse Road, Raleigh, NC effective as of April 24, 2007.

C.  The Debtors disagree with the amount of the Claim.

D.  After negotiations between the Parties, an agreement was reached with respect to allowance of the Claim as set forth herein.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the Parties that:

## AGREEMENT

1.  The foregoing recitals are incorporated herein by reference and are made a part of this Stipulation.

2.  This Stipulation shall become effective upon the date (the "Stipulation Date") that it is approved by the Court.

3.  Upon the Stipulation Date, the Claim shall be reduced and allowed in the amount of $57,208.80 (the "Allowed Claim").

4.  The Allowed Claim shall be entitled to distributions for general unsecured creditors as provided for in the plan of reorganization ultimately confirmed in the Chapter 11 case of NCMC.

5.  The Allowed Claim shall be the only claim of Falls of the Neuse allowed in the Debtors' cases.

6.  The Court shall retain jurisdiction to enforce the terms and conditions of this Stipulation to the full extent allowed under law.

7.  This Stipulation may be executed in one or more counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

8. This Stipulation contains or expressly incorporates by reference the entire agreement of the Parties with respect to the matters contemplated herein and supersedes all prior negotiations. This Stipulation shall not be modified except by written instrument executed by the Parties

~~February~~ April 2, 2008

Agreed to by:

FALLS OF THE NEUSE, LLC
A NORTH CAROLINA LIMITED LIABILITY COMPANY

By: CASTLE & COOKE COMMERCIAL-CA, INC.
 A CALIFORNIA CORPORATION,
Its: Sole Member and manager

By: _____
Name: Richard S. Toppe
Title: Vice President & Assistant Secretary

By: _____
Name: Melinda (Lynn) K. Beckner
Title: Vice President & Assistant Treasurer

NEW CENTURY MORTGAGE CORPORATION

_____
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
 -and-
Suzzanne S. Uhland
Ben H. Logan
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

Counsel to the Debtors

LA3:1144305.1144305.2

3