**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| New Century TRS Holdings, Inc., et al. | ) ) ) ) | Chapter 11 Case No. 07-10416 KJC |
| Debtors, | ) | Ref. No.: 5533 |

**CERTIFICATION OF COUNSEL REGARDING VARIOUS MOTIONS FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**
**(relates to Docket No. 5533)**

Kristi J. Doughty, a partner with the law firm of Whittington & Aulgur, certifies to the Court as follows:

1. On March 27, 2008, the undersigned on behalf of GRP Loan LLC a Motion for Relief from the Automatic Stay as to 2021 Teco Drive, San Jacinot, CA 92583 (Docket No. 5533).

2. The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to any of the Motions. The undersigned further certifies that she has reviewed the Court docket in this case and, except as otherwise provided above, no other answer, objection or responsive pleading to said Motion. Pursuant to the notice filed in connection with the Motion, objections to the Motion was to be filed and served no later than April 30, 2008.

3.  Attached hereto as **Exhibit A** is the order submitted in connection with the Motion. The undersigned respectfully requests that the order attached hereto as **Exhibit A** be entered at the convenience of the Court.

                            WHITTINGTON & AULGUR

By:   /s/ Kristi J. Doughty
       Kristi J. Doughty (No. 3826)
       651 N. Broad Street, Ste. #206
       P.O. Box 1040
       Middletown, DE  19709-1040
       (302) 378-1661
       Attorney for Movant

Date: May 8, 2008