# EXHIBIT 1

RLF1-3280962-1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| \In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

### ORDER APPROVING STIPULATION BETWEEN HOME123 CORPORATION AND MAGUIRE PROPERTIES - CITY TOWER, LLC RESOLVING CLAIM

Upon review and consideration of the Stipulation Between Home123 Corporation and Maguire Properties - City Tower, LLC Resolving Claims (the "Stipulation"), and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Stipulation attached hereto as Exhibit A is hereby approved.

2. The automatic stay of the Bankruptcy Code is hereby modified to the extent necessary to allow Maguire to apply the Security Deposit in satisfaction of the Prepetition Claim and to reduce the Rejection Damages Claim.

3. The Allowed Home123 Claim of Maguire, Claim No.2856, shall be allowed as a general unsecured claim against Home123 in the amount of $75,152.12.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Stalking Horse Bidders Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

LA3:1147327.2                                    1

4. The Administrative Claim, Prepetition Claim and Allowed Home123 Claim shall be the only claims of Maguire allowed in the Debtors cases.[2]

Date: _____, 2008
    Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

---

[2] "Maguire" as used in the Stipulation and this Order means only Maguire - City Tower, LLC. Affiliates of "Maguire" may have other allowed claims in the Debtors' cases that are not affected by the Stipulation or this Order.

LA3:1147327.2

2

## EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **NEW CENTURY TRS HOLDINGS,** : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] : | |
| : | **Jointly Administered** |
| **Debtors.** : | |
| : | |
| : | |

## STIPULATION BETWEEN HOME123 CORPORATION AND MAGUIRE PROPERTIES - CITY TOWER LLC RESOLVING CLAIMS

This Stipulation Resolving Claims (the "Stipulation") is entered into by and between Home123 Corporation ("Home123") and Maguire Properties - City Tower, LLC ("Maguire" and, Home123, the "Parties") with reference to the following facts:

### RECITALS

A. On April 2, 2007 (the "Petition Date"), Home123 and various of their affiliates and subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

B. Maguire was formerly the landlord of Home123 under a lease of non-residential real property commonly known as City Tower at 333 City Boulevard West, Orange, CA (the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Stalking Horse Bidders Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

LA3:1147327.2

"Lease"). Maguire received a security deposit in connection with the Lease of $5,877.90 (the "Security Deposit"). Maguire has always retained, and continues to retain, possession and control of the Security Deposit.

C. The Debtors subsequently rejected the Lease and Maguire filed a Proof of Claim on August 29, 2007 asserting a lease rejection claim of $77,542.60 (the "Rejection Damages Claim"), along with a claim of $3,487.42 for prepetition amounts due (the "Prepetition Claim") and a claim of $13,914.45 for administrative obligations arising between the Petition Date and the lease rejection date (the "Administrative Claim"). Maguire's Proof of Claim was placed on the claims docket as Claim No. 2856.

D. After negotiations between the Parties, an agreement was reached with respect to allowance of the claims asserted in Claim No. 2856 as set forth herein.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the Parties that:

## AGREEMENT

1. The foregoing recitals are incorporated herein by reference and are made a part of this Stipulation.

2. This Stipulation shall become effective upon the date that it is approved by the Court (the "Stipulation Date").

3. Within three (3) business days of the Stipulation Date, if not sooner paid, the Debtors will pay to Maguire $13,914.45 in satisfaction of the Administrative Claim.

4. Upon the Stipulation Date, the Security Deposit shall be applied first, to satisfy the Prepetition Claim, and, thereafter, to decrease the amount of the Rejection Damages Claim. The Debtors consent to the modification of the automatic stay under Section 362 of the

LA3:1147327.2                                    2

Bankruptcy Code to the extent necessary to allow Maguire to apply the Security Deposit as provided in this Stipulation.

5. Upon the Stipulation Date, after the application of the Security Deposit to satisfy the Prepetition Claim and to reduce the Rejection Damages Claim, Maguire shall have a remaining claim of $75,152.12. Claim No. 2856 shall be allowed as a general unsecured claim against Home123 in the amount of $75,152.12 (the "Allowed Home123 Claim").

6. The Allowed Home123 Claim shall be entitled to distributions for holders of general unsecured claims as provided for in the plan of reorganization ultimately confirmed for the chapter 11 case of Home123.

7. The Administrative Claim, Prepetition Claim and Allowed Home123 Claim shall be the only claims of Maguire allowed in the Debtors' cases.[2]

8. The Court shall retain jurisdiction to enforce the terms and conditions of this Stipulation to the full extent allowed under law.

9. This Stipulation may be executed in one or more counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

*[Remainder of this page is intentionally left blank]*

---

[2] "Maguire" as used in paragraph 7 means only Maguire - City Tower, LLC. Affiliates of "Maguire" have other allowed claims in the Debtors' cases that are not affected by this Stipulation.
LA3:1147327.2

3

10. This Stipulation contains or expressly incorporates by reference the entire agreement of the Parties with respect to the matters contemplated herein and supersedes all prior negotiations. This Stipulation shall not be modified except by written instrument executed by the Parties.

May __, 2008

Agreed to by:

**MAGUIRE PROPERTIES - CITY TOWER, LLC**

_____
Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522


Counsel to Maguire Properties - City Tower, LLC

**NEW CENTURY MORTGAGE CORPORATION**
**HOME123 CORPORATION**

_____
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
        -and-
Suzzanne S. Uhland
Ben H. Logan
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

Counsel to the Debtors