## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416(KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | **Hearing Date: Only if Objection is Received** |
| | : | **Objection Deadline:  May 28, 2008** |

## TWELFTH MONTHLY APPLICATION OF O'MELVENY & MYERS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD <u>MARCH 1, 2008 THROUGH MARCH 31, 2008</u>

| | |
|---|---|
| Name of Applicant: | O'Melveny & Myers LLP |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession |
| Date of Retention: | May 7, 2007, *nunc pro tunc* to April 2, 2007 |
| Period for which compensation and reimbursement are sought: | March 1, 2008 through March 31, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary: | $668,972.80 (80% of $836,216.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $24,496.45 |

This is a(n):   <u>X</u> monthly            ___ interim            ___ final application

---

[1]  The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.
LA3:1147494.1

| Professional | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Hours Billed | Compensation |
|---|---|---|---|---|
| David Krinsky | Partner in the Transactions Department. Joined firm in 1994. Member of the CA State Bar since 1973. | 950 | 18.0 | $17,100.00 |
| Robert Rizzi | Partner in the Transactions Department. Joined firm in 1994. Member of the CA State Bar since 1978. | 950 | 3.4 | $3,230.00 |
| Ben Logan | Partner in the Restructuring and Finance Department. Joined firm in 1976. Member of the CA State Bar since 1976. | 860 | 74.9 | $57,749.00<br>*Includes non-working travel time billed at 50% |
| Gordon Krischer | Partner in the Adversarial Department. Joined firm in 1971. Member of the CA State Bar since 1972 and NY State Bar since 1991. | 860 | 0.9 | $774.00 |
| Kathryn Sanders | Partner in the Transactions Department. Joined firm in 1985. Member of the CA State Bar since 1985 | 820 | 1.3 | $1,066.00 |
| Suzzanne Uhland | Partner in the Restructuring and Finance Department. Joined firm in 1988. Member of the CA State Bar since 1988. | 820 | 181.4 | $142,885.00<br>*Includes non-working travel time billed at 50% |
| Alejandro Mayorkas | Partner in the Adversarial Department. Joined firm in 2001. Member of the CA State Bar since 1986. | 770 | 19.3 | $14,861.00 |
| Luc Moritz | Partner in the Transactions Department. Joined firm in 1995. Member of the CA State Bar since 1995. | 710 | 1.0 | $710.00 |
| Shannon Lowry Nagle | Partner in the Transactions Department. Joined firm in 2007. Member of the NY State Bar since 2007. Member of VA State Bar since 1991. Member of NC State Bar since 1993. Member of State GA Bar since 1996. | 710 | 91.2 | $64,752.00 |
| Gary Tell | Partner in the Transactions Department. Joined firm in 1999. Member of the DC Bar since 1993. | 700 | 17.7 | $12,390.00 |

