# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: DLJ Mortgage Capital, Inc.

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 0773034 | Medeiros | 30-Nov-06 | $269,600 | $293,291.56 | $169,000 | 21 Reed Street, Taunton, MA 02780 |
| 0775963 | Parker | 22-Dec-06 | $488,000 | $508,242.74 | $600,000 | 2787 Bedford Ave., Brooklyn, NY 11210 |