# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: US Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass Through Certificates, Series NC

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 3452419 | Franco | 13-Jul-05 | $228,000 | $241,920.37 | $205,000 | 5836 Mascot Ave., Sacramento, CA 95824 |
| 3468357 | Galeana | 15-Jul-05 | $520,000 | $553,011.56 | $600,000 | 860 Toyon Ave., San Jose, CA 95127 |
| 3486722 | Pesetsky | 16-Aug-05 | $493,600 | $500,248.96 | $500,000 | 17952 SW 35 Ct., Miramar, FL 33029 |
| 3504177 | Jones | 26-Jul-05 | $224,000 | $243,723.80 | $125,000 | 5628 Georgia Dr., North Highlands, CA 95660 |
| 3477259 | Rueda | 11-Aug-08 | $104,000 | $107,446.12 | $110,000 | 3539 Indigo Dr., Jacksonville, FL 32207 |
| 3509713 | Teague | 29-Aug-05 | $167,200 | $174,155.65 | $195,000 | 31773 Hillside Dr., Lakemoor, IL 60051 |
| 3466690 | Portuguez | 11-Aug-05 | $310,400 | $339,754.14 | $430,000 | 1971 Haines Ave., Union, NJ 07083 |
| 3491367 | Juarez | 5-Aug-05 | $280,800 | $312,357.24 | $300,000 | 68 1/2 Chicatawbut Rd., Boston, MA 02122 |
| 3449159 | Viteri | 27-Jul-05 | $171,200 | $183,992.77 | $225,000 | 29 Berkshire Rd., Ansonia, CT 06401 |
| 3504821 | Casas | 12-Aug-05 | $343,200 | $356,493.17 | $325,000 | 1885 Fargo Ln., Chula Vista, CA 91913 |
| 3452591 | Bunch | 27-Jul-05 | $231,960.00 | $245,768.59 | $225,000 | 5522 Chianti Wy., Citrus Heights, CA 95610 |
| 3488637 | Castillo | 21-Aug-05 | $384,000 | $401,519.23 | $435,000 | 9497 Hoback St., Bellflower, CA 90706 |
| 3485773 | Rodas | 11-Aug-05 | $392,000 | $412,980.54 | $335,000 | 5480 Crittenden St., Oakland, CA 94601 |
| 3501819 | Meldrum | 29-Jul-05 | $94,400 | $99,451.30 | $129,000 | 1106 Ranch Vista Dr., Ogden, UT 84404 |
| 3467961 | Kanasky | 5-Aug-05 | $279,840 | $291,569.01 | $395,000 | 5 Fairchild St., Sloatsburg, NY 10974 |
| 3445850 | Manson | 18-Jul-05 | $136,800.00 | $149,881.85 | $109,900 | 1086 Worcester Place, Lilburn, GA 30047 |
| 3490146 | Phillips | 5-Aug-05 | $172,160.00 | $177,816.45 | $260,000.00 | 14797 SW Williamette St., Sherwood, OR 97140 |
| 3438152 | Conner | 22-Jul-05 | $75,000 | $80,241.58 | $68,000 | 2231 Rondowa Ave., Dyton, OH 45404 |