# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket No. 5532 |

## ORDER AUTHORIZING ASSUMPTION
## OF AT&T AGREEMENT AS MODIFIED

This matter coming before the Court on the Motion of Debtors for an Order Authorizing the Assumption of AT&T Agreement, as modified (the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"). The Court having reviewed the Motion and all pleadings relating thereto and having heard the statements of counsel regarding the relief requested in the motion at a hearing before the Court (the "Hearing") hereby finds that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion and the Hearing was adequate under the circumstances and (iv) good cause exists for the relief requested in the Motion:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

3. In accordance with section 365 of the Bankruptcy Code, the Debtors are hereby authorized and empowered, but not directed, to assume the Revised Agreement which is is attached hereto as Exhibit A. Upon assumption, the Revised Agreement, shall be deemed to be valid and binding and in full force and effect and enforceable in accordance with its terms, and the only agreement between the Debtors and AT&T. The Revised Agreement may be terminated by the Debtors on thirty (30) days written notice once the Debtors have achieved the $3,000 MARC provided for in the Revised Agreement.

4. The only cure amount to be paid by the Debtors to AT&T upon assumption of the Revised Agreement shall be the amount of $24,000 (the "Cure Amount"). AT&T's claims for other amounts owed prepetition for services AT&T will no longer provide to the Debtors will remain prepetition general unsecured claims. In addition, amounts owed postpetition pursuant to the Master Agreement and any supplements or addendums thereto for all services provided postpetition by AT&T, not just those to be provided going forward, will be entitled to treatment as administrative priority claims.

5. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

6. The Debtors, as well as their officers, employees, consultants and agents, shall be, and hereby are, authorized to take all actions and/or execute any and all documents as may be necessary or desirable to carry out the terms of this Order.

Dated: _____, 2008
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

RLF1-3279383-1