IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 07-10416 |
| NEW CENTURY TRS HOLDINGS, INC., et al. | § § § § | |
| DEBTORS | § | CHAPTER 11 |

## AGREED ORDER BETWEEN DEBTORS AND TRAVIS COUNTY REGARDING DEBTORS' NINTH OMNIBUS OBJECTION: SUBSTANTIVE OBJECTION PURSUANT TO 11 U.S.C. §§502 AND 507, BANKRUPTCY RULES 3007 AND 9014, AND LOCAL RULE 3007-1 TO CERTAIN REDUCED AND /OR RECLASSIFIED CLAIMS

Came on this day for consideration, an agreement entered into by New Century TRS Holdings, Inc., and certain of their direct and indirect subsidiaries (collectively, the "Debtors") and Nelda Wells Spears, Travis County Tax Assessor Collector, for and on behalf of the following taxing authorities: Travis County, City of Austin, Austin Independent School District, Austin Community College, Manor Independent School District, Travis County Emergency Services District Number, and Travis County Hospital District (collectively, "Travis County"), an agree as follows

1.     WHEREAS, on April 2, 2007, the Debtors filed their voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

2     WHEREAS, on June 28, 2007, the Court entered an Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form, Manner and Sufficiency of Notice Thereof August 31, 2007, was established as the general bar date for filing pre-petition claims against the debtor, the Court established October 2, 2007, as the deadline for proof of claims filed by Governmental Units

3. WHEREAS, on August 21, 2007, Travis County filed Travis County's Proof of Claim (Claim No 1818) in the amount $35,098.88, for the 2005-2006, and estimated 2007 property taxes

4. WHEREAS, on December 28, 2007, the Debtors filed the Debtors' Ninth Omnibus Objection Substantive Objection Pursuant to 11 U.S.C. §§502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and /or Reclassified Claims, in said objection the Debtors objected to Travis County's Proof of Claim (Claim No 1818), asserting that the Debtors Books and Records reflect a lesser amount and therefore the claim should be reduced to $1,544 46

5. WHEREAS, On December 10, 2007, Travis County filed an Amended Proof of Claim (Claim No 3735) in the amount of $38,735 51, to reflect the actual 2007 taxes as assessed

6. WHEREAS, On January 28, 2008, Travis County file a Second Amended Proof of Claim (Claim No 3783) in the amount of $19,649 35, to reflect payment of several accounts.

7 WHEREAS, On January 29, 2008, Travis County formally responded to the relief requested in the Ninth Omnibus Objection by filing Travis County's Response to Debtors' Ninth Omnibus Objection Pursuant to 11 U.S.C §§502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims (Document No 4723)

8 WHEREAS, the Debtors and Travis County has continued the hearing on the Ninth Omnibus Objection, as it relates to Travis County in an effort to allow the parties an opportunity to pursue settlement negotiations relating to the Ninth Omnibus Objection and the ultimate treatment of Claim No 3783

9      WHEREAS, after negotiations between the parties, the Debtors and Travis County have reached a resolution regarding the Ninth Omnibus Objection and the treatment of Claim No. 3783

10     WHEREAS, the Debtors do not oppose the portions predicated on personal property taxes.

11.    WHEREAS, portions of Claim No 3783 are predicated on real property taxes and other portions may be predicated on personal property taxes

12     WHEREAS, the Debtors have no current interest in the real properties that are the subject of Claim No 3783 other than bare legal title

13.    WHEREAS, the Debtors hereby disclaim any and all interest in the real properties that are the subject of Claim No 3783

NOW THEREFORE, THE PARTIES HERETO AGREE AS FOLLOWS.

1      The Debtors hereby represent that they have no interest in the real properties that are subject of Claim No. 3783 other than bare legal title

2      In full satisfaction of any and all amounts allegedly owed to Travis County, including any and all claims, rights and/or remedies asserted in connection with Claim No.3783, Travis County shall be granted an allowed **Priority** claim for the personal property amount of $1,330 45 against New Century TRS Holdings, Inc.

3      This Agreed Order shall not be modified, altered, amended or vacated without the prior written consent of all parties hereto  Any such modification, alteration, amendment or vacation in whole or part shall be subject to the approval of

the Court. No statement made or action taken in the negotiation of this Agreed Order may be used by any party for any purpose whatsoever.

4. This Agreed Order is the entire agreement between the parties in respect of the subject matter hereof, and may be signed in counterpart originals.

5. The undersigned represent that they are duly authorized to execute this Agreed Order on behalf of their respective clients.

Dated: ~~February~~ April 15, 2008

RICHARDS, LAYTON & FINGER, P.A.

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

O'MELVENY & MYERS L.L.P.

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
275 Battery Street
San Francisco, California 94111
(415) 984-8700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSESSION

Dated: February 19, 2008

Karon W Wright
Assistant County Attorney
State Bar No. 22044700
P O. Box 1748
Austin, Texas 78767
(512) 854-9513 Telephone
(512) 854-4808 Facsimile
karon.wright@co.travis.tx.us

**ATTORNEY FOR TRAVIS COUNTY**

Signed this ____ day of ~~February~~ April 2008

5-8-08

UNITED STATES BANKRUPTCY JUDGE