IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case Nos. 07-10416-KJC, et seq. |

**CERTIFICATION OF COUNSEL REGARDING ORDER TERMINATING
AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 1163 & 5525)*

Adam Hiller, an associate with the law firm of Draper & Goldberg, PLLC, certifies to the Court as follows:

1. On March 27, 2008, America's Servicing Company filed a Notice of Intent (Docket No. 5525) (the "Notice") in accordance with the Court's June 7, 2007 Order Establishing Procedures for Relief from the Automatic Stay for Certain Foreclosure Proceedings (Docket No. 1163) (the "Procedures Order"). The Notice was supported by a duly executed affidavit attached thereto and also contained a proposed form of order granting relief from the automatic stay (the "Proposed Order").

2. According to the Procedures Order, if the Debtors failed to respond to the Notice within three (3) business days, then Movant was permitted to submit by certification of counsel a proposed order for relief from stay.

3. The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Notice. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Notice appears thereon.

4. Movant therefore requests that the Court grant Movant relief from the automatic stay in accordance with the Notice, in the form of the Proposed Order, another copy of which is attached hereto as **Exhibit 1**.

Dated: May 12, 2008
Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC

/s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile