# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

NEW CENTURY TRS HOLDINGS,
INC.,

Debtors.

Chapter 11
Case Nos. 07-10416-KJC, *et seq.*

## ORDER TERMINATING AUTOMATIC STAY
## UNDER SECTION 362 OF THE BANKRUPTCY CODE
*(relates to Docket No. _____)*

Pursuant to the Court's June 7, 2007 Order Establishing Procedures for Relief from the

Automatic Stay for Certain Foreclosure Proceedings (Docket No. 1163) (the "Procedures

Order"), America's Servicing Company ("Movant") having complied with the procedures and

made the notices required thereunder; without opposition; the Court having determined that (A)

the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a

core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. §

1409(a); and (D) service to the limited parties stated on the Certificate of Service of the

certification of counsel filed in connection with this order is adequate under the circumstances;

and the Court having further determined that cause exists to grant Movant relief from the

automatic stay with respect to Movant's exercise of any rights and remedies against each parcel

of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties")

under applicable non-bankruptcy law on behalf of the parties identified thereupon; it is

HEREBY ORDERED as follows:

1.     To the extent that the automatic stay is applicable, Movant is hereby granted relief

from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

-2-

with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any mortgage, deed of trust, lien, or other encumbrance relating to such Properties.

2.      Nothing in this order (i) shall constitute a determination that New Century TRS Holdings, Inc. and its affiliated debtors (the "Debtors") hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

3.      This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____     _____
          Wilmington, Delaware                HONORABLE KEVIN J. CAREY
                                              UNITED STATES BANKRUPTCY JUDGE