# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

NEW CENTURY TRS HOLDINGS, INC. A DELAWARE CORPORATION, *et al.*
Debtor

Case No 07-10416
(Chapter 11

Ref: Docket No. 526 & 1163

**AFFIDAVIT**

I solemnly declare and affirm under the penalties of perjury this 18th day of March, 2008 that the foregoing is true and correct to the best of my knowledge, information and belief:

1. That pursuant Paragraph 2 of the Court's June 07, 2007 Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings, America's Servicing Company (hereinafter referred to as "ASC") by the undersigned counsel provided notice of the foreclosure to the Debtors and the Official Committee of Unsecured Creditors in writing February 11, 2008. See composite Exhibit A attached hereto.

2. That pursuant to Paragraph 3 of the Court's June 07, 2007 Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings, America's Servicing Company (hereinafter referred to as "ASC") by the undersigned counsel provided a single notice covering multiple properties referenced on the attached Exhibit.

3. That pursuant to Paragraph 4 of the Court's June 07, 2007 Order Establishing Procedure for Relief from the Automatic Stay for Certain Foreclosure Proceedings, America's Servicing Company (hereinafter referred to as "ASC") by the undersigned counsel made payment to the Debtors' estate in the amount of $1000.00. See attached Exhibit.

4. That Debtors have not sent acknowledgement of receipt to ASC pursuant to Paragraph 4(b) of said Order.

5. That 30 days have passed as of March March 12, 2008 and Debtors have failed to take any action to prevent the first lien from foreclosing.

John D. Schlotter, Georgia Bar No. 629456
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076
770-643-2730 (voice)
770-643-4217 (fax)
jds@mccallaraymer.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., A Delaware Corporation, et al., | : | Case No.: 07-10416 (KJC) |
| | : | Jointly Administered |
| Debtors | : | Re: Docket Nos. 526 & 1163 |

NOTICE OF FORECLOSURE

Comes now America's Servicing Company (hereinafter referred to as "ASC") by an through counsel and states the following pursuant to the Order entered in the above-entitled case on June 7, 2007 Establishing Procedures for Relief from the Automatic Stay for certain Foreclosure proceedings:

ASC is the servicer for the Fifty Five (55) loans listed on Exhibit 'A" attached hereto, which exhibit provides the loan number, name of borrower, information as to fair market value of the real property, the value of ASC's lien, the status of the foreclosure proceeding and the location of the foreclosure proceeding, for each of said loans, upon which the Debtor's estate, has a junior lien interest.

Due to the overall volume of documentation, copies of the Loan Documents evidencing each of said loan, the Broker Price Opinions showing market value of the real property, Pay Off Summaries and Foreclosure Documentation for each of said loans will be sent to the Debtors, to New Century Mortgage Corporation and to the Official Committee of Unsecured Creditors to the addresses provided in the above mentioned order by United Parcel Service, concurrently with the service of this Notice.

Pursuant to the terms of the above mentioned Order, payment in the amount of $1,000.00,

made payable to New Century Mortgage Company will be included with the copy of this Notice which is served upon Counsel for the Debtors.

WHEREFORE, ASC respectfully requests that the Automatic Stay be deemed lifted without further Order of the Court, within 30 days of receipt of this Notice, upon failure of Debtors to take further action in accordance with the provisions of the above mentioned Order.

Dated: February 11, 2008

John D. Schlotter, Georgia Bar No.: 629456
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076
Phone (770) 643-2730 / Fax: (770) 643-4217
Email: jds@mccallaraymer.com

