# EXHIBIT

# A

# EXHIBIT A

## FEE STATEMENT

| **Deutsche Bank Settlement:** Within this category, the Firm participated in negotiations to settle claims of Deutsche Bank and provided analysis and information regarding the underlying mortgage servicing contracts to other representatives of New Century who participated in those negotiations. |||
|---|---|---|
| DATE | DESCRIPTION OF SERVICES RENDERED | ATTORNEYS AND LITIGATION SUPPORT SPECIALIST | HOURS |
| 003.27.08 | Participate in conference call with Deutsche Bank representatives regarding settlement. | E. Marshall | .40 |

| **Fee Applications:** Within this category, the Firm prepared and filed applications for payment of its fees and expenses. The Firm also prepared and filed its monthly face sheet application. |||
|---|---|---|
| DATE | DESCRIPTION OF SERVICES RENDERED | ATTORNEYS AND LITIGATION SUPPORT SPECIALIST | HOURS |
| 03.07.08 | E-file multiple documents in United States Bankruptcy Court – District of Delaware as requested by E. Marshall | H. McArn | 2.70 |

| **Repurchase Liability Advice:** Within this category, the Firm advised bankruptcy counsel to New Century regarding contractual liabilities under securitization documentation. |||
|---|---|---|
| DATE | DESCRIPTION OF SERVICES RENDERED | ATTORNEYS AND LITIGATION SUPPORT SPECIALIST | HOURS |
| 03.11.08 | Review securitization documents for selected transactions to identify those containing early payment default provisions and the nature of those provisions (2.10); Emails with B. Logan regarding extent of early payment default provisions in securitization transactions (0.20). | E. Marshall | 2.30 |
| 03.12.08 | Call with B. Logan on extent of early payment default provisions in securitization trust. | E. Marshall | 0.30 |

# EXHIBIT

# B

## EXHIBIT B

## EXPENSE STATEMENT

| DATE | DESCRIPTION | MANATT PERSONNEL | AMOUNT |
|---|---|---|---|
| 03.07.08 | Federal Express delivery to Hahn & Hessen, LLP, New York, NY | E. Marshall | 14.90 |
| 03.07.08 | Federal Express delivery to O'Melveny &Myers, LLP, Los Angeles, CA | E. Marshall | 9.80 |
| 03.07.08 | Federal Express delivery to AP Services, LLC, New York City, NY | E. Marshall | 14.90 |
| 03.07.08 | Federal Express delivery to Office of the U.S. Trustee, Wilmington, DE | E. Marshall | 14.90 |
| 03.07.08 | Federal Express delivery to New Century Mortgage Corporation, Irvine, CA | E. Marshall | 9.80 |
| 03.07.08 | Federal Express delivery to Blank Rome LLP, Wilmington, DE | E. Marshall | 14.90 |
| 03.07.08 | Federal Express delivery to Richards, Layton & Finger, Wilmington, DE | E. Marshall | 14.90 |
| 03.07.08 | Postage: letter to Fee Auditor, Dallas, TX | E. Marshall | .41 |
| 03.07.08 | Reproduction: mailing copies of court filings; 54 copies @ 20¢ per page | E. Marshall | 10.80 |