| Professional | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Hours Billed | Compensation |
|---|---|---|---|---|
| Thomas M. Riordan | Partner in the Adversarial Department. Joined firm in 1995. Member of the CA State Bar since 1995. | 675 | 22.4 | $15,120.00 |
| Peter Ritter | Partner in the Transactions Department. Joined firm in 2001. Member of the CA State Bar since 1993. | 675 | 1.4 | $945.00 |
| Michael Camunez | Partner in the Adversarial Department. Joined firm in 1998. Member of the CA State Bar since 1998. | 675 | 0.6 | $405.00 |
| Winston Chang | Counsel in the Transactions Department. Joined firm in 2000. Member of the CA State Bar since 2000. | 635 | 5.2 | $3,302.00 |
| Jorge DeNeve | Counsel in the Adversarial Department. Rejoined firm in 2007. Member of the CA State Bar since 1998. | 620 | 31.3 | $19,406.00 |
| Andrew Dolak | Counsel in the Transactions Department. Joined firm in 1993. Member of the CA State Bar since 1998. | 600 | 0.7 | $420.00 |
| Summer Conley | Counsel in the Transactions Department. Joined firm in 1997. Member of the CA State Bar since 1997. | 600 | 5.2 | $3,120.00 |
| Victoria Newmark | Counsel in the Restructuring and Finance Department. Joined firm in 1995. Member of the CA State Bar since 1995. | 595 | 1.9 | $1,130.50 |
| Christopher Campbell | Counsel in the Tax Department. Joined firm in 1999. Member of the CA State Bar since 1999. | 590 | 58.2 | $34,338.00 |
| Brian Metcalf | Counsel in the Restructuring and Finance Department. Joined firm in 1999. Member of the CA State Bar since 1999. | 590 | 0.2 | $118.00 |
| Allan Johnson | Counsel in the Adversarial Department. Joined firm in 2002. Member of the CA State Bar since 2001. | 565 | 77.9 | $43,166.00 *Includes non-working travel time billed at 50% |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Natausha Wilson | Counsel in the Transactions Department. Joined the firm in 2007. Member of the NY and NJ State Bars since 2002 and the CA State Bar since 2003. | 565 | 155.8 | $88,027.00 |
| Jason Alderson | Associate in the Transactions Department. Joined firm in 2007. Member of the CA State Bar since 2004. | 545 | 5.8 | $3,161.00 |
| Peter C. Herrick | Associate in the Adversarial Department. Joined the firm in 2004. Member of the NJ State Bar since 2004 and the NY State Bar since 2005. | 545 | 4.6 | $2,507.00 |
| Arthur (Schan) Duff | Counsel in the Adversarial Department. Joined firm in 2004. Member of the DC Bar since 2003. | 540 | 6.2 | $3,348.00 |
| Justin Laubach | Counsel in the Transactions Department. Joined firm in 2003. Member of the CA State Bar since 2002. | 540 | 1.9 | $1,026.00 |
| Emily Culler | Associate in the Restructuring and Finance Department. Joined firm in 2002. Member of the CA State Bar since 2002. | 540 | 1.0 | $540.00 |
| Bryan Kelly | Associate in the Transactions Department. Joined firm in 2006. Member of the CA State Bar since 2002. | 520 | 5.8 | $3,016.00 |
| Laine Mervis | Associate in the Transactions Department. Joined firm in 2007. Member of the CA State Bar since 2003. | 520 | 7.2 | $3,744.00 |
| Andrew Parlen | Associate in the Transactions Department. Joined firm in 2007. Member of the CA State Bar since 2004. | 520 | 275.5 | $138,424.00 *Includes non-working travel time billed at 50% |
| Scott Sugino | Associate in the Transactions Department. Joined firm in 2006. Member of the IL State Bar since 2003 and member of the CA State Bar since 2004. | 520 | 0.9 | $468.00 |

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Joshua Weisser | Associate in the Transactions Department. Joined the firm in 2007. Member of the NY State Bar since 2006. | 490 | 6.7 | $3,283.00 |
| Jennifer Halvas | Associate in the Transactions Department. Joined firm in 2004. Member of the CA State Bar since 2004. | 480 | 4.2 | $2,016.00 |
| Mike Symons | Associate in the Transactions Department. Joined firm in 2004. Member of the CA State Bar since 2004. | 480 | 23.6 | $11,328.00 |
| Nima Amini | Associate in the Transactions Department. Joined firm in 2006. Member of the CA, MN and DC Bars since 2005, 2006 and 2007, respectively. | 450 | 16.4 | $7,380.00 |
| Ana Acevedo | Associate in the Transactions Department. Joined firm in 2006. Not currently a member of the CA State Bar. | 395 | 45.7 | $18,051.50 |
| Danielle Oakley | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 395 | 20.0 | $7,900.00 |
| Adrian Pollner | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 395 | 33.0 | $13,035.00 |
| Michael Scheppele | Associate in the Transactions Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 395 | 1.0 | $395.00 |
| Angela Wang | Associate in the Transactions Department. Joined firm in 2006. Member of the NY State Bar since 2007. | 395 | 12.7 | $5,016.50 |
| Ryan Austin | Associate in the Transactions Department. Joined the firm in 2007. Member of the CA Bar since 2007. | 330 | 19.0 | $6,270.00 |