# EXHIBIT A

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100137543 | Nafez Abusyyash | 1031 Stonebrook Drive, Grand Prairie, TX 75052 | 7/6/2007 | $129,900.00 | $147,218.52 | ($17,318.52) | 8/1/2006 | 4/5/2007 | Dallas County, Texas | On Hold | Not Set | Dallas County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-8 |
| 1100137600 | Rigoberto Argueta | 4011 Ebbtide Drive, Houston, TX 77045 | 10/3/2007 | $63,000.00 | $106,858.40 | ($43,858.40) | 4/1/2006 | 3/30/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-8 |
| 1100144599 | Darlene C Giles | 1231 Arizona Street, Dallas, TX 75216 | 5/22/2007 | $49,000.00 | $57,973.55 | ($8,973.55) | 1/1/2007 | 5/18/2007 | Dallas County, Texas | On Hold | Not Set | Dallas County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-8 |
| 1100145244 | Ronald Scott Parkhurst | 23210 Wintergate Drive, Spring, TX 77373 | 3/8/2007 | $79,900.00 | $81,680.71 | ($1,780.71) | 12/1/2006 | 4/17/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-10 |
| 1100145634 | Dennis R King | 2732 Forest Lake Drive, Grand Prairie, TX 75052 | 6/19/2007 | $163,000.00 | $180,589.96 | ($17,589.96) | 3/1/2007 | 6/22/2007 | Tarrant County, Texas | On Hold | Not Set | Tarrant County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1100145839 | Glen Hastings | 311 North Lyon Street, Tom Bean, TX 75491 | 4/30/2007 | $148,900.00 | $131,484.83 | $17,435.37 | 11/1/2006 | 5/28/2007 | Grayson County, Texas | On Hold | Not Set | Grayson County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1100181675 | Michael J Packman | 1392 Hudgons Avenue, Katy, TX 77493 | 4/15/2007 | $128,000.00 | $126,138.51 | $1,863.49 | 1/1/2007 | 4/30/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100183295 | Ted Hawley | 7535 Silver Cloud Lane, Houston, TX 77086 | 4/16/2007 | $84,000.00 | $96,638.74 | ($12,638.74) | 1/1/2007 | 5/2/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1100185991 | Helen M Schneider | 421 Elm Springs Court, Cedar Hill, TX 75104 | 6/27/2007 | $430,000.00 | $393,688.02 | $36,311.98 | 10/1/2006 | 4/16/2007 | Dallas County, Texas | On Hold | Not Set | Dallas County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1100186269 | Marivel C Subia | 311 Rolling Oaks R, Cedar Hill, tx 75104 | 3/18/2007 | $395,000.00 | $514,416.46 | ($119,416.46) | 12/1/2006 | 3/23/207 | Dallas County, Texas | On Hold | Not Set | Dallas County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100188554 | Alvjanvro Hernandez | 309 Sunset Court, Arlington, TX 76013 | 5/13/2007 | $129,900.00 | $208,767.85 | ($78,867.85) | 8/1/2006 | 4/9/2007 | Tarrant County, Texas | On Hold | Not Set | Tarrant County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100188784 | Leslie Banks Phillips | 19906 Windcroft Hollow Lane, Katy, TX 77449 | 6/8/2007 | $139,900.00 | $136,780.50 | $3,119.50 | 9/1/2006 | 1/12/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NO1 |
| 1100188935 | Truth JD Toombs | 3120 Smoke Wind Lane, Grand Prairie, TX 75052 | 6/16/2007 | $30,000.00 | $73,436.00 | ($43,436.00) | 3/1/2007 | 7/16/2007 | Dallas County, Texas | On Hold | Not Set | Dallas County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Securities-Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100190486 | Roy Lucas | 17919 Grassy Fields C, Houston, TX 77038 | 2/7/2007 | $138,000.00 | $156,862.91 | ($18,862.91) | 11/1/2006 | 4/9/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1100191230 | Forrest Byrd | 7108 Rockdale Road, Fort Worth, TX 76134 | 4/16/2007 | $98,000.00 | $101,354.97 | ($3,354.97) | 1/1/2007 | 5/7/2007 | Tarrant County, Texas | On Hold | Not Set | Tarrant County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1127040115 | David I Ligon | 19231 Plaintain Drive, Katy, Texas 77449 | 7/20/2007 | $76,900.00 | $82,048.24 | ($5,148.24) | 10/1/2006 | 4/9/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006 NC2 |
| 1127040147 | John G Moser | 11680 11692 Lenox Lane, Frisco, TX 75034 | 5/7/2007 | $375,600.00 | $324,859.79 | $50,740.21 | 2/1/2007 | 5/14/2007 | Denton County, Texas | On Hold | Not Set | Denton County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006 NC2 |
| 1127042750 | Pamela Boyd | 22631 Sunset Glen Lane, Spring, TX 77373 | 4/13/2007 | $117,900.00 | $132,453.58 | ($14,553.58) | 12/1/2006 | 4/30/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006 NC3 |
| 1127043404 | Jason Bell and Requel Bell | 19503 Spanish Needle, Houston, TX 77084 | 6/13/2007 | $114,900.00 | $107,969.06 | $6,930.94 | 3/1/2007 | 6/25/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006 NC2 |