| Professional | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Hours Billed | Compensation |
|---|---|---|---|---|
| Daniel Nitzani | Staff Attorney in the Legal Services Center. Joined firm in 2005. Member of the CA State Bar since 2001. | 230 | 20.0 | $4,600.00 |
| Alex Stemkovsky | Staff Attorney in the Adversarial Department. Joined firm in 2005. Member of the CA State Bar since 2006. | 260 | 25.4 | $6,604.00 |
| Brian Shaw | Staff Attorney in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2001. | 190 | 18.0 | $3,420.00 |
| Paule Levadas | Project Attorney in the Legal Services Center. Joined firm in 2007. Member of the NJ State Bar since 1987 and DC Bar since 1988. | 150 | 52.5 | $7,875.00[2] |
| Lynn Talab | Adversarial Paralegal since 1992. | 310 | 59.9 | $18,569.00 |
| Michael Horner | Transactions Paralegal since 2002. | 265 | 1.4 | $371.00 |
| Michael Donovan | Litigation Support Specialist since 2005. | 260 | 47.6 | $12,376.00 |
| James McCarthy | Adversarial Paralegal since 1997. | 245 | 21.7 | $5,316.50 |
| Holly Riccio | Librarian since 2004. | 225 | 0.3 | $67.50 |
| Catherine Mirhady | Litigation Support Specialist since 2007. | 220 | 12.1 | $2,662.00 |
| Dexter Pagdilao | Adversarial Paralegal since 2006. | 190 | 0.7 | $133.00 |
| Brian Osimiri | Transactions Project Assistant since 2006. | 190 | 69.7 | $13,243.00 |
| David Page | Litigation Support Specialist since 1997. | 125 | 32.7 | $4,087.50 |
| Elizabeth Ene | Litigation Support Specialist since 2007. | 110 | 8.8 | $968.00 |
| TOTAL | | | 1,631.9 | $836,216.00 |

---

[2] As explained in the narrative description of the fees incurred in the "Examiner Issues" matter (098), Paule Levadas' services were rendered in August, 2007.

LA3:1147494.1

6

## COMPENSATION BY PROJECT CATEGORY

| Fee Summary - March 1, 2008 through March 31, 2008 | | |
|---|---|---|
| **Matter** | **Hours** | **Fees** |
| Case Administration (071) | 38.3 | $25,231.00 |
| Non-Working Travel (072) | 51.4 | $18,211.50 |
| Asset Analysis/Recovery (073) | 0.3 | $156.00 |
| Asset Disposition (074) | 25.9 | $14,197.50 |
| Relief from Stay Proceedings (075) | 0.3 | $156.00 |
| Meetings/Communications with Creditors (076) | 6.9 | $3,967.00 |
| Assumption/Rejection of Leases and Contracts (080) | 109.2 | $64,051.50 |
| Claims Administration and Objections (081) | 82.4 | $51,331.00 |
| Plan & Disclosure Statement (082) | 461.7 | $286,002.50 |
| General Litigation/Litigation Claims (083) | 155.3 | $64,625.00 |
| Reclamation Claims (086) | 0.7 | $364.00 |
| Fee/Employment Applications (087) | 122.3 | $55,247.50 |
| Employee Matters (Benefits, Pensions) (089) | 8.7 | $5,672.00 |
| Corporate and Securities Matters (090) | 40.0 | $27,666.00 |
| Tax Issues (091) | 83.3 | $49,435.00 |
| Government Investigations (093) | 300.8 | $103,709.50 |
| Warehouse Lenders (094) | 6.3 | $5,384.00 |
| Deferred Compensation Plan Litigation (095) | 60.0 | $37,549.50 |
| Access Lending (096) | 9.2 | $5,070.00 |
| WARN Litigation (097) | 1.4 | $1,056.50 |
| Examiner Issues (098) | 67.5 | $17,133.00 |
| **Total** | **1631.9** | **$836,216.00** |