| 1127107872 | Deserie Reney Chapman | 18322 Westlock Street, Tomball TX 77377 | 9/30/2007 | $118,000.00 | $114,523.97 | $3,476.03 | 12/1/2006 | 3/28/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 |
| 1134033955 | Ralph Michael Spadafor | 7932 Sky Birch Court, Las Vegas, NV 89147 | 5/6/2007 | $364,900.00 | $330,964.92 | $33,935.08 | 2/1/2007 | 5/31/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT | US Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-HE3 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1300027408 | Stanton Y Saiki | 9533 Kickapoo Avenue, Las Vegas, NV 89149 | 4/11/2007 | $825,000.00 | $877,469.00 | ($52,469.00) | 1/1/2007 | 6/4/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT | HSBC Bank USA, Inc |
| 1127043247 | Andrell G Bole | 75 Aldarra Canyon, Las Vegas, NV 89123 | 5/28/2007 | $315,000.00 | $270,184.60 | $44,815.40 | 2/1/2007 | 5/17/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006 NC2 |
| 1100137436 | Leonarda Hernandez and Doroteo Hernandez | 911 North E Avenue, Santa Maria, CA 93454 | 5/2/2007 | $395,900.00 | $385,376.78 | $10,523.22 | 1/1/2007 | 5/1/2007 | Santa Barbara County, California | On Hold | Not Set | Santa Barbara County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-8 |
| 1100142555 | Javier A Alvarado | 726 West Jasmine Circle, Santa Rosa, CA 95404 | 6/19/2007 | $385,000.00 | $386,358.03 | ($1,358.03) | 3/1/2007 | 4/16/2007 | Sonoma County, California | On Hold | Not Set | Sonoma County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1100142633 | Joyce Kim | 9041 Casals Street, Sacramento, CA 95826 | 5/31/2007 | $149,000.00 | $178,373.28 | ($29,373.28) | 2/1/2007 | 5/29/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-8 |
| 1100143003 | Jane Holloway | 2340 Byrd Drive, Rancho Cordova, CA 95670 | 7/25/2007 | $249,000.00 | $290,124.52 | ($41,124.52) | 4/1/2007 | 5/21/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1100144104 | Estella Roethler | 40265 Spinning Wheel Drive, Murietta, CA 92562 | 7/27/2007 | $379,000.00 | $383,565.71 | ($4,565.71) | 4/1/2007 | 5/21/2007 | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-8 |
| 1100144273 | Deborah Lynn Luna | 1570 East 26th Street, Merced, CA 95340 | 6/31/2007 | $183,900.00 | $210,160.58 | ($26,260.58) | 2/1/2007 | 5/19/2007 | Merced County, California | On Hold | Not Set | Merced County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1100145013 | Andrew Barnes | 1313 Floyd Avenue, Modesto, CA 95355 | 6/19/2007 | $175,000.00 | $171,168.19 | $3,831.81 | 1/1/2007 | 3/26/2007 | Stanislaus County, California | On Hold | Not Set | Stanislaus County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1100145116 | Jesus Moreno | 714 One Half W 8th Street, Antioch, CA 94509 | 7/27/2007 | $315,000.00 | $313,010.19 | $1,989.81 | 4/1/2007 | 5/21/2007 | Contra Costa County, California | On Hold | Not Set | Contra Costa County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1100145184 | Raul R Rodriguez | 5412 Amica Way, Santa Rosa, CA 95403 | 5/29/2007 | $540,000.00 | $588,099.98 | ($48,099.98) | 2/1/2007 | 5/29/2007 | Sonoma County, California | On Hold | Not Set | Sonoma County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1100162301 | Jose De La Luz Garcia | 2559 21st Street, San Pablo, CA 94806 | 7/16/2007 | $305,000.00 | $354,877.11 | ($49,877.11) | 4/1/2007 | 3/21/2007 | Contra Costa County, California | On Hold | Not Set | Contra Costa County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust 2006-BC1 |
| 1100180775 | Athan M Osaugwu | 1402 Matthew Drive, Fairfield, CA 94533 | 5/8/2007 | $400,000.00 | $463,556.52 | ($63,556.52) | 2/1/2007 | 3/19/2007 | Solano County, California | On Hold | Not Set | Solano County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1100180843 | Leticia Guadarrama | 1918 Robert Street, Lodi, CA 95242 | 2/9/2007 | $330,000.00 | $322,189.79 | $7,810.21 | 3/1/2007 | 2/15/2007 | San Joaquin County, California | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1100181443 | Dionicio Lombera Moral, | 237 Graves Avenue, Sacramento, CA 95838 | 7/10/2007 | $215,000.00 | $261,255.13 | ($46,255.13) | 4/1/2007 | 5/21/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100182186 | Gregory M Ostwald | 2551 Fulton Square Lane, Sacramento, CA 95821 | 6/7/2007 | $140,000.00 | $163,397.72 | ($23,397.72) | 3/1/2007 | 4/16/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100182216 | Patricia A Amen | 2136 Tillie Lewis Drive, Stockton, CA 95206 | 8/11/2007 | $265,000.00 | $230,610.09 | $34,389.91 | 3/1/2007 | 4/16/2007 | San Joaquin County, California | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100184936 | Rene O Castro and Maria M Castro | 4163 Tiburon Drive, Oceanside, CA 92056 | 7/13/2007 | $209,000.00 | $249,409.50 | ($40,409.50) | 2/1/2007 | 3/19/2007 | San Diego County, California | On Hold | Not Set | San Diego County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100185673 | Roberto Plasencia | 532 Kesner Avenue, Sacramento, CA 95838 | 4/14/2007 | $335,000.00 | $355,393.74 | ($20,393.74) | 1/1/2007 | 4/24/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100186135 | Namreeta Prasad | 1511 Columbus Road, West Sacramento, CA 95691 | 6/8/2007 | $424,000.00 | $439,986.58 | ($15,986.58) | 3/1/2007 | 6/7/2007 | Yolo County, California | On Hold | Not Set | Yolo County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100186564 | Joaquin A Hernandez and Josefina Hernandez | 220 Coral Reef Avenue, Half Moon Bay, CA 94019 | 6/8/2007 | $799,000.00 | $702,133.69 | $96,866.31 | 2/1/2007 | 4/2/2007 | San Mateo County, California | On Hold | Not Set | San Mateo County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100187125 | Jorge V Hernandez | 13332 Benton Street, Garden Grove, CA 92843 | 4/13/2007 | $600,000.00 | $597,016.83 | $2,983.17 | 12/1/2006 | 4/16/2007 | Orange County, California | On Hold | Not Set | Orange County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100204253 | Hugo Perez | 27549 Falling Star Lane, Santa Clarita, CA 91350 | 4/13/2007 | $479,900.00 | $446,476.12 | $33,423.88 | 1/1/2007 | 5/4/2007 | Los Angeles County, California | On Hold | Not Set | Los Angeles County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC2 |
| 1127040195 | William Rosales | 1659 Starlite Drive, Milpitas, CA 95035 | 7/26/2007 | $600,000.00 | $523,338.13 | $76,661.87 | 3/1/2007 | 4/16/2007 | Santa Clara County, California | On Hold | Not Set | Santa Clara County, California | NDEX WEST, LLC | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127041116 | Delia Gonzalez | 313 North 4th Avenue, Oakdale, CA 95361 | 7/30/2007 | $225,000.00 | $251,397.36 | ($26,397.36) | 3/1/2007 | 4/16/2007 | Stanislaus County, California | On Hold | Not Set | Stanislaus County, California | NDEX WEST, LLC | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127043316 | Nicole R Lewis | 5812 Ridgepoint Drive, Antelope, CA 95843 | 7/22/2007 | $315,000.00 | $361,512.67 | ($46,512.67) | 3/1/2007 | 4/16/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127043533 | Sergio Rodriguez | 2776 Daisy Lane, Tracy, CA 95377 | 7/21/2007 | $599,000.00 | $570,372.08 | $28,627.92 | 3/1/2007 | 4/16/2007 | San Joaquin County, California | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127044036 | Maricela Alanis and Erasmo Ramirez | 31353 Los Rios Street, San Juan Capistrano CA 92675 | 7/22/2007 | $359,000.00 | $420,086.38 | ($61,086.38) | 3/1/2007 | 4/16/2007 | Orange County, California | On Hold | Not Set | Orange County, California | NDEX WEST, LLC | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127044251 | Heather Balderrama | 41220 Dixon Drive, Hemet, CA 92544 | 5/27/2007 | $269,500.00 | $277,207.52 | ($7,707.52) | 2/1/2007 | 5/4/2007 | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127044841 | Osvaldo Acevedo and Jessica Acevedo | 3949 Kimball Lane, Stockton, CA 95206 | 7/30/2007 | $299,000.00 | $402,492.90 | ($103,492.90) | 3/1/2007 | 4/23/2007 | San Joaquin County, California | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127044853 | Savoeuth Soeum | 873 Rolling Oak Court, Modesto, CA 95351 | 7/27/2007 | $399,000.00 | $417,980.92 | ($18,980.92) | 3/1/2007 | 4/16/2007 | Stanislaus County, California | On Hold | Not Set | Stanislaus County, California | NDEX WEST, LLC | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127108511 | Jesus Vargas | 5081 Warwick Avenue, Sacramento, CA 95820 | 5/4/2007 | $289,000.00 | $314,928.28 | ($25,928.28) | 1/1/2007 | 2/19/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 |
| 1300026523 | Monsoor Halimi | 675 Discovery Bay B, Discovery Bay, CA 94514 | 6/6/2007 | $425,000.00 | $710,505.18 | ($285,505.18) | 2/1/2007 | 5/25/2007 | Contra Costa County, California | On Hold | Not Set | Contra Costa County, California | NDEX WEST, LLC | HSBC BANK USA, INC |
| 1220006602 | April D Trujillo | 2212 East Fairbanks Street, Tacoma, WA 98404 | 8/2/2007 | $ 255,000.00 | 217939.38 | 37,060.62 | 7/1/2007 | 2/26/2007 | Pierce County, Washington | On Hold | Not Set | Pierce County, Washington | NORTHWEST TRUSTEE | US Bank National Association, as Trustee for Securitiazed Asset Backed Receivables LLC Trust, 2006-NC1 |
| 2/11/2008 | | | | | | | | | | | | | | |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Notice of Foreclosure were mailed by first class mail, postage prepaid, this 11th day of February, 2008, to the following parties listed below:

John D. Schlotter, Georgia Bar No.: 629456

O'Melveny & Myers LLP
Suzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
275 Battery Street
San Francisco, CA 94111

Charles Houston
VP Litigation and Regulatory Counsel
3121 Michelson Drive, # 600
Irvine, CA 92612-0515

Hahn & Hessen LLP
Mark T. Power
Mark S. Indelcato
Jeffrey L Schwartz
488 Madison Avenue
14th and 15th Floor
New York, NY 10022

36316

McCALLA RAYMER, LLC
LITIGATION OPERATING ACCOUNT
6 CONCOURSE PARKWAY SUITE 3200
ATLANTA, GA 30328

Wachovia
Wachovia Bank, N.A.
wachovia.com
64-22/610

02-08-2008

PAY TO THE ORDER OF New Century Mortgage Company $ $1,000.00

One Thousand Dollars & 00/100 DOLLARS

New Century Mortgage Company

MEMO ASC Third Notice Re 6/7/07 Order

AUTHORIZED SIGNATURE

⑈036316⑈ ⑆061000227⑆ 2000026180151⑈

# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br><br>Debtors. | Chapter 11<br>Case Nos. 07-10416-KJC, *et seq.* |
|---|---|

**ORDER TERMINATING AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket No. ____)*

Pursuant to the Court's June 7, 2007 Order Establishing Procedures for Relief from the Automatic Stay for Certain Foreclosure Proceedings (Docket No. 1163) (the "Procedures Order"), America's Servicing Company ("Movant") having complied with the procedures and made the notices required thereunder; without opposition; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service of the certification of counsel filed in connection with this order is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against each parcel of real property listed on **Exhibit A** hereof (each a "Property," and collectively, the "Properties") under applicable non-bankruptcy law on behalf of the parties identified thereupon; it is HEREBY ORDERED as follows:

1. To the extent that the automatic stay is applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, pursuant to 11 U.S.C. § 362(d),

with respect to Movant's interest in the Properties. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against each of the Properties, including but not limited to foreclosure of any mortgage, deed of trust, lien, or other encumbrance relating to such Properties.

2. Nothing in this order (i) shall constitute a determination that New Century TRS Holdings, Inc. and its affiliated debtors (the "Debtors") hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

3. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:________________________
Wilmington, Delaware