## EXPENSE SUMMARY

| Expense Summary - March 1, 2008 through March 31, 2008 | |
|---|---|
| **Expense** | **Amount** |
| Copying (Equitrac – Internal) (E101E) | $1,137.60 |
| Lasertrak Printing (E101L) | $917.90 |
| Outside Printing/Reproduction (Photocopying) (E102A) | $832.21 |
| Outside Printing/Reproduction (Microfilming) (E102A1) | $1,500.94 |
| Outgoing Faxes (E104) | $7.00 |
| Telephone (Accounts Payable) (E105A) | $832.69 |
| Premiere Global Service Conference Call (E105P) | $12.48 |
| Online Research / Lexis-Nexis (E106L) | $402.52 |
| Online Research / Westlaw (E106W) | $392.58 |
| Delivery Services/Messengers (E107) | $917.16 |
| Expense Report Other - Includes Out of Town Travel (E110) | $3,797.92 |
| Out of Town Travel (Expense Reports - Meals) (E110EM) | $676.98 |
| Out-of-Town Travel (Direct Bill Firm – Airfare) (E110T) | $9,906.00 |
| Court Fees/Filing Fees (Internal Court Service) (E112CS) | $127.00 |
| Other Professionals (Accounts Payable) (E123A) | $1,771.18 |
| Other (Accounts Payable) (E124A) | $1,164.79 |
| Other (Misc & Adjs.) (E124B) | $76.00 |
| Other (Internal Bindery) (E124B1) | $5.00 |
| Scanning Services (Accuroute) (E130AR) | $18.50 |
| **Total** | **$24,496.45** |

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416(KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | **Hearing Date: Only if Objection is Received** |
| | : | |
| | : | **Objection Deadline: May 28, 2008** |

**TWELFTH MONTHLY APPLICATION OF O'MELVENY & MYERS LLP FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
MARCH 1, 2008 THROUGH MARCH 31, 2008**

Pursuant to Sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 25, 2007 [Docket No. 389] (the "Administrative Order"), O'Melveny & Myers LLP ("OMM") hereby files this Twelfth Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2008 through and including March 31, 2008 (the "Application"). By this Application, OMM seeks

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

a monthly allowance pursuant to the Administrative Order with respect to the sums of $668,972.80 (80% of $836,216.00) as compensation and $24,496.45 for reimbursement[2] of actual and necessary expenses for a total of $693,469.25 for the period March 1, 2008 through and including March 31, 2008 (the "Compensation Period"). In support of this Application, OMM respectfully represents as follows:

## Background

1.     On April 2, 2007 (the "Petition Date"), the Debtors, other than Access, filed the instant petitions for relief and the Debtors' bankruptcy cases are being jointly administered pursuant to an order of the Court. Access filed its chapter 11 petition on August 3, 2007 (the "Access Petition Date"). The Debtors are operating their business and managing their affairs as debtors and debtors in possession.

2.     The retention of OMM by the Debtors other than Access was approved effective as of the Petition Date by this Court's Order dated May 7, 2007 [Docket No. 567] (the "Retention Order"). The Retention Order authorized OMM to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses. Subsequently, on October 23, 2007, the scope of OMM's retention was expanded to include the representation of Access effective as of the Access Petition Date.

## Compensation Paid and its Source

3.     All services for which compensation is requested by OMM were performed for or on behalf of the Debtors.

4.     Except to the extent of the retainers paid to OMM as described in the applications seeking approval of OMM's employment by the Debtors during the period covered by this Application, OMM has received no payment and no promises for payment from any source for

---

[2]   In accordance with the procedures approved by the Court pursuant to the Administrative Order, upon the filing of a certificate of no objection with the Court, the Debtors are authorized to pay OMM an amount equal to the lesser of (i) 80% of the fees ($836,216.00) and 100% of the expenses ($24,496.45) requested in the Application and (ii) 80% of the fees and 100% of the expenses not subject to an objection.

services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between OMM and any other person other than the partners of OMM for the sharing of compensation to be received for services rendered in these cases.

## Fee Statements

5.     The fee statements for the Compensation Period are attached hereto as Exhibit A. The statements contain daily time logs describing the time spent by each attorney and paraprofessional for this period.[3] To the best of OMM's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2 and the Administrative Order.

## Actual and Necessary Expenses

6.     A summary of the actual and necessary expenses and daily logs of expenses incurred by OMM for the Compensation Period is attached hereto as Exhibit B. OMM has charged $1.00 per page for out-going facsimile transmissions and $.10 per page for photocopying expenses for the purposes of these bankruptcy cases, in accordance with Del. Bankr. L.R. 2016-2(e)(iii).[4] Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7.     Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), OMM charges all its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal OMM's actual cost. OMM is currently under contract to pay these providers a flat fee every month. For certain months the flat fee may be higher than actual usage. For certain other months the flat fee may be lower than actual usage.