________________________________
HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100137543 | Nafaz Abusyyash | 1031 Stonebrook Drive, Grand Prakie, TX 75052 | 7/6/2007 | $129,900.00 | $147,218.52 | ($17,318.52) | 9/1/2006 | 4/5/2007 | Dallas County, Texas | On Hold | Not Set | Dallas County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-8 |
| 1100137600 | Rigoberto Arguata | 4011 Ebbtide Drive, Houston, TX 77045 | 10/3/2007 | $63,000.00 | $106,858.40 | ($43,858.40) | 4/1/2006 | 3/30/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-8 |
| 1100144599 | Darlene C Giles | 1231 Arizona Street, Dallas, TX 75216 | 5/22/2007 | $49,000.00 | $57,973.55 | ($8,973.55) | 1/1/2007 | 5/18/2007 | Dallas County, Texas | On Hold | Not Set | Dallas County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1100145244 | Ronald Scott Parkhurst | 23210 Wintergate Drive, Spring, TX 77373 | 3/8/2007 | $79,900.00 | $81,680.71 | ($1,780.71) | 12/1/2006 | 4/17/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-10 |
| 1100145634 | Dennis R King | 2732 Forest Lake Drive, Grand Prairie, TX 75052 | 6/19/2007 | $163,000.00 | $180,589.96 | ($17,589.96) | 3/1/2007 | 6/22/2007 | Tarrant County, Texas | On Hold | Not Set | Tarrant County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-8 |
| 1100145839 | Glen Hastings | 311 North Lyon Street, Tom Bean, TX 75491 | 4/30/2007 | $148,900.00 | $131,464.63 | $17,435.37 | 11/1/2006 | 5/28/2007 | Grayson County, Texas | On Hold | Not Set | Grayson County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1100181675 | Michael J Peckman | 1392 Hudgons Avenue, Katy, TX 77493 | 4/15/2007 | $128,000.00 | $126,136.51 | $1,863.49 | 1/1/2007 | 4/30/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100183295 | Ted Hawley | 7535 Silver Cloud Lane, Houston, TX 77086 | 4/16/2007 | $84,000.00 | $96,638.74 | ($12,638.74) | 1/1/2007 | 5/2/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1100185991 | Helen M Schneider | 421 Elm Springs Court, Cedar Hill, TX 75104 | 6/27/2007 | $430,000.00 | $393,688.02 | $36,311.98 | 10/1/2006 | 4/16/2007 | Dallas County, Texas | On Hold | Not Set | Dallas County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1100186269 | Marivel C Subia | 311 Rolling Oaks R, Cedar Hill, tx 75104 | 3/16/2007 | $395,000.00 | $514,416.46 | ($119,416.46) | 12/1/2006 | 3/23/207 | Dallas County, Texas | On Hold | Not Set | Dallas County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100186554 | Alvjanvro Hernandez | 309 Sunset Court, Arlington, TX 76013 | 5/13/2007 | $129,900.00 | $208,767.85 | ($78,867.85) | 8/1/2006 | 4/9/2007 | Tarrant County, Texas | On Hold | Not Set | Tarrant County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100188784 | Leslie Banks Phillips | 19906 Windcroft Hollow Lane, Katy, TX 77449 | 6/8/2007 | $139,900.00 | $136,780.50 | $3,119.50 | 9/1/2006 | 1/12/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100188935 | Truth JD Toombs | 3120 Smoke Wind Lane, Grand Prairie, TX 75052 | 6/18/2007 | $30,000.00 | $73,436.00 | ($43,436.00) | 3/1/2007 | 7/18/2007 | Dallas County, Texas | On Hold | Not Set | Dallas County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100190486 | Roy Lucas | 17919 Grassy Fields C, Houston, TX 77038 | 2/7/2007 | $138,000.00 | $156,862.91 | ($18,862.91) | 11/1/2006 | 4/9/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1100191230 | Forrest Byrd | 7108 Rockdale Road, Fort Worth, TX 76134 | 4/16/2007 | $98,000.00 | $101,354.97 | ($3,354.97) | 1/1/2007 | 5/7/2007 | Tarrant County, Texas | On Hold | Not Set | Tarrant County, Texas | BARRETT BURKE WILSON | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1127040115 | David I Ligon | 19231 Plaintain Drive, Katy, Texas 77449 | 7/20/2007 | $76,900.00 | $82,048.24 | ($5,148.24) | 10/1/2006 | 4/9/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006 NC2 |
| 1127040147 | John G Moser | 11680 11692 Lenox Lane, Frisco, TX 75034 | 5/7/2007 | $375,600.00 | $324,859.79 | $50,740.21 | 2/1/2007 | 6/14/2007 | Denton County, Texas | On Hold | Not Set | Denton County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006 NC2 |
| 1127042750 | Pamela Boyd | 22631 Sunset Glen Lane, Spring, TX 77373 | 4/13/2007 | $117,900.00 | $132,453.58 | ($14,553.58) | 12/1/2006 | 4/30/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006 NC3 |
| 1127043404 | Jason Bell and Raquel Bell | 19503 Spanish Needle, Houston, TX 77084 | 6/13/2007 | $114,900.00 | $107,969.06 | $6,930.94 | 3/1/2007 | 6/25/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006 NC2 |
| 1127107872 | Desarie Reney Chapman | 18322 Westlock Street, Tomball TX 77377 | 9/30/2007 | $118,000.00 | $114,523.97 | $3,476.03 | 12/1/2006 | 3/28/2007 | Harris County, Texas | On Hold | Not Set | Harris County, Texas | BARRETT BURKE WILSON | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 |