---

[3] OMM's word processing and distribution handling expenses are not included in its overhead but instead are charged separately to clients. OMM generally charges its bankruptcy clients at the same rates as its non-bankruptcy clients but, consistent with applicable guidelines, is not seeking reimbursement from the Debtors' estates for these actual incurred expenses.

[4] OMM typically charges its clients $1.25 per page for out-going facsimile transmissions and $0.15 per page for photocopying expenses.

Charging its clients the on-line providers' standard usage rates allows OMM to cover adequately the monthly flat fees it must pay to these types of providers.

8.    OMM believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, OMM believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

9.    The partners, counsel and associates who rendered professional services in this case during the Compensation Period are: Robert Rizzi, Ben Logan, David Krinsky, Gordon Krischer, Kathryn Sanders, Suzzanne Uhland, Alejandro Mayorkas, Luc Moritz, Shannon Lowry Nagle, Thomas Riordan, Peter Ritter, Gary Tell, Michael Camunez, C. Brophy Christensen, Victoria Newmark, J. Jorge DeNeve, Summer Conley, Christopher Campbell, Brian Metcalf, Winston Chang, Andrew Dolak, Allan Johnson, Natausha Wilson, Justin Laubach, Jason Alderson, Peter Herrick, Arthur (Schan) Duff, Emily Culler, Brian Kelly Laine Mervis, Andrew Parlen, Scott Sugino, Joshua Weisser, Jennifer Halvas, Mike Symons, Nima Amini, Ana Acevedo, Danielle Oakley, Adrian Pollner, Michael Scheppele, Angela Wang, Ryan Austin, Daniel Nitzani, Alex Stemkovsky, and Brian Shaw.

10.    The paraprofessionals of OMM who provided services to the attorneys in these cases are: Lynn Talab, Michael Horner, Michael Donovan, James McCarthy, Holly Riccio, Catherine Mirhady, Dexter Pagdilao, Brian Osimiri, Elizabeth Ene, Stella Kim, David Page, and Anthony Sierra. OMM by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed professional services which are described and narrated in detail hereafter.[5]

---

[5] In addition, as noted in the summary of services rendered in the Examiner matter (098), this Fee Application requests payment of fees for 52.5 hours billed by project attorney Paule Levadas that was inadvertently omitted from OMM's

## Summary of Services by Project

11.    The services rendered by OMM during the Compensation Period can be grouped into the categories set forth below.

A.    Case Administration (071)

Fees: $25,231.00            Total Hours: 38.3

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, regular status calls including management and professionals, review of work in process reports, review of notices of appearances and maintaining services lists.

B.    Non-Working Travel (072)

Fees: $18,211.50            Total Hours: 51.4

This category includes all travel time not otherwise chargeable (and is billed at one-half the normal billing rate) in accordance with Del. Bankr. L.R. 2016-2(e)(iii).

C.    Asset Analysis (073)

Fees: $156.00        Total Hours: 0.3

This category includes all matter relating to the analysis of the Debtors assets. During the Compensation Period, OMM's time in this matter was spent looking into whether the Debtors had any rights to excess proceeds of a tax foreclosure sale of a particular property.

D.    Asset Disposition (074)

Fees: $14,197.50            Total Hours: 25.9

This category includes all matters relating to the disposition of property of the

---

August 2007 fee application.  As disclosed in OMM's prior monthly fee applications, Ms. Levadas was among the project attorneys engaged on a temporary basis by OMM to assist in reviewing documents to be produced to the Securities and Exchange Commission and the Examiner.  Such project attorneys were trained and closely supervised by OMM attorneys, worked in OMM's offices, and used equipment and furniture belonging to OMM.  OMM contracted to engage the referenced project attorneys at an hourly rate below that which OMM bills the Debtors.  The difference between the amount paid by OMM for engaging the project attorneys and amount billed by OMM for services rendered by the project attorneys reflects not only OMM's training and supervision of the project attorneys and the project attorneys' use of OMM's office space, equipment and furniture, but also the fact that OMM bears the fiduciary and professional responsibility for services rendered to the Debtors by the project attorneys.