| 1134033965 | Ralph Michael Spadafor | 7932 Sky Birch Court, Las Vegas, NV 89147 | 5/6/2007 | $364,900.00 | $330,964.92 | $33,935.08 | 2/1/2007 | 5/31/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT | US Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-HE3 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1300027408 | Stanton Y Said | 9533 Kickapoo Avenue, Las Vegas, NV 89149 | 4/11/2007 | $625,000.00 | $677,469.00 | ($52,469.00) | 1/1/2007 | 6/4/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT | HSBC Bank USA, Inc |
| 1127043247 | Andrell G Bole | 75 Aldarra Canyon, Las Vegas, NV 89123 | 5/28/2007 | $315,000.00 | $270,184.60 | $44,815.40 | 2/1/2007 | 5/17/2007 | Clark County, Nevada | On Hold | Not Set | Clark County, Nevada | NATIONAL DEFAULT | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006 NC2 |
| 1100137436 | Leonardo Hernandez and Doroteo Hernandez | 911 North E Avenue, Santa Maria, CA 93454 | 5/2/2007 | $396,900.00 | $385,376.78 | $10,523.22 | 1/1/2007 | 5/1/2007 | Santa Barbara County, California | On Hold | Not Set | Santa Barbara County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-8 |
| 1100142555 | Javier A Alvarado | 726 West Jasmine Circle, Santa Rosa, CA 95404 | 6/19/2007 | $365,000.00 | $366,358.03 | ($1,358.03) | 3/1/2007 | 4/16/2007 | Sonoma County, California | On Hold | Not Set | Sonoma County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1100142633 | Joyce Kim | 9041 Casals Street, Sacramento, CA 95826 | 5/31/2007 | $149,000.00 | $178,373.28 | ($29,373.28) | 2/1/2007 | 5/29/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-8 |
| 1100143003 | Jane Holloway | 2340 Byrd Drive, Rancho Cordova, CA 95670 | 7/25/2007 | $249,000.00 | $290,124.52 | ($41,124.52) | 4/1/2007 | 5/21/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1100144104 | Estella Roethler | 40265 Spinning Wheel Drive, Murietta, CA 92562 | 7/27/2007 | $379,000.00 | $383,565.71 | ($4,565.71) | 4/1/2007 | 5/21/2007 | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1100144273 | Deborah Lynn Luna | 1570 East 26th Street, Merced, CA 95340 | 5/31/2007 | $183,900.00 | $210,160.58 | ($26,260.58) | 2/1/2007 | 5/19/2007 | Merced County, California | On Hold | Not Set | Merced County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-8 |
| 1100145013 | Andrew Barnes | 1313 Floyd Avenue, Modesto, CA 95355 | 6/19/2007 | $175,000.00 | $171,168.19 | $3,831.81 | 1/1/2007 | 3/28/2007 | Stanislaus County, California | On Hold | Not Set | Stanislaus County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1100145115 | Jesus Moreno | 714 One Half W 8th Street, Antioch, CA 94509 | 7/27/2007 | $315,000.00 | $313,010.19 | $1,989.81 | 4/1/2007 | 5/21/2007 | Contra Costa County, California | On Hold | Not Set | Contra Costa County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1100145194 | Raul R Rodriguez | 5412 Amika Way, Santa Rosa, CA 95403 | 5/29/2007 | $540,000.00 | $588,099.96 | ($48,099.96) | 2/1/2007 | 5/29/2007 | Sonoma County, California | On Hold | Not Set | Sonoma County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9 |
| 1100152301 | Jose De La Luz Garcia | 2559 21st Street, San Pablo, CA 94806 | 7/18/2007 | $305,000.00 | $354,877.11 | ($49,877.11) | 4/1/2007 | 3/21/2007 | Contra Costa County, California | On Hold | Not Set | Contra Costa County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust 2006-BC1 |
| 1100160775 | Athan M Osaugwu | 1402 Matthew Drive, Fairfield, CA 94533 | 5/8/2007 | $400,000.00 | $463,556.52 | ($63,556.52) | 2/1/2007 | 3/19/2007 | Solano County, California | On Hold | Not Set | Solano County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1100160843 | Leticia Guaderrama | 1918 Robert Street, Lodi, CA 95242 | 2/9/2007 | $330,000.00 | $322,189.79 | $7,810.21 | 3/1/2007 | 2/15/2007 | San Joaquin County, California | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4 |
| 1100181443 | Dionicio Lombera Morel, | 237 Graves Avenue, Sacramento, CA 95838 | 7/10/2007 | $215,000.00 | $261,255.13 | ($46,255.13) | 4/1/2007 | 5/21/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100182186 | Gregory M Ostwald | 2551 Fulton Square Lane, Sacramento, CA 95821 | 6/7/2007 | $140,000.00 | $163,397.72 | ($23,397.72) | 3/1/2007 | 4/16/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100182216 | Patricia A Amen | 2136 Tillie Lewis Drive, Stockton, CA 95206 | 6/11/2007 | $265,000.00 | $230,610.09 | $34,389.91 | 3/1/2007 | 4/16/2007 | San Joaquin County, California | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100184936 | Rene O Castro and Maria M Castro | 4163 Tiberon Drive, Oceanside, CA 92056 | 7/13/2007 | $209,000.00 | $249,409.50 | ($40,409.50) | 2/1/2007 | 3/19/2007 | San Diego County, California | On Hold | Not Set | San Diego County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100185673 | Roberto Plasencia | 532 Kesner Avenue, Sacramento, CA 95838 | 4/14/2007 | $335,000.00 | $355,393.74 | ($20,393.74) | 1/1/2007 | 4/24/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100186135 | Namreeta Prasad | 1611 Columbus Road, West Sacramento, CA 95691 | 6/8/2007 | $424,000.00 | $439,986.58 | ($15,986.58) | 3/1/2007 | 5/7/2007 | Yolo County, California | On Hold | Not Set | Yolo County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100186564 | Joaquin A Hernandez and Josefina Hernandez | 220 Coral Reef Avenue, Half Moon Bay, CA 94019 | 5/8/2007 | $799,000.00 | $702,133.69 | $96,866.31 | 2/1/2007 | 4/2/2007 | San Mateo County, California | On Hold | Not Set | San Mateo County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100187125 | Jorge V Hernandez | 13332 Benton Street, Garden Grove, CA 92843 | 4/13/2007 | $600,000.00 | $597,016.83 | $2,983.17 | 12/1/2006 | 4/16/2007 | Orange County, California | On Hold | Not Set | Orange County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 |
| 1100204253 | Hugo Perez | 27549 Falling Star Lane, Santa Clarita, CA 91350 | 4/13/2007 | $479,900.00 | $446,476.12 | $33,423.88 | 1/1/2007 | 5/4/2007 | Los Angeles County, California | On Hold | Not Set | Los Angeles County, California | NDEX WEST, LLC | US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC2 |
| 1127040185 | Willam Rosales | 1659 Starlite Drive, Milpitas, CA 95035 | 7/26/2007 | $600,000.00 | $523,338.13 | $76,661.87 | 3/1/2007 | 4/16/2007 | Santa Clara County, California | On Hold | Not Set | Santa Clara County, California | NDEX WEST, LLC | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127041116 | Delia Gonzalez | 313 North 4th Avenue, Oakdale, CA 95361 | 7/30/2007 | $225,000.00 | $251,397.36 | ($26,397.36) | 3/1/2007 | 4/16/2007 | Stanislaus County, California | On Hold | Not Set | Stanislaus County, California | NDEX WEST, LLC | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127043315 | Nicole R Lewis | 5812 Ridgepoint Drive, Antelope, CA 95843 | 7/22/2007 | $315,000.00 | $361,512.67 | ($46,512.67) | 3/1/2007 | 4/16/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127043533 | Sergio Rodriguez | 2776 Daisy Lane, Tracy, CA 95377 | 7/21/2007 | $599,000.00 | $570,372.08 | $28,627.92 | 3/1/2007 | 4/16/2007 | San Joaquin County, California | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127044035 | Maricela Alanis and Erasmo Ramirez | 31353 Los Rios Street, San Juan Capistrano CA 92675 | 7/22/2007 | $359,000.00 | $420,086.38 | ($61,086.38) | 3/1/2007 | 4/16/2007 | Orange County, California | On Hold | Not Set | Orange County, California | NDEX WEST, LLC | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127044251 | Heather Balderrama | 41220 Dixon Drive, Hemet, CA 92544 | 5/27/2007 | $269,500.00 | $277,207.52 | ($7,707.52) | 2/1/2007 | 5/4/2007 | Riverside County, California | On Hold | Not Set | Riverside County, California | NDEX WEST, LLC | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127044841 | Osvaldo Acevedo and Jessica Acevedo | 3949 Kimball Lane, Stockton, CA 95206 | 7/30/2007 | $299,000.00 | $402,492.90 | ($103,492.90) | 3/1/2007 | 4/23/2007 | San Joaquin County, California | On Hold | Not Set | San Joaquin County, California | NDEX WEST, LLC | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127044853 | Savoeuth Soeum | 673 Rolling Oak Court, Modesto, CA 95351 | 7/27/2007 | $399,000.00 | $417,980.92 | ($18,980.92) | 3/1/2007 | 4/16/2007 | Stanislaus County, California | On Hold | Not Set | Stanislaus County, California | NDEX WEST, LLC | Deutsche Bank National Trust company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 |
| 1127108511 | Jesus Vargas | 5081 Warwick Avenue, Sacramento, CA 95820 | 5/4/2007 | $289,000.00 | $314,928.28 | ($25,928.28) | 1/1/2007 | 2/19/2007 | Sacramento County, California | On Hold | Not Set | Sacramento County, California | NDEX WEST, LLC | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 |
| 1300026523 | Mansoor Halimi | 675 Discovery Bay B, Discovery Bay, CA 94514 | 6/5/2007 | $425,000.00 | $710,506.18 | ($285,506.18) | 2/1/2007 | 5/25/2007 | Contra Costa County, California | On Hold | Not Set | Contra Costa County, California | NDEX WEST, LLC | HSBC BANK USA, INC |
| 1220006602 | April D Trujillo | 2212 East Fairbanks Street, Tacoma, WA 98404 | 8/2/2007 | $ 255,000.00 | 217939.38 | 37,060.62 | 7/1/2007 | 2/26/2007 | Pierce County, Washington | On Hold | Not Set | Pierce County, Washington | NORTHWEST TRUSTEE | US Bank National Association, as Trustee for Securitiezed Asset Backed Receivables LLC Trust, 2006-NC1 |
| 2/11/2008 | | | | | | | | | | | | | | |