estate. OMM provided significant services during these cases assisting the Debtors' efforts in pursuing major asset sales and during the Compensation Period continued to render services in connection with follow up matters related to these transactions. On May 7, 2007, the Court entered an order approving the sale of a pool of approximately 2,200 unencumbered mortgage loans to Ellington Management Group, L.L.C. on behalf of its Client Funds ("Ellington"). On May 23, 2007, the Court authorized the sale of the Debtors' servicing business (the "Carrington Sale") to Carrington Mortgage Services, LLC, an affiliate of Carrington Capital Management, LLC. On June 27, 2007, the Court approved an amendment to that sale agreement approving the sale of additional loans to Ellington. On July 3, 2007, the Court entered an order approving the sale of certain technology assets to EquiFirst Corporation. On September 14, 2007, the Court authorized the sale of 235 mortgage loans (the "Disputed Loans"), the rights to which were disputed between the Debtors and Deutsche Bank Structured Properties, Inc. Finally, on January 24, 2008, the Court authorized the sale of 41 mortgage loans (the "Ohio LNFA")of the sale of such loans (subject to overbid) to GRP Financial Services Corporation for approximately $1.4 million. Those sales are now successfully closed.

During the Compensation Period, OMM's efforts included attending to post-closing matters associated with the Carrington Sale. In that regard OMM spent time working with the Debtors in connection with the assignment of certain licenses and contracts to Carrington. OMM also spent time attending to post-closing matters regarding the Ohio LNFA sale. Additionally, during the Compensation Period, OMM also spent substantial time advising the Debtors in connection with and facilitating the sale of miscellaneous assets (particularly intellectual property assets) pursuant to Court-approved procedures. Finally, OMM also negotiated and drafted an asset purchase agreement for the sale of the Debtors' shares in NextAce Corporation.

E.     Relief from Stay Proceedings (075)

Fees: $156.00          Total Hours: 0.3

This category includes all matters related to and including all motions and stipulations to modify the automatic stay and issues related to the effect of the automatic stay or pending matters.

F.     Meetings/Communications with Creditors (076)

Fees: $3,967.00          Total Hours: 6.9

OMM spent time during the Compensation Period receiving and responding to numerous written and telephonic queries from creditors. In addition, near the end of the Compensation Period, the OMM participated in a conference call with the Committee's professionals regarding Plan confirmation responsibilities and schedules and planning the post-confirmation transition of responsibilities from the Debtors to the Liquidating Trust.

G.     Assumption/Rejection of Leases and Contracts (080)

Fees: $64,051.50          Total Hours: 109.2

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases. During the Compensation Period, OMM analyzed its claims under contracts with third parties and continued negotiating with Accenture with respect to the Debtors' claims against Accenture as well as fact gathering related thereto.

H.     Claims Administration and Objections (081)

Fees: $51,331.00          Total Hours: 82.4

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters. Among other tasks, OMM worked with the Debtors and their other professionals to analyze claims filed against the Debtors, strategize with respect to the claims objection process, and prepare omnibus objections to claims. Moreover, OMM spent time in this category negotiating with creditors holding claims to which the Debtors had previously objected. During the Compensation Period

OMM also rendered services in connection with the Debtors' equipment financing arrangements and the rights of the Debtors and counterparties to such agreements. Additionally, OMM worked with the Debtors and their other professionals as well as the Committee's professionals to determine the application of the EPD/Breach Claim Protocol.

I.    Plan & Disclosure Statement (082)

Fees: $286,002.50          Total Hours: 461.7

This category includes all matters related to the joint chapter 11 plan of liquidation of the Debtors and the Committee (the "Plan") and the related disclosure statement (the "Disclosure Statement"). During the first week of the Compensation Period, OMM focused its efforts in this matter on preparing for the March 5, 2008 hearing on the Debtors' Disclosure Statement. Such efforts included extensive negotiations with objecting parties, which, in turn, led to revisions to the Disclosure Statement and solicitation materials. Following the March 5 hearing, OMM spent substantial time continuing negotiations with creditors and the Office of the United States Trustee to resolve open issues about the Disclosure Statement's language. These negotiations resulted in OMM revising the Disclosure Statement and Plan and the filing of the *First Amended Joint Chapter 11 Plan of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008* and the Disclosure Statement related thereto as well as revised solicitation materials. Upon the filing of these documents on March 18, 2008, the Court entered an order approving the Disclosure Statement and the Debtors' proposed solicitation procedures. Immediately thereafter, OMM turned its attention to working with the Debtors' balloting agent to ensure that Solicitation Packages were mailed by the March 21, 2008 cut-off date. Simultaneously, on behalf of the Debtors and working with the Committee, OMM negotiated a scheduling order regarding discovery related to the Plan with the Ad Hoc Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan (the "Ad Hoc Committee") and then began producing documents to the Ad Hoc Committee. Additionally, OMM communicated with numerous creditors of the Debtors regarding the Plan.

J.    General Litigation/Litigation Claims (083)

Fees: $64,625.00          Total Hours: 155.3

This category includes all matters relating to pending state court litigation matters and adversary proceedings for which no separate matter is listed.

K.    Reclamation Claims (086)

Fees: $364.00          Total Hours: 0.7

This category includes the analyses of reclamation claims asserted in the Debtors' cases. OMM's primary tasks during the Compensation Period involved finalizing the stipulation and related documents regarding the reclamation claim asserted by KST Data, Inc and negotiating with KST's counsel regarding a supplemental stipulation related thereto.

L.    Fee/Employment Applications (087)

Fees: $55,247.50      Total Hours: 122.3

This category includes all matters related the retention and compensation of professionals in the Debtors' cases. During the Compensation, OMM completed its monthly fee applications for December 2007 and January 2008. OMM also continued preparing a supplemental declaration in support of its employment so as to remain in compliance with Rule 2014 of the Federal Rules of Bankruptcy Procedure, which task included an extensive supplemental conflicts check.

M.    Employee Matters (Benefits, Pensions) (089)

Fees: $5,672.00          Total Hours: 8.7

This category includes all matters related to employee wages, employee plans, benefits, other employee relations matters and retiree benefits. During the Compensation Period, OMM's time in this matter centered on addressing issues related to the Department of Labor's audit of the Debtors' 401(k) plan.

N.    Corporate and Securities Matters (090)

Fees: $27,666.00          Total Hours: 40.0

This category includes the drafting of board resolutions, the preparation and filing of reports required by the Securities and Exchange Commission, preparing materials for and attending board of directors meetings, and related research.

O.    Tax Issues (091)

Fees: $49,435.00          Total Hours:  83.3

This category includes all federal and state income, property, employment, excise and other tax matters, other than tax aspects of a chapter 11 plan.  During the Compensation Period, OMM spent a substantial amount of time within this category analyzing the Debtors' tax liabilities and assisting the Debtors in connection with the ongoing IRS audit, including communicating with IRS counsel regarding the IRS' proof of claim.  Additionally, within the Compensation Period, OMM researched, analyzed, and communicated with the IRS regarding issues related to certain prepetition payroll taxes.

P.    Government Investigations (093)

Fees:  $103,709.50   Total Hours: 300.8

Continuing its work from prior to the Petition Date, OMM assisted the Debtors in addressing certain ongoing investigations being conducted by the U.S. Department of Justice and the Securities and Exchange Commission relating to prepetition criminal and regulatory investigations by such entities.

Q.    Warehouse Lenders (094)

Fees: $5,384.00          Total Hours:  6.3

This category includes all matters related to the Debtors' master repurchase agreements and master loan purchase agreements and to the Debtors' disputes with the counterparties to such agreements.  OMM spent time during the Compensation Period analyzing and negotiating the deficiency claims of counterparties to master repurchase agreements Additionally, during the Compensation Period, OMM completed the formulation of settlement structure to resolve the Debtors' adequate protection dispute with the counterparties to the master repurchase agreements and whole loan purchasers and the drafting of a motion seeking an order

approving of such settlement.

R.    Deferred Compensation Plan Litigation (095)

Fees: $37,549.50          Total Hours: 60.0

This category includes all matters related to litigation concerning the Debtors' deferred compensation plan (the "Deferred Compensation Plan Litigation"). In particular, OMM continued its analysis of the documents governing the Debtors' deferred compensation plan and its fact investigation pertaining to the Deferred Compensation Plan Litigation. Additionally, engaged in strategy discussions with the Committee.

S.    Access Lending (096)

Fees: $5,070.00          Total Hours: 9.2

This category includes all matters related to the Access chapter 11 case. During the Compensation Period, OMM analyzed claims against Access Lending, worked to negotiate a settlement with Access Lending's largest creditor regarding its claim against Access Lending, and negotiating payment of amounts owed under the asset purchase agreement pursuant to which the assets of Access Lending were sold to Access Holdings.

T.    WARN Litigation (097)

Fees: $1056.50          Total Hours: 1.4

This category includes all matters related to the WARN Act lawsuit brought against the Debtors, for which O'Melveny assumed responsibility at the end of June, 2007. During the Compensation Period, OMM spent time in this category negotiating a settlement of the litigation with the plaintiffs and the Committee.

U.    Examiner Issues (098)

Fees: $17,133.00          Total Hours: 67.5

This category includes all matters related to facilitating the Debtors' cooperation with the investigation being conducted by the Court-appointed examiner (the "Examiner"). During the Compensation Period, OMM billed 15 hours in the matter, most of which was for time spent analyzing the Examiner's final report. This Fee Application also requests payment for 52.5 hours

billed in August 2007 by an OMM attorney for reviewing documents for privilege as a part of the Debtors' massive document production to the Examiner. These time entries were inadvertently omitted from OMM's monthly fee application for August 2007.

## Valuation of Services

12.    Attorneys and paraprofessionals of OMM have expended a total of 1,631.9 hours in connection with this matter during the Compensation Period.

13.    The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto. These are OMM's normal hourly rates for work of this character. The reasonable value of the services rendered by OMM to the Debtors during the Compensation Period is $836,216.00.

14.    In accordance with the factors set forth in Section 330 of the Bankruptcy Code, OMM respectfully submits that the amounts requested are fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services other than in a case under this title. Moreover, OMM has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, OMM respectfully requests that the Court enter an order providing that, for the Compensation Period, an allowance be made to OMM with respect to the sum of $668,972.80 (80% of $836,216.00) as compensation for necessary professional services rendered, and the sum of $24,496.45 for reimbursement of actual necessary costs and expenses, for a total of $693,469.25, and that such sums be authorized for payment less any sums that have been previously paid to OMM pursuant to the Administrative Order, and for such other and further relief as the Court may deem just and proper.

Dated:  May 8, 2008
Wilmington, Delaware

Respectfully submitted,

/s/ *Andrew M. Parlen*
Suzzanne Uhland
Ben H. Logan
Andrew M. Parlen
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California  94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

## VERIFICATION

STATE OF CALIFORNIA)
COUNTY OF ORANGE   )

Suzzanne Uhland, after being duly sworn according to law, deposes and says:

a)  I am counsel with the applicant firm, O'Melveny & Myers LLP, co-counsel to the Debtors in the above-captioned matter.

b)  I have performed and am familiar with the work performed on behalf of the Debtors by O'Melveny & Myers LLP.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and submit that the Application substantially complies with such Rule.

_____
Suzzanne Uhland

SWORN AND SUBSCRIBED before me this ____th day of _____, 2008

_____
Notary Public

*See attached*

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____    _____
Signature of Document Signer No. 1                    Signature of Document Signer No. 2 (if any)

State of California

County of   San Francisco

Subscribed and sworn to (or affirmed) before me on this

8th day of   May   , 20 08 , by
    Date            Month                Year

(1)   Suzzanne   Uhland   ,
                        Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2)_____ ,
                        Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature   Gail   Hutchins
                        Signature of Notary Public

**GAIL HUTCHINS**
Commission # 1776859
Notary Public - California
San Francisco County
My Comm. Expires Nov 8, 2011

Place Notary Seal Above

──────────── *OPTIONAL* ────────────

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document:_____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association• 9350 De Soto Ave., P.O. Box 2402 •Chatsworth, CA 91313-2402• www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827